**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**
**Caption in compliance with D.N.J. LBR 9004-1(b)**

**McCARTER & ENGLISH, LLP**
Joseph Lubertazzi, Jr.
Peter M. Knob
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
Telephone: (973) 622-4444
Facsimile: (973) 624-7070
Email: jlubertazzi@mccarter.com
       pknob@mccarter.com

*Attorneys for Capital One, N.A.*

---

In re:

NEW ENGLAND MOTOR FREIGHT, INC.,

Debtor.

Case No.: 19-12809 (JKS)

Chapter 11

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Joseph Lubertazzi, Jr. of McCarter & English, LLP, hereby enters his appearance in the above-captioned case in accordance with Fed. R. Bankr. P. 9010(b) for Capital One, N.A. ("Capital One"). Request is made that the documents filed in this case and identified below be given and served upon the following person at the address, telephone, facsimile number and e-mail address indicated below:

> **McCARTER & ENGLISH, LLP**
> Joseph Lubertazzi, Jr., Esq.
> Four Gateway Center
> 100 Mulberry Street
> Newark, New Jersey 07102
> Telephone: (973) 639-2082
> Facsimile:  (973) 297-3940
> Email: jlubertazzi@mccarter.com

ME1 29482875v.1

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any subsequent appearance, pleading, claim or suit is intended to waive Capital One's (i) right to have final orders in non-core matters entered only after *de novo* review by a United States District Court Judge; (ii) right to a jury trial in any proceeding so triable herein, or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by a United States District Court Judge in any matter subject to mandatory or discretionary withdrawal, including proceedings over which the Bankruptcy Court lacks constitutional authority to enter final judgments; or (iv) other rights, claims, defenses, setoffs or recoupments to which Capital One is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Date: February 11, 2019
     Newark, NJ

**McCARTER & ENGLISH, LLP**

By:  */s/ Joseph Lubertazzi, Jr.*
     Joseph Lubertazzi, Jr.
     A Member of the Firm

Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
Telephone: (973) 639-2082
Facsimile: (973) 297-3940
jlubertazzi@mccarter.com

*Attorneys for Capital One, N.A.*

ME1 29482875v.1