**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1

**GIBBONS P.C.**
Karen A. Giannelli, Esq.
Mark B. Conlan, Esq.
Brett S. Theisen, Esq.
One Gateway Center
Newark, New Jersey   07102
Telephone:   (973) 596-4500
Facsimile:    (973) 596-0545
E-mail:   kgiannelli@gibbonslaw.com
  mconlan@gibbonslaw.com
  btheisen@gibbonslaw.com
*Proposed Counsel to the Debtors*
*and Debtors-in-Possession*

In re:

**NEW ENGLAND MOTOR FREIGHT, INC.,**
***et al.*,[1]**
                 Debtors.

Chapter 11

Honorable John K. Sherwood

Case No. 19-12809

(Jointly Administered)

### SUPPLEMENTAL DECLARATION OF VINCENT COLISTRA IN SUPPORT OF DEBTORS' MOTION FOR ORDER APPROVING GLOBAL EMPLOYEE SETTLEMENTS PURSUANT TO 11 U.S.C. §§ 105(a) AND 363(b) AND BANKRUPTCY RULE 9019

I, VINCENT COLISTRA, pursuant to 28 U.S.C. §1746, declare as follows:

1.      I am the Chief Restructuring Officer (the "**CRO**") for the above-captioned Debtors

(the "**Debtors**" or "**Company**").

2.      My firm, Phoenix Management Services, LLC. ("**Phoenix**") was retained by the

Debtors in December 2018 to assist in their debt consolidation and restructuring efforts.

Subsequently, on February 6, 2019, the Debtors hired me as CRO to oversee the bankruptcy

---

[1]   The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows:   New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC (4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMF Logistics, LLC (4666).

proceedings, through Phoenix's wholly owned subsidiary, Phoenix Executive Services LLC, which was approved by the Court on February 13, 2019.  I am a Senior Managing Director of Phoenix, which I joined in 1997 and became a shareholder in 1998.  I have managed and participated in over 60 engagements since joining Phoenix that involved developing and implementing solutions in complex corporate restructurings and reorganizations (both out of Court and through Bankruptcy proceedings), operational and financial turnarounds, reorganizations, re-financing, the raising of senior debt, second lien debt, subordinated debt with warrants, as well as representing strategic and financial buyers and sellers of businesses in both the public and private sector.

3.      In my capacity as CRO for the Debtors, I am familiar with the Debtors' day-to-day operations, business and financial affairs, and books and records and have first-hand knowledge of the same.   In reaching certain of the opinions set forth herein, I have relied also on the advice, analysis, and facts provided to me by my staff, the Debtors' employees, and my legal advisors.   In my experience as a CRO, I ordinarily rely on all of the foregoing sources of information in the course of managing a company's affairs and in forming opinions necessary to make determinations in furtherance of such management obligations, which according to an article in The Morning Call citing counsel for the Warn Action plaintiffs could take more than a year to resolve.

4.      I submit this Declaration in support of the Debtors' *Motion for Order Approving Global Employee Settlements Pursuant to 11 U.S.C. §§ 105(a) and 363(b) and Bankruptcy Rule 9019* (the "**Motion**"), which is filed contemporaneously herewith.

5.      As set forth in greater detail in my First Day Declaration [Dkt. No. 22],[2] due to the rapid deterioration of the Debtors' financial condition in 2018, and our inability to restructure the

---

[2] Capitalized terms not defined herein shall have the meaning ascribed to such terms in the Motion.

Debtors' letter of credit obligations backing up the Debtors' insurance coverage, the Debtors were left with no choice but to file voluntary petitions for chapter 11 relief on February 11, 2019 (the "**Petition Date**") and commence an immediate wind-down of the their operations.   As a result, the Debtors could not provide 60 days' notice to laid off employees, which I understand is ordinarily required under applicable state and federal law in cases of mass layoffs and plant closings.   I was advised of the risks that the failure to provide such notice could expose the Debtors to potentially significant liability.

6.      In consultation with my staff, the Debtors' employees, and my legal advisors, I determined that the best way to deal with that potential liability was to negotiate consensual severance packages with all of the Debtors' employees, both union and non-union.   Although there will be costs associated with the settlements, we determined that it would be considerably less than the potential exposure absent such settlements, and it would also avoid the additional costs of protracted litigation, which could independently run into the millions of dollars and last for a year or more.

7.      As the Court may already know, on February 14, 2019, certain employees filed a class action lawsuit against the Debtors seeking damages resulting from a failure to give the required pre-termination notice under the federal Worker Adjustment and Retraining Act, 29 U.S.C. § 2101 *et seq.* (the "**WARN Act**") and its New Jersey counterpart (the "**WARN Action**"). Our primary goal in negotiating employee severance settlements is to avoid any further lawsuits, and perhaps to resolve the existing suit.

8.      As set forth below, I strongly believe that the proposed settlements with the Debtors' Union and non-Union employees are in the best interests of the Debtors' estates because the Global Settlements (as defined below) will greatly reduce—and hopefully eliminate entirely—

the risk to the Debtors' estates from employment-related claims, including, but not limited to, the potential WARN Act claims, which the Debtors determined, in the aggregate, may approach approximately $27.7 million (not including potential fees and expenses that would have to be borne by the estates should the WARN Act class be certified).[3]

9.      As of the Petition Date, NEMF employed approximately 3,300 employees.   As of today, approximately 3,010 of those employees have been laid off as of today.   Approximately 1,900 of those employees ("**Union Employees**") are members of the International Association of Machinists and Aerospace Workers, AFL-CIO (the "**Union**") and are covered by a series of collective bargaining agreements (each a "**CBA**," and collectively, the "**CBAs**").   Debtor NEMF is the only Debtor with Union Employees.

10.      Prior to the Petition Date, the Debtors formulated a global employee severance package.   On the morning of February 11, 2019 and prior to our filing their chapter 11 petitions, the Debtors finalized a Plant Closing Agreement with the Union (as amended, the "**Union Plant Closing Agreement**") that includes a severance package for the Debtors' Union Employees comprised of, *inter alia*: (i) two weeks' salary, or (ii) their accrued and unused vacation (which in no case exceeds three weeks) and personal days, whichever is greater, and to extend current medical benefits up to April 11, 2019[4] at no expense to the Union Employees following termination of their employment (the "**Union Employee Severance Offer**").   A copy of the Union Plant Closing Agreement is attached hereto as **Exhibit A**.

---

[3] Although the Debtors believe that they have meritorious defenses to WARN Act liability under applicable law, and are prepared to aggressively litigate those defenses if necessary, the Debtors also believe that the avoidance of such costly and protracted litigation is in the best interests of their estates and all creditors and parties-in-interest, including the employees.

[4] Although the Union Plant Closing Agreement states that current medical benefits will be extended to April 11, 2019, a Thursday, the intent of the parties was to provide 60 days of additional medical benefits, which would run through the Saturday end of the payroll week on April 13, 2019.   All other references herein to the extension of medical benefits will therefore be until April 13, 2019

11.     The continuation of health insurance benefits was an important element of the settlement as negotiated between the Union and NEMF.   In exchange, the Union, on behalf of itself and its members, provided in the Union Plant Closing Agreement, among other things, a broad release of potential claims against the Debtors, including claims arising under any federal, state or local law, including WARN Act claims.

12.     In addition to the Union Plant Closing Agreement, NEMF and the Union negotiated a letter Agreement (the "**Union Letter Agreement**") that among other things, provides for the termination of the CBAs upon the termination of the last Union Employee.   A copy of the Union Letter Agreement is attached hereto as **Exhibit B**.

13.     The primary terms of the Union Plant Closing Agreement and the Union Letter Agreement[5] are as follows:

      a.     NEMF agrees to:

        i.   promptly pay in full to all Union Employees all existing obligations of wages;

       ii.   promptly pay Union Employees a severance benefit equal to the greater of two week's salary or their accrued and unused vacation (which in no case exceeds three weeks) and personal days, and an extension of current medical benefits up to April 13, 2019 at no expense to the Employees following the date of their termination;

     iii.   provide any necessary assistance in helping the Employees secure unemployment benefits due to them;

     iv.   promptly pay all union dues and initiation fees collected, and medical benefits through the last day worked, including dental and vision coverage to the Union; and

      v.   to provide to the Union a "Notice," in substantially the form attached hereto as **Exhibit C,** summarizing the Motion (the "**Motion Notice**"). The Debtors, with the consent of the Union, have agreed that Donlin

---

[5] While the summary of the principal terms herein is intended to be accurate, if there is any discrepancy between this summary and the Union Plant Closing Agreement or the Union Letter Agreement, the terms of the Union Plant Closing Agreement and the Union Letter Agreement, as applicable, shall control.

Recano, the Debtors' claims and noticing agent appointed in the Chapter 11 Cases shall mail copies of the Motion Notice to each Union Employee.

b.      In exchange, the Union agrees that:

i.    it releases, discharges, and covenants not to sue NEMF or any of its related entities based on any and all claims, demands, suits or grievances of whatever kind or sort, known or unknown, including, but not limited to, claims arising out of or in connection with any collective bargaining relationship with NEMF, the CBA, and any other connection between the Union and NEMF, including those claims arising out of any state, local or federal law, including, but not limited to, WARN Act claims, and any similar state or local law.  Per the Plant Closing Agreement, the release is to be construed broadly and shall be inclusive of all claims, demands and rights of action that the Union has or may have;

ii.   NEMF shall not be obligated to bargain collectively with respect to any matter not specifically referred to or covered in the Plant Closing Agreement even though such subject or matter may not have been within the knowledge or contemplation of the parties at the time they negotiated or signed the Plant Closing Agreement; and

iii.  effective as of the date that the last Union Employee is terminated, each CBA is terminated by mutual consent of NEMF and the Union.

14.    In order to reach a global resolution with all employees, and because the Debtors did not want to treat their Union and non-Union employees (the "**Non-Union Employees**") differently, the Debtors have decided to extend to their Non-Union Employees the same benefits being received by the Union Employees under the Union Employee Severance Offer (the "**Non-Union Employee Severance Offer**").

15.    In order to accept and be entitled to the benefits under the Non-Union Employee Severance Offer, which is comprised of, among other things, *inter alia*: (i) two weeks' salary, or (ii) their accrued and unused vacation (which in no case exceeds three weeks) and sick days, whichever is greater, and medical benefits through April 13, 2019 at no cost to the employees in exchange for the Non-Union Employee's release of any and all claims against the Debtors, including WARN Act claims and rights arising under the Consolidated Omnibus Budget

Reconciliation Act of 1986 ("**COBRA**"), each Non-Union Employee will be asked to execute a non-union severance agreement substantially in the form attached hereto as **Exhibit D** (the "**Non-Union Severance Agreement**", and with the Union Plant Closing Agreement and the Union Letter Agreement, the proposed "**Global Settlements**").

16.     The primary terms of the Non-Union Severance Agreement[6] are as follows:

    a.     The Debtors agree to:

        i.     pay Non-Union Employees a severance benefit equal to the greater of two week's salary or their accrued and unused vacation (which in no case exceeds three weeks) and sick days; and

        ii.     maintain such Non-Union Employees' current medical plan at no cost to the Non-Union Employees through April 13, 2019.

    b.     In exchange for the foregoing, the Non-Union Employees shall agree to:

        i.     release NEMF and its affiliated companies and their current and former officers, directors, agents, employees, successors and assigns (as defined in the Non-Union Severance Agreement, collectively, the "**Released Parties**") from all claims, demands, actions and liabilities, whether known or unknown such Non-Union Employee may have against them or any one of them in any way related to their employment at NEMF and/or the termination of that employment, including those claims arising out of any state, local or federal law, including in particular the WARN Act, and any similar state law;

        ii.     waive their COBRA rights; and

        iii.     never sue or otherwise institute a claim of any kind against any of the Released Parties for anything which has happened up to now, whether such claim is presently known or unknown, in any way related to such employment by the Debtors and/or the termination of that employment.

17.     The release to be granted by each Non-Union Employee that executes a Non-Union Severance Agreement, includes a release of the Debtors from any further liability related to such Non-Union Employee's employment, including a release of potential WARN Act claims.  The

---

[6] While the summary of the principal terms herein is intended to be accurate, if there is any discrepancy between this summary and the Non-Union Severance Agreement, the terms of the applicable Non-Union Severance Agreement shall control.

decision of whether to enter into a Non-Union Severance Agreement with the Debtors is voluntary and is in the sole discretion of each Non-Union Employee.

18.     Based on all available information and analyses to date, in consultation with my staff, we project that the total severance and health care expense arising from the Global Settlements for the period through April 13, 2019 is as follows:

| Union Plant Closing Agreement | Amount |
|---|---|
| Two Weeks Wages | $3,303,045 |
| Additional Vacation & Personal Pay | $1,488,311 |
| Projected Medical Claims Coverage | $4,000,000 |
| **Union Subtotal** | **$8,791,356** |
| **Non-Union Severance Agreements** | |
| Two Weeks Wages | $1,643,822 |
| Additional Vacation & Sick Pay | $820,123 |
| Projected Medical Claims Coverage | $2,000,000 |
| **Non-Union Subtotal** | **$4,463,945** |
| **Total** | **$13,255,301** |

We are proposing that the first severance payments for wages under the terms of the Global Settlements will be paid on or about March 1, 2019.

19.     Approval of the Global Settlements is in the best interests of the Debtors' estates, including the interests of the Debtors' general unsecured creditors, because it will ensure the discharge of the Debtors' employees on terms and conditions that are mutually beneficial to the Debtors and the Debtors' employees and avoid any future litigation between the parties, including WARN Act claims.  The Global Settlements will, in large measure, establish with finality the amounts owed to the Debtors' employees and will greatly reduce future disputes over the termination of the Debtors' employees.

20.     Moreover, as set forth in the Debtors' *Emergent Motion To Continue Paying Health Insurance Benefits To Terminated Employees, On An Interim Basis, Pending Approval Of Proposed Global Employee Settlement Under Rule 9019* [Dkt. No. 58] ("**Emergent Motion**") filed

8

on February 18, 2019, the extended health care coverage proposed under the Global Settlements

is a paramount responsibility of the Debtors and their estates.

21.     Specifically, the Debtors' medical health insurance plans are self-insured with

respect to the first $285,000 per plan member, with stop-loss insurance coverage for the excess

amount over $285,000.  Medical claims are administered on behalf of the Debtors by United

Health Care Insurance Company and HPHC Insurance Company, Inc.   The stop-loss insurance for

claims exceeding $285,000 is underwritten by Vista Underwriting Partners and the coverage is

provided by Gerber Life Insurance Company.  As of the Petition Date, the Debtors' medical

insurance plans (collectively the "**Employee Health Care Insurance Plan(s)**") include the

following:

      a. New England Motor Freight, Inc. Choice Plus Milton Union Plan (eff. 7/1/2018);

      b. New England Motor Freight, Inc. Choice Plus Union Plan (effective 7/1/2018);

      c. New England Motor Freight, Inc. PPP1 Owner's Plan (effective 1/1/2017);

      d. New England Motor Freight, Inc. Choice Plus Non-Union Bronze (effective 1/1/2017);

      e. New England Motor Freight, Inc. Choice Plus Milton, PA Non-Union (effective 1/1/2017);

      f. New England Motor Freight, Inc. Choice Plus Non-Union (effective 1/1/2017);

      g. New England Motor Freight, Inc. Choice Plus Union Active (effective 1/1/2017);

      h. New England Motor Freight Motor Freight, Inc. Choice Plus Union Plan 1 (effective 1/1/2017);

      i. New England Motor Freight, Inc. Choice Plus Union New Hires 8/1/2013 (effective 1/1/2017);

      j. New England Motor Freight, Inc. Choice Plus Union Plan 2 (effective 1/1/2017);

      k. New England Motor Freight, Inc. Choice Plus Directors & Executives

(effective 1/1/2017);

l.  New England Motor Freight, Inc. Choice Plus (Milton Union 1) (effective 1/1/2017); and

m. New England Motor Freight, Inc. Choice Plus (Milton Union 2) (effective 1/1/2017).

A true and correct copy of the *New England Motor Freight, Inc. Choice Plus Union Plan 2* (effective 1/1/2017) is attached hereto as **Exhibit E**.   The provisions therein that are pertinent to this Motion also appear in substantively the same form in each of the other Employee Health Care Insurance Plan(s).

22.     The Employee Health Care Insurance Plans cover all employees of the Debtors, not only employees of Debtor NEMF, and are funded by the Debtors, with the cost partially offset by employee contributions through payroll deductions that collectively average about $115,000 per week.   Historically, the average weekly cost to the Debtors for the Employee Health Care Insurance Plans and covered claims has been approximately $800,000.   The Debtors have determined that, going forward, the projected additional weekly cost for the requested medical coverage through April 13, 2019 will be approximately $375,000 per week (based on the projected $6.0 million cost for eight weeks of additional coverage, spread over the anticipated 16 week claims processing period).

23.     Under the Global Settlements, the Debtors will continue providing their terminated Employees with health care coverage until April 13, 2019, the same date the Debtors would otherwise be required to provide medical benefits to the terminated employees if the WARN Act applied.   Thus, rather than litigate WARN Act claims (which the Debtors believe they have meritorious defenses to), the costs (including class counsel fees and expenses) of which could be significant for the estates, I have determined that it would be in the best interests of the Debtors' estates and their creditors, including the terminated Employees, to simply provide the extended

medical insurance coverage as required under the WARN Act.

24.    Moreover, I have been advised that under the Affordable Care Act, the Debtors are required to keep the Employee Health Care Insurance Plans in place so long as they remain operating and have employees—even in the current reduced capacity.  Debtors Eastern Freight Ways and Carrier Industries will continue to be fully operational throughout these bankruptcy cases, because those two entities can be sold as going concerns under Section 363 of the Bankruptcy Code.  Consequently, because the employees of Eastern and Carrier are also covered by the Employee Health Care Insurance Plans, the Debtors cannot yet terminate those self-funded plans, and so long as those plans remain in effect, the Debtors must extend COBRA rights to terminated employees.  As a result, because the plans are self-insured, the Debtors in large part will have to cover most health claims of the terminated employees from the Debtors' own assets until April 13, 2019 under COBRA, therefore incurring administrative expense claims until plan termination.  Therefore, rather than transition to providing COBRA benefits to the terminated Employees, the continuation of the Employee Health Care Insurance Plan for the period set forth in the Global Settlements will not be administratively more costly for the Debtors, but will be more beneficial for the terminated Employees, as they will not be obligated to pay for COBRA to remain on the Debtors' Employee Health Care Insurance Plans.

25.    Without offering the continuation of health benefits to terminated employees, I do not believe we could secure the proposed Global Settlements.   Moreover, there would be a highly prejudicial impact on the Debtors, their Estates, and the employees should the Global Settlements and the promised medical benefits provided therein, not be approved, which could lead to additional litigation.

26.    As noted above, the Debtors determined that the potential WARN Act claims may

approach approximately $27.7 million in the aggregate (not including class counsel fees and expenses that will have to be borne by the estates). The Debtors have also estimated the cost of the Global Settlements to be approximately $13.2 million. As such, the Debtors have calculated that the potential savings to the estates if the Global Settlements are approved would be at minimum approximately $14.5 million.

27. Accordingly, I believe the Global Settlements are in the best interests of the Debtors and their estates and should be approved.

I hereby certify under penalty of perjury that, to the best of my knowledge, information and belief, the statements set forth in this Declaration are true and correct.

VINCENT COLISTRA
Chief Restructuring Officer

Dated: February 22, 2019

# EXHIBIT A

## PLANT CLOSING AGREEMENT

The International Association of Machinists and Aerospace Workers, including its affiliated District Lodge 15 and Local Lodge 447 (collectively, "IAM") and New England Motor Freight Co. (the "Employer") (collectively, the "Parties") hereby agree as follows:

WHEREAS, the Employer has or will promptly liquidate its operations employing workers represented by the IAM, and file for protection under the bankruptcy laws; and

WHEREAS, the Parties wish to resolve all outstanding issues between them that will or may arise as a result of the liquidation; and

WHEREAS, the Parties acknowledge that both sides have fulfilled any duty they may have to negotiate regarding this closing and the effects thereof, and that, during the negotiations which resulted in this Agreement, each party had the unlimited right and opportunity to make demands and proposals with respect to or otherwise discuss all proper subjects of bargaining; that all such subjects have been discussed and negotiated upon; that the matters contained in this Agreement were arrived at after the free exercise of such rights and opportunities; and that this Agreement constitutes the final agreement of the Parties on all such subjects; and

WHEREAS, the IAM wishes to secure the maximum benefits for the workers it represents who will be laid off as a result of the liquidation of the Employer's operations ("Employees"); and

WHEREAS, the IAM understand that the Employees have no right to severance pay under the current labor agreement, and that there would be substantial legal uncertainty in attempting to obtain benefits over and above those set out in the labor agreement for the Employees, including benefits the Employees could conceivably claim for any alleged violation of the Federal Worker Adjustment and Retraining Notification Act and similar acts under state law; and

WHEREAS, the Employer wishes to resolve all claims that have or might arise with the IAM and the workers it represents as a result of the liquidation;

THEREFORE, in mutual consideration of the terms set out below to address these concerns,

The Employer agrees:

To promptly pay in full to all Employees all existing obligations of wages;

To promptly pay each Employee a severance equal to 2 week's salary or their accrued and unused vacation and personal days, whichever is greater, and to extend current medical benefits up to April 11, 2019 at no expense to the Employees;

To provide any necessary assistance in helping the Employees secure unemployment benefits due to them; and

To promptly pay all dues and initiation collected, and MMPPF benefits through the last day worked, including dental and vision coverage.

The IAM in return hereby releases, discharges, and covenants not to sue the Employer or any of its related entities based on any and all claims, demands, suits or grievances of whatever kind or

sort, known or unknown, including to but not limited to those arising out of or in connection with its collective bargaining relationship with the Employer, the collective bargaining agreement between the IAM and the Employer, and any other connection between the IAM and the Employer, including those claims arising out of any state, local or federal law, including in particular the Worker Adjustment and Retraining Notification Act, and any similar state law. This release is to be construed broadly and shall be inclusive of all claims, demands and rights of action that the IAM has or may have.

Additionally, the IAM voluntarily and unqualifiedly waives the right, and agrees that the Employer shall not be obligated, to bargain collectively with respect to any matter not specifically referred to or covered in this Agreement even though such subject or matter may not have been within the knowledge or contemplation of the Parties at the time they negotiated or signed this Agreement.

Any grievance pending at the time of the final closure will be handled as specified in the Grievance and Arbitration Procedure set forth in the governing Collective Bargaining Agreement.

In the event that any provision of this Agreement is or becomes invalid or unenforceable, the remaining, unaffected provisions shall remain in full force and effect.

All claims alleging violation(s) of this Plant Closing Agreement will be subject to the Grievance and Arbitration Procedure set forth in the governing Collective Bargaining Agreement.

New England Motor Freight Co.
[THE COMPANY]

IAM


_____          _____

2/11/19                          2-11-2019

Date                             Date

# EXHIBIT B

# GIBBONS

MARK CONLAN
Director

Gibbons P.C.
One Gateway Center
Newark, New Jersey 07102-5310
Direct: (973) 596-4971 Fax: (973) 639-6228
mconlan@gibbonslaw.com

February 21, 2019

**VIA ELECTRONIC MAIL**

Mr. Norman Shreve
Business Manager
International Association of Machinists and
Aerospace Workers
IAM Local 447, District 15

Dear Mr. Shreve:

As you know, this firm is counsel to Vincent J. Colistra, the Chief Restructuring Office of New England Motor Freight, Inc. ("NEMF") and its affiliated chapter 11 debtors (collectively, the "Debtors").  Pursuant to our discussions with Mark Schneider, Esq., general counsel to the International Association of Machinists and Aerospace Workers Union ("IAM"), this letter will memorialize our agreement with respect to two issues that have arisen in connection with the Debtors' chapter 11 cases pending in the United States Bankruptcy Court for the District of New Jersey (the "Bankruptcy Court") and the wind-down of the Debtors' businesses:

1.   NEMF and the IAM agree that any and all collective bargaining agreements between the IAM and the NEMF shall terminate effective as of the date the last bargaining unit member's employment with NEMF is terminated.

2.   IAM consents to NEMF, through its agent Donlin Recano, the Debtors' Bankruptcy Court appointed claims and noticing agent, sending a "Notice" to each IAM member, in the form approved by the Bankruptcy Court, of the Bankruptcy Court's hearing, tentatively scheduled for March 1, 2019 at 10:00 a.m., of the Debtors' Motion for Order Approving Global Employee Settlements Pursuant to 11 U.S.C. §§ 105(a) and 363(b) and Bankruptcy Rule 9019.

GIBBONS P.C.

Mr. Norman Shreve
February 21, 2019
Page 2

Please confirm by countersigning below.

Very truly yours,

*Mark B Conlan*

Mark B. Conlan
Director

ggb
Enclosures

Agreed and accepted:

By: _____
    Name:  Norman Shreve
    Title:  Business Manager

2714131.1 115719-100281

GIBBONS P.C.

Mr. Norman Shreve
February 21, 2019
Page 2

Please confirm by countersigning below.

Very truly yours,

Mark B. Conlan
Director

ggb

Agreed and accepted:

By: _____
Name:  Norman Shreve
Title:   Business Manager

# EXHIBIT C

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC., *et al.*, | Case No. 19-12809 (JKS) |
|  | (Jointly Administered) |
| Debtors. |  |

## <u>NOTICE</u>

     **PLEASE TAKE NOTICE** that on February 22, 2019, New England Motor Freight, Inc., *et al.*, the debtors and debtors-in-possession in the above-captioned cases (collectively, the "<u>Debtors</u>"), filed the *Debtors' Motion for Order Approving Global Employee Settlements Pursuant to 11 U.S.C. §§ 105(a) and 363(b) and Bankruptcy Rule 9019* [Docket No. ___] (the "<u>Global Settlement Motion</u>") with the U.S. Bankruptcy Court for the District of New Jersey, Martin Luther King, Jr. Federal Bldg., 50 Walnut St., Newark, NJ 07102 (the "<u>Bankruptcy Court</u>").

     **PLEASE TAKE FURTHER NOTICE that the Global Settlement Motion may be viewed or downloaded at <u>www.donlinrecano.com/nemf</u>.**

     **PLEASE TAKE FURTHER NOTICE** that a hearing to consider the Global Settlement Motion will be held on **March 1, 2019 at 10:00 a.m. (ET)** before The Honorable John K. Sherwood in Courtroom # 3D located at the U.S. Bankruptcy Court for the District of New Jersey, Martin Luther King, Jr. Federal Bldg., 50 Walnut St., Newark, NJ 07102.

     **PLEASE TAKE FURTHER NOTICE** that any responses or objections to the Global Settlement Motion must be made in writing and include the basis of such responses or objections and must be: (i) filed with the Bankruptcy Court on or before **February 28, 2019 at 4:00 p.m. (ET)** (the "<u>Objection Deadline</u>") and (ii) served so as to be received by the Objection Deadline upon the following:

     (a) *Proposed counsel to the Debtors:* Gibbons, P.C., One Gateway Center, Newark, NJ 07102, Attn: Karen A. Giannelli and Mark B. Conlan;

     (b) *the Office of the U.S. Trustee*: Office of the U.S. Trustee, One Newark Center, Ste 2100, Newark, NJ 07102, Attn: Mitchell B. Hausman and Peter J. D'Auria; and

     (c) *Proposed counsel to the Official Committee of Unsecured Creditors*:  Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey  07068, Attn:  Joseph J. DiPasquale and Mary E. Seymour; and Elliott Greenleaf, 1105 N Market St, 17th Fl, Wilmington, DE  19801-1216, Attn: Rafael X. Zahralddin and Jonathan M. Stemerman.

**PLEASE TAKE FURTHER NOTICE THAT IF YOU CHOOSE NOT TO RESPOND TO THE GLOBAL SETTLEMENT MOTION IN THE MANNER DIRECTED IN THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE GLOBAL SETTLEMENT MOTION WITHOUT FURTHER NOTICE, WHICH RELIEF MAY INCLUDE THE SETTLEMENT OF ANY CLAIMS RELATED TO YOUR EMPLOYMENT WITH THE DEBTORS, INCLUDING CLAIMS ARISING UNDER THE WORKERS ADJUSTMENT AND RETRAINING NOTIFICATION ACT, AND ANY SIMILAR STATE OR LOCAL LAW, IN EXCHANGE FOR PAYMENT TO YOU OF CERTAIN SEVERANCE AND MEDICAL BENEFITS AS APPROVED BY THE COURT.**

Dated:  February 22, 2019                    Respectfully submitted,

                                            **GIBBONS P.C.**


                                            By:  /s/ *Karen A. Giannelli*
                                                 Karen A. Giannelli, Esq.
                                                 Mark B. Conlan, Esq.
                                                 Brett S. Theisen, Esq.
                                                 One Gateway Center
                                                 Newark, New Jersey  07102
                                                 Telephone:  (973) 596-4500
                                                 Facsimile:  (973) 596-0545
                                                 E-mail:  kgiannelli@gibbonslaw.com
                                                          mconlan@gibbonslaw.com
                                                          btheisen@gibbonslaw.com

                                            *Proposed Counsel to the Debtors
                                            and Debtors-in-Possession*

01:23592651.6

2

2713939.2 115719-100281

# EXHIBIT D

## RELEASE AGREEMENT

This Release ("Release") signed by [NAME] (hereinafter "you" or "your") in favor of New England Motor Freight, Inc. (hereinafter "NEMF") is for the purpose of amicably and fully resolving any and all claims, disputes and issues arising out of your employment at NEMF and the termination of that employment.

**WHEREAS,** your last day of employment with NEMF was _____, 2019 (Termination Date"); and

**WHEREAS,** you have agreed to provide this Release in return for the benefits described herein;

**THEREFORE,** in consideration of the mutual covenants and promises hereinafter provided and of the actions to be taken pursuant thereto, you agree as follows:

**1. (a)** You hereby accept the sums and benefits set forth in paragraphs 1(b) and 1(c) below. Except as provided in said paragraphs and in paragraph 4 below, you will not be entitled to any other compensation or benefits from NEMF.

**(b)** NEMF will make a severance payment to you in the total amount of $_____ ("the Severance Payment"), reflecting the greater of (i) two weeks' base salary, or (ii) your accrued and unused vacation and personal or sick days, less all withholdings and deductions required by law. NEMF will make the Severance Payment over normal pay days beginning on _____, 2019.

**(c)** Following your Termination Date, you will continue on your current medical plan at no cost to you until April 13, 2019.

**2.** In exchange for the benefits set forth in paragraphs 1(b) and 1(c) above, you agree to release NEMF and each of its affiliated companies and their current and former officers, directors, agents, employees, successors and assigns (hereinafter collectively the "Released Parties") from all claims, demands, actions and liabilities, <u>whether known or unknown</u> (except as expressly set forth in paragraph 4 below), you may have against them or any one of them in any way related to your employment at NEMF and/or the termination of that employment. By way of example, the types of claims that are covered under this Release include, but are not limited to:

**(a)** all "wrongful discharge" claims, "constructive discharge" claims, claims relating to any contracts of employment, expressed or implied, claims relating to any covenants of good faith and fair dealing, expressed or implied, claims for any personal wrongs or injuries, any claims for additional compensation and any claims for attorney's fees;

**(b)** any claims that could be brought pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e *et seq.*, the Americans with Disabilities Act, 42 U.S.C. § 12101 *et seq.*, the WARN Act, 29 U.S.C. § 2101 *et seq.*, the New Jersey Law Against Discrimination, N.J.S.A. § 10:5-1 *et seq.*, and the Millville Dallas Airmotive Plant Loss Job Notification Act, N.J.S.A. § 34:21-1 *et seq.* (all as may have been amended); and

**(c)** any claims that could be brought under any other federal, state, county or municipal statute or ordinance dealing with (i) discrimination in employment on the basis of sex, race, national origin, religion, disability, age, marital status, affectional or sexual orientation or other reason; (ii) employee termination notification (iii) employee whistleblower protection; and (iv) employee sick leave or family leave rights.

**3. (a)** You agree that you will never sue or otherwise institute a claim of any kind or be part of any class action brought against the Released Parties, or any one of them, for anything which has happened

up to now, whether such claim is presently <u>known or unknown</u> by you, in any way related to your employment at NEMF and/or the termination of that employment.

**(b)**  You agree that if you breach the terms of this Release by suing NEMF and/or any of the Released Parties, you will pay all costs and expenses incurred by NEMF and/or any of the Released Parties in defending against the suit, including reasonable attorneys' fees, and NEMF shall have the right to obtain, by way of counterclaim or other lawful means, repayment of the full amount paid to you as consideration for this Release.

**4.**   This Release does not include any claims you may have with respect to any medical, prescription, dental, flexible spending account, life insurance, retirement and savings benefits provided by plans maintained by NEMF to which you may be entitled, or to any payments due you under any such plans, or to any rights you may have under applicable workers compensation laws or any claims or rights you may have against NEMF or any of the Released Parties unrelated to your employment at NEMF or the termination of that employment.

**5.**   You acknowledge and agree that the benefits provided herein exceed any amount to which you would otherwise be presently entitled under NEMF's policies, procedures and benefit programs and/or under any applicable law without providing this Release, and constitute valuable consideration for this Release.

**6.**   You acknowledge that NEMF has not made any representations regarding the tax consequences of said payments and has not provided you with any tax advice regarding said payments.

**7.**   You acknowledge that NEMF has advised you and that you are aware of the following:

      **(a)**      you have the right to and should consult with an attorney prior to signing this Release;

      **(b)**      you have **7** days to decide whether to sign this Release and deliver it to [NAME AND ADDRESS]

      **(c)**      to become effective, this Release must be postmarked or hand delivered to [NAME] at the above address within this 7-day period.

**8.**   You agree that this Release contains the entire agreement between you and NEMF and that this Release cannot be amended, modified, or supplemented in any respect except by the written agreement of both parties.

**9.**   You agree that if any term or provision of this Release or the application thereof to any alleged claim, party or circumstances shall to any extent be determined to be invalid, void, or unenforceable, the remaining provisions and any application thereof shall nevertheless continue in full force and effect without being impaired or invalidated in any way.

**10.**   You agree that this Release shall be governed by the laws of the State of New Jersey without giving effect to any conflicts of law principles.  You also agree that the United States Bankruptcy Court for the District of New Jersey will have exclusive jurisdiction and venue over the subject matter hereof. .

**11**.  You hereby acknowledge that you have read this Release in its entirety, understand fully the meaning and significance of all its terms, and hereby voluntarily and knowingly agree to accept all of its terms.  You further acknowledge that you have not relied on any representations, promises, or agreements of any kind made to you in connection with your decision to sign this Release except for the agreements set forth in the Release.

