UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
ACTING UNITED STATES TRUSTEE, REGION 3
Martha R. Hildebrandt, Esq.
Peter J. D'Auria, Esq.
One Newark Center, Suite 2100
Newark, NJ  07102
Telephone: (973) 645-3014
Fax: (973) 645-5993
Email: Peter.J.D'Auria@usdoj.gov

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| New England Motor Freight, Inc., *et al.*[1] | : | Case No. 19-12809 (JKS) |
| | : | *Jointly Administered* |
| Debtors. | : | |
| | : | The Honorable John K. Sherwood |

**NOTICE OF APPOINTMENT OF OFFICIAL COMMITTEE OF ASBESTOS CLAIMANTS**

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, the Acting United States Trustee hereby appoints effective February 21, 2019, the below listed creditors to the Official Committee of Asbestos Claimants in the above captioned cases.

**IAM National Pension Fund**
1300 Connecticut Ave.
Suite 300
Washington, DC 20036
Tel.: (202) 785-2658
Fax: (202) 463-8098
Attn: Raymond E. Goad, Jr.

**AAA Cooper Transportation**
1751 Kinsey Road
Dothan, AL 36303
Tel.: (334) 793-2284
Fax: (855) 354-7164
Attn: Tiffany Engelhuber

**Landstar Transportation Logistics, Inc.**
13410 Sutton Park Dr. South
Jacksonville, FL 32224
Tel.: (904) 390-4967
Fax: (800) 862-9271
Attn: Spryte Kimmey

---

[1] The Debtors in these jointly administered cases are: New England Motor Freight, Inc., 19-12809 JKS); Eastern Freight Ways, Inc., 19-12812 JKS); Apex Logistics, Inc., 19-12815 JKS); Hollywood Avenue Solar, LLC, 19-12818 JKS); Carter Industries, Inc., 19-12820 JKS); NEMF Logistics, Inc., 19-12821 JKS); Jans Leasing Corp., 19-12824 JKS); NEMF World Transport, Inc., 19-12826 JKS); Myar, LLC, 19-12827 JKS); MyJon, LLC, 19-12828 JKS); United Express Solar, LLC, 19-12830(JKS).

**Page 2**
**New England Motor Freight, Inc., et al**
**Appointment Of Official**
**Committee Of Unsecured Creditors**

**Superior Distributors Co., Inc.**
4 Midland Avenue
Elmwood Park, NJ 07407
Tel.: (201) 538-1290
Fax: (201) 797-2643
Attn: Richard Klein

**Guttman Oil Co.**
200 Speers Street
Belle Vernon, PA 15012
Tel.: (724) 489-5174
Attn: Gregory J. Creighan

Counsel for Committee:

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

    AND

**ELLIOT GREENLEAF**
Rafael X. Zahralddin-Aravena, Esq.
Jonathan M. Stemerman, Esq.
Sarah Denis, Esq.
1105 Market Street, Suite 1700
Wilmington, De 19801
Phone: (302) 384-9400
Facsimile: (302) 384-9399

    ANDREW R. VARA
    ACTING UNITED STATES TRUSTEE
    Region 3

    By: */s/ Martha R. Hildebrandt*
        Martha R. Hildebrandt
        Assistant United States Trustee

        Peter J. D'Auria
        Trial Attorney

February 25, 2019