SCHEDULE B
NEW ENGLAND MOTOR FREIGHT and
TAYLOR & MARTIN, INC. – AUCTIONEERS
AUCTION LOCATIONS

**ELIZABETH**
Phone:
(908) 353-6363
Fax:
(908) 965-0795
Address:
A SHEVELL MEM DIST
1-71 NORTH AVE EAST
ELIZABETH NJ 07201-2958

**BOSTON**
Phone:
(978) 664-9555
Fax:
(978) 664-9574
Address:
90 CONCORD STREET
NORTH READING MA 01864-2607

**SO. PLAINFIELD**
Phone:
(908) 753-6200
Fax:
(908) 753-5016
Address:
310 HOLLYWOOD AVE
SOUTH PLAINFIELD NJ 07080-4202

**PORTLAND**
Phone:
(207) 885-9611
Fax:
(207) 885-0394
Address:
7 MANSON LIBBY ROAD
SCARBOROUGH ME 04074-8983

**COLUMBUS**
Phone:
(614) 851-6363
Fax:
(614) 851-5499
Address:
1700 GEORGESVILLE RD
COLUMBUS OH 43228-3620

**PHILADELPHIA**
Phone:
856-486-0011
Address:
1618 UNION AVENUE
PENNSAUKEN NJ 08110

**ELKTON**
Phone:
(410) 287-7759
Fax:
(410) 287-7522
Address:
3 CENTER DRIVE
NORTHEAST MD 21901-2406

**NEWBURGH**
Phone:
(845) 457-5133
Fax:
(845) 457-4075
Address:
194 NEELYTOWN ROAD
MONTGOMERY NY 12549-2821

**BUFFALO**
Phone:
(716) 871-9870
Fax:
(716) 871-9049
Address:
410 GRAND ISLAND BLV
TONAWANDA NY 14150-6505

**ALLENTOWN**
Phone:
(570) 386-4111
Fax:
(570) 386-1114
Address:
457 MAHONING DRIVE
LEHIGHTON PA 18235-9701

**HARRISBURG**
Phone:
(717) 737-3000
Fax:
(717) 737-7313
Address:
2800 APPLETON STREET
CAMP HILL PA 17011-8001

**TOLEDO**
Phone:
419-726-6616
Address:
1260 MATZINGER ROAD
TOLEDO OH 43612

As of: 2/26/19