

**Taylor & Martin, Inc.**
AUCTIONEERS
*An Employee Owned Company*

1865 N Airport Rd - Fremont NE 68025
402-721-4500 (p)    402-727-6183 (f)

# NEW ENGLAND MOTOR FREIGHT, INC.
## Schedule C
## Preparation & Cleanup Expense

| Equipment Category | Quantity | Cost | Total Cost |
|---|---|---|---|
| Tractors (all) | 1,167 | $ 300 | $ 350,100 |
| Vans (2005 & Newer) | 1,854 | $ 70 | $ 129,780 |
| Flatbeds (2005 & Newer) | 113 | $ 85 | $ 9,605 |
| Pups (2005 & Newer) | - | $ 50 | - |
| Straight Trucks (all) | 110 | $ 300 | $ 33,000 |
| **TOTAL** | **3,244** | | **$ 522,485** |

TAYLOR & MARTIN, INC.

_____
Signature

**Stacy Tracy**
*President of Taylor & Martin, Inc.*

2-28-19
Date

TAYLOR & MARTIN, INC.

_____
Signature

**Benjamin J. Reynolds**
*Auctioneer for Taylor & Martin, Inc.*

2-28-19
Date

NEW ENGLAND MOTOR FREIGHT, INC.

_____
Signature

Vincent J. Colistra - CEO
Print Name / Title

2/28/19
Date

*Submitted by: Stacy Tracy & Richie Guiffredo*
*Dated: 2/28/19*