# **<u>EXHIBIT A</u>**

# **EXHIBIT A**

| Line | Case Name | Case Number | Court | Notes |
|------|-----------|-------------|-------|-------|
| 1 | State Farm Mutual Automobile Insurance Company, aso Riquet Simplice v. New England Motor Freight, Inc. and Aleksandr Ilin | 0786/2015 | Civil Court of the City of New York, County of Queens | |
| 2 | Varsik, Joseph, Jr. v. Roy Auble and New England Motor Freight, Inc. | 0786/2015 | Supreme Court of the State of New York County of Tompkins | |
| 3 | Esmeralda Ramirez v. Chad G. Greiner, Esq., as Administrator of The Estate of Charles D. Rathbun, Jr. and New England Motor Freight, Inc. | 60988/2014 | Supreme Court of the State of New York, Westchester County | |
| 4 | State Farm Mutual Automobile Insurance Co. a/s/o Lawrence Banks v. Aaron Lynn & New England Motor Freight, Inc. | 49D14-1901-CT-002932 | State of Indiana, County of Marion, Superior Court, Civil Division | |
| 5 | Susan Volpe and Raymond Volpe v. New England Motor Freight, Inc. and Daniel Otto | 18-cv-6505 | United States District Court, Southern District of New York | |
| 6 | Shauna Jones v. New England Motor Freight, Inc., Paul E. Smith, Nirmal Debnath., Paul E. Smith, Nirmal Debnath, Bethel Prayer Ministries International, USA, Inc. and Byron Baah-Williams | 20580/2017 | Supreme Court of the State of New York, Bronx County | |
| 7 | Ramon Romero-Reyes v. Steven Hapeman and New England Motor Freight, Inc. | 515683/17 | Supreme Court of the State of New York, Kings County | |
| 8 | Kareem A. Mills v. New England Motor Freight, Inc. and Wayne St. John | 28961/2017 | Supreme Court of the State of New York, Bronx County | *Defendant Wayne St. John drove for the Debtors through a temp agency and as such he was technically not an employee of the Debtors.* |
| 9 | Angela Evans, Individually and as Parent and Natural Guardian of Emily Evans, an Infant v. Michael Heffron and New England Motor Freight | EFCA2017-002139 | Supreme Court of the State of New York, Oneida County | |
| 10 | Geico Indemnity Company as subrogee of John Garzillo v. New England Motor Freight, Inc. and Eriberto Ramon | 026733/17 | Civil Court of the City of New York, County of Queens | |
| 11 | Rita Alvarado v. New England Motor Freight, Inc. and Javier Correafrance | 18-cv-2027 | United States District Court, Eastern District of New York | |
| 12 | Liberty Mutual Fire Ins-Personal v. New England Motor Freight | 601341/2018 | Supreme Court of the State of New York, Nassau County | *(Settled for $10,000 but not paid)* |
| 13 | Geico General Insurance Company as Subrogee of Courtney Dittmar v. New England Motor Freight, Inc. and Joseph Grandey | 005239/18 | Civil Court of the City of New York, Queens County | |
| 14 | Carlos Diaz v. New England Motor Freight, Inc. and Antonio Aprile | 607793/2018 | Supreme Court of the State of New York, Suffolk County | |
| 15 | Bentley Samuels v. New England Motor Freight, Inc., Cesar Correa-Mendirta | 508602/18 | Supreme Court of the State of New York, Kings County | |
| 16 | Geico General Insurance Company aso Anh Hue Diec v. New England Motor Freight, Inc. | 028654/18 | Civil Court of the City of New York, Queens County | |
| 17 | Richard Milerson v. David Frank, NW England Freight Inc. | 18-cv-6736 | United States District Court, Eastern District of New York | |
| 18 | State Farm Mutual Automobile Insurance Company a/s/o Derek Dowdell v. Jeffrey A. Courbat, New England Motor Freight, Inc. | 008828/2018 | Supreme Court of the State of New York, Onondaga Country | |
| 19 | Nelson Vasquez v. Edwin Torres and New England Motor Freight, Inc | 32016/18 | Supreme Court of the State of New York, Bronx County | |
