# EXHIBIT B

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** <br> Caption in Compliance with D.N.J. LBR 9004-1 <br><br> **GIBBONS P.C.** <br> Karen A. Giannelli, Esq. <br> Mark B. Conlan, Esq. <br> Brett S. Theisen, Esq. <br> One Gateway Center <br> Newark, New Jersey  07102 <br> Telephone:   (973) 596-4500 <br> Facsimile:    (973) 596-0545 <br> E-mail:   kgiannelli@gibbonslaw.com <br> mconlan@gibbonslaw.com <br> btheisen@gibbonslaw.com <br><br> *Counsel to the Debtors and Debtors-in-Possession* | |
| In re: <br><br> **NEW ENGLAND MOTOR FREIGHT, INC., *et al.*,[1]** <br>           Debtors. | Chapter 11 <br><br> Honorable John K. Sherwood <br><br> Case No. 19-12809 <br><br> (Jointly Administered) |

**DECLARATION OF VINCENT COLISTRA IN SUPPORT OF DEBTORS' MOTION FOR ENTRY OF AN ORDER APPROVING DEBTORS' KEY EMPLOYEE RETENTION PLAN**

# REDACTED

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows:  New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC (4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMF Logistics, LLC (4666).