# EXHIBIT A

2716676.1 115719-100281

| Landlord Name & Address | Designated Lease Location[1] | Related Property[2] | Name/Address for Related Property (if applicable) | Rejection Date |
|---|---|---|---|---|
| MERI PROPERTIES, LLC<br>c/o AMZ Management LLC<br>1-71 North Ave E<br>Elizabeth, NJ  07201 | 475 Research Parkway<br>Meriden, CT  06450 | TBD | TBD | 3/15/2019 |
| 15 Middletown Ave. Corp.<br>c/o AMZ Management LLC<br>1-71 North Ave E<br>Elizabeth, NJ  07201 | 15 Middletown Ave.<br>North Haven, CT | NA | NA | 3/15/2019 |
| Quest Workspaces<br>515 North Flagler Drive<br>Suite P-300<br>West Palm Beach, FL  33401 | 515 North Flagler Drive<br>Suite P-300<br>West Palm Beach, FL  33401 | TBD | TBD | 3/15/2019 |
| Caleast Nat, LLC<br>Attn: Amanda Longworth, Accts Rec<br>Bank of America<br>1808 Swift Dr Ste A<br>Oak Brook, IL  60523 | 2300 Landmeier Road<br>Elk Grove Village, IL  60007 | TBD | TBD | 3/31/2019 |
| RLF I-A SPE, LLC<br>Attn: Shannon Singleton<br>201 West St, Ste 200<br>Annapolis, MD  21401 | 23348 West Eames Street<br>Channahon, IL  60410 | TBD | TBD | 3/31/2019 |
| Fort Wayne Terminal LLC<br>c/o AMZ Management LLC<br>1-71 North Ave E<br>Elizabeth, NJ  07201 | 2532 Bremer Road<br>Fort Wayne, IN  46803 | TBD | TBD | 3/15/2019 |
| Belmont & Indianapolis Terminal Partnership<br>8463 Castlewood Drive<br>Indianapolis, IN  46250 | 1702 South Belmont Avenue<br>Indianapolis, IN  46221 | TBD | TBD | 3/31/2019 |
| NORTH RED TRUCK CORP<br>c/o AMZ Management LLC<br>1-71 North Ave E<br>Elizabeth, NJ  07201 | 90 Concord Street<br>North Reading, MA<br>01864-2607 | TBD | TBD | Upon Surrender |
| SPRINGFIELD TERMINAL CORP<br>c/o AMZ Management LLC<br>1-71 North Ave E<br>Elizabeth, NJ  07201 | 1311 Union Street<br>Springfield, MA  01089 | TBD | TBD | 3/15/2019 |
| 3600 GEORGETOWN CORP<br>c/o AMZ Management LLC<br>1-71 North Ave E<br>Elizabeth, NJ  07201 | 1508 John Avenue<br>Baltimore, MD 21227 | TBD | TBD | 3/15/2019 |
| NORTHEAST Commerce Center I LLC<br>c/o AMZ Management LLC<br>1-71 North Ave E<br>Elizabeth, NJ  07201 | 3 Center Drive<br>Northeast, MD  21901-2406 | TBD | TBD | Upon Surrender |
| 16503 Hunters Green, LLC<br>Attn: Rachel<br>P O Box 4217<br>Hagerstown, MD  21741-4217 | 16503 Hunters Green Parkway<br>Hagerstown, MD  21740 | TBD | TBD | 3/31/2019 |

