Order Filed on April 4, 2019 by
Clerk U.S. Bankruptcy Court
District of New Jersey

| |
|---|
| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY **Caption in compliance with D.N.J. LBR 9004-1** |
| **GIBBONS P.C.** Karen A. Giannelli, Esq. Mark B. Conlan, Esq. Brett S. Theisen, Esq. One Gateway Center Newark, New Jersey  07102 Telephone:  (973) 596-4500 Facsimile:   (973) 596-0545 E-mail:  kgiannelli@gibbonslaw.com mconlan@gibbonslaw.com btheisen@gibbonslaw.com *Counsel to the Debtors and Debtors-in-Possession* |
| In re: NEW ENGLAND MOTOR FREIGHT, INC., *et al.*, Debtors.[1] |

Chapter 11

Case No. 19-12809 (JKS)

(Jointly Administered)

## ORDER DENYING VFS US LLC's MOTION FOR RELIEF FROM THE AUTOMATIC STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: April 4, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows:  New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC (4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMF Logistics, LLC (4666).

Page:      2
Debtor:    New England Motor Freight, Inc., et al.
Case No.   19-12809 (JKS) (jointly administered)
Caption:   Order Denying VFS US LLC's Motion for Relief from the Automatic Stay

Upon the motion of VFS US LLC under Bankruptcy Code section 362(d) for relief from the automatic stay [Dkt. No. 289] (the "Motion"), and notice of the Motion being sufficient under the circumstances, and it appearing that no other or further notice need be provided; and the Court having considered the parties' arguments and objections, the evidence submitted prior to and at the hearing held April 1, 2019 and continued to April 3, 2019 (together, the "Hearing"), and the testimony of witnesses; and after due deliberation and sufficient cause appearing;

IT IS on this 4th day of April, 2019, ORDERED that:

1. The Motion is DENIED, for the reasons set forth by the Court on the record at the Hearing.