| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY  **Caption in compliance with D.N.J. LBR 9004-1**  **GIBBONS P.C.**  Karen A. Giannelli, Esq.  Mark B. Conlan, Esq.  Brett S. Theisen, Esq.  One Gateway Center  Newark, New Jersey 07102  Telephone: (973) 596-4500  Facsimile: (973) 596-0545  E-mail: kgiannelli@gibbonslaw.com  mconlan@gibbonslaw.com  btheisen@gibbonslaw.com  *Counsel to the Debtors and Debtors-in-Possession* | **Order Filed on April 4, 2019 by Clerk U.S. Bankruptcy Court District of New Jersey** |
| In re:  NEW ENGLAND MOTOR FREIGHT, INC., *et al.*,  Debtors.[1] | Chapter 11  Case No. 19-12809 (JKS)  (Jointly Administered) |

## ORDER DENYING CAPITAL ONE, N.A.'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: April 4, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC (4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMF Logistics, LLC (4666).

Page:      2
Debtor:    New England Motor Freight, Inc., et al.
Case No.   19-12809 (JKS) (jointly administered)
Caption:   Order Denying Capital One, N.A.'s Motion for Relief from the Automatic Stay

Upon the motion of Capital One, N.A. ("Capital One"), under Bankruptcy Code section 362(d) for relief from the automatic stay [Dkt. No. 64] (the "Motion"), and notice of the Motion being sufficient under the circumstances, and it appearing that no other or further notice need be provided; and the Court having considered the parties' arguments and objections, the evidence submitted prior to and at the hearing on March 26, 2019, and the testimony of witnesses; and after due deliberation and sufficient cause appearing;

IT IS on this 27th day of March, 2019, ORDERED that:

1. The Motion is DENIED, for the reasons set forth by the Court on the record at the hearing held March 26, 2019.