**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**
Caption is in compliance with D.N.J. LBR 9004-1(b)

TROUTMAN SANDERS LLP
875 Third Avenue
New York, NY 10022
Tel: (212) 704-6000
Louis A. Curcio
David A. Pisciotta
E-mail: louis.curcio@troutman.com
david.pisciotta@troutman.com

*Attorneys for Santander Bank, N.A.*

Order Filed on April 4, 2019 by
Clerk U.S. Bankruptcy Court
District of New Jersey

In re:

NEW ENGLAND MOTOR FREIGHT, INC., *et al.*,

Debtors.[1]

Chapter 11

Case No. 19-12809 (JKS)

(Jointly Administered)

## ORDER CONCERNING REQUEST TO SEAL DOCUMENTS

The relief set forth on the following page is ORDERED.

**DATED: April 4, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC (4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMF Logistics, LLC (4666).

38475961v1

Upon the *Motion to Seal Exhibit A to the Certification of Louis A. Curcio in Further Support of Motion by Santander Bank, N.A. for Relief from the Automatic Stay With Respect to 205 Pieces of Collateral Owned by Debtor New England Motor Freight, Inc.*, and the Court having considered the Motion and any objections thereto, it is

☐ ORDERED that the request is denied and the underlying document(s) shall be deleted from the court's electronic filing system.

☒ ORDERED that the request is granted and the document(s) shall be sealed until the expiration of the judiciary records retention period at which time the document will be permanently deleted.

38475961v1