| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>**LOWENSTEIN SANDLER LLP**<br>Mary E. Seymour, Esq. (mseymour@lowenstein.com)<br>Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com)<br>One Lowenstein Drive<br>Roseland, NJ 07068<br>Tel: (973) 597-2500<br>Fax: (973) 597-2400<br>**-**and**-**<br>**ELLIOTT GREENLEAF, P.C.**<br>Rafael X. Zahralddin-Aravena, Esq.<br>Jonathan M. Stemerman, Esq.<br>Sarah Denis, Esq.<br>1105 Market Street, Suite 1700<br>Wilmington, DE 19801<br>Tel: (302)384-9400<br>Facsimile: (302)384-9399<br>*Proposed Counsel for the Official*<br>*Committee of Unsecured Creditors* | Order Filed on April 4, 2019 by<br>Clerk U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC., et al.,<br><br>Debtors.[1] | Case No.: 19-12809 (JKS)<br>Chapter: 11<br>(Jointly Administered)<br><br>Judge: Hon. John K. Sherwood |

**ORDER PURSUANT TO SECTIONS 328 AND 1103 OF THE BANKRUPTCY CODE AND FED. R. BANKR. P. 2014 AUTHORIZING THE EMPLOYMENT AND RETENTION OF COHNREZNICK LLP AS FINANCIAL ADVISOR AND COHNREZNICK CAPITAL MARKET SECURITIES, LLC AS INVESTMENT BANKER TO THE COMMITTEE OF UNSECURED CREDITORS *NUNC PRO TUNC* TO FEBRUARY 21, 2019**

**DATED: April 4, 2019**

The relief set forth on the following pages,

*/s/ John K. Sherwood*

Honorable John K. Sherwood
United States Bankruptcy Court

---

[1] The Debtors in these chapter 11 cases and the last as follows: New England Motor Freight, Inc. (769 Inc. (2777); Apex Logistics, Inc. (5347) Jans Lea (4357); MyJohn, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMF Logistics, LLC (4666).

36527/2
03/22/2019 **203945345**.1

Debtors[1]: NEW ENGLAND MOTOR FREIGHT, INC., et al.
Case No.: 19-12809 (JKS)
Caption: ORDER PURSUANT TO SECTIONS 328 AND 1103 OF THE BANKRUPTCY CODE AND FED. R. BANKR. P. 2014 AUTHORIZING THE EMPLOYMENT AND RETENTION OF COHNREZNICK LLP AS FINANCIAL ADVISOR AND COHNREZNICK CAPITAL MARKET SECURITIES, LLC AS INVESTMENT BANKER TO THE COMMITTEE OF UNSECURED CREDITORS *NUNC PRO TUNC* TO FEBRUARY 21, 2019

Upon the application (the "**Application**") of the Official Committee of Unsecured Creditors (the "**Committee**") in the above-captioned bankruptcy case of the debtors (the "**Debtors**"), for entry of an order permitting the Committee to employ and retain CohnReznick LLP ("**CohnReznick**") as its financial advisor and CohnReznick Capital Market Securities, LLC ("**CRC**") as investment banker, effective as of February 21, 2019, and upon consideration of the Certification of Kevin P. Clancy (the "**Clancy Certification**") in support of the Application; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Application and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409, and due and proper notice of the Application having been provided to the necessary parties, and it appearing that no other or further notice need be provided; and it appearing that CohnReznick and CRC neither hold nor represent any interest adverse to the Debtors' estates; and it appearing that CohnReznick and CRC are "disinterested persons," as that term is defined in Bankruptcy Code section 101(14); and it appearing that the relief requested in the Application is in the best interests of the Debtors, their estates, creditors and other parties in interest; and as required by section 327(a) of the Bankruptcy Code; and notice of the Application having been adequate and appropriate under the circumstances; and after due deliberation and sufficient cause appearing therefor; it is hereby

**ORDERED,** that the Application is granted; and it is further

Page 3

Debtors[1]: NEW ENGLAND MOTOR FREIGHT, INC., et al.

Case No.: 19-12809 (JKS)

Caption: ORDER PURSUANT TO SECTIONS 328 AND 1103 OF THE BANKRUPTCY CODE AND FED. R. BANKR. P. 2014 AUTHORIZING THE EMPLOYMENT AND RETENTION OF COHNREZNICK LLP AS FINANCIAL ADVISOR AND COHNREZNICK CAPITAL MARKET SECURITIES, LLC AS INVESTMENT BANKER TO THE COMMITTEE OF UNSECURED CREDITORS *NUNC PRO TUNC* TO FEBRUARY 21, 2019

**ORDERED,** that pursuant to sections 328 and 1103(a) of the Bankruptcy Code, the Committee shall be, and hereby is authorized to retain and employ CohnReznick LLP as its financial advisor and CohnReznick Capital Market Securities, LLC as its investment banker *nunc pro tunc* to February 21, 2019 and in accordance with the terms and conditions set forth in the Application; and it is further

**ORDERED**, that CohnReznick and CRC will file fee applications for interim and final allowance of compensation and reimbursement of expenses pursuant to the procedures set forth in sections 330 and 331 of the Bankruptcy Code; and it is further

**ORDERED**, that to the extent that this Order is inconsistent with the application, the terms of this Order shall govern; and it is further

**ORDERED**, that the Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.