Order Filed on April 4, 2019 by
Clerk U.S. Bankruptcy Court
District of New Jersey

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**
Caption in compliance with D.N.J. LBR 9004-1(b)

David V. Fontana, Esquire
Lisa Bittle Tancredi, Esquire (*pro hac vice*)
Keith M. Lusby, Esquire (*pro hac vice*)
GEBHARDT & SMITH LLP
One South Street, Suite 2200
Baltimore, Maryland 21202
E-mail:  dfont@gebsmith.com
Tel: 410-385-5053
*Counsel for T.D. Bank, N.A.*

In re:

NEW ENGLAND MOTOR FREIGHT, INC., *et al.*,[1]

Debtors.

Case No.: 19-12809 (JKS)

Chapter 11

(Jointly Administered)

## ORDER CONCERNING REQUEST TO SEAL DOCUMENTS

The relief set forth on the following page is hereby **ORDERED**.

**DATED: April 4, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

---

[1]    The Debtors in these chapte[r] identification number are as follow[s:] Ways, Inc. (3461); NEMF World [...] Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC (4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMF Logistics, LLC (4666).

Page:     2
Debtor:   New England Motor Freight, Inc., et al.
Case No.: 19-12809 (JKS)
Caption:  Order Concerning Request to Seal Documents

---

Upon the Motion To Seal The Supplemental Certification Of Jay Caron Dated March 25, 2019 And Exhibit A Thereto In Further Support Of Its Motion For Relief From The Automatic Stay, and the Court having considered the Motion any objections thereto, it is

___ ORDERED that the request is denied and the underlying document(s) shall be deleted from the court's electronic filing system.

_x_ ORDERED that the request is granted and the document(s) shall be sealed until the expiration of the judiciary records retention period at which time the document will be permanently deleted.