| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY** <br> Caption in compliance with D.N.J. LBR 9004-1(b) <br><br> **McCARTER & ENGLISH, LLP** <br> Joseph Lubertazzi, Jr. <br> Peter M. Knob <br> Four Gateway Center <br> 100 Mulberry Street <br> Newark, NJ 07102 <br> Telephone: (973) 622-4444 <br> Facsimile: (973) 624-7070 <br> Email: jlubertazzi@mccarter.com <br>             pknob@mccarter.com <br><br> *Attorneys for Capital One, N.A.* | Order Filed on April 4, 2019 by <br> Clerk U.S. Bankruptcy Court <br> District of New Jersey |
| In re: <br><br> NEW ENGLAND MOTOR FREIGHT, INC., *et al.*,[1] <br><br> Debtors. | Case No.: 19-12809 (JKS) <br><br> Chapter 11 <br><br> (Jointly Administered) |

# ORDER CONCERNING REQUEST TO SEAL DOCUMENTS

The relief set forth on the following page is hereby **ORDERED**.

**DATED: April 4, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

---

[1] The Debtors in these chapte identification number are as follow Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC (4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMF Logistics, LLC (4666).

ME1 29898710v.1

Page: 2
Debtor: New England Motor Freight, Inc., et al.
Case No.: 19-12809 (JKS)
Caption: Order Concerning Request to Seal Documents

On request of Capital One, N.A. to seal the following document(s): the Supplemental Certification of Mark Polis dated March 20, 2019 and Exhibit A Thereto in Further Support of Capital One's Motion for Relief from the Automatic Stay; and the Court having considered the request and any objections thereto, it is

☐ ORDERED that the request is denied and the underlying document(s) shall be deleted from the court's electronic filing system.

☒ ORDERED that the request is granted and the document(s) shall be sealed until the expiration of the judiciary records retention period at which time the document will be permanently deleted.

*rev.8/1/15*

ME1 29898710v.1