**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**Caption in compliance with D.N.J. LBR 9004-1(b)**

**McCARTER & ENGLISH, LLP**
Joseph Lubertazzi, Jr.
Peter M. Knob
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
Telephone: (973) 622-4444
Facsimile: (973) 624-7070
Email: jlubertazzi@mccarter.com
       pknob@mccarter.com

*Attorneys for Capital One, N.A.*

In re:

NEW ENGLAND MOTOR FREIGHT, INC., *et al.*,[1]

Debtors.

Case No.: 19-12809 (JKS)

Chapter 11

(Jointly Administered)

**Hearing Date and Time:**
**April 8, 2019, at 11:00 a.m.**

**RESERVATION OF RIGHTS IN CONNECTION WITH DEBTORS' MOTION
FOR ORDERS (I)(A) APPROVING BIDDING PROCEDURES AND AUCTION AND
(B) SCHEDULING SALE HEARING AND APPROVING NOTICE THEREOF;
(II) AUTHORIZING THE SALE OF SUBSTANTIALLY ALL OF DEBTORS'
EASTERN FREIGHT WAYS, INC. AND CARRIER INDUSTRIES, INC.'S
ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES,
AND OTHER INTERESTS; (III) AUTHORIZING THE ASSUMPTION AND
ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND
UNEXPIRED LEASES; AND (IV) GRANTING RELATED RELIEF**

Capital One, N.A. ("Capital One"), by and through its undersigned counsel, hereby submits this Reservation of Rights in connection with *Debtors' Motion For Orders (I)(A)*

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC (4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMF Logistics, LLC (4666).

ME1 30107317v.1

*Approving Bidding Procedures and Auction and (B) Scheduling Sale Hearing and Approving Notice Thereof; (II) Authorizing the Sale of Substantially all of Debtors' Eastern Freight Ways, Inc. and Carrier Industries, Inc.'s Assets Free and Clear of All Liens, Claims, Encumbrances, and Other Interests; (III) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (IV) Granting Related Relief* [Dkt. No. 335] (the "Motion").

1.  At this time Capital One takes no position with respect to the Debtors' request for entry of an order approving bidding procedures and an auction and scheduling a sale hearing. Capital One reserves all other rights and objections relating to the Motion, the relief sought thereby, the conduct of the auction, and any proposed sale, including, without limitation, all objections relating to whether the sale satisfies Section 363 of the Bankruptcy Code.

Date: April 5, 2019
Newark, NJ

**McCARTER & ENGLISH, LLP**

By: */s/ Joseph Lubertazzi, Jr.*
    Joseph Lubertazzi, Jr.
    A Member of the Firm

Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
Telephone: (973) 639-2082
Facsimile: (973) 297-3940
jlubertazzi@mccarter.com

*Attorneys for Capital One, N.A.*

2

ME1 30107317v.1