**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**
Caption in compliance with D.N.J. LBR 9004-1(b)

**McCARTER & ENGLISH, LLP**
Joseph Lubertazzi, Jr.
Peter M. Knob
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
Telephone: (973) 622-4444
Facsimile: (973) 624-7070
Email: jlubertazzi@mccarter.com
         pknob@mccarter.com

*Attorneys for Capital One, N.A.*

---

In re:

NEW ENGLAND MOTOR FREIGHT, INC., *et al.*,[1]

Debtors.

Case No.: 19-12809 (JKS)

Chapter 11

(Jointly Administered)

**Hearing Date and Time:**
**April 8, 2019, at 11:00 a.m.**

## CERTIFICATION OF SERVICE

1. I, Linda Restivo, with the firm of McCarter English, LLP, counsel for Capital One, N.A., hereby certify as follows:

2. On April 5, 2019, I served a copy of the following document on the parties listed in the chart annexed hereto, including counsel to the Debtor, the US Trustee, the Official

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC (4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMF Logistics, LLC (4666).

ME1 30108111v.1

Committee of Unsecured Creditors, counsel to the pre-petition secured lenders, and parties requesting notice pursuant to Bankruptcy Rule 2002, most of whom also receive notice through the Court's CMECF notification system:

- *Capital One's Reservation of Rights in Connection with Debtors' Motion for Orders (I)(A) Approving Bidding Procedures and Auction and (B) Scheduling Sale Hearing and Approving Notice Thereof; (II) Authorizing the Sale of Substantially All of Debtors' Eastern Freight Ways, Inc. and Carrier industries, Inc.'s Assets Free and Clear of All Liens, Claims, Encumbrances, and Other interests; (III) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (IV) Granting Related Relief* [Docket No. 405].

3. I hereby certify under penalty of perjury that the above documents were served using the mode of service indicated.

Date:   April 5, 2019                              */s/ Linda Restivo*
       Newark, New Jersey                         Linda Restivo