DATED:          _____, 2019

                             _____
                             [EMPLOYEE NAME]

**EXHIBIT E**

# Summary Plan Description

**New England Motor Freight, Inc.
Choice Plus Union Plan 2**

Effective: January 1, 2017
Group Number: 713463



# TABLE OF CONTENTS

SECTION 1 - WELCOME .................................................................................................1

SECTION 2 - INTRODUCTION.......................................................................................3
  Eligibility ................................................................................................................3
  Cost of Coverage .....................................................................................................3
  How to Enroll ..........................................................................................................4
  When Coverage Begins ...........................................................................................4
  Changing Your Coverage.........................................................................................5

SECTION 3 - HOW THE PLAN WORKS.........................................................................7
  Accessing Network and Non-Network Benefits .....................................................7
  Eligible Expenses .....................................................................................................8
  Annual Deductible ..................................................................................................10
  Copayment...............................................................................................................10
  Coinsurance .............................................................................................................10
  Out-of-Pocket Maximum ........................................................................................11

SECTION 4 - PERSONAL HEALTH SUPPORT ............................................................12
  Requirements for Notifying Personal Health Support............................................13
  Special Note Regarding Medicare...........................................................................14

SECTION 5 - PLAN HIGHLIGHTS ...............................................................................15

SECTION 6 - ADDITIONAL COVERAGE DETAILS .....................................................22
  Ambulance Services - Emergency only ...................................................................22
  Cancer Resource Services (CRS) ............................................................................22
  Clinical Trials ..........................................................................................................23
  Congenital Heart Disease (CHD) Surgeries...........................................................25
  Dental Services - Accident Only.............................................................................26
  Durable Medical Equipment (DME) ......................................................................27
  Emergency Health Services - Outpatient ...............................................................28
  Enteral Formula/Modified Solid Food Product ....................................................28
  Gender Dysphoria ...................................................................................................28
  Home Health Care ...................................................................................................30

Hospice Care ........................................................................................................... 31

Hospital - Inpatient Stay ........................................................................................ 31

Injections received in a Physician's Office ............................................................ 31

Kidney Resource Services (KRS) ........................................................................... 32

Maternity Services .................................................................................................. 32

Mental Health Services ........................................................................................... 34

Neurobiological Disorders – Autism Spectrum Disorder Services ...................... 35

Nutritional Counseling .......................................................................................... 36

Orthotic Foot Device .............................................................................................. 36

Ostomy Supplies ..................................................................................................... 36

Outpatient Surgery, Diagnostic and Therapeutic Services ................................. 36

Physician Fees for Surgical and Medical Services ............................................... 37

Physician's Office Services - Sickness and Injury ............................................... 38

Preventive Care Services ........................................................................................ 38

Private Duty Nursing .............................................................................................. 39

Prosthetic Devices .................................................................................................. 39

Reconstructive Procedures ..................................................................................... 39

Rehabilitation Services - Outpatient Therapy ...................................................... 40

Skilled Nursing Facility/Inpatient Rehabilitation Facility Services ................... 42

Spinal Treatment .................................................................................................... 43

Substance-Related and Addictive Disorders Services .......................................... 43

Temporomandibular Joint (TMJ) Services ........................................................... 44

Transplantation Services ........................................................................................ 44

Urgent Care Center Services .................................................................................. 46

Wisdom Teeth .......................................................................................................... 46

**SECTION 7 - RESOURCES TO HELP YOU STAY HEALTHY** ...................................**47**

Consumer Solutions and Self-Service Tools ......................................................... 47

Disease and Condition Management Services ....................................................... 51

Wellness Programs .................................................................................................. 52

**SECTION 8 - EXCLUSIONS: WHAT THE MEDICAL PLAN WILL NOT COVER** ..........**54**

Alternative Treatments .......................................................................................... 54

Comfort or Convenience ......................................................................................... 54

Dental ....................................................................................................................... 55

Drugs ...................................................................................................................... 56

Experimental or Investigational Services or Unproven Services.......................... 56

Foot Care ............................................................................................................... 56

Gender Dysphoria ................................................................................................. 57

Medical Supplies and Appliances.......................................................................... 58

Mental Health, Neurobiological Disorders - Autism Spectrum Disorder and Substance-Related and Addictive Disorders Services ............................................................. 58

Nutrition ................................................................................................................. 59

Physical Appearance.............................................................................................. 59

Providers ................................................................................................................ 60

Reproduction ......................................................................................................... 60

Services Provided under Another Plan .................................................................. 60

Transplants ............................................................................................................. 61

Travel ..................................................................................................................... 61

Vision and Hearing................................................................................................ 61

All Other Exclusions ............................................................................................. 62

**SECTION 9 - CLAIMS PROCEDURES** .............................................................**64**

Network Benefits ................................................................................................... 64

Non-Network Benefits ........................................................................................... 64

Prescription Drug Benefit Claims ......................................................................... 64

If Your Provider Does Not File Your Claim......................................................... 64

Health Statements .................................................................................................. 66

Explanation of Benefits (EOB) ............................................................................. 66

Claim Denials and Appeals.................................................................................... 66

Federal External Review Program ........................................................................ 68

Limitation of Action.............................................................................................. 74

**SECTION 10 - COORDINATION OF BENEFITS (COB)** ...................................**75**

Determining Which Plan is Primary ..................................................................... 75

When This Plan is Secondary................................................................................ 77

When a Covered Person Qualifies for Medicare................................................... 77

Medicare Crossover Program................................................................................ 78

Right to Receive and Release Needed Information .................................................. 79

Overpayment and Underpayment of Benefits ......................................................... 79

**SECTION 11 - SUBROGATION AND REIMBURSEMENT** ............................................. **81**

Right of Recovery ........................................................................................... 84

**SECTION 12 - WHEN COVERAGE ENDS** ................................................................ **85**

Coverage for a Disabled Child ........................................................................... 86

Extended Coverage for Total Disability ................................................................. 86

Continuing Coverage Through COBRA .................................................................. 87

When COBRA Ends ......................................................................................... 91

Uniformed Services Employment and Reemployment Rights Act .................................. 91

**SECTION 13 - OTHER IMPORTANT INFORMATION** ................................................. **93**

Qualified Medical Child Support Orders (QMCSOs) ................................................. 93

Your Relationship with UnitedHealthcare and New England Motor Freight, Inc. ............. 93

Relationship with Providers ............................................................................... 94

Your Relationship with Providers ........................................................................ 94

Interpretation of Benefits ................................................................................. 95

Information and Records ................................................................................... 95

Incentives to Providers .................................................................................... 96

Incentives to You ........................................................................................... 97

Rebates and Other Payments ............................................................................. 97

Workers' Compensation Not Affected ................................................................... 97

Future of the Plan .......................................................................................... 97

Plan Document .............................................................................................. 98

**SECTION 14 - GLOSSARY** ................................................................................ **99**

**SECTION 15 - PRESCRIPTION DRUGS** ............................................................... **113**

Prescription Drug Coverage Highlights ................................................................ 113

Identification Card (ID Card) - Network Pharmacy .................................................. 114

Benefit Levels ............................................................................................... 114

Retail ......................................................................................................... 115

Mail Order ................................................................................................... 115

Designated Pharmacy ...................................................................................... 116

Assigning Prescription Drugs to the PDL ..................................................................116

Notification Requirements ..........................................................................................117

Prescription Drug Benefit Claims ..............................................................................118

Limitation on Selection of Pharmacies ......................................................................118

Supply Limits ..............................................................................................................118

If a Brand-name Drug Becomes Available as a Generic.............................................119

Special Programs .........................................................................................................119

Prescription Drug Products Prescribed by a Specialist Physician .............................119

Rebates and Other Discounts ......................................................................................119

Coupons, Incentives and Other Communications ......................................................119

Exclusions - What the Prescription Drug Plan Will Not Cover ..................................120

Glossary - Prescription Drugs......................................................................................122

**SECTION 16 - IMPORTANT ADMINISTRATIVE INFORMATION: ERISA** ..................................**124**

**ATTACHMENT I - HEALTH CARE REFORM NOTICES** ..........................................................**127**

Patient Protection and Affordable Care Act ("PPACA") ............................................127

**ATTACHMENT II - LEGAL NOTICES** ............................................................................**128**

Women's Health and Cancer Rights Act of 1998 ........................................................128

Statement of Rights under the Newborns' and Mothers' Health Protection Act ..........128

**ATTACHMENT III– Nondiscrimination and Accessibility Requirements** ................................**129**

**ATTACHMENT IV – GETTING HELP IN OTHER LANGUAGES OR FORMATS**........................**131**

**ADDENDUM - UNITEDHEALTH ALLIES**.........................................................................**138**

Introduction.................................................................................................................138

What is UnitedHealth Allies? ......................................................................................138

Selecting a Discounted Product or Service .................................................................138

Visiting Your Selected Health Care Professional ........................................................138

Additional UnitedHealth Allies Information ...............................................................139

## SECTION 1 - WELCOME

---

**Quick Reference Box**

- Member services, claim inquiries, Care Coordination[SM] and Mental Health/Substance-Related and Addictive Disorders Administrator: call the number on your ID card;

- Claims submittal address: UnitedHealthcare - Claims, P.O. Box 740800, Atlanta, Georgia 30374-0800; and

- Online assistance: **www.myuhc.com**.

---

New England Motor Freight, Inc. is pleased to provide you with this Summary Plan Description (SPD), which describes the health Benefits available to you and your covered family members under the New England Motor Freight, Inc. Welfare Benefit Plan. It includes summaries of:

- who is eligible;

- services that are covered, called Covered Health Services;

- services that are not covered, called Exclusions;

- how Benefits are paid; and

- your rights and responsibilities under the Plan.

This SPD is designed to meet your information needs and the disclosure requirements of the Employee Retirement Income Security Act of 1974 (ERISA). It supersedes any previous printed or electronic SPD for this Plan.

---

New England Motor Freight, Inc. intends to continue this Plan, but reserves the right, in its sole discretion, to modify, change, revise, amend or terminate the Plan at any time, for any reason, and without prior notice subject to any collective bargaining agreements between the Employer and various unions, if applicable. This SPD is not to be construed as a contract of or for employment. If there should be an inconsistency between the contents of this summary and the contents of the Plan, your rights shall be determined under the Plan and not under this summary.

---

UnitedHealthcare is a private healthcare claims administrator. UnitedHealthcare's goal is to give you the tools you need to make wise healthcare decisions. UnitedHealthcare also helps your employer to administer claims. Although UnitedHealthcare will assist you in many ways, it does not guarantee any Benefits. New England Motor Freight, Inc. is solely responsible for paying Benefits described in this SPD.

Please read this SPD thoroughly to learn how the New England Motor Freight, Inc. Welfare Benefit Plan works. If you have questions contact your local Human Resources department or call the number on the back of your ID card.

## How To Use This SPD

■  Read the entire SPD, and share it with your family. Then keep it in a safe place for future reference.

■  Many of the sections of this SPD are related to other sections. You may not have all the information you need by reading just one section.

■  You can find copies of your SPD and any future amendments or request printed copies by contacting Human Resources.

■  Capitalized words in the SPD have special meanings and are defined in Section 14, *Glossary*.

■  If eligible for coverage, the words "you" and "your" refer to Covered Persons as defined in Section 14, *Glossary*.

■  New England Motor Freight, Inc. is also referred to as Company.

■  If there is a conflict between this SPD and any benefit summaries (other than Summaries of Material Modifications) provided to you, this SPD will control.

## SECTION 2 - INTRODUCTION

**What this section includes:**

- Who's eligible for coverage under the Plan;

- The factors that impact your cost for coverage;

- Instructions and timeframes for enrolling yourself and your eligible Dependents;

- When coverage begins; and

- When you can make coverage changes under the Plan.

### Eligibility

You are eligible to enroll in the Plan if you are a regular full-time employee who is scheduled to work at least 40 hours per week.

Your eligible Dependents may also participate in the Plan. An eligible Dependent is considered to be:

- your Spouse, as defined in Section 14, *Glossary;*

- your or your Spouse's child who is under age 26, including a natural child, stepchild, a legally adopted child, a child placed for adoption or a child for whom you or your Spouse are the legal guardian; or

- an unmarried child age 26 or over who is or becomes disabled and dependent upon you.

To be eligible for coverage under the Plan, a Dependent must reside within the United States.

***Note:*** Your Dependents may not enroll in the Plan unless you are also enrolled. If you and your Spouse are both covered under the New England Motor Freight, Inc. Welfare Benefit Plan, you may each be enrolled as a Participant or be covered as a Dependent of the other person, but not both. In addition, if you and your Spouse are both covered under the New England Motor Freight, Inc. Welfare Benefit Plan, only one parent may enroll your child as a Dependent.

A Dependent also includes a child for whom health care coverage is required through a Qualified Medical Child Support Order or other court or administrative order, as described in Section 13, *Other Important Information.*

### Cost of Coverage

You and New England Motor Freight, Inc. share in the cost of the Plan. Your contribution amount depends on the Plan you select and the family members you choose to enroll.

Your contributions are deducted from your paychecks on a before-tax basis. Before-tax dollars come out of your pay before federal income and Social Security taxes are withheld -

and in most states, before state and local taxes are withheld. This gives your contributions a special tax advantage and lowers the actual cost to you.

Your contributions are subject to review and New England Motor Freight, Inc. reserves the right to change your contribution amount from time to time.

You can obtain current contribution rates by calling Human Resources.

## How to Enroll

To enroll, call Human Resources within 31 days of the date you first become eligible for medical Plan coverage. If you do not enroll within 31 days, you will need to wait until the next annual Open Enrollment to make your benefit elections.

Each year during annual Open Enrollment, you have the opportunity to review and change your medical election. Any changes you make during Open Enrollment will become effective the following January 1.

> **Important**
> If you wish to change your benefit elections following your marriage, birth, adoption of a child, placement for adoption of a child or other family status change, you must contact Human Resources within 31 days of the event. Otherwise, you will need to wait until the next annual Open Enrollment to change your elections.

## When Coverage Begins

Once Human Resources receives your properly completed enrollment, coverage begins as indicated in your union contract but in no case will exceed the 90th calendar day of continuous employment. Coverage for your Dependents will start on the date your coverage begins, provided you have enrolled them in a timely manner.

Coverage for a Spouse or Dependent stepchild that you acquire via marriage becomes effective the date of your marriage, provided you notify Human Resources within 31 days of your marriage. Coverage for Dependent children acquired through birth, adoption, or placement for adoption is effective the date of the family status change, provided you notify Human Resources within 31 days of the birth, adoption, or placement.

### If You Are Hospitalized When Your Coverage Begins

If you are an inpatient in a Hospital, Skilled Nursing Facility or Inpatient Rehabilitation Facility on the day your coverage begins, the Plan will pay Benefits for Covered Health Services related to that Inpatient Stay as long as you receive Covered Health Services in accordance with the terms of the Plan.

You should notify UnitedHealthcare within 48 hours of the day your coverage begins, or as soon as is reasonably possible. Network Benefits are available only if you receive Covered Health Services from Network providers.

## Changing Your Coverage

You may make coverage changes during the year only if you experience a change in family status. The change in coverage must be consistent with the change in status (e.g., you cover your Spouse following your marriage, your child following an adoption, etc.). The following are considered family status changes for purposes of the Plan:

- your marriage, divorce, legal separation or annulment;

- the birth, adoption, placement for adoption or legal guardianship of a child;

- a change in your Spouse's employment or involuntary loss of health coverage (other than coverage under the Medicare or Medicaid programs) under another employer's plan;

- loss of coverage due to the exhaustion of another employer's COBRA benefits, provided you were paying for premiums on a timely basis;

- the death of a Dependent;

- your Dependent child no longer qualifying as an eligible Dependent;

- a change in your or your Spouse's position or work schedule that impacts eligibility for health coverage;

- contributions were no longer paid by the employer (This is true even if you or your eligible Dependent continues to receive coverage under the prior plan and to pay the amounts previously paid by the employer);

- you or your eligible Dependent who were enrolled in an HMO no longer live or work in that HMO's service area and no other benefit option is available to you or your eligible Dependent;

- benefits are no longer offered by the Plan to a class of individuals that include you or your eligible Dependent;

- termination of your or your Dependent's Medicaid or Children's Health Insurance Program (CHIP) coverage as a result of loss of eligibility (you must contact Human Resources within 60 days of termination);

- you or your Dependent become eligible for a premium assistance subsidy under Medicaid or CHIP (you must contact Human Resources within 60 days of determination of subsidy eligibility);

- a strike or lockout involving you or your Spouse; or

- a court or administrative order.

Unless otherwise noted above, if you wish to change your elections, you must contact Human Resources within 31 days of the change in family status. Otherwise, you will need to wait until the next annual Open Enrollment.

While some of these changes in status are similar to qualifying events under COBRA, you, or your eligible Dependent, do not need to elect COBRA continuation coverage to take advantage of the special enrollment rights listed above. These will also be available to you or your eligible Dependent if COBRA is elected.

***Note:*** Any child under age 26 who is placed with you for adoption will be eligible for coverage on the date the child is placed with you, even if the legal adoption is not yet final. If you do not legally adopt the child, all medical Plan coverage for the child will end when the placement ends. No provision will be made for continuing coverage (such as COBRA coverage) for the child.

---

***Change in Family Status - Example***

Jane is married and has two children who qualify as Dependents. At annual Open Enrollment, she elects not to participate in New England Motor Freight, Inc.'s medical plan, because her husband, Tom, has family coverage under his employer's medical plan. In June, Tom loses his job as part of a downsizing. As a result, Tom loses his eligibility for medical coverage. Due to this family status change, Jane can elect family medical coverage under New England Motor Freight, Inc.'s medical plan outside of annual Open Enrollment.

---

## SECTION 3 - HOW THE PLAN WORKS

**What this section includes:**
- Accessing Network and Non-Network Benefits;
- Eligible Expenses;
- Annual Deductible;
- Copayment;
- Coinsurance; and
- Out-of-Pocket Maximum.

### Accessing Network and Non-Network Benefits

As a participant in this Plan, you have the freedom to choose the Physician or health care professional you prefer each time you need to receive Covered Health Services. The choices you make affect the amounts you pay, as well as the level of Benefits you receive and any benefit limitations that may apply.

You are eligible for the Network level of Benefits under this Plan when you receive Covered Health Services from Physicians and other health care professionals who have contracted with UnitedHealthcare to provide those services.

You can choose to receive Network Benefits or Non-Network Benefits.

**Network Benefits** apply to Covered Health Services that are provided by a Network Physician or other Network provider. Emergency Health Services are always paid as Network Benefits. For facility charges, these are Benefits for Covered Health Services that are billed by a Network facility and provided under the direction of either a Network or non-Network Physician or other provider. Network Benefits include Physician services provided in a Network facility by a Network or a non-Network radiologist, anesthesiologist, pathologist and Emergency room Physician.

**Non-Network Benefits** apply to Covered Health Services that are provided by a non-Network Physician or other non-Network provider, or Covered Health Services that are provided at a non-Network facility.

Generally, when you receive Covered Health Services from a Network provider, you pay less than you would if you receive the same care from a non-Network provider. Therefore, in most instances, your out-of-pocket expenses will be less if you use a Network provider.

If you choose to seek care outside the Network, the Plan generally pays Benefits at a lower level. You are required to pay the amount that exceeds the Eligible Expense. The amount in excess of the Eligible Expense could be significant, and this amount does not apply to the Out-of-Pocket Maximum. You may want to ask the non-Network provider about their billed charges before you receive care.

### Health Services from Non-Network Providers Paid as Network Benefits

If specific Covered Health Services are not available from a Network provider, you may be eligible to receive Network Benefits from a non-Network provider. In this situation, your Network Physician will notify the Claims Administrator and if the Claims Administrator confirms that care is not available from a Network provider, the Claims Administrator will work with you and your Network Physician to coordinate care through a non-Network provider.

When you receive Covered Health Services through a Network Physician, the Plan will pay Network Benefits for those Covered Health Services, even if one or more of those Covered Health Services is received from a non-Network provider.

> **Looking for a Network Provider?**
> In addition to other helpful information, **www.myuhc.com,** UnitedHealthcare's consumer website, contains a directory of health care professionals and facilities in UnitedHealthcare's Network. While Network status may change from time to time, **www.myuhc.com** has the most current source of Network information. Use **www.myuhc.com** to search for Physicians available in your Plan.

### Network Providers

UnitedHealthcare or its affiliates arrange for health care providers to participate in a Network. At your request, UnitedHealthcare will send you a directory of Network providers free of charge. Keep in mind, a provider's Network status may change. To verify a provider's status or request a provider directory, you can call UnitedHealthcare at the toll-free number on your ID card or log onto **www.myuhc.com**.

Network providers are independent practitioners and are not employees of New England Motor Freight, Inc. or UnitedHealthcare.

UnitedHealthcare's credentialing process confirms public information about the providers' licenses and other credentials, but does not assure the quality of the services provided.

### Possible Limitations on Provider Use

If UnitedHealthcare determines that you are using health care services in a harmful or abusive manner, you may be required to select a Network Physician to coordinate all of your future Covered Health Services. If you don't make a selection within 31 days of the date you are notified, UnitedHealthcare will select a Network Physician for you. In the event that you do not use the Network Physician to coordinate all of your care, any Covered Health Services you receive will be paid at the non-Network level.

## Eligible Expenses

New England Motor Freight, Inc. has delegated to UnitedHealthcare the discretion and authority to decide whether a treatment or supply is a Covered Health Service and how the Eligible Expenses will be determined and otherwise covered under the Plan.

Eligible Expenses are the amount UnitedHealthcare determines that UnitedHealthcare will pay for Benefits. For Network Benefits, you are not responsible for any difference between

Eligible Expenses and the amount the provider bills. For Network Benefits for Covered Health Services provided by a non-Network provider (other than Emergency Health Services or services otherwise arranged by UnitedHealthcare), you will be responsible to the non-Network Physician or provider for any amount billed that is greater than the amount UnitedHealthcare determines to be an Eligible Expense as described below. For Non-Network Benefits, you are responsible for paying, directly to the non-Network provider, any difference between the amount the provider bills you and the amount UnitedHealthcare will pay for Eligible Expenses. Eligible Expenses are determined solely in accordance with UnitedHealthcare's reimbursement policy guidelines, as described in the SPD.

**For Network Benefits**, Eligible Expenses are based on the following:

- When Covered Health Services are received from a Network provider, Eligible Expenses are UnitedHealthcare's contracted fee(s) with that provider.

- When Covered Health Services are received from a non-Network provider as a result of an Emergency or as arranged by UnitedHealthcare, Eligible Expenses are billed charges unless a lower amount is negotiated or authorized by law.

**For Non-Network Benefits**, Eligible Expenses are based on either of the following:

- When Covered Health Services are received from a non-Network provider, Eligible Expenses are determined, based on:
  - Negotiated rates agreed to by the non-Network provider and either UnitedHealthcare or one of UnitedHealthcare's vendors, affiliates or subcontractors, at UnitedHealthcare's discretion.
  - If rates have not been negotiated, then one of the following amounts:
    - ♦ For Covered Health Services other than Pharmaceutical Products, Eligible Expenses are determined based on available data resources of competitive fees in that geographic area.
    - ♦ For Mental Health Services and Substance-Related and Addictive Disorders Services the Eligible Expense will be reduced by 25% for Covered Health Services provided by a psychologist and by 35% for Covered Health Services provided by a masters level counselor.
    - ♦ When Covered Health Services are Pharmaceutical Products, Eligible Expenses are determined based on 110% of the published rates allowed by the Centers for Medicare and Medicaid Services (CMS) for Medicare for the same or similar service within the geographic market.

      When a rate is not published by *CMS* for the service, UnitedHealthcare uses a gap methodology established by *OptumInsight* and/or a third party vendor that uses a relative value scale. The relative value scale is usually based on the difficulty, time, work, risk and resources of the service. If the relative value scale currently in use becomes no longer available, UnitedHealthcare will use a comparable scale(s). UnitedHealthcare and *OptumInsight* are related companies through common ownership by *UnitedHealth Group*. Refer to UnitedHealthcare's website at **www.myuhc.com** for information regarding the vendor that provides the applicable gap fill relative value scale information.

**IMPORTANT NOTICE**: Non-Network providers may bill you for any difference between the provider's billed charges and the Eligible Expense described here.

When Covered Health Services are received from a Network provider, Eligible Expenses are UnitedHealthcare's contracted fee(s) with that provider.

---

**Don't Forget Your ID Card**
Remember to show your UnitedHealthcare ID card every time you receive health care services from a provider. If you do not show your ID card, a provider has no way of knowing that you are enrolled under the Plan.

---

## Annual Deductible

The Annual Deductible is the amount of Eligible Expenses you must pay each calendar year for Covered Health Services before you are eligible to begin receiving Benefits. There are separate Network and non-Network Annual Deductibles for this Plan. The amounts you pay toward your Annual Deductible accumulate over the course of the calendar year.

Eligible Expenses charged by both Network and non-Network providers apply towards both the Network individual and family Deductibles and the non-Network individual and family Deductibles.

Amounts paid toward the Annual Deductible for Covered Health Services that are subject to a visit or day limit will also be calculated against that maximum benefit limit. As a result, the limited benefit will be reduced by the number of days or visits you used toward meeting the Annual Deductible.

Any amount you pay for medical expenses in the last three months of the previous calendar year, that is applied to the previous Deductible, will be carried over and applied to the current Deductible. This carry-over feature applies only to the individual Deductible.

When a Covered Person was previously covered under a benefit plan that was replaced by the Plan, any amount already applied to that annual deductible provision of the prior plan will apply to the Annual Deductible provision under this Plan.

## Copayment

A Copayment (Copay) is the amount you pay each time you receive certain Covered Health Services. The Copay is a flat dollar amount and is paid at the time of service or when billed by the provider. Copays count toward the Out-of-Pocket-Maximum. Copays do not count toward the Annual Deductible. If the Eligible Expense is less than the Copay, you are only responsible for paying the Eligible Expense and not the Copay.

## Coinsurance

Coinsurance is the percentage of Eligible Expenses that you are responsible for paying. Coinsurance is a fixed percentage that applies to certain Covered Health Services after you meet the Annual Deductible.

## Out-of-Pocket Maximum

The annual Out-of-Pocket Maximum is the most you pay each calendar year for Covered Health Services. There are separate Network and non-Network Out-of-Pocket Maximums for this Plan. If your eligible out-of-pocket expenses in a calendar year exceed the annual maximum, the Plan pays 100% of Eligible Expenses for Covered Health Services through the end of the calendar year.

Eligible Expenses charged by both Network and non-Network providers apply toward both the Network individual and family Out-of-Pocket Maximums and the non-Network individual and family Out-of-Pocket Maximums.

The following table identifies what does and does not apply toward your Network and non-Network Out-of-Pocket Maximums:

| Plan Features | Applies to the Network Out-of-Pocket Maximum? | Applies to the Non-Network Out-of-Pocket Maximum? |
|---|---|---|
| Copays including Prescription Drug | Yes | Yes |
| Payments toward the Annual Deductible | Yes | Yes |
| Coinsurance Payments | Yes | Yes |
| Charges for non-Covered Health Services | No | No |
| The amounts of any reductions in Benefits you incur by not notifying Personal Health Support | No | No |
| Charges that exceed Eligible Expenses | No | No |

## SECTION 4 - PERSONAL HEALTH SUPPORT

> **What this section includes:**
> - An overview of the Personal Health Support program; and
> - Covered Health Services for which you need to contact Personal Health Support.

UnitedHealthcare provides a program called Personal Health Support designed to encourage personalized, efficient care for you and your covered Dependents.

Personal Health Support Nurses center their efforts on prevention, education, and closing any gaps in your care. The goal of the program is to ensure you receive the most appropriate and cost-effective services available. A Personal Health Support Nurse is notified when you or your provider calls the toll-free number on your ID card regarding an upcoming treatment or service.

If you are living with a chronic condition or dealing with complex health care needs, UnitedHealthcare may assign to you a primary nurse, referred to as a Personal Health Support Nurse to guide you through your treatment. This assigned nurse will answer questions, explain options, identify your needs, and may refer you to specialized care programs. The Personal Health Support Nurse will provide you with their telephone number so you can call them with questions about your conditions, or your overall health and well-being.

Personal Health Support Nurses will provide a variety of different services to help you and your covered family members receive appropriate medical care. Program components are subject to change without notice. As of the publication of this SPD, the Personal Health Support Nurse program includes:

- **Admission counseling** - Nurse Advocates are available to help you prepare for a successful surgical admission and recovery. Call the number on the back of your ID card for support.

- **Inpatient care management** - If you are hospitalized, a nurse will work with your Physician to make sure you are getting the care you need and that your Physician's treatment plan is being carried out effectively.

- **Readmission Management** - This program serves as a bridge between the Hospital and your home if you are at high risk of being readmitted. After leaving the Hospital, if you have a certain chronic or complex condition, you may receive a phone call from a Personal Health Support Nurse to confirm that medications, needed equipment, or follow-up services are in place. The Personal Health Support Nurse will also share important health care information, reiterate and reinforce discharge instructions, and support a safe transition home.

- **Risk Management** - Designed for participants with certain chronic or complex conditions, this program addresses such health care needs as access to medical specialists, medication information, and coordination of equipment and supplies. Participants may receive a phone call from a Personal Health Support Nurse to discuss

and share important health care information related to the participant's specific chronic or complex condition.

If you do not receive a call from a Personal Health Support Nurse but feel you could benefit from any of these programs, please call the toll-free number on your ID card.

## Requirements for Notifying Personal Health Support

Network providers are generally responsible for notifying Personal Health Support before they provide certain services to you. However, there are some Network Benefits for which you are responsible for notifying Personal Health Support.

When you choose to receive certain Covered Health Services from non-Network providers, you are responsible for notifying Personal Health Support before you receive these Covered Health Services. In many cases, your Non-Network Benefits will be reduced if the Claims Administrator is not notified.

The services that require notification are:

- Congenital heart disease surgery;

- dental services - accident only;

- Durable Medical Equipment for items that will cost more than $1,000 to purchase or rent;

- Gender Dysphoria treatment as described under *Gender Dysphoria* in Section 6, *Additional Coverage Details*.

- home health care;

- hospice care - inpatient;

- Hospital Inpatient Stay - all scheduled admissions;

- maternity care that exceeds the delivery timeframes as described in Section 6, *Additional Coverage Details*;

- Mental Health Services - inpatient services (including Partial Hospitalization/Day Treatment and services at a Residential Treatment Facility); intensive outpatient program treatment; outpatient electro-convulsive treatment; psychological testing; extended outpatient treatment visits beyond 45 - 50 minutes in duration, with or without medication management;

- Neurobiological Disorders - Autism Spectrum Disorder Services-inpatient services (including Partial Hospitalization/Day treatment and services at a Residential Treatment Facility); intensive outpatient program treatment; outpatient electro-convulsive treatment; psychological testing; extended outpatient treatment visits beyond 45 - 50 minutes in duration, with or without medication management;

- Reconstructive Procedures, including breast reconstruction surgery following mastectomy;

- Skilled Nursing Facility/Inpatient Rehabilitation Facility Services;

- Substance-Related and Addictive Disorders Services - inpatient services (including Partial Hospitalization/Day Treatment and services at a Residential Treatment Facility); intensive outpatient program treatment; outpatient electro-convulsive treatment; psychological testing; extended outpatient treatment visits beyond 45 - 50 minutes in duration, with or without medication management; and

- transplantation services.

When you choose to receive services from non-Network providers, UnitedHealthcare urges you to confirm that the services you plan to receive are Covered Health Services. That's because in some instances, certain procedures may not meet the definition of a Covered Health Service and therefore are excluded. In other instances, the same procedure may meet the definition of Covered Health Services. By calling before you receive treatment, you can check to see if the service is subject to limitations or exclusions such as:

- the cosmetic procedures exclusion. Examples of procedures that may or may not be considered cosmetic include: breast reduction and reconstruction (except for after cancer surgery when it is always considered a Covered Health Service); vein stripping, ligation and sclerotherapy, and upper lid blepharoplasty;

- the experimental, investigational or unproven services exclusion; or

- any other limitation or exclusion of the Plan.

Notification is required within one business day of admission or on the same day of admission if reasonably possible after you are admitted to a non-Network Hospital as a result of an Emergency.

For notification timeframes, and reductions in Benefits that apply if you do not notify Personal Health Support, see Section 6, *Additional Coverage Details*.

---

**Contacting the Claims Administrator or Personal Health Support is easy.**
Simply call the toll-free number on your ID card.

---

## Special Note Regarding Medicare

If you are enrolled in Medicare on a primary basis and Medicare pays benefits before the Plan, you are not required to notify Personal Health Support before receiving Covered Health Services. Since Medicare pays benefits first, the Plan will pay Benefits second as described in Section 10, *Coordination of Benefits (COB).*

## SECTION 5 - PLAN HIGHLIGHTS

The table below provides an overview of Copays that apply when you receive certain Covered Health Services, and outlines the Plan's Annual Deductible and Out-of-Pocket Maximum.

| Plan Features | Network | Non-Network |
|---|---|---|
| **Copays[1]**<br><br>■  Physician's Office Services | $35 | Not Applicable |
| **Annual Deductible[2]**<br><br>■  Individual<br><br>■  Family (not to exceed the applicable Individual amount per Covered Person) | $500<br><br>$1,000 | $1,000<br><br>$2,000 |
| **Annual Out-of-Pocket Maximum[2]**<br><br>■  Individual<br><br>■  Family (not to exceed the applicable Individual amount per Covered Person) | $2,500<br><br>$5,000 | $4,200<br><br>$8,400 |
| **Lifetime Maximum Benefit[3]**<br>There is no dollar limit to the amount the Plan will pay for essential Benefits during the entire period you are enrolled in this Plan. | Unlimited || 

[1]In addition to these Copays, you may be responsible for meeting the Annual Deductible for the Covered Health Services described in the chart on the following pages.

[2]Copays do not apply toward the Annual Deductible. Copays do not apply to the Out-of-Pocket Maximum. The Annual Deductible does not apply toward the Out-of-Pocket Maximum for any Covered Health Services.

[3]Generally the following are considered to be essential benefits under the Patient Protection and Affordable Care Act:
Ambulatory patient services; emergency services, hospitalization; maternity and newborn care, mental health and Substance-Related and Addictive Disorders Services (including behavioral health treatment); prescription drugs; rehabilitative and habilitative services and devices; laboratory services; preventive and wellness services and chronic disease management; and pediatric services, including oral and vision care.