| 20 | Rheudine Harris v. Michael A. Victorino, New England Motor Freight, Inc., John Doe (1-5), Mary Doe (1-5), ABC Partnerships, and XYZ Corporations, Jointly, severally, and in the alternative | ATL-L-2451-18 | Superior Court of New Jersey, Atlantic County | |
| 21 | Jose L. Ferrer v. New England Motor Freight, Inc. and "John Doe" | 17-cv-5463 | United States District Court Eastern District of New York | |
| 22 | Consolidated Edison Company of New York, Inc. v. New England Motor Freight, Inc. | 001220/18 | Civil Court of the City of New York Queens County | |
| 23 | Orange and Rockland Utilities, Inc. v. New England Motor Freight, Inc., Rafael Medina, John and Jane Does (1-5) and ABC Corps.(1-5) | BER-L-7866-18 | Superior Court of New Jersey Bergen County | |
| 24 | Tomas Arocho and Gloria Cosare, his wife v. Nicolas A. Wong, New England Motor Freight, Inc., John Doe 1-10 & Abc Corporations 1-10 | MID-L-7848-18 | Superior Court of New Jersey Middlesex County | |

| | | | |
|---|---|---|---|
| 25 | Cesar Uraga and Melivette Uraga v. Francois D. Serrano, New England Motor Freight, Inc., ABC, Inc. And Def, Inc., John Doe (1-10) And Jane Doe (1-10), Fictitious Names, Individually, Jointly, Severally and/or In The Alternative, Francois D. Serrano And New England Motor Freight, Inc. V. Andres Mosqueira And Fond Du Lac Cold Storage LLC | CAM-L-004767-18 | Superior Court of New Jersey Camden County | |
| 26 | GEICO Indemnity Company a/s/o Val Mayo v. Northeast Motor Freight and Ronald Schirrman | 037931/2018 | Civil Court of the City of New York Queens County | |
| 27 | Geico General Insurance Company as Subrogee of Annamaria Maiakis v. New England Motor Freight, Inc., Joseph Michauskas | 616064/2018 | Supreme Court of the State of New York County of Nassau | |
| 28 | GEICO Indemnity Company a/s/o Zoraida Miranda v. New England Motor Freight, Inc. | 038050/2018 | Civil Court of the City of New York Queens County | |
| 29 | Andres L. Mosqueira v. Francois D. Serrano, New England Motor Fright, Inc., Melivette Uraga, Cesar Uraga and John Does 1-5 | ESX-L-481-19 | Superior Court of the State of New York Essex County | |
| 30 | Michael Singley v. New England Motor Freight, Inc. David Wood, Jans Leasing Corp., John Does, Mary Does, ABC Partnerships and XYZ Corporations, jointly, severally and in the alternative | CPM-L-23_19 | Superior Court of the State of New Jersey Cape May County | |
| 31 | Geico v. David Wood, Jans Leasing Corp., New England Motor Freight, Inc., Protective Insurance Company, et al. | UNN-L-000451-19 | Superior Court of New Jersey Union County | |
| 32 | State Farm Mutual Automobile Insurance Company v. New England Motor Freight, Inc. | 100699/2019 | Supreme Court of the State of New York Washington County | |
| 33 | Daryl Martin & Kim Martin v. New England Motor Freight, Inc. & Robbie Layton | 345-6-17 | Superior Court, State of Vermont Washington Unit | |
| 34 | Henry Jaskulski v. New England Motor Freight, Inc. a/k/a NEMF, a subsidiary of the Shevell Group of Companies, LLC | 1431/17 | Court of Common Pleas Washington County, Pennsylvania | |
| 35 | Dominick Dalbo v. New England Motor Freight, Inc. | 27306-cv-0000188-2018 | Commonwealth of Pennsylvania County of Washington Magisterial District Court 27-3-06 Cecil | |
| 36 | Freddie Carroll v. Paul Hamilton, New England Motor Freight, Inc., Illinois National Insurance Company, AIG Assurance Company, AIG Property Casualty Company, Nationwide Affinity Insurance Company of America, Nationwide Assurance Company, Nationwide General Insurance Company, Nationwide Insurance Company of America, Nationwide Mutual Fire Insurance  Company, Nationwide Mutual Insurance Company, Nationwide Property and Casualty Insurance Company, Hadish Medhin, Wabash National Corporation, Benedicto Sorto, Interpool, Inc., Interpool Ltd., Trac Intermodal LLC, Trac Intermodal Holding Corp., Trac Intermodal Corp., SCT Chassis, Inc., and Seacube Container Leasing | 180201444 | Court of Common Pleas Philadelphia County | |