| Landlord Name & Address | Designated Lease Location[1] | Related Property[2] | Name/Address for Related Property (if applicable) | Rejection Date |
|---|---|---|---|---|
| Perry Road, LLC<br>c/o AMZ Management LLC<br>1-71 North Ave E<br>Elizabeth, NJ  07201 | 34 Perry Road<br>Bangor, ME | NA | NA | 3/15/2019 |
| Fair Terminal Corp.<br>c/o AMZ Management LLC<br>1-71 North Ave E<br>Elizabeth, NJ  07201 | 7 Mansion Libby Road<br>Portland, ME  04074-8983 | TBD | TBD | Upon Surrender |
| CONCORD TERMINAL LLC<br>c/o AMZ Management LLC<br>1-71 North Ave E<br>Elizabeth, NJ  07201 | 118 Hall Street<br>Concord, NH  03301 | TBD | TBD | 3/15/2019 |
| NORTH AVENUE EAST, LLC<br>c/o AMZ Management LLC<br>1-71 North Ave E<br>Elizabeth, NJ  07201 | 1-71 North Avenue East<br>Elizabeth, NJ  07201-2958 | TBD | TBD | Upon Surrender |
| UNITED EXPRESS LINES INC.<br>c/o AMZ Management LLC<br>1-71 North Ave E<br>Elizabeth, NJ  07201 | 1618 Union Avenue<br>Pennsauken, NJ  08110 | TBD | TBD | Upon Surrender |
| HOLLYWOOD CORP<br>c/o AMZ Management LLC<br>1-71 North Ave E<br>Elizabeth, NJ  07201 | 310 Hollywood Avenue<br>South Plainfield, NJ  07080-4202 | TBD | TBD | Upon Surrender |
| Nancy SB Corp<br>c/o AMZ Management LLC<br>1-71 North Ave E<br>Elizabeth, NJ  07201 | 4315 Albany Street<br>Colonie, NY 12205 | TBD | TBD | 3/15/2019 |
| Thru View, LLC<br>c/o AMZ Management LLC<br>1-71 North Ave E<br>Elizabeth, NJ  07201 | 38 Old Karner Road<br>Colonie, NY | TBD | TBD | 3/15/2019 |
| Babco LLC<br>c/o AMZ Management LLC<br>1-71 North Ave E<br>Elizabeth, NJ  07201 | 159 Eads Street<br>West Babylon, NY | TBD | TBD | 3/15/2019 |
| OLD BETH  LLC<br>c/o AMZ Management LLC<br>1-71 North Ave E<br>Elizabeth, NJ  07201 | 1 Imperatore Drive<br>Bethpage, NY 11804 | TBD | TBD | 3/15/2019 |
| William L. Ecker and Terry Ecker<br>Claims Office<br>5322 Wheeler Rd<br>Jordan, NY  13080 | 5302 Wheeler Road<br>Jordan, NY | TBD | TBD | Upon Surrender |
| ZACH CORP<br>c/o AMZ Management LLC<br>1-71 North Ave E<br>Elizabeth, NJ  07201 | 91 Sulfur Springs Road<br>Owego, NY 13827 | TBD | TBD | 3/15/2019 |

| Landlord Name & Address | Designated Lease Location[1] | Related Property[2] | Name/Address for Related Property (if applicable) | Rejection Date |
|---|---|---|---|---|
| JON S. CORP<br>c/o AMZ Management LLC<br>1-71 North Ave E<br>Elizabeth, NJ  07201 | 410 Grand Island Boulevard<br>Tonawanda, NY 14150-6505 | TBD | TBD | Upon Surrender |
| ORANGE TRUCK CORP<br>c/o AMZ Management LLC<br>1-71 North Ave E<br>Elizabeth, NJ  07201 | 194 Neelytown Road<br>Montgomery, NY 12549-2821 | TBD | TBD | Upon Surrender |
| MERCOHEN CORP<br>c/o AMZ Management LLC<br>1-71 North Ave E<br>Elizabeth, NJ  07201 | 50 Louise Street<br>Rochester, NY  14606 | TBD | TBD | 3/15/2019 |
| 6867 Schuyler Road LLC<br>c/o AMZ Management LLC<br>1-71 North Ave E<br>Elizabeth, NJ  07201 | 68-67 Schuyler Road<br>Dewitt, NY  13457 | TBD | TBD | 3/15/2019 |
| SCHUYLER ROAD CORP<br>c/o AMZ Management LLC<br>1-71 North Ave E<br>Elizabeth, NJ  07201 | 7201 Schuyler Road<br>East Syracuse, NY  13057 | TBD | TBD | 3/15/2019 |
| Clermont Holdings, LLC<br>901 Adams Crossing<br>Cincinnati, OH  45202 | 2500 Commerce Blvd.<br>Cincinnati, OH  45241 | TBD | TBD | 3/31/2019 |
| Seabreeze North Corp<br>P O Box 535<br>2958 Brecksville Rd<br>Richfield, OH  44286-0535 | 3024 Brecksville Road, Suite A<br>Richfield, OH  44286 | TBD | TBD | 3/31/2019 |
| COLUMBUS TERMINAL LLC<br>c/o AMZ Management LLC<br>1-71 North Ave E<br>Elizabeth, NJ  07201 | 1700 Georgesville Road<br>Columbus, OH  43228-3620 | TBD | TBD | Upon Surrender |
| TOLEDO TERMINAL LLC<br>c/o AMZ Management LLC<br>1-71 North Ave E<br>Elizabeth, NJ  07201 | 1260 Matzinger Road<br>Toledo, OH  43612-3849 | TBD | TBD | Upon Surrender |
| Camphill Terminal LLC<br>c/o AMZ Management LLC<br>1-71 North Ave E<br>Elizabeth, NJ  07201 | 2875 Appleton Street<br>Camp Hill, PA  17011 | NA | NA | Upon Surrender |
| AMERACH LP<br>c/o AMZ Management LLC<br>1-71 North Ave E<br>Elizabeth, NJ  07201 | 2800 Appleton Street<br>Camp Hill, PA  17011-8001 | TBD | TBD | Upon Surrender |
| Work Street, LLC<br>c/o AMZ Management LLC<br>1-71 North Ave E<br>Elizabeth, NJ  07201 | 2550 South Work Street<br>Falconer, NY  14733 | TBD | TBD | 3/15/2019 |
| LEHCO LP<br>c/o AMZ Management LLC<br>1-71 North Ave E<br>Elizabeth, NJ  07201 | 457 Mahoning Drive<br>Lehighton, PA  18235-9701 | TBD | TBD | Upon Surrender |