**Service List**

| Name1 | Name2 | Fax | CMECF | Email | Party Function |
|---|---|---|---|---|---|
| AAA COOPER TRANSPORTATION | TIFFANY ENGELHUBER | (855) 354-7164 | No | | OFFICIAL COMMITTEE OF UNSECURED CREDITORS |
| BENESCH FRIEDLANDER COPLAN & ARONOFF LLP | KEVIN M CAPUZZI | | Yes | KCAPUZZI@BENESCHLAW.COM | COUNSEL FOR AMAZON.COM SERVICES INC FORMERLY AMAZON FULFILLMENT SERVICES INC |
| CHIESA SHAHINIAN & GIANTOMASI PC | BETH J ROTENBERG,ESQ | | Yes | BROTENBERG@CSGLAW.COM | COUNSEL FOR BERKLEY INSURANCE COMPANY |
| CHIESA SHAHINIAN & GIANTOMASI PC | FRANK PERETORE,ESQ | | Yes | FPERETORE@CSGLAW.COM | COUNSEL FOR WELLS FARGO EQUIPMENT FINANCE INC |
| CHIESA SHAHINIAN & GIANTOMASI PC | ROBERT E NIES,ESQ | | Yes | RNIES@CSGLAW.COM | COUNSEL FOR BERKLEY INSURANCE COMPANY |
| CHIESA SHAHINIAN & GIANTOMASI PC | MICHAEL R CARUSO,ESQ | | Yes | MCARUSO@CSGLAW.COM | COUNSEL FOR WELLS FARGO EQUIPMENT FINANCE INC |
| COLE SCHOTZ PC | MICHAEL D SIROTA,ESQ | | Yes | MSIROTA@COLESCHOTZ.COM | COUNSEL FOR GREAT DANE LLC |
| COLE SCHOTZ PC | JACOB S FRUMKIN,ESQ | | Yes | JFRUMKIN@COLESCHOTZ.COM | COUNSEL FOR GREAT DANE LLC |
| CONNELL FOLEY LLP | ROBERT K SCHEINBAUM,ESQ | 973-535-9217 | No | | COUNSEL FOR NEW JERSEY MANUFACTURES COMPANY |
| DAIMIER TRUST | C/O BK SERVICING LLC | | Yes | NOTICES@BKSERVICING.COM | |
| DILWORTH PAXSON LLP | SCOTT J FREEDMAN | | Yes | SFREEDMAN@DILWORTHLAW.COM | COUNSEL FOR CORCENTRIC LLC |
| DINSMORE & SHOHL LLP | GRACE WINKLER CRANLEY,ESQ | | Yes | GRACE.CRANLEY@DINSMORE.COM | COUNSEL FOR RLI INSURANCE COMPANY |
| DREIFUSS BONACCI & PARKER PC | JOANNE M BONACCI | | Yes | JBONACCI@DBPLAWFIRM.COM | COUNSEL FOR RLI INSURANCE COMPANY |
| DREIFUSS BONACCI & PARKER PC | PAUL M MCCORMICK,ESQ | | No | PMCCORMICK@DBPLAWFIRM.COM | COUNSEL FOR RLI INSURANCE COMPANY |
| ELLIOT GREENLEAF | R X ZAHRALDDIN- ARAVENA;JONATHAN M STEMERMAN | | No | RXZA@ELLIOTTGREENLEAF.COM;JMS@ELLIOTTGREENLEAF.COM;SXD@ELLIOTTGREENLEAF.COM | PROPOSED COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS |
| FRESHFIELDS BRUCKHAUS DERINGER | MARK F LISCIO | | No | MARK.LISCIO@FRESHFIELDS.COM;NEAL.MODI@FRESHFIELDS.COM;SCOTT.TALMADGE@FRESHFIELDS.COM | COUNSEL TO LENDER |
| FRESHFIELDS BRUCKHAUS DERINGER US LLP | MARK F LISCIO | | No | MARK.LISCIO@FRESHFIELDS.COM;NEAL.MODI@FRESHFIELDS.COM;SCOTT.TALMADGE@FRESHFIELDS.COM | COUNSEL FOR JP MORGAN CHASE NA |
| FROST BROWN TODD LLC | MARK A PLATT | | Yes | MPLATT@FBTLAW.COM | COUNSEL FOR OMNITRACS LLC |
| GEBHARDT & SMITH LLP | JAMES M SMITH | | Yes | JSMITH@GEBSMITH.COM | COUNSEL TO TD BANK, N.A. |
| GEBHARDT & SMITH LLP | DAVID V FONTANA,ESQ | | Yes | DFONT@GEBSMITH.COM | COUNSEL FOR TD BANK NA |
| GEBHARDT & SMITH LLP | LISA BITTLE TANCREDI | | Yes | LTANCREDI@GEBSMITH.COM | COUNSEL TO TD BANK |
| GEBHARDT & SMITH LLP | LISA BITTLE TANCREDI | | Yes | LTANCREDI@GEBSMITH.COM | COUNSEL TO TD BANK |