This table provides an overview of the Plan's coverage levels. For detailed descriptions of your Benefits, refer to Section 6, *Additional Coverage Details.*

| Covered Health Services[1] | Percentage of Eligible Expenses Payable by the Plan: | |
|---|---|---|
| | **Network** | **Non-Network** |
| **Ambulance Services - Emergency Only** | *Ground and/or Air Transportation*<br><br>80% after you meet the Annual Deductible | *Ground and/or Air Transportation*<br><br>80% after you meet the Network Annual Deductible |
| **Cancer Resource Services (CRS)[2]**<br><br>■   Hospital - Inpatient Stay | 80% after you meet the Annual Deductible | Not Covered |
| **Clinical Trials** | Depending upon where the Covered Health Service is provided, Benefits for Clinical Trials will be the same as those stated under each Covered Health Service category in this section. | |
| **Congenital Heart Disease (CHD) Surgeries**<br><br>See Section 6, *Additional Coverage Details*, for limits | 80% after you meet the Annual Deductible | 60% after you meet the Annual Deductible |
| **Dental Services - Accident Only** | 80% after you meet the Annual Deductible | 60% after you meet the Annual Deductible |
| **Durable Medical Equipment (DME)** | 80% after you meet the Annual Deductible | 80% after you meet the Annual Deductible |
| **Emergency Health Services - Outpatient** | 80% after you meet the Annual Deductible | |
| **Enteral Formula/Modified Solid Food Product** | 80% after you meet the Annual Deductible | 80% after you meet the Annual Deductible |

NEW ENGLAND MOTOR FREIGHT, INC. MEDICAL CHOICE PLUS

| Covered Health Services[1] | Percentage of Eligible Expenses Payable by the Plan: | |
|---|---|---|
| | **Network** | **Non-Network** |
| **Gender Dysphoria** | Depending upon where the Covered Health Service is provided, Benefits will be the same as those stated under each Covered Health Service category in this section and in Section 15, *Outpatient Prescription Drugs*. | |
| **Home Health Care** See Section 6, *Additional Coverage Details*, for limits | 100% after you meet the Annual Deductible | 60% after you meet the Annual Deductible |
| **Hospice Care** See Section 6, *Additional Coverage Details*, for limits | 80% after you meet the Annual Deductible | 60% after you meet the Annual Deductible |
| **Hospital - Inpatient Stay** | 80% after you meet the Annual Deductible | 60% after you meet the Annual Deductible |
| **Injections received in a Physician's Office** (Copay is per visit) | 100% after you pay a $35 Copay | 60% per injection after you meet the Annual Deductible |
| **Kidney Resource Services (KRS)** (These Benefits are for Covered Health Services provided through KRS only) | 80% after you meet the Annual Deductible | Not Covered |
| **Maternity Services** A Deductible will not apply for a newborn child whose length of stay in the Hospital is the same as the mother's length of stay. | Benefits will be the same as those stated under each Covered Health Service category in this section. | |
| **Mental Health Services** ■ Inpatient | 80% after you meet the Annual Deductible | 60% after you meet the Annual Deductible |
| ■ Outpatient | 100% after you pay a $35 Copay | 60% after you meet the Annual Deductible |

NEW ENGLAND MOTOR FREIGHT, INC. MEDICAL CHOICE PLUS

| Covered Health Services[1] | Percentage of Eligible Expenses Payable by the Plan: | |
|---|---|---|
| | Network | Non-Network |
| **Neurobiological Disorders - Autism Spectrum Disorder Services** | | |
| ■ Inpatient | 80% after you meet the Annual Deductible | 60% after you meet the Annual Deductible |
| ■ Outpatient | 100% after you pay a $35 Copay | 60% after you meet the Annual Deductible |
| **Nutritional Counseling** | Same as Physician's Office Services and Professional Fees for Medical and Surgical Services. | Same as Physician's Office Services and Professional Fees for Medical and Surgical Services. |
| **Orthotic Foot Device** See Section 6, *Additional Coverage Details*, for limits | 80% after you meet the Annual Deductible | 80% after you meet the Annual Deductible |
| **Ostomy Supplies** | 80% after you meet the Annual Deductible | 60% after you meet the Annual Deductible |
| **Outpatient Surgery, Diagnostic and Therapeutic Services** | | |
| ■ Outpatient Surgery | 80% after you meet the Annual Deductible | 60% after you meet the Annual Deductible |
| ■ Outpatient Diagnostic Services | | |
| - For Non Routine lab and radiology/X-ray (except mammograms)- outpatient hospital setting | 80% after you meet the Annual Deductible | 60% after you meet the Annual Deductible |
| - All mammography testing | 100% | 60% after you meet the Annual Deductible |

NEW ENGLAND MOTOR FREIGHT, INC. MEDICAL CHOICE PLUS

| Covered Health Services[1] | Percentage of Eligible Expenses Payable by the Plan: | |
|---|---|---|
| | Network | Non-Network |
| - For All lab and radiology/X-ray Office and independent lab setting | 100% | 60% after you meet the Annual Deductible |
| - For Routine lab and radiology/X-ray in an outpatient hospital setting | 100% | 60% after you meet the Annual Deductible |
| ■ Outpatient Diagnostic/Therapeutic Services - CT Scans, PET Scans, MRI and Nuclear Medicine | 80% after you meet the Annual Deductible | 60% after you meet the Annual Deductible |
| ■ Outpatient Therapeutic Treatments | 80% after you meet the Annual Deductible | 60% after you meet the Annual Deductible |
| **Physician Fees for Surgical and Medical Services** | 80% after you meet the Annual Deductible | 60% after you meet the Annual Deductible |
| **Physician's Office Services** (Copay is per visit) | 100% after you pay a $35 Copay | 60% after you meet the Annual Deductible |
| **Preventive Care Services** | | |
| ■ Physician Office Services | 100% | 60% after you meet the Annual Deductible |
| ■ Outpatient Diagnostic Services | 100% | 60% after you meet the Annual Deductible |
| ■ Breast Pumps | 100% | 60% after you meet the Annual Deductible |

NEW ENGLAND MOTOR FREIGHT, INC. MEDICAL CHOICE PLUS

| Covered Health Services[1] | Percentage of Eligible Expenses Payable by the Plan: | |
|---|---|---|
| | **Network** | **Non-Network** |
| **Private Duty Nursing**<br><br>See Section 6, *Additional Coverage Details*, for limits | 80% after you meet the Annual Deductible | 80% after you meet the Annual Deductible |
| **Prosthetic Devices**<br><br>See Section 6, *Additional Coverage Details*, for limits | 80% after you meet the Annual Deductible | 80% after you meet the Annual Deductible |
| **Reconstructive Procedures** | Depending upon where the Covered Health Service is provided, Benefits for Reconstructive Procedures will be the same as those stated under each Covered Health Services category in this section. | |
| **Rehabilitation Services - Outpatient**<br><br>See Section 6, *Additional Coverage Details*, for limits | 80% after you meet the Annual Deductible | 60% after you meet the Annual Deductible |
| **Skilled Nursing Facility/Inpatient Rehabilitation Facility Services**<br>See Section 6, *Additional Coverage Details*, for limits | 100% after you meet the Annual Deductible | 60% after you meet the Annual Deductible |
| **Spinal Treatment**<br><br>(Copay is per visit)<br>See Section 6, *Additional Coverage Details*, for limits | 100% after you pay a $35 Copay | 60% after you meet the Annual Deductible |
| **Substance-Related and Addictive Disorders Services**<br><br>■   Inpatient<br><br><br>■   Outpatient | <br><br>80% after you meet the Annual Deductible<br><br>100% after you pay a $35 Copay | <br><br>60% after you meet the Annual Deductible<br><br>60% after you meet the Annual Deductible |

| Covered Health Services[1] | Percentage of Eligible Expenses Payable by the Plan: | |
|---|---|---|
| | Network | Non-Network |
| **Temporomandibular Joint Dysfunction (TMJ)**<br><br>See Section 6, *Additional Coverage Details*, for limits | 80% after you meet the Annual Deductible | 60% after you meet the Annual Deductible |
| **Transplantation Services**<br><br>See Section 6, *Additional Coverage Details*, for limits | 80% after you meet the Annual Deductible | 60% after you meet the Annual Deductible |
| **Travel and Lodging**<br><br>(If services rendered by a Designated Facility) | For patient and companion(s) of patient undergoing  transplant procedures | |
| **Urgent Care Center Services** | 80% after you meet the Annual Deductible | 60% after you meet the Annual Deductible |
| **Wisdom Teeth** | 80% after you meet the Annual Deductible | 60% after you meet the Annual Deductible |

[1]You must notify Personal Health Support, as described in Section 4, *Personal Health Support* to receive full Benefits before receiving certain Covered Health Services from a non-Network provider. In general, if you visit a Network provider, that provider is responsible for notifying Personal Health Support before you receive certain Covered Health Services. See Section 6, *Additional Coverage Details* for further information.

[2]These Benefits are for Covered Health Services provided through CRS at a Designated Facility. For oncology services not provided through CRS, the Plan pays Benefits as described under *Physician's Office Services* - Sickness and Injury*, Physician Fees for Surgical and Medical Services*, *Hospital - Inpatient Stay*, *Surgery - Outpatient*, *Scopic Procedures - Outpatient Diagnostic and Therapeutic* Lab, *X-Ray and Diagnostics – Outpatient*, and *Lab, X-Ray and Major Diagnostics – CT, PET, MRI, MRA and Nuclear Medicine – Outpatient.*

# SECTION 6 - ADDITIONAL COVERAGE DETAILS

> **What this section includes:**
> - Covered Health Services for which the Plan pays Benefits; and
> - Covered Health Services that require you to notify Personal Health Support before you receive them, and any reduction in Benefits that may apply if you do not call Personal Health Support.

This section supplements the second table in Section 5, *Plan Highlights*.

While the table provides you with Benefit limitations along with Copayment, Coinsurance and Annual Deductible information for each Covered Health Service, this section includes descriptions of the Benefits. These descriptions include any additional limitations that may apply, as well as Covered Health Services for which you must call Personal Health Support. The Covered Health Services in this section appear in the same order as they do in the table for easy reference. Services that are not covered are described in Section 8, *Exclusions*.

## Ambulance Services - Emergency only

Includes air ambulance to closest facility able to render necessary care.

Non-Emergency ambulance transportation by a licensed ambulance service (either ground or air ambulance, as we determine appropriate) between facilities when the transport is any of the following:

- from a non-Network Hospital to a Network Hospital;
- to a Hospital that provides a higher level of care that was not available at the original Hospital;
- to a more cost-effective acute care facility; or
- from an acute facility to a sub-acute setting.

## Cancer Resource Services (CRS)

The Plan pays Benefits for oncology services provided by Designated Facilities participating in the Cancer Resource Services (CRS) program. Designated Facility is defined in Section 14, *Glossary*.

For oncology services and supplies to be considered Covered Health Services, they must be provided to treat a condition that has a primary or suspected diagnosis relating to cancer. If you or a covered Dependent has cancer, you may:

- be referred to CRS by a Personal Health Support Nurse;
- call CRS toll-free at (866) 936-6002; or
- visit www.myoptumhealthcomplexmedical.com.

To receive Benefits for a cancer-related treatment, you are not required to visit a Designated Facility. If you receive oncology services from a facility that is not a Designated Facility, the Plan pays Benefits as described under:

■ Physician's Office Services - Sickness and Injury;

■ Physician Fees for Surgical and Medical Services;

■ Outpatient Surgery, Diagnostic and Therapeutic Services;

■ Therapeutic Treatments - Outpatient;

■ Hospital - Inpatient Stay; and

■ Surgery - Outpatient.

> To receive Benefits under the CRS program, you must contact CRS prior to obtaining Covered Health Services. The Plan will only pay Benefits under the CRS program if CRS provides the proper notification to the Designated Facility provider performing the services (even if you self-refer to a provider in that Network).

## Clinical Trials

Benefits are available for routine patient care costs incurred during participation in a qualifying clinical trial for the treatment of:

■ cancer or other life-threatening disease or condition. For purposes of this benefit, a life-threatening disease or condition is one from which the likelihood of death is probable unless the course of the disease or condition is interrupted;

■ cardiovascular disease (cardiac/stroke) which is not life threatening, for which, as UnitedHealthcare determines, a clinical trial meets the qualifying clinical trial criteria stated below;

■ surgical musculoskeletal disorders of the spine, hip and knees, which are not life threatening, for which, as UnitedHealthcare determines, a clinical trial meets the qualifying clinical trial criteria stated below; and

■ other diseases or disorders which are not life threatening for which, as UnitedHealthcare determines, a clinical trial meets the qualifying clinical trial criteria stated below.

Benefits include the reasonable and necessary items and services used to prevent, diagnose and treat complications arising from participation in a qualifying clinical trial.

Benefits are available only when the Covered Person is clinically eligible for participation in the qualifying clinical trial as defined by the researcher.

Routine patient care costs for qualifying clinical trials include:

■ Covered Health Services for which Benefits are typically provided absent a clinical trial;

■ Covered Health Services required solely for the provision of the investigational item or service, the clinically appropriate monitoring of the effects of the item or service, or the prevention of complications; and

■ Covered Health Services needed for reasonable and necessary care arising from the provision of an Investigational item or service.

Routine costs for clinical trials do not include:

■ the Experimental or Investigational Service or item. The only exceptions to this are:
  - certain Category B devices;
  - certain promising interventions for patients with terminal illnesses; and
  - other items and services that meet specified criteria in accordance with our medical and drug policies;

■ items and services provided solely to satisfy data collection and analysis needs and that are not used in the direct clinical management of the patient;

■ a service that is clearly inconsistent with widely accepted and established standards of care for a particular diagnosis; and

■ items and services provided by the research sponsors free of charge for any person enrolled in the trial.

With respect to cancer or other life-threatening diseases or conditions, a qualifying clinical trial is a Phase I, Phase II, Phase III, or Phase IV clinical trial that is conducted in relation to the prevention, detection or treatment of cancer or other life-threatening disease or condition and which meets any of the following criteria in the bulleted list below.

With respect to cardiovascular disease or musculoskeletal disorders of the spine and hip and knees and other diseases or disorders which are not life-threatening, a qualifying clinical trial is a Phase I, Phase II, or Phase III clinical trial that is conducted in relation to the detection or treatment of such non-life-threatening disease or disorder and which meets any of the following criteria in the bulleted list below.

■ Federally funded trials. The study or investigation is approved or funded (which may include funding through in-kind contributions) by one or more of the following:
  - *National Institutes of Health (NIH).* (Includes *National Cancer Institute (NCI)*);
  - *Centers for Disease Control and Prevention (CDC)*;
  - *Agency for Healthcare Research and Quality (AHRQ)*;
  - *Centers for Medicare and Medicaid Services (CMS)*;
  - a cooperative group or center of any of the entities described above or the *Department of Defense (DOD)* or the *Veterans Administration (VA)*;
  - a qualified non-governmental research entity identified in the guidelines issued by the *National Institutes of Health* for center support grants; or
  - The *Department of Veterans Affairs*, the *Department of Defense* or the *Department of Energy* as long as the study or investigation has been reviewed and approved through a system of peer review that is determined by the *Secretary of Health and Human Services*

to meet both of the following criteria:

- ♦ comparable to the system of peer review of studies and investigations used by the *National Institutes of Health*; and
- ♦ ensures unbiased review of the highest scientific standards by qualified individuals who have no interest in the outcome of the review.

■ the study or investigation is conducted under an investigational new drug application reviewed by the *U.S. Food and Drug Administration*;

■ the study or investigation is a drug trial that is exempt from having such an investigational new drug application;

■ the clinical trial must have a written protocol that describes a scientifically sound study and have been approved by all relevant institutional review boards (*IRBs*) before participants are enrolled in the trial. UnitedHealthcare may, at any time, request documentation about the trial; or

■ the subject or purpose of the trial must be the evaluation of an item or service that meets the definition of a Covered Health Service and is not otherwise excluded under the Plan.

## Congenital Heart Disease (CHD) Surgeries

The Plan pays Benefits for Congenital Heart Disease (CHD) services ordered by a Physician and received at a CHD Resource Services program. Benefits include the facility charge and the charge for supplies and equipment. Benefits are available for the following CHD services:

■ outpatient diagnostic testing;

■ evaluation;

■ surgical interventions;

■ interventional cardiac catheterizations (insertion of a tubular device in the heart);

■ fetal echocardiograms (examination, measurement and diagnosis of the heart using ultrasound technology); and

■ approved fetal interventions.

CHD services other than those listed above are excluded from coverage, unless determined by United Resource Networks or Personal Health Support to be proven procedures for the involved diagnoses. Contact United Resource Networks at (888) 936-7246 or Personal Health Support at the toll-free  number on your ID card for information about CHD services.

If you receive Congenital Heart Disease services from a facility that is not a Designated Facility, the Plan pays Benefits as described under:

■ Physician's Office Services - Sickness and Injury;

- Physician Fees for Surgical and Medical Services;

- Outpatient Surgery, Diagnostic and Therapeutic Services;

- Therapeutic Treatments - Outpatient;

- Hospital - Inpatient Stay; and

- Surgery - Outpatient.

> Please remember for Non-Network Benefits, you must notify United Resource Networks or Personal Health SupportPersonal Health Support as soon as CHD is suspected or diagnosed. If United Resource Networks or Personal Health Support is not notified, Benefits for Covered Health Services will be reduced to 40% of Eligible Expenses.

## Dental Services - Accident Only

Dental services when all of the following are true:

- treatment is necessary because of accidental damage;

- dental services are received from a Doctor of Dental Surgery, "D.D.S." or Doctor of Medical Dentistry, "D.M.D.";

- the dental damage is severe enough that initial contact with a Physician or dentist occurred within 72 hours of the accident.

Benefits are available only for treatment of a sound, natural tooth. The Physician or dentist must certify that the injured tooth was:

- a virgin or unrestored tooth; or

- a tooth that has no decay, no filling on more than two surfaces, no gum disease associated with bone loss, no root canal therapy, is not a dental implant and functions normally in chewing and speech.

Dental services for final treatment to repair the damage must be both of the following:

- Started within three months of the accident, or if not a Covered Person at the time of the accident, within the first three months of coverage under the Plan.

- Completed within 12 months of the accident, or if not a Covered Person at the time of the accident, within the first 12 months of coverage under the Plan.

Please note that dental damage that occurs as a result of normal activities of daily living or extraordinary use of the teeth is not considered an "accident". Benefits are not available for repairs to teeth that are injured as a result of such activities.

> Please remember that for Non-Network Benefits, you must notify Personal Health Support as soon as possible, but at least five business days before follow-up (post-Emergency) treatment begins. You do not have to provide notification before the initial Emergency treatment. When you provide notification, Personal Health Support can determine whether the service is a Covered Health Service. If Personal Health Support is not notified, Benefits for Covered Health Services will be reduced to 40% of Eligible Expenses.

## Durable Medical Equipment (DME)

The Plan pays for Durable Medical Equipment (DME) that meets each of the following:

- ordered or provided by a Physician for outpatient use;

- used for medical purposes;

- not consumable or disposable; and

- not of use to a person in the absence of a disease or disability.

If more than one piece of DME can meet your functional needs, Benefits are available only for the most Cost-Effective piece of equipment.

Examples of DME include but are not limited to:

- equipment to assist mobility, such as a standard wheelchair;

- a standard Hospital-type bed;

- oxygen concentrator units and the rental of equipment to administer oxygen;

- delivery pumps for tube feedings;

- external cochlear devices and systems. Surgery to place a cochlear implant is also covered by the Plan. Cochlear implantation can either be an inpatient or outpatient procedure. See *Hospital - Inpatient Stay*, *Rehabilitation Services - Outpatient Therapy* and *Surgery - Outpatient* in this section;

- braces, including necessary adjustments to shoes to accommodate braces. Braces that stabilize an Injured body part and braces to treat curvature of the spine are considered Durable Medical Equipment and are a Covered Health Service. Braces that straighten or change the shape of a body part are orthotic devices, and are excluded from coverage. Dental braces are also excluded from coverage.

- mechanical equipment necessary for the treatment of chronic or acute respiratory failure (except that air-conditioners, humidifiers, dehumidifiers, air purifiers and filters, and personal comfort items are excluded from coverage).

UnitedHealthcare provides Benefits only for a single purchase (including repair/replacement) of a type of Durable Medical Equipment once every two calendar years.

> Please remember for Non-Network Benefits, you must notify Personal Health Support if the purchase, rental, repair or replacement of DME will cost more than $1,000. If Personal Health Support is not notified, Benefits will be reduced to 40% of Eligible Expenses.

## Emergency Health Services - Outpatient

The Plan pays for services that are required to stabilize or initiate treatment in an Emergency. Emergency health services must be received on an outpatient basis at a Hospital or Alternate Facility.

Network Benefits will be paid for an Emergency admission to a non-Network Hospital as long as Personal Health Support is notified within two business days of the admission or on the same day of admission if reasonably possible after you are admitted to a non-Network Hospital. If you continue your stay in a non-Network Hospital after the date your Physician determines that it is medically appropriate to transfer you to a Network Hospital, Non-Network Benefits will apply.

Benefits under this section are not available for services to treat a condition that does not meet the definition of an Emergency.

> Please remember for Non-Network Benefits, you must notify Personal Health Support within two business days of the admission or on the same day of admission if reasonably possible if you are admitted to a Hospital as a result of an Emergency. If Personal Health Support is not notified, Benefits for the Inpatient Hospital Stay will be reduced to 40% of Eligible Expenses.

## Enteral Formula/Modified Solid Food Product

The Plan pays Benefits for enteral formula and modified solid food products.

## Gender Dysphoria

Benefits for the treatment of Gender Dysphoria limited to the following services:

■ **Psychotherapy** for Gender Dysphoria and associated co-morbid psychiatric diagnoses as described under *Mental Health Services* in this section.

■ Cross-sex hormone therapy:

  - Cross-sex hormone therapy administered by a medical provider (for example during an office visit) is provided under *Pharmaceutical Products – Outpatient* in the section.
  - Cross-sex hormone therapy dispensed from a pharmacy is provided under [Section 15, *Outpatient Prescription Drugs*. Puberty suppressing medication injected or implanted by a medical provider in a clinical setting.

■ Laboratory testing to monitor the safety of continuous cross-sex hormone therapy.

■ Surgery for the treatment for Gender Dysphoria, including the surgeries listed below:

  *Male to Female:*

- Clitoroplasty (creation of clitoris)
- Labiaplasty (creation of labia)
- Orchiectomy (removal of testicles)
- Penectomy (removal of penis)
- Urethroplasty (reconstruction of female urethra)
- Vaginoplasty (creation of vagina)

*Female to Male:*

- Bilateral mastectomy or breast reduction
- Hysterectomy (removal of uterus)
- Metoidioplasty (creation of penis, using clitoris)
- Penile prosthesis
- Phalloplasty (creation of penis)
- Salpingo-oophorectomy (removal of fallopian tubes and ovaries)
- Scrotoplasty (creation of scrotum)
- Testicular prosthesis
- Urethroplasty (reconstruction of male urethra)
- Vaginectomy (removal of vagina)
- Vulvectomy (removal of vulva)]

**Genital Surgery and Bilateral Mastectomy or Breast Reduction Surgery Documentation Requirements:**

The Covered Person must provide documentation of the following for breast surgery:

- A written psychological assessment from at least one qualified behavioral health provider experienced in treating Gender Dysphoria. The assessment must document that the Covered Person meets all of the following criteria:

  - Persistent, well-documented Gender Dysphoria.
  - Capacity to make a fully informed decision and to consent for treatment.
  - Must be 18 years or older.
  - If significant medical or mental health concerns are present, they must be reasonably well controlled.

The Covered Person must provide documentation of the following for genital surgery:

- A written psychological assessment from at least two qualified behavioral health providers experienced in treating Gender Dysphoria, who have independently assessed the Covered Person. The assessment must document that the Covered Person meets all of the following criteria:

  - Persistent, well-documented Gender Dysphoria.
  - Capacity to make a fully informed decision and to consent for treatment.
  - Must 18 years or older.
  - If significant medical or mental health concerns are present, they must be reasonably well controlled.
  - Complete at least 12 months of successful continuous full-time real-life experience in the desired gender.

- Complete 12 months of continuous cross-sex hormone therapy appropriate for the desired gender (unless medically contraindicated).

■ The treatment plan is based on identifiable external sources including the *World Professional Association for Transgender Health (WPATH)* standards, and/or evidence-based professional society guidance.

> For Non-Network Benefits you must notify UnitedHealthcare as soon as the possibility for any of the services listed above for Gender Dysphoria treatment arises.
>
> Please call the phone number that appears on your ID card. Without notification, Benefits will be reduced to 40% of Eligible Expenses.

## Home Health Care

Covered Health Services are services received from a Home Health Agency that are both of the following:

■ ordered by a Physician; and

■ provided by or supervised by a registered nurse in your home.

Benefits are available only when the Home Health Agency services are provided on a part-time, intermittent schedule and when skilled home health care is required.

Benefits for Home Health Agency services include private duty nursing.

Skilled home health care is skilled nursing, skilled teaching, and skilled rehabilitation services when all of the following are true:

■ it must be delivered or supervised by licensed technical or professional medical personnel in order to obtain the specified medical outcome, and provide for the safety of the patient;

■ it is ordered by a Physician;

■ it is not delivered for the purpose of assisting with activities of daily living, including but not limited to dressing, feeding, bathing or transferring from a bed to a chair;

■ it requires clinical training in order to be delivered safely and effectively; and

■ it is not Custodial Care.

Any combination of Network Benefits and Non-Network Benefits is limited to 100 visits per calendar year. One visit equals four hours of Skilled Care services.

> Please remember for Non-Network Benefits, you must notify Personal Health Support five business days before receiving services or as soon as reasonably possible. If Personal Health Support is not notified, Benefits will be reduced to 40% of Eligible Expenses.

## Hospice Care

The Plan pays Benefits for hospice care that is recommended by a Physician. Hospice care is an integrated program that provides comfort and support services for the terminally ill. Hospice care includes physical, psychological, social, respite and spiritual care for the terminally ill person, and short-term grief counseling for immediate family members. Benefits are available only when hospice care is received from a licensed hospice agency, which can include a Hospital.

Any combination of Network Benefits and Non-Network Benefits is limited to 180 days per Covered Person during the entire period you are covered under the Plan.

> Please remember for Non-Network Benefits, you must notify Personal Health Support five business days before receiving services. If Personal Health Support is not notified, Benefits will be reduced to 40% of Eligible Expenses.

## Hospital - Inpatient Stay

Hospital Benefits are available for:

■ non-Physician services and supplies received during the Inpatient Stay; and

■ room and board in a Semi-private Room (a room with two or more beds).

Benefits for other Hospital-based Physician services are described in this section under *Physician Fees for Surgical and Medical Services.*

Benefits for Emergency admissions and admissions of less than 24 hours are described under *Emergency Health Services* and *Outpatient Surgery, Diagnostic and Therapeutic Services,* respectively.

> Please remember for Non-Network Benefits, you must notify Personal Health Support as follows:
> ■ for elective admissions: five business days before admission or as soon as reasonably possible;
> ■ for Emergency admissions (also termed non-elective admissions): within one business day or the same day of admission, or as soon as is reasonably possible.
> If Personal Health Support is not notified, Benefits will be reduced to 40% of Eligible Expenses.

## Injections received in a Physician's Office

The Plan pays for Benefits for injections received in a Physician's office when no other health service is received, for example allergy immunotherapy.

## Kidney Resource Services (KRS)

The Plan pays Benefits for Comprehensive Kidney Solution (CKS) that covers both chronic kidney disease and End Stage Renal Disease (ESRD) disease provided by Designated Facilities participating in the Kidney Resource Services (KRS) program. Designated Facility is defined in Section 14, *Glossary*.

In order to receive Benefits under this program, KRS must provide the proper notification to the Network provider performing the services. This is true even if you self-refer to a Network provider participating in the program. Notification is required:

- prior to vascular access placement for dialysis; and

- prior to any ESRD services.

You or a covered Dependent may:

- be referred to KRS by Personal Health Support; or

- call KRS toll-free at (866) 561-7518.

To receive Benefits related to ESRD and chronic kidney disease, you are not required to visit a Designated Facility. If you receive services from a facility that is not a Designated Facility, the Plan pays Benefits as described under:

- Physician's Office Services - Sickness and Injury;

- Physician Fees for Surgical and Medical Services;

- Outpatient Surgery, Diagnostic and Therapeutic Services; and

- Hospital - Inpatient Stay.

> To receive Benefits under the KRS program, you must contact KRS prior to obtaining Covered Health Services. The Plan will only pay Benefits under the KRS program if KRS provides the proper notification to the Designated Facility provider performing the services (even if you self-refer to a provider in that Network).

## Maternity Services

### Employee and Dependent Spouse Only

Benefits for Pregnancy will be paid at the same level as Benefits for any other condition, Sickness or Injury. This includes all maternity-related medical services for prenatal care, postnatal care, delivery, and any related complications.

There is a special prenatal program to help during Pregnancy. It is completely voluntary and there is no extra cost for participating in the program. To sign up, you should notify the Claims Administrator during the first trimester, but no later than one month prior to the anticipated childbirth.

UnitedHealthcare will pay Benefits for an Inpatient Stay of at least:

- 48 hours for the mother and newborn child following a vaginal delivery; and

- 96 hours for the mother and newborn child following a cesarean section delivery.

These are federally mandated requirements under the Newborns' and Mothers' Health Protection Act of 1996 which apply to this Plan. The Hospital or other provider is not required to get authorization for the time periods stated above. Authorizations are required for longer lengths of stay. If the mother agrees, the attending Physician may discharge the mother and/or the newborn child earlier than these minimum timeframes.

### For Dependent Children Only

Pregnancy Benefits for Dependent children are limited to Covered Health Services for Complications of Pregnancy. For a complete definition of Complications of Pregnancy, see Section 14, *Glossary*.

Benefits are payable for Covered Health Services for the treatment of Complications of Pregnancy given to a Dependent child while covered under this Plan.

Benefits for Complications of Pregnancy are paid in the same way as benefits are paid for Sickness.

Benefits for Complications of Pregnancy which result in the delivery of a child are payable for at least:

- 48 hours of inpatient care for the mother and newborn child following a normal vaginal delivery; and

- 96 hours of inpatient care for the mother and newborn child following a cesarean section.

These are federally mandated requirements under the Newborns' and Mothers' Health Protection Act of 1996 which apply to this Plan. The Hospital or other provider is not required to get authorization for the time periods stated above. Authorizations are required for longer lengths of stay. If the mother agrees, the attending Physician may discharge the mother and/or the newborn child earlier than these minimum timeframes.

The following are not considered Complications of Pregnancy:

- false labor;

- occasional spotting;

- rest prescribed by a Physician;

- morning sickness; and

- other conditions that may be connected with a difficult pregnancy but are not a classifiably distinct complication.

Please remember for Non-Network Benefits, you must notify Personal Health Support as soon as reasonably possible if the Inpatient Stay for the mother and/or the newborn will be longer than the timeframes indicated above. If Personal Health Support is not notified, Benefits for the extended stay will be reduced to 40% of Eligible Expenses.

## Mental Health Services

Mental Health Services include those received on an inpatient or outpatient basis in a Hospital and an Alternate Facility or in a provider's office. All services must be provided by or under the direction of a properly qualified behavioral health provider.

Benefits include the following levels of care:

- Inpatient treatment.

- Residential Treatment.

- Partial Hospitalization/Day Treatment.

- Intensive Outpatient Treatment.

- Outpatient treatment.

Services include the following:

- Diagnostic evaluations, assessment and treatment planning.

- Treatment and/or procedures.

- Medication management and other associated treatments.

- Individual, family and group therapy.

- Provider-based case management services.

- Crisis intervention.

The Mental Health/Substance-Related and Addictive Disorders Administrator provides administrative services for all levels of care.

You are encouraged to contact the Mental Health/Substance-Related and Addictive Disorders Administrator for referrals to providers and coordination of care.

Please remember for Non-Network Benefits, you must notify the Mental Health/Substance-Related and Addictive Disorders Administrator to receive these Benefits in advance of any treatment. Please refer to Section 4, *Personal Health Support* for the specific services that require notification. Please call the phone number that appears on your ID card. Without notification, Benefits will be reduced to 40% of Eligible Expenses.

## Neurobiological Disorders – Autism Spectrum Disorder Services

The Plan pays Benefits for behavioral services for Autism Spectrum Disorder (otherwise known as neurodevelopmental disorders) that are both of the following:

- provided by or under the direction of an experienced psychiatrist and/or an experienced licensed psychiatric provider; and

- focused on treating maladaptive/stereotypic behaviors that are posing danger to self, others and property and impairment in daily functioning.

These Benefits describe only the behavioral component of treatment for Autism Spectrum Disorder. Medical treatment of Autism Spectrum Disorder is a Covered Health Service for which Benefits are available under the applicable medical Covered Health Services categories as described in this section.

Benefits include the following levels of care:

- Inpatient treatment.

- Residential Treatment.

- Partial Hospitalization/Day Treatment.

- Intensive Outpatient Treatment.

- Outpatient treatment.

Services include the following:

- Diagnostic evaluations, assessment and treatment planning.

- Treatment and/or procedures.

- Medication management and other associated treatments.

- Individual, family and group therapy.

- Provider-based case management services.

- Crisis intervention.

The Mental Health/Substance-Related and Addictive Disorders Administrator provides administrative services for all levels of care.

You are encouraged to contact the Mental Health/Substance-Related and Addictive Disorders Administrator for referrals to providers and coordination of care.

> Please remember for Non-Network Benefits, you must notify the Mental Health/Substance-Related and Addictive Disorders Administrator to receive these Benefits. Please refer to Section 4, *Personal Health Support* for the specific services that require notification. Please call the phone number that appears on your ID card. Without notification, Benefits will be reduced to 40% of Eligible Expenses.

## Nutritional Counseling

The Plan will pay for Covered Health Services provided by a registered dietician in an individual session for Covered Persons with medical conditions that require a special diet. Some examples of such medical conditions include, but are not limited to:

- diabetes mellitus;

- coronary artery disease;

- congestive heart failure;

- severe obstructive airway disease;

- gout (a form of arthritis);

- renal failure;

- phenylketonuria (a genetic disorder diagnosed at infancy); and

- hyperlipidemia (excess of fatty substances in the blood).

## Orthotic Foot Device

The Plan pays for orthotic foot devices when needed for post surgery.

Limited to one pair per calendar year.

## Ostomy Supplies

Benefits for ostomy supplies are limited to:

- pouches, face plates and belts;

- irrigation sleeves, bags and catheters; and

- skin barriers.

Benefits are not available for gauze, adhesive, adhesive remover, deodorant, pouch covers, or other items not listed above.

## Outpatient Surgery, Diagnostic and Therapeutic Services

### *Outpatient Surgery*

The Plan pays for Covered Health Services for surgery and related services received on an outpatient basis at a Hospital or Alternate Facility.

Benefits under this section include only the facility charge and the charge for required Hospital-based professional services, supplies and equipment. Benefits for the surgeon fees related to outpatient surgery are described under *Physician Fees for Surgical and Medical Services*.

When these services are performed in a Physician's office, Benefits are described under *Physician's Office Services* below.

### *Outpatient Diagnostic Services*

The Plan pays for Covered Health Services received on an outpatient basis at a Hospital or Alternate Facility including:

- Lab and radiology/X-ray.

- Mammography testing.

Benefits under this section include the facility charge, and the charge for required services, supplies and equipment, and all related Physician Fees.

When these services are performed in a Physician's office, Benefits are described under *Physician's Office Services* below.

This section does not include Benefits for CT scans, PET scans, MRIs, or nuclear medicine, which are described immediately below.

### *Outpatient Diagnostic/Therapeutic Services - CT Scans, PET Scans, MRI and Nuclear Medicine*

The Play pays for Covered Health Services for CT scans, PET scans, MRI, and nuclear medicine received on an outpatient basis at a Hospital or Alternate Facility.

Benefits under this section include the facility charge, and the charge for required services, supplies and equipment, and all related Physician Fees.

### *Outpatient Therapeutic Treatments*

The Plan pays for Covered Health Services for therapeutic treatments received on an outpatient basis at a Hospital or Alternate Facility, including dialysis, intravenous chemotherapy or other intravenous infusion therapy, and other treatments not listed above.

Benefits under this section include the facility charge, and the charge for required services, supplies and equipment, and all related Physician Fees.

When these services are performed in a Physician's office, Benefits are described under *Physician's Office Services* below.

## Physician Fees for Surgical and Medical Services

The Plan pays for Physician Fees for surgical procedures and other medical care received in a Hospital, Skilled Nursing Facility, Inpatient Rehabilitation Facility or Alternate Facility or Physician house calls.

When these services are performed in a Physician's office, Benefits are described under *Physician's Office Services* below.

## Physician's Office Services - Sickness and Injury

Benefits are paid by the Plan for Covered Health Services received in a Physician's office for the evaluation and treatment of a Sickness or Injury. Benefits are provided under this section regardless of whether the Physician's office is free-standing, located in a clinic or located in a Hospital. Benefits under this section include allergy injections and hearing exams in case of Injury or Sickness.

Benefits for preventive services are described under *Preventive Care Services* in this section.

> **Please Note**
> Your Physician does not have a copy of your SPD, and is not responsible for knowing or communicating your Benefits.

## Preventive Care Services

The Plan pays Benefit for preventive care services provided on an outpatient basis at a Physician's office, an Alternate Facility or a Hospital. Preventive care services encompass medical services that have been demonstrated by clinical evidence to be safe and effective in either the early detection of disease or in the prevention of disease, have been proven to have a beneficial effect on health outcomes and include the following as required under applicable law:

■ evidence-based items or services that have in effect a rating of "A" or "B" in the current recommendations of the United States Preventive Services Task Force;

■ immunizations that have in effect a recommendation from the Advisory Committee on Immunization Practices of the Centers for Disease Control and Prevention;

■ with respect to infants, children and adolescents, evidence-informed preventive care and screenings provided for in the comprehensive guidelines supported by the Health Resources and Services Administration; and

■ with respect to women, such additional preventive care and screenings as provided for in comprehensive guidelines supported by the Health Resources and Services Administration.

Preventive care Benefits defined under the Health Resources and Services Administration (HRSA) requirement include the cost of renting one breast pump per Pregnancy in conjunction with childbirth. Benefits for breast pumps also include the cost of purchasing one breast pump per Pregnancy in conjunction with childbirth. These Benefits are described under Section 6, *Plan Highlights*, under *Covered Health Services*.

If more than one breast pump can meet your needs, Benefits are available only for the most cost effective pump. UnitedHealthcare will determine the following:

■ Which pump is the most cost effective;

■ Whether the pump should be purchased or rented;

■ Duration of a rental;

■   Timing of an acquisition.

Benefits are only available if breast pumps are obtained from a DME provider or Physician.

For questions about your preventive care Benefits under this Plan call the number on the back of your ID card.

## Private Duty Nursing

The Plan will pay for services for private duty nursing on an outpatient basis only.

Any combination of Network Benefits and Non-Network Benefits is limited to 240 hours per calendar year.

## Prosthetic Devices

External prosthetic devices that replace a limb or an external body part, limited to:

■   Artificial arms, legs, feet and hands.

■   Artificial eyes, ears and noses.

■   Breast prosthesis as required by the Women's Health and Cancer Rights Act of 1998. Benefits include mastectomy bras and lymphedema stockings for the arm.

Benefits are also provided for wigs that are required as a result of cancer. Benefits for wigs are limited to $500 per calendar year.

If more than one prosthetic device can meet your functional needs, Benefits are available only for the most cost-effective prosthetic device.

The prosthetic device must be ordered or provided by, or under the direction of a Physician. Except for items required by the Women's Health and Cancer Rights Act of 1998, Benefits for prosthetic devices are limited to a single purchase of each type of prosthetic device every two calendar years.

*Note:* Prosthetic devices are different from DME - see *Durable Medical Equipment (DME)* in this section.

## Reconstructive Procedures

Reconstructive Procedures are services performed when a physical impairment exists and the primary purpose of the procedure is to improve or restore physiologic function. Reconstructive procedures include surgery or other procedures which are associated with an Injury, Sickness or Congenital Anomaly. The fact that physical appearance may change or improve as a result of a reconstructive procedure does not classify such surgery as a Cosmetic Procedure when a physical impairment exists, and the surgery restores or improves function.