| 37 | Jaclyn Pullum, as Administrator of the Estate of Johen Lestat Clavey, and S.L.C., a minor, by Jaclyn Pullum, as Guardian v. New England Motor Freight, Inc. d/b/a New England Motor Freight d/b/a New England Motor Freight, Inc. | 2018-01753 | Court of Common Pleas of Pennsylvania Cumberland County | |
| 38 | Jalil Walters and Rashida Carter v. New England Motor Freight, Inc., Eastern Freight Ways, Inc., The Shevell Group of Companies, LLC and Ronald Lamka | 18-003693 | Court of Common Pleas Philadelphia County | |
| 39 | Travelers Indemnity Company of Connecticut a/s/o L&D Safety Marking Corporation and L&D Safety Marking Corporation v. New England Motor Freight, Inc. and Robbie W. Layton | 480-8-18 | Superior Court, State of Vermont Washington Unit | |
| 40 | Joseph Carney v. Frank B. Lacovangelo, Esq., as Monroe County Public Administrator of the Estate of Bryant Phillips, deceased, New England Motor Freight, Inc. and Eastern Freight Ways, Inc. | 00256913/17 | Supreme Court of the State of New York County of Rensselaer | |

| 41 | Michaela Hughes, as parent, guardian and next friend of Arabella Hughes, Isaiah Hughes and Ara Hughes, Minors v. New England Motor Freight, Inc. and Christopher M. Slater | 19-C-37 | Circuit Court of Cabell County, West Virginia | |
|----|----|----|----|----|
| 42 | Daniel Rinaldi v. John W. Anderson, Eastern Freight Ways, Inc., Anthony D. McNeil and 24/7 Transporters, LLC | 16-1458 | Supreme Court of the State of New York Ulster County | |
| 43 | Oscar Valiente v. Ernesto Cabrera, Goya Foods Inc., Penske Truck Leasing Co. LP, Paul Donaghy, Eastern Freight Ways, Inc. | 450204/2019 | Supreme Court of the State of New York, New York County | |
| 44 | Melissa Walker, Individually and as Administrator of the Estate of Henry Walker, deceased, v. Ernesto Cabrera, Goys Enterprises Corp., Goya Foods Inc., Goya Marketing, Inc., Paul Donaghy and Eastern Freight Ways, Inc. | 152317/2017 | Supreme Court of the State of New York New York County | |
| 45 | Anthony McNeil v. Daniel Rinaldi, John Anderson and Eastern Freight Ways, Inc. | 17-3033 | Supreme Court of the State of New York Ulster County | |
| 46 | Melissa Walker, Individually And As Administrator Of The Estate Of Khalil Walker, Deceased V. Goya Enterprises Corp., Goya Foods Inc., Goya Marketing, Inc., Paul Donaghy, And Eastern Freight Ways, Inc. | 154688/2018 | Supreme Court of the State of New York New York County | |
| 47 | Winsome Martin v. Eastern Freight Ways, Inc. and John W. Anderson | 517508/2018 | Supreme Court of the State of New York Kings County | |
| 48 | Allstate Insurance Company a/s/o Angela M. Antonucci v. Scott Roland Narell and New England Motor Freight, Inc. | 67533/2018 | Supreme Court of the State of New York Westchester County | |
| 49 | Solid Waste Services of West Virginia, Inc. v. Eastern Freightway, Inc. | UNN-DC-014917-18 | Superior Court of the State of New Jersey Union County | |
| 50 | Lisa Hines v. Eastern Freight Ways, Inc. and Yira Y. Guzman | 19-cv-00800 | United States District Court Eastern District of New York | |
| 51 | Terrik Sparks v. Ernesto Cabrera, Goya Enterprises Corp., Goya Foods, Inc., Goya Marketing, Inc., Paul Donaghy, and Eastern Freight Ways, Inc. | 150823/19 | Supreme Court of the State of New York New York County | |
| 52 | Terrik Sparks v. Ernesto Cabrera, Goya Enterprises Corp., Goya Foods, Inc., Goya Marketing, Inc., Paul Donaghy, and Eastern Freight Ways, Inc. | 600697/19 | Supreme Court of the State of New York Nassau County | |