| Landlord Name & Address | Designated Lease Location[1] | Related Property[2] | Name/Address for Related Property (if applicable) | Rejection Date |
|---|---|---|---|---|
| 12731 RTE. 30 CORP<br>c/o AMZ Management LLC<br>1-71 North Ave E<br>Elizabeth, NJ  07201 | 12731 Route 30 West<br>Irwin, PA  15642 | TBD | TBD | 3/15/2019 |
| North Turbo Corp.<br>c/o AMZ Management LLC<br>1-71 North Ave E<br>Elizabeth, NJ  07201 | RD #1 (Parcel 00-008-024A)<br>Town of Watsontown<br>Township of Delaware, PA | TBD | TBD | 3/15/2019 |
| MILTON PROPERTIES LP<br>c/o AMZ Management LLC<br>1-71 North Ave E<br>Elizabeth, NJ  07201 | 110 Sodom Road<br>Milton, PA  17847 | TBD | TBD | 3/15/2019 |
| D M Express<br>URB GARDEN HILLS<br>CALLE MEADOW LANE A5<br>Guaynabo, PR 00966 | Puerto Rico<br>Centro Mercantil Internacional<br>EDIF 5 Local 1<br>Guaynabo, PR 00966-3919 | TBD | TBD | 3/31/2019 |
| 55 DELTA LLC<br>c/o AMZ Management LLC<br>1-71 North Ave E<br>Elizabeth, NJ  07201 | 400 Division Street (Lot 0337)<br>Pawtucket, RI  02860 | TBD | TBD | 3/15/2019 |
| 55 DELTA LLC<br>c/o AMZ Management LLC<br>1-71 North Ave E<br>Elizabeth, NJ  07201 | 466 Division Street (Lot 0705)<br>Pawtucket, RI  02860 | TBD | TBD | 3/15/2019 |
| 55 DELTA LLC<br>c/o AMZ Management LLC<br>1-71 North Ave E<br>Elizabeth, NJ  07201 | 55 Delta Drive (Lot 0344)<br>Pawtucket, RI  02860 | TBD | TBD | 3/15/2019 |
| 345 Walcott Street, LLC<br>c/o AMZ Management LLC<br>1-71 North Ave E<br>Elizabeth, NJ  07201 | 345 Walcott St<br>Pawtucket, RI | TBD | TBD | 3/15/2019 |
| Jafray Realty Inc.<br>c/o Pascal Service Corporation<br>51 Delta Drive<br>Pawtucket, RI  02860 | 51 Delta Drive<br>Pawtucket, RI  02860 | NA | NA | 3/31/2019 |
| RICHMOND TERMINAL LLC<br>c/o AMZ Management LLC<br>1-71 North Ave E<br>Elizabeth, NJ  07201 | 6110 Jefferson Davis Highway<br>Richmond, VA  23234 | TBD | TBD | 3/15/2019 |
| MG Roanoke/Plantation LLC<br>5607 Grove St<br>Richmond, VA  23226 | 1919 Plantation Road NE<br>Roanoke, VA  24012 | TBD | TBD | 3/31/2019 |
| Burmont LLC<br>c/o AMZ Management LLC<br>1-71 North Ave E<br>Elizabeth, NJ  07201 | 1087 Avenue D Extension<br>Williston, VT  05495 | TBD | TBD | 3/15/2019 |

| Landlord Name & Address | Designated Lease Location[1] | Related Property[2] | Name/Address for Related Property (if applicable) | Rejection Date |
|---|---|---|---|---|
| PCG, Inc<br>Attn: Pat Graney<br>412 Tennessee Ave<br>Charleston, WV  25302 | 500 River East Drive<br>Belle, WV 25015 | TBD | TBD | 3/31/2019 |

[1]. Shaded Designated Leases indicates an Auction Location.
[2]. Related Property being abandoned by the Debtors may include property in which a third-party has an interest.