| Name1 | Name2 | Fax | CMECF | Email | Party Function |
|---|---|---|---|---|---|
| GIBBONS P.C. | KAREN A. GIANNELLI, ESQ. | | Yes | kgiannelli@gibbonslaw.com | PROPOSED COUNSEL TO THE DEBTORS |
| GIBBONS P.C. | MARK B. CONLAN, ESQ. | | Yes | mconlan@gibbonslaw.com | PROPOSED COUNSEL TO THE DEBTORS |
| GIBBONS P.C. | BRETT S. THEISEN, ESQ. | | Yes | btheisen@gibbonslaw.com | PROPOSED COUNSEL TO THE DEBTORS |
| GREENBERG TRAURIG | ALAN J. BRODY | | Yes | BRODYA@GTLAW.COM | COUNSEL TO LENDER |
| GREENBERG TRAURIG LLP | ALAN J BRODY,ESQ | | Yes | BRODYA@GTLAW.COM | COUNSEL FOR JP MORGAN CHASE NA |
| HINMAN HOWARD & KATTELL LLP | KEVIN J BLOOM,ESQ | | No | KBLOOM@HHK.COM | COUNSEL FOR MIRABITO HOLDINGS INC |
| JM PARTNERS LLC | JOHN MARSHALL | | Yes | JMARSHALL@JMPARTNERSLLC.COM | |
| KLEHR HARRISON HARVEY BRANZBURG LLP | CHARLES A ERCOLE;RONA J ROSEN | | Yes | CERCOLE@KLEHR.COM;RROSEN@KLEHR.COM | COUNSEL FOR CLASS PLAINTIFF'S AND THE PUTATIVE CLASS |
| LANDSTAR TRANSPORTATION LOGISTICS, INC. | SPRYTE KIMMEY | (800) 862-9271 | No | | OFFICIAL COMMITTEE OF UNSECURED CREDITORS |
| LOWENSTEIN SANDLER LLP | MARY E SEYMOUR;JOSEPH J DIPASQUALE | | Yes | MSEYMOUR@LOWENSTEIN.COM;JDIPASQUALE@LOWENSTEIN.COM | PROPOSED COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CRDITORS |
| MAYNARD O'CONNOR SMITH & CATALINOTTO LLP | JUSTIN W GRAY,ESQ | | No | GRAY@MOSCLLP.COM | COUNSEL FOR DANIEL RINALDI |
| MCCARTER & ENGLISH LLP | JOSEPH LUBERTAZZI JR.,ESQ | | Yes | JLUBERTAZZI@MCCARTER.COM | COUNSEL FOR CAPITAL ONE NA |
| MCCARTER & ENGLISH, LLP | PETER KNOB | | Yes | PKNOB@MCCARTER.COM | COUNSEL TO CAPITAL ONE, N.A. |
| MCELROY DEUTSCH MULVANEY & CARPENTER LLP | VIRGINIA T SHEA,ESQ | | Yes | VSHEA@MDMC-LAW.COM | COUNSEL FOR VOLVO FINANCIAL SERVICES, A DIV OF VFS US LLC;MACK FINANCIAL SERVICES, A DIV OF VFS US LLC;NORTH AMERICAN TRANSACTION SERVICES, A DIV OF VFS US LLC |
| MCELROY DEUTSCH MULVANEY & CARPENTER LLP | GARY D BRESSLER,ESQ | | Yes | GBRESSLER@MDMC-LAW.COM | COUNSEL FOR VOLVO FINANCIAL SERVICES, A DIV OF VFS US LLC;MACK FINANCIAL SERVICES, A DIV OF VFS US LLC;NORTH AMERICAN TRANSACTION SERVICES, A DIV OF VFS US LLC |
| MCMANIMON, SCOTLAND AND BAUMANN, LLC | ANTHONY SODONO, III; SARI PLACONA | | Yes | ASODONO@MSBNJ.COM; SPLACONA@MSBNJ.COM | LOCAL COUNSEL FOR MERCEDES BENZ FINANCIAL SERVICES USA LLC;JALIL WALTERS AND RASHEEDA CARTER |
| MORTON & CRAIG LLC | JOHN R MORTON JR, ESQ | | Yes | john.morton3@verizon.net | COUNSEL FOR CAB EAST LLC, SERVICED BY FORD MOTOR CREDIT COMPANY |
| NORRIS MCLAUGHLIN PA | MORRIS S BAUER,ESQ | | Yes | MSBAUER@NORRIS-LAW.COM | COUNSEL FOR EAST RIVER ENERGY INC |
| NORRIS MCLAUGHLIN PA | CATHERINE L COREY,ESQ | | Yes | CLCOREY@NORRIS-LAW.COM | COUNSEL FOR EAST RIVER ENERGY INC |
| OFFICE OF UNEMPLOYMENT COMPENSATION TAX SERVICES | DEB SECREST,AUTHORIZED AGENT | | No | RA-LI-UCTS-BANKRUPT@STATE.PA.US | |
| PA- DEPT OF ENVIRONMENTAL PROTECTION | BRIAN GLASS, OFFICE OF THE CHIEF COUNSEL | | Yes | BRIAGLASS@PA.GOV | |
| PA DEPT OF REVENUE | DENISE A KUHN, SEN DEPUTY ATTORNEY GEN | | No | DKUHN@ATTORNEYGENERAL.GOV | |