Cosmetic Procedures are excluded from coverage. Procedures that correct an anatomical Congenital Anomaly without improving or restoring physiologic function are considered

Cosmetic Procedures. The fact that a Covered Person may suffer psychological consequences or socially avoidant behavior as a result of an Injury, Sickness or Congenital Anomaly does not classify surgery or other procedures done to relieve such consequences or behavior as a reconstructive procedure.

Please note that Benefits for reconstructive procedures include breast reconstruction following a mastectomy and reconstruction of the non-affected breast to achieve symmetry. Other services mandated by the Women's Health and Cancer Rights Act of 1998, including breast prostheses and treatment of complications, are provided in the same manner and at the same level as those for any Covered Health Service. You can contact UnitedHealthcare at the number on your ID card for more information about Benefits for mastectomy-related services.

> Please remember that for Non-Network Benefits you must notify Personal Health Support five business days before undergoing a Reconstructive Procedure. When you provide notification, Personal Health Support can determine whether the service is considered reconstructive or cosmetic. Cosmetic Procedures are always excluded from coverage. If Personal Health Support is not notified, Benefits will be reduced to 40% of Eligible Expenses.

## Rehabilitation Services - Outpatient Therapy

The Plan provides short-term outpatient rehabilitation services for:

- Physical therapy.

- Occupational therapy.

- Speech therapy.

- post-cochlear implant aural therapy.

- Pulmonary rehabilitation therapy.

- Cardiac rehabilitation therapy.

For all rehabilitation services, a licensed therapy provider, under the direction of a Physician (when required by state law), must perform the services. Benefits under this section include rehabilitation services provided in a Physician's office or on an outpatient basis at a Hospital or Alternate Facility. Rehabilitative services provided in a Covered Person's home by a Home Health Agency are provided as described under Home Health Care. Rehabilitative services provided in a Covered Person's home other than by a Home Health Agency are provided as described under this section.

Benefits can be denied or shortened for Covered Persons who are not progressing in goal-directed rehabilitation services or if rehabilitation goals have previously been met. Benefits can be denied or shortened for Covered Persons who are not progressing in goal-directed Manipulative Treatment or if treatment goals have previously been met. Benefits under this section are not available for maintenance/preventive Manipulative Treatment.

### Habilitative Services

For the purpose of this Benefit, "habilitative services" means Covered Health Services that help a person keep, learn or improve skills and functioning for daily living. Habilitative services are skilled when all of the following are true:

- The services are part of a prescribed plan of treatment or maintenance program that is provided to maintain a Covered Person's current condition or to prevent or slow further decline.

- It is ordered by a Physician and provided and administered by a licensed provider.

- It is not delivered for the purpose of assisting with activities of daily living, including dressing, feeding, bathing or transferring from a bed to a chair.

- It requires clinical training in order to be delivered safely and effectively.

- It is not Custodial Care.

The Claims Administrator will determine if Benefits are available by reviewing both the skilled nature of the service and the need for Physician-directed medical management. Therapies provided for the purpose of general well-being or conditioning in the absence of a disabling condition are not considered habilitative services. A service will not be determined to be "skilled" simply because there is not an available caregiver.

Benefits are provided for habilitative services provided for Covered Persons with a disabling condition when both of the following conditions are met:

- The treatment is administered by a licensed speech-language pathologist, licensed audiologist, licensed occupational therapist, licensed physical therapist or Physician.

- The initial or continued treatment must be proven and not Experimental or Investigational.

Benefits for habilitative services do not apply to those services that are solely educational in nature or otherwise paid under state or federal law for purely educational services. Custodial Care, respite care, day care, therapeutic recreation, vocational training and Residential Treatment are not habilitative services. A service that does not help the Covered Person to meet functional goals in a treatment plan within a prescribed time frame is not a habilitative service.

The Plan may require that a treatment plan be provided, request medical records, clinical notes, or other necessary data to allow the Plan to substantiate that initial or continued medical treatment is needed. When the treating provider anticipates that continued treatment is or will be required to permit the Covered Person to achieve demonstrable progress, the Plan may request a treatment plan consisting of diagnosis, proposed treatment by type, frequency, anticipated duration of treatment, the anticipated goals of treatment, and how frequently the treatment plan will be updated.

Benefits for Durable Medical Equipment and prosthetic devices, when used as a component of habilitative services, are described under *Durable Medical Equipment* and *Prosthetic Devices* in this section.

Other than as described under Habilitative Services above, please note that the Plan will pay Benefits for speech therapy for the treatment of disorders of speech, language, voice, communication and auditory processing only when the disorder results from Injury, stroke, cancer, Congenital Anomaly, or Autism Spectrum Disorder.

Any combination of Network Benefits and Non-Network Benefits are limited to:

- 30 visits per calendar year for physical therapy;

- 100 visits per calendar year for occupational therapy;

- 100 visits per calendar year for speech therapy;

- 20 visits post-cochlear implant aural therapy;

- 20 visits per calendar year for pulmonary rehabilitation therapy; and

- Unlimited visits per calendar year for cardiac rehabilitation therapy.

## Skilled Nursing Facility/Inpatient Rehabilitation Facility Services

The Plan pays for Covered Health Services for an Inpatient Stay in a Skilled Nursing Facility or Inpatient Rehabilitation Facility. Benefits are available for:

- services and supplies received during the Inpatient Stay; and

- room and board in a Semi-private Room (a room with two or more beds).

Any combination of Network Benefits and Non-Network Benefits is limited to 90 days per calendar year.

Please note that Benefits are available only for the care and treatment of an Injury or Sickness that would have otherwise required an Inpatient Stay in a Hospital.

---

Please remember for Non-Network Benefits, you must notify Personal Health Support as follows:

- for elective admissions: five business days before admission;

- for non-elective admission: within one business day or the same day of admission; and

- for Emergency admissions: as soon as is reasonably possible.

If Personal Health Support is not notified, Benefits will be reduced to 40% of Eligible Expenses.

---

## Spinal Treatment

Benefits for Spinal Treatment when provided by a Spinal Treatment provider in the provider's office.

Benefits include diagnosis and related services and are limited to one visit and treatment per day.

Any combination of Network and Non-Network Benefits for Spinal Treatment is limited to 30 visits per calendar year.

## Substance-Related and Addictive Disorders Services

Substance-Related and Addictive Disorders Services include those received on an inpatient or outpatient basis in a Hospital, an Alternate Facility, or in a provider's office. All services must be provided by or under the direction of a properly qualified behavioral health provider.

Benefits include the following levels of care:

- Inpatient treatment.

- Residential Treatment.

- Partial Hospitalization/Day Treatment.

- Intensive Outpatient Treatment.

- Outpatient treatment.

Services include the following:

- Diagnostic evaluations, assessment and treatment planning.

- Treatment and/or procedures.

- Medication management and other associated treatments.

- Individual, family and group therapy.

- Provider-based case management services.

- Crisis intervention.

The Mental Health/Substance-Related and Addictive Disorders Administrator provides administrative services for all levels of care.

You are encouraged to contact the Mental Health/Substance-Related and Addictive Disorders Administrator for referrals to providers and coordination of care.

> Please remember for Non-Network Benefits, you must notify the Mental Health/Substance-Related and Addictive Disorders Administrator to receive these Benefits. Please refer to Section 4, *Personal Health Support* for the specific services that require notification. Please call the phone number that appears on your ID card. Without notification, Benefits will be reduced to 40% of Eligible Expenses.

## Temporomandibular Joint (TMJ) Services

The Plan pays for Covered Health Services for diagnostic and surgical treatment of conditions affecting the temporomandibular joint when provided by or under the direction of a Physician. Coverage includes necessary diagnostic or surgical treatment required as a result of accident, trauma, congenital defect, developmental defect, or orpathology.

Benefits are not available for charges or services that are dental in nature.

Any combination of Network Benefits and Non-Network Benefits is limited to $1,000 per Covered Person during the entire period you are covered under the Plan.

## Transplantation Services

Covered Health Services for organ and tissue transplants when ordered by a Physician. For Network Benefits, transplantation services must be received at a Designated Facility. Transplantation services provided at a non-Designated Facility will be covered as Non-Network Benefits. Benefits are available when the transplant meets the definition of a Covered Health Service, and is not an Experimental, Investigational or Unproven Service:

Notification is required for all transplant services.

Examples of transplants for which Benefits are available include but are not limited to:

■ bone marrow transplants (either from you or from a compatible donor) and peripheral stem cell transplants, with or without high dose chemotherapy. Not all bone marrow transplants meet the definition of a Covered Health Service. The search for bone marrow/stem cell from a donor who is not biologically related to the patient is a Covered Health Service only for a transplant received at a Designated Facility.

■ heart transplants;

■ heart/lung transplants;

■ lung transplants;

■ kidney transplants;

■ kidney/pancreas transplants;

■ liver transplants;

■ liver/small bowel transplants;

■ pancreas transplants; and

■ small bowel transplants.

Benefits for cornea transplants that are provided by a Network Physician at a Network Hospital are paid as if the transplant was received at a Designated Facility. Cornea transplants are not required to be performed at a Designated Facility in order for you to receive Network Benefits. Donor costs that are directly related to organ removal are Covered Health Services for which Benefits are payable through the organ recipient's coverage under the Plan.

Organ or tissue transplants or multiple organ transplants other than those listed above are excluded from coverage, unless determined by the Claims Administrator to be a proven procedure for the involved diagnoses.

Under the Plan there are specific guidelines regarding Benefits for transplant services. Contact the Claims Administrator at the telephone number on your ID card for information about these guidelines.

Non-Network Benefits are limited to a maximum of $200,000.

### *Transportation and Lodging*

The Claims Administrator will assist the patient and family with travel and lodging arrangements only when services are received from a Designated Facility. Expenses for travel and lodging for the transplant recipient and a companion are available under this Plan as follows:

- Transportation of the patient and one companion who is traveling on the same day(s) to and/or from the site of the transplant for the purposes of an evaluation, the transplant procedure or necessary post-discharge follow-up.

- Eligible Expenses for lodging for the patient (while not confined) and one companion. Benefits are paid at a per diem rate of up to $50 for one person or up to $100 for two people.

- Travel and lodging expenses are only available if the transplant recipient resides more than 50 miles from the Designated Facility.

- If the patient is an Enrolled Dependent minor child, the transportation expenses of two companions will be covered and lodging expenses will be reimbursed up to the $100 per diem rate.

There is a combined overall lifetime maximum Benefit of $10,000 per Covered Person for all transportation and lodging expenses incurred by the transplant recipient and companion(s) and reimbursed under this Plan in connection with all transplant procedures.

> Please remember that you must notify United Resource Networks or Personal Health Support as soon as the possibility of a transplant arises (and before the time a pre-transplantation evaluation is performed at a transplant center). If United Resource Networks or Personal Health Support is not notified, Benefits will be reduced to 40% of Eligible Expenses.

**Urgent Care Center Services**

The Plan pays for Covered Health Services received at an Urgent Care Center. When services to treat urgent health care needs are provided in a Physician's office, Benefits are available as described under *Physician's Office Services* earlier in this section.

**Wisdom Teeth**

Covered Health Services for Bony impacted teeth only.

## SECTION 7 - RESOURCES TO HELP YOU STAY HEALTHY

---

**What this section includes:**

Health and well-being resources available to you, including:

- Consumer Solutions and Self-Service Tools;

- Disease and Condition Management Services; and

- Wellness Programs.

---

New England Motor Freight, Inc. believes in giving you the tools you need to be an educated health care consumer. To that end, New England Motor Freight, Inc. has made available several convenient educational and support services, accessible by phone and the Internet, which can help you to:

- take care of yourself and your family members;

- manage a chronic health condition; and

- navigate the complexities of the health care system.

---

*NOTE:*

Information obtained through the services identified in this section is based on current medical literature and on Physician review. It is not intended to replace the advice of a doctor. The information is intended to help you make better health care decisions and take a greater responsibility for your own health. UnitedHealthcare and New England Motor Freight, Inc. are not responsible for the results of your decisions from the use of the information, including, but not limited to, your choosing to seek or not to seek professional medical care, or your choosing or not choosing specific treatment based on the text.

---

### Consumer Solutions and Self-Service Tools

#### Health Survey

You are invited to learn more about your health and wellness at **www.myuhc.com** and are encouraged to participate in the online health survey. The health survey is an interactive questionnaire designed to help you identify your healthy habits as well as potential health risks.

Your health survey is kept confidential. Completing the survey will not impact your Benefits or eligibility for Benefits in any way.

To find the health survey, log in to **www.myuhc.com**. After logging in, access your personalized *Health & Wellness*. If you need any assistance with the online survey, please call the number on the back of your ID card.

#### Health Improvement Plan

You can start a Health Improvement Plan at any time. This plan is created just for you and includes information and interactive tools, plus online health coaching recommendations based on your profile.

Online coaching is available for:

- nutrition;

- exercise;

- weight management;

- stress;

- smoking cessation;

- diabetes; and

- heart health.

To help keep you on track with your Health Improvement Plan and online coaching, you'll also receive personalized messages and reminders - New England Motor Freight, Inc.'s way of helping you meet your health and wellness goals.

### NurseLine[SM]

NurseLine[SM] is a toll-free telephone service that puts you in immediate contact with an experienced registered nurse any time, 24 hours a day, seven days a week. Nurses can provide health information for routine or urgent health concerns. When you call, a registered nurse may refer you to any additional resources that New England Motor Freight, Inc. has available to help you improve your health and well-being or manage a chronic condition. Call any time when you want to learn more about:

- a recent diagnosis;

- a minor Sickness or Injury;

- men's, women's, and children's wellness;

- how to take Prescription Drugs safely;

- self-care tips and treatment options;

- healthy living habits; or

- any other health related topic.

NurseLine[SM] gives you another convenient way to access health information. By calling the same toll-free number, you can listen to one of the Health Information Library's over 1,100 recorded messages, with over half in Spanish.

NurseLine[SM] is available to you at no cost. To use this convenient service, simply call the toll-free number on the back of your ID card.

**Note:** If you have a medical emergency, call 911 instead of calling NurseLine[SM].

> **Your child is running a fever and it's 1:00 AM. What do you do?**
> Call NurseLine$^{SM}$ toll-free, any time, 24 hours a day, seven days a week. You can count on NurseLine$^{SM}$ to help answer your health questions.

With NurseLine$^{SM}$, you also have access to nurses online. To use this service, log onto **www.myuhc.com** and click "Live Nurse Chat" in the top menu bar. You'll instantly be connected with a registered nurse who can answer your general health questions any time, 24 hours a day, seven days a week. You can also request an e-mailed transcript of the conversation to use as a reference.

*Note:* If you have a medical emergency, call 911 instead of logging onto **www.myuhc.com**.

### Treatment Decision Support

In order to help you make informed decisions about your health care, UnitedHealthcare has a program called Treatment Decision Support. This program targets specific conditions as well as the treatments and procedures for those conditions.

This program offers:

- access to accurate, objective and relevant health care information;

- coaching by a nurse through decisions in your treatment and care;

- expectations of treatment; and

- information on high quality providers and programs.

Conditions for which this program is available include:

- back pain;

- knee & hip replacement;

- prostate disease;

- prostate cancer;

- benign uterine conditions;

- breast cancer;

- coronary disease and

- bariatric surgery.

Participation is completely voluntary and without extra charge. If you think you may be eligible to participate or would like additional information regarding the program, please contact the number on the back of your ID card.

### UnitedHealth Premium$^{SM}$ Program

UnitedHealthcare designates Network Physicians and facilities as UnitedHealth Premium$^{SM}$ Program Physicians or facilities for certain medical conditions. Physicians and facilities are

evaluated on two levels - quality and efficiency of care. The UnitedHealth Premium[SM] Program was designed to:

- help you make informed decisions on where to receive care;

- provide you with decision support resources; and

- give you access to Physicians and facilities across areas of medicine that have met UnitedHealthcare's quality and efficiency criteria.

For details on the UnitedHealth Premium[SM] Program including how to locate a UnitedHealth Premium[SM] Physician or facility, log onto **www.myuhc.com** or call the toll-free number on your ID card.

### *www.myuhc.com*

UnitedHealthcare's member website, **www.myuhc.com**, provides information at your fingertips anywhere and anytime you have access to the Internet. **www.myuhc.com** opens the door to a wealth of health information and convenient self-service tools to meet your needs.

With **www.myuhc.com** you can:

- research a health condition and treatment options to get ready for a discussion with your Physician;

- search for Network providers available in your Plan through the online provider directory;

- access all of the content and wellness topics from NurseLine[SM] including Live Nurse Chat 24 hours a day, seven days a week;

- complete a health risk assessment to identify health habits you can improve, learn about healthy lifestyle techniques and access health improvement resources;

- use the treatment cost estimator to obtain an estimate of the costs of various procedures in your area; and

- use the Hospital comparison tool to compare Hospitals in your area on various patient safety and quality measures.

> **Registering on www.myuhc.com**
> If you have not already registered as a **www.myuhc.com** subscriber, simply go to **www.myuhc.com** and click on "Register Now." Have your UnitedHealthcare ID card handy. The enrollment process is quick and easy.

Visit **www.myuhc.com** and:

- make real-time inquiries into the status and history of your claims;

- view eligibility and Plan Benefit information, including Copays and Annual Deductibles;

- view and print all of your Explanation of Benefits (EOBs) online; and

- order a new or replacement ID card or, print a temporary ID card.

> **Want to learn more about a condition or treatment?**
> Log on to **www.myuhc.com** and research health topics that are of interest to you. Learn about a specific condition, what the symptoms are, how it is diagnosed, how common it is, and what to ask your Physician.

## Disease and Condition Management Services

### *Disease Management Services*

If you have been diagnosed with or are at risk for developing certain chronic medical conditions you may be eligible to participate in a disease management program at no cost to you. The heart failure, coronary artery disease, diabetes and asthma programs are designed to support you. This means that you will receive free educational information through the mail, and may even be called by a registered nurse who is a specialist in your specific medical condition. This nurse will be a resource to advise and help you manage your condition.

These programs offer:

- educational materials mailed to your home that provide guidance on managing your specific chronic medical condition. This may include information on symptoms, warning signs, self-management techniques, recommended exams and medications;

- access to educational and self-management resources on a consumer website;

- an opportunity for the disease management nurse to work with your Physician to ensure that you are receiving the appropriate care; and

- toll-free access to and one-on-one support from a registered nurse who specializes in your condition. Examples of support topics include:

  - education about the specific disease and condition,
  - medication management and compliance,
  - reinforcement of on-line behavior modification program goals,
  - preparation and support for upcoming Physician visits,
  - review of psychosocial services and community resources,
  - caregiver status and in-home safety,
  - use of mail-order pharmacy and Network providers.

Participation is completely voluntary and without extra charge. If you think you may be eligible to participate or would like additional information regarding the program, please contact the number on the back of your ID card.

### *HealtheNotes[SM]*

UnitedHealthcare provides a service called HealtheNotes to help educate members and make suggestions regarding your medical care. HealtheNotes provides you and your Physician with suggestions regarding preventive care, testing or medications, potential interactions with medications you have been prescribed, and certain treatments. In addition, your HealtheNotes report may include health tips and other wellness information.

UnitedHealthcare makes these suggestions through a software program that provides retrospective, claims-based identification of medical care. Through this process patients are identified whose care may benefit from suggestions using the established standards of evidence based medicine as described in Section 14, *Glossary* under the definition of Covered Health Services.

If your Physician identifies any concerns after reviewing his or her HealtheNotes report, he or she may contact you if he or she believes it to be appropriate. In addition, you may use the information in your report to engage your Physician in discussions regarding your health and the identified suggestions. Any decisions regarding your care, though, are always between you and your Physician.

If you have questions or would like additional information about this service, please call the number on the back of your ID card.

## Wellness Programs

### *Real Appeal Program*

UnitedHealthcare provides the Real Appeal program, which represents a practical solution for weight related conditions, with the goal of helping people at risk from obesity-related diseases and those who want to maintain a healthy lifestyle. This program is designed to support individuals over the age of 18. This intensive, multi-component behavioral intervention provides a 52-week virtual approach that includes one-on-one coaching and online group participation with supporting video content, delivered by a live virtual coach. The experience will be personalized for each individual through an introductory call.

This program will be individualized and may include, but is not limited to, the following:

- Online support and self-help tools: Personal one-on-one coaching, group support sessions, including integrated telephonic support, and mobile applications.

- Education and training materials focused on goal setting, problem-solving skills, barriers and strategies to maintain changes.

- Behavioral change guidance and counseling by a specially trained health coach for clinical weight loss.

Participation is completely voluntary and without any additional charge or cost share. There are no Copays, Coinsurance, or Deductibles that need to be met when services are received as part of the Real Appeal program. If you would like to participate, or if you would like any additional information regarding the program, please call Real Appeal at 1-844-344-REAL (1-844-344-7325). TTY users can dial 711 or visit **www.realappeal.com**.

*Healthy Pregnancy Program*

If you are pregnant and enrolled in the medical Plan, you can get valuable educational information and advice by calling the toll-free number on your ID card. This program offers:

■ pregnancy consultation to identify special needs;

■ written and on-line educational materials and resources;

■ 24-hour toll-free access to experienced maternity nurses;

■ a phone call from a care coordinator during your Pregnancy, to see how things are going; and

■ a phone call from a care coordinator approximately four weeks postpartum to give you information on infant care, feeding, nutrition, immunizations and more.

Participation is completely voluntary and without extra charge. To take full advantage of the program, you are encouraged to enroll within the first 12 weeks of Pregnancy. You can enroll any time, up to your 34th week. To enroll, call the toll-free number on the back of your ID card.

As a program participant, you can call any time, 24 hours a day, seven days a week, with any questions or concerns you might have.

# SECTION 8 - EXCLUSIONS: WHAT THE MEDICAL PLAN WILL NOT COVER

> **What this section includes:**
> ■ Services, supplies and treatments that are not Covered Health Services, except as may be specifically provided for in Section 6, *Additional Coverage Details*.

The Plan does not pay Benefits for the following services, treatments or supplies even if they are recommended or prescribed by a provider or are the only available treatment for your condition.

When Benefits are limited within any of the Covered Health Services categories described in Section 6, *Additional Coverage Details*, those limits are stated in the corresponding Covered Health Service category in Section 5, *Plan Highlights*. Limits may also apply to some Covered Health Services that fall under more than one Covered Health Service category. When this occurs, those limits are also stated in Section 5, *Plan Highlights*. Please review all limits carefully, as the Plan will not pay Benefits for any of the services, treatments, items or supplies that exceed these benefit limits.

**Please note that in listing services or examples, when the SPD says "this includes," or "including but not limiting to", it is not UnitedHealthcare's intent to limit the description to that specific list. When the Plan does intend to limit a list of services or examples, the SPD specifically states that the list "is limited to."**

## Alternative Treatments

1. acupressure and acupuncture;

2. aromatherapy;

3. hypnotism;

4. massage therapy;

5. rolfing;

6. other forms of alternative treatment as defined by the Office of Alternative Medicine of the National Institutes of Health.

## Comfort or Convenience

1. television;

2. telephone;

3. beauty/barber service;

4. guest service;

5.  supplies, equipment and similar incidental services and supplies for personal comfort. Examples include:

    -   air conditioners;
    -   air purifiers and filter;
    -   batteries and battery chargers;
    -   dehumidifiers;
    -   humidifiers.
    -   devices and computers to assist in communication and speech.

## Dental

1.  dental care, except as described in Section 6, *Additional Coverage Details* under the heading *Dental Services - Accident only*

    This exclusion does not apply to dental care (oral examination, X-rays, extractions and non-surgical elimination of oral infection) required for the direct treatment of a medical condition for which Benefits are available under the Plan, as identified in Section 6, *Additional Coverage Details*.

2.  preventive care, diagnosis, treatment of or related to the teeth, jawbones or gums. Examples include all of the following:

    -   extraction, restoration and replacement of teeth;
    -   medical or surgical treatments of dental conditions;
    -   services to improve dental clinical outcomes.

    This exclusion does not apply to preventive care for which Benefits are provided under the *United States Preventive Services Task Force* requirement or the *Health Resources and Services Administration (HRSA)* requirement. This exclusion also does not apply to accident-related dental services for which Benefits are provided as described under *Dental Services - Accident Only* in Section 6, *Additional Coverage Details*.

3.  dental implants.

4.  dental braces.

5.  dental X-rays, supplies and appliances and all associated expenses, including hospitalizations and anesthesia. The only exceptions to this are for any of the following:

    -   transplant preparation;
    -   initiation of immunosuppressives;
    -   the direct treatment of acute traumatic Injury, cancer or cleft palate.

6.  treatment of congenitally missing, malpositioned or super numerary teeth, even if part of a Congenital Anomaly.

## Drugs

1. prescription drug products for outpatient use that are filled by a prescription order or refill;

2. self-injectable medications;

3. non-injectable medications given in a Physician's office except as required in an Emergency;

4. over the counter drugs and treatments.

## Experimental or Investigational Services or Unproven Services

Experimental or Investigational Services and Unproven Services are excluded. The fact that an Experimental or Investigational Service or an Unproven Service, treatment, device or pharmacological regimen is the only available treatment for a particular condition will not result in Benefits if the procedure is considered to be Experimental or Investigational or Unproven in the treatment of that particular condition.

## Foot Care

1. routine foot care, except when needed for severe systemic disease or preventive foot care for Covered Persons with diabetes. Routine foot care services that are not covered include:

   - cutting or removal of corns and calluses;
   - nail trimming or cutting; and
   - debriding (removal of dead skin or underlying tissue);

2. hygienic and preventive maintenance foot care. Examples include the following:

   - cleaning and soaking the feet;
   - applying skin creams in order to maintain skin tone;
   - other services that are performed when there is not a localized illness, Injury or symptom involving the foot;

3. treatment of flat feet;

4. treatment of subluxation of the foot;

5. shoe orthotics.

## Gender Dysphoria

Cosmetic Procedures, including the following:

1.  Abdominoplasty;

2.  Blepharoplasty;

3.  Breast enlargement, including augmentation mammoplasty and breast implants;

4.  Body contouring, such as lipoplasty;

5.  Brow lift;

6.  Calf implants;

7.  Cheek, chin, and nose implants;

8.  Injection of fillers or neurotoxins;

9.  Face lift, forehead lift, or neck tightening;

10. Facial bone remodeling for facial feminizations;

11. Hair removal;

12. Hair transplantation;

13. Lip augmentation;

14. Lip reduction;

15. Liposuction;

16. Mastopexy;

17. Pectoral implants for chest masculinization;

18. Rhinoplasty;

19. Skin resurfacing;

20. Thyroid cartilage reduction; reduction thyroid chondroplasty; trachea shave (removal or reduction of the Adam's Apple);

21. Voice modification surgery; and

22. Voice lessons and voice therapy.

**Medical Supplies and Appliances**

1.  devices used specifically as safety items or to affect performance in sports-related activities;

2.  prescribed or non-prescribed medical supplies and disposable supplies. Examples include:

    -   elastic stockings;
    -   ace bandages;
    -   gauze and dressings.

3.  orthotic appliances that straighten or re-shape a body part, except as described under *Durable Medical Equipment (DME)* in Section 6, *Additional Coverage Details*.

    Examples of excluded orthotic appliances and devices include but are not limited to, foot orthotics or any orthotic braces available over-the-counter.

4.  cranial banding;

5.  tubings, connectors and masks are not covered except when used with Durable Medical Equipment as described in Section 6, *Additional Coverage Details* under the heading *Durable Medical Equipment*.


## Mental Health, Neurobiological Disorders - Autism Spectrum Disorder and Substance-Related and Addictive Disorders Services

In addition to all other exclusions listed in this Section 8, *Exclusions and Limitations*, the exclusions listed directly below apply to services described under *Mental Health Services*, *Neurobiological Disorders - Autism Spectrum Disorder Services* and/or *Substance-Related and Addictive Disorders Services* in Section 6, *Additional Coverage Details*.

1.  Services performed in connection with conditions not classified in the current edition of the *Diagnostic and Statistical Manual of the American Psychiatric Association*.

2.  Outside of an initial assessment, services as treatments for a primary diagnosis of conditions and problems that may be a focus of clinical attention, but are specifically noted not to be mental disorders within the current edition of the *Diagnostic and Statistical Manual of the American Psychiatric Association*.

3.  Outside of initial assessment, services as treatments for the primary diagnoses of learning disabilities, conduct and impulse control disorders, pyromania, kleptomania, gambling disorder and paraphilic disorder.

4.  Educational/behavioral services that are focused on primarily building skills and capabilities in communication, social interaction and learning.

5.  Tuition for or services that are school-based for children and adolescents required to be provided by, or paid for by, the school under the *Individuals with Disabilities Education Act*.

6. Outside of initial assessment, unspecified disorders for which the provider is not obligated to provide clinical rationale as defined in the current edition of the *Diagnostic and Statistical Manual of the American Psychiatric Association.*

7. Methadone treatment as maintenance, L.A.A.M. (1-Alpha-Acetyl-Methadol), Cyclazocine, or their equivalents for drug addiction.

8. Intensive Behavioral Therapies such as Applied Behavior Analysis for Autism Spectrum Disorders.

9.  Transitional Living services.

## Nutrition

1. megavitamin and nutrition based therapy;

2. nutritional counseling for either individuals or groups, except as specifically described in Section 6, *Additional Coverage Details*;

3. enteral feedings and other nutritional and electrolyte formulas, including infant formula and donor breast milk, even if they are specifically created to treat inborn errors of metabolism such as phenylketonuria (PKU), unless they are the only source of nutrition. Infant formula available over the counter is always excluded;

4. health education classes unless offered by UnitedHealthcare or its affiliates, including but not limited to asthma, smoking cessation, and weight control classes.

## Physical Appearance

1. Cosmetic Procedures. See the definition in Section 14, *Glossary*. Examples include:

   - pharmacological regimens, nutritional procedures or treatments;
   - scar or tattoo removal or revision procedures (such as salabrasion, chemosurgery and other such skin abrasion procedures);
   - skin abrasion procedures performed as a treatment for acne;

2. replacement of an existing breast implant if the earlier breast implant was performed as a Cosmetic Procedure. **Note**: Replacement of an existing breast implant is considered reconstructive if the initial breast implant followed mastectomy. See *Reconstructive Procedures* in Section 6, *Additional Coverage Details*;

3. physical conditioning programs such as athletic training, body-building, exercise, fitness, flexibility and diversion or general motivation;

4. weight loss programs whether or not they are under medical supervision or for medical reasons, even if for morbid obesity;

5. wigs except for post cancer therapy, in which case the Plan pays up to a maximum of $500 per Covered Person per calendar year.

## Providers

1. services performed by a provider who is a family member by birth or marriage, including spouse, brother, sister, parent or child. This includes any service the provider may perform on himself or herself;

2. services performed by a provider with your same legal residence;

3. services provided at a free-standing or Hospital-based diagnostic facility without an order written by a Physician or other provider. Services that are self-directed to a free-standing or Hospital-based diagnostic facility. Services ordered by a Physician or other provider who is an employee or representative of a free-standing or Hospital-based diagnostic facility, when that Physician or other provider:

   - has not been actively involved in your medical care prior to ordering the service; or
   - is not actively involved in your medical care after the service is received.

   This exclusion does not apply to mammography testing.

## Reproduction

1. health services and associated expenses for infertility treatments, including assisted reproductive technology, regardless of the reason for the treatment

   This exclusion does not apply to services required to treat or correct underlying causes of infertility.

2. storage and retrieval of all reproductive materials (examples include eggs, sperm, testicular tissue and ovarian tissue);

3. surrogate parenting, donor eggs, donor sperm and host uterus;

4. the reversal of voluntary sterilization;

5. artificial reproductive treatments done for genetic or eugenic (selective breeding) purposes;

6. prenatal, labor and delivery coverage for enrolled Dependent children except those that have Complications of Pregnancy as defined in Section 14, *Glossary*;

7. services provided by a doula (labor aide); and

8. parenting, pre-natal or birthing classes.

## Services Provided under Another Plan

1. health services for which other coverage is required by federal, state or local law to be purchased or provided through other arrangements. This includes, but is not limited to, coverage required by workers' compensation, no-fault auto insurance, or similar legislation.

If coverage under workers' compensation or similar legislation is optional for you because you could elect it, or could have it elected for you, Benefits will not be paid for any Injury, Sickness or Mental Illness that would have been covered under workers' compensation or similar legislation had that coverage been elected.

2. health services for treatment of military service-related disabilities, when you are legally entitled to other coverage and facilities are reasonably available to you;

3. health services while on active military duty.

## Transplants

1. health services for organ, multiple organ and tissue transplants, except as described in *Transplantation Services* in Section 6, *Additional Coverage Details* unless UnitedHealthcare determines the transplant to be appropriate according to UnitedHealthcare's transplant guidelines;

2. health services connected with the removal of an organ or tissue from you for purposes of a transplant to another person. (Donor costs for removal are payable for a transplant through the organ recipient's Benefits under the Plan.);

3. health services for transplants involving mechanical or animal organs;

4. any solid organ transplant that is performed as a treatment for cancer.

## Travel

1. health services provided in a foreign country, unless required as Emergency Health Services;

2. travel or transportation expenses, even though prescribed by a Physician. Some travel expenses related to covered transplantation services may be reimbursed at our discretion.

## Vision and Hearing

1. purchase cost of eye glasses, contact lenses or hearing aids;

2. fitting charge for hearing aids, eye glasses or contact lenses;

3. eye exercise or vision therapy;

4. Surgery that is intended to allow you to see better without glasses or other vision correction including radial keratotomy, laser, and other refractive eye surgery;

5. Routine vision examinations, including refractive examinations.

## All Other Exclusions

1. health services and supplies that do not meet the definition of a Covered Health Service - see the definition in Section 14, *Glossary*;

2. physical, psychiatric or psychological exams, testing, vaccinations, immunizations or treatments that are otherwise covered under the Plan when;

   - required solely for purposes of career, education, sports or camp, travel, career or employment, insurance, marriage or adoption;
   - conducted for purposes of medical research;
   - related to judicial or administrative proceedings or orders;
   - required to obtain or maintain a license of any type;

3. health services received as a result of war or any act of war, whether declared or undeclared or caused during service in the armed forces of any country;

4. health services received after the date your coverage under the Plan ends, including health services for medical conditions arising before the date your coverage under the Plan ends;

5. health services for which you have no legal responsibility to pay, or for which a charge would not ordinarily be made in the absence of coverage under the Plan;

6. in the event that a non-Network provider waives Copayments and/or the Annual Deductible for a particular health service, no Benefits are provided for the health service for which the Copayments and/or the Annual Deductible are waived;

7. charges in excess of Eligible Expenses or in excess of any specified limitation;

8. services for the evaluation and treatment of temporomandibular joint syndrome (TMJ), whether the services are considered to be dental in nature;

9. the following treatments for obesity:

   - non-surgical treatment, even if for morbid obesity; and
   - surgical treatment of obesity even if there is a diagnosis of morbid obesity;

10. growth hormone therapy;

11. Custodial Care;

12. domiciliary care;

13. private duty nursing received on an inpatient basis;

14. respite care;

15. rest cures;

16. psychosurgery;

17. treatment of benign gynecomastia (abnormal breast enlargement in males);

18. medical and surgical treatment of excessive sweating (hyperhidrosis);

19. panniculectomy, abdominoplasty, thighplasty, brachioplasty, mastopexy, and breast reduction. This exclusion does not apply to breast reconstruction following a mastectomy as described under *Reconstructive Procedures* in Section 6, *Additional Coverage Details*;

20. medical and surgical treatment for snoring, except when provided as a part of treatment for documented obstructive sleep apnea;

21. oral appliances for snoring;

22. speech therapy except as required for treatment of a speech impediment or speech dysfunction that results from Injury, stroke, or a Congenital Anomaly;

23. any charges for missed appointments, room or facility reservations, completion of claim forms or record processing;

24. any charge for services, supplies or equipment advertised by the provider as free;

25. any charges prohibited by federal anti-kickback or self-referral statutes.

## SECTION 9 - CLAIMS PROCEDURES

> **What this section includes:**
> - ■ How Network and non-Network claims work; and
> - ■ What to do if your claim is denied, in whole or in part.

### Network Benefits

In general, if you receive Covered Health Services from a Network provider, UnitedHealthcare will pay the Physician or facility directly. If a Network provider bills you for any Covered Health Service other than your Copay or Coinsurance, please contact the provider or call UnitedHealthcare at the phone number on your ID card for assistance.