| 53 | John W. James v. Paul E. Smith and New England Motor Freight, Inc. | FBT-CV18-6074905-S | Superior Court J.D. of Fairfield at Bridgeport | |
| 54 | Rosa Mora-Reyna v. Alden Donaldson, New England Motor Freight, Inc. and National General Insurance Co., One West Nationwide Blvd., Columbus, OH 43215 | FBT-CV19-6083357-S | Superior Court J.D. of Fairfield at Bridgeport | |
| 55 | Catherine Darden and Mary Copeland v. Ralph D. Gallup and New England Motor Freight, Inc. | 20181301398 | Circuit Court of Cook County, Illinois Municipal Dept. First Division | |
| 56 | State Farm Mutual Automobile Insurance Company a/s/o Catherin Darden v. Ralph D. Gallup, New England Motor Freight | 20171014208 | | |
| 57 | Kenneth Fersch v. Ricky Commo & New England Motor Freight, Inc. | HHD-CV-18-6091894-S | Superior Court J.D. of Hartford at Hartford | |
| 58 | Geico a/s/o Kenneth J. Fersch v. Ricky Commo & New England Motor Freight, Inc. | HHD-CV17-6080832-S | | |
| 59 | Benedicto Sorto v. Freddie Theodore Carroll, Celadon Trucking Service, Inc., Paul Thomas Hamilton and New England Motor Freight, Inc. | NNH-CV17-6076079-S | Superior Court Judicial District of New Haven at New Haven | |
| 60 | Jenny Munson Andress, individually and as the Administratrix of the Estate of Herbert Andress v. Timmie Antonio Wilson & New England Motor Freight, Inc. | 2936 | Court of Common Pleas Philadelphia County, PA | |
| 61 | Nicole Boyd v. Jack C. Lindeman, New England Motor Freight, Inc. and Nationwide Insurance | CV18902795 | Court of Common Pleas Cuyahoga County, Ohio | |

| | | | |
|---|---|---|---|
| 62 | Richard Bryan Hill and Sheri L. Hill-Jackson, both Individually and as Co-Administrators of the Estate of Richard H. Hill, deceased v. Chester Pike Auto Sales, Inc. et al | 979 | Court of Common Pleas Philadelphia County | |
| 63 | Charles Miller and Maryann P. Miller v. Daniel J. Neiger and Eastern Freight Ways, Inc. | FBT-CV19-6082502-S | Superior Court J.D. of Fairfield at Bridgeport | |
| 64 | Jayson Vargas v. Eastern Freight Ways, Inc., Daniel J. Neiger, New England Motor Freight, Inc., Charles Miller and Maryann P. Miller | AAN-CV19-6031699-S | Superior Court Ansonia-Milford at Milford | |
| 65 | Jose A. Cruz v. Eastern Freight Ways, Inc. and Guillermo Jimenez Ortiz | 3:18-cv-02128-WWE | US District Ct, District of Connecticut | |
| 66 | Craig Bennet v. BP Watertown Retail LLC and Sarris Auto and Truck Equipment, The Gap, Inc. & New England Motor Freight, Inc. | 1784CV00606 | Commonwealth of Massachusetts Superior Court | |
| 67 | Thang Tran, and Yen Lam, His Wife v. New England Motor Freight Inc., et. al. | 190202690 | Court of Common Pleas Philadelphia County, PA | |
| 68 | Geico General Insurance Company as Subrogee of Martin Daly and Karen Daly, v. New Englad Motor Freight, Inc. and Rupert O. Dawson | CV-000041-19 | District Court of Nassau County First District: Hempstead Part | |
| 69 | New London Hospitality, LLC v. New England Motor Freight, Inc. | KNL-CV19-6039119-S | Superior Court J.D. of New London at New London | |
| 70 | Janice A. Goodall v. New England Motor Freight Inc., Arturo Paez | NNH-cv-17-6073538-S | Superior Court of J.D. of New Haven, New Haven County, Connecticut | |
| 71 | New Jersey Manufacturers Insurance Company a/s/o Phyllis A. Troy v. New England Motor Freight, Inc. Rowan Phillip | NNH-cv-17 6072920-S | Superior Court of J.D. of New Haven, New Haven County, Connecticut | |
| 72 | John Adams Bares, Jane Marie Marron and Eileen Marron v. Rowan A. Phillip, New England Motor Freight, Inc. | NNH-cv-17-6073150-S | Superior Court of J.D. of New Haven, New Haven County, Connecticut | |
| 73 | Kye Ja Park and Sam Nam Jung v. Joseph Grandey and New England Motor Freight Inc. | 703393/2019 | Supreme Court of the State of New York County of Queens | |