| Name1 | Name2 | Fax | CMECF | Email | Party Function |
|---|---|---|---|---|---|
| PRICE MEESE SHULMAN & D'ARMINIO PC | RICK A STEINBERG,ESQ | | Yes | RSTEINBERG@PRICEMEESE.COM | COUNSEL FOR TOTE MARITIME |
| REED SMITH LLP | CHRISTOPHER A. LYNCH | | Yes | CLYNCH@REEDSMITH.COM | COUNSEL FOR FIFTH THIRD BANK |
| RIKER DANZIG SCHERER HYLAND & PERRETTI LLP | JOSEPH L SCHWARTZ;MICHAEL TRENTIN | | Yes | JSCHWARTZ@RIKER.COM;MTRENTIN@RIKER.COM | COUNSEL FOR LUCKY'S ENERGY SERVICE INC |
| SECURITIES EXCHANGE COMMISSION | NEW YORK REGIONAL OFFICE | (212) 336-1323 | No | | GOVT. ENTITY |
| SHIPMAN & GOODWIN LLP | ERIC S GOLDSTEIN,ESQ | | Yes | EGOLDSTEIN@GOODWIN.COM | COUNSEL FOR UNITED HEALTHCARE SERVICES INC |
| SQUIRE PATTON BOGGS | NORMAN N KINEL | | Yes | NORMAN.KINEL@SQUIREPB.COM | COUNSEL TO EAST WEST BANK |
| SQUIRE PATTON BOGGS (US) LLP | NORMAN N KINEL,ESQ | | Yes | NORMAN.KINEL@SQUIREPB.COM | COUNSEL FOR EAST WEST BANK |
| TROUTMAN SANDERS | DAVID A PISCIOTTA | | Yes | DAVID.PISCIOTTA@TROUTMAN.COM | COUNSEL TO SANTANDER BANK |
| TROUTMAN SANDERS | LOUIS CURCIO | | Yes | LOUIS.CURCIO@TROUTMAN.COM | COUNSEL TO SANTANDER BANK |
| TROUTMAN SANDERS | ALISSA PICCIONE | | Yes | ALISSA.PICCIONE@TROUTMAN.COM | COUNSEL TO SANTANDER BANK |
| TROUTMAN SANDERS LLP | LOUIS A CURCIO,ESQ | | Yes | LOUIS.CURCIO@TROUTMAN.COM | COUNSEL FOR SANTANDER BANK NA |
| TROUTMAN SANDERS LLP | DAVID A PISCIOTTA,ESQ | | Yes | DAVID.PISCIOTTA@TROUTMAN.COM | COUNSEL FOR SANTANDER BANK NA |
| TURNER LAW FIRM LLC | ANDREW R TURNER,ESQ | 973-763-0568 | No | | COUNSEL FOR PROTECTIVE INSURANCE |
| UNITED STATES DEPARTMENT OF JUSTICE | PETER J. D'AURIA,ESQ; MITCHELL HAUSMAN | | Yes | PETER.J.D'AURIA@USDOJ.GOV; MITCHELL.B.HAUSMAN@USDOJ.GOV; USTPRegion03.NE.ECF@usdoj.gov | COUNSEL FOR UNITED STATES TRUSTEE |
| UNITED STATES TRUSTEE | | | Yes | jeffrey.m.sponder@usdoj.gov; Mitchell.B.Hausman@usdoj.gov; Peter.J.D'Auria@usdoj.gov; USTPRegion03.NE.ECF@usdoj.gov | GOVT. ENTITY |
| UPDIKE KELLY & SPELLACY PC | EVAN S GOLDSTEIN, ESQ | | Yes | EGOLDSTEIN@UKS.COM | COUNSEL FOR WEBSTER CAPITAL FINANCE INC |
| WASSERMAN JURISTA & STOLZ PC | DANIEL M STOLZ,ESQ | | Yes | DSTOLZ@WJSLAW.COM | PROPOSED CONFLICTS COUNSEL TO DEBTOR |
| WASSERMAN JURISTA & STOLZ PC | DONALD W CLARKE,ESQ | | Yes | DCLARKE@WJSLAW.COM | PROPOSED CONFLICTS COUNSEL TO DEBTOR |
| WHITEFORD TAYLOR PRESTON LLP | PAUL M NUSSBAUM | | No | PNUSSBAUM@WTPLAW.COM | SPECIAL COUNSEL TO THE DEBTORS |
| KML LAW GROUP, P.C. | KEVIN G. MCDONALD, ESQ. | | Yes | KMCDONALD@KMLLAWGROUP.COM | COUNSEL TO VM CREDIT LEASING, LTD |