Keep in mind, you are responsible for meeting the Annual Deductible and paying any Copay or Coinsurance owed to a Network provider at the time of service, or when you receive a bill from the provider.

### Non-Network Benefits

If you receive a bill for Covered Health Services from a non-Network provider, you (or the provider if they prefer) must send the bill to UnitedHealthcare for processing. To make sure the claim is processed promptly and accurately, a completed claim form must be attached and mailed to UnitedHealthcare at the address on the back of your ID card.

### Prescription Drug Benefit Claims

If you wish to receive reimbursement for a prescription, you may submit a post-service claim as described in this section if:

- ■ you are asked to pay the full cost of the Prescription Drug when you fill it and you believe that the Plan should have paid for it; or

- ■ you pay a Copay and you believe that the amount of the Copay was incorrect.

If a pharmacy (retail or mail order) fails to fill a prescription that you have presented and you believe that it is a Covered Health Service, you may submit a pre-service request for Benefits as described in this section.

### If Your Provider Does Not File Your Claim

You can obtain a claim form by visiting **www.myuhc.com**, calling the toll-free number on your ID card or contacting Human Resources. If you do not have a claim form, simply attach a brief letter of explanation to the bill, and verify that the bill contains the information listed below. If any of these items are missing from the bill, you can include them in your letter:

- ■ your name and address;

- ■ the patient's name, age and relationship to the Participant;

- the number as shown on your ID card;

- the name, address and tax identification number of the provider of the service(s);

- a diagnosis from the Physician;

- the date of service;

- an itemized bill from the provider that includes:

  - the Current Procedural Terminology (CPT) codes;
  - a description of, and the charge for, each service;
  - the date the Sickness or Injury began; and
  - a statement indicating either that you are, or you are not, enrolled for coverage under any other health insurance plan or program. If you are enrolled for other coverage you must include the name and address of the other carrier(s).

Failure to provide all the information listed above may delay any reimbursement that may be due you.

For medical claims, the above information should be filed with UnitedHealthcare at the address on your ID card. When filing a claim for outpatient Prescription Drug Benefits, submit your claim to the pharmacy benefit manager claims address noted on your ID card.

After UnitedHealthcare has processed your claim, you will receive payment for Benefits that the Plan allows. It is your responsibility to pay the non-Network provider the charges you incurred, including any difference between what you were billed and what the Plan paid.

### *Payment of Benefits*

You may not assign your Benefits under the Plan or any cause of action related to your Benefits under the Plan to a non-Network provider without UnitedHealthcare's consent. When you assign your Benefits under the Plan to a non-Network provider with UnitedHealthcare's consent, and the non-Network provider submits a claim for payment, you and the non-Network provider represent and warrant that the Covered Health Services were actually provided and were medically appropriate.

When UnitedHealthcare has not consented to an assignment, UnitedHealthcare will send the reimbursement directly to you (Participant) for you to reimburse the non-Network provider upon receipt of their bill. However, UnitedHealthcare reserves the right, in its discretion, to pay the non-Network provider directly for services rendered to you. When exercising its discretion with respect to payment, UnitedHealthcare may consider whether you have requested that payment of your Benefits be made directly to the non-Network provider. Under no circumstances will UnitedHealthcare pay Benefits to anyone other than you or, in its discretion, your provider. Direct payment to a non-Network provider shall not be deemed to constitute consent by UnitedHealthcare to an assignment or to waive the consent requirement. When UnitedHealthcare in its discretion directs payment to a non-Network provider, you remain the sole beneficiary of the payment, and the non-Network provider does not thereby become a beneficiary. Accordingly, legally required notices concerning your Benefits will be directed to you, although UnitedHealthcare may in its discretion send information concerning the Benefits to the non-Network provider as well. If payment to a non-Network provider is made, the Plan reserves the right to offset Benefits to be paid to

the provider by any amounts that the provider owes the Plan (including amounts owed as a result of the assignment of other plans' overpayment recovery rights to the Plan), pursuant to *Refund of Overpayments* in Section 10, *Coordination of Benefits*.

### Form of Payment of Benefits

Payment of Benefits under the Plan shall be in cash or cash equivalents, or in the form of other consideration that UnitedHealthcare in its discretion determines to be adequate. Where Benefits are payable directly to a provider, such adequate consideration includes the forgiveness in whole or in part of amounts the provider owes to other plans for which UnitedHealthcare makes payments, where the Plan has taken an assignment of the other plans' recovery rights for value.

## Health Statements

Each month in which UnitedHealthcare processes at least one claim for you or a covered Dependent, you will receive a Health Statement in the mail. Health Statements make it easy for you to manage your family's medical costs by providing claims information in easy-to-understand terms.

If you would rather track claims for yourself and your covered Dependents online, you may do so at **www.myuhc.com**. You may also elect to discontinue receipt of paper Health Statements by making the appropriate selection on this site.

## Explanation of Benefits (EOB)

You may request that UnitedHealthcare send you a paper copy of an Explanation of Benefits (EOB) after processing the claim. The EOB will let you know if there is any portion of the claim you need to pay. If any claims are denied in whole or in part, the EOB will include the reason for the denial or partial payment. If you would like paper copies of the EOBs, you may call the toll-free number on your ID card to request them. You can also view and print all of your EOBs online at **www.myuhc.com**. See Section 14, *Glossary* for the definition of Explanation of Benefits.

---

**Important - Timely Filing of Non-Network Claims**
All claim forms for non-Network services must be submitted within 12 months after the date of service. Otherwise, the Plan will not pay any Benefits for that Eligible Expense, or Benefits will be reduced, as determined by UnitedHealthcare. This 12-month requirement does not apply if you are legally incapacitated. If your claim relates to an Inpatient Stay, the date of service is the date your Inpatient Stay ends.

---

## Claim Denials and Appeals

### If Your Claim is Denied

If a claim for Benefits is denied in part or in whole, you may call UnitedHealthcare at the number on your ID card before requesting a formal appeal. If UnitedHealthcare cannot resolve the issue to your satisfaction over the phone, you have the right to file a formal appeal as described below.

### How to Appeal a Denied Claim

If you wish to appeal a denied pre-service request for Benefits or post-service claim as described below, you or your authorized representative must submit your appeal in writing within 180 days of receiving the adverse benefit determination. You do not need to submit urgent care appeals in writing. This communication should include:

- the patient's name and ID number as shown on the ID card;

- the provider's name;

- the date of medical service;

- the reason you disagree with the denial; and

- any documentation or other written information to support your request.

You or your authorized representative may send a written request for an appeal to:

UnitedHealthcare - Appeals
P.O. Box 30432
Salt Lake City, Utah 84130-0432

For urgent care requests for Benefits that have been denied, you or your provider can call UnitedHealthcare at the toll-free number on your ID card to request an appeal.

---

**Types of claims**
The timing of the claims appeal process is based on the type of claim you are appealing. If you wish to appeal a claim, it helps to understand whether it is an:

- urgent care request for Benefits;

- pre-service request for Benefits;

- post-service claim; or

- concurrent claim.

---

### Review of an Appeal

UnitedHealthcare will conduct a full and fair review of your appeal. The appeal may be reviewed by:

- an appropriate individual(s) who did not make the initial benefit determination; and

- a health care professional with appropriate expertise who was not consulted during the initial benefit determination process.

Once the review is complete, if UnitedHealthcare upholds the denial, you will receive a written explanation of the reasons and facts relating to the denial.

*Filing a Second Appeal*

Your Plan offers two levels of appeal. If you are not satisfied with the first level appeal decision, you have the right to request a second level appeal from UnitedHealthcare within 60 days from receipt of the first level appeal determination.

**Note:** Upon written request and free of charge, any Covered Persons may examine documents relevant to their claim and/or appeals and submit opinions and comments. UnitedHealthcare will review all claims in accordance with the rules established by the U.S. Department of Labor.

## Federal External Review Program

If, after exhausting your internal appeals, you are not satisfied with the determination made by UnitedHealthcare, or if UnitedHealthcare fails to respond to your appeal in accordance with applicable regulations regarding timing, you may be entitled to request an external review of UnitedHealthcare's determination. The process is available at no charge to you.

If one of the above conditions is met, you may request an external review of adverse benefit determinations based upon any of the following:

- clinical reasons;

- the exclusions for Experimental or Investigational Services or Unproven Services;

- rescission of coverage (coverage that was cancelled or discontinued retroactively); or

- as otherwise required by applicable law.

You or your representative may request a standard external review by sending a written request to the address set out in the determination letter. You or your representative may request an expedited external review, in urgent situations as detailed below, by calling the toll-free number on your ID card or by sending a written request to the address set out in the determination letter. A request must be made within four months after the date you received UnitedHealthcare's decision.

An external review request should include all of the following:

- a specific request for an external review;

- the Covered Person's name, address, and insurance ID number;

- your designated representative's name and address, when applicable;

- the service that was denied; and

- any new, relevant information that was not provided during the internal appeal.

An external review will be performed by an Independent Review Organization (IRO). UnitedHealthcare has entered into agreements with three or more IROs that have agreed to perform such reviews. There are two types of external reviews available:

- a standard external review; and

■ an expedited external review.

### Standard External Review

A standard external review is comprised of all of the following:

■ a preliminary review by UnitedHealthcare of the request;

■ a referral of the request by UnitedHealthcare to the IRO; and

■ a decision by the IRO.

Within the applicable timeframe after receipt of the request, UnitedHealthcare will complete a preliminary review to determine whether the individual for whom the request was submitted meets all of the following:

■ is or was covered under the Plan at the time the health care service or procedure that is at issue in the request was provided;

■ has exhausted the applicable internal appeals process; and

■ has provided all the information and forms required so that UnitedHealthcare may process the request.

After UnitedHealthcare completes the preliminary review, UnitedHealthcare will issue a notification in writing to you. If the request is eligible for external review, UnitedHealthcare will assign an IRO to conduct such review. UnitedHealthcare will assign requests by either rotating claims assignments among the IROs or by using a random selection process.

The IRO will notify you in writing of the request's eligibility and acceptance for external review. You may submit in writing to the IRO within ten business days following the date of receipt of the notice additional information that the IRO will consider when conducting the external review. The IRO is not required to, but may, accept and consider additional information submitted by you after ten business days.

UnitedHealthcare will provide to the assigned IRO the documents and information considered in making UnitedHealthcare's determination. The documents include:

■ all relevant medical records;

■ all other documents relied upon by UnitedHealthcare; and

■ all other information or evidence that you or your Physician submitted. If there is any information or evidence you or your Physician wish to submit that was not previously provided, you may include this information with your external review request and UnitedHealthcare will include it with the documents forwarded to the IRO.

In reaching a decision, the IRO will review the claim anew and not be bound by any decisions or conclusions reached by UnitedHealthcare. The IRO will provide written notice of its determination (the "Final External Review Decision") within 45 days after it receives the request for the external review (unless they request additional time and you agree). The

IRO will deliver the notice of Final External Review Decision to you and UnitedHealthcare, and it will include the clinical basis for the determination.

Upon receipt of a Final External Review Decision reversing UnitedHealthcare determination, the Plan will immediately provide coverage or payment for the benefit claim at issue in accordance with the terms and conditions of the Plan, and any applicable law regarding plan remedies. If the Final External Review Decision is that payment or referral will not be made, the Plan will not be obligated to provide Benefits for the health care service or procedure.

### Expedited External Review

An expedited external review is similar to a standard external review. The most significant difference between the two is that the time periods for completing certain portions of the review process are much shorter, and in some instances you may file an expedited external review before completing the internal appeals process.

You may make a written or verbal request for an expedited external review if you receive either of the following:

- an adverse benefit determination of a claim or appeal if the adverse benefit determination involves a medical condition for which the time frame for completion of an expedited internal appeal would seriously jeopardize the life or health of the individual or would jeopardize the individual's ability to regain maximum function and you have filed a request for an expedited internal appeal; or

- a final appeal decision, if the determination involves a medical condition where the timeframe for completion of a standard external review would seriously jeopardize the life or health of the individual or would jeopardize the individual's ability to regain maximum function, or if the final appeal decision concerns an admission, availability of care, continued stay, or health care service, procedure or product for which the individual received emergency services, but has not been discharged from a facility.

Immediately upon receipt of the request, UnitedHealthcare will determine whether the individual meets both of the following:

- is or was covered under the Plan at the time the health care service or procedure that is at issue in the request was provided.

- has provided all the information and forms required so that UnitedHealthcare may process the request.

After UnitedHealthcare completes the review, UnitedHealthcare will immediately send a notice in writing to you. Upon a determination that a request is eligible for expedited external review, UnitedHealthcare will assign an IRO in the same manner UnitedHealthcare utilizes to assign standard external reviews to IROs. UnitedHealthcare will provide all necessary documents and information considered in making the adverse benefit determination or final adverse benefit determination to the assigned IRO electronically or by telephone or facsimile or any other available expeditious method. The IRO, to the extent the information or documents are available and the IRO considers them appropriate, must

consider the same type of information and documents considered in a standard external review.

In reaching a decision, the IRO will review the claim anew and not be bound by any decisions or conclusions reached by UnitedHealthcare. The IRO will provide notice of the final external review decision for an expedited external review as expeditiously as the claimant's medical condition or circumstances require, but in no event more than 72 hours after the IRO receives the request. If the initial notice is not in writing, within 48 hours after the date of providing the initial notice, the assigned IRO will provide written confirmation of the decision to you and to UnitedHealthcare.

You may contact UnitedHealthcare at the toll-free number on your ID card for more information regarding external review rights, or if making a verbal request for an expedited external review.

### *Timing of Appeals Determinations*

Separate schedules apply to the timing of claims appeals, depending on the type of claim. There are three types of claims:

- urgent care request for Benefits - a request for Benefits provided in connection with urgent care services;

- Pre-Service request for Benefits - a request for Benefits which the Plan must approve or in which you must notify UnitedHealthcare before non-urgent care is provided; and

- Post-Service - a claim for reimbursement of the cost of non-urgent care that has already been provided.

Please note that the Claims Administrator's decision is based only on whether or not Benefits are available under the Plan for the proposed treatment or procedure. The determination as to whether the pending health service is necessary or appropriate is between you and your Physician.

You may have the right to external review through an *Independent Review Organization (IRO)* upon the completion of the internal appeal process. Instructions regarding any such rights, and how to access those rights, will be provided in the Claims Administrator's decision letter to you.

The tables below describe the time frames which you and UnitedHealthcare are required to follow.

| Urgent Care Request for Benefits[*] | |
|---|---|
| **Type of Request for Benefits or Appeal** | **Timing** |
| If your request for Benefits is incomplete, UnitedHealthcare must notify you within: | **24 hours** |
| You must then provide completed request for Benefits to UnitedHealthcare within: | **48 hours** after receiving notice of additional information required |
| UnitedHealthcare must notify you of the benefit determination within: | **72 hours** |
| If UnitedHealthcare denies your request for Benefits, you must appeal an adverse benefit determination no later than: | **180 days** after receiving the adverse benefit determination |
| UnitedHealthcare must notify you of the appeal decision within: | **72 hours** after receiving the appeal |

[*]You do not need to submit urgent care appeals in writing. You should call UnitedHealthcare as soon as possible to appeal an urgent care request for Benefits.

| Pre-Service Request for Benefits | |
|---|---|
| **Type of Request for Benefits or Appeal** | **Timing** |
| If your request for Benefits is filed improperly, UnitedHealthcare must notify you within: | **5 days** |
| If your request for Benefits is incomplete, UnitedHealthcare must notify you within: | **15 days** |
| You must then provide completed request for Benefits information to UnitedHealthcare within: | **45 days** |
| UnitedHealthcare must notify you of the benefit determination: | |
| ■  if the initial request for Benefits is complete, within: | **15 days** |
| ■  after receiving the completed request for Benefits (if the initial request for Benefits is incomplete), within: | **15 days** |
| You must appeal an adverse benefit determination no later than: | **180 days** after receiving the adverse benefit determination |

| Urgent Care Request for Benefits* | |
|---|---|
| **Type of Request for Benefits or Appeal** | **Timing** |
| UnitedHealthcare must notify you of the first level appeal decision within: | **15 days** after receiving the first level appeal |
| You must appeal the first level appeal (file a second level appeal) within: | **60 days** after receiving the first level appeal decision |
| UnitedHealthcare must notify you of the second level appeal decision within: | **15 days** after receiving the second level appeal |

*UnitedHealthcare may require a one-time extension for the initial claim determination, of no more than 15 days, only if more time is needed due to circumstances beyond control of the Plan.

| Post-Service Claims | |
|---|---|
| **Type of Claim or Appeal** | **Timing** |
| If your claim is incomplete, UnitedHealthcare must notify you within: | **30 days** |
| You must then provide completed claim information to UnitedHealthcare within: | **45 days** |
| UnitedHealthcare must notify you of the benefit determination: | |
| ■ if the initial claim is complete, within: | **30 days** |
| ■ after receiving the completed claim (if the initial claim is incomplete), within: | **30 days** |
| You must appeal an adverse benefit determination no later than: | **180 days** after receiving the adverse benefit determination |
| UnitedHealthcare must notify you of the first level appeal decision within: | **30 days** after receiving the first level appeal |
| You must appeal the first level appeal (file a second level appeal) within: | **60 days** after receiving the first level appeal decision |
| UnitedHealthcare must notify you of the second level appeal decision within: | **30 days** after receiving the second level appeal |

*Concurrent Care Claims*

If an on-going course of treatment was previously approved for a specific period of time or number of treatments, and your request to extend the treatment is an urgent care request for Benefits as defined above, your request will be decided within 24 hours, provided your request is made at least 24 hours prior to the end of the approved treatment.

UnitedHealthcare will make a determination on your request for the extended treatment within 24 hours from receipt of your request.

If your request for extended treatment is not made at least 24 hours prior to the end of the approved treatment, the request will be treated as an urgent care request for Benefits and decided according to the timeframes described above. If an on-going course of treatment was previously approved for a specific period of time or number of treatments, and you request to extend treatment in a non-urgent circumstance, your request will be considered a new request and decided according to post-service or pre-service timeframes, whichever applies.

## Limitation of Action

You cannot bring any legal action against New England Motor Freight, Inc. or the Claims Administrator to recover reimbursement until 90 days after you have properly submitted a request for reimbursement as described in this section and all required reviews of your claim have been completed. If you want to bring a legal action against New England Motor Freight, Inc. or the Claims Administrator, you must do so within three years from the expiration of the time period in which a request for reimbursement must be submitted or you lose any rights to bring such an action against New England Motor Freight, Inc. or the Claims Administrator.

You cannot bring any legal action against New England Motor Freight, Inc. or the Claims Administrator for any other reason unless you first complete all the steps in the appeal process described in this section. After completing that process, if you want to bring a legal action against New England Motor Freight, Inc. or the Claims Administrator you must do so within three years of the date you are notified of the final decision on your appeal or you lose any rights to bring such an action against New England Motor Freight, Inc. or the Claims Administrator.

## SECTION 10 - COORDINATION OF BENEFITS (COB)

> **What this section includes:**
> - How your Benefits under this Plan coordinate with other medical plans;
> - How coverage is affected if you become eligible for Medicare; and
> - Procedures in the event the Plan overpays Benefits.

Coordination of Benefits (COB) applies to you if you are covered by more than one health benefits plan, including any one of the following:

- another employer sponsored health benefits plan;
- a medical component of a group long-term care plan, such as skilled nursing care;
- no-fault or traditional "fault" type medical payment benefits or personal injury protection benefits under an auto insurance policy;
- medical payment benefits under any premises liability or other types of liability coverage; or
- Medicare or other governmental health benefit.

If coverage is provided under two or more plans, COB determines which plan is primary and which plan is secondary. The plan considered primary pays its benefits first, without regard to the possibility that another plan may cover some expenses. Any remaining expenses may be paid under the other plan, which is considered secondary. The secondary plan may determine its benefits based on the benefits paid by the primary plan. How much this Plan will reimburse you, if anything, will also depend in part on the allowable expense. The term, "allowable expense," is further explained below.

> **Don't forget to update your Dependents' Medical Coverage Information**
> Avoid delays on your Dependent claims by updating your Dependent's medical coverage information. Just log on to **www.myuhc.com** or call the toll-free number on your ID card to update your COB information. You will need the name of your Dependent's other medical coverage, along with the policy number.

## Determining Which Plan is Primary

### *Order of Benefit Determination Rules*

If you are covered by two or more plans, the benefit payment follows the rules below in this order:

- this Plan will always be secondary to medical payment coverage or personal injury protection coverage under any auto liability or no-fault insurance policy;
- when you have coverage under two or more medical plans and only one has COB provisions, the plan without COB provisions will pay benefits first;

- a plan that covers a person as an employee pays benefits before a plan that covers the person as a dependent;

- if you are receiving COBRA continuation coverage under another employer plan, this Plan will pay Benefits first;

- your dependent children will receive primary coverage from the parent whose birth date occurs first in a calendar year. If both parents have the same birth date, the plan that pays benefits first is the one that has been in effect the longest. This birthday rule applies only if:

  - the parents are married or living together whether or not they have ever been married and not legally separated; or
  - a court decree awards joint custody without specifying that one party has the responsibility to provide health care coverage;

- if two or more plans cover a dependent child of divorced or separated parents and if there is no court decree stating that one parent is responsible for health care, the child will be covered under the plan of:

  - the parent with custody of the child; then
  - the Spouse of the parent with custody of the child; then
  - the parent not having custody of the child; then
  - the Spouse of the parent not having custody of the child;

- plans for active employees pay before plans covering laid-off or retired employees;

- the plan that has covered the individual claimant the longest will pay first; and

- finally, if none of the above rules determines which plan is primary or secondary, the allowable expenses shall be shared equally between the plans meeting the definition of Plan. In addition, this Plan will not pay more than it would have paid had it been the primary Plan.

The following examples illustrate how the Plan determines which plan pays first and which plan pays second.

---

**Determining Primary and Secondary Plan - Examples**

1) Let's say you and your Spouse both have family medical coverage through your respective employers. You are unwell and go to see a Physician. Since you're covered as a Participant under this Plan, and as a Dependent under your Spouse's plan, this Plan will pay Benefits for the Physician's office visit first.

2) Again, let's say you and your Spouse both have family medical coverage through your respective employers. You take your Dependent child to see a Physician. This Plan will look at your birthday and your Spouse's birthday to determine which plan pays first. If you were born on June 11 and your Spouse was born on May 30, your Spouse's plan will pay first.

---

## When This Plan is Secondary

If this Plan is secondary, it determines the amount it will pay for a Covered Health Service by following the steps below.

- the Plan determines the amount it would have paid based on the allowable expense.

- the Plan pays the entire difference between the allowable expense and the amount paid by the primary plan - as long as this amount is not more than the Plan would have paid had it been the only plan involved.

- if, based on the allowable expense, the Plan would have paid more if it were the only plan involved, the difference between the amount it would have paid and the amount it actually paid is recorded as a benefit reserve for the Covered Person. This reserve can be used to pay any future allowable expenses not otherwise paid by the Plan during the calendar year.

- at the end of the calendar year, the benefit reserve returns to zero. A new benefit reserve is created for each calendar year.

You will be responsible for any Copay, Coinsurance or Deductible payments as part of the COB payment. The maximum combined payment you may receive from all plans cannot exceed 100% of the allowable expense.

### Determining the Allowable Expense If This Plan is Secondary

When the provider is a Network provider for both the primary plan and this Plan, the allowable expense is the primary plan's network rate. When the provider is a network provider for the primary plan and a non-Network provider for this Plan, the allowable expense is the primary plan's network rate. When the provider is a non-Network provider for the primary plan and a Network provider for this Plan, the allowable expense is the reasonable and customary charges allowed by the primary plan. When the provider is a non-Network provider for both the primary plan and this Plan, the allowable expense is the greater of the two Plans' reasonable and customary charges. If this plan is secondary to Medicare, please also refer to the discussion in the section below, titled *Determining the Allowable Expense When This Plan is Secondary to Medicare.*

> **What is an allowable expense?**
> For purposes of COB, an allowable expense is a health care expense that is covered at least in part by one of the health benefit plans covering you.

## When a Covered Person Qualifies for Medicare

### Determining Which Plan is Primary

As permitted by law, this Plan will pay Benefits second to Medicare when you become eligible for Medicare, even if you don't elect it. There are, however, Medicare-eligible individuals for whom the Plan pays Benefits first and Medicare pays benefits second:

- employees with active current employment status age 65 or older and their Spouses age 65 or older (however, Domestic Partners are excluded as provided by Medicare);

- individuals with end-stage renal disease, for a limited period of time; and

- disabled individuals under age 65 with current employment status and their Dependents under age 65.

### *Determining the Allowable Expense When This Plan is Secondary to Medicare*

If this Plan is secondary to Medicare, the Medicare approved amount is the allowable expense, as long as the provider accepts reimbursement directly from Medicare. If the provider accepts reimbursement directly from Medicare, the Medicare approved amount is the charge that Medicare has determined that it will recognize and which it reports on an "explanation of Medicare benefits" issued by Medicare (the "EOMB") for a given service. Medicare typically reimburses such providers a percentage of its approved charge – often 80%.

If the provider does not accept assignment of your Medicare benefits, the Medicare limiting charge (the most a provider can charge you if they don't accept Medicare – typically 115% of the Medicare approved amount) will be the allowable expense. Medicare payments, combined with Plan Benefits, will not exceed 100% of the allowable expense.

If you are eligible for, but not enrolled in, Medicare, and this Plan is secondary to Medicare, or if you have enrolled in Medicare but choose to obtain services from a provider that does not participate in the Medicare program (as opposed to a provider who does not accept assignment of Medicare benefits), Benefits will be paid on a secondary basis under this Plan and will be determined as if you timely enrolled in Medicare and obtained services from a Medicare participating provider.

When calculating the Plan's Benefits in these situations, for administrative convenience UnitedHealthcare will treat the provider's billed charges for covered services as the allowable expense for both the Plan and Medicare, rather than the Medicare approved amount or Medicare limiting charge.

### Medicare Crossover Program

The Plan offers a Medicare Crossover program for Medicare Part A, Part B and Durable Medical Equipment (DME) claims. Under this program, you no longer have to file a separate claim with the Plan to receive secondary benefits for these expenses. Your Dependent will also have this automated crossover, as long as he or she is eligible for Medicare and this Plan is your only secondary medical coverage.

Once the Medicare Part A, Part B and DME carriers have reimbursed your health care provider, the Medicare carrier will electronically submit the necessary information to the Claims Administrator to process the balance of your claim under the provisions of this Plan.

You can verify that the automated crossover took place when your copy of the explanation of Medicare benefits (EOMB) states your claim has been forwarded to your secondary carrier.

This cross-over process does not apply to expenses that Medicare does not cover. You must go on to file claims for these expenses.

For information about enrollment or if you have questions about the program, call the telephone number listed on the back of your ID card.

## Right to Receive and Release Needed Information

Certain facts about health care coverage and services are needed to apply these COB rules and to determine benefits payable under this Plan and other plans. UnitedHealthcare may get the facts needed from, or give them to, other organizations or persons for the purpose of applying these rules and determining benefits payable under this Plan and other plans covering the person claiming benefits.

UnitedHealthcare does not need to tell, or get the consent of, any person to do this. Each person claiming benefits under this Plan must give UnitedHealthcare any facts needed to apply those rules and determine benefits payable. If you do not provide UnitedHealthcare the information needed to apply these rules and determine the Benefits payable, your claim for Benefits will be denied.

## Overpayment and Underpayment of Benefits

If you are covered under more than one medical plan, there is a possibility that the other plan will pay a benefit that the Plan should have paid. If this occurs, the Plan may pay the other plan the amount owed.

If the Plan pays you more than it owes under this COB provision, you should pay the excess back promptly. Otherwise, the Company may recover the amount in the form of salary, wages, or benefits payable under any Company-sponsored benefit plans, including this Plan. The Company also reserves the right to recover any overpayment by legal action or offset payments on future Eligible Expenses.

If the Plan overpays a health care provider, UnitedHealthcare reserves the right to recover the excess amount from the provider pursuant to *Refund of Overpayments*, below.

### *Refund of Overpayments*

If the Plan pays for Benefits for expenses incurred on account of a Covered Person, that Covered Person, or any other person or organization that was paid, must make a refund to the Plan if:

- the Plan's obligation to pay Benefits was contingent on the expenses incurred being legally owed and paid by the Covered Person, but all or some of the expenses were not paid by the Covered Person or did not legally have to be paid by the Covered Person;

- all or some of the payment the Plan made exceeded the Benefits under the Plan; or

- all or some of the payment was made in error.

The amount that must be refunded equals the amount the Plan paid in excess of the amount that should have been paid under the Plan. If the refund is due from another person or organization, the Covered Person agrees to help the Plan get the refund when requested.

If the refund is due from the Covered Person and the Covered Person does not promptly refund the full amount owed, the Plan may recover the overpayment by reallocating the overpaid amount to pay, in whole or in part, future Benefits for the Covered Person that are payable under the Plan. If the refund is due from a person or organization other than the Covered Person, the Plan may recover the overpayment by reallocating the overpaid amount to pay, in whole or in part, (i) future Benefits that are payable in connection with services provided to other Covered Persons under the Plan; or (ii) future benefits that are payable in connection with services provided to persons under other plans for which UnitedHealthcare makes payments, pursuant to a transaction in which the Plan's overpayment recovery rights are assigned to such other plans in exchange for such plans' remittance of the amount of the reallocated payment. The reallocated payment amount will equal the amount of the required refund or, if less than the full amount of the required refund, will be deducted from the amount of refund owed to the Plan. The Plan may have other rights in addition to the right to reallocate overpaid amounts and other enumerated rights, including the right to commence a legal action.

## SECTION 11 - SUBROGATION AND REIMBURSEMENT

The Plan has a right to subrogation and reimbursement.

Subrogation applies when the plan has paid Benefits on your behalf for a Sickness or Injury for which a third party is alleged to be responsible. The right to subrogation means that the Plan is substituted to and shall succeed to any and all legal claims that you may be entitled to pursue against any third party for the Benefits that the Plan has paid that are related to the Sickness or Injury for which a third party is alleged to be responsible.

> ### *Subrogation - Example*
> Suppose you are injured in a car accident that is not your fault, and you receive Benefits under the Plan to treat your injuries. Under subrogation, the Plan has the right to take legal action in your name against the driver who caused the accident and that driver's insurance carrier to recover the cost of those Benefits.

The right to reimbursement means that if a third party causes or is alleged to have caused a Sickness or Injury for which you receive a settlement, judgment, or other recovery from any third party, you must use those proceeds to fully return to the Plan 100% of any Benefits you received for that Sickness or Injury.

> ### *Reimbursement - Example*
> Suppose you are injured in a boating accident that is not your fault, and you receive Benefits under the Plan as a result of your injuries. In addition, you receive a settlement in a court proceeding from the individual who caused the accident. You must use the settlement funds to return to the plan 100% of any Benefits you received to treat your injuries.

The following persons and entities are considered third parties:

- a person or entity alleged to have caused you to suffer a Sickness, Injury or damages, or who is legally responsible for the Sickness, Injury or damages;

- any insurer or other indemnifier of any person or entity alleged to have caused or who caused the Sickness, Injury or damages;

- the Plan Sponsor (for example workers' compensation cases);

- any person or entity who is or may be obligated to provide benefits or payments to you, including benefits or payments for underinsured or uninsured motorist protection, no-fault or traditional auto insurance, medical payment coverage (auto, homeowners or otherwise), workers' compensation coverage, other insurance carriers or third party administrators; and

- any person or entity that is liable for payment to you on any equitable or legal liability theory.

You agree as follows:

- You will cooperate with the Plan in protecting its legal and equitable rights to subrogation and reimbursement in a timely manner, including, but not limited to:

  - notifying the Plan, in writing, of any potential legal claim(s) you may have against any third party for acts which caused Benefits to be paid or become payable;
  - providing any relevant information requested by the Plan;
  - signing and/or delivering such documents as the Plan or its agents reasonably request to secure the subrogation and reimbursement claim;
  - responding to requests for information about any accident or injuries;
  - making court appearances;
  - obtaining the Plan's consent or its agents' consent before releasing any party from liability or payment of medical expenses; and
  - complying with the terms of this section.

  Your failure to cooperate with the Plan is considered a breach of contract. As such, the Plan has the right to terminate your Benefits, deny future Benefits, take legal action against you, and/or set off from any future Benefits the value of Benefits the Plan has paid relating to any Sickness or Injury alleged to have been caused or caused by any third party to the extent not recovered by the Plan due to you or your representative not cooperating with the Plan. If the Plan incurs attorneys' fees and costs in order to collect third party settlement funds held by you or your representative, the Plan has the right to recover those fees and costs from you. You will also be required to pay interest on any amounts you hold which should have been returned to the Plan.

- The Plan has a first priority right to receive payment on any claim against a third party before you receive payment from that third party. Further, the Plan's first priority right to payment is superior to any and all claims, debts or liens asserted by any medical providers, including but not limited to Hospitals or emergency treatment facilities, that assert a right to payment from funds payable from or recovered from an allegedly responsible third party and/or insurance carrier.

- The Plan's subrogation and reimbursement rights apply to full and partial settlements, judgments, or other recoveries paid or payable to you or your representative, no matter how those proceeds are captioned or characterized. Payments include, but are not limited to, economic, non-economic, and punitive damages. The Plan is not required to help you to pursue your claim for damages or personal injuries and no amount of associated costs, including attorneys' fees, shall be deducted from the Plan's recovery without the Plan's express written consent. No so-called "Fund Doctrine" or "Common Fund Doctrine" or "Attorney's Fund Doctrine" shall defeat this right.

- Regardless of whether you have been fully compensated or made whole, the Plan may collect from you the proceeds of any full or partial recovery that you or your legal representative obtain, whether in the form of a settlement (either before or after any determination of liability) or judgment, no matter how those proceeds are captioned or characterized. Proceeds from which the Plan may collect include, but are not limited to, economic, non-economic, and punitive damages. No "collateral source" rule, any "Made-Whole Doctrine" or "Make-Whole Doctrine," claim of unjust enrichment, nor any other equitable limitation shall limit the Plan's subrogation and reimbursement rights.

- Benefits paid by the Plan may also be considered to be Benefits advanced.

- If you receive any payment from any party as a result of Sickness or Injury, and the Plan alleges some or all of those funds are due and owed to the Plan, you shall hold those funds in trust, either in a separate bank account in your name or in your attorney's trust account. You agree that you will serve as a trustee over those funds to the extent of the Benefits the Plan has paid.

- The Plan's rights to recovery will not be reduced due to your own negligence.

- Upon the Plan's request, you will assign to the Plan all rights of recovery against third parties, to the extent of the Benefits the Plan has paid for the Sickness or Injury.

- The Plan may, at its option, take necessary and appropriate action to preserve its rights under these subrogation provisions, including but not limited to, providing or exchanging medical payment information with an insurer, the insurer's legal representative or other third party and filing suit in your name, which does not obligate the Plan in any way to pay you part of any recovery the Plan might obtain.

- You may not accept any settlement that does not fully reimburse the Plan, without its written approval.

- The Plan has the authority and discretion to resolve all disputes regarding the interpretation of the language stated herein.

- In the case of your wrongful death or survival claim, the provisions of this section apply to your estate, the personal representative of your estate, and your heirs or beneficiaries.

- No allocation of damages, settlement funds or any other recovery, by you, your estate, the personal representative of your estate, your heirs, your beneficiaries or any other person or party, shall be valid if it does not reimburse the Plan for 100% of its interest unless the Plan provides written consent to the allocation.

- The provisions of this section apply to the parents, guardian, or other representative of a Dependent child who incurs a Sickness or Injury caused by a third party. If a parent or guardian may bring a claim for damages arising out of a minor's Sickness or Injury, the terms of this subrogation and reimbursement clause shall apply to that claim.

- If a third party causes or is alleged to have caused you to suffer a Sickness or Injury while you are covered under this Plan, the provisions of this section continue to apply, even after you are no longer covered.

- The Plan and all Administrators administering the terms and conditions of the Plan's subrogation and reimbursement rights have such powers and duties as are necessary to discharge its duties and functions, including the exercise of its discretionary authority to (1) construe and enforce the terms of the Plan's subrogation and reimbursement rights and (2) make determinations with respect to the subrogation amounts and reimbursements owed to the Plan.

## Right of Recovery

The Plan also has the right to recover benefits it has paid on you or your Dependent's behalf that were:

- made in error;

- due to a mistake in fact;

- advanced during the time period of meeting the calendar year Deductible; or

- advanced during the time period of meeting the Out-of-Pocket Maximum for the calendar year.

Benefits paid because you or your Dependent misrepresented facts are also subject to recovery.

If the Plan provides a Benefit for you or your Dependent that exceeds the amount that should have been paid, the Plan will:

- require that the overpayment be returned when requested, or

- reduce a future benefit payment for you or your Dependent by the amount of the overpayment.

If the Plan provides an advancement of benefits to you or your Dependent during the time period of meeting the Deductible and/or meeting the Out-of-Pocket Maximum for the calendar year, the Plan will send you or your Dependent a monthly statement identifying the amount you owe with payment instructions. The Plan has the right to recover Benefits it has advanced by:

- submitting a reminder letter to you or a covered Dependent that details any outstanding balance owed to the Plan; and

- conducting courtesy calls to you or a covered Dependent to discuss any outstanding balance owed to the Plan.

## SECTION 12 - WHEN COVERAGE ENDS

**What this section includes:**
- Circumstances that cause coverage to end;
- Extended coverage; and
- How to continue coverage after it ends.

Your entitlement to Benefits automatically ends on the date that coverage ends, even if you are hospitalized or are otherwise receiving medical treatment on that date. Please note that this does not affect coverage that is extended under *Extended Coverage for Total Disability* below.

When your coverage ends, New England Motor Freight, Inc. will still pay claims for Covered Health Services that you received before your coverage ended. However, once your coverage ends, Benefits are not provided for health services that you receive after coverage ended, even if the underlying medical condition occurred before your coverage ended. Please note that this does not affect coverage that is extended under *Extended Coverage for Total Disability* below.

Your coverage under the Plan will end on the earliest of:

- the date your employment with the Company ends;
- the date the Plan ends;
- the date you stop making the required contributions;
- the date you are no longer eligible;
- the date UnitedHealthcare receives written notice from New England Motor Freight, Inc. to end your coverage, or the date requested in the notice, if later; or
- the date you retire or are pensioned under the Plan, unless specific coverage is available for retired or pensioned persons and you are eligible for that coverage.

Coverage for your eligible Dependents will end on the earliest of:

- the date your coverage ends;
- the date you stop making the required contributions;
- the date UnitedHealthcare receives written notice from New England Motor Freight, Inc. to end your coverage, or the date requested in the notice, if later; or
- the date your Dependents no longer qualify as Dependents under this Plan.

*Other Events Ending Your Coverage*

The Plan will provide at least thirty days' prior written notice to you that your coverage will end on the date identified in the notice if you commit an act, practice, or omission that constituted fraud, or an intentional misrepresentation of a material fact including, but not limited to, knowingly providing incorrect information relating to another person's eligibility or status as a Dependent. You may appeal this decision during the 30-day notice period. The notice will contain information on how to pursue your appeal.

*Note*: New England Motor Freight, Inc. has the right to demand that you pay back Benefits New England Motor Freight, Inc. paid to you, or paid in your name, during the time you were incorrectly covered under the Plan.

## Coverage for a Disabled Child

If an unmarried enrolled Dependent child with a mental or physical disability reaches an age when coverage would otherwise end, the Plan will continue to cover the child, as long as:

- the child is unable to be self-supporting due to a mental or physical handicap or disability;

- the child depends mainly on you for support;

- you provide to New England Motor Freight, Inc. proof of the child's incapacity and dependency within 31 days of the date coverage would have otherwise ended because the child reached a certain age; and

- you provide proof, upon New England Motor Freight, Inc.'s request, that the child continues to meet these conditions.

The proof might include medical examinations at New England Motor Freight, Inc.'s expense. However, you will not be asked for this information more than once a year. If you do not supply such proof within 31 days, the Plan will no longer pay Benefits for that child.

Coverage will continue, as long as the enrolled Dependent is incapacitated and dependent upon you, unless coverage is otherwise terminated in accordance with the terms of the Plan.

## Extended Coverage for Total Disability

If a Covered Person has a Total Disability on the date their coverage under the Plan ends, their Benefits will not end automatically. The Plan will temporarily extend coverage, only for treatment of the condition causing the Total Disability. Benefits will be paid until the earlier of:

- the Total Disability ends; or

- three months from the date coverage would have ended.

## Continuing Coverage Through COBRA

If you lose your Plan coverage, you may have the right to extend it under the Consolidated Omnibus Budget Reconciliation Act of 1985 (COBRA), as defined in Section 14, *Glossary*.

Continuation coverage under COBRA is available only to Plans that are subject to the terms of COBRA. You can contact your Plan Administrator to determine if New England Motor Freight, Inc. is subject to the provisions of COBRA.

### Continuation Coverage under Federal Law (COBRA)

Much of the language in this section comes from the federal law that governs continuation coverage. You should call your Plan Administrator if you have questions about your right to continue coverage.

In order to be eligible for continuation coverage under federal law, you must meet the definition of a "Qualified Beneficiary". A Qualified Beneficiary is any of the following persons who were covered under the Plan on the day before a qualifying event:

- a Participant;

- a Participant's enrolled Dependent, including with respect to the Participant's children, a child born to or placed for adoption with the Participant during a period of continuation coverage under federal law; or

- a Participant's former Spouse.

### Qualifying Events for Continuation Coverage under COBRA

The following table outlines situations in which you may elect to continue coverage under COBRA for yourself and your Dependents, and the maximum length of time you can receive continued coverage. These situations are considered qualifying events.

| If Coverage Ends Because of the Following Qualifying Events: | You May Elect COBRA: | | |
|---|---|---|---|
| | For Yourself | For Your Spouse | For Your Child(ren) |
| Your work hours are reduced | 18 months | 18 months | 18 months |
| Your employment terminates for any reason (other than gross misconduct) | 18 months | 18 months | 18 months |
| You or your family member become eligible for Social Security disability benefits at any time within the first 60 days of losing coverage[1] | 29 months | 29 months | 29 months |
| You die | N/A | 36 months | 36 months |

| If Coverage Ends Because of the Following Qualifying Events: | You May Elect COBRA: | | |
|---|---|---|---|
| | **For Yourself** | **For Your Spouse** | **For Your Child(ren)** |
| You divorce (or legally separate) | N/A | 36 months | 36 months |
| Your child is no longer an eligible family member (e.g., reaches the maximum age limit) | N/A | N/A | 36 months |
| You become entitled to Medicare | N/A | See table below | See table below |
| New England Motor Freight, Inc. files for bankruptcy under Title 11, United States Code.[2] | 36 months | 36 months[3] | 36 months[3] |

[1]Subject to the following conditions: (i) notice of the disability must be provided within the latest of 60 days after a). the determination of the disability, b). the date of the qualifying event, c). the date the Qualified Beneficiary would lose coverage under the Plan, and in no event later than the end of the first 18 months; (ii) the Qualified Beneficiary must agree to pay any increase in the required premium for the additional 11 months over the original 18 months; and (iii) if the Qualified Beneficiary entitled to the 11 months of coverage has non-disabled family members who are also Qualified Beneficiaries, then those non-disabled Qualified Beneficiaries are also entitled to the additional 11 months of continuation coverage. Notice of any final determination that the Qualified Beneficiary is no longer disabled must be provided within 30 days of such determination. Thereafter, continuation coverage may be terminated on the first day of the month that begins more than 30 days after the date of that determination.

[2]This is a qualifying event for any retired Participant and his or her enrolled Dependents if there is a substantial elimination of coverage within one year before or after the date the bankruptcy was filed.

[3]From the date of the Participant's death if the Participant dies during the continuation coverage.

### *How Your Medicare Eligibility Affects Dependent COBRA Coverage*

The table below outlines how your Dependents' COBRA coverage is impacted if you become entitled to Medicare.

| If Dependent Coverage Ends When: | You May Elect COBRA Dependent Coverage For Up To: |
|---|---|
| You become entitled to Medicare and don't experience any additional qualifying events | 18 months |
| You become entitled to Medicare, after which you experience a second qualifying event* before the initial 18-month period expires | 36 months |

| If Dependent Coverage Ends When: | You May Elect COBRA Dependent Coverage For Up To: |
|---|---|
| You experience a qualifying event*, after which you become entitled to Medicare before the initial 18-month period expires; and, if absent this initial qualifying event, your Medicare entitlement would have resulted in loss of Dependent coverage under the Plan | 36 months |

* Your work hours are reduced or your employment is terminated for reasons other than gross misconduct.

### Getting Started

You will be notified by mail if you become eligible for COBRA coverage as a result of a reduction in work hours or termination of employment. The notification will give you instructions for electing COBRA coverage, and advise you of the monthly cost. Your monthly cost is the full cost, including both Participant and Employer costs, plus a 2% administrative fee or other cost as permitted by law.

You will have up to 60 days from the date you receive notification or 60 days from the date your coverage ends to elect COBRA coverage, whichever is later. You will then have an additional 45 days to pay the cost of your COBRA coverage, retroactive to the date your Plan coverage ended.

During the 60-day election period, the Plan will, only in response to a request from a provider, inform that provider of your right to elect COBRA coverage, retroactive to the date your COBRA eligibility began.

While you are a participant in the medical Plan under COBRA, you have the right to change your coverage election:

■   during Open Enrollment; and

■   following a change in family status, as described under *Changing Your Coverage* in Section 2, *Introduction*.

### Notification Requirements

If your covered Dependents lose coverage due to divorce, legal separation, or loss of Dependent status, you or your Dependents must notify the Plan Administrator within 60 days of the latest of:

■   the date of the divorce, legal separation or an enrolled Dependent's loss of eligibility as an enrolled Dependent;

■   the date your enrolled Dependent would lose coverage under the Plan; or

■   the date on which you or your enrolled Dependent are informed of your obligation to provide notice and the procedures for providing such notice.

You or your Dependents must also notify the Plan Administrator when a qualifying event occurs that will extend continuation coverage.

If you or your Dependents fail to notify the Plan Administrator of these events within the 60 day period, the Plan Administrator is not obligated to provide continued coverage to the affected Qualified Beneficiary. If you are continuing coverage under federal law, you must notify the Plan Administrator within 60 days of the birth or adoption of a child.

Once you have notified the Plan Administrator, you will then be notified by mail of your election rights under COBRA.

### Notification Requirements for Disability Determination

If you extend your COBRA coverage beyond 18 months because you are eligible for disability benefits from Social Security, you must provide Human Resources with notice of the Social Security Administration's determination within 60 days after you receive that determination, and before the end of your initial 18-month continuation period.

The notice requirements will be satisfied by providing written notice to the Plan Administrator at the address stated in Section 16, *Important Administrative Information: ERISA*. The contents of the notice must be such that the Plan Administrator is able to determine the covered Employee and qualified beneficiary(ies), the qualifying event or disability, and the date on which the qualifying event occurred.

### Trade Act of 2002

The Trade Act of 2002 amended COBRA to provide for a special second 60-day COBRA election period for certain Participants who have experienced a termination or reduction of hours and who lose group health plan coverage as a result. The special second COBRA election period is available only to a very limited group of individuals: generally, those who are receiving trade adjustment assistance (TAA) or 'alternative trade adjustment assistance' under a federal law called the Trade Act of 1974. These Participants are entitled to a second opportunity to elect COBRA coverage for themselves and certain family members (if they did not already elect COBRA coverage), but only within a limited period of 60 days from the first day of the month when an individual begins receiving TAA (or would be eligible to receive TAA but for the requirement that unemployment benefits be exhausted) and only during the six months immediately after their group health plan coverage ended.

If a Participant qualifies or may qualify for assistance under the Trade Act of 1974, he or she should contact the Plan Administrator for additional information. The Participant must contact the Plan Administrator promptly after qualifying for assistance under the Trade Act of 1974 or the Participant will lose his or her special COBRA rights. COBRA coverage elected during the special second election period is not retroactive to the date that Plan coverage was lost, but begins on the first day of the special second election period.

## When COBRA Ends

COBRA coverage will end, before the maximum continuation period, on the earliest of the
following dates:

- the date, after electing continuation coverage, that coverage is first obtained under any
  other group health plan;

- the date, after electing continuation coverage, that you or your covered Dependent first
  becomes entitled to Medicare;

- the date coverage ends for failure to make the first required premium payment (premium
  is not paid within 45 days);

- the date coverage ends for failure to make any other monthly premium payment
  (premium is not paid within 30 days of its due date);

- the date the entire Plan ends; or

- the date coverage would otherwise terminate under the Plan as described in the
  beginning of this section.

*Note*: If you selected continuation coverage under a prior plan which was then replaced by
coverage under this Plan, continuation coverage will end as scheduled under the prior plan
or in accordance with the terminating events listed in this section, whichever is earlier.

## Uniformed Services Employment and Reemployment Rights Act

A Participant who is absent from employment for more than 30 days by reason of service in
the Uniformed Services may elect to continue Plan coverage for the Participant and the
Participant's Dependents in accordance with the Uniformed Services Employment and
Reemployment Rights Act of 1994, as amended (USERRA).

The terms "Uniformed Services" or "Military Service" mean the Armed Forces, the Army
National Guard and the Air National Guard when engaged in active duty for training,
inactive duty training, or full-time National Guard duty, the commissioned corps of the
Public Health Service, and any other category of persons designated by the President in time
of war or national emergency.

If qualified to continue coverage pursuant to the USERRA, Participants may elect to
continue coverage under the Plan by notifying the Plan Administrator in advance, and
providing payment of any required contribution for the health coverage. This may include
the amount the Plan Administrator normally pays on a Participant's behalf. If a Participant's
Military Service is for a period of time less than 31 days, the Participant may not be required
to pay more than the regular contribution amount, if any, for continuation of health
coverage.

A Participant may continue Plan coverage under USERRA for up to the lesser of:

- the 24 month period beginning on the date of the Participant's absence from work; or

- the day after the date on which the Participant fails to apply for, or return to, a position of employment.

Regardless of whether a Participant continues health coverage, if the Participant returns to a position of employment, the Participant's health coverage and that of the Participant's eligible Dependents will be reinstated under the Plan. No exclusions or waiting period may be imposed on a Participant or the Participant's eligible Dependents in connection with this reinstatement, unless a Sickness or Injury is determined by the Secretary of Veterans Affairs to have been incurred in, or aggravated during, the performance of military service.

You should call the Plan Administrator if you have questions about your rights to continue health coverage under USERRA.

## SECTION 13 - OTHER IMPORTANT INFORMATION

**What this section includes:**
- Court-ordered Benefits for Dependent children;

- Your relationship with UnitedHealthcare and New England Motor Freight, Inc.;

- Relationships with providers;

- Interpretation of Benefits;

- Information and records;

- Incentives to providers and you;

- The future of the Plan; and

- How to access the official Plan documents.

### Qualified Medical Child Support Orders (QMCSOs)

A qualified medical child support order (QMCSO) is a judgment, decree or order issued by a court or appropriate state agency that requires a child to be covered for medical benefits. Generally, a QMCSO is issued as part of a paternity, divorce, or other child support settlement.

If the Plan receives a medical child support order for your child that instructs the Plan to cover the child, the Plan Administrator will review it to determine if it meets the requirements for a QMCSO. If it determines that it does, your child will be enrolled in the Plan as your Dependent, and the Plan will be required to pay Benefits as directed by the order.

You may obtain, without charge, a copy of the procedures governing QMCSOs from the Plan Administrator.

*Note:* A National Medical Support Notice will be recognized as a QMCSO if it meets the requirements of a QMCSO.

### Your Relationship with UnitedHealthcare and New England Motor Freight, Inc.

In order to make choices about your health care coverage and treatment, New England Motor Freight, Inc. believes that it is important for you to understand how UnitedHealthcare interacts with the Plan Sponsor's benefit Plan and how it may affect you. UnitedHealthcare helps administer the Plan Sponsor's benefit plan in which you are enrolled. UnitedHealthcare does not provide medical services or make treatment decisions. This means:

- New England Motor Freight, Inc. and UnitedHealthcare do not decide what care you need or will receive. You and your Physician make those decisions;

- UnitedHealthcare communicates to you decisions about whether the Plan will cover or pay for the health care that you may receive (the Plan pays for Covered Health Services, which are more fully described in this SPD); and

■ the Plan may not pay for all treatments you or your Physician may believe are necessary. If the Plan does not pay, you will be responsible for the cost.

New England Motor Freight, Inc. and UnitedHealthcare may use individually identifiable information about you to identify for you (and you alone) procedures, products or services that you may find valuable. New England Motor Freight, Inc. and UnitedHealthcare will use individually identifiable information about you as permitted or required by law, including in operations and in research. New England Motor Freight, Inc. and UnitedHealthcare will use de-identified data for commercial purposes including research.

## Relationship with Providers

The relationships between New England Motor Freight, Inc., and Network providers are solely contractual relationships between independent contractors. Network providers are not New England Motor Freight, Inc.'s agents or employees, nor are they agents or employees of UnitedHealthcare. New England Motor Freight, Inc. and any of its employees are not agents or employees of Network providers, nor are UnitedHealthcare and any of its employees agents or employees of Network providers.

New England Motor Freight, Inc. and UnitedHealthcare do not provide health care services or supplies, nor do they practice medicine. Instead, New England Motor Freight, Inc. and UnitedHealthcare arrange for health care providers to participate in a Network and pay Benefits. Network providers are independent practitioners who run their own offices and facilities. UnitedHealthcare's credentialing process confirms public information about the providers' licenses and other credentials, but does not assure the quality of the services provided. They are not New England Motor Freight, Inc.'s employees nor are they employees of UnitedHealthcare. New England Motor Freight, Inc. and UnitedHealthcare do not have any other relationship with Network providers such as principal-agent or joint venture. New England Motor Freight, Inc. and UnitedHealthcare are not liable for any act or omission of any provider.

UnitedHealthcare is not considered to be employers of the Plan Administrator for any purpose with respect to the administration or provision of benefits under this Plan.

New England Motor Freight, Inc. is solely responsible for:

■ enrollment and classification changes (including classification changes resulting in your enrollment or the termination of your coverage);

■ the timely payment of Benefits; and

■ notifying you of the termination or modifications to the Plan.

## Your Relationship with Providers

The relationship between you and any provider is that of provider and patient. Your provider is solely responsible for the quality of the services provided to you. You:

■ are responsible for choosing your own provider;

- are responsible for paying, directly to your provider, any amount identified as a member responsibility, including Copayments, Coinsurance, any Annual Deductible and any amount that exceeds Eligible Expenses;

- are responsible for paying, directly to your provider, the cost of any non-Covered Health Service;

- must decide if any provider treating you is right for you (this includes Network providers you choose and providers to whom you have been referred); and

- must decide with your provider what care you should receive.

## Interpretation of Benefits

New England Motor Freight, Inc. and UnitedHealthcare have the sole and exclusive discretion to:

- interpret Benefits under the Plan;

- interpret the other terms, conditions, limitations and exclusions of the Plan, including this SPD and any Riders and/or Amendments; and

- make factual determinations related to the Plan and its Benefits.

New England Motor Freight, Inc. and UnitedHealthcare may delegate this discretionary authority to other persons or entities that provide services in regard to the administration of the Plan.

In certain circumstances, for purposes of overall cost savings or efficiency, New England Motor Freight, Inc. may, in its discretion, offer Benefits for services that would otherwise not be Covered Health Services. The fact that New England Motor Freight, Inc. does so in any particular case shall not in any way be deemed to require New England Motor Freight, Inc. to do so in other similar cases.

## Information and Records

New England Motor Freight, Inc. and UnitedHealthcare may use your individually identifiable health information to administer the Plan and pay claims, to identify procedures, products, or services that you may find valuable, and as otherwise permitted or required by law. New England Motor Freight, Inc. and UnitedHealthcare may request additional information from you to decide your claim for Benefits. New England Motor Freight, Inc. and UnitedHealthcare will keep this information confidential. New England Motor Freight, Inc. and UnitedHealthcare may also use your de-identified data for commercial purposes, including research, as permitted by law.

By accepting Benefits under the Plan, you authorize and direct any person or institution that has provided services to you to furnish New England Motor Freight, Inc. and UnitedHealthcare with all information or copies of records relating to the services provided to you. New England Motor Freight, Inc. and UnitedHealthcare have the right to request this information at any reasonable time. This applies to all Covered Persons, including enrolled Dependents whether or not they have signed the Participant's enrollment form.

New England Motor Freight, Inc. and UnitedHealthcare agree that such information and records will be considered confidential.

New England Motor Freight, Inc. and UnitedHealthcare have the right to release any and all records concerning health care services which are necessary to implement and administer the terms of the Plan, for appropriate medical review or quality assessment, or as New England Motor Freight, Inc. is required to do by law or regulation. During and after the term of the Plan, New England Motor Freight, Inc. and UnitedHealthcare and its related entities may use and transfer the information gathered under the Plan in a de-identified format for commercial purposes, including research and analytic purposes.

For complete listings of your medical records or billing statements New England Motor Freight, Inc. recommends that you contact your health care provider. Providers may charge you reasonable fees to cover their costs for providing records or completing requested forms.

If you request medical forms or records from UnitedHealthcare, they also may charge you reasonable fees to cover costs for completing the forms or providing the records.

In some cases, New England Motor Freight, Inc. and UnitedHealthcare will designate other persons or entities to request records or information from or related to you, and to release those records as necessary. UnitedHealthcare's designees have the same rights to this information as does the Plan Administrator.

## Incentives to Providers

Network providers may be provided financial incentives by UnitedHealthcare to promote the delivery of health care in a cost efficient and effective manner. These financial incentives are not intended to affect your access to health care.

Examples of financial incentives for Network providers are:

- bonuses for performance based on factors that may include quality, member satisfaction, and/or cost-effectiveness; or

- a practice called capitation which is when a group of Network providers receives a monthly payment from UnitedHealthcare for each Covered Person who selects a Network provider within the group to perform or coordinate certain health services. The Network providers receive this monthly payment regardless of whether the cost of providing or arranging to provide the Covered Person's health care is less than or more than the payment.

If you have any questions regarding financial incentives you may contact the telephone number on your ID card. You can ask whether your Network provider is paid by any financial incentive, including those listed above; however, the specific terms of the contract, including rates of payment, are confidential and cannot be disclosed. In addition, you may choose to discuss these financial incentives with your Network provider.

## Incentives to You

Sometimes you may be offered coupons or other incentives to encourage you to participate in various wellness programs or certain disease management programs. The decision about whether or not to participate is yours alone but New England Motor Freight, Inc. recommends that you discuss participating in such programs with your Physician. These incentives are not Benefits and do not alter or affect your Benefits. You may call the number on the back of your ID card if you have any questions.

## Rebates and Other Payments

New England Motor Freight, Inc. and UnitedHealthcare may receive rebates for certain drugs that are administered to you in a Physician's office, or at a Hospital or Alternate Facility. This includes rebates for those drugs that are administered to you before you meet your Annual Deductible. New England Motor Freight, Inc. and UnitedHealthcare do not pass these rebates on to you, nor are they applied to your Annual Deductible or taken into account in determining your Copays or Coinsurance.

## Workers' Compensation Not Affected

Benefits provided under the Plan do not substitute for and do not affect any requirements for coverage by workers' compensation insurance.

## Future of the Plan

Although the Company expects to continue the Plan indefinitely, it reserves the right to discontinue, alter or modify the Plan in whole or in part, at any time and for any reason, at its sole determination.

The Company's decision to terminate or amend a Plan may be due to changes in federal or state laws governing employee benefits, the requirements of the Internal Revenue Code or any other reason. A plan change may transfer plan assets and debts to another plan or split a plan into two or more parts. If the Company does change or terminate a plan, it may decide to set up a different plan providing similar or different benefits.

If this Plan is terminated, Covered Persons will not have the right to any other Benefits from the Plan, other than for those claims incurred prior to the date of termination, or as otherwise provided under the Plan. In addition, if the Plan is amended, Covered Persons may be subject to altered coverage and Benefits.

The amount and form of any final benefit you receive will depend on any Plan document or contract provisions affecting the Plan and Company decisions. After all Benefits have been paid and other requirements of the law have been met, certain remaining Plan assets will be turned over to the Company and others as may be required by any applicable law.

**Plan Document**

This Summary Plan Description (SPD) represents an overview of your Benefits. In the event there is a discrepancy between the SPD and the official plan document, the plan document will govern. A copy of the plan document is available for your inspection during regular business hours in the office of the Plan Administrator. You (or your personal representative) may obtain a copy of this document by written request to the Plan Administrator, for a nominal charge.

# SECTION 14 - GLOSSARY

**What this section includes:**
■   Definitions of terms used throughout this SPD.

Many of the terms used throughout this SPD may be unfamiliar to you or have a specific meaning with regard to the way the Plan is administered and how Benefits are paid. This section defines terms used throughout this SPD, but it does not describe the Benefits provided by the Plan.

**Addendum** - any attached written description of additional or revised provisions to the Plan. The benefits and exclusions of this SPD and any amendments thereto shall apply to the Addendum except that in the case of any conflict between the Addendum and SPD and/or Amendments to the SPD, the Addendum shall be controlling.

**Alternate Facility** - a health care facility that is not a Hospital and that provides one or more of the following services on an outpatient basis, as permitted by law:

■   surgical services;

■   Emergency Health Services; or

■   rehabilitative, laboratory, diagnostic or therapeutic services.

An Alternate Facility may also provide Mental Health or Substance-Related and Addictive Disorders Services on an outpatient basis or inpatient basis (for example a Residential Treatment Facility).

**Amendment** - any attached written description of additional or alternative provisions to the Plan. Amendments are effective only when distributed by the Plan Sponsor or the Plan Administrator. Amendments are subject to all conditions, limitations and exclusions of the Plan, except for those that the amendment is specifically changing.

**Annual Deductible (or Deductible)** - the amount you must pay for Covered Health Services in a calendar year before the Plan will begin paying Benefits in that calendar year. The Deductible is shown in the first table in Section 5, *Plan Highlights*.

Any amount you pay for medical expenses in the last three months of the previous calendar year, that is applied to the previous Deductible, will be carried over and applied to the current Deductible. This carry-over feature applies only to the individual Deductible.

**Autism Spectrum Disorders** - a condition marked by enduring problems communicating and interacting with others, along with restricted and repetitive behavior, interests or activities.

**Benefits** - Plan payments for Covered Health Services, subject to the terms and conditions of the Plan and any Addendums and/or Amendments.

**Cancer Resource Services (CRS)** - a program administered by UnitedHealthcare or its affiliates made available to you by New England Motor Freight, Inc.. The CRS program provides:

- specialized consulting services, on a limited basis, to Participants and enrolled Dependents with cancer;

- access to cancer centers with expertise in treating the most rare or complex cancers; and

- education to help patients understand their cancer and make informed decisions about their care and course of treatment.

**CHD** - see Congenital Heart Disease (CHD).

**Claims Administrator** - UnitedHealthcare (also known as United Healthcare Services, Inc.) and its affiliates, who provide certain claim administration services for the Plan.

**Clinical Trial** - a scientific study designed to identify new health services that improve health outcomes. In a Clinical Trial, two or more treatments are compared to each other and the patient is not allowed to choose which treatment will be received.

**COBRA** - see Consolidated Omnibus Budget Reconciliation Act of 1985 (COBRA).

**Coinsurance** - the percentage of Eligible Expenses you are required to pay for certain Covered Health Services as described in Section 3, *How the Plan Works*.

**Company** - New England Motor Freight, Inc..

**Complications of Pregnancy** - a condition suffered by a Dependent child that requires medical treatment before or after Pregnancy ends.

**Congenital Anomaly** - a physical developmental defect that is present at birth and is identified within the first twelve months of birth.

**Congenital Heart Disease (CHD)** - any structural heart problem or abnormality that has been present since birth. Congenital heart defects may:

- be passed from a parent to a child (inherited);

- develop in the fetus of a woman who has an infection or is exposed to radiation or other toxic substances during her Pregnancy; or

- have no known cause.

**Consolidated Omnibus Budget Reconciliation Act of 1985 (COBRA)** - a federal law that requires employers to offer continued health insurance coverage to certain employees and their dependents whose group health insurance has been terminated.

**Copayment (or Copay)** - the set dollar amount you are required to pay for certain Covered Health Services as described in Section 3, *How the Plan Works*.

**Cosmetic Procedures** - procedures or services that change or improve appearance without significantly improving physiological function, as determined by the Claims Administrator. Reshaping a nose with a prominent bump is a good example of a Cosmetic Procedure because appearance would be improved, but there would be no improvement in function like breathing.

**Cost-Effective** - the least expensive equipment that performs the necessary function. This term applies to Durable Medical Equipment and prosthetic devices.

**Covered Health Services** - those health services, including services or supplies, which the Claims Administrator determines to be:

- provided for the purpose of preventing, diagnosing or treating Sickness, Injury, Mental Illness, Substance Use Disorders, or their symptoms;

- included in Sections 5 and 6, *Plan Highlights* and *Additional Coverage Details*;

- provided to a Covered Person who meets the Plan's eligibility requirements, as described under *Eligibility* in Section 2, *Introduction*; and

- not identified in Section 8, *Exclusions*.

The Claims Administrator maintains clinical protocols that describe the scientific evidence, prevailing medical standards and clinical guidelines supporting its determinations regarding specific services. You can access these clinical protocols (as revised from time to time) on **www.myuhc.com** or by calling the number on the back of your ID card. This information is available to Physicians and other health care professionals on UnitedHealthcareOnline or **medica.com**.

**Covered Person** - either the Participant or an enrolled Dependent only while enrolled and eligible for Benefits under the Plan. References to "you" and "your" throughout this SPD are references to a Covered Person.

**CRS** - see Cancer Resource Services (CRS).

**Custodial Care** - services that do not require special skills or training and that:

- provide assistance in activities of daily living (including but not limited to feeding, dressing, bathing, ostomy care, incontinence care, checking of routine vital signs, transferring and ambulating);

- are provided for the primary purpose of meeting the personal needs of the patient or maintaining a level of function (even if the specific services are considered to be skilled services), as opposed to improving that function to an extent that might allow for a more independent existence; or

- do not require continued administration by trained medical personnel in order to be delivered safely and effectively.

**Deductible** - see Annual Deductible.

**Dependent** - an individual who meets the eligibility requirements specified in the Plan, as described under *Eligibility* in Section 2, *Introduction*. A Dependent does not include anyone who is also enrolled as a Participant. No one can be a Dependent of more than one Participant.

**Designated Facility** - a facility that has entered into an agreement with the Claims Administrator or with an organization contracting on behalf of the Plan, to provide Covered Health Services for the treatment of specified diseases or conditions. A Designated Facility may or may not be located within your geographic area.

To be considered a Designated Facility, a facility must meet certain standards of excellence and have a proven track record of treating specified conditions.

**DME** - see Durable Medical Equipment (DME).

**Durable Medical Equipment (DME)** - medical equipment that is all of the following:

- used to serve a medical purpose with respect to treatment of a Sickness, Injury or their symptoms;

- not disposable;

- not of use to a person in the absence of a Sickness, Injury or their symptoms;

- durable enough to withstand repeated use;

- not implantable within the body; and

- appropriate for use, and primarily used, within the home.

**Eligible Expenses** – for Covered Health Services, incurred while the Plan is in effect, Eligible Expenses are determined by UnitedHealthcare as stated below and as detailed in Section 3, *How the Plan Works*.

Eligible Expenses are determined solely in accordance with UnitedHealthcare's reimbursement policy guidelines. UnitedHealthcare develops the reimbursement policy guidelines, in UnitedHealthcare's discretion, following evaluation and validation of all provider billings in accordance with one or more of the following methodologies:

- as indicated in the most recent edition of the Current Procedural Terminology (CPT), a publication of the American Medical Association, and/or the Centers for Medicare and Medicaid Services (CMS);

- as reported by generally recognized professionals or publications;

- as used for Medicare; or

- as determined by medical staff and outside medical consultants pursuant to other appropriate source or determination that UnitedHealthcare accepts.

**Emergency** – a medical condition manifesting itself by acute symptoms of sufficient severity (including severe pain) so that a prudent layperson, who possesses an average knowledge of health and medicine, could reasonably expect the absence of immediate medical attention to result in any of the following:

- Placing the health of the Covered Person (or, with respect to a pregnant woman, the health of the woman or her unborn child) in serious jeopardy.

- Serious impairment to bodily functions.

- Serious dysfunction of any bodily organ or part.

**Emergency Health Services** – with respect to an Emergency, both of the following:

- A medical screening examination (as required under section *1867 of the Social Security Act, 42 U.S.C. 1395dd*) that is within the capability of the emergency department of a Hospital, including ancillary services routinely available to the emergency department to evaluate such Emergency.

- Such further medical examination and treatment, to the extent they are within the capabilities of the staff and facilities available at the Hospital, as are required under section *1867 of the Social Security Act (42 U.S.C. 1395dd(e)(3)).*

**Employee Retirement Income Security Act of 1974 (ERISA)** - the federal legislation that regulates retirement and employee welfare benefit programs maintained by employers and unions.

**Employer** - New England Motor Freight, Inc..

**EOB** - see Explanation of Benefits (EOB).

**ERISA** - see Employee Retirement Income Security Act of 1974 (ERISA).

**Experimental or Investigational Services** - medical, surgical, diagnostic, psychiatric, mental health, substance-related and addictive disorders or other health care services, technologies, supplies, treatments, procedures, drug therapies, medications or devices that, at the time the Claims Administrator makes a determination regarding coverage in a particular case, are determined to be any of the following:

- not approved by the U.S. Food and Drug Administration (FDA) to be lawfully marketed for the proposed use and not identified in the American Hospital Formulary Service or the United States Pharmacopoeia Dispensing Information as appropriate for the proposed use;

- subject to review and approval by any institutional review board for the proposed use (Devices which are FDA approved under the *Humanitarian Use Device* exemption are not considered to be Experimental or Investigational); or

- the subject of an ongoing Clinical Trial that meets the definition of a Phase 1, 2 or 3 Clinical Trial set forth in the FDA regulations, regardless of whether the trial is actually subject to FDA oversight.

Exceptions:

- If you are not a participant in a qualifying Clinical Trial and have a Sickness or condition that is likely to cause death within one year of the request for treatment, the Claims Administrator may, at its discretion, consider an otherwise Experimental or Investigational Service to be a Covered Health Service for that Sickness or condition. Prior to such consideration, the Claims Administrator must determine that, although unproven, the service has significant potential as an effective treatment for that Sickness or condition.

**Explanation of Benefits (EOB)** - a statement provided by UnitedHealthcare to you, your Physician, or another health care professional that explains:

- the Benefits provided (if any);

- the allowable reimbursement amounts;

- Deductibles;

- Coinsurance;

- any other reductions taken;

- the net amount paid by the Plan; and

- the reason(s) why the service or supply was not covered by the Plan.

**Gender Dysphoria** - A disorder characterized by the following diagnostic criteria classified in the current edition of the *Diagnostic and Statistical Manual of the American Psychiatric Association*:

- Diagnostic criteria for adults and adolescents:
  - A marked incongruence between one's experienced/expressed gender and assigned gender, of at least six months' duration, as manifested by at least two of the following:
    - A marked incongruence between one's experienced/expressed gender and primary and/or secondary sex characteristics (or in young adolescents, the anticipated secondary sex characteristics).
    - A strong desire to be rid of one's primary and/or secondary sex characteristics because of a marked incongruence with one's experienced/expressed gender or in young adolescents, a desire to prevent the development of the anticipated secondary sex characteristics).
    - A strong desire for the primary and/or secondary sex characteristics of the other gender.
    - A strong desire to be of the other gender (or some alternative gender different from one's assigned gender).
    - A strong desire to be treated as the other gender (or some alternative gender different from one's assigned gender).
    - A strong conviction that one has the typical feelings and reactions of the other gender (or some alternative gender different from one's assigned gender).

- The condition is associated with clinically significant distress or impairment in social, occupational or other important areas of functioning.

■ Diagnostic criteria for children:

- A marked incongruence between one's experienced/expressed gender and assigned gender, of at least six months' duration, as manifested by at least six of the following (one of which must be criterion as shown in the first bullet below):
  - ♦ A strong desire to be of the other gender or an insistence that one is the other gender (or some alternative gender different from one's assigned gender).
  - ♦ In boys (assigned gender), a strong preference for cross-dressing or simulating female attire; or in girls (assigned gender), a strong preference for wearing only typical masculine clothing and a strong resistance to the wearing of typical feminine clothing.
  - ♦ A strong preference for cross-gender roles in make-believe play or fantasy play.
  - ♦ A strong preference for the toys, games or activities stereotypically used or engaged in by the other gender.
  - ♦ A strong preference for playmates of the other gender.
  - ♦ In boys (assigned gender), a strong rejection of typically masculine toys, games and activities and a strong avoidance of rough-and-tumble play; or in girls (assigned gender), a strong rejection of typically feminine toys, games and activities.
  - ♦ A strong dislike of ones' sexual anatomy.
  - ♦ A strong desire for the primary and/or secondary sex characteristics that match one's experienced gender.

- The condition is associated with clinically significant distress or impairment in social, school or other important areas of functioning.

**Health Statement(s)** - a single, integrated statement that summarizes EOB information by providing detailed content on account balances and claim activity.

**Home Health Agency** - a program or organization authorized by law to provide health care services in the home.

**Hospital** - an institution, operated as required by law, which is:

■ primarily engaged in providing health services, on an inpatient basis, for the acute care and treatment of sick or injured individuals. Care is provided through medical, mental health, substance use disorders, diagnostic and surgical facilities, by or under the supervision of a staff of Physicians; and

■ has 24 hour nursing services.

A Hospital is not primarily a place for rest, Custodial Care or care of the aged and is not a Skilled Nursing Facility, convalescent home or similar institution.

**Injury** - bodily damage other than Sickness, including all related conditions and recurrent symptoms.

**Inpatient Rehabilitation Facility** - a long term acute rehabilitation center, a Hospital (or a special unit of a Hospital designated as an Inpatient Rehabilitation Facility) that provides rehabilitation services (including physical therapy, occupational therapy and/or speech therapy) on an inpatient basis, as authorized by law.

**Inpatient Stay** - an uninterrupted confinement, following formal admission to a Hospital, Skilled Nursing Facility or Inpatient Rehabilitation Facility.

**Intensive Behavioral Therapy (IBT**) – outpatient behavioral/educational services that aim to reinforce adaptive behaviors, reduce maladaptive behaviors and improve the mastery of functional age appropriate skills in people with Autism Spectrum Disorders. Examples include *Applied Behavior Analysis (ABA)*, *The Denver Model*, and *Relationship Development Intervention (RDI).*

**Intensive Outpatient Treatment** - a structured outpatient mental health or substance-related and addictive disorders treatment program that may be free-standing or Hospital-based and provides services for at least three hours per day, two or more days per week..

**Intermittent Care** - skilled nursing care that is provided or needed either:

- fewer than seven days each week; or

- fewer than eight hours each day for periods of 21 days or less.

Exceptions may be made in special circumstances when the need for additional care is finite and predictable.

**Kidney Resource Services (KRS)** - a program administered by UnitedHealthcare or its affiliates made available to you by New England Motor Freight, Inc.. The KRS program provides:

- specialized consulting services to Participants and enrolled Dependents with ESRD or chronic kidney disease;

- access to dialysis centers with expertise in treating kidney disease; and

- guidance for the patient on the prescribed plan of care.

**Medicaid** - a federal program administered and operated individually by participating state and territorial governments that provides medical benefits to eligible low-income people needing health care. The federal and state governments share the program's costs.

**Medicare** - Parts A, B, C and D of the insurance program established by Title XVIII, United States Social Security Act, as amended by 42 U.S.C. Sections 1394, et seq. and as later amended.

**Mental Health Services** - Covered Health Services for the diagnosis and treatment of Mental Illnesses. The fact that a condition is listed in the current *Diagnostic and Statistical Manual of the American Psychiatric Association* does not mean that treatment for the condition is a Covered Health Service.

**Mental Health/Substance-Related and Addictive Disorders Services Administrator** - the organization or individual designated by New England Motor Freight, Inc. who provides or arranges Mental Health and Substance-Related and Addictive Disorders Services under the Plan.

**Mental Illness** - mental health or psychiatric diagnostic categories listed in the current *Diagnostic and Statistical Manual of the American Psychiatric Association*, unless they are listed in Section 8, *Exclusions*.

**Neonatal Resource Services (NRS)** - a program administered by UnitedHealthcare or its affiliates made available to you by New England Motor Freight, Inc.. The NRS program provides guided access to a network of credentialed NICU providers and specialized nurse consulting services to help manage NICU admissions.

**Network** - when used to describe a provider of health care services, this means a provider that has a participation agreement in effect (either directly or indirectly) with the Claims Administrator or with its affiliate to participate in the Network; however, this does not include those providers who have agreed to discount their charges for Covered Health Services by way of their participation in the Shared Savings Program. The Claims Administrator's affiliates are those entities affiliated with the Claims Administrator through common ownership or control with the Claims Administrator or with the Claims Administrator's ultimate corporate parent, including direct and indirect subsidiaries.

A provider may enter into an agreement to provide only certain Covered Health Services, but not all Covered Health Services, or to be a Network provider for only some products. In this case, the provider will be a Network provider for the Covered Health Services and products included in the participation agreement, and a non-Network provider for other Covered Health Services and products. The participation status of providers will change from time to time.

**Network Benefits** - description of how Benefits are paid for Covered Health Services provided by Network providers. Refer to Section 5, *Plan Highlights* for details about how Network Benefits apply.

**Non-Network Benefits** - description of how Benefits are paid for Covered Health Services provided by non-Network providers. Refer to Section 5, *Plan Highlights* for details about how Non-Network Benefits apply.

**Open Enrollment** - the period of time, determined by New England Motor Freight, Inc., during which eligible Participants may enroll themselves and their Dependents under the Plan. New England Motor Freight, Inc. determines the period of time that is the Open Enrollment period.

**Out-of-Pocket Maximum** - the maximum amount you pay every calendar year. Refer to Section 5, *Plan Highlights* for the Out-of-Pocket Maximum amount. See Section 3, *How the Plan Works* for a description of how the Out-of-Pocket Maximum works.

**Partial Hospitalization/Day Treatment** - a structured ambulatory program that may be a free-standing or Hospital-based program and that provides services for at least 20 hours per week.

**Participant** - a full-time Participant of the Employer who meets the eligibility requirements specified in the Plan, as described under *Eligibility* in Section 2, *Introduction*. A Participant must live and/or work in the United States.

**Personal Health Support** - programs provided by the Claims Administrator that focus on prevention, education, and closing the gaps in care designed to encourage an efficient system of care for you and your covered Dependents.

**Personal Health Support Nurse** - the primary nurse that UnitedHealthcare may assign to you if you have a chronic or complex health condition. If a Personal Health Support Nurse is assigned to you, this nurse will call you to assess your progress and provide you with information and education.

**Physician** - any Doctor of Medicine or Doctor of Osteopathy who is properly licensed and qualified by law.

Please note: Any podiatrist, dentist, psychologist, chiropractor, optometrist or other provider who acts within the scope of his or her license will be considered on the same basis as a Physician. The fact that a provider is described as a Physician does not mean that Benefits for services from that provider are available to you under the Plan.

**Plan** - The New England Motor Freight, Inc. Medical Plan.

**Plan Administrator** - New England Motor Freight, Inc. or its designee.

**Plan Sponsor** - New England Motor Freight, Inc..

**Pregnancy** - includes prenatal care, postnatal care, childbirth, and any complications associated with the above.

**Private Duty Nursing** - nursing care that is provided to a patient on a one-to-one basis by licensed nurses in a home setting when any of the following are true:

- no skilled services are identified;

- skilled nursing resources are available in the facility;

- the skilled care can be provided by a Home Health Agency on a per visit basis for a specific purpose; or

- the service is provided to a Covered Person by an independent nurse who is hired directly by the Covered Person or his/her family. This includes nursing services provided on a home-care basis, whether the service is skilled or non-skilled independent nursing.

**Reconstructive Procedure** - a procedure performed to address a physical impairment where the expected outcome is restored or improved function. The primary purpose of a Reconstructive Procedure is either to treat a medical condition or to improve or restore physiologic function. Reconstructive Procedures include surgery or other procedures which are associated with an Injury, Sickness or Congenital Anomaly. The primary result of the procedure is not changed or improved physical appearance. The fact that a person may suffer psychologically as a result of the impairment does not classify surgery or any other procedure done to relieve the impairment as a Reconstructive Procedure.

**Residential Treatment** – treatment in a facility which provides Mental Health Services or Substance-Related and Addictive Disorders Services treatment. The facility meets all of the following requirements:

- It is established and operated in accordance with applicable state law for Residential Treatment programs.

- It provides a program of treatment under the active participation and direction of a Physician and approved by the Mental Health/Substance-Related and Addictive Disorders Administrator.

- It has or maintains a written, specific and detailed treatment program requiring full-time residence and full-time participation by the patient.

- It provides at least the following basic services in a 24-hour per day, structured milieu:
  - Room and board.
  - Evaluation and diagnosis.
  - Counseling.
  - Referral and orientation to specialized community resources.

A Residential Treatment facility that qualifies as a Hospital is considered a Hospital.

**Semi-private Room** - a room with two or more beds. When an Inpatient Stay in a Semi-private Room is a Covered Health Service, the difference in cost between a Semi-private Room and a private room is a benefit only when a private room is necessary in terms of generally accepted medical practice, or when a Semi-private Room is not available.

**Shared Savings Program** - the Shared Savings Program provides access to discounts from non-Network Physicians who participate in that program. UnitedHealthcare will use the Shared Savings Program to pay claims when doing so will lower Eligible Expenses. While UnitedHealthcare might negotiate lower Eligible Expenses for Non-Network Benefits, the Coinsurance will stay the same as described in Section 5, Plan Highlights.

UnitedHealthcare does not credential the Shared Savings Program providers and the Shared Savings Program providers are not Network providers. Accordingly, in benefit plans that have both Network and non-Network levels of Benefits, Benefits for Covered Health Services provided by Shared Savings Program providers will be paid at the non-Network Benefit level (except in situations when Benefits for Covered Health Services provided by non-Network providers are payable at Network Benefit levels, as in the case of Emergency Health Services). When UnitedHealthcare uses the Shared Savings Program to pay a claim,

the patient responsibility is limited to Coinsurance calculated on the contracted rate paid to the provider, in addition to any required Annual Deductible.

**Sickness** - physical illness, disease or Pregnancy. The term Sickness as used in this SPD includes Mental Illness, or substance-related and addictive disorders, regardless of the cause or origin of the Mental Illness, or substance-related and addictive disorder.

**Skilled Care** - skilled nursing, teaching, and rehabilitation services when:

■ they are delivered or supervised by licensed technical or professional medical personnel in order to obtain the specified medical outcome and provide for the safety of the patient;

■ a Physician orders them;

■ they are not delivered for the purpose of assisting with activities of daily living, including dressing, feeding, bathing or transferring from a bed to a chair;

■ they require clinical training in order to be delivered safely and effectively; and

■ they are not Custodial Care, as defined in this section.

**Skilled Nursing Facility** - a nursing facility that is licensed and operated as required by law. A Skilled Nursing Facility that is part of a Hospital is considered a Skilled Nursing Facility for purposes of the Plan.

**Spinal Treatment** - detection or correction (by manual or mechanical means) of subluxation(s) in the body to remove nerve interference or its effects. The interference must be the result of, or related to, distortion, misalignment or subluxation of, or in, the vertebral column.

**Spouse** - an individual to whom you are legally married.

**Substance-Related and Addictive Disorders Services** - Covered Health Services for the diagnosis and treatment of alcoholism and substance-related and addictive disorders that are listed in the current *Diagnostic and Statistical Manual of the American Psychiatric Association*, unless those services are specifically excluded. The fact that a disorder is listed in the *Diagnostic and Statistical Manual of the American Psychiatric Association* does not mean that treatment of the disorder is a Covered Health Service.

**Total Disability** - a Participant's inability to perform all substantial job duties because of physical or mental impairment, or a Dependent's inability to perform the normal activities of a person of like age and gender.

**Transitional Living** - Mental Health Services/Substance-Related and Addictive Disorders Services that are provided through facilities, group homes and supervised apartments that provide 24-hour supervision that are either:

■ Sober living arrangements such as drug-free housing, alcohol/drug halfway houses. These are transitional, supervised living arrangements that provide stable and safe

housing, an alcohol/drug-free environment and support for recovery. A sober living arrangement may be utilized as an adjunct to ambulatory treatment when treatment doesn't offer the intensity and structure needed to assist the Covered Person with recovery.

■   Supervised living arrangement which are residences such as facilities, group homes and supervised apartments that provide members with stable and safe housing and the opportunity to learn how to manage their activities of daily living. Supervised living arrangements may be utilized as an adjunct to treatment when treatment doesn't offer the intensity and structure needed to assist the Covered Person with recovery.

**UnitedHealth Premium Program**[SM] - a program that identifies Network Physicians or facilities that have been designated as a UnitedHealth Premium Program[SM] Physician or facility for certain medical conditions.

To be designated as a UnitedHealth Premium[SM] provider, Physicians and facilities must meet program criteria. The fact that a Physician or facility is a Network Physician or facility does not mean that it is a UnitedHealth Premium Program[SM] Physician or facility.

**Unproven Services** - health services, including medications that are determined not to be effective for treatment of the medical condition and/or not to have a beneficial effect on health outcomes due to insufficient and inadequate clinical evidence from well-conducted randomized controlled trials or cohort studies in the prevailing published peer-reviewed medical literature:

■   Well-conducted randomized controlled trials are two or more treatments compared to each other, with the patient not being allowed to choose which treatment is received.

■   Well-conducted cohort studies from more than one institution are studies in which patients who receive study treatment are compared to a group of patients who receive standard therapy. The comparison group must be nearly identical to the study treatment group.

UnitedHealthcare has a process by which it compiles and reviews clinical evidence with respect to certain health services. From time to time, UnitedHealthcare issues medical and drug policies that describe the clinical evidence available with respect to specific health care services. These medical and drug policies are subject to change without prior notice. You can view these policies at **www.myuhc.com**.

Please note:

■   If you have a life threatening Sickness or condition (one that is likely to cause death within one year of the request for treatment), UnitedHealthcare may, at its discretion, consider an otherwise Unproven Service to be a Covered Health Service for that Sickness or condition. Prior to such a consideration, UnitedHealthcare must first establish that there is sufficient evidence to conclude that, albeit unproven, the service has significant potential as an effective treatment for that Sickness or condition.

The decision about whether such a service can be deemed a Covered Health Service is solely at UnitedHealthcare's discretion. Other apparently similar promising but unproven services may not qualify.

**Urgent Care** – care that requires prompt attention to avoid adverse consequences, but does not pose an immediate threat to a person's life. Urgent care is usually delivered in a walk-in setting and without an appointment. Urgent care facilities are a location, distinct from a hospital emergency department, an office or a clinic. The purpose is to diagnose and treat illness or injury for unscheduled, ambulatory patients seeking immediate medical attention.

**Urgent Care Center** – a facility that provides Covered Health Services that are required to prevent serious deterioration of your health, and that are required as a result of an unforeseen Sickness, Injury, or the onset of acute or severe symptoms.

## SECTION 15 - PRESCRIPTION DRUGS

**What this section includes:**
- Benefits available for Prescription Drugs;
- How to utilize the retail and mail order service for obtaining Prescription Drugs;
- Any benefit limitations and exclusions that exist for Prescription Drugs; and
- Definitions of terms used throughout this section related to the Prescription Drug Plan.

### Prescription Drug Coverage Highlights

The table below provides an overview of the Plan's Prescription Drug coverage. It includes Copay amounts that apply when you have a prescription filled at a Network or non-Network Pharmacy. For detailed descriptions of your Benefits, refer to *Retail* and *Mail Order* in this section.

| Covered Health Services[1,2] | Percentage of Prescription Drug Charge Payable by the Plan: | Percentage of Predominant Reimbursement Rate Payable by the Plan: |
| --- | --- | --- |
| | **Network** | **Non-Network** |
| **Retail** - up to a 90-day supply. One copay per month applies. | 100% after you pay a: | |
| ■ tier-1 | $25 Copay | $25 Copay |
| ■ tier-2 | $35 Copay | $35 Copay |
| ■ tier-3 | $50 Copay | $50 Copay |
| **Mail order** - up to a 90-day supply | 100% after you pay a: | Not Covered |
| ■ tier-1 | $25 Copay | Not Covered |
| ■ tier-2 | $35 Copay | Not Covered |
| ■ tier-3 | $50 Copay | Not Covered |

[1]You, your Physician or your pharmacist must notify UnitedHealthcare to receive full Benefits for certain Prescription Drugs. Otherwise, you may pay more out-of-pocket. See *Notification Requirements* in this section for details.

[2]You are not responsible for paying a Copayment and/or Coinsurance for Preventive Care Medications.

**Note**: The Coordination of Benefits provision described in Section 10, *Coordination of Benefits (COB)* applies to covered Prescription Drugs as described in this section. Benefits for Prescription Drugs will be coordinated with those of any other health plan in the same manner as Benefits for Covered Health Services described in this SPD.

## Identification Card (ID Card) - Network Pharmacy

You must either show your ID card at the time you obtain your Prescription Drug at a Network Pharmacy or you must provide the Network Pharmacy with identifying information that can be verified by the Claims Administrator during regular business hours.

If you don't show your ID card or provide verifiable information at a Network Pharmacy, you will be required to pay the Usual and Customary Charge for the Prescription Drug at the pharmacy.

Submit your claim to:

Optum Rx
P.O. Box 29077
Hot Springs, AR 71903

## Benefit Levels

Benefits are available for outpatient Prescription Drugs that are considered Covered Health Services.

The Plan pays Benefits at different levels for tier-1, tier-2 and tier-3 Prescription Drugs. All Prescription Drugs covered by the Plan are categorized into these three tiers on the Prescription Drug List (PDL). The tier status of a Prescription Drug can change periodically, generally quarterly but no more than six times per calendar year, based on the Prescription Drug List Management Committee's periodic tiering decisions. When that occurs, you may pay more or less for a Prescription Drug, depending on its tier assignment. Since the PDL may change periodically, you can visit **www.myuhc.com** or call UnitedHealthcare at the toll-free number on your ID card for the most current information.

Each tier is assigned a Copay, which is the amount you pay when you visit the pharmacy or order your medications through mail order. Your Copay will also depend on whether or not you visit the pharmacy or use the mail order service - see the table shown at the beginning of this section for further details. Here's how the tier system works:

■ Tier-1 is your lowest Copay option. For the lowest out-of-pocket expense, you should consider tier-1 drugs if you and your Physician decide they are appropriate for your treatment.

■ Tier-2 is your middle Copay option. Consider a tier-2 drug if no tier-1 drug is available to treat your condition.

■ Tier-3 is your highest Copay option. The drugs in tier-3 are usually more costly. Sometimes there are alternatives available in tier-1 or tier-2.

For Prescription Drugs at a retail Network Pharmacy, you are responsible for paying the lower of:

- the applicable Copay;

- the Network Pharmacy's Usual and Customary Charge for the Prescription Drug; or

- the Prescription Drug Charge that UnitedHealthcare agreed to pay the Network Pharmacy.

For Prescription Drugs from a mail order Network Pharmacy, you are responsible for paying the lower of:

- the applicable Copay; or

- the Prescription Drug Charge for that particular Prescription Drug.

## Retail

The Plan has a Network of participating retail pharmacies, which includes many large drug store chains. You can obtain information about Network Pharmacies by contacting UnitedHealthcare at the toll-free number on your ID card or by logging onto **www.myuhc.com**.

To obtain your prescription from a retail pharmacy, simply present your ID card and pay the Copay. The Plan pays Benefits for certain covered Prescription Drugs:

- as written by a Physician;

- up to a consecutive 31-day supply, unless adjusted based on the drug manufacturer's packaging size or based on supply limits;

- when a Prescription Drug is packaged or designed to deliver in a manner that provides more than a consecutive 31-day supply, the Copay that applies will reflect the number of days dispensed; and

- a one-cycle supply of an oral contraceptive. You may obtain up to three cycles at one time if you pay a Copay for each cycle supplied.

If you purchase a Prescription Drug from a non-Network Pharmacy, you will be required to pay full price and will not receive reimbursement under the Plan.

*Note:* Pharmacy Benefits apply only if your prescription is for a Covered Health Service, and not for Experimental or Investigational, or Unproven Services. Otherwise, you are responsible for paying 100% of the cost.

## Mail Order

The mail order service may allow you to purchase up to a 90-day supply of a covered maintenance drug through the mail. Maintenance drugs help in the treatment of chronic illnesses, such as heart conditions, allergies, high blood pressure, and arthritis.

To use the mail order service, all you need to do is complete a patient profile and enclose your prescription order or refill. Your medication, plus instructions for obtaining refills, will arrive by mail about 14 days after your order is received. If you need a patient profile form, or if you have any questions, you can reach UnitedHealthcare at the toll-free number on your ID card.

The Plan pays mail order Benefits for certain covered Prescription Drugs:

- as written by a Physician; and
- up to a consecutive 90-day supply, unless adjusted based on the drug manufacturer's packaging size or based on supply limits.

You may be required to fill an initial Prescription Drug order and obtain one refill through a retail pharmacy prior to using a mail order Network Pharmacy.

*Note:* To maximize your benefit, ask your Physician to write your prescription order or refill for a 90-day supply, with refills when appropriate. You will be charged a mail order Copay for any prescription order or refill if you use the mail order service, regardless of the number of days' supply that is written on the order or refill. Be sure your Physician writes your mail order or refill for a 90-day supply, not a 30-day supply with three refills.

## Designated Pharmacy

If you require certain Prescription Drugs, UnitedHealthcare may direct you to a Designated Pharmacy with whom it has an arrangement to provide those Prescription Drugs.

### Specialty Prescription Drugs

You may fill a prescription for Specialty Prescription Drugs up to two times at any Pharmacy. However, after that you will be directed to a Designated Pharmacy and if you choose not to obtain your Specialty Prescription Drugs from a Designated Pharmacy, no Benefits will be paid and you will be responsible for paying all charges.

Please see the Prescription Drug Glossary in this section for definitions of Specialty Prescription Drug and Designated Pharmacy.

---

**Want to lower your out-of-pocket Prescription Drug costs?**
Consider tier-1 Prescription Drugs, if you and your Physician decide they are appropriate.

---

## Assigning Prescription Drugs to the PDL

UnitedHealthcare's Prescription Drug List (PDL) Management Committee makes the final approval of Prescription Drug placement in tiers. In its evaluation of each Prescription Drug, the PDL Management Committee takes into account a number of factors including, but not limited to, clinical and economic factors. Clinical factors may include:

- evaluations of the place in therapy;
- relative safety and efficacy; and
- whether supply limits or notification requirements should apply.

Economic factors may include:

- the acquisition cost of the Prescription Drug; and

- available rebates and assessments on the cost effectiveness of the Prescription Drug.

Some Prescription Drugs are most cost effective for specific indications as compared to others, therefore, a Prescription Drug may be listed on multiple tiers according to the indication for which the Prescription Drug was prescribed.

When considering a Prescription Drug for tier placement, the PDL Management Committee reviews clinical and economic factors regarding Covered Persons as a general population. Whether a particular Prescription Drug is appropriate for an individual Covered Person is a determination that is made by the Covered Person and the prescribing Physician.

The PDL Management Committee may periodically change the placement of a Prescription Drug among the tiers. These changes will not occur more than six times per calendar year and may occur without prior notice to you.

Prescription Drug, Prescription Drug List (PDL), and Prescription Drug List (PDL) Management Committee are defined at the end of this section.

> **Prescription Drug List (PDL)**
> The Prescription Drug List (PDL) is a tool that helps guide you and your Physician in choosing the medications that allow the most effective and affordable use of your Prescription Drug benefit.

## Notification Requirements

Before certain Prescription Drugs are dispensed to you, it is the responsibility of your Physician, your pharmacist or you to notify UnitedHealthcare. UnitedHealthcare will determine if the Prescription Drug, in accordance with UnitedHealthcare's approved guidelines, is both:

- a Covered Health Service as defined by the Plan; and

- not Experimental or Investigational or Unproven, as defined in Section 14, *Glossary*.

The Plan may also require you to notify UnitedHealthcare so UnitedHealthcare can determine whether the Prescription Drug Product, in accordance with its approved guidelines, was prescribed by a Specialist Physician.

### *Network Pharmacy Notification*

When Prescription Drugs are dispensed at a Network Pharmacy, the prescribing provider, the pharmacist, or you are responsible for notifying UnitedHealthcare.

### *Non-Network Pharmacy Notification*

When Prescription Drugs are dispensed at a non-Network Pharmacy, you or your Physician are responsible for notifying UnitedHealthcare as required.

If UnitedHealthcare is not notified before the Prescription Drug is dispensed, you may pay more for that Prescription Drug order or refill. You will be required to pay for the Prescription Drug at the time of purchase. The contracted pharmacy reimbursement rates (the Prescription Drug Charge) will not be available to you at a non-Network Pharmacy. If UnitedHealthcare is not notified before you purchase the Prescription Drug, you can request reimbursement after you receive the Prescription Drug - see Section 9, *Claims Procedures*, for information on how to file a claim.

When you submit a claim on this basis, you may pay more because you did not notify UnitedHealthcare before the Prescription Drug was dispensed. The amount you are reimbursed will be based on the Prescription Drug Charge (for Prescription Drugs from a Network Pharmacy) or the Predominant Reimbursement Rate (for Prescription Drugs from a non-Network Pharmacy), less the required Copayment and/or Coinsurance, Therapeutic Class Charge and any Deductible that applies.

To determine if a Prescription Drug requires notification, either visit **www.myuhc.com** or call the toll-free number on your ID card. The Prescription Drugs requiring notification are subject to UnitedHealthcare's periodic review and modification.

Benefits may not be available for the Prescription Drug after the Claims Administrator reviews the documentation provided and determines that the Prescription Drug is not a Covered Health Service or it is an Experimental or Investigational or Unproven Service.

UnitedHealthcare may also require notification for certain programs which may have specific requirements for participation and/or activation of an enhanced level of Benefits associated with such programs. You may access information on available programs and any applicable notification, participation or activation requirements associated with such programs through the Internet at **www.myuhc.com** or by calling the toll-free number on your ID card.

## Prescription Drug Benefit Claims

For Prescription Drug claims procedures, please refer to Section 9, *Claims Procedures*.

## Limitation on Selection of Pharmacies

If UnitedHealthcare determines that you may be using Prescription Drugs in a harmful or abusive manner, or with harmful frequency, your selection of Network Pharmacies may be limited. If this happens, you may be required to select a single Network Pharmacy that will provide and coordinate all future pharmacy services. Benefits will be paid only if you use the designated single Network Pharmacy. If you don't make a selection within 31 days of the date the Plan Administrator notifies you, the Claims Administrator will select a single Network Pharmacy for you.

## Supply Limits

Some Prescription Drugs are subject to supply limits that may restrict the amount dispensed per prescription order or refill. To determine if a Prescription Drug has been assigned a maximum quantity level for dispensing, either visit **www.myuhc.com** or call the toll-free number on your ID card. Whether or not a Prescription Drug has a supply limit is subject to UnitedHealthcare's periodic review and modification.

**Note:** Some products are subject to additional supply limits based on criteria that the Plan Administrator and UnitedHealthcare have developed, subject to periodic review and modification. The limit may restrict the amount dispensed per prescription order or refill and/or the amount dispensed per month's supply.

## If a Brand-name Drug Becomes Available as a Generic

If a Brand-name Prescription Drug becomes available as a Generic drug, the tier placement of the Brand-name Drug may change. As a result, your Copay may change. You will pay the Copay applicable for the tier to which the Prescription Drug is assigned.

## Special Programs

New England Motor Freight, Inc. and UnitedHealthcare may have certain programs in which you may receive an enhanced or reduced benefit based on your actions such as adherence/compliance to medication or treatment regimens and/or participation in health management programs. You may access information on these programs through the Internet at **www.myuhc.com** or by calling the number on the back of your ID card.

## Prescription Drug Products Prescribed by a Specialist Physician

You may receive an enhanced or reduced benefit, or no benefit, based on whether the Prescription Drug was prescribed by a specialist physician. You may access information on which Prescription Drugs are subject to benefit enhancement, reduction or no benefit through the Internet at **www.myuhc.com** or by calling the telephone number on your ID card.

## Rebates and Other Discounts

UnitedHealthcare and New England Motor Freight, Inc. may, at times, receive rebates for certain drugs on the PDL. UnitedHealthcare does not pass these rebates and other discounts on to you.

UnitedHealthcare and a number of its affiliated entities, conduct business with various pharmaceutical manufacturers separate and apart from this *Prescription Drug* section. Such business may include, but is not limited to, data collection, consulting, educational grants and research. Amounts received from pharmaceutical manufacturers pursuant to such arrangements are not related to this *Prescription Drug* section. UnitedHealthcare is not required to pass on to you, and does not pass on to you, such amounts.

## Coupons, Incentives and Other Communications

UnitedHealthcare may send mailings to you or your Physician that communicate a variety of messages, including information about Prescription Drugs. These mailings may contain coupons or offers from pharmaceutical manufacturers that allow you to purchase the described Prescription Drug at a discount or to obtain it at no charge. Pharmaceutical manufacturers may pay for and/or provide the content for these mailings. Only your Physician can determine whether a change in your Prescription order or refill is appropriate for your medical condition.

## Exclusions - What the Prescription Drug Plan Will Not Cover

Exclusions from coverage listed in Section 8, *Exclusions* apply also to this section. In addition, the exclusions listed below apply.

When an exclusion applies to only certain Prescription Drugs, you can access **www.myuhc.com** through the Internet or by calling the telephone number on your ID card for information on which Prescription Drugs are excluded.

Medications that are:

1. for any condition, Injury, Sickness or mental illness arising out of, or in the course of, employment for which benefits are available under any workers' compensation law or other similar laws, whether or not a claim for such benefits is made or payment or benefits are received;

2. any Prescription Drug for which payment or benefits are provided or available from the local, state or federal government (for example Medicare) whether or not payment or benefits are received, except as otherwise provided by law;

3. available over-the-counter that do not require a prescription order or refill by federal or state law before being dispensed, unless the Plan Administrator has designated over-the-counter medication as eligible for coverage as if it were a Prescription Drug and it is obtained with a prescription order or refill from a Physician. Prescription Drugs that are available in over-the-counter form or comprised of components that are available in over-the-counter form or equivalent. Certain Prescription Drugs that the Plan Administrator has determined are Therapeutically Equivalent to an over-the-counter drug. Such determinations may be made up to six times during a calendar year, and the Plan Administrator may decide at any time to reinstate Benefits for a Prescription Drug that was previously excluded under this provision;

4. Compounded drugs that contain certain bulk chemicals. (Compounded drugs that contain at least one ingredient that requires a Prescription Order or Refill are assigned to Tier-3.) Compounded drugs that are available as a similar commercially available Prescription Drug Product.

5. dispensed outside of the United States, except in an Emergency;

6. Durable Medical Equipment (prescribed and non-prescribed outpatient supplies, other than the diabetic supplies and inhaler spacers specifically stated as covered);

7. for growth hormone therapy;

8. the amount dispensed (days' supply or quantity limit) which exceeds the supply limit;

9. the amount dispensed (days' supply or quantity limit) which is less than the minimum supply limit;

10. certain Prescription Drugs that have not been prescribed by a specialist physician;

11. certain new drugs and/or new dosages, until they are reviewed and assigned to a tier by the PDL Management Committee;

12. prescribed, dispensed or intended for use during an Inpatient Stay;

13. prescribed for appetite suppression, and other weight loss products;

14. prescribed to treat infertility;

15. Prescription Drugs, including new Prescription Drugs or new dosage forms, that UnitedHealthcare and New England Motor Freight, Inc. determines do not meet the definition of a Covered Health Service;

16. Prescription Drugs that contain (an) active ingredient(s) available in and Therapeutically Equivalent to another covered Prescription Drug;

17. Prescription Drugs that contain (an) active ingredient(s) which is (are) a modified version of and Therapeutically Equivalent to another covered Prescription Drug;

18. typically administered by a qualified provider or licensed health professional in an outpatient setting. This exclusion does not apply to Depo Provera and other injectable drugs used for contraception;

19. in a particular Therapeutic Class (visit **www.myuhc.com** or call the number on the back of your ID card for information on which Therapeutic Classes are excluded);

20. unit dose packaging of Prescription Drugs;

21. used for conditions and/or at dosages determined to be Experimental or Investigational, or Unproven, unless UnitedHealthcare and New England Motor Freight, Inc. have agreed to cover an Experimental or Investigational or Unproven treatment, as defined in Section 14, *Glossary*;

22. used for cosmetic purposes; and

23. used for treatment of erectile dysfunction or sexual dysfunction; and

24. vitamins, except for the following which require a prescription:

   - prenatal vitamins;
   - vitamins with fluoride; and
   - single entity vitamins.

## Glossary - Prescription Drugs

**Brand-name** - a Prescription Drug that is either:

- manufactured and marketed under a trademark or name by a specific drug manufacturer; or

- identified by UnitedHealthcare as a Brand-name Drug based on available data resources including, but not limited to, Medi-Span, that classify drugs as either Brand-name or Generic based on a number of factors.

You should know that all products identified as "brand name" by the manufacturer, pharmacy, or your Physician may not be classified as Brand-name by UnitedHealthcare.

**Designated Pharmacy** - a pharmacy that has entered into an agreement with UnitedHealthcare or with an organization contracting on its behalf, to provide specific Prescription Drugs including, but not limited to, Specialty Prescription Drugs. The fact that a pharmacy is a Network Pharmacy does not mean that it is a Designated Pharmacy.

**Generic** - a Prescription Drug that is either:

- chemically equivalent to a Brand-name drug; or

- identified by UnitedHealthcare as a Generic Drug based on available data resources, including, but not limited to, Medi-Span, that classify drugs as either Brand-name or Generic based on a number of factors.

You should know that all products identified as a "generic" by the manufacturer, pharmacy or your Physician may not be classified as a Generic by UnitedHealthcare.

**Network Pharmacy** - a retail or mail order pharmacy that has:

- entered into an agreement with UnitedHealthcare to dispense Prescription Drugs to Covered Persons;

- agreed to accept specified reimbursement rates for Prescription Drugs; and

- been designated by UnitedHealthcare as a Network Pharmacy.

**PDL** - see **Prescription Drug List (PDL)**.

**PDL Management Committee** - see **Prescription Drug List (PDL) Management Committee**.

**Predominant Reimbursement Rate** - the amount the Plan will pay to reimburse you for a Prescription Drug Product that is dispensed at a non-Network Pharmacy. The Predominant Reimbursement Rate for a particular Prescription Drug dispensed at a non-Network Pharmacy includes a dispensing fee and any applicable sales tax. UnitedHealthcare calculates the Predominant Reimbursement Rate using its Prescription Drug Charge that applies for that particular Prescription Drug at most Network Pharmacies.

**Prescription Drug** - a medication, product or device that has been approved by the Food and Drug Administration and that can, under federal or state law, only be dispensed using a prescription order or refill. A Prescription Drug includes a medication that, due to its characteristics, is appropriate for self-administration or administration by a non-skilled caregiver. For purposes of this Plan, Prescription Drugs include:

- inhalers (with spacers);

- insulin;

- the following diabetic supplies:

    - insulin syringes with needles;
    - blood testing strips - glucose;
    - urine testing strips - glucose;
    - ketone testing strips and tablets;
    - lancets and lancet devices;
    - insulin pump supplies, including infusion sets, reservoirs, glass cartridges, and insertion sets; and
- glucose monitors.

**Prescription Drug Charge** - the rate UnitedHealthcare has agreed to pay its Network Pharmacies, including the applicable dispensing fee and any applicable sales tax, for a Prescription Drug dispensed at a Network Pharmacy.

**Prescription Drug List (PDL)** - a list that categorizes into tiers medications, products or devices that have been approved by the *U.S. Food and Drug Administration*. This list is subject to periodic review and modification (generally quarterly, but no more than six times per calendar year). You may determine to which tier a particular Prescription Drug has been assigned by contacting UnitedHealthcare at the toll-free number on your ID card or by logging onto **www.myuhc.com**.

**Prescription Drug List (PDL) Management Committee** - the committee that UnitedHealthcare designates for, among other responsibilities, classifying Prescription Drugs into specific tiers.

**Specialty Prescription Drug** - Prescription Drug that is generally high cost, self-injectable, oral or inhaled biotechnology drug used to treat patients with certain illnesses. For more information, visit **www.myuhc.com** or call UnitedHealthcare at the toll-free number on your ID card.

**Therapeutic Class** - a group or category of Prescription Drug with similar uses and/or actions.

**Therapeutically Equivalent** - when Prescription Drugs have essentially the same efficacy and adverse effect profile.

**Usual and Customary Charge** - the usual fee that a pharmacy charges individuals for a Prescription Drug without reference to reimbursement to the pharmacy by third parties. The Usual and Customary Charge includes a dispensing fee and any applicable sales tax.

## SECTION 16 - IMPORTANT ADMINISTRATIVE INFORMATION: ERISA

| |
|---|
| **What this section includes:**<br>■ Plan administrative information, including your rights under ERISA. |

This section includes information on the administration of the medical Plan, as well as information required of all Summary Plan Descriptions by ERISA as defined in Section 14, *Glossary*. While you may not need this information for your day-to-day participation, it is information you may find important.

### Plan Sponsor and Administrator

New England Motor Freight, Inc. is the Plan Sponsor and Plan Administrator of the New England Motor Freight, Inc. Welfare Benefit Plan and has the discretionary authority to interpret the Plan. You may contact the Plan Administrator at:

Plan Administrator - Medical Plan
New England Motor Freight, Inc.
1-71 North Avenue East
Elizabeth, NJ 07201
(732) 940-7216

### Claims Administrator

UnitedHealthcare is the Plan's Claims Administrator. The role of the Claims Administrator is to handle the day-to-day administration of the Plan's coverage as directed by the Plan Administrator, through an administrative agreement with the Company. The Claims Administrator shall not be deemed or construed as an employer for any purpose with respect to the administration or provision of Benefits under the Plan Sponsor's Plan. The Claims Administrator shall not be responsible for fulfilling any duties or obligations of an employer with respect to the Plan Sponsor's Plan.

You may contact the Claims Administrator by phone at the number on your ID card or in writing at:

United Healthcare Services, Inc.
9900 Bren Road East
Minnetonka, MN 55343

### Agent for Service of Legal Process

Should it ever be necessary, you or your personal representative may serve legal process on the agent of service for legal process for the Plan. The Plan's Agent of Service is:

Agent for Legal Process - Medical Plan
New England Motor Freight, Inc.
1-71 North Avenue East
Elizabeth, NJ 07201
(732) 940-7216

Legal process may also be served on the Plan Administrator.

### Other Administrative Information

This section of your SPD contains information about how the Plan is administered as required by ERISA.

### Type of Administration

The Plan is a self-funded welfare Plan and the administration is provided through one or more third party administrators.

| | |
|---|---|
| **Plan Name:** | New England Motor Freight, Inc. Welfare Benefit Plan |
| **Plan Number:** | 501 |
| **Employer ID:** | 22-1977697 |
| **Plan Type:** | Welfare benefits plan |
| **Plan Year:** | January 1 - December 31 |
| **Plan Administration:** | Self-Insured |
| **Source of Plan Contributions:** | Employee and Company |
| **Source of Benefits:** | Assets of the Company |

### Your ERISA Rights

As a participant in the Plan, you are entitled to certain rights and protections under ERISA. ERISA provides that all Plan participants shall be permitted to:

■ receive information about Plan Benefits;

■ examine, without charge, at the Plan Administrator's office and at other specified worksites, all plan documents - including pertinent insurance contracts, collective bargaining agreements (if applicable), and other documents available at the Public Disclosure Room of the Employee Benefits Security Administration; and

■ obtain copies of all Plan documents and other Plan information, including insurance contracts and collective bargaining agreements (if applicable), and updated Summary Plan Descriptions, by writing to the Plan Administrator. The Plan Administrator may make a reasonable charge for copies.

You can continue health care coverage for yourself, Spouse or Dependents if there is a loss of coverage under the Plan as a result of a qualifying event. You or your Dependents may have to pay for such coverage. Review this Summary Plan Description and the Plan documents to understand the rules governing your COBRA continuation coverage rights.

If your claim for a Plan Benefit is denied or ignored, in whole or in part, you have a right to know why this was done, to obtain copies of documents relating to the decision without

charge, and to appeal any denial, all within certain time schedules. See Section 9, *Claims Procedures*, for details.

Under ERISA, there are steps you can take to enforce the above rights. For instance, if you request a copy of the plan document from the Plan, and do not receive it within 30 days, you may file suit in a federal court. In such a case, the court may require the Plan Administrator to provide the materials and pay you up to $110 a day until you receive the materials, unless the materials were not sent for reasons beyond the control of the Plan Administrator.

If you have a claim for Benefits, which is denied or ignored, in whole or in part, and you have exhausted the administrative remedies available under the Plan, you may file suit in a state or federal court. In addition, if you disagree with the Plan's decision or lack thereof concerning the qualified status of a domestic relations order, you may file suit in federal court. If it should happen that the Plan's fiduciaries misuse the Plan's money, or if you are discriminated against for asserting your rights, you may seek assistance from the *U.S. Department of Labor*, or you may file suit in a federal court.

The court will decide who should pay court costs and legal fees. If you are successful, the court may order the person you have sued to pay these costs and fees. If you lose, the court may order you to pay these costs and fees; for example, if it finds your claim is frivolous.

If you have any questions about your Plan, you should contact the Plan Administrator. If you have any questions about this statement or about your rights under ERISA, or if you need assistance in obtaining documents from the Plan Administrator, you should contact the nearest office of the *Employee Benefits Security Administration*, *U.S. Department of Labor*, listed in your telephone directory, or write to the *Division of Technical Assistance and Inquiries*, *Employee Benefits Security Administration*, *U.S. Department of Labor*, 200 Constitution Avenue NW Washington, DC 20210. You may also obtain certain publications about your rights and responsibilities under ERISA by calling the publications hotline of the *Employee Benefits Security Administration* at (866) 444-3272.

> The Plan's Benefits are administered by New England Motor Freight, Inc., the Plan Administrator. UnitedHealthcare is the Claims Administrator and processes claims for the Plan and provides appeal services; however, UnitedHealthcare and New England Motor Freight, Inc. are not responsible for any decision you or your Dependents make to receive treatment, services or supplies, whether provided by a Network or non-Network provider. UnitedHealthcare and New England Motor Freight, Inc. are neither liable nor responsible for the treatment, services or supplies provided by Network or non-Network providers.

## ATTACHMENT I - HEALTH CARE REFORM NOTICES

### Patient Protection and Affordable Care Act ("PPACA")

*Patient Protection Notices*

The Claims Administrator generally allows the designation of a primary care provider. You have the right to designate any primary care provider who participates in the Claims Administrator's network and who is available to accept you or your family members. For information on how to select a primary care provider, and for a list of the participating primary care providers, contact the Claims Administrator at the number on the back of your ID card.

For children, you may designate a pediatrician as the primary care provider.

You do not need prior authorization from the Claims Administrator or from any other person (including a primary care provider) in order to obtain access to obstetrical or gynecological care from a health care professional in the Claims Administrator's network who specializes in obstetrics or gynecology. The health care professional, however, may be required to comply with certain procedures, including obtaining prior authorization for certain services, following a pre-approved treatment plan, or procedures for making referrals. For a list of participating health care professionals who specialize in obstetrics or gynecology, contact the Claims Administrator at the number on the back of your ID card.

## ATTACHMENT II - LEGAL NOTICES

### Women's Health and Cancer Rights Act of 1998

As required by the Women's Health and Cancer Rights Act of 1998, the Plan provides Benefits under the Plan for mastectomy, including reconstruction and surgery to achieve symmetry between the breasts, prostheses, and complications resulting from a mastectomy (including lymphedema).

If you are receiving Benefits in connection with a mastectomy, Benefits are also provided for the following Covered Health Services, as you determine appropriate with your attending Physician:

- All stages of reconstruction of the breast on which the mastectomy was performed;

- Surgery and reconstruction of the other breast to produce a symmetrical appearance; and

- Prostheses and treatment of physical complications of the mastectomy, including lymphedema.

The amount you must pay for such Covered Health Services (including Copayments and any Annual Deductible) are the same as are required for any other Covered Health Service. Limitations on Benefits are the same as for any other Covered Health Service.

### Statement of Rights under the Newborns' and Mothers' Health Protection Act

Under Federal law, group health Plans and health insurance issuers offering group health insurance coverage generally may not restrict Benefits for any Hospital length of stay in connection with childbirth for the mother or newborn child to less than 48 hours following a vaginal delivery, or less than 96 hours following a delivery by cesarean section. However, the Plan or issuer may pay for a shorter stay if the attending provider (e.g., your physician, nurse midwife, or physician assistant), after consultation with the mother, discharges the mother or newborn earlier.

Also, under Federal law, plans and issuers may not set the level of Benefits or out-of-pocket costs so that any later portion of the 48-hour (or 96-hour) stay is treated in a manner less favorable to the mother or newborn than any earlier portion of the stay.

In addition, a plan or issuer may not, under Federal law, require that a physician or other health care provider obtain authorization for prescribing a length of stay of up to 48 hours (or 96 hours). However, to use certain providers or facilities, or to reduce your out-of-pocket costs, you may be required to obtain prior authorization or notify the Claims Administrator. For information on notification or prior authorization, contact your issuer.

# ATTACHMENT III– NONDISCRIMINATION AND ACCESSIBILITY REQUIREMENTS

When the Plan uses the words "Claims Administrator" in this Attachment, it is a reference to United HealthCare Services, Inc., on behalf of itself and its affiliated companies.

The Claims Administrator on behalf of itself and its affiliated companies complies with applicable Federal civil rights laws and does not discriminate on the basis of race, color, national origin, age, disability, or sex. UnitedHealthcare does not exclude people or treat them differently because of race, color, national origin, age, disability, or sex.

The Claims Administrator provides free aids and services to people with disabilities to communicate effectively with us, such as:

- Qualified sign language interpreters

- Written information in other formats (large print, audio, accessible electronic formats, other formats)

- Provides free language services to people whose primary language is not English, such as: Qualified interpreters

- Information written in other languages

If you need these services, please call the toll-free member number on your health plan ID card, TTY 711 or the Plan Sponsor.

If you believe that the Claims Administrator has failed to provide these services or discriminated in another way on the basis of race, color, national origin, age, disability, or sex, you can file a grievance in writing by mail or email with the Civil Rights Coordinator identified below. A grievance must be sent within 60 calendar days of the date that you become aware of the discriminatory action and contain the name and address of the person filing it along with the problem and the requested remedy.

A written decision will be sent to you within 30 calendar days. If you disagree with the decision, you may file an appeal within 15 calendar days of receiving the decision.

| Claims Administrator Civil Rights Coordinator |
|---|
| **United HealthCare Services, Inc.Civil Rights Coordinator** <br> UnitedHealthcare Civil Rights Grievance <br> P.O. Box 30608 <br> Salt Lake City, UT 84130 <br> The toll-free member phone number listed on your health plan ID card, TTY 711 <br> UHC_Civil_Rights@UHC.com |

If you need help filing a grievance, the Civil Rights Coordinator identified above is available to help you.

You can also file a complaint directly with the U.S. Dept. of Health and Human services online, by phone or mail:

Online https://ocrportal.hhs.gov/ocr/portal/lobby.jsf

Complaint forms are available at http://www.hhs.gov/ocr/office/file/index.html

Phone: Toll-free 1-800-368-1019, 800-537-7697 (TDD)

Mail: U.S. Dept. of Health and Human Services, 200 Independence Avenue, SW Room 509F, HHH Building, Washington, D.C. 20201

# ATTACHMENT IV – GETTING HELP IN OTHER LANGUAGES OR FORMATS

You have the right to get help and information in your language at no cost. To request an interpreter, call the toll-free member phone number listed on your health plan ID card, press 0. TTY 711.

This letter is also available in other formats like large print. To request the document in another format, please call the toll-free member phone number listed on your health plan ID card, press 0. TTY 711, Monday through Friday, 8 a.m. to 8 p.m.

| Language | Translated Taglines |
|---|---|
| 1.  Albanian | Ju keni të drejtë të merrni ndihmë dhe informacion falas në gjuhën tuaj. Për të kërkuar një përkthyes, telefononi në numrin që gjendet në kartën e planit tuaj shëndetësor, shtypni 0. TTY 711. |
| 2.  Amharic | 0<br>**TTY 711** |
| 3.  Arabic | لك الحق في الحصول على المساعدة والمعلومات بلغتك دون تحمل أي تكلفة. لطلب مترجم فوري، اتصل برقم الهاتف المجاني الخاص بالأعضاء المدرج ببطاقة مُعرّف العضوية الخاصة بخطتك الصحية، واضغط على 0. الهاتف النصي (TTY) 711 |
| 4.  Armenian | Թարգմանիչ պահանջելու համար, զանգահարե՛ք Ձեր առողջապահական ծրագրի իսկության (ID) տոմսի վրա նշված անվճար Անդամների հեռախոսահամարով, սեղմե՛ք 0: TTY 711 |
| 5.  Bantu-Kirundi | Urafise uburenganzira bwo kuronka ubufasha n'amakuru mu rurimi rwawe ku buntu. Kugira usabe umusemuzi, hamagara inomero ya telephone y'ubuntu yagenewe abanywanyi iri ku rutonde ku karangamuntu k'umugambi wawe w'ubuzima, fyonda 0. TTY 711 |
| 6.  Bisayan-Visayan (Cebuano) | Aduna kay katungod nga mangayo og tabang ug impormasyon sa imong lengguwahe nga walay bayad. Aron mohangyo og tighubad, tawag sa toll-free nga numero sa telepono sa miyembro nga nakalista sa imong ID kard sa plano sa panglawas, pindota ang 0. TTY 711 |
| 7.  Bengali-Bangala | অনুবাদকের অনুরোধ থাকলে, আপনার স্বাস্থ্য পরিকল্পনার আই ডি কার্ড এ তালিকাভুক্ত ও কর দিতে হবে না এমন টেলিফোন নম্বরে ফোন করুন। (০) শূণ্য চাপুন। TTY 711 |
| 8.  Burmese | ကုန်ကျစရိတ်ပေးရန်မလိုဘဲ မိမိဘာသာစကားဖြင့် အကူအညီနှင့် သတင်းအချက်အလက်များ ကိုရယူနိုင်ခြင်း သည့်သင်၏အခွင့်အရေးဖြစ်သည်။ စကားပြန်တစ်ဦးတောင်းဆိုရန်သင်၏ကျန်းမာရေးအစီအစဉ် လက်မှတ်ပေါ်ရှိအသင်း၀င်များအတွက်အခမဲ့ဖုန်းကိုလှိုင်းသွံ့ဖော်ဆိုပြီး 0 ကိုနှိပ်ပါ။ TTY 711 |

NEW ENGLAND MOTOR FREIGHT, INC. MEDICAL CHOICE PLUS

| Language | Translated Taglines |
|---|---|
| 9. Cambodian-Mon-Khmer | អ្នកមានសិទ្ធិទទួលជំនួយ និងព័ត៌មាន ជាភាសារបស់អ្នក ដោយមិនអស់ថ្លៃ។ ដើម្បីស្នើសុំអ្នកបកប្រែ សូមទូរស័ព្ទទៅលេខតកចេញថ្លៃសំរាប់សមាជិក ដែលមានកត់នៅក្នុងប័ណ្ណ ID គំរោងសុខភាពរបស់អ្នក រួចហើយចុច ០។ TTY 711 |
| 10. Cherokee | Ꮎ Ꭰ4ꮼ ᎮᏙ ᎫᏣᏃᏈᏮ ᏤᏉᏫ ᏂᎠᏉᏫ ᎢᏛ ᏣᏫ ᏬᎯ ᎮᏉ ᏣᏇᏮᏈ ᎠᏣᎦᏫᏮ ᏏᎡᎮᏬᏛᎢ, ᏫᎢᎼᏮᏗ 0. TTY 711 |
| 11. Chinese | 您有權利免費以您的母語得到幫助和訊息。洽詢一位翻譯員，請撥打您健保計劃會員卡上的免付費會員電話號碼，再按 0。聽力語言殘障服務專線 711 |
| 12. Choctaw | Chim anumpa ya, apela micha nana aiimma yvt nan aivlli keyu ho ish isha hinla kvt chim aiivlhpesa. Tosholi ya asilhha chi hokmvt chi achukmaka holisso kallo iskitini ya tvli aianumpuli holhtena ya ibai achvffa yvt peh pila ho ish ipaya cha 0 ombetipa. TTY 711 |
| 13. Cushite-Oromo | Kaffaltii male afaan keessaniin odeeffannoofi deeggarsa argachuuf mirga ni qabdu. Turjumaana gaafachuufis sarara bilbilaa kan bilisaa waraqaa eenyummaa karoora fayyaa keerratti tarreefame bilbiluun, 0 tuqi. TTY 711 |
| 14. Dutch | U heeft het recht om hulp en informatie in uw taal te krijgen zonder kosten. Om een tolk aan te vragen, bel ons gratis nummer die u op uw ziekteverzekeringskaart treft, druk op 0. TTY 711 |
| 15. French | Vous avez le droit d'obtenir gratuitement de l'aide et des renseignements dans votre langue. Pour demander à parler à un interprète, appelez le numéro de téléphone sans frais figurant sur votre carte d'affilié du régime de soins de santé et appuyez sur la touche 0. ATS 711. |
| 16. French Creole-Haitian Creole | Ou gen dwa pou jwenn èd ak enfòmasyon nan lang natifnatal ou gratis. Pou mande yon entèprèt, rele nimewo gratis manm lan ki endike sou kat ID plan sante ou, peze 0. TTY 711 |
| 17. German | Sie haben das Recht, kostenlose Hilfe und Informationen in Ihrer Sprache zu erhalten. Um einen Dolmetscher anzufordern, rufen Sie die gebührenfreie Nummer auf Ihrer Krankenversicherungskarte an und drücken Sie die 0. TTY 711 |
| 18. Greek | Έχετε το δικαίωμα να λάβετε βοήθεια και πληροφορίες στη γλώσσα σας χωρίς χρέωση. Για να ζητήσετε διερμηνέα, καλέστε το δωρεάν αριθμό τηλεφώνου που βρίσκεται στην κάρτα μέλους ασφάλισης, πατήστε 0. TTY 711 |

NEW ENGLAND MOTOR FREIGHT, INC. MEDICAL CHOICE PLUS

| Language | Translated Taglines |
|---|---|
| 19. Gujarati | [Gujarati text] . [Gujarati text] , ID [Gujarati text] - [Gujarati text] , . TTY 711 |
| 20. Hawaiian | He pono ke kōkua ʻana aku iā ʻoe ma ka maopopo ʻana o kēia ʻike ma loko o kāu ʻōlelo ponoʻī me ka uku ʻole ʻana. E kamaʻilio ʻoe me kekahi kanaka unuhi, e kāhea i ka helu kelepona kāki ʻole ma kou kāleka olakino, a e kaomi i ka helu 0. TTY 711. |
| 21. Hindi | आप के पास अपनी भाषा में सहायता एवं जानकारी निःशुल्क प्राप्त करने का अधिकार है। दुभाषिए के लिए अनुरोध करने के लिए, अपने हैल्थ प्लान ID कार्ड पर सूचीबद्ध टोल-फ्री नंबर पर फ़ोन करें, 0 दबाएं। TTY 711 |
| 22. Hmong | Koj muaj cai tau kev pab thiab tau cov ntaub ntawv sau ua koj hom lus pub dawb. Yog xav tau ib tug neeg txhais, hu tus xov tooj rau tswv cuab hu dawb uas sau muaj nyob ntawm koj daim yuaj them nqi kho mob, nias 0. TTY 711. |
| 23. Ibo | Inwere ikike inweta enyemaka nakwa ịmụta asụsụ gị n'efu n'akwughị ụgwọ. Maka ịkpọtụrụ onye nsụgharị okwu, kpọọ akara ekwentị nke dị nákwụkwọ njirimara gị nke emere maka ahụike gị, pịa 0. TTY 711. |
| 24. Ilocano | Adda karbengam nga makaala ti tulong ken impormasyon iti pagsasaom nga libre. Tapno agdawat iti maysa nga agipatarus, tumawag iti toll-free nga numero ti telepono nga para kadagiti kameng nga nakalista ayan ti ID card mo para ti plano ti salun-at, ipindut ti 0. TTY 711 |
| 25. Indonesian | Anda berhak untuk mendapatkan bantuan dan informasi dalam bahasa Anda tanpa dikenakan biaya. Untuk meminta bantuan penerjemah, hubungi nomor telepon anggota, bebas pulsa, yang tercantum pada kartu ID rencana kesehatan Anda, tekan 0. TTY 711 |
| 26. Italian | Hai il diritto di ottenere aiuto e informazioni nella tua lingua gratuitamente. Per richiedere un interprete, chiama il numero telefonico verde indicato sulla tua tessera identificativa del piano sanitario e premi lo 0. Dispositivi per non udenti/TTY: 711 |

NEW ENGLAND MOTOR FREIGHT, INC. MEDICAL CHOICE PLUS

| Language | Translated Taglines |
|----------|---------------------|
| 27. Japanese | ご希望の言語でサポートを受けたり、情報を入手したりすることができます。料金はかかりません。通訳をご希望の場合は、医療プランのID<br>カードに記載されているメンバー用のフリーダイヤルまでお電話の上、0を押してください。TTY専用番号は711です。 |
| 28. Karen | နအ်ဟ်ုအ်ခ်ုအ်ာအ်က်ုအ်ဟ်ုအ်။ (Karen script text) ... (TTY 711) |
| 29. Korean | 귀하는 도움과 정보를 귀하의 언어로 비용 부담없이 얻을 수 있는 권리가 있습니다. 통역사를 요청하기 위해서는 귀하의 플랜 ID카드에 기재된 무료 회원 전화번호로 전화하여 0번을 누르십시오. TTY 711 |
| 30. Kru- Bassa | Ni gwe kunde I bat mahola ni mawin u hop nan nipehmes be to dolla. Yu kwel ni Kobol mahop seblana, soho ni sebel numba I ni tehe mu I ticket I docta I nan, bep 0. TTY 711 |
| 31. Kurdish-Sorani | مافەی ئەوەت ھەیە کە بێبەرامبەر، یارمەتی و زانیاری پێویست بە زمانی خۆت وەرگریت. بۆ داواکردنی وەرگێرێکی زارەکی، پەیوەندی بکە بە ژمارە تەلەفۆنی نووسراو لەناو ئای دی کارتی پیناسیی پلانی تەندروستی خۆت و پاشان 0 داگرە TTY 711. |
| 32. Laotian | ທ່ານມີສິດທີ່ຈະໄດ້ຮັບການຊ່ວຍເຫຼືອແລະຂໍ້ມູນຂ່າວສານທີ່ເປັນພາສາຂອງທ່ານບໍ່ມີຄ່າໃຊ້ຈ່າຍ.<br>ເພື່ອຂໍຮ້ອງນາຍພາສາ,ໂທຫຼາຍອອກໂທຫາເຮາຮັບສ່າວໂບສະມາຊິກທີ່ໄດ້ລະບຸໄວ້ໃນບັດສະມາຊິກຂອງທ່ານ,ກົດເລກ 0. TTY 711 |
| 33. Marathi | आपल्याला आपल्या भाषेत विनामूल्य मदत आणि माहिती मिळण्याचा अधिकार आहे. दुभाषकास विनंती करण्यासाठी आपल्या आरोग्य योजना ओळखपत्रावरील सूचीबध्द केलेल्या सदस्यास विनामूल्य फोन नंबरवर संपर्क करण्यासाठी दाबा 0. TTY 711 |
| 34. Marshallese | Eor aṃ maroñ ñan bok jipañ im melele ilo kajin eo aṃ ilo ejjelok wōṇāān. Ñan kajjitōk ñan juon ri-ukok, kūrlok nōṃba eo emōj an jeje ilo kaat in ID in karōk in ājmour eo aṃ, jiped 0. TTY 711 |
| 35. Micronesian-Pohnpeian | Komw ahneki manaman unsek komwi en alehdi sawas oh mengihtik ni pein omwi tungoal lokaia ni soh isepe. Pwen peki sawas en soun kawehweh, eker delepwohn nempe ong towehkan me soh isepe me ntingihdi ni pein omwi doaropwe me pid koasoandi en kehl, padik 0. TTY 711. |

| Language | Translated Taglines |
|---|---|
| 36. Navajo | T'áá jíík'eh doo báą́h 'álínígóó bee baa hane'ígíí t'áá ni nizaád bee niká'e'eyeego bee ná'ahoot'i'. 'Ata' halne'í ła yíníkeedgo, ninaaltsoos nit['iz7 'ats'77s bee baa'ahay1 bee n44hozin7g77 bik11' b44sh bee hane'7 t'11 j77k'eh bee hane'7 bik1'7g77 bich'8' hodíílnih dóó 0 bił 'adidíílchił. TTY 711 |
| 37. Nepali | **तपाईंले आफ्नो भाषामा निःशुल्क सहयोग र जानकारी प्राप्त गर्ने अधिकार तपाईंसँग छ। अनुवादक प्राप्त गरीपाऊँ भनी अनुरोध गर्न, तपाईंको स्वास्थ्य योजना परिचय कार्डमा सूचीकृत टोल-फ्री सदस्य फोन नम्बरमा सम्पर्क गर्नुहोस्, 0 थिच्नुहोस्। TTY 711** |
| 38. Nilotic-Dinka | Yin nɔŋ löŋ bë yi kuɔny në wɛ̈rëyic de thöŋ du abac ke cin wëu tääue ke piny. Äcän bä ran yë kɔc ger thok thiëëc, ke yin cɔl nämba yene yup abac de ran töŋ ye kɔc wäär thok tɔ në ID kat duön de pänakim yic, thäny 0 yic. TTY 711. |
| 39. Norwegian | **Du har rett til å få gratis hjelp og informasjon på ditt eget språk. For å be om en tolk, ring gratisnummeret for medlemmer som er oppført på helsekortet ditt og trykk 0. TTY 711** |
| 40. Pennsylvania Dutch | Du hoscht die Recht fer Hilf unn Information in deine Schprooch griege, fer nix. Wann du en Iwwersetzer hawwe willscht, kannscht du die frei Telefon Nummer uff dei Gesundheit Blann ID Kaarde yuuse, dricke 0. **TTY 711** |
| 41. Persian-Farsi | شما حق دارید که کمک و اطلاعات به زبان خود را به طور رایگان دریافت نمایید. برای درخواست مترجم شفاهی با شماره تلفن رایگان قید شده در کارت شناسایی برنامه بهداشتی خود تماس حاصل نموده و 0 را فشار دهید. TTY 711 |
| 42. Punjabi | ਤੁਹਾਡੇ ਕੋਲ ਆਪਟੀ ਭਾਸ਼ਾ ਵਿੱਚ ਸਹਾਇਤਾ ਅਤੇ ਜਾਣਕਾਰੀ ਮੁਫ਼ਤ ਪ੍ਰਾਪਤ ਕਰਨ ਦਾ ਅਧਿਕਾਰ ਹੈ। ਦੁਭਾਸ਼ੀਏ ਲਈ ਤੁਹਾਡੇ ਹੈਲਥ ਪਲਾਨ ਆਈਡੀ ਦਿੱਤੇ ਗਾਏ ਟੌਲ ਫ਼੍ਰੀ ਮੈਂਬਰ ਫ਼ੋਨ ਨੰਬਰ ਟੀਟੀਵਾਈ 711 ਤੇ ਕੌਲ ਕਰੋ, 0 ਦੱਬੋ। |
| 43. Polish | Masz prawo do uzyskania bezpłatnej informacji i pomocy we własnym języku. Po usługi tłumacza zadzwoń pod bezpłatny numer umieszczony na karcie identyfikacyjnej planu medycznego i wciśnij 0. TTY 711 |
| 44. Portuguese | **Você tem o direito de obter ajuda e informação em seu idioma e sem custos. Para solicitar um intérprete, ligue para o número de telefone gratuito que consta no cartão de ID do seu plano de saúde, pressione 0. TTY 711** |
| 45. Romanian | Aveți dreptul de a obține gratuit ajutor și informații în limba dumneavoastră. Pentru a cere un interpret, sunați la numărul de telefon gratuit care se găsește pe cardul dumneavoastră de sănătate, |

| Language | Translated Taglines |
|---|---|
| | apăsaţi pe tasta 0. TTY 711 |
| 46. Russian | Вы имеете право на бесплатное получение помощи и информации на вашем языке. Чтобы подать запрос переводчика позвоните по бесплатному номеру телефона, указанному на обратной стороне вашей идентификационной карты и нажмите 0. Линия TTY 711 |
| 47. Samoan-Fa'asamoa | E iai lou āiā tatau e maua atu ai se fesoasoani ma fa'amatalaga i lau gagana e aunoa ma se totogi. Ina ia fa'atalosagaina se tagata fa'aliliu, vili i le telefoni mo sui e le totogia o loo lisi atu i lau peleni i lau pepa ID mo le soifua maloloina, oomi le 0. TTY 711. |
| 48. Serbo-Croation | Imate pravo da besplatno dobijete pomoć i informacije na Vašem jeziku. Da biste zatražili prevodioca, nazovite besplatni broj naveden na iskaznici Vašeg zdravstenog osiguranja i pritisnite 0. TTY 711. |
| 49. Spanish | Tiene derecho a recibir ayuda e información en su idioma sin costo. Para solicitar un intérprete, llame al número de teléfono gratuito para miembros que se encuentra en su tarjeta de identificación del plan de salud y presione 0. TTY 711 |
| 50. Sudanic-Fulfulde | Ɗum hakke maaɗa mballeɗaa kadin keɓaa habaru nder wolde maaɗa naa maa a yoɓii. To a yiɗi pirtoowo, noddu limngal mo telefol caahu limtaaɗo nder kaatiwol ID maaɗa ngol njamu, nyo"u 0. TTY 711. |
| 51. Swahili | Una haki ya kupata msaada na taarifa kwa lugha yako bila gharama. Kuomba mkalimani, piga nambariya wanachama ya bure iliyoorodheshwa kwenye TAM ya kadi yako ya mpango wa afya, bonyeza 0. TTY 711 |
| 52. Syriac-Assyrian | ܐ݇ܢܫܘ̈ܬܐ ܦܘܼܚܠܐ ܒܐ݇ܦ ܐܢܫ̈ܐ ܒܝܬܟ̈ܐ ܐܠܦܦܘ̈ܬ ܒܚܘܼܬܟ݂̈ܐ ܐ݇ܢܫ̈ܢ ܦܘܼܠܚܕ̈ܐ ܐ TTY 711. 0 |
| 53. Tagalog | May karapatan kang makatanggap ng tulong at impormasyon sa iyong wika nang walang bayad. Upang humiling ng tagasalin, tawagan ang toll-free na numero ng telepono na nakalagay sa iyong ID card ng planong pangkalusugan, pindutin ang 0. TTY 711 |
| 54. Telugu | ఎలాంటి ఖర్చు లేకుండా మీ భాషలో సాయంబు మరియు సమాచార పొందడానికి మీకు హక్కు ఉంది. ఒకవేళ దుబాషి కావాలంటే, మీ హెల్త్ ప్లాన్ ఐడి కార్డు మీద జాబితా చేయబడ్డ టోల్ ఫ్రీ నెంబరుకు ఫోన్ చేసి, 0 ప్రెస్ చేస్కో. TTY 711 |

| Language | Translated Taglines |
|---|---|
| 55. Thai | คุณมีสิทธิที่จะได้รับความช่วยเหลือและข้อมูลในภาษาของคุณได้โดยไม่มีค่าใช้จ่าย หากต้องการขอล่ามแปลภาษา โปรดโทรศัพท์ถึงหมายเลขโทรฟรีที่อยู่บนบัตรประจำตัวสำหรับแผนสุขภาพของคุณ แล้วกด 0 สำหรับผู้ที่มีความบกพร่องทางการได้ยินหรือการพูด โปรดโทรฯถึงหมายเลข 711 |
| 56. Tongan-Fakatonga | 'Oku ke ma'u 'a e totonu ke ma'u 'a e tokoni mo e 'u fakamatala 'i ho'o lea fakafonua ta'etotongi. Ke kole ha tokotaha fakatonulea, ta ki he fika telefoni ta'etotongi ma'ae kau memipa 'a ee 'oku lisi 'I ho'o kaati ID ki ho'o palani ki he mo'uilelei, Lomi'I 'a e 0. TTY 711 |
| 57. Trukese (Chuukese) | Mi wor omw pwung om kopwe nounou ika amasou noum ekkewe aninis ika toropwen aninis nge epwe awewetiw non kapasen fonuom, ese kamo. Ika ka mwochen tungoren aninisin chiakku, kori ewe member nampa, ese pwan kamo, mi pachanong won an noum health plan katen ID, iwe tiki "0". Ren TTY, kori 711. |
| 58. Turkish | Kendi dilinizde ücretsiz olarak yardım ve bilgi alma hakkınız bulunmaktadır. Bir tercüman istemek için sağlık planı kimlik kartınızın üzerinde yer alan ücretsiz telefon numarasını arayınız, sonra 0'a basınız. TTY (yazılı iletişim) için 711 |
| 59. Ukrainian | У Вас є право отримати безкоштовну допомогу та інформацію на Вашій рідній мові. Щоб подати запит про надання послуг перекладача, зателефонуйте на безкоштовний номер телефону учасника, вказаний на вашій ідентифікаційній карті плану медичного страхування, натисніть 0. TTY 711 |
| 60. Urdu | آپ کو اپنی زبان میں مفت مدد اور معلومات حاصل کرنے کا حق ہے۔ کسی ترجمان سے بات کرنے کے لئے، ٹول فری ممبر فون نمبر پر کال کریں جو آپ کے پیلتھ پلان آئی ڈی کارڈ پر درج ہے، 0 دبائیں۔ TTY 711 |
| 61. Vietnamese | Quý vị có quyền được giúp đỡ và cấp thông tin bằng ngôn ngữ của quý vị miễn phí. Để yêu cầu được thông dịch viên giúp đỡ, vui lòng gọi số điện thoại miễn phí dành cho hội viên được nêu trên thẻ ID chương trình bảo hiểm y tế của quý vị, bấm số 0. TTY 711 |
| 62. Yiddish | איר האט די רעכט צו באקומען הילף און אינפארמאציע אין אייער שפראך פריי פון אפצאל. צו פארלאנגען א דאלמעטשער, רופט דעם טאל פרייע מעמבער טעלעפאן נומער וואס שטייט אויף אייער העלט פלאן ID קארטל , דרוקט 0. TTY 711 |
| 63. Yoruba | O ní ẹtọ lati rí iranwọ àti ìfitóníléti gbà ní èdè rẹ láìsanwó. Láti bá ògbufọ kan sọrọ, pè sórí nọmbà ẹrọ ibánisọrọ láisanwó ibodè ti a tò sórí kádi idánimọ ti etò ilera rẹ, tẹ '0'. TTY 711 |

## ADDENDUM - UNITEDHEALTH ALLIES

### Introduction

This Addendum to the Summary Plan Description provides discounts for select non-Covered Health Services from Physicians and health care professionals.

When the words "you" and "your" are used the Plan is referring to people who are Covered Persons as the term is defined in the Summary Plan Description (SPD). See Section 14, *Glossary* in the SPD.

> *Important*:
> UnitedHealth Allies is not a health insurance plan. You are responsible for the full cost of any services purchased, minus the applicable discount. Always use your health insurance plan for Covered Health Services described in the Summary Plan Description (see Section 5, *Plan Highlights*) when a benefit is available.

### What is UnitedHealth Allies?

UnitedHealth Allies is a health value program that offers savings on certain products and services that are not Covered Health Services under your health plan.

Because this is not a health insurance plan, you are not required to receive a referral or submit any claim forms.

Discounts through UnitedHealth Allies are available to you and your Dependents as defined in the Summary Plan Description in Section 14, *Glossary*.

### Selecting a Discounted Product or Service

A list of available discounted products or services can be viewed online at **www.healthallies.com** or by calling the number on the back of your ID card.

After selecting a health care professional and product or service, reserve the preferred rate and print the rate confirmation letter. If you have reserved a product or service with a customer service representative, the rate confirmation letter will be faxed or mailed to you.

> *Important*:
> You must present the rate confirmation at the time of receiving the product or service in order to receive the discount.

### Visiting Your Selected Health Care Professional

After reserving a preferred rate, make an appointment directly with the health care professional. Your appointment must be within ninety (90) days of the date on your rate confirmation letter.

Present the rate confirmation and your ID card at the time you receive the service. You will be required to pay the preferred rate directly to the health care professional at the time the service is received.

## Additional UnitedHealth Allies Information

Additional information on the UnitedHealth Allies program can be obtained online at **www.healthallies.com** or by calling the toll-free phone number on the back of your ID card.

1095344 033 034 - 03/07/2017