## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC., *et al.*, | Case No. 19-12809 (JKS) |
| Debtors.[1] | (Jointly Administered) |

## GLOBAL NOTES, METHODOLOGY AND SPECIFIC DISCLOSURES REGARDING THE DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS

### Introduction

New England Motor Freight, Inc., Eastern Freight Ways, Inc., NEMF World Transport, Inc., Apex Logistics, Inc., Jans Leasing Corp., Carrier Industries, Inc., Myar, LLC, MyJon, LLC, Hollywood Avenue Solar, LLC, United Express Solar, LLC, and NEMF Logistics, LLC (collectively, the "**Debtors**")[2] with the assistance of their advisors, have filed their respective Schedules of Assets and Liabilities (the "**Schedules**") and Statements of Financial Affairs (the "**Statements**," and together with the Schedules, the "**Schedules and Statements**") with the United States Bankruptcy Court for the District of New Jersey (the "**Bankruptcy Court**"), pursuant to section 521 of title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**").

These Global Notes, Methodology, and Specific Disclosures Regarding the Debtors' Schedules of Assets and Liabilities and Statement of Financial Affairs (the "**Global Notes**") pertain to, are incorporated by reference in, and comprise an integral part of each Debtor's Schedules and Statements. The Global Notes should be referred to, considered, and reviewed in connection with any review of the Schedules and Statements.

The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("**GAAP**"), nor are they intended to be fully reconciled with the financial statements of each Debtor (whether publicly filed or otherwise). Additionally, the Schedules and Statements

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC (4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMF Logistics, LLC (4666).

[2] A detailed description of the Debtors and their businesses, and the facts and circumstances surrounding the Debtors' chapter 11 cases are set forth in the *Declaration of Vincent Colistra in Support of Debtors' Chapter 11 Petitions and First Day Motions* filed contemporaneously with the Debtors' voluntary chapter 11 petitions for relief filed under the Bankruptcy Code on February 11, 2019 [Dkt No. 22].

contain unaudited information that is subject to further review and potential adjustment, and reflect the Debtors' reasonable efforts to report the assets and liabilities of each Debtor on an unconsolidated basis.  Moreover, given, among other things, the uncertainty surrounding the collection and ownership of certain assets and the valuation and nature of certain liabilities, to the extent that a Debtor shows more assets than liabilities, this is not an admission that the Debtor was solvent as of the Petition Date (as defined below) or at any time before the Petition Date.  Likewise to the extent a Debtor shows more liabilities than assets, this is not an admission that the Debtor was insolvent at any time before the Petition Date or on the Petition Date.

In preparing the Schedules and Statements, the Debtors relied upon information derived from their books and records that was available at the time of such preparation. Although the Debtors have made reasonable efforts to ensure the accuracy and completeness of such financial information, inadvertent errors or omissions, as well as the discovery of conflicting, revised, or subsequent information, may cause a material change to the Schedules and Statements.

The Debtors and their officers, employees, agents, attorneys, and financial advisors do not guarantee or warrant the accuracy or completeness of the data that is provided in the Schedules and Statements and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating or delivering the information contained in the Schedules and Statements. Except as expressly required by the Bankruptcy Code, the Debtors and their officers, employees, agents, attorneys and financial advisors expressly do not undertake any obligation to update, modify, revise, or re-categorize the information provided in the Schedules and Statements or to notify any third party should the information be updated, modified, revised, or re-categorized. The Debtors, on behalf of themselves, their officers, employees, agents and advisors disclaim any liability to any third party arising out of or related to the information contained in the Schedules and Statements and reserve all rights with respect thereto.

Mr. Vince Colistra has signed each of the Schedules and Statements in his capacity as Chief Restructuring Officer of each of the Debtors.   In reviewing and signing the Schedules and Statements, Mr. Colistra has relied upon  the efforts, statements and representations of various personnel employed by the Debtors. Mr. Colistra has not (and could not have) personally verified the accuracy of each such statement and representation, including, for example, statements and representations concerning amounts owed to creditors and their addresses.

The Global Notes are in addition to any specific notes contained in each Debtor's Schedules and Statements.  The fact that the Debtors have prepared Global Notes or specific notes with respect to any information in the Schedules and Statements and not to other information in the Schedules and Statements should not be interpreted as a decision by the Debtors to exclude the applicability of such Global Notes or specific notes to any of the Debtors' remaining Schedules and Statements, as appropriate.

## <u>Global Notes and Overview of Methodology</u>

1. **<u>Reservation of Rights</u>**. Reasonable efforts have been made to prepare and file complete

and accurate Schedules and Statements; however, inadvertent errors or omissions may exist. The Debtors reserve all rights to amend or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including, without limitation, the right to amend the Schedules and Statements with respect to any claim ("**Claim**") description, designation, or Debtor against which the Claim is asserted; dispute or otherwise assert offsets or defenses to any Claim reflected in the Schedules and Statements as to amount, liability, priority, status, or classification; subsequently designate any Claim as "disputed," "contingent," or "unliquidated;" or object to the extent, validity, enforceability, priority, or avoidability of any Claim. Any failure to designate a Claim in the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such Claim or amount is not "disputed," "contingent," or "unliquidated." Listing a Claim does not constitute an admission of liability by the Debtor against which the Claim is listed or against any of the Debtors. Furthermore, nothing contained in the Schedules and Statements shall constitute a waiver of rights with respect to the Debtors' chapter 11 cases, including, without limitation, issues involving Claims, substantive consolidation, defenses, equitable subordination, recharacterization, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code, and any other relevant non-bankruptcy laws to recover assets or avoid transfers. Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph. Notwithstanding the foregoing, the Debtors shall not be required to update the Schedules and Statements.

The listing in the Schedules or Statements (including, without limitation, Schedule A/B, Schedule E/F or Statement 4) by the Debtors of any obligation between a Debtor and another Debtor is a statement of what appears in the Debtors' books and records and does not reflect any admission or conclusion of the Debtors regarding whether such amount would be allowed as a Claim or how such obligations may be classified and/or characterized in a plan of reorganization or by the Bankruptcy Court.

2. **Description of Cases and "as of" Information Date**. On February 11, 2019 (the "**Petition Date**"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code. The Debtors are operating their businesses and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. On February 13, 2019, the Bankruptcy Court entered an order directing procedural consolidation and joint administration of the Debtors' chapter 11 cases [Docket No. 44].

**The asset information provided in the Schedules and Statements, except as otherwise noted, represents the asset data of the Debtors as of January 31, 2019, and the liability information provided herein, except as otherwise noted, represents the liability data of the Debtors as of February 11, 2019.**

3. **Net Book Value of Assets**. It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate assets for the Debtors to obtain current market valuations for all of their assets. Accordingly, unless otherwise indicated, the Debtors' Schedules and Statements reflect net book values as of January 31, 2019, in the Debtors' books and records. Additionally, because the book values of certain assets, may materially differ from their fair market values, they may be listed as undetermined amounts as of the

Petition Date. Furthermore, as applicable, assets that have fully depreciated or were expensed for accounting purposes may not appear in the Schedules and Statements if they have no net book value.

4. **Recharacterization**.   Notwithstanding the Debtors' reasonable efforts to properly characterize, classify, categorize, or designate certain Claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements, the Debtors may, nevertheless, have improperly characterized, classified, categorized, designated, or omitted certain items due to the complexity and size of the Debtors' businesses. Accordingly, the Debtors reserve all of their rights to recharacterize, reclassify, recategorize, redesignate, add, or delete items reported in the Schedules and Statements at a later time as is necessary or appropriate as additional information becomes available, including, without limitation, whether contracts or leases listed herein were deemed executory or unexpired as of the Petition Date and remain executory and unexpired postpetition.

5. **Real Property and Personal Property–Leased**. In the ordinary course of their businesses, the Debtors leased real property and various articles of personal property, including, fixtures, and equipment, from certain third-party lessors. The Debtors have made reasonable efforts to list all such leases in the Schedules and Statements. The Debtors have made reasonable efforts to include lease obligations on Schedule D (secured debt) to the extent applicable and to the extent the lessor filed a UCC-1. However, nothing in the Schedules or Statements is or shall be construed as an admission or determination as to the legal status of any lease (including whether to assume and assign or reject such lease or whether it is a true lease or a financing arrangement).

6. **Excluded Assets and Liabilities**. The Debtors have sought to allocate liabilities between the prepetition and post-petition periods based on the information and research conducted in connection with the preparation of the Schedules and Statements. As additional information becomes available and further research is conducted, the allocation of liabilities between the prepetition and post-petition periods may change.

The liabilities listed on the Schedules do not reflect any analysis of Claims under section 503(b)(9) of the Bankruptcy Code. Accordingly, the Debtors reserve all of their rights to dispute or challenge the validity of any asserted Claims under section 503(b)(9) of the Bankruptcy Code or the characterization of the structure of any such transaction or any document or instrument related to any creditor's Claim.

The Debtors have excluded certain categories of assets, tax accruals, and liabilities from the Schedules and Statements, including, without limitation, goodwill, accrued salaries, employee benefit accruals, and deferred gains. In addition, certain immaterial assets and liabilities may have been excluded.

The Bankruptcy Court has authorized the Debtors to pay, in their discretion, certain outstanding Claims on a post-petition basis. Prepetition liabilities which have been paid post-petition have been excluded from the Schedules and Statements. To the extent the Debtors pay any of the claims listed in the Schedules and Statements pursuant to any orders entered by the Bankruptcy Court, the Debtors reserve all rights to amend and supplement the Schedules and Statements and take other action, such as filing claims

objections, as is necessary and appropriate to avoid overpayment or duplicate payment for such liabilities.

7. **Insiders**.   Solely, for purposes of the Schedules and Statements, the Debtors define "insiders" to include the following: (a) directors; (b) senior level officers; (c) equity holders holding in excess of 5% of the voting securities of the Debtor entities; (d) Debtor affiliates; (e) trusts; (f) trust beneficiaries; and (g) relatives of any of the foregoing (to the extent known by the Debtors). Entities listed as "insiders" have been included for informational purposes and their inclusion shall not constitute an admission that those entities are insiders for purposes of section 101(31) of the Bankruptcy Code.

8. **Intellectual Property Rights**.   The exclusion of any intellectual property shall not be construed as an admission that such intellectual property rights have been abandoned, terminated, assigned, expired by their terms, or otherwise transferred pursuant to a sale, acquisition, or other transaction. Conversely, inclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have not been abandoned, terminated, assigned, expired by their terms, or otherwise transferred pursuant to a sale, acquisition, or other transaction.

In addition, although the Debtors have made diligent efforts to attribute intellectual property to the rightful Debtor entity, in certain instances, intellectual property owned by one Debtor may, in fact, be owned by another Debtor. Accordingly, the Debtors reserve all of their rights with respect to the legal status of any and all such intellectual property rights.

9. **Intercompany and Other Transactions**.  For certain reporting and internal accounting purposes, the Debtors record certain intercompany receivables and payables. Receivables and payables among the Debtors are reported as assets on Schedule A/B or liabilities on Schedule E/F part 2, as appropriate (collectively, the "***Intercompany Claims***"). Intercompany Claims are reported as of January 31, 2019, updated, where practical, to reflect values as of the Petition Date for accounts that have had material changes since January 31, 2019.  While the Debtors have used commercially reasonable efforts to ensure that the proper intercompany balance is attributed to each legal entity, the Debtors and their estates reserve all rights to amend the Intercompany Claims in the Schedules and Statements, including, without limitation, to change the characterization, classification, categorization or designation of such claims, including, but not limited to, the right to assert that any or all Intercompany Claims are, in fact, consolidated or otherwise properly assets or liabilities of a different Debtor entity. Although separate Schedules and Statements have been prepared and filed for each of the Debtors, certain of the information set forth in the Schedules and Statements has been prepared on a consolidated basis. As a result, the Schedules and Statements may not reflect all intercompany activity.

10. **Executory Contracts and Unexpired Leases**. Although the Debtors made diligent attempts to attribute executory contracts and unexpired leases to their rightful Debtors, in certain instances, the Debtors may have inadvertently failed to do so due to the complexity and size of the Debtors' businesses.  Accordingly, the Debtors reserve all of their rights with respect to the named parties of any and all executory contracts and unexpired leases, including the right to amend Schedule G.

Moreover, other than real property leases reported in Schedule A/B 55, the Debtors have not necessarily set forth executory contracts and unexpired leases as assets in the Schedules and Statements, even though these contracts and leases may have some value to the Debtors' estates. The Debtors' executory contracts and unexpired leases have been set forth in Schedule G.

11. **Materialman's/Mechanic's Liens**. The assets listed in the Schedules and Statements are presented without consideration of any materialman's or mechanic's liens.

12. **Classifications**. Listing a Claim or contract on (a) Schedule D as "secured," (b) Schedule E/F part 1 as "priority," (c) Schedule E/F part 2 as "unsecured," or (d) Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtors of the legal rights of the Claimant, or a waiver of the Debtors' rights to recharacterize or reclassify such Claims or contracts or leases or to exercise their rights to setoff against such Claims.

13. **Claims Description**.  Schedules D and E/F permit each Debtor to designate a Claim as "disputed," "contingent," and/or "unliquidated." Any failure to designate a Claim on a given Debtor's Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by that Debtor that such amount is not "disputed," "contingent," or "unliquidated," or that such Claim is not subject to objection.  The Debtors reserve all of their rights to dispute, or assert offsets or defenses to, any Claim reflected on their respective Schedules and Statements on any grounds, including liability or classification.  Additionally, the Debtors expressly reserve all of their rights to subsequently designate such claims as "disputed," "contingent," and/or "unliquidated." Moreover, listing a Claim does not constitute an admission of liability by the Debtors.

14. **Causes of Action**.  Despite their reasonable efforts to identify all known assets, the Debtors may not have listed all of their causes of action or potential causes of action against third-parties as assets in the Schedules and Statements, including, without limitation, causes of actions arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers. The Debtors reserve all of their rights with respect to any cause of action (including avoidance actions), controversy, right of setoff, cross-Claim, counter-Claim, or recoupment and any Claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertable directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law, or in equity, or pursuant to any other theory of law (collectively, "**Causes of Action**") they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any Claims or Causes of Action or in any way prejudice or impair the assertion of such Claims or Causes of Action.

15. **Summary of Significant Reporting Policies**. The following is a summary of significant reporting policies:

 a.    Undetermined Amounts. The description of an amount

as "unknown," "TBD" or "undetermined" is not intended to reflect upon the materiality of such amount.

b.      Totals. All totals that are included in the Schedules and Statements represent totals of all known amounts. To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total.

c.      Liens. Property and equipment listed in the Schedules and Statements are presented without consideration of any liens that may attach (or have attached) to such property and equipment.

16. **Estimates and Assumptions**.     Because of the timing of the filings, management was required to make certain estimates and assumptions that affected the reported amounts of these assets and liabilities. Actual amounts could differ from those estimates, perhaps materially.

17. **Currency**.  Unless otherwise indicated, all amounts are reflected in U.S. dollars.

18. **Intercompany**. The listing in the Schedules or Statements (including, without limitation, Schedule A/B or Schedule E/F) by the Debtors of any obligation between a Debtor and another Debtor is a statement of what appears in the Debtors' books and records and does not reflect any admission or conclusion of the Debtors regarding whether such amount would be allowed as a Claim or how such obligations may be classified and/or characterized in a plan of reorganization or by the Bankruptcy Court.

19. **Setoffs**. The Debtors incur certain offsets and other similar rights during the ordinary course of business. Offsets in the ordinary course can result from various items, including, without limitation, intercompany transactions, pricing discrepancies, returns, refunds, warranties, debit memos, credits, and other disputes between the Debtors and their suppliers and/or customers. These offsets and other similar rights are consistent with the ordinary course of business in the Debtors' industry and are not tracked separately. Therefore, although such offsets and other similar rights may have been accounted for when certain amounts were included in the Schedules, offsets are not independently accounted for, and as such, are or may be excluded from the Debtors' Schedules and Statements.

20. **Employee Addresses**.   Employee addresses have been removed from entries listed on Schedules E/F and G and the Statements, as applicable. These addresses are available upon request of the Office of the United States Trustee and the Bankruptcy Court. Service of pleadings and documents to employees by the Debtors' court-approved claims and noticing agent will be made to each employee's home address as such address exist on the Debtors' books and records.

21. **Global Notes Control**. If the Schedules and Statements differ from these Global Notes, the Global Notes shall control.

## Specific Disclosures with Respect to the Debtors' Schedules

**Schedule A/B**. All values set forth in Schedule A/B reflect the book value of the Debtors' assets as of January 31, 2019, unless otherwise noted below. Other than real property leases reported on Schedule A/B 55, the Debtors have not included leases and contracts on Schedule A/B. Leases and contracts are listed on Schedule G.

**Schedule A/B 3**. Cash values held in financial accounts are listed on Schedule A/B 3 as of February 11, 2019. Details with respect to the Debtors' cash management system and bank accounts are provided in the *Debtors' Motion For Entry Of Interim And Final Orders: (A) Authorizing The Debtors To (I) Continue Their Cash Management System, (Ii) Honor Certain Related Prepetition Obligations, (Iii) Maintain Existing Business Forms, And (Iv) Continue To Perform Intercompany Transactions; (B) Authorizing And Directing The Debtors' Banks To Honor All Related Payment Requests; (C) Granting Interim And Final Waivers Of The Debtors' Compliance With Section 345(B) Of The Bankruptcy Code; (D) Scheduling A Final Hearing; And (E) Granting Related Relief* [Docket No. 12] (the "**Cash Management Motion**").

**Schedule A/B 7**. The Bankruptcy Court, pursuant to the *Debtors' Motion For Interim And Final Orders Under Section 366 Of The Bankruptcy Code: (A) Prohibiting Utility Providers From Altering, Refusing, Or Discontinuing Service; (B) Deeming Utilities Adequately Assured Of Future Performance; (C) Establishing Procedures For Resolving Requests For Additional Or Different Adequate Assurance Of Payment; And (D) Scheduling A Final Hearing* [Docket No. 21], has authorized the Debtors to provide adequate assurance of payment for postpetition utility services, including a deposit in the amount of $142,985.00. Such deposit is not listed on Schedule A/B 7, which was prepared as of the Petition Date.

**Schedule A/B 11**. Accounts receivable do not include intercompany receivables. Intercompany receivables are reported on Schedule A/B 77.

**Schedule A/B 15**. Ownership interests in subsidiaries have been listed in Schedules A/B 15 as an undetermined amount because the fair market value of such ownership is dependent on numerous variables and factors and likely differs significantly from their net book value.

**Schedule A/B 55**. The Debtors have listed owned real property in Schedule A/B 55. The Debtors have also listed their real property leases in Schedule A/B 55. With the exception of leasehold improvements for Eastern Freight Ways, Inc., the Debtors have reported all of their leasehold improvements on an aggregate basis under Schedule A/B 55 for New England Motor Freight, Inc.

**Schedule A/B 62**. The Debtors maintain various licenses in connection with the conduct of their business. The Debtors listed the states in which they are authorized to do business and the types of licenses they hold on Schedule A/B 62, but the detailed list of licenses by license number is voluminous and has not been listed on Schedule A/B 62, as the value is undetermined.

**Schedule A/B 63**. The Debtors maintain a customer database. The amount is listed as undetermined because the fair market value of such ownership cannot be determined.

**Schedule A/B 74 & 75**. In the ordinary course of their businesses, the Debtors may have accrued, or may subsequently accrue, certain rights to counter-Claims, setoffs, or refunds. Additionally, certain of the Debtors may be a party to pending litigation in which the Debtors have asserted, or may assert, Claims as a plaintiff or counter-Claims as a defendant. Because such Claims are unknown to the Debtors and not quantifiable as of the Petition Date, they are not listed on Schedule A/B 74 or 75. The Debtors' failure to list any contingent and/or unliquidated claim held by the Debtors in response to these questions shall not constitute a waiver, release, relinquishment, or forfeiture of such claim. In addition, the workers' compensation and medical receivables detailed in response to Schedule A/B 75 are contingent upon actual workers compensation/medical claims or audited premiums and are all scheduled against New England Motor Freight, Inc., as the allocation between Debtors is contingent on the applicable receivable resolution.

**Schedule A/B 77**. The Debtors have Receivables (due from) and Payables (due to) shareholders, trust accounts, and other insiders (related parties). By each Debtor, and for each related party, the Schedules disclose the receivable amount on Schedule A/B and the payable amount on Schedule E/F. Historically, the Debtor offset the receivables and payables and calculated a consolidated Net Receivable for all Debtors from all related parties. As of February 11, 2019, the Debtors calculate this net number to be $8,787,747.00 Post February 11, 2019 Myron Shevell paid to the Debtors on behalf of all the related parties, $8,721,711.00 and will pay the balance, $66,036.00 in the very near future.

**Schedule D**. The Claims listed on Schedule D arose or were incurred on various dates; a determination of the date upon which each Claim arose or was incurred would be unduly burdensome and cost prohibitive. Accordingly, not all such dates are included. All Claims listed on Schedule D, however, appear to have been incurred before the Petition Date.

Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent, and priority of liens. Nothing in the Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements. With respect to the funded debt lenders listed in Schedule D, each lender is listed as to each Uniform Commercial Code ("UCC") financing statement filed by such lender. However, the total amount of the funded debt claim for each such lender is listed only against the first UCC financing statement, and the remaining UCC financing statement entries are listed in a total claim amount of $0.00.

Except as specifically stated on Schedule D, real property lessors, utility companies, and other parties that may hold security deposits have not been listed on Schedule D. Nothing herein shall be construed as an admission by the Debtors of the legal rights of the Claimant or a waiver of the Debtors' rights to recharacterize or reclassify such Claim or contract.

Moreover, the Debtors have not included on Schedule D parties that may believe their Claims are secured through setoff rights, letters of credit, surety bonds, or inchoate statutory lien rights.

**Schedule E/F part 1**.  The Debtors have incurred and continue to incur federal, state and/or local taxes.  These obligations are estimated, and accordingly, the Debtors' quarterly payments of estimated tax liabilities and accruals for estimated federal, state and/or local taxes are not included in the Schedule E/F part 1.

**WARN Act Litigation Claim**: On February 14, 2019, an adversary complaint was filed in the Bankruptcy Court, captioned *Mary Carlin and Dan Webster, on their own behalf and on behalf of all other persons similarly situated (collectively, the "WARN Act Plaintiffs"), v. New England Motor Freight, Inc.* [Docket No. 51], commencing Adv. Proc. No. 19-01073 (JKS), seeking to certify a class with respect to certain current and former employees of the Debtors for alleged violations of, among other things, the WARN Act (the "WARN Action").  Prior to the Petition Date, NEMF entered into an agreement with the International Association of Machinists and Aerospace Workers ("Union") that provided, among other things, for NEMF to make total severance payments to Union employees equal to the greater of (i) two weeks' salary, or (ii) each Union employee's accrued and unused vacation and personal days, and, under either option, plus an extension of medical benefits up through and including April 13, 2019 at no expense to the terminated Union employees.  As part of a global settlement, NEMF extended the same severance benefits to its non-union employees ensuring that both Union and non-Union employees received the same severance benefits (the "Global Settlement"). As part of the approval of the Global Settlement, which was approved by Order of the Bankruptcy Court dated March 1, 2019 [Dkt. No. 155], NEMF agreed to provide the WARN Act Plaintiffs with additional severance payments totaling up to an additional $2.7 Million, less Court approved attorney's fees to WARN Action counsel of no more than $300,000, after consideration of an application by WARN Action counsel therefor and any objections thereto by any party-in-interest (other than the Debtors).  Such additional severance payments to the WARN Act Plaintiffs will be made by NEMF as promptly as possible upon sufficient funds being available to the NEMF estate as determined by NEMF. As of the date of this filing, no such payments have been made.

**Schedule E/F part 2**.  The Debtors have used reasonable efforts to report all general unsecured Claims against the Debtors on Schedule E/F part 2, based upon the Debtors' books and records as of the Petition Date.

Determining the date upon which each Claim on Schedule E/F part 2 was incurred or arose would be unduly burdensome and cost prohibitive and, therefore, the Debtors do not list a date for each Claim listed on Schedule E/F part 2. Furthermore, claims listed on Schedule E/F part 2 may have been aggregated by unique creditor name and remit to address and may include several dates of incurrence for the aggregate balance listed.

Schedule E/F part 2 contains information regarding pending litigation involving the Debtors. The dollar amount of potential Claims associated with any such pending litigation is listed as "undetermined" and marked as contingent, unliquidated, and disputed in the Schedules and Statements. Some of the litigation Claims listed on Schedule E/F may be subject to subordination pursuant to section 510 of the Bankruptcy Code. Schedule E/F part 2 also includes potential or threatened litigation claims. Any information contained in Schedule E/F part 2 with respect to such potential litigation shall not be a binding representation of the Debtors' liabilities with respect to any of the potential suits and proceedings included therein. The Debtors expressly incorporate by reference into Schedule E/F part 2 all parties to

pending litigation listed in the Debtors' Statements 7, as contingent, unliquidated, and disputed claims, to the extent not already listed on Schedule E/F part 2.

Schedule E/F part 2 reflects the prepetition amounts owing to counterparties to executory contracts and unexpired leases. Such prepetition amounts, however, may be paid in connection with the assumption, or assumption and assignment, of executory contracts or unexpired leases. Additionally, Schedule E/F part 2 does not include potential rejection damage Claims, if any, of the counterparties to executory contracts and unexpired leases that may be rejected.

In addition, the workers' compensation and medical payables in Schedule E/F part 2 are contingent upon actual workers compensation claims and medical claims or audited premiums and are all scheduled against New England Motor Freight, Inc., Eastern Freight Ways, Inc. and Carrier Industries, Inc., as the allocation between Debtors is contingent on the applicable payable resolution.

The Debtors have Receivables (due from) and Payables (due to) shareholders, trust accounts, and other insiders (related parties). By each Debtor, and for each related party, the Schedules disclose the receivable amount on Schedule A/B and the payable amount on Schedule E/F. Historically, the Debtor offset the receivables and payables and calculated a consolidated Net Receivable for all Debtors from all related parties. As of February 11, 2019, the Debtors calculate this net number to be $8,787,747.00 Post February 11, 2019 Myron Shevell paid to the Debtors on behalf of all the related parties, $8,721,711.00 and will pay the balance, $66,036.00 in the very near future.

**Schedule G**. Although reasonable efforts have been made to ensure the accuracy of each Debtor's Schedule G, inadvertent errors may have occurred. Certain information, such as the contact information of the counter-party, may not be included where such information could not be obtained using the Debtors' reasonable efforts. Listing or omitting a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is or is not an executory contract or unexpired lease, was in effect on the Petition Date, or is valid or enforceable. Certain of the leases and contracts listed on Schedule G may contain certain renewal options, guarantees of payment, indemnifications, options to purchase, rights of first refusal, and other miscellaneous rights. Such rights, powers, duties, and obligations are not set forth separately on Schedule G.

Certain confidentiality and non-disclosure agreements may not be listed on Schedule G.

The Debtors are parties to numerous customer contracts. The Debtors have used their reasonable efforts, based upon their books and records, to provide a listing of the customer contracts on Schedule G. However, certain customer contracts may not be included where such information could not be obtained using the Debtors' reasonable efforts.

Certain of the contracts and agreements listed on Schedule G may consist of several parts, including, purchase orders, amendments, restatements, waivers, letters, and other documents that may not be listed on Schedule G or that may be listed as a single entry. In some cases, the same supplier or provider appears multiple times on Schedule G. This multiple listing is intended to reflect distinct agreements between the applicable Debtor and such supplier or provider. The Debtors expressly reserve their rights to challenge whether

such related materials constitute an executory contract, a single contract or agreement, or multiple, severable or separate contracts.

The contracts, agreements, and leases listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, memoranda and other documents, instruments, and agreements that may not be listed therein despite the Debtors' use of reasonable efforts to identify such documents. Further, unless otherwise specified on Schedule G, each executory contract or unexpired lease listed thereon shall include all exhibits, schedules, riders, modifications, declarations, amendments, supplements, attachments, restatements, or other agreements made directly or indirectly by any agreement, instrument, or other document that in any manner affects such executory contract or unexpired lease, without respect to whether such agreement, instrument, or other document is listed thereon.

In addition, the Debtors may have entered into various other types of agreements in the ordinary course of their businesses, such as subordination, nondisturbance, and attornment agreements, supplemental agreements, settlement agreements, amendments/letter agreements, title agreements and confidentiality agreements. Such documents may not be set forth on Schedule G. Certain of the executory agreements may not have been memorialized and could be subject to dispute. Executory agreements that are oral in nature have not been included on the Schedule G.

The Debtors' reserve all of their rights, Claims and causes of action with respect to the contracts on Schedule G, including the right to dispute or challenge the characterization of the structure of any transaction or any document or instrument related to a creditors' Claims.

Omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease. The Debtors' rights under the Bankruptcy Code with respect to any such omitted contracts or agreements are not impaired by the omission. Schedule G may be amended at any time to add any omitted contract, agreement or lease.

The listing of any contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is an executory contract or unexpired lease. The Debtors' rights under the Bankruptcy Code to dispute the effectiveness of any such contract or to amend Schedule G at any time to remove any contract, agreement or lease.

The Debtors maintain a variety of insurance policies, including, without limitation, workers' compensation, excess liability and general liability related policies. For purposes of Schedule G, all insurance policies are included however, multiple Debtors may be a party to or covered by the policies.

**Schedule H**. For purposes of Schedule H, the Debtors that are either the principal obligors or guarantors under the prepetition debt facilities are listed as Co-Debtors on Schedule H. The Debtors may not have identified certain guarantees associated with the Debtors' executory contracts, unexpired leases, secured financings, debt instruments, and other such agreements. The Debtors reserve all of their rights to amend the Schedules to the extent that additional guarantees are identified or such guarantees are discovered to have expired or be unenforceable.

In the ordinary course of their businesses, the Debtors may be involved in pending or threatened litigation. These matters may involve multiple plaintiffs and defendants, some or all of whom may assert cross-Claims and counter-Claims against other parties. Because the Debtors have treated all such Claims as contingent, disputed, or unliquidated, such Claims have not been set forth individually on Schedule H. Litigation matters can be found on each Debtor's Schedule E/F part 2 and Statement 7, as applicable.

## Specific Disclosures with Respect to the Debtors' Statements

**Statement 3**. Statement 3 includes any disbursement or other transfer made by the Debtors within 90 days before the Petition Date except for those made to insiders (which payments appear in response to Statement question 4), employees, and bankruptcy professionals (which payments appear in Statement 11 and include any retainers paid to bankruptcy professionals). The amounts listed in Statement 3 reflect the Debtors' disbursements netted against any check level detail; thus, to the extent a disbursement was made to pay for multiple invoices, only one entry has been listed on Statement 3.

**Statement 4**. Statement 4 accounts for a respective Debtor's intercompany transactions, as well as other transfers to insiders as applicable. With respect to individuals, the amounts listed reflect the universe of payments and transfers to such individuals including compensation, bonus (if any), expense reimbursement, relocation reimbursement, and/or severance. Amounts paid on behalf of such employee for certain life and disability coverage, which coverage is provided to all of the Debtors' employees, has not been included.

In addition, the Debtors have included all consulting and payroll distributions and other expense reimbursements made over the twelve months preceding the Petition Date to any individual that may be deemed an "Insider."

**Statement 5**. Statement 5 excludes goods returned in the ordinary course of business.

**Statement 7**. Any information contained in Statement 7 shall not be a binding representation of the Debtors' liabilities with respect to any of the suits and proceedings identified therein. The Debtors receive, process and settle, primarily auto liability claims which are not subject to formal proceedings. To the extent these claims are not the subject of a formal proceeding, whether pending or concluded, these claims have not been listed in Statement 7. In addition to the sales tax audits disclosed on Statement 7, New York state has requested a sales tax audit and it is anticipated that additional audit requests will be received.

**Statement 10**. The Debtors occasionally incur losses for a variety of reasons, including theft and property damage. The Debtors, however, may not have records of all such losses if such losses do not have a material impact on the Debtors' businesses or are not reported for insurance purposes. The Debtors are self-insured for their auto and property casualty claims up to $500,000.00 and treats these losses as part of its ordinary course of business. Accordingly, auto and property casualty losses are not disclosed on Statement 10.

**Statement 11**. Out of an abundance of caution, the Debtors have included payments to all professionals who have rendered any advice related the Debtors' bankruptcy proceedings in Statement 11. However, it is possible that the disclosed fees also relate to other, non-bankruptcy related services, and may include services rendered to other parties.

13

**<u>Statement 17</u>**.  In addition to the disclosures listed on Statement 17, New England Motor Freight, Inc. is currently contributing to the Machinists Money Purchase Pension Plan, which is a defined contribution plan.  This plan has not been listed on Statement 17 because New England Motor Freight, Inc. does not serve as plan administrator.

**<u>Statement 21</u>**.  The Debtors have in their possession several trailers of freight that are either "Salvage" freight (property of the Debtors' estates) or freight owned by third parties.  The Debtors are sorting the freight and attempting to identify the contents as well as contact the rightful owners should the freight turn out to be customer property.  Once the process is complete, the Debtors anticipate that the Salvage freight and any additional unclaimed freight will be disposed of via sale during the auction process or by abandonment.

**<u>Statement 26a</u>**. The Debtors have listed the beginning date of employment for its accountants and bookkeepers on a consolidated basis across all Debtor entities, irrespective of the formation date of the various Debtor entities.

**<u>Statement 26d</u>**.  The Debtors have used their reasonable efforts to provide a listing of parties to which combined and consolidated financial statements have been provided.  However, the Debtors provide numerous banks, vendors and customers with financial statements and the listing on Statement 26d may not be a complete listing of every party provided financial statements.

**<u>Statement 30</u>**. Unless otherwise indicated in a Debtor's specific response to Statement 30, the Debtors have included a comprehensive response to Statement 30 in Statement 4.

**<u>Statement 32</u>**. The Debtors have only listed defined benefit plans on Statement 32.  Defined contribution plans have been listed on Statement 17 to the extent that the Debtors are the plan administrator.

| **Fill in this information to identify the case:** |
| --- |
| **Debtor name:** New England Motor Freight, Inc. |
| **United States Bankruptcy Court for the:** District of New Jersey |
| **Case number (if known):** 19-12809 |

☐ Check if this is an
amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals          12/15

| **Part 1:** | **Summary of Assets** |
| --- | --- |

1.  ***Schedule A/B: Assets–Real and Personal Property*** (Official Form 206A/B)

 1a.  **Real property:**
  Copy line 88 from Schedule A/B ............................................................   | $10,572,612.48 |

 1b.  **Total personal property:**
  Copy line 91A from Schedule A/B ..........................................................   | $149,704,213.82 |

 1c.  **Total of all property:**
  Copy line 92 from Schedule A/B ............................................................   | $160,276,826.30 |

| **Part 2:** | **Summary of Liabilities** |
| --- | --- |

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
 Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D ................   | $69,577,192.17 |

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

 3a.  **Total claim amounts of priority unsecured claims:**
  Copy the total claims from Part 1 from line 5a of Schedule E/F ........................................   | $272,877.11 |

 3b.  **Total amount of claims of nonpriority amount of unsecured claims:**
  Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F ...........................   | + $56,576,943.76 |

4.  ***Total liabilities***
 Lines 2 + 3a + 3b ...........................................................................................   | $126,427,013.04 |

**Fill in this information to identify the case:**

**Debtor name:** New England Motor Freight, Inc.

**United States Bankruptcy Court for the:** District of New Jersey

**Case number (if known):** 19-12809

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property                     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:    Cash and cash equivalents

1.    **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

2.    **Cash on hand**

| | | |
| --- | --- | --- |
| 2.1. | WORKING FUNDS ELIZABETH | $3,500.00 |
| 2.2. | PETTY CASH-SOUTH PLAINFIELD | $18.15 |
| 2.3. | WORKING FUNDS PAWTUCKET | $156.71 |
| 2.4. | WORKING FUNDS BOSTON | $300.00 |
| 2.5. | WORKING FUNDS DISPATCH | $700.00 |
| 2.6. | PETTY CASH BALTIMORE | $136.85 |
| 2.7. | PETTY CASH ESSEX | $293.36 |
| 2.8. | PETTY CASH HAGERSTOWN | $245.57 |
| 2.9. | PETTY CASH - COLUMBUS | $164.84 |
| 2.10. | PETTY CASH - CLEVELAND | $250.00 |
| 2.11. | PETTY CASH - CINCINNATI | $250.00 |
| 2.12. | PETTY CASH - CHICAGO | $300.00 |
| 2.13. | PETTY CASH - RICHMOND | $75.00 |
| 2.14. | PETTY CASH - JOLIET | $250.00 |
| 2.15. | PETTY CASH-BUFFALO | $274.61 |
| 2.16. | PETTY CASH-SYRACUSE | $200.00 |

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| | | |
|---|---|---|
| 2.17. | PETTY CASH-PHILADELPHIA | $250.00 |
| 2.18. | PETTY CASH-PHILADELPHIA - SHOP | $200.00 |
| 2.19. | PETTY CASH-BABYLON | $250.00 |
| 2.20. | PETTY CASH- PORTLAND | $200.00 |
| 2.21. | PETTY CASH-SPRINGFIELD | $49.10 |
| 2.22. | PETTY CASH-NEWBURGH | $400.00 |
| 2.23. | PETTY CASH- BURLINGTON | $200.00 |
| 2.24. | PETTY CASH-NORTH HAVEN | $119.50 |
| 2.25. | PETTY CASH-ROCHESTER | $250.00 |
| 2.26. | PETTY CASH - JAMESTOWN | $122.40 |
| 2.27. | PETTY CASH-OWEGO | $160.42 |
| 2.28. | PETTY CASH-HARRISBURG | $354.39 |
| 2.29. | PETTY CASH-SAFETY-HARRISBURG | $300.00 |
| 2.30. | PETTY CASH-TOLEDO | $250.00 |
| 2.31. | PETTY CASH INDIANA | $250.00 |
| 2.32. | PETTY CASH - FORT WAYNE | $250.00 |
| 2.33. | PETTY CASH-LEHIGHTON | $200.00 |
| 2.34. | PETTY CASH-LEHIGHTON SHOP | $500.00 |
| 2.35. | PETTY CASH - WILLIAMSPORT | $135.50 |
| 2.36. | PETTY CASH-PITTSBURGH | $679.36 |
| 2.37. | PETTY CASH-ALBANY | $75.00 |
| 2.38. | PETTY CASH - CONCORD | $222.82 |

**3.**    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1. | BANK OF AMERICA MERRILL LYNCH<br>PO BOX 15284<br>WILMINGTON DE 19850 | OPERATING | 2163 | $10,036.00 |
| 3.2. | BANK OF AMERICA MERRILL LYNCH<br>PO BOX 15284<br>WILMINGTON DE 19850 | OPERATING | 0377 | $5,072.03 |
| 3.3. | CAPITAL ONE BANK<br>PO BOX 57009<br>NEWARK NJ 07101-5709 | OPERATING | 5272 | $3,854.36 |
| 3.4. | CAPITAL ONE BANK<br>PO BOX 57009<br>NEWARK NJ 07101-5709 | OPERATING | 5280 | $8,936.31 |
| 3.5. | EASTWEST BANK<br>9300 FLAIR DRIVE<br>SUITE 106<br>EL MONTE CA 91731 | OPERATING | 5595 | $539.17 |
| 3.6. | JP MORGAN CHASE<br>PO BOX 1820151<br>COLUMBUS OH 43218-2051 | CHECKING | 5162 | $1,144.70 |

Debtor    **New England Motor Freight, Inc.**                          Case number *(if known)* **19-12809**

**3.**    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.7. | JP MORGAN CHASE<br>PO BOX 1820151<br>COLUMBUS OH 43218-2051 | OPERATING | 6365 | $5,252,451.69 |
| 3.8. | JP MORGAN CHASE<br>PO BOX 1820151<br>COLUMBUS OH 43218-2051 | OPERATING | 7555 | $51,797.00 |
| 3.9. | JP MORGAN CHASE<br>9300 FLAIR DRIVE<br>SUITE 106<br>EL MONTE CA 91731 | OPERATING | 3180 | $19,473.69 |
| 3.10. | MANUFACTURERS AND TRADERS TRUST COMPANY<br>PO BOX 22900<br>255 EAST AVENUE<br>ROCHESTER NY 14692-9964 | OPERATING | 7542 | $1,952.53 |
| 3.11. | PEOPLE'S UNITED BANK NA<br>2 BURLINGTON SQUARE<br>BURLINGTON VT 05401 | OPERATING | 0423 | $3,229.44 |
| 3.12. | PNC BANK<br>ONE FINANCIAL PARKWAY<br>LOCATOR Z1-YB42-03-1<br>KALAMAZOO MI 49009 | OPERATING | 8845 | $21,661.43 |
| 3.13. | SANTANDER<br>PO BOX 841002<br>BOSTON MA 02284 | OPERATING | 2499 | $1,007.59 |
| 3.14. | SANTANDER<br>PO BOX 841002<br>BOSTON MA 02284 | OPERATING | 9733 | $280.21 |
| 3.15. | T.D. CANADA TRUST<br>NEMF-CANADA | OPERATING | 1120 | $136,577.60 |
| 3.16. | T.D. CANADA TRUST<br>NEMF-CANADA | OPERATING | 9928 | $42,203.21 |
| 3.17.[1] | TD BANK NA<br>PO BOX 1377<br>LEWISTON ME 04243-1377 | NEW ENGLAND MOTOR FREIGHT INC 401 K | 2465 | $142,465.67 |
| 3.18.[1] | TD BANK NA<br>PO BOX 1377<br>LEWISTON ME 04243-1377 | OPERATING | 6143 | $139,006.48 |
| 3.19.[1] | TD BANK NA<br>PO BOX 1377<br>LEWISTON ME 04243-1377 | OPERATING | 7939 | $2,692,253.95 |
| 3.20.[1] | TD BANK NA (COMMERCE)<br>PO BOX 1377<br>LEWISTON ME 04243-1377 | OPERATING | 4274 | $11,523.25 |
| 3.21. | WELLS FARGO BANK NA<br>PO BOX 63020<br>SAN FRANCISCO CA 94163 | WELLS FARGO BANK-LOAN CLEARING | 3019 | $43,828.69 |
| 3.22. | WELLS FARGO BANK NA<br>PO BOX 63020<br>SAN FRANCISCO CA 94163 | WELLS FARGO BANK-WIRE TRANSFER | 9720 | $4,744.64 |
| 3.23. | CITIZENS BANK<br>ROP 450<br>PO BOX 7000<br>PROVIDENCE RI 02940 | OPERATING | 6144 | $4,998.00 |

Debtor    **New England Motor Freight, Inc.**                                Case number *(if known)* **19-12809**

¹ACCOUNT FROZEN AS OF FILING DATE

**4.**       **Other cash equivalents** *(Identify all)*

| | Description | Name of institution | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|---|
| 4.1. | _____ | _____ | _____ | _____ | $_____ |

**5.**       **Total of part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$8,611,571.22

| **Part 2:** | **Deposits and prepayments** |
|---|---|

**6.**       **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.

☑ Yes. Fill in the information below

**7.**       **Deposits, including security deposits and utility deposits**

| | Description, including name of holder of deposit | Current value of debtor's interest |
|---|---|---|
| 7.1. | SECURITY DEPOSIT | $25,000.00 |
| | 16503 HUNTERS GREEN | |
| 7.2. | UTILITY | $5,907.00 |
| | ALLEGHENY POWER/WEST PENN POWER | |
| 7.3. | WEST VIRGINIA UTILITIES | $762.00 |
| | APPALACHIAN POWER | |
| 7.4. | SECURITY DEPOSIT | $15,000.00 |
| | BALDWIN & LYONS, INC. | |
| 7.5. | PLPD ESCROW (ERNIE HARDY) | $15,000.00 |
| | BROADSPIRE | |
| 7.6. | UTILITY | $330.00 |
| | CITIZENS ENERGY | |
| 7.7. | SERVICE DEPOSIT | $25,000.00 |
| | COMDATA | |
| 7.8. | UTILITY | $2,600.00 |
| | DELMARVA ELECTRIC (LOC 43 BALTIMORE) | |
| 7.9. | INSURANCE DEPOSIT | $40,000.00 |
| | DELTA DENTAL | |
| 7.10. | INSURANCE DEPOSIT | $476,000.00 |
| | GALLAGHER BASSETT | |
| 7.11. | UTILITY | $256.00 |
| | INDIANA MICHIGAN POWER | |
| 7.12. | SECURITY DEPOSIT | $6,500.00 |
| | INDIANAPOLIS LEASE | |

| Debtor | **New England Motor Freight, Inc.** | Case number *(if known)* **19-12809** |

**7.     Deposits, including security deposits and utility deposits**

| | Description, including name of holder of deposit | Current value of debtor's interest |
|---|---|---|
| 7.13. | ESCROW DEPOSIT | $200,000.00 |
| | LIBERTY | |
| 7.14. | LOCATION #32-CINCINNATI OH | $7,000.00 |
| | MERIDIAN INVESTMENTS | |
| 7.15. | LOCATION # 07 - FORT WAYNE IN | $565.00 |
| | NIPSCO | |
| 7.16. | WEST VIRGINIA RENT | $3,200.00 |
| | PCG | |
| 7.17. | OFFICE SPACE RENTAL-MPS | $3,000.00 |
| | QUEST WORKSPACES | |
| 7.18. | RENT DEPOSIT | $14,450.00 |
| | RLF IA SPE LLC | |
| 7.19. | UTILITY | $300.00 |
| | SUFFOLK COUNTY WATER | |
| 7.20. | SECURITY SERVICE DEPOSIT | $1,350.00 |
| | THE ELECTRIC GUARD DOG | |
| 7.21. | ESCROW | $10,000.00 |
| | TRAVELERS | |
| 7.22. | INSURANCE DEPOSIT | $915,000.00 |
| | UNITED HEALTHCARE | |

**8.     Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

| | Description, including name of holder of prepayment | Current value of debtor's interest |
|---|---|---|
| 8.1. | PREPAID LICENSES & TAXES | $150.00 |
| | ALCOHOLIC BEVERAGES | |
| 8.2. | PREPAID INSURANCE | $58,285.13 |
| | ALLIANZ | |
| 8.3. | PREPAID INSURANCE | $16,804.00 |
| | AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA | |
| 8.4. | MISCELLANEOUS PREPAYMENTS | $7,573.96 |
| | AUDI OF FREEHOLD | |
| 8.5. | PREPAID PROPERTY TAXES | $3,034.56 |
| | BALTIMORE C OUNTY DIRECTOR OF FINANCE | |
| 8.6. | PREPAID PROPERTY TAXES | $8,209.32 |
| | BALTIMORE COUNTY | |
| 8.7. | PREPAID PROPERTY TAXES | $2,095.41 |
| | BALTIMORE COUNTY | |

Debtor    **New England Motor Freight, Inc.**                                      Case number *(if known)* **19-12809**

---

**8.**  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

| Description, including name of holder of prepayment | Current value of debtor's interest |
|---|---|
| 8.8. PREPAID TOLLS | $96,774.56 |
| BESTPASS | |
| 8.9. PREPAID PROPERTY TAXES | $8,073.29 |
| BOROUGH OF SOUTH PLAINFIELD | |
| 8.10. PREPAID PROPERTY TAXES | $6,510.15 |
| CALEAST NAT, LLC | |
| 8.11. MISCELLANEOUS PREPAYMENTS | $774.88 |
| CENVEO CORPORATION | |
| 8.12. PREPAID PROPERTY TAXES | $389.85 |
| CITY OF PAWTUCKET, R.I. | |
| 8.13. PREPAID PROPERTY TAXES | $789.61 |
| CITY OF PAWTUCKET, R.I. | |
| 8.14. PREPAID PROPERTY TAXES | $1,201.55 |
| CITY OF PAWTUCKET, R.I. | |
| 8.15. PREPAID PROPERTY TAXES | $10,602.19 |
| CITY OF PAWTUCKET, R.I. | |
| 8.16. PREPAID PROPERTY TAXES | $2,124.42 |
| CITY OF PAWTUCKET, R.I. | |
| 8.17. PREPAID PROPERTY TAXES | $1,267.90 |
| CITY OF PAWTUCKET, R.I. | |
| 8.18. PREPAID PROPERTY TAXES | $1,365.23 |
| CITY OF PAWTUCKET, R.I. | |
| 8.19. PREPAID INCOME TAX | $1,000.00 |
| CITY OF SHARONVILLE OHIO | |
| 8.20. PREPAID PROPERTY TAXES | $11,710.15 |
| CITY OFCONCORD | |
| 8.21. PREPAID PROPERTY TAXES | $2,757.93 |
| CITY TREASURER ROCHESTER | |
| 8.22. PREPAID PROPERTY TAXES | $569.22 |
| CITY TREASURER ROCHESTER | |
| 8.23. MISCELLANEOUS PREPAYMENTS | $8,462.64 |
| CLEO COMMUNICATIONS | |
| 8.24. MISCELLANEOUS PREPAYMENTS | $5,730.77 |
| CMF | |
| 8.25. PREPAID PROPERTY TAXES | $72,831.16 |
| COMMERCE CENTER I | |
| 8.26. PREPAID PROPERTY TAXES | $3,585.70 |
| COMMERCE CENTER II | |

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

**8.        Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

| | Description, including name of holder of prepayment | Current value of debtor's interest |
|---|---|---|
| 8.27. | PREPAID LICENSES & TAXES | $25.50 |
| | COMMONWEALTH OF PENNSYLVANIA | |
| 8.28. | PREPAID PROPERTY TAXES | $16,774.30 |
| | COUNTY OF CARBON | |
| 8.29. | PREPAID INSURANCE | $109,374.00 |
| | CRC GROUP | |
| 8.30. | MISCELLANEOUS PREPAYMENTS | $1,415.38 |
| | CRYSTAL INFOSYSTEMS | |
| 8.31. | PREPAID SERVICE | $10,088.50 |
| | DONLIN RECANO & COMPANY | |
| 8.32. | PREPAID BANK & LENDING FEES | $9,283.57 |
| | EAST WEST BANK | |
| 8.33. | PREPAID INSURANCE | $99,421.88 |
| | ENDURANCE AMERICAN | |
| 8.34. | PREPAID INSURANCE | $16,078.13 |
| | EVANSTON INSUANCE CO | |
| 8.35. | PREPAID PROPERTY TAXES | $2,096.56 |
| | FALCONER CENTRAL SCHOOL | |
| 8.36. | PREPAID PROPERTY TAXES | $121.97 |
| | FALCONER CENTRAL SCHOOL | |
| 8.37. | PREPAID PROPERTY TAXES | $21,766.35 |
| | FRANKLIN COUNTY TREASURER | |
| 8.38. | MISCELLANEOUS PREPAYMENTS | $5,278.85 |
| | FREIGHTSNAP LLC | |
| 8.39. | PREPAID SERVICE | $180,000.00 |
| | GIBBONS P.C. | |
| 8.40. | PREPAID TRUCK PARTS | $47,752.38 |
| | GRAPHIC IMPRESSIONS | |
| 8.41. | PREPAID INSURANCE | $17,192.50 |
| | GREAT AMERICAN | |
| 8.42. | MISCELLANEOUS PREPAYMENTS | $4,676.10 |
| | HARMONY PRINTING | |
| 8.43. | PREPAID INSURANCE | $25,133.54 |
| | HARTFORD | |
| 8.44. | PREPAID INSURANCE | $2,684.00 |
| | HARTFORD FIRE INSURANCE COMPANY | |
| 8.45. | PREPAID STATE INCOME TAX | $1,000.00 |
| | ILLINOIS DEPARTMENT OF REVENUE | |

Debtor    **New England Motor Freight, Inc.**                                Case number *(if known)* **19-12809**

**8.**     **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

| Description, including name of holder of prepayment | Current value of debtor's interest |
|---|---|
| 8.46. PREPAID INSURANCE | $38,828.13 |
| ILLINOIS UNION | |
| 8.47. PREPAID TRUCK PARTS | $756.92 |
| IMAGE FLEET GRAPHICS | |
| 8.48. MISCELLANEOUS PREPAYMENTS | $10,693.24 |
| INFOR GLOBAL SOLUTIO | |
| 8.49. MISCELLANEOUS PREPAYMENTS | $4,126.15 |
| INTEGRATED COMMUNICATIONS | |
| 8.50. PREPAID FEDERAL HEAVY VEHICLE USE TAX - 2290 | $207,885.83 |
| INTERNAL REVENUE SERVICE | |
| 8.51. MISCELLANEOUS PREPAYMENTS | $13,892.34 |
| ITSIMPLIFY | |
| 8.52. PREPAID PROPERTY TAXES | $1,866.43 |
| JORDAN ELBRIDGE TAX | |
| 8.53. MISCELLANEOUS PREPAYMENTS | $45,853.37 |
| KMS CONSULTING SERVICES | |
| 8.54. PREPAID INSURANCE | $89,595.00 |
| KORE INSURANCE | |
| 8.55. PREPAID INSURANCE | $31,437.50 |
| LIBERTY INSURANCE | |
| 8.56. PREPAID INSURANCE | $6,015.63 |
| LLOYDS | |
| 8.57. PREPAID INSURANCE | $87,741.00 |
| LOCTON | |
| 8.58. PREPAID PROPERTY TAXES | $23,885.96 |
| LOWER ALLEN TOWNSHIP | |
| 8.59. PREPAID PROPERTY TAXES | $3,778.97 |
| LOWER ALLEN TOWNSHIP | |
| 8.60. PREPAID LICENSES & TAXES | $28.12 |
| MAINE BUREAU OF MV | |
| 8.61. PREPAID LICENSES & TAXES | $447.12 |
| MARYLAND COMPTROLLER | |
| 8.62. PREPAID STATE INCOME TAX | $544.00 |
| MASSACHUSETTS | |
| 8.63. PREPAID PROPERTY TAXES | $15,439.49 |
| MERIDEN TAX COLLECTOR | |
| 8.64. PREPAID PROPERTY TAXES | $1,467.76 |
| MERIDEN TAX COLLECTOR | |

Debtor   **New England Motor Freight, Inc.**                                   Case number *(if known)* **19-12809**

**8.       Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

| | Description, including name of holder of prepayment | Current value of debtor's interest |
|---|---|---|
| 8.65. | MISCELLANEOUS PREPAYMENTS | $7,211.08 |
| | MIDRANGE SOLUTIONS | |
| 8.66. | PREPAID PROPERTY TAXES | $1,831.14 |
| | MILTON AREA SCHOOL | |
| 8.67. | PREPAID INSURANCE | $9,232.00 |
| | MJ FISH | |
| 8.68. | PREPAID TOLLS | $2,869.88 |
| | MMTA | |
| 8.69. | PREPAID LICENSES & TAXES | $174,729.63 |
| | MMTA SERVICES | |
| 8.70. | PREPAID LICENSES & TAXES | $16,760.38 |
| | MMTA SERVICES, INC | |
| 8.71. | PREPAID PROPERTY TAXES | $4,113.69 |
| | MONROE COUNTY TREASURER | |
| 8.72. | PREPAID PROPERTY TAXES | $7,507.92 |
| | MTJOY DONEGAL SCHOOL | |
| 8.73. | PREPAID INSURANCE | $159,075.00 |
| | NATIONAL FIRE&MARINE | |
| 8.74. | PREPAID INSURANCE | $11,526.67 |
| | NATIONAL SURETY | |
| 8.75. | MISCELLANEOUS PREPAYMENTS | $85.31 |
| | NEO POST | |
| 8.76. | PREPAID STATE INCOME TAX | $27,841.00 |
| | NEW HAMPSHIRE DIVISION OF REVENUE ADMINISTRATION | |
| 8.77. | PREPAID STATE INCOME TAX | $2,000.00 |
| | NEW JERSEY DIVISION OF TAXATION | |
| 8.78. | PREPAID STATE INCOME TAX | $211.00 |
| | NEW JERSEY DIVISION OF TAXATION | |
| 8.79. | PREPAID PROPERTY TAXES | $4,214.64 |
| | NEW WINDSOR NEWBURGH(ENLARGED DIST) | |
| 8.80. | PREPAID STATE INCOME TAX | $2,250.00 |
| | NEW YORK CITY DEPARTMENT OF FINANCE | |
| 8.81. | PREPAID STATE INCOME TAX | $5,625.00 |
| | NEW YORK STATE DEPARTMENT OF TAX AND FINANCE | |
| 8.82. | PREPAID LICENSES & TAXES | $825,194.36 |
| | NJ MVC | |
| 8.83. | PREPAID LICENSES & TAXES | $44,564.77 |
| | NJ MVC-SPECIAL SERV TITLES (372) | |

Debtor    **New England Motor Freight, Inc.**                                        Case number *(if known)* **19-12809**

**8.        Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

| Description, including name of holder of prepayment | Current value of debtor's interest |
|---|---|
| 8.84.   PREPAID PROPERTY TAXES | $1,027.33 |
| OWEGO APPALACHIN SCHOOLS | |
| 8.85.   MISCELLANEOUS PREPAYMENTS | $1,269.23 |
| PCM SALES, INC. | |
| 8.86.   MISCELLANEOUS PREPAYMENTS | $18,493.60 |
| PEGASUS TRANSTECH | |
| 8.87.   PREPAID SERVICE | $250,000.00 |
| PHOENIX MANAGEMENT SERVICES LLC | |
| 8.88.   PREPAID TRUCK PARTS | $4,510.24 |
| PINNACLE FLEET SOLUTIONS | |
| 8.89.   PREPAID INSURANCE | $956.25 |
| RLI INSURANCE CO | |
| 8.90.   PREPAID PROPERTY TAXES | $2,122.59 |
| ROANOKE | |
| 8.91.   MISCELLANEOUS PREPAYMENTS | $8,900.24 |
| ROCKET SOFTWARE | |
| 8.92.   MISCELLANEOUS PREPAYMENTS | $3,807.31 |
| RR DONNELLEY | |
| 8.93.   PREPAID BANK & LENDING FEES | $6,894.70 |
| SANTANDER | |
| 8.94.   MISCELLANEOUS PREPAYMENTS | $321.23 |
| SMARTDRIVE SYSTEMS | |
| 8.95.   MISCELLANEOUS PREPAYMENTS | $12,403.85 |
| SMC | |
| 8.96.   MISCELLANEOUS PREPAYMENTS | $10,770.34 |
| SPORTS TICKETS | |
| 8.97.   PREPAID INSURANCE | $1,687.50 |
| ST.PAUL FIRE&MARINE | |
| 8.98.   MISCELLANEOUS PREPAYMENTS | $3,108.00 |
| STARNET SOLUTIONS | |
| 8.99.   PREPAID STATE INCOME TAX | $15,000.00 |
| STATE OF CONNECTICUT, COMMISSIONER OF REVENUE SERVICES | |
| 8.100.  PREPAID LICENSES & TAXES | $9.81 |
| STATE OF WEST VIRGINIA | |
| 8.101.  PREPAID PROPERTY TAXES | $46,886.04 |
| SUPERVISOR, TOWN OF MONTGOMERY | |
| 8.102.  PREPAID PROPERTY TAXES | $46,679.37 |
| SUPERVISORE TOWN OF MONTGOMERY | |

| Debtor | **New England Motor Freight, Inc.** | Case number *(if known)* **19-12809** |

8.      **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

| Description, including name of holder of prepayment | Current value of debtor's interest |
|---|---|
| 8.103.  PREPAID PROPERTY TAXES | $6,995.51 |
| TAX COLLECTOR-TOWN OF N.HAVEN | |
| 8.104.  PREPAID BANK & LENDING FEES | $55,174.96 |
| TD BANK | |
| 8.105.  PREPAID PROPERTY TAXES | $29,224.53 |
| TONAWANDA TOWN CLERK | |
| 8.106.  PREPAID PROPERTY TAXES | $12,941.98 |
| TONAWANDA TOWNSHIP | |
| 8.107.  MISCELLANEOUS PREPAYMENTS | $776.92 |
| TOWER PAPER | |
| 8.108.  PREPAID PROPERTY TAXES | $22,706.74 |
| TOWN OF BABYLON | |
| 8.109.  PREPAID PROPERTY TAXES | $13,696.79 |
| TOWN OF BABYLON | |
| 8.110.  PREPAID PROPERTY TAXES | $8,330.73 |
| TOWN OF BILLERICA | |
| 8.111.  PREPAID PROPERTY TAXES | $10,410.18 |
| TOWN OF CICERO | |
| 8.112.  PREPAID PROPERTY TAXES | $11,904.65 |
| TOWN OF CICERO TAX COLLECTOR | |
| 8.113.  PREPAID PROPERTY TAXES | $3,132.19 |
| TOWN OF COLONIE TAX COLLECTOR | |
| 8.114.  PREPAID PROPERTY TAXES | $3,463.36 |
| TOWN OF COLONIE TAX COLLECTOR | |
| 8.115.  PREPAID PROPERTY TAXES | $6,160.31 |
| TOWN OF COLONIE TAX COLLECTOR | |
| 8.116.  PREPAID PROPERTY TAXES | $6,441.72 |
| TOWN OF COLONIE TAX COLLECTOR | |
| 8.117.  PREPAID PROPERTY TAXES | $3,277.37 |
| TOWN OF COLONIE TAX COLLECTOR | |
| 8.118.  PREPAID PROPERTY TAXES | $3,251.89 |
| TOWN OF COLONIE TAX COLLECTOR | |
| 8.119.  PREPAID PROPERTY TAXES | $2,294.52 |
| TOWN OF DEWITT | |
| 8.120.  PREPAID PROPERTY TAXES | $2,918.95 |
| TOWN OF DEWITT TAX COLLECTOR | |
| 8.121.  PREPAID PROPERTY TAXES | $2,094.47 |
| TOWN OF ELBRIDGE TAX COLLECTOR | |

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

**8.**        **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

| Description, including name of holder of prepayment | Current value of debtor's interest |
|---|---|
| 8.122. PREPAID PROPERTY TAXES | $219.47 |
| TOWN OF ELLICOTT | |
| 8.123. PREPAID PROPERTY TAXES | $3,772.78 |
| TOWN OF ELLICOTT | |
| 8.124. PREPAID PROPERTY TAXES | $5,004.26 |
| TOWN OF NEW WINDSOR | |
| 8.125. PREPAID PROPERTY TAXES | $338.98 |
| TOWN OF NORTH READING | |
| 8.126. PREPAID PROPERTY TAXES | $5,118.93 |
| TOWN OF NORTH READING | |
| 8.127. PREPAID PROPERTY TAXES | $1,527.48 |
| TOWN OF OWEGO | |
| 8.128. PREPAID PROPERTY TAXES | $68,222.25 |
| TOWN OF OYSTER BAY | |
| 8.129. PREPAID PROPERTY TAXES | $15,798.74 |
| TOWN OF OYSTER BAY | |
| 8.130. PREPAID PROPERTY TAXES | $16,394.51 |
| TOWN OF OYSTER BAY | |
| 8.131. PREPAID PROPERTY TAXES | $844.24 |
| TOWN OF OYSTER BAY | |
| 8.132. PREPAID PROPERTY TAXES | $91.60 |
| TOWN OF OYSTER BAY | |
| 8.133. PREPAID PROPERTY TAXES | $656.10 |
| TOWN OF PENNSAUKEN | |
| 8.134. PREPAID PROPERTY TAXES | $656.10 |
| TOWN OF PENNSAUKEN | |
| 8.135. PREPAID PROPERTY TAXES | $10,633.92 |
| TOWN OF PENNSAUKEN | |
| 8.136. PREPAID PROPERTY TAXES | $5,821.03 |
| TOWN OF PENNSAUKEN | |
| 8.137. PREPAID PROPERTY TAXES | $12,350.19 |
| TOWN OF SCARBOROUGH | |
| 8.138. PREPAID PROPERTY TAXES | $7,176.81 |
| TOWN OF SCARBOROUGH | |
| 8.139. PREPAID PROPERTY TAXES | $627.37 |
| TOWN OF WEST SPRINGFIELD | |
| 8.140. PREPAID PROPERTY TAXES | $7,342.68 |
| TOWN OF WEST SPRINGFIELD | |

Debtor    **New England Motor Freight, Inc.**    Case number *(if known)* **19-12809**

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

| Description, including name of holder of prepayment | | Current value of debtor's interest |
|---|---|---|
| 8.141. | PREPAID PROPERTY TAXES<br>TOWN OF WILLISTON | $10,826.52 |
| 8.142. | PREPAID PROPERTY TAXES<br>TOWNSHIP OF NORTH HUNTINGTON | $9,978.94 |
| 8.143. | PREPAID PROPERTY TAXES<br>TREASURER OF LUCAS COUNTY | $8,001.34 |
| 8.144. | PREPAID INSURANCE<br>TRUMBULL INSURANCE | $492,512.71 |
| 8.145. | MISCELLANEOUS PREPAYMENTS<br>UIC, INC | $71,042.31 |
| 8.146. | MISCELLANEOUS PREPAYMENTS<br>UNITED PACKAGING | $4,203.69 |
| 8.147. | MISCELLANEOUS PREPAYMENTS<br>V.A.G. INC. (FUEL ADDITIVE) | $21,843.12 |
| 8.148. | PREPAID STATE INCOME TAX<br>VERMONT DEPARTMENT OF TAXES | $750.00 |
| 8.149. | MISCELLANEOUS PREPAYMENTS<br>W.B. MASON - PAPER | $15,965.05 |
| 8.150. | PREPAID PROPERTY TAXES<br>WARRIOR RUN SCHOOL | $5,221.15 |
| 8.151. | PREPAID STATE INCOME TAX<br>WEST VIRGINIA STATE TAX DEPARTMENT | $500.00 |

9.    **Total of part 2**

Add lines 7 through 8. Copy the total to line 81.    $6,004,671.19

---

**Part 3:**    **Accounts receivable**

10.    **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes. Fill in the information below.

**Current value of debtor's interest**

11.    **Accounts receivable**

| | | Face amount | Doubtful or uncollectible accounts | | |
|---|---|---|---|---|---|
| 11a. | 90 days old or less: | $33,387,063.71 | - $0.00 | = ........ → | $33,387,063.71 |
| | | Face amount | Doubtful or uncollectible accounts | | |
| 11b. | Over 90 days old: | $1,847,111.55 | - $0.00 | = ........ → | $1,847,111.55 |

Debtor    **New England Motor Freight, Inc.**                    Case number *(if known)* **19-12809**

**12.    Total of part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

| $35,234,175.26 |
| --- |

---

| **Part 4:** | **Investments** |
| --- | --- |

**13.    Does the debtor own any investments?**

☐ No. Go to Part 5.

☑ Yes. Fill in the information below.

| | | **Valuation method used for current value** | **Current value of debtor's interest** |
| --- | --- | --- | --- |

**14.    Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock

| 14.1. _____ | _____ | $_____ |
| --- | --- | --- |

**15.    Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

| | Name of entity | % of ownership | | |
| --- | --- | --- | --- | --- |
| 15.1. | HOLLYWOOD AVENUE SOLAR, LLC | 100.00% | _____ | UNDETERMINED |
| 15.2. | MYJON, LLC | 100.00% | _____ | UNDETERMINED |
| 15.3. | UNITED EXPRESS SOLAR, LLC | 100.00% | _____ | UNDETERMINED |

**16.    Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe

| 16.1. _____ | _____ | $_____ |
| --- | --- | --- |

**17.    Total of part 4**

Add lines 14 through 16. Copy the total to line 83.

| UNDETERMINED |
| --- |

---

| **Part 5:** | **Inventory, excluding agriculture assets** |
| --- | --- |

**18.    Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| **General description** | **Date of the last physical inventory** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
| --- | --- | --- | --- | --- |
| **19.    Raw materials** | | | | |
| 19.1. _____ | _____ | $_____ | _____ | $_____ |
| **20.    Work in progress** | | | | |
| 20.1. _____ | _____ | $_____ | _____ | $_____ |
| **21.    Finished goods, including goods held for resale** | | | | |
| 21.1. _____ | _____ | $_____ | _____ | $_____ |

**22.    Other inventory or supplies**

| **General description** | **Date of the last physical inventory** | **Net book value of debtor's interest** | **Valuation method used for current value** | **Current value of debtor's interest** |
| --- | --- | --- | --- | --- |
| 22.1. PARTS & TIRES INVENTORY | 1/5/2019 | $1,797,888.00 | AVERAGE COST | $1,797,888.00 |

Debtor   **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

**22.**   **Other inventory or supplies**

| General description | Date of the last physical inventory | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 22.2.   FUEL INVENTORY | 1/5/2019 | $645,673.03 | AVERAGE COST | $645,673.03 |

**23.**   **Total of part 5**

Add lines 19 through 22. Copy the total to line 84.

$2,443,561.03

**24.**   **Is any of the property listed in Part 5 perishable?**

☒ No
☐ Yes

**25.**   **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No
☒ Yes Book value: $703,445.36 Valuation method: AVERAGE COST Current value: $703,445.36

**26.**   **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☒ No
☐ Yes

---

**Part 6:**   **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27.**   **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28.**   **Crops—either planted or harvested** | | | |
| 28.1. _____ | $_____ | _____ | $_____ |
| **29.**   **Farm animals.**  Examples: Livestock, poultry, farm-raised fish | | | |
| 29.1. _____ | $_____ | _____ | $_____ |
| **30.**   **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| 30.1. _____ | $_____ | _____ | $_____ |
| **31.**   **Farm and fishing supplies, chemicals, and feed** | | | |
| 31.1. _____ | $_____ | _____ | $_____ |
| **32.**   **Other farming and fishing-related property not already listed in Part 6** | | | |
| 32.1. _____ | $_____ | _____ | $_____ |

**33.**   **Total of part 6**

Add lines 28 through 32. Copy the total to line 85.

$0.00

**34.**   **Is the debtor a member of an agricultural cooperative?**

☐ No
☐ Yes. Is any of the debtor's property stored at the cooperative?
  ☐ No
  ☐ Yes

| Debtor | **New England Motor Freight, Inc.** | Case number *(if known)* **19-12809** |
|---|---|---|

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes Book value: $_____ Valuation method: _____ Current value: $_____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** | **Office furniture** | | |
| 39.1. | OWNED | $204,455.44 | Net Book Value | $204,455.44 |
| **40.** | **Office fixtures** | | |
| 40.1. | SEE RESPONSE AT PART 7 NO. 39 | $_____ | _____ | $_____ |

**41. Office equipment, including all computer equipment and communication systems equipment and software**

| | | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 41.1. | SEE RESPONSE AT PART 7 NO. 39 | $_____ | _____ | $_____ |

**42. Collectibles.** Examples: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

| 42.1. | _____ | $_____ | _____ | $_____ |
|---|---|---|---|---|

**43. Total of part 7**

Add lines 39 through 42. Copy the total to line 86.

$204,455.44

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☑ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46.** **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest **(Where available)**<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  SEE RESPONSE AT PART 8, NO. 50 FOR ACCOUNTING OF "SERVICE CARS & EQUIPMENT" | $_____ | _____ | $_____ |
| **48.** **Watercraft, trailers, motors, and related accessories.** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1.  _____ | $_____ | _____ | $_____ |
| **49.** **Aircraft and accessories** | | | |
| 49.1.  _____ | $_____ | _____ | $_____ |
| **50.** **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| 50.1.  REVENUE EQUIPMENT | $69,924,302.99 | Net Book Value | $69,924,302.99 |
| 50.2.  SERVICE CARS & EQUIPMENT | $789,741.66 | Net Book Value | $789,741.66 |
| 50.3.  MISCELLANEOUS EQUIPMENT | $5,695,517.30 | Net Book Value | $5,695,517.30 |
| 50.4.  UNAMORTIZED COMPUTER PROGRAMS | $1,707,705.87 | Net Book Value | $1,707,705.87 |
| 50.5.  BUILDINGS & EQUIPMENT - MIAMI | $185,720.79 | NET Book Value | $185,720.79 |

**51.** **Total of part 8**

Add lines 47 through 50. Copy the total to line 87.

| $78,302,988.61 |
|---|

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☑ Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

| Part 9: | Real property |
|---|---|

**54.** **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

---

Debtor   **New England Motor Freight, Inc.**                                         Case number *(if known)* **19-12809**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.1. _____<br>ALBANY TERMINAL # 56<br>_____<br>4315 ALBANY STREET<br>COLONIE NY 12205 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.2. _____<br>ALLENTOWN TERMINAL # 68<br>_____<br>457 MAHONING DRIVE<br>LEHIGHTON PA 18235 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.3. _____<br>BALTIMORE /WASHINGTON TERMINAL # 40<br>_____<br>1508 JOHN AVE<br>BALTIMORE MD 21227 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.4. _____<br>BETHPAGE TERMINAL # 14<br>_____<br>1 IMPERATORE DRIVE<br>OLD BETHPAGE NY 11804 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.5. _____<br>BINGHAMTON TERMINAL # 53<br>_____<br>91 SULFUR SPRINGS ROAD<br>OWEGO NY 13827 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.6. _____<br>BOSTON TERMINAL # 03<br>_____<br>90 CONCORD STREET<br>NO. READING MA 01864 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.7. _____<br>BUFFALO TERMINAL # 58<br>_____<br>410 GRAND ISLAND BLVD.<br>TONAWANDA NY 14150 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.8. _____<br>BURLINGTON TERMINAL # 17<br>_____<br>1087 AVE. D EXTENSION<br>WILLISTON VT 05495 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |

Debtor   **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.9. _____<br>CHARLESTON TERMINAL # 04<br><br>_____<br>500 RIVER EAST DRIVE<br>BELLE WV 25015 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.10. _____<br>CHICAGO TERMINAL # 37<br><br>_____<br>2300 LANDMEIER RD.<br>ELK GROVE VILLAGE IL 60007 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.11. _____<br>CINCINNATI TERMINAL # 32<br><br>_____<br>2500 COMMERCE BLVD<br>CINCINNATI OH 45241 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.12. _____<br>CLEVELAND TERMINAL # 33<br><br>_____<br>3024 BRECKSVILLE RD.-SUITE A<br>RICHFIELD OH 44286 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.13. _____<br>COLUMBUS TERMINAL # 31<br><br>_____<br>1700 GEORGESVILLE RD.<br>COLUMBUS OH 43228 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.14. _____<br>CONCORD TERMINAL # 20<br><br>_____<br>118 HALL STREET<br>CONCORD NH 03301 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.15. _____<br>ELIZABETH TERMINAL # 01<br><br>_____<br>1-71 NORTH AVENUE EAST<br>ELIZABETH NJ 07201 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.16. _____<br>ELKTON TERMINAL # 43<br><br>_____<br>3 CENTER DRIVE<br>NORTHEAST MD 21901 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |

Debtor    **New England Motor Freight, Inc.**                                              Case number *(if known)* **19-12809**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.17. _____<br>ERIE TERMINAL # 57<br><br>_____<br>2550 S. WORK STREET<br>FALCONER NY 14733 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.18. _____<br>FORT WAYNE TERMINAL # 07<br><br>_____<br>2532 BREMER RD<br>FORT WAYNE IN 46803 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.19. _____<br>HAGERSTOWN TERMINAL # 47<br><br>_____<br>16503 HUNTERS GREEN PARKWAY<br>HAGERSTOWN MD 21740 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.20. _____<br>HARRISBURG TERMINAL # 70<br><br>_____<br>2800 APPLETON STREET<br>CAMP HILL PA 17011 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.21. _____<br>INDIANAPOLIS TERMINAL # 42<br><br>_____<br>1702 SOUTH BELMONT AVENUE<br>INDIANAPOLIS IN 46221 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.22. _____<br>JOLIET TERMINAL # 39<br><br>_____<br>23348 WEST EAMES STREET<br>CHANNAHON IL 60410 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.23. _____<br>LEASEHOLD IMPROVEMENTS - IN PROGRESS<br><br>_____ | LEASEHOLD INTEREST | $1,141,138.93 | Book Value | $1,141,138.93 |
| 55.24. _____<br>MERIDEN TERMINAL # 16<br><br>_____<br>475 RESEARCH PARKWAY<br>MERIDEN CT 06450 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.25. 30-2133-008-0010<br><br>MIAMI, FLORIDA REAL PROPERTY AND IMPROVEMENTS<br><br>11700 NW 36TH AVENUE<br>HIALEAH FL 33167 | FEE SIMPLE INTEREST | $226,316.00 | Net Book Value | $226,316.00 |
| 55.26. 30-2133-008-0010<br><br>MIAMI, FLORIDA YARD IMPROVEMENTS - MIAMI<br><br>11700 NW 36TH AVENUE<br>HIALEAH FL 33167 | FEE SIMPLE INTEREST | UNDETERMINED | Net Book Value | UNDETERMINED |
| 55.27. _____<br><br>NEMF CARGO CLAIMS DEPT<br><br>212 BLACK HORSE LANE<br>N. BRUNSWICK NJ 08902 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.28. _____<br><br>NEMF CORPORATE CUST. SRV.<br><br>457 MAHONING DRIVE<br>LEHIGHTON PA 18235 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.29. _____<br><br>NEMF CREDIT & COLLECTION DEPT LOCATION # 90<br><br>5302 WHEELER ROAD<br>JORDAN NY 13080 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.30. _____<br><br>NEMF HUMAN RESOURCES DEPT.<br><br>212 BLACKHORSE LANE<br>N.BRUNSWICK NJ 08902 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.31. _____<br><br>NEMF PROPERTIES, CONSTRUCTION & ENVIRONMENTAL DEPT<br><br>141 EAST 26TH STREET<br>ERIE PA 16504 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.32. _____<br><br>NEWBURGH TERMINAL # 52<br><br>194 NEELYTOWN ROAD<br>MONTGOMERY NY 12549 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |

Debtor    **New England Motor Freight, Inc.**                                              Case number *(if known)* **19-12809**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.33. _____<br>PHILADELPHIA TERMINAL # 60<br>_____<br>1618 UNION AVENUE<br>PENNSAUKEN NJ 08110 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.34. _____<br>PITTSBURGH TERMINAL # 65<br>_____<br>12731 ROUTE 30 WEST<br>IRWIN PA 15642 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.35. _____<br>PLAINFIELD TERMINAL # 12<br>_____<br>310 HOLLYWOOD AVENUE<br>SO. PLAINFIELD NJ 07080 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.36. _____<br>PORTLAND TERMINAL # 18<br>_____<br>7 MANSON LIBBY ROAD<br>SCARBOROUGH ME 04074 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.37. _____<br>PROVIDENCE TERMINAL # 02 (LOT 0337)<br>_____<br>400 DIVISION STREET<br>PAWTUCKET RI 02860 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.38. _____<br>PUERTO RICO TERMINAL # 88<br>_____<br>CENTRO MERCANTIL INTERNACIONAL EDIF. #5<br>LOCAL #1<br>SECTOR PUEBLO VIEJO, BO. AMELIA<br>GUAYNABO PR 00966 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.39. _____<br>REAL PROPERTY LEASEHOLD IMPROVEMENTS<br>_____ | LEASEHOLD INTEREST | $9,205,157.55 | Net Book Value | $9,205,157.55 |
| 55.40. _____<br>RICHMOND TERMINAL # 38<br>_____<br>6110 JEFFERSON DAVIS HIGHWAY<br>RICHMOND VA 23234 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |

| Debtor | **New England Motor Freight, Inc.** | | Case number *(if known)* **19-12809** |

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.41. _____<br>ROANOKE TERMINAL # 44<br><br>_____<br>1919 PLANTATION ROAD NE<br>ROANOKE VA 24012 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.42. _____<br>ROCHESTER TERMINAL # 51<br><br>_____<br>50 LOUISE STREET<br>ROCHESTER NY 14606 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.43. _____<br>SPRINGFIELD TERMINAL # 08<br><br>_____<br>1311 UNION STREET<br>W. SPRINGFIELD MA 01089 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.44. _____<br>SYRACUSE TERMINAL # 55<br><br>_____<br>7201 SCHUYLER ROAD<br>E. SYRACUSE NY 13057 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.45. _____<br>TOLEDO TERMINAL # 34<br><br>_____<br>1260 MATZINGER RD<br>TOLEDO OH 43612-3849 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.46. _____<br>WILLIAMSPORT TERMINAL # 62<br><br>_____<br>110 SODOM ROAD<br>MILTON PA 17847 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.47. _____<br>REAL PROPETY LEASE<br><br>_____<br>15 MIDDLETOWN AVE<br>NORTH HAVEN CT 06473 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.48. _____<br>REAL PROPETY LEASE<br><br>_____<br>515 NORTH FLAGLER DR<br>SUITE P 300<br>WEST PALM BEACH FL 33401 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | | |
| 55.49. _____ <br> REAL PROPETY LEASE <br><br> _____ <br> 3 CENTER DRIVE <br> NORTHEAST MD 21901-2406 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.50. _____ <br> REAL PROPETY LEASE <br><br> _____ <br> 34 PERRY ROAD <br> BANGOR ME 04401 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.51. _____ <br> REAL PROPETY LEASE <br><br> _____ <br> 38 OLD KARNER ROAD <br> COLONIE NY 12205 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.52. _____ <br> REAL PROPETY LEASE <br><br> _____ <br> 159 EADS ST <br> WEST BABYLON NY 11704 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.53. _____ <br> REAL PROPETY LEASE <br><br> _____ <br> 68-67 SCHUYLER ROAD <br> DEWITT NY 13457 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.54. _____ <br> REAL PROPETY LEASE <br><br> _____ <br> 2875 APPLETON ST <br> TOWNSHIP OF DELAWARE <br> CAMP HILL PA 17011 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.55. _____ <br> REAL PROPETY LEASE <br><br> _____ <br> RD #1 <br> TOWNSHIP OF DELAWARE <br> WATSONTOWN PA 17777 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.56. _____ <br> PROVIDENCE TERMINAL # 02 (LOT 0705) <br><br> _____ <br> 466 DIVISION STREET <br> PAWTUCKET RI 02860 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |

Debtor   **New England Motor Freight, Inc.**                                      Case number *(if known)* **19-12809**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**55.**   **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| | | | | |
|---|---|---|---|---|
| 55.57. _____<br>PROVIDENCE TERMINAL # 02 (LOT 0344)<br><br>_____<br>55 DELTA DRIVE<br>PAWTUCKET RI 02680 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.58. _____<br>PROVIDENCE TERMINAL # 02<br><br>_____<br>345 WALCOTT ST<br>PAWTUCKET RI 02680 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.59. _____<br>PROVIDENCE TERMINAL # 02<br><br>_____<br>51 DELTA DRIVE<br>PAWTUCKET RI 02860 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |

**56.**   **Total of part 9**

Add the current value on lines 55. Copy the total to line 88.                                           $10,572,612.48

**57.**   **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☒ Yes

**58.**   **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☒ No

☐ Yes

---

**Part 10:**   **Intangibles and intellectual property**

**59.**   **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.**   **Patents, copyrights, trademarks, and trade secrets** | | | |
| 60.1.   SERVICE MARK - "NEMF" REGISTRATION NO. 2069423 | $0.00 | _____ | UNDETERMINED |
| 60.2.   SERVICE MARK - "EXCELLENCE IN MOTION" REGISTRATION NO. 2078935 | $0.00 | _____ | UNDETERMINED |
| 60.3.   SERVICE MARK - "SHEVELL GROUP" REGISTRATION NO. 3251306 | $0.00 | _____ | UNDETERMINED |
| 60.4.   SERVICE MARK - "APEX LOGISTICS" REGISTRATION NO. 3257668 | $0.00 | _____ | UNDETERMINED |
| 60.5.   SERVICE MARK - "YOU MATTER TO US" REGISTRATION NO. 4349723 | $0.00 | _____ | UNDETERMINED |

| Debtor | **New England Motor Freight, Inc.** | | | Case number *(if known)* **19-12809** |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| 60.6.[1] | SERVICE MARK - "PHOENIX" SERIAL NO. 75826636 | $0.00 | _____ | UNDETERMINED |
| 60.7.[2] | SERVICE MARK - "FLAWLESS EXECUTION" SERIAL NO. 76198959 | $0.00 | _____ | UNDETERMINED |

[1]ABANDONED SEPTEMBER 30, 2000

[2]ABANDONED MAY 14, 2002

**61.    Internet domain names and websites**

| | | Net book value of debtor's interest | Valuation method | Current value of debtor's interest |
|---|---|---|---|---|
| 61.1. | EASTERNFREIGHTWAYS.NET | UNDETERMINED | _____ | UNDETERMINED |
| 61.2. | APEXLOGISTICSINC.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.3. | BESTFLATBED.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.4. | CARRIERINDUSTRIES.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.5. | CARRIERINDUSTRIES.INFO | UNDETERMINED | _____ | UNDETERMINED |
| 61.6. | CARRIERINDUSTRIES.NET | UNDETERMINED | _____ | UNDETERMINED |
| 61.7. | EASTERNFREIGHTWAYS.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.8. | EASTERNONTHEBALL.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.9. | EFWFLATBED.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.10. | EXCELLENCEINMOTION.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.11. | HTTP://WWW.NEMF.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.12. | NEMF.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.13. | NEMF.NET | UNDETERMINED | _____ | UNDETERMINED |
| 61.14. | NEMFLOGISTICS.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.15. | NEMFLOGISTICS.NET | UNDETERMINED | _____ | UNDETERMINED |
| 61.16. | NEMFWT.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.17. | NEWENGLANDMOTORFREIGHT.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.18. | NEWENGLANDWORLDTRANSPORT.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.19. | NJWAREHOUSE.NET | UNDETERMINED | _____ | UNDETERMINED |
| 61.20. | PHOENIXMOTOREXPRESS.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.21. | PHOENIXMOTOREXPRESS.INFO | UNDETERMINED | _____ | UNDETERMINED |
| 61.22. | PICKEFW.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.23. | SHEVELL.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.24. | SHEVELLGROUP.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.25. | SHEVELLGROUP.NET | UNDETERMINED | _____ | UNDETERMINED |
| 61.26. | SHEVELLGROUPLOGISTICS.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.27. | SHEVELLGROUPLOGISTICS.NET | UNDETERMINED | _____ | UNDETERMINED |
| 61.28. | SHEVELLLOGISTICS.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.29. | SHEVELLLOGISTICS.NET | UNDETERMINED | _____ | UNDETERMINED |
| 61.30. | SHEVELLTRANSPORTATIONGROUP.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.31. | THESHEVELLGROUP.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.32. | THESHEVELLGROUP.NET | UNDETERMINED | _____ | UNDETERMINED |

Debtor   **New England Motor Freight, Inc.**                                         Case number *(if known)* **19-12809**

## 61.    Internet domain names and websites

| | Net book value of debtor's interest | Valuation method | Current value of debtor's interest |
|---|---|---|---|
| 61.33.   UNITEDEXPRESSLINES.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.34.   WE-CARE-ABOUT-YOU.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.35.   WE-CARE-ABOUT-YOU.NET | UNDETERMINED | _____ | UNDETERMINED |
| 61.36.   YOU-MATTER-TO-US.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.37.   YOUMATTERTOUS.NET | UNDETERMINED | _____ | UNDETERMINED |
| 61.38.   YOU-MATTER-TO-US.NET | UNDETERMINED | _____ | UNDETERMINED |

## 62.    Licenses, franchises, and royalties

| | Net book value of debtor's interest | Valuation method | Current value of debtor's interest |
|---|---|---|---|
| 62.1.   ALABAMA FEDERAL MOTOR CARRIER SAFETY ADMINISTRATION, LICENSING & INSURANCE DIVISION - ACTIVE | UNDETERMINED | _____ | UNDETERMINED |
| 62.2.   ALASKA FEDERAL MOTOR CARRIER SAFETY ADMINISTRATION, LICENSING & INSURANCE DIVISION - ACTIVE | UNDETERMINED | _____ | UNDETERMINED |
| 62.3.   ARKANSAS FEDERAL MOTOR CARRIER SAFETY ADMINISTRATION, LICENSING & INSURANCE DIVISION - ACTIVE | UNDETERMINED | _____ | UNDETERMINED |
| 62.4.   CALIFORNIA FEDERAL MOTOR CARRIER SAFETY ADMINISTRATION, LICENSING & INSURANCE DIVISION - ACTIVE | UNDETERMINED | _____ | UNDETERMINED |
| 62.5.   COLORADO FEDERAL MOTOR CARRIER SAFETY ADMINISTRATION, LICENSING & INSURANCE DIVISION - ACTIVE | UNDETERMINED | _____ | UNDETERMINED |
| 62.6.   GEORGIA FEDERAL MOTOR CARRIER SAFETY ADMINISTRATION, LICENSING & INSURANCE DIVISION - ACTIVE | UNDETERMINED | _____ | UNDETERMINED |
| 62.7.   HAWAII FEDERAL MOTOR CARRIER SAFETY ADMINISTRATION, LICENSING & INSURANCE DIVISION - ACTIVE | UNDETERMINED | _____ | UNDETERMINED |
| 62.8.   IDAHO FEDERAL MOTOR CARRIER SAFETY ADMINISTRATION, LICENSING & INSURANCE DIVISION - ACTIVE | UNDETERMINED | _____ | UNDETERMINED |
| 62.9.   IOWA FEDERAL MOTOR CARRIER SAFETY ADMINISTRATION, LICENSING & INSURANCE DIVISION - ACTIVE | UNDETERMINED | _____ | UNDETERMINED |
| 62.10.   KANSAS FEDERAL MOTOR CARRIER SAFETY ADMINISTRATION, LICENSING & INSURANCE DIVISION - ACTIVE | UNDETERMINED | _____ | UNDETERMINED |
| 62.11.   KENTUCKY FEDERAL MOTOR CARRIER SAFETY ADMINISTRATION, LICENSING & INSURANCE DIVISION - ACTIVE | UNDETERMINED | _____ | UNDETERMINED |
| 62.12.   LOUISIANA FEDERAL MOTOR CARRIER SAFETY ADMINISTRATION, LICENSING & INSURANCE DIVISION - ACTIVE | UNDETERMINED | _____ | UNDETERMINED |
| 62.13.   MINNESOTA FEDERAL MOTOR CARRIER SAFETY ADMINISTRATION, LICENSING & INSURANCE DIVISION - ACTIVE | UNDETERMINED | _____ | UNDETERMINED |
| 62.14.   MISSISSIPPI FEDERAL MOTOR CARRIER SAFETY ADMINISTRATION, LICENSING & INSURANCE DIVISION - ACTIVE | UNDETERMINED | _____ | UNDETERMINED |

| Debtor | **New England Motor Freight, Inc.** | | Case number *(if known)* **19-12809** |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 62.15. | MONTANA FEDERAL MOTOR CARRIER SAFETY ADMINISTRATION, LICENSING & INSURANCE DIVISION - ACTIVE | UNDETERMINED | _____ UNDETERMINED |
| 62.16. | NEBRASKA FEDERAL MOTOR CARRIER SAFETY ADMINISTRATION, LICENSING & INSURANCE DIVISION - ACTIVE | UNDETERMINED | _____ UNDETERMINED |
| 62.17. | NEVADA FEDERAL MOTOR CARRIER SAFETY ADMINISTRATION, LICENSING & INSURANCE DIVISION - ACTIVE | UNDETERMINED | _____ UNDETERMINED |
| 62.18. | NEW MEXICO FEDERAL MOTOR CARRIER SAFETY ADMINISTRATION, LICENSING & INSURANCE DIVISION - ACTIVE | UNDETERMINED | _____ UNDETERMINED |
| 62.19. | NORTH CAROLINA FEDERAL MOTOR CARRIER SAFETY ADMINISTRATION, LICENSING & INSURANCE DIVISION - ACTIVE | UNDETERMINED | _____ UNDETERMINED |
| 62.20. | NORTH DAKOTA FEDERAL MOTOR CARRIER SAFETY ADMINISTRATION, LICENSING & INSURANCE DIVISION - ACTIVE | UNDETERMINED | _____ UNDETERMINED |
| 62.21. | OKLAHOMA FEDERAL MOTOR CARRIER SAFETY ADMINISTRATION, LICENSING & INSURANCE DIVISION - ACTIVE | UNDETERMINED | _____ UNDETERMINED |
| 62.22. | OREGON FEDERAL MOTOR CARRIER SAFETY ADMINISTRATION, LICENSING & INSURANCE DIVISION - ACTIVE | UNDETERMINED | _____ UNDETERMINED |
| 62.23. | SOUTH CAROLINA FEDERAL MOTOR CARRIER SAFETY ADMINISTRATION, LICENSING & INSURANCE DIVISION - ACTIVE | UNDETERMINED | _____ UNDETERMINED |
| 62.24. | SOUTH DAKOTA FEDERAL MOTOR CARRIER SAFETY ADMINISTRATION, LICENSING & INSURANCE DIVISION - ACTIVE | UNDETERMINED | _____ UNDETERMINED |
| 62.25. | TENNESSEE FEDERAL MOTOR CARRIER SAFETY ADMINISTRATION, LICENSING & INSURANCE DIVISION - ACTIVE | UNDETERMINED | _____ UNDETERMINED |
| 62.26. | TEXAS FEDERAL MOTOR CARRIER SAFETY ADMINISTRATION, LICENSING & INSURANCE DIVISION - ACTIVE | UNDETERMINED | _____ UNDETERMINED |
| 62.27. | UTAH FEDERAL MOTOR CARRIER SAFETY ADMINISTRATION, LICENSING & INSURANCE DIVISION - ACTIVE | UNDETERMINED | _____ UNDETERMINED |
| 62.28. | WYOMING FEDERAL MOTOR CARRIER SAFETY ADMINISTRATION, LICENSING & INSURANCE DIVISION - ACTIVE | UNDETERMINED | _____ UNDETERMINED |
| 62.29. | RHODE ISLAND SECRETARY OF STATE, CORPORATIONS DIVISION JURISDICTION ID 000025182 - ACTIVE | UNDETERMINED | _____ UNDETERMINED |
| 62.30. | RHODE ISLAND FEDERAL MOTOR CARRIER SAFETY ADMINISTRATION, LICENSING & INSURANCE DIVISION JURISDICTION ID 000025182 - ACTIVE | UNDETERMINED | _____ UNDETERMINED |
| 62.31. | VERMONT SECRETARY OF STATE, CORPORATIONS/UCC DIVISION JURISDICTION ID 0064931 - ACTIVE | UNDETERMINED | _____ UNDETERMINED |
| 62.32. | VERMONT FEDERAL MOTOR CARRIER SAFETY ADMINISTRATION, LICENSING & INSURANCE DIVISION JURISDICTION ID 0064931 - ACTIVE | UNDETERMINED | _____ UNDETERMINED |
| 62.33. | CONNECTICUT SECRETARY OF STATE, COMMERCIAL RECORDING DIVISION JURISDICTION ID 0516487 - ACTIVE | UNDETERMINED | _____ UNDETERMINED |
| 62.34. | CONNECTICUT FEDERAL MOTOR CARRIER SAFETY ADMINISTRATION, LICENSING & INSURANCE DIVISION JURISDICTION ID 0516487 - ACTIVE | UNDETERMINED | _____ UNDETERMINED |

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| | | | |
|---|---|---|---|
| 62.35. | OHIO FEDERAL MOTOR CARRIER SAFETY ADMINISTRATION, LICENSING & INSURANCE DIVISION JURISDICTION ID 1668707 - ACTIVE | UNDETERMINED | _____ | UNDETERMINED |
| 62.36. | OHIO SECRETARY OF STATE JURISDICTION ID 1668707 - ACTIVE | UNDETERMINED | _____ | UNDETERMINED |
| 62.37. | ARIZONA FEDERAL MOTOR CARRIER SAFETY ADMINISTRATION, LICENSING & INSURANCE DIVISION JURISDICTION ID 1885935 - ACTIVE | UNDETERMINED | _____ | UNDETERMINED |
| 62.38. | ARIZONA CORPORATION COMMISSION, CORPORATIONS DIVISION JURISDICTION ID 1885935 - ACTIVE | UNDETERMINED | _____ | UNDETERMINED |
| 62.39. | MAINE SECRETARY OF STATE, BUREAU OF CORPORATIONS, ELECTIONS AND COMMISSIONS JURISDICTION ID 19950774 F - ACTIVE | UNDETERMINED | _____ | UNDETERMINED |
| 62.40. | MAINE FEDERAL MOTOR CARRIER SAFETY ADMINISTRATION, LICENSING & INSURANCE DIVISION JURISDICTION ID 19950774 F - ACTIVE | UNDETERMINED | _____ | UNDETERMINED |
| 62.41. | INDIANA FEDERAL MOTOR CARRIER SAFETY ADMINISTRATION, LICENSING & INSURANCE DIVISION JURISDICTION ID 2008022800664 - ACTIVE | UNDETERMINED | _____ | UNDETERMINED |
| 62.42. | INDIANA SECRETARY OF STATE, BUSINESS SERVICES DIVISION JURISDICTION ID 2008022800664 - ACTIVE | UNDETERMINED | _____ | UNDETERMINED |
| 62.43. | NEW YORK DEPARTMENT OF STATE, DIVISION OF CORPORATIONS, STATE RECORDS AND UNIFORM COMMERCIAL CODE JURISDICTION ID 2121050 - ACTIVE | UNDETERMINED | _____ | UNDETERMINED |
| 62.44. | NEW YORK FEDERAL MOTOR CARRIER SAFETY ADMINISTRATION, LICENSING & INSURANCE DIVISION JURISDICTION ID 2121050 - ACTIVE | UNDETERMINED | _____ | UNDETERMINED |
| 62.45. | MASSACHUSETTS SECRETARY OF THE COMMONWEALTH JURISDICTION ID 221977697 - ACTIVE | UNDETERMINED | _____ | UNDETERMINED |
| 62.46. | MASSACHUSETTS FEDERAL MOTOR CARRIER SAFETY ADMINISTRATION, LICENSING & INSURANCE DIVISION JURISDICTION ID 221977697 - ACTIVE | UNDETERMINED | _____ | UNDETERMINED |
| 62.47. | WEST VIRGINIA FEDERAL MOTOR CARRIER SAFETY ADMINISTRATION, LICENSING & INSURANCE DIVISION JURISDICTION ID 244828 - ACTIVE | UNDETERMINED | _____ | UNDETERMINED |
| 62.48. | WEST VIRGINIA SECRETARY OF STATE JURISDICTION ID 244828 - ACTIVE | UNDETERMINED | _____ | UNDETERMINED |
| 62.49. | NEW HAMPSHIRE SECRETARY OF STATE, CORPORATION DIVISION JURISDICTION ID 310000 - ACTIVE | UNDETERMINED | _____ | UNDETERMINED |
| 62.50. | NEW HAMPSHIRE FEDERAL MOTOR CARRIER SAFETY ADMINISTRATION, LICENSING & INSURANCE DIVISION JURISDICTION ID 310000 - ACTIVE | UNDETERMINED | _____ | UNDETERMINED |
| 62.51. | WASHINGTON OFFICE OF THE SECRETARY OF STATE, CORPORATIONS DIVISION JURISDICTION ID 602 384 123 - ACTIVE | UNDETERMINED | _____ | UNDETERMINED |
| 62.52. | WASHINGTON FEDERAL MOTOR CARRIER SAFETY ADMINISTRATION, LICENSING & INSURANCE DIVISION JURISDICTION ID 602 384 123 - ACTIVE | UNDETERMINED | _____ | UNDETERMINED |
| 62.53. | NEW JERSEY (D) DEPARTMENT OF THE TREASURY, DIVISION OF REVENUE, BUSINESS SERVICES BUREAU JURISDICTION ID 6469750100 - ACTIVE | UNDETERMINED | _____ | UNDETERMINED |
| 62.54. | NEW JERSEY (D) FEDERAL MOTOR CARRIER SAFETY ADMINISTRATION, LICENSING & INSURANCE DIVISION JURISDICTION ID 6469750100 - ACTIVE | UNDETERMINED | _____ | UNDETERMINED |

| Debtor | **New England Motor Freight, Inc.** | | Case number *(if known)* **19-12809** |

| | | | | |
|---|---|---|---|---|
| 62.55. | ILLINOIS FEDERAL MOTOR CARRIER SAFETY ADMINISTRATION, LICENSING & INSURANCE DIVISION JURISDICTION ID 65104172 - ACTIVE | UNDETERMINED | _____ | UNDETERMINED |
| 62.56. | ILLINOIS SECRETARY OF STATE, DEPARTMENT OF BUSINESS SERVICES JURISDICTION ID 65104172 - ACTIVE | UNDETERMINED | _____ | UNDETERMINED |
| 62.57. | MICHIGAN FEDERAL MOTOR CARRIER SAFETY ADMINISTRATION, LICENSING & INSURANCE DIVISION JURISDICTION ID 801051496 - ACTIVE | UNDETERMINED | _____ | UNDETERMINED |
| 62.58. | MICHIGAN CORPORATIONS, SECURITIES & COMMERCIAL LICENSING DIVISION JURISDICTION ID 801051496 - ACTIVE | UNDETERMINED | _____ | UNDETERMINED |
| 62.59. | PENNSYLVANIA DEPARTMENT OF STATE, CORPORATION BUREAU JURISDICTION ID 945755 - ACTIVE | UNDETERMINED | _____ | UNDETERMINED |
| 62.60. | PENNSYLVANIA FEDERAL MOTOR CARRIER SAFETY ADMINISTRATION, LICENSING & INSURANCE DIVISION JURISDICTION ID 945755 - ACTIVE | UNDETERMINED | _____ | UNDETERMINED |
| 62.61. | DISTRICT OF COLUMBIA FEDERAL MOTOR CARRIER SAFETY ADMINISTRATION, LICENSING & INSURANCE DIVISION JURISDICTION ID C00005303544 - ACTIVE | UNDETERMINED | _____ | UNDETERMINED |
| 62.62. | DISTRICT OF COLUMBIA DEPARTMENT OF CONSUMER AND REGULATORY AFFAIRS, BUSINESS AND PROFESSIONAL LICENSING ADMINISTRATION, CORPORATIONS DIVISION JURISDICTION ID C00005303544 - ACTIVE | UNDETERMINED | _____ | UNDETERMINED |
| 62.63. | FLORIDA DEPARTMENT OF STATE, DIVISION OF CORPORATIONS JURISDICTION ID F00000007148 - ACTIVE | UNDETERMINED | _____ | UNDETERMINED |
| 62.64. | FLORIDA FEDERAL MOTOR CARRIER SAFETY ADMINISTRATION, LICENSING & INSURANCE DIVISION JURISDICTION ID F00000007148 - ACTIVE | UNDETERMINED | _____ | UNDETERMINED |
| 62.65. | MISSOURI FEDERAL MOTOR CARRIER SAFETY ADMINISTRATION, LICENSING & INSURANCE DIVISION JURISDICTION ID F001323848 - ACTIVE | UNDETERMINED | _____ | UNDETERMINED |
| 62.66. | MISSOURI SECRETARY OF STATE, BUSINESS SERVICES DEPARTMENT JURISDICTION ID F001323848 - ACTIVE | UNDETERMINED | _____ | UNDETERMINED |
| 62.67. | MARYLAND STATE DEPARTMENT OF ASSESSMENTS AND TAXATION JURISDICTION ID F02270783 - ACTIVE | UNDETERMINED | _____ | UNDETERMINED |
| 62.68. | MARYLAND FEDERAL MOTOR CARRIER SAFETY ADMINISTRATION, LICENSING & INSURANCE DIVISION JURISDICTION ID F02270783 - ACTIVE | UNDETERMINED | _____ | UNDETERMINED |
| 62.69. | VIRGINIA STATE CORPORATION COMMISSION JURISDICTION ID F132580-4 - ACTIVE | UNDETERMINED | _____ | UNDETERMINED |
| 62.70. | VIRGINIA FEDERAL MOTOR CARRIER SAFETY ADMINISTRATION, LICENSING & INSURANCE DIVISION JURISDICTION ID F132580-4 - ACTIVE | UNDETERMINED | _____ | UNDETERMINED |
| 62.71. | DELAWARE SECRETARY OF STATE, DIVISION OF CORPORATIONS JURISDICTION ID MC112107 - ACTIVE | UNDETERMINED | _____ | UNDETERMINED |
| 62.72. | DELAWARE FEDERAL MOTOR CARRIER SAFETY ADMINISTRATION, LICENSING & INSURANCE DIVISION JURISDICTION ID MC112107 - ACTIVE | UNDETERMINED | _____ | UNDETERMINED |
| 62.73. | WISCONSIN FEDERAL MOTOR CARRIER SAFETY ADMINISTRATION, LICENSING & INSURANCE DIVISION JURISDICTION ID N049042 - ACTIVE | UNDETERMINED | _____ | UNDETERMINED |
| 62.74. | WISCONSIN DEPARTMENT OF FINANCIAL INSTITUTIONS JURISDICTION ID N049042 - ACTIVE | UNDETERMINED | _____ | UNDETERMINED |

| Debtor | **New England Motor Freight, Inc.** | Case number *(if known)* **19-12809** |
|---|---|---|

**63.**   **Customer lists, mailing lists, or other compilations**

63.1.   THE DEBTOR MAINTAINS A CUSTOMER LIST OF APPROXIMATELY 23,000 PARTIES CONTAINING NAME, ADDRESS AND E-MAILS OF ITS CUSTOMERS     UNDETERMINED     _____   UNDETERMINED

**64.**   **Other intangibles, or intellectual property**

64.1.   _____   $_____   _____   $_____

**65.**   **Goodwill**

65.1.   _____   $_____   _____   $_____

**66.**   **Total of part 10**

Add lines 60 through 65. Copy the total to line 89.

UNDETERMINED

**67.**   **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☐ No
☒ Yes

**68.**   **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☒ No
☐ Yes

**69.**   **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☒ No
☐ Yes

**Part 11:**   **All other assets**

**70.**   **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☒ Yes. Fill in the information below.

Current value of debtor's interest

**71.**   **Notes receivable**

| Description (include name of obligor) | Total face amount | Doubtful or uncollectible amount | | Current value of debtor's interest |
|---|---|---|---|---|
| 71.1. SPLIT-DOLLAR LIFE INSURANCE AGREEMENTS | $5,208,569.08 | - $_____ | = ........ → | $5,208,569.08 |

SHEVELL FAMILY 2016 DYNASTY TRUST
SOUTH DAKOTA TRUST COMPANY LLC
FRANCES R BECKER, TRUSTEE
4020 JACKSON BLVD
STE 3
RAPID CITY SD 57702

**72.**   **Tax refunds and unused net operating losses (NOLs)**

| Description (for example, federal, state, local) | Tax refund amount | NOL amount | Tax year | Current value of debtor's interest |
|---|---|---|---|---|
| 72.1. INTERNAL REVENUE SERVICE | $40,000.00 | $_____ | 2018 | $40,000.00 |

**73.**   **Interests in insurance policies or annuities**

| Insurance company | Insurance policy No. | Annuity issuer name | Annuity account type | Annuity account No. | Current value of debtor's interest |
|---|---|---|---|---|---|

| Debtor | **New England Motor Freight, Inc.** | | | | | Case number *(if known)* **19-12809** |
|---|---|---|---|---|---|---|

| | | | | | | |
|---|---|---|---|---|---|---|
| 73.1. | AMERICAN BANKERS INS CO OF FL | N/A | _____ | _____ | _____ | UNDETERMINED |
| 73.2. | AMERICAN BANKERS INS CO OF FL | AB00131015 | _____ | _____ | _____ | UNDETERMINED |
| 73.3. | CNA CONTINENTAL INS CO OF NEW JERSEY | 596862231 | _____ | _____ | _____ | UNDETERMINED |
| 73.4. | CRC INSURANCE PROFESSIONAL RISK FACILITIES | 596772089 | _____ | _____ | _____ | UNDETERMINED |
| 73.5. | ENDURANCE AMERICAN SPECIALTY | ARL100116927000 | _____ | _____ | _____ | UNDETERMINED |
| 73.6. | EVANSTON INSURANCE CO | MKLV3EVE100215 | _____ | _____ | _____ | UNDETERMINED |
| 73.7. | HARTFORD FIRE INSURANCE CO | 10CSES35802 | _____ | _____ | _____ | UNDETERMINED |
| 73.8. | HARTFORD FIRE INSURANCE CO | 99015129052019 | _____ | _____ | _____ | UNDETERMINED |
| 73.9. | HARTFORD FIRE INSURANCE CO | WC-AOS 10WN-S35800 | _____ | _____ | _____ | UNDETERMINED |
| 73.10. | IRONSHORE SPECIALTY INS CO | 2746700 | _____ | _____ | _____ | UNDETERMINED |
| 73.11. | NATIONAL FIRE & MARINE INSURANCE | 42RLO30354302 | _____ | _____ | _____ | UNDETERMINED |
| 73.12. | NATIONAL UNION FIRE INS CO OF PITTSBURG, PA | 28804753 | _____ | _____ | _____ | UNDETERMINED |
| 73.13. | NEW JERSEY MANUFACTURERS INS. | WC-NJ W21713-3-18 | _____ | _____ | _____ | UNDETERMINED |
| 73.14. | RLI INSURANCE COMPANY | CAR 050 0036 | _____ | _____ | _____ | UNDETERMINED |
| 73.15. | ST. PAUL FIRE & MARINE INS CO | 2T00594 | _____ | _____ | _____ | UNDETERMINED |
| 73.16. | UNITED STATES FIRE INS CO | 5951007981 | _____ | _____ | _____ | UNDETERMINED |
| 73.17. | UNITED STATES FIRE INS CO | 5951007981 | _____ | _____ | _____ | UNDETERMINED |
| 73.18. | ALLIANZ AGCS MARINE INSURANCE COMPANY | MXI93077459 | _____ | _____ | _____ | UNDETERMINED |
| 73.19. | AVIVA INS CO OF CANADA | 6741090784 | _____ | _____ | _____ | UNDETERMINED |
| 73.20. | ENDURANCE AMERICAN SPECIALTY | ELD30000307701 | _____ | _____ | _____ | UNDETERMINED |
| 73.21. | GREAT AMERICAN ASSURANCE CO | EXC2275071 | _____ | _____ | _____ | UNDETERMINED |
| 73.22. | ILLINOIS UNION INSURANCE | G7111711A001 | _____ | _____ | _____ | UNDETERMINED |
| 73.23. | LIBERTY INSURANCE UNDERWRITERS | 1000037020-07 | _____ | _____ | _____ | UNDETERMINED |
| 73.24. | LLOYD'S SYNDICATES C/O LOCKTON COS LLP | MACCD1602212 | _____ | _____ | _____ | UNDETERMINED |

Debtor   **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| | | | | | | |
|---|---|---|---|---|---|---|
| 73.25. | MAINE EMPLOYERS' MUTUAL INS. | 1810023953 | _____ | _____ | _____ | UNDETERMINED |
| 73.26. | NATIONAL SURETY CORP | SHX00049055965 | _____ | _____ | _____ | UNDETERMINED |
| 73.27. | STARR INDEMNITY & LIABILITY CO | 1000600133171 | _____ | _____ | _____ | UNDETERMINED |
| 73.28. | UNITED STATES FIRE INS CO | 5951007981 | _____ | _____ | _____ | UNDETERMINED |
| 73.29. | UNITED STATES FIRE INS CO (TRINITY) | VARIOUS | _____ | _____ | _____ | UNDETERMINED |
| 73.30. | PROTECTIVE INSURANCE | B-13114/B-13115/B-13116 | _____ | _____ | _____ | UNDETERMINED |
| 73.31. | ARCH | WA7-73D-508113-016, -017, -018, -019, -010, -12 & -12 | _____ | _____ | _____ | UNDETERMINED |
| 73.32. | DISCOVER RE | _____ | _____ | _____ | _____ | UNDETERMINED |
| 73.33. | TRAVELERS | 303D6844 & 116D7953 | _____ | _____ | _____ | UNDETERMINED |
| 73.34. | FIDELITY | _____ | _____ | _____ | _____ | UNDETERMINED |
| 73.35. | OHIO – (WORKERS COMP) | _____ | _____ | _____ | _____ | UNDETERMINED |

**74.   Causes of action against third parties (whether or not a lawsuit has been filed)**

| | | Nature of claim | Amount requested | Current value of debtor's interest |
|---|---|---|---|---|
| 74.1. | NEW ENGLAND CONFECTIONARY COMPANY, INC. | UNPAID FREIGHT BILLS - PROOF OF CLAIM FILED IN BANKRUPTCY CASE NO 18-11217 USBC - DISTRICT OF MASSACHUSETTS. | $516,534.24 | UNDETERMINED |
| 74.2. | ZACHARY FRAZIER/PROGRESSIVE INSURANCE | AUTO CLAIM - DAMAGES TO DEBTORS TRACTOR AND TRAILER | $161,076.47 | UNDETERMINED |

**75.   Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

| | | Nature of claim | Amount requested | Current value of debtor's interest |
|---|---|---|---|---|
| 75.1. | BETHPAGE PROJECT 1 TAX APPEAL REFUND | TAX REFUND APPEAL | $223,656.75 | UNDETERMINED |
| 75.2. | BETHPAGE PROJECT 2 TAX APPEAL REFUND | TAX REFUND APPEAL | $80,204.25 | UNDETERMINED |
| 75.3. | DISCOVER RE | WORKERS' COMPENSATION RECEIVABLE | $14,562.00 | UNDETERMINED |
| 75.4. | TRAVELERS | WORKERS' COMPENSATION RECEIVABLE | $62,501.00 | UNDETERMINED |
| 75.5. | MAINE EMPLOYERS' MUTUAL INSURANCE COMPANY (MEMIC) | WORKERS' COMPENSATION RECEIVABLE | $131,598.00 | UNDETERMINED |
| 75.6. | NEW JERSEY MANUFACTURERS INSURANCE COMPANY | WORKERS' COMPENSATION RECEIVABLE | $50,285.00 | UNDETERMINED |
| 75.7. | OHIO BUREAU OF WORKERS' COMPENSATION | WORKERS' COMPENSATION RECEIVABLE | $743,274.00 | UNDETERMINED |
| 75.8. | NYS WORKERS' COMPENSATION BOARD | WORKERS' COMPENSATION RECEIVABLE | $60,787.00 | UNDETERMINED |

| Debtor | **New England Motor Freight, Inc.** | | Case number *(if known)* **19-12809** |
|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| 75.9. | VISTA UNDERWRITING PARTNERS, LLC | EXCESS MEDICAL CLAIMS RECEIVABLE | $1,359,946.00 | UNDETERMINED |
| 75.10. | UNITED HEALTHCARE | MEDICAL & PHARMACY CLAIMS RECEIVABLE | $240,000.00 | UNDETERMINED |
| 75.11. | NEXCLAIM RECOVERIES LLC | VARIOUS SUBROGATION CLAIMS | $584,364.00 | UNDETERMINED |

**76.     Trusts, equitable or future interests in property**

| 76.1. | _____ | $_____ |
|---|---|---|

**77.     Other property of any kind not already listed**

Examples: Season tickets, country club membership

| | | |
|---|---|---|
| 77.1. | DUE FROM REAL ESTATE AFFILIATE - NORTH RED TRUCK CORP | $66,308.40 |
| 77.2. | DUE FROM REAL ESTATE AFFILIATE - CONCORD TERMINAL | $48,000.00 |
| 77.3. | 401K FORFEITURE-AS OF 12/31/15 | $17,305.55 |
| 77.4. | INSURANCE CLAIMS AND RECOVERIES | $245,391.00 |
| 77.5. | HURRICANE RECOVERY CLAIM | $90,000.00 |
| 77.6. | MISCELLANEOUS EMPLOYEE LOANS | $3,259.20 |
| 77.7. | MISCELLANEOUS RENT RECEIVABLES | $16,593.65 |
| 77.8. | INTERCOMPANY RECEIVABLE DUE FROM MYAR, LLC | $193,754.30 |
| 77.9. | INTERCOMPANY RECEIVABLE DUE FROM HOLLYWOOD AVENUE SOLAR LLC | $149,216.20 |
| 77.10. | INTERCOMPANY RECEIVABLE DUE FROM UNITED EXPRESS SOLAR, LLC | $45,553.69 |
| 77.11. | INTERCOMPANY RECEIVABLE DUE FROM MYJON, LLC | $195,000.00 |
| 77.12. | RECEIVABLE DUE FROM SHAREHOLDER, M. SHEVELL | $10,492,517.00 |
| 77.13. | RECEIVABLE DUE FROM NANCY SHEVELL MCCARTNEY 2016 NON-GST EXEMPT IRREVOCABLE TRUST | $574,275.00 |
| 77.14. | RECEIVABLE DUE FROM SUSAN S. COHEN 2016 NON-GST EXEMPT IRREVOCABLE TRUST | $825,222.00 |
| 77.15. | RECEIVABLE DUE FROM SHEVELL FAMILY 2016 DYNASTY TRUST | $122,219.00 |
| 77.16. | RECEIVABLE DUE FROM ZACHARY W. COHEN 1996 TRUST DATED OCTOBER 14, 1996 | $182,980.00 |
| 77.17. | RECEIVABLE DUE FROM MERISSA L. COHEN 1996 TRUST DATED OCTOBER 14, 1996 | $181,404.00 |
| 77.18. | RECEIVABLE DUE FROM ARLEN W. BLAKEMAN 1996 TRUST DATED OCTOBER 14, 1996 | $184,273.00 |
| 77.19. | RECEIVABLE DUE FROM NANCY BLAKEMAN GRANTOR TRUST | $20,950.00 |

**78.     Total of part 11**

Add lines 71 through 77. Copy the total to line 90.

$18,902,791.07

**79.     Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No
☐ Yes

Debtor    **New England Motor Freight, Inc.**                                            Case number *(if known)* **19-12809**

---

| **Part 12:** | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $8,611,571.22 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $6,004,671.19 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $35,234,175.26 | |
| 83. **Investments.** *Copy line 17, Part 4.* | UNDETERMINED | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $2,443,561.03 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $204,455.44 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $78,302,988.61 | |
| 88. **Real property.** *Copy line 56, Part 9.* .................................................................... → | | $10,572,612.48 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | UNDETERMINED | |
| 90. **All other assets.** *Copy line 78, Part 11.*                              + | $18,902,791.07 | |
| 91. **Total.** Add lines 80 through 90 for each column. ..........91a. | $149,704,213.82 + 91b. | $10,572,612.48 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ....................................................................... $160,276,826.30

| Fill in this information to identify the case: |
|---|
| **Debtor name:** New England Motor Freight, Inc. |
| **United States Bankruptcy Court for the:** District of New Jersey |
| **Case number (if known):** 19-12809 |

☐ Check if this is an
amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1.  **Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2.  **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A **Amount of Claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|
| 2.1. **Creditor's name and address**<br><br>CAPITAL ONE, N.A.<br>20 BROADHOLLOW RD<br>MELVILLE NY 11747<br><br>**Creditor's email address, if known**<br>_____<br><br>**Date debt was incurred:** 4/7/2016<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Have you already specified the relative priority?<br>  ☐ No. Specify each creditor, including this creditor, and its relative priority.<br>  _____<br>  _____<br>  ☐ Yes. The relative priority of creditors is specified on lines: _____ | **Describe debtor's property that is subject to a lien**<br><br>EQUIPMENT AS MORE SPECIFICALLY DESCRIBED BY SERIAL NO IN ANNEX 2<br><br>**Describe the lien**<br>UCC-1 RECORDED 4/7/2016 IN STATE OF NEW JERSEY AS DOCUMENT # 51620974<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☐ No<br>☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).<br><br>**As of the petition filing date, the claim is:** Check all that apply.<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,029,465.95 | UNDETERMINED |

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| | |
|---|---|
| **2.2.** | **Creditor's name and address** |

**2.2.**   **Creditor's name and address**

CAPITAL ONE, N.A.
20 BROADHOLLOW RD
MELVILLE NY 11747

**Creditor's email address, if known**

_____

**Date debt was incurred:** 12/15/2016

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   _____

   ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe debtor's property that is subject to a lien**

EQUIPMENT AS MORE SPECIFICALLY          $0.00          UNDETERMINED
DESCRIBED BY SERIAL NO IN ANNEX 2

**Describe the lien**

UCC-1 RECORDED 12/15/16 IN STATE OF
NEW JERSEY AS DOCUMENT # 51995687

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☒ Yes. Fill out Schedule H: Codebtors
(Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent

☐ Unliquidated

☐ Disputed

---

**2.3.**   **Creditor's name and address**

CATERPILLAR FINANCIAL SERVICES
CORPORATION
PO BOX 56347
JACKSONVILLE FL 32241-6347

**Creditor's email address, if known**

_____

**Date debt was incurred:** 10/20/2010

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   _____

   ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe debtor's property that is subject to a lien**

VARIOUS TRACTORS AS MORE          UNDETERMINED  UNDETERMINED
SPECIFICALLY DESCRIBED BY MAKE,
MODEL AND SERIAL # IN ATTACHMENT

**Describe the lien**

UCC-1 RECORDED 10/20/2010 IN STATE OF
NEW JERSEY AND AS CONTINUED
7/16/2015

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☒ Yes. Fill out Schedule H: Codebtors
(Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent

☐ Unliquidated

☐ Disputed

Debtor   **New England Motor Freight, Inc.**                                          Case number *(if known)* **19-12809**

| 2.4. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|---|

DAIMLER TRUST
13650K HERITAGE PARKWAY
FT WORTH TX 76177

**Creditor's email address, if known**

_____

**Date debt was incurred:** 12/19/2014

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____
   _____

   ☐ Yes. The relative priority of creditors is specified on lines: _____

ALL OF THE DEBTOR'S (I) NEW AND USED MOTOR VEHICLES, TRAILERS AND/OR CHASSIS, NOW OWNED OR HEREAFTER ACQUIRED, FINANCED BY, LEASED FROM OR PURCHASED    $6,035,387.35    UNDETERMINED

**Describe the lien**

UCC-1 RECORDED 12/19/2014 IN THE STATE OF NEW JERSEY AS DOCUMENT # 51037996

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☒ Contingent

☐ Unliquidated

☐ Disputed

| 2.5. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|---|

DE LAGE LANDEN FINANCIAL SERVICES
1111 OLD EAGLE SCHOOL RD
WAYNE PA 19087

**Creditor's email address, if known**

_____

**Date debt was incurred:** 7/22/2014

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____
   _____

   ☐ Yes. The relative priority of creditors is specified on lines: _____

COLLATERAL AS MORE SPECIFICALLY DESCRIBED IN SCHEDULE A ATTACHED    UNDETERMINED  UNDETERMINED

**Describe the lien**

UCC-1 RECORDED 7/22/2014 IN STATE OF NEW JERSEY AS DOCUMENT # 26579849 AND AS AMENDED 10/14/2014

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Is anyone else liable on this claim?**

☒ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☒ Contingent

☐ Unliquidated

☐ Disputed

| | |
|---|---|
| Debtor **New England Motor Freight, Inc.** | Case number *(if known)* **19-12809** |

**2.6.** **Creditor's name and address**

DE LAGE LANDEN FINANCIAL SERVICES
1111 OLD EAGLE SCHOOL RD
WAYNE PA 19087

**Creditor's email address, if known**

_____

**Date debt was incurred:** 9/9/2016

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____
   _____

   ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe debtor's property that is subject to a lien**

COLLATERAL AS MORE SPECIFICALLY
DESCRIBED IN SCHEDULE A ATTACHED

**Describe the lien**

UCC-1 RECORDED 9/9/2016 IN STATE OF
NEW JERSEY AS DOCUMENT # 51854153

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED  UNDETERMINED

---

**2.7.** **Creditor's name and address**

DE LAGE LANDEN FINANCIAL SERVICES
1111 OLD EAGLE SCHOOL RD
WAYNE PA 19087

**Creditor's email address, if known**

_____

**Date debt was incurred:** 7/18/2016

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____
   _____

   ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe debtor's property that is subject to a lien**

COLLATERAL AS MORE SPECIFICALLY
DESCRIBED IN SCHEDULE A ATTACHED

**Describe the lien**

UCC-1 RECORDED 7/18/2016 IN STATE OF
NEW JERSEY AS DOCUMENT # 51776187

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED  UNDETERMINED

---

| Debtor | **New England Motor Freight, Inc.** | Case number *(if known)* **19-12809** |

**2.8.** **Creditor's name and address**

EAST WEST BANK
PO BOX 1406
ALPHARETTA GA 30009

**Creditor's email address, if known**

_____

**Date debt was incurred:** 4/5/2017

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    _____

    ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe debtor's property that is subject to a lien**

| BANK LOAN | $8,990,035.55 | UNDETERMINED |

**Describe the lien**

UCC-1 RECORDED 4/5/2017 IN STATE OF NEW JERSEY AS DOCUMENT # 52156452

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent

☐ Unliquidated

☐ Disputed

---

**2.9.** **Creditor's name and address**

EAST WEST BANK
PO BOX 1406
ALPHARETTA GA 30009

**Creditor's email address, if known**

_____

**Date debt was incurred:** 5/4/2018

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    _____

    ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe debtor's property that is subject to a lien**

| BANK LOAN | $0.00 | UNDETERMINED |

**Describe the lien**

UCC-1 RECORDED 5/4/2018 IN STATE OF NEW JERSEY AS DOCUMENT # 52766321

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent

☐ Unliquidated

☐ Disputed

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

| 2.10. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|---|
| | EAST WEST BANK<br>PO BOX 1406<br>ALPHARETTA GA 30009 | BANK LOAN | $0.00 | UNDETERMINED |

**Creditor's email address, if known**

**Describe the lien**

UCC-1 RECORDED 4/10/2017 IN STATE OF NEW JERSEY AS DOCUMENT # 52164284

_____

**Date debt was incurred:** 4/10/2017

**Last 4 digits of account number:**

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ☐ Yes. The relative priority of creditors is specified on lines: _____

**Is anyone else liable on this claim?**

☐ No

☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.11. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|---|
| | FIFTH THIRD BANK<br>38 FOUNTAIN SQ PLAZA<br>MD 10904A<br>CINCINNATI OH 45263 | RIGHT TITLE AND INTEREST IN EQUIPMENT AND INTANGIBLES AS MORE SPECIFICALLY DESCRIBED IN ATTACHMENT | $7,370,036.75 | UNDETERMINED |

**Creditor's email address, if known**

**Describe the lien**

UCC-1 RECORDED 10/27/2017 IN STATE OF NEW JERSEY AS DOCUMENT # 52476112

_____

**Date debt was incurred:** 10/27/2017

**Last 4 digits of account number:**

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ☐ Yes. The relative priority of creditors is specified on lines: _____

**Is anyone else liable on this claim?**

☐ No

☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent

☐ Unliquidated

☐ Disputed

---

| Debtor | **New England Motor Freight, Inc.** | Case number *(if known)* **19-12809** |
|---|---|---|

| 2.12. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|---|

FIFTH THIRD BANK
38 FOUNTAIN SQ PLAZA
MD 10904A
CINCINNATI OH 45263

EQUIPMENT AS MORE SPECIFICALLY DESCRIBED BY VIN AND SERIAL NOS.    $0.00    UNDETERMINED

**Creditor's email address, if known**

**Describe the lien**

UCC-1 RECORDED 10/31/2014 IN STATE OF NEW JERSEY AS DOCUMENT # 50993084 AND AS AMENDED 8/21/2015

_____

**Date debt was incurred:** 10/31/2014

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    _____

    ☐ Yes. The relative priority of creditors is specified on lines: _____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent

☐ Unliquidated

☐ Disputed

| 2.13. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|---|

FIFTH THIRD BANK
38 FOUNTAIN SQ PLAZA
MD 10904A
CINCINNATI OH 45263

EQUIPMENT AS MORE SPECIFICALLY DESCRIBED BY VIN AND SERIAL NOS.    $0.00    UNDETERMINED

**Creditor's email address, if known**

**Describe the lien**

UCC-1 RECORDED 6/11/2015 IN STATE OF NEW JERSEY AS DOCUMENT # 51205324AND AS AMENDED 8/20/2015

_____

**Date debt was incurred:** 6/11/2014

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    _____

    ☐ Yes. The relative priority of creditors is specified on lines: _____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent

☐ Unliquidated

☐ Disputed

| | |
|---|---|
| Debtor **New England Motor Freight, Inc.** | Case number *(if known)* **19-12809** |

**2.14.** | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** | | |

FIFTH THIRD BANK
38 FOUNTAIN SQ PLAZA
MD 10904A
CINCINNATI OH 45263

EQUIPMENT AS MORE SPECIFICALLY DESCRIBED BY VIN AND SERIAL NOS.        $0.00        UNDETERMINED

**Creditor's email address, if known**

**Describe the lien**

UCC-1 RECORDED 9/25/2015 IN STATE OF NEW JERSEY AS DOCUMENT # 51341392 AND AS AMENDED 5/26/2016

_____

**Date debt was incurred:** 9/25/2015

**Is the creditor an insider or related party?**

**Last 4 digits of account number:**

☑ No

**Do multiple creditors have an interest in the same property?**

☐ Yes

☑ No

**Is anyone else liable on this claim?**

☐ Yes. Have you already specified the relative priority?

☐ No

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

    _____

**As of the petition filing date, the claim is:** Check all that apply.

    _____

☑ Contingent

    ☐ Yes. The relative priority of creditors is specified on lines: _____

☐ Unliquidated

☐ Disputed

---

**2.15.** | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** | | |

FIFTH THIRD BANK
38 FOUNTAIN SQ PLAZA
MD 10904A
CINCINNATI OH 45263

EQUIPMENT AS MORE SPECIFICALLY DESCRIBED BY SERIAL NOS.        $0.00        UNDETERMINED

**Creditor's email address, if known**

**Describe the lien**

UCC-1 RECORDED 10/3/2016 IN STATE OF NEW JERSEY AS DOCUMENT # 51887272

_____

**Date debt was incurred:** 10/3/2016

**Is the creditor an insider or related party?**

**Last 4 digits of account number:**

☑ No

**Do multiple creditors have an interest in the same property?**

☐ Yes

☑ No

**Is anyone else liable on this claim?**

☐ Yes. Have you already specified the relative priority?

☐ No

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

    _____

**As of the petition filing date, the claim is:** Check all that apply.

    _____

☑ Contingent

    ☐ Yes. The relative priority of creditors is specified on lines: _____

☐ Unliquidated

☐ Disputed

Debtor   **New England Motor Freight, Inc.**                                      Case number *(if known)* **19-12809**

| | | |
|---|---|---|
| 2.16. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** |

FIFTH THIRD BANK
38 FOUNTAIN SQ PLAZA
MD 10904A
CINCINNATI OH 45263

EQUIPMENT AS MORE SPECIFICALLY
DESCRIBED BY VIN AND SERIAL NOS.          $0.00          UNDETERMINED

**Creditor's email address, if known**

**Describe the lien**

UCC-1 RECORDED 3/27/2017 IN STATE OF
NEW JERSEY AS DOCUMENT # 52140075

_____

**Date debt was incurred:** 3/27/2017

**Is the creditor an insider or related party?**

**Last 4 digits of account number:**

☒ No

**Do multiple creditors have an interest in the same property?**

☐ Yes

☒ No

**Is anyone else liable on this claim?**

☐ Yes. Have you already specified the relative priority?

☐ No

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

   _____

☒ Contingent

   ☐ Yes. The relative priority of creditors is specified on lines: _____

☐ Unliquidated

☐ Disputed

| | | |
|---|---|---|
| 2.17. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** |

FIFTH THIRD BANK
38 FOUNTAIN SQ PLAZA
MD 10904A
CINCINNATI OH 45263

CAMERAS & EQUIPMENT MORE
SPECIFICALLY DESCRIBED IN SCHEDULE          $0.00          UNDETERMINED
A

**Creditor's email address, if known**

**Describe the lien**

UCC-1 RECORDED 9/19/2017 IN STATE OF
NEW JERSEY AS DOCUMENT # 52413054

_____

**Date debt was incurred:** 9/19/2017

**Is the creditor an insider or related party?**

**Last 4 digits of account number:**

☒ No

**Do multiple creditors have an interest in the same property?**

☐ Yes

☒ No

**Is anyone else liable on this claim?**

☐ Yes. Have you already specified the relative priority?

☐ No

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

   _____

☒ Contingent

   ☐ Yes. The relative priority of creditors is specified on lines: _____

☐ Unliquidated

☐ Disputed

| | |
|---|---|
| Debtor **New England Motor Freight, Inc.** | Case number *(if known)* **19-12809** |

**2.18.** **Creditor's name and address**

FIFTH THIRD BANK
38 FOUNTAIN SQ PLAZA
MD 10904A
CINCINNATI OH 45263

**Creditor's email address, if known**

_____

**Date debt was incurred:** 6/26/2017

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe debtor's property that is subject to a lien**

INVENTORY, EQUIPMENT & FIXTURES MORE SPECIFICALLY DESCRIBED IN ATTACHED INVOICES    $0.00    UNDETERMINED

**Describe the lien**

UCC-1 RECORDED 6/26/2017 IN STATE OF NEW JERSEY AS DOCUMENT # 52287653

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

**2.19.** **Creditor's name and address**

FIFTH THIRD BANK
38 FOUNTAIN SQ PLAZA
MD 10904A
CINCINNATI OH 45263

**Creditor's email address, if known**

_____

**Date debt was incurred:** _____

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe debtor's property that is subject to a lien**

_____    $2,796,001.95    UNDETERMINED

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

| Debtor | **New England Motor Freight, Inc.** | | Case number *(if known)* **19-12809** |
|---|---|---|---|

**2.20.** | **Creditor's name and address**

IBM CREDIT LLC
ONE NORTH CASTLE DRIVE
ARMONK NY 10504

**Creditor's email address, if known**

_____

**Date debt was incurred:** 5/16/2016

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____
    _____

    ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe debtor's property that is subject to a lien**

EQUIPMENT, MAINTENANCE AND SOFTWARE         UNDETERMINED  UNDETERMINED

**Describe the lien**

UCC-1 RECORDED 5/16/2016 IN STATE OF NEW JERSEY AS DOCUMENT # 51680473

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent

☐ Unliquidated

☐ Disputed

---

**2.21.** | **Creditor's name and address**

JPMORGAN CHASE BANK, N.A.
1111 POLARIS PARKWAY
SUITE A-3
COLUMBUS OH 43240

**Creditor's email address, if known**

_____

**Date debt was incurred:** _____

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____
    _____

    ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe debtor's property that is subject to a lien**

LETTER OF CREDIT        $10,346,000.00    $6,454,240.72

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent

☐ Unliquidated

☑ Disputed

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| | |
|---|---|
| **2.22.** **Creditor's name and address** | **Describe debtor's property that is subject to a lien** |

JPMORGAN CHASE BANK, N.A.
1111 POLARIS PARKWAY
SUITE A-3
COLUMBUS OH 43240

EQUIPMENT, VEHICLES, TELEPHONES & HAND HELD DEVICES AS MORE SPECIFICALLY DESCRIBED IN MASATER LEASE DATED 4/3/2014          $3,915,167.22          UNDETERMINED

**Creditor's email address, if known**

_____

**Date debt was incurred:** 5/9/2014

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe the lien**

UCC-1 RECORDED 5/9/2014 IN STATE OF NEW JERSEY AS DOCUMENT # 40829082 AND AS AMENDED 5/22/2014, 6/2/2014, 6/9/2015 AND 9/25/2015 AND AS CONTINUED 11/26/2018

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent

☐ Unliquidated

☐ Disputed

---

| | |
|---|---|
| **2.23.** **Creditor's name and address** | **Describe debtor's property that is subject to a lien** |

JPMORGAN CHASE BANK, N.A.
1111 POLARIS PARKWAY
SUITE A-3
COLUMBUS OH 43240

EQUIPMENT AS MORE SPECIFICALLY DESCRIBED IN EXHIBIT A          $0.00          UNDETERMINED

**Creditor's email address, if known**

_____

**Date debt was incurred:** 5/29/2014

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe the lien**

UCC-1 RECORDED 5/29/2014 IN STATE OF NEW JERSEY AS DOCUMENT # 50847990 AND AS AMENDED 9/25/2015 AND AS CONTINUED 12/17/2018

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent

☐ Unliquidated

☐ Disputed

---

Debtor   **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

| 2.24. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|---|

JPMORGAN CHASE BANK, N.A.
1111 POLARIS PARKWAY
SUITE A-3
COLUMBUS OH 43240

EQUIPMENT AS MORE SPECIFICALLY DESCRIBED IN EXHIBIT A TO MASTER LEASE DATED 4/3/2014     $0.00     UNDETERMINED

**Creditor's email address, if known**

**Describe the lien**

_____

UCC-1 RECORDED 6/2/2014 IN STATE OF NEW JERSEY AS DOCUMENT # 50849796 AND AS AMENDED 9/25/2015 AND AS CONTINUED 12/17/2018

**Date debt was incurred:** 6/2/2014

**Last 4 digits of account number:**

**Is the creditor an insider or related party?**

**Do multiple creditors have an interest in the same property?**

☑ No

☑ No

☐ Yes

☐ Yes. Have you already specified the relative priority?

**Is anyone else liable on this claim?**

☐ No

☐ No. Specify each creditor, including this creditor, and its relative priority.

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

_____

**As of the petition filing date, the claim is:** Check all that apply.

☐ Yes. The relative priority of creditors is specified on lines: _____

☑ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.25. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|---|

JPMORGAN CHASE BANK, N.A.
1111 POLARIS PARKWAY
SUITE A-3
COLUMBUS OH 43240

EQUIPMENT AS MORE SPECIFICALLY DESCRIBED IN EXHIBIT A TO MASTER LEASE DATED 4/3/2014     $0.00     UNDETERMINED

**Creditor's email address, if known**

**Describe the lien**

_____

UCC-1 RECORDED 11/5/2014 IN STATE OF NEW JERSEY AS DOCUMENT # 50997121

**Date debt was incurred:** 11/5/2014

**Last 4 digits of account number:**

**Is the creditor an insider or related party?**

**Do multiple creditors have an interest in the same property?**

☑ No

☑ No

☐ Yes

☐ Yes. Have you already specified the relative priority?

**Is anyone else liable on this claim?**

☐ No

☐ No. Specify each creditor, including this creditor, and its relative priority.

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

_____

**As of the petition filing date, the claim is:** Check all that apply.

☐ Yes. The relative priority of creditors is specified on lines: _____

☑ Contingent

☐ Unliquidated

☐ Disputed

---

Official Form 206D          **Schedule D: Creditors Who Have Claims Secured by Property**          Page 13 of 30

Debtor  **New England Motor Freight, Inc.**                                      Case number *(if known)* **19-12809**

---

2.26. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** |

JPMORGAN CHASE BANK, N.A.
1111 POLARIS PARKWAY
SUITE A-3
COLUMBUS OH 43240

VEHICLES & EQUIPMENT AS MORE SPECIFICALLY DESCIBED BY VIN & SERIAL NOS.                $0.00        UNDETERMINED

**Creditor's email address, if known**

_____

**Date debt was incurred:** 12/24/2014

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____
    _____

    ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe the lien**

UCC-1 RECORDED 12/24/2014 IN STATE OF NEW JERSEY AS DOCUMENT # 51041830

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent

☐ Unliquidated

☐ Disputed

---

2.27. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** |

JPMORGAN CHASE BANK, N.A.
1111 POLARIS PARKWAY
SUITE A-3
COLUMBUS OH 43240

EQUIPMENT CONSISTING OF VEHICLES & FORKLIFTS PURSUANT TO MASTER LEASE DATED 4/23/2014                $0.00        UNDETERMINED

**Creditor's email address, if known**

_____

**Date debt was incurred:** 3/1/2016

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____
    _____

    ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe the lien**

UCC-1 RECORDED 3/1/2016 IN STATE OF NEW JERSEY AS DOCUMENT # 51563455 AND AS AMENDED 12/30/2016

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent

☐ Unliquidated

☐ Disputed

---

Debtor   **New England Motor Freight, Inc.**                                        Case number *(if known)* **19-12809**

---

| 2.28. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|---|

JPMORGAN CHASE BANK, N.A.
1111 POLARIS PARKWAY
SUITE A-3
COLUMBUS OH 43240

GREAT DANE TRAILERS AS MORE SPECIFICALLY DESCRIBED BY VIN       $0.00       UNDETERMINED

**Creditor's email address, if known**

**Describe the lien**

_____

UCC-1 RECORDED 3/23/2016 IN STATE OF NEW JERSEY AS DOCUMENT # 51595933

**Date debt was incurred:** 3/23/2016

**Is the creditor an insider or related party?**

**Last 4 digits of account number:**

☑ No

**Do multiple creditors have an interest in the same property?**

☐ Yes

☑ No

**Is anyone else liable on this claim?**

☐ Yes. Have you already specified the relative priority?

☐ No

☐ No. Specify each creditor, including this creditor, and its relative priority.

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

_____

**As of the petition filing date, the claim is:** Check all that apply.

_____

☑ Contingent

☐ Yes. The relative priority of creditors is specified on lines: _____

☐ Unliquidated

☐ Disputed

---

| 2.29. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|---|

SANTANDER BANK
450 PENN ST
READING PA 19602

VARIOUS EQUIPMENT MORE SPECIFICALLY DESCRIBED BY VIN       $5,526,876.90       UNDETERMINED

**Creditor's email address, if known**

**Describe the lien**

_____

UCC-1 RECORDED 9/22/2015 IN STATE OF NEW JERSEY AS DOCUMENT # 51335713

**Date debt was incurred:** 9/22/2015

**Is the creditor an insider or related party?**

**Last 4 digits of account number:**

☑ No

**Do multiple creditors have an interest in the same property?**

☐ Yes

☑ No

**Is anyone else liable on this claim?**

☐ Yes. Have you already specified the relative priority?

☑ No

☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

_____

**As of the petition filing date, the claim is:** Check all that apply.

_____

☑ Contingent

☐ Yes. The relative priority of creditors is specified on lines: _____

☐ Unliquidated

☐ Disputed

---

Debtor    **New England Motor Freight, Inc.**

Case number *(if known)* **19-12809**

| 2.30. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|---|

SANTANDER BANK
450 PENN ST
READING PA 19602

VARIOUS EQUIPMENT & VEHICLES MORE SPECIFICALLY DESCRIBED BY VIN & SERIAL #S          $0.00          UNDETERMINED

**Creditor's email address, if known**

**Describe the lien**

UCC-1 RECORDED 12/17/2015 IN STATE OF NEW JERSEY AS DOCUMENT # 51461492

**Date debt was incurred:** 12/17/2015

**Is the creditor an insider or related party?**

**Last 4 digits of account number:**

☑ No

**Do multiple creditors have an interest in the same property?**

☐ Yes

☑ No

**Is anyone else liable on this claim?**

☐ Yes. Have you already specified the relative priority?

☑ No

☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Yes. The relative priority of creditors is specified on lines: _____

☑ Contingent

☐ Unliquidated

☐ Disputed

| 2.31. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|---|

SANTANDER BANK
450 PENN ST
READING PA 19602

VARIOUS TRACTORS AS MORE SPECIFICALLY DESCRIBED BY SERIAL #S          $0.00          UNDETERMINED

**Creditor's email address, if known**

**Describe the lien**

UCC-1 RECORDED 10/14/2015 IN STATE OF NEW JERSEY AS DOCUMENT # 51366735

**Date debt was incurred:** 10/14/2015

**Is the creditor an insider or related party?**

**Last 4 digits of account number:**

☑ No

**Do multiple creditors have an interest in the same property?**

☐ Yes

☑ No

**Is anyone else liable on this claim?**

☐ Yes. Have you already specified the relative priority?

☑ No

☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Yes. The relative priority of creditors is specified on lines: _____

☑ Contingent

☐ Unliquidated

☐ Disputed

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

2.32.   **Creditor's name and address**

SANTANDER BANK
450 PENN ST
READING PA 19602

**Creditor's email address, if known**

_____

**Date debt was incurred:** _____

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____
    _____

    ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe debtor's property that is subject to a lien**

_____    $726,131.26    UNDETERMINED

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☒ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No

☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☒ Contingent
☐ Unliquidated
☒ Disputed

---

2.33.   **Creditor's name and address**

TD BANK NA
1701 ROUTE 70 EAST
CHERRY HILL NJ 08034

**Creditor's email address, if known**

_____

**Date debt was incurred:** 12/17/2017

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____
    _____

    ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe debtor's property that is subject to a lien**

PURCHASE MONEY SECURITY INTEREST AS MORE SPECIFICALLY DESCRIBED IN EXHIBIT A    $6,786,964.69    UNDETERMINED

**Describe the lien**

UCC-1 RECORDED 12/17/2017 IN STATE OF NEW JERSEY AS DOCUMENT # 52546482

**Is the creditor an insider or related party?**

☒ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☒ Contingent
☐ Unliquidated
☒ Disputed

---

Debtor    **New England Motor Freight, Inc.**                                        Case number *(if known)* **19-12809**

| 2.34. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** |
|---|---|---|

TD BANK NA
1701 ROUTE 70 EAST
CHERRY HILL NJ 08034

**Creditor's email address, if known**

_____

**Date debt was incurred:** 12/17/2017

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____
   _____

   ☐ Yes. The relative priority of creditors is specified on lines: _____

LETTER OF CREDIT        $9,283,000.00    $3,021,564.49

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent

☐ Unliquidated

☑ Disputed

---

| 2.35. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** |
|---|---|---|

TD BANK NATIONAL ASSOCIATION
1701 ROUTE 70 EAST
CHERRY HILL NJ 08034

**Creditor's email address, if known**

_____

**Date debt was incurred:** 5/9/2014

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____
   _____

   ☐ Yes. The relative priority of creditors is specified on lines: _____

EQUIPMENT AS MORE SPECIFICALLY DESCRIBED IN EXHIBIT A TO MASTER LEASE DATED 4/3/2014    $0.00    UNDETERMINED

**Describe the lien**

UCC-1 RECORDED 6/25/2018 IN STATE OF NEW JERSEY AS DOCUMENT # 52857362

**Is the creditor an insider or related party?**

☐ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent

☐ Unliquidated

☑ Disputed

---

Debtor **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

**2.36.** | **Creditor's name and address** | **Describe debtor's property that is subject to a lien**

VFS LEASING CO
PO BOX 26131
GREENSBORO NC 27402

EQUIPMENT AND/OR VEHICLES AS MORE SPECIFICALLY DESCRIBED IN SCHEDULE A        $0.00        UNDETERMINED

**Creditor's email address, if known**

_____

**Date debt was incurred:** 12/19/2012

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  _____

  ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe the lien**

UCC-1 RECORDED 12/29/2012 IN STATE OF NEW JERSEY AS DOCUMENT # 26301983 AND AS CONTINUED 8/22/2017 AND AMENDED 9/15/2017

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Is anyone else liable on this claim?**

☒ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☒ Contingent

☐ Unliquidated

☐ Disputed

---

**2.37.** | **Creditor's name and address** | **Describe debtor's property that is subject to a lien**

VFS US LLC
PO BOX 26131
GREENSBORO NC 27402

EQUIPMENT AND/OR VEHICLES AS MORE SPECIFICALLY DESCRIBED IN SCHEDULE A        $1,557,190.74        UNDETERMINED

**Creditor's email address, if known**

_____

**Date debt was incurred:** 12/19/2012

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  _____

  ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe the lien**

UCC-1 RECORDED 12/29/2012 IN STATE OF NEW JERSEY AS DOCUMENT # 26301983 AND AS CONTINUED 8/22/2017 AND AMENDED 9/15/2017

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Is anyone else liable on this claim?**

☒ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☒ Contingent

☐ Unliquidated

☒ Disputed

---

Debtor    **New England Motor Freight, Inc.**                                        Case number *(if known)* **19-12809**

| | |
|---|---|
| 2.38. | **Creditor's name and address** |

**2.38.** | **Creditor's name and address**

WEBSTER CAPITAL FINANCE, INC.
145 BANK STREET
LEGAL DEPT MO-325
WATERBURY CT 06702

**Creditor's email address, if known**

_____

**Date debt was incurred:** 1/31/2014

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe debtor's property that is subject to a lien**

VARIOUS EQUIPMENT LEASE PURSUANT TO MASTER SERVICES AGREEMENT AND MORE SPECIFICALLY IDENTIFIED BY MAKE, MODEL & SERIAL #          $971,157.66          UNDETERMINED

**Describe the lien**

UCC-1 RECORDED 1/31/2014 IN STATE OF NEW JERSEY AS DOCUMENT # 50736414 AND AS AMENDED 5/7/2014 AND CONTINUED 12/31/2018

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent

☐ Unliquidated

☐ Disputed

---

**2.39.** | **Creditor's name and address**

WEBSTER CAPITAL FINANCE, INC.
344 MAIN STREET
KENSINGTON CT 06037

**Creditor's email address, if known**

_____

**Date debt was incurred:** 1/6/2014

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe debtor's property that is subject to a lien**

VARIOUS EQUIPMENT LEASE PURSUANT TO MASTER SERVICES AGREEMENT AND MORE SPECIFICALLY IDENTIFIED BY MAKE, MODEL & SERIAL #          $0.00          UNDETERMINED

**Describe the lien**

UCC-1 RECORDED 1/6/2014 IN STATE OF NEW JERSEY AS DOCUMENT # 50715754 AND AS CONTINUED 12/31/2018

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent

☐ Unliquidated

☐ Disputed

---

| Debtor | **New England Motor Freight, Inc.** | Case number *(if known)* **19-12809** |
|---|---|---|

| 2.40. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|---|

WEBSTER CAPITAL FINANCE, INC.
344 MAIN STREET
KENSINGTON CT 06037

**Creditor's email address, if known**

_____

**Date debt was incurred:** 12/6/2013

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ☐ Yes. The relative priority of creditors is specified on lines: _____

VARIOUS EQUIPMENT LEASE PURSUANT TO MASTER SERVICES AGREEMENT AND MORE SPECIFICALLY IDENTIFIED BY MAKE, MODEL & SERIAL #

**Describe the lien**

UCC-1 RECORDED 12/6/2013 IN STATE OF NEW JERSEY AS DOCUMENT # 50691883 AND AS CONTINUED 11/30/2018

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent

☐ Unliquidated

☐ Disputed

$0.00       UNDETERMINED

---

| 2.41. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|---|

WELLS FARGO EQUIPMENT FINANCE INC
733 MARQUETTE AVE
STE 700
MINNEAPOLIS MN 55402

**Creditor's email address, if known**

_____

**Date debt was incurred:** 3/11/2014

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ☐ Yes. The relative priority of creditors is specified on lines: _____

EQUIPMENT AS MORE SPECIFICALLY DESCRIBED BY SERIAL NO. IN CONTRACT 001-0225069, SCHEDULE A

**Describe the lien**

UCC-1 RECORDED 3/11/2014 IN STATE OF NEW JERSEY AS DOCUMENT # 26518701 AND AS CONTINUED 9/25/2018

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent

☐ Unliquidated

☑ Disputed

$3,243,776.15       UNDETERMINED

---

Debtor    **New England Motor Freight, Inc.**                           Case number *(if known)* **19-12809**

---

**2.42.** | **Creditor's name and address**

WELLS FARGO EQUIPMENT FINANCE INC
733 MARQUETTE AVE
STE 700
MINNEAPOLIS MN 55402

**Creditor's email address, if known**

_____

**Date debt was incurred:** 10/31/2014

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe debtor's property that is subject to a lien**

EQUIPMENT AS MORE SPECIFICALLY DESCRIBED BY SERIAL NO. IN CONTRACT 001-0225069, SCHEDULE A    $0.00    UNDETERMINED

**Describe the lien**

UCC-1 RECORDED 10/31/2014 IN STATE OF NEW JERSEY AS DOCUMENT # 26622262

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent

☐ Unliquidated

☑ Disputed

---

**2.43.** | **Creditor's name and address**

WELLS FARGO EQUIPMENT FINANCE INC
733 MARQUETTE AVE
STE 700
MINNEAPOLIS MN 55402

**Creditor's email address, if known**

_____

**Date debt was incurred:** 2/17/2015

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe debtor's property that is subject to a lien**

EQUIPMENT AS MORE SPECIFICALLY DESCRIBED BY SERIAL NO. IN CONTRACT 001-0225069-707, SCHEDULE A    $0.00    UNDETERMINED

**Describe the lien**

UCC-1 RECORDED 2/17/2015 IN STATE OF NEW JERSEY AS DOCUMENT # 26666587

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent

☐ Unliquidated

☑ Disputed

---

**3.** **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    **$69,577,192.17**

---

| Debtor | **New England Motor Freight, Inc.** | Case number *(if known)* 19-12809 |
|---|---|---|

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| | Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|---|
| 3.1. | CAPITAL ONE<br>ROBERT HARVEY<br>499 THORNAL ST<br>11TH FLOOR<br>EDISON NJ 08837 | Line 2.1 | _____ |
| 3.2. | CAPITAL ONE<br>ROBERT HARVEY<br>499 THORNAL ST<br>11TH FLOOR<br>EDISON NJ 08837 | Line 2.2 | _____ |
| 3.3. | CHIESA SHAHINIAN & GIANTOMASI PC<br>FRANK PERETORE,ESQ<br>ONE BOLAND DRIVE<br>WEST ORANGE NJ 07052 | Line 2.41 | _____ |
| 3.4. | CHIESA SHAHINIAN & GIANTOMASI PC<br>FRANK PERETORE,ESQ<br>ONE BOLAND DRIVE<br>WEST ORANGE NJ 07052 | Line 2.42 | _____ |
| 3.5. | CHIESA SHAHINIAN & GIANTOMASI PC<br>FRANK PERETORE,ESQ<br>ONE BOLAND DRIVE<br>WEST ORANGE NJ 07052 | Line 2.43 | _____ |
| 3.6. | DAIMLER TRUST<br>C/O BK SERVICING LLC<br>P O BOX 131265<br>ROSEVILLE MN 55113-0011 | Line 2.4 | _____ |
| 3.7. | EAST WEST BANK<br>ANDREW ROSS SVP<br>533 MADISON AVE<br>8TH FL<br>NEW YORK NY 10022 | Line 2.8 | _____ |
| 3.8. | EAST WEST BANK<br>ANDREW ROSS SVP<br>533 MADISON AVE<br>8TH FL<br>NEW YORK NY 10022 | Line 2.10 | _____ |
| 3.9. | EAST WEST BANK<br>ANDREW ROSS SVP<br>533 MADISON AVE<br>8TH FL<br>NEW YORK NY 10022 | Line 2.9 | _____ |
| 3.10. | FRESHFIELDS BRUCKHAUS DERINGER<br>MARK F LISCIO<br>601 LEXINGTON AVE<br>31ST FLOOR<br>NEW YORK NY 10022 | Line 2.22 | _____ |

| Debtor | **New England Motor Freight, Inc.** | | Case number *(if known)* **19-12809** |
|---|---|---|---|

| 3.11. | FRESHFIELDS BRUCKHAUS DERINGER<br>MARK F LISCIO<br>601 LEXINGTON AVE<br>31ST FLOOR<br>NEW YORK NY 10022 | Line 2.23 | _____ |
| 3.12. | FRESHFIELDS BRUCKHAUS DERINGER<br>MARK F LISCIO<br>601 LEXINGTON AVE<br>31ST FLOOR<br>NEW YORK NY 10022 | Line 2.24 | _____ |
| 3.13. | FRESHFIELDS BRUCKHAUS DERINGER<br>MARK F LISCIO<br>601 LEXINGTON AVE<br>31ST FLOOR<br>NEW YORK NY 10022 | Line 2.25 | _____ |
| 3.14. | FRESHFIELDS BRUCKHAUS DERINGER<br>MARK F LISCIO<br>601 LEXINGTON AVE<br>31ST FLOOR<br>NEW YORK NY 10022 | Line 2.26 | _____ |
| 3.15. | FRESHFIELDS BRUCKHAUS DERINGER<br>MARK F LISCIO<br>601 LEXINGTON AVE<br>31ST FLOOR<br>NEW YORK NY 10022 | Line 2.27 | _____ |
| 3.16. | FRESHFIELDS BRUCKHAUS DERINGER<br>MARK F LISCIO<br>601 LEXINGTON AVE<br>31ST FLOOR<br>NEW YORK NY 10022 | Line 2.28 | _____ |
| 3.17. | GEBHARDT & SMITH LLP<br>JAMES M SMITH<br>ONE SOUTH STREET<br>SUITE 2200<br>BALTIMORE MD 21202-3281 | Line 2.33 | _____ |
| 3.18. | GEBHARDT & SMITH LLP<br>DAVID V FONTANA,ESQ<br>ONE SOUTH ST STE 2200<br>BALTIMORE MD 21202 | Line 2.33 | _____ |
| 3.19. | GEBHARDT & SMITH LLP<br>LISA BITTLE TANCREDI<br>ONE SOUTH STREET<br>SUITE 2200<br>BALTIMORE MD 21202-3281 | Line 2.33 | _____ |
| 3.20. | GEBHARDT & SMITH LLP<br>LISA BITTLE TANCREDI<br>1000 N WEST STREET<br>SUITE 1200<br>WILMINGTON DE 19801 | Line 2.33 | _____ |
| 3.21. | GEBHARDT & SMITH LLP<br>JAMES M SMITH<br>ONE SOUTH STREET<br>SUITE 2200<br>BALTIMORE MD 21202-3281 | Line 2.34 | _____ |
| 3.22. | GEBHARDT & SMITH LLP<br>DAVID V FONTANA,ESQ<br>ONE SOUTH ST STE 2200<br>BALTIMORE MD 21202 | Line 2.34 | _____ |

| Debtor | **New England Motor Freight, Inc.** | | Case number *(if known)* **19-12809** |

| 3.23. | GEBHARDT & SMITH LLP<br>LISA BITTLE TANCREDI<br>ONE SOUTH STREET<br>SUITE 2200<br>BALTIMORE MD 21202-3281 | Line 2.34 | _____ |
| 3.24. | GREENBERG TRAURIG<br>ALAN J. BRODY<br>500 CAMPUS DRIVE<br>SUITE 400<br>FLORHAM PARK NJ 07932 | Line 2.22 | _____ |
| 3.25. | GREENBERG TRAURIG<br>ALAN J. BRODY<br>500 CAMPUS DRIVE<br>SUITE 400<br>FLORHAM PARK NJ 07932 | Line 2.23 | _____ |
| 3.26. | GREENBERG TRAURIG<br>ALAN J. BRODY<br>500 CAMPUS DRIVE<br>SUITE 400<br>FLORHAM PARK NJ 07932 | Line 2.24 | _____ |
| 3.27. | GREENBERG TRAURIG<br>ALAN J. BRODY<br>500 CAMPUS DRIVE<br>SUITE 400<br>FLORHAM PARK NJ 07932 | Line 2.25 | _____ |
| 3.28. | GREENBERG TRAURIG<br>ALAN J. BRODY<br>500 CAMPUS DRIVE<br>SUITE 400<br>FLORHAM PARK NJ 07932 | Line 2.26 | _____ |
| 3.29. | GREENBERG TRAURIG<br>ALAN J. BRODY<br>500 CAMPUS DRIVE<br>SUITE 400<br>FLORHAM PARK NJ 07932 | Line 2.27 | _____ |
| 3.30. | GREENBERG TRAURIG<br>ALAN J. BRODY<br>500 CAMPUS DRIVE<br>SUITE 400<br>FLORHAM PARK NJ 07932 | Line 2.28 | _____ |
| 3.31. | JPMORGAN CHASE BANK, N.A.<br>MICHAEL FONDACARO<br>250 PEHLE AVE<br>STE 105<br>SADDLE BROOK NJ 07663 | Line 2.21 | _____ |
| 3.32. | JPMORGAN CHASE BANK, N.A.<br>MICHAEL FONDACARO<br>250 PEHLE AVE<br>STE 105<br>SADDLE BROOK NJ 07663 | Line 2.22 | _____ |
| 3.33. | JPMORGAN CHASE BANK, N.A.<br>MICHAEL FONDACARO<br>250 PEHLE AVE<br>STE 105<br>SADDLE BROOK NJ 07663 | Line 2.23 | _____ |
| 3.34. | JPMORGAN CHASE BANK, N.A.<br>MICHAEL FONDACARO<br>250 PEHLE AVE<br>STE 105<br>SADDLE BROOK NJ 07663 | Line 2.24 | _____ |

| Debtor | **New England Motor Freight, Inc.** | | Case number *(if known)* **19-12809** |

| | | | |
|---|---|---|---|
| 3.35. | JPMORGAN CHASE BANK, N.A.<br>MICHAEL FONDACARO<br>250 PEHLE AVE<br>STE 105<br>SADDLE BROOK NJ 07663 | Line 2.25 | _____ |
| 3.36. | JPMORGAN CHASE BANK, N.A.<br>MICHAEL FONDACARO<br>250 PEHLE AVE<br>STE 105<br>SADDLE BROOK NJ 07663 | Line 2.26 | _____ |
| 3.37. | JPMORGAN CHASE BANK, N.A.<br>MICHAEL FONDACARO<br>250 PEHLE AVE<br>STE 105<br>SADDLE BROOK NJ 07663 | Line 2.27 | _____ |
| 3.38. | JPMORGAN CHASE BANK, N.A.<br>MICHAEL FONDACARO<br>250 PEHLE AVE<br>STE 105<br>SADDLE BROOK NJ 07663 | Line 2.28 | _____ |
| 3.39. | MCCARTER & ENGLISH LLP<br>PETER M KNOB,ESQ<br>FOUR GATEWAY CENTER<br>100 MULBERRY ST<br>NEWARK NJ 07102 | Line 2.1 | _____ |
| 3.40. | MCCARTER & ENGLISH LLP<br>JOSEPH LUBERTAZZI JR.,ESQ<br>FOUR GATEWAY CENTER<br>100 MULBERRY ST<br>NEWARK NJ 07102 | Line 2.1 | _____ |
| 3.41. | MCCARTER & ENGLISH LLP<br>PETER M KNOB,ESQ<br>FOUR GATEWAY CENTER<br>100 MULBERRY ST<br>NEWARK NJ 07102 | Line 2.2 | _____ |
| 3.42. | MCCARTER & ENGLISH LLP<br>JOSEPH LUBERTAZZI JR.,ESQ<br>FOUR GATEWAY CENTER<br>100 MULBERRY ST<br>NEWARK NJ 07102 | Line 2.2 | _____ |
| 3.43. | MCCARTER & ENGLISH LLP<br>PETER M KNOB,ESQ<br>FOUR GATEWAY CENTER<br>100 MULBERRY ST<br>NEWARK NJ 07102 | Line 2.1 | _____ |
| 3.44. | MCCARTER & ENGLISH LLP<br>JOSEPH LUBERTAZZI JR.,ESQ<br>FOUR GATEWAY CENTER<br>100 MULBERRY ST<br>NEWARK NJ 07102 | Line 2.1 | _____ |
| 3.45. | MCCARTER & ENGLISH LLP<br>PETER M KNOB,ESQ<br>FOUR GATEWAY CENTER<br>100 MULBERRY ST<br>NEWARK NJ 07102 | Line 2.2 | _____ |
| 3.46. | MCCARTER & ENGLISH LLP<br>JOSEPH LUBERTAZZI JR.,ESQ<br>FOUR GATEWAY CENTER<br>100 MULBERRY ST<br>NEWARK NJ 07102 | Line 2.2 | _____ |

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| | | | |
|---|---|---|---|
| 3.47. | MCCARTER & ENGLISH, LLP<br>PETER KNOB<br>100 MULBERRY STREET<br>FOUR GATEWAY CENTER<br>NEWARK NJ 07102 | Line 2.1 | _____ |
| 3.48. | MCCARTER & ENGLISH, LLP<br>PETER KNOB<br>100 MULBERRY STREET<br>FOUR GATEWAY CENTER<br>NEWARK NJ 07102 | Line 2.2 | _____ |
| 3.49. | MCCARTER & ENGLISH, LLP<br>PETER KNOB<br>100 MULBERRY STREET<br>FOUR GATEWAY CENTER<br>NEWARK NJ 07102 | Line 2.1 | _____ |
| 3.50. | MCCARTER & ENGLISH, LLP<br>PETER KNOB<br>100 MULBERRY STREET<br>FOUR GATEWAY CENTER<br>NEWARK NJ 07102 | Line 2.2 | _____ |
| 3.51. | MCELROY DEUTSCH MULVANEY & CARPENTER LLP<br>VIRGINIA T SHEA,ESQ<br>1300 MOUNT KEMBLE AVENUE<br>MORRISTOWN NJ 07962 | Line 2.36 | _____ |
| 3.52. | MCELROY DEUTSCH MULVANEY & CARPENTER LLP<br>GARY D BRESSLER,ESQ<br>300 DELAWARE AVE STE 770<br>WILMINGTON DE 19801 | Line 2.36 | _____ |
| 3.53. | MCELROY DEUTSCH MULVANEY & CARPENTER LLP<br>VIRGINIA T SHEA,ESQ<br>1300 MOUNT KEMBLE AVENUE<br>MORRISTOWN NJ 07962 | Line 2.37 | _____ |
| 3.54. | MCELROY DEUTSCH MULVANEY & CARPENTER LLP<br>GARY D BRESSLER,ESQ<br>300 DELAWARE AVE STE 770<br>WILMINGTON DE 19801 | Line 2.37 | _____ |
| 3.55. | MCMANIMON, SCOTLAND AND BAUMANN, LLC<br>ANTHONY SODONO, III; SARI PLACONA<br>75 LIVINGSTON AVE<br>ROSELAND NJ 07068 | Line 2.4 | _____ |
| 3.56. | REED SMITH LLP<br>CHRISTOPHER A. LYNCH<br>599 LEXINGTON AVE<br>NEW YORK NY 10022 | Line 2.11 | _____ |
| 3.57. | REED SMITH LLP<br>CHRISTOPHER A. LYNCH<br>599 LEXINGTON AVE<br>NEW YORK NY 10022 | Line 2.12 | _____ |
| 3.58. | REED SMITH LLP<br>CHRISTOPHER A. LYNCH<br>599 LEXINGTON AVE<br>NEW YORK NY 10022 | Line 2.13 | _____ |
| 3.59. | REED SMITH LLP<br>CHRISTOPHER A. LYNCH<br>599 LEXINGTON AVE<br>NEW YORK NY 10022 | Line 2.14 | _____ |
| 3.60. | REED SMITH LLP<br>CHRISTOPHER A. LYNCH<br>599 LEXINGTON AVE<br>NEW YORK NY 10022 | Line 2.15 | _____ |

Official Form 206D          **Schedule D: Creditors Who Have Claims Secured by Property**          Page 27 of 30

| Debtor | **New England Motor Freight, Inc.** | | Case number *(if known)* **19-12809** |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 3.61. | REED SMITH LLP<br>CHRISTOPHER A. LYNCH<br>599 LEXINGTON AVE<br>NEW YORK NY 10022 | Line 2.16 | _____ |
| 3.62. | REED SMITH LLP<br>CHRISTOPHER A. LYNCH<br>599 LEXINGTON AVE<br>NEW YORK NY 10022 | Line 2.17 | _____ |
| 3.63. | REED SMITH LLP<br>CHRISTOPHER A. LYNCH<br>599 LEXINGTON AVE<br>NEW YORK NY 10022 | Line 2.18 | _____ |
| 3.64. | REED SMITH LLP<br>CHRISTOPHER A. LYNCH<br>599 LEXINGTON AVE<br>NEW YORK NY 10022 | Line 2.19 | _____ |
| 3.65. | SANTANDER BANK<br>BRIAN BRAUNGARD VP<br>200 PARK AVE<br>STE 100<br>FLORHAM PARK NJ 07932 | Line 2.29 | _____ |
| 3.66. | SANTANDER BANK<br>BRIAN BRAUNGARD VP<br>200 PARK AVE<br>STE 100<br>FLORHAM PARK NJ 07932 | Line 2.30 | _____ |
| 3.67. | SANTANDER BANK<br>BRIAN BRAUNGARD VP<br>200 PARK AVE<br>STE 100<br>FLORHAM PARK NJ 07932 | Line 2.31 | _____ |
| 3.68. | SANTANDER BANK<br>BRIAN BRAUNGARD VP<br>200 PARK AVE<br>STE 100<br>FLORHAM PARK NJ 07932 | Line 2.32 | _____ |
| 3.69. | SQUIRE PATTON BOGGS<br>NORMAN N KINEL<br>30 ROCKEFELLER PLAZA<br>NEW YORK NY 10112 | Line 2.8 | _____ |
| 3.70. | SQUIRE PATTON BOGGS<br>NORMAN N KINEL<br>30 ROCKEFELLER PLAZA<br>NEW YORK NY 10112 | Line 2.10 | _____ |
| 3.71. | SQUIRE PATTON BOGGS<br>NORMAN N KINEL<br>30 ROCKEFELLER PLAZA<br>NEW YORK NY 10112 | Line 2.10 | _____ |
| 3.72. | SQUIRE PATTON BOGGS (US) LLP<br>NORMAN N KINEL,ESQ<br>30 ROCKEFELLER PLAZA, 23RD FLOOR<br>NEW YORK NY 10112 | Line 2.8 | _____ |
| 3.73. | SQUIRE PATTON BOGGS (US) LLP<br>NORMAN N KINEL,ESQ<br>30 ROCKEFELLER PLAZA, 23RD FLOOR<br>NEW YORK NY 10112 | Line 2.9 | _____ |
| 3.74. | SQUIRE PATTON BOGGS (US) LLP<br>NORMAN N KINEL,ESQ<br>30 ROCKEFELLER PLAZA, 23RD FLOOR<br>NEW YORK NY 10112 | Line 2.9 | _____ |

Debtor   **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| 3.75. | TROUTMAN SANDERS<br>DAVID A PISCIOTTA<br>875 THIRD AVENUE<br>NEW YORK NY 10022 | Line 2.29 | _____ |
|---|---|---|---|
| 3.76. | TROUTMAN SANDERS<br>LOUIS CURCIO<br>875 THIRD AVENUE<br>NEW YORK NY 10022 | Line 2.29 | _____ |
| 3.77. | TROUTMAN SANDERS<br>ALISSA PICCIONE<br>875 THIRD AVENUE<br>NEW YORK NY 10022 | Line 2.29 | _____ |
| 3.78. | TROUTMAN SANDERS<br>DAVID A PISCIOTTA<br>875 THIRD AVENUE<br>NEW YORK NY 10022 | Line 2.30 | _____ |
| 3.79. | TROUTMAN SANDERS<br>LOUIS CURCIO<br>875 THIRD AVENUE<br>NEW YORK NY 10022 | Line 2.30 | _____ |
| 3.80. | TROUTMAN SANDERS<br>ALISSA PICCIONE<br>875 THIRD AVENUE<br>NEW YORK NY 10022 | Line 2.30 | _____ |
| 3.81. | TROUTMAN SANDERS<br>DAVID A PISCIOTTA<br>875 THIRD AVENUE<br>NEW YORK NY 10022 | Line 2.31 | _____ |
| 3.82. | TROUTMAN SANDERS<br>LOUIS CURCIO<br>875 THIRD AVENUE<br>NEW YORK NY 10022 | Line 2.31 | _____ |
| 3.83. | TROUTMAN SANDERS<br>ALISSA PICCIONE<br>875 THIRD AVENUE<br>NEW YORK NY 10022 | Line 2.31 | _____ |
| 3.84. | TROUTMAN SANDERS<br>DAVID A PISCIOTTA<br>875 THIRD AVENUE<br>NEW YORK NY 10022 | Line 2.32 | _____ |
| 3.85. | TROUTMAN SANDERS<br>LOUIS CURCIO<br>875 THIRD AVENUE<br>NEW YORK NY 10022 | Line 2.32 | _____ |
| 3.86. | TROUTMAN SANDERS<br>ALISSA PICCIONE<br>875 THIRD AVENUE<br>NEW YORK NY 10022 | Line 2.32 | _____ |
| 3.87. | TROUTMAN SANDERS LLP<br>LOUIS A CURCIO,ESQ<br>875 THIRD AVE<br>NEW YORK NY 10022 | Line 2.29 | _____ |
| 3.88. | TROUTMAN SANDERS LLP<br>DAVID A PISCIOTTA,ESQ<br>875 THIRD AVE<br>NEW YORK NY 10022 | Line 2.29 | _____ |

Debtor  **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| | | | |
|---|---|---|---|
| 3.89. | TROUTMAN SANDERS LLP<br>LOUIS A CURCIO,ESQ<br>875 THIRD AVE<br>NEW YORK NY 10022 | Line 2.30 | _____ |
| 3.90. | TROUTMAN SANDERS LLP<br>DAVID A PISCIOTTA,ESQ<br>875 THIRD AVE<br>NEW YORK NY 10022 | Line 2.30 | _____ |
| 3.91. | TROUTMAN SANDERS LLP<br>LOUIS A CURCIO,ESQ<br>875 THIRD AVE<br>NEW YORK NY 10022 | Line 2.31 | _____ |
| 3.92. | TROUTMAN SANDERS LLP<br>DAVID A PISCIOTTA,ESQ<br>875 THIRD AVE<br>NEW YORK NY 10022 | Line 2.31 | _____ |
| 3.93. | UPDIKE KELLY & SPELLACY PC<br>EVAN S GOLDSTEIN, ESQ<br>100 PEARL ST.,17TH FLOOR<br>P O BOX 231277<br>HARTFORD CT 06123-1277 | Line 2.38 | _____ |
| 3.94. | UPDIKE KELLY & SPELLACY PC<br>EVAN S GOLDSTEIN, ESQ<br>100 PEARL ST.,17TH FLOOR<br>P O BOX 231277<br>HARTFORD CT 06123-1277 | Line 2.39 | _____ |
| 3.95. | UPDIKE KELLY & SPELLACY PC<br>EVAN S GOLDSTEIN, ESQ<br>100 PEARL ST.,17TH FLOOR<br>P O BOX 231277<br>HARTFORD CT 06123-1277 | Line 2.40 | _____ |
| 3.96. | VFS US LLC<br>JACKIE INGE<br>NORTH AMERICAN TRANSACTION SER<br>PO BOX 7247-6171<br>PHILADELPHIA PA 19170-6171 | Line 2.36 | _____ |
| 3.97. | VFS US LLC<br>JACKIE INGE<br>NORTH AMERICAN TRANSACTION SER<br>PO BOX 7247-6171<br>PHILADELPHIA PA 19170-6171 | Line 2.37 | _____ |
| 3.98. | WEBSTER CAPITAL FINANCE, INC.<br>344 MAIN STREET<br>KENSINGTON CT 6037 | Line 2.38 | _____ |

Official Form 206D                **Schedule D: Creditors Who Have Claims Secured by Property**                Page 30 of 30

| Fill in this information to identify the case: |
| --- |
| **Debtor name:** New England Motor Freight, Inc. |
| **United States Bankruptcy Court for the:** District of New Jersey |
| **Case number (if known):** 19-12809 |

☐ Check if this is an
amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G) .Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
| --- | --- |

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.
☑ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| 2.1. | **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | **Total claim** | **Priority amount** |
| --- | --- | --- | --- | --- |
| | MASSACHUSETTS DEPARTMENT OF REVENUE BANKRUPTCY UNIT PO BOX 9564 BOSTON MA 02114 | *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $272,877.11 | $272,877.11 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

SALES & USE TAXES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

Debtor    **New England Motor Freight, Inc.**

Case number *(if known)* **19-12809**

| | | |
|---|---|---|

2.2.[1]    **Priority creditor's name and mailing address**

WARN ACT LITIGATION
KLEHR HARRISON HARVEY
BRANZBURG, LLP
CHARLES A. ERCOL AND RONA J
ROSEN
10000 LINCOLN DRIVE EAST
STE 201
MARLTON NJ 08053

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

WARN ACT LITIGATION/WAGES

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

[1]SETTLED POST-PETITION BUT NOT YET PAID - SEE GLOBAL NOTES

Debtor   **New England Motor Freight, Inc.**                                     Case number *(if known)* **19-12809**

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**3.**   **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors
with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

---

3.1.   **Nonpriority creditor's name and mailing address**

1129 COUNTY STREET LLC
DAVID DONAHUE
95 BROOK STREET
NEW BEDFORD MA 02746

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Amount of claim** |
|---|
| UNDETERMINED |

---

3.2.   **Nonpriority creditor's name and mailing address**

19 PETROLEUM DISTRIBUTION, INC
79 RT 520
ENGLISHTOWN NJ 07726

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Amount of claim** |
|---|
| $59,802.21 |

---

3.3.   **Nonpriority creditor's name and mailing address**

2 K'S LTD
2958 BRECKSVILLE ROAD
RICHFIELD OH 44286

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Amount of claim** |
|---|
| $8,165.02 |

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| 3.4. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

2ND AVE LIGHTING
CHARLENE MELNICK
55 ORISKANY BLVD
YORKVILLE NY 13495-1348

☐ Contingent
☐ Unliquidated
☑ Disputed

$1,362.50

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.5. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

3/13X LC
JULIE JOHNSON
13325 WELLINGTON CTR
GAINESVILLE VA 20155

☐ Contingent
☐ Unliquidated
☑ Disputed

$5,045.25

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.6. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

3ARRETT LOGISTICS
JESSICA CARR
1347 N MAIN ST
ORRVILLE OH 44667-9761

☐ Contingent
☐ Unliquidated
☑ Disputed

$7,274.05

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| Debtor | **New England Motor Freight, Inc.** | Case number *(if known)* **19-12809** |

---

**3.7.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

42GEARS MOBILITY SYSTEMS INC
48521 WARM SPRING BVD
STE 303
FREMONT CA 94539

☐ Contingent
☐ Unliquidated
☐ Disputed

$215.71

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.8.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

A & D MAINTENANCE LEASING &
REPAIRS, INC
118 WYANDANCH AVENUE
WYANDANCH NY 11798

☐ Contingent
☐ Unliquidated
☐ Disputed

$2,991.03

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.9.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

A A A COOPER TRANS
TERESA TYSON
P O BOX 6827
DOTHAN AL 36302-6827

☐ Contingent
☐ Unliquidated
☑ Disputed

$12,265.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                              Case number *(if known)* **19-12809**

| 3.10. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

A E S LOGISTICS
2505 SOUTH 320TH ST
#625
FEDERAL WAY WA 98003-5429

☑ Contingent
☐ Unliquidated
☑ Disputed

$92.21

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

OVERCHARGE CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

| 3.11. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

A&I PRODUCTS
TINA VASQUEZ
1020 22ND AVE
ROCK VALLEY IA 51247-1442

☐ Contingent
☐ Unliquidated
☑ Disputed

$245.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.12. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

A-1 VENDING INC
PO BOX 338
BOILING SPRINGS PA 17007

☐ Contingent
☐ Unliquidated
☐ Disputed

$279.84

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **New England Motor Freight, Inc.**                                                    Case number *(if known)* **19-12809**

| 3.13. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

AAA COOPER
RENNA FOWLER
1751 KINSEY RD
DOTHAN AL 36303-5877

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☐ No
☑ Yes

UNDETERMINED

---

| 3.14. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

AAA COOPER
TERESA JORDAN
1751 KINSEY RD
DOTHAN AL 36303-5877

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☐ No
☑ Yes

UNDETERMINED

---

| 3.15. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

AAA COOPER
BRITTANI OVERSTREET
PO BOX 6827
DOTHAN AL 36302-6827

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☐ No
☑ Yes

$643.19

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| | | |
|---|---|---|
| 3.16. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

AAA COOPER
JOVANI VELAZQUEZ
1751 KINSEY RD
DOTHAN AL 36303-5877

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Amount of claim**

$2,491.83

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☒ Yes

---

| | | |
|---|---|---|
| 3.17. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

AAA COOPER
AARON CORNETT
1751 KINSEY RD
DOTHAN AL 36303-5877

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Amount of claim**

$3,008.87

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☒ Yes

---

| | | |
|---|---|---|
| 3.18. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

AAA COOPER
HOLLY TAYLOR
PO BOX 6827
DOTHAN AL 36302-6827

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Amount of claim**

$3,062.29

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☒ Yes

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| | |
|---|---|
| **3.19.** | |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|
| AAA COOPER<br>KAREN KELLY<br>PO BOX 6827<br>DOTHAN AL 36302-6827 | ☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | $4,142.46 |
| **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>CARGO CLAIMS | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☑ Yes | |

| | |
|---|---|
| **3.20.** | |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|
| AAA COOPER<br>RENNA FOWLER<br>PO BOX 6827<br>DOTHAN AL 36303 | ☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | $5,513.32 |
| **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>CARGO CLAIMS | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☑ Yes | |

| | |
|---|---|
| **3.21.** | |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|
| AAA COOPER<br>BRITTANI TISON<br>PO BOX 6827<br>DOTHAN AL 36302-6827 | ☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | $7,213.06 |
| **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>CARGO CLAIMS | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☑ Yes | |

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| 3.22. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

AAA COOPER
AARON CORNETT
PO BOX 6827
DOTHAN AL 36302-6827

☐ Contingent
☐ Unliquidated
☑ Disputed

$9,769.24

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

---

| 3.23. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

AAA COOPER
HOLLY TAYLOR
1751 KINSEY RD
DOTHAN AL 36303-5877

☐ Contingent
☐ Unliquidated
☑ Disputed

$19,625.44

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

---

| 3.24. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

AAA COOPER
PO BOX 935003
ATLANTA GA 31193-5003

☐ Contingent
☐ Unliquidated
☑ Disputed

$156,411.14

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

| Debtor | **New England Motor Freight, Inc.** | | Case number *(if known)* **19-12809** |

| | | |
|---|---|---|
| 3.25. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |
| | AAA COOPER | *Check all that apply.* |
| | PO BOX 935003 | ☐ Contingent |
| | ATLANTA GA 31193-5003 | ☐ Unliquidated |
| | | ☑ Disputed |

**Amount of claim**

$418.00

| **Date or dates debt was incurred** | **Basis for the claim:** |
|---|---|
| VARIOUS | ACCOUNTS PAYABLE |

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

| | | |
|---|---|---|
| 3.26. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |
| | AAA COOPER | *Check all that apply.* |
| | AARON CORNETT | ☐ Contingent |
| | PO BOX 6827 | ☐ Unliquidated |
| | DOTHAN AL 36302-6827 | ☑ Disputed |

**Amount of claim**

$5,693.54

| **Date or dates debt was incurred** | **Basis for the claim:** |
|---|---|
| VARIOUS | ACCOUNTS PAYABLE |

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

| | | |
|---|---|---|
| 3.27. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |
| | AAA COOPER | *Check all that apply.* |
| | KAREN KELLY | ☐ Contingent |
| | PO BOX 6827 | ☐ Unliquidated |
| | DOTHAN AL 36302-6827 | ☑ Disputed |

**Amount of claim**

$844.59

| **Date or dates debt was incurred** | **Basis for the claim:** |
|---|---|
| VARIOUS | ACCOUNTS PAYABLE |

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

Debtor   **New England Motor Freight, Inc.**                                      Case number *(if known)* **19-12809**

| 3.28. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

AAA COOPER
BRITTANI TISON
PO BOX 6827
DOTHAN AL 36302-6827

- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

$3,300.75

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                       ACCOUNTS PAYABLE

**Last 4 digits of account number:**          **Is the claim subject to offset?**

- [ ] No
- [x] Yes

---

| 3.29. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

AAA COOPER
HOLLY TAYLOR
1751 KINSEY RD
DOTHAN AL 36303-5877

- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

$5,111.34

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                       ACCOUNTS PAYABLE

**Last 4 digits of account number:**          **Is the claim subject to offset?**

- [ ] No
- [x] Yes

---

| 3.30. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

AAA COOPER TRANSPORTATION
PO BOX 935003
ATLANTA GA 31193-5003

- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

$97,027.50

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                       ACCOUNTS PAYABLE

**Last 4 digits of account number:**          **Is the claim subject to offset?**

- [ ] No
- [x] Yes

Debtor   **New England Motor Freight, Inc.**                              Case number *(if known)* **19-12809**

| | | |
|---|---|---|
| 3.31. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

3.31.   **Nonpriority creditor's name and mailing address**

AAA KAM SERVICE, INC
125 20 150TH AVENUE
SOUTH OZONE PARK NY 11420

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
|---|
| $233.94 |

---

3.32.   **Nonpriority creditor's name and mailing address**

AAF FLANDERS
C/O ARGUS
P O BOX 4750
TROY MI 48099

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
|---|
| $65.52 |

---

3.33.   **Nonpriority creditor's name and mailing address**

AARCO PRODUCTS
AVI PERLSTEIN
21 OLD DOCK RD
YAPHANK NY 11980-9702

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☑ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
|---|
| $381.11 |

Debtor   **New England Motor Freight, Inc.**                                                    Case number *(if known)* **19-12809**

| 3.34. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.34.  **Nonpriority creditor's name and mailing address**

ABB EPIS
41 WOODFORD AVE
PLAINSVILLE CT 06062

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Basis for the claim:**

OPEN AUTO CLAIMS FOR PAYMENT

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.35.  **Nonpriority creditor's name and mailing address**

ABBOTT NUTRITION
MARTY FEBUS
2900 EASTON SQUARE PL
COLUMBUS OH 43229-9413

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$251.86

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.36.  **Nonpriority creditor's name and mailing address**

AB-CON TERMITE SPECIALISTS
2927 HADDONFIELD ROAD
PENNSAUKEN NJ 08110

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$165.27

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| 3.37. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ABERDEEN EXPRESS
2490B COMMERCE BLVD
SHARONVILLE OH 45241

☐ Contingent
☐ Unliquidated
☐ Disputed

$14,250.03

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.38. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ABH & SM RELIABLE TRANSPORTATION LLC
5927 SPRUCE STREET
PHILADELPHIA PA 19139

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

POTENTIAL LITIGATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.39. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ABINGTON COLLISION & TOWING
17225 JEB STUART HIGHWAY
ABINGTON VA 24211

☐ Contingent
☐ Unliquidated
☐ Disputed

$350.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **New England Motor Freight, Inc.**                                          Case number *(if known)* **19-12809**

| 3.40. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | AC & T<br>PO BOX 4217<br>HAGERSTOWN MD 21741 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $13,660.30 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>ACCOUNTS PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.41. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | AC & T CO, INC<br>PO BOX 4217<br>HAGERSTOWN MD 21741 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $40,097.60 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>ACCOUNTS PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.42. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | AC CASTLE<br>NORMAN LEBLANC<br>100 CUMMINGS CTR STE 113-E5<br>BEVERLY MA 01915-6115 | ☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | $3,002.00 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>CARGO CLAIMS | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

| 3.43. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

AC ELECTRIC CORP
AUBURN MARCIA CLARK
PO BOX 1508
AUBURN ME 04211

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

OPEN AUTO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.44. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ACCO BRANDS INC
MERV COLLINS
FOUR CORPORATE DR
LAKE ZURICH IL 60047-8924

☐ Contingent
☐ Unliquidated
☑ Disputed

$33,499.02

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.45. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ACCO BRANDS INC
FOUR CORPORATE DR
LAKE ZURICH IL 60047-8929

☐ Contingent
☐ Unliquidated
☐ Disputed

$388.48

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| 3.46. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ACCURATE LOGISTICS
MANDY B
130 MOONACHIE AVE
CARLSTADT NJ 07072-2500

☐ Contingent
☐ Unliquidated
☑ Disputed

$212.31

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.47. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ACME SUPPLY COMPANY LTD
ZAHEER SHEIK
10 CEDAR SWAMP RD STE 7
GLEN COVE NY 11542-3700

☐ Contingent
☐ Unliquidated
☑ Disputed

$3,200.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.48. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ACRO INDUSTRIES
WILLIAM NORTHROP
554 COLFAX ST
ROCHESTER NY 14606-3112

☐ Contingent
☐ Unliquidated
☑ Disputed

$344.64

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| | | |
|---|---|---|
| 3.49. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

ACSI
P O BOX 17423
NASHVILLE TN 37217

**Amount of claim**

$25.88

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                        ACCOUNTS PAYABLE

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.50. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

ACTION PLASTICS
SCOTT GREENIER
3995 COMMERCIAL AVE
NORTHBROOK IL 60062-1827

**Amount of claim**

$1,464.14

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                        CARGO CLAIMS

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.51. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

ACTION STAFFING GROUP
P O BOX 75343
CHICAGO IL 60675-5343

**Amount of claim**

$33,166.80

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                        ACCOUNTS PAYABLE

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **New England Motor Freight, Inc.**                                          Case number *(if known)* **19-12809**

---

| 3.52. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ADAMS MANUFACTURING CORPORATION
RHONDA CATALFAMO
PO BOX 1
PORTERSVILLE PA 16051-0001

☐ Contingent
☐ Unliquidated
☑ Disputed

$3,064.57

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.53. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ADHERENT TECHNOLOGIES
ROY GILBERT
16 MAPLE HILL DRIVE
GRANBY CT 06035-1316

☐ Contingent
☐ Unliquidated
☑ Disputed

$6,670.42

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.54. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ADHESIVE APPLICATIONS
PASQUALE RETTURA
45 FERRY ST
EASTHAMPTON MA 01027-1203

☐ Contingent
☐ Unliquidated
☐ Disputed

$59.97

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                                    Case number *(if known)* **19-12809**

| | | |
|---|---|---|
| **3.55.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**3.55.**

**Nonpriority creditor's name and mailing address**

ADMINISTRACION PARA EL SUSTENO
DE MENORES
PO BOX 71442
SAN JUAN PR 00936

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$120.26

---

**3.56.**

**Nonpriority creditor's name and mailing address**

ADMIRAL FIRE & SAFETY INC
9 HAIGIS PARKWAY
SCARBOROUGH ME 04074

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$503.09

---

**3.57.**

**Nonpriority creditor's name and mailing address**

ADP, INC.
PO BOX 842875
BOSTON MA 02284-2854

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$810.87

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| | | |
|---|---|---|
| 3.58. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

| | | **Amount of claim** |
|---|---|---|
| | | $900.54 |

ADS
% IL2000
PO BOX 8372
VIRGINIA BEACH VA 23450-8372

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.59. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
|---|---|---|

| | | **Amount of claim** |
|---|---|---|
| | | $546.00 |

ADVANCED WHEEL SALES
NICOLE CHASE
400 W WILSON BRIDGE RD STE 300
WORTHINGTON OH 43085-2259

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.60. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
|---|---|---|

| | | **Amount of claim** |
|---|---|---|
| | | $1,000.00 |

ADVANTAGE RESTORATION
MARK VILLANO
17 CENTRAL AVE
MILFORD CT 06460

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **New England Motor Freight, Inc.**                                        Case number *(if known)* **19-12809**

| 3.61. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.61.

**Nonpriority creditor's name and mailing address**

AEE SOLAR
CHRIS SMITH
775 FIERO LN STE 200
SAN LUIS OBISPO CA 93401-7904

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$110.44

---

3.62.

**Nonpriority creditor's name and mailing address**

AEI WINDDOWN LIQUIDATING TRUST PROJECT
PACHULSKI STANG ZIEHL & JONES LLP
MICHAEL R. SEIDL
919 NORTH MARKET ST
17TH FLOOR
WILMINGTON DE 19801

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

POTENTIAL LITIGATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.63.

**Nonpriority creditor's name and mailing address**

AEP
PAYMENT PROCESSING
PO BOX 371496
PITTSBURGH PA 15250-7496

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$1,559.21

---

Debtor    **New England Motor Freight, Inc.**                                              Case number *(if known)* **19-12809**

| 3.64. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.64. 

**Nonpriority creditor's name and mailing address**

AEROTEK COMMERCIAL STAFFING
PO BOX 198531
ATLANTA GA 30384-8531

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$6,969.75

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.65.

**Nonpriority creditor's name and mailing address**

AETNA DEBRA SMITH ET AL V
NEW ENGLAND MOTOR FREIGHT INC
STEVEN FRONHEISER
767 MARIAN DR
MIDDLETOWN DE 19709

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.66.

**Nonpriority creditor's name and mailing address**

AETNA DEBRA SMITH/ROSCOE SMITH
RAWLINGS AND ASSOCIATES
BRIGID A MCDONOUGH
PO BOX 49
LAGRANGE KY 40031

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| | |
|---|---|
| 3.67. | **Nonpriority creditor's name and mailing address** |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|
| AFFILIATED TECHNOLOGY SOLUTIONS,LLC PO BOX 3300 EDISON NJ 08817 | ☐ Contingent ☐ Unliquidated ☐ Disputed | $10,363.36 |
| **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** ACCOUNTS PAYABLE | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** ☑ No ☐ Yes | |

| **3.68.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | AFFORDABLE TRAILER SOLUTIONS 7231 NORTHERN BLVD EAST SYRACUSE NY 13057 | ☐ Contingent ☐ Unliquidated ☐ Disputed | $11,948.38 |
| | **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** ACCOUNTS PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☑ No ☐ Yes | |

| **3.69.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | AGCS MARINE INSURANCE COMPANY, 225 WASHINGTON ST STE 1800 CHICAGO IL 60606 | ☑ Contingent ☑ Unliquidated ☐ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred** _____ | **Basis for the claim:** TRADE PAYABLES - INSURANCE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☑ No ☐ Yes | |

Debtor   **New England Motor Freight, Inc.**                          Case number *(if known)* **19-12809**

| 3.70. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

AGILEX
ALEX MORELL
20 ROOSEVELT AVE
SOMERSET NJ 08873-5031

☐ Contingent
☐ Unliquidated
☑ Disputed

$1,600.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.71. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

AG-PRO COMPANIES
JOHN DEERE DEALER
1200 DELMONT ROAD
LANCASTER OH 43130-9550

☐ Contingent
☐ Unliquidated
☐ Disputed

$480.65

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.72. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

AGUIRRE*DONALD
Address Intentionally Omitted

☐ Contingent
☑ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

PENDING WORKERS' COMPENSATION
CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                          Case number *(if known)* **19-12809**

---

| 3.73. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

AGUIRRE*DONALD
Address Intentionally Omitted

☐ Contingent
☑ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Basis for the claim:**

PENDING WORKERS' COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.74. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

AIR GROUND EXPRESS
PO BOX 438
CLINTON PA 15026

☐ Contingent
☐ Unliquidated
☐ Disputed

$21,648.29

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.75. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

AIR TIGER EXPRESS
KEN PANG
149-09 183RD ST FL 2
SPRINGFIELD GARDENS NY 11413

☐ Contingent
☐ Unliquidated
☑ Disputed

$679.44

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| 3.76. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.76.  **Nonpriority creditor's name and mailing address**

AIRGAS USA LLC
PO BOX 802576
CHICAGO IL 60680-2576

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$935.92

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.77.  **Nonpriority creditor's name and mailing address**

AIRSTREAM INC
CHRISTINA RICHARD
420 W PIKE ST
JACKSON CENTER OH 45334-9727

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$239.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.78.  **Nonpriority creditor's name and mailing address**

AIT WORLDWIDE
ATTN : ACCOUNT PAY
701 N ROHLWING RD
ITASCA IL 60107

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$209.97

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| Debtor | **New England Motor Freight, Inc.** | Case number *(if known)* **19-12809** |

**3.79.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

AIT WORLDWIDE LOGISTICS INC
CRYSTAL MERCADO
PO BOX 66730
CHICAGO IL 60666-0730

$2,113.92

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.80.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

AJ LOGISTICS
ROSE CROCILLA
2744 HYLAN BLVD PMB #524
STATEN ISLAND NY 10306

$234.05

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.81.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

AJ LOGISTICS LLC
ROSE CROCILLA
2744 HYLAN BLVD PMB 524
STATEN ISLAND NY 10306-4658

$2,467.55

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

| 3.82. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.82.   **Nonpriority creditor's name and mailing address**

AJ MADISON
SARAH LUNETTA
3605 13TH AVE
BROOKLYN NY 11218-3707

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$2,467.23

---

3.83.   **Nonpriority creditor's name and mailing address**

AJ OSTER
JOANN ORICHIO
150 LACKAWANNA AVE
PARSIPPANY NJ 07054-1057

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$7,117.50

---

3.84.   **Nonpriority creditor's name and mailing address**

AJ OSTER LLC
JOANN ORICHIO
150 LACKAWANNA AVE
PARSIPPANY NJ 07054-1057

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$8,803.00

---

Debtor    **New England Motor Freight, Inc.**                                                     Case number *(if known)* **19-12809**

---

| 3.85. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

AKERMAN LLP
POST OFFICE BOX 4906
ORLANDO FL 32802

☐ Contingent
☐ Unliquidated
☐ Disputed

$5,661.00

**Date or dates debt was incurred**              **Basis for the claim:**

VARIOUS                                          ACCOUNTS PAYABLE

**Last 4 digits of account number:**             **Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.86. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

AKERS INDUSTRIES
EDNA PERLMUSTER
115 SHAWMUT RD
CANTON MA 02021-1438

☐ Contingent
☐ Unliquidated
☐ Disputed

$118.00

**Date or dates debt was incurred**              **Basis for the claim:**

VARIOUS                                          ACCOUNTS PAYABLE

**Last 4 digits of account number:**             **Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.87. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

AL WARREN OIL COMPANY, INC
P O BOX 2279
HAMMOND IN 46323

☐ Contingent
☐ Unliquidated
☐ Disputed

$10,252.42

**Date or dates debt was incurred**              **Basis for the claim:**

VARIOUS                                          ACCOUNTS PAYABLE

**Last 4 digits of account number:**             **Is the claim subject to offset?**

☑ No
☐ Yes

---

| Debtor | **New England Motor Freight, Inc.** | Case number *(if known)* **19-12809** |

---

**3.88.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

ALADDIN BAKERS INC
EMILIA SCIECHOWSKA
240 25TH ST
BROOKLYN NY 11232-1338

☐ Contingent
☐ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.89.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

ALADDIN BAKERS INC
EMILIA SCIECHOWSKA
240 25TH STREET
BROOKLYN NY 11232-1338

☐ Contingent
☐ Unliquidated
☐ Disputed

$43.40

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.90.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

ALBERT RUSSO, TRUSTEE
PO BOX 933
MEMPHIS TN 38101-0933

☐ Contingent
☐ Unliquidated
☐ Disputed

$125.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

| 3.91. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ALCO CAPITAL GROUP RE HOMECLICK LLC
SAUL EWING ARNSTEIN AND LEHR LLP
S RAVIN AND D PATEL ESQ
1037 RAYMOND BLVD
STE 1520
NEWARK NJ 07102-5426

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.92. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ALISON TRANSPORT
ANJANIE RAMNARINE
145 HOOK CREEK BLVD BLDG B4B
VALLEY STREAM NY 11581-2299

☐ Contingent
☐ Unliquidated
☑ Disputed

$702.03

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**
CARGO CLAIMS

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.93. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ALISON TRANSPORT
% SHIPCO TRANSPORT INC
699 KAPKOWSKI RD
ELIZABETH NJ 07201-2122

☐ Contingent
☐ Unliquidated
☑ Disputed

$13,032.00

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**
CARGO CLAIMS

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   **New England Motor Freight, Inc.**                                        Case number *(if known)* **19-12809**

| 3.94. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.94. 

**Nonpriority creditor's name and mailing address**

ALKALOL
% REDWOOD MULTIMODAL
1765 N ELSTON AVE STE 216
CHICAGO IL 60642-1501

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$2,515.80

---

3.95.

**Nonpriority creditor's name and mailing address**

ALL BRIGHT JANITORIAL SERVICES
290 WEST RIVER ROAD
SUITE 5
HOOKSETT NH 03106-2655

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$2,400.00

---

3.96.

**Nonpriority creditor's name and mailing address**

ALL PHASE ELECTRICAL SUPP
ROGER ALBERT
1559 KING ST
ENFIELD CT 06082-5844

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$364.50

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| | | |
|---|---|---|
| 3.97. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

| | |
|---|---|
| 3.97. **Nonpriority creditor's name and mailing address**<br><br>ALL SYSTEMS BRAKE SERVICE, INC<br>110 WYANDANCH AVE<br>WYANDANCH NY 11798 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

**Amount of claim**

$3,468.31

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                    ACCOUNTS PAYABLE

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No
☐ Yes

---

| | |
|---|---|
| 3.98. **Nonpriority creditor's name and mailing address**<br><br>ALLIANCE DESIGN INC<br>434 UNION BLVD<br>TOTOWA NJ 07512 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

**Amount of claim**

$150.00

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                    ACCOUNTS PAYABLE

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No
☐ Yes

---

| | |
|---|---|
| 3.99. **Nonpriority creditor's name and mailing address**<br><br>ALLIED BUILDING PRODUCTS<br>JEFFERSON COLBURN<br>245 42ND ST<br>BROOKLYN NY 11232-2813 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed |

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                    CARGO CLAIMS

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **New England Motor Freight, Inc.**                                          Case number *(if known)* **19-12809**

| 3.100. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.100.   **Nonpriority creditor's name and mailing address**

ALLIED INTERNATIONAL CORPORATION
HEATHER ADKINS
101 DOVER RD NE
GLEN BURNIE MD 21060-6560

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Amount of claim**

$577.44

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.101.   **Nonpriority creditor's name and mailing address**

ALLIED OLD ENGLISH
DIPTI PATEL
100 MARKLEY STREET
PORT READING NJ 07064-1821

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$81.72

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.102.   **Nonpriority creditor's name and mailing address**

ALLSTATE INSURANCE A/S/O ANGELA
ANTONUCCI
LAW OFFICE OF JOHN TROP
BRITTANY R USLANER ESQ
73 MARKET ST
STE 375
YONKERS NY 10710

**As of the petition filing date, the claim is:** *Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Basis for the claim:**

LITIGATION

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor    **New England Motor Freight, Inc.**                                                    Case number *(if known)* **19-12809**

---

| 3.103. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ALLSTATE NATIONAL SUBRO PROCESSING
LIZETTE VALDEZ
PO BOX 660636
DALLAS TX 75266

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

OPEN AUTO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.104. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ALPHA CARD SYSTEMS, LLC
P.O. BOX 231179
PORTLAND OR 97281

☐ Contingent
☐ Unliquidated
☐ Disputed

$816.18

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.105. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ALPHONSO GILLIAM
ATTORNEY FOR THE PLAINTIFF MARRONE LAW
FIRM
BRIAN MARCHESE
200 SOUTH BROAD ST
PHILADELPHIA PA 13002

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| 3.106. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.106.

**Nonpriority creditor's name and mailing address**

ALPHONSO GILLIAM V
NEW ENGLAND MOTOR FREIGHT INC ET AL
MALACHI HAMPTON
884 GEORGES STATION RD
GREENSBURG PA 15601

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.107.

**Nonpriority creditor's name and mailing address**

ALPINE SPRINKLER INC
77 ETHAN ALLEN DRIVE
SO BIRLINGTON VT 05403

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$254.50

---

3.108.

**Nonpriority creditor's name and mailing address**

AL'S GARAGE
52 E. CATHRINE STREET
BINGHAMPTON NY 13904

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$4,025.00

---

Debtor    **New England Motor Freight, Inc.**                                        Case number *(if known)* **19-12809**

| | | |
|---|---|---|
| 3.109. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

**3.109.**

**Nonpriority creditor's name and mailing address**

ALUF PLASTICS INC
AVALON PIERRE
2 GLENSHAW ST
ORANGEBURG NY 10962-1207

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Amount of claim** |
|---|
| $22,304.77 |

---

**3.110.**

**Nonpriority creditor's name and mailing address**

ALUF PLASTICS INC
AVALON PIERRE
2 GLENSHAW STREET
ORANGEBURG NY 10962-1207

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Amount of claim** |
|---|
| $4,708.56 |

---

**3.111.**

**Nonpriority creditor's name and mailing address**

AMARK LOGISTICS
28915 CLEMENS RD
#200
WESTLAKE OH 44145-1177

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Amount of claim** |
|---|
| $250.64 |

Debtor   **New England Motor Freight, Inc.**                                         Case number *(if known)* **19-12809**

| 3.112. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

AMAZON.COM
% JAY FARNHAM
300 BOREN AVE
SEATTLE WA 98109-5305

☐ Contingent
☐ Unliquidated
☑ Disputed

$3,209.36

**Date or dates debt was incurred**        **Basis for the claim:**

VARIOUS                                     CARGO CLAIMS

**Last 4 digits of account number:**        **Is the claim subject to offset?**

☑ No
☐ Yes

| 3.113. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

AMAZON.COM
% JAY FARNHAM
333 BOREN AVE
SEATTLE WA 98109-3536

☐ Contingent
☐ Unliquidated
☑ Disputed

$18,487.00

**Date or dates debt was incurred**        **Basis for the claim:**

VARIOUS                                     CARGO CLAIMS

**Last 4 digits of account number:**        **Is the claim subject to offset?**

☑ No
☐ Yes

| 3.114. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

AMAZON.COM
JIM THATTIL
300 BOREN AVE
SEATTLE WA 98109-5305

☐ Contingent
☐ Unliquidated
☑ Disputed

$66,631.36

**Date or dates debt was incurred**        **Basis for the claim:**

VARIOUS                                     CARGO CLAIMS

**Last 4 digits of account number:**        **Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **New England Motor Freight, Inc.**                                                  Case number *(if known)* **19-12809**

| **3.115.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.115.

**Nonpriority creditor's name and mailing address**

AMAZON.COM
P O BOX 80683
SEATTLE WA 98108-0683

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**

OVERCHARGE CLAIMS

**Is the claim subject to offset?**

☐ No
☒ Yes

**Amount of claim**

$15,660.79

---

3.116.

**Nonpriority creditor's name and mailing address**

AMER AIR FILTER CO
C/O ARGUS LOGISTICS
P O BOX 4750
TROY MI 48099-4750

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$65.28

---

3.117.

**Nonpriority creditor's name and mailing address**

AMERICAN AIR FILTER CO
% ARGUS LOGISTICS
PO BOX 4750
TROY MI 48099-4750

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$1,610.96

---

Debtor    **New England Motor Freight, Inc.**                                                Case number *(if known)* **19-12809**

| | |
|---|---|

**3.118.** **Nonpriority creditor's name and mailing address**

AMERICAN ASPHALT PAVING CO
139 JOHNSON RD
GREENSBURG PA 15601

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$165.00

---

**3.119.** **Nonpriority creditor's name and mailing address**

AMERICAN BANKERS INS CO OF FLORIDA
11222 QUAIL ROOST DR
MIAMI FL 33157

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES - INSURANCE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.120.** **Nonpriority creditor's name and mailing address**

AMERICAN BEVERAGE CORP
C/O TRAFFIC CONTROL
PO BOX 18
DILLSBURG PA 17019-0018

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$410.59

| Debtor | **New England Motor Freight, Inc.** | Case number *(if known)* **19-12809** |
| --- | --- | --- |

| 3.121. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
| --- | --- | --- | --- |

AMERICAN EXPRESS COMPANY
P.O. BOX 1270
NEWARK NJ 07101-1270

☐ Contingent
☐ Unliquidated
☐ Disputed

$40,055.38

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.122. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
| --- | --- | --- | --- |

AMERICAN HOSE & HYDRAULIC
700 21TH AVENUE
PATERSON NJ 07513

☐ Contingent
☐ Unliquidated
☐ Disputed

$6,115.97

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.123. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
| --- | --- | --- | --- |

AMERICAN HOTEL REGISTER
JASON EDGER
100 S MILWAUKEE AVE
VERNON HILLS IL 60061-4322

☐ Contingent
☐ Unliquidated
☑ Disputed

$1,575.52

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| 3.124. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

AMERICAN HOTEL REGISTER
JASON EDGER
100 S MILWAUKEE AVE
VERNON HILLS IL 60061-4322

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,357.68

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.125. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

AMERICAN SECURITY SERV, INC
1515 S HARLEM AVE
FOREST PARK IL 60130

☐ Contingent
☐ Unliquidated
☐ Disputed

$3,118.50

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.126. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

AMERICAN STANDARD
MELISIA ROBINS
2105 ELM HILL PIKE STE 105
NASHVILLE TN 37210-3977

☐ Contingent
☐ Unliquidated
☑ Disputed

$12,591.60

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| 3.127. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

AMERICAN STANDARD
D AND J ASSOCIATES
14545 J MILITARY TRA
DELRAY BEACH FL 33484

☑ Contingent
☐ Unliquidated
☑ Disputed

**Amount of claim**
$431.83

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

OVERCHARGE CLAIMS

**Is the claim subject to offset?**

☐ No
☑ Yes

---

| 3.128. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

AMERICAN STANDARD, INC
ATTN: LOGISTICS FINANCE
1 CENTENNIAL AVE
PISCATAWAY NJ 08854

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**
$1,321.50

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.129. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

AMERICAN STANDARD+
MELISIA ROBINS
2105 ELM HILL PIKE STE 105
NASHVILLE TN 37210-3977

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**
$4,355.07

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **New England Motor Freight, Inc.**                                         Case number *(if known)* **19-12809**

| 3.130. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

**3.130.**

**Nonpriority creditor's name and mailing address**

AMERICAN STATES INS CO
SUSAN REISS
PO BOX 515097
LOS ANGLES CA 90051

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Basis for the claim:**

OPEN AUTO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.131.**

**Nonpriority creditor's name and mailing address**

AMERICAN TRUCK
PO BOX 183
SCARSDALE NY 10583-0183

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,287.21

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.132.**

**Nonpriority creditor's name and mailing address**

AMERICAN YEAST SALES
KARA GILLEN
331 COMMERCE WAY STE 1
PEMBROKE NH 03275-3718

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Amount of claim**

$7,329.63

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

| 3.133. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

AMERICAN YEAST SALES CORP.
MICHAEL P. GAGNON
311 COMMERCE WAY
PEMBROKE NH 03275

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**
_____

**Basis for the claim:**
LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.134. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

AMERILIFT, LLC
700 CEDAR AVENUE
MIDDLESEX NJ 08846

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,812.63

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.135. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

AMERIMAX HOME PRODUCTS
% OMNIMAX INTL
4455 RIVER GREEN PKWY
DULUTH GA 30096-2565

☐ Contingent
☐ Unliquidated
☑ Disputed

$45,640.14

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                           Case number *(if known)* **19-12809**

---

**3.136.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

AMERIMAX HOME PRODUCTS
C/O OMNIMAX INTL
4455 RIVER GREEN PKWY
DULUTH GA 30096

☐ Contingent
☐ Unliquidated
☐ Disputed

$9,412.41

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.137.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

AMIT R SHAH
ATTN AMIT R SHAH
43938 SWIFT FOX DR
CALIFORNIA MD 20619-7136

☐ Contingent
☐ Unliquidated
☑ Disputed

$500.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.138.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

AMSCAN INC
FELICIA DELIA
47 ELIZABETH DRD
CHESTER NY 10918-1367

☐ Contingent
☐ Unliquidated
☑ Disputed

$2,132.03

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| | |
|---|---|
| **3.139.** | **Nonpriority creditor's name and mailing address** |

**3.139.**

**Nonpriority creditor's name and mailing address**

AMTRAK
JULIE BARBER RICE
2 FRONTAGE RD
BOSTON MA 02118-2803

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☒ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

$361.80

---

**3.140.**

**Nonpriority creditor's name and mailing address**

AMTRAK
GLENN SMITH
521 OLD WAUGH CHAPEL RD
ODENTON MD 21113-2292

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☒ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

$2,769.60

---

**3.141.**

**Nonpriority creditor's name and mailing address**

AMTRAK
MICHAEL GARRETT
1500 S LUMBER ST
CHICAGO IL 60607-5211

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☒ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

$3,521.20

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

| 3.142. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

AMTRAK
CHERYL GRENIER
6220 CHURCHMAN BYPASS
INDIANAPOLIS IN 46203-6117

☐ Contingent
☐ Unliquidated
☑ Disputed

$18,024.84

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.143. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

AMTRAK
MARREL WHITE
1401 W ST
WASHINGTON DC 20018

☐ Contingent
☐ Unliquidated
☐ Disputed

$520.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.144. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

AMWARE
KRISTI WERNER SECHRIST
19801 HOLLAND RD
BROOK PARK OH 44142-1339

☐ Contingent
☐ Unliquidated
☑ Disputed

$961.37

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

**3.145.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

AMWARE
ELIZABETH HENDERSON
19801 HOLLAND RD
BROOK PARK OH 44142-1339

$1,339.58

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS          CARGO CLAIMS

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.146.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

AMWARE
19801 HOLLAND RD #A
BROOK PARK OH 44142-1339

$336.00

☑ Contingent
☐ Unliquidated
☑ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS          OVERCHARGE CLAIMS

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☐ No
☑ Yes

---

**3.147.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

ANAMET ELECTRICAL INC
EDDIE TURNER
1000 BROADWAY AVE E
MATTOON IL 61938-4674

$1,275.09

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS          CARGO CLAIMS

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

**3.148.**  **Nonpriority creditor's name and mailing address**

ANCHOR AUTO GLASS & MIRROR
89 F HANCOCK STREET
STONEHAM MO 02180

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| $275.13 |

---

**3.149.**  **Nonpriority creditor's name and mailing address**

ANDOVER HEALTHCARE
RICHARD CAMPAIOLA
9 FANARAS DR
SALISBURY MA 01952-1444

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☑ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| $1,352.24 |

---

**3.150.**  **Nonpriority creditor's name and mailing address**

ANDRE SMITH V
NEW ENGLAND MOTOR FREIGHT INC ET AL
DALE MARSH
212 AUTUMN LN
LEHIGHTON PA 18235

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

Debtor   **New England Motor Freight, Inc.**                              Case number *(if known)* **19-12809**

---

3.151. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

ANDREA AND DAVID SWICORD V
NEW ENGLAND MOTOR FREIGHT INC ET AL
JACEK BIS
8-38 CEDAR STREET
FAIR LAWN NJ 07410

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.152. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

ANDRES L MOSQUEIRA
LAW OFFICES OF RICHARD A GREIFINGER
RICHARD A GREIFINGER ESQ
17 ACADEMY ST
NEWARK NJ 07102

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.153. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

ANDRES MOSQUEIRA AND
FOND DU LAC COLD STORAGE LLC
LAWW OFFICES OF LINDA S BAUMANN
KENNETH M COURTNEY ESQ
50 MILLSTONE RD BUILDING 300 STE 140
EAST WINDSOR NJ 08520

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| 3.154. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ANGELA EVANS
ANDERSON MOSCHETTI AND TAFFANY PLLC
PETER J MOSCHETTI JR ESQ
26 CENTURY HILL DR
STE 206
LATHAM NY 12110

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.155. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ANGELO CAPUTOS FRESH MARKETS
CESAR LOPEZ
520 E NORTH AVE
CAROL STREAM IL 60188-2125

☐ Contingent
☐ Unliquidated
☑ Disputed

$1,695.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.156. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ANGELONA*FREDERICK
Address Intentionally Omitted

☐ Contingent
☑ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

PENDING WORKERS' COMPENSATION
CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| | | |
|---|---|---|
| **3.157.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**3.157.**

**Nonpriority creditor's name and mailing address**

ANMAN AMIR AHMAD
6 CRIMSON CT
LAKE IN THE HILL IL 60156

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

OPEN AUTO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.158.**

**Nonpriority creditor's name and mailing address**

ANN & HOPE INC
MARIA CORREIA
1 ANN & HOPE WAY
CUMBERLAND RI 02864-6918

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$4,613.50

---

**3.159.**

**Nonpriority creditor's name and mailing address**

ANNA M CABRERA, ESQ
12 WESTCHESTER AVE, 1G
WHITE PLAINS NY 10601

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$176.07

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

| 3.160. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ANTHONY NEWELL JR
CARGO CLAIMS DEPT
32 TRASK AVE
BAYONNE NJ 07002

☐ Contingent
☐ Unliquidated
☐ Disputed

$148.05

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.161. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

APEX LOGISTICS, INC.
I-71 NORTH AVENUE EAST
ELIZABETH NJ 07201

☑ Contingent
☐ Unliquidated
☐ Disputed

$1,434,925.67

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

INTERCOMPANY PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

---

| 3.162. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

APEX MATERIAL HANDLING CORP
391 CHARLES COURT
WEST CHICAGO IL 60185

☐ Contingent
☐ Unliquidated
☐ Disputed

$648.18

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                                          Case number *(if known)* **19-12809**

---

| 3.163. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

APPALACHIAN BREWING COMPANY
% ECHO GLOBAL
600 W CHICAGO AVE STE 725
CHICAGO IL 60654-2801

☐ Contingent
☐ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.164. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

APPALACHIAN POWER -AEP
PO BOX 371496
PITTSBURGH PA 15250-7496

☐ Contingent
☐ Unliquidated
☐ Disputed

$647.18

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.165. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

APPLIED POLYMER SERVICES
MICHAEL BARR
150 SCHMITT BLVD
FARMINGDALE NY 11735-1424

☐ Contingent
☐ Unliquidated
☐ Disputed

$475.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

**3.166.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

APPLIED PRODUCTS
JO ANN DIMINO
6035 BAKER RD
MINNETONKA MN 55345-5908

☐ Contingent
☐ Unliquidated
☑ Disputed

$3,204.76

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.167.** **Nonpriority creditor's name and mailing address**

APRIL TUCKER
CEI
4850 E ST RD
STE 220
TREVOSE PA 19053

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.168.** **Nonpriority creditor's name and mailing address**

ARAMARK UNIFORM & CAREER
PO BOX 731676
DALLAS TX 75373-1676

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$76.51

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| | | |
|---|---|---|
| 3.169. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

**3.169.**

**Nonpriority creditor's name and mailing address**

ARAMARK UNIFORM SERVICES
PO BOX 28050
NEW YORK NY 10087-8050

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

$4,183.80

---

**3.170.**

**Nonpriority creditor's name and mailing address**

ARAMEX NEW YORK LTD
SHAZEENA ALLI
182-25 150TH AVE
JAMAICA NY 11413-4010

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☒ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

$12,935.12

---

**3.171.**

**Nonpriority creditor's name and mailing address**

ARBELLA INSURANCE
LYNN BOVA
PO BOX 699195
QUINCY MA 02269

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent

☒ Unliquidated

☒ Disputed

**Basis for the claim:**

OPEN AUTO CLAIMS

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **New England Motor Freight, Inc.**                                        Case number *(if known)* **19-12809**

**3.172.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

ARC EARLEEN RENTZ WAREHOUSE MANAGER
601 WADE BLVD
MILLVILLE NJ 08332

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**
_____

**Basis for the claim:**
OPEN AUTO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.173.**    **Nonpriority creditor's name and mailing address**

ARCH INSURANCE COMPANY
ATT: TREASURY/COLLATERAL DEPT
HARBORSIDE-3
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Amount of claim**

$146,943.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WORKERS' COMPENSATION PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.174.**    **Nonpriority creditor's name and mailing address**

ARCH INSURANCE COMPANY
ATT: TREASURY/COLLATERAL DEPT
HARBORSIDE-3
210 HUDSON ST., SUITE 300
JERSEY CITY NJ 07311-1107

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE PAYABLES - INSURANCE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| | |
|---|---|

**3.175.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*

ARCO STEEL COMPANY
PO BOX 5276
HILLSIDE NJ 07205

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$20,801.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.176.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*

ARCTIC COOLERS
520 FELLOWSHIP ROAD
SUITE E-501
MOUNT LAUREL NJ 08054

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$95.80

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.177.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*

ARETT SALES
REBECCA MORGAN
9285 COMMERCE HWY
PENNSAUKEN NJ 08110-1201

☐ Contingent
☐ Unliquidated
☑ Disputed

**Amount of claim**

$1,468.23

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

| 3.178. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | ARETT SALES<br>REBECCA MORGAN<br>9285 COMMERCE HWY<br>PENNSAUKEN NJ 08110-1201 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,215.15 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>ACCOUNTS PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.179. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | ARGOS EXPRESS LTD<br>JAVIER VILLAO<br>147-27 175TH ST STE 1B<br>JAMAICA NY 11434-5419 | ☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | $7,818.28 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>CARGO CLAIMS | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.180. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | ARIEL CONDE PLERQUI<br>CLAIMS DEPT<br>VILLA BLANCA ACERINA 2<br>CAGUAS PR 00725 | ☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | $420.66 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>CARGO CLAIMS | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

Debtor    **New England Motor Freight, Inc.**                                                    Case number *(if known)* **19-12809**

---

**3.181.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
*Check all that apply.*

ARIENS COMPANY
% REDWOOD SCS
1765 N ELSTON AVE
CHICAGO IL 60642-1501

☐ Contingent
☐ Unliquidated
☑ Disputed

$3,906.01

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.182.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
*Check all that apply.*

ARIZAGA*JORGE
Address Intentionally Omitted

☐ Contingent
☑ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

PENDING WORKERS' COMPENSATION
CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.183.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
*Check all that apply.*

ARLEN W. BLAKEMAN 2000 SUBTRUST U/W/O
JON SHEVELL
1-71 NORTH AVENUE EAST
ELIZABETH NJ 07201

☐ Contingent
☐ Unliquidated
☐ Disputed

$67,340.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

INSIDER PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                    Case number *(if known)* **19-12809**

| 3.184. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.184.    **Nonpriority creditor's name and mailing address**

ARMALY BRANDS
SUSAN TELEP
PO BOX 611
WALLED LAKE MI 48390-0611

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$8,778.60

---

3.185.    **Nonpriority creditor's name and mailing address**

ARMALY BRANDS
SUSAN TELEP
PO BOX 611
WALLED LAKE MI 48390-0611

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$247.28

---

3.186.    **Nonpriority creditor's name and mailing address**

ARMSTEAD*JEFFREY
Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

PENDING WORKERS' COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **New England Motor Freight, Inc.**                                  Case number *(if known)* **19-12809**

| 3.187. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ARMSTRONG FLOORING
% DM TRANSPORTATION
PO BOX 621
BOYERTOWN PA 19512-0621

☐ Contingent
☐ Unliquidated
☒ Disputed

$2,591.26

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.188. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ARMSTRONG FLOORING
C/O DM TRANSPORTATION
PO BOX 621
BOYERTOWN PA 19512-0621

☐ Contingent
☐ Unliquidated
☐ Disputed

$441.81

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.189. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ARNOLD INDUSTRIAL EQUIPMENT
& SERVICE, INC.
1025 MT. READ BOULEVARD
ROCHESTER NY 14606

☐ Contingent
☐ Unliquidated
☐ Disputed

$320.30

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor    **New England Motor Freight, Inc.**                                  Case number *(if known)* **19-12809**

---

3.190.  **Nonpriority creditor's name and mailing address**

ARROW SECURITY CO, INC
P O BOX 1250
SPRINGFIELD MA 01101

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

| Amount of claim |
|---|
| $3,697.92 |

---

3.191.  **Nonpriority creditor's name and mailing address**

ART & FRAME SOURCE INC
JEAN COOK
4251 34TH ST N
SAINT PETERSBURG FL 33714-3707

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☒ No
☐ Yes

| Amount of claim |
|---|
| $1,606.14 |

---

3.192.  **Nonpriority creditor's name and mailing address**

ARTELLE KAIGLERHALL V
NEW ENGLAND MOTOR FREIGHT INC ET AL
THOMAS DEPASQUALE
6874 CR 50
ROME NY 13440

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

LITIGATION

**Is the claim subject to offset?**

☒ No
☐ Yes

| Amount of claim |
|---|
| UNDETERMINED |

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

**3.193.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

**3.193.**

**Nonpriority creditor's name and mailing address**

ARTHUR W BROWN MFG
PHILIP SABATINO
49-1 EAST INDUSTRY CT
DEER PARK NY 11729

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$567.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.194.**

**Nonpriority creditor's name and mailing address**

ARTSKILLS
BRIDGET DONATO
3935 RABOLD CIRCLE S
BETHLEHEM PA 18020-8988

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Amount of claim**

$6,552.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.195.**

**Nonpriority creditor's name and mailing address**

ARTSONA USA INC
1826 WILLIAM PENN WAY
LANCASTER PA 17607-6711

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

**Amount of claim**

$2,430.04

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

OVERCHARGE CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| | | |
|---|---|---|
| 3.196. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

**3.196.**

**Nonpriority creditor's name and mailing address**

ARTURO BARRERA CRESPO V
NEW ENGLAND MOTOR FREIGHT INC ET AL
JOSEPH CLEGGETT
10 MAPLE ST
BROOKFIELD MA 01506

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.197.**

**Nonpriority creditor's name and mailing address**

ARTURO PAEZ
BOYLE SHAUGHNESSY LAW PC
MICHAEL D DEMEOLA ESQ
ONE NORTH BROADWAY
STE 410
WHITE PLAINS NY 10606

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.198.**

**Nonpriority creditor's name and mailing address**

ARUNDEL INSPECTION SERVICES
7666 BALTIMORE ANNAPOLIS BLVD.
GLEN BURNIE MD 21060

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$250.00

Debtor    **New England Motor Freight, Inc.**                                Case number *(if known)* **19-12809**

---

| 3.199. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.199.   **Nonpriority creditor's name and mailing address**

ASAD ABIDI
CARGO CLAIMS
919 BROMTON DR
WESTBURY NY 11540

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$330.70

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.200.   **Nonpriority creditor's name and mailing address**

ASD LIGHTING
KIM GREENE
120 SHAWMUT RD
CANTON MA 02021-1414

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Amount of claim**

$2,723.80

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.201.   **Nonpriority creditor's name and mailing address**

ASHLAND
TATIANA SWAIN
5200 BLAZER PKWY
DUBLIN OH 43017-3309

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,625.71

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                                    Case number *(if known)* **19-12809**

---

3.202. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

ASHLAND INC
EH&S TRANS DEPT
5200 BLAZER PKWY
DUBLIN OH 43017-3309

☐ Contingent
☐ Unliquidated
☒ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.203. **Nonpriority creditor's name and mailing address**

ASHLAND INC
TRANS AUDIT STE 2D
11 MARSHALL RD
WAPPINGERS FALLS NY 12590-4132

**As of the petition filing date, the claim is:** *Check all that apply.*

☒ Contingent
☐ Unliquidated
☒ Disputed

**Amount of claim**

$565.55

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

OVERCHARGE CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☒ Yes

---

3.204. **Nonpriority creditor's name and mailing address**

ASSOCIATED BUYERS
SHAWN ST PIERRE
PO BOX 399
BARRINGTON NH 03825-0399

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$233.82

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor   **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| 3.205. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ASSOCIATED TRUCK PARTS
1075 EAST PHILADELPHIA AVE
GILBERTSVILLE PA 19525

☐ Contingent
☐ Unliquidated
☐ Disputed

$4,833.24

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.206. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ATI USA SOUTH, LLC
ATTN: CARLOS HERMO
11700 NW 36TH AVENUE
HIALEAH FL 33167

☑ Contingent
☐ Unliquidated
☐ Disputed

$20,000.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

TENANT SECURITY DEPOSIT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.207. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ATKORE INTERNATIONAL
STEVEN LEADBEATER
958 US ROUTE 11 S
KIRKWOOD NY 13795-1649

☐ Contingent
☐ Unliquidated
☑ Disputed

$121.90

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| Debtor | **New England Motor Freight, Inc.** | | Case number *(if known)* **19-12809** |

---

**3.208.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

ATLANTIC IMPORT & EXPORT
JOHN ZAREVA
220 MEISTER AVE
BRANCHBURG NJ 08876-6045

☐ Contingent
☐ Unliquidated
☒ Disputed

$1,362.06

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.209.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

ATLANTIC PLYWOOD
P O BOX 380
GUILDERLAND CENTER NY 12085-0380

☒ Contingent
☐ Unliquidated
☒ Disputed

$65.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

OVERCHARGE CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☒ Yes

---

**3.210.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

ATLANTIC TIRE, INC
48 ARMENTO ST
JOHNSTON RI 02919

☐ Contingent
☐ Unliquidated
☐ Disputed

$375.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| 3.211. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ATLAS COPCO COMPTEC
PAUL BURDICK
46 SCHOOL RD
VOORHEESVILLE NY 12186-9608

☐ Contingent
☐ Unliquidated
☒ Disputed

$2,470.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.212. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ATLASTAR
PO BOX 436
FISHKILL NY 12524

☐ Contingent
☐ Unliquidated
☐ Disputed

$99.78

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.213. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

AUPTIX
ANGELICA DOMINGO
240 S CEDROS AVE STE 200
SOLANA BEACH CA 92075-2084

☐ Contingent
☐ Unliquidated
☒ Disputed

$8,258.09

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| 3.214. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

AUSTRADE INC
DENISE GAGLIA
3309 NORTHLAKE BLVD STE 201
PALM BEACH GARDENS FL 33420

☐ Contingent
☐ Unliquidated
☑ Disputed

$960.65

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.215. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

AUSTRADE INC
SHELLEY HELLER
3309 NORTHLAKE BLVD STE 201
PALM BEACH GARDENS FL 33420

☐ Contingent
☐ Unliquidated
☑ Disputed

$13,858.29

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.216. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

AVENEL TRUCK EQUIPMENT
P.O. BOX 167
AVENEL NJ 07001

☐ Contingent
☐ Unliquidated
☐ Disputed

$4,550.63

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **New England Motor Freight, Inc.**                                         Case number *(if known)* **19-12809**

| 3.217. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

AVID MEDICAL
% RIVERSIDE LOGISTICS
PO BOX 7899
RICHMOND VA 23231-0399

☐ Contingent
☐ Unliquidated
☒ Disputed

$504.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.218. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

AVIVA INSURANCE CO OF CANADA
10 AVIVA WAY
STE 100
MARKHAM ON L6G 0G1
CANADA

☒ Contingent
☒ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

TRADE PAYABLES - INSURANCE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.219. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

AWE TUNING
%TRANSLOGISTICS
321 N FURNACE ST
BIRDSBORO PA 19508-2057

☐ Contingent
☐ Unliquidated
☒ Disputed

$1,840.25

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor   **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| | | |
|---|---|---|
| **3.220.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

B & L TOWING
500 MILIK ST
CARTERET NJ 07008

**Amount of claim**

$14,886.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| | | |
|---|---|---|
| **3.221.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

B E ACTIVE CORP
41 WEST 33RD STREET
NEW YORK NY 10001

**Amount of claim**

$455.51

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| | | |
|---|---|---|
| **3.222.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

B&S LOGISTICS AMERICA
JUSTIN RIN
147-32 FARMERS BLVD
JAMAICA NY 11434-5218

**Amount of claim**

$864.04

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                          Case number *(if known)* **19-12809**

| 3.223. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.223.    **Nonpriority creditor's name and mailing address**

BACKHAUL%LATHAM POOL PRODUCTS
KEVIN M SIGNORE
1 VIRGINIA AVE STE 400
INDIANAPOLIS IN 46204-3644

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Amount of claim**

$2,848.47

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.224.    **Nonpriority creditor's name and mailing address**

BACTOLAC PHARMACEUTICAL
CLAIMS DEPT
7 OSER AVE
HAUPPAUGE NY 11788-3811

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Amount of claim**

$952.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.225.    **Nonpriority creditor's name and mailing address**

BAILEYS AUTOBODY LLC
16818 US RT 15
ALLENWOOD PA 17810

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$2,420.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **New England Motor Freight, Inc.**                                            Case number *(if known)* **19-12809**

---

**3.226.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

BAKER COMPANY
KEN WAKEFIELD
161 GATEHOUSE ROAD
SANFORD ME 04073-2482

☐ Contingent
☐ Unliquidated
☑ Disputed

$527.83

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.227.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

BAKER COMPANY
KEN WAKEFIELD
161 GATEHOUSE RD
SANFORD ME 04073-2482

☐ Contingent
☐ Unliquidated
☑ Disputed

$19,250.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.228.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

BAKER*JOHN
Address Intentionally Omitted

☐ Contingent
☑ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

PENDING WORKERS' COMPENSATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| 3.229. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.229.

**Nonpriority creditor's name and mailing address**

BALDWIN AND LYONS
111 CONGRESSIONAL BLVD
STE 500
CARMEL IN 46032

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLES - INSURANCE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.230.

**Nonpriority creditor's name and mailing address**

BALDWIN RICHARDSON FOODS
% ECHO GLOBAL
600 W CHICAGO AVE STE 725
CHICAGO IL 60654-2801

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$4,919.51

---

3.231.

**Nonpriority creditor's name and mailing address**

BALLATO LAW FIRM
3721 WESTERRE PKWY #A
HENRICO VA 23233

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$139.19

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

| 3.232. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | BANGOR WATER DISTRICT<br>PO BOX 1129<br>BANGOR ME 04402-1129 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $71.13 |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.233. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | BANNER DOORS CORP<br>550 POND ST<br>PO BOX 3124<br>WOONSOCKET RI 02895 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $222.34 |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.234. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | BANYAN INTERNATIONAL<br>CHERYL LZU<br>24 CENTRAL DR<br>FARMINGDALE NY 11735 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $943.92 |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

| 3.235. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BARCLAY BRAND FERDON
PO BOX 341
SOUTH PLAINFIELD NJ 07080

$9,601.94

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS          ACCOUNTS PAYABLE

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.236. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BARCODING, INC
ATTN: A/R DEPT
2220 BOSTON ST ,2ND FLOOR
BALTIMORE MD 21231

$308.42

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS          ACCOUNTS PAYABLE

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.237. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BARGAIN OUTLET
20 PILLA DR.
WARWICK RI 02886

$3,452.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS          ACCOUNTS PAYABLE

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **New England Motor Freight, Inc.**                                   Case number *(if known)* **19-12809**

| | | |
|---|---|---|
| 3.238. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

**3.238.** | **Nonpriority creditor's name and mailing address**

BARGAINHUNTER1000 LLC
SCOTT LANE
317 W BROAD ST, STE 1
BETHLEHEM PA 18018

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$151.80

---

**3.239.** | **Nonpriority creditor's name and mailing address**

BARLUP*RICHARD
Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**

PENDING WORKERS' COMPENSATION CLAIM

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.240.** | **Nonpriority creditor's name and mailing address**

BARONSKI*ANDREW
Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**

PENDING WORKERS' COMPENSATION CLAIM

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| | | |
|---|---|---|
| **3.241.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

**3.241.**

**Nonpriority creditor's name and mailing address**

BARREVELD
% WORLDWIDE EXPRESS
2323 VICTORY AVE STE 1600
DALLAS TX 75219-7657

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$1,560.58

---

**3.242.**

**Nonpriority creditor's name and mailing address**

BARRY*HASSAME
Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

PENDING WORKERS' COMPENSATION
CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.243.**

**Nonpriority creditor's name and mailing address**

BASE CORP
25 MIDDLESEX ESSEX TRPK
ISELIN NJ 08830

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

OPEN AUTO CLAIMS FOR PAYMENT

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| | | |
|---|---|---|
| 3.244. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: |

**3.244.**

**Nonpriority creditor's name and mailing address**

BASF CORP
CLAIMS DEPT
1900 BRANNAN RD STE 300
MCDONOUGH GA 30253-4324

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

OVERCHARGE CLAIMS

**Is the claim subject to offset?**

☐ No
☑ Yes

**Amount of claim**

$316.84

---

**3.245.**

**Nonpriority creditor's name and mailing address**

BASF CORPORATION
CLAIMS DEPT
1900 BRANNAN RD STE 300
MCDONOUGH GA 30253-4324

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$14,115.04

---

**3.246.**

**Nonpriority creditor's name and mailing address**

BASF CORPORATION
C/O CASS INFO SYSTEMS
JAY CONFER IN SHIPPING
P O BOX 67
SAINT LOUIS MO 63166-0067

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

OVERCHARGE CLAIMS

**Is the claim subject to offset?**

☐ No
☑ Yes

**Amount of claim**

$212.64

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| | | |
|---|---|---|
| 3.247. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**3.247.** **Nonpriority creditor's name and mailing address**

BASF CORPORATION
% TRANS AUDIT INC
11 MARSHALL ROAD #2D
WAPPINGERS FALLS NY 12590-4132

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$212.64

---

**3.248.** **Nonpriority creditor's name and mailing address**

BASILIERE*DAVID
Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

PENDING WORKERS' COMPENSATION
CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.249.** **Nonpriority creditor's name and mailing address**

BATTENKILL FIBERS PHANTOM LABORATORY
% ECHO GLOBAL
600 W CHICAGO AVE STE 725
GREENWICH NY 12834-3212

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$393.02

---

Debtor    **New England Motor Freight, Inc.**                                     Case number *(if known)* **19-12809**

| 3.250. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.250.    **Nonpriority creditor's name and mailing address**

BAY INSULATION OF PA
TRISTA SCHLIES
PO BOX 9229
GREEN BAY WI 54308-9229

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.251.    **Nonpriority creditor's name and mailing address**

BAY STATE ELEVATOR COMPANY,INC
PO BOX 5
DALTON MA 01227-0005

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$208.66

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.252.    **Nonpriority creditor's name and mailing address**

BAYOU METAL SUPPLY
MATTHEW HARDING
60042 CABIRAN RD
SLIDELL LA 70460-4213

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Amount of claim**

$2,311.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor   **New England Motor Freight, Inc.**                                   Case number *(if known)* **19-12809**

| 3.253. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BAYSTATE POOL SUPPLY
RACHEL WILLEY
26 SMITH PLACE
CAMBRIDGE MA 02138-1008

☐ Contingent
☐ Unliquidated
☐ Disputed

$925.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.254. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BAYSTATE WINE & SPIRITS
MICHAEL BARANOWSKI
40 ROBBIE RD UNIT A
AVON MA 02322-1162

☐ Contingent
☐ Unliquidated
☑ Disputed

$74.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.255. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BDP INTERNATIONAL
CAROLINE DOUGHERTY
510 WALNUT ST
PHILADELPHIA PA 19106-3619

☐ Contingent
☐ Unliquidated
☑ Disputed

$434.56

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

**3.256.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

BDP INTERNATIONAL
JOHN NASK
100 CONCORD RD
ASTON PA 19014-2908

☐ Contingent
☐ Unliquidated
☑ Disputed

$623.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.257.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

BDP INTERNATIONAL
TYLER HULL
200 METROPLEX DR STE 285
EDISON NJ 08817-2601

☐ Contingent
☐ Unliquidated
☑ Disputed

$2,671.75

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.258.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

BEAM MACK
MINDY MORSE
22048 SALMON RUN RD
WATERTOWN NY 13601

☐ Contingent
☐ Unliquidated
☐ Disputed

$8.78

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

**3.259.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

BED BATH & BEYOND
CLAIMS DEPT
700 LIBERTY AVE
UNION NJ 07083-8107

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Amount of claim**

$2,903.31

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.260.** **Nonpriority creditor's name and mailing address**

BED BATH & BEYOND
P O BOX 9282
OLD BETHPAGE NY 11804

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

**Amount of claim**

$1,810.06

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

OVERCHARGE CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

---

**3.261.** **Nonpriority creditor's name and mailing address**

BED BATH & BEYOND
CLAIMS DEPT
700 LIBERTY AVE
UNION NJ 07083-8107

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$488.13

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                   Case number *(if known)* **19-12809**

---

| 3.262. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | BELCAM INC<br>KRISTIN TAYLOR<br>27 MONTGOMERY STREET<br>ROUSES POINT NY 12979-1041 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $555.00 |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.263. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | BELGRADE PARTS & SERVICE, INC<br>2748 E BUTLER STREET<br>PHILADELPHIA PA 19137 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $17,028.41 |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.264. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | BELLVIEW PUMP SALES & SERVICE<br>4654 LEHIGH DR<br>WALNUTPORT PA 18088 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $688.70 |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                Page 90 of 899

Debtor   **New England Motor Freight, Inc.**                          Case number *(if known)* **19-12809**

---

**3.265.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

**3.265.**

**Nonpriority creditor's name and mailing address**

BELMONT & MINNESOTA TERMINAL
PARTNERSHIP
8463 CASTLEWOOD DRIVE
INDIANAPOLIS IN 46250

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$38,380.90

---

**3.266.**

**Nonpriority creditor's name and mailing address**

BELTS INTERMODAL CORPORATION
PEGGY ZULKOWSKI
1820 PORTAL ST
BALTIMORE MD 21224-6512

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$1,907.50

---

**3.267.**

**Nonpriority creditor's name and mailing address**

BELTWAY INTL TRUCKS.,INC
1800 SULPHUR SPRINGS ROAD
BALTIMORE MD 21227

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$121.85

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| | | |
|---|---|---|
| 3.268. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**3.268.**

**Nonpriority creditor's name and mailing address**

BENCHMARK TRADE SOLUTIONS
GRAEME THOMPSON
3615 LAIRD RD UNIT 20
MISSISSAUGA ON L5L5Z8
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Amount of claim**

$7,341.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.269.**

**Nonpriority creditor's name and mailing address**

BENEDICTO SORTO
COHEN & WOLF PC
JOSEPH G. WALSH
158 DEER HILL AVENUE
DANBURY CT 06810

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.270.**

**Nonpriority creditor's name and mailing address**

BENEDICTO SORTO V. FREEDIE THEODORE
CARROLL ET AL.
SOLIMENE & SECONDO, LLP, ELYCIA D.
SOLIMENE
ATTORNEY FOR THE DEFENDANT
1501 EAST MAIN STREET
SUITE 204
MERIDEN CT 06450

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| 3.271. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BENFIELD ELECTRIC
STEVE GREBE
400 HICKORY DR
ABERDEEN MD 21001-3644

☐ Contingent
☐ Unliquidated
☑ Disputed

$1,887.67

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.272. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BENJAMIN DI NAPOLI
ELIZABETH
6 KRULL DR
JACKSON NJ 08527

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,504.34

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.273. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BENNY GARCIA HERRERA
SO PLAINFIELD ** SAFETY**
130 THIRD ST
APT 1
NEWBURGH NY 12550

☐ Contingent
☐ Unliquidated
☐ Disputed

$343.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

**3.274.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
Check all that apply.

BENTLEY SAMUELS
WALLERSTEIN AND ASSOCIATES PC
HEDVA WELLERSTEIN ESQ
6045 ELIOT AVE
MASPETH NY 11378

☑ Contingent

☑ Unliquidated

☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.275.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
Check all that apply.

BERK ENTERPRISES
SHIRLEY SHELLY
1554 THOMAS RD SE
WARREN OH 44484-5119

☐ Contingent

☐ Unliquidated

☑ Disputed

$763.34

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.276.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
Check all that apply.

BERK ENTERPRISES
JAMES LEWIS JR
1554 THOMAS RD SE
WARREN OH 44484-5119

☐ Contingent

☐ Unliquidated

☑ Disputed

$1,232.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                    Case number *(if known)* **19-12809**

| | | |
|---|---|---|
| **3.277.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

**3.277.** **Nonpriority creditor's name and mailing address**

BERK ENTERPRISES
SHIRLEY SHELLY
1554 THOMAS RD SE
WARREN OH 44484-5119

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$83.45

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.278.** **Nonpriority creditor's name and mailing address**

BERNARD LABORATORIES
% ECHO GLOBAL
600 W CHICAGO AVE STE 725
CHICAGO IL 60654-2801

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Amount of claim**

$2,684.80

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.279.** **Nonpriority creditor's name and mailing address**

BERRY GLOBAL INC
F/K/A BERRY PLASTICS CORP
101 OAKLEY ST, POB 959
EVANSVILLE IN 47706

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$2,373.24

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| | | | |
|---|---|---|---|
| 3.280. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |

BERRY PLASTICS CORPORATION
FAWNYA YORK
20 ELMWOOD AVE
MOUNTAIN TOP PA 18707-2100

☐ Contingent
☐ Unliquidated
☑ Disputed

$5,675.80

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS          CARGO CLAIMS

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 3.281. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |

BEST NEST INC
ZACHARY KAPPESSER
4000 MC MANN RD
CINCINNATI OH 45245-2048

☐ Contingent
☐ Unliquidated
☑ Disputed

$405.00

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS          CARGO CLAIMS

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 3.282. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |

BEST TILE
LISA FISHER
911 BELMONT AVE
SPRINGFIELD MA 01108-2465

☐ Contingent
☐ Unliquidated
☑ Disputed

$233.63

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS          CARGO CLAIMS

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No
☐ Yes

Debtor  **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| 3.283. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BEST TILE OF DEDHAM
LISA FISHER
25 MC NEIL WAY
DEDHAM MA 02026-2650

☐ Contingent
☐ Unliquidated
☑ Disputed

$793.76

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.284. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BESTPASS, INC
555 PATROON CREEK BLVD
LOCKBOX 941
ALBANY NY 12206

☐ Contingent
☐ Unliquidated
☐ Disputed

$378,434.46

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.285. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BETHANY HELLER
ATTORNEY FOR THE PLAINTIFF
MUNLEY LAW
227 PENN AVE
SCRANTON PA 18503

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **New England Motor Freight, Inc.**                    Case number *(if known)* **19-12809**

| 3.286. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BETHANY HELLER V
NEW ENGLAND MOTOR FREIGHT INC ET AL
WILLIAM YOUNG
6219 WARD RD
WHEATFIELD NY 14132

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.287. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BETHEL PRAYER MINISTRIES INTL AND
BYRON BAAH WILLIAMS
DONOHUE LAW FIRM PC
ROBERT D DONOHUE ESQ
745 5TH AVE 5TH FLOOR
NEW YORK NY 10151

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.288. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BETTER HOME PLASTICS
FRANK LEE
439 COMMERCIAL AVE
PALISADES PARK NJ 07650-1226

☐ Contingent
☐ Unliquidated
☑ Disputed

$228.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

**3.289.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

BFG SUPPLY CO
% AFS LOGISTICS
PO BOX 18170
SHREVEPORT LA 71138-1170

$402.26

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date or dates debt was incurred**            **Basis for the claim:**

VARIOUS                                         CARGO CLAIMS

**Last 4 digits of account number:**            **Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.290.** **Nonpriority creditor's name and mailing address**      **As of the petition filing date, the claim is:** *Check all that apply.*      **Amount of claim**

BFG SUPPLY CO
C/O AFS LOGISTICS
PO BOX 18170
SHREVEPORT LA 71138-1170

$71.72

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**            **Basis for the claim:**

VARIOUS                                         ACCOUNTS PAYABLE

**Last 4 digits of account number:**            **Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.291.** **Nonpriority creditor's name and mailing address**      **As of the petition filing date, the claim is:** *Check all that apply.*      **Amount of claim**

BGE
PO BOX 13070
PHILADELPHIA PA 19101-3070

$1,459.36

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**            **Basis for the claim:**

VARIOUS                                         ACCOUNTS PAYABLE

**Last 4 digits of account number:**            **Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                    Case number *(if known)* **19-12809**

| | | |
|---|---|---|
| 3.292. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

**3.292.**

**Nonpriority creditor's name and mailing address**

BIERMAAS*CHRISTOPHER
Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**

PENDING WORKERS' COMPENSATION CLAIM

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.293.**

**Nonpriority creditor's name and mailing address**

BIERMANN SERVICE
77 FULLER ROAD
CHICOPEE MA 01020-3705

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$481.25

---

**3.294.**

**Nonpriority creditor's name and mailing address**

BIG BLUE BUG RICH
161 O'CONNEL ST
PROVIDENCE RI 02905

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

OPEN AUTO CLAIMS

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

| 3.295. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.295.

**Nonpriority creditor's name and mailing address**

BIG JS TOWING & RECOVERY LLC
737 BAYS DRIVE
CHARLESTON WV 25306

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

$1,809.66

---

3.296.

**Nonpriority creditor's name and mailing address**

BIRATH*LAWRENCE
Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☒ Unliquidated

☐ Disputed

**Basis for the claim:**

PENDING WORKERS' COMPENSATION
CLAIM

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

UNDETERMINED

---

3.297.

**Nonpriority creditor's name and mailing address**

BISCO IND GEOFFTUMANG
1500 LAKEVIEW LOOP
ANAHEIM CA 92807

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent

☒ Unliquidated

☐ Disputed

**Basis for the claim:**

OPEN AUTO CLAIMS FOR PAYMENT

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| | | |
|---|---|---|
| 3.298. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

BISCOTTI BROTHERS
BARBARA HOAK
5142 STATE ROUTE 30 STE 190
GREENSBURG PA 15605-2500

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Amount of claim**

$529.53

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.299.    **Nonpriority creditor's name and mailing address**

BITTO*STEPHEN
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

PENDING WORKERS' COMPENSATION
CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.300.    **Nonpriority creditor's name and mailing address**

BIZERBA SOLUTIONS
ANN MARIE FERRANTE
5200 ANTHONY RD
SANDSTON VA 23150-1929

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Amount of claim**

$7,166.16

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| | | |
|---|---|---|
| **3.301.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

**3.301.**

**Nonpriority creditor's name and mailing address**

BJORKMAN INDUSTRIAL POWER CORP
70 FINNELL DRIVE
WEYMOUTH MA 02188

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim**

$262.50

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.302.**

**Nonpriority creditor's name and mailing address**

BJS WHOLESALE CLUB
RYAN GOVE
869 QUAKER HWY
UXBRIDGE MA 01569-2252

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☑ Disputed

**Amount of claim**

$25,249.56

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.303.**

**Nonpriority creditor's name and mailing address**

BJ'S WHOLESALE CLUB, INC
ATTN:: FREIGHT ACCOUNTING
P.O. BOX 3755
BOSTON MA 02241-3755

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim**

$4,655.35

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| | | | |
|---|---|---|---|
| 3.304. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

BLUE AIR ONE
508 W ELIZABETH AVE
LINDEN NJ 07036

☐ Contingent
☐ Unliquidated
☐ Disputed

$880.60

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| | | | |
|---|---|---|---|
| 3.305. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

BLUE COAST BEVERAGES
JOCELYN LAROCQUE
32 SCOTLAND BLVD
BRIDGEWATER MA 02324-4302

☐ Contingent
☐ Unliquidated
☑ Disputed

$300.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| | | | |
|---|---|---|---|
| 3.306. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

BLUE GRACE LOGISTICS
ALLY RUCKER
2846 S FALKENBURG RD
RIVERVIEW FL 33568-2517

☐ Contingent
☐ Unliquidated
☑ Disputed

$3,307.69

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **New England Motor Freight, Inc.**                                              Case number *(if known)* **19-12809**

| | | |
|---|---|---|
| 3.307. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: |

3.307.  **Nonpriority creditor's name and mailing address**

BLUE GRACE LOGISTICS
NATHALI NAJERA
2846 S FALKENBURG RD
RIVERVIEW FL 33568

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$8,186.17

---

3.308.  **Nonpriority creditor's name and mailing address**

BLUE RIDGE HYDROPONICS & HOME BREWING
CLAIMDS DEPT
5327 WILLIAMSON RD STE D
ROANOKE VA 24012-1400

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$275.80

---

3.309.  **Nonpriority creditor's name and mailing address**

BLUE SPRING IMPORTS
VICTOR LARINE
10500 NW 26TH ST
MIAMI FL 33172-2158

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$3,091.00

---

Debtor    **New England Motor Freight, Inc.**                                                    Case number *(if known)* **19-12809**

---

| 3.310. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BLUEGRACE
ATTN: ACCTS PAYABLE
SARAH PEASE A/P
2846 S FALKENBURG RD
RIVERVIEW FL 33568

☒ Contingent
☐ Unliquidated
☒ Disputed

$59.77

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

OVERCHARGE CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☒ Yes

---

| 3.311. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BLUEGRACE LOGISTICS
NATHALI NAJERA
2846 S FALKENBURG RD
RIVERVIEW FL 33568-1619

☐ Contingent
☐ Unliquidated
☐ Disputed

$299.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.312. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BNSF LOGISTICS
P.O.BOX 176
VERSAILLES OH 45380

☒ Contingent
☐ Unliquidated
☒ Disputed

$231.60

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

OVERCHARGE CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☒ Yes

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

| 3.313. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BNX SHIPPING
DANNY KIM
147-32 FARMERS BLVD
JAMAICA NY 11434-5218

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,016.09

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.314. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BOB SUMEREL TIRE CO, INC
PO BOX 633096
CINCINNATI OH 45263-3096

☐ Contingent
☐ Unliquidated
☐ Disputed

$50.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.315. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BOBS STORES
DATA2LOGISTICS
PO BOX 6105
FOR MYERS FL 33906-1050

☒ Contingent
☐ Unliquidated
☒ Disputed

$2,412.51

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

OVERCHARGE CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☒ Yes

Debtor    **New England Motor Freight, Inc.**                                        Case number *(if known)* **19-12809**

| | | |
|---|---|---|
| **3.316.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

**3.316.**

**Nonpriority creditor's name and mailing address**

BOBS STORES
% DATA2LOGISTICS
PO BOX 6105
FOR MYERS FL 33906-1050

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$2,412.51

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.317.**

**Nonpriority creditor's name and mailing address**

BOOTS AND HANKS TOWING & REC
1500 N KEYSER AVE
SCRANTON PA 18504

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$2,061.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.318.**

**Nonpriority creditor's name and mailing address**

BORGHI*BRETT
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

PENDING WORKERS' COMPENSATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

**3.319.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

BOROUGH OF PITCAIRN
ANNETTE DIETZ BORO MG
582 SIXTH ST
PITCAIRN PA 15140

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

OPEN AUTO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.320.** **Nonpriority creditor's name and mailing address**

BORTEK INDUSTRIES, INC
4713 OLD GETTYSBURG ROAD
MECHANICSBURG PA 17055

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$67.77

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.321.** **Nonpriority creditor's name and mailing address**

BOSHART IND. INC.
BRAD LICHTY
PO BOX 310
MILVERTON ON N0K1M06505
CANADA

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$47.99

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

**3.322.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

BOSS PRESICION LTD
STACY SMITH
2440 S UNION ST
SPENCERPORT NY 14559-2230

☐ Contingent
☐ Unliquidated
☑ Disputed

$7,966.16

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.323.** **Nonpriority creditor's name and mailing address**   **As of the petition filing date, the claim is:** *Check all that apply.*   **Amount of claim**

BOSTON AMERICA CORPORATION
CLAIMS DEPT
55 SIXTH RD STE 8
WOBURN MA 01801-1746

☐ Contingent
☐ Unliquidated
☐ Disputed

$180.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.324.** **Nonpriority creditor's name and mailing address**   **As of the petition filing date, the claim is:** *Check all that apply.*   **Amount of claim**

BOUCHER CLEANING SERVICES
57 CURTIS AVENUE
BURLINGTON VT 05401

☐ Contingent
☐ Unliquidated
☐ Disputed

$975.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                                    Case number *(if known)* **19-12809**

---

3.325.   **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    | **Amount of claim** |

BOWERS*GENE    *Check all that apply.*
Address Intentionally Omitted
                                                                   ☐ Contingent    UNDETERMINED
                                                                   ☒ Unliquidated
                                                                   ☐ Disputed

**Date or dates debt was incurred**    **Basis for the claim:**

_____    PENDING WORKERS' COMPENSATION
                                                                   CLAIM
**Last 4 digits of account number:**
                                                                   **Is the claim subject to offset?**

                                                                   ☒ No
                                                                   ☐ Yes

---

3.326.   **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    | **Amount of claim** |

BOWLEY*RUSSELL    *Check all that apply.*
Address Intentionally Omitted
                                                                   ☐ Contingent    UNDETERMINED
                                                                   ☒ Unliquidated
                                                                   ☐ Disputed

**Date or dates debt was incurred**    **Basis for the claim:**

_____    PENDING WORKERS' COMPENSATION
                                                                   CLAIM
**Last 4 digits of account number:**
                                                                   **Is the claim subject to offset?**

                                                                   ☒ No
                                                                   ☐ Yes

---

3.327.   **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    | **Amount of claim** |

BOWMAN MURRAY FULK GROUP INC    *Check all that apply.*
NAPA AUTO PARTS
601 W JOHN STREET                                        ☐ Contingent    $45.54
MARTINSBURG WV 25401                                     ☐ Unliquidated
                                                                   ☐ Disputed

**Date or dates debt was incurred**    **Basis for the claim:**

VARIOUS    ACCOUNTS PAYABLE

**Last 4 digits of account number:**    **Is the claim subject to offset?**

                                                                   ☒ No
                                                                   ☐ Yes

---

Debtor   **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| | | | |
|---|---|---|---|
| 3.328. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

BOX PARTNERS LLC
CHRISSY CODUTO
2650 GALVIN DRIVE
ELGIN IL 60124-7893

☐ Contingent
☐ Unliquidated
☑ Disputed

$1,049.83

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                      CARGO CLAIMS

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 3.329. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

BOX PARTNERS LLC
LOGISTICS@BOXPARTNERS.CO
2650 GALVIN DRIVE
ELGIN IL 60124-7893

☑ Contingent
☐ Unliquidated
☑ Disputed

$113.31

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                      OVERCHARGE CLAIMS

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☐ No
☑ Yes

---

| | | | |
|---|---|---|---|
| 3.330. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

BOX PARTNERS, LLC
CHRISSY CODUTO
2650 GALVIN DRIVE
ELGIN IL 60124-7893

☐ Contingent
☐ Unliquidated
☐ Disputed

$309.05

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                      ACCOUNTS PAYABLE

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| | | |
|---|---|---|
| 3.331. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**3.331.**

**Nonpriority creditor's name and mailing address**

BOYER'S FOOD MARKET
1165 CENTRE TPK
ORWIGSBURG PA 17961

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Basis for the claim:**

OPEN AUTO CLAIMS FOR PAYMENT

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.332.**

**Nonpriority creditor's name and mailing address**

BOYKO'S PETROLEUM SERVICE INC
4171 CHESTNUT STREET
WHITEHALL PA 18052-2001

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$559.68

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.333.**

**Nonpriority creditor's name and mailing address**

BOYLE'S MOTOR SALES, INC
2955 STRUNK ROAD
JAMESTOWN NY 14701

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$4,247.31

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **New England Motor Freight, Inc.**                                         Case number *(if known)* **19-12809**

| 3.334. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BRACH EICHLER, LLC
101 EISENHOWER PARKWAY
ROSELAND NJ 07068

☐ Contingent
☐ Unliquidated
☐ Disputed

$4,976.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.335. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BRANDALYUM WASHBURN
14 BLUEBIRD TIER
FORT EDWARD NY 12828

☑ Contingent
☑ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

OPEN AUTO CLAIMS FOR PAYMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.336. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BREEZY POINT TRUCK REPAIR,INC
PO BOX 1298
STRATFORD CT 06615

☐ Contingent
☐ Unliquidated
☐ Disputed

$422.74

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                Case number *(if known)* **19-12809**

3.337. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim** |

BRETT WILDERMAN V
NEW ENGLAND MOTOR FREIGHT INC ET AL
MATHEW A WILLIAMS
27401 WESTOWN BLVD
WESTLAKE OH 44145

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.338. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim** |

BRIANNA MAYES JESSICA FORBES
ALILAH BALDWIN JOURDIN SENIOR
ATT FOR THE DEFENDENTS WEBER AND
RUBANO LLC
LOUIS RUBANO
401 CENTER ST
WALLINGFORD CT 06492

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.339. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim** |

BRICKSTOP CORPORATION
ROBERT JOHNSTON
205 CHAMPAGNE DR STE 3A
TORONTO ON M3J2C6
CANADA

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

$364.27

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| 3.340. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BRIDGESTONE AMERICAS TIRE OPERATIONS LLC
P O BOX 73418
CHICAGO IL 60673-7418

☐ Contingent
☐ Unliquidated
☐ Disputed

$157,754.05

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.341. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BRIDGET LAVELLE & CIOCCA
COLLISION CENTER
8015 ALLENTOWN BLVD
HARRISBURG PA 17112

☐ Contingent
☐ Unliquidated
☐ Disputed

$4,968.97

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.342. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BRIGGS
MICHELLE BEARD
1931 NORMAN DRIVE
WAUKEGAN IL 60079

☐ Contingent
☐ Unliquidated
☑ Disputed

$4,132.04

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| | | |
|---|---|---|
| **3.343.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**3.343.**

**Nonpriority creditor's name and mailing address**

BRISTOL MYERS SQUIBB
% TRANSAVER LLC
108 WASHINGTON ST
MANLIUS NY 13104-1913

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Amount of claim**

$7,655.60

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.344.**

**Nonpriority creditor's name and mailing address**

BRISTOL TRANSPORT, INC
1 W LAKE STREET
NORTHLAKE IL 60164

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,640.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.345.**

**Nonpriority creditor's name and mailing address**

BRITTANY WARREN
PARKER WAICHMAN LLP
6 HARBOR PARK DR
PORT WASHINGTON NY 11050

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

OPEN AUTO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

**3.346.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
| BROADSPIRE CLAIM 188818186-001 | | UNDETERMINED
| 1503 LBJ FWY | ☑ Contingent |
| STE 600 | ☑ Unliquidated |
| DALLAS TX 75234 | ☐ Disputed |

**Date or dates debt was incurred**          **Basis for the claim:**

_____          OPEN AUTO CLAIMS FOR PAYMENT

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.347.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
| BRODER BROS | | $1.00
| 365 WEST PASSAIC ST | ☑ Contingent |
| INTELLAUDIT STE 235 | ☐ Unliquidated |
| ROCHELLE PARK NJ 07662-3017 | ☑ Disputed |

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS          OVERCHARGE CLAIMS

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☐ No
☑ Yes

---

**3.348.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
| BROTHERS INTERNATIONAL FOOD | | $100.80
| MAUREEN BORELLI | ☐ Contingent |
| 1175 LEXINGTON AVE | ☐ Unliquidated |
| ROCHESTER NY 14606-2903 | ☐ Disputed |

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS          ACCOUNTS PAYABLE

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

**3.349.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

BROTHERS INTERNATIONAL FOOD CORP
MAUREEN BORELLI
1175 LEXINGTON AVE
ROCHESTER NY 14606-2903

☐ Contingent
☐ Unliquidated
☑ Disputed

$3,857.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.350.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

BROTHERS INTERNATIONAL FOOD CORP
ALICIA HOLMES
1175 LEXINGTON AVE
ROCHESTER NY 14606-2903

☐ Contingent
☐ Unliquidated
☑ Disputed

$3,974.15

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.351.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

BROWN*TRAIMAR
Address Intentionally Omitted

☐ Contingent
☑ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

PENDING WORKERS' COMPENSATION
CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                           Case number *(if known)* **19-12809**

| | | | |
|---|---|---|---|
| 3.352. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

BRUCE J ROSYAK
2541 SCOTCH HILL RD #1
NORTH HUNTINGDON PA 15642

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**
_____

**Basis for the claim:**
OPEN AUTO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 3.353. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

BRUMFIELD*LARRY
Address Intentionally Omitted

☐ Contingent
☑ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**
_____

**Basis for the claim:**
PENDING WORKERS' COMPENSATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 3.354. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

BRUNKEN MANUFACTURING
HUNTER HART
4205 W JACKSON ST
PENSACOLA FL 32505-7233

☐ Contingent
☐ Unliquidated
☑ Disputed

$1,656.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| | | |
|---|---|---|
| 3.355. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

**3.355.**    **Nonpriority creditor's name and mailing address**

BRUNO'S AUTOMOTIVE, INC
101 FIFTH AVENUE
BAY SHORE NY 11706

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$2,199.68

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.356.**    **Nonpriority creditor's name and mailing address**

BSH HOME APPLIANCES
TRANSAUDIT STE 2D
11 MARSHALL RD
WAPPINGERS FALLS NY 12590-4132

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

**Amount of claim**

$157.92

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

OVERCHARGE CLAIMS

**Is the claim subject to offset?**

☐ No
☑ Yes

---

**3.357.**    **Nonpriority creditor's name and mailing address**

BSP TRANS
2500 LIBERTY DR
P.O. BOX 1387
LONDONDERRY NH 03053-1387

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$22,942.83

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| 3.358. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BUNZL SCOTIA
COLLEEN MOON
702 POTENTIAL PKWY
SCOTIA NY 12302-1011

☐ Contingent
☐ Unliquidated
☐ Disputed

$45.39

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.359. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BURKE DISTRIBUTORS
RON TUCKER
89 TEED DR
RANDOLPH MA 02368-4201

☐ Contingent
☐ Unliquidated
☑ Disputed

$333.30

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.360. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BUTTERNUT MOUNTAIN FARM
ADAM DARLING
37 INDUSTRIAL PARK DR
MORRISVILLE VT 05661-8533

☐ Contingent
☐ Unliquidated
☑ Disputed

$309.60

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **New England Motor Freight, Inc.**                                                    Case number *(if known)* **19-12809**

| 3.361. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.361.

**Nonpriority creditor's name and mailing address**

BUY-WISE AUTO PARTS
2091 SPRINGFIELD AVE
VAUX HALL (UNION) NJ 07088

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$255.32

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.362.

**Nonpriority creditor's name and mailing address**

BWC STATE INSURANCE FUND
OHIO BUREAU OF WORKERS COMPENSATION
PO BOX 89492
CLEVELAND OH 44101-6492

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$149,071.02

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.363.

**Nonpriority creditor's name and mailing address**

BYRON E NAJERA OSORIO
AND XIOMARA MENDOZA LOPEZ ATTY FOR THE
PLAINTIFF'S RESIN AND ROSENSTEIN LLP
CRAIG ROSENSTEIN
6200 BALTIMORE AVE STE 400
RIVERDALE PARK MD 20737

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **New England Motor Freight, Inc.**                                  Case number *(if known)* **19-12809**

---

| 3.364. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

C H ROBINSON
14800 CHARLSON RD
EDEN PRAIRIE MN 55347-5042

☒ Contingent
☐ Unliquidated
☒ Disputed

$100.05

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

OVERCHARGE CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☒ Yes

---

| 3.365. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

C&C LIFT TRUCK
30 PARKWAY PLACE
EDISON NJ 08837

☐ Contingent
☐ Unliquidated
☐ Disputed

$5,841.11

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.366. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

C&S WHOLESALE GROCERS, INC
PO BOX 414270
BOSTON MA 02241-4270

☐ Contingent
☐ Unliquidated
☐ Disputed

$2,166.09

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                                    Case number *(if known)* **19-12809**

---

| 3.367. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CABLEVISION LIGHTPATH INC
PO BOX 360111
PITTSBURGH PA 15251-6111

☐ Contingent
☐ Unliquidated
☐ Disputed

$4,445.95

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.368. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CAC ASSOCIATES INC
RYAN PETRYSHAK
136 LAZOR RD
EBENSBURG PA 15931-3924

☐ Contingent
☐ Unliquidated
☒ Disputed

$3,222.05

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.369. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CAC ASSOCIATES INC
RYAN PERRYSHAK
136 LAZOR RD
EBENSBURG PA 15931-3924

☐ Contingent
☐ Unliquidated
☐ Disputed

$34.60

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| | | |
|---|---|---|
| 3.370. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

3.370.  **Nonpriority creditor's name and mailing address**

CALICO INDUSTRIES
LAMONICA HERBST AND MANISCALCO LLP
H HOLECEK AND M ROZEA ESQS
3305 JERUSALEM AVE
STE 201
WANTAGH NY 11793

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.371.  **Nonpriority creditor's name and mailing address**

CALISE & SONS BAKERY INC
OLIVER CARDOSO
2 QUALITY DR
LINCOLN RI 02865-4266

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
CARGO CLAIMS

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**

$55.80

---

3.372.  **Nonpriority creditor's name and mailing address**

CALUMET CARTON
C/OWORLDWIDE LOGISTICS
1213 REMINGTON BLVD
ROMEOVILLE IL 60446-6504

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
OVERCHARGE CLAIMS

**Is the claim subject to offset?**
☐ No
☑ Yes

**Amount of claim**

$41.00

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

| 3.373. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CALUMET CARTON CO
C/O WORLDWIDE LOGISTICS
1213 REMINGTON BLVD
ROMEOVILLE IL 60446-6504

☐ Contingent
☐ Unliquidated
☐ Disputed

$41.90

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.374. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CAMBRIA MACK TRUCKS INC.
PO BOX 34038
NEWARK NJ 0711890038

☐ Contingent
☐ Unliquidated
☐ Disputed

$2,978.44

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.375. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CAMEROTA TRUCK PARTS.
PO BOX 1134
ENFIELD CT 06083-1134

☐ Contingent
☐ Unliquidated
☐ Disputed

$5,986.28

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| 3.376. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CAMP AUTO & TRUCK PARTS INC
9 WHITMORE AVE
WAYNE NJ 07470

☐ Contingent
☐ Unliquidated
☐ Disputed

$600.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.377. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CANASTOTA VILLAGE COURT
205 S PETERBORO ST
CANASTOTA NY 13032

☐ Contingent
☐ Unliquidated
☐ Disputed

$243.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.378. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CAPE COD EXPRESS
KATE HARDSOG
1 EXPRESS DRIVE
WAREHAM MA 02571-5028

☐ Contingent
☐ Unliquidated
☐ Disputed

$9,919.65

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor    **New England Motor Freight, Inc.**                                                    Case number *(if known)* **19-12809**

| | | |
|---|---|---|
| 3.379. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

CAPITAL AUTO GLASS, INC
4270 WERTZVILLE ROAD
ENOLA PA 17025

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,125.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.380. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

CAPITAL FOREST PRODUCTS
JESICAN AMOS
107 GIBRALTAR AVE
ANNAPOLIS MD 21401-3140

☐ Contingent
☐ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.381. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

CAPITAL ONE, N.A.
275 BROADHOLLOW RD
MELVILLE NY 11747

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

GUARANTEE OF EASTERN
FREIGHTWAYS LOAN

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor   **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| | | |
|---|---|---|
| **3.382.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**3.382.**

**Nonpriority creditor's name and mailing address**

CAPITAL ONE, N.A.
275 BROADHOLLOW RD
MELVILLE NY 11747

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

LETTERS OF CREDIT

**Is the claim subject to offset?**

☐ No
☐ Yes

**Amount of claim**

$428,000.00

---

**3.383.**

**Nonpriority creditor's name and mailing address**

CAPITAL TRANS LOGISTICS
PO BOX 12497
NEWARK NJ 07101-3597

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$5,433.46

---

**3.384.**

**Nonpriority creditor's name and mailing address**

CAPITAL TRANS SERVICES, INC
ATTN: KIM GARNEAU
P.O. BOX 248
WINDHAM NH 03087

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$2,689.21

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| 3.385. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CAPITAL TRANS SOLUTIONS, LLC
1915 VAUGHN ROAD
KENNESAW GA 30144

☐ Contingent
☐ Unliquidated
☐ Disputed

$4,756.97

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.386. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CAPITALAND TIRE MART INC
9 NORTHWAY LANE NORTH
LATHAM NY 12110

☐ Contingent
☐ Unliquidated
☐ Disputed

$343.50

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.387. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CARBON COUNTY AUTO PARTS
LEHIGHTON NAPA
90 BLAKESLEE BOULEVARD E
LEHIGHTON PA 18235

☐ Contingent
☐ Unliquidated
☐ Disputed

$138.99

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **New England Motor Freight, Inc.**                                Case number *(if known)* **19-12809**

| 3.388. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CARDINAL DIST
11 CENTENI
PEABODY MA 01970

☑ Contingent
☑ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

OPEN AUTO CLAIMS FOR PAYMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.389. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CARDINAL TRANSPORTATION
JENNIFER BELL
6209 MID RIVERS MALL DR STE 210
SAINT CHARLES MO 63304-1102

☐ Contingent
☐ Unliquidated
☑ Disputed

$395.60

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.390. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CARGO PARTNER NETWORK
RONNIE BALLIRAM
230-59 INTL AIRPORT CTR BLVD #C-240
SPRINGFIELD GARDENS NY 11413

☐ Contingent
☐ Unliquidated
☑ Disputed

$5,972.77

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **New England Motor Freight, Inc.**                                                    Case number *(if known)* **19-12809**

---

| 3.391. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.391.

**Nonpriority creditor's name and mailing address**

CARGO PARTNER NETWORK
SHABANA MAYWATTIE
230-59 INTL AIRPORT CTR BLVD #C-240
SPRINGFIELD GARDENS NY 11413

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Amount of claim**

$19,470.88

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.392.

**Nonpriority creditor's name and mailing address**

CARGOLINE EXPRESS
IWONA KIEDROWSKI
369 HAYNES
WOOD DALE IL 60191-2614

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Amount of claim**

$2,922.05

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.393.

**Nonpriority creditor's name and mailing address**

CARLOS AREVALO
TROLMAN GLASER AND LICHTMAN PC
DENNIS BELLOVIN ESQ
747 THIRD AVE
NEW YORK NY 10017

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

DISMISSED LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

3.394.    **Nonpriority creditor's name and mailing address**

CARLOS AREVALO V SHEA NASSAU
SUFFOLK DELIVERY CORP
LAW OFFICE OF ANDREA G SAWYERS
JENNIFER M BELK ESQ
PO BOX 2903
HARTFORD CT 06104-2903

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

DISMISSED LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

3.395.    **Nonpriority creditor's name and mailing address**

CARLOS DIAZ
HARMON LINDER AND ROGOWSKY
MARK J LINDER ESQ
3 PARK AVE
STE 2300
NEW YORK NY 10016

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

3.396.    **Nonpriority creditor's name and mailing address**

CARLOS DIAZ V NEW ENGLAND MOTOR
FREIGHT INC
ANTONIO APRILE
52 N WILSON AVE
MILLTOWN NJ 08850

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

Debtor   **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

3.397. **Nonpriority creditor's name and mailing address**

CARLSON*SCOTT
Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

PENDING WORKERS' COMPENSATION
CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

3.398. **Nonpriority creditor's name and mailing address**

CARMELA MONACHINO
TIMOTHY BELLAVIA ESQ
ATTORNEY FOR THE PLAINTIFF PARISI AND
BELLAVIA LLP
THE POWERS BLDG 16 WEST MAIN ST STE 141
ROCHESTER NY 14614

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

3.399. **Nonpriority creditor's name and mailing address**

CARMELA MONACHINO V
NEW ENGLAND MOTOR FREIGHT INC ET AL
TERRY CONROW
7053 SALMON CREEK RD
WILLIAMSON NY 14589

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

Debtor    **New England Motor Freight, Inc.**                                              Case number *(if known)* **19-12809**

---

| 3.400. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CARMILLE A STOKES
182 CALIFORNIA AVE
PROVIDENCE RI 02905

☐ Contingent
☐ Unliquidated
☐ Disputed

$86.50

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.401. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CAROLYN JACK
FARMERS INSURANCE
NATIONAL DOCUMENT CENTER
PO BOX 268992
OKLAHOMA CITY OK 73126-8992

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Basis for the claim:**

LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.402. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CAROLYN JACK V
NEW ENGLAND MOTOR FREIGHT INC ET AL
RAFAEL SILVA
405 D RIDGE RD
NORTH ARLINGTON NJ 07031

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Basis for the claim:**

LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                      Case number *(if known)* **19-12809**

| | | | |
|---|---|---|---|

**3.403.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

CAROTRANS CLAIMS DEPARTMENT
CINDY RAFART
7200 NW 19TH ST STE 505
MIAMI FL 33126-1200

☐ Contingent
☐ Unliquidated
☑ Disputed

$8,200.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.404.** | **Nonpriority creditor's name and mailing address**

CARPENTER*DANA
Address Intentionally Omitted

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

PENDING WORKERS' COMPENSATION
CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.405.** | **Nonpriority creditor's name and mailing address**

CARPENTER*HOWARD
Address Intentionally Omitted

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

PENDING WORKERS' COMPENSATION
CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **New England Motor Freight, Inc.**                                      Case number *(if known)* **19-12809**

| | | | |
|---|---|---|---|
| 3.406. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |

3.406.  **Nonpriority creditor's name and mailing address**

CARRIER ENTERPRISE 2MA
BRETT HAWKINS
2401 DABNEY RD
RICHMOND VA 23230-2514

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$80.05

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.407.  **Nonpriority creditor's name and mailing address**

CARRIER INDUSTRIES, INC.
I-71 NORTH AVENUE EAST
ELIZABETH NJ 07201

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$2,857,124.23

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

INTERCOMPANY PAYABLE

**Is the claim subject to offset?**

☐ No
☑ Yes

---

3.408.  **Nonpriority creditor's name and mailing address**

CARRIER LYNX LLC
ZACH TAYLOR
15954 S MUR-LEN RD STE
OLATHE KS 66062-8300

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$276.75

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| 3.409. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CARRIER TRANSICOLD
8330 STATE ROAD
PHILADELPHIA PA 19136

$147.07

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.410. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CARRIER TRANSICOLD N.J.
8330 STATE ROAD
PHILADELPHIA PA 19136

$2,396.64

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.411. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CARROLL INDEPENDENT FUEL, LLC
P O BOX 64686
BALTIMORE MD 21264-4686

$20,911.38

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| 3.412. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CARTRIGHT*RALPH
Address Intentionally Omitted

☐ Contingent
☒ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Basis for the claim:**

PENDING WORKERS' COMPENSATION CLAIM

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.413. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CARY COMPANY
OVAIS YOUSUF
1195 W FULLERTON AVE
ADDISON IL 60101-4303

☐ Contingent
☐ Unliquidated
☐ Disputed

$68.78

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.414. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CASANOVA*DAVID
Address Intentionally Omitted

☐ Contingent
☒ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Basis for the claim:**

PENDING WORKERS' COMPENSATION CLAIM

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor    **New England Motor Freight, Inc.**                                          Case number *(if known)* **19-12809**

| 3.415. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.415. | **Nonpriority creditor's name and mailing address**

CASANOVA*DAVID
Address Intentionally Omitted

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Basis for the claim:**

PENDING WORKERS' COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.416. | **Nonpriority creditor's name and mailing address**

CASESTACK INC
MARIA LIWAG
3000 OCEAN PARK BLVD STE 1000
SANTA MONICA CA 90405-3020

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Amount of claim**

$540.96

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.417. | **Nonpriority creditor's name and mailing address**

CASESTACK INC
JAMAICA MAE ESCUDERO
3000 OCEAN PARK BLVD STE 1000
SANTA MONICA CA 90405-3020

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Amount of claim**

$4,854.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **New England Motor Freight, Inc.**                                                           Case number *(if known)* **19-12809**

---

3.418.  **Nonpriority creditor's name and mailing address**

CASS INFORMATION SYSTEMS
% NEXEO SOLUTIONS
PO BOX 17600
SAINT LOUIS MO 63178-7600

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
|---|
| $3,950.06 |

---

3.419.  **Nonpriority creditor's name and mailing address**

CATANIA OILS
MARC PICARIELLO
3 NEMCO WAY
AYER MA 01432-1539

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
|---|
| $714.14 |

---

3.420.  **Nonpriority creditor's name and mailing address**

CATHERINE DARDEN AND MARY COPELAND
JIMMIE J JENKINS ATTORNEY FOR
PLAINTIFF
1507 E 53RD ST 418
CHICAGO IL 60615

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
|---|
| UNDETERMINED |

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| | | |
|---|---|---|
| 3.421. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

3.421.

**Nonpriority creditor's name and mailing address**

CATHERINE DARDEN ET AL V
NEW ENGLAND MOTOR FREIGHT INC
ANITA JAHANBAN ATTORNEY FOR THE
DEFENDANT
TRESSLER LLP
233 SOUTH WACKER DR 61ST FL
CHICAGO IL 60606

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.422.

**Nonpriority creditor's name and mailing address**

CATHERINE DARDEN ET AL V
NEW ENGLAND MOTOR FREIGHT INC
RALPH D GALLUP
207 E MAIN ST
REDDICK IL 60961

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.423.

**Nonpriority creditor's name and mailing address**

CBA SERVICES INC
PO BOX 628
SCOTCH PLAINS NJ 07076

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$600.00

Debtor  **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| | | |
|---|---|---|
| 3.424. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

CEBROSKY*MICHAEL
Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Basis for the claim:**

PENDING WORKERS' COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| | |
|---|---|
| 3.425. | **Nonpriority creditor's name and mailing address** |

CEI SUBROGATION SVC
4850 STREET RD
STE 220
TREVOSE PA 19053

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Basis for the claim:**

OPEN AUTO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| | |
|---|---|
| 3.426. | **Nonpriority creditor's name and mailing address** |

CELIL CAVUSOGLU
POB 4290
WINDHAM NH 03087-4290

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Basis for the claim:**

OPEN AUTO CLAIMS FOR PAYMENT

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

| 3.427. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

CELLUCAP MANUFACTURING
PATRICIA IANNESSA
4626 N 15TH ST
PHILADELPHIA PA 19140-1109

☐ Contingent
☐ Unliquidated
☑ Disputed

$225.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.428. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

CENTERLINE
CENTERLINE DRIVERS,LLC
PO BOX 31001-1431
PASADENA CA 91110-1431

☐ Contingent
☐ Unliquidated
☐ Disputed

$2,948.06

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.429. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

CENTOR INC
CLAIMS DEPT
5091 COUNTY ROAD 120
MILLERSBURG OH 44654-9231

☐ Contingent
☐ Unliquidated
☑ Disputed

$717.20

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| 3.430. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.430.   **Nonpriority creditor's name and mailing address**

CENTOR INC
C/OUNYSON LOGISTICS
STJOHN WESTBROOK
2000 CLEARWATER DR
OAK BROOK IL 60523-8809

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

**Amount of claim**

$717.20

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

OVERCHARGE CLAIMS

**Is the claim subject to offset?**

☐ No
☑ Yes

---

3.431.   **Nonpriority creditor's name and mailing address**

CENTRAL BUSINESS SYS
ALICIA JOYNER
1219 WALT WHITMAN RD
MELVILLE NY 11747

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

**Amount of claim**

$194.66

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

OVERCHARGE CLAIMS

**Is the claim subject to offset?**

☐ No
☑ Yes

---

3.432.   **Nonpriority creditor's name and mailing address**

CENTRAL BUSINESS SYSTEMS
1219 WALT WHITMAN ROAD
MELVILLE NY 11747

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$273.85

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                                    Case number *(if known)* **19-12809**

| 3.433. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CENTRAL GARDEN
BARBARA ANN TAMPLIN
PO BOX 290
MADISON GA 30650-0290

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,174.15

**Date or dates debt was incurred**        **Basis for the claim:**

VARIOUS                                    ACCOUNTS PAYABLE

**Last 4 digits of account number:**        **Is the claim subject to offset?**

☑ No
☐ Yes

| 3.434. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CENTRAL GARDEN & PET
BARBARA ANN TAMPLIN
PO BOX 290
MADISON GA 30650

☐ Contingent
☐ Unliquidated
☐ Disputed

$178.60

**Date or dates debt was incurred**        **Basis for the claim:**

VARIOUS                                    ACCOUNTS PAYABLE

**Last 4 digits of account number:**        **Is the claim subject to offset?**

☑ No
☐ Yes

| 3.435. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CENTRAL HUDSON GAS & ELECTRIC
284 SOUTH AVE
POUGHKEEPSIE NY 12601-4839

☐ Contingent
☐ Unliquidated
☐ Disputed

$2,028.00

**Date or dates debt was incurred**        **Basis for the claim:**

VARIOUS                                    ACCOUNTS PAYABLE

**Last 4 digits of account number:**        **Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **New England Motor Freight, Inc.**                                        Case number *(if known)* **19-12809**

| | | |
|---|---|---|
| 3.436. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

CENTRAL INS CO
POB 353
VAN WERT OH 45891-9938

☑ Contingent
☑ Unliquidated
☐ Disputed

| Amount of claim |
|---|
| UNDETERMINED |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

OPEN AUTO CLAIMS FOR PAYMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.437. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

CENTRAL PET DISTRIBU
C/O ASSOCIATED TRAF SRV
861 VILLAGE OAKS DR
COVINA CA 91724-3673

☐ Contingent
☐ Unliquidated
☐ Disputed

| Amount of claim |
|---|
| $2,514.93 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.438. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

CENTRAL SALES COMPANY
KEN TEED
200 PRICE INDUSTRIAL LA
HUNTINGTON WV 25705-1773

☐ Contingent
☐ Unliquidated
☑ Disputed

| Amount of claim |
|---|
| $914.37 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| | | |
|---|---|---|
| **3.439.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**3.439.** | **Nonpriority creditor's name and mailing address**

CENTRAN LOGISTICS
STEVE BOROS
6707 BESSEMER AVE
CLEVELAND OH 44127-1808

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Amount of claim**

$3,458.70

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.440.** | **Nonpriority creditor's name and mailing address**

CENTRIC BUSINESS SYSTEMS, INC
PO BOX 75222
BALTIMORE MD 21275-5222

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$4,151.77

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.441.** | **Nonpriority creditor's name and mailing address**

CERTIFIED FLOORCOVERING
INSTALLATIONS
730 PASADENA DRIVE
ERIE PA 16505

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$6,720.56

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

**3.442.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

CESAR URAGA AND MELIVETTE URAGA
KOULER AND RUSH PC
BRAD S RUSH ESQ
SENTRY OFFICE PLAZA
216 HADDON AVE STE 506
WESTMONT NJ 08108

UNDETERMINED

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.443.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

CFE EQUIPMENT CORPORATION
818 WIDGEON ROAD
NORFOLK VA 23513

$744.42

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.444.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

CH ROBINSON
JADE SOLIS
1501 N MITTEL BLVD STE B
WOOD DALE IL 60191-1055

$621.50

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| | | |
|---|---|---|
| 3.445. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

**3.445.**

**Nonpriority creditor's name and mailing address**

CH ROBINSON
THERESE KANIEWSKI
1501 N MITTEL BLVD STE B
WOOD DALE IL 60191-1055

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
|---|
| $1,604.23 |

**3.446.**

**Nonpriority creditor's name and mailing address**

CH ROBINSON
KATE SEGER
14800 CHARLSON RD, STE 1450
EDEN PRAIRIE MN 55347-5042

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
|---|
| $16,721.60 |

**3.447.**

**Nonpriority creditor's name and mailing address**

CH ROBINSON
MEGAN THOMSSEN
14800 CHARLSON RD, STE 1450
EDEN PRAIRIE MN 55347-5042

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
|---|
| $43,966.66 |

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

**3.448.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

CH ROBINSON
8610 BALTIMORE WASHINGTON
SUTIE 220
JESSUP MD 20794

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☒ Disputed

**Amount of claim**

$582.22

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

OVERCHARGE CLAIMS

**Is the claim subject to offset?**

☐ No
☒ Yes

---

**3.449.** **Nonpriority creditor's name and mailing address**

CH ROBINSON
AMANDA RAMCHARRAN
230-59 INT'L AIRPORT CTR
JAMAICA NY 11413

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,270.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.450.** **Nonpriority creditor's name and mailing address**

CH ROBINSON WOLRDWIDE
MEGAN THOMSSEN
13551 TRITON PARK BLVD STE 1500
LOUISVILLE KY 40223-4199

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Amount of claim**

$34.94

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| | | | |
|---|---|---|---|
| 3.451. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

CH ROBINSON WORLDWIDE
MICHAEL CONNELL
14800 CHARLSON RD STE 1450
EDEN PRAIRIE MN 55347-5042

☐ Contingent
☐ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**        **Basis for the claim:**

VARIOUS                                    CARGO CLAIMS

**Last 4 digits of account number:**       **Is the claim subject to offset?**

☑ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 3.452. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

CH ROBINSON WORLDWIDE
TINA SCHREIFELS
14800 CHARLSON RD STE 2100
EDEN PRAIRIE MN 55347-5042

☐ Contingent
☐ Unliquidated
☑ Disputed

$1,056.78

**Date or dates debt was incurred**        **Basis for the claim:**

VARIOUS                                    CARGO CLAIMS

**Last 4 digits of account number:**       **Is the claim subject to offset?**

☑ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 3.453. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

CH ROBINSON WORLDWIDE
JASON BURNS
14800 CHARLSON RD STE 1450
EDEN PRAIRIE MN 55347-5042

☐ Contingent
☐ Unliquidated
☑ Disputed

$2,302.10

**Date or dates debt was incurred**        **Basis for the claim:**

VARIOUS                                    CARGO CLAIMS

**Last 4 digits of account number:**       **Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **New England Motor Freight, Inc.**                    Case number *(if known)* **19-12809**

---

| 3.454. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CH ROBINSON WORLDWIDE
ANDREW DE MOTT
14800 CHARLSON RD STE 1450
EDEN PRAIRIE MN 55347-5042

☐ Contingent
☐ Unliquidated
☑ Disputed

$4,791.77

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.455. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CH ROBINSON WORLDWIDE
KATE SEGER
14800 CHARLSON RD STE 1450
EDEN PRAIRIE MN 55347-5042

☐ Contingent
☐ Unliquidated
☑ Disputed

$4,933.68

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.456. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CH ROBINSON WORLDWIDE
IREENA VORAVONGSY
14800 CHARLSON RD STE 1450
EDEN PRAIRIE MN 55347-5042

☐ Contingent
☐ Unliquidated
☑ Disputed

$5,236.61

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

**3.457.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

CH ROBINSON WORLDWIDE
DANIELLE FORER
14800 CHARLSON RD STE 1450
EDEN PRAIRIE MN 55347-5042

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

$22,068.81

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.458.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

CH ROBINSON WORLDWIDE
MEGAN THOMSSEN
14800 CHARLSON RD STE 1450
EDEN PRAIRIE MN 55347-5042

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

$52,364.64

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.459.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

CH ROBINSON WORLDWIDE
MICHELLE BLACHFELNER
14800 CHARLSON RD STE 1450
EDEN PRAIRIE MN 55347-5042

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

$131,494.11

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| | | |
|---|---|---|
| 3.460. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

CH ROBINSON WORLDWIDE
DANNY SUSTARSIC
6530 W CAMPUS AVE,
STE 170
NEW ALBANY OH 43054

**Amount of claim**

$200.50

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.461. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

CH ROBINSON WORLDWIDE
MICHELLE BLACHFEINER
14800 CHARLSON ROAD STE 1
EDEN PRAIRIE MN 55347-5042

**Amount of claim**

$8,919.87

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.462. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

CH ROBINSON WORLDWIDE
MEGAN THOMSSEN
14800 CHARLSON RD, STE 1
EDEN PRAIRIE MN 55347-5042

**Amount of claim**

$441.58

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| | | | |
|---|---|---|---|
| **3.463.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
| | CHARKIT CHEMICAL<br>PO BOX 90<br>NORWALK CT 06856-0090 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $594.60 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | ACCOUNTS PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☒ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| **3.464.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
| | CHARLES J DEHART, ESQUIRE<br>PO BOX 7005<br>LANCASTER PA 17604 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $124.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | ACCOUNTS PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☒ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| **3.465.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
| | CHARTER COMMUNICATION<br>% TRANSPORTATION INSIGHT<br>310 MAIN AVE WAY SE<br>HICKORY NC 28602-3513 | ☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | $9,250.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | CARGO CLAIMS | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☒ No<br>☐ Yes | |

| Debtor | **New England Motor Freight, Inc.** | Case number *(if known)* **19-12809** |

---

**3.466.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

CHASE*LARRY
Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Basis for the claim:**

PENDING WORKERS' COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.467.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

CHECK POINT
AMANDA JONES
1510 4TH ST SE
CANTON OH 44707-3206

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

$2,957.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.468.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

CHEMTREAT INC
WILL SMART
5640 COX RD
GLEN ALLEN VA 23060-9297

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

$1,365.28

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| Debtor | **New England Motor Freight, Inc.** | Case number *(if known)* **19-12809** |

---

**3.469.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

CHESAPEAKE PUMP & ELECTRIC LLC
309 LOCK STREET
CHESAPEAKE CITY MD 21915

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,422.62

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.470.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

CHESEBORO*JEFFREY
Address Intentionally Omitted

☐ Contingent
☒ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

PENDING WORKERS' COMPENSATION
CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.471.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

CHESEBRO*JEFFREY
Address Intentionally Omitted

☐ Contingent
☒ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

PENDING WORKERS' COMPENSATION
CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| Debtor | **New England Motor Freight, Inc.** | | Case number *(if known)* **19-12809** |

---

**3.472.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

CHESTER'S TOWING & RECOVERY
606 PORT WASHINGTON BLVD
PORT WASHINGTON NY 11050

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$205.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.473.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

CHICK'S TOWING SERVICE
1135 CAPITAL HIGHWAY
PENNSAUKEN NJ 08110

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,410.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.474.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

CHINN*PAUL
Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Basis for the claim:**

PENDING WORKERS' COMPENSATION
CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **New England Motor Freight, Inc.**                                                    Case number *(if known)* **19-12809**

---

3.475.  **Nonpriority creditor's name and mailing address**

CHIPPENHAN & JOHNSTON-WILLIS
HOSPITALS,INC-CITY OF RICHMOND
400 NORTH 9TH STREET
RICHMOND VA 23219

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

| As of the petition filing date, the claim is: | Amount of claim |
|---|---|
| *Check all that apply.* | |

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

$101.69

---

3.476.  **Nonpriority creditor's name and mailing address**

CHIRAG SUTHA
ATTORNEY FOR THE PLAINTIFF GRIFFITH LAW
CHRISTOPHER COYNE
256 SEABOARD LN
FRANKLIN TN 37067

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent

☒ Unliquidated

☒ Disputed

**Basis for the claim:**

LITIGATION

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

UNDETERMINED

---

3.477.  **Nonpriority creditor's name and mailing address**

CHIRAG SUTHA V
NEW ENGLAND MOTOR FREIGHT INC ET AL
ALAN SHOEMAKER
970 SILVER LAKE RD
LEWISBERRY PA 17339

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent

☒ Unliquidated

☒ Disputed

**Basis for the claim:**

LITIGATION

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **New England Motor Freight, Inc.**                                Case number *(if known)* **19-12809**

| | | | |
|---|---|---|---|
| 3.478. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

CHR LTL
14800 CHARLSON RD
SUITE 2100
EDEN PRAIRIE MN 55347-5051

☐ Contingent
☐ Unliquidated
☐ Disputed

$96.76

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 3.479. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

CHRIS ABRAMS
ATTORNEY FOR THE PLAINTIFF
DONALD WERNER
744 BROAD ST STE 522
NEWARK NJ 07102

☒ Contingent
☒ Unliquidated
☒ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 3.480. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

CHRISTOPHER BRIVIO PROP MALL MGR
630 OLD COUNTRY RD
GARDEN CITY NY 11530

☒ Contingent
☒ Unliquidated
☒ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

OPEN AUTO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| | | |
|---|---|---|
| 3.481. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

3.481.

**Nonpriority creditor's name and mailing address**

CHRISTOPHER*SHAWN
Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

PENDING WORKERS' COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.482.

**Nonpriority creditor's name and mailing address**

CHRLTL
14800 CHARLSON RD
SUITE 2100
EDEN PRAIRIE MN 55347-5051

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$876.69

---

3.483.

**Nonpriority creditor's name and mailing address**

CHUBB
DENISE MEISMER
10901 KENWOOD RD
BLUE ASH OH 45242-2813

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$63,315.52

---

Debtor    **New England Motor Freight, Inc.**                                Case number *(if known)* **19-12809**

| | | |
|---|---|---|
| 3.484. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

CHURCH OIL COMPANY, INC
P O BOX 1272
PLATTSBURG NY 12901

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,476.69

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.485.    **Nonpriority creditor's name and mailing address**

CHURCHILL MEDICAL
JESSICA PARKER
87 VENTURE DR
DOVER NH 03820-5914

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Amount of claim**

$1,598.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.486.    **Nonpriority creditor's name and mailing address**

CIANGIOLA*WILLIAM
Address Intentionally Omitted

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

PENDING WORKERS' COMPENSATION
CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **New England Motor Freight, Inc.**                                                    Case number *(if known)* **19-12809**

---

**3.487.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

CINCINNATI LAB & PET
JEREMY MULLIN
11385 SEBRIND DR
CINCINNATI OH 45240

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$247.72

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.488.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

CINTAS CORPORATION
PO BOX 630910
CINCINNATI OH 45263

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$720.27

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.489.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

CINTAS CORPORATION
PO BOX 630803
CINCINNATI OH 45263-0803

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$4,077.41

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

| 3.490. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CINTAS CORPORATION #616
P O BOX 630803
CINCINNATI OH 45263-0803

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,366.74

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.491. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CINTAS CORPORATION #782
P O BOX 630910
CINCINNATI OH 45263-0910

☐ Contingent
☐ Unliquidated
☐ Disputed

$244.33

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.492. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CINTAS CORPORATION 2
DBA/CINTAS FIRE PROTECTION
PO BOX 636525
CINCINNATI OH 45263-6525

☐ Contingent
☐ Unliquidated
☐ Disputed

$22,712.13

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| 3.493. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CIRCLE GLASS LLC
KAMELA INSHAN
13 JENSEN DR
SOMERSET NJ 08873-1393

☐ Contingent
☐ Unliquidated
☑ Disputed

$2,215.20

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.494. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CITATION PROCESSING CENTER
PO BOX 55890
BOSTON MA 02205-5890

☐ Contingent
☐ Unliquidated
☐ Disputed

$40.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.495. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CITIZEN CIDER
CAITLIN JENNESS
316 PINE ST STE 114
BURLINGTON VT 05401-4740

☐ Contingent
☐ Unliquidated
☑ Disputed

$4,169.02

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| 3.496. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.496.    **Nonpriority creditor's name and mailing address**

CITIZEN CIDER
RYAN HOHL
316 PINE ST, STE 114
BURLINGTON VT 05401-4740

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Amount of claim**

$6,409.64

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.497.    **Nonpriority creditor's name and mailing address**

CITY COURT OF NEW ROCHELLE
P O BOX 5090
WHITE PLAINS NY 10602-5090

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$864.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.498.    **Nonpriority creditor's name and mailing address**

CITY OF BALTIMORE
REVENUE COLLECTIONS.
PO BOX 17535 .
BALTIMORE MD 21297

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$355.74

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| 3.499. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CITY OF CONCORD
GEN. SERVICE
311 N. STATE ST
CONCORD NH 03301

☐ Contingent
☐ Unliquidated
☐ Disputed

$224.24

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.500. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CITY OF HAGERSTOWN
WATER AND WASTEWATER
PO BOX 1498
HAGERSTOWN MD 21741-1498

☐ Contingent
☐ Unliquidated
☐ Disputed

$415.88

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.501. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CITY OF NEW HAVEN
815 LINCOLN HWY EAST
NEW HAVEN IN 46774

☐ Contingent
☐ Unliquidated
☐ Disputed

$567.18

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| | | |
|---|---|---|
| 3.502. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

CITY OF PHILADELPHIA
PARKING VIOLATIONS BRANCH
P.O. BOX 41818
PHILADELPHIA PA 19101

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$51.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| | | |
|---|---|---|
| 3.503. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

CITY UTILITIES
PO BOX 4632
CAROL STREAM IL 4632

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$195.91

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| | | |
|---|---|---|
| 3.504. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

CJ SOLUTIONS GROUP
JENNIFER JOSLYN
10155 SAGE HILL WAY
ESCONDIDO CA 92026-6608

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Amount of claim**

$49,722.59

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor  **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

**3.505.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
| CJS VIOLATIONS SVCS | ☐ Contingent | $899.50
| 1421 HAMLIN HWYET | ☐ Unliquidated |
| LAKE ARIEL PA 18436 | ☐ Disputed |

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS          ACCOUNTS PAYABLE

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.506.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
| CL ENTERPRISES | ☐ Contingent | $7,277.88
| PO BOX 190 | ☐ Unliquidated |
| SHORTSVILLE NY 14548 | ☐ Disputed |

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS          ACCOUNTS PAYABLE

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.507.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
| CLARKE*PETER | ☐ Contingent | UNDETERMINED
| Address Intentionally Omitted | ☑ Unliquidated |
| | ☐ Disputed |

**Date or dates debt was incurred**          **Basis for the claim:**

_____          PENDING WORKERS' COMPENSATION
CLAIM

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **New England Motor Freight, Inc.**                                                    Case number *(if known)* **19-12809**

| 3.508. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | CLASSIC WINES<br>BARTOSZ POMYKALA<br>52 POPLAR ST<br>STAMFORD CT 06907-2705 | ☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>CARGO CLAIMS | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.509. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | CLEANING SPECIALISTS OF WNY<br>167 YOUNG STREET<br>TONAWANDA NY 14150 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $591.60 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>ACCOUNTS PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.510. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | CLEANNET OF ILLINOIS, INC<br>9861 BROKEN LAND PKWY<br>STE 208<br>COLUMBIA MD 21046 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $325.00 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>ACCOUNTS PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

Debtor **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| | | |
|---|---|---|
| 3.511. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

CLEARFREIGHT INC
JFK INTL AIRPORT 250 BLDG 75
JAMAICA NY 11430-1814

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$687.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.512. **Nonpriority creditor's name and mailing address**

CLEARY*IVAN
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

PENDING WORKERS' COMPENSATION
CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.513. **Nonpriority creditor's name and mailing address**

CLERK OF CIRCUIT COURTS
14 W JEFFERSON ST
RM 212
JOLIET IL 60432

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$545.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor    **New England Motor Freight, Inc.**                                        Case number *(if known)* **19-12809**

---

| 3.514. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CLERK OF THE CIVIL COURT
QUEENS COUNTY
89-17 SUTPHIN BLVD
JAMAICA NY 11435

☐ Contingent
☐ Unliquidated
☐ Disputed

$45.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.515. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CLERMONT HOLDINGS, LLC
901 ADAMS CROSSING
CINCINNATI OH 45202-1693

☐ Contingent
☐ Unliquidated
☐ Disputed

$11,500.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.516. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CLIF BAR INC
% FST LOGISTICS
3035 CHARTER ST
COLUMBUS OH 43228-4638

☐ Contingent
☐ Unliquidated
☑ Disputed

$3,730.69

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| 3.517. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CLIF BAR INC
CARGO CLAIMS
1451 66TH STREET
EMERYVILLE CA 94608-1004

☐ Contingent
☐ Unliquidated
☑ Disputed

$4,035.99

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.518. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CLX LOGISTICS
MARY ELLEN MC KAY
960 HARVEST DR BLDG A
BLUE BELL PA 19422-1900

☐ Contingent
☐ Unliquidated
☐ Disputed

$86.95

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.519. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

COAST TO COAST CARRIERS
CARGO CLAIMS
PO BOX 110994
BROOKLYN NY 11211-0994

☐ Contingent
☐ Unliquidated
☑ Disputed

$499.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**

Case number *(if known)* **19-12809**

| | | | |
|---|---|---|---|
| 3.520. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

COAST TO COAST CARRIERS
SK
PO BOX 110994
BROOKLYN NY 11211-0994

$17,202.62

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 3.521. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

COAST TO COAST CARRIERS
SK
PO BOX 110994
BROOKLYN NY 11211-0994

$41.76

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 3.522. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

COATES TONERS
BILL GRIBBLE
555 COUNTRY CLUB RD
DALLAS PA 18612-9241

$50.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

**3.523.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

COCKERHAM*CHARLES
Address Intentionally Omitted

☐ Contingent
☑ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**
_____

**Basis for the claim:**
PENDING WORKERS' COMPENSATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.524.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

COHEN STEEL SUPPLY INC
10 BASIN ST
CONCORD NH 03301

☐ Contingent
☐ Unliquidated
☐ Disputed

$747.32

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.525.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

COLGATE PALMOLIVE COMPANY
SHARON HINDS
3100 CUMBERLAND BLVD STE 700
ATLANTA GA 30339-5940

☐ Contingent
☐ Unliquidated
☑ Disputed

$1,170.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

**3.526.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
| COLLINS*KYRE<br>Address Intentionally Omitted | ☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | UNDETERMINED
| **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>PENDING WORKERS' COMPENSATION CLAIM |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes |

**3.527.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
| COLUMBIA CASUALTY CO<br>113 S SERVICE RD<br>JERICHO NY 11753 | ☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | UNDETERMINED
| **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>TRADE PAYABLES - INSURANCE |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes |

**3.528.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
| COLUMBIA FLEET SERVICE INC<br>P O BOX 1038<br>JESSUP MD 20794 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $450.00
| **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>ACCOUNTS PAYABLE |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes |

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| | | |
|---|---|---|
| 3.529. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

COLUMBIA GAS
PO BOX 742537
CINCINNATI OH 45274-2537

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$3,979.51

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.530. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

COLUMBIA GAS
PO BOX 742510
CINCINNATI OH 45274-2510

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$2,112.01

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.531. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

COLUMBUS CITY TREASURER
WATER & SEWER SERVICES
PO BOX 182882
COLUMBUS OH 43218-2882

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,651.92

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **New England Motor Freight, Inc.**                                        Case number *(if known)* **19-12809**

| | | |
|---|---|---|
| 3.532. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

COLUMBUS JOINT CLUTCH
PO BOX 14805
COLUMBUS OH 43214-4805

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$126.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.533.    **Nonpriority creditor's name and mailing address**

COMBINED METALS OF CHICAGO
NORMAN BURTIN
2401 W GRANT AVE
BELLWOOD IL 60104-1660

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Amount of claim**

$10,726.07

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.534.    **Nonpriority creditor's name and mailing address**

COMCAST
PO BOX 70219
PHILADELPHIA PA 19176-0219

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$434.59

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor    **New England Motor Freight, Inc.**                                      Case number *(if known)* **19-12809**

| | | | |
|---|---|---|---|
| 3.535. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
| | COMCAST PO BOX 3001 SOUTHEASTERN PA 19398-3001 | ☐ Contingent ☐ Unliquidated ☐ Disputed | $224.72 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 3.536. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
| | COMED P O BOX 6111 CAROL STREAM IL 60197-6111 | ☐ Contingent ☐ Unliquidated ☐ Disputed | $944.74 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 3.537. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
| | COMMERCE INS ASO CHRISTOPHER J ROSSI 11 GORE RD WEBSTER MA 01570 | ☑ Contingent ☑ Unliquidated ☐ Disputed | UNDETERMINED |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

OPEN AUTO CLAIMS FOR PAYMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| | | | |
|---|---|---|---|
| 3.538. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

COMMONWEALTH OF MASS
DEPT OF FIRE SERVICES
PO BOX 1025- STATE ROAD
STOW MA 01775

☐ Contingent

☐ Unliquidated

☐ Disputed

$25.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

☐ Yes

---

| | | | |
|---|---|---|---|
| 3.539. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

COMMONWEALTH OF MASSACHUSETTS
EZDRIVEMA PAYMENT PROC CNTR
P O BOX 847840
BOSTON MA 02284-7840

☐ Contingent

☐ Unliquidated

☐ Disputed

$52.80

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

☐ Yes

---

| | | | |
|---|---|---|---|
| 3.540. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

COMMONWEALTH TRAILER PARTS,INC
100 WEST CRONE ROAD SUITE D
YORK PA 17406

☐ Contingent

☐ Unliquidated

☐ Disputed

$402.19

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| | | | |
|---|---|---|---|
| 3.541. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

COMMUNITY SOLUTIONS
MIKE WARBURTON
340 W NEWBERRY RD STE B
BLOOMFIELD CT 06002-1393

☐ Contingent
☐ Unliquidated
☑ Disputed

$611.25

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 3.542. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

COMPANY C
% TECH LOGISTICS
300 ELM ST UNIT 1
MILFORD NH 03055-4715

☐ Contingent
☐ Unliquidated
☑ Disputed

$146.37

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 3.543. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

COMPASS HEALTH
% TFM
5905 BROWNSVILLE RD
PITTSBURGH PA 15236-3507

☐ Contingent
☐ Unliquidated
☑ Disputed

$3,705.96

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| 3.544. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | COMPLY FIRST, LLC
500 CAMPUS DRIVE
SUITE 202
MORGANVILLE NJ 07751 | ☐ Contingent
☐ Unliquidated
☐ Disputed | $4,301.20 |
| | **Date or dates debt was incurred**
VARIOUS | **Basis for the claim:**
ACCOUNTS PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**
☑ No
☐ Yes | |

| 3.545. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | COMPOMAX CO LTD
PENPAN APIRAKTRAKUL
16 SOI EKAMAI 4
SUKHUMVIT 63 PRAKANONGNA
BANGKOK 10110
THAILAND | ☐ Contingent
☐ Unliquidated
☑ Disputed | $2,698.80 |
| | **Date or dates debt was incurred**
VARIOUS | **Basis for the claim:**
CARGO CLAIMS | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**
☑ No
☐ Yes | |

| 3.546. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | CON GLOBAL RCS PARTS
MICHAEL NOONAN
540 WESTFIELD AVE
ROSELLE PARK NJ 07204-1822 | ☐ Contingent
☐ Unliquidated
☑ Disputed | $5,264.55 |
| | **Date or dates debt was incurred**
VARIOUS | **Basis for the claim:**
CARGO CLAIMS | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**
☑ No
☐ Yes | |

| Debtor | **New England Motor Freight, Inc.** | | Case number *(if known)* **19-12809** |

---

**3.547.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

CONAIR CORP
SUE RIVERA
150 MILFORD RD
EAST WINDSOR NJ 08520-6124

☐ Contingent
☐ Unliquidated
☑ Disputed

$1,299.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.548.** **Nonpriority creditor's name and mailing address**

CONAIR CORP
P O BOX 490
TROY MI 48099-0490

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

**Amount of claim**

$206.36

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

OVERCHARGE CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

---

**3.549.** **Nonpriority creditor's name and mailing address**

CONCORD FOODS
CAROLYN WHITE
10 MINUTEMAN WAY
BROCKTON MA 02301-7508

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Amount of claim**

$110.88

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| 3.550. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.550.    **Nonpriority creditor's name and mailing address**

CONCORD FOODS
DEREK JEFFERSON
10 MINUTEMAN WAY
BROCKTON MA 02301-7508

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Amount of claim**

$3,996.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.551.    **Nonpriority creditor's name and mailing address**

CONNECTICUT INSURANCE GUARANTY
ASSOCIATION
C/O GUARANTY FUND MANAGEMENT SERVICES
DAWNE M. MILLS, CLAIMS MANAGER
ONE BOWDOIN SQUARE
BOSTON MA 02114

**As of the petition filing date, the claim is:** *Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

POTENTIAL LITIGATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.552.    **Nonpriority creditor's name and mailing address**

CONSOLIDATED EDISON CO OF NEW YORK INC
GOTTLIEB OSTRAGER LLP
WARREN S GOTTLIEB ESQ
333 WESTCHESTER AVE
STE S2205
WHITE PLAINS NY 10604

**As of the petition filing date, the claim is:** *Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor    **New England Motor Freight, Inc.**                                              Case number *(if known)* **19-12809**

| | | |
|---|---|---|
| 3.553. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

3.553.    **Nonpriority creditor's name and mailing address**

CONTINENTAL INSURANCE CO OF NEW JERSEY
151 NORTH FRANKLIN ST
CHICAGO IL 60606

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLES - INSURANCE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.554.    **Nonpriority creditor's name and mailing address**

CONTINENTAL LOGISTIC
180 RARITAN CENTER PKWY
SUITE 205
EDISON NJ 08837-3646

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

OVERCHARGE CLAIMS

**Is the claim subject to offset?**

☐ No
☑ Yes

**Amount of claim**

$55.00

---

3.555.    **Nonpriority creditor's name and mailing address**

CONTINENTAL TIRE NORTH AMERICA
P O BOX 60049
CHARLOTTE NC 28260-0049

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$932.28

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| 3.556. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim** |
|---|---|---|---|

COOPER BUSINESS MACHINES INC
3304 STATE STREET
ERIE PA 16508

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$164.30

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.557. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim** |
|---|---|---|---|

COOPER ELECTRIC SUPPLY CO
RACHEL JACKSON
1 MATRIX DRIVE
MONROE TOWNSHIP NJ 08831-3702

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$161.47

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.558. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim** |
|---|---|---|---|

COOPER*JACQUELIN
Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Basis for the claim:**

PENDING WORKERS' COMPENSATION
CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **New England Motor Freight, Inc.**                                          Case number *(if known)* **19-12809**

---

3.559.    **Nonpriority creditor's name and mailing address**

COPI-RITE INC.
2251 HIGHWAY 33
HAMILTON TWP NJ 08690

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

| Amount of claim |
| --- |
| $103.75 |

---

3.560.    **Nonpriority creditor's name and mailing address**

COPPEDGE*ANTHONY
Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**

PENDING WORKERS' COMPENSATION
CLAIM

**Is the claim subject to offset?**

☒ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

3.561.    **Nonpriority creditor's name and mailing address**

COPPER & OAK CRAFT
739 HIGH STREET
PORTSMOUTH VA 23704-3425

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**

OVERCHARGE CLAIMS

**Is the claim subject to offset?**

☐ No
☒ Yes

| Amount of claim |
| --- |
| $765.71 |

---

Debtor    **New England Motor Freight, Inc.**                                  Case number *(if known)* **19-12809**

| 3.562. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.562.

**Nonpriority creditor's name and mailing address**

COPY KING
1162 W 8TH STREET
ERIE PA 16502

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$13.25

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.563.

**Nonpriority creditor's name and mailing address**

CORELLE BRANDS
STEPHANIE CREAGER
12000 MOLLY PITCHER HWY S
GREENCASTLE PA 17225-9047

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Amount of claim**

$17,912.39

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.564.

**Nonpriority creditor's name and mailing address**

CORIM INDUSTRIES
MARGARET DE ROSA
1112 INDUSTRIAL PKWY
BRICK NJ 08724-2508

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Amount of claim**

$234.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor    **New England Motor Freight, Inc.**                                                    Case number *(if known)* **19-12809**

| 3.565. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CORPORATE LODGING CONSULTANTS
PO BOX 534722
ATLANTA GA 30353-4722

☐ Contingent

☐ Unliquidated

☐ Disputed

$25,334.34

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No

☐ Yes

---

| 3.566. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

COSCO SHIPPING LINES (NORTH AMERICA) INC.
15600 JFK BLVD.
SUITE 400
HOUSTON TX 77032

☐ Contingent

☐ Unliquidated

☒ Disputed

$10,170.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No

☐ Yes

---

| 3.567. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

COSMOS FOOD PRODUCTS
BONNIE HUTCHINSON
200 CALLEGARI DR
WEST HAVEN CT 06516-6234

☐ Contingent

☐ Unliquidated

☒ Disputed

$1,392.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                                    Case number *(if known)* **19-12809**

| 3.568. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

COUNTRY JUNTION
6565 INTERCHANGE ROAD
LEHIGTON PA 18235-5420

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,710.66

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.569. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

COUNTRY LINE ELECTRIC
JOHN ABBOTT
31 CHURCH ST
SILVER SPRINGS NY 14550-9804

☐ Contingent
☐ Unliquidated
☒ Disputed

$870.66

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.570. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

COVENANT TRANSPORT, INC
PO BOX 841944
DALLAS TX 75284-1944

☐ Contingent
☐ Unliquidated
☐ Disputed

$34,650.61

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor    **New England Motor Freight, Inc.**                                              Case number *(if known)* **19-12809**

| 3.571. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.571.   **Nonpriority creditor's name and mailing address**      **As of the petition filing date, the claim is:** *Check all that apply.*

COVERT TRANSPORTATION
JEFF SALKIN
2517 HWY 35 BLDG K STE
MANASQUAN NJ 08736-1918

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$413.00

**Date or dates debt was incurred**      **Basis for the claim:**

VARIOUS      ACCOUNTS PAYABLE

**Last 4 digits of account number:**      **Is the claim subject to offset?**

☑ No
☐ Yes

---

3.572.   **Nonpriority creditor's name and mailing address**      **As of the petition filing date, the claim is:** *Check all that apply.*

COWORX STAFFING SERVICES LLC
PO BOX 417543
BOSTON MA 02241-7543

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,844.35

**Date or dates debt was incurred**      **Basis for the claim:**

VARIOUS      ACCOUNTS PAYABLE

**Last 4 digits of account number:**      **Is the claim subject to offset?**

☑ No
☐ Yes

---

3.573.   **Nonpriority creditor's name and mailing address**      **As of the petition filing date, the claim is:** *Check all that apply.*

COX COMUNICATIONS
DEPT 781110
PO BOX 78000
DETROIT MI 48278-1110

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$200.00

**Date or dates debt was incurred**      **Basis for the claim:**

VARIOUS      ACCOUNTS PAYABLE

**Last 4 digits of account number:**      **Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| 3.574. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CRAFT BEER GUILD OF CT
ZACK MORAN
352 SACKETT POINT RD
NORTH HAVEN CT 06473-3103

☐ Contingent
☐ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.575. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CRAFT BEER GUILD OF NY
ALEX CICCOLINIFOLEY
4 CUTTS ST UNIT 4
PORTSMOUTH NH 03801-3784

☐ Contingent
☐ Unliquidated
☑ Disputed

$1,840.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.576. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CRAFT COLLECTIVE INC
MIKE SAVAGE
378 PAGE ST STE 13
STOUGHTON MA 02072-1124

☐ Contingent
☐ Unliquidated
☑ Disputed

$2,127.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| 3.577. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim** |
|---|---|---|---|

CRAIG BENNETT V BP WATERTOWN ETC ET AL
ATTORNEY FOR THIRD PARTY
DEFENDANT KEVIN HOLLEY
GUNNING AND LAFAZIA INC
33 COLLEGE HILL RD STE 258
WARWICK RI 02886

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**
_____

**Basis for the claim:**
LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.578. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim** |
|---|---|---|---|

CRAIG BENNETT V BP WATERTOWN ETC ET AL
ATTORNEY FOR GAP INC
MICHAEL P BIANTA
60 STATE ST 23RD FL
BOSTON MA 02109

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**
_____

**Basis for the claim:**
LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.579. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim** |
|---|---|---|---|

CRAIN CUSTODIAL LLC
36 COLLIAS ROAD
CHARLESTON WV 25320

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$477.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| | | |
|---|---|---|
| 3.580. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

CRC INSURANCE SVCS INC
PO BOX 95236
GRAPEVINE TX 76099-9752

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

TRADE PAYABLES - INSURANCE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.581. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

CREATIVE FOOD INGREDIENTS
JIM REINHART
1 LINCOLN AVE
PERRY NY 14530-1605

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.582. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

CRES COR
MARY NEMANIC
5925 HEISLEY RD
MENTOR OH 44060-1833

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Amount of claim**

$7,588.68

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| 3.583. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CRITICAL HUB NETWORKS, INC
PO BOX 11278
SAN JUAN PR 00910

☐ Contingent
☐ Unliquidated
☐ Disputed

$309.92

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.584. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CROSMAN
TERRI SHERGILL
7629 RT 5 & 20
BLOOMFIELD NY 14469

☐ Contingent
☐ Unliquidated
☑ Disputed

$17,200.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.585. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CROSMAN CORPORATION
TAMMY DIXON
7629 RTE 5 & 20
BLOOMFIELD NY 14469

☐ Contingent
☐ Unliquidated
☑ Disputed

$350.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| 3.586. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CROSS TOWN RADIATOR, INC
D/B/A ASSOCIATED AUTO RADIATOR
97-20 SUTPHIN BLVD
JAMAICA NY 11435

☐ Contingent
☐ Unliquidated
☐ Disputed

$190.53

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.587. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CROSSFIRE LOGISTICS
2550 ELSSMERE AVE
NORFOLK VA 23513-2413

☐ Contingent
☐ Unliquidated
☐ Disputed

$533.51

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.588. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CROSSROADS SERVICES GROUP, LLC
4980 EAST BEVERLY ROAD
PHOENIX AZ 85044

☐ Contingent
☐ Unliquidated
☐ Disputed

$421.82

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

| 3.589. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.589.

**Nonpriority creditor's name and mailing address**

CROWLEY*TIMOTHY
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Basis for the claim:**

PENDING WORKERS' COMPENSATION CLAIM

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.590.

**Nonpriority creditor's name and mailing address**

CROWN PRINCE, INC
JEANMARYE STOBAUGH
18581 RAILROAD ST
CITY OF INDUSTRY CA 91748-0568

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,402.10

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.591.

**Nonpriority creditor's name and mailing address**

CROWN TOWING SERVICE, INC
1615 MCDONALD STREET
BRONX NY 10461

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$2,515.07

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                            Case number *(if known)* **19-12809**

| | | | |
|---|---|---|---|
| 3.592. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
| | CRYSTAL INFOSYSTEMS LLC 980 MAGNOLIA AVE ,SUITE 5 LARKSPUR CA 94939 | ☐ Contingent ☐ Unliquidated ☐ Disputed | $832.00 |
| | **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** ACCOUNTS PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☑ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.593. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
| | CRYSTAL OF AMERICA SUSA APGAR 110 FIELDCREST AVE EDISON NJ 08837-3626 | ☐ Contingent ☐ Unliquidated ☑ Disputed | $1,076.54 |
| | **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** CARGO CLAIMS | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☑ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.594. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
| | CRYSTALWARE EDDIE T 600 JAMES ST LAKEWOOD NJ 08701-4023 | ☐ Contingent ☐ Unliquidated ☐ Disputed | $78.32 |
| | **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** ACCOUNTS PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☑ No ☐ Yes | |

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| | |
|---|---|

**3.595.**   **Nonpriority creditor's name and mailing address**

CSF IMPORTS
CHERILYN PFINGST
3920 COOK BLVD
CHESAPEAKE VA 23323-1626

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$87.00

---

**3.596.**   **Nonpriority creditor's name and mailing address**

CUMBERLAND PACKING
MARIE STIGALL
2 CUMBERLAND ST
BROOKLYN NY 11205-1040

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☑ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$5,486.40

---

**3.597.**   **Nonpriority creditor's name and mailing address**

CUMMINS FILTRATION
% TRANSPLACE CARGO CLAIMS
PO BOX 518
LOWELL AR 72745-0518

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☑ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **New England Motor Freight, Inc.**                                              Case number *(if known)* **19-12809**

---

3.598. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

*Check all that apply.*

CURBELL PLASTICS
MELISSA STIGLICH
250 WEST KENSINGER DR
CRANBERRY TOWNSHIP PA 16066-3438

☐ Contingent
☐ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.599. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

*Check all that apply.*

CURBELL PLASTICS
CINDY MC HATTIE
844 N LENOLA RD
MOORESTOWN NJ 08057-1052

☐ Contingent
☐ Unliquidated
☑ Disputed

$580.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.600. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

*Check all that apply.*

CURRY*MICHAEL
Address Intentionally Omitted

☐ Contingent
☑ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

PENDING WORKERS' COMPENSATION
CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

**3.601.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

CURTIS INDUSTRIES
C/O OUTSOURCE
72 SHARP ST C11
HINGHAM MA 02043-4328

☐ Contingent
☐ Unliquidated
☐ Disputed

$100.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.602.** **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:** *Check all that apply.*    **Amount of claim**

CUSHMAN AND WAKEFIELD
NW STE B1
WASHINGTON DC 20005

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

OPEN AUTO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.603.** **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:** *Check all that apply.*    **Amount of claim**

CUSTOM BANDAG, INC.
401 EAST LINDEN AVE
LINDEN NJ 07036-2411

☐ Contingent
☐ Unliquidated
☐ Disputed

$105,142.16

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| 3.604. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CUSTOM COMPANIES
CLAIMS DEPARTMENT
317 W LAKE ST
NORTHLAKE IL 60164-2433

☐ Contingent
☐ Unliquidated
☑ Disputed

$417.90

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.605. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CUSTOM COMPANIES
THOMAS BUTKOVICH
317 WEST LAKE STREET
NORTHLAKE IL 60164-2433

☐ Contingent
☐ Unliquidated
☐ Disputed

$50.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.606. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CUSTOM DOOR & MIRROR
EILEEN LAINE
148 MILBAR BLVD
FARMINGDALE NY 11735-1425

☐ Contingent
☐ Unliquidated
☑ Disputed

$1,272.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **New England Motor Freight, Inc.**                                                    Case number *(if known)* **19-12809**

| 3.607. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CUSTOM DOOR & MIRROR
EILEEN LAINE
148 MILBAR BLVD
FARMINGDALE NY 11735

☐ Contingent
☐ Unliquidated
☐ Disputed

$584.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.608. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CUYAHOGA COUNTY COURT
COMMON PLEAS - CLEVELAND
1200 ONTARIO ST.
CLEVELAND OH 44113

☐ Contingent
☐ Unliquidated
☐ Disputed

$19.91

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.609. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CVS/PHARMACY
DENNIS BERARD
1 CVS DRIVE
WOONSOCKET RI 02895-6146

☐ Contingent
☐ Unliquidated
☐ Disputed

$17,472.46

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| | | |
|---|---|---|
| 3.610. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

**3.610.**    **Nonpriority creditor's name and mailing address**

CYNTHIA DENNISON
109 RIDGELAND AVE
APT 310
SOUTH PORTLAND ME 04106

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Basis for the claim:**

OPEN AUTO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.611.**    **Nonpriority creditor's name and mailing address**

D AGATA*ANTHONY
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Basis for the claim:**

PENDING WORKERS' COMPENSATION
CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.612.**    **Nonpriority creditor's name and mailing address**

D H L SUPPLY CHAIN
260 SALEM CHURCH RD
MECHANICSBURG PA 17050

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$34.36

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

| Debtor | **New England Motor Freight, Inc.** | Case number *(if known)* **19-12809** |

---

**3.613.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

D L S WORLDWIDE
1000 WINDHAM PKWY
BOLINGBROOK IL 60490-3507

$1,299.27

☒ Contingent
☐ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

OVERCHARGE CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☒ Yes

---

**3.614.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

D M BOWMAN INC
P O BOX 37683
BALTIMORE MD 21297-3683

$519.52

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.615.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

D&J ASSOCIATES
14545 J MILITARY TR
#192
DELRAY BEACH FL 33484-3730

$183.73

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                                    Case number *(if known)* **19-12809**

| 3.616. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

D&W DIESEL
DAVE SLATO
1503 CLARK STREET
AUBURN NY 13021-9526

☐ Contingent
☐ Unliquidated
☐ Disputed

$292.45

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.617. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

DAIGLE*ADAM
Address Intentionally Omitted

☐ Contingent
☑ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

PENDING WORKERS' COMPENSATION
CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.618. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

DAIMLER TRUST
13650K HERITAGE PARKWAY
FT WORTH TX 76177

☑ Contingent
☐ Unliquidated
☐ Disputed

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

GUARANTEE OF LOAN

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                           Case number *(if known)* **19-12809**

| 3.619. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

DALAHIE GARCIA V
NEW ENGLAND MOTOR FREIGHT INC ET AL
JOHN WILLIAM D'AMICO
3265 HATTING PL
BRONX NY 10465

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.620. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

DALE LULTZ
ATTORNEY FOR THE PLAINTIFF
ANDREW M KORDUBA
669 WEST LIBERTY ST
MEDINA OH 44256

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.621. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

DALE LULTZ V
NEW ENGLAND MOTOR FREIGHT INC ET AL
JEFFREY CHAPMAN
25300 ROCKSIDE RD
APT 212
BEDFORD HTS OH 44146

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **New England Motor Freight, Inc.**                                                Case number *(if known)* **19-12809**

| 3.622. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.622. **Nonpriority creditor's name and mailing address**

DALKO RESOURCES
CJOHNSON@DRIWORLDWIDE.CO
P O BOX 98
SHARPSVILLE PA 16150-0098

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

OVERCHARGE CLAIMS

**Is the claim subject to offset?**

☐ No
☑ Yes

**Amount of claim**

$193.29

---

3.623. **Nonpriority creditor's name and mailing address**

DAMAGE RECOVERY
PO BOX 801770
KANSAS CITY MO 64180

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

OPEN AUTO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.624. **Nonpriority creditor's name and mailing address**

DANA INC
LAURA HAGEN
3000 AUBURN DR
BEACHWOOD OH 44122-4335

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **New England Motor Freight, Inc.**                          Case number *(if known)* **19-12809**

---

| 3.625. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim** |
|---|---|---|---|

DANAHER HACH
TRANSAUDIT STE 2D
11 MARSHALL RD
WAPPINGERS FALLS NY 12590

*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

$236.55

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

OVERCHARGE CLAIMS

**Is the claim subject to offset?**

☐ No
☑ Yes

---

| 3.626. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim** |
|---|---|---|---|

DANBY PRODUCTS INC
VICKY BISH
1800 PRODUCTION DRIV
FINDLAY OH 45840-5445

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

$334.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.627. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim** |
|---|---|---|---|

DANDREA WINE & LIQUOR
JOHN DANDREA
670 RODI ROAD
PITTSBURGH PA 15235-4574

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$168.80

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                          Case number *(if known)* **19-12809**

---

**3.628.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
*Check all that apply.*

DANIEL MURTHA
ATTORNEY FOR THE PLAINTIFF PETER
KARAYIANNIS
BRADLEY DENKOVICH AND KARAYIANNIA PC
853 FAIRFIELD AVE
BRIDGEPORT CT 06604

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.629.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
*Check all that apply.*

DANIEL*DAVID
Address Intentionally Omitted

☐ Contingent
☑ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

PENDING WORKERS' COMPENSATION
CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.630.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
*Check all that apply.*

DANIELLE J BARGANIER
ATTORNEY FOR THE PLAINTIFF
HYATT AND GOLDBLOOM LLC
1 SOUTH ST STE 1200
BALTIMORE MD 21202

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

**3.631.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

DARYL MARTIN AND KIM MARTIN
BIGGAM FOX AND SKINNER
PATRICK L BIGGAM ESQ
453 STONE CUTTERS WAY
MONTPELIER VT 05602

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.632.** **Nonpriority creditor's name and mailing address**

DAVE UDAS
MERIDEN
374 SO ELM ST
WINDSOR LOCKS CT 06096

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$122.04

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.633.** **Nonpriority creditor's name and mailing address**

DAVE'S HEAVY TOWING
87 OLD CAMPLAIN RD
HILLSBOROUGH NJ 08844

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,840.36

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

**3.634.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
| | *Check all that apply.* |

DAVID KIM
188 WASHINGTON AVE
FORT LEE NJ 07024

☒ Contingent
☒ Unliquidated
☒ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Basis for the claim:**

OPEN AUTO CLAIMS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.635.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**
| | *Check all that apply.*

DAVIES*STEPHEN
Address Intentionally Omitted

☐ Contingent
☒ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Basis for the claim:**

PENDING WORKERS' COMPENSATION
CLAIM

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.636.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**
| | *Check all that apply.*

DAVIS & GECK CARIBE LTD
DO NOT MAIL
212 BLACKHORSE LA
NORTH BRUNSWICK NJ 08902-4319

☐ Contingent
☐ Unliquidated
☒ Disputed

**Amount of claim**

$803.20

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor   **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

**3.637.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
| DAY O LITE MANUFACTURING | ☐ Contingent | $3,500.00
| NICHOLAS CONLON | ☐ Unliquidated
| 126 CHESTNUT ST | ☑ Disputed
| WARWICK RI 02888-2104 |

**Date or dates debt was incurred**        **Basis for the claim:**

VARIOUS                                     CARGO CLAIMS

**Last 4 digits of account number:**        **Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.638.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
| DB BECKER MAROON GROUP | ☐ Contingent | $503.50
| JONATHAN FARAH | ☐ Unliquidated
| 46 LEIGH ST | ☑ Disputed
| CLINTON NJ 08809-1349 |

**Date or dates debt was incurred**        **Basis for the claim:**

VARIOUS                                     CARGO CLAIMS

**Last 4 digits of account number:**        **Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.639.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
| DB BECKER MAROON GROUP | ☐ Contingent | $223.74
| JONATHAN FARAH | ☐ Unliquidated
| 46 LEIGH ST | ☐ Disputed
| CLINTON NJ 08809-1349 |

**Date or dates debt was incurred**        **Basis for the claim:**

VARIOUS                                     ACCOUNTS PAYABLE

**Last 4 digits of account number:**        **Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| | | |
|---|---|---|
| **3.640.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

DC AUTO BODY LLC
835 W TRINDLE ROAD
MECHANICSBURG PA 17055

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$65.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.641.**   **Nonpriority creditor's name and mailing address**

DC DISTRIBUTION USA INC
JAG CHADHA
102 W 29TH ST
NEW YORK NY 10001-5314

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Amount of claim**

$642.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.642.**   **Nonpriority creditor's name and mailing address**

DEAN ULSH
AUTHORIZED MATCO TOOLS DIST.
232 FOREST ST,PO BOX 384
AUBURN PA 17922

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$254.35

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| 3.643. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.643.  **Nonpriority creditor's name and mailing address**

DEBBIE'S STAFFING SERVICES,INC
P O BOX 203430
DALLAS TX 75320-3430

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$6,224.06

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.644.  **Nonpriority creditor's name and mailing address**

DEBJO SALES, LLC
103 NOTCH ROAD
OAK RIDGE NJ 07438

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$2,011.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.645.  **Nonpriority creditor's name and mailing address**

DEBRA PASTRANA
ATTORNEY FOR PLAINTIFF
BRIAN J MONGELLUZZO
1336 WEST MAIN ST
SUITE 1B
WATERBURY CT 06708

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Basis for the claim:**

LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                         Case number *(if known)* **19-12809**

---

**3.646.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

DECAROLIS TRUCK RENTAL INC
333 COLFAX ST
ROCHESTER NY 14606

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,398.09

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.647.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

DECORUM OF VIRGINIA
301 WEST 21ST
NORFOLK VA 23517

☐ Contingent
☐ Unliquidated
☐ Disputed

$632.50

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.648.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

DEE 2
DASSI BESS
183 NATIONAL RD
EDISON NJ 08817-2810

☐ Contingent
☐ Unliquidated
☑ Disputed

$2,760.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor  **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

**3.649.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

DEE LOGISTICS
JESSICA FIORIO
PO BOX 8707
CRANSTON RI 02920-0707

$4,185.00

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                      CARGO CLAIMS

**Last 4 digits of account number:**         **Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.650.** **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:** *Check all that apply.*    **Amount of claim**

DEFENDER INDUSTRIES
LORI GALLO
42 GREAT NECK ROAD
WATERFORD CT 06385-3336

$453.17

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                      ACCOUNTS PAYABLE

**Last 4 digits of account number:**         **Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.651.** **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:** *Check all that apply.*    **Amount of claim**

DEHAVEN TRANSPORTATION, INC
PO BOX 7236
ROANOKE VA 24019

$544.35

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                      ACCOUNTS PAYABLE

**Last 4 digits of account number:**         **Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| | | |
|---|---|---|
| 3.652. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

DEL CORONA & SCARDIGLI USA
STEFANO D'ANGELO
568 SUPREME DR
BENSENVILLE IL 60106-1122

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$285.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.653. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

DELANDE SUPPLY CO
KAREN GAUDET
PO BOX 707
PEABODY MA 01960-7707

☐ Contingent
☐ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.654. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

DELAWARE DEPT TRANSPORTATION
EZ PASS VIOLATIONS CENTER
P O BOX 697
DOVER DE 19903-0697

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$9.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

| Debtor | **New England Motor Freight, Inc.** | | Case number *(if known)* **19-12809** |

---

| 3.655. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

DELAWARE E-ZPASS VIOLATIONS
PO BOX 697
DOVER DE 19903-0697

☐ Contingent
☐ Unliquidated
☐ Disputed

$18.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.656. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

DELTA DENTAL
DELTA DENTAL PLAN OF NJ, INC
P.O. BOX 36483
NEWARK NJ 07188-6483

☐ Contingent
☐ Unliquidated
☐ Disputed

$42,814.06

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.657. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

DELUXE DELIVERY SYSTEMS
KENNETH ROMERO
64 W 48TH ST FL 4
NEW YORK NY 10036-1716

☐ Contingent
☐ Unliquidated
☑ Disputed

$1,206.39

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                                    Case number *(if known)* **19-12809**

| 3.658. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

DELUXE HOME & OFFICE CLEANING
428 SOUTH MAIN STREET,STE 101
NORTH SYRACUSE NY 13212

☐ Contingent
☐ Unliquidated
☐ Disputed

$961.20

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.659. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

DENNIS CURD
BLDG C UNIT 2
NORTH KINGSTOWN RI 02852

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

OPEN AUTO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.660. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

DENNIS K. BURKE, INC
POBOX 3639
BOSTON MA 02241-3629

☐ Contingent
☐ Unliquidated
☐ Disputed

$182,980.74

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **New England Motor Freight, Inc.**                                                    Case number *(if known)* **19-12809**

---

**3.661.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

DENNIS MORSE
ALEXANDER & CATALANO LLC
PETER J ADDONIZIO ESQ
6713 COLLAMER RD
EAST SYRACUSE NY 13057

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

POTENTIAL LITIGATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.662.** **Nonpriority creditor's name and mailing address**

DENSO PRODUCTS & SERVICES
EUGENE SAMESHIMA
3900 VIA ORO AVE
LONG BEACH CA 90810-1868

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Amount of claim**

$4,758.03

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.663.** **Nonpriority creditor's name and mailing address**

DENTSPLY PROSTHETICS
DONNA BROOKS
PO BOX 2558
YORK PA 17405-2558

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Amount of claim**

$945.51

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                        Case number *(if known)* **19-12809**

| 3.664. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

DERBY OFFICE EQUIPME
JASON M. BERRY
1040 STATE HWY 29A
GLOVERSVILLE NY 12078-5831

☐ Contingent
☐ Unliquidated
☑ Disputed

$8,113.66

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.665. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

DERMARITE IND LLC
MARY GOLDBERG
7777 WEST SIDE AVE
NORTH BERGEN NJ 07047-6436

☐ Contingent
☐ Unliquidated
☑ Disputed

$6,600.92

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.666. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

DERONDE TIRE SUPPLY
JOHN HARHIGH
2010 ELMWOOD AVE
BUFFALO NY 14207-1904

☐ Contingent
☐ Unliquidated
☑ Disputed

$299.69

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

| 3.667. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

DERRICO*PATRICK
Address Intentionally Omitted

☐ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Basis for the claim:**

PENDING WORKERS' COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

Amount of claim: UNDETERMINED

---

| 3.668. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

DERRIGO'S SERVICE CENTER
20439 NYS 180
WATERTOWN NY 13601

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

Amount of claim: $350.00

---

| 3.669. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

DESANTIS DISPATCH CORP
590 BELLEVILLE TURNPIKE
BUILDING 30
KEARNY NJ 07032

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

Amount of claim: $24,830.33

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| 3.670. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.670.   **Nonpriority creditor's name and mailing address**

DESCARTES SYSTEMS (USA) LLC
PO BOX 404037
ATLANTA GA 30384-4037

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$5,773.20

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.671.   **Nonpriority creditor's name and mailing address**

DETAILS FLEETWASH
2 ALEWIVE PARK ROAD
KENNEBUNK ME 04043

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$674.36

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.672.   **Nonpriority creditor's name and mailing address**

DF STAUFFER BISCUIT COMPANY
DONNA STAMBAUGH
PO BOX 12002
YORK PA 17403-2616

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Amount of claim**

$147.24

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor   **New England Motor Freight, Inc.**                                                Case number *(if known)* **19-12809**

| 3.673. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

DHL GLOBAL FORWARDING
BRANDON WILDS
570 POLARIS PARKWAY
WESTERVILLE OH 43082-7900

☐ Contingent
☐ Unliquidated
☐ Disputed

$180.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.674. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

DHL GLOBAL FORWARDING
JAMES VOLK
940 APOLLO RD
EAGAN MN 55121

☐ Contingent
☐ Unliquidated
☐ Disputed

$325.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.675. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

DHL GLOBAL SUPPLY CHAIN
JOANNA SPYCHALSKI
570 POLARIS PARKWAY DEPT 220
WESTERVILLE OH 43082-7900

☐ Contingent
☐ Unliquidated
☒ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor   **New England Motor Freight, Inc.**                                Case number *(if known)* **19-12809**

| | | |
|---|---|---|
| 3.676. | **Nonpriority creditor's name and mailing address** | **Amount of claim** |

DIANE HUBBARD
100 MURON AVE
BELLINGHAM MA 02019

UNDETERMINED

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

OPEN AUTO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.677. | **Nonpriority creditor's name and mailing address** | **Amount of claim** |

DICKINSON FLEET SERVICES, LLC
7717 SOLUTION CENTER
CHICAGO IL 60677-7007

$1,624.61

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.678. | **Nonpriority creditor's name and mailing address** | **Amount of claim** |

DICKINSON TOWN COURT
531 OLD FRONT STREET # 4
BINGHAMTON NY 13905

$5.00

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

| 3.679. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

DICKSON*LEE
Address Intentionally Omitted

☐ Contingent
☑ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

PENDING WORKERS' COMPENSATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.680. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

DILLS COMPANY
JULIE KOEPPEN
3007 HARDING HWY E BLDG 201
MARION OH 43302-2575

☐ Contingent
☐ Unliquidated
☑ Disputed

$1,268.55

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.681. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

DIMERCO EXPRESS
YEN LUU
955 DILLON DR
WOOD DALE IL 60191-1274

☐ Contingent
☐ Unliquidated
☑ Disputed

$6,647.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| | | |
|---|---|---|
| 3.682. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

3.682.    **Nonpriority creditor's name and mailing address**

DIR AMERICA CORP
BRIAN TSUI
24 WOODWARD AVE STE C
RIDGEWOOD NY 11386-1022

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$530.41

---

3.683.    **Nonpriority creditor's name and mailing address**

DISPLAYS2GO
TINA LOUREIRO
81 COMMERCE DR
FALL RIVER MA 02720-4743

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$5,076.52

---

3.684.    **Nonpriority creditor's name and mailing address**

DISUAL PAK LOGISTICS
ERIC TEWES
1909 S WAUKEGAN RD
WAUKEGAN IL 60085-6709

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$2,100.00

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

**3.685.**  **Nonpriority creditor's name and mailing address**

DLS WORLDWIDE
DELORIS GRANDE
1000 WINDHAM PKWY
BOLINGBROOK IL 60490-3507

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☑ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| $38,542.86 |

**3.686.**  **Nonpriority creditor's name and mailing address**

DLS WORLDWIDE
1000 WINDHAM PKWY
BOLINGBROOK IL 60490-3507

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☑ Disputed

**Basis for the claim:**

OVERCHARGE CLAIMS

**Is the claim subject to offset?**

☐ No

☑ Yes

| Amount of claim |
| --- |
| $1,145.70 |

**3.687.**  **Nonpriority creditor's name and mailing address**

DLS WORLDWIDE
DELORIS GRANDE
1000 WINDHAM PKWY
BOLINGBROOK IL 60490-3507

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| $4,836.07 |

Debtor    **New England Motor Freight, Inc.**                                          Case number *(if known)* **19-12809**

---

**3.688.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
| DM TOWING AND TRANSPORTATION | | $3,478.00
| 254 OLD LYMAN ROAD | ☐ Contingent |
| SOUTH HADLEY MA 01075 | ☐ Unliquidated |
| | ☐ Disputed |

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                      ACCOUNTS PAYABLE

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.689.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
| DMC INSURANCE | | UNDETERMINED
| 10475 CROSSPOINT BLVD | ☒ Contingent |
| STE 220 | ☒ Unliquidated |
| INDIANAPOLIS IN 46256 | ☐ Disputed |

**Date or dates debt was incurred**          **Basis for the claim:**

_____          TRADE PAYABLES - INSURANCE

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.690.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
| DO IT BEST CORP | | $118.26
| AMY SOMMER | ☐ Contingent |
| PO BOX 868 | ☐ Unliquidated |
| FORT WAYNE IN 46801-0868 | ☒ Disputed |

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                      CARGO CLAIMS

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| 3.691. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

DO IT BEST CORP
RONDA YENNA
PO BOX 868
FORT WAYNE IN 46801-0868

$628.08

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.692. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

DO IT BEST CORP
AMY SOMMER
6502 NELSON RD
FORT WAYNE IN 46801-1477

$3,081.46

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.693. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

DO IT BEST CORP
SHARON LONG X 5324(4/12
PO BOX 868
FORT WAYNE IN 46801-0868

$40.98

☑ Contingent
☐ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

OVERCHARGE CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| | | |
|---|---|---|
| 3.694. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

3.694.

**Nonpriority creditor's name and mailing address**

DO IT BEST CORP
AMY SOMMER
PO BOX 868
FORT WAYNE IN 46801-0868

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$1,814.72

---

3.695.

**Nonpriority creditor's name and mailing address**

DOHRN TRANSFER
625 3RD AVE
ROCK ISLAND IL 61201-8351

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$510.34

---

3.696.

**Nonpriority creditor's name and mailing address**

DOLLAR GENERAL
LORI BALDWIN
100 MISSION RIDGE
GOODLETTSVILLE TN 37072-2171

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$14,137.20

---

Debtor    **New England Motor Freight, Inc.**                                          Case number *(if known)* **19-12809**

| 3.697. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.697.

**Nonpriority creditor's name and mailing address**

DOMBEK, ROBERT
Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**

PENDING WORKERS' COMPENSATION
CLAIM

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.698.

**Nonpriority creditor's name and mailing address**

DOMESTIC FREIGHTWAYS
DEBI JACKSON-RZEMYK
1265 SUNRISE HIGHWAY #110
BAYSHORE NY 11706-5925

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$3,155.00

---

3.699.

**Nonpriority creditor's name and mailing address**

DOMINICK DALBO
BOOTAY BEVINGTON AND NICHOLS LLC
TRAVIS DUNN ESQ
6 CLAIRTON BLVD
PITTSBURGH PA 15236

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

LITIGATION

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

UNDETERMINED

Debtor   **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| | | |
|---|---|---|
| 3.700. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

**3.700.** | **Nonpriority creditor's name and mailing address**

DON J URIE ASSOCIATES
CRAIG URIE
3905 N DELSEA DRIVE
VINELAND NJ 08360-1664

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.701.** | **Nonpriority creditor's name and mailing address**

DONALD CIPRIANO-STATE MARSHALL
45 FREIGHT STREET, STE 1
WATERBURY CT 06702

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$35.45

---

**3.702.** | **Nonpriority creditor's name and mailing address**

DONNELLON MCCARTHY ENTERPRISES
10855 MEDALLION DR
CINCINNATI OH 45241

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$63.45

---

Debtor    **New England Motor Freight, Inc.**                                                    Case number *(if known)* **19-12809**

| | | | |
|---|---|---|---|

**3.703.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

DORMAN PRODUCTS
KEN JOHNSON
3400 E WALNUT ST
COLMAR PA 18915-9768

☐ Contingent
☐ Unliquidated
☑ Disputed

$2,790.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.704.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

DOROTHY GRIFFITH V
NEW ENGLAND MOTOR FREIGHT INC
DENNIS DONNELLY
2024 STATE ST
SCHENECTADY NY 12304

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.705.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

DOT,UNIVERSITY OF MARYLAND
8056 REGENTS DRIVE
COLLEGE PARK MD 20742

☐ Contingent
☐ Unliquidated
☐ Disputed

$150.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **New England Motor Freight, Inc.**                                        Case number *(if known)* **19-12809**

| 3.706. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

DOUGLAS STEPHEN PLASTICS INC
NANCY SADKIN
PO BOX 2775
PATERSON NJ 07509-2775

☐ Contingent
☐ Unliquidated
☑ Disputed

$192.03

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                      CARGO CLAIMS

**Last 4 digits of account number:**         **Is the claim subject to offset?**

☑ No
☐ Yes

| 3.707. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

DRESSEL WELDING SUPPLY INC
PO BOX 69016
BALTIMORE MD 21264-9016

☐ Contingent
☐ Unliquidated
☐ Disputed

$232.62

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                      ACCOUNTS PAYABLE

**Last 4 digits of account number:**         **Is the claim subject to offset?**

☑ No
☐ Yes

| 3.708. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

DRL TRANSPORT
KEITH LECLAIR
PO BOX 248
WINDHAM NH 03087-0248

☐ Contingent
☐ Unliquidated
☑ Disputed

$625.00

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                      CARGO CLAIMS

**Last 4 digits of account number:**         **Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **New England Motor Freight, Inc.**                                  Case number *(if known)* **19-12809**

| 3.709. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

DRL TRANSPORT
JIM LUCAS
7 WALL ST
WINDHAM NH 03087-1663

☐ Contingent
☐ Unliquidated
☒ Disputed

$7,433.10

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.710. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

DSC LOGISTICS
CHRISTINA BALDASSARRA
1750 S WOLF RD
DES PLAINES IL 60018-1924

☐ Contingent
☐ Unliquidated
☒ Disputed

$2,835.25

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.711. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

DSC LOGISTICS
CHRISTINA BALDASSARRA
1750 SOUTH WOLF RD
DES PLAINES IL 60018-1924

☐ Contingent
☐ Unliquidated
☐ Disputed

$3,131.65

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| 3.712. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

3.712. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

DSI DOOR SERVICES INC
PO BOX 8772
PORTLAND ME 04104

☐ Contingent
☐ Unliquidated
☐ Disputed

$246.45

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.713. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

DSV AIR & SEA INC
MARK FERNANDEZ
100 WALNUT AVE STE 405
CLARK NJ 07066-1253

☐ Contingent
☐ Unliquidated
☑ Disputed

$2,138.42

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.714. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

DSV AIR & SEA INC
KHALIL KAMARA
21515 RIDGETOP CIR STE 350
STERLING VA 20166-8519

☐ Contingent
☐ Unliquidated
☑ Disputed

$2,861.37

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| 3.715. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.715.  **Nonpriority creditor's name and mailing address**

DUKE ENERGY
PO BOX 1326
CHARLOTTE NC 28201-1326

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$947.58

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.716.  **Nonpriority creditor's name and mailing address**

DUPONT NUTRITION USA INC
RHONALYN ARSENAL
974 CENTRE RD
WILMINGTON DE 19805-1269

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Amount of claim**

$4,296.16

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.717.  **Nonpriority creditor's name and mailing address**

DUPONT NUTRITION USA INC
RHONALYN ARSENAL
974 CENTRE RD
WILMINGTON DE 19805-1269

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$3,432.57

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor     **New England Motor Freight, Inc.**                                           Case number *(if known)* **19-12809**

| 3.718. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.718.  **Nonpriority creditor's name and mailing address**

DURKEE MOWER INC
EDIE HARRIS
2 EMPIRE STREET
LYNN MA 01902-1815

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$105.28

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.719.  **Nonpriority creditor's name and mailing address**

DUTY'S LOCK,SAFE & SECURITY
3101 GETTYSBURG ROAD
CAMP HILL PA 17011

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$5.30

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.720.  **Nonpriority creditor's name and mailing address**

DUVEL MOORTGAT USA
BRITNEY LIDDELL
21 RAILROAD AVE STE 32
COOPERSTOWN NY 13326-1381

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Amount of claim**

$2,688.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

| 3.721. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

DWS INC
JEROME MENDICINO
102 KIMBALL AVE STE 2
SOUTH BURLINGTON VT 05403-6838

☐ Contingent
☐ Unliquidated
☑ Disputed

$1,645.50

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.722. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

DWS PALLET INC
MARIE GUNTIS
89 N INDUSTRY CT
DEER PARK NY 11729

☐ Contingent
☐ Unliquidated
☐ Disputed

$384.84

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.723. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

DWS PRINTING
MARIE GUNTIS
89 N INDUSTRY CT
DEER PARK NY 11729-4601

☐ Contingent
☐ Unliquidated
☐ Disputed

$70.59

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **New England Motor Freight, Inc.**                    Case number *(if known)* **19-12809**

---

3.724.  **Nonpriority creditor's name and mailing address**

DYER*WILLIAM
Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

PENDING WORKERS' COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.725.  **Nonpriority creditor's name and mailing address**

DYNACORN INTERNATIONAL LLC
SHANNON ADDISON
4030 VIA PESCADOR
CAMARILLO CA 93012-5044

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.726.  **Nonpriority creditor's name and mailing address**

DYNAREX COPRORATION
LORI ALDOROTY
10 GLENSHAW ST
ORANGEBURG NY 10962-1207

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$118.00

---

Debtor    **New England Motor Freight, Inc.**                                         Case number *(if known)* **19-12809**

| 3.727. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

DYNAREX CORP
LORI ALDOROTY
10 GLENSHAW ST
ORANGEBURG NY 10962-1207

☐ Contingent
☐ Unliquidated
☑ Disputed

$553.50

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.728. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

DYNAREX CORPORATION
PATTI RICCI
10 GLENSHAW ST
ORANGEBURG NY 10962-1207

☐ Contingent
☐ Unliquidated
☑ Disputed

$4,927.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.729. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

DYNAREX CORPORATION
LORI ALDOROTY
10 GLENSHAW ST
ORANGEBURG NY 10962-1207

☐ Contingent
☐ Unliquidated
☑ Disputed

$9,763.75

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **New England Motor Freight, Inc.**                                          Case number *(if known)* **19-12809**

| 3.730. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.730.

**Nonpriority creditor's name and mailing address**

DYNASTY EXPRESS INTERNATIONAL CORP
YONG QU
160-19 ROCKAWAY BLVD
JAMAICA NY 11434-5130

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$296.00

---

3.731.

**Nonpriority creditor's name and mailing address**

E A A COOPER TRANS
RENNA FOWLER
P O BOX 6827
DOTHAN AL 36302-6827

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$7,935.00

---

3.732.

**Nonpriority creditor's name and mailing address**

E HABERLI ELECTRIC LLC
125 RESEARCH PARKWAY
MERIDEN CT 06450

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$3,647.50

Debtor   **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| | | | |
|---|---|---|---|
| 3.733. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

E.L.S. PRODUCTS CORP
94 JEFRYN BLVD EAST.
UNIT D
DEAR PARK NY 11729

☐ Contingent
☐ Unliquidated
☐ Disputed

$425.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 3.734. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

EAGLE HAULING INC
5 CLEARVIEW AVE
SELDEN NY 11784

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,040.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 3.735. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

EAST RIVER ENERGY, INC
PO BOX 388
GUILFORD CT 06437-0388

☐ Contingent
☐ Unliquidated
☐ Disputed

$150,860.04

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| 3.736. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

3.736.

**Nonpriority creditor's name and mailing address**

EAST WEST BANK
ANDREW ROSS SVP
533 MADISON AVE
8TH FL
NEW YORK NY 10022

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

GUARANTEE ON LOAN

**Is the claim subject to offset?**

☐ No
☐ Yes

**Amount of claim**

$0.00

---

3.737.

**Nonpriority creditor's name and mailing address**

EAST WEST BANK
ANDREW ROSS SVP
533 MADISON AVE
8TH FL
NEW YORK NY 10022

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

LETTERS OF CREDIT

**Is the claim subject to offset?**

☐ No
☐ Yes

**Amount of claim**

$5,951,656.00

---

3.738.

**Nonpriority creditor's name and mailing address**

EASTER UNLIMITED
JOHN X 232 C07529
80 VOICE RD
CARLE PLACE NY 11514-1514

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

OVERCHARGE CLAIMS

**Is the claim subject to offset?**

☐ No
☑ Yes

**Amount of claim**

$100.00

---

Debtor    **New England Motor Freight, Inc.**                                        Case number *(if known)* **19-12809**

---

| 3.739. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

EASTERN BAG & PAPER COMPANY,
200 RESEARCH DRIVE
MILFORD CT 06460

☐ Contingent
☐ Unliquidated
☐ Disputed

$165.32

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                      ACCOUNTS PAYABLE

**Last 4 digits of account number:**         **Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.740. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

EASTERN FREIGHT WAYS, INC.
I-71 NORTH AVENUE EAST
ELIZABETH NJ 07201

☑ Contingent
☐ Unliquidated
☐ Disputed

$11,830,197.95

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                      INTERCOMPANY PAYABLE

**Last 4 digits of account number:**         **Is the claim subject to offset?**

☐ No
☑ Yes

---

| 3.741. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

EASTERN LAUNDRY SYSTEMS
DAVID CABRAL
705 MYLES STANDISH BLVD
TAUNTON MA 02780-7300

☐ Contingent
☐ Unliquidated
☑ Disputed

$861.05

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                      CARGO CLAIMS

**Last 4 digits of account number:**         **Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor      **New England Motor Freight, Inc.**                                          Case number *(if known)* **19-12809**

| | | | |
|---|---|---|---|

3.742.   **Nonpriority creditor's name and mailing address**

EASTERN OFFICE SUPPLY CO.
139 ERIE BLVD
SCHENECTADY NY 12305

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$135.00

---

3.743.   **Nonpriority creditor's name and mailing address**

EASTERN OIL CORPORATION
THOMAS FOWLER
98 VANADIUM RD
BRIDGEVILLE PA 15017-3061

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☑ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$893.92

---

3.744.   **Nonpriority creditor's name and mailing address**

EBLENS CASUAL
DONNA FRACUSSO
299 INDUSTRIAL LANE
TORRINGTON CT 06790-2326

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☑ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

Debtor   **New England Motor Freight, Inc.**                              Case number *(if known)* **19-12809**

---

**3.745.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

EBLENS CASUAL
JILL GOLDFARB
299 INDUSTRIAL LANE
TORRINGTON CT 06790-2326

$1,674.62

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                      CARGO CLAIMS

**Last 4 digits of account number:**         **Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.746.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

ECHO GLOBAL
600 W CHICAGO AVE
SUITE 725
CHICAGO IL 60610

$144.37

☒ Contingent
☐ Unliquidated
☒ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                      OVERCHARGE CLAIMS

**Last 4 digits of account number:**         **Is the claim subject to offset?**

☐ No
☒ Yes

---

**3.747.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

ECHO GLOBAL
600 W CHICAGO AVE
SUITE 725
CHICAGO IL 60610

$25.00

☒ Contingent
☐ Unliquidated
☒ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                      OVERCHARGE CLAIMS

**Last 4 digits of account number:**         **Is the claim subject to offset?**

☐ No
☒ Yes

---

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

3.748.  **Nonpriority creditor's name and mailing address**

ECHO GLOBAL LOG
ECHO GLOBAL LOG
600 W CHICAGO AVE
SUITE 725
CHICAGO IL 60610

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

OVERCHARGE CLAIMS

**Is the claim subject to offset?**

☐ No
☑ Yes

| Amount of claim |
| --- |
| $321.54 |

---

3.749.  **Nonpriority creditor's name and mailing address**

ECHO GLOBAL LOGISTIC
JAZMIN GARCIA
600 W CHICAGO AVE STE 725
CHICAGO IL 60610

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| $8,480.46 |

---

3.750.  **Nonpriority creditor's name and mailing address**

ECHO GLOBAL LOGISTIC
600 W CHICAGO
#830
CHICAGO IL 60610-2422

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

OVERCHARGE CLAIMS

**Is the claim subject to offset?**

☐ No
☑ Yes

| Amount of claim |
| --- |
| $185.73 |

---

Debtor    **New England Motor Freight, Inc.**                                      Case number *(if known)* **19-12809**

---

| 3.751. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ECHO GLOBAL LOGISTIC
25572 NETWORK PLACE
CHICAGO IL 60673-1255

☐ Contingent
☐ Unliquidated
☐ Disputed

$155.35

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.752. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ECHO GLOBAL LOGISTICS
EVITA RIVERA
600 W CHICAGO AVE STE 725
CHICAGO IL 60654-2801

☐ Contingent
☐ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.753. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ECHO GLOBAL LOGISTICS
TASIA DAVIDSON
600 W CHICAGO AVE STE 725
CHICAGO IL 60654-2801

☐ Contingent
☐ Unliquidated
☑ Disputed

$50.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| 3.754. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim** |
|---|---|---|---|

ECHO GLOBAL LOGISTICS
ASHLEY STEVENSON
600 W CHICAGO AVE STE 725
CHICAGO IL 60610-1430

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

$100.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.755. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim** |
|---|---|---|---|

ECHO GLOBAL LOGISTICS
JASMINE GARCIA
600 W CHICAGO AVE STE 725
CHICAGO IL 60654-2801

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

$4,451.78

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.756. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim** |
|---|---|---|---|

ECHO GLOBAL LOGISTICS
GEORGIA CORDOVA
600 W CHICAGO AVE STE 725
CHICAGO IL 60610-2422

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$618.99

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| | |
|---|---|
| 3.757. | **Nonpriority creditor's name and mailing address** |

ECMC
P O BOX 16478
LOCKBOX 7096
ST PAUL MN 55116-0848

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$120.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| | |
|---|---|
| 3.758. | **Nonpriority creditor's name and mailing address** |

ECOLAB INC
ANDREW SEFFROOD
1 ECOLAB PL
SAINT PAUL MN 55102-2739

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Amount of claim**

$1,741.84

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| | |
|---|---|
| 3.759. | **Nonpriority creditor's name and mailing address** |

ECP INC
TRACIE NICKLEY
11210 KATHERINES XIN
WOODRIDGE IL 60517-5053

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Amount of claim**

$10,299.02

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor   **New England Motor Freight, Inc.**                                     Case number *(if known)* **19-12809**

| 3.760. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ECTON & SON SERVICE & REPAIR
14045 MERCERSBURG ROAD
GREENCASTLE PA 17225

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,875.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.761. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ED & ED BUSINESS TECHNOLOGY,
PO BOX 280
WESTMORELAND NY 13490-0280

☐ Contingent
☐ Unliquidated
☐ Disputed

$185.76

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.762. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ED & SON GLASS INC
619 EAST MAIN STREET
MAPLE SHADE NJ 08052

☐ Contingent
☐ Unliquidated
☐ Disputed

$790.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

| 3.763. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

EDCO SUPPLY
KRISTA DYER
323 36TH ST
BROOKLYN NY 11232-2503

☐ Contingent
☐ Unliquidated
☒ Disputed

$925.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.764. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

EDIBLE ARRANGEMENTS-121
220 RYDERS LN
MILLTOWN NJ 08850

☐ Contingent
☐ Unliquidated
☐ Disputed

$250.53

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.765. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

EDIN ZAHIROVIC

☒ Contingent
☒ Unliquidated
☒ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

OPEN AUTO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                          Case number *(if known)* **19-12809**

| 3.766. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

EDMANTHA ROUGEUX
% RTA STORE
2345 RT 52 STE 1A
HOPEWELL JUNCTION NY 12533-3219

☐ Contingent
☐ Unliquidated
☒ Disputed

$1,870.16

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.767. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

EDMONDS*BRUCE
Address Intentionally Omitted

☐ Contingent
☒ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

PENDING WORKERS' COMPENSATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.768. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

EDWARD DON
360 W BUTTERFIELD RD
ELMHURST IL 60126-5068

☒ Contingent
☐ Unliquidated
☒ Disputed

$144.93

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

OVERCHARGE CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☒ Yes

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

**3.769.**   **Nonpriority creditor's name and mailing address**

EFAX CORPORATE C/O
J2 GLOBAL COMMUNICATIONS,INC
P.O. BOX 51873
LOS ANGELES CA 90051-6173

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$599.97

---

**3.770.**   **Nonpriority creditor's name and mailing address**

EFSWW
MILTON ATKINSON
8112 RDIGEPOINT DR, STE 200
IRVING TX 75063

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☑ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$5,054.10

---

**3.771.**   **Nonpriority creditor's name and mailing address**

EHLING*JAMES
Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

PENDING WORKERS' COMPENSATION
CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

**3.772.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

EL MUSTEE & SONS
PAT MILLER
5431 W 164TH ST
CLEVELAND OH 44142-1511

☐ Contingent
☐ Unliquidated
☑ Disputed

$2,897.27

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.773.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

EL MUSTEE & SONS INC
PAT MILLER
5431 W 164TH ST
CLEVELAND OH 44142-1511

☐ Contingent
☐ Unliquidated
☐ Disputed

$939.13

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.774.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

ELECTRIC BATTERY COMPANY LLC
178-15 EVELETH ROAD
JAMAICA NY 11434-3405

☐ Contingent
☐ Unliquidated
☐ Disputed

$813.80

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| 3.775. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ELEVATOR INTERIOR DESIGN
100 MARINE BLVD.
LYNN MA 01905

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,700.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.776. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ELITE ENVELOPE
280 POND ST
RANDOLPH MA 02368

☑ Contingent
☑ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

OPEN AUTO CLAIMS FOR PAYMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.777. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ELITE EXPRESS INC
AMANDA MEDINA
30 VILLAGE COURT
HAZLET NJ 07730-1533

☐ Contingent
☐ Unliquidated
☑ Disputed

$204.12

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

**3.778.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

ELITE EXPRESS INC
AMANDA MEDINA
30 VILLAGE CT
HAZLET NJ 07730-1533

☐ Contingent
☐ Unliquidated
☑ Disputed

$3,402.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.779.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

ELITE SPICE INC
TABITHA STEWART
7151 MONTEVIDEO RD
JESSUP MD 20794-9308

☐ Contingent
☐ Unliquidated
☐ Disputed

$255.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.780.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

ELIZABETH AUTO WRECKING CO.
450 ROUTE 1 NORTH
ELIZABETH NJ 07202

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,022.76

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

3.781.    **Nonpriority creditor's name and mailing address**

ELIZABETH GIBBONS
JEFFREY YELEN ESQ
ATTORNEY FOR PLAINTIFF YELEN LAW
OFFICES
1000 CITIZENS BANK CTR
8 WEST MARKET ST
WILKES - BARRE PA 18701

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
|---|
| UNDETERMINED |

---

3.782.    **Nonpriority creditor's name and mailing address**

ELIZABETH GIBBONS V
NEW ENGLAND MOTOR FREIGHT INC ET AL
ROGER A BALLIET
2856 CHURCH HILL RD
LEHIGHTON PA 18235

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
|---|
| UNDETERMINED |

---

3.783.    **Nonpriority creditor's name and mailing address**

ELIZABETHTOWN GAS
P.O. BOX 5412
CAROL STREAM IL 60197-5412

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
|---|
| $244.06 |

---

| Debtor | **New England Motor Freight, Inc.** | Case number *(if known)* **19-12809** |
|--------|--------------------------------------|----------------------------------------|

| 3.784. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|--------|------|------|------|

ELK LIGHTING, INC
12 WILLOW LANE
NESQUEHONING PA 18240

☐ Contingent
☐ Unliquidated
☐ Disputed

$13.43

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.785. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|--------|------|------|------|

EMC INSURANCE
717 MULBERRY ST
DES MOINES IA 50309

☑ Contingent
☑ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

OPEN AUTO CLAIMS FOR PAYMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.786. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|--------|------|------|------|

EMERALD PROFESSIONAL
BRENDA WILD
285 PIERCE ST
SOMERSET NJ 08873-1261

☐ Contingent
☐ Unliquidated
☑ Disputed

$317.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| | | |
|---|---|---|
| 3.787. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

3.787.  **Nonpriority creditor's name and mailing address**

EMERSON
%GEODIS LOGISTICS
P O BOX 2208
BRENTWOOD TN 37024-2208

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Amount of claim**

$13,491.06

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.788.  **Nonpriority creditor's name and mailing address**

EMERSON HEALTHCARE
% GEODIS
PO BOX 2208
BRENTWOOD TN 37024-2208

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Amount of claim**

$52,159.46

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.789.  **Nonpriority creditor's name and mailing address**

EMERSON HEALTHCARE
% GEODIS
PO BOX 2208
BRENTWOOD TN 37024

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,650.04

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| | | |
|---|---|---|
| 3.790. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

EMERSON LIEBERT CORPORATION
% NVISION GLOBAL
1900 BRANNAN RD STE 300
MCDONOUGH GA 30252

☐ Contingent
☐ Unliquidated
☒ Disputed

**Amount of claim**

$15,062.40

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

| | | |
|---|---|---|
| 3.791. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

EMERSON LIEBERT CORPORATION
C/O NVISION GLOBAL
1900 BRANNAN RD
SUITE 300
MCDONOUGH GA 30252-2895

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$439.88

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

| | | |
|---|---|---|
| 3.792. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

EMERSON SWAN INC
ANDY STEPHENS
55 PACELLA PARK DR
RANDOLPH MA 02368-1755

☐ Contingent
☐ Unliquidated
☒ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| 3.793. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

EMPACO EQUIPMENT CORPORATION
2 K'S LTD
2958 BRECKSVILLE ROAD
RICHFIELD OH 44286

☐ Contingent
☐ Unliquidated
☐ Disputed

$10,888.40

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.794. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

EMPIRE COMMERCIAL SERVICES LP
543 CARY AVENUE
STATEN ISLAND NY 10310

☐ Contingent
☐ Unliquidated
☐ Disputed

$240.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.795. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

EMPIRE DISTRIBUTING
JEREMY RUPP
7406 ROUTE 98
ARCADE NY 14009-9713

☑ Contingent
☐ Unliquidated
☑ Disputed

$61.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

OVERCHARGE CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

Debtor    **New England Motor Freight, Inc.**                                   Case number *(if known)* **19-12809**

| 3.796. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

EMPIRE FREIGHT LOGISTICS
JILL THOMAS
6567 KINNE RD
EAST SYRACUSE NY 13057

☐ Contingent
☐ Unliquidated
☒ Disputed

$9,480.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.797. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

EMPIRE FREIGHT LOGISTICS
JILL THOMAS
6567 KINNE RD
DEWITT NY 13214-1923

☐ Contingent
☐ Unliquidated
☒ Disputed

$69,927.86

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.798. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

EMPIRE FREIGHT LOGISTICS
6567 KINNE RD
SYRACUSE NY 13214-1923

☒ Contingent
☐ Unliquidated
☒ Disputed

$422.01

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

OVERCHARGE CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☒ Yes

Debtor    **New England Motor Freight, Inc.**    Case number *(if known)* **19-12809**

| | | |
|---|---|---|
| 3.799. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

3.799.    **Nonpriority creditor's name and mailing address**

EMPIRE INTERNATIONAL
225 MEADOWLANDS PKWY
SECAUCUS NJ 07094

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Basis for the claim:**

OPEN AUTO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.800.    **Nonpriority creditor's name and mailing address**

EMPLOYMENT GROUP INC
4625 BECKLEY ROAD,BUILDING 200
BATTLE CREEK MI 49015

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$4,500.00

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.801.    **Nonpriority creditor's name and mailing address**

EMSCO GROUP
NANCY BOTTOM
617 CHURCH ST
GIRARD PA 16417-1515

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Amount of claim**

$262.50

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

| Debtor | **New England Motor Freight, Inc.** | Case number *(if known)* **19-12809** |

**3.802.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

ENDURANCE AMERICAN SPECIALTY INS CO
1221 AVE OF THE AMERICAS
NEW YORK NY 10020

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLES - INSURANCE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.803.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

ENERGY ELECTRIC CO., INC
740 QUAKER HIGHWAY
UXBRIDGE MA 01569

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$502.50

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.804.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

ENGLAND*DAVID
Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Basis for the claim:**

PENDING WORKERS' COMPENSATION
CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**    Case number *(if known)* **19-12809**

| 3.805. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | ENGLEFIELD, INC<br>1935 JAMES PARKWAY<br>HEATH OH 43056 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $129,370.36 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | ACCOUNTS PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☑ No<br>☐ Yes | |

| 3.806. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | ENVIROMASTER SERVICES OF<br>CENTRAL NY<br>PO BOX 12350<br>CHARLOTTE NC 28220 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $464.94 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | ACCOUNTS PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☑ No<br>☐ Yes | |

| 3.807. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | ENVIRONMENTAL AWARENESS CORP<br>244 EAST BROAD ST<br>TAMAQUA PA 18252 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $471.15 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | ACCOUNTS PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☑ No<br>☐ Yes | |

Debtor    **New England Motor Freight, Inc.**                    Case number *(if known)* **19-12809**

| 3.808. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.808.

**Nonpriority creditor's name and mailing address**

EQQUIVEL*VICTOR
Address Intentionally Omitted

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Basis for the claim:**

PENDING WORKERS' COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.809.

**Nonpriority creditor's name and mailing address**

EQUIPMENT DEPOT OHIO, INC
PO BOX 8500-8352
PHILADELPHIA PA 19178-8352

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$12,613.01

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.810.

**Nonpriority creditor's name and mailing address**

EQUIPMENT DEPOT PA., INC
PO BOX 8500-7647
PHILADELPHIA PA 19178-7647

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$2,787.84

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

| 3.811. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ERTS EMERGENCY RESPONSE
PO BOX 72333
CLEVELAND OH 44192-0002

☐ Contingent
☐ Unliquidated
☐ Disputed

$23,306.37

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.812. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ESCREEN INC
PO BOX 25902
OVERLAND PARK KS 66225

☐ Contingent
☐ Unliquidated
☐ Disputed

$16,283.50

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.813. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ESHIPPING LLC
EMILY PURVIS
PO BOX 14126
PARKVILLE MO 64152-0626

☐ Contingent
☐ Unliquidated
☑ Disputed

$5,270.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                   Case number *(if known)* **19-12809**

---

3.814. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

ESHIPPING LLC
P O BOX 14126
PARKVILLE MO 64152-0626

☑ Contingent
☐ Unliquidated
☑ Disputed

$173.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
OVERCHARGE CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

3.815. **Nonpriority creditor's name and mailing address**

ESMERALDA RAMIREZ
HECHT KLEEGER AND DAMASHEK PC
JUDD F KLEEGER ESQ
19 WEST 44TH ST
STE 1500
NEW YORK NY 10036

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**
UNDETERMINED

**Date or dates debt was incurred**
_____

**Basis for the claim:**
LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.816. **Nonpriority creditor's name and mailing address**

ESPOSITO & SONS FREIGHTLINES
6 GRAHAM DR
PLATTSBURGH NY 12901

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**
$573.21

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                                    Case number *(if known)* **19-12809**

---

3.817. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

ESSENDANT CO
% CORPORATE CARRIER RELATIONS
DIRECTOR
1 PARKWAY N STE 100
DEERFIELD IL 60015-2559

☐ Contingent
☐ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.818. **Nonpriority creditor's name and mailing address**

ESSENDANT CO
% CORPORATE CARRIER RELATIONS
1 PARKWAY N STE 100
DEERFIELD IL 60015-2559

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Amount of claim**

$13,464.78

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.819. **Nonpriority creditor's name and mailing address**

ESSENDANT CO
DATA 2
P O BOX 61050
FORT MYERS FL 33906-1050

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

**Amount of claim**

$6,425.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

OVERCHARGE CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

---

Debtor    **New England Motor Freight, Inc.**                                        Case number *(if known)* **19-12809**

| | | |
|---|---|---|
| 3.820. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

ESSENDANT CO
% CORPORATE CARRIER RELA1
1 PARKWAY N STE 100
DEERFIELD IL 60015

**Amount of claim**

$12,286.87

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| | | |
|---|---|---|
| 3.821. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

ESSEX EQUIPMENT
GARY MORSE
26 KELLOGG RD
ESSEX JUNCTION VT 05452-2806

**Amount of claim**

$114.95

☒ Contingent
☐ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

OVERCHARGE CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☒ Yes

---

| | | |
|---|---|---|
| 3.822. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

ESTEE LAUDER
BOB ANDERSEN
80 RULAND RD
MELVILLE NY 11747-4211

**Amount of claim**

$7,499.85

☒ Contingent
☐ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

OVERCHARGE CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☒ Yes

Debtor   **New England Motor Freight, Inc.**                                Case number *(if known)* **19-12809**

| 3.823. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ESTEE LAUDER
BOB ANDERSEN
80 RULAND RD
MELVILLE NY 11747-4211

☐ Contingent
☐ Unliquidated
☐ Disputed

$4,118.01

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.824. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ETS CORP
ADNELYSH DIAZ
PO BOX 6810
CAGUAS PR 00725

☐ Contingent
☐ Unliquidated
☑ Disputed

$13,217.58

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.825. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

EVANTON INSURANCE CO
10 PKWY NORTH
DEERFIELD IL 60015

☑ Contingent
☑ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

TRADE PAYABLES - INSURANCE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| | | |
|---|---|---|
| 3.826. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

3.826.

**Nonpriority creditor's name and mailing address**

EVERSOURCE
PO BOX 56005
BOSTON MA 02205-6005

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$5,709.28

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.827.

**Nonpriority creditor's name and mailing address**

EVERYTHING PLUS INC
YITZCHOK FRIEDMAN
1 US 22
HILLSIDE NJ 07205

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$50.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.828.

**Nonpriority creditor's name and mailing address**

EXACT DIRECT
PAM TURNER
2774 N COBB PKWY SUITE 109-214
KENNESAW GA 30152-3469

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Amount of claim**

$1,747.64

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **New England Motor Freight, Inc.**                              Case number *(if known)* **19-12809**

---

| 3.829. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

EXACT DIRECT
SABRINA X405 09593 34832
2774 N COBB PKWY
SUITE 109-214
KENNESAW GA 30152-3469

☑ Contingent
☐ Unliquidated
☑ Disputed

$50.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

OVERCHARGE CLAIMS

**Is the claim subject to offset?**

☐ No
☑ Yes

---

| 3.830. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

EXACT DIRECT
PAM TURNER
2774 N COBB PKWY
STE 109-214
KENNESAW GA 30152-8000

☐ Contingent
☐ Unliquidated
☐ Disputed

$50.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.831. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

EXAMWORKS, INC
4 BECKER FARM RD
ROSELAND NJ 07068

☐ Contingent
☐ Unliquidated
☐ Disputed

$500.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                              Case number *(if known)* **19-12809**

| 3.832. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

EXFREIGHT ZETA
TIM OR PETERPALLET WAVE
2290 10TH AVE N
LAKE WORTH FL 33461-6607

☑ Contingent
☐ Unliquidated
☑ Disputed

$406.79

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

OVERCHARGE CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

---

| 3.833. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

EXFREIGHT ZETA
2290 10TH AVE N
STE 501
LAKE WORTH FL 33461

☐ Contingent
☐ Unliquidated
☐ Disputed

$50.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.834. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

EXFREIGHT ZETA INC
NAVIDA DAVIS
2290 10TH AVE N STE 501
LAKE WORTH FL 33461-6607

☐ Contingent
☐ Unliquidated
☑ Disputed

$569.65

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

| 3.835. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

EXPEDITORS CARGO INSURANCE BROKERS
CECILIA OLIVOS
1015 THIRD AVE 12TH FLR
SEATTLE WA 98104-1184

☐ Contingent
☐ Unliquidated
☑ Disputed

$322.25

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.836. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

EXPEDITORS CARGO INSURANCE BROKERS
LYNDSIE WRIGHT
1015 THIRD AVE 12TH FLR
SEATTLE WA 98104-1184

☐ Contingent
☐ Unliquidated
☑ Disputed

$561.89

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.837. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

EXPRESS SERVICES, INC.
EMPLOYMENT PROFESSIONALS
PO BOX 535434
ATLANTA GA 30353-5434

☐ Contingent
☐ Unliquidated
☐ Disputed

$4,169.62

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| | | | |
|---|---|---|---|
| **3.838.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

EXPRESSIONS WHOLESALE ART
JIM BITTLE
539 EASTGATE RD
SEVIERVILLE TN 37862-4121

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,286.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| | | | |
|---|---|---|---|
| **3.839.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

EXTREME CW SYSTEMS
28 GENESEE
ONEIDA NY 13421

☐ Contingent
☐ Unliquidated
☐ Disputed

$5.37

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| | | | |
|---|---|---|---|
| **3.840.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

EZRA PEISACH
4-53 PLZ RD
FAIRLAWN NJ 07410

☑ Contingent
☑ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

OPEN AUTO CLAIMS FOR PAYMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| 3.841. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

F B GLASS, INC
530 SCOTTSVILLE CHILI RD
SCOTTVILLE NY 14546

☐ Contingent
☐ Unliquidated
☐ Disputed

$356.40

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.842. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

FABRI-CAL CORP
ALISON UNDERWOOD
1102 PIEDMONT HWY
PIEDMONT SC 29673-9195

☐ Contingent
☐ Unliquidated
☐ Disputed

$2,776.78

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.843. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

FALON PAGE
ATTORNEY FOR THE PLAINTIFF
HARMON LINDER AND ROGOWSKY
3 PARK AVE 23RD FL
SUITE 2300
NEW YORK NY 10016

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

**Basis for the claim:**

LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

**3.844.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

**3.844.**

**Nonpriority creditor's name and mailing address**

FALON PAGE V
NEW ENGLAND MOTOR FREIGHT INC ET AL
KEITH WILLIAMS
235 EAST 8TH AVE
ROSELLE NJ 07203

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.845.**

**Nonpriority creditor's name and mailing address**

FANCY HEAT CORPORATION
JOANNA MASCI
40 VERONICA AVE
SOMERSET NJ 08873-3417

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$367.90

---

**3.846.**

**Nonpriority creditor's name and mailing address**

FASTENAL COMPANY
P.O. BOX 1286
WINONA MN 55987-1286

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$4,555.77

---

Debtor   **New England Motor Freight, Inc.**                                   Case number *(if known)* **19-12809**

| | | | |
|---|---|---|---|

**3.847.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

*Check all that apply.*

FEDEX
P.O. BOX 371461
PITTSBURGH PA 15250-7461

$67.84

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.848.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

*Check all that apply.*

FERGUSON ENTERPRISES
CLAIMS DEPT
12500 JEFFERSON AVE
NEWPORT NEWS VA 23602-4314

$691.83

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.849.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

*Check all that apply.*

FERREIRA*EDUWARDO
Address Intentionally Omitted

UNDETERMINED

☐ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

PENDING WORKERS' COMPENSATION
CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **New England Motor Freight, Inc.**                                     Case number *(if known)* **19-12809**

| 3.850. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | FERRELLGAS<br>P O BOX 173940<br>DENVER CO 80217-3940 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $5,483.43 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>ACCOUNTS PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.851. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | FETROW ELECTRIC, INC<br>PO BOX 162<br>CAMP HILL PA 17001-0162 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $123.00 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>ACCOUNTS PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.852. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | FHI, LLC<br>P O BOX 890949<br>CHARLOTTE NC 28289-0949 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,950.00 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>ACCOUNTS PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

Debtor    **New England Motor Freight, Inc.**                              Case number *(if known)* **19-12809**

3.853.  **Nonpriority creditor's name and mailing address**

FIDELITON
CHAD PAUL
1260 KARL CT
WAUCONDA IL 60084-1086

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| $204.26 |

3.854.  **Nonpriority creditor's name and mailing address**

FIDELITONE
39550 13 MILE ROAD
NOVI MI 48377-2360

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

OVERCHARGE CLAIMS

**Is the claim subject to offset?**

☐ No
☑ Yes

| Amount of claim |
| --- |
| $194.54 |

3.855.  **Nonpriority creditor's name and mailing address**

FIDELITONE LOGISTICS
CHAD PAUL
1260 KARL CT
WAUCONDA IL 60084-1086

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| $5,160.98 |

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| 3.856. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

FIDELITY AND GUARANTY COMPANY
C/O DISCOVERY MANAGERS LTD
30 WATERSIDE DRIVE
FARMINGTON CT 06032

☑ Contingent
☑ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES - INSURANCE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.857. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

FIELDING'S OIL
& PROPANE CO,INC
420 US RT 1
PO BOX 364
SCARBOROUGH ME 04070-0364

☐ Contingent
☐ Unliquidated
☐ Disputed

$16,726.35

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.858. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

FINDLAY MUNICIPAL COURT
318 DORNEY PLAZA, ROOM 206
P O BOX 826
FINDLAY OH 45839

☐ Contingent
☐ Unliquidated
☐ Disputed

$236.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

**3.859.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

FIRESTONE BUILDING PRODUCTS CO
TIM HOLLOWAY
200 4TH AVE S
NASHVILLE TN 37201-2255

☐ Contingent
☐ Unliquidated
☑ Disputed

$12,931.70

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.860.** **Nonpriority creditor's name and mailing address**

FIRESTONE BUILDING PRODUCTS CO
HANK ROEDELL
200 4TH AVE SOUTH
NASHVILLE TN 37201-2255

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Amount of claim**

$17,620.47

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.861.** **Nonpriority creditor's name and mailing address**

FIRST TRANSIT INC VILNEUVE MESINE
ATTORNEY FOR THE PLAINTIFF PARK
6301 IVY LN STE 600
GREENBELT MD 20770

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                                    Case number *(if known)* **19-12809**

| | | | |
|---|---|---|---|
| 3.862. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

FIRST TRANSIT INC VILNEUVE MESINE V
NEW ENGLAND MOTOR FREIGHT INC
MALIK GROOMS
4625 SHAMROCK AVE
BALTIMORE MD 21206

☒ Contingent
☒ Unliquidated
☒ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

| | | | |
|---|---|---|---|
| 3.863. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

FISCHER PAPER PRODUCTS
ALISON PACHECO
179 IDA AVE
ANTIOCH IL 60002-1838

☐ Contingent
☐ Unliquidated
☒ Disputed

$750.38

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

| | | | |
|---|---|---|---|
| 3.864. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

FISHER SCIENTIFIC
DENISE YARIA
300 INDUSTRY DR
PITTSBURGH PA 15275-1001

☐ Contingent
☐ Unliquidated
☒ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| | | |
|---|---|---|
| 3.865. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

FISHER SCIENTIFIC
P O BOX 61050
FORT MYERS FL 33906-1050

*Check all that apply.*

☒ Contingent
☐ Unliquidated
☒ Disputed

**Amount of claim**

$6,444.83

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

OVERCHARGE CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☒ Yes

---

| | | |
|---|---|---|
| 3.866. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

FIVE STAR INTERNATIONAL, LLC
PO BOX 64006
BALTIMORE MD 21264-4006

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,696.36

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| | | |
|---|---|---|
| 3.867. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

FLEET PRIDE
P.O. BOX 847118
DALLAS TX 75284-7118

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,936.75

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| | |
|---|---|
| 3.868. | **Nonpriority creditor's name and mailing address** |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|
| FLEET PRIDE INC<br>PO BOX 847118<br>DALLAS TX 75284-7118 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,241.73 |
| **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>ACCOUNTS PAYABLE | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

3.869.

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|
| FLEETPRIDE, INC<br>269 STATE STREET<br>NORTH HAVEN CT 06473 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $556.58 |
| **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>ACCOUNTS PAYABLE | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

3.870.

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|
| FLEETWASH INC.<br>P O BOX 36014<br>NEWARK NJ 07188-6014 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $50.76 |
| **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>ACCOUNTS PAYABLE | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

Debtor    **New England Motor Freight, Inc.**                                           Case number *(if known)* **19-12809**

| 3.871. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.871.

**Nonpriority creditor's name and mailing address**

FLEMINGTON ALUMINUM
% ECHO
600 W CHICAGO AVE STE 725
CHICAGO IL 60654-2801

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$6,239.73

---

3.872.

**Nonpriority creditor's name and mailing address**

FLEXPORT INTL LLC
PLYSSA
760 MARKET ST
9TH FL
SAN FRANCISCO CA 94102-2401

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**

OVERCHARGE CLAIMS

**Is the claim subject to offset?**

☐ No
☒ Yes

**Amount of claim**

$891.42

---

3.873.

**Nonpriority creditor's name and mailing address**

FLEXPORT INTL LLC
PLYSSA
760 MARKET ST
9TH FL
SAN FRANCISCO CA 94102-2401

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**

OVERCHARGE CLAIMS

**Is the claim subject to offset?**

☐ No
☒ Yes

**Amount of claim**

$1,716.82

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

**3.874.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
| FLEXPORT LLC | ☐ Contingent | $280.91
| 760 MARKET ST | ☐ Unliquidated |
| 9TH FL | ☐ Disputed |
| SAN FRANCISCO CA 94102-2401 | |

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                       ACCOUNTS PAYABLE

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.875.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
| FLICKERWOOD WINE | ☐ Contingent | $526.68
| BRANDON OSBORNE | ☐ Unliquidated |
| 309 FLICKERWOOD RD | ☑ Disputed |
| KANE PA 16735-3915 | |

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                       CARGO CLAIMS

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.876.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
| FLOW CONTROL | ☐ Contingent | $186.44
| ATTN:JUSTIN CURTIN | ☐ Unliquidated |
| 2 ENTERPRISE COURT | ☐ Disputed |
| SEWELL NJ 08080-4112 | |

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                       ACCOUNTS PAYABLE

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No
☐ Yes

---

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          Page 294 of 899

Debtor    **New England Motor Freight, Inc.**                                                      Case number *(if known)* **19-12809**

| | |
|---|---|
| 3.877. | **Nonpriority creditor's name and mailing address** |

3.877.  **Nonpriority creditor's name and mailing address**

FLUOR FEDERAL SOLUTIONS
RICK GAMBINI
13455 SUNRISE VALLEY DR
HERNDON VA 20171-3295

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,586.87

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.878.  **Nonpriority creditor's name and mailing address**

FOLLETT CORP
ERICKA SIMMONS
777 ELSBREE ST
FALL RIVER MA 02720-7307

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$155.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.879.  **Nonpriority creditor's name and mailing address**

FORBES CHOCOLATE
CHERL VOZAR
800 KEN MAR INDUSTRIAL PKWY
BROADVIEW HEIGHTS OH 44147-2922

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

| 3.880. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Amount of claim |
|---|---|---|---|

**3.880.**    **Nonpriority creditor's name and mailing address**

FORBES CHOCOLATE
CHERL VOZAR
800 KEN MAR IND PARK
BROADVIEW HEIGHTS OH 44147-2922

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$3,000.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.881.**    **Nonpriority creditor's name and mailing address**

FORD GUM
DALE SCROGER
18 NEWTON AVE
AKRON NY 14001-1030

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Amount of claim**

$8,514.78

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.882.**    **Nonpriority creditor's name and mailing address**

FOREMOST GROUPS
WINKY LI
906 MURRAY RD
EAST HANOVER NJ 07936-2202

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Amount of claim**

$964.66

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor     **New England Motor Freight, Inc.**                                                    Case number *(if known)* **19-12809**

| 3.883. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

FORGE CELLARS
RICHARD RAINEY
3775 MATTHEWS ROAD
BURDETT NY 14818-9728

☐ Contingent
☐ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.884. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

FORTIVE- JACOBS VEHI
TRANS AUDIT
11 MARSHALL RD STE2D
WAPPINGERS FALLS NY 12590

☑ Contingent
☐ Unliquidated
☑ Disputed

$343.25

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

OVERCHARGE CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

| 3.885. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

FORTIVE-JACOBS
TRANS AUDIT
11 MARSHALL RD STE2D
WAPPINGERS FALLS NY 12590

☑ Contingent
☐ Unliquidated
☑ Disputed

$593.12

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

OVERCHARGE CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

3.886. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

FORTIVE-JACOBS VEHI
TRANS AUDIT
11 MARSHALL RD STE2D
WAPPINGERS FALLS NY 12590

☑ Contingent
☐ Unliquidated
☑ Disputed

$2,629.85

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

OVERCHARGE CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

---

3.887. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

FORTIV-JACOBS VEHI
TRANS AUDIT
11 MARSHALL RD STE2D
WAPPINGERS FALLS NY 12590

☑ Contingent
☐ Unliquidated
☑ Disputed

$556.48

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

OVERCHARGE CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

---

3.888. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

FOUR IN ONE LLC
BERNADETTE JONES
12 ALPHA RD
CHELMSFORD MA 01824-4102

☐ Contingent
☐ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **New England Motor Freight, Inc.**                                          Case number *(if known)* **19-12809**

| | | |
|---|---|---|
| 3.889. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

**3.889.**

**Nonpriority creditor's name and mailing address**

FOUR IN ONE LLC
BERNADETTE JONES
12 ALPHA RD
CHELMSFORD MA 01824-3295

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$254.00

---

**3.890.**

**Nonpriority creditor's name and mailing address**

FOUR QUARTERS PLUMBING
HEATING & AIR CONDITIONING
2601 RIVER ROAD UNIT 4
CINNAMINSON NJ 08077

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$2,244.49

---

**3.891.**

**Nonpriority creditor's name and mailing address**

FOX ROTHSCHILD, LLP
ATTN: ACCOUNTS REC-74
PO BOX 5231
PRINCETON NJ 08543-5231

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$33,041.77

Debtor    **New England Motor Freight, Inc.**                                                    Case number *(if known)* **19-12809**

---

**3.892.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

FP WOLL & COMPANY
KATHY MC DONOUGH
10060 SANDMEYER LN
PHILADELPHIA PA 19116-3502

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

UNDETERMINED

---

**3.893.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

FRAN ROCK, INC
230 WEST NYACK ROAD
WEST NYACK NY 10994

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

$807.16

---

**3.894.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

FRANCIS BECK AND KIMBERLY BECK
ATTORNEY FOR THE PLAINTIFFS HANDLER
HENNING AND ROSENBERG LLP
ANDREW C SPEARS
1300 LINGLESTOWN RD
HARRISBURG PA 17110

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

UNDETERMINED

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

| 3.895. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

FRANCIS BECK ET AL V
NEW ENGLAND MOTOR FREIGHT ET AL
ATTORNEY FOR THE DEFENDANT
SWARTZ CAMPBELL LLC KEVIN CANAVAN
TWO LIBERTY PL 50 S 16TH ST FL 28
PHILADELPHIA PA 19102

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**
_____

**Basis for the claim:**
LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.896. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

FRANCIS BECK ET AL V
NEW ENGLAND MOTOR FREIGHT ET AL
MARK SELLERS
317 WHISKEY SPRING RD
DILLSBURG PA 17019

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**
_____

**Basis for the claim:**
LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.897. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

FRANCIS ZUPO
BUFFALO
1904 CENTER ST
EAST AURORA NY 14052

☐ Contingent
☐ Unliquidated
☐ Disputed

$255.01

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor  **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| | | |
|---|---|---|
| 3.898. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

FRANK MORAN & SONS
1508 JOH AVE
HALETHORPE MD 21227-1000

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$225.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.899.  **Nonpriority creditor's name and mailing address**

FRASER AIS
320 PENN AVE
WEST READING PA 19611

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$124.30

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.900.  **Nonpriority creditor's name and mailing address**

FRED OTT INC
JOHN DEERE DEALER
5640 BERKEY SOUTHERN RD
BERKEY OH 43504-9655

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$817.51

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

**3.901.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

FREDDIE CARROLL
THE PISANCHYN LAW FIRM
MICHAEL PISANCHYN AND BRADLEY MOYER
ESQS
524 SPRUCE ST
SCRANTON PA 18503

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.902.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

FREIGHT RUN
P O BOX 250
BROOKFIELD CT 06804-0250

☑ Contingent
☐ Unliquidated
☑ Disputed

$227.10

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

OVERCHARGE CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

---

**3.903.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

FREIGHT SPECIALISTS INC
BOX 503
SYRACUSE NY 13209

☐ Contingent
☐ Unliquidated
☐ Disputed

$310.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| | | |
|---|---|---|
| 3.904. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

FREIGHT SYSTEMS
% CAPITAL TRANSPORTATION SOLUTIONS
1915 VAUGHN ROAD
KENNESAW GA 30144-4502

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Amount of claim**

$550.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.905.    **Nonpriority creditor's name and mailing address**

FREIGHTCOM
VINAY SINHA
77 PILLS WORTH RD UNIT 1
BOLTON ON L7E4G4
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Amount of claim**

$1,598.11

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.906.    **Nonpriority creditor's name and mailing address**

FREIGHTCOM
AISHA CHAUDHRY
77 PILLS WORTH RD UNIT 1
BOLTON ON L7E4G40019
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Amount of claim**

$3,300.87

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| | | | |
|---|---|---|---|
| 3.907. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

FREIGHTCOM
AISHA CHAUDHRY
77 PILLS WORTH RD UNIT
BOLTON ON L7E 4G4
CANADA

☐ Contingent
☐ Unliquidated
☐ Disputed

$266.75

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 3.908. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

FREIGHTQUOTE
901 W CARONDELET DR
KANSAS CITY MO 64114-4674

☑ Contingent
☐ Unliquidated
☑ Disputed

$431.42

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

OVERCHARGE CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

---

| | | | |
|---|---|---|---|
| 3.909. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

FREIGHTQUOTE.COM
ERICA DANIELS
PO BOX 7001
OVERLAND PARK KS 66207-0001

☐ Contingent
☐ Unliquidated
☑ Disputed

$1,717.38

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| 3.910. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

FREIGHTQUOTE.COM
RANDI FRUMP
PO BOX 7001
OVERLAND PARK KS 66207-0001

☐ Contingent
☐ Unliquidated
☑ Disputed

$2,266.69

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.911. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

FREIGHTQUOTE.COM
ALEXYS FREEMAN
PO BOX 7001
OVERLAND PARK KS 66207-0001

☐ Contingent
☐ Unliquidated
☑ Disputed

$3,671.63

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.912. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

FREIGHTQUOTE.COM
COURTNEY JEFFERSON
PO BOX 7001
OVERLAND PARK KS 66207-0001

☐ Contingent
☐ Unliquidated
☑ Disputed

$3,711.81

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| Debtor | **New England Motor Freight, Inc.** | Case number *(if known)* **19-12809** |

| 3.913. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

FREIGHTQUOTE.COM
TAYLOR PRITCHARD
PO BOX 7001
OVERLAND PARK KS 66207-0001

☐ Contingent
☐ Unliquidated
☑ Disputed

$8,257.90

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.914. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

FREIGHTQUOTE.COM
ANDRA GETTY
PO BOX 7001
OVERLAND PARK KS 66207-0001

☐ Contingent
☐ Unliquidated
☑ Disputed

$8,636.69

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.915. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

FREIGHTQUOTE.COM
AMBER COYLE
PO BOX 7001
OVERLAND PARK KS 66207-0001

☐ Contingent
☐ Unliquidated
☑ Disputed

$18,551.25

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

3.916. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

FREIGHTQUOTE.COM
901 WEST CARONDELET DRIVE
FREIGHT PYMT CENTER
KANSAS CITY MO 64114-4674

☒ Contingent
☐ Unliquidated
☒ Disputed

$1,161.69

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

OVERCHARGE CLAIMS

**Is the claim subject to offset?**

☐ No
☒ Yes

---

3.917. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

FREIGHTQUOTE.COM
901 W CARONDELET DR
KANSAS CITY MO 64114-4674

☐ Contingent
☐ Unliquidated
☐ Disputed

$281.87

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.918. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

FREIGHTQUOTE.COM
AMBER COYLE
P O BOX 7001
OVERLAND PARK KS 66207-0001

☐ Contingent
☐ Unliquidated
☐ Disputed

$5,392.61

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| | | |
|---|---|---|
| 3.919. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

3.919.    **Nonpriority creditor's name and mailing address**

FRONTIER COMMUNICATIONS
PO BOX 740407
CINCINNATI OH 45274-0407

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$64.68

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.920.    **Nonpriority creditor's name and mailing address**

FST LOGISTICS
TONYA EASTER
3035 CHARTER ST
COLUMBUS OH 43228-4638

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Amount of claim**

$11,978.16

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.921.    **Nonpriority creditor's name and mailing address**

FUJI FILM
SHERRI YONKEE
850 CENTRAL AVE
HANOVER PARK IL 60133-5422

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Amount of claim**

$1,094.65

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| | | |
|---|---|---|
| 3.922. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

**3.922.**  **Nonpriority creditor's name and mailing address**

FUJI PHOTO FILM
NATL TRAF LA CAL PRESS 0
P O BOX 4367
LOS ANGELES CA 90078-4367

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

**Amount of claim**

$45.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

OVERCHARGE CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

---

**3.923.**  **Nonpriority creditor's name and mailing address**

FUJIFILM/AVERITT
SHERRI YONKEE
850 CENTRAL AVE
HANOVER PARK IL 60133-5422

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Amount of claim**

$4,887.87

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.924.**  **Nonpriority creditor's name and mailing address**

FUNK*MICHAEL
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

PENDING WORKERS' COMPENSATION
CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **New England Motor Freight, Inc.**                                      Case number *(if known)* **19-12809**

| | | |
|---|---|---|
| 3.925. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

FURMAN*GREGORY
Address Intentionally Omitted

**Amount of claim**

UNDETERMINED

☐ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Basis for the claim:**

PENDING WORKERS' COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.926. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

FW WEBB CO
DONNA RIVERS
80 PARK AVE
WILLISTON VT 05495-9783

**Amount of claim**

$3,858.00

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.927. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

G L T
VALENTINA QUINTANA
4995 NW 72ND AVE, SUITE 200
MIAMI FL 33166-5643

**Amount of claim**

$5,963.60

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **New England Motor Freight, Inc.**                                        Case number *(if known)* **19-12809**

| 3.928. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

**3.928.**

**Nonpriority creditor's name and mailing address**

G L T
BJIMENEZ@GLT-INC.COM
4995 NW 72ND AVE
SUITE 200
MIAMI FL 33166-5643

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**

OVERCHARGE CLAIMS

**Is the claim subject to offset?**

☐ No
☒ Yes

**Amount of claim**

$619.52

---

**3.929.**

**Nonpriority creditor's name and mailing address**

G L T
BJIMENEZ@GLT-INC.COM
4995 NW 72ND AVE
SUITE 200
MIAMI FL 33166-5643

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**

OVERCHARGE CLAIMS

**Is the claim subject to offset?**

☐ No
☒ Yes

**Amount of claim**

$339.20

---

**3.930.**

**Nonpriority creditor's name and mailing address**

GABRIELLI KENWORTH OF NJ LLC
2306 US HIGHWAY 130
DAYTON NJ 08810

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$629.28

Debtor   **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

| 3.931. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

GABRIELLI TRUCK SALES
PETER PAVONE
3333 CONNOR ST
BRONX NY 10475-9382

☐ Contingent
☐ Unliquidated
☑ Disputed

$1,352.12

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.932. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

GAFFNEY*RUSSELL
Address Intentionally Omitted

☐ Contingent
☑ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Basis for the claim:**

PENDING WORKERS' COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.933. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

GALAXY FOODS % DSV ROAD INC
JESSICA NELSON, CLAIMS MANAGER
PO BOX 1685
MEDFORD OR 97501-0130

☐ Contingent
☐ Unliquidated
☑ Disputed

$5,461.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **New England Motor Freight, Inc.**                                   Case number *(if known)* **19-12809**

---

3.934.  **Nonpriority creditor's name and mailing address**

GALLAGHER & BASSETT
ATTN TERRY KING
11245 SLALOM LANE #B
COLUMBIA MD 21044

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLES - INSURANCE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.935.  **Nonpriority creditor's name and mailing address**

GALLAGHER BASSETT BRIANNA WHITE
PO BOX 2934
CLINTON LA 52733

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

OPEN AUTO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.936.  **Nonpriority creditor's name and mailing address**

GALLANT AND WEIN
31 NATIONAL RD
EDISON NJ 08817

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

OPEN AUTO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor   **New England Motor Freight, Inc.**                    Case number *(if known)* **19-12809**

---

| 3.937. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

GALVAN INDUSTRIES
CHINUE SAUNDERS
7320 GALVAN WAY
HARRISBURG NC 28075-4300

☐ Contingent
☐ Unliquidated
☑ Disputed

$15,896.88

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.938. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

GAMUT SYSTEMS & SOLUTIONS LLC
PO BOX 562357
CHARLOTTE NC 28256

☐ Contingent
☐ Unliquidated
☐ Disputed

$59.90

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.939. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

GANSON ROSE EQUIPMENT
% ECHO GLOBAL
600 W CHICAGO AVE STE 725
CHICAGO IL 60654-2801

☐ Contingent
☐ Unliquidated
☑ Disputed

$5,695.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                            Case number *(if known)* **19-12809**

| | | |
|---|---|---|
| **3.940.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**3.940.**

**Nonpriority creditor's name and mailing address**

GAP STORES
ANGIE BARCOL
1360 DOLWICK DR
STE 100
ERLANGER KY 41018-3127

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

| **Amount of claim** |
|---|
| $14,137.60 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.941.**

**Nonpriority creditor's name and mailing address**

GASKELL'S TOWING, INC
2555 GAR HIGHWAY
SWANSEA MA 02777

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Amount of claim** |
|---|
| $4,788.25 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.942.**

**Nonpriority creditor's name and mailing address**

GATES*GREGORY
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

| **Amount of claim** |
|---|
| UNDETERMINED |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

PENDING WORKERS' COMPENSATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **New England Motor Freight, Inc.**                                                    Case number *(if known)* **19-12809**

---

**3.943.**  **Nonpriority creditor's name and mailing address**

GATOR PLUMBING SUPPLY
DOROTHY MARIONE
1930 SWATHMORE AVE
LAKEWOOD NJ 08701-4547

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
|---|
| UNDETERMINED |

---

**3.944.**  **Nonpriority creditor's name and mailing address**

GCP APPIED TECH
62 WHITTEMORE AVE
CAMBRIDGE MA 02140-1623

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

OVERCHARGE CLAIMS

**Is the claim subject to offset?**

☐ No
☑ Yes

| Amount of claim |
|---|
| $310.97 |

---

**3.945.**  **Nonpriority creditor's name and mailing address**

GCP APPLIED TECH
TRANSAUDIT STE 2D
11 MARSHALL RD
WAPPINGERS FALLS NY 12590-4132

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

OVERCHARGE CLAIMS

**Is the claim subject to offset?**

☐ No
☑ Yes

| Amount of claim |
|---|
| $1,969.50 |

---

Debtor    **New England Motor Freight, Inc.**                                              Case number *(if known)* **19-12809**

| 3.946. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

**3.946.**

**Nonpriority creditor's name and mailing address**

GCR TIRE CENTERS
P O BOX 910530
DENVER CO 80291-0530

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim**

$3,089.09

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.947.**

**Nonpriority creditor's name and mailing address**

GEBRUDER WEISS INC
CARGO CLAIMS
251 WILLE RD STE C
DES PLAINES IL 60018-1861

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent

☐ Unliquidated

☑ Disputed

**Amount of claim**

$999.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.948.**

**Nonpriority creditor's name and mailing address**

GEBRUDER WEISS INC
PETER FISCHETTI
251 WILLE RD STE C
DES PLAINES IL 60016

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent

☐ Unliquidated

☑ Disputed

**Amount of claim**

$4,642.97

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| 3.949. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

GECIO A/S/O ANGEL PEREZ
POB 88
WOODBURY NY 11797

☑ Contingent
☑ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

OPEN AUTO CLAIMS FOR PAYMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.950. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

GEICO
ATTN SUBPOENA REQ
8000 LINCOLN DRIVE EAST
STE 300
MARLTON NJ 08053

☐ Contingent
☐ Unliquidated
☐ Disputed

$436.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.951. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

GEICO A S O FERSCH V
NEW ENGLAND MOTOR FREIGHT INC ET AL
RICKY COMMO
16 GANNY TER
ENFIELD CT 06082

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

| 3.952. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

GEICO A S O KENNETH J FERSCH
ATTORNEY FOR THE PLAINTIFF
LAW OFFICE OF DENNIS MCMANUS
433 SOUTH MAIN ST
WEST HARTFORD CT 06110

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.953. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

GEICO A S O KENNETH J FERSCH V
NEW ENGLAND MOTOR FREIGHT INC ET AL
RICKY COMMO
16 GANNY TER
ENFIELD CT 06082

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.954. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

GEICO A/S/O FERSCH
ATTORNEY FOR PLAINTIFF
COHEN AND WOLF PC
158 DEER HILL AVE
DANBURY CT 06810

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                Case number *(if known)* **19-12809**

---

3.955.    **Nonpriority creditor's name and mailing address**

GEICO AS SUB OF FELICA GRASSIE
ATTN: CASHIERS
PO BOX 96008
WASHINGTON DC 20090

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| $4,104.69 |

---

3.956.    **Nonpriority creditor's name and mailing address**

GEICO GEN. INSUR. CO. AS SUBROGEE OF M
DALY & K. DALY
LAW OFFICES OF RICKY J. LUCYK
JAMES N. DONOVAN, ESQ.
2 HUNTINGTON QUADRANGLE
SUITE 2N01
MELVILLE NY 11747

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

3.957.    **Nonpriority creditor's name and mailing address**

GEICO INC GLORIA SPRINGER
BEVERIDGE CLAIMS
PO BOX 9505
FREDERICKSBURG VA 22403

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

OPEN AUTO CLAIMS

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

3.958.  | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim** |

GEICO INDEMNITY CO FOR JOHN GARZILLO
LAW OFFICES OF RICKY JLUCYK
ALEXANDRA HINTZ ESQ
2 HUNTINGTON QUADRANGLE
STE 2N01
MELVILLE NY 11747

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Basis for the claim:**

LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.959.  | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim** |

GEICO INDEMNITY CO FOR VAL MAYO
LAW OFFICES OF RICKY JLUCYK
KATHLEEN A GARVESON ESQ
2 HUNTINGTON QUADRANGLE
STE 2N01
MELVILLE NY 11747

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Basis for the claim:**

LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.960.  | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim** |

GEICO INDEMNITY CO FOR ZORAIDA MIRANDA
LAW OFFICES OF RICKY JLUCYK
KATHLEEN A GARVESON ESQ
2 HUNTINGTON QUADRANGLE
STE 2N01
MELVILLE NY 11747

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Basis for the claim:**

LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                                Case number *(if known)* **19-12809**

| 3.961. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.961.  **Nonpriority creditor's name and mailing address**

GEICO INS
PO BOX 9111
MACON GA 31208

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**
_____

**Basis for the claim:**
OPEN AUTO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.962.  **Nonpriority creditor's name and mailing address**

GEICO INSURANCE CO FOR ANNAMARIA
MAIAKIS
LAW OFFICES OF RICKY JLUCYK
KATHLEEN A GARVESON ESQ
2 HUNTINGTON QUADRANGLE
STE 2N01
MELVILLE NY 11747

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**
_____

**Basis for the claim:**
LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.963.  **Nonpriority creditor's name and mailing address**

GEICO INSURANCE FOR ANH HUE DIEC
LAW OFFICES OF RICKY JLUCYK
JAMES N DONOVAN ESQ
2 HUNTINGTON QUADRANGLE
STE 2N01
MELVILLE NY 11747

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**
_____

**Basis for the claim:**
LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **New England Motor Freight, Inc.**                                                      Case number *(if known)* **19-12809**

---

| 3.964. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

GEICO INSURANCE FOR COURTNEY DITTMAR
LAW OFFICES OF RICKY JLUCYK
JAMES N DONOVAN ESQ
2 HUNTINGTON QUADRANGLE
STE 2N01
MELVILLE NY 11747

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**
_____

**Basis for the claim:**
LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.965. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

GEICO V DAVID WOOD ET AL
TANGO DICKINSON LORENZO MCDERMOTT ET
AL
WILLIAM HAHN ESQ
75 MAIN ST
PO BOX 192
MILLBURN NJ 07041

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**
_____

**Basis for the claim:**
LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.966. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

GEL SPICE CO INC
JACOB HERTZ
48 HOOK ROAD
BAYONNE NJ 07002-5007

☐ Contingent
☐ Unliquidated
☐ Disputed

$51.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | **New England Motor Freight, Inc.** | Case number *(if known)* **19-12809** |
|---|---|---|

**3.967.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

GENCO CLAIM MANAGEMENT
SHARON PINGEL
1400 LOMBARDI AVE STE 204
GREEN BAY WI 54304-3922

☐ Contingent
☐ Unliquidated
☑ Disputed

$6,426.11

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.968.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

GENCO CLAIM MANAGEMENT
SHARON PINGEL
1400 LOMBARDI AVE STE 204
GREEN BAY WI 54304

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,381.36

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.969.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

GENERAL CABLE
JULIE WEBSTER
4 TESSENEER DR
HIGHLAND HEIGHTS KY 41076-9167

☐ Contingent
☐ Unliquidated
☑ Disputed

$313.13

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| 3.970. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

GENERAL CABLE
JULIE WEBSTER
4 TESSENEER DRIVE
HIGHLAND HEIGHTS KY 41076-9167

☐ Contingent
☐ Unliquidated
☐ Disputed

$2,267.37

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.971. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

GENERAL TRUCKING REPAIR, LLC
745 ROUTE 17 NORTH, 2ND FLR
CARLSTADT NJ 07072

☐ Contingent
☐ Unliquidated
☐ Disputed

$32,082.20

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.972. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

GENERATION LOGISTICS
STEVEN SANICHAR
150-10 132ND AVE
JAMAICA NY 11434-3500

☐ Contingent
☐ Unliquidated
☑ Disputed

$19,031.67

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| 3.973. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.973.    **Nonpriority creditor's name and mailing address**

GEODIS WILSON
AMBER MALCHIODI
85 NORTHFIELD AVE
EDISON NJ 08837-3806

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Amount of claim**

$35,153.24

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.974.    **Nonpriority creditor's name and mailing address**

GEORGE BALDWIN
11SCOTT RD
TERRYVILLE CT 06786

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

OPEN AUTO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.975.    **Nonpriority creditor's name and mailing address**

GEORGIA PACIFIC
SHARON PINGEL
PO BOX 281523
ATLANTA GA 30384-1523

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Amount of claim**

$6,084.79

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **New England Motor Freight, Inc.**                    Case number *(if known)* **19-12809**

**3.976.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

GHENT MANUFACTURING INC
CORY BOWERS
2999 HENKLE DR
LEBANON OH 45036-9260

☐ Contingent
☐ Unliquidated
☑ Disputed

$2,497.32

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.977.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

GINSEY IND INC
2078 CENTER SQUARE RD
SWEDESBORO NJ 08085-1703

☑ Contingent
☐ Unliquidated
☑ Disputed

$657.18

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

OVERCHARGE CLAIMS

**Is the claim subject to offset?**

☐ No
☑ Yes

---

**3.978.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

GINSEY INDUSTRIES
KELLY WOOD
2078 CENTER SQUARE RD
SWEDESBORO NJ 08085-1703

☐ Contingent
☐ Unliquidated
☑ Disputed

$12,396.13

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

| Debtor | **New England Motor Freight, Inc.** | Case number *(if known)* **19-12809** |

---

| 3.979. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

GITI
CHR
14800 CHARLSON RD #2100
EDEN PRAIRIE MN 55344

$113.25

☑ Contingent
☐ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

OVERCHARGE CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

---

| 3.980. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

GIVENS LOGISTICS
LISA REYNARD
1720 S MILITARY HWY
CHESAPEAKE VA 23320-2612

$3,831.93

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.981. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

GIVENS LOGISTICS
MICHAEL FAIRCHILD
1720 S MILITARY HWY
CHESAPEAKE VA 23320-2612

$1,565.44

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                      Case number *(if known)* **19-12809**

---

**3.982.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

GL & V USA, INC
ATTN: KIM BUTLAND
1 CELLU DRIVE ☐ SUITE 200
NASHUA NH 03063-1008

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$494.41

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.983.** **Nonpriority creditor's name and mailing address**

GLADHILL TRACTOR MART, INC
5509 MT ZION ROAD
FREDERICK MD 21703-4500

As of the petition filing date, the claim is: *Check all that apply.*

☒ Contingent
☐ Unliquidated
☒ Disputed

**Amount of claim**

$247.53

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

OVERCHARGE CLAIMS

**Is the claim subject to offset?**

☐ No
☒ Yes

---

**3.984.** **Nonpriority creditor's name and mailing address**

GLADIEUX TRADING & MARKETING
4133 NEW HAVEN AVENUE
FORT WAYNE IN 46803-1643

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$35,631.92

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                                    Case number *(if known)* **19-12809**

---

| 3.985. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

GLAMBIA PERFORMANCE NUTRITION
%TRANSPLACE TEXAS LP, TAMMY SHOOK
P O BOX 425
LOWELL AR 72745-0425

☐ Contingent
☐ Unliquidated
☑ Disputed

$6,240.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.986. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

GLANBIA PERFORMANCE NUTRITION
% TRANSPLACE TEXAS LP
PO BOX 518
LOWELL AR 72745-0518

☐ Contingent
☐ Unliquidated
☑ Disputed

$3,881.28

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.987. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

GLANBIA PERFORMANCE NUTRITION
C/O TRANSPLACE TEXAS LP
PO BOX 518
LOWELL AR 72745-0518

☐ Contingent
☐ Unliquidated
☐ Disputed

$306.72

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                                          Case number *(if known)* **19-12809**

| | | |
|---|---|---|
| 3.988. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

GLASFLOSS IND
JOANNE KING
310 MAIN AVE WAY SE
HICKORY NC 28602-3513

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**
$210.18

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.989. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

GLASFLOSS INDUSTRIES
JOANNE KING
310 MAIN AVE WAY SE
HICKORY NC 28602-3513

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**
$502.56

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.990. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

GLEN PECK ELECTRIC INC.
300 FOOTE STREET
MIDDLEBURY VT 05753

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**
$3,682.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **New England Motor Freight, Inc.**                                     Case number *(if known)* **19-12809**

| 3.991. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

GLOBAL EQUIPMENT
MELISSA CAPPS
2505 MILL CENTER PKWY STE 100
BUFORD GA 30518-3700

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

$2,222.93

| 3.992. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

GLOBAL INGREDIENTS
GRIFFITH JONES
317 9TH AVENUE
PATERSON NJ 07514-2310

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

$413.36

| 3.993. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

GLOBAL TRANSPORT LOGISTICS
LARRY DI PASQUALE
208 HARRISTOWN RD STE 201
GLEN ROCK NJ 07452-3308

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

$6,184.54

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| 3.994. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

GLOBAL TRANSPORT LOGISTICS
KIMBERLY ROTH
208 HARRISTOWN RD STE 201
GLEN ROCK NJ 07452-3308

☐ Contingent
☐ Unliquidated
☑ Disputed

$10,172.32

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.995. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

GLOBAL TRANSPORT LOGISTICS
KIMBERLY ROTH
208 HARRISTOWN RD STE 201
GLEN ROCK NJ 07452-3308

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,828.98

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.996. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

GLOBAL TRANZ
JOHN THOMPSON
PO BOX 6348
SCOTTSDALE AZ 85251

☐ Contingent
☐ Unliquidated
☑ Disputed

$2,626.80

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| 3.997. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

**3.997.** **Nonpriority creditor's name and mailing address**

GLOBAL TRANZ
STEPHANIE ORTIZ
PO BOX 6348
SCOTTSDALE AZ 85251-2611

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Amount of claim**

$6,547.10

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.998.** **Nonpriority creditor's name and mailing address**

GLOBAL TRANZ
CLAIMS DEPT
PO BOX 6348
SCOTTSDALE AZ 85251

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Amount of claim**

$15,253.12

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.999.** **Nonpriority creditor's name and mailing address**

GLOBAL TRANZ
ATTN LEGAL DEPT
5415 E. HIGH ST.
PHOENIX AZ 85054

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

**Amount of claim**

$83.03

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

OVERCHARGE CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

| Debtor | **New England Motor Freight, Inc.** | Case number *(if known)* **19-12809** |
|---|---|---|

---

**3.1000.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

GLOBAL TRANZ
C/O GT FREIGHT AUDIT PYMT
PO BOX 6348
SCOTTSDALE AZ 85251

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**
$539.31

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.1001.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

GLOBAL TRANZ
PAT O'MALLEY
PO BOX 160
GOSHEN AR 72735-0160

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**
$425.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.1002.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

GLOBAL TRANZ
STEPHANIE ORTIZ
PO BOX 6348
SCOTTSDALE AZ 85251-4569

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**
$3,825.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                                    Case number *(if known)* **19-12809**

---

3.1003. **Nonpriority creditor's name and mailing address**

GLOBALTRANZ
SHANNON X104(CONTROLLER)
P O BOX 6348
SCOTTSDALE AZ 85258-1013

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

OVERCHARGE CLAIMS

**Is the claim subject to offset?**

☐ No
☑ Yes

| Amount of claim |
| --- |
| $1,140.48 |

---

3.1004. **Nonpriority creditor's name and mailing address**

GLOBALTRANZ
7350 N.DOBSON RD
SCOTTSDALE AZ 85258

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| $346.81 |

---

3.1005. **Nonpriority creditor's name and mailing address**

GLOBALTRANZ ENT INC
SHANNON X104(CONTROLLER)
P O BOX 6348
SCOTTSDALE AZ 85258-1013

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

OVERCHARGE CLAIMS

**Is the claim subject to offset?**

☐ No
☑ Yes

| Amount of claim |
| --- |
| $707.95 |

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

| 3.1006. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

GLOSTER FURNITURE
WENDY THOMASON
PO BOX 738
SOUTH BOSTON VA 24592-0738

☐ Contingent
☐ Unliquidated
☒ Disputed

$1,405.75

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.1007. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

GLT
4995 NW 72ND AVE
STE 200
MIAMI FL 33166

☒ Contingent
☐ Unliquidated
☒ Disputed

$283.18

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

OVERCHARGE CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☒ Yes

---

| 3.1008. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

GLT
4995 NW 72ND AVE
SUITE 200
MIAMI FL 33166

☐ Contingent
☐ Unliquidated
☐ Disputed

$111.70

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

| 3.1009. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---------|------|------|------|
|         | GLT INC<br>CARLOS VALEZ<br>4995 NW 72ND AVE, STE 200<br>MIAMI FL 33166-5643 | ☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | $25,000.00 |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.1010. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---------|------|------|------|
|         | GLT TRANS GROUP<br>4995 NW 72ND AVE<br>STE 200<br>MIAMI FL 33166 | ☑ Contingent<br>☐ Unliquidated<br>☑ Disputed | $166.44 |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

OVERCHARGE CLAIMS

**Is the claim subject to offset?**

☐ No
☑ Yes

---

| 3.1011. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---------|------|------|------|
|         | GOETZ ENERGY CORPORATION<br>P.O. BOX A<br>BUFFALO NY 14217-0305 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $39,422.69 |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

3.1012.   **Nonpriority creditor's name and mailing address**

GOJO INDUSTRIES
FREIGHT CLAIMS
P O BOX 991
AKRON OH 44309-0991

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| $5,117.00 |

---

3.1013.   **Nonpriority creditor's name and mailing address**

GOJO INDUSTRIES
FREIGHT CLAIMS
PO BOX 991
AKRON OH 44309-0991

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| $8,725.14 |

---

3.1014.   **Nonpriority creditor's name and mailing address**

GOJO INDUSTRIES
GOJO CLAIMS ADMINISTRATOR
PO BOX 991
AKRON OH 44309-0991

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| $47,416.34 |

---

Debtor   **New England Motor Freight, Inc.**                                                        Case number *(if known)* **19-12809**

| 3.1015. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.1015.   **Nonpriority creditor's name and mailing address**

GOJO INDUSTRIES
GOJO CLAIMS ADMINISTRATION
PO BOX 991
AKRON OH 44309-0991

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$962.38

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.1016.   **Nonpriority creditor's name and mailing address**

GOLDEN PYRAMID ENTERPRISES,INC
2854 W VERMONT STREET
BLUE ISLAND IL 60406

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$4,330.48

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.1017.   **Nonpriority creditor's name and mailing address**

GOLDFARB ELECTRIC
LARRY HILLIARD
116 VIRGINIA ST E
CHARLESTON WV 25301-2519

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$24.05

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **New England Motor Freight, Inc.**                                      Case number *(if known)* **19-12809**

---

**3.1018.** **Nonpriority creditor's name and mailing address**

GOLUB CORP
ATTN: TRAFFIC-MB17/B ROBERTS
501 DUANESBURG ROAD
SCHENECTADY NY 12306

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

| As of the petition filing date, the claim is: | Amount of claim |
|---|---|
| *Check all that apply.* | $3,656.27 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.1019.** **Nonpriority creditor's name and mailing address**

GONZAGA*STALIN
Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

| As of the petition filing date, the claim is: | Amount of claim |
|---|---|
| *Check all that apply.* | UNDETERMINED |

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**

PENDING WORKERS' COMPENSATION
CLAIM

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.1020.** **Nonpriority creditor's name and mailing address**

GOOD FOOD INC
CHESTER MILLISOCK
4960 HORSESHOE PIKE
HONEY BROOK PA 19344-1361

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

| As of the petition filing date, the claim is: | Amount of claim |
|---|---|
| *Check all that apply.* | $784.00 |

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                  Case number *(if known)* **19-12809**

---

| 3.1021. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

GOODING COMPANY INC
BRIANNA BARRETT
5568 DAVISON RD
LOCKPORT NY 14094-9090

☐ Contingent
☐ Unliquidated
☑ Disputed

$5,130.44

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.1022. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

GOODMAN REICHWALD
JOHN DEERE CO
PO BOX 26067
MILWAUKEE WI 53226-0067

☑ Contingent
☐ Unliquidated
☑ Disputed

$1,199.59

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

OVERCHARGE CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

---

| 3.1023. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

GOODYEAR TIRE & RBR
% LOGISTIC CONCEPTS
PO BOX 362
CUYAHOGA FALLS OH 44222-0362

☐ Contingent
☐ Unliquidated
☑ Disputed

$1,051.40

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor  **New England Motor Freight, Inc.**                                Case number *(if known)* **19-12809**

---

**3.1024.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

GOODYEAR TIRE & RBR CO
%LOGISTIC CONCEPTS
PO BOX 362
CUYAHOGA FALLS OH 44222-0362

☐ Contingent
☐ Unliquidated
☐ Disputed

$105.50

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1025.** **Nonpriority creditor's name and mailing address**

GOODYEAR TIRE & RUBBER
P.O. BOX 277808
ATLANTA GA 30384-7808

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$2,923.84

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1026.** **Nonpriority creditor's name and mailing address**

GOODYEAR TIRE & RUBBER CO
LOGISTIC CONCEPTS
PO BOX 362
CUYAHOGA FALLS OH 44222-0362

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Amount of claim**

$523.28

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

3.1027.  **Nonpriority creditor's name and mailing address**

GOODYEAR TIRE & RUBBER COMPANY
% LOGISTIC CONCEPTS
PO BOX 362
CUYAHOGA FALLS OH 44222-0362

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| $186.70 |

---

3.1028.  **Nonpriority creditor's name and mailing address**

GRANAT INDUSTRIES
% WORLDWIDE EXPRESS
2323 VICTORY AVE STE 1600
DALLAS TX 75219-7657

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

3.1029.  **Nonpriority creditor's name and mailing address**

GRAND*JOCEPHUS
Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

PENDING WORKERS' COMPENSATION
CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

3.1030. **Nonpriority creditor's name and mailing address**

GRATTON*GERARD
Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**

PENDING WORKERS' COMPENSATION
CLAIM

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1031. **Nonpriority creditor's name and mailing address**

GRAY METAL PRODUCTS
KENNETH BREEMES
495 ROCHESTER ST
AVON NY 14414-9503

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$2,992.87

---

3.1032. **Nonpriority creditor's name and mailing address**

GRAY*JOHN
Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**

PENDING WORKERS' COMPENSATION
CLAIM

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor   **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

3.1033. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

GRAYBAR ELECTRIC
STACEY DORAN
105 FIELDCREST AVE STE 602
EDISON NJ 08837-3628

☐ Contingent
☐ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.1034. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

GRAYBAR ELECTRIC CO
SANDRA DOOLEY
350 METRO PARK
ROCHESTER NY 14623-2614

☐ Contingent
☐ Unliquidated
☐ Disputed

$140.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.1035. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

GRAZIANO*THOMAS
Address Intentionally Omitted

☐ Contingent
☑ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

PENDING WORKERS' COMPENSATION
CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                        Case number *(if known)* **19-12809**

---

**3.1036.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

GREAT AMERICAN ASSURANCE CO
301 E FOURTH ST
CINCINNATI OH 45202

☑ Contingent
☑ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

TRADE PAYABLES - INSURANCE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1037.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

GREAT DANE LLC
BOX 67
SAVANNAH GA 31402

☑ Contingent
☐ Unliquidated
☐ Disputed

$766,575.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

EQUIPMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1038.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

GREAT LAKES FULFILLM
KIM A/P CONTACT EXT 201
41 CANAL STREET
LEWISTON ME 04240-7764

☑ Contingent
☐ Unliquidated
☑ Disputed

$437.23

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

OVERCHARGE CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

---

Debtor   **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| | | |
|---|---|---|
| 3.1039. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

GREEN LIGHT NATIONAL
% SCHNEIDER LOGISTICS INC
PO BOX 78158
MILWAUKEE WI 53278-8158

☐ Contingent
☐ Unliquidated
☑ Disputed

**Amount of claim**

$3,030.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.1040. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

GREEN MOUNTAIN ELECTRIC
ROSE HARRINGTON
356 RATHE RD
COLCHESTER VT 05446-1505

☐ Contingent
☐ Unliquidated
☑ Disputed

**Amount of claim**

$1,017.80

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.1041. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

GREEN MOUNTAIN FEEDS
TAMARA MILLER
65 MAIN ST
BETHEL VT 05032-9065

☐ Contingent
☐ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **New England Motor Freight, Inc.**                                                    Case number *(if known)* **19-12809**

---

3.1042.  **Nonpriority creditor's name and mailing address**

GREEN MOUNTAIN POWER CORP
PO BOX 1611
BRATTLESBORO VT 05302-1611

| As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|
| ☐ Contingent | $3,649.29 |
| ☐ Unliquidated | |
| ☐ Disputed | |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.1043.  **Nonpriority creditor's name and mailing address**

GREEN VALLEY PECAN CO
JENNIFER HIGHTOWER
1525 E SAHUARITA RD
SAHUARITA AZ 85629-8001

| As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|
| ☐ Contingent | $14,152.74 |
| ☐ Unliquidated | |
| ☑ Disputed | |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.1044.  **Nonpriority creditor's name and mailing address**

GREEN WORLDWIDE
% CTS
1915 VAUGHN RD
KENNESAW GA 30144-4502

| As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|
| ☐ Contingent | $21,332.50 |
| ☐ Unliquidated | |
| ☑ Disputed | |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

**3.1045.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

GREENWAY EQUIPMENT SALES
GARY WHITTINGTON II
1701 HAMMOND ST
BANGOR ME 04401-1112

☐ Contingent
☐ Unliquidated
☒ Disputed

$2,070.76

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.1046.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

GRM DOCUMENT MANAGEMENT
ROI RPOCESSING
2002 SOUTH EAST STREET
INDIANAPOLIS IN 46225

☐ Contingent
☐ Unliquidated
☐ Disputed

$4.50

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.1047.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

GROLEMUND*ROBERTO
Address Intentionally Omitted

☐ Contingent
☒ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

PENDING WORKERS' COMPENSATION
CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                      Case number *(if known)* **19-12809**

---

3.1048.  **Nonpriority creditor's name and mailing address**

GROUNDWATER & ENVIRONMENTAL
SERVICES, INC
440 CREAMERY WAY, STE 500
EXTON PA 19341-2577

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
| --- |
| $1,558.19 |

---

3.1049.  **Nonpriority creditor's name and mailing address**

GSI LLC
3086 MOMENTUM PLACE
CHICAGO IL 60689-5330

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
| --- |
| $1,197.00 |

---

3.1050.  **Nonpriority creditor's name and mailing address**

GSM ROOFING
345 S READING ROAD
EPHRATA PA 17522

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
| --- |
| $56,735.37 |

---

Debtor    **New England Motor Freight, Inc.**                              Case number *(if known)* **19-12809**

---

**3.1051.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
--- | --- | --- | ---

**3.1051.**

**Nonpriority creditor's name and mailing address**

GTT COMMUNICATIONS
PO BOX 842630
DALLAS TX 75284-2630

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$90.20

---

**3.1052.**

**Nonpriority creditor's name and mailing address**

GUARANTY FUND MANAGEMENT SERVICES
Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☑ Disputed

**Basis for the claim:**

WORKERS' COMPENSATION PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$5,000.00

---

**3.1053.**

**Nonpriority creditor's name and mailing address**

GUNNING & LAFAZIA, INC
33 COLLEGE HILL RD
STE 25B
WARWICK RI 02886

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$4,299.95

---

Debtor   **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

**3.1054.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

GUTTMAN OIL CO
PO BOX 536250
PITTSBURGH PA 15253-5904

☐ Contingent
☐ Unliquidated
☐ Disputed

$66,182.80

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1055.** **Nonpriority creditor's name and mailing address**

H & S TOWING SERV, INC
4180 CHAMBERS HILL ROAD
HARRISBURG PA 17111

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$2,394.80

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1056.** **Nonpriority creditor's name and mailing address**

H&M EQUIPMENT COMPANY INC
CYNTHIA RAY
4551 STATE HWY 30
AMSTERDAM NY 12010-6211

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Amount of claim**

$816.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

| 3.1057. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

H&R CONSTRUCTION
C/O FRANKLIN GLOBAL
P O BOX 100
RANSOMVILLE NY 14131-0100

☐ Contingent
☐ Unliquidated
☐ Disputed

$912.25

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.1058. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

HAAS INTL GROUP
% ODYSSEY LOGISTICS
PO BOX 19749 DEPT 123
CHARLOTTE NC 28219-9749

☐ Contingent
☐ Unliquidated
☑ Disputed

$7,557.60

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.1059. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

HAB-DIT (ER)
P.O. BOX 995
BANGOR PA 18013-0995

☐ Contingent
☐ Unliquidated
☐ Disputed

$214.09

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor  **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

3.1060.  **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

HAGERSTOWN AUTOMOTIVE, INC.
71 WEST LEE STREET
HAGERSTOWN MD 21740

☐ Contingent
☐ Unliquidated
☐ Disputed

$288.27

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.1061.  **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

HAINES JONES & CADBURY
MELISSA BILBREY
517 MICA CIR
CROSSVILLE TN 38571-2849

☐ Contingent
☐ Unliquidated
☒ Disputed

$319.90

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.1062.  **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

HALE TRAILER & BRAKE & WHEEL
P. O. BOX 1400
VOORHEES NJ 08043

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,107.87

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

3.1063.  **Nonpriority creditor's name and mailing address**

HAMMER'S TOWING, LLC
PO BOX 80282
TOLEDO OH 43608

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
|---|
| $125.00 |

---

3.1064.  **Nonpriority creditor's name and mailing address**

HAMMOND MFG
KATHY JAKUBOWSKI
475 CAYUGA RD STE 100
CHEEKTOWAGA NY 14225-1309

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
|---|
| $1,438.57 |

---

3.1065.  **Nonpriority creditor's name and mailing address**

HANDY*BRIAN
Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

PENDING WORKERS' COMPENSATION
CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
|---|
| UNDETERMINED |

---

| Debtor | **New England Motor Freight, Inc.** | Case number *(if known)* **19-12809** |
|---|---|---|

---

**3.1066.** | **Nonpriority creditor's name and mailing address**

HANSON SIGN COMPANY
SUSAN LYNDSLEY
82 CARTER ST
FALCONER NY 14733-1406

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.1067.** | **Nonpriority creditor's name and mailing address**

HAR ADHESIVES
DENNIS GROSEL
3940 BROADWAY
CHEEKTOWAGA NY 14227-1104

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$1,507.86

---

**3.1068.** | **Nonpriority creditor's name and mailing address**

HARBORSIDE LOGISTICS
PATRICIA CONRAD
94 COMMERCIAL ST STE 201
PORTLAND ME 04101-4738

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

| 3.1069. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

HARDWICK*GREGORY
Address Intentionally Omitted

☐ Contingent
☑ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Basis for the claim:**

PENDING WORKERS' COMPENSATION
CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.1070. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

HARDWOOD PRODUCTS CO
RUTH LONDON
PO BOX 149
GUILFORD ME 04443-0149

☐ Contingent
☐ Unliquidated
☑ Disputed

$700.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.1071. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

HARFORD*CHRISTOPHER
Address Intentionally Omitted

☐ Contingent
☑ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Basis for the claim:**

PENDING WORKERS' COMPENSATION
CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| Debtor | **New England Motor Freight, Inc.** | Case number *(if known)* **19-12809** |

---

3.1072. **Nonpriority creditor's name and mailing address**

HARMONY PRINTING
2290 WEST COUNTY LINE RD.
SUITE LL6
JACKSON NJ 08527

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| $371.00 |

---

3.1073. **Nonpriority creditor's name and mailing address**

HARRINGTON*WILLIAM
Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

PENDING WORKERS' COMPENSATION
CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

3.1074. **Nonpriority creditor's name and mailing address**

HARRIS FIRE PROTECTION CO INC
50 KANE STREET
BALTIMORE MD 21224

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| $350.11 |

---

Debtor    **New England Motor Freight, Inc.**                                        Case number *(if known)* **19-12809**

---

3.1075.  **Nonpriority creditor's name and mailing address**

HARRIS TEA CO
KRISTIN VAN PELT
344 NEW ALBANY RD
MOORESTOWN NJ 08057-1167

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| $815.34 |

---

3.1076.  **Nonpriority creditor's name and mailing address**

HARRIS*IVAN
Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

PENDING WORKERS' COMPENSATION
CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

3.1077.  **Nonpriority creditor's name and mailing address**

HARRS AUTO GLASS, INC
2630 PARSONS AVE
COLUMBUS OH 43207

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| $205.00 |

---

Debtor   **New England Motor Freight, Inc.**                                          Case number *(if known)* **19-12809**

| 3.1078. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | HARTFORD FIRE INSURANCE CO<br>ONE HARTFORD PLZ<br>HARTFORD CT 06155-0001 | ☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>TRADE PAYABLES - INSURANCE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.1079. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | HARTFORD FIRE INSURANCE COMPANY<br>THOMAS MAKUCH<br>Address Intentionally Omitted | ☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | $6,108,373.00 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>WORKERS' COMPENSATION PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.1080. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | HARTZ MOUNTAIN CO<br>ROBERT MILLER<br>305 BROADWAY<br>JERSEY CITY NJ 07306-6712 | ☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | $2,233.68 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>CARGO CLAIMS | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

3.1081. **Nonpriority creditor's name and mailing address**

HASBRO INC
PAULA ALDCROFT
200 NARRAGANSETT PARK DR
PAWTUCKET RI 02862-3124

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☑ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| $13,910.88 |

---

3.1082. **Nonpriority creditor's name and mailing address**

HATFIELD & ASSOCIATES
TIFFANY OSBAHR
5100 POPLAR AVE STE 3119
MEMPHIS TN 38137-4000

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☑ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| $6,100.00 |

---

3.1083. **Nonpriority creditor's name and mailing address**

HAUSER'S TRUCK SERVICE INC
850 CHURCH STREET
CATASAUQUA PA 18032

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| $5,700.55 |

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

| 3.1084. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

HAZLETON EQUIPMENT CO
441 S CHURCH STREET
HAZLETON PA 18201

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,547.49

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS          ACCOUNTS PAYABLE

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.1085. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

HAZLETON OIL & ENVIRONMENTAL
300 S TAMAQUA ST
HAZLETON PA 18201-7913

☐ Contingent
☐ Unliquidated
☐ Disputed

$2,025.00

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS          ACCOUNTS PAYABLE

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.1086. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

HD SUPPLY
VANESSA HUDSON
3400 CUMBERLAND BLVD 7TH FLR
ATLANTA GA 30339-4435

☐ Contingent
☐ Unliquidated
☒ Disputed

$243.00

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS          CARGO CLAIMS

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

| 3.1087. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

HD SUPPLY
DEJWAUN HARRIS
3400 CUMBERLAND BLVD 7TH FLR
ATLANTA GA 30339-4435

☐ Contingent
☐ Unliquidated
☑ Disputed

$1,335.88

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.1088. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

HD SUPPLY
FM FREIGHT CLAIMS
3400 CUMBERLAND BLVD 7TH FLR
ATLANTA GA 30339-4435

☐ Contingent
☐ Unliquidated
☑ Disputed

$1,714.54

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.1089. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

HD SUPPLY
DEJWAUN HARRIS
3400 CUMBERLAND BLVD
7TH FLR
ATLANTA GA 30339-4435

☐ Contingent
☐ Unliquidated
☐ Disputed

$537.69

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

**3.1090.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
|||

HD SUPPLY
FM FREIGHT CLAIMS
3400 CUMBERLAND BLVD 7T
ATLANTA GA 30339-1113

☐ Contingent
☐ Unliquidated
☐ Disputed

$2,384.44

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1091.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

HD SUPPLY FACILITIES MAINTENANCE
JESSICA ARNOLD
101 RIVERVIEW PKWY
SANTEE CA 92071-5805

☐ Contingent
☐ Unliquidated
☑ Disputed

$654.72

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1092.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

HEALTHTRUST PURCHASING GROUP
HPG C/O WELLS FARGO,#090143067
FOR MOLD RITE PLASTICS
P O BOX 751576
CHARLOTTE NC 28275-1576

☐ Contingent
☐ Unliquidated
☐ Disputed

$447.96

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                Page 366 of 899

Debtor    **New England Motor Freight, Inc.**                                                                    Case number *(if known)* **19-12809**

---

3.1093. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim** |
| | *Check all that apply.* | |

HEARTH & HOME
% WILLIAMS ASSOCIATES INC
405 E 78TH ST
BLOOMINGTON MN 55420-1251

☐ Contingent
☐ Unliquidated
☑ Disputed

$948.60

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.1094. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim** |
| | *Check all that apply.* | |

HEARTH & HOME
C/O WILLIAMS & ASSOCIATES
405 E 78TH STREET
BLOOMINGTON MN 55420-1251

☐ Contingent
☐ Unliquidated
☐ Disputed

$299.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.1095. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim** |
| | *Check all that apply.* | |

HEAVY DUTY PARTS
29787 NETWORK PLACE
CHICAGO IL 60673-1787

☐ Contingent
☐ Unliquidated
☐ Disputed

$282.62

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **New England Motor Freight, Inc.**                                      Case number *(if known)* **19-12809**

---

3.1096. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

HENDERSHOT*EDWARD
Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Basis for the claim:**

PENDING WORKERS' COMPENSATION
CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.1097. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

HENDERSHOT*EDWARD
Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Basis for the claim:**

PENDING WORKERS' COMPENSATION
CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.1098. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

HENRY JASKULSKI
ROBB LEONARD MULVIHILL LLP
R SEAN OCONNELL ESQ
BNY MELLON CENTER
500 GRANT ST STE 2300
PITTSBURGH PA 15219

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Basis for the claim:**

LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                              Case number *(if known)* **19-12809**

| | | |
|---|---|---|
| 3.1099. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

HERCULES TRUCK&TRAILER REPAIR
2 NEW STREET
EAST RUTHERFORD NJ 07073

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                      ACCOUNTS PAYABLE

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☒ No
☐ Yes

| **Amount of claim** |
|---|
| $29,829.56 |

---

| | | |
|---|---|---|
| 3.1100. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

HERITAGE MAINTENANCE PROD, LLC
P O BOX 2178
BLUE BELL PA 19422-2178

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                      ACCOUNTS PAYABLE

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☒ No
☐ Yes

| **Amount of claim** |
|---|
| $471.98 |

---

| | | |
|---|---|---|
| 3.1101. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

HERITAGE-CRYSTAL CLEAN, LLC
13621 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693-0136

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                      ACCOUNTS PAYABLE

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☒ No
☐ Yes

| **Amount of claim** |
|---|
| $3,591.07 |

Debtor    **New England Motor Freight, Inc.**                                                    Case number *(if known)* **19-12809**

---

3.1102. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

*Check all that apply.*

HERSHEY CREAMERY COMPANY
MARLENE SMITH
301 S. CAMERON ST.
HARRISBURG PA 17101-2815

☐ Contingent
☐ Unliquidated
☐ Disputed

$516.00

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                      ACCOUNTS PAYABLE

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☒ No
☐ Yes

---

3.1103. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

*Check all that apply.*

HERTZ FURNITURE
STACEY FORBES
170 WILLIAMS DR
RAMSEY NJ 07446-2907

☐ Contingent
☐ Unliquidated
☒ Disputed

$755.69

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                      CARGO CLAIMS

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☒ No
☐ Yes

---

3.1104. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

*Check all that apply.*

HFC PRESTIGE
RAMON CORDOVA
10123 ALLIANCE RD
STE 320
CINCINNATI OH 45252

☐ Contingent
☐ Unliquidated
☐ Disputed

$195.45

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                      ACCOUNTS PAYABLE

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor   **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

3.1105. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

HI DE LINERS INC
TERRY ALLEN
131 W MAIN ST
ORANGE MA 01364-1150

$1,111.13

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.1106. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

HI LOGISTICS NJ INC
CHRISTIAN KIM
910 SYLVAN AVE
ENGLEWOOD CLIFFS NJ 07632-3306

$6,409.00

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.1107. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

HIGBEE*LEON
Address Intentionally Omitted

UNDETERMINED

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

PENDING WORKERS' COMPENSATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor   **New England Motor Freight, Inc.**                                        Case number *(if known)* **19-12809**

---

3.1108. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim** |

*Check all that apply.*

HIGHPIAINS LLC
16 HIGH ST
PLAINVILLE MA 02762

UNDETERMINED

☑ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**                    **Basis for the claim:**

_____              OPEN AUTO CLAIMS FOR PAYMENT

**Last 4 digits of account number:**                  **Is the claim subject to offset?**

☑ No
☐ Yes

---

3.1109. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim** |

*Check all that apply.*

HIGH-TECH AUTO MACHINE SHOP
404 BRIDGE STREET
WEISSPORT PA 18235

$15,106.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**                    **Basis for the claim:**

VARIOUS                                         ACCOUNTS PAYABLE

**Last 4 digits of account number:**                  **Is the claim subject to offset?**

☑ No
☐ Yes

---

3.1110. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim** |

*Check all that apply.*

HILLSIDE PLASTICS CO
SANDY JIMENEZ
125 LONG AVE
HILLSIDE NJ 07205-2350

$16,650.00

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date or dates debt was incurred**                    **Basis for the claim:**

VARIOUS                                         CARGO CLAIMS

**Last 4 digits of account number:**                  **Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **New England Motor Freight, Inc.**                                Case number *(if known)* **19-12809**

| 3.1111. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

HIRZEL CANNING
ARUN TRIPATHI
411 LEMONYNE RD
NORTHWOOD OH 43619-9727

☐ Contingent
☐ Unliquidated
☒ Disputed

$4,000.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.1112. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

HNI CORPORATION
% SCHNEIDER LOGISTICS
PO BOX 78158
MILWAUKEE WI 53278-8158

☐ Contingent
☐ Unliquidated
☒ Disputed

$2,069.64

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.1113. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

HOBART CORP
BRENDA HYLAND
3775 LAKE PARK DR
COVINGTON KY 41017-9603

☐ Contingent
☐ Unliquidated
☒ Disputed

$14,250.76

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

| Debtor | **New England Motor Freight, Inc.** | Case number *(if known)* **19-12809** |
|---|---|---|

---

**3.1114.** **Nonpriority creditor's name and mailing address**

HOBART CORPORATION
BRENDA HYLAND
3775 LAKE PARK DR
COVINGTON KY 41017-9603

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

$11,970.96

---

**3.1115.** **Nonpriority creditor's name and mailing address**

HODOSH, LYON & HAMMER, LTD
41 COMSTOCK PKWY
SUITE 101
CRANSTON RI 02921

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

$273.38

---

**3.1116.** **Nonpriority creditor's name and mailing address**

HOLLISTER INC
% ECHO GLOBAL LOGIST
600 W CHICAGO AVE STE 725
CHICAGO IL 60654-2801

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☒ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

$187.50

---

Debtor    **New England Motor Freight, Inc.**                                                    Case number *(if known)* **19-12809**

---

**3.1117.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

**3.1117.**    **Nonpriority creditor's name and mailing address**

HOME DEPOT
2450 CUMBERLAND PKWY
TERRY ECKER
ATLANTA GA 30339

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

OVERCHARGE CLAIMS

**Is the claim subject to offset?**

☐ No
☑ Yes

**Amount of claim**

$15,937.96

---

**3.1118.**    **Nonpriority creditor's name and mailing address**

HOME DEPOT
%CONDATA GLOBAL
9830 WEST 190TH ST, STE M
MOKENA IL 60448-5603

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$6,496.85

---

**3.1119.**    **Nonpriority creditor's name and mailing address**

HOME DEPOT CREDIT SERVICES
DEPT *5313
P O BOX 78047
PHOENIX AZ 85062-8047

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$4,005.88

---

Debtor    **New England Motor Freight, Inc.**                                           Case number *(if known)* **19-12809**

---

3.1120. **Nonpriority creditor's name and mailing address**

HOME DEPOT USA INC
2455 PACES FERRY RD
BUILDING C20
ATLANTA GA 30339

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

OPEN AUTO CLAIMS FOR PAYMENT

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
|---|
| UNDETERMINED |

---

3.1121. **Nonpriority creditor's name and mailing address**

HOMEGOODS
DORIS BAGLEY
770 COCHITUATE RD
FRAMINGHAM MA 01701-4666

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
|---|
| $9,853.00 |

---

3.1122. **Nonpriority creditor's name and mailing address**

HOMELITE CONSUMER PRODUCTS
MICHAEL MC MILLAN
203 ORANGE WAY
ANDERSON SC 29621-7673

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
|---|
| $15,269.86 |

---

Debtor   **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

**3.1123.** **Nonpriority creditor's name and mailing address**

HOMER*STANLEY
Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**

PENDING WORKERS' COMPENSATION CLAIM

**Is the claim subject to offset?**

☒ No
☐ Yes

| Amount of claim |
|---|
| UNDETERMINED |

---

**3.1124.** **Nonpriority creditor's name and mailing address**

HONEYWELL ADI
SYDNEY WHELPDALE
346 BELT LINE RD STE 100
COPPELL TX 75019-4721

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☒ No
☐ Yes

| Amount of claim |
|---|
| $1,235.94 |

---

**3.1125.** **Nonpriority creditor's name and mailing address**

HOP & WINE BEVERAGE
% LRG
8500 W 110TH ST STE 300
OVERLAND PARK KS 66210-1874

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☒ No
☐ Yes

| Amount of claim |
|---|
| $3,120.00 |

---

Debtor   **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

| 3.1126. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

HOP INDUSTRIES CORPORATION
TARA GANESH
PO BOX 188
LYNDHURST NJ 07071-0188

☐ Contingent
☐ Unliquidated
☑ Disputed

**Amount of claim** $2,669.70

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.1127. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

HORIZON SOLUTIONS
LEONARD KUNICKI
PO BOX 97
GUILDERLAND CENTER NY 12085-0097

☐ Contingent
☐ Unliquidated
☑ Disputed

**Amount of claim** $4,512.90

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.1128. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

HORNINGS SUPPLY
JANICE DAVIES
23 PARK LA
HEGINS PA 17938-9089

☐ Contingent
☐ Unliquidated
☑ Disputed

**Amount of claim** $44.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

| 3.1129. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

HORNINGS SUPPLY
KATHY MILLER
23 PARK LA
HEGINS PA 17938-9089

☐ Contingent
☐ Unliquidated
☑ Disputed

$504.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.1130. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

HORNINGS SUPPLY
KATHY MILLER
23 PARK LA
HEGINS PA 17938-9089

☐ Contingent
☐ Unliquidated
☐ Disputed

$306.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.1131. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

HORNING'S SUPPLY
KATHY MILLER
23 PARK LA
HEGINS PA 17938-9089

☐ Contingent
☐ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **New England Motor Freight, Inc.**                                              Case number *(if known)* **19-12809**

---

3.1132. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

HOSPITAL FOR SPECIAL SURGERY
IMAGE RECORDS DEPT
525 WAST 71ST STREET
NEW YORK NY 10021

☐ Contingent
☐ Unliquidated
☐ Disputed

$142.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.1133. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

HOSPITALITY BRANDS
NANCY KAMPHAUSEN
185 INDUSTRIAL AVE
RIDGEFIELD PARK NJ 07660-1333

☐ Contingent
☐ Unliquidated
☑ Disputed

$1,324.26

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.1134. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

HOWELL*JASON
Address Intentionally Omitted

☐ Contingent
☑ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

PENDING WORKERS' COMPENSATION
CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**                    Page 380 of 899

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

**3.1135.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

3.1135. | **Nonpriority creditor's name and mailing address**

HOWELL*WARREN
Address Intentionally Omitted

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Basis for the claim:**

PENDING WORKERS' COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.1136. | **Nonpriority creditor's name and mailing address**

HUB CITY TERMINALS
CARGO CLAIMS
36258 TREASURY CTR
CHICAGO IL 60694-6200

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.1137. | **Nonpriority creditor's name and mailing address**

HUB CITY TERMINALS
CARGO CLAIMS
36258 TREASURY CENTER
CHICAGO IL 60694-0001

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$100.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                   Case number *(if known)* **19-12809**

---

3.1138.  **Nonpriority creditor's name and mailing address**

HUB CITY TERMINALS INC
CARGO CLAIMS
36258 TREASURY CENTER
CHICAGO IL 60694-0001

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
|---|
| UNDETERMINED |

---

3.1139.  **Nonpriority creditor's name and mailing address**

HUB CITY TERMINALS INC
CLAIMS
36258 TREASURY CENTER
CHICAGO IL 60694-0001

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
|---|
| $1,014.69 |

---

3.1140.  **Nonpriority creditor's name and mailing address**

HUB GROUP INC
GRACE SEMTANA
2000 CLEARWATER DR
OAK BROOK IL 60523-8809

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
|---|
| $1,639.09 |

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                Page 382 of 899

Debtor    **New England Motor Freight, Inc.**                                     Case number *(if known)* **19-12809**

---

**3.1141.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

HUNT*RICHARD
Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

PENDING WORKERS' COMPENSATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1142.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

HUNTER METAL INDUSTRIES INC
% SCHNEIDER LOGISTICS INC
PO BOX 78158
MILWAUKEE WI 53278-8158

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

$653.42

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1143.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

HUNTER TRUCK SALES & SERVICE
DEPT 105
P O BOX 820849
PHILADELPHIA PA 19182-0849

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$84.99

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

**3.1144.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

HURLEY AND DAVID INC
90 FISK AVENUE
SPRINGFIELD MA 01107

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,211.88

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1145.** **Nonpriority creditor's name and mailing address**      **As of the petition filing date, the claim is:** *Check all that apply.*      **Amount of claim**

HYATTS GRAPHIC SUPPLY
KIRSTIN ANDERSON
910 MAIN ST
BUFFALO NY 14202-1403

☐ Contingent
☐ Unliquidated
☑ Disputed

$12,186.57

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1146.** **Nonpriority creditor's name and mailing address**      **As of the petition filing date, the claim is:** *Check all that apply.*      **Amount of claim**

HYDRO
% AFS LOGISTICS LLC
PO BOX 18170
SHREVEPORT LA 71138-1170

☐ Contingent
☐ Unliquidated
☑ Disputed

$585.11

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **New England Motor Freight, Inc.**                                      Case number *(if known)* **19-12809**

---

**3.1147.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
--- | --- | --- | ---

**3.1147.** **Nonpriority creditor's name and mailing address**

HYGRADE
EVA SCHWIMMER
30 WARSOFF PL
BROOKLYN NY 11205-1638

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$1,514.40

---

**3.1148.** **Nonpriority creditor's name and mailing address**

I PARK
2070 RT 52 BUILDING 320
HOPEWELL JCT NY 12533

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

OPEN AUTO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.1149.** **Nonpriority creditor's name and mailing address**

I.H. A.H. A.H. (ALL MINORS)
C/O VITAL & VITAL, LC
MATHEW R. OLIVER, ESQ.
536 FTH AVENUE
HUNTINGTON WV 25701

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

3.1150.    **Nonpriority creditor's name and mailing address**

IAM NATIONAL PENSION FUND
KIMBERLY MONNIG CONTROLLER
1300 CONNECTICUT AVE STE 300
WASHINGTON DC 20036

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

IAM NATIONAL PENSION FUND

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
|---|
| $1,676,814.00 |

---

3.1151.    **Nonpriority creditor's name and mailing address**

IBRAIMOVE*GIANNI
Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

PENDING WORKERS' COMPENSATION
CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
|---|
| UNDETERMINED |

---

3.1152.    **Nonpriority creditor's name and mailing address**

ILLINOIS UNION INSURANCE CO
525 WEST MONROE ST
CHICAGO IL 60661

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES - INSURANCE

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
|---|
| UNDETERMINED |

---

Debtor    **New England Motor Freight, Inc.**                                      Case number *(if known)* **19-12809**

3.1153. **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **Amount of claim**

IMA LIFE NORTH AMERICA INC
DEBRA DICKMAN
2175 MILITARY RD
TONAWANDA NY 14150-6001

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$545.93

---

3.1154. **Nonpriority creditor's name and mailing address**

IMAGE FLEET GRAPHICS
4410 DELL AVE
NORTH BERGEN NJ 07047

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$980.00

---

3.1155. **Nonpriority creditor's name and mailing address**

IMAGO
% VEECO
6801 WESTSIDE AVE
NORTH BERGEN NJ 07047-6441

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$2,148.00

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

3.1156.   **Nonpriority creditor's name and mailing address**

IMPERIAL BAG & PAPER
DEBRALUZ HERNANDEZ
255 ROUTE 1 & 9
JERSEY CITY NJ 07306-2584

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
|---|
| $1,603.00 |

3.1157.   **Nonpriority creditor's name and mailing address**

IMPERIAL BAG & PAPER
PO BOX 362
CUYAHOGA FALLS OH 44222-0362

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

OVERCHARGE CLAIMS

**Is the claim subject to offset?**

☐ No
☑ Yes

| Amount of claim |
|---|
| $2,605.09 |

3.1158.   **Nonpriority creditor's name and mailing address**

IMPERIAL MANUFACTURING
FRANCISCO ALEJO
1128 SHERBORN ST
CORONA CA 92879-2089

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
|---|
| $3,591.22 |

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| 3.1159. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---------|---|---|---|

IMS TRADING LLC
% WILLIAMS & ASSOCIATES
405 E 78TH ST
BLOOMINGTON MN 55420-1251

☐ Contingent
☐ Unliquidated
☑ Disputed

$51,584.70

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                      CARGO CLAIMS

**Last 4 digits of account number:**         **Is the claim subject to offset?**

☑ No
☐ Yes

| 3.1160. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---------|---|---|---|

IN THE SWIM
TYE WILSON
320 INDUSTRIAL DR
WEST CHICAGO IL 60185-1817

☐ Contingent
☐ Unliquidated
☐ Disputed

$489.97

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                      ACCOUNTS PAYABLE

**Last 4 digits of account number:**         **Is the claim subject to offset?**

☑ No
☐ Yes

| 3.1161. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---------|---|---|---|

INDEED INC
MAIL CODE 5160
PO BOX 660367
DALLAS TX 75266-0367

☐ Contingent
☐ Unliquidated
☐ Disputed

$6,000.00

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                      ACCOUNTS PAYABLE

**Last 4 digits of account number:**         **Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

| 3.1162. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

INDEPENDENT ELECTRIC
WHITNEY LINCOLN
41 INNER BELT RD
SOMERVILLE MA 02143-4417

☐ Contingent
☐ Unliquidated
☐ Disputed

$106.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.1163. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

INDIANA STATE CENTRAL
COLLECTION UNIT (INSCCU)
PO BOX 6219
INDIANAPOLIS IN 46206-6219

☐ Contingent
☐ Unliquidated
☐ Disputed

$624.30

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.1164. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

INDIANAPOLIS POWER & LIGHT CO
P O BOX 110
INDIANAPOLIS IN 46206-0110

☐ Contingent
☐ Unliquidated
☐ Disputed

$698.81

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **New England Motor Freight, Inc.**                                   Case number *(if known)* **19-12809**

---

3.1165.   **Nonpriority creditor's name and mailing address**

INDUSTRIAL FURNACE
% ECHO GLOBAL
600 W CHICAGO AVE STE 725
CHICAGO IL 60654-2801

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| $266.59 |

---

3.1166.   **Nonpriority creditor's name and mailing address**

INDUSTRIAL HANDLING SYSTEMS
PO BOX 0501
WEST SPRINGFIELD MA 01090

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| $1,096.31 |

---

3.1167.   **Nonpriority creditor's name and mailing address**

INDUSTRIAL MOTORS INC
31 LINK ST
PAWTUCKET RI 02861

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| $2,085.00 |

---

Debtor   **New England Motor Freight, Inc.**                                   Case number *(if known)* **19-12809**

---

| 3.1168. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

INDUSTRIAL PARTS CO.
163 BELMONT AVENUE
GARFIELD, NJ 07026

☐ Contingent
☐ Unliquidated
☐ Disputed

$458.49

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                      ACCOUNTS PAYABLE

**Last 4 digits of account number:**         **Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.1169. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

INDUSTRIAL RUBBER CO
P O BOX 359
ELIZABETH NJ 07207-0359

☐ Contingent
☐ Unliquidated
☐ Disputed

$2,789.00

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                      ACCOUNTS PAYABLE

**Last 4 digits of account number:**         **Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.1170. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

INFORM DECISIONS
30162 TOMAS SUITE 101
RANCHO SANTA MARGARITA CA 92688

☐ Contingent
☐ Unliquidated
☐ Disputed

$2,920.00

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                      ACCOUNTS PAYABLE

**Last 4 digits of account number:**         **Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor   **New England Motor Freight, Inc.**                                          Case number *(if known)* **19-12809**

---

3.1171.  **Nonpriority creditor's name and mailing address**

INK IT DESIGN
AVI PERLSTEIN
644 CROSS ST UNIT 19
LAKEWOOD NJ 08701-4654

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$107.00

---

3.1172.  **Nonpriority creditor's name and mailing address**

INLINE PLASTICS
LEZLIE STORCH
42 CANAL ST
SHELTON CT 06484-3223

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☑ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$1,356.86

---

3.1173.  **Nonpriority creditor's name and mailing address**

INNO PAK INC
HEIDI GREEN
1932 PITTSBURGH DR
DELAWARE OH 43015-3868

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☑ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$43.64

---

Debtor    **New England Motor Freight, Inc.**                                                    Case number *(if known)* **19-12809**

---

**3.1174.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
--- | --- | --- | ---

**3.1174.** **Nonpriority creditor's name and mailing address**

INNOVATIVE DISTRIBUTION SERV
2015 CONGRESS ST
PORTLAND ME 04102

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim**

$2,115.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.1175.** **Nonpriority creditor's name and mailing address**

INNOVATIVE LOGISTICS
DEBORAH FOUGHT
PO BOX 1446
ELYRIA OH 44035

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☑ Disputed

**Amount of claim**

$4,180.44

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.1176.** **Nonpriority creditor's name and mailing address**

INNOVATIVE LOGISTICS
DEBORAH FOUGHT
PO BOX 1446
ELYRIA OH 44035

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim**

$52.19

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Debtor   **New England Motor Freight, Inc.**                                     Case number *(if known)* **19-12809**

---

**3.1177.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
| INNOVEX | ☐ Contingent | $139.50
| 11 POWDER HILL ROAD | ☐ Unliquidated |
| LINCOLN RI 02865 | ☐ Disputed |

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                      ACCOUNTS PAYABLE

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1178.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
| INSPIRED BEAUTY BRANDS | ☐ Contingent | UNDETERMINED
| FELIPE QUIROZ | ☐ Unliquidated |
| 330 SEVENTH AVE 16TH FL | ☑ Disputed |
| NEW YORK NY 10001-5010 | |

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                      CARGO CLAIMS

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1179.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
| INSPIRED BEAUTY BRANDS | ☐ Contingent | $312.65
| % ECHO GLOBAL | ☐ Unliquidated |
| 600 W CHICAGO AVE STE 725 | ☑ Disputed |
| CHICAGO IL 60654-2801 | |

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                      CARGO CLAIMS

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **New England Motor Freight, Inc.**                                Case number *(if known)* **19-12809**

---

3.1180.  **Nonpriority creditor's name and mailing address**

INSTANT EXPRESS
1277 MT READ BLVD
ROCHESTER NY 14606

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
|---|
| $174.00 |

---

3.1181.  **Nonpriority creditor's name and mailing address**

INTEGRATED OFFICE SOLUTIONS
126 HALL STREET, STE. J
CONCORD NH 03301-3447

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
|---|
| $264.00 |

---

3.1182.  **Nonpriority creditor's name and mailing address**

INTENSIVE SUPERVISION PROGRAM
PROBATION SERVICES
P O BOX 974
TRENTON NJ 08625

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
|---|
| $23.54 |

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

3.1183.  **Nonpriority creditor's name and mailing address**

INTER CITY TIRE
777 DOWD AVE
ELIZABETH NJ 07201

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| $178.08 |

---

3.1184.  **Nonpriority creditor's name and mailing address**

INTERDEL LOGISTICS
ALBERT CHEN
167-14 146TH RD FLOOR 1
JAMAICA NY 11434-5251

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| $381.30 |

---

3.1185.  **Nonpriority creditor's name and mailing address**

INTERLINE BRANDS
NIKKI VOLPONI
701 SAN MARCO BLVD
JACKSONVILLE FL 32207-8175

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☑ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| $370.76 |

---

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**                    Page 397 of 899

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

3.1186.  **Nonpriority creditor's name and mailing address**

INTERLINE BRANDS
ATTN : ANGELA WILLIAM
1100 N LOMBARS RD
LOMBARD IL 60148-1252

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

| As of the petition filing date, the claim is: | **Amount of claim** |
|---|---|
| *Check all that apply.* | |
| ☐ Contingent | $458.84 |
| ☐ Unliquidated | |
| ☐ Disputed | |

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.1187.  **Nonpriority creditor's name and mailing address**

INTERLINE BRANDS
KECIA WOODS
701 SAN MARCO BLVD
JACKSONVILLE FL 32207-8175

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

| As of the petition filing date, the claim is: | **Amount of claim** |
|---|---|
| *Check all that apply.* | |
| ☐ Contingent | $1,636.28 |
| ☐ Unliquidated | |
| ☐ Disputed | |

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.1188.  **Nonpriority creditor's name and mailing address**

INTERMODAL EQUIPMENT PARTS
P.O. BOX 257
ELIZABETH NJ 07207-0257

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

| As of the petition filing date, the claim is: | **Amount of claim** |
|---|---|
| *Check all that apply.* | |
| ☐ Contingent | $6,941.99 |
| ☐ Unliquidated | |
| ☐ Disputed | |

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

| 3.1189. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

INTERNATIONAL ALUMINUM CORP
767 MONTEREY PASS RD
MONTEREY PARK CA 91454

☐ Contingent
☐ Unliquidated
☐ Disputed

$168.57

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.1190. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

INTERSTATE BATTERY
C/O RUAN TRANSPORTATION
PO BOX 9319
DES MOINES IA 50306-9319

☐ Contingent
☐ Unliquidated
☐ Disputed

$49.32

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.1191. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

INTERSTATE TOWING & RECOVERY
1120 SAINT JOHNS ROAD
CAMP HILL PA 17011

☐ Contingent
☐ Unliquidated
☐ Disputed

$9,555.11

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| Debtor | **New England Motor Freight, Inc.** | | Case number *(if known)* **19-12809** |

---

**3.1192.** **Nonpriority creditor's name and mailing address**

INTERSTATE TOWING & TRANSPORT
SPECIALIST, INC
1655 HIGHLAND ROAD
TWINSBURG OH 44087

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$1,200.00

---

**3.1193.** **Nonpriority creditor's name and mailing address**

INTERTAPE POLYMER GROUP
RAJ GOSAL
9999 CAVENDISH BLVD STE 200
ST-LAURENT QC H4M2X55548
CANADA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$1,224.58

---

**3.1194.** **Nonpriority creditor's name and mailing address**

INTERTAPE POLYMER GROUP
% TRANSPLACE CARGO CLAIM
PO BOX 518
LOWELL AR 72745-0518

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$4,838.41

---

Debtor    **New England Motor Freight, Inc.**                                      Case number *(if known)* **19-12809**

---

| 3.1195. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

INTERTAPE POLYMER GROUP
% TRANSPLACE CARGO CLAIMS
PO BOX 518
LOWELL AR 72745-0518

☐ Contingent
☐ Unliquidated
☑ Disputed

$8,831.16

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.1196. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

INTERTAPE POLYMER GROUP
RAJ GOSAL
9999 CAVENDISH BLVD STE 200
ST-LAURENT QC H4M 2X5
CANADA

☐ Contingent
☐ Unliquidated
☐ Disputed

$105.60

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.1197. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

IPC (USA), INC
P O BOX 3250
ELLICOT CITY MD 21042

☐ Contingent
☐ Unliquidated
☐ Disputed

$242,855.04

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| Debtor | **New England Motor Freight, Inc.** | | Case number *(if known)* **19-12809** |
|---|---|---|---|

---

3.1198. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

IPSCO
215 STATE ROUTE 88
OFFICE 103 GOOD ST
ROSCOE PA 15477

☐ Contingent
☐ Unliquidated
☑ Disputed

$1,039.32

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.1199. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

IRC INC ASO 00 WADHAMS
POB 5837
SOMERSET NJ 08875

☑ Contingent
☑ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

OPEN AUTO CLAIMS FOR PAYMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.1200. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

IRON HORSE BEVERAGE
CLIFTON MORELLO
68 S SERVICE RD STE 100
MELVILLE NY 11747-2354

☐ Contingent
☐ Unliquidated
☑ Disputed

$28.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **New England Motor Freight, Inc.**                                          Case number *(if known)* **19-12809**

---

| 3.1201. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

IRON MOUNTAIN DATA CENTERS LLC
PO BOX 28078
NEW YORK NY 10087-8079

☐ Contingent
☐ Unliquidated
☐ Disputed

$2,601.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.1202. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

IRONSHORE SPECIALTY INSURANCE CO
75 FEDERAL ST
5TH FL
BOSTON MA 02110

☑ Contingent
☑ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLES - INSURANCE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.1203. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

IRS-- RAIVS TEAM
STOP 6705 P6
KANSAS CITY MO 64999

☐ Contingent
☐ Unliquidated
☐ Disputed

$50.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

| 3.1204. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

IRVING OIL CORP
ACCNT#0018518005604
PO BOX 11012
LEWISTON ME 04243-9463

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

$4,028.17

---

| 3.1205. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ISLAND PUMP & TANK CORP.
40 DOYLE COURT
EAST NORTHPORT NY 11731

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

$950.47

---

| 3.1206. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ITSIMPLIFY
PO BOX 32192
NEW YORK NY 10087-2192

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

$31,661.50

---

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**                    Page 404 of 899

Debtor    **New England Motor Freight, Inc.**                    Case number *(if known)* **19-12809**

---

3.1207.  **Nonpriority creditor's name and mailing address**

ITT GOULDS PUMPS
HOLLY GORALL
240 FALL ST
SENECA FALLS NY 13148-1590

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| $620.00 |

---

3.1208.  **Nonpriority creditor's name and mailing address**

ITW POLYMERS ADHESIVES
GREG SHEPPARD
30 ENDICOTT ST
DANVERS MA 01923-3712

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| $684.36 |

---

3.1209.  **Nonpriority creditor's name and mailing address**

J AND E TIRE CENTER, INC
4835 S HARDING ST
INDIANAPOLIS IN 46217

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| $904.50 |

---

| Debtor | **New England Motor Freight, Inc.** | | Case number *(if known)* **19-12809** |

---

**3.1210.** **Nonpriority creditor's name and mailing address**

J B HUNT
PO BOX 682
LOWELL AR 72745-0682

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$725.00

---

**3.1211.** **Nonpriority creditor's name and mailing address**

J M H ASSOCIATES
KARYN L HUMMER
5060 RITTER RD, STE C3
MECHANICSBURG PA 17055-6774

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☑ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$7,480.00

---

**3.1212.** **Nonpriority creditor's name and mailing address**

J M LANDSCAPING
JOSE MONDRAGON
113 N MICHIGAN AVE
ADDISON IL 60101

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$975.00

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

| 3.1213. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

J ROSS EXPRESS, INC
3160 E 79TH STREET
CLEVELAND OH 44104

☐ Contingent
☐ Unliquidated
☐ Disputed

$400.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.1214. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

J WHITE
CARGO CLAIMS
524 W WESTFIELD AVE
ROSELLE PARK NJ 07204-1822

☐ Contingent
☐ Unliquidated
☑ Disputed

$2,000.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.1215. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

J. F. MARTIN INC
4170 RICHMOND ST
PHILADELPHIA PA 19137-1900

☐ Contingent
☐ Unliquidated
☐ Disputed

$265.07

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

**3.1216.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

J.J. KELLER & ASSOCIATES
PO BOX 6609
CAROL STREAM IL 60197-6609

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,278.81

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.1217.** **Nonpriority creditor's name and mailing address**

JA ANDERSON REALTY LLC
61 CLINTON ST
MALDEN MA 02148

**As of the petition filing date, the claim is:** *Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

OPEN AUTO CLAIMS FOR PAYMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.1218.** **Nonpriority creditor's name and mailing address**

JACKSON BOND ENTERPRISES
JEAN-PIERRE LATOURETTE
39 IND PARK DR
DOVER NH 03820-4332

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

3.1219.   **Nonpriority creditor's name and mailing address**

JACKSON OIL & SOLVENTS INC
75 REMITTANCE DRIVE DEPT 6988
CHICAGO IL 60675-6988

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
|---|
| $21,837.97 |

---

3.1220.   **Nonpriority creditor's name and mailing address**

JACKSON WELDING SUPPLY CO
1421 WEST CARSON ST
PITTSBURGH PA 15219

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
|---|
| $69.99 |

---

3.1221.   **Nonpriority creditor's name and mailing address**

JACLYN PULLUM FOR JOHEN LESTATE CLAVEY
MCNEES WALLACE AND NURICK LLC
GUY H BROOKS ESQ
100 PINE ST
PO BOX 1166
HARRISBURG PA 17108-1166

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
|---|
| UNDETERMINED |

---

Debtor    **New England Motor Freight, Inc.**                                  Case number *(if known)* **19-12809**

---

**3.1222.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
--- | --- | --- | ---

**3.1222.**

**Nonpriority creditor's name and mailing address**

JACQUELINE MOK
ATTN JACQUELINE MOK
2452 W BELMONT AVE
CHICAGO IL 60618-5925

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$378.50

---

**3.1223.**

**Nonpriority creditor's name and mailing address**

JAEHNET*SCOTT
Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

PENDING WORKERS' COMPENSATION
CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.1224.**

**Nonpriority creditor's name and mailing address**

JAFRAY REALTY, INC
51 DELTA DRIVE
PAWTUCKET RI 02861

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$150.00

---

Debtor   **New England Motor Freight, Inc.**                                  Case number *(if known)* **19-12809**

---

3.1225. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

JALIL WALTERS AND RASHIDA CARTER
METTE EVANS AND WOODSIDE
THOMAS A ARCHER ESQ
3401 NORTH FRONT ST
PO BOX 5950
HARRISBURG PA 17110-0950

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Basis for the claim:**

LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.1226. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

JAMES RIVER EQUIP
JOHN DEERE DEALER
2055 S BOSTON RD
DANVILLE VA 24540-5527

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.1227. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

JAMES RIVER EQUIP
ROBERT BLAKE
11053 LEADBETTER RD
ASHLAND VA 23005-3408

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

$1,625.33

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| 3.1228. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim** |
|---|---|---|---|

3.1228.    **Nonpriority creditor's name and mailing address**

JAMES RIVER EQUIP
JOHN DEERE DEALER
2055 S BOSTPN RD
DANVILLE VA 24540-5527

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$931.10

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.1229.    **Nonpriority creditor's name and mailing address**

JAMES RIVER PETROLEUM, INC
DEPT 720067
P O BOX 1335
CHARLOTTE NC 28201-1335

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$177,202.09

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.1230.    **Nonpriority creditor's name and mailing address**

JAMIE MAGARIAN
MIRICK O'CONNELL
EDWARD C. BASSETT JR
1800 WEST PARK DRIVE
SUITE 400
WESTBOROUGH MA 01581-3926

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

OPEN AUTO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

| Debtor | **New England Motor Freight, Inc.** | Case number *(if known)* **19-12809** |

---

**3.1231.** | **Nonpriority creditor's name and mailing address**

JANICE A GOODALL
ANDERSON LAW FIRM PC
CHRISTOPHER P ANDERSON
82 CHELSEA HARBOR DR
NORWICH CT 06360

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.1232.** | **Nonpriority creditor's name and mailing address**

JANI-KING OF RICHMOND
C&C FRANCHISING, INC
9701 A METROPOLITAN COURT
RICHMOND VA 23236

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$738.30

---

**3.1233.** | **Nonpriority creditor's name and mailing address**

JANI-KING OF ROANOKE/LYNCHBURG
5068 S AMHERST HWY SUITE 102
MADISON HEIGHTS VA 24572

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$315.12

---

Debtor    **New England Motor Freight, Inc.**                              Case number *(if known)* **19-12809**

---

3.1234.  **Nonpriority creditor's name and mailing address**

JANS FARMHOUSE CRIPS
KARA CALABRESI
112 S WINOOKSI AVE
BURLINGTON VT 05401-2541

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
|---|
| $187.45 |

---

3.1235.  **Nonpriority creditor's name and mailing address**

JANS LEASING CORP.
I-71 NORTH AVENUE EAST
ELIZABETH NJ 07201

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

INTERCOMPANY PAYABLE

**Is the claim subject to offset?**

☐ No

☑ Yes

| Amount of claim |
|---|
| $1,744,419.58 |

---

3.1236.  **Nonpriority creditor's name and mailing address**

JARDEN HOME BRANDS
HEATHER WARD
9999 E 121ST ST
FISHERS IN 46038

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☑ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
|---|
| $138.00 |

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                Page 414 of 899

Debtor    **New England Motor Freight, Inc.**                                         Case number *(if known)* **19-12809**

| 3.1237. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

JARDEN HOME BRANDS
VICTORIA MIANESE
9999 E 121ST ST
FISHERS IN 46038-0657

☐ Contingent
☐ Unliquidated
☐ Disputed

$995.72

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.1238. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

JARRETT LOGISTICS
JESSICA CARR
1347 N MAIN ST
ORRVILLE OH 44667-9761

☐ Contingent
☐ Unliquidated
☑ Disputed

$2,978.90

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.1239. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

JARRETT LOGISTICS
LORA RUFENER
1347 N MAIN ST
ORRVILLE OH 44667-9761

☐ Contingent
☐ Unliquidated
☑ Disputed

$8,001.69

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

3.1240.  **Nonpriority creditor's name and mailing address**

JAS FORWARDING
BRANDON CROSBY
3101 YORKMONT RD
CHARLOTTE NC 28208-7373

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1241.  **Nonpriority creditor's name and mailing address**

JAY B SPIRT PA
3205 B CORPORATE COURT
ELLICOTT CITY MD 21042

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$176.14

---

3.1242.  **Nonpriority creditor's name and mailing address**

JAY MARTIN
ATTORNEY FOR THE PLAINTIFF
1704 LOCUST ST 3RD FL
PHILADELPHIA PA 19103

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor   **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| 3.1243. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

JC SUPPLY
JORGE CAMGIO
245 E ROOSEVELT AVE
HATO REY PR 00917

☐ Contingent
☐ Unliquidated
☒ Disputed

$669.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.1244. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

JD EQUIPMENT INC
1662 US HIGHWAY 62 SW
WASHINGTON COURT HOUSE OH 43160

☐ Contingent
☐ Unliquidated
☐ Disputed

$105.14

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.1245. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

JDEE.NET
JENNY DOMINGUEZ
215 RUSSELL AVE
RAHWAY NJ 07065-1521

☐ Contingent
☐ Unliquidated
☒ Disputed

$599.99

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

3.1246.   **Nonpriority creditor's name and mailing address**      **As of the petition filing date, the claim is:**       Amount of claim
                                                                    *Check all that apply.*
          JEDWARDS INTERNATIONAL INC                                                                                       $1,813.39
          BROOKE FERGUSON                                           ☐ Contingent
          141 CAMPANELLI DR
          BRAINTREE MA 02184-5206                                  ☐ Unliquidated

                                                                   ☒ Disputed

          **Date or dates debt was incurred**                      **Basis for the claim:**

          VARIOUS                                                  CARGO CLAIMS

          **Last 4 digits of account number:**                    **Is the claim subject to offset?**

                                                                   ☒ No
                                                                   ☐ Yes

---

3.1247.   **Nonpriority creditor's name and mailing address**      **As of the petition filing date, the claim is:**       Amount of claim
                                                                    *Check all that apply.*
          JEEN INTERNATIONAL CORPORATION                                                                                   $1,298.71
          TERESA MESSINA                                           ☐ Contingent
          24 MADISON RD
          FAIRFIELD NJ 07004-2309                                  ☐ Unliquidated

                                                                   ☒ Disputed

          **Date or dates debt was incurred**                      **Basis for the claim:**

          VARIOUS                                                  CARGO CLAIMS

          **Last 4 digits of account number:**                    **Is the claim subject to offset?**

                                                                   ☒ No
                                                                   ☐ Yes

---

3.1248.   **Nonpriority creditor's name and mailing address**      **As of the petition filing date, the claim is:**       Amount of claim
                                                                    *Check all that apply.*
          JEEN INTERNATIONAL CORPORATION                                                                                   $2,677.00
          RICK LUDLOW                                              ☐ Contingent
          24 MADISON RD
          FAIRFIELD NJ 07004-2309                                  ☐ Unliquidated

                                                                   ☒ Disputed

          **Date or dates debt was incurred**                      **Basis for the claim:**

          VARIOUS                                                  CARGO CLAIMS

          **Last 4 digits of account number:**                    **Is the claim subject to offset?**

                                                                   ☒ No
                                                                   ☐ Yes

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

**3.1249.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

JELD WEN WINDOWS & DOORS
DONNA GERA
1162 KEYSTONE BLVD
POTTSVILLE PA 17901-9055

☐ Contingent
☐ Unliquidated
☑ Disputed

$9,596.92

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1250.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

JENEL GROUP
VITO CHIARAMONTE
303 MERRICK ROAD SUITE 400
LYNBROOK NY 11563-2501

☐ Contingent
☐ Unliquidated
☑ Disputed

$4,567.01

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1251.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

JENKINS*ALBERT
Address Intentionally Omitted

☐ Contingent
☑ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

PENDING WORKERS' COMPENSATION
CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

**3.1252.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
| | *Check all that apply.* |

JENNY MUNSON ANDRESS ADMINISTRATRIX OF
THE ESTATE OF HERBERT ANDRESS
TIMOTHY F RAYNE ESQ TIFFANY M SHRENK
ESQ
ATTY FOR THE CLAIMANT MACELREE HARVEY
LTD
211 EAST STATE ST
KENNETT SQUARE PA 19348

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Basis for the claim:**

LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1253.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
| | *Check all that apply.* |

JENNY MUNSON ANDRESS ETC V
NEW ENGLAND MOTOR FREIGHT INC
KEVIN CANAVAN ESQ
ATTORNEY FOR THE DEFENDENTS SWARTZ
CAMPBELL
TWO LIBERTY PL 50 SOUTH 16TH ST
PNILADELPHIA PA 19102

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Basis for the claim:**

LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1254.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
| | *Check all that apply.* |

JERICH USA
1 INDUSTRIAL RD
SUITE 102
DAYTON NJ 08810-3501

☑ Contingent
☐ Unliquidated
☑ Disputed

$845.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

OVERCHARGE CLAIMS

**Is the claim subject to offset?**

☐ No
☑ Yes

---

Debtor   **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

| | | |
|---|---|---|
| 3.1255. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

| | | |
|---|---|---|
| | JERSEY CITY MUNICIPAL COURT<br>365 SUMMIT AVENUE<br>JERSEY CITY NJ 073061 | *Check all that apply.* |

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$10.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.1256.   **Nonpriority creditor's name and mailing address**

JESCO INC.
JOHN DEERE DEALER
8411 PULASKI HWY
BALTIMORE MD 21237

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$2,619.36

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.1257.   **Nonpriority creditor's name and mailing address**

JET ELECTRIC MOTOR CO
688 SCHOOL ST
PAWTUCKET RI 02860

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

OPEN AUTO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

3.1258.    **Nonpriority creditor's name and mailing address**       As of the petition filing date, the claim is:       **Amount of claim**
*Check all that apply.*

JFV TRUCKING                                                                                      $2,100.00
37 MAPLE AVE
DOVER NJ 07801                                        ☐ Contingent

☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**                 **Basis for the claim:**

VARIOUS                                             ACCOUNTS PAYABLE

**Last 4 digits of account number:**               **Is the claim subject to offset?**

☑ No

☐ Yes

---

3.1259.    **Nonpriority creditor's name and mailing address**       As of the petition filing date, the claim is:       **Amount of claim**
*Check all that apply.*

JH PAPER COMPANY INC                                                                              $4,800.46
PO BOX 2112
LIVINGSTON NJ 07039-7712                              ☐ Contingent

☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**                 **Basis for the claim:**

VARIOUS                                             ACCOUNTS PAYABLE

**Last 4 digits of account number:**               **Is the claim subject to offset?**

☑ No

☐ Yes

---

3.1260.    **Nonpriority creditor's name and mailing address**       As of the petition filing date, the claim is:       **Amount of claim**
*Check all that apply.*

JHJ INTERNATIONAL LTD                                                                             $5,000.00
JOSEPH YU
JFK INTL AIRPORT BLDG 9 STE 278A                      ☐ Contingent
JAMAICA NY 11430
☐ Unliquidated

☑ Disputed

**Date or dates debt was incurred**                 **Basis for the claim:**

VARIOUS                                             CARGO CLAIMS

**Last 4 digits of account number:**               **Is the claim subject to offset?**

☑ No

☐ Yes

---

Debtor   **New England Motor Freight, Inc.**                                   Case number *(if known)* **19-12809**

---

3.1261.   **Nonpriority creditor's name and mailing address**

JM SMUCKERS CO
6670 LOW
BLOOMSBURG PA 17815

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

OPEN AUTO CLAIMS FOR PAYMENT

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1262.   **Nonpriority creditor's name and mailing address**

JOANNE C KNIGHT
PO BOX 106172
ATLANTA GA 30348

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

OPEN AUTO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1263.   **Nonpriority creditor's name and mailing address**

JOHN ADAMS BARES JANE MARIE MARRON ET
AL
COOPER SEVILLANO LLC
JEFFREY COOPER ESQ
1087 BROAD ST
4TH FLOOR
BRIDGEPORT CT 06604

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor   **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

**3.1264.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

JOHN BETLEM INC.
898 CLINTON AVENUE SOUTH
ROCHESTER NY 14620

☐ Contingent
☐ Unliquidated
☐ Disputed

$322.63

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1265.** **Nonpriority creditor's name and mailing address**

JOHN DEERE CLAIMS
KAMI GONZALEZ
300 DATA CT
DUBUQUE IA 52003-8963

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Amount of claim**

$1,365.91

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1266.** **Nonpriority creditor's name and mailing address**

JOHN DEERE CLAIMS
JOSIE SMITH
300 DATA CT
DUBUQUE IA 52003-8963

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Amount of claim**

$4,556.22

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **New England Motor Freight, Inc.**                                      Case number *(if known)* **19-12809**

---

| 3.1267. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | JOHN DEERE CLAIMS<br>MEGAN DEUTMEYER<br>300 DATA CT<br>DUBUQUE IA 52003-8963 | ☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | $5,262.72 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.1268. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | JOHN HANCOCK LIFE INSURANCE CO<br>PO BOX 7247-0274<br>PHILADELPHIA PA 19170-0274 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $33,476.61 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.1269. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | JOHN W KENNEDY COMPANY INC.<br>990 WATERMAN AVE<br>PO BOX 14217<br>EAST PROVIDENCE RI 02914 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,894.20 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                    Case number *(if known)* **19-12809**

---

3.1270.  **Nonpriority creditor's name and mailing address**

JOHN W. JAMES
PERKINS AND ASSOCIATES
ATTORNEY FOR PLAINTIFF
30 LUCY ST
WOODBRIDGE CT 06525

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
|---|
| UNDETERMINED |

---

3.1271.  **Nonpriority creditor's name and mailing address**

JOHN W. JAMES V. PAUL E. SMITH AND NEMF
SOLIMENE & SECONDO, LLP, ELYCIA D.
SOLIMENE
ATTORNEY FOR THE DEFENDANT
1501 EAST MAIN STREET
SUITE 204
MERIDEN CT 06450

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
|---|
| UNDETERMINED |

---

3.1272.  **Nonpriority creditor's name and mailing address**

JOHN ZAHNER
115 DEERWOOD LN
GRAND ISLAND NY 14072

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

OPEN AUTO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
|---|
| UNDETERMINED |

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

| 3.1273. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

JOHN'S MOBILE REPAIR SERVICE
1511 COMMERCE AVENUE
CARLISLE PA 17015

☐ Contingent
☐ Unliquidated
☐ Disputed

$111.30

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.1274. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

JOHN'S TOWING HEAVY & LIGHT
1121 SHERIDAN DRIVE
TONAWANDA NY 14150

☐ Contingent
☐ Unliquidated
☐ Disputed

$2,851.69

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.1275. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

JOHN'S WRECKER SERVICES
PO BOX 293
CONCORD NH 03302

☐ Contingent
☐ Unliquidated
☐ Disputed

$3,684.38

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

| 3.1276. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

JOHNSON & JORDAN INC
18 MUSSEY ROAD
SCARBOROUGH ME 04074

☐ Contingent
☐ Unliquidated
☐ Disputed

$3,461.25

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.1277. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

JOHNSON & TOWERS INC
500 WILSON POINT ROAD
BALTIMORE MD 21220

☐ Contingent
☐ Unliquidated
☐ Disputed

$393.09

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.1278. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

JOHNSON COMPANY
625 CONKLIN ROAD
BINGHAMTON NY 13903-2700

☐ Contingent
☐ Unliquidated
☐ Disputed

$968.73

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor   **New England Motor Freight, Inc.**                                        Case number *(if known)* **19-12809**

---

3.1279.   **Nonpriority creditor's name and mailing address**

JOHNSON CONTROLS SECURITY SOL
P O BOX 371967
PITTSBURG PA 15250-7967

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$127.84

---

3.1280.   **Nonpriority creditor's name and mailing address**

JOHNSON'S TIRE SERVICE, INC
10426 ROUTE 6
CLARENDON PA 251640553

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$284.30

---

3.1281.   **Nonpriority creditor's name and mailing address**

JOHNSTOWN AUTO PARTS
JEFF LEHNER
208 N PERRY ST
JOHNSTOWN NY 12095

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

OPEN AUTO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

3.1282.   **Nonpriority creditor's name and mailing address**

JOLENE GOODELL
3 AIKEN AVE
RENSSELAER NY 12144

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

OPEN AUTO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

3.1283.   **Nonpriority creditor's name and mailing address**

JON OLIVER MATTHEWS ET AL V
NEW ENGLAND MOTOR FREIGHT INC ET AL
ANGELO FRESILLI
45 MISTY CT
SOUTH KINGSTOWN RI 02879

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

3.1284.   **Nonpriority creditor's name and mailing address**

JONAITIS PLOWING
4 BURNHAM ST
SOUTH PORTLAND ME 04106

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| $2,100.00 |

---

| Debtor | **New England Motor Freight, Inc.** | Case number *(if known)* **19-12809** |
|---|---|---|

---

**3.1285.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

JONATHAN EMORD
11808 WOLF RUN LANE
CLIFTON VA 20124-2250

☐ Contingent
☐ Unliquidated
☑ Disputed

$9,320.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1286.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

JONES PERFORMANCE PRODUCTS INC
P O BOX 808
1 JONES WAY
WEST MIDDLESEX PA 16159

☐ Contingent
☐ Unliquidated
☐ Disputed

$2,772.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1287.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

JONES*STUART
Address Intentionally Omitted

☐ Contingent
☑ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

PENDING WORKERS' COMPENSATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                    Case number *(if known)* **19-12809**

---

3.1288.  **Nonpriority creditor's name and mailing address**

JOSE L FERRER
WEISS AND ROSENBLOOM PC
BARRY WEISS ESQ
27 UNION SQUARE WEST
STE 307
NEW YORK NY 10003

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1289.  **Nonpriority creditor's name and mailing address**

JOSEPH CARNEY
FINKELSTEIN AND PARTNERS LLP
DAVID E GROSS ESQ
1279 ROUTE 300
PO BOX 1111
NEWBURGH NY 12551

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

DISMISSED LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1290.  **Nonpriority creditor's name and mailing address**

JOSEPH PISANO
ATTN: MR PISANO
411 ORCHARD DR
WALLKILL NY 12589-4105

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$2,850.00

---

Debtor    **New England Motor Freight, Inc.**                                        Case number *(if known)* **19-12809**

---

3.1291.  **Nonpriority creditor's name and mailing address**

JOSEPH VARSIK JR
FINKELSTEIN AND PARTNERS LLP
DAVID E GROSS ESQ
1279 ROUTE 300
PO BOX 1111
NEWBURGH NY 12551

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1292.  **Nonpriority creditor's name and mailing address**

JOSEPH VARSIK, JR.
C/O FINKELSTEIN & PARTNERS, LLP
JAMES SHUTTLEWORTH
1279 ROUTE 300
NEWBURGH NY 12551

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1293.  **Nonpriority creditor's name and mailing address**

JOY GOBAL
2101 W PIKE ST
HOUSTON PA 15342

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

OPEN AUTO CLAIMS FOR PAYMENT

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **New England Motor Freight, Inc.**                                              Case number *(if known)* **19-12809**

| 3.1294. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.1294.   **Nonpriority creditor's name and mailing address**

JOYCE NG
PO BOX 9111
MACON GA 31208

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Basis for the claim:**

OPEN AUTO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.1295.   **Nonpriority creditor's name and mailing address**

JX ENTERPRISES INC
1320 WALNUT RIDGE DRIVE
SUITE 100
HARTLAND WI 53029

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$3,306.89

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.1296.   **Nonpriority creditor's name and mailing address**

K LINE LOGISTICS USA
ANNU KOMAGUCHI
145-68 228TH ST UNIT 2
SPRINGFIELD GARDENS NY 11413-3934

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$250.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **New England Motor Freight, Inc.**                                         Case number *(if known)* **19-12809**

---

| 3.1297. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

K P M EXCEPTIONAL LLC
SHARON BELLIS X 160
ONE EXCEPTIONAL WAY
LANDING NJ 07850-1540

☑ Contingent
☐ Unliquidated
☑ Disputed

$1,343.64

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

OVERCHARGE CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

---

| 3.1298. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

KAITLAN PANTIN
WINGATE RUSSOTTI SHAPIRO AND HALPERIN
LLP
JOSEPH STODUTO ESQ
420 LEXINGTON AVE
STE 2710
NEW YORK NY 10170

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.1299. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

KAL PAC INC
KARA BOYLE
10 FACTORY ST
MONTGOMERY NY 12549-1202

☐ Contingent
☐ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor  **New England Motor Freight, Inc.**                                        Case number *(if known)* **19-12809**

---

3.1300. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

KAL PAC INC
MELISSA BAYNES
10 FACTORY ST
MONTGOMERY NY 12549-1202

☐ Contingent
☐ Unliquidated
☑ Disputed

$2,258.76

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.1301. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

KALMIA DIST
CARR # 181 KM. 8.0
DOS BOCAS STREET
TRUJILLO ALTO PR 00976

☐ Contingent
☐ Unliquidated
☑ Disputed

$1,447.69

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.1302. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

KANE*CRAIG
Address Intentionally Omitted

☐ Contingent
☑ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

PENDING WORKERS' COMPENSATION
CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

**3.1303.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

KAO USA INC
CLAIMS DEPT
2535 SPRING GROVE AVE
CINCINNATI OH 45214-1729

☐ Contingent
☐ Unliquidated
☑ Disputed

$3,803.28

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1304.** **Nonpriority creditor's name and mailing address**

KAREEM A MILLS
BLOCK O'TOOLE AND MURPHY LLP
MICHAEL J HURWITZ ESQ
ONE PENN PLAZA
# 5315
NEW YORK NY 10119

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1305.** **Nonpriority creditor's name and mailing address**

KARNAK CORPORATION
MICHAEL BREHM
330 CENTRAL AVE
CLARK NJ 07066-1108

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Amount of claim**

$11,827.20

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                              Case number *(if known)* **19-12809**

---

| 3.1306. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

KATHLEEN EVANS
ATTORNEY FOR PLAINTIFF ANTHONY G ROSS
ESQUIRE
126 SOUTH MAIN ST
PITTSTON PA 18640

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.1307. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

KATHLEEN EVANS V
NEW ENGLAND MOTOR FREIGHT INC ET AL
WAYNE STEIGERWALT
1110 HEMLOCK DR
LEHIGHTON PA 18235

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.1308. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

KATIE MAC DOUGALL V
NEW ENGLAND MOTOR FREIGHT INC ET AL
BRIAN CYR
222 REIDEL RD
AMSTERDAM NY 12010

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

3.1309.   **Nonpriority creditor's name and mailing address**

KDL
PO BOX 752
CARNEGIE PA 15106-0752

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
|---|
| $1,460.75 |

---

3.1310.   **Nonpriority creditor's name and mailing address**

KDL FREIGHT MANAGEMENT
MICHELE PATTISON
PO BOX 752
CARNEGIE PA 15106-0752

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☑ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
|---|
| $260.00 |

---

3.1311.   **Nonpriority creditor's name and mailing address**

KDL FREIGHT MANAGEMENT
ASHLEY MC INTYRE
111 RYAN CT
PITTSBURGH PA 15205-1310

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
|---|
| $480.23 |

---

| Debtor | **New England Motor Freight, Inc.** | Case number *(if known)* **19-12809** |
|---|---|---|

---

**3.1312.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

KDM PRODUCTS
CARIN ZINKE
820 COMMERCE PARKWAY
CARPENTERSVILLE IL 60110-1721

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,078.94

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1313.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

KEHE DISTRIBUTORS
860 NESTLE WAY , SUITE 250
BREINIGSVILLE PA 18031

☐ Contingent
☐ Unliquidated
☐ Disputed

$3,365.43

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1314.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

KELLER WEBER TRUCKING, INC
20 VILLAGE SQUARE DRIVE
MARIETTA PA 17547

☐ Contingent
☐ Unliquidated
☐ Disputed

$12,215.76

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| Debtor | **New England Motor Freight, Inc.** | | Case number *(if known)* **19-12809** |

---

**3.1315.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

KELLIE MARCIANO
164 COUNTRY MANOR WAY
APT 19
WEBSTER NY 14580

☑ Contingent
☑ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

OPEN AUTO CLAIMS FOR PAYMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1316.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

KELLOGG COMPANY
% TRANSPLACE CARGO CLAIMS
PO BOX 518
LOWELL AR 72745-0518

☐ Contingent
☐ Unliquidated
☑ Disputed

$13,191.42

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1317.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

KELSEN INC
DOLORES MC GRATH
PO BOX 844238
BOSTON MA 02284-4238

☐ Contingent
☐ Unliquidated
☑ Disputed

$858.60

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

3.1318.  **Nonpriority creditor's name and mailing address**

KELSIE WALKER
ATTORNEY FOR THE PLAINTIFF
THOMAS E BADWAY AND ASSOC LLC
POBOX 6426
PROVIDENCE RI 02940

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

3.1319.  **Nonpriority creditor's name and mailing address**

KELSIE WALKER NEW ENGLAND MOTOR
FREIGHT INC
JUAN RODRIGIUZ ALMONTE
5 TRUES PKWY
SANDOWN NH 03873

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

3.1320.  **Nonpriority creditor's name and mailing address**

KEN TEITLBAUM
3 NIKIA DR
ISLIP NY 11751

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

OPEN AUTO CLAIMS FOR PAYMENT

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

| 3.1321. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

KENCOVE FARM FENCE
LEANNA GALEY
11409 E 218TH ST
PECULIAR MO 64078-2524

☐ Contingent
☐ Unliquidated
☑ Disputed

$1,755.79

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.1322. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

KENNEALLY*JOHN
Address Intentionally Omitted

☐ Contingent
☑ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

PENDING WORKERS' COMPENSATION
CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.1323. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

KENNEALLY*JOHN
Address Intentionally Omitted

☐ Contingent
☑ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

PENDING WORKERS' COMPENSATION
CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

**3.1324.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
*Check all that apply.*

KENNETH FERSCH
BRIGNOLE, BUSH & LEWIS
TIMOTHY BRIGNOLE
73 WADSWORTH STREET
HARTFORD CT 06106-1768

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1325.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
*Check all that apply.*

KENNETH FERSCH V. RICKY COMMO & NEW
ENGLAND MOTOR FREIGHT, INC.
SOLIMENE & SECONDO, LLP, ELYCIA D.
SOLIMENE
ATTORNEY FOR THE DEFENDANT
1501 EAST MAIN STREET
SUITE 204
MERIDEN CT 06450

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1326.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
*Check all that apply.*

KENNETH WEGNER
9 BRIDLEPATH LN
LANCASTER NY 14086

☐ Contingent
☐ Unliquidated
☐ Disputed

$245.77

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                      Case number *(if known)* **19-12809**

---

3.1327. **Nonpriority creditor's name and mailing address**

KENNY MFG COMPANY
ANDREINA CASTRO
1000 JEFFERSON BLVD
WARWICK RI 02886-2201

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
|---|
| $1,700.00 |

---

3.1328. **Nonpriority creditor's name and mailing address**

KEOLIS INC
DOMINIC RIZZITANO
70 REAR THIRD AVE
SOMERVILLE MA 02143

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
|---|
| $9,450.00 |

---

3.1329. **Nonpriority creditor's name and mailing address**

KEOUGH INSTALLATION
STEVE KEOUGH
SA BRYANT ST
WOBURN MA 01801

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

OPEN AUTO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
|---|
| UNDETERMINED |

---

| Debtor | **New England Motor Freight, Inc.** | Case number *(if known)* **19-12809** |
|---|---|---|

**3.1330.** | **Nonpriority creditor's name and mailing address**

KEYSTONE OIL PRODUCTS CORP
1600 HUMMEL AVE
PO BOX 157
CAMP HILL PA 17011

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$353.85

---

**3.1331.** | **Nonpriority creditor's name and mailing address**

KEYSTONE TECHNOLOGIES
DONNA MICHAEL
1390 WELSH RD
NORTH WALES PA 19454-1900

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☑ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$1,147.50

---

**3.1332.** | **Nonpriority creditor's name and mailing address**

KEYSTONE TRAILER SERVICES, INC
100 W CRONE ROAD
STE A
YORK PA 17406

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$3,253.50

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

3.1333.    **Nonpriority creditor's name and mailing address**

KIDDE FENWAL INC
SUZANNE CARDENAS
400 MAIN ST
ASHLAND MA 01721-2150

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☒ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
|---|
| $3,648.00 |

3.1334.    **Nonpriority creditor's name and mailing address**

KIDIWAY INC
HATEM BESBES
2205 BOUL IND
LAVAL QC H7S1P8
CANADA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☒ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
|---|
| $1,600.00 |

3.1335.    **Nonpriority creditor's name and mailing address**

KINETIC SUPPLY CHAIN SERV,LLC
5 VILLAGE COURT
HAZLET NJ 07730-1530

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
|---|
| $356.70 |

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

3.1336.    **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:    | **Amount of claim** |
*Check all that apply.*

KING ARTHUR FLOUR
MEAGAN KIDDER                                                                $462.60
62 ACCORD PARK DR                      ☐ Contingent
NORWELL MA 02061-1645                  ☐ Unliquidated
                                       ☒ Disputed

**Date or dates debt was incurred**       **Basis for the claim:**

VARIOUS                                CARGO CLAIMS

**Last 4 digits of account number:**      **Is the claim subject to offset?**

                                       ☒ No
                                       ☐ Yes


3.1337.    **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:    | **Amount of claim** |
*Check all that apply.*

KING WIRE
ARNULFO MUNOZ                                                               UNDETERMINED
2305 DAVIS ST                          ☐ Contingent
NORTH CHICAGO IL 60086-0001            ☐ Unliquidated
                                       ☒ Disputed

**Date or dates debt was incurred**       **Basis for the claim:**

VARIOUS                                CARGO CLAIMS

**Last 4 digits of account number:**      **Is the claim subject to offset?**

                                       ☒ No
                                       ☐ Yes


3.1338.    **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:    | **Amount of claim** |
*Check all that apply.*

KINGDOM GLOBAL
% CTS                                                                       $2,000.55
1915 VAUGHN ROAD                       ☐ Contingent
KENNESAW GA 30144-4502                 ☐ Unliquidated
                                       ☒ Disputed

**Date or dates debt was incurred**       **Basis for the claim:**

VARIOUS                                CARGO CLAIMS

**Last 4 digits of account number:**      **Is the claim subject to offset?**

                                       ☒ No
                                       ☐ Yes

---

Debtor   **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

| 3.1339. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

KINGSGATE TRANSPORTATION SERVICES
DAVID BECKHAM
9100 W CHESTER TOWNE CENTRE STE 300
WEST CHESTER OH 45069-3106

☐ Contingent
☐ Unliquidated
☑ Disputed

$10,093.36

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.1340. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

KINT BEVERAGE CONCEPTS
FIRE PROTECTION
PO BOX 60490
HARRISBURG PA 17106-0490

☐ Contingent
☐ Unliquidated
☐ Disputed

$3,059.99

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.1341. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

KIRCHGESSNER*ROBBIE
Address Intentionally Omitted

☐ Contingent
☑ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

PENDING WORKERS' COMPENSATION
CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **New England Motor Freight, Inc.**                                      Case number *(if known)* **19-12809**

---

| 3.1342. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

KIRK NATIONALEASE CO.
PO BOX 4369
SIDNEY OH 45365

☐ Contingent
☐ Unliquidated
☐ Disputed

$57,679.92

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                      ACCOUNTS PAYABLE

**Last 4 digits of account number:**         **Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.1343. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

KISS LOGISTICS, INC
2504 APPLEBY DRIVE
OCEAN NJ 07712

☐ Contingent
☐ Unliquidated
☐ Disputed

$366.02

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                      ACCOUNTS PAYABLE

**Last 4 digits of account number:**         **Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.1344. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

KISS PRODUCTS INC
ALEXANDRE CHAN
25 HARBOR PARK DR
PORT WASHINGTON NY 11050-4605

☐ Contingent
☐ Unliquidated
☑ Disputed

$2,540.88

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                      CARGO CLAIMS

**Last 4 digits of account number:**         **Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                Case number *(if known)* **19-12809**

---

3.1345. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

KISS PRODUCTS INC
ALEXANDRE CHAN
57 SEAVIEW BLVD
PORT WASHINGTON NY 11050-4660

☐ Contingent
☐ Unliquidated
☑ Disputed

$3,493.92

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.1346. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

KLEINSCHMIDT INC
PO BOX 7158
DEERFIELD IL 60015-7158

☐ Contingent
☐ Unliquidated
☐ Disputed

$3,799.60

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.1347. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

KNADLER*ANDREW
Address Intentionally Omitted

☐ Contingent
☑ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

PENDING WORKERS' COMPENSATION
CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                                    Case number *(if known)* **19-12809**

---

3.1348. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

KOCH FILTER CORP
TRACI VANCE BOBBY
8401 AIR COMMERCE DR
LOUISVILLE KY 40219-3503

☐ Contingent
☐ Unliquidated
☐ Disputed

$153.84

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.1349.    **Nonpriority creditor's name and mailing address**

KOENIG EQUIPMENT
JOHN DEERE DEALER
16240 COUNTY RD 25A
ANNA OH 45302-9723

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$212.86

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.1350.    **Nonpriority creditor's name and mailing address**

KOKE INC
THOMAS MIKSCH
582 QUEENSBURY AVE
QUEENSBURY NY 12804-7612

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$272.68

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

3.1351.  **Nonpriority creditor's name and mailing address**

KOLMAR LAB
BETTY DONNELLY
PO BOX 1111
PORT JERVIS NY 12771-0154

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☑ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| $1,935.94 |

---

3.1352.  **Nonpriority creditor's name and mailing address**

KONICA MINOLTA BUS. SOLUTIONS
DEPT.2366
PO BOX 122366
DALLAS TX 75312-2366

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| $74.25 |

---

3.1353.  **Nonpriority creditor's name and mailing address**

KOOLTRONIC INC
30 PENNINGTON HOPEWELL RD
PENNINGTON NJ 08534

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

OPEN AUTO CLAIMS FOR PAYMENT

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

Debtor   **New England Motor Freight, Inc.**                                        Case number *(if known)* **19-12809**

---

**3.1354.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

KORE INSURANCE HOLDINGS LLC
354 EISENHOWER PKWY
PLAZA 1
LIVINGSTON NJ 07039

☑ Contingent
☑ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

TRADE PAYABLES - INSURANCE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1355.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

KOVATCH MOBILE EQUIPMENT
BRITTANY BOWMAN
ONE INDUSTRIAL COMPLEX
NESQUEHONING PA 18240-2201

☐ Contingent
☐ Unliquidated
☑ Disputed

$5,499.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1356.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

KROLL*ADAM
Address Intentionally Omitted

☐ Contingent
☑ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

PENDING WORKERS' COMPENSATION
CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **New England Motor Freight, Inc.**                                  Case number *(if known)* **19-12809**

---

**3.1357.** **Nonpriority creditor's name and mailing address**

KRW CYCLES
JOSEPH MIRACLE
8500 N MAIN ST
DAYTON OH 45415-1325

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$836.81

---

**3.1358.** **Nonpriority creditor's name and mailing address**

KURTZ BROTHERS
JEREMIAH MILES
PO BOX 392
CLEARFIELD PA 16830-0392

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$337.75

---

**3.1359.** **Nonpriority creditor's name and mailing address**

KURTZ BROTHERS
CHRIS BARR
400 REED ST
CLEARFIELD PA 16830-2540

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$490.55

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

3.1360.  **Nonpriority creditor's name and mailing address**

KUTOL PRODUCTS
BOB MARTIN
100 PARTNERSHIP WAY
CINCINNATI OH 45241-1571

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

| **Amount of claim** |
| --- |
| $588.94 |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.1361.  **Nonpriority creditor's name and mailing address**

KYE JA PARK & SAM NAM JUNG V. JOSEPH
GRANDEY & NEMF
ANDREW PARK, P.C.
ANDREW PARK, ESQ.
450 SEVENTH AVENUE
SUITE 1805
NEW YORK NY 10123

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Amount of claim** |
| --- |
| UNDETERMINED |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Basis for the claim:**

LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.1362.  **Nonpriority creditor's name and mailing address**

L AND L AUTO SUPPLY
3008 RT 39
W ARCADE NY 14009

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

| **Amount of claim** |
| --- |
| UNDETERMINED |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Basis for the claim:**

OPEN AUTO CLAIMS FOR PAYMENT

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **New England Motor Freight, Inc.**                                Case number *(if known)* **19-12809**

3.1363.  **Nonpriority creditor's name and mailing address**

LAB TECH SALES
% ECHO GLOBAL
600 W CHICAGO AVE STE 725
CHICAGO IL 60654-2801

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

3.1364.  **Nonpriority creditor's name and mailing address**

LADDAWN INC
JUDY CORREA
155 JACKSON RD
DEVENS MA 01434-5614

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| $131.22 |

3.1365.  **Nonpriority creditor's name and mailing address**

LAMSON*AARON
Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

PENDING WORKERS' COMPENSATION
CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

Debtor    **New England Motor Freight, Inc.**                                     Case number *(if known)* **19-12809**

---

3.1366. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

LAN CO COMPANIES INC
7330 EASTMAN ROAD
NORTH SYRACUSE NY 13212

$1,242.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.1367. **Nonpriority creditor's name and mailing address**

LANDER ENTERPRISES, LLC
7565 ROUTE 30
IRWIN PA 15642-7519

**As of the petition filing date, the claim is:** *Check all that apply.*

**Amount of claim**

$1,944.64

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.1368. **Nonpriority creditor's name and mailing address**

LANDING AT SACO BAY
LINDSEY KRUEGER
392 MAIN ST
SACO ME 04072-1521

**As of the petition filing date, the claim is:** *Check all that apply.*

**Amount of claim**

$3,760.15

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

| 3.1369. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

LANDRY AND MARTIN CORP INC
362 CENTRAL AVENUE
PAWTUCKET RI 02860

☐ Contingent
☐ Unliquidated
☐ Disputed

$2,191.50

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.1370. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

LANDSTAR GLOBAL LOGISTICS, INC
P O BOX 784302
PHILADELPHIA PA 19178-4302

☐ Contingent
☐ Unliquidated
☐ Disputed

$260,353.16

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.1371. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

LANDSTAR LOGISTICS
KHARIS ROJAS
13410 SUTTON PARK DR S
JACKSONVILLE FL 32224-5270

☐ Contingent
☐ Unliquidated
☑ Disputed

$1,680.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

3.1372. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

LANDSTAR LOGISTICS
SHELBY GODARD
13410 SUTTON PARK DR S
JACKSONVILLE FL 32224-5270

☐ Contingent
☐ Unliquidated
☑ Disputed

$6,192.11

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.1373. **Nonpriority creditor's name and mailing address**

LANGHAM LOGISTICS
DEANNE JACKSON
5335 W 74TH ST
INDIANAPOLIS IN 46268-4180

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.1374. **Nonpriority creditor's name and mailing address**

LANGHAM LOGISTICS
DEANNE JACKSON
5335 W 74TH ST
INDIANAPOLIS IN 46268-4180

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$211.68

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

**3.1375.**  **Nonpriority creditor's name and mailing address**

LANGTON*PETER
Address Intentionally Omitted

| As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|
| ☐ Contingent | UNDETERMINED |
| ☑ Unliquidated | |
| ☐ Disputed | |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Basis for the claim:**

PENDING WORKERS' COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1376.**  **Nonpriority creditor's name and mailing address**

LAPP U S A
29 HANOVER ROAD
FLORHAM PARK NJ 07932-1408

| As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|
| ☑ Contingent | $108.54 |
| ☐ Unliquidated | |
| ☑ Disputed | |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

OVERCHARGE CLAIMS

**Is the claim subject to offset?**

☐ No
☑ Yes

---

**3.1377.**  **Nonpriority creditor's name and mailing address**

LARRABEE'S TIRE SERV, LLC
17 HUNT CREEK ROAD
NICHOLS NY 13812

| As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|
| ☐ Contingent | $292.41 |
| ☐ Unliquidated | |
| ☐ Disputed | |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                Case number *(if known)* **19-12809**

---

3.1378.  **Nonpriority creditor's name and mailing address**

LARSEN*DEREK
Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

PENDING WORKERS' COMPENSATION
CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
|---|
| UNDETERMINED |

---

3.1379.  **Nonpriority creditor's name and mailing address**

LASANTA*JUAN
Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

PENDING WORKERS' COMPENSATION
CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
|---|
| UNDETERMINED |

---

3.1380.  **Nonpriority creditor's name and mailing address**

LASKY*THOMAS
Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

PENDING WORKERS' COMPENSATION
CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
|---|
| UNDETERMINED |

---

Debtor    **New England Motor Freight, Inc.**                                          Case number *(if known)* **19-12809**

---

**3.1381.**  **Nonpriority creditor's name and mailing address**

LASKY*THOMAS
Address Intentionally Omitted

| **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|
| ☐ Contingent | UNDETERMINED |
| ☒ Unliquidated | |
| ☐ Disputed | |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Basis for the claim:**

PENDING WORKERS' COMPENSATION CLAIM

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.1382.**  **Nonpriority creditor's name and mailing address**

LATEXCO LLC
SEZQUIN DEMIRKILIC
975 GERRARD ROAD
LAVONIA GA 30553-2952

| **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|
| ☐ Contingent | $6,966.00 |
| ☐ Unliquidated | |
| ☒ Disputed | |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.1383.**  **Nonpriority creditor's name and mailing address**

LATHAM POOL PRODUCTS
C/O BACKHAUL DIRECT
1 VIRGINIA AVE STE 400
INDIANAPOLIS IN 46204-3644

| **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|
| ☐ Contingent | $417.40 |
| ☐ Unliquidated | |
| ☐ Disputed | |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

3.1384.  **Nonpriority creditor's name and mailing address**

LAUNDRYLUX
461 DOUGHTY BLVD
INWOOD NY 11096

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

$44.66

---

3.1385.  **Nonpriority creditor's name and mailing address**

LAW OFFICES OF WEAVER AND FITZPATRICK
131WEST PATRICK ST
FREDERICK MD 21701

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent

☒ Unliquidated

☒ Disputed

**Basis for the claim:**

OPEN AUTO CLAIMS

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1386.  **Nonpriority creditor's name and mailing address**

LAWRENCE W BANKS
GRANT AND GRANT ATTORNEYS
T BLAKE ORNER
9247 N MERIDIAN ST STE 310
INDIANAPOLIS IN 46260

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent

☒ Unliquidated

☒ Disputed

**Basis for the claim:**

LITIGATION

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **New England Motor Freight, Inc.**                              Case number *(if known)* **19-12809**

---

| 3.1387. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Amount of claim |
|---------|---|---|---|

3.1387.  **Nonpriority creditor's name and mailing address**

LAWRENCE*THOMAS
Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

PENDING WORKERS' COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1388.  **Nonpriority creditor's name and mailing address**

LB SMITH FORD
12TH & MARKET STREETS
PO BOX 138
LEMOYNE PA 17043

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$204.72

---

3.1389.  **Nonpriority creditor's name and mailing address**

LEAL*TIAGO
Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

PENDING WORKERS' COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor   **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

| 3.1390. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

LEAVITT CORP
JANINE LE FAVE
100 SANTILLI HWY
EVERETT MA 02149-1938

$2,842.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.1391. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

LEBEL*ROBERT
Address Intentionally Omitted

UNDETERMINED

☐ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

PENDING WORKERS' COMPENSATION
CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.1392. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

LEE HI TOWING & RECOVERY
P O BOX 12101
ROANOKE VA 24022

$1,050.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

3.1393. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

LEE SUPPLY
1ST & LINCOLN AVE
CHARLEROI PA 15022-2423

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☒ Disputed

**Amount of claim**

$206.04

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

OVERCHARGE CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☒ Yes

---

3.1394. **Nonpriority creditor's name and mailing address**

LEE*GARY
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

PENDING WORKERS' COMPENSATION
CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.1395. **Nonpriority creditor's name and mailing address**

LEMAN U S A INC
DANIEL RESMUSSEN
67 WALNUT AVENUE, SUITE 301
CLARK NJ 07066-1640

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Amount of claim**

$32,986.30

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor   **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

3.1396.  **Nonpriority creditor's name and mailing address**

LEMAN USA
820 THORNDALE AVE
BENSENVILLE IL 60106-1138

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

OVERCHARGE CLAIMS

**Is the claim subject to offset?**

☐ No
☑ Yes

| Amount of claim |
| --- |
| $155.82 |

---

3.1397.  **Nonpriority creditor's name and mailing address**

LEON I HIGBEE UM CLAIM
JOHN J FROMEN
4367 HARLEM RD
SYNDER NY 14226

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

OPEN AUTO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

3.1398.  **Nonpriority creditor's name and mailing address**

LEON SINGH
107-39 122ND ST
QUEENS NY 11419-2817

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

OPEN AUTO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

Debtor    **New England Motor Freight, Inc.**                                  Case number *(if known)* **19-12809**

---

3.1399.  **Nonpriority creditor's name and mailing address**

LEPCO
CHRIS REINHOLD
1475 RIVER RD
MARIETTA PA 17547-9401

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

| As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|
| ☐ Contingent | $12,779.01 |
| ☐ Unliquidated | |
| ☑ Disputed | |

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.1400.  **Nonpriority creditor's name and mailing address**

LEWIS GALE MEDICAL CENTER
1900 ELECTRIC ROAD
SALEM VA 24153

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

| As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|
| ☐ Contingent | $1,782.00 |
| ☐ Unliquidated | |
| ☐ Disputed | |

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.1401.  **Nonpriority creditor's name and mailing address**

LEXIS NEXIS
P O BOX 9584
NEW YORK NY 10087-4584

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

| As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|
| ☐ Contingent | $566.28 |
| ☐ Unliquidated | |
| ☐ Disputed | |

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                        Case number *(if known)* **19-12809**

---

3.1402. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

LIBERTY AUTOGLASS LLC
509 NORTH 1ST STREET
LEHIGHTON PA 18235

☐ Contingent
☐ Unliquidated
☐ Disputed

$419.78

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.1403. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

LIBERTY GLASS TECHS, INC
1550 W FULLERTON AVE
UNIT D
ADDISON IL 60101

☐ Contingent
☐ Unliquidated
☐ Disputed

$430.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.1404. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

LIBERTY INSURANCE UNDERWRITERS INC
55 WATER ST
23RD FL
NEW YORK NY 10041

☑ Contingent
☑ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLES - INSURANCE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**                    Page 470 of 899

Debtor   **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

**3.1405.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
|---|---|---|

LIBERTY INTL TRUCKS OF NH, LLC
1400 SOUTH WILLOW STREET
MANCHESTER NH 03103

☐ Contingent
☐ Unliquidated
☐ Disputed

$379.36

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.1406.** **Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL
ARNOLD E REDA
PO BOX 515097
LOS ANGELES CA 90051

**As of the petition filing date, the claim is:** *Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

OPEN AUTO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.1407.** **Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL FIRE INSURANCE
CARMAN CALLAHAN AND INGHAM LLP
JAMI C AMARASINGHE ESQ
266 MAIN ST
FARMINGDALE NY 11735

**As of the petition filing date, the claim is:** *Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$10,000.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

SETTLEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                         Case number *(if known)* **19-12809**

---

3.1408.   **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

LIBERTY MUTUAL INSURANCE
CHRISTINE MCCARTHY
Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

$501,543.00

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS          WORKERS' COMPENSATION PAYABLE

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No
☐ Yes

---

3.1409.   **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

LIBERTY MUTUAL INSURANCE CO
PO BOX 2027
3-508113-0000
KEENE NH 03431-7027

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$19,145.22

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS          ACCOUNTS PAYABLE

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No
☐ Yes

---

3.1410.   **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

LIBERTY MUTUAL MEGAN PAYNE SUBRO DEPT
PO BOX 515097
LOS ANGELES CA 90051

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**          **Basis for the claim:**

_____          OPEN AUTO CLAIMS

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

**3.1411.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

LIBERTY UTILITIES
NH
75 REMITTANCE DRIVE,SUITE 1032
CHICAGO IL 60675-1032

☐ Contingent
☐ Unliquidated
☐ Disputed

$4,747.18

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1412.** **Nonpriority creditor's name and mailing address**

LIBERTY WATER COMPANY
PO BOX 371852
PITTSBURGH PA 15250-7852

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$6,597.83

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1413.** **Nonpriority creditor's name and mailing address**

LIECHTY FARM EQUIP
JOHN DEERE DEALER
1701 S DEFIANCE ST
ARCHBOLD OH 43502-9798

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                  Case number *(if known)* **19-12809**

---

3.1414.  **Nonpriority creditor's name and mailing address**

LIECHTY FARM EQUIP
JOHN DEERE DEALER
20 INTERSTATE DR
NAPOLEON OH 43545-9713

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

| As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|
| ☐ Contingent | $41.34 |
| ☐ Unliquidated | |
| ☐ Disputed | |

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.1415.  **Nonpriority creditor's name and mailing address**

LIF INDUSTRIES INC
JOHN NARDONE
5 HARBOR PARK DR
PORT WASHINGTON NY 11050-4698

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

| As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|
| ☐ Contingent | $945.25 |
| ☐ Unliquidated | |
| ☑ Disputed | |

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.1416.  **Nonpriority creditor's name and mailing address**

LIFEFACTORY
% ECHO GLOBAL
600 W CHICAGO AVE,STE 725
CHICAGO IL 60654-2801

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

| As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|
| ☐ Contingent | $50.00 |
| ☐ Unliquidated | |
| ☐ Disputed | |

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **New England Motor Freight, Inc.**                              Case number *(if known)* **19-12809**

---

**3.1417.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

LIFETIME BRANDS
SALLY JELONEK
12 APPLEGATE DRIVE
ROBBINSVILLE NJ 08691-2342

☐ Contingent
☐ Unliquidated
☑ Disputed

$1,280.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1418.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

LIFTECH EQUIPMENT COMPANIES
6847 ELLICOTT DRIVE
EAST SYRACUSE NY 13057

☐ Contingent
☐ Unliquidated
☐ Disputed

$2,120.07

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1419.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

LINCOLN WASTE SOLUTIONS, LLC
2075 SILAS DEANE HIGHWAY
SUITE 101
ROCKY HILL CT 06067

☐ Contingent
☐ Unliquidated
☐ Disputed

$70,965.62

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

3.1420.   **Nonpriority creditor's name and mailing address**

LINDA JAMES / STATE FARM
STATE FARM
PO BOX 106170
ATLANTA GA 30348

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

3.1421.   **Nonpriority creditor's name and mailing address**

LINDA JAMES ET AL V
NEW ENGLAND MOTOR FREIGHT INC ET AL
JASON WISHAM
204 MATTITUCK CT
MELVILLE NY 11747

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

3.1422.   **Nonpriority creditor's name and mailing address**

LINE OF CREDIT NOW
P O BOX 959
WOOD DALE IL 60191

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| $90.00 |

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

3.1423. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

LINK PRODUCT SOLUTIONS
CLAIMS DEPT
333 N RIVERMEDE RD UNIT 5
CONCORD ON L4K3N7
CANADA

$1,481.46

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.1424. **Nonpriority creditor's name and mailing address**

LINZER PRODUCTS
JAMIE KOSKINAS
1325 HARVARD DR
KANKAKEE IL 60901-9473

**As of the petition filing date, the claim is:** *Check all that apply.*

**Amount of claim**

$2,924.60

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.1425. **Nonpriority creditor's name and mailing address**

LISI'S TOWING SERVICE INC
ROUTE 6
BREWSTER NY 10509

**As of the petition filing date, the claim is:** *Check all that apply.*

**Amount of claim**

$812.89

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

3.1426.  **Nonpriority creditor's name and mailing address**

LIVING DOORS INC
JON PAUL PLANTE
22A SCOUNTING BLVD UNIT 3
MEDFORD NY 11763

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☑ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$960.00

---

3.1427.  **Nonpriority creditor's name and mailing address**

LIVIU GROSULEAC
ELKTON T-43
155 GATESHEAD WAY
PHOENIXVILLE PA 19460

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$305.70

---

3.1428.  **Nonpriority creditor's name and mailing address**

LLOYD'S SYNDICATES
LOCKTON COMPANIES LLP
CARGO AND LOGISTICS
THE ST BOTOLPH BLDG
138 HOUNDSDITCH
LONDON EC3A 7AG
UNITED KINGDOM

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES - INSURANCE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| 3.1429. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

LMS INTELLIBOUND LLC
3086 MOMENTUM PLACE
CHICAGO IL 60689-5330

☐ Contingent
☐ Unliquidated
☐ Disputed

$3,922.98

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.1430. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

LNK INTERNATIONAL
AMANDA LOWTH
60 ARKAY DR
HAUPPAUGE NY 11788-3708

☐ Contingent
☐ Unliquidated
☒ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.1431. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

LOCKTON COMPANIES
TIM HARPER
1185 AVENUE OF THE AMERICAS
NEW YORK NY 10036

☒ Contingent
☒ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

TRADE PAYABLES - INSURANCE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

3.1432. **Nonpriority creditor's name and mailing address**

LOCOMOTE EXPRESS LLC
P O BOX 2693
HUNTINGTON WV 25726

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

$10,114.00

---

3.1433. **Nonpriority creditor's name and mailing address**

LOGISTICK, INC
19880 STATE LINE ROAD
SOUTH BEND IN 46637-1545

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

$452.65

---

3.1434. **Nonpriority creditor's name and mailing address**

LOGISTICS CONCIERGE
DANIEL LUI
1 MEADOWLANDS PLZ STE 200
EAST RUTHERFORD NJ 07073-2150

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☒ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

$1,533.71

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| | | |
|---|---|---|
| 3.1435. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

3.1435.    **Nonpriority creditor's name and mailing address**

LOGISTICS FREIGHT
VGIRALDO@LFS-INC.COM
P O BOX 720637
MIAMI FL 33172-0011

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**

OVERCHARGE CLAIMS

**Is the claim subject to offset?**

☐ No
☒ Yes

**Amount of claim**

$153.68

---

3.1436.    **Nonpriority creditor's name and mailing address**

LOGISTICS PLUS
KRISTEN RZODKIEWICZ
1406 PEACH ST
ERIE PA 16501-1879

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$19,124.38

---

3.1437.    **Nonpriority creditor's name and mailing address**

LOGISTXS INC
MICHAEL ZITO C47134
1500 ROUTE 517
SUITE 305
HACKETTSTOWN NJ 07840-2717

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**

OVERCHARGE CLAIMS

**Is the claim subject to offset?**

☐ No
☒ Yes

**Amount of claim**

$325.00

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

3.1438.   **Nonpriority creditor's name and mailing address**

LONG FENCE FENCING DIRECT
TIM LONG
1910 BETSON CT
ODENTON MD 21113-1124

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☑ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
|---|
| UNDETERMINED |

3.1439.   **Nonpriority creditor's name and mailing address**

LONZA INC
% ODYSSEY LOGISTICS & TECHNOLOGY
PO BOX 19749 DEPT123
CHARLOTTE NC 28219-9749

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☑ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
|---|
| $820.68 |

3.1440.   **Nonpriority creditor's name and mailing address**

LONZA INC
JUSTIN BOYCE
PO BOX 19749 DEPT123
CHARLOTTE NC 28219-9749

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☑ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
|---|
| $4,350.36 |

Debtor   **New England Motor Freight, Inc.**                                Case number *(if known)* **19-12809**

| | | |
|---|---|---|

**3.1441.** **Nonpriority creditor's name and mailing address**

LORDS VALLEY TOWING
500 ROUTE 739
LORDS VALLEY PA 18428

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim**

$412.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.1442.** **Nonpriority creditor's name and mailing address**

L'OREAL CONSUMER PRODS DIV
TRANSPORTATION DEPT, KATHY OLDAK
35 BROADWAY RD
CRANBURY NJ 08512-5411

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☑ Disputed

**Amount of claim**

$27,462.66

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.1443.** **Nonpriority creditor's name and mailing address**

L'OREAL PARIS
KATHY OLDAK
35 BROADWAY RD
CRANBURY NJ 08512-5411

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☑ Disputed

**Amount of claim**

$2,630.43

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor   **New England Motor Freight, Inc.**                                      Case number *(if known)* **19-12809**

---

**3.1444.** **Nonpriority creditor's name and mailing address**

LOUNSBERRY TRUCK STOP
ROUTE 17 AT EXPRESSWAY 63
NICHOLS NY 13812

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

| As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|
| ☐ Contingent | $66.60 |
| ☐ Unliquidated | |
| ☐ Disputed | |

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1445.** **Nonpriority creditor's name and mailing address**

LOWE AND MOYER GARAGE INC
731 CHURCH ST
FOGELSVILLE PA 18051

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

| As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|
| ☐ Contingent | $36,654.31 |
| ☐ Unliquidated | |
| ☐ Disputed | |

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1446.** **Nonpriority creditor's name and mailing address**

LT INTERNATIONAL COMPANY
MARK THIENVANICH
PO BOX 155
PROSPER TX 75078-0155

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

| As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|
| ☐ Contingent | $1,680.00 |
| ☐ Unliquidated | |
| ☑ Disputed | |

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

**3.1447.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

LUCKY'S ENERGY SERVICE, INC
6801 W 73RD STREET
BOX 637
BEDFORD PARK IL 60499-0637

☐ Contingent
☐ Unliquidated
☐ Disputed

$123,234.39

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1448.** **Nonpriority creditor's name and mailing address**

LUCKY'S TRAILER SALES, INC
402 VT ROUTE 107
SOUTH HROYALTON VT 05068

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$925.67

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1449.** **Nonpriority creditor's name and mailing address**

LUMIKO USA INC
PABLO GUARDERES
47 COMMERCE DR STE 3
CRANBURY NJ 08512-3503

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                              Case number *(if known)* **19-12809**

---

| 3.1450. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

LYKINS OIL COMPANY
ATTN: JIM HUBER
5163 WOLFPEN PLEASANT HILL RD
MILFORD OH 45150

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**
$36,689.04

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.1451. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

M & K MOBILE SERVICES
8308 SPENCER LAKE RD
MEDINA OH 44256

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**
$406.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.1452. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

M BLOCK & SONS INC
DONNA CHURMS
5020 W 73RD ST
BEDFORD PARK IL 60638-6612

☐ Contingent
☐ Unliquidated
☒ Disputed

**Amount of claim**
$32.40

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

**3.1453.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

M BLOCK & SONS INC
DONNA CHURMS
5020 W 73RD ST
BEDFORD PARK IL 60638-6612

☐ Contingent
☐ Unliquidated
☐ Disputed

$192.96

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1454.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

M HOLLAND COMPANY
% ECHO GLOBAL
600 W CHICAGO AVE STE 725
CHICAGO IL 60654-2801

☐ Contingent
☐ Unliquidated
☑ Disputed

$1,549.67

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1455.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

M&N SALES CO, INC
415 KEIM BLVD
BURLINGTON NJ 08016

☐ Contingent
☐ Unliquidated
☐ Disputed

$3,258.90

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                                      Case number *(if known)* **19-12809**

| 3.1456. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

M.D.S. AUTO BODY
369 THOMAS ST.
NEWARK, NJ 07114

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

$10,739.90

---

| 3.1457. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MAC TRUCK PARTS & EQUIPMENT
2463 PECK SETTLEMENT ROAD
JAMESTOWN NY 14701

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

$192.18

---

| 3.1458. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MACHINISTS MONEY PURCHASE
PENSION FUND
140 SYLVAN AVENUE SUITE 303
ENGLEWOOD CLIFFS NJ 07632

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

$403,918.35

Debtor    **New England Motor Freight, Inc.**                                                    Case number *(if known)* **19-12809**

---

3.1459.    **Nonpriority creditor's name and mailing address**

MACK FINANCIAL SERVICES
DIVISION OF VFS US LLC
PO BOX 26131
GREENSBORO NC 27402

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

EQUIPMENT LEASE

**Is the claim subject to offset?**

☐ No
☐ Yes

**Amount of claim**

$0.00

---

3.1460.    **Nonpriority creditor's name and mailing address**

MACKBACH*GLENN
Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

PENDING WORKERS' COMPENSATION
CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1461.    **Nonpriority creditor's name and mailing address**

MACYS
ACCOUNTS PAYABLE
PO BOX 8251
MASON OH 45040-5251

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$2,188.25

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| | | |
|---|---|---|
| 3.1462. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

MADISON SECURITY GROUP, INC
31-37 KIRK STREET
LOWELL MA 01852

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$8,207.97

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| | | |
|---|---|---|
| 3.1463. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

MAGGIO DATA FORMS
CLAIMS DEPT
1735 EXPRESSWAY DR N
HAUPPAUGE NY 11788-5303

☐ Contingent
☐ Unliquidated
☒ Disputed

**Amount of claim**

$605.94

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| | | |
|---|---|---|
| 3.1464. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

MAGGIO DATA FORMS
CANDICE SHIOPPA
1735 EXPRESSWAY DR N
HAUPPAUGE NY 11788-5303

☐ Contingent
☐ Unliquidated
☒ Disputed

**Amount of claim**

$1,745.04

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

3.1465.  **Nonpriority creditor's name and mailing address**

MAGNA IND
TERRY BUNDY
2233 WEST 110 ST
CLEVELAND OH 44102-3511

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$2,242.25

---

3.1466.  **Nonpriority creditor's name and mailing address**

MAHON*EDWARD
Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

PENDING WORKERS' COMPENSATION
CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1467.  **Nonpriority creditor's name and mailing address**

MAINE EMPLOYERS MUTUAL INS CO
PO BOX 11409
PORTLAND ME 04104

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLES - INSURANCE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

| 3.1468. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

3.1468.   **Nonpriority creditor's name and mailing address**

MAINE GRAINS
KRISTIAN POTTLE
42 COURT ST
SKOWHEGAN ME 04976-1808

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Amount of claim**

$3,256.94

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.1469.   **Nonpriority creditor's name and mailing address**

MAINE TURNPIKE AUTHORITY
VIOLATION PROCESSING CNTR
2360 CONGRESS STREET
PORTLAND ME 04102

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$2.25

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.1470.   **Nonpriority creditor's name and mailing address**

MAINFREIGHT USA
NANCY SANCHEZ
300 ED WRIGHT LA STE L
NEWPORT NEWS VA 23606-4384

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$511.80

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                        Case number *(if known)* **19-12809**

---

| 3.1471. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MALCO PRODUCTS INC
DORIS MATUCH
361 FAIRVIEW AVE
BARBERTON OH 44203

☐ Contingent
☐ Unliquidated
☐ Disputed

$99.90

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.1472. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MALL*JABRAN
Address Intentionally Omitted

☐ Contingent
☑ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

PENDING WORKERS' COMPENSATION
CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.1473. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MANHATTAN ASSOCIATES
P.O. BOX 405696
ATLANTA GA 30368

☐ Contingent
☐ Unliquidated
☐ Disputed

$533.13

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                           Case number *(if known)* **19-12809**

---

| 3.1474. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MANITOULIN
YVONNE BAILEY
P.O. BOX 390
GORE BAY ON POP1HO
CANADA

☐ Contingent
☐ Unliquidated
☑ Disputed

$3,404.46

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

---

| 3.1475. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MANITOULIN TRANSPORT
YVONNE BAILEY
PO BOX 390
GORE BAY ON P0P1H0
CANADA

☐ Contingent
☐ Unliquidated
☑ Disputed

$11,340.44

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

---

| 3.1476. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MANITOULIN TRANSPORT
YVONNE BAILEY
PO BOX 390
GORE BAY ON POP1H02190
CANADA

☐ Contingent
☐ Unliquidated
☑ Disputed

$328.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

**3.1477.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
*Check all that apply.*

MANITOULIN TRANSPORT LTD.
PO BOX 390
GORE BAY ON P0P 1H0
CANADA

☐ Contingent

☐ Unliquidated

☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No

☑ Yes

$51,591.71

---

**3.1478.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
*Check all that apply.*

MANITOULIN TRANSPORT LTD.
YVONNE BAILEY
PO BOX 390
GORE BAY ON POP1H02190
CANADA

☐ Contingent

☐ Unliquidated

☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No

☑ Yes

$365,989.54

---

**3.1479.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
*Check all that apply.*

MANNING*DAVID
Address Intentionally Omitted

☐ Contingent

☑ Unliquidated

☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

PENDING WORKERS' COMPENSATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

3.1480.  **Nonpriority creditor's name and mailing address**

MANNING*PAUL
Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**

PENDING WORKERS' COMPENSATION CLAIM

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1481.  **Nonpriority creditor's name and mailing address**

MANSFIELD OIL COMPANY
OF GAINESVILLE, INC
P.O. BOX 733706
DALLAS TX 75373-3706

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$519.44

---

3.1482.  **Nonpriority creditor's name and mailing address**

MANSFIELD OIL COMPANY
OF GAINESVILLE, INC
P.O. BOX 733706
DALLAS TX 75373-3706

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$214,333.83

---

Debtor    **New England Motor Freight, Inc.**                                      Case number *(if known)* **19-12809**

---

**3.1483.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

MANUEL STUBB
SO PLAINFIELD**SAFETY**
135 WEST 238TH ST
BRONX NY 10463

☐ Contingent
☐ Unliquidated
☐ Disputed

$219.80

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.1484.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

MANZI BONANNO AND BOWERS ATTY
280 MERRIMACH ST
STE B
METHUEN MA 01844

☒ Contingent
☒ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Basis for the claim:**

OPEN AUTO CLAIMS FOR PAYMENT

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.1485.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

MAPFRE INS
RUDY BERGERON CLAIM REP
11 GORE RD
WEBSTER MA 01570

☒ Contingent
☒ Unliquidated
☒ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Basis for the claim:**

OPEN AUTO CLAIMS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

| 3.1486. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MAPFRE INSURANCE
LINDA BREWER
11GORE RD
WEBSTER MA 01570

☒ Contingent
☒ Unliquidated
☒ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

OPEN AUTO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.1487. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MARCO POLO LOGISTICS
PHILIP LEE
10929 FRANKLIN AVE #W
FRANKLIN PARK IL 60131-1430

☐ Contingent
☐ Unliquidated
☒ Disputed

$1,021.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.1488. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MARIAM NIVEDITHA AND RAJU GEORGE
1331WORLD AVE
ELMONT NY 11003

☒ Contingent
☒ Unliquidated
☒ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

OPEN AUTO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

**3.1489.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

MARINE RECOVERY
MARISSA MIELKE
1475 E WOODFIELD RD STE 500
SCHAUMBURG IL 60173-4980

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

$2,266.75

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1490.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

MARKO RADIATOR, INC.
725 WEST COAL ST.
SHENANDOAH PA 17976

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,079.75

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1491.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

MARLBOROUGH COUNTRY
45 NORTH MAIN ST
MARLBOROUGH CT 06447-1309

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$240.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

3.1492. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

MARS NICK CHAMBERS
295 BROWN ST
ELIZABETHTOWN PA 17022

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**
_____

**Basis for the claim:**
OPEN AUTO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.1493. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

MARSH*DALE
Address Intentionally Omitted

☐ Contingent
☑ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**
_____

**Basis for the claim:**
PENDING WORKERS' COMPENSATION
CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.1494. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

MARSHALL WOOD WORKS LTD
ROBERT SPEHAR
1500 SPRING GARDEN AVE
PITTSBURGH PA 15212-3633

☐ Contingent
☐ Unliquidated
☑ Disputed

$1,006.72

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

3.1495.  **Nonpriority creditor's name and mailing address**

MARYLAND DISTRICT COURT
TRAFFIC PROCESSING CENTER
P.O. BOX 6676
ANNAPOLIS MD 21401-0676

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
|---|
| $303.00 |

---

3.1496.  **Nonpriority creditor's name and mailing address**

MARYLAND ELEVATOR SERVICES,INC
2147 PRIEST BRIDGE DRIVE
CROFTON MD 21114

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
|---|
| $74.00 |

---

3.1497.  **Nonpriority creditor's name and mailing address**

MARYLAND FINANCIAL INVESTORS INC
SCOTT CHERRY
2800 QUARRY LAKE DR
STE 340
BALTIMORE MD 12109

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

OPEN AUTO CLAIMS

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
|---|
| UNDETERMINED |

---

Debtor    **New England Motor Freight, Inc.**                                      Case number *(if known)* **19-12809**

---

3.1498. **Nonpriority creditor's name and mailing address**

MARYLAND PLASTICS
TOMAS DAVILE
PO BOX 472
FEDERALSBURG MD 21632-0472

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$1,624.78

---

3.1499. **Nonpriority creditor's name and mailing address**

MARZEN FEED & HARDWARE
75 HARRITY RD.
LEHIGHTON PA 18235

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$35.20

---

3.1500. **Nonpriority creditor's name and mailing address**

MASCO CABINETRY
CINDY MYERS
641 MADDOX DR
CULPEPER VA 22701-4100

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$455.04

---

Debtor    **New England Motor Freight, Inc.**                    Case number *(if known)* **19-12809**

---

| 3.1501. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MASCO CABINETRY
CINDY MYERS
641 MADDOX DRIVE
CULPEPER VA 22701-4100

☐ Contingent
☐ Unliquidated
☐ Disputed

$598.90

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.1502. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MASERGY COMMUNICATIONS INC
PO BOX 733938
DALLAS TX 75373-3938

☐ Contingent
☐ Unliquidated
☐ Disputed

$18,684.99

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.1503. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MASIS STAFFING SOLUTIONS LLC
PO BOX 204653
DALLAS TX 75320-4653

☐ Contingent
☐ Unliquidated
☐ Disputed

$2,759.16

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                           Case number *(if known)* **19-12809**

---

| 3.1504. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MASKCARA COSMETICS
STEPHEN HEPNER
1987 S 2940 E
SAINT GEORGE UT 84790-5111

☐ Contingent
☐ Unliquidated
☐ Disputed

$153.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.1505. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MASONITE
JASPER CHIGUMA
970 NEW YORK RTE 11
KIRKWOOD NY 13795

☐ Contingent
☐ Unliquidated
☒ Disputed

$932.18

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.1506. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MASONITE
JASPER CHIGUMA
970 NEW YORK RTE 11
KIRKWOOD NY 13795-1649

☐ Contingent
☐ Unliquidated
☐ Disputed

$60.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor   **New England Motor Freight, Inc.**                                   Case number *(if known)* **19-12809**

---

**3.1507.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
| | *Check all that apply.* |

MASONITE DOOR FAB
JASPER CHIGUMA
970 NY ROUTE 11
KIRKWOOD NY 13795

☐ Contingent
☐ Unliquidated
☑ Disputed

$341.27

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1508.** **Nonpriority creditor's name and mailing address**     **As of the petition filing date, the claim is:**     **Amount of claim**
*Check all that apply.*

MASTELE*ELIZABETH
Address Intentionally Omitted

☐ Contingent
☑ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

PENDING WORKERS' COMPENSATION
CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1509.** **Nonpriority creditor's name and mailing address**     **As of the petition filing date, the claim is:**     **Amount of claim**
*Check all that apply.*

MASTER MECHANICAL CORP
75 VERDI STREET
FARMINGDALE NY 11735

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,078.10

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

3.1510. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

MASTERMAN'S LLP
AUBURN IND PARK, PO BOX 411
11C ST, BLDG 10
AUBURN MA 01501-0411

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$49.83

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.1511. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

MASTRILLI*BRUCE
Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

PENDING WORKERS' COMPENSATION
CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.1512. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

MATERIAL HANDLING EXCHANGE
KATIE HERBERT
1800 CHURCHMAN AVE
INDIANAPOLIS IN 46203-2900

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

$945.03

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                      Case number *(if known)* **19-12809**

---

3.1513. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim** |

**Nonpriority creditor's name and mailing address**

MATTHEW FAHY V
NEW ENGLAND MOTOR FREIGHT INC ET AL
MIGUEL IRAHETA
164 NEW YORK AVE
APT 1
JERSEY CITY NJ 07307

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Basis for the claim:**

LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.1514.

**Nonpriority creditor's name and mailing address**

MATTHEW NELSON
ATTORNEY FOR THE PLAINTIFF DAVE
FRISSORA ESQ
LAW OFFICES OF DAVE FRISSORA
4656 EXECUTIVE DR STE 201B
COLUMBUS OH 43220

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Basis for the claim:**

LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.1515.

**Nonpriority creditor's name and mailing address**

MATTHEW NELSON V
NEW ENGLAND MOTOR FREIGHT INC
JARED GALYON
42 EAST MAIN ST
PO BOX 201
HARVEYSBURG OH 45032

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Basis for the claim:**

LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                      Case number *(if known)* **19-12809**

---

**3.1516.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
*Check all that apply.*

MATTRESS LAND
ADAM JOHNSON
5610 CLEVELAND AVE
COLUMBUS OH 43231-4059

☐ Contingent
☐ Unliquidated
☑ Disputed

$535.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1517.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
*Check all that apply.*

MAUCHER*ROBERT
Address Intentionally Omitted

☐ Contingent
☑ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

PENDING WORKERS' COMPENSATION
CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1518.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
*Check all that apply.*

MAXLITE
TINA GABRIEL
12 YORK AVE
WEST CALDWELL NJ 07006-6411

☐ Contingent
☐ Unliquidated
☑ Disputed

$2,178.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

3.1519.   **Nonpriority creditor's name and mailing address**

MAXSOLAR LLC
805 THIRD AVENUE
20TH FLOOR
NEW YORK NY 10022

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
|---|
| $3,697.76 |

---

3.1520.   **Nonpriority creditor's name and mailing address**

MCCLELLAND*JAMES
Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

PENDING WORKERS' COMPENSATION
CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
|---|
| UNDETERMINED |

---

3.1521.   **Nonpriority creditor's name and mailing address**

MCCLOUGHAN*ANDREW
Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

PENDING WORKERS' COMPENSATION
CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
|---|
| UNDETERMINED |

---

Debtor    **New England Motor Freight, Inc.**                                                          Case number *(if known)* **19-12809**

---

**3.1522.** **Nonpriority creditor's name and mailing address**

MCCOURT LABEL CABINET CO
20 EGBERT LANE
LEWIS RUN PA 16738

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

| As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|
| ☐ Contingent | $2,682.17 |
| ☐ Unliquidated | |
| ☐ Disputed | |

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1523.** **Nonpriority creditor's name and mailing address**

MCCUE CORPORATION
STEVE MOONEY
125 WATER STREET
DANVERS MA 01923

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

| As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|
| ☐ Contingent | $501.79 |
| ☐ Unliquidated | |
| ☐ Disputed | |

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1524.** **Nonpriority creditor's name and mailing address**

MCGRATH OFFICE EQUIPMENT
PO BOX 932
JOLIET IL 60434

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

| As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|
| ☐ Contingent | $86.50 |
| ☐ Unliquidated | |
| ☐ Disputed | |

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                          Case number *(if known)* **19-12809**

---

3.1525. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim** |

MCGRIFF*ANTHONY
Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

PENDING WORKERS' COMPENSATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.1526. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim** |

MCINTOSH ENERGY COMPANY INC
1923 BREMER ROAD
FORT WAYNE IN 46803

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$26,003.10

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.1527. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim** |

MCLANE NORTHEAST
PO BOX 6131
TEMPLE TX 76503-6131

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$6,665.49

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **New England Motor Freight, Inc.**                    Case number *(if known)* **19-12809**

---

**3.1528.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

MCMASTER CARR
DAVE SEE
PO BOX 7690
CHICAGO IL 60680-7690

☐ Contingent
☐ Unliquidated
☑ Disputed

$2,441.25

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1529.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

MCS LIFE INSURANCE COMPANY
ATTN:FINANCE DEPARTMENT
PO BOX 193310
SAN JUAN PR 00919-3310

☐ Contingent
☐ Unliquidated
☐ Disputed

$2,694.76

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1530.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

MEDEXPRESS BILLING
ATTN: #7958J
PO BOX 7964
BELFAST ME 04915

☐ Contingent
☐ Unliquidated
☐ Disputed

$240.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

3.1531.  **Nonpriority creditor's name and mailing address**

MEDITERRANEAN SHIPPING
700 WATERMARK BLVD
MOUNT PLEASANT SC 29464

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| $460.00 |

---

3.1532.  **Nonpriority creditor's name and mailing address**

MEDTRONIC
JUDY MALDONADO
201 SABANETAS INDUSTRIAL PARK
PONCE PR 00716-1602

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☑ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| $351.60 |

---

3.1533.  **Nonpriority creditor's name and mailing address**

MEDTRONIC
P O BOX 61050
FORT MYERS FL 33906-1050

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☑ Disputed

**Basis for the claim:**

OVERCHARGE CLAIMS

**Is the claim subject to offset?**

☐ No

☑ Yes

| Amount of claim |
| --- |
| $751.28 |

---

Debtor   **New England Motor Freight, Inc.**                          Case number *(if known)* **19-12809**

---

3.1534.  **Nonpriority creditor's name and mailing address**

MEIJER 93
MAY GRACEFFA
2929 WALKER NW
GRAND RAPIDS MI 49544-6402

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$489.60

---

3.1535.  **Nonpriority creditor's name and mailing address**

MEIJER 93
KERRY JOHNSONASE
2929 WALKER AVE NW
GRAND RAPIDS MI 49544-6402

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$11,988.75

---

3.1536.  **Nonpriority creditor's name and mailing address**

MELINDA CARNEY
2021 VIA FLORENCE RD
CHARLOTTESVILLE VA 22911

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

OPEN AUTO CLAIMS

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **New England Motor Freight, Inc.**                                        Case number *(if known)* **19-12809**

---

3.1537. **Nonpriority creditor's name and mailing address**

MELITTA USA
CLAIMS DEPT
13925 58TH ST N
CLEARWATER FL 33760-3721

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☒ No
☐ Yes

| Amount of claim |
| --- |
| $14,242.16 |

---

3.1538. **Nonpriority creditor's name and mailing address**

MELITTA USA
CLAIMS DEPT
13925 58TH STREET N
CLEARWATER FL 33760-3721

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

| Amount of claim |
| --- |
| $931.44 |

---

3.1539. **Nonpriority creditor's name and mailing address**

MELLOTT & MELLOTT
SPENCER SKAATS
312 WALNUT ST STE 2500
CINCINNATI OH 45202-4024

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

| Amount of claim |
| --- |
| $31.68 |

---

Debtor    **New England Motor Freight, Inc.**                                      Case number *(if known)* **19-12809**

---

**3.1540.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

MERCANTILE DEVELOPMENT
CHRISTOPHER CARROLL
10 WATERVIEW DR
SHELTON CT 06484-4300

☐ Contingent
☐ Unliquidated
☑ Disputed

$295.25

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1541.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

MERCANTILE DEVELOPMENT
CHRISTOPHER CARROLL
10 WATERVIEW DRIVE
SHELTON CT 06484-4300

☐ Contingent
☐ Unliquidated
☐ Disputed

$44.95

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1542.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

MERISSA L. COHEN 2000 SUBTRUST U/W/O JON
SHEVELL
1-71 NORTH AVENUE EAST
ELIZABETH NJ 07201

☐ Contingent
☐ Unliquidated
☐ Disputed

$11,578.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

INSIDER PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

3.1543.  **Nonpriority creditor's name and mailing address**

MEROLA TILE
TATYANA TSODIKOV
217 COUNTY ROAD 522
MANALAPAN NJ 07726-8813

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| $758.45 |

3.1544.  **Nonpriority creditor's name and mailing address**

MEROLA TILE SOMERTILE
217 COUNTY RD 522
MANALAPAN NJ 07726

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

OPEN AUTO CLAIMS

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

3.1545.  **Nonpriority creditor's name and mailing address**

MESCA FREIGHT SERVICES
P.O. BOX 70000
NEWARK NJ 07101-3521

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| $13,156.72 |

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

3.1546. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

MET LIFE
PO BOX 8500-3895
PHILADELPHIA PA 19178-3895

☐ Contingent
☐ Unliquidated
☐ Disputed

$6,194.11

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.1547. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

METLIFE A/S/O NON VAN NGUYEN
POB 2204
CHARLOTTE NC 28241-2204

☑ Contingent
☑ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

OPEN AUTO CLAIMS FOR PAYMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.1548. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

METLIFE A/S/O RICHARD PLANTE
POB 2204
CHARLOTTE NC 28241-2204

☑ Contingent
☑ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

OPEN AUTO CLAIMS FOR PAYMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                           Case number *(if known)* **19-12809**

---

**3.1549.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

METROPOLITAN LIFE INSURANCE CO
P O BOX 360229
PITTSBURGH PA 15251-6229

☐ Contingent
☐ Unliquidated
☐ Disputed

$41,398.26

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1550.** **Nonpriority creditor's name and mailing address**

MI LOGISTICS
DBA DLS WORLDWIDE
10715 PAXTONS PL
DAVIDSON NC 28036-7593

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Amount of claim**

$4,744.12

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1551.** **Nonpriority creditor's name and mailing address**

MICA CORPORATION
ALPHONSE ACONFORA
9 MOUNTAIN VIEW RD
SHELTON CT 06484-6404

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$50.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                  Case number *(if known)* **19-12809**

---

3.1552.  **Nonpriority creditor's name and mailing address**

MICHAEL AND ANDREA WOOD
106 PEARL ST
WOBURN MA 01801

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

| As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|
| ☐ Contingent | $820.00 |
| ☐ Unliquidated | |
| ☐ Disputed | |

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.1553.  **Nonpriority creditor's name and mailing address**

MICHAEL BIGG JR., INC.
BOX 181
ROUTE 32
VAILS GATE NY 12584

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

| As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|
| ☐ Contingent | $10,025.50 |
| ☐ Unliquidated | |
| ☐ Disputed | |

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.1554.  **Nonpriority creditor's name and mailing address**

MICHAEL HEFFRON AND NEMF
WARD GREENBERG HELLER AND REIDY LLP
SCOTT JEANNETTE ESQ
1800 BAUSCH & LOMB PL
ROCHESTER NY 14604

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

| As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|
| ☒ Contingent | UNDETERMINED |
| ☒ Unliquidated | |
| ☒ Disputed | |

**Basis for the claim:**

LITIGATION

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                          Case number *(if known)* **19-12809**

---

| 3.1555. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Amount of claim |
|---|---|---|---|
| | MICHAEL SINGLEY<br>D'ARCY JOHNSON DAY<br>RICHARD J ALBUQUERQUE ESQ<br>3120 FIRE RD<br>STE 100<br>EGG HARBOR TOWNSHIP NJ 08234 | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.1556. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Amount of claim |
|---|---|---|---|
| | MICHAEL YOUNG<br>ATTORNEY FOR THE PLAINTIFF<br>SIMON AND SIMON PC<br>1815 MARKET ST STE 2000<br>PHILADELPHIA PA 19103 | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.1557. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Amount of claim |
|---|---|---|---|
| | MICHELIN NORTH AMERICA<br>CLAIMS DEPT<br>PO BOX 100860<br>ATLANTA GA 30384-0860 | ☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | $33,279.96 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | **New England Motor Freight, Inc.** | Case number *(if known)* **19-12809** |
|---|---|---|

3.1558. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

MICHELIN NORTH AMERICA, INC.
PO BOX 100860
ATLANTA GA 30384-0860

$40,384.54

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

3.1559. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

MID ATLANTIC AIR FILTER
% TLI
321 N FURNACE ST STE 300
BIRDSBORO PA 19508-2057

UNDETERMINED

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

3.1560. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

MID ATLANTIC TRUCK CENTRE
525 LINDEN AVENUE WEST
LINDEN NJ 07036

$3,044.79

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| 3.1561. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MIDDLETOWN TRACTOR SALES
JOHN DEERE DEALER
2050 BOYERS DR
FAIRMONT WV 26554-8475

☐ Contingent
☐ Unliquidated
☒ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.1562. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MIDRANGE SOLUTIONS, INC.
200 SHEFFIELD STREET
SUITE 103
MOUNTAINSIDE NJ 07092

☐ Contingent
☐ Unliquidated
☐ Disputed

$250.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.1563. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MIDWEST MOBILE MAINTENANCE
2323 GOLFVIEW DR
JOLIET IL 60435

☐ Contingent
☐ Unliquidated
☐ Disputed

$3,357.51

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

| 3.1564. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MIDWEST MOTOR EXPRESS
KRISTIN JANGULA
PO BOX 1058
BISMARCK ND 58502-1058

☐ Contingent
☐ Unliquidated
☑ Disputed

$600.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

---

| 3.1565. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MIDWEST MOTOR EXPRESS
KRISTIN JANGULA
PO BOX 1058
BISMARCK ND 58502-1058

☐ Contingent
☐ Unliquidated
☑ Disputed

$341.63

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

---

| 3.1566. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MIDWEST MOTOR EXPRESS, INC
PO BOX 1496
5015 EAST MAIN
BISMARCK ND 58501

☐ Contingent
☐ Unliquidated
☑ Disputed

$57,321.62

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

---

Debtor    **New England Motor Freight, Inc.**                                   Case number *(if known)* **19-12809**

---

**3.1567.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

MIDWEST MOTOR EXPRESS, INC
PO BOX 1496
5015 EAST MAIN
BISMARCK ND 58501

☐ Contingent
☐ Unliquidated
☑ Disputed

$347.46

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

---

**3.1568.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

MILLER BROS FURNITURE INC
MATTHEW B TALADY
ATTORNEY AT LAW
528 LIBERTY BLVD
DUBOIS PA 15801

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

OPEN AUTO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1569.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

MILLER HOLDING LLC
167 HUTTLESTON AVE
FAIRHAVEN MA 02719

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

OPEN AUTO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

| 3.1570. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MILLER'S TOWING
P O BOX 26217
AKRON OH 44319

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$1,150.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

---

| 3.1571. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MILLIKEN MILLWORK
% ECHO GLOBAL
600 W CHICAGO AVE STE 725
CHICAGO IL 60654-2801

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

$10,531.37

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

---

| 3.1572. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MILLS COMPANY
CLAIMS DEPT
3007 HARDING HWY E BLDG
MARION OH 43302

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$1,519.15

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

3.1573.  **Nonpriority creditor's name and mailing address**

MILTON REGIONAL WASTEWATER
SEWER AUTHORITY
PO BOX 725
BLOOMBURG PA 17815

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$189.10

3.1574.  **Nonpriority creditor's name and mailing address**

MIRABITO FUEL GROUP
THE METROCENTER-49 COURT ST
PO BOX 5306
BINGHAMTON NY 13902

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$96,355.04

3.1575.  **Nonpriority creditor's name and mailing address**

MITCHELL*DANIEL
Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

PENDING WORKERS' COMPENSATION
CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

Debtor    **New England Motor Freight, Inc.**                                      Case number *(if known)* **19-12809**

---

3.1576.   **Nonpriority creditor's name and mailing address**

MITSUBISHI INTL FOOD
DANA MCKINNEY , STE 400
5080 TUTTLE CROSSING BLVD
DUBLIN OH 43016-3540

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| $3,574.92 |

---

3.1577.   **Nonpriority creditor's name and mailing address**

MJ FISH LLC
302 WEST MAIN
STE 115
AVON CT 06001

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES - INSURANCE

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

3.1578.   **Nonpriority creditor's name and mailing address**

MKJ LOGISTICS
LINDA MC LEAN
1776 CHALKER HILL
GLASTONBURY CT 06033-2643

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☑ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| $1,590.40 |

---

Debtor    **New England Motor Freight, Inc.**                                                    Case number *(if known)* **19-12809**

---

3.1579.   **Nonpriority creditor's name and mailing address**

MLL LOGISTICS, LLC
C/O BERRY PLASTICS
18250 FRESH LAKE WAY
BOCA RATON FL 33498

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

| **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|
| ☐ Contingent | $19,147.29 |
| ☐ Unliquidated | |
| ☐ Disputed | |

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.1580.   **Nonpriority creditor's name and mailing address**

MMTA SERVICES, INC
142 WHITTEN ROAD
PO BOX 857
AUGUSTA ME 04332-0857

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

| **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|
| ☐ Contingent | $45.00 |
| ☐ Unliquidated | |
| ☐ Disputed | |

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.1581.   **Nonpriority creditor's name and mailing address**

MODE TRANSPORTATION
GRACE SMETANA
2000 CLEARWATER DR
OAK BROOK IL 60523-8809

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

| **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|
| ☐ Contingent | UNDETERMINED |
| ☐ Unliquidated | |
| ☑ Disputed | |

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

3.1582.   **Nonpriority creditor's name and mailing address**

MODE TRANSPORTATION
CHRISTIE WILLIAMS
6077 PRIMACY PKWY FL 4 STE 400
MEMPHIS TN 38119-5742

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$855.14

---

3.1583.   **Nonpriority creditor's name and mailing address**

MODE TRANSPORTATION
WHITNEY AKIL
6077 PRIMACY PKWY FL 4 STE 400
MEMPHIS TN 38119-5742

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$3,154.52

---

3.1584.   **Nonpriority creditor's name and mailing address**

MODERN HANDLING EQUIPMENT CO.
PO BOX 95000-5770
PHILADELPHIA PA 19195-5770

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$5,789.74

---

Debtor   **New England Motor Freight, Inc.**                                          Case number *(if known)* **19-12809**

---

3.1585.  **Nonpriority creditor's name and mailing address**

MODULAR CLOSETS
BEN BLOCH
1985 RUTGERS UNIVERS
LAKEWOOD NJ 08701-4569

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☑ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
|---|
| $1,062.96 |

---

3.1586.  **Nonpriority creditor's name and mailing address**

MOEN INC
JUSTINE PETCHLER
PO BOX 8022
NORTH OLMSTED OH 44070-8022

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☑ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
|---|
| $11,057.26 |

---

3.1587.  **Nonpriority creditor's name and mailing address**

MOEN INCORPORATED
JUSTINE PETCHLER
PO BOX 8022
NORTH OLMSTED OH 44070-8022

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
|---|
| $1,771.67 |

---

| Debtor | **New England Motor Freight, Inc.** | Case number *(if known)* **19-12809** |

---

3.1588. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim** |

MOHAWK DISTRIBUTION
CHRISTINA SMITH
26B EAGLE DR
HOGANSBURG NY 13655

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$63.61

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.1589. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim** |

MOHAWK GLOBAL LOGISTICS
KAREN SEVIER
PO BOX 3065
SYRACUSE NY 13220-3065

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

$1,725.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.1590. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim** |

MONELLI FINE FOODS
PAUL SFERRAZZA
176 QUALITY PLZ
HICKSVILLE NY 11801-6527

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

$519.24

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| 3.1591. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MONOPRICE ,INC
PO BOX 740417
LOS ANGELES CA 90074-0417

☐ Contingent
☐ Unliquidated
☐ Disputed

$122.31

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.1592. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MOON*BRIAN
Address Intentionally Omitted

☐ Contingent
☑ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

PENDING WORKERS' COMPENSATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.1593. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MORENO NY INC
JOY LO
75 MODULAR AVE
COMMACK NY 11725-5705

☐ Contingent
☐ Unliquidated
☑ Disputed

$1,419.25

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **New England Motor Freight, Inc.**                                      Case number *(if known)* **19-12809**

---

3.1594.  **Nonpriority creditor's name and mailing address**

MORRIS COUNTY JOINT INS FUND
C/O HANOVER TWP
PO BOX 268
NEWTON NJ 07860

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$15,278.10

---

3.1595.  **Nonpriority creditor's name and mailing address**

MORRIS J GOLOMBECK INC
SHELDON GOLOMBECK
960 FRANKLIN AVE
BROOKLYN NY 11225-2403

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☑ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$782.00

---

3.1596.  **Nonpriority creditor's name and mailing address**

MOST RELIABLE COURIER INC
14760 175TH ST
JAMAICA NY 11434

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

OPEN AUTO CLAIMS

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

3.1597. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

MOUNTAIN TARP
BILL CHRISTIE
2580 E SHARON RD
SHARONVILLE OH 45241-1847

$50.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                      ACCOUNTS PAYABLE

**Last 4 digits of account number:**         **Is the claim subject to offset?**

☒ No
☐ Yes

---

3.1598. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

MPS
% QUAD GRAPHICS
891 AUTO PARTS PL
MARTINSBURG WV 25403-2358

$6,249.20

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                      CARGO CLAIMS

**Last 4 digits of account number:**         **Is the claim subject to offset?**

☒ No
☐ Yes

---

3.1599. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

MSC INDUSTRIAL SUPPLY CO
PO BOX 953635
SAINT LOUIS MO 63195-3635

$435.45

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                      ACCOUNTS PAYABLE

**Last 4 digits of account number:**         **Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

3.1600.    **Nonpriority creditor's name and mailing address**

MSN
86 CARGO PLAZA/BLDG
JAMAICA NY 11430

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim**

$75.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No

☐ Yes

---

3.1601.    **Nonpriority creditor's name and mailing address**

MTA B & T
VIOLATION PROCESSING CENTER
P O BOX 15186
ALBANY NY 12212-5186

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim**

$483.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No

☐ Yes

---

3.1602.    **Nonpriority creditor's name and mailing address**

MTD DISTRIBUTION CENTER
KATHY FIDLER
701 THEO MOLL DR
WILLARD OH 44890-9289

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim**

$250.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                                    Case number *(if known)* **19-12809**

---

| 3.1603. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MULTI MODE LOGISTICS
% ECHO GLOBAL
600 W CHICAGO AVE STE 725
CHICAGO IL 60654-2801

☐ Contingent
☐ Unliquidated
☑ Disputed

$2,746.80

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.1604. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MURATEC AMERICA, INC
3301 E PLANO PKWY #100
PLANO TX 75074-7202

☐ Contingent
☐ Unliquidated
☐ Disputed

$295.72

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.1605. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MURPHY TRACTOR & EQUIP
JOHN DEERE DEALER
11441 MOSTELLER RD
CINCINNATI OH 45241-1829

☐ Contingent
☐ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

| 3.1606. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MURPHY TRACTOR & EQUIP
JOHN DEERE DEALER
11441 MOSTELLER RD
CINCINNATI OH 45241-1829

☐ Contingent
☐ Unliquidated
☐ Disputed

$572.61

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.1607. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MVP GROUP
ECHO GLOBAL
600 W CHICAGO AVE STE 725
CHICAGO IL 60654-2801

☐ Contingent
☐ Unliquidated
☐ Disputed

$129.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.1608. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MW TRANSPORTATION SYSTEMS, INC
PO BOX 388077
CHICAGO IL 60638

☐ Contingent
☐ Unliquidated
☐ Disputed

$14,021.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| Debtor | **New England Motor Freight, Inc.** | Case number *(if known)* **19-12809** |

---

**3.1609.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

MYBAR LABOR SERVICES
ATTN MARIA FRESCHI
PO BOX 5178
NORTH BRANCH STATION
SOMERVILLE NJ 08876

$14,495.13

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1610.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

N F I INDUSTRIES
CENNIE LAPORTE
P O BOX 855
CHAMPLAIN NY 12919-0855

$565.09

☑ Contingent
☐ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

OVERCHARGE CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

---

**3.1611.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

N.J. MANUFACTURERS INS.CO.
PO BOX 70167
PHILADELPHIA PA 19176-0167

$517,200.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                                     Case number *(if known)* **19-12809**

---

3.1612. **Nonpriority creditor's name and mailing address**

NAILOR INDUSTRIES
ELIZABETH BRUCE
98 TORYORK DR
TORONTO ON M9L1X6
CANADA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

| As of the petition filing date, the claim is: | Amount of claim |
|---|---|
| *Check all that apply.* | $1,822.81 |

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.1613. **Nonpriority creditor's name and mailing address**

NAPA AUTO PARTS
PO BOX 414988
BOSTON MA 02241-4988

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

| As of the petition filing date, the claim is: | Amount of claim |
|---|---|
| *Check all that apply.* | $42.55 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.1614. **Nonpriority creditor's name and mailing address**

NARRAGANSETT BAY COMMISSION
PO BOX 9668 DEPT.25
PROVIDENCE RI 02940-9668

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

| As of the petition filing date, the claim is: | Amount of claim |
|---|---|
| *Check all that apply.* | $54.35 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

**3.1615.** **Nonpriority creditor's name and mailing address**

NASH*WILLIAM
Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

PENDING WORKERS' COMPENSATION
CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

**3.1616.** **Nonpriority creditor's name and mailing address**

NASSAU CANDY
TRACY MCLAUGHLIN
530 W JOHN ST
HICKSVILLE NY 11801-1039

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| $345.13 |

---

**3.1617.** **Nonpriority creditor's name and mailing address**

NASSAU CANDY
530 W JOHN ST
HICKSVILLE NY 11801-1039

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

OVERCHARGE CLAIMS

**Is the claim subject to offset?**

☐ No
☑ Yes

| Amount of claim |
| --- |
| $143.33 |

---

Debtor    **New England Motor Freight, Inc.**                                      Case number *(if known)* **19-12809**

---

3.1618.  **Nonpriority creditor's name and mailing address**

NASSAU COUNTY DEPT OF HEALTH
JOHN L LOVEJOY, 140500 BEP/X1
200 COUNTY SEAT DRIVE
MINEOLA NY 11501

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$3,125.00

---

3.1619.  **Nonpriority creditor's name and mailing address**

NATCO PRODUCTS
JENNIFER KNEATH
155 BROOKSIDE AVE
WEST WARWICK RI 02893-3800

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☑ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$4,860.53

---

3.1620.  **Nonpriority creditor's name and mailing address**

NATHAN SPEARMAN V
NEW ENGLAND MOTOR FREIGHT INC
ATTORNEY FOR THE DEFENDANT KEVIN J
HOLLEY
GUNNING AND LAFAZIA INC
33 COLLEGE HILL RD STE25B
WARWICK RI 02886

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| | | |
|---|---|---|
| 3.1621. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**Nonpriority creditor's name and mailing address**

NATIONAL BUSINESS EQUIPMENT
505 BRADFORD ST
ALBANY NY 12206

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$35.62

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.1622.

**Nonpriority creditor's name and mailing address**

NATIONAL BUSINESS FURNITURE
% ECHO GLOBAL
600 W CHICAGO AVE STE 725
CHICAGO IL 60654-2801

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Amount of claim**

$792.71

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.1623.

**Nonpriority creditor's name and mailing address**

NATIONAL FIRE AND MARINE INSURANCE CO
1314 DOUGLAS ST
STE 1400
OMAHA NE 68102-1944

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

TRADE PAYABLES - INSURANCE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **New England Motor Freight, Inc.**                                  Case number *(if known)* **19-12809**

| | | |
|---|---|---|
| 3.1624. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

3.1624.

**Nonpriority creditor's name and mailing address**

NATIONAL GRID
POB 29793
NEW YORK NY 10087-9793

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

OPEN AUTO CLAIMS FOR PAYMENT

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1625.

**Nonpriority creditor's name and mailing address**

NATIONAL GRID
PO BOX 11791
NEWARK NJ 07101-4791

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$1,277.65

---

3.1626.

**Nonpriority creditor's name and mailing address**

NATIONAL GRID
PO BOX 11742
NEWARK NJ 07101-4742

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$6,081.92

---

Debtor   **New England Motor Freight, Inc.**                                      Case number *(if known)* **19-12809**

---

| 3.1627. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

NATIONAL GRID
PO BOX 11735
NEWARK NJ 07101-4735

☐ Contingent
☐ Unliquidated
☐ Disputed

$4,996.93

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.1628. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

NATIONAL PUBLIC SEATING
VEETA ISRAEL
149 ENTIN RD
CLIFTON NJ 07014-1424

☐ Contingent
☐ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.1629. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

NATIONAL PUBLIC SEATING
SASHA SANTO
149 ENTIN RD
CLIFTON NJ 07014-1424

☐ Contingent
☐ Unliquidated
☑ Disputed

$550.75

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

| 3.1630. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

NATIONAL PUBLIC SEATING
EVELYN AMEERULLAH
149 ENTIN RD
CLIFTON NJ 07014-1424

☐ Contingent
☐ Unliquidated
☑ Disputed

$1,498.60

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.1631. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

NATIONAL REFRIGERATION
JANELLE CARR
539 DUNKSFERRY RD
BENSALEM PA 19020-5908

☐ Contingent
☐ Unliquidated
☑ Disputed

$2,755.32

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.1632. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

NATIONAL RETAIL SYSTEMS
1624 16TH STREET
NORTH BERGEN NJ 07047

☐ Contingent
☐ Unliquidated
☐ Disputed

$200.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| | |
|---|---|
| 3.1633. | **Nonpriority creditor's name and mailing address** |

| | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
| 3.1633. | NATIONAL SURETY CORP<br>225 W WASHINGTON ST<br>STE 1800<br>CHICAGO IL 60606 | ☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>TRADE PAYABLES - INSURANCE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |
| 3.1634. | NATIONAL UNION FIRE INS CO OF PITTSBURG PA<br>175 WATER ST<br>NEW YORK NY 10038-4969 | ☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>TRADE PAYABLES - INSURANCE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |
| 3.1635. | NATIONWIDE TRANSPORTATION INC<br>ERICA FAX 331-481-5007<br>1999 W 75TH STREET<br>#100<br>WOODRIDGE IL 60517-2666 | ☑ Contingent<br>☐ Unliquidated<br>☑ Disputed | $303.66 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>OVERCHARGE CLAIMS | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☑ Yes | |

| Debtor | **New England Motor Freight, Inc.** | | Case number *(if known)* **19-12809** |
|---|---|---|---|

---

3.1636. **Nonpriority creditor's name and mailing address**

NATURAL ESSENTIALS
STEPHANIE COLE
1199 S CHILLICOTHE RD
AURORA OH 44202-8001

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$1,277.50

---

3.1637. **Nonpriority creditor's name and mailing address**

NATURAL FOODS
MATTHEW NANIA
3040 HILL AVE
TOLEDO OH 43607-2931

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$742.50

---

3.1638. **Nonpriority creditor's name and mailing address**

NATURAL SOURCE NUTITION
11135 WALDEN AVE
WALDEN NY 14004

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**

OPEN AUTO CLAIMS FOR PAYMENT

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor   **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

**3.1639.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
*Check all that apply.*

NATURES BOUNTY
TRICIA BATJER
4320 VETERANS MEMORIAL HWY
HOLBROOK NY 11741-4504

$2,249.00

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1640.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
*Check all that apply.*

NAUTILUS INC
AMANDA FRANCIS
17750 SE 6TH WAY
VANCOUVER WA 98683-7565

$322.08

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1641.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
*Check all that apply.*

NB MGMT
7373 WESTSIDE AVE
NORTH BERGEN NJ 07047

UNDETERMINED

☑ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

OPEN AUTO CLAIMS FOR PAYMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                                    Case number *(if known)* **19-12809**

---

3.1642.   **Nonpriority creditor's name and mailing address**

NBF
% ECHO GLOBAL
600 W CHICAGO AVE STE 725
CHICAGO IL 60654-2801

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☒ No
☐ Yes

| Amount of claim |
| --- |
| $6,191.14 |

---

3.1643.   **Nonpriority creditor's name and mailing address**

NCH CORPORATION
STEPHANIE LYON
2727 CHEMSEARCH BLVD
IRVING TX 75062-6454

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☒ No
☐ Yes

| Amount of claim |
| --- |
| $1,476.00 |

---

3.1644.   **Nonpriority creditor's name and mailing address**

NCH CORPORATION
JANE DUGYON
2727 CHEMSEARCH BLVD
IRVING TX 75062-6454

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☒ No
☐ Yes

| Amount of claim |
| --- |
| $2,717.76 |

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

**3.1645.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

NDAYITABI*DOMINIQUE
Address Intentionally Omitted

*Check all that apply.*                                    UNDETERMINED

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

PENDING WORKERS' COMPENSATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.1646.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

NECCO
JAY STOKEL
135 AMERICAN LEGION HWY
REVERE MA 02151-2405

*Check all that apply.*                                    $21,660.00

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.1647.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

NEENAH FOUNDRY COMPANY
PO BOX 74007026
CHICAGO IL 60674-7026

*Check all that apply.*                                    $115.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                                Case number *(if known)* **19-12809**

---

3.1648. **Nonpriority creditor's name and mailing address**

NELSON VASQUEZ
THE BONGIORNO LAW FIRM
RICHARD M BONGIORNO ESQ
1415 KELLUM PL
STE 205
GARDEN CITY NY 11530

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
|---|
| UNDETERMINED |

---

3.1649. **Nonpriority creditor's name and mailing address**

NEMF LOGISTICS LLC
I-71 NORTH AVENUE EAST
ELIZABETH NJ 07201

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

INTERCOMPANY PAYABLE

**Is the claim subject to offset?**

☐ No
☑ Yes

| Amount of claim |
|---|
| $864,745.19 |

---

3.1650. **Nonpriority creditor's name and mailing address**

NEMF LOGISTICS, LLC
I-71 NORTH AVENUE EAST
ELIZABETH NJ 07201

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

INTERCOMPANY PAYABLE

**Is the claim subject to offset?**

☐ No
☑ Yes

| Amount of claim |
|---|
| $236,489.81 |

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

**3.1651.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

NEOPOST USA INC
DEPT 3689
PO BOX 123689
DALLAS TX 75312-3689

☐ Contingent
☐ Unliquidated
☐ Disputed

$377.45

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1652.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

NEOVIA LOGISTICS
% ECHO GLOBAL
600 W CHICAGO AVE STE 725
CHICAGO IL 60654-2801

☐ Contingent
☐ Unliquidated
☑ Disputed

$702.30

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1653.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

NES GEORGIA INC
PO BOX 277329
ATLANTA GA 30384-7329

☐ Contingent
☐ Unliquidated
☐ Disputed

$932.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor     **New England Motor Freight, Inc.**                                              Case number *(if known)* **19-12809**

---

**3.1654.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

NESTLE SKIN HEALTH
VICKIE CONDREAY
14501 N FREEWAY
FORT WORTH TX 76117

☐ Contingent
☐ Unliquidated
☑ Disputed

$3,064.32

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1655.** **Nonpriority creditor's name and mailing address**

NESTLE WATERS NORTH AMERICA
DBA NESTLE PURE LIFE
PO BOX 856192
LOUISVILLE KY 40285

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$99.58

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1656.** **Nonpriority creditor's name and mailing address**

NETS TRAILER LEASING OF PA LP
1810 RIVER ROAD
BURLINGTON NJ 08016

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,016.90

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

3.1657.  **Nonpriority creditor's name and mailing address**

NEUW VENTURES LLC
23 NUTEMEG VALLEY RD
WOLCOTT CT 06716

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
| --- |
| $700.00 |

---

3.1658.  **Nonpriority creditor's name and mailing address**

NEW ENGLAND KENWORTH
42 WALLACE AVENUE
SOUTH PORTLAND ME 04106

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
| --- |
| $173.11 |

---

3.1659.  **Nonpriority creditor's name and mailing address**

NEW ENGLAND KENWORTH
MARK BAILEY
24 HALL ST
CONCORD NH 03301-3414

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
| --- |
| $125.48 |

---

Debtor   **New England Motor Freight, Inc.**                                       Case number *(if known)* **19-12809**

---

3.1660.   **Nonpriority creditor's name and mailing address**

NEW HAMPSHIRE PETERBILT, INC
1548 ROUTE 3A
BOW NH 03304

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$184.16

---

3.1661.   **Nonpriority creditor's name and mailing address**

NEW JERSEY AMERICAN WATER
BOX 371331
PITTSBURGH PA 15250-7476

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$500.43

---

3.1662.   **Nonpriority creditor's name and mailing address**

NEW JERSEY MANUFACTURERS
JOYCE REISER
301 SULLIVAN WAY
WEST TRENTON NJ 08628

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

OPEN AUTO CLAIMS

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **New England Motor Freight, Inc.**                                          Case number *(if known)* **19-12809**

---

| | |
|---|---|
| 3.1663. | **Nonpriority creditor's name and mailing address** |

NEW JERSEY MANUFACTURERS INS CO
301 SULLIVAN WAY
WEST TRENTON NJ 08628

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

TRADE PAYABLES - INSURANCE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| | |
|---|---|
| 3.1664. | **Nonpriority creditor's name and mailing address** |

NEW LONDON HOSPITALITY LLC
ATTORNEY FOR PLAINTIFF
MCNAMARA AND MCNAMARA
100 PENNSYLVANIA AVE
NIANTIC CT 06357

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| | |
|---|---|
| 3.1665. | **Nonpriority creditor's name and mailing address** |

NEW YORK STATE COMPTROLLER
OFFICE OF UNCLAIMED FUNDS
110 STATE STREET, 8TH FLOOR
ALBANY NY 12236

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$22.40

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                Case number *(if known)* **19-12809**

---

| 3.1666. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

NEW YORK STATE INSURANCE FUND
ATTN: THOMAS P. ETZEL
225 OAK STREET
BUFFALO NY 14203

$12,028.85

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Basis for the claim:**

ARBITRATION AWARD

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.1667. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

NEW YORK STATE THRUWAY
VIOLATIONS PROCESSING CENTER
PO BOX 15186
ALBANY NY 12212-5186

$176.25

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.1668. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

NEW YORK TRUCK PARTS, INC
12 O'GORMAN ROAD
WURTSBORO NY 12790

$1,171.80

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

3.1669.   **Nonpriority creditor's name and mailing address**

NEWARK POOL COMPANY LLC
GINA CLIFFORD
682 PASSAIC AVE
NUTLEY NJ 07110-1230

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

| As of the petition filing date, the claim is: | Amount of claim |
|---|---|
| *Check all that apply.* | $246.18 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.1670.   **Nonpriority creditor's name and mailing address**

NEWLY WEDS FOODS
ROSIO RUIZ
4140 W FULLERTON AVE
CHICAGO IL 60639-2106

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

| As of the petition filing date, the claim is: | Amount of claim |
|---|---|
| *Check all that apply.* | $668.54 |

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.1671.   **Nonpriority creditor's name and mailing address**

NEWLY WEDS FOODS
ROSIO RUIZ
4140 W FULLERTON AVE
CHICAGO IL 60639-2106

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

| As of the petition filing date, the claim is: | Amount of claim |
|---|---|
| *Check all that apply.* | $587.03 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

| 3.1672. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

NEXEO SOLUTIONS
14800 CHARLSON RD
EDEN PRAIRIE MN 55347-5042

$629.91

- ☒ Contingent
- ☐ Unliquidated
- ☒ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                    OVERCHARGE CLAIMS

**Last 4 digits of account number:**        **Is the claim subject to offset?**

- ☐ No
- ☒ Yes

---

| 3.1673. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

NEXEO SOLUTIONS
% CASS INFORMATION SYSTEM
PO BOX 17600
SAINT LOUIS MO 63178

$209.80

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                    ACCOUNTS PAYABLE

**Last 4 digits of account number:**        **Is the claim subject to offset?**

- ☒ No
- ☐ Yes

---

| 3.1674. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

NEXT DAY TONER SUPPLIES, INC
NEXT DAY PLUS
11411 W 183RD ST, SUITE A
ORLAND PARK IL 60467

$1,016.50

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                    ACCOUNTS PAYABLE

**Last 4 digits of account number:**        **Is the claim subject to offset?**

- ☒ No
- ☐ Yes

---

Debtor   **New England Motor Freight, Inc.**                                        Case number *(if known)* **19-12809**

---

3.1675. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|

NGT D/B/A COVERALL SERV CO-HBG
8965 GUILFORD ROAD SUITE 100
COLUMBIA MD 21046

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,861.36

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.1676. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|

NICHOLS*STEPHEN
Address Intentionally Omitted

☐ Contingent
☒ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

PENDING WORKERS' COMPENSATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.1677. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|

NICK'S TOWING SERVICE, INC
158 E PASSAIC AVE
RUTHERFORD NJ 07070

☐ Contingent
☐ Unliquidated
☐ Disputed

$805.58

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                                    Case number *(if known)* **19-12809**

---

**3.1678.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
| | *Check all that apply.* |
| NICOLE BOYD | | UNDETERMINED
| CHRISTINE LASALVIA | ☑ Contingent |
| ATTORNY FOR THE PLAINTIFF | ☑ Unliquidated |
| 614 W SUPERIOR AVE 820 | ☑ Disputed |
| CLEVELAND OH 44113 | |

**Date or dates debt was incurred**        **Basis for the claim:**

_____        LITIGATION

**Last 4 digits of account number:**        **Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1679.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
| | *Check all that apply.* |
| NICOLE BOYD V. JACK C. LINDERMAN ET AL. | | UNDETERMINED
| GALLAGHER SHARP LLP | ☑ Contingent |
| TODD M. MAEMMERLE | ☑ Unliquidated |
| 6TH FLOOR BUCKLEY BUILDING | ☑ Disputed |
| 1501EUCLID AVE | |
| CLEVELAND OH 044115 | |

**Date or dates debt was incurred**        **Basis for the claim:**

_____        LITIGATION

**Last 4 digits of account number:**        **Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1680.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
| | *Check all that apply.* |
| NINOS EQUIPTMENT | | $18.10
| SUSAN LAWRENCE | ☐ Contingent |
| 1110 MITCHELL RD | ☐ Unliquidated |
| SCHENECTADY NY 12303-2254 | ☐ Disputed |

**Date or dates debt was incurred**        **Basis for the claim:**

VARIOUS        ACCOUNTS PAYABLE

**Last 4 digits of account number:**        **Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                                    Case number *(if known)* **19-12809**

---

**3.1681.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

NIRMAL DEBNATH
LAW OFFICES OF JOHN TROPP
RENEE ODWYER ESQ
73 MARKET ST
STE 375
YONKERS NY 10710

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1682.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

NISSIN INTERNATIONAL TRANSPORT
ANATOLIO BAGNOL
172-47 BAISLEY BLVD
JAMAICA NY 11434-2614

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1683.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

NJ E-Z PASS
VIOLATIONS PROCESSING CENTER
PO BOX 4971
TRENTON NJ 08650

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$21.65

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

3.1684.   **Nonpriority creditor's name and mailing address**

NJ MANUFACTURERS INSUR CO FOR PHYLLIS A TROY
LYNCH TRAUB KEEFE AND ERRANTE PC
DONN A SWIFT ESQ
52 TRUMBULL ST
NEW HAVEN CT 06510

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1685.   **Nonpriority creditor's name and mailing address**

NJ MVC-SPECIAL SERV TITLES
PO BOX 008
TRENTON NJ 08646-0008

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**

$120.00

---

3.1686.   **Nonpriority creditor's name and mailing address**

NNR GLOBAL LOGISTICS
CARGO CLAIMS
145 HOOK CREEK BLVD UNIT
VALLEY STREAM NY 11581-2299

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**

$50.00

---

| Debtor | **New England Motor Freight, Inc.** | | Case number *(if known)* **19-12809** |
|---|---|---|---|

---

**3.1687.** **Nonpriority creditor's name and mailing address**

NO IT BEST CORP
CLAIMS DEPT
PO BOX 868
FORT WAYNE IN 46801-0868

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$1,043.03

---

**3.1688.** **Nonpriority creditor's name and mailing address**

NON-FERROUS TRADERS INC
DANIEL SCHWARTZ
1890 PALMER AVE STE 206
LARCHMONT NY 10538-3059

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$3,220.00

---

**3.1689.** **Nonpriority creditor's name and mailing address**

NORFOLK AND DEDHAM MUTUAL A/S/O JOHN
CORTESE
222 AMES ST
DEDHAM MA 02026

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

OPEN AUTO CLAIMS FOR PAYMENT

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor   **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

| 3.1690. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

NORMAN E BUCK & SONS
200 MAIN STREET
WATSONTOWN PA 17777

☐ Contingent
☐ Unliquidated
☐ Disputed

$114.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.1691. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

NORTEC
% AN DERINGER INC
835 COMMERCE PARK DR
OGDENSBURG NY 13669-2209

☐ Contingent
☐ Unliquidated
☑ Disputed

$3,058.76

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.1692. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

NORTECH LABORATORIES
JONATHAN NAZARIEH
125 SHERWOOD AVE
FARMINGDALE NY 11735-1717

☐ Contingent
☐ Unliquidated
☑ Disputed

$4,485.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

3.1693.    **Nonpriority creditor's name and mailing address**

NORTH AMERICAN COMPOSITES
BRENDA DUETHMAN
300 APOLLO DR
LINO LAKES MN 55014-3018

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| $1,532.74 |

---

3.1694.    **Nonpriority creditor's name and mailing address**

NORTH EAST GROUP
ASHLEY BURDO
12 NEPCO WAY
PLATTSBURGH NY 12903-3961

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| $6,493.98 |

---

3.1695.    **Nonpriority creditor's name and mailing address**

NORTH HAVEN PAINT & HARDWARE
87 QUINNIPIAC AVENUE
NORTH HAVEN CT 06473

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| $357.95 |

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

3.1696. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

NORTH JERSEY TRAILER & TRUCK
SERVICE, INC
975 BELMONT AVENUE
NORTH HALEDON NJ 07508

$1,486.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                      ACCOUNTS PAYABLE

**Last 4 digits of account number:**         **Is the claim subject to offset?**

☑ No
☐ Yes

---

3.1697. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

NORTH TIMBER CABINETRY
CLAIMS DEPT
10 PANAS RD
FOXBORO MA 02035-1068

$333.06

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                      CARGO CLAIMS

**Last 4 digits of account number:**         **Is the claim subject to offset?**

☑ No
☐ Yes

---

3.1698. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

NORTH TIMBER CABINETRY
CLAIMS DEPT
10 PANAS RD
FOXBORO MA 02035-1068

$242.02

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                      ACCOUNTS PAYABLE

**Last 4 digits of account number:**         **Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| 3.1699. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

NORTHEAST BATTERY & ALTERNATOR
P O BOX 842238
BOSTON MA 02284-2238

☐ Contingent
☐ Unliquidated
☐ Disputed

$31,024.92

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.1700. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

NORTHEAST GREAT DANE
PO BOX 5847
HILLSBOROUGH NJ 08844

☐ Contingent
☐ Unliquidated
☐ Disputed

$62,033.90

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.1701. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

NORTHEAST INDUSTRIAL BATTERIES
2300 DAVID CRIVE
BRISTOL PA 19007

☐ Contingent
☐ Unliquidated
☐ Disputed

$238.84

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

**3.1702.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

NORTHEAST STIHL
ROBERT BONVINI
2 PATRIOT WAY
OXFORD CT 06478-1274

☐ Contingent
☐ Unliquidated
☑ Disputed

$12,004.90

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1703.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

NORTHEAST STIHL
ROBERT BONVINI
2 PATRIOTS WAY
OXFORD CT 06478-1274

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,014.24

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1704.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

NORTHERN BUSINESS MACHINES,INC
24 TERRY AVENUE
BURLINGTON MA 01803

☐ Contingent
☐ Unliquidated
☐ Disputed

$375.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

| 3.1705. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

3.1705. **Nonpriority creditor's name and mailing address**

NORTHERN LANDSCAPING ALL YOUR
PROPERTY NEEDS LLC
98 ASHBURNHAM ROAD
NEW IPSWICH NH 03071

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,774.92

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.1706. **Nonpriority creditor's name and mailing address**

NORTHWEST TRAILER SALE & SERV
120 W ALEXIS ROAD
TOLEDO OH 43612

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$4,867.21

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.1707. **Nonpriority creditor's name and mailing address**

NORWICH PHARMACEUTICAL
% TRANSAVER
108 WASHINGTON ST
MANLIUS NY 13104-1913

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Amount of claim**

$258.96

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                          Case number *(if known)* **19-12809**

---

**3.1708.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

NOTHSTEIN*JON
Address Intentionally Omitted

UNDETERMINED

☐ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

PENDING WORKERS' COMPENSATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1709.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

NOURISON
FANY GAMERO
5 SAMSON ST
SADDLE BROOK NJ 07663

$1,250.00

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1710.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

NOVOLEX DUROBAG
% TRANSPLACE SE
PO BOX 518
LOWELL AR 72745-0518

$604.20

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

3.1711.  **Nonpriority creditor's name and mailing address**

NOVOLEX DUROBAG
% TRANSPLACE SE
PO BOX 518
LOWELL AR 72745

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

| Amount of claim |
|---|
| $2,306.16 |

---

3.1712.  **Nonpriority creditor's name and mailing address**

NOW FOODS
ARTHUR BANASZEWSKI
244 KNOLLWOOD DR
BLOOMINGDALE IL 60108-2257

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☒ No
☐ Yes

| Amount of claim |
|---|
| $4,399.46 |

---

3.1713.  **Nonpriority creditor's name and mailing address**

NP FOODS
3845 STERN AVE
SAINT CHARLES IL 60174

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

OPEN AUTO CLAIMS

**Is the claim subject to offset?**

☒ No
☐ Yes

| Amount of claim |
|---|
| UNDETERMINED |

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

**3.1714.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
*Check all that apply.*

NPC GLOBAL CORP
100 MIDDLESEX AVENUE
CARTERET NJ 07008

$5,781.60

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1715.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
*Check all that apply.*

NUUN CO.
% LESAINT LOGISTICS
4487 LESAINT CT
FAIRFIELD OH 45014-5486

$3,780.00

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1716.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
*Check all that apply.*

NYC TRANSIT
130 LIVINGSTON ST
BROOKLYN NY 11201

UNDETERMINED

☑ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

OPEN AUTO CLAIMS FOR PAYMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| Debtor | **New England Motor Freight, Inc.** | Case number *(if known)* **19-12809** |
|---|---|---|

---

**3.1717.** **Nonpriority creditor's name and mailing address**

O SHEA*PAUL
Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

PENDING WORKERS' COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.1718.** **Nonpriority creditor's name and mailing address**

OAK HARBOR FREIGHT
CARRIE HULL
PO BOX 1469
AUBURN WA 98071-1469

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☐ No
☑ Yes

**Amount of claim**

$953.56

---

**3.1719.** **Nonpriority creditor's name and mailing address**

OAK HARBOR FREIGHT
MISTY GABLEHOUSE
PO BOX 1469
AUBURN WA 98071-1469

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☐ No
☑ Yes

**Amount of claim**

$11,740.14

---

Debtor   **New England Motor Freight, Inc.**                     Case number *(if known)* **19-12809**

---

**3.1720.** **Nonpriority creditor's name and mailing address**

OAK HARBOR FREIGHT
TERI RAMSDELL/J MC CRACKEN
PO BOX 1469
AUBURN WA 98071-1469

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☐ No
☒ Yes

**Amount of claim**
$57,318.61

---

**3.1721.** **Nonpriority creditor's name and mailing address**

OAK HARBOR FREIGHT
MISTY GABLEHOUSE
PO BOX 1469
AUBURN WA 98071-1469

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☐ No
☒ Yes

**Amount of claim**
$803.38

---

**3.1722.** **Nonpriority creditor's name and mailing address**

OAK HARBOR FREIGHT
TERI RAMSDELL
PO BOX 1469
AUBURN WA 98071-1469

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☐ No
☒ Yes

**Amount of claim**
$5,047.99

---

Debtor    **New England Motor Freight, Inc.**                                      Case number *(if known)* **19-12809**

---

| 3.1723. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

OAK'S AUTO/TRUCK SERVICE, LLC
1706 PITTSBURG STREET
CHESWICK PA 15024

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,833.60

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.1724. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

OCCUPATIONAL HEALTH CENTERS OF
THE SOUTHWEST
P.O. BOX 20127
CRANSTON RI 02920-0942

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,686.48

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.1725. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

OCEANIC LINKWAYS INC
NEMF#00980
1300 LIVINGSTON AVE
NORTH BRUNSWICK NJ 08902-3833

☑ Contingent
☐ Unliquidated
☑ Disputed

$395.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

OVERCHARGE CLAIMS

**Is the claim subject to offset?**

☐ No
☑ Yes

---

Debtor    **New England Motor Freight, Inc.**                                                      Case number *(if known)* **19-12809**

---

**3.1726.**  **Nonpriority creditor's name and mailing address**

OCEANIC LINKWAYS INC
1300 LIVINGSTON AVE
NORTH BRUNSWICK NJ 08902-3833

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

| As of the petition filing date, the claim is: | Amount of claim |
|---|---|
| *Check all that apply.* | $395.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1727.**  **Nonpriority creditor's name and mailing address**

ODW LOGISTICS INC
CLAIMS DEPT
345 HIGH ST STE 600
HAMILTON OH 45011-6072

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

| As of the petition filing date, the claim is: | Amount of claim |
|---|---|
| *Check all that apply.* | $223.55 |

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1728.**  **Nonpriority creditor's name and mailing address**

ODW LOGISTICS INC
SCOTT PURELL
345 HIGH ST STE 600
HAMILTON OH 45011-6072

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

| As of the petition filing date, the claim is: | Amount of claim |
|---|---|
| *Check all that apply.* | $1,105.92 |

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

| 3.1729. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ODW LOGISTICS INC
ROBERT MAUPIN
345 HIGH ST STE 600
HAMILTON OH 45011-6072

☐ Contingent
☐ Unliquidated
☑ Disputed

$1,348.20

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.1730. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ODW LOGISTICS INC.
BRIAN BANTEL
345 HIGH ST STE 600
HAMILTON OH 45011-6072

☐ Contingent
☐ Unliquidated
☐ Disputed

$250.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.1731. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ODYSSEY
CTS
1915 VAUGHN RD
KENNESAW GA 30144-4502

☑ Contingent
☐ Unliquidated
☑ Disputed

$127.49

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

OVERCHARGE CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

---

Debtor    **New England Motor Freight, Inc.**                                      Case number *(if known)* **19-12809**

---

**3.1732.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

ODYSSEY / CTS
CTS
1915 VAUGHN RD
KENNESAW GA 30144-4502

$31.51

☒ Contingent
☐ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

OVERCHARGE CLAIMS

**Is the claim subject to offset?**

☐ No
☒ Yes

---

**3.1733.** **Nonpriority creditor's name and mailing address**

ODYSSEY TRANSPORT,LLC
C/O CTS
1915 VAUGHN RD
KENNESAW GA 30144-4502

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$459.55

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.1734.** **Nonpriority creditor's name and mailing address**

OFFICE EQUIPMENT SOURCE INC
227 W.WATER STREET
ELMIRA NY 14901

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$66.36

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

3.1735.   **Nonpriority creditor's name and mailing address**

OGORMAN*GILES
Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

PENDING WORKERS' COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

3.1736.   **Nonpriority creditor's name and mailing address**

OHANLON*KEITH J
Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

PENDING WORKERS' COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

3.1737.   **Nonpriority creditor's name and mailing address**

OHIO OVERNIGHT EXPRESS, LLC
3201 ALBERTA STREET
COLUMBUS OH 43204

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| $1,561.25 |

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

3.1738.    **Nonpriority creditor's name and mailing address**

OHIO WORKERS COMPENSATION INSURANCE
P.O BOX 89492
CLEVELAND OH 44101-6492

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

| As of the petition filing date, the claim is: | **Amount of claim** |
|---|---|
| *Check all that apply.* | |
| ☑ Contingent | UNDETERMINED |
| ☑ Unliquidated | |
| ☐ Disputed | |

**Basis for the claim:**

TRADE PAYABLES - INSURANCE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.1739.    **Nonpriority creditor's name and mailing address**

OHSERASE MANU LLC
AUTUMN CAJIGAS
PO BOX 550
HOGANSBURG NY 13655

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

| As of the petition filing date, the claim is: | **Amount of claim** |
|---|---|
| *Check all that apply.* | |
| ☐ Contingent | $111.50 |
| ☐ Unliquidated | |
| ☐ Disputed | |

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.1740.    **Nonpriority creditor's name and mailing address**

OHSERASE MANUFACTURING LLC
BRITTANY SMYTHE
26 EAGLE DR
HOGANSBURG NY 13655

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

| As of the petition filing date, the claim is: | **Amount of claim** |
|---|---|
| *Check all that apply.* | |
| ☐ Contingent | UNDETERMINED |
| ☐ Unliquidated | |
| ☑ Disputed | |

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

**3.1741.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

OHSERASE MANUFACTURING LLC
CHRYSTAL NEVERETTE
26 EAGLE DR
HOGANSBURG NY 13655

☐ Contingent
☐ Unliquidated
☒ Disputed

$279.40

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.1742.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

OHSERASE MFG
CHRYSTAL AP
26 EAGLE DRIVE
HOGANSBURG NY 13655

☒ Contingent
☐ Unliquidated
☒ Disputed

$288.59

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

OVERCHARGE CLAIMS

**Is the claim subject to offset?**

☐ No
☒ Yes

---

**3.1743.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

OLD MILL
% UNISHIPPERS
2323 VICTORY AVE
#1600
DALLAS TX 75219-7657

☐ Contingent
☐ Unliquidated
☐ Disputed

$107.75

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                                    Case number *(if known)* **19-12809**

---

**3.1744.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

OMEGA SIGN & LIGHTING INC
YESCO CHICAGO
100 WEST FAY AVE
ADDISON IL 60101

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,487.85

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1745.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

OMNI SERVICES, INC
PO BOX 350016
BOSTON MA 02241-0516

☐ Contingent
☐ Unliquidated
☐ Disputed

$144.68

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1746.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

OMNITRACS LLC
FILE NO 54210
LOS ANGELES CA 90074-4210

☐ Contingent
☐ Unliquidated
☐ Disputed

$228.32

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

3.1747.    **Nonpriority creditor's name and mailing address**

OMRON HEALTHCARE
% ECHO GLOBAL
600 W CHICAGO AVE STE 725
CHICAGO IL 60654-2801

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☒ No
☐ Yes

| Amount of claim |
| --- |
| $2,890.56 |

---

3.1748.    **Nonpriority creditor's name and mailing address**

ONEIDA HEALTHCARE CENTER
PO BOX 350
PLAINVIEW NY 11803

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

| Amount of claim |
| --- |
| $192.31 |

---

3.1749.    **Nonpriority creditor's name and mailing address**

ONEIDA MEDICAL IMAGING CTR.
321 GENESEE STREET
ONEIDA NY 13421

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

| Amount of claim |
| --- |
| $1,125.30 |

---

Debtor   **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

| 3.1750. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ONEMAIN FINANCIAL GROUP LLC
600 BALTIMORE AVE
SUITE 208
TOWSON MD 21204

☐ Contingent
☐ Unliquidated
☐ Disputed

$124.18

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.1751. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ONONDAGA COUNTY WATER AUTH
PO BOX 4949
SYRACUSE NY 13221-4949

☐ Contingent
☐ Unliquidated
☐ Disputed

$55.79

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.1752. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ONYX SPECIALTY PAPER
CARGO CLAIMS
PO BOX 188
SOUTH LEE MA 01260-0188

☐ Contingent
☐ Unliquidated
☑ Disputed

$11,861.25

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                     Case number *(if known)* **19-12809**

---

3.1753.    **Nonpriority creditor's name and mailing address**

ORANGE AND ROCKLAND
390 WEST RT 59
SPRING VALLEY NY 10977

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

OPEN AUTO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

3.1754.    **Nonpriority creditor's name and mailing address**

ORANGE AND ROCKLAND UTILITIES INC
SAVO SCHALK GILLESPIE O'GRODNICK AND
FISHER
MICHAEL OGRODNICK ESQ
77 NORTH BRIDGE ST
SOMERVILLE NJ 08876

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

3.1755.    **Nonpriority creditor's name and mailing address**

ORLANDO PRODUCTS
DONNA TRIBULL
2639 MERCHANT DR
BALTIMORE MD 21230-3306

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| $825.00 |

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

3.1756.  **Nonpriority creditor's name and mailing address**

ORSHAL*HOLLY
Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**

PENDING WORKERS' COMPENSATION CLAIM

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1757.  **Nonpriority creditor's name and mailing address**

ORTIZ*GREG
Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**

PENDING WORKERS' COMPENSATION CLAIM

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1758.  **Nonpriority creditor's name and mailing address**

OSTROM ENTERPRISES, INC
2459 FALCONER-FREWSBURG ROAD
JAMESTOWN NY 14701

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$2,226.50

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

3.1759.  **Nonpriority creditor's name and mailing address**

OUTLAND*LANELOT
Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

PENDING WORKERS' COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1760.  **Nonpriority creditor's name and mailing address**

OVERALL SUPPLY INC
823 EAST GATE DRIVE UNIT 2
MT LAUREL NJ 08054

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$228.44

---

3.1761.  **Nonpriority creditor's name and mailing address**

OWEGO AUTO PARTS
P O BOX 106
OWEGO NY 13827

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$501.00

---

Debtor    **New England Motor Freight, Inc.**                                            Case number *(if known)* **19-12809**

---

3.1762.  | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

OWENS & SONS MARINE
KIMBERLY FIELDS
3601 8TH AVE S
SAINT PETERSBURG FL 33711-2203

☐ Contingent
☐ Unliquidated
☐ Disputed

$596.36

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.1763.  **Nonpriority creditor's name and mailing address**

OWENS*HAROLD
Address Intentionally Omitted

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Basis for the claim:**

PENDING WORKERS' COMPENSATION CLAIM

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.1764.  **Nonpriority creditor's name and mailing address**

OWNES*HAROLD
Address Intentionally Omitted

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Basis for the claim:**

PENDING WORKERS' COMPENSATION CLAIM

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                                        Case number *(if known)* **19-12809**

---

3.1765.  **Nonpriority creditor's name and mailing address**

OYIBO*SYLVESTER
Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

PENDING WORKERS' COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1766.  **Nonpriority creditor's name and mailing address**

P C X AEROSTRUCTURES
MARK KOZLOWSKI
300 FENN RD
NEWINGTON CT 06111-2277

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$97,918.77

---

3.1767.  **Nonpriority creditor's name and mailing address**

P L S LOGISTICS SVCS
3120 UNIONVILLE RD
BLDG 110 SUITE 100
CRANBERRY TWP PA 16066-3437

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

OVERCHARGE CLAIMS

**Is the claim subject to offset?**

☐ No
☑ Yes

**Amount of claim**

$73.00

---

| Debtor | **New England Motor Freight, Inc.** | | Case number *(if known)* **19-12809** |

3.1768. **Nonpriority creditor's name and mailing address**

P N G LOGISTICS
MAURA AP 71773
P O BOX 123
AKRON PA 17501-0123

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

**Amount of claim**

$224.26

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

OVERCHARGE CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

---

3.1769. **Nonpriority creditor's name and mailing address**

PA DEP
DIVISION OF STORAGE TANKS
P.O. BOX 8762
HARRISBURG PA 17105-8762

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$250.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.1770. **Nonpriority creditor's name and mailing address**

PA DEP
BUREAU OF CLEAN WATER ,CH92A
PO BOX 8466
HARRISBURG PA 17105-8466

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$500.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

**3.1771.** **Nonpriority creditor's name and mailing address**

PABST
% GEODIS
7101 EXECUTIVE CENTER DR STE 333
BRENTWOOD TN 37027-5236

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☑ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$271.57

---

**3.1772.** **Nonpriority creditor's name and mailing address**

PACCAR PARTS
SHARON CAMPBELL
3001 INDUSTRY DR
LANCASTER PA 17603-4025

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☑ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$388.93

---

**3.1773.** **Nonpriority creditor's name and mailing address**

PACCAR PARTS FLEET SERVICES
P O BOX 731165
DALLAS TX 75373-1165

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$16,175.70

---

Debtor    **New England Motor Freight, Inc.**                                  Case number *(if known)* **19-12809**

---

3.1774. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

PACIFIC BEST INC
BRAIN YU
10725 E RUSH ST
SOUTH EL MONTE CA 91733-3433

☐ Contingent
☐ Unliquidated
☑ Disputed

$2,771.55

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.1775. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

PACKAGING WHOLESALERS
HEIDI NELSON
1717 GIFFORD RD
ELGIN IL 60120-7534

☐ Contingent
☐ Unliquidated
☑ Disputed

$1,664.20

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.1776. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

PACKAGING WHOLESALERS
CARRIE POIDOMANI
1717 GIFFORD RD
ELGIN IL 60120-7534

☐ Contingent
☐ Unliquidated
☑ Disputed

$4,103.98

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| 3.1777. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.1777.   **Nonpriority creditor's name and mailing address**

PACKAGING WHOLESALERS
CARRIE POIDOMANI
1717 GIFFORD RD
ELGIN IL 60120-7534

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim**

$125.66

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

---

3.1778.   **Nonpriority creditor's name and mailing address**

PACTIV CORPORATION
LISA MIGNON
1900 W FIELD CT
LAKE FOREST IL 60045-4828

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☑ Disputed

**Amount of claim**

$1,034.02

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No

☐ Yes

---

3.1779.   **Nonpriority creditor's name and mailing address**

PAETEC COMMUNICATIONS, INC
WINDSTREAM
PO BOX 9001013
LOUISVILLE KY 40290-1013

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim**

$36,395.74

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                                    Case number *(if known)* **19-12809**

---

3.1780.    **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    **Amount of claim**
*Check all that apply.*

PAK SOLUTIONS                                                                                                      $1,869.00
RYAN MCLAUGHLIN                              ☐ Contingent
16 PAGE HILL RD
LANCASTER NH 03584-3618                      ☐ Unliquidated

                                            ☑ Disputed

**Date or dates debt was incurred**         **Basis for the claim:**

VARIOUS                                      CARGO CLAIMS

**Last 4 digits of account number:**        **Is the claim subject to offset?**

                                            ☑ No
                                            ☐ Yes

---

3.1781.    **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    **Amount of claim**
*Check all that apply.*

PALADONE                                                                                                          $105.00
ANGELA SHIPLEY                               ☐ Contingent
120 RESOURCE AVE
MOUNTAIN LAKE PARK MD 21550-6973            ☐ Unliquidated

                                            ☐ Disputed

**Date or dates debt was incurred**         **Basis for the claim:**

VARIOUS                                      ACCOUNTS PAYABLE

**Last 4 digits of account number:**        **Is the claim subject to offset?**

                                            ☑ No
                                            ☐ Yes

---

3.1782.    **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    **Amount of claim**
*Check all that apply.*

PALADONE PRODUCTS                                                                                                 $2,970.00
ANGELA KLINK                                 ☐ Contingent
120 RESOURCE AVE
MOUNTAIN LAKE PARK MD 21550-6973            ☐ Unliquidated

                                            ☑ Disputed

**Date or dates debt was incurred**         **Basis for the claim:**

VARIOUS                                      CARGO CLAIMS

**Last 4 digits of account number:**        **Is the claim subject to offset?**

                                            ☑ No
                                            ☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                  Case number *(if known)* **19-12809**

---

| 3.1783. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

PALM CASUAL
ANGIE DICKHOUSE
3001 CHURCH ST
MYRTLE BEACH SC 29577-5820

☐ Contingent
☐ Unliquidated
☑ Disputed

$3,800.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.1784. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

PALMER*ADAM
Address Intentionally Omitted

☐ Contingent
☑ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

PENDING WORKERS' COMPENSATION
CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.1785. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

PALMERTON AUTO PARTS
406 DELAWARE AVE.
PALMERTON PA 18071

☐ Contingent
☐ Unliquidated
☐ Disputed

$32,821.48

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

**3.1786.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

PALMERTON COMMUNITY AMBULANCE
501 DELAWARE AVE
P O BOX 2
PALMERTON PA 18071

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$500.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1787.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

PALMIERI*CHRISTOPHER
Address Intentionally Omitted

*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

PENDING WORKERS' COMPENSATION
CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1788.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

PANTOS USA INC
A/R DEPT
PO BOX 21174
NEW YORK NY 10087-0001

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                     Case number *(if known)* **19-12809**

---

**3.1789.** **Nonpriority creditor's name and mailing address**

PANTOS USA INC
HYOJIN SEOL
910 SYLVAN AVE
ENGLEWOOD CLIFFS NJ 07632-3306

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☑ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| $23,465.25 |

---

**3.1790.** **Nonpriority creditor's name and mailing address**

PANTOS USA INC
CHRISTIAN KIM
910 SYLVAN AVE
ENGLEWOOD CLIFFS NJ 07632-3306

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☑ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| $54,305.25 |

---

**3.1791.** **Nonpriority creditor's name and mailing address**

PANTOS USA INC
HYOJIN SEOL
910 SYLVAN AVE
ENGLEWOOD CLIFFS NJ 07632-3306

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| $327.94 |

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

| 3.1792. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

PANTOS USA INC
AR DEPT
PO BOX 21174
NEW YORK NY 10087-1174

☐ Contingent
☐ Unliquidated
☐ Disputed

$839.25

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.1793. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

PANTOS USA INCS
CHRISTIAN KIM
910 SYLVAN AVE
ENGLEWOOD CLIFFS NJ 07632-3306

☐ Contingent
☐ Unliquidated
☑ Disputed

$27,018.50

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.1794. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

PAPCO INC
4920 SOUTHERN BLVD
VIRGINIA BEACH VA 23462

☐ Contingent
☐ Unliquidated
☐ Disputed

$18,506.06

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

| 3.1795. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---------|---|---|---|

PAPERSMITHS
432 ELIZABETH AVE
SOMERSET NJ 08873-1236

☑ Contingent
☐ Unliquidated
☑ Disputed

$519.01

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

OVERCHARGE CLAIMS

**Is the claim subject to offset?**

☐ No
☑ Yes

---

| 3.1796. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---------|---|---|---|

PAPILLON AGRICULTURAL COMPANY
129 N WEST ST
2ND FLOOR
EASTON MD 21601-2774

☐ Contingent
☐ Unliquidated
☐ Disputed

$129.32

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.1797. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---------|---|---|---|

PARADIGM PLUMBING HEATING &
AIR CONDITIONING INC
8 INDUSTRIAL PARK DR, UNIT #12
HOOKSETT NH 03106

☐ Contingent
☐ Unliquidated
☐ Disputed

$712.74

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                   Case number *(if known)* **19-12809**

---

3.1798.   **Nonpriority creditor's name and mailing address**

PARAGON ENVIROMENTAL
CONSTRUCTION INC
5664 MUD MILL ROAD
BREWERTON NY 13029

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| $702.00 |

---

3.1799.   **Nonpriority creditor's name and mailing address**

PARIS BUSINESS PRODCUTS
DIANE HACKNEY
800 HIGHLAND DR
WESTAMPTON NJ 08060-5109

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☑ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

3.1800.   **Nonpriority creditor's name and mailing address**

PARKER HANNIFIN
W & A953 884 9959 F 0218
3700 MAYFLOWER DR
LYNCHBURG VA 24501-5023

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☑ Disputed

**Basis for the claim:**

OVERCHARGE CLAIMS

**Is the claim subject to offset?**

☐ No

☑ Yes

| Amount of claim |
| --- |
| $1,320.80 |

---

Debtor    **New England Motor Freight, Inc.**                                                      Case number *(if known)* **19-12809**

| 3.1801. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

PARKER LABORATORIES
DIANA ST GEROGE
4 SPERRY RD
FAIRFIELD NJ 07004-2016

☐ Contingent
☐ Unliquidated
☑ Disputed

$40.12

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.1802. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

PARLUX FRAGRANCES
DIANE DAWSON
35 SAWGRASS DR
BELLPORT NY 11713-1575

☐ Contingent
☐ Unliquidated
☑ Disputed

$644.89

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.1803. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

PARLUX LTD
ALANNAH FRYER
35 SAWGRASS DR
BELLPORT NY 11713-1575

☐ Contingent
☐ Unliquidated
☑ Disputed

$3,690.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| Debtor | **New England Motor Freight, Inc.** | Case number *(if known)* **19-12809** |
|---|---|---|

---

**3.1804.** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim**

PAROLVINI US CORP
GIULIANO PAROLIN
74 LINWOOD AVE
FAIRFIELD CT 06824-4911

☐ Contingent
☐ Unliquidated
☒ Disputed

$202.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.1805.** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim**

PARTERSHIP FREIGHT
SHANNON A/P
500 E LORAIN ST
OBERLIN OH 44074-1238

☒ Contingent
☐ Unliquidated
☒ Disputed

$17.08

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

OVERCHARGE CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☒ Yes

---

**3.1806.** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim**

PASCALE SERVICE CORP
51 DELTA DR.
PAWTUCKET RI 02860

☐ Contingent
☐ Unliquidated
☐ Disputed

$8,707.31

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor   **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| | | |
|---|---|---|
| 3.1807. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

**3.1807.** **Nonpriority creditor's name and mailing address**

PASSIAC METAL & BLDG
TARA CRANE
1957 RUTGERS UNIVERSITY
LAKEWOOD NJ 08701-4568

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$300.00

---

**3.1808.** **Nonpriority creditor's name and mailing address**

PAUL C STECK, INC
25 BROWN AVE
SPRINGFIELD NJ 07081

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$900.00

---

**3.1809.** **Nonpriority creditor's name and mailing address**

PAUL KLEIN AND PAUL S SZUMEIDA
35 MULBERRY DR
TUXEDO PARK NY 10987

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

OPEN AUTO CLAIMS

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

Debtor   **New England Motor Freight, Inc.**                                      Case number *(if known)* **19-12809**

---

| 3.1810. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

PAYLESS AUTO GLASS
DEPT 105003
PO BOX 150432
HARTFORD CT 06115-0432

☐ Contingent
☐ Unliquidated
☐ Disputed

$2,200.60

**Date or dates debt was incurred**        **Basis for the claim:**

VARIOUS                                    ACCOUNTS PAYABLE

**Last 4 digits of account number:**       **Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.1811. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

PBI
BRIAN HUBBARD
713 FENWAY AVE STE E
CHESAPEAKE VA 23323-3333

☐ Contingent
☐ Unliquidated
☑ Disputed

$2,190.05

**Date or dates debt was incurred**        **Basis for the claim:**

VARIOUS                                    CARGO CLAIMS

**Last 4 digits of account number:**       **Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.1812. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

PBS BRAKE & SUPPLY CORP
6044 CORPORATE DRIVE
EAST SYRACUSE NY 13057

☐ Contingent
☐ Unliquidated
☐ Disputed

$116.35

**Date or dates debt was incurred**        **Basis for the claim:**

VARIOUS                                    ACCOUNTS PAYABLE

**Last 4 digits of account number:**       **Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

3.1813.  **Nonpriority creditor's name and mailing address**

PC SIGNS CAMPAIGN GRAPHICS
EVA BARBER
2534 COMMERCE BLVD
CINCINNATI OH 45241-1504

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☑ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$997.03

---

3.1814.  **Nonpriority creditor's name and mailing address**

PCG, INC
C/O PAT GRANEY
412 TENNESSEE AVENUE
CHARLESTON WV 25302

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$6,600.00

---

3.1815.  **Nonpriority creditor's name and mailing address**

PCM SALES,INC.
BANK OF AMERICA-FILE 55327
2706 MEDIA CENTER DRIVE
LOS ANGELES CA 90065

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$185.31

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

3.1816.  **Nonpriority creditor's name and mailing address**

PDA, INC.
P.O. BOX 471909
FORT WORTH TX 76147

| | |
|---|---|
| **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
| ☐ Contingent | $307.00 |
| ☐ Unliquidated | |
| ☐ Disputed | |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.1817.  **Nonpriority creditor's name and mailing address**

PDQ DOOR SALES
805 US HWY 50
MILFORD OH 45150

| | |
|---|---|
| **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
| ☐ Contingent | $246.59 |
| ☐ Unliquidated | |
| ☐ Disputed | |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.1818.  **Nonpriority creditor's name and mailing address**

PEAKS*BRYAN
Address Intentionally Omitted

| | |
|---|---|
| **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
| ☐ Contingent | UNDETERMINED |
| ☑ Unliquidated | |
| ☐ Disputed | |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Basis for the claim:**

PENDING WORKERS' COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                        Case number *(if known)* **19-12809**

---

3.1819.  **Nonpriority creditor's name and mailing address**

PEARSON TRANS DEPT
EVA GARCIA
221 RIVER STREET
HOBOKEN NJ 07030-5989

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$12,464.91

---

3.1820.  **Nonpriority creditor's name and mailing address**

PEGASUS TRANSTECH CORPORATION
ATTN: JONI JOHNSTON
4301 BOY SCOUT BLVD, STE 550
TAMPA FL 33607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$22,896.83

---

3.1821.  **Nonpriority creditor's name and mailing address**

PELICAN PRODUCTS
PEARL SHEETS
23215 EARLY AVE
TORRANCE CA 90505-4002

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$2,028.28

---

Debtor   **New England Motor Freight, Inc.**                                      Case number *(if known)* **19-12809**

---

**3.1822.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

**3.1822.**

**Nonpriority creditor's name and mailing address**

PENN JERSEY DIESEL & TRAILER
501 CAMBRIA AVE #400
BENSALEM PA 19020

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$683.79

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1823.**

**Nonpriority creditor's name and mailing address**

PENN POWER SYSTEMS
8330 STATE ROAD
PHILADELPHIA PA 19136

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$402.10

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1824.**

**Nonpriority creditor's name and mailing address**

PENNINGTON SEED INC
CILLIAMS & ASSOC
405 E 78TH STREET
BLOOMINGTON MN 55420-1251

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

**Amount of claim**

$2,533.76

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

OVERCHARGE CLAIMS

**Is the claim subject to offset?**

☐ No
☑ Yes

---

Debtor    **New England Motor Freight, Inc.**                                   Case number *(if known)* **19-12809**

---

3.1825. **Nonpriority creditor's name and mailing address**

PENNSYLVANIA AMERICAN WATER
PO BOX 371412
PITTSBURGH PA 15250-7412

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
|---|
| $69.49 |

---

3.1826. **Nonpriority creditor's name and mailing address**

PENNSYLVANIA TPK COMMISSION
PO BOX 67676
HARRISBURG PA 17106

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent

☒ Unliquidated

☒ Disputed

**Basis for the claim:**

OPEN AUTO CLAIMS

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
|---|
| UNDETERMINED |

---

3.1827. **Nonpriority creditor's name and mailing address**

PENNSYLVANIA TURNPIKE COMM.
VIOLATION PROCESSING CENTER
300 EAST PARK DR
HARRISBURG PA 17111

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
|---|
| $887.90 |

---

Debtor    **New England Motor Freight, Inc.**                                              Case number *(if known)* **19-12809**

---

| 3.1828. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.1828.

**Nonpriority creditor's name and mailing address**

PENNWOOD PRODUCTS
% NEXTERUS INC
802 FAR HILLS DRIVE
NEW FREEDOM PA 17349-8428

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$569.48

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.1829.

**Nonpriority creditor's name and mailing address**

PENSKE TRUCK LEASING CO, LP
P.O. BOX 802577
CHICAGO IL 60680-2577

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$180.75

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.1830.

**Nonpriority creditor's name and mailing address**

PENSKE TRUCK LEASING CO,.LP
PO BOX 827380
PHILADELPHIA PA 19182-7380

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,602.35

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| Debtor | **New England Motor Freight, Inc.** | Case number *(if known)* **19-12809** |

---

**3.1831.** **Nonpriority creditor's name and mailing address**

PEPPERELL BRAIDING CO
22 LOWELL STREET
PEPPERELL, MA 01463

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

$49.78

---

**3.1832.** **Nonpriority creditor's name and mailing address**

PEPSICO
108 WASHINGTON ST
MANLIUS NY 13104-1913

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent

☐ Unliquidated

☒ Disputed

**Basis for the claim:**

OVERCHARGE CLAIMS

**Is the claim subject to offset?**

☐ No

☒ Yes

**Amount of claim**

$3,498.23

---

**3.1833.** **Nonpriority creditor's name and mailing address**

PEPSICO BEVERAGES & FOODS
HG SUPKA
PO BOX 4097
ORANGE CA 92863-4097

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☒ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

$8,186.88

---

Debtor    **New England Motor Freight, Inc.**                                     Case number *(if known)* **19-12809**

| | | |
|---|---|---|
| 3.1834. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

PEQUA INDUSTRIES
HANK
431 BROOK AVENUE
DEER PARK NY 11729-7222

**Amount of claim**

$212.95

☑ Contingent
☐ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

OVERCHARGE CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

---

3.1835.    **Nonpriority creditor's name and mailing address**

PERFORMANCE FREIGHT
LIZ KENNOW
2040 W OKLAHOMA AVE
MILWAUKEE WI 53215-4444

**As of the petition filing date, the claim is:** *Check all that apply.*

**Amount of claim**

$10,448.84

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.1836.    **Nonpriority creditor's name and mailing address**

PERFORMANCE FREIGHT
JANINE OLSON
2040 W OKLAHOMA AVE
MILWAUKEE WI 53215-4444

**As of the petition filing date, the claim is:** *Check all that apply.*

**Amount of claim**

$4,268.38

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **New England Motor Freight, Inc.**                    Case number *(if known)* **19-12809**

---

3.1837. **Nonpriority creditor's name and mailing address**

PERFORMANCE FREIGHT
LIZ KENNOW
2040 W OKLAHOMA AVE
MILWAUKEE WI 53215-4444

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$562.81

---

3.1838. **Nonpriority creditor's name and mailing address**

PERFUME CENTER OF AMERICA
CLAIMS DEPT
2020 OCEAN AVE UNIT B
RONKONKOMA NY 11779-6536

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$3,276.50

---

3.1839. **Nonpriority creditor's name and mailing address**

PERKINS PAPER CO
MARY JO O'BRIEN
630 JOHN HANCOCK RD
TAUNTON MA 02780-7380

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$7,940.12

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

3.1840. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
--- | --- | ---

**Nonpriority creditor's name and mailing address**

PERMA INC
605 SPRINGS RD
BEDFORD MA 01730

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

OPEN AUTO CLAIMS FOR PAYMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.1841. **Nonpriority creditor's name and mailing address**

PERRELLI*FRANK
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

PENDING WORKERS' COMPENSATION
CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.1842. **Nonpriority creditor's name and mailing address**

PERROTT*JOHN
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

PENDING WORKERS' COMPENSATION
CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

3.1843. **Nonpriority creditor's name and mailing address**

PET PRODUCTS
CLAIMS DEPT/ PABLO DE JESUS
STATE ROAD #1 KM.25
SAN JUAN PR 00926-9518

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
| --- |
| $128.25 |

---

3.1844. **Nonpriority creditor's name and mailing address**

PET PRODUCTS ASSOCIATES INC
PABLO DE JESUS
STATE ROAD #1 KM 25
SAN JUAN PR 00926-9635

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☒ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
| --- |
| $136.86 |

---

3.1845. **Nonpriority creditor's name and mailing address**

PETER BLUNT AND JOHN JAMES
ATTORNEY FOR PLAINTIFF BLUNT
TRANTOLO AND TRANTOLO LLC
50 RUSS ST
HARTFORD CT 06106-1522

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent

☒ Unliquidated

☒ Disputed

**Basis for the claim:**

LITIGATION

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

3.1846. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

PETER BLUNT ET AL V
NEW ENGLAND MOTOR FREIGHT INC
PAUL SMITH
155 FERNWOOD DR
EAST LONGMEADOW MA 01028

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.1847. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

PETER DECORE
1824 ST CLAIR LN
HANOVER PARK IL 60133

☐ Contingent
☐ Unliquidated
☐ Disputed

$63.25

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.1848. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

PETERBILT OF CONNECTICUT, INC
DBA PETERBILT OF RHODE ISLAND
11 INDUSTRIAL LANE
JOHNSTON RI 02919

☐ Contingent
☐ Unliquidated
☐ Disputed

$232.74

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

3.1849.  **Nonpriority creditor's name and mailing address**

PETERSON*BRIAN
Address Intentionally Omitted

| **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|
| ☐ Contingent | UNDETERMINED |
| ☒ Unliquidated | |
| ☐ Disputed | |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Basis for the claim:**

PENDING WORKERS' COMPENSATION CLAIM

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.1850.  **Nonpriority creditor's name and mailing address**

PETROLEUM PRODUCTS, LLC
P O BOX 644283
PITTSBURGH PA 15264-4283

| **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|
| ☐ Contingent | $24,729.17 |
| ☐ Unliquidated | |
| ☐ Disputed | |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.1851.  **Nonpriority creditor's name and mailing address**

PETROLEUM TRADERS CORPORATION
P O BOX 2357
FORT WAYNE IN 46801-2357

| **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|
| ☐ Contingent | $58,607.43 |
| ☐ Unliquidated | |
| ☐ Disputed | |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

3.1852.  | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

PHILIPS LIGHTING
LEE ANN LACEY
1111 NORTHSHORE DR STE P100A
KNOXVILLE TN 37919-4005

☐ Contingent
☐ Unliquidated
☑ Disputed

$21,764.44

**Date or dates debt was incurred**           **Basis for the claim:**

VARIOUS                                       CARGO CLAIMS

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No
☐ Yes

---

3.1853.  | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

PHILIPS LIGHTING
LEE ANN LACEY
1111 NORTHSHORE DR, STE
KNOXVILLE TN 37919-4005

☐ Contingent
☐ Unliquidated
☐ Disputed

$2,378.12

**Date or dates debt was incurred**           **Basis for the claim:**

VARIOUS                                       ACCOUNTS PAYABLE

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No
☐ Yes

---

3.1854.  | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

PHILIPS LIGHTING CO NA
LEE ANN LACEY
1111 NORTHSHORE DR, STE P100-A
KNOXVILLE TN 37919-4005

☐ Contingent
☐ Unliquidated
☑ Disputed

$33,581.17

**Date or dates debt was incurred**           **Basis for the claim:**

VARIOUS                                       CARGO CLAIMS

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

3.1855.    **Nonpriority creditor's name and mailing address**

PHILIPS LIGHTING COMPANY
LEE ANN LACEY
1111 NORTHSHORE DR SUITE P-100A
KNOXVILLE TN 37919

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☑ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| $4,929.41 |

3.1856.    **Nonpriority creditor's name and mailing address**

PICCA MCDONOUGH
CLAIMS DEPT
1 NH AVE STE 125
PORTSMOUTH NH 03801-2907

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☑ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| $7,616.00 |

3.1857.    **Nonpriority creditor's name and mailing address**

PILOT TRAVEL CENTERS, LLC
5508 LONAS DRIVE SUITE 260
KNOXVILLE TN 37909

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| $20,122.94 |

Debtor   **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

| 3.1858. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

PILUSO'S SERVICE
121 MOHAWK ST
PO BOX 342
WHITESBORO NY 13492-0342

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim** $174.95

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.1859. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

PINNACLE FLEET SOLUTIONS
P O BOX 742294
ATLANTA GA 30374-2294

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim** $202,565.42

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.1860. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

PINNACLE INTL FREIGHT
BRIAN HAMILTON
2700 AVENGER DRIVE, SUITE 108
VIRGINIA BEACH VA 23452-7394

☐ Contingent
☐ Unliquidated
☑ Disputed

**Amount of claim** $15,850.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                                Case number *(if known)* **19-12809**

---

3.1861. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

*Check all that apply.*

PINNACLE TECHNOLOGY PARTNERS
83 MORSE STREET
UNIT 6B
NORWOOD MA 02062

☐ Contingent                                                    $3,340.00
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                      ACCOUNTS PAYABLE

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No
☐ Yes

---

3.1862. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

*Check all that apply.*

PINNACLE WORKFORCE LOG LLC
3086 MOMENTUM PLACE
CHICAGO IL 60689-5330

☐ Contingent                                                    $3,072.63
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                      ACCOUNTS PAYABLE

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No
☐ Yes

---

3.1863. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

*Check all that apply.*

PIPELINE PACKAGING
KEVIN JONES
27157 NETWORK PL
CHICAGO IL 60673-1271

☐ Contingent                                                    $2,004.35
☐ Unliquidated
☑ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                      CARGO CLAIMS

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                              Case number *(if known)* **19-12809**

---

| 3.1864. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

PITCO
300 ELM ST #1
MILFORD NH 03055-4715

☑ Contingent
☐ Unliquidated
☑ Disputed

$149.35

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

OVERCHARGE CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

---

| 3.1865. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

PITCO FRIALATOR
% TECH LOGISTICS
300 ELM ST UNIT 1
MILFORD NH 03055-4715

☐ Contingent
☐ Unliquidated
☑ Disputed

$17,173.35

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.1866. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

PITCO FRIALATOR, INC
C/O TECH LOGISTICS
300 ELM STREET UNIT 1
MILFORD NH 03055-4715

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,605.10

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                                          Case number *(if known)* **19-12809**

---

| 3.1867. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

PLAINVIEW WATER DISTRICT
PO BOX 9113
PLAINVIEW NY 11803-9013

☐ Contingent
☐ Unliquidated
☐ Disputed

$800.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.1868. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

PLASTICS GROUP OF AMERICA
SHELLEY MIGNEAULT
112 RIVER ST
WOONSOCKET RI 02895-2928

☐ Contingent
☐ Unliquidated
☑ Disputed

$1,528.34

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.1869. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

PLASTIRUN CORPORATION
VERONICA ZAVALA
70 EMJAY BLVD
BRENTWOOD NY 11717-3327

☐ Contingent
☐ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

| 3.1870. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

PLIMPTON & HILLS
LAKISHA MALAVE
300 RESEARCH PKWY
MERIDEN CT 06450-7137

☐ Contingent
☐ Unliquidated
☑ Disputed

$1,712.91

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.1871. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

PLS LOGISTICSCS
SUZANNE DECREE
3120 UNIONVILLE RD
CRANBERRY TWP PA 16066-3437

☐ Contingent
☐ Unliquidated
☑ Disputed

$9,711.59

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.1872. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

PLUNSKE'S GARAGE
915 NORTH COLONY RD
WALLINGFORD CT 06492

☐ Contingent
☐ Unliquidated
☐ Disputed

$2,924.66

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

| 3.1873. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.1873.  **Nonpriority creditor's name and mailing address**

PLYMOUTH RK A/S/O SURY FELIZ-CONTRRAS
POB 9112
BOSTON MA 02112-9112

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Basis for the claim:**

OPEN AUTO CLAIMS FOR PAYMENT

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.1874.  **Nonpriority creditor's name and mailing address**

PLYMOUTH ROCK ASSURANCE CORP
CLAIMS DEPT
PO BOX 9112
BOSTON MA 02112

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Basis for the claim:**

OPEN AUTO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.1875.  **Nonpriority creditor's name and mailing address**

PMXF SYSTEMS INC
183 27TH STREET
BROOKLYN NY 11232

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$6,614.19

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **New England Motor Freight, Inc.**                                     Case number *(if known)* **19-12809**

---

3.1876.  **Nonpriority creditor's name and mailing address**

PNGLC
SHANNON BURNS
PO BOX 123
AKRON PA 17501-0123

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| $813.39 |

---

3.1877.  **Nonpriority creditor's name and mailing address**

POGROSKI*WAYNE
Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

PENDING WORKERS' COMPENSATION
CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

3.1878.  **Nonpriority creditor's name and mailing address**

POLISHED METALS LTD
% SCHNEIDER LOGISTICS
PO BOX 78158
MILWAUKEE WI 53278-8158

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| $1,797.20 |

Debtor    **New England Motor Freight, Inc.**                    Case number *(if known)* **19-12809**

---

| 3.1879. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

POLLAK DIST
ABRAHAM JACOB ROSNER
1200 BABBIT RD
EUCLID OH 44132

☐ Contingent
☐ Unliquidated
☐ Disputed

$67.20

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.1880. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

POLYONE CORPORATION
% SCHNEIDER LOGISTICS INC
PO BOX 78158
MILWAUKEE WI 53278-8158

☐ Contingent
☐ Unliquidated
☑ Disputed

$1,890.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.1881. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

POMP'S TIRE SERVICE, INC
1123 CEDAR STREET
GREEN BAY WI 54301

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,135.95

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                              Case number *(if known)* **19-12809**

---

3.1882. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

PORT AUTHORITY OF NY & NJ
VIOLATIONS PROCESSING CENTER
PO BOX 15186
ALBANY NY 12212-5186

☐ Contingent
☐ Unliquidated
☐ Disputed

$2,268.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.1883. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

POSCO INC
BILL FISKE JL
310 BALLARDVALE ST
WILMINGTON MA 01887-1012

☒ Contingent
☐ Unliquidated
☒ Disputed

$107.29

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

OVERCHARGE CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☒ Yes

---

3.1884. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

POTPOURRI GROUP
% TRANSPORTATION INSIGHT
PO BOX 1227
PLYMOUTH MA 02362-1227

☐ Contingent
☐ Unliquidated
☒ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                      Case number *(if known)* **19-12809**

| 3.1885. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.1885.  **Nonpriority creditor's name and mailing address**

POWER ELECTRIC I NICK
10-22 7TH ST
BELLEVILLE NJ 07109

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

OPEN AUTO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.1886.  **Nonpriority creditor's name and mailing address**

POWERCO, INC.
7247 PENN DR
ALLENTOWN PA 18106

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$2,393.76

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.1887.  **Nonpriority creditor's name and mailing address**

PP&L
2 NORTH 9TH ST CPC-GENNI
ALLENTOWN PA 18101

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$4,905.13

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

| 3.1888. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

PPG ARCHITECTURAL COATINGS
MATT ROVNAN
400 BERTHA LAMME DR
CRANBERRY TOWNSHIP PA 16066-5229

☐ Contingent
☐ Unliquidated
☑ Disputed

$418.02

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.1889. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

PPG ARCHITECTURAL COATINGS
MATT TESSARO
400 BERTHA LAMME DR
CRANBERRY TOWNSHIP PA 16066-5229

☐ Contingent
☐ Unliquidated
☑ Disputed

$2,788.06

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.1890. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

PPG ARCHITECTURAL COATINGS
MATT TESSARO
400 BERTHA LAMME DR
CRANBERRY TOWNSHIP PA 16066-5229

☐ Contingent
☐ Unliquidated
☐ Disputed

$2,722.96

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| 3.1891. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

PRAXAIR DISTRIBUTION, INC
P O BOX 382000
PITTSBURGH PA 15250-8000

☐ Contingent
☐ Unliquidated
☐ Disputed

$765.03

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                    ACCOUNTS PAYABLE

**Last 4 digits of account number:**         **Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.1892. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

PRAXAIR DISTRIBUTION, INC
PO BOX 120812 DEPT 0812
DALLAS TX 75312-0812

☐ Contingent
☐ Unliquidated
☐ Disputed

$20.56

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                    ACCOUNTS PAYABLE

**Last 4 digits of account number:**         **Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.1893. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

PRECEPT MEDICAL
DEBBIE HYATT
370 AIRPORT RD
ARDEN NC 28704-9202

☐ Contingent
☐ Unliquidated
☒ Disputed

$126.00

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                    CARGO CLAIMS

**Last 4 digits of account number:**         **Is the claim subject to offset?**

☒ No
☐ Yes

Debtor    **New England Motor Freight, Inc.**                                      Case number *(if known)* **19-12809**

---

3.1894.  **Nonpriority creditor's name and mailing address**

PRECEPT MEDICAL PRODUCTS
DEBBIE HYATT
370 AIRPORT ROAD
ARDEN NC 28704-9202

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

| **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|
| ☐ Contingent | $250.00 |
| ☐ Unliquidated | |
| ☐ Disputed | |

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.1895.  **Nonpriority creditor's name and mailing address**

PRECISION DEVICES INCORPORATED
55 NORTH PLAINS INDUSTRIAL RD
WALLINGFORD CT 06492

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

| **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|
| ☐ Contingent | $17,476.51 |
| ☐ Unliquidated | |
| ☐ Disputed | |

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.1896.  **Nonpriority creditor's name and mailing address**

PRED MATERIALS
ALEXIS BEHNKE
60 E 42ND ST STE 1456
NEW YORK NY 10165

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

| **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|
| ☐ Contingent | $29.25 |
| ☐ Unliquidated | |
| ☐ Disputed | |

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

| 3.1897. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

PREFERRED PLASTICS & PACKAGING
SEAN BREITSTEIN
1099 WALL ST W STE 200
LYNDHURST NJ 07071-3678

☐ Contingent
☐ Unliquidated
☑ Disputed

$1,058.64

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.1898. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

PREFERRED PLASTICS & PACKAGING
JENNIFER SANTANA
1099 WALL ST W STE 200
LYNDHURST NJ 07071-3678

☐ Contingent
☐ Unliquidated
☑ Disputed

$1,148.80

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.1899. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

PRESTOLITE ELECTRIC
MICHELLE DAVENPORT
7585 EMPIRE DR
FLORENCE KY 41042-2921

☐ Contingent
☐ Unliquidated
☑ Disputed

$3,049.80

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **New England Motor Freight, Inc.**                    Case number *(if known)* **19-12809**

---

| 3.1900. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

PRICE MASTER
57-07 31ST AVE
WOODSIDE NY 11377

☐ Contingent
☐ Unliquidated
☐ Disputed

$15.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.1901. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

PRICE*MARK
Address Intentionally Omitted

☐ Contingent
☒ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

PENDING WORKERS' COMPENSATION
CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.1902. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

PRIDE OF INDIA
AKSHAT JAIN
329 SUMMIT AVE STE 7
BRIGHTON MA 02135-7532

☐ Contingent
☐ Unliquidated
☒ Disputed

$650.36

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

3.1903.  **Nonpriority creditor's name and mailing address**

PRIDE OF INDIA
AKSHAT JAIN
329 SUMMIT AVE STE 7
BRIGHTON MA 02135-7532

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$149.60

---

3.1904.  **Nonpriority creditor's name and mailing address**

PRIMARY COLORS
D PATTERSON
9 MILLENNIUM DRIVE
NO GRAFTON MA 01536-1862

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$231.00

---

3.1905.  **Nonpriority creditor's name and mailing address**

PRIMARY COLORS INC
DANIELLE PATTERSON
9 MILLENNIUM DR
NO GRAFTON MA 01536-1862

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$942.00

---

Debtor   **New England Motor Freight, Inc.**                                  Case number *(if known)* **19-12809**

---

| 3.1906. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

PRINCE GEORGE TRUCK REPAIR,INC
4214 TAKACH ROAD
PRINCE GEORGE VA 23875

☐ Contingent
☐ Unliquidated
☐ Disputed

$15,629.06

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.1907. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

PRIORITY 1 INC
RILEY ZINK
PO BOX 398
NORTH LITTLE ROCK AR 72115-0398

☐ Contingent
☐ Unliquidated
☑ Disputed

$648.74

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.1908. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

PRIORITY ONE, INC
PO BOX 398
NORTH LITTLE ROCK AR 72115-0398

☐ Contingent
☐ Unliquidated
☐ Disputed

$551.60

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| | | |
|---|---|---|
| 3.1909. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

PRIORITY1
P O BOX 398
N LITTLE ROCK AR 72115-0398

☑ Contingent
☐ Unliquidated
☑ Disputed

**Amount of claim**

$1,436.21

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

OVERCHARGE CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

---

3.1910.   **Nonpriority creditor's name and mailing address**

PRIORITY1
P O BOX 398
NORTH LITTLE ROCK AR 72115-0398

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

**Amount of claim**

$51.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

OVERCHARGE CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

---

3.1911.   **Nonpriority creditor's name and mailing address**

PRIVATE LABEL FOODS
JAMES COLLINS
1686 LYELL AVE
ROCHESTER NY 14606-2312

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,257.75

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

3.1912. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

PRO AUDIO
STU BUCHAN
14 EVERBERG RD
WOBURN MA 01801-8506

$1,141.00

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                        CARGO CLAIMS

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No
☐ Yes

---

3.1913. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

PRO SOURCE GLASS INTERNATIONAL
RICHARD TANKEL
PO BOX 996
ANDOVER MA 01810-0017

$389.00

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                        CARGO CLAIMS

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No
☐ Yes

---

3.1914. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

PRO TEMP STAFFING LLC
PO BOX 567
316 S MAIN ST
CONCORD NH 03302

$1,760.16

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                        ACCOUNTS PAYABLE

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                         Case number *(if known)* **19-12809**

---

3.1915.  **Nonpriority creditor's name and mailing address**

PROARANS INTERNATIONAL
CARGO CLAIMS
8311 N PERIMETER RD
INDIANAPOLIS IN 46241-3628

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☑ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| $2,963.89 |

---

3.1916.  **Nonpriority creditor's name and mailing address**

PROBAKE INC
KATHY BOYKO
2057 E AURORA RD
TWINSBURG OH 44087-1938

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☑ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| $19,511.65 |

---

3.1917.  **Nonpriority creditor's name and mailing address**

PROCTER & GAMBLE
% RYDER
13599 PARK VISTA BLVD BOX 38
FORT WORTH TX 76177-3237

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☑ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| $3,467.49 |

---

Debtor   **New England Motor Freight, Inc.**                                                              Case number *(if known)* **19-12809**

| 3.1918. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | PRODRIVERS<br>PO BOX 102409<br>ATLANTA GA 30368-2409 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,994.17 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>ACCOUNTS PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.1919. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | PRODUCERS PEANUT CO<br>SANDY YOUNG<br>337 MOORE AVE<br>SUFFOLK VA 23434-3819 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $31.56 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>ACCOUNTS PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.1920. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | PROFESSIONAL FREIGHT SOLUTIONS<br>JANICE FAROUGH<br>6303 26 MILE RD<br>WASHINGTON TOWNSHIP MI 48094-3825 | ☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | $3,175.00 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>CARGO CLAIMS | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

Debtor    **New England Motor Freight, Inc.**                                                              Case number *(if known)* **19-12809**

---

**3.1921.** **Nonpriority creditor's name and mailing address**

PROFESSIONAL INSURANCE CONCEPTS
DONNA GRIFFITH
105 EISENHOWER PKWY
4TH FLOOR
ROSELAND NJ 07068

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLES - INSURANCE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.1922.** **Nonpriority creditor's name and mailing address**

PROFIX
PROFESSIONAL TRAILER REPAIR IN
51 EVERGREEN ST
BAYONNE NJ 07002

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$31,711.04

---

**3.1923.** **Nonpriority creditor's name and mailing address**

PROFORMANCE FOODS
EMILIE DOMER
44 DOBBIN ST GROUND FL
BROOKLYN NY 11222-3110

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$259.20

---

Debtor    **New England Motor Freight, Inc.**                    Case number *(if known)* **19-12809**

---

3.1924. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

PROGRESSIVE A/S/O SELIMAJ MUJO
2344 NETWORK PL
CHICAGO IL 60673-1243

UNDETERMINED

☑ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**                    **Basis for the claim:**
_____                    OPEN AUTO CLAIMS FOR PAYMENT

**Last 4 digits of account number:**                    **Is the claim subject to offset?**

☑ No
☐ Yes

---

3.1925. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

PROGRESSIVE A/S/O TONY J HOBSON
24344 NETWORK PL
CHICAGO IL 60673-1243

UNDETERMINED

☑ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**                    **Basis for the claim:**
_____                    OPEN AUTO CLAIMS FOR PAYMENT

**Last 4 digits of account number:**                    **Is the claim subject to offset?**

☑ No
☐ Yes

---

3.1926. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

PROMPT LOGISTICS
TRESAN BLAKE
212 2ND ST STE 205A
LAKEWOOD NJ 08701-3683

$852.80

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date or dates debt was incurred**                    **Basis for the claim:**
VARIOUS                    CARGO CLAIMS

**Last 4 digits of account number:**                    **Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

3.1927.   **Nonpriority creditor's name and mailing address**

PROTECTIVE INSURANCE CO.
CARL MALM/JERRY CRAIG
111 CONGRESSIONAL BLVD.
SUITE 500
CARMEL IN 46032

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLES - INSURANCE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1928.   **Nonpriority creditor's name and mailing address**

PROTRANS INTERNATIONAL
CLAIMS DEPT
8311 N PERIMETER RD
INDIANAPOLIS IN 46241-3628

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1929.   **Nonpriority creditor's name and mailing address**

PROTRANS INTERNATIONAL
CARGO CLAIMS
8311 N PERIMETER RD
INDIANAPOLIS IN 46241-3628

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$4,280.56

---

Debtor   **New England Motor Freight, Inc.**                                        Case number *(if known)* **19-12809**

---

**3.1930.** **Nonpriority creditor's name and mailing address**

PROTRANS INTERNATIONAL
BOBBI MARTIN
8311 N PERIMETER RD
INDIANAPOLIS IN 46241-3628

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$9,400.44

---

**3.1931.** **Nonpriority creditor's name and mailing address**

PROTRANS INTERNATIONAL, INC
BOBBI MARTIN
8311 NO PERIMETER RD
INDIANAPOLIS IN 46241-3628

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$1,950.00

---

**3.1932.** **Nonpriority creditor's name and mailing address**

PROVINCE*CHESTER
Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

PENDING WORKERS' COMPENSATION
CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| | | |
|---|---|---|
| 3.1933. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

| 3.1933. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | PSEGLI<br>PO BOX 9039<br>HICKSVILLE NY 11802-0888 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,208.21 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>ACCOUNTS PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |
| 3.1934. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
| | PUBLIC SERVICE ELECTRIC<br>AND GAS COMPANY<br>PO BOX 14444<br>NEW BRUNSWICK NJ 08906-4444 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $707.30 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>ACCOUNTS PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |
| 3.1935. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
| | PUERTO RICO BIOMEDICAL CORPORATION<br>LORNA AVILES<br>PO BOX 4755<br>CAROLINA PR 00984-4755 | ☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | $752.00 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>CARGO CLAIMS | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

Debtor    **New England Motor Freight, Inc.**                                                              Case number *(if known)* **19-12809**

---

**3.1936.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

PUERTO RICO BIOMEDICAL CORPORATION
GERMAN PADRO IRIZARRY
PO BOX 4755
CAROLINA PR 00984-4755

☐ Contingent
☐ Unliquidated
☑ Disputed

$3,920.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1937.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

PULPDENT CORPORATION
ALLISON MILLIAN
80 OAKLAND ST
WATERTOWN MA 02472-2202

☐ Contingent
☐ Unliquidated
☑ Disputed

$1,079.20

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1938.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

PURRINGTON*TAYLOR
Address Intentionally Omitted

☐ Contingent
☑ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

PENDING WORKERS' COMPENSATION
CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

3.1939.  **Nonpriority creditor's name and mailing address**

QUALITY AUTO GLASS, INC
2300 SOUTH CLINTON AVENUE
SOUTH PLAINFIELD NJ 07080

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$783.85

---

3.1940.  **Nonpriority creditor's name and mailing address**

QUALITY COLLISION & PAINT INC
79 EAST 26TH ST
PATERSON NJ 07501

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$4,798.13

---

3.1941.  **Nonpriority creditor's name and mailing address**

QUALITY PRESSURE WASHING CORP
P O BOX 288
OAK LAWN IL 60454

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$1,503.00

---

Debtor   **New England Motor Freight, Inc.**                                Case number *(if known)* **19-12809**

---

| 3.1942. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Amount of claim |
|---|---|---|---|
| | QUESTECH CORPORATION<br>CHRISTEN FITZGERALD<br>92 PARK ST<br>RUTLAND VT 05701-5079 | ☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | $2,949.20 |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.1943. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Amount of claim |
|---|---|---|---|
| | QUICK FUEL<br>FLYERS ENERGY LLC<br>DEPT 34516 , PO BOX 39000<br>SAN FRANCISCO CA 94139-0001 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $47,434.80 |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.1944. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Amount of claim |
|---|---|---|---|
| | QUICK LOGISTICS<br>RMCDONALD@GLTMS.COM<br>P O BOX 2850<br>NORTHLAKE IL 60164-7850 | ☑ Contingent<br>☐ Unliquidated<br>☑ Disputed | $32.15 |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

OVERCHARGE CLAIMS

**Is the claim subject to offset?**

☐ No
☑ Yes

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

**3.1945.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

QUICK TRANSFER INC
RIVKY SCHWARTZ
331 RUTLEDGE ST
BROOKLYN NY 11211-7547

$272.45

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.1946.** **Nonpriority creditor's name and mailing address**

QUICK TRANSFER INC
MIMI KARMEL
P O BOX 110526
BROOKLYN NY 11211-0526

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$41.55

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.1947.** **Nonpriority creditor's name and mailing address**

QUICK TRANSFER INC
RIVKY SCHWARTZ
331 RUTLEDGE ST
BROOKLYN NY 11211-7547

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$82.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                                    Case number *(if known)* **19-12809**

---

**3.1948.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

3.1948.

**Nonpriority creditor's name and mailing address**

QUILLINAN*MIKE
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Basis for the claim:**

PENDING WORKERS' COMPENSATION
CLAIM

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.1949.

**Nonpriority creditor's name and mailing address**

QUINCY MUTUAL ASO ANDREW W DACY
57 WASHINGTON ST
QUINCY MA 02169

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Basis for the claim:**

OPEN AUTO CLAIMS FOR PAYMENT

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.1950.

**Nonpriority creditor's name and mailing address**

R BROOKS MECHANICAL, INC
PO BOX 1090
RISING SUN MD 21911

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$2,326.48

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor    **New England Motor Freight, Inc.**                                     Case number *(if known)* **19-12809**

---

3.1951. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

R R DONNELLEY
1000 WINDHAM PKWY
BOLINGBROOK IL 60490-3507

☒ Contingent
☐ Unliquidated
☒ Disputed

$773.23

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

OVERCHARGE CLAIMS

**Is the claim subject to offset?**

☐ No
☒ Yes

---

3.1952. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

R3 CHICAGO
MIKE HERRERA
2301 LUNT AVE
ELK GROVE VILLAGE IL 60007-5625

☐ Contingent
☐ Unliquidated
☒ Disputed

$114.76

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.1953. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

RADIANT POOLS
MARILYN SIRCO
440 N PEARL ST
ALBANY NY 12207-1320

☐ Contingent
☐ Unliquidated
☒ Disputed

$2,140.93

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor   **New England Motor Freight, Inc.**                                      Case number *(if known)* **19-12809**

---

| 3.1954. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

RADIANT POOLS
ANTHONY SIRCO
440 N PEARL STREET
ALBANY NY 12207-1320

$100.86

☑ Contingent
☐ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

OVERCHARGE CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

---

| 3.1955. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

RADICI PLASTICS
RANDY STEELE
960 SEVILLE RD
WADSWORTH OH 44281-8316

$3,325.00

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.1956. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

RADIO SYSTEMS CORPORATION
% GEODIS
PO BOX 2208
BRENTWOOD TN 37024-2208

$12,081.97

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

**3.1957.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

RAFFERTY*FRED
Address Intentionally Omitted

☐ Contingent
☑ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Basis for the claim:**

PENDING WORKERS' COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1958.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

RAILSIDE ENVIRONMENTAL
SERVICES LLC
1 DEXTER RD
EAST PROVIDENCE RI 02914

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,351.80

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1959.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

RAJENDRANAUTH DATARAM ET AL
ALVIN H BROOME AND ASSOCIATES PC
225 BROADWAY
STE 630
NEW YORK NY 10007

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Basis for the claim:**

DISMISSED LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

**3.1960.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

RAJENDRANAUTH DATARAM ET AL
ARMSTRONG FLOORING
GIBBONS PC DALE BARNEY ESQ
ONE GATEWAY CENTER
21ST FLOOR
NEWARK NJ 07102

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

DISMISSED LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1961.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

RANDSTAD US, LP
P O BOX 7247-6655
PHILADELPHIA PA 19170-6655

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$4,256.82

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.1962.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

RANDY MERRIT
ATTORNEY FOR THE PLAINTIFF
LAW OFFICES OF GOFFER AND CIMINI
MICHAEL GOFFER ESQUIRE
1603 MONSEY AVE
SCRANTON PA 18509

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                              Case number *(if known)* **19-12809**

---

3.1963. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

RANDY MERRIT V. NEMF ET AL.
ATTORNEY FOR THE DEFENDANT
SWARTZ CAMPBELL LLC KEVIN CANAVAN
TWO LIBERTY PL
50 S 16TH ST FL 28
PHILADELPHIA PA 19102

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

UNDETERMINED

---

3.1964. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

RAPACHE*GARY
Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

PENDING WORKERS' COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

UNDETERMINED

---

3.1965. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

RATERMANN MANUFACTURING INC
% WORLDWIDE EXPRESS
2323 VICTORY AVE STE 1600
DALLAS TX 75219-7657

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

$1,079.71

---

Debtor    **New England Motor Freight, Inc.**                                  Case number *(if known)* **19-12809**

---

3.1966.  **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:          **Amount of claim**
*Check all that apply.*

RAY KERHAERT'S GARAGE INC.                                                                                  $1,417.00
1396 RIDGE ROAD W.                           ☐ Contingent
ROCHESTER NY 14615-2418                      ☐ Unliquidated
                                             ☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                      ACCOUNTS PAYABLE

**Last 4 digits of account number:**         **Is the claim subject to offset?**

                                             ☑ No
                                             ☐ Yes

---

3.1967.  **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:          **Amount of claim**
*Check all that apply.*

RAYMOND CORP                                                                                                $1,729.49
JOHN SPONABLE                                ☐ Contingent
PO BOX 130                                   ☐ Unliquidated
GREENE NY 13778-0130                         ☑ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                      CARGO CLAIMS

**Last 4 digits of account number:**         **Is the claim subject to offset?**

                                             ☑ No
                                             ☐ Yes

---

3.1968.  **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:          **Amount of claim**
*Check all that apply.*

RAYMOND HADLEY CORP                                                                                         $316.50
LYNNE HICKEY                                 ☐ Contingent
89 TOMPKINS ST                               ☐ Unliquidated
SPENCER NY 14883-9759                        ☑ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                      CARGO CLAIMS

**Last 4 digits of account number:**         **Is the claim subject to offset?**

                                             ☑ No
                                             ☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

| 3.1969. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

RAYMOND OF NEW JERSEY, LLC
1000 BRIGHTON STREET
UNION NJ 07083

☐ Contingent
☐ Unliquidated
☐ Disputed

$3,740.04

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.1970. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

RAYMOND*CARROLL
Address Intentionally Omitted

☐ Contingent
☒ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

PENDING WORKERS' COMPENSATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.1971. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

RAYS TRUCK SERVICES
305 BRADLEY STREET
SACO ME 04072

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,200.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

3.1972. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

RE PRESCOTT CO INC
RALPH
10 RAILROAD AVE
EXETER NH 03833-2037

$7,628.01

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                       CARGO CLAIMS

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No
☐ Yes

---

3.1973. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

RECON LOGISTICS
284 INVERNESS PKWY
STE 270
ENGLEWOOD CO 80112-5821

$30.57

☑ Contingent
☐ Unliquidated
☑ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                       OVERCHARGE CLAIMS

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☐ No
☑ Yes

---

3.1974. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

RED BULL NORTH AMERICA
% GEODIS
PO BOX 2208
BRENTWOOD TN 37024-2208

UNDETERMINED

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                       CARGO CLAIMS

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **New England Motor Freight, Inc.**                         Case number *(if known)* **19-12809**

| | | |
|---|---|---|
| 3.1975. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

RED HAWK FIRE & SECURITY, LLC
PO BOX 970071
BOSTON MA 02297-0071

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$880.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3.1976. **Nonpriority creditor's name and mailing address**

REDCO FOODS DIST CTR
300 ELM ST #1
MILFORD NH 03055-4715

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☐ Unliquidated
☒ Disputed

**Amount of claim**
$817.54

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
OVERCHARGE CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☒ Yes

---

3.1977. **Nonpriority creditor's name and mailing address**

REDCO FOODS INC
MARYANNE & EXT 555
ONE HANSEN ISLAND
LITTLE FALLS NY 13365-1997

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☐ Unliquidated
☒ Disputed

**Amount of claim**
$52.90

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
OVERCHARGE CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☒ Yes

Debtor    **New England Motor Freight, Inc.**                                      Case number *(if known)* **19-12809**

---

| 3.1978. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.1978. **Nonpriority creditor's name and mailing address**

REDCO FOODS INC
MARYANNE & EXT 555
ONE HANSEN ISLAND
LITTLE FALLS NY 13365-1997

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☒ Disputed

**Amount of claim**

$4.39

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

OVERCHARGE CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☒ Yes

---

3.1979. **Nonpriority creditor's name and mailing address**

REDCO FOODS INC
C/O TECH LOGISTICS
300 ELM ST UNIT 1
MILFORD NH 03055-4715

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$57.29

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.1980. **Nonpriority creditor's name and mailing address**

REED LANE
% LOGISTXS INC
1500 ROUTE 17 STE 305
HACKETTSTOWN NJ 07840

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

3.1981.  **Nonpriority creditor's name and mailing address**

REGIONAL INTERNATIONAL CORP.
1007 LEHIGH STATION RD
HENRIETTA NY 14467

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| $7.95 |

---

3.1982.  **Nonpriority creditor's name and mailing address**

REI
MEL FLORIO
2200 BERGEN TOWN CTR
PARAMUS NJ 07652-5025

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☑ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| $660.00 |

---

3.1983.  **Nonpriority creditor's name and mailing address**

REI
JOHN WEBB
6750 S 228TH ST
KENT WA 98032-4803

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☑ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| $687.93 |

---

Debtor    **New England Motor Freight, Inc.**                                                    Case number *(if known)* **19-12809**

---

3.1984.  **Nonpriority creditor's name and mailing address**

REI 002
MELISSA FLORIO
2200 BERGEN TOWN CTR
PARAMUS NJ 07652-5025

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☑ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| $1,199.45 |

---

3.1985.  **Nonpriority creditor's name and mailing address**

REI 0057
ISAAC SWANSON
375 COCHITUATE RD
FRAMINGHAM MA 01701

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| $371.48 |

---

3.1986.  **Nonpriority creditor's name and mailing address**

REI 101
SAMUEL RENDON
412 S 27TH ST
PITTSBURGH PA 15203-2365

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☑ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| $933.32 |

---

Debtor    **New England Motor Freight, Inc.**                                                    Case number *(if known)* **19-12809**

---

3.1987.    **Nonpriority creditor's name and mailing address**

REI 102
% TRANSPORTATION INSIGHT
310 MAIN AVE WAY SE
HICKORY NC 28602-3513

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☑ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| $53,446.00 |

---

3.1988.    **Nonpriority creditor's name and mailing address**

REI 140
MELISSA FLORIO
2200 BERGEN TOWN CENTER
PARAMUS NJ 07652-5025

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☑ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| $3,357.94 |

---

3.1989.    **Nonpriority creditor's name and mailing address**

REI 166
GREG HOWELL
350 INDEPENDENCE BLVD
VIRGINIA BEACH VA 23462-2802

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| $592.00 |

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

| 3.1990. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

REI 171
RYAN SHEPARD
450 E HENRIETTA RD
ROCHESTER NY 14620-4630

☐ Contingent
☐ Unliquidated
☑ Disputed

$878.73

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.1991. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

REINFORCED PLASTICS LAB
CRAIG VERNON
236 ROUTE 109
FARMINGDALE NY 11735-1503

☐ Contingent
☐ Unliquidated
☑ Disputed

$1,104.40

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.1992. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

RELIABLE MATERIAL
HANDLING INSTALLATION LLC
286 LESWIG DR
BRICK NJ 08723

☐ Contingent
☐ Unliquidated
☐ Disputed

$15,469.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                    Case number *(if known)* **19-12809**

---

3.1993. **Nonpriority creditor's name and mailing address**

REMA FOODS
ANTHONY MONTUORIE DB
140 SYLVAN AVE
ENGLEWOOD CLIFFS NJ 07632-2514

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1994. **Nonpriority creditor's name and mailing address**

REMA FOODS
ANTHONY MONTUORI
140 SYLVAN AVE
ENGLEWOOD CLIFFS NJ 07632-2514

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$3,129.52

---

3.1995. **Nonpriority creditor's name and mailing address**

RENEE HARTSON
SPADAFORA AND VERRASTRO LLP
KATHY VERRASTRO
2 SYMPHONY CIR
BUFFALO NY 14201

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **New England Motor Freight, Inc.**                                              Case number *(if known)* **19-12809**

| | | |
|---|---|---|
| **3.1996.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

3.1996.

**Nonpriority creditor's name and mailing address**

RENEE HARTSON V
NEW ENGLAND MOTOR FREIGHT INC ET AL
FRANCISCO GOMEZ-BUENO
179 VERMONT AVE
PROVIDENCE RI 02905

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.1997.

**Nonpriority creditor's name and mailing address**

REPPEN INDUSTRIES, INC
5 MALKE DRIVE
OCEAN NJ 07712

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$3,628.75

---

3.1998.

**Nonpriority creditor's name and mailing address**

REPUBLIC TOBACCO
MARTIN TRUJILLO
2301 RAVINE WAY
GLENVIEW IL 60025-7627

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$2,092.60

---

Debtor   **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

| 3.1999. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.1999.   **Nonpriority creditor's name and mailing address**

RESILITE SPORTS PRODUCT INC
WILLIAM HELLER
200 POINT TOWNSHIP DR
NORTHUMBERLAND PA 17857-8701

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Amount of claim**

$600.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.2000.   **Nonpriority creditor's name and mailing address**

REVERIE
% ECHO GLOBAL
600 W CHICAGO AVE STE 725
CHICAGO IL 60654-2801

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.2001.   **Nonpriority creditor's name and mailing address**

REXEL ENERGY SOLUTIONS
KRISTINE CODEGA
350 MYLES STANDISH BLVD STE 204
TAUNTON MA 02780-7387

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Amount of claim**

$632.31

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                Case number *(if known)* **19-12809**

---

3.2002.  **Nonpriority creditor's name and mailing address**

RG&E
PO BOX 847813
BOSTON MA 02284-7813

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Amount of claim** |
| --- |
| $2,983.83 |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.2003.  **Nonpriority creditor's name and mailing address**

RHEEL*THOMAS
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

| **Amount of claim** |
| --- |
| UNDETERMINED |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Basis for the claim:**

PENDING WORKERS' COMPENSATION
CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.2004.  **Nonpriority creditor's name and mailing address**

RHEUDINE HARRIS
GOLDENBERG MACKLER SAYEGH MINTZ ET AL
ALLISON E WEINER ESQ
1030 ATLANTIC AVE
ATLANTIC CITY NJ 08401

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Amount of claim** |
| --- |
| UNDETERMINED |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Basis for the claim:**

LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **New England Motor Freight, Inc.**                                                    Case number *(if known)* **19-12809**

---

| 3.2005. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

RHOADS*CHRISTOPER
Address Intentionally Omitted

☐ Contingent
☑ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

PENDING WORKERS' COMPENSATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.2006. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

RHODE ISLAND NOVELTY
JONATHAN DUGUAY
350 COMMERCE DR
FALL RIVER MA 02720-4746

☐ Contingent
☐ Unliquidated
☑ Disputed

$2,700.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.2007. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

RHODE ISLAND NOVELTY
ED KUGA MANAGER AP
P O BOX 9278
FALL RIVER MA 02720-0005

☑ Contingent
☐ Unliquidated
☑ Disputed

$1,084.49

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

OVERCHARGE CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

---

Debtor    **New England Motor Freight, Inc.**                                  Case number *(if known)* **19-12809**

---

3.2008. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

RICH ART COLOR CO
SUSAN DAVIS
202 PEGASUS AVE
NORTHVALE NJ 07647-1904

☐ Contingent
☐ Unliquidated
☒ Disputed

$1,350.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.2009. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

RICHARD BRYAN HILL ET AL V.
CHESTER PIKE AUTOSALES, INC. ET AL.
ATTORNEY FOR THE DEFENDANT
SWARTZ CAMPBELL LLC KEVIN CANAVAN
TWO LIBERTY PL 50 S 16TH ST FL 28
PHILADELPHIA PA 19102

☒ Contingent
☒ Unliquidated
☒ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.2010. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

RICHARD BRYAN HILL ET AL.
EISENBERG ROTHWEILER WINKLER,
EISENBERG & JECK,P.C.
FREDRIC S EISENBERG
1634 SPRUCE STREET
PHILADELPHIA PA 19103

☒ Contingent
☒ Unliquidated
☒ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

3.2011. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

RICHARD MILERSON
DOMINICK W LAVELLE ESQ
100 HERRICKS RD
STE 201
MINEOLA NY 11501

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.2012. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

RICHARDSON BRANDS
NICKIE ORENDORFF
101 ERIE BLVD
CANAJOHARIE NY 13317-1148

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

$504.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.2013. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

RICHARDSON BRANDS
TAMMY CROMIE
101 ERIE BLVD
CANAJOHARIE NY 13317-1148

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

$891.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

| 3.2014. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

RICHMOND TOWING, INC
9932 JEFFERSON DAVIS HWY
RICHMOND VA 23237

☐ Contingent
☐ Unliquidated
☐ Disputed

$2,005.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.2015. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

RICOH USA INC
% TRANSPORTATION INSIGHT
310 MAIN AVE WAY SE
HICKORY NC 28602-3513

☐ Contingent
☐ Unliquidated
☑ Disputed

$8,217.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.2016. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

RICOH USA INC
C/O TRANSPORTATION INSIGHT
310 MAIN AVE WAY SE
HICKORY NC 28602-3513

☐ Contingent
☐ Unliquidated
☐ Disputed

$4,579.12

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                Page 674 of 899

Debtor   **New England Motor Freight, Inc.**                              Case number *(if known)* **19-12809**

| | | |
|---|---|---|
| 3.2017. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

RICOH USA, INC
P O BOX 827577
PHILADELPHIA PA 19182-7577

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$105.43

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| | | |
|---|---|---|
| 3.2018. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

RIDDLE*CAROL
Address Intentionally Omitted

☐ Contingent
☒ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

PENDING WORKERS' COMPENSATION
CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| | | |
|---|---|---|
| 3.2019. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

RIDOT
P O BOX 576
JAMESTOWN RI 02835

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$54.94

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor    **New England Motor Freight, Inc.**                                              Case number *(if known)* **19-12809**

---

3.2020.  **Nonpriority creditor's name and mailing address**

RIGGINS, INC
P O BOX 150
MILVILLE NJ 08332

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| $55,625.13 |

---

3.2021.  **Nonpriority creditor's name and mailing address**

RILEY*STEPHAN
Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

PENDING WORKERS' COMPENSATION
CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

3.2022.  **Nonpriority creditor's name and mailing address**

RITA ALVARADO
THE ROSATO FIRM
PAUL A MARBER ESQ
55 BROADWAY
23RD FLOOR
NEW YORK NY 10006

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

Debtor    **New England Motor Freight, Inc.**                                                    Case number *(if known)* **19-12809**

---

| 3.2023. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

RITE AID CORP
LOCK BOX 4252
PO BOX 8500
PHILADELPHIA PA 19178-4252

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$15,041.75

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.2024. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

RITE AID CORPORATION
MAJORIE HIER
30 HUNTER LANE
CAMP HILL PA 17011-2400

☐ Contingent
☐ Unliquidated
☐ Disputed

$154.08

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.2025. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

RITE AID LIVERPOOL D
MAUREEN KICK
7245 HENRY CLAY BLVD
LIVERPOOL NY 13088-3523

☐ Contingent
☐ Unliquidated
☒ Disputed

$7,450.08

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                           Case number *(if known)* **19-12809**

---

| 3.2026. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---------|---|---|---|

RIVERSIDE REALTY
POB 4436
BALTIMORE MD 21223

☒ Contingent
☒ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

OPEN AUTO CLAIMS FOR PAYMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.2027. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---------|---|---|---|

RIVIANA FOODS
85 SHANNON RD
HARRISBURG PA 17112-2799

☒ Contingent
☐ Unliquidated
☒ Disputed

**Amount of claim**

$1,133.59

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

OVERCHARGE CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☒ Yes

---

| 3.2028. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---------|---|---|---|

RIVIANA FOODS
% T C S
PO BOX 18
DILLSBURG PA 17019-0018

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,133.59

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

**3.2029.**  **Nonpriority creditor's name and mailing address**

RJ SCHINNER
JORDAN SLUTTER
2120 SPILLMAN DR
BETHLEHEM PA 18015

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☒ No
☐ Yes

| Amount of claim |
| --- |
| $3,028.76 |

---

**3.2030.**  **Nonpriority creditor's name and mailing address**

RLI INSURANCE CO
9025 N LINDBERGH DR
PEORIA IL 61615

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLES - INSURANCE

**Is the claim subject to offset?**

☒ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

**3.2031.**  **Nonpriority creditor's name and mailing address**

ROADNET TECHNOLOGIES, INC
PO BOX 840720
DALLAS TX 75284-0720

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

| Amount of claim |
| --- |
| $18,425.66 |

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

| 3.2032. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ROADRUNNER ENTERPRISES, LLC
21 E 6TH ST, APT 1B
CLIFTON NJ 07011

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,730.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.2033. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ROANOKE CLAIMS SERVICES
MELODY DWYER
1475 E WOODFIELD RD STE 500
SCHAUMBURG IL 60173-4980

☐ Contingent
☐ Unliquidated
☑ Disputed

$935.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.2034. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ROARING SPRING BLANK
TY HINSON
235 APPLE PACKERS RD
MARTINSBURG PA 16662-1618

☐ Contingent
☐ Unliquidated
☑ Disputed

$3,816.70

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| | | |
|---|---|---|
| 3.2035. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

ROARING SPRING BLANK BOOK
SUSAN KOLINCHAK
PO BOX 35
ROARING SPRING PA 16673-0035

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,801.53

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.2036. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

ROBERT FISCHER SERVICES, INC
2050 FLETCHER COVE
HUMMELSTOWN PA 17036-8994

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$449.33

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.2037. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

ROBERT STEELE
14445 WISPERWOOD CT
DUMFRIES VA 22025

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

OPEN AUTO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **New England Motor Freight, Inc.**                                                    Case number *(if known)* **19-12809**

---

| 3.2038. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ROBERTS & SON INC
20 JEWELL STREET
GARFIELD NJ 07026

☐ Contingent
☐ Unliquidated
☐ Disputed

$4,550.02

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.2039. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ROBERTS LOGISTICS
MICHELLE BRICKER
5501 RT 89
NORTH EAST PA 16428-5054

☐ Contingent
☐ Unliquidated
☐ Disputed

$541.09

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.2040. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ROBERTS TOWING & RECOVERY
722 SOUTH PEARL STREET
ALBANY NY 12202

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,500.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

| 3.2041. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ROB'S AUTOMOTIVE & COLLISION
P.O. BOX 1619
LEVITTOWN PA 19058-1619

☐ Contingent
☐ Unliquidated
☐ Disputed

$5,513.02

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.2042. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ROCHESTER FIRE EQUIPMENT, INC.
64 MARSHALL ST
ROCHESTER NY 14607

☐ Contingent
☐ Unliquidated
☐ Disputed

$38.23

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.2043. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ROCHESTER MIDLAND
NTRAF BARB TRUNGORJON
151 JOHN JAMES AUDUBON BLVD
AMHERST NY 14228-1111

☑ Contingent
☐ Unliquidated
☑ Disputed

$231.82

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

OVERCHARGE CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

---

Debtor   **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| | | |
|---|---|---|
| 3.2044. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

ROCHESTER TRUCK REPAIR
549 U S HIGHWAY 1 BYPASS
PORTSMOUTH NH 03801-4131

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$367.50

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.2045. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

ROCHLING GLASTIC COMPOSITES
BILL DAVIS
4321 GLENRIDGE RD
CLEVELAND OH 44121-2805

☐ Contingent
☐ Unliquidated
☑ Disputed

**Amount of claim**

$613.27

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.2046. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

ROCKWELL AMERICAN
JAMIE FORSYTHE
170 COMMERCE DR
NEW HOLLAND PA 17557-9115

☐ Contingent
☐ Unliquidated
☑ Disputed

**Amount of claim**

$956.68

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                          Case number *(if known)* **19-12809**

| 3.2047. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ROCKWELL EQUIPMENT & SUPPLY
DINO PICCILINO
216 4TH ST
WILMERDING PA 15148-1004

☐ Contingent
☐ Unliquidated
☐ Disputed

$65.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.2048. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ROCKY MOUNTAIN DATA SERVICES
PO BOX 5746
DENVER CO 80217

☐ Contingent
☐ Unliquidated
☐ Disputed

$157.50

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.2049. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

RODRIGUEZ*DAVID
Address Intentionally Omitted

☐ Contingent
☑ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

PENDING WORKERS' COMPENSATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

3.2050. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

ROETZEL
222 S. MAIN STREET
AKRON OH 44308

☐ Contingent
☐ Unliquidated
☐ Disputed

$2,483.50

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.2051. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

ROHLIG USA
1601 ESTES AVE
ELK GROVE VILLAGE IL 60007-5409

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,374.77

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.2052. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

ROLAND FOODS LLC
% PENSKE LOGISTICS CLAIMS DEPARTMENT
211 HILLTOP RD
SAINT JOSEPH MI 49085-2300

☐ Contingent
☐ Unliquidated
☑ Disputed

$7,760.14

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

3.2053. **Nonpriority creditor's name and mailing address**

ROLI RETREADS INC
1002 ROUTE 109
FARMINGDALE NY 11735

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| $1,127.50 |

---

3.2054. **Nonpriority creditor's name and mailing address**

ROMBERGER*DAVID
Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

PENDING WORKERS' COMPENSATION
CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

3.2055. **Nonpriority creditor's name and mailing address**

ROMON ROMERO-REYES
HARMON LINDER AND ROGOWSKY
MARK J LINDER ESQ
3 PARK AVE
23RD FLOOR SUITE 2300
NEW YORK NY 10016

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

LITIGATION

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

**3.2056.** | **Nonpriority creditor's name and mailing address**

ROSA MORA REYNA
ATTORNEY FOR THE PLAINTIFF
GANIM LEGAL PC
2370 PARK AVE
BRIDGEPORT CT 06604

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.2057.** | **Nonpriority creditor's name and mailing address**

ROSA MORA REYNA V
NEW ENGLAND MOTOR FREIGHT INC ET AL
ALDEN DONALDSON
67 BEECHWOOD AVE
MT. VERNON NY 10553

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.2058.** | **Nonpriority creditor's name and mailing address**

ROSA MORA REYNA V
NEW ENGLAND MOTOR FREIGHT INC ET AL
SOLIMENE & SECONDO, LLP, ELYCIA D.
SOLIMENE
1501 EAST MAIN STREET
SUITE 204
MERIDEN CT 06450

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          Page 688 of 899

Debtor    **New England Motor Freight, Inc.**                                     Case number *(if known)* **19-12809**

---

**3.2059.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

ROSA PERALTA V
NEW ENGLAND MOTOR FREIGHT INC ET AL
DERRICK ROBERTS
254 SOUTH MAIN ST
SEABROOK NH 03874

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.2060.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

ROSENBACH CONTEMPORARY
C/O PROMPT LOGISTICS-AVI
212 SECOND ST 205A
LAKEWOOD NJ 08701-3683

☐ Contingent
☐ Unliquidated
☐ Disputed

$250.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.2061.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

ROTO-ROOTER
PO BOX 8873
FORT WAYNE IN 46898

☐ Contingent
☐ Unliquidated
☐ Disputed

$3,347.45

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                                    Case number *(if known)* **19-12809**

---

3.2062.  **Nonpriority creditor's name and mailing address**

ROY AUBLE AND NEMF
WARD GREENBERG HELLER AND REIDY LLP
SCOTT JEANNETTE ESQ
1800 BAUSCH & LOMB PL
ROCHESTER NY 14604

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

3.2063.  **Nonpriority creditor's name and mailing address**

ROYAL INDUSTRIES
JOHN NOVOTNY
4100 W VICTORIA ST
CHICAGO IL 60646-6727

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| $268.16 |

---

3.2064.  **Nonpriority creditor's name and mailing address**

ROYAL INDUSTRIES
LILIA A/P
4100 W VICTORIA ST
CHICAGO IL 60646-6727

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

OVERCHARGE CLAIMS

**Is the claim subject to offset?**

☐ No
☑ Yes

| Amount of claim |
| --- |
| $162.40 |

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

| 3.2065. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

RPC DRIVELINE & AUTO SUPPLY
7929 RIVER RD
PENNSAUKEN NJ 08110

☐ Contingent
☐ Unliquidated
☐ Disputed

$208.31

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.2066. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

RR DONNELLEY LOGISTICS
DINA MULCAHY
1000 WINDHAM PKWY
BOLINGBROOK IL 60490-3507

☐ Contingent
☐ Unliquidated
☑ Disputed

$28,443.03

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.2067. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

RTS PACKAGING
RICHARD ARNOTT
16 WASHINGTON AVE
SCARBOROUGH ME 04074-8311

☐ Contingent
☐ Unliquidated
☑ Disputed

$1,342.32

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

| | | |
|---|---|---|
| 3.2068. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

RUBBERMAID COMMERCIAL PROD
SHERRY SINGHAS
3124 VALLEY AVENUE
WINCHESTER VA 22601-2636

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$481.83

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.2069. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

RUBBERMAID COMMERCIAL PRODUCTS
SHERRY SINGHAS
3124 VALLEY AVE
WINCHESTER VA 22601-2636

☐ Contingent
☐ Unliquidated
☑ Disputed

**Amount of claim**

$7,014.60

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.2070. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

RUDELITCH*MICHAEL
Address Intentionally Omitted

☐ Contingent
☑ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

PENDING WORKERS' COMPENSATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **New England Motor Freight, Inc.**                               Case number *(if known)* **19-12809**

---

| 3.2071. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

RUGER LLC
AMIR FRYDMAN
4207 BRADLEY LA
CHEVY CHASE MD 20815-5234

☐ Contingent
☐ Unliquidated
☑ Disputed

$4,649.22

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.2072. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

RUSH TRUCK CENTERS
4655 S CENTRAL AVE
CHICAGO IL 60638

☐ Contingent
☐ Unliquidated
☐ Disputed

$309.48

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.2073. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

RUSH TRUCK CENTERS OF OHIO,INC
PO BOX 34630
SAN ANTONIO TX 78265

☐ Contingent
☐ Unliquidated
☐ Disputed

$5,691.06

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| | | |
|---|---|---|
| 3.2074. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

3.2074. **Nonpriority creditor's name and mailing address**

RUSTY'S TOWING SERVICE, INC
4845 OBETZ-REESE ROAD
COLUMBUS OH 43207

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$2,240.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.2075. **Nonpriority creditor's name and mailing address**

RUTAN POLY INDUSTRIES
JOY FERRACANE
39 SIDING PL
MAHWAH NJ 07430-1828

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Amount of claim**

$10,920.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.2076. **Nonpriority creditor's name and mailing address**

RYAN*KEITH
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

PENDING WORKERS' COMPENSATION
CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor    **New England Motor Freight, Inc.**                                     Case number *(if known)* **19-12809**

---

3.2077.  **Nonpriority creditor's name and mailing address**

RYDER DOMTAR CLAIMS
NORMA LOCKLEAR
13599 PARK VISTA BLVD BOX 38
FORT WORTH TX 76177-3237

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
|---|
| $1,138.00 |

---

3.2078.  **Nonpriority creditor's name and mailing address**

RYDER EXXONMOBIL
SUMAIR AHMED
580 WESTLAKE PARK BLVD STE 950
HOUSTON TX 77079-2662

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
|---|
| $1,162.14 |

---

3.2079.  **Nonpriority creditor's name and mailing address**

RYDER HP
CLAIMS DEPT
13599 PARK VISTA BLVD BOX 38
FORT WORTH TX 76177-3237

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
|---|
| $1,997.91 |

---

Debtor    **New England Motor Freight, Inc.**                    Case number *(if known)* **19-12809**

---

| 3.2080. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

RYDER SHARED SERVICE CENTER
6000 WINDWARD PARKWAY
ALPHARETTA GA 30005

$583.59

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.2081. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

RYDER TRANSPORTATION INC
PO BOX 96723
CHICAGO IL 60693-6723

$1,371.08

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.2082. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

RYDER TRUCK RENTAL
PO BOX 96723
CHICAGO IL 60693-6723

$1,072.28

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

3.2083.  **Nonpriority creditor's name and mailing address**

RYNEL INCORPORATED
11 TWIN RIVERS DR
WISCASSET ME 04578-4973

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

| As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|
| ☐ Contingent | $938.92 |
| ☐ Unliquidated | |
| ☐ Disputed | |

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.2084.  **Nonpriority creditor's name and mailing address**

RYNONE MANUFACTURING
DANIELLE PORTER
128 N THOMAS AVE
SAYRE PA 18840-2126

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

| As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|
| ☐ Contingent | $2,287.28 |
| ☐ Unliquidated | |
| ☒ Disputed | |

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.2085.  **Nonpriority creditor's name and mailing address**

S & F RADIATOR SERVICE, INC
1022 TONNELLE AVENUE
NORTH BERGEN NJ 07047

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

| As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|
| ☐ Contingent | $10,197.67 |
| ☐ Unliquidated | |
| ☐ Disputed | |

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

3.2086.  **Nonpriority creditor's name and mailing address**

S & W SERVICES, INC
EASTERN PETROLEUM EQUIPMENT
6057 CORPORATE DRIVE
EAST SYRACUSE NY 13057

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

| As of the petition filing date, the claim is: | Amount of claim |
|---|---|
| *Check all that apply.* | $363.10 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.2087.  **Nonpriority creditor's name and mailing address**

S B SPECIALTY METALS
KEN ROBERDS
151 JOHN JAMES AUDUBON PKWY
AMHERST NY 14228-1111

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

| As of the petition filing date, the claim is: | Amount of claim |
|---|---|
| *Check all that apply.* | $138.70 |

☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**

OVERCHARGE CLAIMS

**Is the claim subject to offset?**

☐ No
☒ Yes

---

3.2088.  **Nonpriority creditor's name and mailing address**

S ONE HOLDINGS
% TRANSPLACE
PO BOX 518
LOWELL AR 72745-0518

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

| As of the petition filing date, the claim is: | Amount of claim |
|---|---|
| *Check all that apply.* | $2,598.96 |

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                      Case number *(if known)* **19-12809**

---

| 3.2089. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

S Q P
300 ELM STREET UNIT 1
MILFORD NH 03055-4715

☑ Contingent
☐ Unliquidated
☑ Disputed

$25.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
OVERCHARGE CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

| 3.2090. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

S.G. REED TRUCK SERVICES, INC
287 WASHINGTON ST
PO BOX 989
CLAREMONT NH 03743-0989

☐ Contingent
☐ Unliquidated
☐ Disputed

$408.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.2091. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SABERT CORPORATION
CARGO CLAIMS
PO BOX 827615
PHILADELPHIA PA 19182-7615

☐ Contingent
☐ Unliquidated
☑ Disputed

$24,495.02

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                          Case number *(if known)* **19-12809**

---

**3.2092.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
|---|---|---|

SABERT CORPORATION
CARGO CLAIMS
PO BOX 827615
PHILADELPHIA PA 19182-7615

☐ Contingent
☐ Unliquidated
☐ Disputed

$747.15

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.2093.** **Nonpriority creditor's name and mailing address**

SAFELITE GLASS CORP.
PO BOX 633197
CINCINNATI OH 45263-3197

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$3,461.58

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.2094.** **Nonpriority creditor's name and mailing address**

SAFETY ENVIRONMENTAL CONTROL
BRIAN GOMES
7 KNOWLTON ST
MARLBOROUGH NH 03455-2120

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Amount of claim**

$675.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**

Case number *(if known)* **19-12809**

---

| 3.2095. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SAFETY KLEEN CORP
P.O. BOX 382066
PITTSBURGH PA 15250-8066

☐ Contingent
☐ Unliquidated
☐ Disputed

$5,017.37

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.2096. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SAFETY ZONE
SHAWN RHOADES
3500 INDUSTRIES RD
RICHMOND IN 47374-1397

☐ Contingent
☐ Unliquidated
☑ Disputed

$18,216.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.2097. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SAFEWAY INC.
TRUCKING CORP
PO BOX 21006
NEW YORK NY 10087-1006

☐ Contingent
☐ Unliquidated
☐ Disputed

$6,875.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

3.2098.  **Nonpriority creditor's name and mailing address**

SAFTEY INS
POB 704
BOSTON MA 02117-0704

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

OPEN AUTO CLAIMS FOR PAYMENT

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.2099.  **Nonpriority creditor's name and mailing address**

SAGER ELECTRONICS
JOHN FAVALORO
19 LEONA DR
MIDDLEBORO MA 02346-1404

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$8,439.00

---

3.2100.  **Nonpriority creditor's name and mailing address**

SAIA INC
LAUREN GUIN
PO BOX A, STATION 1
HOUMA LA 70363

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☐ No
☑ Yes

**Amount of claim**

$8,352.38

---

Debtor  **New England Motor Freight, Inc.**                          Case number *(if known)* **19-12809**

---

**3.2101.** **Nonpriority creditor's name and mailing address**

SAIA INC
P O BOX 730532
DALLAS TX 75373

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☐ No
☑ Yes

**Amount of claim**

$20,472.08

---

**3.2102.** **Nonpriority creditor's name and mailing address**

SAIA LTL FREIGHT
KOURTNY LE BOEUF
PO BOX A STATION 1
HOUMA LA 70361-5901

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☐ No
☑ Yes

**Amount of claim**

$211.32

---

**3.2103.** **Nonpriority creditor's name and mailing address**

SAIA LTL FREIGHT
KOURTNEY LE BOEUF
PO BOX A STATION 1
HOUMA LA 70361-5901

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☐ No
☑ Yes

**Amount of claim**

$1,260.17

---

| Debtor | **New England Motor Freight, Inc.** | | Case number *(if known)* **19-12809** |
| --- | --- | --- | --- |

---

| 3.2104. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
| --- | --- | --- | --- |

SAIA LTL FREIGHT
KOURTNEY LEBOEUF
PO BOX A STATION 1
HOUMA LA 70361-5901

☐ Contingent
☐ Unliquidated
☑ Disputed

$6,834.46

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

---

| 3.2105. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
| --- | --- | --- | --- |

SAIA LTL FREIGHT
MONA PREJEAN
PO BOX A STATION 1
HOUMA LA 70361-5901

☐ Contingent
☐ Unliquidated
☑ Disputed

$15,612.95

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

---

| 3.2106. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
| --- | --- | --- | --- |

SAIA LTL FREIGHT
CANDAZES PRICE
PO BOX A STATION 1
HOUMA LA 70361-5901

☐ Contingent
☐ Unliquidated
☑ Disputed

$15,770.32

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

| 3.2107. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SAIA LTL FREIGHT
CLAIMS DEPT
PO BOX A STATION 1
HOUMA LA 70361-5901

☐ Contingent
☐ Unliquidated
☒ Disputed

$61,978.48

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☐ No
☒ Yes

---

| 3.2108. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SAIA LTL FREIGHT
CANDAZES PRICE
PO BOX A STATION 1
HOUMA LA 70361-5901

☐ Contingent
☐ Unliquidated
☒ Disputed

$1,083.05

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☐ No
☒ Yes

---

| 3.2109. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SAIA, INC
P O BOX 730532
DALLAS TX 75373

☐ Contingent
☐ Unliquidated
☒ Disputed

$40,298.52

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☐ No
☒ Yes

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

3.2110.  **Nonpriority creditor's name and mailing address**

SAINT CHARLES TRADING INC
RUBI HERNANDEZ
1400 MADELINE LA
ELGIN IL 60123

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
|---|
| $25.00 |

---

3.2111.  **Nonpriority creditor's name and mailing address**

SAINT GOBAIN ABRASIVES
% INTUNE LOGISTICS CLAIM DEPARTMENT
208 ADLEY WAY
GREENVILLE SC 29607-6511

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☑ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
|---|
| $12,933.00 |

---

3.2112.  **Nonpriority creditor's name and mailing address**

SAINT GOBAIN ABRASIVES
% INTUNE LOGISTICS-CLAIMS DEPT
208 ADLEY WAY
GREENVILLE SC 29607-6511

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
|---|
| $212.60 |

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

| 3.2113. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SAINT JOSEPHS MEDICAL CENTER
DEPT OF RADIOLOGY
127 SOUTH BROADWAY
YONKERS NY 10701

☐ Contingent
☐ Unliquidated
☐ Disputed

$50.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.2114. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SAINT-GOBAIN ABFORS
% INTUNE LOGISTICS CLAIMS
208 ADLEY WAY
GREENVILLE SC 29607-6511

☐ Contingent
☐ Unliquidated
☒ Disputed

$1,440.41

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.2115. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SAINT-GOBAIN ABRASICES
% INTUNE LOGISTICS CLAIMS
208 ADLEY WAY
GREENVILLE SC 29607-6511

☐ Contingent
☐ Unliquidated
☒ Disputed

$7,465.80

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| | |
|---|---|
| 3.2116. | **Nonpriority creditor's name and mailing address** |

**3.2116.**

**Nonpriority creditor's name and mailing address**

SAINT-GOBAIN ABRASIVES
% INTUNE LOGISTICS CLAIM DEPARTMENT
208 ADLEY WAY
GREENVILLE SC 29607-6511

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☑ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$3,551.75

---

**3.2117.**

**Nonpriority creditor's name and mailing address**

SAINT-GOBAIN PPL
JOHN BROWNE
210 HARMONY RD
MICKLETON NJ 08056-1209

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☑ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$5,104.38

---

**3.2118.**

**Nonpriority creditor's name and mailing address**

SAM SON DISRTIBUTION
MINDY OEHM
203 EGGERT RD
BUFFALO NY 14215-3503

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☑ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$7,000.00

---

Debtor  **New England Motor Freight, Inc.**                    Case number *(if known)* **19-12809**

---

| 3.2119. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---------|---|---|---|

SAMS CLUB 4855
261 WILSON AVE
HANOVER PA 17331

☑ Contingent
☑ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

OPEN AUTO CLAIMS FOR PAYMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.2120. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---------|---|---|---|

SAMSUNG ELECTRONICS
% DHL SUPPLY CHAIN
570 POLARIS PKWY DEPT 220
WESTERVILLE OH 43082-7900

☐ Contingent
☐ Unliquidated
☑ Disputed

**Amount of claim**

$4,486.65

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.2121. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---------|---|---|---|

SAN GREGORY CARTAGE, INC
293 HALL STREET
TIFFIN OH 44883

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$4,203.29

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                Case number *(if known)* **19-12809**

---

3.2122. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

SANCTUS REJUVENATION SPA AND SALON
5048 RT 982
LATROBE PA 15650

UNDETERMINED

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
OPEN AUTO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.2123. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

SANEL AUTO PARTS INC
129 MANCHESTER ST
CONCORD NH 03301

$191.14

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.2124. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

SANJAY PALLETS, INC
424 COSTER STREET
BRONX NY 10474

$2,811.90

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| 3.2125. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SANTANDER BANK
PO BOX 14655
READING PA 19612

☑ Contingent
☐ Unliquidated
☑ Disputed

$3,328.18

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.2126. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SANTANDER BANK
450 PENN ST
READING PA 19602

☑ Contingent
☐ Unliquidated
☐ Disputed

$4,387,344.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

LETTERS OF CREDIT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

| 3.2127. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SARATOGA SPRING WATER
MARC HORWITZ
11 GEYSER ROAD
SARATOGA SPRINGS NY 12866-9038

☐ Contingent
☐ Unliquidated
☑ Disputed

$1,234.70

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| 3.2128. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | SAROS ELECTRICAL CONTRACTORS<br>406 CHESTNUT STREET<br>UNION, NJ 07083 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $656.00 |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.2129. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | SAUDER WOODWORKING<br>JULIA MC CLAIN<br>PO BOX 156<br>ARCHBOLD OH 43502-0156 | ☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | $7,953.51 |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.2130. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | SAVEREISEN INC<br>SSCHRUMBERGER<br>160 GAMMA DR<br>PITTSBURGH PA 15238-2920 | ☑ Contingent<br>☐ Unliquidated<br>☑ Disputed | $1,947.74 |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

OVERCHARGE CLAIMS

**Is the claim subject to offset?**

☐ No
☑ Yes

Debtor    **New England Motor Freight, Inc.**                                                            Case number *(if known)* **19-12809**

---

**3.2131.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

SBAR'S
DENEEN LAMANCUSA
14 SBAR BLVD
MOORESTOWN NJ 08057-1057

☐ Contingent
☐ Unliquidated
☑ Disputed

$10,524.12

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.2132.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

SCARBOROUGH SANITARY DISTRICT
415 BLACK POINT ROAD
SCARBOROUGH ME 04074

☐ Contingent
☐ Unliquidated
☐ Disputed

$269.71

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.2133.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

SCHALCK*ANDREW
Address Intentionally Omitted

☐ Contingent
☑ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

PENDING WORKERS' COMPENSATION
CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                      Case number *(if known)* **19-12809**

---

3.2134.    **Nonpriority creditor's name and mailing address**

SCHIFF*BRIAN
Address Intentionally Omitted

| As of the petition filing date, the claim is: | Amount of claim |
|---|---|
| *Check all that apply.* | UNDETERMINED |

☐ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Basis for the claim:**

PENDING WORKERS' COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.2135.    **Nonpriority creditor's name and mailing address**

SCHLOTTERBECK & FOSS
JUSTIN CLOUATRE
3 LEDGEVIEW DR
WESTBROOK ME 04092-3939

| As of the petition filing date, the claim is: | Amount of claim |
|---|---|
| *Check all that apply.* | $206.70 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.2136.    **Nonpriority creditor's name and mailing address**

SCHOENBERG SALT CO.,INC.
AND SUBSIDIARY A&S SALT CO.
P O BOX 128
OCEANSIDE NY 11572

| As of the petition filing date, the claim is: | Amount of claim |
|---|---|
| *Check all that apply.* | $25,596.45 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **New England Motor Freight, Inc.**                                        Case number *(if known)* **19-12809**

---

3.2137.  **Nonpriority creditor's name and mailing address**

SCML LOGISTICS
COVIDIEN/MEDTRONIC
5944 CORAL RIDGE DRIVE, #261
CORAL SPRINGS FL 33076

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

| As of the petition filing date, the claim is: | Amount of claim |
|---|---|
| *Check all that apply.* | $2,526.84 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.2138.  **Nonpriority creditor's name and mailing address**

SCOTT ELECTRIC
PO BOX S
GREENSBURG PA 15601-0899

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

| As of the petition filing date, the claim is: | Amount of claim |
|---|---|
| *Check all that apply.* | $183.55 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.2139.  **Nonpriority creditor's name and mailing address**

SCOTT*MARK
Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

| As of the petition filing date, the claim is: | Amount of claim |
|---|---|
| *Check all that apply.* | UNDETERMINED |

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

PENDING WORKERS' COMPENSATION
CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                        Case number *(if known)* **19-12809**

3.2140.  **Nonpriority creditor's name and mailing address**

SDI INSURED EXTRA SPACE STORAGE
136 SOUTH MAIN ST
SPANISH FORK UT 84660

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

OPEN AUTO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

3.2141.  **Nonpriority creditor's name and mailing address**

SEABREEZE NORTH CORP
PO BOX 535
2958 BRECKSVILLE ROAD
RICHFIELD OH 44286-0535

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| $3,678.30 |

---

3.2142.  **Nonpriority creditor's name and mailing address**

SEASONAL LANDSCAPE LLC
19 GLEN OAKS DRIVE
ROCHESTER NY 14624

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| $3,510.00 |

Debtor  **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| | | |
|---|---|---|
| 3.2143. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

3.2143.  **Nonpriority creditor's name and mailing address**

SECURITAS SECURITY SERVICES
USA, INC
P.O BOX 403412
ATLANTA GA 30384-3412

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$29,659.80

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.2144.  **Nonpriority creditor's name and mailing address**

SECURITY LIGHTING
MARIA WASILIK
2100 GOLF RD STE 460
ROLLING MEADOWS IL 60008-4274

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Amount of claim**

$294.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.2145.  **Nonpriority creditor's name and mailing address**

SECURITY LOCK DISTRIBUTORS
C/O WORLDWIDE EXPRESS
2323 VICTORY AVE STE 16
DALLAS TX 75219-7657

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$276.39

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

3.2146.  **Nonpriority creditor's name and mailing address**

SECURITY TRANSPORT & DELIVERY
PO BOX 12244
ROANOKE VA 24024

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
|---|
| $3,448.98 |

---

3.2147.  **Nonpriority creditor's name and mailing address**

SEDGWICK CLAIMS MANAGEMENT SVCS
JOSE ARIAS
120 BROADWAY,STE 900
NEW YORK NY 10271-0092

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☑ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
|---|
| $4,885.98 |

---

3.2148.  **Nonpriority creditor's name and mailing address**

SEDGWICK CLAIMS MGMT
DARRON SMITH
PO BOX 14670
LEXINGTON KY 40512

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

OPEN AUTO CLAIMS

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
|---|
| UNDETERMINED |

---

Debtor    **New England Motor Freight, Inc.**                                        Case number *(if known)* **19-12809**

---

3.2149.  **Nonpriority creditor's name and mailing address**

SELBY, CURT
Address Intentionally Omitted

| **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|
| ☐ Contingent | UNDETERMINED |
| ☒ Unliquidated | |
| ☐ Disputed | |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Basis for the claim:**

PENDING WORKERS' COMPENSATION CLAIM

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.2150.  **Nonpriority creditor's name and mailing address**

SENTRY SECURITY SERVICES, INC.
P.O. BOX 60089
CHARLOTTE NC 28260-0089

| **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|
| ☐ Contingent | $4,318.31 |
| ☐ Unliquidated | |
| ☐ Disputed | |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.2151.  **Nonpriority creditor's name and mailing address**

SERRA INTERNATIONAL
ANNA DOMSKA
147-20 181ST ST
JAMAICA NY 11413-4012

| **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|
| ☐ Contingent | UNDETERMINED |
| ☐ Unliquidated | |
| ☒ Disputed | |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

**3.2152.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

SERRANO DENTAL EQUIP
ERNESTO CINTRON
EXT LA ALAMEDA C#51 CALLE
SAN JUAN PR 00926

☐ Contingent
☐ Unliquidated
☑ Disputed

$3,460.24

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.2153.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

SERVICE PUMPING & DRAIN CO,INC
5 HALLBERG PARK
NORTH READING MA 01864

☐ Contingent
☐ Unliquidated
☐ Disputed

$540.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.2154.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

SERVICE TIRE TRUCK CENTERS
2255 AVENUE A
BETHLEHEM PA 18017-2107

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,727.79

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

**3.2155.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

SERV-US
P.O. BOX 325
HACKETTSTOWN NJ 07840

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$511.80

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.2156.** **Nonpriority creditor's name and mailing address**

SHADES OF GREEN
14032 FAIRVIEW RD
CLEAR SPRING MD 21722

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$5,095.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.2157.** **Nonpriority creditor's name and mailing address**

SHADOW LAKE COUNTRY CLUB
PATRICIA WYNN
1850 FIVE MILE LINE RD
PENFIELD NY 14526-1070

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Amount of claim**

$215.10

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **New England Motor Freight, Inc.**                              Case number *(if known)* **19-12809**

---

3.2158.  **Nonpriority creditor's name and mailing address**

SHAHIRA RODRUGUEZ V
NEW ENGLAND MOTOR FREIGHT INC
RAFAEL AMERSON
1814 HARRISON ST
PHILADELPHIA PA 19124

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.2159.  **Nonpriority creditor's name and mailing address**

SHANOR ELECTRIC SPLY
NAOMI GARCIA
1276 MILITARY RD
KENMORE NY 14217-1512

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$93.60

---

3.2160.  **Nonpriority creditor's name and mailing address**

SHARKEY*JOHN
Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

PENDING WORKERS' COMPENSATION
CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| | | |
|---|---|---|
| 3.2161. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

SHARP ELECTRONICS CORP.
DEPT CH 14404
PALATINE IL 60055-4404

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$146.22

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.2162. **Nonpriority creditor's name and mailing address**

SHAUNA JONES
RYAN S GOLDSTEIN ESQ
43 WESTCHESTER AVE
STE 2A
BRONX NY 10461

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.2163. **Nonpriority creditor's name and mailing address**

SHAW'S SUPERMARKETS, INC
SAFEWAY
PO BOX 742918
LOS ANGELES CA 90074-2918

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,264.90

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **New England Motor Freight, Inc.**                                     Case number *(if known)* **19-12809**

---

3.2164.  **Nonpriority creditor's name and mailing address**

SHEARER EQUIPMENT
JOHN DEERE DEALER
7762 CLEVELAND RD
WOOSTER OH 44691-7700

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

$250.58

---

3.2165.  **Nonpriority creditor's name and mailing address**

SHERLENE PICKNEY
BRAMNICK RODRIGUEZ ATTORNEYS AT LAW
BRENT BRAMNICK
1827 EAST SECOND ST
SCOTCH PLAINS NJ 07076

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent

☒ Unliquidated

☒ Disputed

**Basis for the claim:**

LITIGATION

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

UNDETERMINED

---

3.2166.  **Nonpriority creditor's name and mailing address**

SHERLENE PICKNEY V
NEW ENGLAND MOTOR FREIGHT INC
JAMES RYAN
1400 HAVEN RD
APT G21
HAGERSTOWN MD 21742

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent

☒ Unliquidated

☒ Disputed

**Basis for the claim:**

LITIGATION

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **New England Motor Freight, Inc.**                                 Case number *(if known)* **19-12809**

3.2167.  **Nonpriority creditor's name and mailing address**

SHERWIN WILLIAMS
JUDITH JOHNSON
101 PROSPECT AVE 720 GUILDHALL
CLEVELAND OH 44115-1093

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☒ No
☐ Yes

| Amount of claim |
|---|
| $5,118.87 |

3.2168.  **Nonpriority creditor's name and mailing address**

SHERWIN WILLIAMS
P O BOX 818019
CLEVELAND OH 44181-8019

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**

OVERCHARGE CLAIMS

**Is the claim subject to offset?**

☐ No
☒ Yes

| Amount of claim |
|---|
| $2,127.48 |

3.2169.  **Nonpriority creditor's name and mailing address**

SHERWIN WILLIAMS
226 TALMADGE ROAD
EDISON NJ 08817

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

| Amount of claim |
|---|
| $167.83 |

Debtor     **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

3.2170.  **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    **Amount of claim**
*Check all that apply.*

SHIP USA                                                                          $1,868.87
NICOLE KLOTZLE                                              ☐ Contingent
1347 N MAIN ST
ORRVILLE OH 44667-9761                                     ☐ Unliquidated

                                                           ☑ Disputed

**Date or dates debt was incurred**                         **Basis for the claim:**

VARIOUS                                                    CARGO CLAIMS

**Last 4 digits of account number:**                        **Is the claim subject to offset?**

                                                           ☑ No
                                                           ☐ Yes

---

3.2171.  **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    **Amount of claim**
*Check all that apply.*

SHIPLEY FUELS MARKETING, LLC                                                      $18,859.42
PO BOX 15052                                               ☐ Contingent
YORK PA 17405
                                                           ☐ Unliquidated

                                                           ☐ Disputed

**Date or dates debt was incurred**                         **Basis for the claim:**

VARIOUS                                                    ACCOUNTS PAYABLE

**Last 4 digits of account number:**                        **Is the claim subject to offset?**

                                                           ☑ No
                                                           ☐ Yes

---

3.2172.  **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    **Amount of claim**
*Check all that apply.*

SHIPLIFY LLC                                                                      $8,500.00
1425 ELLSWORTH INDUSTRIAL BLVD                             ☐ Contingent
SUITE 24
ATLANTA GA 30318                                           ☐ Unliquidated

                                                           ☐ Disputed

**Date or dates debt was incurred**                         **Basis for the claim:**

VARIOUS                                                    ACCOUNTS PAYABLE

**Last 4 digits of account number:**                        **Is the claim subject to offset?**

                                                           ☑ No
                                                           ☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

**3.2173.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

SHIPPERS SUPPLIES
P O BOX 337
BELLVILLE OH 44813

☐ Contingent
☐ Unliquidated
☐ Disputed

$417.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.2174.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

SHORE BUSINESS SOLUTIONS
THE COPIER CENTER
P.O. BOX 2428
FARMINGDALE NJ 07727

☐ Contingent
☐ Unliquidated
☐ Disputed

$3,048.81

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.2175.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

SHUDA*TIMOTHY
Address Intentionally Omitted

☐ Contingent
☑ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

PENDING WORKERS' COMPENSATION
CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| Debtor | **New England Motor Freight, Inc.** | Case number *(if known)* **19-12809** |
|---|---|---|

---

**3.2176.** **Nonpriority creditor's name and mailing address**

SIBLEY*JOHN
Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

PENDING WORKERS' COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.2177.** **Nonpriority creditor's name and mailing address**

SID HARVEY INDUSTRIES
CHRISTINE KLUG
1052 HANOVER ST
WILKES BARRE PA 18706-2000

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.2178.** **Nonpriority creditor's name and mailing address**

SIEMON CO
C/O LYNNCO SCS
2448 E 81ST ST STE 2600
TULSA OK 74137-4250

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$75.04

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

3.2179.    **Nonpriority creditor's name and mailing address**

SIGN HERE
SHOLOM HOCHRAN
575 PROSPECT ST UNIT 251B
LAKEWOOD NJ 08701-5040

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

| As of the petition filing date, the claim is: | Amount of claim |
|---|---|
| *Check all that apply.* | |
| ☐ Contingent | $1,653.01 |
| ☐ Unliquidated | |
| ☑ Disputed | |

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.2180.    **Nonpriority creditor's name and mailing address**

SILVER PALATE KITCHEN
JESUSA UMALI
211 KNICKERBOCKER AVE
CRESSKILL NJ 07626-1830

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

| As of the petition filing date, the claim is: | Amount of claim |
|---|---|
| *Check all that apply.* | |
| ☐ Contingent | $250.00 |
| ☐ Unliquidated | |
| ☑ Disputed | |

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.2181.    **Nonpriority creditor's name and mailing address**

SILVER PALATE KITCHEN
JESUSA UMALI
211 KNICKERBOCKER AVE
CRESSKILL NJ 07626-0512

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

| As of the petition filing date, the claim is: | Amount of claim |
|---|---|
| *Check all that apply.* | |
| ☐ Contingent | $56.58 |
| ☐ Unliquidated | |
| ☐ Disputed | |

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                           Case number *(if known)* **19-12809**

---

| 3.2182. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SILVER PALATE KITCHENS
JESUSA UMALI
211 KNICKERBOCKER RD
CRESSKILL NJ 07626-1830

☐ Contingent
☐ Unliquidated
☑ Disputed

$7,734.96

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.2183. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SILVER TRUCKING CO LLC
5731A CRAIN HIGHWAY
SUITE 211
UPPER MARLBORO MD 20772

☐ Contingent
☐ Unliquidated
☐ Disputed

$77,700.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.2184. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SIMPLE TRANSPORTATION, INC
432 E MAJOR DR
NORTHLAKE IL 60164

☐ Contingent
☐ Unliquidated
☐ Disputed

$4,674.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **New England Motor Freight, Inc.**                                  Case number *(if known)* **19-12809**

---

3.2185.   **Nonpriority creditor's name and mailing address**

SIMPLIFIED LOGISTICS
PO BOX 40088
BAY VILLAGE OH 44140-0088

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

OVERCHARGE CLAIMS

**Is the claim subject to offset?**

☐ No
☑ Yes

| Amount of claim |
|---|
| $142.11 |

---

3.2186.   **Nonpriority creditor's name and mailing address**

SIMPLY UNIQUE SNACKS
STEVE HOFFORD
4420 HAIGHT AVE
CINCINNATI OH 45223

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
|---|
| $50.00 |

---

3.2187.   **Nonpriority creditor's name and mailing address**

SISSON*GLENN
Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

PENDING WORKERS' COMPENSATION
CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
|---|
| UNDETERMINED |

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

3.2188. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
*Check all that apply.*

SIXTH CITY DISTRIBUT
RYAN REED
13981 WEST PARKWAY
CLEVELAND OH 44135-4511

☐ Contingent
☐ Unliquidated
☑ Disputed

$5,200.00

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                      CARGO CLAIMS

**Last 4 digits of account number:**         **Is the claim subject to offset?**

☑ No
☐ Yes

---

3.2189. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
*Check all that apply.*

SKH FOOD DISTRIBUTORS
WAYNE GOODMAN
813 LITITZ PIKE
LITITZ PA 17543-8629

☐ Contingent
☐ Unliquidated
☐ Disputed

$69.20

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                      ACCOUNTS PAYABLE

**Last 4 digits of account number:**         **Is the claim subject to offset?**

☑ No
☐ Yes

---

3.2190. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
*Check all that apply.*

SLA SALES
149 JOE COLE LANE
WINTHROP ME 04364

☐ Contingent
☐ Unliquidated
☐ Disputed

$660.00

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                      ACCOUNTS PAYABLE

**Last 4 digits of account number:**         **Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                                  Case number *(if known)* **19-12809**

---

| 3.2191. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SMARTDRIVE SYSTEMS INC
PO BOX 80452
CITY OF INDUSTRY CA 91716-8452

☐ Contingent
☐ Unliquidated
☐ Disputed

$13,106.06

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.2192. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SMC
PO BOX 2040
PEACHTREE CITY GA 30269

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,750.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.2193. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SMITH*ALBERT
Address Intentionally Omitted

☐ Contingent
☑ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

PENDING WORKERS' COMPENSATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

| 3.2194. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Amount of claim |
|---|---|---|---|

SMITH*EARL
Address Intentionally Omitted

☐ Contingent
☑ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Basis for the claim:**

PENDING WORKERS' COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.2195. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Amount of claim |
|---|---|---|---|

SMITH*GORDON
Address Intentionally Omitted

☐ Contingent
☑ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Basis for the claim:**

PENDING WORKERS' COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.2196. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Amount of claim |
|---|---|---|---|

SMITH*MARK
Address Intentionally Omitted

☐ Contingent
☑ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Basis for the claim:**

PENDING WORKERS' COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                      Case number *(if known)* **19-12809**

---

| 3.2197. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

SNI COMPANIES
PO BOX 840912
DALLAS TX 75284-0912

☐ Contingent
☐ Unliquidated
☐ Disputed

$7,576.61

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.2198. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

SNYDER TIRE CO.
103 E. PENN ST.
LEHIGHTON PA 18235

☐ Contingent
☐ Unliquidated
☐ Disputed

$225.93

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.2199. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

SOCIAL SECURITY ADMINISTRATION
20 SOUTH BROADWAY
STE 1000
YONKERS NY 10701

☐ Contingent
☐ Unliquidated
☐ Disputed

$38.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **New England Motor Freight, Inc.**                                            Case number *(if known)* **19-12809**

---

| 3.2200. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---------|---|---|---|

SODEXO
700 SYSVAN AVE
ENGLEWOOD CLIFFS NJ 07632

☑ Contingent
☑ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

OPEN AUTO CLAIMS FOR PAYMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.2201. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---------|---|---|---|

SOE
STONE'S OFFICE EQUIPMENT
5604 W BROAD STREET
RICHMOND VA 23230

☐ Contingent
☐ Unliquidated
☐ Disputed

$189.32

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.2202. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---------|---|---|---|

SOKOLOSKI*WALTER
Address Intentionally Omitted

☐ Contingent
☑ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

PENDING WORKERS' COMPENSATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                Case number *(if known)* **19-12809**

---

**3.2203.**  **Nonpriority creditor's name and mailing address**

SOLENIS
AMANDA BRYAN
1111 GRATTAN ST
CHICOPEE MA 01013-5213

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| $4,537.74 |

---

**3.2204.**  **Nonpriority creditor's name and mailing address**

SOLENIS
P O BOX 67
SAINT LOUIS MO 63166-0067

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

OVERCHARGE CLAIMS

**Is the claim subject to offset?**

☐ No
☑ Yes

| Amount of claim |
| --- |
| $1,011.89 |

---

**3.2205.**  **Nonpriority creditor's name and mailing address**

SOLENIS
P O BOX 67
SAINT LOUIS MO 63166-0067

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

OVERCHARGE CLAIMS

**Is the claim subject to offset?**

☐ No
☑ Yes

| Amount of claim |
| --- |
| $12,637.03 |

---

| Debtor | **New England Motor Freight, Inc.** | Case number *(if known)* **19-12809** |
|---|---|---|

---

**3.2206.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

SOLEY'S TOWING
1844 W PENN PIKE
NEW RINGGOLD PA 17960

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

$7,142.50

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.2207.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

SOLIMENE & SECONDO LLP
1501 EAST MAIN ST. STE 204
MERIDEN CT 06450

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

$653.50

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.2208.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

SOMA LABS INC
ANNA BARABOI
248-252 WAGNER ST
MIDDLESEX NJ 08846

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☑ Disputed

$490.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Debtor   **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

3.2209.   **Nonpriority creditor's name and mailing address**

SOS GASES INC
1100 HARRISON AVE
KEARNY NJ 07032

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$2,461.36

---

3.2210.   **Nonpriority creditor's name and mailing address**

SOURCE ALLIANCE NETWORK
PAULA GOWER
2023 W CARROLL AVE #C205
CHICAGO IL 60612-1691

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$155.00

---

3.2211.   **Nonpriority creditor's name and mailing address**

SOUTH FARM
SARAH GREER
8398 BUNDYSBURG RD
MIDDLEFIELD OH 44062-9387

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$250.00

---

Debtor    **New England Motor Freight, Inc.**                                                    Case number *(if known)* **19-12809**

---

3.2212. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim** |

*Check all that apply.*

SOUTH SHORE OFFICE PRODUCTS
60 ENTER LANE
ISLANDIA NY 11749-4811

☐ Contingent
☐ Unliquidated
☐ Disputed

$27.89

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                       ACCOUNTS PAYABLE

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No
☐ Yes

---

3.2213. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim** |

*Check all that apply.*

SOUTHERN CONNECTICUT GAS
PO BOX 9112
CHELSEA MA 02150-9112

☐ Contingent
☐ Unliquidated
☐ Disputed

$443.33

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                       ACCOUNTS PAYABLE

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No
☐ Yes

---

3.2214. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim** |

*Check all that apply.*

SOUTHERN STATES
S GHOLSON
PO BOX 26234
RICHMOND VA 23260

☐ Contingent
☐ Unliquidated
☐ Disputed

$529.23

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                       ACCOUNTS PAYABLE

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

| 3.2215. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SOUTHERN TIER LIFT
124 WALTERS ROAD
WHITNEY POINT NY 13862

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,582.50

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.2216. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SOUTHSIDE TRAILER SERVICE, INC
PO BOX 2300
BLASDELL NY 14219

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,584.81

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.2217. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SOUTHWEST COMMERCIAL
CARGO CLAIMS
2436 LUDELLE ST
FORT WORTH TX 76105-1017

☐ Contingent
☐ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                     Case number *(if known)* **19-12809**

---

3.2218. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

SOWLE AUTO BODY, INC
3956 STATE HWY 30A
FULTONVILLE NY 12072

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,220.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.2219. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

SPAN ALASKA TRANSPORTATION,LLC
3815 W VALLEY HWY N
AUBURN WA 98001

☐ Contingent
☐ Unliquidated
☐ Disputed

$302.18

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.2220. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

SPARKLE WASH CENTRAL INDIANA
13662 THISTLEWOOD DR E
CARMEL IN 46032

☐ Contingent
☐ Unliquidated
☐ Disputed

$180.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

| 3.2221. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

**3.2221.**   **Nonpriority creditor's name and mailing address**

SPARROW ENTERPRISES
HENRY BAYBUT $75 LUMPER
98R CONDOR STREET
EAST BOSTON MA 02128-1306

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

**Amount of claim**

$438.50

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

OVERCHARGE CLAIMS

**Is the claim subject to offset?**

☐ No
☑ Yes

---

**3.2222.**   **Nonpriority creditor's name and mailing address**

SPARROW ENTERPRISES
KATHLEEN BROWN
98R CONDOR STREET
EAST BOSTON MA 02128-1306

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$393.44

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.2223.**   **Nonpriority creditor's name and mailing address**

SPARTAN RE COVERIES LLC
25 ORVILLE DR
STE 101
BOHEMIA NY 11716

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Basis for the claim:**

OPEN AUTO CLAIMS FOR PAYMENT

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

3.2224.    **Nonpriority creditor's name and mailing address**

SPECIALTY ADHESIVES & COATING
CLAIMS DEPT
65 INDUSTRIAL RD
ELIZABETHTOWN PA 17022-9426

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☑ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| $344.03 |

---

3.2225.    **Nonpriority creditor's name and mailing address**

SPECIALTY ADHESIVES & COATING
CLAIMS DEPT
3791 AIR PARK ST
MEMPHIS TN 38118-6004

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☑ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| $3,844.76 |

---

3.2226.    **Nonpriority creditor's name and mailing address**

SPECIALTY STORE SERVICES
JAY ARELLANO
454 JARVIS AVE
DES PLAINES IL 60018-1912

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☑ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| $342.33 |

Debtor    **New England Motor Freight, Inc.**                                      Case number *(if known)* **19-12809**

| 3.2227. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | SPECTROTEL<br>PO BOX 1949<br>NEWARK NJ 07101-1949 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $9,852.79 |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.2228. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | SPECTRUM PLUS<br>663 OLD WILLETS PATH<br>HAUPPAUGE NY 11788 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $11,180.77 |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.2229. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | SPECTRUM TRANS.<br>ATTN: WAYNE YEE<br>361 SOUTH MAIN STREET<br>FALL RIVER MA 02721 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $131.65 |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor  **New England Motor Freight, Inc.**                                        Case number *(if known)* **19-12809**

---

3.2230.  **Nonpriority creditor's name and mailing address**

SPEED GLOBAL SERVICES
CHRIS FORTE
2299 KENMORE AVE
BUFFALO NY 14207-1311

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☒ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

UNDETERMINED

---

3.2231.  **Nonpriority creditor's name and mailing address**

SPINDRIFT SODA
% LOGISTXS INC
1500 ROUTE 517 STE 305
HACKETTSTOWN NJ 07840-2717

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☒ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

$160.73

---

3.2232.  **Nonpriority creditor's name and mailing address**

SPINNING WHEELS EXPRESS
CHERYL JOHNSON
152 LYNNWAY STE 2D
LYNN MA 01902-3420

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☒ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

$3,547.80

---

Debtor    **New England Motor Freight, Inc.**                                                    Case number *(if known)* **19-12809**

---

| 3.2233. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SPINNING WHEELS EXPRESS
CHERYL JOHNSON
152 LYNNWAY SUITE 2D
LYNN MA 01902

☐ Contingent
☐ Unliquidated
☐ Disputed

$241.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.2234. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SPINO*SAMUEL
Address Intentionally Omitted

☐ Contingent
☑ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

PENDING WORKERS' COMPENSATION
CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.2235. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SPLASH SHIELD
CLAIMS DEPT
49 VIRGINIA AVE
UNIONTOWN PA 15401-4929

☐ Contingent
☐ Unliquidated
☑ Disputed

$1,178.76

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **New England Motor Freight, Inc.**                                      Case number *(if known)* **19-12809**

---

**3.2236.** **Nonpriority creditor's name and mailing address**

SPOT FREIGHT INC
NICOLE SMITH
141 S MERIDIAN ST STE 200
INDIANAPOLIS IN 46225-1027

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$564.37

---

**3.2237.** **Nonpriority creditor's name and mailing address**

SPOTLESS CLEANING
AND MAID SERVICE
13 NEW BROADWAY
WESTFIELD MA 01085

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$1,400.00

---

**3.2238.** **Nonpriority creditor's name and mailing address**

SPOTTS*GILBERT
Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**

PENDING WORKERS' COMPENSATION
CLAIM

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor   **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

| 3.2239. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.2239.

**Nonpriority creditor's name and mailing address**

SPRINGER*DUSTIN
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Basis for the claim:**

PENDING WORKERS' COMPENSATION CLAIM

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.2240.

**Nonpriority creditor's name and mailing address**

SPRINT
PO BOX 4181
CAROL STREAM IL 60197-4181

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$8,205.47

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.2241.

**Nonpriority creditor's name and mailing address**

SQP
TECH TRANSPORT
300 ELM ST UNIT 1
MILFORD NH 03055

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☒ Disputed

**Amount of claim**

$229.66

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

OVERCHARGE CLAIMS

**Is the claim subject to offset?**

☐ No
☒ Yes

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

**3.2242.** **Nonpriority creditor's name and mailing address**

SQP INC
% TECH LOGISTICS
300 ELM ST UNIT 1
MILFORD NH 03055-4715

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
|---|
| $5,488.96 |

---

**3.2243.** **Nonpriority creditor's name and mailing address**

SQP INC
% TECH TRANSPORT
300 ELM ST UNIT 1
MILFORD NH 03055

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
|---|
| $25.00 |

---

**3.2244.** **Nonpriority creditor's name and mailing address**

ST PAUL FIRE AND MARINE INSURANCE CO
201 COUNTY BLVD
STE 505
BRAMPTON ON L6W 4L2
CANADA

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLES - INSURANCE

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
|---|
| UNDETERMINED |

---

Debtor    **New England Motor Freight, Inc.**                                      Case number *(if known)* **19-12809**

---

3.2245.    **Nonpriority creditor's name and mailing address**

STAFAST BUILDING PRODUCTS
DEBRA HAYES
7095 AMERICANA PKWY
REYNOLDSBURG OH 43068-4118

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

| As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|
| ☐ Contingent | UNDETERMINED |
| ☐ Unliquidated | |
| ☑ Disputed | |

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.2246.    **Nonpriority creditor's name and mailing address**

STANDARD DISTRIBUTING
AP
100 MEWS DR
NEW CASTLE DE 19720

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

| As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|
| ☑ Contingent | UNDETERMINED |
| ☑ Unliquidated | |
| ☑ Disputed | |

**Basis for the claim:**

OPEN AUTO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.2247.    **Nonpriority creditor's name and mailing address**

STANDARD ENVELOPES
S KAMRAN ZAIDI
220 HUFF AVE STE 600
GREENSBURG PA 15601-5376

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

| As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|
| ☐ Contingent | $1,238.35 |
| ☐ Unliquidated | |
| ☑ Disputed | |

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

**3.2248.** **Nonpriority creditor's name and mailing address**

STANLEY BLACK & DECKER
P O BOX 982262
EL PASO TX 79998-2262

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

OVERCHARGE CLAIMS

**Is the claim subject to offset?**

☐ No
☑ Yes

| Amount of claim |
| --- |
| $1,151.99 |

---

**3.2249.** **Nonpriority creditor's name and mailing address**

STANLEY MATERIAL HANDLING
8094 SAINTSVILLE ROAD
KIRKVILLE NY 13082

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| $859.03 |

---

**3.2250.** **Nonpriority creditor's name and mailing address**

STAPLES BUSINESS ADVANTAGE
PO BOX 70242
PHILADELPHIA PA 19176-0246

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| $3,947.54 |

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

**3.2251.** **Nonpriority creditor's name and mailing address**

STAPLES CREDIT PLAN
DEPT. 00-01191337
PO BOX 9001036
LOUISVILLE KY 40290-1036

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
|---|
| $349.95 |

---

**3.2252.** **Nonpriority creditor's name and mailing address**

STAPLES INC
SUSAN CULLEN
500 STAPLES DR
FRAMINGHAM MA 01702-4478

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☒ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
|---|
| $13,995.71 |

---

**3.2253.** **Nonpriority creditor's name and mailing address**

STAPLES INC
SUSAN CULLEN
500 STAPLES DRIVE
FRAMINGHAM MA 01702-4478

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
|---|
| $2,527.97 |

---

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**                    Page 753 of 899

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

3.2254.  **Nonpriority creditor's name and mailing address**

STAR PRESSURE CLEANING INC
P O BOX 181281
FAIRFIELD OH 45018

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
|---|
| $300.27 |

---

3.2255.  **Nonpriority creditor's name and mailing address**

STAR WIPERS INC
ROBERT RAINERI
1125 E MAIN ST
NEWARK OH 43055-8869

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☑ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
|---|
| $1,509.30 |

---

3.2256.  **Nonpriority creditor's name and mailing address**

STARLIGHT DIST
% ECHO GLOBAL
600 W CHICAGO AVE STE 725
CHICAGO IL 60654-2801

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☑ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
|---|
| $1,332.03 |

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| 3.2257. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

STAR-LITE PROPANE
111 SOUTH FOURTH ST
BAY SHORE NY 11706

☐ Contingent
☐ Unliquidated
☐ Disputed

$6,278.61

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                      ACCOUNTS PAYABLE

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.2258. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

STARLITE SERVICES INC
SHARI RAYA
1165 CROSSROADS PKWY
ROMEOVILLE IL 60446-1166

☐ Contingent
☐ Unliquidated
☑ Disputed

$5,118.80

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                      CARGO CLAIMS

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.2259. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

STARNET SOLUTIONS, INC
P O BOX 313
FARMINGDALE NJ 07727

☐ Contingent
☐ Unliquidated
☐ Disputed

$896.00

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                      ACCOUNTS PAYABLE

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No
☐ Yes

Debtor  **New England Motor Freight, Inc.**

Case number *(if known)* **19-12809**

---

3.2260. **Nonpriority creditor's name and mailing address**

STARR INDEMNITY AND LIABILITY CO
399 PK AVE
2ND FL
NEW YORK NY 10022

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLES - INSURANCE

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

3.2261. **Nonpriority creditor's name and mailing address**

STATE ELECTRIC SUPPLY COMPANY
RACHEL GRAY
PO BOX 5397
HUNTINGTON WV 25703-0397

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| $400.00 |

---

3.2262. **Nonpriority creditor's name and mailing address**

STATE FARM
PO BOX 106172
ATLANTA GA 30348

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

OPEN AUTO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

Debtor   **New England Motor Freight, Inc.**                                   Case number *(if known)* **19-12809**

---

3.2263.  **Nonpriority creditor's name and mailing address**

STATE FARM AUTO CLAIMS
PO BOX 52250
PHOENIX AZ 85072

| | |
|---|---|
| **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

☑ Contingent

☑ Unliquidated

☑ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Basis for the claim:**

OPEN AUTO CLAIMS

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED

---

3.2264.  **Nonpriority creditor's name and mailing address**

STATE FARM AUTO CLAIMS
CHRIS MEYER CLAIMS
PO BOX 52250
PHOENIX AZ 85072

**As of the petition filing date, the claim is:** *Check all that apply.*

**Amount of claim**

☑ Contingent

☑ Unliquidated

☑ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Basis for the claim:**

OPEN AUTO CLAIMS

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED

---

3.2265.  **Nonpriority creditor's name and mailing address**

STATE FARM DEANNA PLATT
PO BOX 106172
ATLANTA GA 30348

**As of the petition filing date, the claim is:** *Check all that apply.*

**Amount of claim**

☑ Contingent

☑ Unliquidated

☑ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Basis for the claim:**

OPEN AUTO CLAIMS

**Is the claim subject to offset?**

☑ No

☐ Yes

UNDETERMINED

---

Debtor   **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

**3.2266.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

STATE FARM INS
CYNTHIA WALLING
PO BOX 106172
ATLANTA GA 30348

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

OPEN AUTO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.2267.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

STATE FARM INSURANCE
ATTORNEY FOR PLAINTIFF
WILBER AND ASSOCIATES PC
MARIE HERNANDEZ
210 LANDMARK DR
NORMAL IL 61761

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.2268.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

STATE FARM MUTUAL AS SUB OF O
INTERNATIONAL EXTERMINATING
SUBRO SERV
PO BOX 106172
ATLANTA GA 30348-6172

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$2,859.60

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                         Case number *(if known)* **19-12809**

| 3.2269. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Amount of claim |
|---|---|---|---|

**3.2269.** **Nonpriority creditor's name and mailing address**

STATE FARM MUTUAL AUTO INSUR CO
VINCE A SABELLA ESQ
PO BOX 9006
114 OLD COUNTRY RD STE 500
MINEOLA NY 11501

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Amount of claim

UNDETERMINED

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Basis for the claim:**

LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.2270.** **Nonpriority creditor's name and mailing address**

STATE FARM MUTUAL AUTO INSUR CO
FOR DEREK DOWDELL
PAPPAS COX KIMPEL DODD AND LEVINE PC
P DOUGLAS DODD ESQ
614 JAMES ST STE 100
SYRACUSE NY 13203

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Amount of claim

UNDETERMINED

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Basis for the claim:**

LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.2271.** **Nonpriority creditor's name and mailing address**

STATE FARM MUTUAL AUTO INSUR CO
PAPPAS COX KIMPEL DODD AND LEVINE PC
P DOUGLAS DODD ESQ
614 JAMES ST
STE 100
SYRACUSE NY 13203

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Amount of claim

UNDETERMINED

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Basis for the claim:**

LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **New England Motor Freight, Inc.**                                Case number *(if known)* **19-12809**

---

| 3.2272. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

STATE FARM MUTUAL AUTO INSUR. CO. V. NEMF, AARON LYNN
RATHBONE GROUP LLC
JASON SULLIVAN, STEVEN ALSIP
1100 SUPERIOR AVE.
SUITE 1850
CLEVELAND OH 44114

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.2273. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

STATEWIDE TAX RECOVERY INC
PO BOX 752
100 NORTH THIRD ST
SUNBURY PA 17801

☐ Contingent
☐ Unliquidated
☐ Disputed

$75.05

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.2274. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

STEFAN ALISTAIR RIERA AND MONIQUE FORD
PICCIANO AND SCAHILL PC
FRANK SCAHILL ESQ
900 MERCHANTS CONCOURSE
STE 310
WESTBURY NY 11590

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                         Case number *(if known)* **19-12809**

---

| 3.2275. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

STENGEL BROTHERS INC.
1105 SUMNER AVENUE
WHITEHALL PA 18052

☐ Contingent
☐ Unliquidated
☐ Disputed

$43,515.32

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.2276. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

STENGLEIN*GARY
Address Intentionally Omitted

☐ Contingent
☒ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

PENDING WORKERS' COMPENSATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.2277. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

STENGLEIN*GARY
Address Intentionally Omitted

☐ Contingent
☒ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

PENDING WORKERS' COMPENSATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

**3.2278.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

STENGLEIN*GARY
Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Basis for the claim:**

PENDING WORKERS' COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.2279.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

STEP 2
% AMRATE
19801 HOLLAND RD
BROOKPARK OH 44142-1339

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

$2,922.19

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.2280.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

STEPHEN ROSS
ATTORNEY FOR DEFENDANT
ROETZEL AND ANDRESS LPA
PHILIP S HEEBSH
ONE SEA GATE SUITE 1700
TOLEDO OH 43604

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Basis for the claim:**

LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

3.2281. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

STEPHEN ROSS V
NEW ENGLAND MOTOR FREIGHT INC ET AL
TERRY KEATON
1264 SUGAR GROVE RD
LANCASTER OH 43130

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.2282. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

STERLING INFO SYSTEMS,INC
P. O. BOX 35626
NEWARK NJ 07193-5626

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$16,596.75

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.2283. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

STEVE J. FINK & ASSOC, PC
25 E WASHINGTON STREET
SUITE 1233
CHICAGO IL 60602

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$211.42

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **New England Motor Freight, Inc.**                                 Case number *(if known)* **19-12809**

---

3.2284. **Nonpriority creditor's name and mailing address**

STEVEN WILLAND
PATRICK DAVENPORT
23 RTE 206
P O BOX 9
AUGUSTA NJ 07822-0009

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

OVERCHARGE CLAIMS

**Is the claim subject to offset?**

☐ No
☑ Yes

| Amount of claim |
|---|
| $155.42 |

---

3.2285. **Nonpriority creditor's name and mailing address**

STIEBEL ELTRON
BRUCE MC LEAN
15 B WEST ST
WEST HATFIELD MA 01088-9516

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
|---|
| $1,875.00 |

---

3.2286. **Nonpriority creditor's name and mailing address**

STOUT*CURTIS
Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

PENDING WORKERS' COMPENSATION
CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
|---|
| UNDETERMINED |

---

Debtor    **New England Motor Freight, Inc.**                    Case number *(if known)* **19-12809**

---

| 3.2287. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

STOUT*CURTIS
Address Intentionally Omitted

☐ Contingent
☑ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Basis for the claim:**

PENDING WORKERS' COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.2288. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

STRAIGHT FORWARD CHB
JOEL FLEISCHMAN
126 NOSTRAND AVE
BROOKLYN NY 11206

☐ Contingent
☐ Unliquidated
☑ Disputed

**Amount of claim**

$5,280.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.2289. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

STRAIGHT-N-CLEAR,LLC
3551 STATE ROUTE 156
SUITE A
AVONMORE PA 15618

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$490.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                        Case number *(if known)* **19-12809**

| 3.2290. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

STRATEGIC COMMERCE
PO BOX 617877
CHICAGO IL 60661

☐ Contingent
☐ Unliquidated
☐ Disputed

$601.67

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.2291. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

STRAUSS, FACTOR, LAING & LYONS
ONE DAVOL SQUARE
SUITE #305, FILE #85161
PROVIDENCE RI 02903

☐ Contingent
☐ Unliquidated
☐ Disputed

$30.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.2292. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

STROHL*BRIAN
Address Intentionally Omitted

☐ Contingent
☑ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

PENDING WORKERS' COMPENSATION
CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **New England Motor Freight, Inc.**                                          Case number *(if known)* **19-12809**

---

3.2293.  **Nonpriority creditor's name and mailing address**

SUBURBAN AUTO SEAT CO.
35 INDUSTRIAL ROAD
LODI NJ 07644

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| $5,817.50 |

---

3.2294.  **Nonpriority creditor's name and mailing address**

SUBURBAN PROPANE
PO BOX 270
WHIPPANY CT 07981

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| $533.30 |

---

3.2295.  **Nonpriority creditor's name and mailing address**

SUBURBAN PROPANE
PO BOX 260
WHIPPANY NJ 07981

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| $4,890.73 |

---

Debtor    **New England Motor Freight, Inc.**                                                    Case number *(if known)* **19-12809**

---

**3.2296.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
| | *Check all that apply.* |

SUBURBAN PROPANE
PO BOX G
WHIPPANY NJ 07981-0406

☐ Contingent
☐ Unliquidated
☐ Disputed

$10,327.01

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.2297.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
| | *Check all that apply.* |

SUBURBAN PROPANE
PO BOX F
WHIPPANY NJ 07981-0405

☐ Contingent
☐ Unliquidated
☐ Disputed

$2,158.26

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.2298.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
| | *Check all that apply.* |

SUBURBAN PROPANE
PO BOX 290
WHIPPANY NJ 07981-0170

☐ Contingent
☐ Unliquidated
☐ Disputed

$30,242.56

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**

Case number *(if known)* **19-12809**

---

| 3.2299. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SUBURBAN PROPANE
PO BOX 160
WHIPPANY NJ 07981

☐ Contingent
☐ Unliquidated
☐ Disputed

$13,507.04

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.2300. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SUBURBAN PROPANE LP
PO BOX 300
WHIPPANY NJ 07981-0300

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,935.61

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.2301. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SUBURBAN PROPANE, L.P.
PO BOX J
WHIPPANY NJ 07981

☐ Contingent
☐ Unliquidated
☐ Disputed

$39,678.86

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor   **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| | | |
|---|---|---|
| 3.2302. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

3.2302.   **Nonpriority creditor's name and mailing address**

SUDZ HOT WASH & DETAIL
A DIV OF HAYLEY ENTERPRISE LLC
17441 CINDY LANE
HAGERSTOWN MD 21740-1642

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$320.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.2303.   **Nonpriority creditor's name and mailing address**

SULLIVAN DESIGN INC
ERIN GELLER
6215 HEISLEY RD UNIT B
MENTOR OH 44060-1877

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Amount of claim**

$250.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.2304.   **Nonpriority creditor's name and mailing address**

SULLIVAN TIRE CO
P O BOX 370
ROCKLAND MA 02370

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$647.49

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

**3.2305.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

SUM REALTY LLC
369 LEXINGTON AVE
12TH FL
NEW YORK NY 10017

UNDETERMINED

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
OPEN AUTO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.2306.** **Nonpriority creditor's name and mailing address**

SUNCOM INDUSTRIES, INC
PO BOX 46
NORTHUMBERLAND PA 17857

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$194.55

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.2307.** **Nonpriority creditor's name and mailing address**

SUNDIA CORPORATION
ANNE THYS
25 ORINDA WAY STE 300A
ORINDA CA 94563-4403

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$781.98

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   **New England Motor Freight, Inc.**                                                                Case number *(if known)* **19-12809**

---

| 3.2308. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SUNNY MARKETING SYSTEMS
JOHN KANG
163 E BETHPAGE RD
PLAINVIEW NY 11803-4222

☐ Contingent
☐ Unliquidated
☒ Disputed

$11,475.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.2309. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SUNTECK TRANSPORT GROUP
JULIE LAWSON
4500 SALISBURY RD STE 305
JACKSONVILLE FL 32216-0959

☐ Contingent
☐ Unliquidated
☒ Disputed

$5,818.24

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.2310. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SUNTECK TRANSPORT GROUP
JULIE LAWSON
4500 SALISBURY RD STE 305
JACKSONVILLE FL 32216-0959

☐ Contingent
☐ Unliquidated
☐ Disputed

$304.50

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor   **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| | | |
|---|---|---|
| 3.2311. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

SUNTEK TRANSPORT
11000 FRISCO ST
SUITE 100
FRISCO TX 75034

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$533.84

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.2312.   **Nonpriority creditor's name and mailing address**   **As of the petition filing date, the claim is:** *Check all that apply.*

SUPERGLASS WINDSHIELD REPAIR
PO BOX 1536
LINDEN NJ 07036

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$125.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.2313.   **Nonpriority creditor's name and mailing address**   **As of the petition filing date, the claim is:** *Check all that apply.*

SUPERIOR DISTRIBUTORS
4 MIDLAND AVENUE
ELMWOOD PARK NJ 07407

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$243,465.74

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **New England Motor Freight, Inc.**                                   Case number *(if known)* **19-12809**

---

3.2314. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim** |

SUPERVALU C/O TRANSAVER, LLC
ATTN: DANA MCALLISTER
108 WASHINGTON ST
MANLIUS NY 13104

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$3,914.38

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.2315. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim** |

SUREWAY PRINTING & GRAPHICS
338 WALL STREET
PRINCETON NJ 08540

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$58.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.2316. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim** |

SUSAN COHEN GRANTOR TRUST
1-71 NORTH AVENUE EAST
ELIZABETH NJ 07201

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,825.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

INSIDER PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

3.2317.   **Nonpriority creditor's name and mailing address**

SUSAN VOLPE
KRAMER DILLOF LIVINGSTON AND MOORE
JOHN CAGNEY ESQ
217 BROADWAY
NEW YORK NY 10007

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
|---|
| UNDETERMINED |

---

3.2318.   **Nonpriority creditor's name and mailing address**

SUSQUEHANNA FIRE EQUIPMENT CO
PO BOX 209
2122 MAIN STREET
DEWART PA 17730

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
|---|
| $148.35 |

---

3.2319.   **Nonpriority creditor's name and mailing address**

SUSQUEHANNA VALLEY
131 W MAIN ST
SALUNGA PA 17538-1128

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

OVERCHARGE CLAIMS

**Is the claim subject to offset?**

☐ No
☑ Yes

| Amount of claim |
|---|
| $63.00 |

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

| 3.2320. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim** |
|---|---|---|---|

3.2320.    **Nonpriority creditor's name and mailing address**

SUZADAIL*PAUL
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Basis for the claim:**

PENDING WORKERS' COMPENSATION
CLAIM

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.2321.    **Nonpriority creditor's name and mailing address**

SVB FOOD & BEVERAGE
CHRISTINA LAING
717 CORNING WAY
MARTINSBURG WV 25405-2518

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Amount of claim**

$1,149.95

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.2322.    **Nonpriority creditor's name and mailing address**

SWARTZ CAMPBELL LLC
TWO LIBERTY PLACE
50 S. 16TH ST. 28TH FLOOR
PHILADELPHIA PA 19102

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$14,807.14

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor   **New England Motor Freight, Inc.**                                      Case number *(if known)* **19-12809**

---

3.2323. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

SWIMLINE CORP
CECILIA GARCIA
191 RODEO DRIVE
EDGEWOOD NY 11717-8319

☐ Contingent
☐ Unliquidated
☑ Disputed

$3,508.65

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.2324. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

SWOPE*DAVID
Address Intentionally Omitted

☐ Contingent
☑ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Basis for the claim:**

PENDING WORKERS' COMPENSATION
CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.2325. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

SYNCB AMAZON
P O BOX 530958
ATLANTA GA 30353-0958

☐ Contingent
☐ Unliquidated
☐ Disputed

$4,161.88

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

3.2326. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

SYN-TECH SYSTEMS INC
PO BOX 5258
TALLAHASSEE FL 32314

$760.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                      ACCOUNTS PAYABLE

**Last 4 digits of account number:**         **Is the claim subject to offset?**

☑ No
☐ Yes

---

3.2327. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

SYNTER RESOURCE GROUP, LLC
PO BOX 62016
NORTH CHARLESTON SC 29419

$84.75

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                      ACCOUNTS PAYABLE

**Last 4 digits of account number:**         **Is the claim subject to offset?**

☑ No
☐ Yes

---

3.2328. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

SYNTHASYS, LLC
8126 LAKEWOOD MAIN ST.
SUITE 202
LAKEWOOD RANCH FL 34202

$687.50

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                      ACCOUNTS PAYABLE

**Last 4 digits of account number:**         **Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                        Case number *(if known)* **19-12809**

---

3.2329.  **Nonpriority creditor's name and mailing address**

SYSTEM4 OF BOSTON
99 DERBY STREET
SUITE 300
HINGHAM MA 02043

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| $959.00 |

---

3.2330.  **Nonpriority creditor's name and mailing address**

SYSTON CABLE TECHNOLOGY
JERRY LEE
15278 EL PRADO RD
CHINO CA 91710-7623

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☑ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| $3,089.69 |

---

3.2331.  **Nonpriority creditor's name and mailing address**

TA INDUSTRIES
JOHN YU
11335 GREENSTONE AVE
SANTA FE SPRINGS CA 90670-4618

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☑ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| $762.43 |

---

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor   **New England Motor Freight, Inc.**                                          Case number *(if known)* **19-12809**

| | | |
|---|---|---|
| 3.2332. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

3.2332.  **Nonpriority creditor's name and mailing address**

TA INDUSTRIES
LOU LOPEZ
11335 GREENSTONE AVE
SANTA FE SPRINGS CA 90670-4618

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Amount of claim**

$17,891.24

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.2333.  **Nonpriority creditor's name and mailing address**

TACONIC WIRE
JANINE LATELLA
250 TOTOKET RD
NORTH BRANFORD CT 06471-1035

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Amount of claim**

$1,591.80

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.2334.  **Nonpriority creditor's name and mailing address**

TANOLA R ENNIS
ATTORNEY FOR THE PLAINTIFF
SANDERS SANDERS BLOCK WOYCIK VIENER
AND GROSSMAN PC
100 HARRICKS RD
MINEOLA NY 11501

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

3.2335.  **Nonpriority creditor's name and mailing address**

TANOLA R ENNIS V
NEW ENGLAND MOTOR FREIGHT INC ET AL
BRENT BOMIA
98 ELLENEL BLVD
SPOTSWOOD NJ 08884

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.2336.  **Nonpriority creditor's name and mailing address**

TAPCO
JANET KERR
PO BOX 457
SHARON CENTER OH 44274-0457

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$736.50

---

3.2337.  **Nonpriority creditor's name and mailing address**

TAPCO
EMILY MC GEHEE
29797 BECK RD
WIXOM MI 48393-2834

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$1,310.33

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

3.2338.  **Nonpriority creditor's name and mailing address**

TAPCO
CLAYTON WHEATLEY
29797 BECK ROAD
WIXOM MI 48393-2834

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| $141.25 |

---

3.2339.  **Nonpriority creditor's name and mailing address**

TATIS*CAMILO
Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

PENDING WORKERS' COMPENSATION
CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

3.2340.  **Nonpriority creditor's name and mailing address**

TAYLOR MADE PRODUCTS
% IL2000
PO BOX 8372
VIRGINIA BEACH VA 23450-8372

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☑ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| $817.15 |

---

Debtor    **New England Motor Freight, Inc.**                                      Case number *(if known)* **19-12809**

---

**3.2341.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

TAYLOR NORTHEAST INC
931 HEMLOCK ROAD
MORGANTOWN PA 19543

☐ Contingent
☐ Unliquidated
☐ Disputed

$3,501.24

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.2342.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

TD BANK NA
1701 ROUTE 70 EAST
CHERRY HILL NJ 08034

☑ Contingent
☐ Unliquidated
☑ Disputed

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

GUARANTEE OF EASTERN
FREIGHTWAYS, INC. LOAN

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.2343.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

TDS
CAROLINE KRIER
550 VILLAGE CENTER DRIVE STE 100
SAINT PAUL MN 55127-3022

☐ Contingent
☐ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

**3.2344.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

TDS
CAROLINE KRIER
550 VILLAGE CENTER, SUITE 100
SAINT PAUL MN 55127-3022

☐ Contingent
☐ Unliquidated
☑ Disputed

$9,874.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.2345.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

TDS
CAROLINE KRIER
550 VILLAGE CNTR DR
SAINT PAUL MN 55127-3022

☐ Contingent
☐ Unliquidated
☐ Disputed

$250.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.2346.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

TDS INC
CARGO CLAIMS
550 VILLAGE CENTER DR STE 100
SAINT PAUL MN 55127-3022

☐ Contingent
☐ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

**3.2347.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

TEACHERS INSURANCE PLAN OF NJ
DEBRA HART
JENNIFER L PARSONS ESQ
303 FELLOWSHIP RD
STE 300
MT. LAUREL NJ 08054

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

DISMISSED LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.2348.** **Nonpriority creditor's name and mailing address**

TECH LOGISTICS
300 ELM STREET
UNIT 1
MILFORD NH 03055-4715

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$89.77

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.2349.** **Nonpriority creditor's name and mailing address**

TECHNICAL TRAFFIC CONSULTANTS
CLAIMS DEPT
30 HEMLOCK DR
CONGERS NY 10920-1402

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Amount of claim**

$11,775.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **New England Motor Freight, Inc.**                                  Case number *(if known)* **19-12809**

---

3.2350.  | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

TECSTONE GRANITE USA
BRADLEY STELZER
2400 LANDMARK WAY
COLUMBUS OH 43219-3658

$659.84

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS          CARGO CLAIMS

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No
☐ Yes

---

3.2351.  | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

TED'S TOWING SERVICES INC.
4920 HAZELWOOD AVE.
BALTIMORE MD 21206

$935.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS          ACCOUNTS PAYABLE

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No
☐ Yes

---

3.2352.  | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

TEIXEIRA*VICTOR
Address Intentionally Omitted

UNDETERMINED

☐ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**

_____          PENDING WORKERS' COMPENSATION
CLAIM

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                                          Case number *(if known)* **19-12809**

---

3.2353.  **Nonpriority creditor's name and mailing address**

TENNESSEE CHILD SUPPORT
RECEIPTING UNIT
PO BOX 305200
NASHVILLE TN 37229

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| $166.84 |

---

3.2354.  **Nonpriority creditor's name and mailing address**

TF LOGISTICS
P O BOX 983
INDIANAPOLIS IN 46206

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| $2,800.00 |

---

3.2355.  **Nonpriority creditor's name and mailing address**

TFH PUBLICATIONS
ANN MARIE SCOTTI
85 W SYLVANIA AVE
NEPTUNE CITY NJ 07753-6775

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☑ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| $544.32 |

---

| Debtor | **New England Motor Freight, Inc.** | Case number *(if known)* **19-12809** |

---

**3.2356.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

TFH PUBLICATIONS
DANIELLE PIMIENTA
85 W SYLVANIA AVE
NEPTUNE CITY NJ 07753-6775

☐ Contingent
☐ Unliquidated
☑ Disputed

$869.76

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.2357.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

TFH PUBLICATIONS
NATALIE SAAKES
965 CRANBURY S RIVER RD
JAMESBURG NJ 08831-3407

☐ Contingent
☐ Unliquidated
☑ Disputed

$6,727.62

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.2358.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

TFH PUBLICATIONS
DANIELLE PIMIENTA
85 W SYLVANIA AVE
NEPTUNE CITY NJ 07753-6775

☐ Contingent
☐ Unliquidated
☐ Disputed

$321.60

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| Debtor | **New England Motor Freight, Inc.** | Case number *(if known)* **19-12809** |

---

3.2359. **Nonpriority creditor's name and mailing address**

TGR LOGISTICS
HEATHER CHAMBERLAIN
13990 FIR ST
OREGON CITY OR 97045-8906

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$1,541.76

---

3.2360. **Nonpriority creditor's name and mailing address**

THANG TRAN
ADAM S GETSON ESQ
WAPNER NEWMAN 2000
MARKET STREET SUITE 2750
PHILADELPHIA PA 19103

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

LITIGATION

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.2361. **Nonpriority creditor's name and mailing address**

THANG TRAN AND YEN LAM, HIS WIFE
320 BELMONT DRIVE
CHERRY HILL NJ 08002

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

LITIGATION

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

3.2362. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

THANG TRAN V NEW ENGLAND MOTOR
FREIGHT INC
RUSSELL D LORE
453 WASHINGTON TER
AUDUBON NJ 08106-2143

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.2363. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

THE AUTO BARN, INC.
2930 JAMES STREET
BALTIMORE MD 21230

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$415.98

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.2364. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

THE BOROUGH OF SEWICKLEY KEVIN
FLANNERY MGR
601 THORN ST
PO BOX 428
SEWICKLEY PA 15143

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

OPEN AUTO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

3.2365.    **Nonpriority creditor's name and mailing address**

THE CITY OF NEW YORK FIRE DEPT
ATTN: REVENUE MNG
9 METROTECH CENTER
ROOM #5E = 5
BROOKLYN NY 11201-3857

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

| As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|
| ☐ Contingent | $2.25 |
| ☐ Unliquidated | |
| ☐ Disputed | |

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.2366.    **Nonpriority creditor's name and mailing address**

THE DAVINCI GROUP, LLC
40 EAST MAIN STREET
SUITE 250
NEWARK DE 19711

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

| As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|
| ☐ Contingent | $26,885.00 |
| ☐ Unliquidated | |
| ☐ Disputed | |

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.2367.    **Nonpriority creditor's name and mailing address**

THE ELM GROUP, INC
345 WALL STREET RESEARCH PARK
PRINCETON NJ 08540-1512

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

| As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|
| ☐ Contingent | $1,445.76 |
| ☐ Unliquidated | |
| ☐ Disputed | |

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **New England Motor Freight, Inc.**                                      Case number *(if known)* **19-12809**

---

3.2368. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim** |

*Check all that apply.*

THE HOME DEPOT
90 MONROE TURNPIKE
TRUMBULL CT 06611-1341

☒ Contingent
☐ Unliquidated
☒ Disputed

$281,846.31

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

OVERCHARGE CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☒ Yes

---

3.2369. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim** |

*Check all that apply.*

THE HOSE SHOP
100 NEW ENGLAND AVENUE
PISCATAWAY NJ 08854

☐ Contingent
☐ Unliquidated
☐ Disputed

$69.27

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.2370. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim** |

*Check all that apply.*

THE HOSPITAL OF CENTRAL CT
100 GRAND STREET
NEW BRITIAN CT 06050

☐ Contingent
☐ Unliquidated
☐ Disputed

$906.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor   **New England Motor Freight, Inc.**                    Case number *(if known)* **19-12809**

---

3.2371. **Nonpriority creditor's name and mailing address**

THE MAINTENANCE CONNECTION INC
P O BOX 6637
SCARBOROUGH ME 04070

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$333.82

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.2372. **Nonpriority creditor's name and mailing address**

THE MARYLAND ZOO IN BALTIMORE
NINA SCHOONOVER STAFF ACCOUNTANT
1876 MANSION HOUSE DR
BALTIMORE MD 21217

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

OPEN AUTO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.2373. **Nonpriority creditor's name and mailing address**

THE MIRIAM HOSPITAL
P.O. BOX 1202
PROVIDENCE RI 02901-1202

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$972.85

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                          Case number *(if known)* **19-12809**

---

3.2374. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim** |

THE PEOPLE OF THE STATE OF NEW YORK
CORP COUNSEL
CITY OF NEW YORK
100 CHURCH ST
NEW YORK NY 10007

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Basis for the claim:**

LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.2375. **Nonpriority creditor's name and mailing address**

THE PERRIN ASPHALT
AND CONCRETE COMPANY INC.
525 DAN STREET
AKRON OH 44310

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$36,285.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.2376. **Nonpriority creditor's name and mailing address**

THE PHILLIPS GROUP
P.O. BOX 61020
HARRISBURG PA 17106-1020

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$264.43

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                Page 794 of 899

Debtor    **New England Motor Freight, Inc.**                                          Case number *(if known)* **19-12809**

---

**3.2377.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

THE PORT AUTHORITY OF NY & NJ
VIOLATIONS PROCESSING CENTER
PO BOX 15186
ALBANY NY 12212-5186

☐ Contingent
☐ Unliquidated
☐ Disputed

$25.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.2378.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

THE PUBLIC UTILITIES
COMMISSION OF OHIO
180 E BROAD ST
FOURTH FLOOR
COLUMBUS OH 43215

☐ Contingent
☐ Unliquidated
☐ Disputed

$100.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.2379.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

THE SERVICE TEAM, INC. DBA
COUNTRY JUNCTION
6565 INTERCHANGE RD
LEHIGHTON PA 18235

☐ Contingent
☐ Unliquidated
☐ Disputed

$167.48

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**

Case number *(if known)* **19-12809**

---

3.2380. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
| | *Check all that apply.* |

THE SHERWIN WILLIAMS CO
2043 STRINGTOWN ROAD
GROVE CITY OH 43123-3605

☐ Contingent
☐ Unliquidated
☐ Disputed

$57.84

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.2381. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
| | *Check all that apply.* |

THE SHERWIN WILLIAMS CO.
JUDITH JOHNSON
101 PROSPECT AVE, 720
CLEVELAND OH 44115-1093

☐ Contingent
☐ Unliquidated
☐ Disputed

$292.60

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.2382. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
| | *Check all that apply.* |

THERMAL & PROTECTIVE PACKAGING INC
JESSIE ANTONOPOULOS
PO BOX 57018
BRAMPTON ON L6Z0E7
CANADA

☐ Contingent
☐ Unliquidated
☑ Disputed

$435.25

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

**3.2383.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
--- | --- | --- | ---

THERMO FISHER
1 THERMO FISHER PARKWAY
OAKWOOD VILLAGE OH 44146-6536

*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

$4,072.82

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

OVERCHARGE CLAIMS

**Is the claim subject to offset?**

☐ No
☑ Yes

---

**3.2384.** **Nonpriority creditor's name and mailing address**

THERMO FISHER SCIENT
P O BOX 100
RANSOMVILLE NY 14131-0100

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

**Amount of claim**

$2,288.73

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

OVERCHARGE CLAIMS

**Is the claim subject to offset?**

☐ No
☑ Yes

---

**3.2385.** **Nonpriority creditor's name and mailing address**

THERMO KING-CENTRAL CAROLINAS
P O BOX 538509
ATLANTA GA 30353-8509

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$13,567.47

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

3.2386.   **Nonpriority creditor's name and mailing address**

THOMAS JEFFERSON UNIV HOSPITAL
IMAGE LIBRARY
132 S 10TH ST, 780-CA
PHILADELPHIA PA 19107

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

| **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|
| ☐ Contingent | $121.33 |
| ☐ Unliquidated | |
| ☐ Disputed | |

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.2387.   **Nonpriority creditor's name and mailing address**

THOMAS KILLIAN MAINTENANCE DIRECTOR
44 DONALDSON RD
TREMONT PA 17981

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

| **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|
| ☑ Contingent | UNDETERMINED |
| ☑ Unliquidated | |
| ☑ Disputed | |

**Basis for the claim:**

OPEN AUTO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.2388.   **Nonpriority creditor's name and mailing address**

TIBURON LOCKERS USA INC
% NEXTERUS INC
802 FAR HILLS DR
NEW FREEDOM PA 17349-8428

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

| **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|
| ☐ Contingent | $19,832.16 |
| ☐ Unliquidated | |
| ☑ Disputed | |

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **New England Motor Freight, Inc.**                    Case number *(if known)* **19-12809**

---

**3.2389.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

TIFFANY SHEARS
EMROCH AND KILDORF LLP
3600 WEST BROAD ST
STE 700
RICHMOND VA 23130

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

OPEN AUTO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.2390.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

TIFFIN INSULATORS COMPANY LLC
MARK NASH
981 TYBER RDAD
TIFFIN OH 44883-8673

☐ Contingent
☐ Unliquidated
☑ Disputed

$992.56

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.2391.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

TIFFIN METAL PRODUCTS
JEFFREY SNAVELY
450 WALL ST
TIFFIN OH 44883-1366

☐ Contingent
☐ Unliquidated
☑ Disputed

$1,242.03

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                                                   Case number *(if known)* **19-12809**

---

3.2392.  **Nonpriority creditor's name and mailing address**

TILLEY CHEMICAL CO
PAIGE EDWARDS
501 CHESAPEAKE PARK PLAZA
BALTIMORE MD 21220-4203

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☒ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
| --- |
| $162.25 |

---

3.2393.  **Nonpriority creditor's name and mailing address**

TIME WARNER CABLE
PO BOX 70872
CHARLOTTE NC 28272-0872

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
| --- |
| $139.97 |

---

3.2394.  **Nonpriority creditor's name and mailing address**

TIME WARNER CABLE OF NYC
PO BOX 223085
PITTSBURGH PA 15251-2085

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
| --- |
| $757.70 |

---

Debtor    **New England Motor Freight, Inc.**                                          Case number *(if known)* **19-12809**

---

**3.2395.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

TINDEX SALES & MANUFACTURING INC
TODD HALPERIN
137 AVENUE LABROSSE
POINTE-CLAIRE QC H9R1A3
CANADA

☐ Contingent
☐ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.2396.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

TIOGA COUNTY SANITARY SERVICE
5450 WAITS ROAD
OWEGO NY 13827

☐ Contingent
☐ Unliquidated
☐ Disputed

$594.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.2397.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

TIPSY ELVES LLC
SHEPPARD MULLIN RICHTER AND HAMPTON
LLP
TRAVIS J ANDERSON ESQ
12275 EL CAMINO REAL
STE 200
SAN DIEGO CA 92130-2006

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

POTENTIAL LITIGATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

**3.2398.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
*Check all that apply.*

TITANX
% TRANSAVER
108 WASHINGTON ST
MANLIUS NY 13104-1913

$382.83

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date or dates debt was incurred**                **Basis for the claim:**

VARIOUS                                            CARGO CLAIMS

**Last 4 digits of account number:**              **Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.2399.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
*Check all that apply.*

TNT POWERWASH INC.
3220 TOY ROAD
GROVEPORT OH 43125

$779.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**                **Basis for the claim:**

VARIOUS                                            ACCOUNTS PAYABLE

**Last 4 digits of account number:**              **Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.2400.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
*Check all that apply.*

TOLEDO SPRING
5015 ENTERPRISE BLVD
TOLEDO OH 43612

$122.76

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**                **Basis for the claim:**

VARIOUS                                            ACCOUNTS PAYABLE

**Last 4 digits of account number:**              **Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                                    Case number *(if known)* **19-12809**

---

| 3.2401. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

TOM FORD
TOM'S FORD
200 HWY 35
KEYPORT NJ 07735-1422

☐ Contingent
☐ Unliquidated
☐ Disputed

$117.29

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.2402. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

TOMAS AROCHO AND GLORIA COSARE
LEVINSON AXELROD PA
ERIN M KOLODZIEJCZYK ESQ
2 LINCOLN HIGHWAY
PO BOX 2905
EDISON NJ 08818

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Basis for the claim:**

LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.2403. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

TOMS OF MAINE
RENEE BERTRAND
2 STORER ST STE 302
KENNEBUNK ME 04043-6883

☐ Contingent
☐ Unliquidated
☑ Disputed

$1,410.56

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                              Case number *(if known)* **19-12809**

---

3.2404.   **Nonpriority creditor's name and mailing address**

TOMS OF MAINE
CLAIMS DEPT
2 STORER ST STE 302
KENNEBUNK ME 04043-6881

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☒ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
| --- |
| $14,551.10 |

---

3.2405.   **Nonpriority creditor's name and mailing address**

TOM'S OF MAINE
SUSAN COLUCCI
2 STORER ST, STE 302
KENNEBUNK ME 04043-6883

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☒ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
| --- |
| $14,285.58 |

---

3.2406.   **Nonpriority creditor's name and mailing address**

TONYS TRAILER SERVICE INC
3011 W MORRIS STREET
INDIANAPOLIS IN 46241

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
| --- |
| $3,665.32 |

---

Debtor   **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

**3.2407.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

TOOLS FOR INDUSTRY
CHRIS CARCANO
PO BOX 378
LAKE GROVE NY 11755-0378

☐ Contingent
☐ Unliquidated
☑ Disputed

Amount of claim: UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.2408.** **Nonpriority creditor's name and mailing address**

TOOTSIE ROLL
95 CHASTAIN RD #200
KENNESAW GA 30144-5883

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

**Amount of claim**

$128.82

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

OVERCHARGE CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

---

**3.2409.** **Nonpriority creditor's name and mailing address**

TOP DAWG GROUP, LLC
220 EASTVIEW DR, #103
BROOKLYN HEIGHTS OH 44131

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$5,538.69

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

3.2410. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

TOP NOTCH LOGISTICS
STEVE VARSHINE
2834 N HERITAGE ST
BUCKEYE AZ 85326

☐ Contingent
☐ Unliquidated
☐ Disputed

$50.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.2411. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

TOPAZ LIGHTING CO
MILDRE BOEHNING
925 WAVERLY AVE
HOLTSVILLE NY 11742-1109

☐ Contingent
☐ Unliquidated
☑ Disputed

$605.25

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.2412. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

TOPAZ LIGHTING CO
MILDRE BOEHNING
925 WAVERLY AVE
HOLTSVILLE NY 11742-1109

☐ Contingent
☐ Unliquidated
☐ Disputed

$243.85

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

3.2413.  **Nonpriority creditor's name and mailing address**

TOP-LINE PROCESS
ANDREW MUNCH
21 HUNT ROAD
LEWIS RUN PA 16738-9715

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$67.39

---

3.2414.  **Nonpriority creditor's name and mailing address**

TOTAL QUALITY LOGISTICS
NIKI PHILPOT
PO BOX 799
MILFORD OH 45150-0799

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☑ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$50.00

---

3.2415.  **Nonpriority creditor's name and mailing address**

TOTAL QUALITY LOGISTICS
CRYSTAL STROUD
1701 EDISON DR
MILFORD OH 45150-2728

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☑ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$7,462.00

---

Debtor    **New England Motor Freight, Inc.**                                Case number *(if known)* **19-12809**

---

**3.2416.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

TOTAL QUALITY LOGISTICS INC
NIKI PHILPOT
PO BOX 799
MILFORD OH 45150-0799

☐ Contingent
☐ Unliquidated
☐ Disputed

$295.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.2417.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

TOWER LABORATORIES
STORMY SWANSON
PO BOX 306
CENTERBROOK CT 06409-0306

☐ Contingent
☐ Unliquidated
☐ Disputed

$119.52

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.2418.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

TOWER PAPER CO
1216 BRUNSWICK AVENUE
FAR ROCKAWAY NY 11691

☐ Contingent
☐ Unliquidated
☐ Disputed

$3,237.30

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                                                    Case number *(if known)* **19-12809**

---

| 3.2419. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

TOYOTA MOTOR
PO BOX 17651
SAINT LOUIS MO 63178-7651

☒ Contingent
☐ Unliquidated
☒ Disputed

$30.35

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

OVERCHARGE CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☒ Yes

---

| 3.2420. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

TOYOTA MOTOR SALES
KEITH SCHELL
6710 BAYMEADOW DR
GLEN BURNIE MD 21060-6402

☐ Contingent
☐ Unliquidated
☒ Disputed

$1,030.72

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.2421. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

TRACEY CARTO DIVERSIFIED CEILINGS
2121 FRIES MILL RD
WILLIAMSTOWN NJ 08094

☒ Contingent
☒ Unliquidated
☒ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

OPEN AUTO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                     Case number *(if known)* **19-12809**

---

| 3.2422. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | TRAFFIC TECH INC<br>IRENE BOHINC<br>16711 VOIE DE SERVICE N<br>KIRKLAND QC H9H3L1<br>CANADA | ☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | $986.21 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | CARGO CLAIMS | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.2423. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | TRAFFIC TECH INC<br>MIKE BOIVIN<br>16711 TRANS CANADA HWY<br>KIRKLAND QC H9H 3L1<br>CANADA | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $275.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | ACCOUNTS PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.2424. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | TRANSFORCE<br>ATTN: ACCOUNTS RECEIVABLE<br>5520 CHEROKEE AVE, SUITE 200<br>ALEXANDRIA VA 22312 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $6,885.27 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | ACCOUNTS PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

---

Debtor    **New England Motor Freight, Inc.**                                             Case number *(if known)* **19-12809**

| | | |
|---|---|---|
| 3.2425. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

3.2425.  **Nonpriority creditor's name and mailing address**

TRANSITOWNE MITSUBISHI
CASEY KORTE
7420 TRANSIT RD
WILLIAMSVILLE NY 14221-6019

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$524.28

---

3.2426.  **Nonpriority creditor's name and mailing address**

TRANSPORT PLAYERS ALLIANCE TPA
JACK CHAMBERS
45 SHREWSBURY DRIVE
LIVINGSTON NJ 07039

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$275.30

---

3.2427.  **Nonpriority creditor's name and mailing address**

TRANSPORTATION REPAIR SERV INC
7314 SCHUYLER ROAD
E SYRACUSE NY 13057

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$1,003.39

---

Debtor    **New England Motor Freight, Inc.**                                      Case number *(if known)* **19-12809**

| 3.2428. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.2428.   **Nonpriority creditor's name and mailing address**

TRANZACT TECHNOLOGIES, INC
ATTN: 3020 COMMISSION
360 WEST BUTTERFIELD ROAD
ELMHURST IL 60126

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$764.78

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.2429.   **Nonpriority creditor's name and mailing address**

TRAVELCENTERS OF AMERICA, LLC
P O BOX 641906
CINCINNATI OH 45264

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$8,858.96

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.2430.   **Nonpriority creditor's name and mailing address**

TRAVELERS
C/O BANK OF AMERICA
91287 COLLECTIONS CENTER DRV
CHICAGO IL 60693-1287

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$87.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **New England Motor Freight, Inc.**                                              Case number *(if known)* **19-12809**

---

**3.2431.** **Nonpriority creditor's name and mailing address**

TRAVELERS
PETE CARELLO
ONE TOWER SQUARE
MS 07
HARTFORD CT 06183

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLES - INSURANCE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.2432.** **Nonpriority creditor's name and mailing address**

TRAVELERS INDEMNITY CO OF CT ET AL
ELLIS BOXER AND BLAKE PLLC
STEPHEN ELLIS AND CHRISTINA RAINVILLE
ONE LAWSON LANE
STE 200H
BURLINGTON VT 05401

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.2433.** **Nonpriority creditor's name and mailing address**

TRAVELERS PERSONAL INS CO AS
SUBROGEE OF SHIRLEYAN EBERT
PO BOX 5076
HARTFORD CT 06102-5076

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$19,410.35

---

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**                    Page 813 of 899

Debtor    **New England Motor Freight, Inc.**                                     Case number *(if known)* **19-12809**

---

**3.2434.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

**3.2434.** **Nonpriority creditor's name and mailing address**

TREASURER STATE OF MAINE
PROF & FIN REGULATION-BOILER
35 STATE HOUSE STATION
AUGUSTA ME 04333-0035

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$150.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.2435.** **Nonpriority creditor's name and mailing address**

TREASURER, CHESTERFIELD COUNTY
DEPT OF UTILITIES
PO BOX 26725
RICHMOND VA 23261-6725

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$786.15

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.2436.** **Nonpriority creditor's name and mailing address**

TREASURER, CITY OF JAMESTOWN
BOARD OF PUBLIC UTILITIES
P.O. 700
JAMESTOWN NY 14702-0700

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,316.05

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor     **New England Motor Freight, Inc.**                                         Case number *(if known)* **19-12809**

---

**3.2437.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

TREK BICYCLE
TERESA DE BLARE
425 RESORT DR
JOHNSON CREEK WI 53038

$200.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                       ACCOUNTS PAYABLE

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.2438.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

TRI PAR DIE AND MOLD CORP
670 SUNDOWN RD
S.ELGIN IL 60177

UNDETERMINED

☑ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**

_____              OPEN AUTO CLAIMS FOR PAYMENT

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.2439.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

TRI STATE FIRE PROTECTION
JUSTIN GARLAND
26 HAMPSHIRE DR
HUDSON NH 03051-4922

$468.00

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                       CARGO CLAIMS

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                                      Case number *(if known)* **19-12809**

---

3.2440.   **Nonpriority creditor's name and mailing address**

TRI STATE TIRE, INC
136 DUDLEY AVE
WALLINGFORD CT 06492

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
|---|
| $813.05 |

---

3.2441.   **Nonpriority creditor's name and mailing address**

TRIANGLE TUBE
ATTN: PHIL HORNBERGER
1240 FOREST PARKWAY
STE 100
WEST DEPTFORD NJ 08066

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
|---|
| $629.98 |

---

3.2442.   **Nonpriority creditor's name and mailing address**

TRIANGLE TUBE
PHILLIP HORNBERGER
1240 FOREST PKWY STE 10
WEST DEPTFORD NJ 08066

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
|---|
| $109.98 |

---

Debtor   **New England Motor Freight, Inc.**                                      Case number *(if known)* **19-12809**

---

3.2443. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

TRIGLIA TRANSPORTATION CO.
P.O. BOX 218
DELMAR DE 19940

☐ Contingent
☐ Unliquidated
☐ Disputed

$9,902.73

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.2444. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

TRI-LIFT INC
1471 JERSEY AVENUE
NORTH BRUNSWICK NJ 08902-1622

☐ Contingent
☐ Unliquidated
☐ Disputed

$8,759.96

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.2445. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

TRI-LIFT NC, INC
2905 MANUFACTURERS ROAD
GREENSBORO NC 27406

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,364.85

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

**3.2446.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

TRIMARK UNITED EAST
170 GREENWOOD AVENU
93357335
RUMFORD RI 02916-1937

☒ Contingent
☐ Unliquidated
☒ Disputed

$143.35

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

OVERCHARGE CLAIMS

**Is the claim subject to offset?**

☐ No
☒ Yes

---

**3.2447.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

TRINITAS HOSPITAL OCCUPATIONAL
MEDICINE -LOCKBOX #7541
P.O. BOX 8500
PHILADELPHIA PA 19178

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,108.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.2448.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

TRINITY GLASS INTERNATIONAL
SAMANTHA ZAYAS
8014 INDUSTRIAL BLVD STE 200
BREINIGSVILLE PA 18031-1225

☐ Contingent
☐ Unliquidated
☒ Disputed

$1,703.19

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

**3.2449.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
| TRINITY GLASS INTERNATIONAL | | $3,449.91
| SAMANTHA ZAYAN | ☐ Contingent |
| 33615 1ST WAY SOUTH | ☐ Unliquidated |
| FEDERAL WAY WA 98003-4558 | ☐ Disputed |

**Date or dates debt was incurred**    **Basis for the claim:**

VARIOUS    ACCOUNTS PAYABLE

**Last 4 digits of account number:**    **Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.2450.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
| TRINITY GROUP | | $250.00
| BOB MILLER | ☐ Contingent |
| 100 BROADWAY STE 147 | ☐ Unliquidated |
| LYNBROOK NY 11563-5031 | ☑ Disputed |

**Date or dates debt was incurred**    **Basis for the claim:**

VARIOUS    CARGO CLAIMS

**Last 4 digits of account number:**    **Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.2451.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
| TRINITY LOGISTICS | | $598.81
| BECKIE SAVINO | ☐ Contingent |
| PO BOX 1620 | ☐ Unliquidated |
| SEAFORD DE 19973-8920 | ☐ Disputed |

**Date or dates debt was incurred**    **Basis for the claim:**

VARIOUS    ACCOUNTS PAYABLE

**Last 4 digits of account number:**    **Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

| 3.2452. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

TRIPLE K FLEET SERVICES, INC
7800 LINGLESTOWN ROAD
HARRISBURG PA 17112

☐ Contingent
☐ Unliquidated
☐ Disputed

$4,161.86

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                ACCOUNTS PAYABLE

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.2453. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

TRI-STATE LOADMASTER, INC.
P.O. BOX 245
DOWNINGTOWN PA 19335

☐ Contingent
☐ Unliquidated
☐ Disputed

$3,152.05

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                ACCOUNTS PAYABLE

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.2454. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

TROY CHEMICAL
ED STRAUB
8 VREELAND RD
FLORHAM PARK NJ 07932-1501

☐ Contingent
☐ Unliquidated
☑ Disputed

$25,000.00

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                CARGO CLAIMS

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

3.2455.   **Nonpriority creditor's name and mailing address**

TROY CONTAINER LINE
% CTS
1915 VAUGHN RD
KENNESAW GA 30144-4502

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.2456.   **Nonpriority creditor's name and mailing address**

TRUCK IT AWAY ASSOC LP
945 SUMMIT AVE
BRONX NY 10452

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**

OPEN AUTO CLAIMS FOR PAYMENT

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.2457.   **Nonpriority creditor's name and mailing address**

TRUCK TIRE SERVICE CORPORATION
PO BOX 1265
SAUGUS MA 01906-1265

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$65,306.40

---

Debtor   **New England Motor Freight, Inc.**                                  Case number *(if known)* **19-12809**

---

3.2458.   **Nonpriority creditor's name and mailing address**

TRUCKPRO, INC
29787 NETWORK PLACE
CHICAGO IL 60673-1284

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$7,319.31

---

3.2459.   **Nonpriority creditor's name and mailing address**

TST IMPRESO
TJ GOMEZ
PO BOX 506
COPPELL TX 75019-0506

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$446.82

---

3.2460.   **Nonpriority creditor's name and mailing address**

TSW AUTOMATION, INC
6301 ROBERTSON AVENUE
NASHVILLE TN 37209

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$82.00

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| | |
|---|---|
| 3.2461. | **Nonpriority creditor's name and mailing address** |

| 3.2461. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | TUMINO'S TOWING, INC<br>37 EMERSON STREET<br>RIDGEFIELD PARK NJ 07660 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $16,469.08 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>ACCOUNTS PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.2462. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | TURKISH AIRLINES<br>JFK AIRPORT<br>JAMAICA NY 11430 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $100.00 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>ACCOUNTS PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.2463. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | TURTLE & HUGHES<br>DANA RAPATSKI<br>266 OLD NEW BRUNSWICK RD<br>PISCATAWAY NJ 08854-3776 | ☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | $250.00 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>CARGO CLAIMS | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

Debtor    **New England Motor Freight, Inc.**                                                Case number *(if known)* **19-12809**

| | | |
|---|---|---|
| 3.2464. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

| | |
|---|---|
| TWIN DATA CORPORATION<br>623 EAGLE ROCK AVE UNIT 145<br>WEST ORANGE NJ 07052 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

**Amount of claim**

$2,320.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.2465. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

U P SPECIAL DELIVERY, INC.
PO BOX 78914
MILWAUKEE WI 53278-8914

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$161.20

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.2466. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

U.S. DEPT. OF EDUCATION
PO BOX 105081
ATLANTA GA 30348-5081

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$377.59

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**

Case number *(if known)* **19-12809**

| | | |
|---|---|---|
| 3.2467. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

U.S. SECURITY ASSOCIATES, INC
PO BOX 931703
ATLANTA GA 31193-0647

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,178.76

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.2468.    **Nonpriority creditor's name and mailing address**

U.S. TRUCK PARTS & SERVICE
231 ST NICHOLAS AVE
SO PLAINFIELD NJ 07080-1809

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$3,766.97

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.2469.    **Nonpriority creditor's name and mailing address**

UCB LOGISTICS INC
19401 S MAIN ST #102
GARDENA CA 90248

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$50.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **New England Motor Freight, Inc.**                                          Case number *(if known)* **19-12809**

| 3.2470. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

UGI UTILITIES, INC
PO BOX 15523
WILMINGTON DE 19886-5523

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,318.77

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.2471. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ULINE INC.
ATTN:ACCOUNTS RECEIVABLE
PO BOX 88741
CHICAGO IL 60680-1741

☐ Contingent
☐ Unliquidated
☐ Disputed

$460.60

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.2472. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ULTIMATE PEST CONTROL OF
MONROE COUNTY
52A HOLWORTHY STREET
ROCHESTER NY 14606

☐ Contingent
☐ Unliquidated
☐ Disputed

$183.60

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor   **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| 3.2473. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

UNICARRIERS AMERICAS CORP.
P O BOX 70700
CHICAGO IL 60673-0700

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,264.69

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.2474. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

UNIFIED POWER
C/O WORLDWIDE EXPRESS
2323 VICTORY AVE
DALLAS TX 75219-7657

☐ Contingent
☐ Unliquidated
☐ Disputed

$218.52

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.2475. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

UNIFIRST CORPORATION
PO BOX 650481
DALLAS TX 75265

☐ Contingent
☐ Unliquidated
☐ Disputed

$243.72

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **New England Motor Freight, Inc.**                    Case number *(if known)* **19-12809**

3.2476.  **Nonpriority creditor's name and mailing address**

UNIFIRST FIRST AID
4159 SHORELINE DR.
ST LOUIS MO 63045

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| $292.27 |

3.2477.  **Nonpriority creditor's name and mailing address**

UNION HOSPITAL CECIL COUNTY
106 BOW STREET
ELKTON, MD 21921

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| $477.50 |

3.2478.  **Nonpriority creditor's name and mailing address**

UNION PARTNERS LLC
% SCHNEIDER LOGISTICS
PO BOX 78158
MILWAUKEE WI 53278-8158

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| $808.00 |

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

3.2479.   **Nonpriority creditor's name and mailing address**

UNIQUE EXPEDITERS, INC
147-48 182ND STREET
SPRINGFIELD GARDENS NY 11413

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Amount of claim |
| --- |
| $3,000.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.2480.   **Nonpriority creditor's name and mailing address**

UNISHIPPERS
P O BOX 6047
KENNEWICK WA 99336-0047

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

| Amount of claim |
| --- |
| $189.42 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

OVERCHARGE CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

---

3.2481.   **Nonpriority creditor's name and mailing address**

UNISOURCE SHIPPING
CLAIMS DEPT
4711 FORT HAMILTON PKWY
BROOKLYN NY 11219-2927

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

| Amount of claim |
| --- |
| $228.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                          Case number *(if known)* **19-12809**

3.2482.  **Nonpriority creditor's name and mailing address**   | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

UNISOURCE SHIPPING
ETSY
4711 FT HAMILTON PKWY
BROOKLYN NY 11219-2927

☐ Contingent
☐ Unliquidated
☑ Disputed

$4,261.45

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.2483.  **Nonpriority creditor's name and mailing address**   | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

UNISOURCE SHIPPING
CONNIE KAFF
4711 FORT HAMILTON PKWY
BROOKLYN NY 11219-2927

☐ Contingent
☐ Unliquidated
☑ Disputed

$8,588.30

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.2484.  **Nonpriority creditor's name and mailing address**   | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

UNISOURCE SHIPPING
BINA
4711 FORT HAMILTON
BROOKLYN NY 11219-2927

☑ Contingent
☐ Unliquidated
☑ Disputed

$97.58

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

OVERCHARGE CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

Debtor   **New England Motor Freight, Inc.**                                   Case number *(if known)* **19-12809**

---

**3.2485.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

UNITED CITRUS
CLARE MARCHESE
185 CONSTITUTION DR
TAUNTON MA 02780-7388

☐ Contingent
☐ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.2486.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

UNITED GASKET
ANDRE HOWARD
1633 SOUTH 55TH AVE
CICERO IL 60804-1817

☐ Contingent
☐ Unliquidated
☑ Disputed

$6,600.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.2487.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

UNITED HEALTHCARE
22703 NETWORK PLACE
60673122C0003
CHICAGO IL 60673-1227

☐ Contingent
☐ Unliquidated
☐ Disputed

$96,066.67

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

3.2488.  **Nonpriority creditor's name and mailing address**

UNITED HEALTHCARE
170 WOOD AVENUE SOUTH
ISELIN NJ 08830

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

MEDICAL & PHARMACY CLAIMS

**Is the claim subject to offset?**

☐ No
☐ Yes

**Amount of claim**

$3,500,000.00

---

3.2489.  **Nonpriority creditor's name and mailing address**

UNITED MOTOR PARTS, INC
1130 TEANECK ROAD
TEANECK NJ 07666

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$4,242.72

---

3.2490.  **Nonpriority creditor's name and mailing address**

UNITED STATES FIRE INSURANCE CO
305 MADISON AVE
MORRISTOWN NJ 07960

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLES - INSURANCE

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **New England Motor Freight, Inc.**                                                      Case number *(if known)* **19-12809**

---

| 3.2491. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

UNITIL CONCORD ELECTRIC CO.
P.O. BOX 981010
BOSTON MA 02298-1010

☐ Contingent
☐ Unliquidated
☐ Disputed

$3,253.46

**Date or dates debt was incurred**            **Basis for the claim:**

VARIOUS                                          ACCOUNTS PAYABLE

**Last 4 digits of account number:**            **Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.2492. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

UNIVERSAL SHIPPING COMPANY
ERIK ARUTINNOV
2615 E 63RD ST
BROOKLYN NY 11234-6811

☐ Contingent
☐ Unliquidated
☑ Disputed

$642.25

**Date or dates debt was incurred**            **Basis for the claim:**

VARIOUS                                          CARGO CLAIMS

**Last 4 digits of account number:**            **Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.2493. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

UNIVERSAL TRAFFIC
PO BOX 888470
GRAND RAPIDS MI 49588-8470

☑ Contingent
☐ Unliquidated
☑ Disputed

$89.67

**Date or dates debt was incurred**            **Basis for the claim:**

VARIOUS                                          OVERCHARGE CLAIMS

**Last 4 digits of account number:**            **Is the claim subject to offset?**

☐ No
☑ Yes

---

Debtor   **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

| | | |
|---|---|---|
| 3.2494. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

3.2494.  **Nonpriority creditor's name and mailing address**

UNIVERSAL TRAFFIC SERVICE
RENEE ANTHONY
PO BOX 888470
GRAND RAPIDS MI 49588-8470

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$3,936.38

---

3.2495.  **Nonpriority creditor's name and mailing address**

UNIVERSITY WIRE CO
198 FENWICK DR
PORT MATILDA PA 16870-7533

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**

OVERCHARGE CLAIMS

**Is the claim subject to offset?**

☐ No
☒ Yes

**Amount of claim**

$73.00

---

3.2496.  **Nonpriority creditor's name and mailing address**

UNKNOWN
375 BOG HOLLOW RD
WASSAIC NY 12592

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

OPEN AUTO CLAIMS

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor   **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

3.2497.   **Nonpriority creditor's name and mailing address**

UNYSON LOGISTICS
ASHLEY HUCK
1801 PARK 270 DR STE 500
SAINT LOUIS MO 63141-2494

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☑ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| $109.80 |

---

3.2498.   **Nonpriority creditor's name and mailing address**

UNYSON LOGISTICS
BRITTANY JONES ASHLEY HUCK
1801 PARK 270 DR STE 500
SAINT LOUIS MO 63141-6711

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☑ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| $597.80 |

---

3.2499.   **Nonpriority creditor's name and mailing address**

UNYSON LOGISTICS
ASHLEY MULLIS
1801 PARK 270 DR STE 500
SAINT LOUIS MO 63141-1005

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☑ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| $1,958.91 |

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| 3.2500. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

UNYSON LOGISTICS
CHRIS RESIMIUS
1801 PARK 270 DR STE 500
SAINT LOUIS MO 63141-1145

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

$3,780.98

| 3.2501. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

UNYSON LOGISTICS
CHRISTOPHER RESIMIUS
1801 PARK 270 DR STE 500
SAINT LOUIS MO 63141-2318

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

$4,941.90

| 3.2502. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

UNYSON LOGISTICS
JAMES SCHWARBER
1801 PARK 270 DR STE 500
SAINT LOUIS MO 63141-1145

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

$6,427.04

Debtor    **New England Motor Freight, Inc.**                                            Case number *(if known)* **19-12809**

| 3.2503. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

UNYSON LOGISTICS
RAYMOND LAMADRID
1801 PARK 270 DR STE 500
SAINT LOUIS MO 63141

☐ Contingent
☐ Unliquidated
☑ Disputed

$8,510.67

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.2504. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

UNYSON LOGISTICS
KEVIN PETTERSON
1801 PARK 270 DR STE 500
SAINT LOUIS MO 63141-1145

☐ Contingent
☐ Unliquidated
☑ Disputed

$10,066.95

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.2505. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

UNYSON LOGISTICS
KATHLEEN CONRAD
1801 PARK 270 DR STE 500
SAINT LOUIS MO 63141

☐ Contingent
☐ Unliquidated
☑ Disputed

$10,892.63

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **New England Motor Freight, Inc.**                                Case number *(if known)* **19-12809**

---

3.2506. **Nonpriority creditor's name and mailing address**

UNYSON LOGISTICS
BRITTANY JONES
1801 PARK 270 DR STE 500
SAINT LOUIS MO 63141

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
|---|
| $14,629.02 |

---

3.2507. **Nonpriority creditor's name and mailing address**

UNYSON LOGISTICS
MATTHEW STAEBEL
1801 PARK 270 DR STE 500
SAINT LOUIS MO 63141

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
|---|
| $17,773.14 |

---

3.2508. **Nonpriority creditor's name and mailing address**

UNYSON LOGISTICS
SAMANTHA DEEN
1801 PARK 270 DR STE 500
SAINT LOUIS MO 63141

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
|---|
| $19,202.62 |

Debtor   **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

| 3.2509. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

UNYSON LOGISTICS
REBECCA MC COY
1801 PARK 270 DR STE 500
SAINT LOUIS MO 63141-2116

☐ Contingent
☐ Unliquidated
☒ Disputed

$41,418.05

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.2510. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

UNYSON LOGISTICS
CONNIE NAVARRETE
1801 PARK 270 DR STE 500
SAINT LOUIS MO 63141

☐ Contingent
☐ Unliquidated
☒ Disputed

$57,134.78

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.2511. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

UNYSON LOGISTICS
DETRICA DALE
1801 PARK 270 DR STE 500
SAINT LOUIS MO 63141

☐ Contingent
☐ Unliquidated
☒ Disputed

$62,152.54

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor   **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

3.2512. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim** |

*Check all that apply.*

UNYSON LOGISTICS
J SCHWARBER/SAMANTHA DEEN
1801 PARK 270 DR , STE 500
SAINT LOUIS MO 63141

☐ Contingent
☐ Unliquidated
☐ Disputed

$5,026.79

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.2513. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim** |

*Check all that apply.*

UPS
PO BOX 7247-0244
PHILADELPHIA PA 19170-0001

☐ Contingent
☐ Unliquidated
☐ Disputed

$531.85

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.2514. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim** |

*Check all that apply.*

UPS CARGO CLAIMS ACCOUNTING
ACCOUNTING
700 KEYSTONE INDUSTRIAL
DUNMORE PA 18512

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,139.27

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **New England Motor Freight, Inc.**                    Case number *(if known)* **19-12809**

---

3.2515.   **Nonpriority creditor's name and mailing address**

UPSCIA CARGO CLAIMS SUBROGATE
CLAIMS DEPT
PO BOX 100458
FORT WORTH TX 76185-0458

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
| --- |
| $232.82 |

---

3.2516.   **Nonpriority creditor's name and mailing address**

UREIGHTQUOTE.COM
RANDI FRUMP
PO BOX 7001
OVERLAND PARK KS 66207-0001

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☒ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
| --- |
| $6,598.85 |

---

3.2517.   **Nonpriority creditor's name and mailing address**

US NONWOVENS
CARGO CLAIMS
360 MORELAND RD
COMMACK NY 11725-5707

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☒ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
| --- |
| $1,684.00 |

---

Debtor    **New England Motor Freight, Inc.**                                              Case number *(if known)* **19-12809**

---

| 3.2518. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

USA BLUEBOOK
MARNIKA GORDON
3781 BURWOOD DR
WAUKEGAN IL 60085-9101

☐ Contingent
☐ Unliquidated
☑ Disputed

$429.05

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.2519. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

USAA INS CO
CHAD SMITH SUBRO DEPT
PO BOX 659476
SAN ANTONIO TX 78265

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

OPEN AUTO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.2520. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

USAA INS CO
KIMBERLY MENCHACA
PO BOX 33490
SAN ANTONIO TX 78265

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

OPEN AUTO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

| 3.2521. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

V.A.G., INC.
7460 LANCASTER PIKE
SUITE 4
HOCKESSIN DE 19707

☐ Contingent
☐ Unliquidated
☐ Disputed

$37,564.12

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.2522. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

VA BIEN INTERNATIONAL INC
STATE ROAD 156 HC2 BOX 12193
STATE RD 156 KM 52.5
AGUAS BUENAS PR 00703

☐ Contingent
☐ Unliquidated
☑ Disputed

$1,824.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.2523. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

VALENZANO WINERY LLC
MARK VALENZANO
1090 RT 206
SHAMONG NJ 08088-9599

☐ Contingent
☐ Unliquidated
☑ Disputed

$5,365.47

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                          Case number *(if known)* **19-12809**

---

| 3.2524. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

VALLEY HINO TRUCK INC
DBA VALLEY ISUZU TRUCK
5025 GATEWAY DRIVE
MEDINA OH 44256

☐ Contingent
☐ Unliquidated
☐ Disputed

$680.13

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.2525. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

VALLEY TIRE INC
4401 STOUTFIELD S DR
INDIANAPOLIS IN 46241

☐ Contingent
☐ Unliquidated
☐ Disputed

$560.95

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.2526. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

VALLEY TRUCK & TRAILER
409 STRUBLE ROAD
STATE COLLEGE PA 16801

☐ Contingent
☐ Unliquidated
☐ Disputed

$319.06

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

**3.2527.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

VALUE DRUGS
CASEY HAGGERTY
106 BROADWAY
GREENLAWN NY 11740-1310

☐ Contingent
☐ Unliquidated
☑ Disputed

$77.08

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.2528.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

VALVOLINE LLC
TRANSAUDIT STE 2D
11 MARSHALL RD
WAPPINGERS FALLS NY 12590-4132

☑ Contingent
☐ Unliquidated
☑ Disputed

$426.20

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

OVERCHARGE CLAIMS

**Is the claim subject to offset?**

☐ No
☑ Yes

---

**3.2529.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

VALVOLINE LLC
P O BOX 360155
PITTSBURGH PA 15251-6155

☐ Contingent
☐ Unliquidated
☐ Disputed

$42,787.67

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **New England Motor Freight, Inc.**                                   Case number *(if known)* **19-12809**

---

3.2530. **Nonpriority creditor's name and mailing address**

VAN AUKEN EXPRESS, INC.
PO BOX 339
GREENVILLE NY 12083

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$3,775.25

---

3.2531. **Nonpriority creditor's name and mailing address**

VAN EERDEN TRUCKING, CO.
10299 SOUTHKENT DR SW
BYRON CENTER MI 49315

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$172.15

---

3.2532. **Nonpriority creditor's name and mailing address**

VANGUARD
% C T S
1915 VAUGHN RD
KENNESAW GA 30144

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$661.88

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

**3.2533.** **Nonpriority creditor's name and mailing address**

VASQUEZ*ALBERT
Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**

PENDING WORKERS' COMPENSATION
CLAIM

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.2534.** **Nonpriority creditor's name and mailing address**

VELCRO
P O BOX 4316
FALL RIVER MA 02723-0415

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**

OVERCHARGE CLAIMS

**Is the claim subject to offset?**

☐ No
☒ Yes

**Amount of claim**

$38.78

---

**3.2535.** **Nonpriority creditor's name and mailing address**

VELUX AMERICA INC
KAREN AVERILL
754 RAINBOW RD STE A
WINDSOR CT 06095-1004

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

| Debtor | **New England Motor Freight, Inc.** | | Case number *(if known)* **19-12809** |
|---|---|---|---|

**3.2536.** **Nonpriority creditor's name and mailing address**

VERITIV
P O BOX 419259
KANSAS CITY MO 64161

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

OVERCHARGE CLAIMS

**Is the claim subject to offset?**

☐ No
☑ Yes

| Amount of claim |
|---|
| $265.55 |

**3.2537.** **Nonpriority creditor's name and mailing address**

VERIZON
PO BOX 15124
ALBANY NY 12212-5124

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
|---|
| $541.70 |

**3.2538.** **Nonpriority creditor's name and mailing address**

VERIZON
P.O. BOX 4830
TRENTON NJ 08650-4830

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
|---|
| $181.57 |

Debtor   **New England Motor Freight, Inc.**                    Case number *(if known)* **19-12809**

---

**3.2539.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

VERIZON
P.O. BOX 4833
TRENTON NJ 08650-4833

☐ Contingent
☐ Unliquidated
☐ Disputed

$777.75

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.2540.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

VERIZON CMR CLAIMS DEPT
PO BOX 60553
OKLAHOMA CITY OK 73146

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

OPEN AUTO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.2541.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

VERIZON WIRELESS
PO BOX 408
NEWARK NJ 07101-0408

☐ Contingent
☐ Unliquidated
☐ Disputed

$915.17

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **New England Motor Freight, Inc.**                                   Case number *(if known)* **19-12809**

---

3.2542.  **Nonpriority creditor's name and mailing address**

VERMONT GAS SYSTEMS INC.
PAYMENT PROCESSING CENTER
P O BOX 22082
ALBANY NY 12201-2082

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$1,587.69

---

3.2543.  **Nonpriority creditor's name and mailing address**

VERTEX CHINA
Q.THOMPSON
1793 WEST 2ND ST
POMONA CA 91766-1253

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$164.86

---

3.2544.  **Nonpriority creditor's name and mailing address**

VERTIV
SHANE GALLAGHER
610 EXECUTIVE CAMPUS DR
WESTERVILLE OH 43082-8870

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$5,265.10

---

| Debtor | **New England Motor Freight, Inc.** | | Case number *(if known)* **19-12809** |
|---|---|---|---|

**3.2545.** | **Nonpriority creditor's name and mailing address**

VERTIV
DATA 2
12631 WESTLINKS DR
FORT MYERS FL 33913-8627

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**

OVERCHARGE CLAIMS

**Is the claim subject to offset?**

☐ No
☒ Yes

**Amount of claim**

$7,900.16

**3.2546.** | **Nonpriority creditor's name and mailing address**

VERTIV
12631 WESTLINKS DR
FORT MYERS FL 33913-8627

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**

OVERCHARGE CLAIMS

**Is the claim subject to offset?**

☐ No
☒ Yes

**Amount of claim**

$2,379.31

**3.2547.** | **Nonpriority creditor's name and mailing address**

VESTIL MANUFACTURING
CHELSEA POWELL
900 GROWTH PKWY
ANGOLA IN 46703-9338

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$5,795.10

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

3.2548. **Nonpriority creditor's name and mailing address**

VETS CHOICE
RAYMOND VACANTI
90 MARCUS BLVD
DEER PARK NY 11729-4502

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☑ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| $240.00 |

---

3.2549. **Nonpriority creditor's name and mailing address**

VIANT-SAN ANTONIO
10739 DEERWOOD PARK BLVD
R2 LOGISTICS INC
SAN ANTONIO TX 78239

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| $2,260.00 |

---

3.2550. **Nonpriority creditor's name and mailing address**

VICTORY INTERNATIONAL USA LLC
KYLE MONGA
40 CHRISTOPHER WAY
EATONTOWN NJ 07724-3327

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☑ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| $7,293.00 |

---

Debtor    **New England Motor Freight, Inc.**                                            Case number *(if known)* **19-12809**

---

| 3.2551. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

VIKING TERMITE & PEST CONTROL
P.O. BOX 4070
WARREN NJ 07059

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim** $357.23

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.2552. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

VILLAGE CANDLE
DIANE LEVESQUE
90 SPENCER DR
WELLS ME 04090-5548

☐ Contingent
☐ Unliquidated
☑ Disputed

**Amount of claim** $5,023.89

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.2553. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

VILLAGE OF GLENDALE HEIGHTS
300 CIVIC CENTER PLAZA
GLENDALE HEIGHTS IL 60139

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim** $70.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

3.2554.  **Nonpriority creditor's name and mailing address**

VIN WORLDWIDE
% CTS
1915 VAUGHN RD
KENNESAW GA 30144-4502

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$4,862.46

---

3.2555.  **Nonpriority creditor's name and mailing address**

VIRGINIA ARTESIAN BOTTLING COMPANY
NICK BROWN
4300 SPRING RUN RD
MECHANICSVILLE VA 23116-6639

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$898.56

---

3.2556.  **Nonpriority creditor's name and mailing address**

VIRGINIA TODD
ATTN VIRGINIA TODD
6411 LAKEWAY DR
OREGON OH 43616-4445

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$250.00

---

Debtor    **New England Motor Freight, Inc.**                                   Case number *(if known)* **19-12809**

---

3.2557.  **Nonpriority creditor's name and mailing address**

VIRTUAL FREIGHT INSPECTIONS
PO BOX 1106
MENOMONEE FALLS WI 53052-1106

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| $283.00 |

---

3.2558.  **Nonpriority creditor's name and mailing address**

VISTA UNDERWRITING PARTNERS
1400 N PROVIDENCE RD
BUILDING 2 SUITE 4050
MEDIA PA 19063

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| $17,031.59 |

---

3.2559.  **Nonpriority creditor's name and mailing address**

VITAMIN WORLD
% DHL
570 POLARIS PKWY DEPT 22O
WESTERVILLE OH 43082-7900

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☑ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| $1,159.47 |

---

Debtor   **New England Motor Freight, Inc.**                              Case number *(if known)* **19-12809**

---

3.2560.  | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

VITEC VIEDO COM
LOCKBOX 75040
CHARLOTTE NC 28275-0040

☑ Contingent
☑ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**
_____

**Basis for the claim:**
OPEN AUTO CLAIMS FOR PAYMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.2561.  **Nonpriority creditor's name and mailing address**

VOLK PACKAGING CORP
11MORIN ST
BIDDEFORD ME 04005

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**
_____

**Basis for the claim:**
OPEN AUTO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.2562.  **Nonpriority creditor's name and mailing address**

VORTEK INTERNATIONAL
19 GREENTREE LN
CHESTER NY 10918-4024

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$4,100.76

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| | | |
|---|---|---|
| **3.2563.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

3.2563. **Nonpriority creditor's name and mailing address**

VOTEE*BRIAN
Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**

PENDING WORKERS' COMPENSATION
CLAIM

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.2564. **Nonpriority creditor's name and mailing address**

VP SUPPLY CORPORATION
CHRIS BAKER
3445 WINTON RD
ROCHESTER NY 14623-2950

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$800.14

---

3.2565. **Nonpriority creditor's name and mailing address**

W N A COMET EAST INC
IGOR SHEVCHENKO
6 STUART ROAD
CHELMSFORD MA 01824-4108

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$731.65

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

| 3.2566. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

W.B. MASON
PO BOX 981101
BOSTON MA 02298-1101

☐ Contingent
☐ Unliquidated
☐ Disputed

$18,115.60

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.2567. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

W.W. GRAINGER, INC.
DEPT. 806879698
PALATINE IL 60038-0001

☐ Contingent
☐ Unliquidated
☐ Disputed

$493.52

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.2568. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

WAC LIGHTING
NINA CHOU
44 HARBOR PARK DR
PORT WASHINGTON NY 11050-4652

☐ Contingent
☐ Unliquidated
☐ Disputed

$159.80

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                Case number *(if known)* **19-12809**

3.2569.   **Nonpriority creditor's name and mailing address**    | As of the petition filing date, the claim is: | **Amount of claim**
*Check all that apply.*

WAGON MASTERS, INC
PO BOX 1390                                                                    $1,710.66
SCARBOROUGH ME 04070-1390

☐ Contingent

☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                      ACCOUNTS PAYABLE

**Last 4 digits of account number:**         **Is the claim subject to offset?**

☑ No

☐ Yes

3.2570.   **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:    **Amount of claim**
*Check all that apply.*

WALDEMAR ADAMCZYK
2505 SALMON ST                                                                 $141.00
PHILADELPHIA PA 19125

☐ Contingent

☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                      ACCOUNTS PAYABLE

**Last 4 digits of account number:**         **Is the claim subject to offset?**

☑ No

☐ Yes

3.2571.   **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:    **Amount of claim**
*Check all that apply.*

WALLACE COMP SERVICE
CONDATA GLOBAL                                                                 $121.48
9830 WEST 190TH ST STE M
MOKENA IL 60448-5603

☑ Contingent

☐ Unliquidated

☑ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                      OVERCHARGE CLAIMS

**Last 4 digits of account number:**         **Is the claim subject to offset?**

☐ No

☑ Yes

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

3.2572.   **Nonpriority creditor's name and mailing address**

WALLACE COMPUTER
CONDATA
9830 W 190TH ST STE M
MOKENA IL 60448

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☑ Disputed

**Basis for the claim:**

OVERCHARGE CLAIMS

**Is the claim subject to offset?**

☐ No

☑ Yes

| Amount of claim |
| --- |
| $84.70 |

---

3.2573.   **Nonpriority creditor's name and mailing address**

WALLACE EANNACE
% FLI INC
12980 METCALF AVE STE 240
OVERLAND PARK KS 66213-2707

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☑ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| $2,932.50 |

---

3.2574.   **Nonpriority creditor's name and mailing address**

WALMART STORES
ELIZABETH SANTOS
300 VETERANS DR
TOBYHANNA PA 18466-8982

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☑ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| $38.40 |

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

| 3.2575. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

WALMART STORES
ARLENE BEARD
6004 WALTON WAY
MOUNT CRAWFORD VA 22841

☐ Contingent
☐ Unliquidated
☐ Disputed

$348.96

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.2576. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

WAL-MART STORES
ARLENE BEARD
6004 WALTON WAY
MOUNT CRAWFORD VA 22841

☐ Contingent
☐ Unliquidated
☒ Disputed

$3,058.30

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.2577. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

WAL-MART STORES
CLAIMS DEPT
1301 SE 10TH ST
BENTONVILLE AR 72716-0560

☐ Contingent
☐ Unliquidated
☒ Disputed

$995.52

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor   **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

3.2578.   **Nonpriority creditor's name and mailing address**

WARD GREENBERG HELLER & RELDY
1800 BAUSCH & LOMB PLACE
ROCHESTER NY 14604-2713

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

| **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|
| ☐ Contingent | $3,736.64 |
| ☐ Unliquidated | |
| ☐ Disputed | |

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.2579.   **Nonpriority creditor's name and mailing address**

WAREHOUSE SERVICES NO 4, LLC
PO BOX 608
MT VERNON IN 47620

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

| **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|
| ☐ Contingent | $5,587.50 |
| ☐ Unliquidated | |
| ☐ Disputed | |

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.2580.   **Nonpriority creditor's name and mailing address**

WARREN TIRE, INC.
420 BROADWAY
PAWTUCKET RI 02861

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

| **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|
| ☐ Contingent | $30.09 |
| ☐ Unliquidated | |
| ☐ Disputed | |

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| 3.2581. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | WASSERSTROM COMPANY<br>CLAIMS DEPT<br>PO BOX 182056<br>COLUMBUS OH 43218-2056 | ☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | $4,926.85 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | CARGO CLAIMS | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☑ No<br>☐ Yes | |

| 3.2582. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | WASSERSTROM COMPANY+<br>CLAIMS DEPT<br>PO BOX 182056<br>COLUMBUS OH 43218-2056 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $426.50 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | ACCOUNTS PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☑ No<br>☐ Yes | |

| 3.2583. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | WATSON INC<br>OTILIO PEREZ COLON<br>301 HEFFERNAN DRIVE<br>WEST HAVEN CT 06516-4151 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,405.92 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | ACCOUNTS PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☑ No<br>☐ Yes | |

Debtor    **New England Motor Freight, Inc.**                                        Case number *(if known)* **19-12809**

---

3.2584. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|

WAYFAIR
CHRIS CARPENTER
4 COPLEY PL FL 7
BOSTON MA 02116-6504

UNDETERMINED

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.2585. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|

WAYFAIR
MATTHEW LITTLE
4 COPLEY PL FL 7
BOSTON MA 02116-6504

UNDETERMINED

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.2586. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|

WAYFAIR
SHANNON QUINN
4 COPLEY PL FL 7
BOSTON MA 02116-6504

UNDETERMINED

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | **New England Motor Freight, Inc.** | Case number *(if known)* **19-12809** |

**3.2587.** **Nonpriority creditor's name and mailing address**

WAYFAIR
MATTHEW LITTLE
4 COPLEY PL FLR 7
BOSTON MA 02116-6504

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.2588.** **Nonpriority creditor's name and mailing address**

WAYFAIR
CODY CONNELLY
4 COPLEY PL FL 7
BOSTON MA 02116-6504

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$1,013.90

---

**3.2589.** **Nonpriority creditor's name and mailing address**

WAYFAIR
PAULINE PAPANIKOLAOU
4 COPLEY PL FL 7
BOSTON MA 02116-6504

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$1,422.19

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

**3.2590.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

WAYFAIR
ASHLEY SHI/CODY CONNELLY
4 COPLEY PLACE FLR 7
BOSTON MA 02116-6504

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$21,786.60

**Date or dates debt was incurred**      **Basis for the claim:**

VARIOUS                                   ACCOUNTS PAYABLE

**Last 4 digits of account number:**      **Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.2591.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

WAYNE LARNED
55 KILLDEER ROAD
WARWICK RI 02888

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$197.37

**Date or dates debt was incurred**      **Basis for the claim:**

VARIOUS                                   ACCOUNTS PAYABLE

**Last 4 digits of account number:**      **Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.2592.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

WD-40
%UNYSON LOGISTICS
P O BOX 7047
DOWNERS GROVE IL 60515-7093

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

$5,114.88

**Date or dates debt was incurred**      **Basis for the claim:**

VARIOUS                                   CARGO CLAIMS

**Last 4 digits of account number:**      **Is the claim subject to offset?**

☑ No
☐ Yes

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                Page 866 of 899

Debtor    **New England Motor Freight, Inc.**                                                Case number *(if known)* **19-12809**

---

3.2593. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

WE CORK
% WORLDWIDE EXPRESS
2323 VICTORY AVE STE 1600
DALLAS TX 75219-7657

☐ Contingent
☐ Unliquidated
☑ Disputed

$314.37

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.2594. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

WEBBS WATER GARDENS
MIKE WEBB
6200 DAYS COVE RD STE 6
WHITE MARSH MD 21162-1204

☐ Contingent
☐ Unliquidated
☑ Disputed

$788.58

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.2595. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

WEIS TRUCK & TRAILER REPAIR
1600 LEXINGTON AVE
ROCHESTER NY 14606

☐ Contingent
☐ Unliquidated
☐ Disputed

$3,597.77

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor    **New England Motor Freight, Inc.**                              Case number *(if known)* **19-12809**

| 3.2596. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

WEISS*ROLF
Address Intentionally Omitted

☐ Contingent
☒ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Basis for the claim:**

PENDING WORKERS' COMPENSATION CLAIM

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.2597. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

WEISS-ROHLIG USA LLC
LAUREN COGLIOZ
1601 ESTES AVE
ELK GROVE VILLAGE IL 60007-5409

☐ Contingent
☐ Unliquidated
☐ Disputed

$257.60

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.2598. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

WELCH ALLYN
JOSH STUPER
4341 STATE ST RDT RD
SKANEATELES FALLS NY 13153-5301

☐ Contingent
☐ Unliquidated
☒ Disputed

$219.20

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

3.2599.  **Nonpriority creditor's name and mailing address**

WELCH ALLYN
STEPHANIE VALENTINE
4341 STATE ST RD
SKANEATELES FALLS NY 13153-5300

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$1,235.60

---

3.2600.  **Nonpriority creditor's name and mailing address**

WELCH ALLYN
STEPHANIE VALENTINE
4341 STATE STREET RD
SKANEATELES FALLS NY 13153-5300

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$1,451.17

---

3.2601.  **Nonpriority creditor's name and mailing address**

WELCH ALLYN
JOSHUA STUPER
4341 STATE ST RD
SKANEATELES FALLS NY 13153-5300

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$2,979.00

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

| 3.2602. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

WELCH ALLYN
CLAIMS DEPT
6950 CREDITVIEW RD UNIT 4
MISSISSAUGA ON L5N0A6
CANADA

☐ Contingent
☐ Unliquidated
☐ Disputed

$3,202.29

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.2603. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

WELCH ALLYN
CHRISTY LEUBNER
4341 STATE ST RD
SKANEATELES FALLS NY 13153-5300

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,250.93

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.2604. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

WELCH ALLYN INC
JOSHUA STUPER/C LEUBNER
4341 STATE ST RD
SKANEATELES FALLS NY 13153-5300

☐ Contingent
☐ Unliquidated
☐ Disputed

$689.81

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                    Case number *(if known)* **19-12809**

---

3.2605. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

WELCH'S NORTH EAST P
% MODE TRANSPORTATION
1435 54TH ST #A
COLUMBUS GA 31904

*Check all that apply.*                                    $15.00

☐ Contingent

☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**            **Basis for the claim:**

VARIOUS                                ACCOUNTS PAYABLE

**Last 4 digits of account number:**            **Is the claim subject to offset?**

☑ No

☐ Yes

---

3.2606. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

WELLS FARGO EQUIPMENT FINANCE INC
733 MARQUETTE AVE
STE 700
MINNEAPOLIS MN 55402

*Check all that apply.*                                    $0.00

☑ Contingent

☐ Unliquidated

☑ Disputed

**Date or dates debt was incurred**            **Basis for the claim:**

_____            GUARANTEE OF LOAN

**Last 4 digits of account number:**            **Is the claim subject to offset?**

☐ No

☐ Yes

---

3.2607. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

WEST END POWER EQUIP CO INC
JOHN DEERE DEALER
56 BEAVER BROOK RD
DANBURY CT 06810-6239

*Check all that apply.*                                    UNDETERMINED

☐ Contingent

☐ Unliquidated

☑ Disputed

**Date or dates debt was incurred**            **Basis for the claim:**

VARIOUS                                CARGO CLAIMS

**Last 4 digits of account number:**            **Is the claim subject to offset?**

☑ No

☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| | | |
|---|---|---|
| 3.2608. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

WEST PENN POWER
PO BOX 3687
AKRON OH 44309-3687

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**
$2,080.38

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.2609.    **Nonpriority creditor's name and mailing address**

WESTERN REGIONAL DELIVERY SERVICE
YVONNE SERRANO
1424 S RAYMOND AVE
FULLERTON CA 92831-5235

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Amount of claim**
$564.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.2610.    **Nonpriority creditor's name and mailing address**

WESTERN REGIONAL DELIVERY SERVICE
SHERRY NAVARRO
1424 S RAYMOND AVE
FULLERTON CA 92831-5235

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Amount of claim**
$2,040.40

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

3.2611. **Nonpriority creditor's name and mailing address**

WESTERN VIRGINIA WATER
AUTHORITY
P O BOX 17381
BALTIMORE MD 21297-1381

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
|---|
| $292.01 |

---

3.2612. **Nonpriority creditor's name and mailing address**

WHITE*REGINALD
Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

PENDING WORKERS' COMPENSATION
CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
|---|
| UNDETERMINED |

---

3.2613. **Nonpriority creditor's name and mailing address**

WHITED FORD TRUCK CENTER INC
207 PERRY ROAD
BANGOR ME 04401

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
|---|
| $619.99 |

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

**3.2614.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

WHITEROSE FREIGHT LLC
P O BOX 191153
BROOKLYN NY 11219-7153

☒ Contingent
☐ Unliquidated
☒ Disputed

$23.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

OVERCHARGE CLAIMS

**Is the claim subject to offset?**

☐ No
☒ Yes

---

**3.2615.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

WIADERSKI*WOJTEK
Address Intentionally Omitted

☐ Contingent
☒ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Basis for the claim:**

PENDING WORKERS' COMPENSATION CLAIM

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.2616.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

WICHELIN NORTH AMERICA
CLAIMS DEPT
PO BOX 100860
ATLANTA GA 30384-0860

☐ Contingent
☐ Unliquidated
☒ Disputed

$265.08

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**                    Page 874 of 899

Debtor   **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

| | | |
|---|---|---|
| 3.2617. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

| | | |
|---|---|---|
| | WICKETT & CRAIG | *Check all that apply.* |
| | 120 COOPER RD | ☑ Contingent |
| | CURWENSVILLE PA 16833-1542 | ☐ Unliquidated |
| | | ☑ Disputed |

**Amount of claim**

$70.00

**Date or dates debt was incurred**      **Basis for the claim:**

VARIOUS                                  OVERCHARGE CLAIMS

**Last 4 digits of account number:**     **Is the claim subject to offset?**

☐ No
☑ Yes

---

3.2618.   **Nonpriority creditor's name and mailing address**   **As of the petition filing date, the claim is:**
*Check all that apply.*

WIESE USA, INC
P O BOX 60106
ST LOUIS MO 63160

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$359.28

**Date or dates debt was incurred**      **Basis for the claim:**

VARIOUS                                  ACCOUNTS PAYABLE

**Last 4 digits of account number:**     **Is the claim subject to offset?**

☑ No
☐ Yes

---

3.2619.   **Nonpriority creditor's name and mailing address**   **As of the petition filing date, the claim is:**
*Check all that apply.*

WILBER AND ASSOCIATES PC
210 LANDMARK DR
NORMAL IL 61761

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**      **Basis for the claim:**

_____        OPEN AUTO CLAIMS

**Last 4 digits of account number:**     **Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

3.2620.  **Nonpriority creditor's name and mailing address**

WILD MEADOW FARMS
DAWN CLINTON
101 W MAIN ST UNIT D
SALUNGA PA 17538-1109

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☒ No
☐ Yes

| Amount of claim |
| --- |
| $1,242.00 |

---

3.2621.  **Nonpriority creditor's name and mailing address**

WILHOIT*LYNDON
Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**

PENDING WORKERS' COMPENSATION
CLAIM

**Is the claim subject to offset?**

☒ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

3.2622.  **Nonpriority creditor's name and mailing address**

WILLETT*SEAN
Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**

PENDING WORKERS' COMPENSATION
CLAIM

**Is the claim subject to offset?**

☒ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

Debtor    **New England Motor Freight, Inc.**                                          Case number *(if known)* **19-12809**

---

3.2623.    **Nonpriority creditor's name and mailing address**

WILLIAM ESFORD
YEAROUT AND TRAYLOR PC
WILLIAM P TAYLOR III ESQ
3300 CAHABA RD
STE 35223
BIRMINGHAM AL 35223

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

SETTLEMENT

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| $287,000.00 |

---

3.2624.    **Nonpriority creditor's name and mailing address**

WILLIAM OUTLAW
6028 N BROAD STREET
PHILADELPHIA PA 19141

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

SETTLEMENT

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| $15,000.00 |

---

3.2625.    **Nonpriority creditor's name and mailing address**

WILLIAM R GOLDMAN
ATTN: WILLIAM R GOLDMAN
463 STATE ROUTE 208
NEW PALTZ NY 12561-2631

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| $10.00 |

---

| Debtor | **New England Motor Freight, Inc.** | Case number *(if known)* **19-12809** |

---

3.2626. **Nonpriority creditor's name and mailing address**

WILLIAMS*DAVID
Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**

PENDING WORKERS' COMPENSATION CLAIM

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.2627. **Nonpriority creditor's name and mailing address**

WILSON PARTITIONS
C/O WORLDWIDE EXPRESS
2323 VICTORY AVE STE 16
DALLAS TX 75219-7657

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$75.00

---

3.2628. **Nonpriority creditor's name and mailing address**

WILSON*ESHAN
Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**

PENDING WORKERS' COMPENSATION CLAIM

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor   **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| | | |
|---|---|---|
| 3.2629. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

3.2629. **Nonpriority creditor's name and mailing address**

WILSON*JAMES
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Basis for the claim:**

PENDING WORKERS' COMPENSATION CLAIM

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.2630. **Nonpriority creditor's name and mailing address**

WINDMILL HEALTH PRODUCTS
YULIYA KLIMOVA
10 HENDERSON DR
WEST CALDWELL NJ 07006-6608

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Amount of claim**

$11,901.92

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.2631. **Nonpriority creditor's name and mailing address**

WINDOW TECH SYSTEMS
TRACY CARPENTER
15 OLD STONEBREAK RD
MALTA NY 12020-4900

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Amount of claim**

$660.41

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

3.2632.  **Nonpriority creditor's name and mailing address**

WINDSTREAM
PO BOX 9001908
LOUISVILLE KY 40290-1908

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$177.01

---

3.2633.  **Nonpriority creditor's name and mailing address**

WINDWARD TRADING COMPANY
VIRGINIA DAHER
12570 ALLENDALE CIR
FORT MYERS FL 33912-4678

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$122.35

---

3.2634.  **Nonpriority creditor's name and mailing address**

WINFREYS FUDGE INC
MARK WINFREY
40 NEWBURYPORT TPK
ROWLEY MA 01969-2106

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☑ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$5,580.00

---

Debtor   **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

3.2635.  **Nonpriority creditor's name and mailing address**

WINGS WORLDWIDE
STEPHANIE ISRAEL
210 SUMMIT AVENUE #A1
MONTVALE NJ 07645-1579

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

| As of the petition filing date, the claim is: | Amount of claim |
|---|---|
| *Check all that apply.* | $282.36 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.2636.  **Nonpriority creditor's name and mailing address**

WINSUPPLY
% ODW LOGISTICS
345 HIGH ST STE 600
HAMILTON OH 45011-6072

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

| As of the petition filing date, the claim is: | Amount of claim |
|---|---|
| *Check all that apply.* | $10,980.81 |

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.2637.  **Nonpriority creditor's name and mailing address**

WITHUMSMITH & BROWN, PC
P O BOX 5340
PRINCETON NJ 08543

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

| As of the petition filing date, the claim is: | Amount of claim |
|---|---|
| *Check all that apply.* | $12,964.73 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**    Case number *(if known)* **19-12809**

| | | |
|---|---|---|
| 3.2638. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

WNA COMET EAST INC
IGOR SHEVCHENKO
6 STUART RD
CHELMSFORD MA 01824-4108

☐ Contingent
☐ Unliquidated
☑ Disputed

**Amount of claim**

$11,307.64

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.2639. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

WOOD COUNTY IMPLEMENT
JOHN DEERE DEALER
13051 KRAMER RD
BOWLING GREEN OH 43402

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$355.03

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.2640. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

WOOD PRO INC
MICHAEL BENVENUTI
421 WASHINGTON ST
AUBURN MA 01501-3233

☐ Contingent
☐ Unliquidated
☑ Disputed

**Amount of claim**

$354.90

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

**3.2641.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

WOODS SERVICE CENTERS, INC
418 WASHINGTON AVENUE
VINTON VA 24179

☐ Contingent
☐ Unliquidated
☐ Disputed

$750.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.2642.** **Nonpriority creditor's name and mailing address**

WOODSTREAM CORPORATION
BETHANY LIGHT
69 N LOCUST ST
LITITZ PA 17543-1714

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Amount of claim**

$3,818.98

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.2643.** **Nonpriority creditor's name and mailing address**

WORKPLACE SYSTEMS IN
562 MAMMOTH RD
LONDONDERRY NH 03053-2101

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

**Amount of claim**

$28.53

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

OVERCHARGE CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

---

Debtor   **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

**3.2644.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

WORLDWIDE EXPRESS
MICHELLE POINDEXTER
19015 PERRY HWY
MARS PA 16046-9401

☐ Contingent
☐ Unliquidated
☑ Disputed

$250.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.2645.** **Nonpriority creditor's name and mailing address**

WORLDWIDE EXPRESS
1200 FULLER RD
LINDEN NJ 07036-5774

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

**Amount of claim**

$1,272.97

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

OVERCHARGE CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

---

**3.2646.** **Nonpriority creditor's name and mailing address**

WORLDWIDE EXPRESS
2323 VICTORY AVE ,SUITE 1600
DALLAS TX 75219-7657

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$144.95

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **New England Motor Freight, Inc.**                                        Case number *(if known)* **19-12809**

---

| 3.2647. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

WORLDWIDE EXPRESS
19015 PERRY HWY
MARS PA 16046-9401

☐ Contingent
☐ Unliquidated
☐ Disputed

$315.18

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.2648. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

WORLDWIDE EXPRESS
PAUL CASTELLANI
6 WILKENS DR STE 103
PLAINVILLE MA 02762-5019

☐ Contingent
☐ Unliquidated
☐ Disputed

$50.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.2649. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

WORTHEN INDUSTRIES
TABS
3 E SPLIT ROCK RD
NASHUA NH 03060

☑ Contingent
☐ Unliquidated
☑ Disputed

$2,238.34

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

OVERCHARGE CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

---

Debtor  **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

| 3.2650. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

WORTHEN INDUSTRIES
TABS 617-889-1145
4105 CASTLEWOOD RD
RICHMOND VA 23234-2707

☒ Contingent

☐ Unliquidated

☒ Disputed

$571.80

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

OVERCHARGE CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No

☒ Yes

---

| 3.2651. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

WOW USA INC
LISA GENAO
9408 GUNSTON COVE RD STE C-D
LORTON VA 22079-2302

☐ Contingent

☐ Unliquidated

☒ Disputed

$142.32

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No

☐ Yes

---

| 3.2652. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

WRIGHT*CLEVELAND
Address Intentionally Omitted

☐ Contingent

☒ Unliquidated

☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

PENDING WORKERS' COMPENSATION
CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

3.2653.    **Nonpriority creditor's name and mailing address**

WRIGHT*PATRICK
Address Intentionally Omitted

| **As of the petition filing date, the claim is:** | **Amount of claim** |
|---|---|
| *Check all that apply.* | UNDETERMINED |

☐ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Basis for the claim:**

PENDING WORKERS' COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.2654.    **Nonpriority creditor's name and mailing address**

WURTH BAER SUPPLY
CLAIMS DEPT
909 FOREST EDGE DR
VERNON HILLS IL 60061-3106

| **As of the petition filing date, the claim is:** | **Amount of claim** |
|---|---|
| *Check all that apply.* | $191.70 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.2655.    **Nonpriority creditor's name and mailing address**

WURTH USA, INC
PO BOX 415889
BOSTON MA 02241-5889

| **As of the petition filing date, the claim is:** | **Amount of claim** |
|---|---|
| *Check all that apply.* | $2,075.76 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

3.2656. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

**Nonpriority creditor's name and mailing address**

WUSTHOF TRIDENT
BRIAN HAMRICK
355 WILSON AVE
NORWALK CT 06854-4616

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Amount of claim**

$188.50

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.2657.

**Nonpriority creditor's name and mailing address**

XPEDX
TINA BONDS
2201 REEVES RD STE 106
PLAINFIELD IN 46168-5683

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$163.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.2658.

**Nonpriority creditor's name and mailing address**

XPO LOGISTICS LLC
ATTN: LISA MOORE
PO BOX 5159
PORTLAND OR 97208-5159

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$3,606.79

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

3.2659. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

XRS CORPORATION
PO BOX 847170
DALLAS TX 75284-7170

☐ Contingent
☐ Unliquidated
☐ Disputed

$54,348.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.2660. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

XYNYTH MANUFACTURING CORPORATION
% SCHNEIDER LOGISTICS
PO BOX 78158
MILWAUKEE WI 53278-8158

☐ Contingent
☐ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.2661. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

YANDOW SALES & SERVICE
PO BOX 119
NORTH FERRISBURG VT 05473-0119

☐ Contingent
☐ Unliquidated
☐ Disputed

$55.92

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

3.2662. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim** |

*Check all that apply.*

YARD TRUCK SPECIALIST, INC
1510 FORD ROAD
PO BOX 421
BENSALEM PA 19020

$4,280.67

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.2663. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim** |

*Check all that apply.*

YELLOW DOG REPORTS
P.O. BOX 879
ROYSE CITY TX 75189

$426.40

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.2664. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim** |

*Check all that apply.*

YEOMANS*JOHN
Address Intentionally Omitted

UNDETERMINED

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

PENDING WORKERS' COMPENSATION
CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                Case number *(if known)* **19-12809**

---

3.2665.    **Nonpriority creditor's name and mailing address**

YORK RISK SERVICES GROUP
% ECHO GLOBAL
600 W CHICAGO AVE STE 725
CHICAGO IL 60654-2801

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| $3,788.32 |

---

3.2666.    **Nonpriority creditor's name and mailing address**

YUNG-KO TRANS CO LTD
SORA CHOI
1224 MILL ST BLDG B
EAST BERLIN CT 06023-1159

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| $1,587.76 |

---

3.2667.    **Nonpriority creditor's name and mailing address**

YUSKO*RAYMOND
Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

PENDING WORKERS' COMPENSATION
CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

Debtor   **New England Motor Freight, Inc.**                          Case number *(if known)* **19-12809**

---

3.2668. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

ZACHARY BALTZ V NEW ENGLAND MOTOR
FREIGHT INC
WILLIAM CAPPUCCINO
9 CRANBERRY DR
TINTON FALLS NJ 07753

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**
UNDETERMINED

**Date or dates debt was incurred**
_____

**Basis for the claim:**
LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.2669. **Nonpriority creditor's name and mailing address**

ZACHARY W. COHEN 2000 SUBTRUST U/W/O
JON SHEVELL
1-71 NORTH AVENUE EAST
ELIZABETH NJ 07201

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**
$17,581.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
INSIDER PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.2670. **Nonpriority creditor's name and mailing address**

ZEHRA ABBAS
374 OAK TREE CT
HOFFMAN ESTATES IL 60169

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**
UNDETERMINED

**Date or dates debt was incurred**
_____

**Basis for the claim:**
OPEN AUTO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                      Case number *(if known)* **19-12809**

| | | |
|---|---|---|
| 3.2671. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

3.2671.  **Nonpriority creditor's name and mailing address**

ZENITH PRODUCTS CORP
CRYSTAL NEAL
400 LUKENS DR
NEW CASTLE DE 19720-2728

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Amount of claim**

$846.90

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.2672.  **Nonpriority creditor's name and mailing address**

ZIMMERMAN*MICHAEL
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

PENDING WORKERS' COMPENSATION
CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.2673.  **Nonpriority creditor's name and mailing address**

ZIPLINE LOGISTICS LLC
JON BUTLER
2300 W 5TH AVE STE 100
COLUMBUS OH 43215-1003

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Amount of claim**

$10,224.37

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CARGO CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

**3.2674.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

ZUCCONI, MARK
Address Intentionally Omitted

☐ Contingent
☑ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Basis for the claim:**

PENDING WORKERS' COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.2675.** **Nonpriority creditor's name and mailing address**

ZUCKERMAN HONICKMAN
RICHARD EVANS
191 S GULPH ROAD
KING OF PRUSSIA PA 19406-3103

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Amount of claim**

$3,377.97

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

CARGO CLAIMS

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.2676.** **Nonpriority creditor's name and mailing address**

ZUREK, WILLIAM
Address Intentionally Omitted

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Basis for the claim:**

PENDING WORKERS' COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **New England Motor Freight, Inc.**                                          Case number *(if known)* **19-12809**

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4.    List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

    **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| BANILOV AND ASSOCIATES<br>NICK BANILOV ESQ<br>2566 86TH ST<br>STE 5315<br>BROOKLYN NY 11214 | Part 2 line 3.1298 | _____ |
| BENESCH FRIEDLANDER COPLAN & ARONOFF LLP<br>KEVIN M CAPUZZI<br>CONTINENTAL PLAZA II<br>411 HACKENSACK AVE.,3RD FLOOR<br>HACKENSACK NJ 07601-6323 | Part 2 line 3.112 | _____ |
| BENESCH FRIEDLANDER COPLAN & ARONOFF LLP<br>KEVIN M CAPUZZI<br>CONTINENTAL PLAZA II<br>411 HACKENSACK AVE.,3RD FLOOR<br>HACKENSACK NJ 07601-6323 | Part 2 line 3.113 | _____ |
| BENESCH FRIEDLANDER COPLAN & ARONOFF LLP<br>KEVIN M CAPUZZI<br>CONTINENTAL PLAZA II<br>411 HACKENSACK AVE.,3RD FLOOR<br>HACKENSACK NJ 07601-6323 | Part 2 line 3.114 | _____ |
| BENESCH FRIEDLANDER COPLAN & ARONOFF LLP<br>KEVIN M CAPUZZI<br>CONTINENTAL PLAZA II<br>411 HACKENSACK AVE.,3RD FLOOR<br>HACKENSACK NJ 07601-6323 | Part 2 line 3.115 | _____ |
| CAPITAL ONE<br>ROBERT HARVEY<br>499 THORNAL ST<br>11TH FLOOR<br>EDISON NJ 08837 | Part 2 line 3.381 | _____ |
| CAPITAL ONE<br>ROBERT HARVEY<br>499 THORNAL ST<br>11TH FLOOR<br>EDISON NJ 08837 | Part 2 line 3.382 | _____ |
| COLE SCHOTZ PC<br>MICHAEL D SIROTA,ESQ<br>COURT PLAZA NORTH<br>25 MAIN ST<br>HACKENSACK NJ 07601 | Part 2 line 3.1037 | _____ |
| COLE SCHOTZ PC<br>JACOB S FRUMKIN,ESQ<br>COURT PLAZA NORTH<br>25 MAIN ST<br>HACKENSACK NJ 07601 | Part 2 line 3.1037 | _____ |

Debtor   **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| | | |
|---|---|---|
| CONNELL FOLEY LLP<br>ROBERT K SCHEINBAUM,ESQ<br>56 LIVINGSTON AVE<br>ROSELAND NJ 07068 | Part 2 line 3.1662 | _____ |
| CONNELL FOLEY LLP<br>ROBERT K SCHEINBAUM,ESQ<br>56 LIVINGSTON AVE<br>ROSELAND NJ 07068 | Part 2 line 3.1663 | _____ |
| DAIMLER TRUST<br>C/O BK SERVICING LLC<br>P O BOX 131265<br>ROSEVILLE MN 55113-0011 | Part 2 line 3.618 | _____ |
| DINSMORE & SHOHL LLP<br>GRACE WINKLER CRANLEY,ESQ<br>227 WEST MONROE ST.,STE 3850<br>CHICAGO IL 60606 | Part 2 line 3.2030 | _____ |
| DREIFUSS BONACCI & PARKER PC<br>JOANNE M BONACCI<br>26 COLUMBIA TURNPIKE STE 101 NORTH<br>ENTRANCE<br>FLORHAM PARK NJ 07932 | Part 2 line 3.2030 | _____ |
| DREIFUSS BONACCI & PARKER PC<br>PAUL M MCCORMICK,ESQ<br>26 COLUMBIA TURNPIKE STE 101, NORTH<br>ENTRANCE<br>FLORHAM PARK NJ 07932 | Part 2 line 3.2030 | _____ |
| FROST BROWN TODD LLC<br>MARK A PLATT<br>100 CRESCENT COURT STE 350<br>DALLAS TX 75201 | Part 2 line 3.1746 | _____ |
| GEBHARDT & SMITH LLP<br>JAMES M SMITH<br>ONE SOUTH STREET<br>SUITE 2200<br>BALTIMORE MD 21202-3281 | Part 2 line 3.2342 | _____ |
| GEBHARDT & SMITH LLP<br>DAVID V FONTANA,ESQ<br>ONE SOUTH ST STE 2200<br>BALTIMORE MD 21202 | Part 2 line 3.2342 | _____ |
| GEBHARDT & SMITH LLP<br>LISA BITTLE TANCREDI<br>ONE SOUTH STREET<br>SUITE 2200<br>BALTIMORE MD 21202-3281 | Part 2 line 3.2342 | _____ |
| GREAT DANE LLC<br>JOE MARINO<br>1155 FOURT STAR DR<br>LANCASTER PA 17552 | Part 2 line 3.1037 | _____ |
| GUNNING & LA FAZIA INC.<br>KEVIN HOLLEY<br>33 COLLEGE HILL ROAD<br>SUITE 25B<br>WARWICK RI 02886 | Part 2 line 3.38 | _____ |
| HINMAN HOWARD & KATTELL LLP<br>KEVIN J BLOOM,ESQ<br>PARK 80 WEST -PLAZA II<br>250 PEHLE AVE STE 200<br>SADDLE BROOK NJ 07663-5834 | Part 2 line 3.1574 | _____ |

| Debtor | **New England Motor Freight, Inc.** | | Case number *(if known)* **19-12809** |

| | | |
|---|---|---|
| IAM NATIONAL PENSION FUND<br>P O BOX 791129<br>BALTIMORE MD 21279-1129 | Part 2 line 3.1150 | _____ |
| IAMAW<br>WILLIAM W WINPISINGER-EDU CNT<br>24494 PLACID HARBOR WAY<br>HOLLYWOOD MD 20636 | Part 2 line 3.1150 | _____ |
| JALIL WALTERS<br>4109 CYPRESS ROAD<br>APT. M.<br>HARRISBURG PA 17112 | Part 2 line 3.1225 | _____ |
| MCCARTER & ENGLISH LLP<br>PETER M KNOB,ESQ<br>FOUR GATEWAY CENTER<br>100 MULBERRY ST<br>NEWARK NJ 07102 | Part 2 line 3.381 | _____ |
| MCCARTER & ENGLISH LLP<br>JOSEPH LUBERTAZZI JR.,ESQ<br>FOUR GATEWAY CENTER<br>100 MULBERRY ST<br>NEWARK NJ 07102 | Part 2 line 3.381 | _____ |
| MCCARTER & ENGLISH LLP<br>PETER M KNOB,ESQ<br>FOUR GATEWAY CENTER<br>100 MULBERRY ST<br>NEWARK NJ 07102 | Part 2 line 3.382 | _____ |
| MCCARTER & ENGLISH LLP<br>JOSEPH LUBERTAZZI JR.,ESQ<br>FOUR GATEWAY CENTER<br>100 MULBERRY ST<br>NEWARK NJ 07102 | Part 2 line 3.382 | _____ |
| MCMANIMON, SCOTLAND AND BAUMANN, LLC<br>ANTHONY SODONO, III; SARI PLACONA<br>75 LIVINGSTON AVE<br>ROSELAND NJ 07068 | Part 2 line 3.618 | _____ |
| NORRIS MCLAUGHLIN PA<br>MORRIS S BAUER,ESQ<br>400 CROSSING BOULEVARD,8TH FLOOR<br>BRIDGEWATER NJ 08807 | Part 2 line 3.735 | _____ |
| NORRIS MCLAUGHLIN PA<br>CATHERINE L COREY,ESQ<br>400 CROSSING BOULEVARD, 8TH FLOOR<br>BRIDGEWATER NJ 08807 | Part 2 line 3.735 | _____ |
| RIKER DANZIG SCHERER HYLAND & PERRETTI<br>LLP<br>JOSEPH L SCHWARTZ;MICHAEL TRENTIN<br>HEADQUARTERS PLAZA<br>ONE SPEEDWELL AVE<br>MORRISTOWN NJ 07962-1981 | Part 2 line 3.1447 | _____ |
| ROSEN SCHAFER & DIMEO<br>123 SOUTH BROAD STREET<br>SUITE 2170<br>PHILADELPHIA PA 19109 | Part 2 line 3.2624 | _____ |
| SAUL EWING ARNSTEIN AND LEHR LLP<br>JEREMIAH J VANDERMARK ESQ<br>1500 MARKET ST<br>38TH FLOOR<br>PHILADELPHIA PA 19102-2186 | Part 2 line 3.91 | _____ |

Debtor    **New England Motor Freight, Inc.**    Case number *(if known)* **19-12809**

| | | |
|---|---|---|
| SHIPMAN & GOODWIN LLP<br>ERIC S GOLDSTEIN,ESQ<br>ONE CONSTITUTIONAL PLAZA<br>HARTFORD CT 06103 | Part 2 line 3.2487 | _____ |
| SHIPMAN & GOODWIN LLP<br>ERIC S GOLDSTEIN,ESQ<br>ONE CONSTITUTIONAL PLAZA<br>HARTFORD CT 06103 | Part 2 line 3.2488 | _____ |
| SIMON & MCCLOSKY, LTD.<br>120 W. MADISON ST<br>SUITE 100<br>CHICAGO IL 60602 | Part 2 line 3.422 | _____ |
| SQUIRE PATTON BOGGS<br>NORMAN N KINEL<br>30 ROCKEFELLER PLAZA<br>NEW YORK NY 10112 | Part 2 line 3.737 | _____ |
| SQUIRE PATTON BOGGS (US) LLP<br>NORMAN N KINEL,ESQ<br>30 ROCKEFELLER PLAZA, 23RD FLOOR<br>NEW YORK NY 10112 | Part 2 line 3.737 | _____ |
| SQUIRE PATTON BOGGS (US) LLP<br>NORMAN N KINEL,ESQ<br>30 ROCKEFELLER PLAZA, 23RD FLOOR<br>NEW YORK NY 10112 | Part 2 line 3.736 | _____ |
| TROUTMAN SANDERS<br>DAVID A PISCIOTTA<br>875 THIRD AVENUE<br>NEW YORK NY 10022 | Part 2 line 3.2126 | _____ |
| TROUTMAN SANDERS<br>LOUIS CURCIO<br>875 THIRD AVENUE<br>NEW YORK NY 10022 | Part 2 line 3.2126 | _____ |
| TROUTMAN SANDERS<br>ALISSA PICCIONE<br>875 THIRD AVENUE<br>NEW YORK NY 10022 | Part 2 line 3.2126 | _____ |
| TURNER LAW FIRM LLC<br>ANDREW R TURNER,ESQ<br>76 SOUTH ORANGE AVE STE 106<br>SOUTH ORANGE NJ 07079 | Part 2 line 3.1927 | _____ |
| WAPNER NEWMAN WIGRIZER ET AL.<br>ADAM S. GETSON, ESQ.<br>2000 MARKET STREET<br>SUITE 2750<br>PHILADELPHIA PA 19103-4433 | Part 2 line 3.2361 | _____ |

Debtor   **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5.   **Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  |  | Total of claim amounts |
|---|---|---|---|---|
| **5a.** | **Total claims from Part 1** | 5a. |  | $272,877.11 |
| **5b.** | **Total claims from Part 2** | 5b. | **+** | $56,576,943.76 |
| **5c.** | **Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. |  | $56,849,820.87 |

| Fill in this information to identify the case: |
|---|
| **Debtor name:** New England Motor Freight, Inc. |
| **United States Bankruptcy Court for the:** District of New Jersey |
| **Case number (if known):** 19-12809 |

☐ Check if this is an
amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|

| 2.1. | **Title of contract** | LEASE AGREEMENT | 12731 RT 30 CORP<br>C/O MYRON P. SHEVELL<br>1-71 NORTH AVENUE EAST<br>ELIZABETH NJ 07201 |
|---|---|---|---|
| | **State what the contract or lease is for** | PITTSBURGH TERMINAL # 65 REAL PROPERTY LEASE - 12731 ROUTE 30 WEST, IRWIN, PA 15642 | |
| | **Nature of debtor's interest** | LESSEE | |
| | **State the term remaining** | 12/31/2019 | |
| | **List the contract number of any government contract** | _____ | |

| 2.2. | **Title of contract** | LETTER OF EXTENSION | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | **State what the contract or lease is for** | REAL PROPERTY LEASE - 15 MIDDLETOWN AVE, NORTH HAVEN, CT | |
| | **Nature of debtor's interest** | LESSEE | 15 MIDDLETOWN AVENUE CORPORATION<br>C/O MYRON P. SHEVELL<br>1-71 NORTH AVENUE EAST<br>ELIZABETH NJ 07201 |
| | **State the term remaining** | EXPIRATION 1/31/2017 | |
| | **List the contract number of any government contract** | _____ | |

| 2.3. | **Title of contract** | CUSTOMER CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | 1620 WINERY<br>170 WATER ST<br>SUITE 25<br>PLYMOUTH MA 02360-3863 |
| | **State the term remaining** | DATED: 08/31/16 | |
| | **List the contract number of any government contract** | _____ | |

| | | |
|---|---|---|
| Debtor | **New England Motor Freight, Inc.** | Case number *(if known)* **19-12809** |

| | | | |
|---|---|---|---|
| 2.4. | Title of contract | LEASE AGREEMENT AND FIRST AMENDMENT TO LEASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | State what the contract or lease is for | HAGERSTOWN TERMINAL # 47 REAL PROPERTY LEASE - 16503 HUNTERS GREEN PARKWAY, HAGERSTOWN, MD 21740 | |
| | Nature of debtor's interest | LESSEE | 16503 HUNTERS GREEN LLC BRAD FULTON 16503 HUNTERS GREEN PARKWAY HAGERSTOWN MD 21740 |
| | State the term remaining | 11/30/2023 | |
| | List the contract number of any government contract | | |
| 2.5. | Title of contract | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | State what the contract or lease is for | CUSTOMER CONTRACT | |
| | Nature of debtor's interest | CUSTOMER | 21ST CENTURY WINE ESSEX ENTITIES P O BOX 51998 BOSTON MA 02205-1998 |
| | State the term remaining | DATED: 05/31/18 | |
| | List the contract number of any government contract | | |
| 2.6. | Title of contract | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | State what the contract or lease is for | CUSTOMER CONTRACT | |
| | Nature of debtor's interest | CUSTOMER | 21ST CENTURY WINE P O BOX 51998 BOSTON MA 02205-1998 |
| | State the term remaining | DATED: 11/10/16 | |
| | List the contract number of any government contract | | |
| 2.7. | Title of contract | LEASE AGREEENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | State what the contract or lease is for | REAL PROPETY LEASE - 345 WALCOTT ST., PAWTUCKET, RI 02860 | |
| | Nature of debtor's interest | LESSEE | 345 WALCOTT STREET LLC C/O AMZ MANAGEMENT LLC 1-71 NORTH AVENUE EAST ELIZABETH NJ 07201 |
| | State the term remaining | 6/30/2011 | |
| | List the contract number of any government contract | | |
| 2.8. | Title of contract | LEASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | State what the contract or lease is for | BALTIMORE /WASHINGTON TERMINAL # 40 REAL PROPERTY LEASE - 1508 JOHN AVENUE, BALTIMORE, MD 21227 | |
| | Nature of debtor's interest | LESSEE | 3600 GEORGETOWN CORP C/O MYRON P. SHEVELL 1-71 NORTH AVENUE EAST ELIZABETH NJ 07201 |
| | State the term remaining | 12/31/2019 | |
| | List the contract number of any government contract | | |

Debtor    **New England Motor Freight, Inc.**                                         Case number *(if known)* **19-12809**

| 2.9. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | 4C FOOS CORP |
| | **State the term remaining** | DATED: 02/17/17 | 4C FOODS CORP |
| | | | TOTALOGISTIX |
| | **List the contract number of any government contract** | _____ | P O BOX 9506 |
| | | | AMHERST NY 14226-9506 |

| 2.10. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | 4FRONT LOGISTICS |
| | **State the term remaining** | DATED: 04/14/16 | 4FRONT LOGISTICS INC |
| | | | 318 W ADAMS ST |
| | **List the contract number of any government contract** | _____ | OFFICE 1514 |
| | | | CHICAGO IL 60606-5111 |

| 2.11. | **Title of contract** | LEASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PROVIDENCE TERMINAL # 02 REAL PROPERTY LEASE - 1.19 ACRES | |
| | **Nature of debtor's interest** | LESSEE | 55 DELTA DRIVE LLC |
| | **State the term remaining** | 12/31/2019 | C/O MYRON P. SHEVELL |
| | | | 1-71 NORTH AVENUE EAST |
| | **List the contract number of any government contract** | _____ | ELIZABETH NJ 07201 |

| 2.12. | **Title of contract** | LEASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PROVIDENCE TERMINAL # 02 REAL PROPERTY LEASE - 1.50 ACRES | |
| | **Nature of debtor's interest** | LESSEE | 55 DELTA DRIVE LLC |
| | **State the term remaining** | 12/31/2019 | C/O MYRON P. SHEVELL |
| | | | 1-71 NORTH AVENUE EAST |
| | **List the contract number of any government contract** | _____ | ELIZABETH NJ 07201 |

| 2.13. | **Title of contract** | LEASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PROVIDENCE TERMINAL # 02 REAL PROPERTY LEASE - 4.97 ACRES | |
| | **Nature of debtor's interest** | LESSEE | 55 DELTA DRIVE LLC |
| | **State the term remaining** | 12/31/2019 | C/O MYRON P. SHEVELL |
| | | | 1-71 NORTH AVENUE EAST |
| | **List the contract number of any government contract** | _____ | ELIZABETH NJ 07201 |

Debtor    **New England Motor Freight, Inc.**                                        Case number *(if known)* **19-12809**

| 2.14. | **Title of contract** | LEASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LEASE OF REAL PROPERTY AT 68 - 67 SCHUYLER ROAD, DEWIT, NY 13457 | |
| | **Nature of debtor's interest** | LESSEE | 68-67 SCHUYLER ROAD LLC C/O MYRON P. SHEVELL 1-71 NORTH AVENUE EAST ELIZABETH NJ 07201 |
| | **State the term remaining** | 12/31/2019 | |
| | **List the contract number of any government contract** | | |

| 2.15. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | 802 DISTRIBUTORS P O BOX 5597 BURLINGTON VT 05402-5597 |
| | **State the term remaining** | DATED: 05/10/16 | |
| | **List the contract number of any government contract** | | |

| 2.16. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | A A A POLYMER METRO LOGISTICS P O BOX 730 SPEONK NY 11972-0730 |
| | **State the term remaining** | DATED: 06/25/15 | |
| | **List the contract number of any government contract** | | |

| 2.17. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | A A F E S MASTSON INTEGRATED P O BOX 6450 VILLA PARK IL 60181-6450 |
| | **State the term remaining** | DATED: 08/02/18 | |
| | **List the contract number of any government contract** | | |

| 2.18. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | A A F E S MATSON INTEGRATED L P O BOX 6450 VILLA PARK IL 60181-6450 |
| | **State the term remaining** | DATED: 08/02/18 | |
| | **List the contract number of any government contract** | | |

Debtor    **New England Motor Freight, Inc.**                                          Case number *(if known)* **19-12809**

| 2.19. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | A A F E S |
| | **State the term remaining** | DATED: 08/02/18 | MATSON INTEGRATED L P O BOX 6450 VILLA PARK IL 60181-6450 |
| | **List the contract number of any government contract** | _____ | |

| 2.20. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | A B CONTAINER |
| | **State the term remaining** | DATED: 02/09/16 | CHAMPION CONTAINER P O BOX 32130 NEW YORK NY 10087-2130 |
| | **List the contract number of any government contract** | _____ | |

| 2.21. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | A C MOORE |
| | **State the term remaining** | DATED: 03/16/18 | SBAR'S TRANS INSIGHT P O BOX 23000 HICKORY NC 28603-0230 |
| | **List the contract number of any government contract** | _____ | |

| 2.22. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | A C MOORE |
| | **State the term remaining** | DATED: 11/27/15 | A C MOORE INC TRANS INSIGHT P O BOX 23000 HICKORY NC 28603-0230 |
| | **List the contract number of any government contract** | _____ | |

| 2.23. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | A D M |
| | **State the term remaining** | DATED: 12/09/16 | P O BOX 487 BUFFALO NY 14203-0487 |
| | **List the contract number of any government contract** | _____ | |

Debtor    **New England Motor Freight, Inc.**                                          Case number *(if known)* **19-12809**

| 2.24. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | A D S TACTICAL |
| | **State the term remaining** | DATED: 09/26/17 | IL2000 |
| | **List the contract number of any government contract** | _____ | P O BOX 2545<br>VIRGINIA BEACH VA 23450-2545 |

| 2.25. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | A E S LOGISTICS |
| | **State the term remaining** | DATED: 03/23/16 | 2505 SOUTH 320TH ST |
| | **List the contract number of any government contract** | _____ | #625<br>FEDERAL WAY WA 98003-5429 |

| 2.26. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | A F C CABLE MA LOCATION |
| | **State the term remaining** | DATED: 10/06/16 | A F C CABLE SYSTEMS<br>I P S WORLDWIDE |
| | **List the contract number of any government contract** | _____ | P O BOX 982262<br>EL PASO TX 79998-2262 |

| 2.27. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | A I S |
| | **State the term remaining** | DATED: 08/29/16 | 4 BONNAZOLI AVE |
| | **List the contract number of any government contract** | _____ | HUDSON MA 01749-2849 |

| 2.28. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | A I T WORLDWIDE LOGISTICS |
| | **State the term remaining** | DATED: 04/13/17 | A I T WORLDWIDE LOGI<br>P O BOX 66730 |
| | **List the contract number of any government contract** | _____ | CHICAGO IL 60666-0730 |

Debtor    **New England Motor Freight, Inc.**                                                     Case number *(if known)* **19-12809**

---

| 2.29. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | A J BROTHERS |
| | **State the term remaining** | DATED: 01/03/19 | A & J BROTHERS LLC 2844 WILLIAMSBURG ST |
| | **List the contract number of any government contract** | _____ | STOW OH 44224-2869 |

---

| 2.30. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | A J BROTHERS |
| | **State the term remaining** | DATED: 01/03/19 | A & J BROTHERS LLC 2844 WILLIAMSBURG ST |
| | **List the contract number of any government contract** | _____ | STOW OH 44224-2869 |

---

| 2.31. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | A J LOGISTICS |
| | **State the term remaining** | DATED: 06/25/15 | 2744 HYLAN BLVD PMB #524 |
| | **List the contract number of any government contract** | _____ | STATEN ISLAND NY 10306-4658 |

---

| 2.32. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | A J MADISON |
| | **State the term remaining** | DATED: 08/19/16 | 3605 13TH AVENUE BROOKLYN NY 11218-3707 |
| | **List the contract number of any government contract** | _____ | |

---

| 2.33. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | A K IMPORTS LLC |
| | **State the term remaining** | DATED: 01/09/17 | A 3 K IMPORTS LLC ATTN: ANITA IVATURI 51 MILLBURN DR |
| | **List the contract number of any government contract** | _____ | HILLSBOROUGH NJ 08844-2264 |

Debtor **New England Motor Freight, Inc.**                                      Case number *(if known)* **19-12809**

| 2.34. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | A N DERINGER TP |
| | **State the term remaining** | DATED: 08/30/18 | A N DERINGER |
| | **List the contract number of any government contract** | | 178 W SERVICE ROAD CHAMPLAIN NY 12919-4440 |

| 2.35. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | A P I |
| | **State the term remaining** | DATED: 09/27/16 | A P I INC |
| | **List the contract number of any government contract** | | 8320 E HARTFORD DR SUITE 101 SCOTTSDALE AZ 85255-5590 |

| 2.36. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | A R G SERVICES |
| | **State the term remaining** | DATED: 09/08/16 | TOLEDO PORT AUTHORIT |
| | **List the contract number of any government contract** | | 11013 AIRPORT HWY SWANTON OH 43558 |

| 2.37. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | A R M TRANS |
| | **State the term remaining** | DATED: 06/25/15 | A R M TRANSPORTATION |
| | **List the contract number of any government contract** | | 1 VICTORIA MOUNT JOHNSTON RI 02919-6229 |

| 2.38. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | A S T |
| | **State the term remaining** | DATED: 06/25/15 | PO BOX 540 |
| | **List the contract number of any government contract** | | EBENSBURG PA 15931-0540 |

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| 2.39. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | A T I PERFORMANCE |
| | **State the term remaining** | DATED: 04/17/17 | 6747 WHITESTONE RD |
| | **List the contract number of any government contract** | _____ | BALTIMORE MD 21207-4103 |

| 2.40. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | A T S LOGISTICS |
| | **State the term remaining** | DATED: 03/23/16 | A T S LOGISTICS SVCS |
| | | | 725 OPPORTUNITY DR |
| | **List the contract number of any government contract** | _____ | SAINT CLOUD MN 56301-5886 |

| 2.41. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | A T S LOGISTICS BLANKET |
| | **State the term remaining** | DATED: 03/04/17 | A T S LOGISTICS |
| | | | ADVANCE TRANSP SYS |
| | | | 10558 TACONIC TERRAC |
| | **List the contract number of any government contract** | _____ | CINCINNATI OH 45215-1125 |

| 2.42. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | A T T S |
| | **State the term remaining** | DATED: 06/25/15 | P O BOX 1058 |
| | | | LAKE ZURICH IL 60047-1058 |
| | **List the contract number of any government contract** | _____ | |

| 2.43. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | A W S ADVANCED WHEEL |
| | **State the term remaining** | DATED: 06/25/15 | 400 W WILSON BRIDGE |
| | | | WORTHINGTON OH 43085-5215 |
| | **List the contract number of any government contract** | _____ | |

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| 2.44. | **Title of contract** | INTER OFFICE - COMMUNICATIONS | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | INTER OFFICE COMMUNICATION - MEMO - RE: AAA COOPER MEETING | |
| | **Nature of debtor's interest** | CARRIER | AAA COOPER TRANSPORTATION RICK BOWDEN PO BOX 6827 DOTHAN AL 36302 |
| | **State the term remaining** | EFFECTIVE DATE: 10/21/1998 | |
| | **List the contract number of any government contract** | _____ | |

| 2.45. | **Title of contract** | SHIPMENT LIST | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SHIPMENT LIST | |
| | **Nature of debtor's interest** | CARRIER | AAA COOPER TRANSPORTATION PO BOX 6827 DOTHAN AL 36302 |
| | **State the term remaining** | EFFECTIVE DATE: 10/27/2003 | |
| | **List the contract number of any government contract** | _____ | |

| 2.46. | **Title of contract** | INTER OFFICE - COMMUNICATIONS | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | INTER OFFICE - COMMUNICATIONS MEMO | |
| | **Nature of debtor's interest** | CARRIER | AAA COOPER TRANSPORTATION RICK BOWDEN PO BOX 6827 DOTHAN AL 36302 |
| | **State the term remaining** | EFFECTIVE DATE: 10/28/1998 | |
| | **List the contract number of any government contract** | _____ | |

| 2.47. | **Title of contract** | INTER OFFICE - COMMUNICATIONS | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | INTER OFFICE COMMUNICATION - MEMO - RE: AAA COOPER TRANSPORTATION | |
| | **Nature of debtor's interest** | CARRIER | AAA COOPER TRANSPORTATION RICK BOWDEN PO BOX 6827 DOTHAN AL 36302 |
| | **State the term remaining** | EFFECTIVE DATE: 10/28/1998 | |
| | **List the contract number of any government contract** | _____ | |

| 2.48. | **Title of contract** | SUPPLEMENT 56 TO TARRIFF ACT 101-L | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | APPLICATION | |
| | **Nature of debtor's interest** | CARRIER | AAA COOPER TRANSPORTATION PO BOX 6827 DOTHAN AL 36302 |
| | **State the term remaining** | EFFECTIVE DATE: 11/17/2004 | |
| | **List the contract number of any government contract** | _____ | |

Debtor    **New England Motor Freight, Inc.**                                                Case number *(if known)* **19-12809**

| | | | |
|---|---|---|---|
| 2.49. | **Title of contract** | INTERLINE DIVISION AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | FREIGHT/SHIPMENT AGREEMENT | |
| | **Nature of debtor's interest** | CARRIER | AAA COOPER TRANSPORTATION FRED PEARCE - SENIOR VP 1751 KINSEY ROAD DOTHAN AL 36302 |
| | **State the term remaining** | EFFECTIVE DATE: 12/01/2003 | |
| | **List the contract number of any government contract** | _____ | |

| | | | |
|---|---|---|---|
| 2.50. | **Title of contract** | INTERLINE DIVISION AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | FREIGHT/SHIPMENT AGREEMENT | |
| | **Nature of debtor's interest** | CARRIER | AAA COOPER TRANSPORTATION FRED PEARCE - SENIOR VP 1751 KINSEY ROAD DOTHAN AL 36302 |
| | **State the term remaining** | EFFECTIVE DATE: 12/01/2003 | |
| | **List the contract number of any government contract** | _____ | |

| | | | |
|---|---|---|---|
| 2.51. | **Title of contract** | INTERCHANGE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | INTERCHANGE AGREEMENT | |
| | **Nature of debtor's interest** | CARRIER | AAA COOPER TRANSPORTATION FRED PEARCE - SENIOR VP 1751 KINSEY ROAD DOTHAN AL 36302 |
| | **State the term remaining** | EFFECTIVE DATE: 5/24/1999 | |
| | **List the contract number of any government contract** | _____ | |

| | | | |
|---|---|---|---|
| 2.52. | **Title of contract** | INTERCHANGE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | INTERCHANGE AGREEMENT | |
| | **Nature of debtor's interest** | CARRIER | AAA COOPER TRANSPORTATION FRED PEARCE - SENIOR VP 1751 KINSEY ROAD DOTHAN AL 36302 |
| | **State the term remaining** | EFFECTIVE DATE: 5/24/1999 | |
| | **List the contract number of any government contract** | _____ | |

| | | | |
|---|---|---|---|
| 2.53. | **Title of contract** | INTERCHANGE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | INTERCHANGE AGREEMENT | |
| | **Nature of debtor's interest** | CARRIER | AAA COOPER TRANSPORTATION FRED PEARCE - SENIOR VP 1751 KINSEY ROAD DOTHAN AL 36302 |
| | **State the term remaining** | EFFECTIVE DATE: 5/24/1999 | |
| | **List the contract number of any government contract** | _____ | |

Debtor    **New England Motor Freight, Inc.**                                                          Case number *(if known)* **19-12809**

| | | |
|---|---|---|
| 2.54. | **Title of contract** | SUPPLEMENT 75 TO TARRIFF ACT 101-L | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | APPLICATION | |
| | **Nature of debtor's interest** | CARRIER | AAA COOPER TRANSPORTATION PO BOX 6827 DOTHAN AL 36302 |
| | **State the term remaining** | EFFECTIVE DATE: 5/25/2005 | |
| | **List the contract number of any government contract** | _____ | |

| | | |
|---|---|---|
| 2.55. | **Title of contract** | INTERCHANGE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | FREIGHT/SHIPMENT | |
| | **Nature of debtor's interest** | CARRIER | AAA COOPER TRANSPORTATION FRED PEARCE - SENIOR VP 1751 KINSEY ROAD DOTHAN AL 36302 |
| | **State the term remaining** | EFFECTIVE DATE: 5/4/1998 | |
| | **List the contract number of any government contract** | _____ | |

| | | |
|---|---|---|
| 2.56. | **Title of contract** | TARRIFF ACT 11-L | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | APPLICATION | |
| | **Nature of debtor's interest** | CARRIER | AAA COOPER TRANSPORTATION PO BOX 6827 DOTHAN AL 36302 |
| | **State the term remaining** | EFFECTIVE DATE: 6/31/2003 | |
| | **List the contract number of any government contract** | _____ | |

| | | |
|---|---|---|
| 2.57. | **Title of contract** | LTL RATE ADJUSTMENT RESPONSE LETTER | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | CORRESPONDENCE | |
| | **Nature of debtor's interest** | CARRIER | AAA COOPER TRANSPORTATION RAYMOND MEREDETH ASST. PRICING MGR. 1751 KINSEY ROAD DOTHAN AL 36302 |
| | **State the term remaining** | EFFECTIVE DATE: 7/5/2004 | |
| | **List the contract number of any government contract** | _____ | |

| | | |
|---|---|---|
| 2.58. | **Title of contract** | INTERCHANGE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | FREIGHT/SHIPMENT | |
| | **Nature of debtor's interest** | CARRIER | AAA COOPER TRANSPORTATION FRED PEARCE - SENIOR VP 1751 KINSEY ROAD DOTHAN AL 36302 |
| | **State the term remaining** | EFFECTIVE DATE: 7/6/1995 | |
| | **List the contract number of any government contract** | _____ | |

Debtor  **New England Motor Freight, Inc.**                                        Case number *(if known)* **19-12809**

| 2.59. | **Title of contract** | CONFIDENTIALITY AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CONFIDENTIALITY AGREEMENT | |
| | **Nature of debtor's interest** | CARRIER | AAA COOPER TRANSPORTATION |
| | **State the term remaining** | EFFECTIVE DATE: 8/13/2009 | CHARLIE PIKETTE - VP<br>1751 KINSEY ROAD |
| | **List the contract number of any government contract** | _____ | DOTHAN AL 36302 |

| 2.60. | **Title of contract** | INVOICE - REFUND | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | INVOICE - REFUND | |
| | **Nature of debtor's interest** | CARRIER | AAA COOPER TRANSPORTATION |
| | **State the term remaining** | EFFECTIVE DATE: 9/23/2005 | JAYNE DROWN<br>TRAFFIC DEPT. |
| | **List the contract number of any government contract** | _____ | PO BOX 6827<br>DOTHAN AL 36302 |

| 2.61. | **Title of contract** | INTERLINE EXCEPTION RESPONSIBILITY | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CORRESPONDENCE | |
| | **Nature of debtor's interest** | CARRIER | AAA COOPER TRANSPORTATION |
| | **State the term remaining** | EFFECTIVE DATE: 9/4/2003 | TED ROBERTS<br>TERMINAL MGR. |
| | **List the contract number of any government contract** | _____ | 108 CONNECTICUT DR.<br>BURLINGTON NJ 08016-4104 |

| 2.62. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | AADCO MEDICAL |
| | **State the term remaining** | DATED: 02/02/18 | AADCO MEDICAL INC<br>P O BOX 410 |
| | **List the contract number of any government contract** | _____ | RANDOLPH VT 05060-0410 |

| 2.63. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | AADCO MEDICAL |
| | **State the term remaining** | DATED: 02/02/18 | P O BOX 410<br>RANDOLPH VT 05060-0410 |
| | **List the contract number of any government contract** | _____ | |

Debtor   **New England Motor Freight, Inc.**                                              Case number *(if known)* **19-12809**

| 2.64. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | ABBOTT RUBBER CO |
| | **State the term remaining** | DATED: 11/04/15 | 1700 NICHOLAS BLVD<br>ELK GROVE VILLAGE IL 60007-5902 |
| | **List the contract number of any government contract** | _____ | |

| 2.65. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | ABSOLUTE COATINGS |
| | **State the term remaining** | DATED: 05/06/16 | POR-15<br>TRANZACT TECHNOLOGI<br>360 W BUTTERFIELD RD |
| | **List the contract number of any government contract** | _____ | ELMHURST IL 60126-5041 |

| 2.66. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | ACCELA |
| | **State the term remaining** | DATED: 04/27/16 | ACELA<br>P O BOX 2037<br>HAGERSTOWN MD 21742-2037 |
| | **List the contract number of any government contract** | _____ | |

| 2.67. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | ACTION LOGISTICS |
| | **State the term remaining** | DATED: 08/10/16 | 624 ANDERSON DRIVE<br>ROMEOVILLE IL 60446-1372 |
| | **List the contract number of any government contract** | _____ | |

| 2.68. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | ACTIVE RADIATOR SUPPLY |
| | **State the term remaining** | DATED: 03/30/17 | ACTIVE RADIATOR SPLY<br>3675 AMBER ST<br>PHILADELPHIA PA 19134-2730 |
| | **List the contract number of any government contract** | _____ | |

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| 2.69. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | ACUTECH PRECISION |
| | **State the term remaining** | DATED: 01/11/17 | ACUTEC PRECISION AER LOGISTICS PLUS |
| | **List the contract number of any government contract** | _____ | P O BOX 183850 SHELBY TOWNSHIP MI 48318-3850 |

| 2.70. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | AD SHIPPERS |
| | **State the term remaining** | DATED: 04/28/16 | ADVERTISING SHIPPERS 70 CAMPUS DRIVE |
| | **List the contract number of any government contract** | _____ | EDISON NJ 08837-3911 |

| 2.71. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | AD SHIPPERS |
| | **State the term remaining** | DATED: 04/28/16 | ADVERTISING SHIPPERS 70 CAMPUS DR |
| | **List the contract number of any government contract** | _____ | EDISON NJ 08837-3911 |

| 2.72. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | AD SHIPPERS |
| | **State the term remaining** | DATED: 06/25/15 | ADSHIPPERS 70 CAMPUS DRIVE |
| | **List the contract number of any government contract** | _____ | EDISON NJ 08837-3911 |

| 2.73. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | AD SHIPPERS |
| | **State the term remaining** | DATED: 06/25/15 | 70 CAMPUS DRIVE EDISON NJ 08837-3911 |
| | **List the contract number of any government contract** | _____ | |

Debtor   **New England Motor Freight, Inc.**                                          Case number *(if known)* **19-12809**

---

| 2.74. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | ADDED TRANS |
| | **State the term remaining** | DATED: 03/08/17 | ADDED TRANSPORTATION<br>904 S ROSELLE RD<br>SCHAUMBURG IL 60193-3963 |
| | **List the contract number of any government contract** | _____ | |

| 2.75. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | ADVANCE COATINGS |
| | **State the term remaining** | DATED: 04/05/16 | ADVANCED COATINGS<br>P O BOX 457<br>WESTMINSTER MA 01473-0457 |
| | **List the contract number of any government contract** | _____ | |

| 2.76. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | ADVANCED BUILDING PRO |
| | **State the term remaining** | DATED: 06/08/16 | ADVANCED BUILDING PR<br>P O BOX 98<br>SPRINGVALE ME 04083-0098 |
| | **List the contract number of any government contract** | _____ | |

| 2.77. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | ADVANCED FOOD PRODS |
| | **State the term remaining** | DATED: 09/27/17 | ONE CITY PLACE DR #4<br>SAINT LOUIS MO 63141-7066 |
| | **List the contract number of any government contract** | _____ | |

| 2.78. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | ADVANCED POLYMER TEC |
| | **State the term remaining** | DATED: 12/16/16 | P O BOX 160<br>HARMONY PA 16037-0160 |
| | **List the contract number of any government contract** | _____ | |

Debtor    **New England Motor Freight, Inc.**                                                    Case number *(if known)* **19-12809**

2.79.  **Title of contract**                CUSTOMER CONTRACT              **State the name and mailing address
                                                                           for all other parties with whom the
       **State what the contract or**        CUSTOMER CONTRACT              **debtor has an executory contract or
       lease is for**                                                      **unexpired lease**

       **Nature of debtor's interest**       CUSTOMER                      ADVANTAGE FREIGHT
                                                                           A F N LLC
       **State the term remaining**          DATED: 03/23/16               7230 N CALDWELL AVE
                                                                           NILES IL 60714-4502
       **List the contract number of**       _____
       any government contract**

2.80.  **Title of contract**                CUSTOMER CONTRACT              **State the name and mailing address
                                                                           for all other parties with whom the
       **State what the contract or**        CUSTOMER CONTRACT              **debtor has an executory contract or
       lease is for**                                                      **unexpired lease**

       **Nature of debtor's interest**       CUSTOMER                      AERC RECYCLING
                                                                           AERC RECYCLING SOLUT
       **State the term remaining**          DATED: 06/27/16               P O BOX 148
                                                                           NEFFS PA 18065-0148
       **List the contract number of**       _____
       any government contract**

2.81.  **Title of contract**                CUSTOMER CONTRACT              **State the name and mailing address
                                                                           for all other parties with whom the
       **State what the contract or**        CUSTOMER CONTRACT              **debtor has an executory contract or
       lease is for**                                                      **unexpired lease**

       **Nature of debtor's interest**       CUSTOMER                      AFFINITY BEVERAGE
                                                                           AFFINITY BEVERAGES L
       **State the term remaining**          DATED: 04/21/16               63 FOREST AVE
                                                                           LOCUST VALLEY NY 11560-1734
       **List the contract number of**       _____
       any government contract**

2.82.  **Title of contract**                CUSTOMER CONTRACT              **State the name and mailing address
                                                                           for all other parties with whom the
       **State what the contract or**        CUSTOMER CONTRACT              **debtor has an executory contract or
       lease is for**                                                      **unexpired lease**

       **Nature of debtor's interest**       CUSTOMER                      AFFINITY BEVERAGE
                                                                           AFFINITY BEVERAGES L
       **State the term remaining**          DATED: 04/21/16               63 FOREST AVE
                                                                           LOCUST VALLEY NY 11560-1734
       **List the contract number of**       _____
       any government contract**

2.83.  **Title of contract**                CUSTOMER CONTRACT              **State the name and mailing address
                                                                           for all other parties with whom the
       **State what the contract or**        CUSTOMER CONTRACT              **debtor has an executory contract or
       lease is for**                                                      **unexpired lease**

       **Nature of debtor's interest**       CUSTOMER                      AFFINITY BEVERAGE
                                                                           AFFINITY BEVERAGES L
       **State the term remaining**          DATED: 08/06/16               63 FOREST AVE
                                                                           LOCUST VALLEY NY 11560-1734
       **List the contract number of**       _____
       any government contract**

Debtor    **New England Motor Freight, Inc.**                                                          Case number *(if known)* **19-12809**

| 2.84. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | AFS AMER FAN |
| | **State the term remaining** | DATED: 03/23/16 | AMER FAN CO<br>A F S LOGISTICS INC |
| | **List the contract number of any government contract** | _____ | PO BOX 18170<br>SHREVEPORT LA 71138-1170 |

| 2.85. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | AFS PFAUDLER |
| | **State the term remaining** | DATED: 03/06/18 | PFAUDLER INC<br>A F S |
| | **List the contract number of any government contract** | _____ | P O BOX 18170<br>SHREVEPORT LA 71138-1170 |

| 2.86. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | AFS PFAUDLER |
| | **State the term remaining** | DATED: 11/19/15 | PFAUDLER INC<br>A F S LOGISTICS |
| | **List the contract number of any government contract** | _____ | P O BOX 18170<br>SHREVEPORT LA 71138-1170 |

| 2.87. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | AFS TOTAL BIZ |
| | **State the term remaining** | DATED: 11/19/15 | TOTAL BIZ FULFILLMEN<br>A F S |
| | **List the contract number of any government contract** | _____ | P O BOX 18170<br>SHREVEPORT LA 71138-1170 |

| 2.88. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | AFS TOTAL BIZ |
| | **State the term remaining** | DATED: 11/19/15 | TOTAL BIZ FULFILLMEN<br>A F S |
| | **List the contract number of any government contract** | _____ | P O BOX 18170<br>SHREVEPORT LA 71138-1170 |

Debtor    **New England Motor Freight, Inc.**                                              Case number *(if known)* **19-12809**

| 2.89. | **Title of contract** | CUSTOMER CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | AFS TOTAL BIZ |
| | **State the term remaining** | DATED: 12/29/15 | HOBBY HOUSE PRESS |
| | **List the contract number of any government contract** | _____ | A F S<br>P O BOX 18170<br>SHREVEPORT LA 71138-1170 |

| 2.90. | **Title of contract** | CUSTOMER CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | AFS TOTAL BIZ |
| | **State the term remaining** | DATED: 12/29/15 | HOBBY HOUSE PRESS |
| | **List the contract number of any government contract** | _____ | A F S<br>P O BOX 18170<br>SHREVEPORT LA 71138-1170 |

| 2.91. | **Title of contract** | CUSTOMER CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | AGILEX |
| | **State the term remaining** | DATED: 06/25/15 | TECH LOGISTICS |
| | **List the contract number of any government contract** | _____ | 300 ELM ST #1<br>MILFORD NH 03055-4715 |

| 2.92. | **Title of contract** | CUSTOMER CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | AIA GLBOBAL |
| | **State the term remaining** | DATED: 01/11/17 | A I A GLOBAL LOGISTI |
| | **List the contract number of any government contract** | _____ | 1075 KINGWOOD DR<br>KINGWOOD TX 77339-3000 |

| 2.93. | **Title of contract** | CUSTOMER CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | AIKO IMPORTERS |
| | **State the term remaining** | DATED: 07/23/18 | 5824 PEACHTREE CORNE |
| | **List the contract number of any government contract** | _____ | PEACHTREE CORNERS GA 30092-3405 |

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| 2.94. | **Title of contract** | CUSTOMER CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | AIREX CORP |
| | **State the term remaining** | DATED: 07/29/17 | AIREX FILTER |
| | | | 17 EXECUTIVE DR |
| | **List the contract number of any government contract** | _____ | HUDSON NH 03051-4903 |

| 2.95. | **Title of contract** | CUSTOMER CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | AIREX CORP |
| | **State the term remaining** | DATED: 09/08/16 | AIREX FILTER CORP |
| | | | 17 EXECUTIVE DR |
| | **List the contract number of any government contract** | _____ | HUDSON NH 03051-4903 |

| 2.96. | **Title of contract** | CUSTOMER CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | ALADDIN BAKERS |
| | **State the term remaining** | DATED: 06/25/15 | ALADDIN BAKERS INC |
| | | | 240 25TH STREET |
| | **List the contract number of any government contract** | _____ | BROOKLYN NY 11232-1338 |

| 2.97. | **Title of contract** | CUSTOMER CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | ALCOA |
| | **State the term remaining** | DATED: 07/30/15 | ARCONIC |
| | | | P O BOX 428011 |
| | **List the contract number of any government contract** | _____ | BROOKPARK OH 44142-8011 |

| 2.98. | **Title of contract** | CUSTOMER CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | ALEX PRODUCTS |
| | **State the term remaining** | DATED: 09/14/15 | AP ALTERNATIVES LLC |
| | | | P O BOX 326 |
| | **List the contract number of any government contract** | _____ | RIDGEVILLE CORNERS OH 43555-0326 |

Debtor   **New England Motor Freight, Inc.**                                           Case number *(if known)* **19-12809**

| 2.99. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | ALIMED INC |
| | **State the term remaining** | DATED: 10/19/17 | ALIMED<br>P O BOX 9133 |
| | **List the contract number of any government contract** | _____ | CHELSEA MA 02150-9133 |

| 2.100. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | ALIMED INC |
| | **State the term remaining** | DATED: 10/19/17 | MEDTECHNA<br>P O BOX 9133 |
| | **List the contract number of any government contract** | _____ | CHELSEA MA 02150-9133 |

| 2.101. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | ALIMED INC |
| | **State the term remaining** | DATED: 10/19/17 | P O BOX 9133 |
| | **List the contract number of any government contract** | _____ | CHELSEA MA 02150-9133 |

| 2.102. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | ALKOLOL |
| | **State the term remaining** | DATED: 03/17/17 | P O BOX 51910<br>LIVONIA MI 48151-5910 |
| | **List the contract number of any government contract** | _____ | |

| 2.103. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | ALL AMER CONTAINER |
| | **State the term remaining** | DATED: 06/25/15 | 4507 EAGLE FALLS PL<br>TAMPA FL 33619-9612 |
| | **List the contract number of any government contract** | _____ | |

Debtor    **New England Motor Freight, Inc.**                                          Case number *(if known)* **19-12809**

| 2.104. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | ALL AMERICAN HOSE |
| | **State the term remaining** | DATED: 05/05/16 | 6420 W RIDGE RD |
| | **List the contract number of any government contract** | _____ | ERIE PA 16506-1023 |

| 2.105. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | ALL AMERICAN HOSE |
| | **State the term remaining** | DATED: 05/25/18 | 6420 W RIDGE RD |
| | **List the contract number of any government contract** | _____ | ERIE PA 16506-1023 |

| 2.106. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | ALLEGHENY PETROLEUM |
| | **State the term remaining** | DATED: 06/25/15 | 999 AIRBRAKE AVE |
| | **List the contract number of any government contract** | _____ | WILMERDING PA 15148-1064 |

| 2.107. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | ALLEGHENY PETROLEUM |
| | **State the term remaining** | DATED: 06/25/15 | 999 AIRBRAKE AVE |
| | **List the contract number of any government contract** | _____ | WILMERDING PA 15148-1064 |

| 2.108. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | ALLEN DIST |
| | **State the term remaining** | DATED: 06/25/15 | ALLEN DISTRIBUTION |
| | **List the contract number of any government contract** | _____ | 1532 COMMERCE AVE |
| | | | CARLISLE PA 17015-9161 |

Debtor    **New England Motor Freight, Inc.**                                                    Case number *(if known)* **19-12809**

| 2.109. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | ALLEN FLAVORS |
| | **State the term remaining** | DATED: 06/25/15 | ALLEN FLAVORS INC 23 PROGRESS ST |
| | **List the contract number of any government contract** | _____ | EDISON NJ 08820-1102 |

| 2.110. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | ALLIANCE SHIPPERS |
| | **State the term remaining** | DATED: 08/04/17 | ALLIANCE SHIPPERS IN 19 CROWS MILL RD |
| | **List the contract number of any government contract** | _____ | KEASBEY NJ 08832-1004 |

| 2.111. | **Title of contract** | MOTOR TRUCK CARGO | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | POLICY NO. MXI93077459 | |
| | **Nature of debtor's interest** | INSURED | ALLIANZ |
| | **State the term remaining** | 6/16/2019 | AGCS MARINE INSURANCE COMPANY |
| | **List the contract number of any government contract** | _____ | 225 WASHINGTON ST., SUITE 1800, CHICAGO IL 60606 |

| 2.112. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | ALLIED CONVERTERS |
| | **State the term remaining** | DATED: 03/21/17 | P O BOX 548 |
| | **List the contract number of any government contract** | _____ | NEW ROCHELLE NY 10802-0548 |

| 2.113. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | ALLIED FROZEN STORAGE |
| | **State the term remaining** | DATED: 10/01/15 | ALLIED FROZEN STORAG 250 STATE ST |
| | **List the contract number of any government contract** | _____ | BROCKPORT NY 14420 |

Debtor    **New England Motor Freight, Inc.**                                     Case number *(if known)* **19-12809**

| 2.114. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | ALLMOBILE TECH |
| | **State the term remaining** | DATED: 08/07/17 | ALL MOBILE TECHNOLOG<br>P O BOX 808<br>GREAT BARRINGTON MA 01230-0808 |
| | **List the contract number of any government contract** | _____ | |

| 2.115. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | ALLMOBILE TECH |
| | **State the term remaining** | DATED: 08/07/17 | ALLMOBILE TECHNOLOGI<br>P O BOX 808<br>GREAT BARRINGTON MA 01230-0808 |
| | **List the contract number of any government contract** | _____ | |

| 2.116. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | ALPHA CHEM SVC |
| | **State the term remaining** | DATED: 06/25/15 | ALPHA CHEMICAL SVC<br>P O BOX 431<br>STOUGHTON MA 02072-0431 |
| | **List the contract number of any government contract** | _____ | |

| 2.117. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | ALPHA TECH PET |
| | **State the term remaining** | DATED: 06/25/15 | 25 PORTER ST<br>LITTLETON MA 01460-1434 |
| | **List the contract number of any government contract** | _____ | |

| 2.118. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | ALPHABRODER |
| | **State the term remaining** | DATED: 01/24/17 | 6 NESHAMINY INTERPLE<br>TREVOSE PA 19053-6964 |
| | **List the contract number of any government contract** | _____ | |

Debtor   **New England Motor Freight, Inc.**                                   Case number *(if known)* **19-12809**

| 2.119. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | ALPHABRODER |
| | **State the term remaining** | DATED: 01/24/17 | 6 NESHAMINY INTERPLE TREVOSE PA 19053-6964 |
| | **List the contract number of any government contract** | _____ | |

| 2.120. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | ALPHATRONX LTD |
| | **State the term remaining** | DATED: 01/04/19 | ALPHATRON-X LTD 16490 STAGECOACH DR GARRETTSVILLE OH 44231-9568 |
| | **List the contract number of any government contract** | _____ | |

| 2.121. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | AMER HONDA |
| | **State the term remaining** | DATED: 08/09/16 | AMER HONDA POWER EQU FREIGHTQUOTE 901 W CARONDELET DR KANSAS CITY MO 64114-4674 |
| | **List the contract number of any government contract** | _____ | |

| 2.122. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | AMER HONDA |
| | **State the term remaining** | DATED: 08/09/16 | AMER HONDA POWER EQU FREIGHTQUOTE 901 W CARONDELET DR KANSAS CITY MO 64114-4674 |
| | **List the contract number of any government contract** | _____ | |

| 2.123. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | AMER LITHO |
| | **State the term remaining** | DATED: 06/25/15 | 175 MERCEDES DR CAROL STREAM IL 60188-9409 |
| | **List the contract number of any government contract** | _____ | |

Debtor    **New England Motor Freight, Inc.**                                          Case number *(if known)* **19-12809**

| | | | |
|---|---|---|---|
| 2.124. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | AMER PACKAGING |
| | **State the term remaining** | DATED: 11/08/17 | 103 WEST BROAD ST |
| | **List the contract number of any government contract** | _____ | STORY CITY IA 50248-1016 |

| | | | |
|---|---|---|---|
| 2.125. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | AMER VETERAN CONTRACTING |
| | **State the term remaining** | DATED: 11/30/18 | AMER VETERAN CONTRAC |
| | **List the contract number of any government contract** | _____ | 18521 E QUEEN CREEK<br>QUEEN CREEK AZ 85242 |

| | | | |
|---|---|---|---|
| 2.126. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | AMER WIRE TIE CO |
| | **State the term remaining** | DATED: 06/25/15 | P O BOX 696 |
| | **List the contract number of any government contract** | _____ | NORTH COLLINS NY 14111-0696 |

| | | | |
|---|---|---|---|
| 2.127. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | AMER YEAST SALES |
| | **State the term remaining** | DATED: 03/17/17 | 1620 PREFONTAINE |
| | **List the contract number of any government contract** | _____ | MONTREAL QC H1W2N8 |

| | | | |
|---|---|---|---|
| 2.128. | **Title of contract** | LEASE AGREEENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | HARRISBURG TERMINAL # 70 REAL PROPERTY LEASE - 2800 APPLETON STREET, CAMP HILL, PA 17011-8001 | |
| | **Nature of debtor's interest** | LESSEE | AMERACH LP |
| | **State the term remaining** | 12/31/2026 | C/O AMZ MANAGEMENT LLC |
| | **List the contract number of any government contract** | _____ | 1-71 NORTH AVENUE EAST<br>ELIZABETH NJ 07201 |

Debtor    **New England Motor Freight, Inc.**                                        Case number *(if known)* **19-12809**

| 2.129. | **Title of contract** | FLOOD INSURANCE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | POLICY NO. AB00131015 | |
| | **Nature of debtor's interest** | INSURED | AMERICAN BANKERS INS CO OF FL |
| | **State the term remaining** | 7/15/2019 | 11222 QUAIL ROOST DR MIAMI FL 33157 |
| | **List the contract number of any government contract** | _____ | |

| 2.130. | **Title of contract** | FLOOD INSURANCE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | POLICY NO. N/A | |
| | **Nature of debtor's interest** | INSURED | AMERICAN BANKERS INS CO OF FL |
| | **State the term remaining** | 9/20/2020 | 11222 QUAIL ROOST DR MIAMI FL 33157 |
| | **List the contract number of any government contract** | _____ | |

| 2.131. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | AMERICAN FREIGHT - BLANKE AMER GROUP |
| | **State the term remaining** | DATED: 01/12/16 | 25 S ARIZONA PL CHANDLER AZ 85225-8523 |
| | **List the contract number of any government contract** | _____ | |

| 2.132. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | AMERICO CHEMICAL AMERICO CHEMICAL PRO |
| | **State the term remaining** | DATED: 02/03/17 | P O BOX 88813 CAROL STREAM IL 60188-0813 |
| | **List the contract number of any government contract** | _____ | |

| 2.133. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | AMERI-CONNECT LAUB INTERNATIONAL |
| | **State the term remaining** | DATED: 06/25/15 | 90 WALKER DRIVE BRAMPTON ON L6T4H6 CANADA |
| | **List the contract number of any government contract** | _____ | |

Debtor    **New England Motor Freight, Inc.**                                                    Case number *(if known)* **19-12809**

| 2.134. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | AMERI-CONNECT |
| | **State the term remaining** | DATED: 06/25/15 | 2 KENVIEW BLVD |
| | **List the contract number of any government contract** | _____ | BRAMPTON ON L6T5E4 CANADA |

| 2.135. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | AMWARE |
| | **State the term remaining** | DATED: 06/25/15 | AMRATE |
| | **List the contract number of any government contract** | _____ | 19801 HOLLAND RD #A BROOK PARK OH 44142-1339 |

| 2.136. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | AMWARE WAREHOUSE |
| | **State the term remaining** | DATED: 06/25/15 | 19801 HOLLAND RD |
| | **List the contract number of any government contract** | _____ | BROOK PARK OH 44142-1339 |

| 2.137. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | ANGELS DIST |
| | **State the term remaining** | DATED: 10/08/15 | ANGELS DISTRIBUTION |
| | **List the contract number of any government contract** | _____ | P O BOX 609 INDIANOLA PA 15051-0609 |

| 2.138. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | ANN & HOPE |
| | **State the term remaining** | DATED: 06/25/15 | PO BOX 96 |
| | **List the contract number of any government contract** | _____ | CUMBERLAND RI 02864-0096 |

Debtor    **New England Motor Freight, Inc.**                                         Case number *(if known)* **19-12809**

| 2.139. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | ARAMSCO |
| | **State the term remaining** | DATED: 10/07/16 | 1480 GRANDVIEW AVE |
| | **List the contract number of any government contract** | _____ | PAULSBORO NJ 08066-1801 |

| 2.140. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | ARCHGATE |
| | **State the term remaining** | DATED: 03/24/16 | ARCHGATE %EFREIGHT S |
| | | | 2615 GEORGE BUSBEE P |
| | **List the contract number of any government contract** | _____ | KENNESAW GA 30144-4981 |

| 2.141. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | ARDENE CO FEDEX TN |
| | | | OMNITRANS |
| | **State the term remaining** | DATED: 08/09/18 | 4300 JEAN TALON W |
| | **List the contract number of any government contract** | _____ | MONTREAL QC H4P1W5 |

| 2.142. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | ARDT SALES LLC |
| | **State the term remaining** | DATED: 08/27/18 | 165 LOCUST AVE |
| | **List the contract number of any government contract** | _____ | STATEN ISLAND NY 10306-3105 |

| 2.143. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | ARETT SALES CORP |
| | **State the term remaining** | DATED: 05/05/16 | 9285 COMMERCE HWY |
| | | | PENNSAUKEN NJ 08110-1201 |
| | **List the contract number of any government contract** | _____ | |

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| 2.144. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | ARETT SALES CORP |
| | **State the term remaining** | DATED: 06/25/15 | 9285 COMMERCE HWY |
| | **List the contract number of any government contract** | _____ | PENNSAUKEN NJ 08110-1201 |

| 2.145. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | ARIEL CORP |
| | **State the term remaining** | DATED: 03/08/16 | 35 BLACKJACK RD |
| | **List the contract number of any government contract** | _____ | MOUNT VERNON OH 43050-9482 |

| 2.146. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | ARLIN MFG |
| | **State the term remaining** | DATED: 03/08/16 | ARLIN MANUFACTURING |
| | **List the contract number of any government contract** | _____ | P O BOX 222 |
| | | | LOWELL MA 01853-0222 |

| 2.147. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | ARMALY BRANDS |
| | **State the term remaining** | DATED: 06/25/15 | PO BOX 611 |
| | **List the contract number of any government contract** | _____ | WALLED LAKE MI 48390-0611 |

| 2.148. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | ARMSTRONG PUMPS |
| | **State the term remaining** | DATED: 06/25/15 | ARMSTRONG PUMPS INC |
| | **List the contract number of any government contract** | _____ | 2233 ARGENTIA RD #20 |
| | | | MISSISSAUGA ON L5N2X7 |
| | | | CANADA |

Debtor    **New England Motor Freight, Inc.**                                                        Case number *(if known)* **19-12809**

| 2.149. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | ARMSTRONGKOVER KWIK |
| | **State the term remaining** | DATED: 08/07/17 | ARMSTRONG/KOVER KWIK<br>P O BOX 337<br>MCKEES ROCKS PA 15136-0337 |
| | **List the contract number of any government contract** | _____ | |

| 2.150. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | ASACLEAN |
| | **State the term remaining** | DATED: 08/04/17 | BENCHMARK TRADE SOLU<br>3615 LAIRD RD UNIT 2<br>MISSISSAUGA ON L5L5Z8<br>CANADA |
| | **List the contract number of any government contract** | _____ | |

| 2.151. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | ASSOCIATED BAG CO |
| | **State the term remaining** | DATED: 06/25/15 | 400 W BODEN STREET<br>MILWAUKEE WI 53207-6276 |
| | **List the contract number of any government contract** | _____ | |

| 2.152. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | ASSOCIATED BUYERS |
| | **State the term remaining** | DATED: 09/19/17 | P O BOX 399<br>BARRINGTON NH 03825-0399 |
| | **List the contract number of any government contract** | _____ | |

| 2.153. | **Title of contract** | LEASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LEASE OF REAL PROPERTY AT 11700 NW 36TH AVENUE, HIALEAH, FL 33167 | |
| | **Nature of debtor's interest** | LESSOR | ATI CONTAINER SERVICES LLC |
| | **State the term remaining** | 2/28/2019 | ATTN: CARLOS HERMO<br>11700 NW 36TH AVENUE<br>HIALEAH FL 33167 |
| | **List the contract number of any government contract** | _____ | |

Debtor    **New England Motor Freight, Inc.**                                      Case number *(if known)* **19-12809**

| 2.154. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | ATLANTIC DETROIT DIESEL STEWART & STEVENSON |
| | **State the term remaining** | DATED: 03/11/16 | P O BOX 950 |
| | **List the contract number of any government contract** | _____ | LODI NJ 07644-0950 |

| 2.155. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | ATLANTIC DETROIT DIESEL STEWART & STEVENSON |
| | **State the term remaining** | DATED: 03/11/16 | P O BOX 950 |
| | **List the contract number of any government contract** | _____ | LODI NJ 07644-0950 |

| 2.156. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | ATLANTIC DETROIT DIESEL STEWART & STEVENSON |
| | **State the term remaining** | DATED: 03/11/16 | P O BOX 950 |
| | **List the contract number of any government contract** | _____ | LODI NJ 07644-0950 |

| 2.157. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | ATLANTIC DETROIT DIESEL STEWART & STEVENSON |
| | **State the term remaining** | DATED: 03/11/16 | P O BOX 950 |
| | **List the contract number of any government contract** | _____ | LODI NJ 07644-0950 |

| 2.158. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | ATLANTIC IMPORTING ATLANTIC BEVERAGE |
| | **State the term remaining** | DATED: 05/10/18 | 350 HOPPING BROOK RD |
| | **List the contract number of any government contract** | _____ | HOLLISTON MA 01746-1458 |

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| 2.159. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | ATLANTIC IMPORTING |
| | **State the term remaining** | DATED: 05/10/18 | ATLANTIC IMPORTING D<br>315 HOPPING BROOK RD<br>HOLLISTON MA 01746 |
| | **List the contract number of any government contract** | _____ | |

| 2.160. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | ATLANTIC LABORATORIES |
| | **State the term remaining** | DATED: 01/25/17 | NORTH AMERICAN KELP<br>41 CROSS ST<br>WALDOBORO ME 04572-5634 |
| | **List the contract number of any government contract** | _____ | |

| 2.161. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | ATLANTIC LABORATORIES |
| | **State the term remaining** | DATED: 01/28/17 | ATLANTIC LABORATORIE<br>41 CROSS ST<br>WALDOBORO ME 04572-5634 |
| | **List the contract number of any government contract** | _____ | |

| 2.162. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | ATOSA CATERING INC |
| | **State the term remaining** | DATED: 08/23/18 | 1225 W IMPERIAL HWY<br>BREA CA 92821 |
| | **List the contract number of any government contract** | _____ | |

| 2.163. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | AUBURN MFG |
| | **State the term remaining** | DATED: 08/11/17 | AUBURN MFG INC<br>P O BOX 220<br>MECHANIC FALLS ME 04256-0220 |
| | **List the contract number of any government contract** | _____ | |

Debtor   **New England Motor Freight, Inc.**                                     Case number *(if known)* **19-12809**

| | | |
|---|---|---|
| 2.164. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | AUBURN MFG |
| | **State the term remaining** | DATED: 08/11/17 | AUBURN MFG INC<br>P O BOX 220<br>MECHANIC FALLS ME 04256-0220 |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.165. | **Title of contract** | LEASE - MOTOR VEHICLE - CLOSED END | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | LEASE OF 2016 AUDI A6, VIN 7328 | |
| | **Nature of debtor's interest** | LESSEE | AUDI FREEHOLD |
| | **State the term remaining** | 6/3/2019 | 3561 ROUTE 9 NORTH<br>FREEHOLD NJ 07728 |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.166. | **Title of contract** | LEASE - MOTOR VEHICLE - CLOSED END | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | LEASE OF 2019 AUDI Q7, VIN 0709 | |
| | **Nature of debtor's interest** | LESSEE | AUDI FREEHOLD |
| | **State the term remaining** | 2/27/2021 | 3561 ROUTE 9 NORTH<br>FREEHOLD NJ 07728 |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.167. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | AUDIT SOURCE |
| | **State the term remaining** | DATED: 06/25/15 | AUDIT SOURCE INC<br>P O BOX 87<br>ABSECON NJ 08201-0087 |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.168. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | AUMA ACTUATORS |
| | **State the term remaining** | DATED: 01/28/16 | AUMA ACTUACTORS INC<br>100 SOUTHPOINTE BLVD<br>CANONSBURG PA 15317-9559 |
| | **List the contract number of any government contract** | | |

Debtor    **New England Motor Freight, Inc.**                                      Case number *(if known)* **19-12809**

| | | | |
|---|---|---|---|
| 2.169. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | AURAGLOW DIST |
| | **State the term remaining** | DATED: 04/16/18 | AURAGLOW DISTRIBUTIO |
| | **List the contract number of any government contract** | _____ | 6 LANDMARK SQ STAMFORD CT 06901-2704 |

| | | | |
|---|---|---|---|
| 2.170. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | AUTOPARTS COMPONENTS |
| | **State the term remaining** | DATED: 02/08/17 | 4401 LITTLE RD |
| | **List the contract number of any government contract** | _____ | ARLINGTON TX 76016-5621 |

| | | | |
|---|---|---|---|
| 2.171. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | AVANTI |
| | **State the term remaining** | DATED: 01/29/16 | 241 MAIN ST |
| | **List the contract number of any government contract** | _____ | BUFFALO NY 14203-2703 |

| | | | |
|---|---|---|---|
| 2.172. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | AVANTIX |
| | **State the term remaining** | DATED: 06/25/15 | AVANTIX INC |
| | **List the contract number of any government contract** | _____ | P O BOX 267 PINE ISLAND NY 10969-0267 |

| | | | |
|---|---|---|---|
| 2.173. | **Title of contract** | AUTO - ONTARIO | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | POLICY NO. 6741090784 | |
| | **Nature of debtor's interest** | INSURED | AVIVA INS CO OF CANADA |
| | **State the term remaining** | 8/31/2019 | 10 AVIVA WAY, SUITE 100 |
| | **List the contract number of any government contract** | _____ | MARKHAM ON L6G 0G1 CANADA |

Debtor  **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| 2.174. | **Title of contract** | AUTOMOBILE INSURANCE WITH POLICY NUMBER 6741090784 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | INSURANCE CONTRACT | |
| | **Nature of debtor's interest** | INSURED | AVIVA INSURANCE COMPANY |
| | **State the term remaining** | EFFECTIVE AUG 31, 2018 | 10 AVIVA WAY STE 100 MARKHAM ON L6G 0G1 CANADA |
| | **List the contract number of any government contract** | _____ | |

| 2.175. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | AVRON |
| | **State the term remaining** | DATED: 09/25/17 | 277 BASALTIC RD CONCORD ON L4K4W8 CANADA |
| | **List the contract number of any government contract** | _____ | |

| 2.176. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | B & B BATTERY (USA) |
| | **State the term remaining** | DATED: 06/25/15 | 6415 RANDOLPH ST CITY OF COMMERCE CA 90040-3511 |
| | **List the contract number of any government contract** | _____ | |

| 2.177. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | B M I |
| | **State the term remaining** | DATED: 06/25/15 | 3437 BOUL GRANDE ALL BOISBRIAND QC J7H1H5 |
| | **List the contract number of any government contract** | _____ | |

| 2.178. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | B M M TRANS |
| | **State the term remaining** | DATED: 02/24/17 | B M M TRANSPORTATION 209 W JACKSON BLVD CHICAGO IL 60606 |
| | **List the contract number of any government contract** | _____ | |

Debtor    **New England Motor Freight, Inc.**                                                                        Case number *(if known)* **19-12809**

| 2.179. | Title of contract | CUSTOMER CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CUSTOMER CONTRACT | |
| | Nature of debtor's interest | CUSTOMER | B S G HANDCRAFT |
| | State the term remaining | DATED: 03/10/16 | 800 W FIRST AVE |
| | List the contract number of any government contract | _____ | SHAKOPEE MN 55379-1148 |

| 2.180. | Title of contract | CUSTOMER CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CUSTOMER CONTRACT | |
| | Nature of debtor's interest | CUSTOMER | B UNITED INTL |
| | State the term remaining | DATED: 06/25/15 | P O BOX 661 |
| | List the contract number of any government contract | _____ | REDDING CT 06896-0661 |

| 2.181. | Title of contract | CERTIFICATE OF LIABILITY INSURANCE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CERTIFICATE OF LIABILITY INSURANCE | |
| | Nature of debtor's interest | INSURED | B&L BROKERAGE SERVICE, INC. |
| | State the term remaining | 4/10/2019 | 111 CONGRESSIONAL BLVD. |
| | List the contract number of any government contract | _____ | CARMEL IN 46032 |

| 2.182. | Title of contract | LEASE AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | LEASE OF REAL PROPERTY AT 159 EAST EADS ST, W BABYLON, NY | |
| | Nature of debtor's interest | LESSEE | BABCO LLC |
| | State the term remaining | 12/31/2019 | C/O MYRON P. SHEVELL |
| | List the contract number of any government contract | _____ | 1-71 NORTH AVENUE EAST ELIZABETH NJ 07201 |

| 2.183. | Title of contract | COMMERCIAL INSURANCE PREMIUM FINANCE AND SECURITY AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | LOAN AGREEMENT | |
| | Nature of debtor's interest | BORROWER | BANKDIRECT CAPITAL FINANCE |
| | State the term remaining | 11 MONTHS - COMMENCING 04/30/2018 | TWO CONWAY PARK |
| | List the contract number of any government contract | _____ | 150 NORTH FIELD DRIVE, SUITE 190 LAKE FOREST IL 60045 |

Debtor   **New England Motor Freight, Inc.**                                        Case number *(if known)* **19-12809**

| 2.184. | **Title of contract** | COMMERCIAL INSURANCE PREMIUM FINANCE AND SECURITY AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LOAN AGREEMENT | |
| | **Nature of debtor's interest** | BORROWER | BANKDIRECT CAPITAL FINANCE TWO CONWAY PARK 150 NORTH FIELD DRIVE, SUITE 190 LAKE FOREST IL 60045 |
| | **State the term remaining** | 11 MONTHS - COMMENCING 05/10/2018 | |
| | **List the contract number of any government contract** | _____ | |

| 2.185. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | BATES INDUSTRIAL BATES INDUSTRIAL COA P O BOX 792 LITTLETON MA 01460-2792 |
| | **State the term remaining** | DATED: 12/01/16 | |
| | **List the contract number of any government contract** | _____ | |

| 2.186. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | BATTENFIELD GREASE OIL CORP BATTENFIELD GREASE & PO BOX 728 N TONAWANDA NY 14120-0728 |
| | **State the term remaining** | DATED: 03/14/16 | |
| | **List the contract number of any government contract** | _____ | |

| 2.187. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | BAY BAY BAY & BAY 2905 W SERVICE RD EAGAN MN 55121 |
| | **State the term remaining** | DATED: 12/03/16 | |
| | **List the contract number of any government contract** | _____ | |

| 2.188. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | BAY SALES 113 FILLMORE ST BRISTOL PA 19007-5409 |
| | **State the term remaining** | DATED: 05/13/16 | |
| | **List the contract number of any government contract** | _____ | |

Debtor   **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| 2.189. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | BAY STATE WINE & SPI |
| | **State the term remaining** | DATED: 06/25/15 | P O BOX 204 AVON MA 02322-0204 |
| | **List the contract number of any government contract** | _____ | |

| 2.190. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | BAY WATER TRANS |
| | **State the term remaining** | DATED: 04/20/18 | BAY WATER TRANSPORTA 960 PLEASANTVILLE DR HOUSTON TX 77029-2432 |
| | **List the contract number of any government contract** | _____ | |

| 2.191. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | BEACON INC |
| | **State the term remaining** | DATED: 05/17/16 | 1213 REMINGTON BLVD ROMEOVILLE IL 60446-6504 |
| | **List the contract number of any government contract** | _____ | |

| 2.192. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | BECKER LOGISTICS |
| | **State the term remaining** | DATED: 03/17/17 | P O BOX 88126 CAROL STREAM IL 60188-0126 |
| | **List the contract number of any government contract** | _____ | |

| 2.193. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | BECKETT |
| | **State the term remaining** | DATED: 06/25/15 | P O BOX 2196 VIRGINIA BEACH VA 23450-2196 |
| | **List the contract number of any government contract** | _____ | |

Debtor    **New England Motor Freight, Inc.**                                                Case number *(if known)* **19-12809**

| 2.194. | Title of contract | CUSTOMER CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CUSTOMER CONTRACT | |
| | Nature of debtor's interest | CUSTOMER | BED ROCK LOGISTICS |
| | State the term remaining | DATED: 12/29/15 | 1707 ORLANDO CENTRAL ORLANDO FL 32809-5759 |
| | List the contract number of any government contract | _____ | |

| 2.195. | Title of contract | CUSTOMER CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CUSTOMER CONTRACT | |
| | Nature of debtor's interest | CUSTOMER | BELCAM |
| | State the term remaining | DATED: 06/25/15 | P O BOX 277 ROUSES POINT NY 12979-0277 |
| | List the contract number of any government contract | _____ | |

| 2.196. | Title of contract | CUSTOMER CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CUSTOMER CONTRACT | |
| | Nature of debtor's interest | CUSTOMER | BELLCOM CORP |
| | State the term remaining | DATED: 06/25/15 | 3 MOUNTAIN AVE MONSEY NY 10952-2944 |
| | List the contract number of any government contract | _____ | |

| 2.197. | Title of contract | CUSTOMER CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CUSTOMER CONTRACT | |
| | Nature of debtor's interest | CUSTOMER | BELLCOM CORP |
| | State the term remaining | DATED: 11/05/15 | OHIO TRADING INC 110 CHESTNUT RIDGE R MONTVALE NJ 07645-1706 |
| | List the contract number of any government contract | _____ | |

| 2.198. | Title of contract | FIRST LEASE AMENDMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | INDIANAPOLIS TERMINAL # 42 REAL PROPERTY LEASE - 1702 SOUTH BELMONT AVE, INDIANAPOLIS, IN 46221 | |
| | Nature of debtor's interest | LESSEE | BELMONT & MINNESOTA TERMINAL PARTNERSHIP |
| | State the term remaining | 7/31/2018 | 8463 CASTLEWOOD DRIVE INDIANAPOLIS IN 46250 |
| | List the contract number of any government contract | _____ | |

Debtor    **New England Motor Freight, Inc.**                                                    Case number *(if known)* **19-12809**

| 2.199. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | BELTEX CO |
| | **State the term remaining** | DATED: 03/21/17 | P O BOX 42321 |
| | **List the contract number of any government contract** | _____ | PITTSBURGH PA 15203-0321 |

| 2.200. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | BENLIN DIST |
| | **State the term remaining** | DATED: 01/07/19 | 2769 BROADWAY |
| | **List the contract number of any government contract** | _____ | BUFFALO NY 14227-1004 |

| 2.201. | **Title of contract** | MOTOR VEHICLE LEASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LEASE OF 2016 LINCOLN MKS, VIN 2882 | |
| | **Nature of debtor's interest** | LESSEE | BERGEY'S LINCOLN MERCURY INC. |
| | **State the term remaining** | 6/14/2019 | 1201 N. BROAD STREET |
| | **List the contract number of any government contract** | _____ | LANSDALE PA 19446 |

| 2.202. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | BERGQUIST |
| | **State the term remaining** | DATED: 10/16/15 | BERGQUIST INC |
| | | | P O BOX 351330 |
| | **List the contract number of any government contract** | _____ | TOLEDO OH 43635-1330 |

| 2.203. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | BERGQUIST |
| | **State the term remaining** | DATED: 10/16/15 | INSTANATURAL |
| | | | P O BOX 351330 |
| | **List the contract number of any government contract** | _____ | TOLEDO OH 43635-1330 |

Debtor    **New England Motor Freight, Inc.**                                                    Case number *(if known)* **19-12809**

| 2.204. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | BERNSTEIN DISPLAY |
| | **State the term remaining** | DATED: 06/25/15 | ALT PLUS<br>TECH LOGISTICS<br>300 ELM ST #1 |
| | **List the contract number of any government contract** | _____ | MILFORD NH 03055-4715 |

| 2.205. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | BERNSTEIN DISPLAY |
| | **State the term remaining** | DATED: 06/25/15 | LEO D. BERNSTEIN & S<br>TECH TRANSPORT<br>300 ELM ST #1 |
| | **List the contract number of any government contract** | _____ | MILFORD NH 03055-4715 |

| 2.206. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | BEST FIRE INC |
| | **State the term remaining** | DATED: 01/10/17 | BEST FIRE<br>1760 CENTRAL AVE<br>COLONIE NY 12205-4701 |
| | **List the contract number of any government contract** | _____ | |

| 2.207. | **Title of contract** | SERVICE AGREEMENT DATED OCT 4, 2010 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SERVICE CONTRACT | |
| | **Nature of debtor's interest** | CLIENT | BESTPASS INC |
| | **State the term remaining** | AT WILL BY EITHER PARTY | 828 WASHINGTON AVENUE<br>ALBANY NY 12203-1622 |
| | **List the contract number of any government contract** | _____ | |

| 2.208. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | BETT-A-WAY TRAFFIC |
| | **State the term remaining** | DATED: 03/05/18 | BETTAWAY WAREHOUSE<br>110 SYLVANIA PLACE<br>SOUTH PLAINFIELD NJ 07080-1448 |
| | **List the contract number of any government contract** | _____ | |

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| 2.209. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | BG FUCHS NORTH AMERICA |
| | **State the term remaining** | DATED: 06/13/16 | FUCHS NORTH AMERICA |
| | **List the contract number of any government contract** | _____ | BLUEGRACE LOGISTICS<br>2846 S FALKENBURG RD<br>RIVERVIEW FL 33578-2563 |

| 2.210. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | BICKELS SNACK FOODS |
| | **State the term remaining** | DATED: 01/28/16 | P O BOX 2427 |
| | **List the contract number of any government contract** | _____ | YORK PA 17405-2427 |

| 2.211. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | BICKELS SNACK FOODS |
| | **State the term remaining** | DATED: 09/26/17 | HANOVER FOODS<br>P O BOX 334 |
| | **List the contract number of any government contract** | _____ | HANOVER PA 17331-0334 |

| 2.212. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | BICKELS SNACK FOODS |
| | **State the term remaining** | DATED: 11/16/15 | HANOVER FOODS<br>P O BOX 334 |
| | **List the contract number of any government contract** | _____ | HANOVER PA 17331-0334 |

| 2.213. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | BICKELS SNACK FOODS |
| | **State the term remaining** | DATED: 12/22/16 | HANOVER FOODS<br>P O BOX 334 |
| | **List the contract number of any government contract** | _____ | HANOVER PA 17331-0334 |

Debtor    **New England Motor Freight, Inc.**                                                    Case number *(if known)* **19-12809**

| 2.214. | Title of contract | CUSTOMER CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CUSTOMER CONTRACT | |
| | Nature of debtor's interest | CUSTOMER | BIG MOUTH TOYS |
| | State the term remaining | DATED: 06/25/15 | 655 WINDING BROOK DR |
| | List the contract number of any government contract | _____ | GLASTONBURY CT 06033-4364 |

| 2.215. | Title of contract | CUSTOMER CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CUSTOMER CONTRACT | |
| | Nature of debtor's interest | CUSTOMER | BIND RITE GRAPHICS |
| | State the term remaining | DATED: 06/25/15 | BINDRITE ROBBINSVILL |
| | List the contract number of any government contract | _____ | 100 CASTLE ROAD<br>SECAUCUS NJ 07094-1602 |

| 2.216. | Title of contract | CUSTOMER CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CUSTOMER CONTRACT | |
| | Nature of debtor's interest | CUSTOMER | BIND RITE GRAPHICS |
| | State the term remaining | DATED: 06/25/15 | 100 CASTLE ROAD |
| | List the contract number of any government contract | _____ | SECAUCUS NJ 07094-1602 |

| 2.217. | Title of contract | CUSTOMER CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CUSTOMER CONTRACT | |
| | Nature of debtor's interest | CUSTOMER | BINETTE ELECTRIC MOTORS |
| | State the term remaining | DATED: 08/23/18 | BINETTE ELECTRIC MOT<br>P O BOX 99 |
| | List the contract number of any government contract | _____ | BEEBE PLAIN VT 05823-0099 |

| 2.218. | Title of contract | CUSTOMER CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CUSTOMER CONTRACT | |
| | Nature of debtor's interest | CUSTOMER | BINGHAM TAYLOR |
| | State the term remaining | DATED: 10/29/18 | BINGHAM & TAYLOR<br>P O BOX 939 |
| | List the contract number of any government contract | _____ | CULPEPER VA 22701-0939 |

Debtor    **New England Motor Freight, Inc.**                                        Case number *(if known)* **19-12809**

| 2.219. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | BIOFIT ENGINEERED PRODUCTS BIOFIT ENGINEERED PR P O BOX 109 WATERVILLE OH 43566-0109 |
| | **State the term remaining** | DATED: 06/29/16 | |
| | **List the contract number of any government contract** | _____ | |

| 2.220. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | BIO-OREGON P O BOX 3940 ST ANDREWS NB E5B3S7 |
| | **State the term remaining** | DATED: 06/25/15 | |
| | **List the contract number of any government contract** | _____ | |

| 2.221. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | BLEW CHEMICAL 1213 REMINGTON BLVD ROMEOVILLE IL 60446-6504 |
| | **State the term remaining** | DATED: 03/28/17 | |
| | **List the contract number of any government contract** | _____ | |

| 2.222. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | BLUE POINT BREWERY BLUE POINT BREWING 161 RIVER AVE PATCHOGUE NY 11772-3304 |
| | **State the term remaining** | DATED: 06/16/16 | |
| | **List the contract number of any government contract** | _____ | |

| 2.223. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | BNSF LOGISTICS B N S F LOGISTICS P O BOX 173 VERSAILLES OH 45380-0173 |
| | **State the term remaining** | DATED: 07/11/15 | |
| | **List the contract number of any government contract** | _____ | |

Debtor    **New England Motor Freight, Inc.**                                                  Case number *(if known)* **19-12809**

| 2.224. | **Title of contract** | MACHINISTS MONEY PURCHASE PENSION PLAN | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MONEY PURCHASE PENSION PLAN | |
| | **Nature of debtor's interest** | EMPLOYER | BOARD OF TRUSTEES MACHINISTS MONEY PURCHASE PENSION PLAN 140 SYLVAN AVENUE SUITE 303 ENGLEWOOD CLIFFS NJ 07632 |
| | **State the term remaining** | DATED: JUNE 2018 | |
| | **List the contract number of any government contract** | _____ | |

| 2.225. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | BOBROW DISTTING BOBROW DISTRIBUTING P O BOX 624 CLIFTON PARK NY 12065-0624 |
| | **State the term remaining** | DATED: 06/25/15 | |
| | **List the contract number of any government contract** | _____ | |

| 2.226. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | BOBS STORES BOB'S STORES 160 CORPORATE COURT MERIDEN CT 06450-7177 |
| | **State the term remaining** | DATED: 03/23/16 | |
| | **List the contract number of any government contract** | _____ | |

| 2.227. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | BOBS STORES S D I USA LLC 160 CORPORATE CT MERIDEN CT 06450-7177 |
| | **State the term remaining** | DATED: 09/04/18 | |
| | **List the contract number of any government contract** | _____ | |

| 2.228. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | BOSH DISTRIBUTION NUQUEST INTEGRATED S 200 TURNBULL CT CAMBRIDGE ON N1T1J2 CANADA |
| | **State the term remaining** | DATED: 01/18/19 | |
| | **List the contract number of any government contract** | _____ | |

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| 2.229. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | BRANDS U LOVE |
| | **State the term remaining** | DATED: 01/13/17 | 473 SAYLOR CT COVINGTON KY 41015-2506 |
| | **List the contract number of any government contract** | _____ | |

| 2.230. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | BRINKS GLOBAL SERV |
| | **State the term remaining** | DATED: 09/20/17 | BRINKS GLOBAL SERVIC 580 FIFTH AVE NEW YORK NY 10036-4725 |
| | **List the contract number of any government contract** | _____ | |

| 2.231. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | BRINKS GLOBAL SERV |
| | **State the term remaining** | DATED: 11/17/17 | BRINKS GLOBAL SERVIC 580 FIFTH AVE NEW YORK NY 10036-4725 |
| | **List the contract number of any government contract** | _____ | |

| 2.232. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | BROTHERS INTL FOOD |
| | **State the term remaining** | DATED: 06/25/15 | BROTHERS INTL FOOD C P O BOX 60679 ROCHESTER NY 14606-0679 |
| | **List the contract number of any government contract** | _____ | |

| 2.233. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | BROTHERS INTL FOOD |
| | **State the term remaining** | DATED: 06/25/15 | BROTHERS INTL FOODS P O BOX 60679 ROCHESTER NY 14606-0679 |
| | **List the contract number of any government contract** | _____ | |

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| 2.234. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | BROTHERS INTL FOOD |
| | **State the term remaining** | DATED: 06/25/15 | PO BOX 60679 |
| | **List the contract number of any government contract** | _____ | ROCHESTER NY 14606-0679 |

| 2.235. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | BROWN CAMPBELL CO |
| | **State the term remaining** | DATED: 06/14/18 | BROWN CAMPBELL<br>11800 INVESTMENT DRI |
| | **List the contract number of any government contract** | _____ | SHELBY TOWNSHIP MI 48315-1794 |

| 2.236. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | BROWN CAMPBELL CO |
| | **State the term remaining** | DATED: 06/14/18 | BROWN CAMPBELL<br>11800 INVESTMENT DR |
| | **List the contract number of any government contract** | _____ | SHELBY TOWNSHIP MI 48315-1794 |

| 2.237. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | BROWN PERKINS |
| | **State the term remaining** | DATED: 08/08/16 | BROWN & PERKINS INC<br>P O BOX 412 |
| | **List the contract number of any government contract** | _____ | CRANBURY NJ 08512-0412 |

| 2.238. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | BRUSHTECH |
| | **State the term remaining** | DATED: 10/28/15 | BRUSHTECH INC<br>P O BOX 1130 |
| | **List the contract number of any government contract** | _____ | PLATTSBURGH NY 12901-0068 |

Debtor    **New England Motor Freight, Inc.**                                      Case number *(if known)* **19-12809**

| 2.239. | Title of contract | CUSTOMER CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CUSTOMER CONTRACT | |
| | Nature of debtor's interest | CUSTOMER | BUCKLAND CUSTOMS BROKERS BUCKLAND CUSTOMS BRO 73 GAYLORD RD ST THOMAS ON N5P3R9 CANADA |
| | State the term remaining | DATED: 09/21/17 | |
| | List the contract number of any government contract | _____ | |

| 2.240. | Title of contract | CUSTOMER CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CUSTOMER CONTRACT | |
| | Nature of debtor's interest | CUSTOMER | BUFFALO ENVELOPE 2914 WALDEN AVE DEPEW NY 14043 |
| | State the term remaining | DATED: 02/09/16 | |
| | List the contract number of any government contract | _____ | |

| 2.241. | Title of contract | CUSTOMER CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CUSTOMER CONTRACT | |
| | Nature of debtor's interest | CUSTOMER | BURCH MATERIALS BURCH MATERIALS & P O BOX 10200 MATTHEWS NC 28106-0220 |
| | State the term remaining | DATED: 08/04/17 | |
| | List the contract number of any government contract | _____ | |

| 2.242. | Title of contract | LEASE AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | BURLINGTON TERMINAL # 17 REAL PROPERTY LEASE - 10807 AVENUE D EXTENSION, WILLISTON, VT 05495 | |
| | Nature of debtor's interest | LESSEE | BURMONT LLC C/O AMZ MANAGEMENT LLC 1-71 NORTH AVENUE EAST ELIZABETH NJ 07201 |
| | State the term remaining | 6/30/2025 | |
| | List the contract number of any government contract | _____ | |

| 2.243. | Title of contract | CUSTOMER CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CUSTOMER CONTRACT | |
| | Nature of debtor's interest | CUSTOMER | BUSH IND BUSH IND INC P O BOX 460 JAMESTOWN NY 14702-0460 |
| | State the term remaining | DATED: 06/25/15 | |
| | List the contract number of any government contract | _____ | |

Debtor    **New England Motor Freight, Inc.**                                      Case number *(if known)* **19-12809**

| 2.244. | **Title of contract** | CUSTOMER CONTRACT | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | | |
| | **Nature of debtor's interest** | CUSTOMER | | C A C ASSC |
| | | | | P M SUPPLY |
| | **State the term remaining** | DATED: 01/15/19 | | P O BOX 566 |
| | **List the contract number of any government contract** | _____ | | EBENSBURG PA 15931-0566 |

| 2.245. | **Title of contract** | CUSTOMER CONTRACT | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | | |
| | **Nature of debtor's interest** | CUSTOMER | | C A C ASSC |
| | | | | C A C ASSOCIATES |
| | **State the term remaining** | DATED: 06/25/15 | | P O BOX 566 |
| | **List the contract number of any government contract** | _____ | | EBENSBURG PA 15931-0566 |

| 2.246. | **Title of contract** | CUSTOMER CONTRACT | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | | |
| | **Nature of debtor's interest** | CUSTOMER | | C A ELLIOTT LUMBER |
| | | | | P O BOX 272 |
| | **State the term remaining** | DATED: 05/22/18 | | ROULETTE PA 16746-0272 |
| | **List the contract number of any government contract** | _____ | | |

| 2.247. | **Title of contract** | CUSTOMER CONTRACT | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | | |
| | **Nature of debtor's interest** | CUSTOMER | | C C U INTL |
| | | | | 235 RUE LIONEL-GROUI |
| | **State the term remaining** | DATED: 08/31/17 | | DRUMMONDVILLE QC J2C6E1 |
| | **List the contract number of any government contract** | _____ | | |

| 2.248. | **Title of contract** | CUSTOMER CONTRACT | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | | |
| | **Nature of debtor's interest** | CUSTOMER | | C I FILING SYSTEMS |
| | | | | 1130 MILITARY RD |
| | **State the term remaining** | DATED: 06/25/15 | | BUFFALO NY 14217-1844 |
| | **List the contract number of any government contract** | _____ | | |

Debtor    **New England Motor Freight, Inc.**                                        Case number *(if known)* **19-12809**

| 2.249. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | C J KOREA EXPRESS |
| | **State the term remaining** | DATED: 08/09/16 | 760 W CROSSROADS PKW |
| | **List the contract number of any government contract** | _____ | BOLINGBROOK IL 60440 |

| 2.250. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | C M CORP |
| | **State the term remaining** | DATED: 04/09/18 | C & M CORP |
| | **List the contract number of any government contract** | _____ | 349 LAKE ROAD DAYVILLE CT 06241-1551 |

| 2.251. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | C T L BROKERAGE |
| | **State the term remaining** | DATED: 02/22/18 | P O BOX 347 |
| | **List the contract number of any government contract** | _____ | NASHUA NH 03061-0347 |

| 2.252. | **Title of contract** | SIXTH AMENDMENT TO LEASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CHICAGO TERMINAL # 37 REAL PROPERTY LEASE - 2300 LANDMEIER RD, ELK GROVE VILLAGE, IL 60007 | |
| | **Nature of debtor's interest** | LESSEE | CALEAST NAT, LLC |
| | **State the term remaining** | 8/31/2023 | C/O NORTHAMERICAN TERMINALS MANAGEMENTS, INC. |
| | **List the contract number of any government contract** | _____ | ATTN: GENERAL COUNSEL 201 WEST STREET SUITE 200 ANNAPOLIS MD 21401 |

| 2.253. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | CAMPANIA |
| | **State the term remaining** | DATED: 02/04/16 | CAMPANIA INTL M G N LOGISTICS |
| | **List the contract number of any government contract** | _____ | 712 FERRY ST UNIT 1 EASTON PA 18042-4324 |

Debtor   **New England Motor Freight, Inc.**                                     Case number *(if known)* **19-12809**

| 2.254. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | CAMPANIA |
| | **State the term remaining** | DATED: 02/04/16 | U S TAPE |
| | | | M G N LOGISTICS |
| | **List the contract number of any government contract** | _____ | 712 FERRY ST UNIT 1 |
| | | | EASTON PA 18042-4324 |

| 2.255. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | CAMPANIA |
| | **State the term remaining** | DATED: 08/04/17 | STEAMIST |
| | | | M G N LOGISTICS |
| | **List the contract number of any government contract** | _____ | 712 FERRY ST |
| | | | EASTON PA 18042-4324 |

| 2.256. | **Title of contract** | LEASE AGREEENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | REAL PROPERTY LEASE - 2875 APPLETON STREET, CAMP HILL, PA 17011 | |
| | **Nature of debtor's interest** | LESSEE | CAMPHIL TERMINAL LLC |
| | **State the term remaining** | 6/30/2025 | C/O AMZ MANAGEMENT LLC |
| | | | 1-71 NORTH AVENUE EAST |
| | **List the contract number of any government contract** | _____ | ELIZABETH NJ 07201 |

| 2.257. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | CANAMMEX EXHAUST USA |
| | **State the term remaining** | DATED: 06/25/15 | 1021 NE 27TH AVE |
| | | | POMPANO BEACH FL 33062-4221 |
| | **List the contract number of any government contract** | _____ | |

| 2.258. | **Title of contract** | CAPE COD EXPRESS INTERLINE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | INTERLINE AGREEMENT | |
| | **Nature of debtor's interest** | CARRIER | CAPE COD EXPRESS, INC. |
| | **State the term remaining** | EFFECTIVE DATE: 1/1/2005 | ALLEN R. SCOTT |
| | | | VP SALES |
| | **List the contract number of any government contract** | _____ | 1 EXPRESS DRIVE |
| | | | WAREHAM MA 02671 |

Debtor    **New England Motor Freight, Inc.**                                                      Case number *(if known)* **19-12809**

2.259. | **Title of contract** | CAPE COD EXPRESS INTERLINE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | INTERLINE AGREEMENT |
| **Nature of debtor's interest** | CARRIER | CAPE COD EXPRESS, INC.
| **State the term remaining** | EFFECTIVE DATE: 1/1/2007 | ALLEN R. SCOTT
VP SALES
| **List the contract number of any government contract** | _____ | 44 TOBEY ROAD
WAREHAM MA 02571

2.260. | **Title of contract** | CAPE COD EXPRESS INTERLINE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | INTERLINE AGREEMENT |
| **Nature of debtor's interest** | CARRIER | CAPE COD EXPRESS, INC.
| **State the term remaining** | EFFECTIVE DATE: 1/1/2007 | ALLEN R. SCOTT
VP SALES
| **List the contract number of any government contract** | _____ | 44 TOBEY ROAD
WAREHAM MA 02571

2.261. | **Title of contract** | CAPE COD EXPRESS INTERLINE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | INTERLINE AGREEMENT |
| **Nature of debtor's interest** | CARRIER | CAPE COD EXPRESS, INC.
| **State the term remaining** | EFFECTIVE DATE: 1/1/2007 | ALLEN R. SCOTT
VP SALES
| **List the contract number of any government contract** | _____ | 44 TOBEY ROAD
WAREHAM MA 02571

2.262. | **Title of contract** | CAPE COD EXPRESS INTERLINE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | INTERLINE AGREEMENT |
| **Nature of debtor's interest** | CARRIER | CAPE COD EXPRESS, INC.
| **State the term remaining** | EFFECTIVE DATE: 1/1/2007 | ALLEN R. SCOTT
VP SALES
| **List the contract number of any government contract** | _____ | 44 TOBEY ROAD
WAREHAM MA 02571

2.263. | **Title of contract** | CAPE COD EXPRESS INTERLINE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | INTERLINE AGREEMENT |
| **Nature of debtor's interest** | CARRIER | CAPE COD EXPRESS, INC.
| **State the term remaining** | EFFECTIVE DATE: 1/1/2007 | ALLEN R. SCOTT
VP SALES
| **List the contract number of any government contract** | _____ | 44 TOBEY ROAD
WAREHAM MA 02571

Debtor   **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| 2.264. | Title of contract | CAPE COD EXPRESS INTERLINE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | INTERLINE AGREEMENT | |
| | Nature of debtor's interest | CARRIER | CAPE COD EXPRESS, INC. ALLEN R. SCOTT VP SALES 44 TOBEY ROAD WAREHAM MA 02571 |
| | State the term remaining | EFFECTIVE DATE: 1/1/2007 | |
| | List the contract number of any government contract | _____ | |

| 2.265. | Title of contract | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | CUSTOMER CONTRACT | |
| | Nature of debtor's interest | CUSTOMER | CAPE COD WHOLESALE CAPE CODE WHOLESALE 195 ROUTE 6A ORLEANS MA 02653-3240 |
| | State the term remaining | DATED: 05/12/17 | |
| | List the contract number of any government contract | _____ | |

| 2.266. | Title of contract | LOCAL FREIGHT TARIFF CPCD 204 N | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | SERVICE CONTRACT | |
| | Nature of debtor's interest | CUSTOMER | CAPE CODE EXPRESS INC ALLEN R SCOTT,SALES 44 TOBEY ROAD WAREHAM PA 02571 |
| | State the term remaining | EFFECTIVE JAN 1, 2002 | |
| | List the contract number of any government contract | _____ | |

| 2.267. | Title of contract | LOCAL FREIGHT TARIFF CPCD 204 O | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | SERVICE CONTRACT | |
| | Nature of debtor's interest | CUSTOMER | CAPE CODE EXPRESS INC ALLEN R SCOTT,SALES 44 TOBEY ROAD WAREHAM PA 02571 |
| | State the term remaining | EFFECTIVE JAN 1, 2003 | |
| | List the contract number of any government contract | _____ | |

| 2.268. | Title of contract | LOCAL FREIGHT TARIFF CPCD 204 O | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | SERVICE CONTRACT | |
| | Nature of debtor's interest | CUSTOMER | CAPE CODE EXPRESS INC ALLEN R SCOTT,SALES 44 TOBEY ROAD WAREHAM PA 02571 |
| | State the term remaining | EFFECTIVE JAN 1, 2003 | |
| | List the contract number of any government contract | _____ | |

Debtor    **New England Motor Freight, Inc.**                                         Case number *(if known)* **19-12809**

| 2.269. | **Title of contract** | LOCAL FREIGHT TARIFF CPCD 204 P | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SERVICE CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | CAPE CODE EXPRESS INC |
| | **State the term remaining** | EFFECTIVE JAN 1, 2004 | ALLEN R SCOTT,SALES |
| | **List the contract number of any government contract** | _____ | 44 TOBEY ROAD |
| | | | WAREHAM PA 02571 |

| 2.270. | **Title of contract** | LOCAL FREIGHT TARIFF CPCD 204 P | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SERVICE CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | CAPE CODE EXPRESS INC |
| | **State the term remaining** | EFFECTIVE JAN 1, 2004 | 44 TOBEY ROAD |
| | **List the contract number of any government contract** | _____ | WAREHAM PA 02571 |

| 2.271. | **Title of contract** | LOCAL FREIGHT TARIFF CPCD 204 Q | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SERVICE CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | CAPE CODE EXPRESS INC |
| | **State the term remaining** | EFFECTIVE JAN 1, 2005 | FREDERICK P DAY, VICE PRES |
| | **List the contract number of any government contract** | _____ | 44 TOBEY ROAD |
| | | | WAREHAM MA 02571 |

| 2.272. | **Title of contract** | LOCAL FREIGHT TARIFF CPCD 204 Q | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SERVICE CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | CAPE CODE EXPRESS INC |
| | **State the term remaining** | EFFECTIVE JAN 1, 2005 | FREDERICK P DAY, VICE PRES |
| | **List the contract number of any government contract** | _____ | 44 TOBEY ROAD |
| | | | WAREHAM MA 02571 |

| 2.273. | **Title of contract** | LETTER RE LOCAL TARIFF RATES CPCD-204 S | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SERVICE CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | CAPE CODE EXPRESS INC |
| | **State the term remaining** | EFFECTIVE JAN 1, 2007 | FREDERICK P DAY, VICE PRES |
| | **List the contract number of any government contract** | _____ | 44 TOBEY ROAD |
| | | | WAREHAM MA 02571 |

Debtor    **New England Motor Freight, Inc.**                                          Case number *(if known)* **19-12809**

| 2.274. | **Title of contract** | LETTER RE LOCAL TARIFF RATES CPCD-204 S | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SERVICE CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | CAPE CODE EXPRESS INC |
| | **State the term remaining** | EFFECTIVE JAN 1, 2007 | FREDERICK P DAY, VICE PRES<br>44 TOBEY ROAD<br>WAREHAM MA 02571 |
| | **List the contract number of any government contract** | _____ | |

| 2.275. | **Title of contract** | REVISED CAPE CODE EXPRESS TARIFF CPCD 204-R | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SERVICE CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | CAPE CODE EXPRESS INC |
| | **State the term remaining** | EFFECTIVE JAN 1, 2007 & REPLACES CPCD 204 S | HELEN KOCZERA, OFFICE MGR<br>44 TOBEY ROAD<br>WAREHAM MA 02571 |
| | **List the contract number of any government contract** | _____ | |

| 2.276. | **Title of contract** | LOCAL FREIGHT TARIFF CPCD 204 U | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SERVICE CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | CAPE CODE EXPRESS INC |
| | **State the term remaining** | EFFECTIVE JAN 1, 2009 | ALLEN R SCOTT,SALES<br>1 EXPRESS DRIVE<br>WAREHAM PA 02571 |
| | **List the contract number of any government contract** | _____ | |

| 2.277. | **Title of contract** | LOCAL FREIGHT TARIFF CPCD 204 K | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SERVICE CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | CAPE CODE EXPRESS INC |
| | **State the term remaining** | EFFECTIVE MARCH 3, 1997 | ALLEN R SCOTT,SALES<br>44 TOBEY ROAD<br>WAREHAM PA 02571 |
| | **List the contract number of any government contract** | _____ | |

| 2.278. | **Title of contract** | LOCAL FREIGHT TARIFF CPCD 204 K | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SERVICE CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | CAPE CODE EXPRESS INC |
| | **State the term remaining** | EFFECTIVE MARCH 3, 1997 | ALLEN R SCOTT,SALES<br>44 TOBEY ROAD<br>WAREHAM PA 02571 |
| | **List the contract number of any government contract** | _____ | |

Debtor    **New England Motor Freight, Inc.**                                         Case number *(if known)* **19-12809**

| 2.279. | Title of contract | LOCAL FREIGHT TARIFF | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | SERVICE CONTRACT | |
| | Nature of debtor's interest | CUSTOMER | CAPE CODE EXPRESS INC |
| | State the term remaining | | ALLEN R SCOTT,SALES |
| | | | 44 TOBEY ROAD |
| | List the contract number of any government contract | | WAREHAM MA 02571 |

| 2.280. | Title of contract | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | CUSTOMER CONTRACT | |
| | Nature of debtor's interest | CUSTOMER | CAPITAL FOREST PRODS |
| | State the term remaining | DATED: 09/26/17 | P O BOX 6213 |
| | | | ANNAPOLIS MD 21401-0213 |
| | List the contract number of any government contract | | |

| 2.281. | Title of contract | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | CUSTOMER CONTRACT | |
| | Nature of debtor's interest | CUSTOMER | CAPITAL FOREST PRODS |
| | State the term remaining | DATED: 09/26/17 | P O BOX 6213 |
| | | | ANNAPOLIS MD 21401-0213 |
| | List the contract number of any government contract | | |

| 2.282. | Title of contract | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | CUSTOMER CONTRACT | |
| | Nature of debtor's interest | CUSTOMER | CAPITAL FOREST PRODS |
| | State the term remaining | DATED: 09/26/17 | P O BOX 6213 |
| | | | ANNAPOLIS MD 21401-0213 |
| | List the contract number of any government contract | | |

| 2.283. | Title of contract | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | CUSTOMER CONTRACT | |
| | Nature of debtor's interest | CUSTOMER | CAPITAL FOREST PRODS |
| | State the term remaining | DATED: 09/27/17 | P O BOX 6213 |
| | | | ANNAPOLIS MD 21401-0213 |
| | List the contract number of any government contract | | |

Debtor    **New England Motor Freight, Inc.**                                             Case number *(if known)* **19-12809**

| 2.284. | **Title of contract** | CUSTOMER CONTRACT | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | | |
| | **Nature of debtor's interest** | CUSTOMER | | CAPITAL FOREST PRODS |
| | **State the term remaining** | DATED: 11/13/17 | | P O BOX 6213 |
| | **List the contract number of any government contract** | _____ | | ANNAPOLIS MD 21401-0213 |

| 2.285. | **Title of contract** | CUSTOMER CONTRACT | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | | |
| | **Nature of debtor's interest** | CUSTOMER | | CAPITAL LOGISTICS |
| | **State the term remaining** | DATED: 02/08/18 | | CAPITAL LOGISTICS LL |
| | **List the contract number of any government contract** | _____ | | 12 WATER ST |
| | | | | WHITE PLAINS NY 10601-1410 |

| 2.286. | **Title of contract** | LETTER OF CREDIT NO. 30004889 | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|---|
| | **State what the contract or lease is for** | CREDIT AGREEMENT | | |
| | **Nature of debtor's interest** | BORROWER | | CAPITAL ONE, NATIONAL ASSOCIATION |
| | **State the term remaining** | EXPIRATION DATE: 03/31/2017 | | RONALD ANDERSEN |
| | **List the contract number of any government contract** | _____ | | 275 BROADHOLLOW ROAD |
| | | | | MELVILLE NY 11747 |

| 2.287. | **Title of contract** | LETTER OF CREDIT NO. 30004889 | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|---|
| | **State what the contract or lease is for** | CREDIT AGREEMENT | | |
| | **Nature of debtor's interest** | BORROWER | | CAPITAL ONE, NATIONAL ASSOCIATION |
| | **State the term remaining** | EXPIRATION DATE: 03/31/2017 | | RONALD ANDERSEN |
| | **List the contract number of any government contract** | _____ | | 275 BROADHOLLOW ROAD |
| | | | | MELVILLE NY 11747 |

| 2.288. | **Title of contract** | CORPORATE GUARANTY | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|---|
| | **State what the contract or lease is for** | GUARANTY | | |
| | **Nature of debtor's interest** | GUARANTOR | | CAPITAL ONE, NATIONAL ASSOCIATION |
| | **State the term remaining** | DATED: 03/15/2016 | | 275 BROADHOLLOW ROAD |
| | **List the contract number of any government contract** | _____ | | MELVILLE NY 11747 |

Debtor    **New England Motor Freight, Inc.**                                         Case number *(if known)* **19-12809**

| 2.289. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | CAPSA SOLUTIONS |
| | **State the term remaining** | DATED: 03/25/16 | CAPSA HEALTHCARE<br>10700 PRAIRE LAKES D<br>EDEN PRAIRIE MN 55344-3858 |
| | **List the contract number of any government contract** | _____ | |

| 2.290. | **Title of contract** | PROMISSORY NOTE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LOAN AND SECURITY AGREEMENT | |
| | **Nature of debtor's interest** | BORROWER | CAPTIAL ONE, N.A. |
| | **State the term remaining** | 4/15/2023 | 275 BROADHOLLOW RD<br>MELVILLE NY 11747 |
| | **List the contract number of any government contract** | _____ | |

| 2.291. | **Title of contract** | PROMISSORY NOTE (002) | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LOAN AND SECURITY AGREEMENT | |
| | **Nature of debtor's interest** | BORROWER | CAPTIAL ONE, N.A. |
| | **State the term remaining** | 4/15/2023 | 275 BROADHOLLOW RD<br>MELVILLE NY 11747 |
| | **List the contract number of any government contract** | _____ | |

| 2.292. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | CARDINAL LOGISTICS |
| | **State the term remaining** | DATED: 09/26/17 | P O BOX 480939<br>CHARLOTTE NC 28203 |
| | **List the contract number of any government contract** | _____ | |

| 2.293. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | CARDINAL TRANSPORTATION |
| | **State the term remaining** | DATED: 05/21/16 | CARDINAL TRANSPORTAT<br>6209 MID RIVER MALL<br>SAINT CHARLES MO 63304-1102 |
| | **List the contract number of any government contract** | _____ | |

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| | | | |
|---|---|---|---|
| 2.294. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | CARPE INSECTAE |
| | **State the term remaining** | DATED: 02/03/17 | P O BOX 401 |
| | **List the contract number of any government contract** | _____ | SARANAC LAKE NY 12983-0401 |

| | | | |
|---|---|---|---|
| 2.295. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | CARY CO |
| | **State the term remaining** | DATED: 06/25/15 | CARY COMPANY |
| | **List the contract number of any government contract** | _____ | P O BOX 403 |
| | | | ADDISON IL 60101-0403 |

| | | | |
|---|---|---|---|
| 2.296. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | CASCADE SCHOOL SUPPLY |
| | **State the term remaining** | DATED: 01/29/16 | CASCADE SCHOOL SUPPL |
| | **List the contract number of any government contract** | _____ | P O BOX 780 |
| | | | NORTH ADAMS MA 01247-0780 |

| | | | |
|---|---|---|---|
| 2.297. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | CASCADE SCHOOL SUPPLY |
| | **State the term remaining** | DATED: 02/16/17 | CASCADE SCHOOL SUPP |
| | **List the contract number of any government contract** | _____ | P O BOX 780 |
| | | | NORTH ADAMS MA 01247-0780 |

| | | | |
|---|---|---|---|
| 2.298. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | CASCADE SCHOOL SUPPLY |
| | **State the term remaining** | DATED: 08/07/18 | CASCADE SCHOOL SUPPL |
| | **List the contract number of any government contract** | _____ | P O BOX 780 |
| | | | NORTH ADAMS MA 01247-0780 |

Debtor   **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| 2.299. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | CASUAL MALE RETAIL |
| | **State the term remaining** | DATED: 10/24/18 | 109 YORK AVE RANDOLPH MA 02368-1846 |
| | **List the contract number of any government contract** | _____ | |

| 2.300. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | CATHEDRAL STONE PRODS |
| | **State the term remaining** | DATED: 01/20/17 | CATHEDRAL STONE PROD 19829 HAMILTON AVE TORRANCE CA 90502-1341 |
| | **List the contract number of any government contract** | _____ | |

| 2.301. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | CAWSTON PRESS STARLITE |
| | **State the term remaining** | DATED: 06/30/17 | CAWSTON PRESS 1165 CROSSROADS PKWY ROMEOVILLE IL 60446-1166 |
| | **List the contract number of any government contract** | _____ | |

| 2.302. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | CELLUCAP MFG |
| | **State the term remaining** | DATED: 09/08/17 | CELLUCAP MANUFACTURI P O BOX 2110 NEW YORK NY 10272-2110 |
| | **List the contract number of any government contract** | _____ | |

| 2.303. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | CENTRAL GARDEN PET |
| | **State the term remaining** | DATED: 02/16/18 | CENTRAL GARDEN & PET P O BOX 682 LOWELL AR 72745-0682 |
| | **List the contract number of any government contract** | _____ | |

Debtor  **New England Motor Freight, Inc.**                                      Case number *(if known)* **19-12809**

| 2.304. | **Title of contract** | EQUIPMENT SOFTWARE & SERVICES AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SERVICE CONTRACT | |
| | **Nature of debtor's interest** | CLIENT | CENTRIC BUSINESS SYSTEMS |
| | **State the term remaining** | JULY 9, 2022 | 10702 RED RUN BLVD
OWINGS MILLS MD 21117 |
| | **List the contract number of any government contract** | _____ | |

| 2.305. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | CENTROTRADE |
| | **State the term remaining** | DATED: 05/08/18 | CENTROTRADE MINERALS
P O BOX 7899
RICHMOND VA 23231-0399 |
| | **List the contract number of any government contract** | _____ | |

| 2.306. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | CENTURY 21 |
| | **State the term remaining** | DATED: 11/27/15 | CENTURY 21 DEPT STOR
P O BOX 425
LOWELL AR 72745-0425 |
| | **List the contract number of any government contract** | _____ | |

| 2.307. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | CENTUTION MEDICAL |
| | **State the term remaining** | DATED: 04/18/16 | CENTURION MEDICAL
PO BOX 7908
ANN ARBOR MI 48107-7908 |
| | **List the contract number of any government contract** | _____ | |

| 2.308. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | CENVEO D L S WORLDWIDE |
| | **State the term remaining** | DATED: 10/05/18 | CENVEO
1000 WINDHAM PKWY
BOLINGBROOK IL 60490-3507 |
| | **List the contract number of any government contract** | _____ | |

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| | | |
|---|---|---|
| 2.309. | **Title of contract** | CUSTOMER CONTRACT |
| | **State what the contract or lease is for** | CUSTOMER CONTRACT |
| | **Nature of debtor's interest** | CUSTOMER |
| | **State the term remaining** | DATED: 07/13/17 |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

CHAMPION CABLE
CHAMPLAIN CABLE CORP
P O BOX 1010
NASHUA NH 03061-1010

| | | |
|---|---|---|
| 2.310. | **Title of contract** | CUSTOMER CONTRACT |
| | **State what the contract or lease is for** | CUSTOMER CONTRACT |
| | **Nature of debtor's interest** | CUSTOMER |
| | **State the term remaining** | DATED: 02/25/16 |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

CHAMPION SPORTS
P O BOX 368
MARLBORO NJ 07746-0368

| | | |
|---|---|---|
| 2.311. | **Title of contract** | CUSTOMER CONTRACT |
| | **State what the contract or lease is for** | CUSTOMER CONTRACT |
| | **Nature of debtor's interest** | CUSTOMER |
| | **State the term remaining** | DATED: 01/18/16 |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

CHAMPLAIN STONE
P O BOX 650
WARRENSBURG NY 12885-0650

| | | |
|---|---|---|
| 2.312. | **Title of contract** | CUSTOMER CONTRACT |
| | **State what the contract or lease is for** | CUSTOMER CONTRACT |
| | **Nature of debtor's interest** | CUSTOMER |
| | **State the term remaining** | DATED: 01/18/18 |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

CHAMPLAIN STONE
CHAMPLAIN STONE LTD
P O BOX 650
WARRENSBURG NY 12885

| | | |
|---|---|---|
| 2.313. | **Title of contract** | CUSTOMER CONTRACT |
| | **State what the contract or lease is for** | CUSTOMER CONTRACT |
| | **Nature of debtor's interest** | CUSTOMER |
| | **State the term remaining** | DATED: 06/25/15 |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

CHAPIN MANF
CHAPIN MANUFACTURING
151 JOHN JAMES AUDUB
AMHERST NY 14228-1111

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| 2.314. | Title of contract | CUSTOMER CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CUSTOMER CONTRACT | |
| | Nature of debtor's interest | CUSTOMER | CHARLOTTE PRDUCTS |
| | State the term remaining | DATED: 06/14/17 | CHARLOTTE PRODUCTS 6665 COTE DE LIESSE |
| | List the contract number of any government contract | _____ | MONTREAL QC H4V1Z5 |

| 2.315. | Title of contract | CUSTOMER CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CUSTOMER CONTRACT | |
| | Nature of debtor's interest | CUSTOMER | CHEMTREAT |
| | State the term remaining | DATED: 06/15/16 | CHEMTREAT % CTSI-GLO CLARK TOWER SUITE 17 |
| | List the contract number of any government contract | _____ | MEMPHIS TN 38137-4000 |

| 2.316. | Title of contract | CUSTOMER CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CUSTOMER CONTRACT | |
| | Nature of debtor's interest | CUSTOMER | CHOICE BRANDS |
| | State the term remaining | DATED: 06/25/15 | CHOICE ADHESIVES 1260 KARL COURT |
| | List the contract number of any government contract | _____ | WAUCONDA IL 60084-1086 |

| 2.317. | Title of contract | CUSTOMER CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CUSTOMER CONTRACT | |
| | Nature of debtor's interest | CUSTOMER | CHR BARILLA |
| | State the term remaining | DATED: 12/23/16 | BARILLA CHRLTL 14800 CHARLSON RD |
| | List the contract number of any government contract | _____ | EDEN PRAIRIE MN 55347-5042 |

| 2.318. | Title of contract | CUSTOMER CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CUSTOMER CONTRACT | |
| | Nature of debtor's interest | CUSTOMER | CHR GITI |
| | State the term remaining | DATED: 08/31/16 | GITI CHRLTL 14800 CHARLSON RD #2 |
| | List the contract number of any government contract | _____ | EDEN PRAIRIE MN 55344 |

Debtor   **New England Motor Freight, Inc.**                                      Case number *(if known)* **19-12809**

| 2.319. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | CHR RITTAL |
| | **State the term remaining** | DATED: 09/19/17 | RITTAL |
| | | | C H ROBINSON |
| | **List the contract number of any government contract** | _____ | 14800 CHARLSON RD |
| | | | EDEN PRAIRIE MN 55347-5042 |

| 2.320. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | CHR SCOTTS RETURNS |
| | **State the term remaining** | DATED: 12/22/16 | SCOTTS RETURNS |
| | | | CHRLTL |
| | **List the contract number of any government contract** | _____ | 14800 CHARLSON RD #2 |
| | | | EDEN PRAIRIE MN 55347-5051 |

| 2.321. | **Title of contract** | RENTAL SERVICE AGREEMENT WITH CONTRACT NO. 16675 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SERVICE CONTRACT | |
| | **Nature of debtor's interest** | CLIENT | CINTAS CORPORATION |
| | **State the term remaining** | _____ | PO BOX 630910 |
| | | | CINCINNATI OH 45263 |
| | **List the contract number of any government contract** | _____ | |

| 2.322. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | CITY SPORTS |
| | **State the term remaining** | DATED: 06/25/15 | 319 NEWBURYPORT TPKE |
| | | | ROWLEY MA 01969-1753 |
| | **List the contract number of any government contract** | _____ | |

| 2.323. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | CLABBER GIRL |
| | **State the term remaining** | DATED: 05/13/16 | 5335 W 74TH ST |
| | | | INDIANAPOLIS IN 46268-4180 |
| | **List the contract number of any government contract** | _____ | |

Debtor   **New England Motor Freight, Inc.**                                           Case number *(if known)* **19-12809**

| 2.324. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | CLABBER GIRL |
| | **State the term remaining** | DATED: 05/13/16 | 5335 W 74TH ST |
| | **List the contract number of any government contract** | _____ | INDIANAPOLIS IN 46268-4180 |

| 2.325. | **Title of contract** | THIRD AMENDMENT OF LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CINCINNATI TERMINAL # 32 REAL PROPERTY LEASE - 2500 COMMERCE BLVD., CINCINNATI, OH 45241 | |
| | **Nature of debtor's interest** | LESSEE | CLERMONT HOLDINGS, LLC |
| | **State the term remaining** | 7/31/2019 | JERRY ZIEGELMEYER |
| | **List the contract number of any government contract** | _____ | 9309 MONTGOMERY ROAD CINCINNATI OH 45242 |

| 2.326. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | CLIF BAR |
| | **State the term remaining** | DATED: 06/25/15 | CLIF BAR INC |
| | **List the contract number of any government contract** | _____ | 2040 ATLAS STREET COLUMBUS OH 43228-9645 |

| 2.327. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | C-LINE PRODUCTS |
| | **State the term remaining** | DATED: 06/25/15 | C-LINE PRODUCTS INC |
| | **List the contract number of any government contract** | _____ | P O BOX 5060 FALL RIVER MA 02723-0404 |

| 2.328. | **Title of contract** | CRIME INSURANCE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | POLICY NO. 596862231 | |
| | **Nature of debtor's interest** | INSURED | CNA |
| | **State the term remaining** | 1/1/2020 | CONTINENTAL INS CO OF NEW JERSEY |
| | **List the contract number of any government contract** | _____ | 151 N FRANKLIN ST CHICAGO IL 60606 |

Debtor    **New England Motor Freight, Inc.**                                           Case number *(if known)* **19-12809**

| 2.329. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | COLE-HAAN |
| | **State the term remaining** | DATED: 06/25/15 | 3400 PLAYERS CLB PKW MEMPHIS TN 38125-8915 |
| | **List the contract number of any government contract** | _____ | |

| 2.330. | **Title of contract** | PROFESSIONAL LIABILITY POLICY WITH POLICY NUMBER 596772089 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | INSURANCE CONTRACT | |
| | **Nature of debtor's interest** | INSURED | COLUMBIA CASUALTY COMPANY CLAIMS REPORTING |
| | **State the term remaining** | EFFECTIVE MARCH 8, 2018 EXPIRES MARCH 8, 2019 | P O BOX 8317 CHICAGO IL 60680-8317 |
| | **List the contract number of any government contract** | _____ | |

| 2.331. | **Title of contract** | LEASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | COLUMBUS TERMINAL # 31 REAL PROPERTY LEASE - 1700 GEORGESVILLE ROAD, COLUMBUS, OH 43228-3620 | |
| | **Nature of debtor's interest** | LESSEE | COLUMBUS TERMINAL LLC C/O AMZ MANAGEMENT LLC |
| | **State the term remaining** | 4/30/2028 | 1-71 NORTH AVENUE EAST ELIZABETH NJ 07201 |
| | **List the contract number of any government contract** | _____ | |

| 2.332. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | COMCAST COMCAST INC |
| | **State the term remaining** | DATED: 09/25/15 | 18850 8TH AVE S #100 SEATTLE WA 98148-1959 |
| | **List the contract number of any government contract** | _____ | |

| 2.333. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | COMFORTEX CO |
| | **State the term remaining** | DATED: 06/25/15 | P O BOX 100 RANSOMVILLE NY 14131-0100 |
| | **List the contract number of any government contract** | _____ | |

Debtor   **New England Motor Freight, Inc.**                                        Case number *(if known)* **19-12809**

| | | | |
|---|---|---|---|
| 2.334. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | COMPACT IND |
| | **State the term remaining** | DATED: 06/25/15 | COMPACT INDUSTRIES 1999 W 75TH STREET # |
| | **List the contract number of any government contract** | _____ | WOODRIDGE IL 60517-2666 |

| | | | |
|---|---|---|---|
| 2.335. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | COMPASS HEALTH |
| | **State the term remaining** | DATED: 03/23/18 | ALL IN ONE WAREHOUSE TARGET FREIGHT MGMT 5905 BROWNSVILLE RD |
| | **List the contract number of any government contract** | _____ | PITTSBURGH PA 15236-3507 |

| | | | |
|---|---|---|---|
| 2.336. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | COMPASS HEALTH |
| | **State the term remaining** | DATED: 09/30/15 | COMPASS HEALTH BRAND TARGET FREIGHT MGMT 5905 BROWNSVILLE RD |
| | **List the contract number of any government contract** | _____ | PITTSBURGH PA 15236-3507 |

| | | | |
|---|---|---|---|
| 2.337. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | COMPASS HEALTH |
| | **State the term remaining** | DATED: 09/30/15 | COMPASS HEALTH BRAND TARGET FREIGHT MGMT 5905 BROWNSVILLE RD |
| | **List the contract number of any government contract** | _____ | PITTSBURGH PA 15236-3507 |

| | | | |
|---|---|---|---|
| 2.338. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | COMPASS HEALTH |
| | **State the term remaining** | DATED: 10/30/17 | COMPASS HEALTH BRAND TARGET FREIGHT MGMT 5905 BROWNSVILLE RD |
| | **List the contract number of any government contract** | _____ | PITTSBURGH PA 15236-3507 |

Debtor    **New England Motor Freight, Inc.**                                                          Case number *(if known)* **19-12809**

| 2.339. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | COMPASS HEALTH |
| | **State the term remaining** | DATED: 11/18/15 | COMPASS HEALTH BRAND TARGET FREIGHT MGMT 5905 BROWNSVILLE RD |
| | **List the contract number of any government contract** | _____ | PITTSBURGH PA 15236-3507 |

| 2.340. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | CONCORD FOODS |
| | **State the term remaining** | DATED: 09/05/15 | CONCORD FOODS INC P O BOX 23000 |
| | **List the contract number of any government contract** | _____ | HICKORY NC 28603-0230 |

| 2.341. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | CONCORD FOODS |
| | **State the term remaining** | DATED: 09/05/15 | P O BOX 23000 |
| | **List the contract number of any government contract** | _____ | HICKORY NC 28603-0230 |

| 2.342. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | CONCORD LITHO GROUP |
| | **State the term remaining** | DATED: 04/06/18 | CONCORD DIRECT 300 ELM ST #1 |
| | **List the contract number of any government contract** | _____ | MILFORD NH 03055-4715 |

| 2.343. | **Title of contract** | LEASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CONCORD TERMINAL # 20 REAL PROPERTY LEASE - 118 HALL ST, CONCORD, NH 03301 | |
| | **Nature of debtor's interest** | LESSEE | CONCORD TERMINAL LLC |
| | **State the term remaining** | 12/31/2019 | C/O MYRON P. SHEVELL 1-71 NORTH AVENUE EAST |
| | **List the contract number of any government contract** | _____ | ELIZABETH NJ 07201 |

Debtor    **New England Motor Freight, Inc.**                                                    Case number *(if known)* **19-12809**

| 2.344. | **Title of contract** | INTERLINE DIVISION AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | INTERLINE TRANSPORTATION AGREEMENT | |
| | **Nature of debtor's interest** | CO-CARRIER | CONCORD TRANSPORTATION INC |
| | **State the term remaining** | CAN BE TERMINATED UPON 10 DAYS NOTICE | 96 DISCO ROAD<br>ETOBICOKE ON M9W 0A3 |
| | **List the contract number of any government contract** | _____ | CANADA |

| 2.345. | **Title of contract** | INTERLINE DIVISION AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | INTERLINE AGREEMENT | |
| | **Nature of debtor's interest** | CARRIER | CONCORD TRANSPORTATION INC |
| | **State the term remaining** | CAN BE TERMINATED UPON 30 DAYS NOTICE | 96 DISCO ROAD<br>ETOBICOKE ON M9W 0A3 |
| | **List the contract number of any government contract** | _____ | CANADA |

| 2.346. | **Title of contract** | INTERLINE DIVISION AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | INTERLINE TRANSPORTATION AGREEMENT | |
| | **Nature of debtor's interest** | CO-CARRIER | CONCORD TRANSPORTATION INC |
| | **State the term remaining** | CAN BE TERMINATED UPON 30 DAYS NOTICE | 96 DISCO ROAD<br>ETOBICOKE ON M9W 0A3 |
| | **List the contract number of any government contract** | _____ | CANADA |

| 2.347. | **Title of contract** | INTERLINE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | INTERLINE TRANSPORTATION AGREEMENT | |
| | **Nature of debtor's interest** | CO-CARRIER | CONCORD TRANSPORTATION INC<br>MARK DENNY |
| | **State the term remaining** | TERMINATED BY MARCH 5, 2008 | I05 IRON ST<br>ETOBICOKE ON M9W 5L9 |
| | **List the contract number of any government contract** | _____ | CANADA |

| 2.348. | **Title of contract** | INTERLINE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | INTERLINE TRANSPORTATION AGREEMENT | |
| | **Nature of debtor's interest** | CO-CARRIER | CONCORD TRANSPORTATION INC<br>MARK DENNY |
| | **State the term remaining** | TERMINATED BY MARCH 5, 2008 | 105 IRON ST<br>ETOBICOKE ON M9W 5L9 |
| | **List the contract number of any government contract** | _____ | CANADA |

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| | | |
|---|---|---|
| 2.349. | **Title of contract** | SHIPPER'S LOAD & COUNT AGREMENT |
| | **State what the contract or lease is for** | COUNT AGREEMENT |
| | **Nature of debtor's interest** | CUSTOMER |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

CONCORD TRANSPORTATION INC
96 DISCO ROAD
ETOBICOKE ON M9W 0A3
CANADA

| | | |
|---|---|---|
| 2.350. | **Title of contract** | CUSTOMER CONTRACT |
| | **State what the contract or lease is for** | CUSTOMER CONTRACT |
| | **Nature of debtor's interest** | CUSTOMER |
| | **State the term remaining** | DATED: 03/23/16 |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

CONN STAMPING
CONN SPRING & STAMPI
P O BOX 9336
FALL RIVER MA 02720-0006

| | | |
|---|---|---|
| 2.351. | **Title of contract** | CUSTOMER CONTRACT |
| | **State what the contract or lease is for** | CUSTOMER CONTRACT |
| | **Nature of debtor's interest** | CUSTOMER |
| | **State the term remaining** | DATED: 03/23/16 |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

CONN STAMPING
CONNECTICUT SPRING
P O BOX 9336
FALL RIVER MA 02720-0006

| | | |
|---|---|---|
| 2.352. | **Title of contract** | CUSTOMER CONTRACT |
| | **State what the contract or lease is for** | CUSTOMER CONTRACT |
| | **Nature of debtor's interest** | CUSTOMER |
| | **State the term remaining** | DATED: 06/25/15 |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

CONSOLIDATED EDISON
P O BOX 1259
SOMERVILLE NJ 08876-1259

| | | |
|---|---|---|
| 2.353. | **Title of contract** | CUSTOMER CONTRACT |
| | **State what the contract or lease is for** | CUSTOMER CONTRACT |
| | **Nature of debtor's interest** | CUSTOMER |
| | **State the term remaining** | DATED: 02/01/17 |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

COOKIES UNITED
34125 US HWY 19 N #3
PALM HARBOR FL 34684-2115

Debtor   **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

2.354.   **Title of contract**                CUSTOMER CONTRACT                     **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

         **State what the contract or lease is for**       CUSTOMER CONTRACT

         **Nature of debtor's interest**      CUSTOMER                              CORNING
                                                                                    P O BOX 17605
         **State the term remaining**         DATED: 01/21/19                       SAINT LOUIS MO 63178-7605

         **List the contract number of any government contract**      _____


2.355.   **Title of contract**                CUSTOMER CONTRACT                     **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

         **State what the contract or lease is for**       CUSTOMER CONTRACT

         **Nature of debtor's interest**      CUSTOMER                              COUNTRY HOME PRODS
                                                                                    D R POWER
         **State the term remaining**         DATED: 06/27/18                       P O BOX 25
                                                                                    VERGENNES VT 05491-0025
         **List the contract number of any government contract**      _____


2.356.   **Title of contract**                CUSTOMER CONTRACT                     **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

         **State what the contract or lease is for**       CUSTOMER CONTRACT

         **Nature of debtor's interest**      CUSTOMER                              COUNTRY LIFE
                                                                                    720 WASHINGTON ST
         **State the term remaining**         DATED: 03/31/16                       HANOVER MA 02339-2369

         **List the contract number of any government contract**      _____


2.357.   **Title of contract**                CUSTOMER CONTRACT                     **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

         **State what the contract or lease is for**       CUSTOMER CONTRACT

         **Nature of debtor's interest**      CUSTOMER                              COUNTRY LIFE
                                                                                    720 WASHINGTON ST
         **State the term remaining**         DATED: 03/31/16                       HANOVER MA 02339-2369

         **List the contract number of any government contract**      _____


2.358.   **Title of contract**                CUSTOMER CONTRACT                     **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

         **State what the contract or lease is for**       CUSTOMER CONTRACT

         **Nature of debtor's interest**      CUSTOMER                              COWAN SYSTEMS
                                                                                    4555 HOLLINS FERRY R
         **State the term remaining**         DATED: 06/24/16                       BALTIMORE MD 21227-4610

         **List the contract number of any government contract**      _____

Debtor    **New England Motor Freight, Inc.**                                                           Case number *(if known)* **19-12809**

---

2.359.  **Title of contract**                 CUSTOMER CONTRACT                      **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

        **State what the contract or**        CUSTOMER CONTRACT
        **lease is for**

        **Nature of debtor's interest**       CUSTOMER                              COWAN SYSTEMS PALLET
                                                                                    HEIDELBERG DISTRIBUT
        **State the term remaining**          DATED: 05/26/17                       4555 HOLLINS FERRY R
                                                                                    BALTIMORE MD 21227-4610
        **List the contract number of**       _____
        **any government contract**

2.360.  **Title of contract**                 CUSTOMER CONTRACT                      **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

        **State what the contract or**        CUSTOMER CONTRACT
        **lease is for**

        **Nature of debtor's interest**       CUSTOMER                              COWAN SYSTEMS PALLET
                                                                                    OHIO VALLEY WINE &
        **State the term remaining**          DATED: 05/26/17                       4555 HOLLINS FERRY R
                                                                                    BALTIMORE MD 21227-4610
        **List the contract number of**       _____
        **any government contract**

2.361.  **Title of contract**                 CUSTOMER CONTRACT                      **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

        **State what the contract or**        CUSTOMER CONTRACT
        **lease is for**

        **Nature of debtor's interest**       CUSTOMER                              COYOTE BLANKET
                                                                                    COYOTE LOGISTICS
        **State the term remaining**          DATED: 11/19/15                       960 N POINT PKWY
                                                                                    SUITE 150
        **List the contract number of**       _____      ALPHARETTA GA 30005-4123
        **any government contract**

2.362.  **Title of contract**                 CUSTOMER CONTRACT                      **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

        **State what the contract or**        CUSTOMER CONTRACT
        **lease is for**

        **Nature of debtor's interest**       CUSTOMER                              COYOTE GALDERMA
                                                                                    GALDERMA
        **State the term remaining**          DATED: 11/19/15                       COYOTE LOGISTICS
                                                                                    960 NORTH POINT PK
        **List the contract number of**       _____      ALPHARETTA GA 30005-2034
        **any government contract**

2.363.  **Title of contract**                 CUSTOMER CONTRACT                      **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

        **State what the contract or**        CUSTOMER CONTRACT
        **lease is for**

        **Nature of debtor's interest**       CUSTOMER                              CRAFT BEER CT
                                                                                    CRAFT BEER GUILD
        **State the term remaining**          DATED: 06/25/15                       720 WASHINGTON ST #6
                                                                                    HANOVER MA 02339-2476
        **List the contract number of**       _____
        **any government contract**

Debtor    **New England Motor Freight, Inc.**                                          Case number *(if known)* **19-12809**

| 2.364. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | CRAFT BEER NH |
| | **State the term remaining** | DATED: 06/25/15 | CRAFT BEER GUILD |
| | **List the contract number of any government contract** | _____ | 720 WASHINGTON ST #6<br>HANOVER MA 02339-2476 |

| 2.365. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | CRAFT BEER RI |
| | **State the term remaining** | DATED: 06/25/15 | CRAFT BEER GUILD |
| | **List the contract number of any government contract** | _____ | 720 WASHINGTON ST #6<br>HANOVER MA 02339-2476 |

| 2.366. | **Title of contract** | LAWYERS PROFESSIONAL INSURANCE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | POLICY NO. 596772089 | |
| | **Nature of debtor's interest** | INSURED | CRC INSURANCE |
| | **State the term remaining** | 3/8/2019 | PROFESSIONAL RISK FACILITIES |
| | **List the contract number of any government contract** | _____ | 113 S. SERVICE ROAD<br>JERICHO NY 11753 |

| 2.367. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | CREATIVE OFFICE PAVILION |
| | **State the term remaining** | DATED: 07/08/16 | CREATIVE OFFICE |
| | **List the contract number of any government contract** | _____ | P O BOX 23000<br>HICKORY NC 28603-0230 |

| 2.368. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | CREPS UNITED PUBLICA |
| | **State the term remaining** | DATED: 06/25/15 | PO BOX 540 |
| | **List the contract number of any government contract** | _____ | EBENSBURG PA 15931-0540 |

Debtor   **New England Motor Freight, Inc.**                                            Case number *(if known)* **19-12809**

| 2.369. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | CROSMAN CORP CROSMAN CORPORATION P O BOX 100 RANSOMVILLE NY 14131-0100 |
| | **State the term remaining** | DATED: 06/25/15 | |
| | **List the contract number of any government contract** | _____ | |

| 2.370. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | CROSMAN CORP P O BOX 100 RANSOMVILLE NY 14131-0100 |
| | **State the term remaining** | DATED: 09/07/17 | |
| | **List the contract number of any government contract** | _____ | |

| 2.371. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | CROWN PRINCE CROWN PRINCE INC 11440 CARMEL COMMONS CHARLOTTE NC 28226-5308 |
| | **State the term remaining** | DATED: 03/24/16 | |
| | **List the contract number of any government contract** | _____ | |

| 2.372. | **Title of contract** | COMMERCIAL EXCESS INDEMNITY CONTRACT WITH CONTRACT NO 595-100798-1 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | INSURANCE CONTRACT | |
| | **Nature of debtor's interest** | INSURED | CRUM & FORSTER KEITH W. STANISCE CEO 460 WEST 34TH STREET 10TH FL NEW YORK NY 10001 |
| | **State the term remaining** | EFFECTIVE APRIL 10, 2018 EXPIRES APRIL 10, 2019 | |
| | **List the contract number of any government contract** | _____ | |

| 2.373. | **Title of contract** | COMMERCIAL EXCESS INDEMNITY CONTRACT WITH CONTRACT NO 595-100798-1 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | INSURANCE CONTRACT | |
| | **Nature of debtor's interest** | INSURED | CRUM & FORSTER KEITH W. STANISCE CEO 460 WEST 34TH STREET 10TH FL NEW YORK NY 10001 |
| | **State the term remaining** | EFFECTIVE APRIL 10, 2018 EXPIRES APRIL 10, 2019 | |
| | **List the contract number of any government contract** | _____ | |

Debtor   **New England Motor Freight, Inc.**                                   Case number *(if known)* **19-12809**

| 2.374. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | CTL BOSHART INDS BOSHART INDUSTRIES C T L P O BOX 1010 NASHUA NH 03061-1010 |
| | **State the term remaining** | DATED: 09/30/15 | |
| | **List the contract number of any government contract** | _____ | |

| 2.375. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | CTL FLOMATIC FLOMATIC PO BOX 1010 NASHUA NH 03061-1010 |
| | **State the term remaining** | DATED: 09/30/15 | |
| | **List the contract number of any government contract** | _____ | |

| 2.376. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | CTL MUNRO DIST MUNRO DISTRIBUTORS C T L P O BOX 1010 NASHUA NH 03061-1010 |
| | **State the term remaining** | DATED: 09/30/15 | |
| | **List the contract number of any government contract** | _____ | |

| 2.377. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | CTL MUNRO DIST MUNRO ELECTRIC C T L P O BOX 1010 NASHUA NH 03061-1010 |
| | **State the term remaining** | DATED: 09/30/15 | |
| | **List the contract number of any government contract** | _____ | |

| 2.378. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | CTL MUNRO DIST REXEL ENERGY SOLUTIO C T L P O BOX 1010 NASHUA NH 03061-1010 |
| | **State the term remaining** | DATED: 09/30/15 | |
| | **List the contract number of any government contract** | _____ | |

Debtor    **New England Motor Freight, Inc.**                                                    Case number *(if known)* **19-12809**

| 2.379. | Title of contract | CUSTOMER CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CUSTOMER CONTRACT | |
| | Nature of debtor's interest | CUSTOMER | CTS AMESBURY TRUTH |
| | State the term remaining | DATED: 03/16/17 | AMESBURY TRUTH HARDW P O BOX 190 WINDHAM NH 03087-0190 |
| | List the contract number of any government contract | _____ | |

| 2.380. | Title of contract | CUSTOMER CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CUSTOMER CONTRACT | |
| | Nature of debtor's interest | CUSTOMER | CTS AMESBURY TRUTH |
| | State the term remaining | DATED: 03/16/17 | BILCO DOOR P O BOX 190 WINDHAM NH 03087-0190 |
| | List the contract number of any government contract | _____ | |

| 2.381. | Title of contract | CUSTOMER CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CUSTOMER CONTRACT | |
| | Nature of debtor's interest | CUSTOMER | CURTIS INDUSTRIES OUTSOURCE |
| | State the term remaining | DATED: 05/09/18 | CURIS INDUSTRIES 72 SHARP ST #C-11 HINGHAM MA 02043-4328 |
| | List the contract number of any government contract | _____ | |

| 2.382. | Title of contract | CUSTOMER CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CUSTOMER CONTRACT | |
| | Nature of debtor's interest | CUSTOMER | CURTIS INDUSTRIES OUTSOURCE |
| | State the term remaining | DATED: 05/09/18 | CURTIS CAB 72 SHARP ST #C-11 HINGHAM MA 02043-4328 |
| | List the contract number of any government contract | _____ | |

| 2.383. | Title of contract | CUSTOMER CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CUSTOMER CONTRACT | |
| | Nature of debtor's interest | CUSTOMER | CURTIS INDUSTRIES OUTSOURCE |
| | State the term remaining | DATED: 05/09/18 | CUSRTIS INDUSTRIES 72 SHARP ST #C-11 HINGHAM MA 02043-4328 |
| | List the contract number of any government contract | _____ | |

Debtor    **New England Motor Freight, Inc.**                                          Case number *(if known)* **19-12809**

| 2.384. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | CURTIS INDUSTRIES OUTSOURCE |
| | **State the term remaining** | DATED: 08/04/17 | CURTIS INDUSTRIES<br>72 SHARP ST #C-11<br>HINGHAM MA 02043-4328 |
| | **List the contract number of any government contract** | _____ | |

| 2.385. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | CUSTOM GLASS % LYNNCO |
| | **State the term remaining** | DATED: 12/29/15 | S R G GLOBAL/C G S<br>P O BOX 12759<br>PORTLAND OR 97212-0759 |
| | **List the contract number of any government contract** | _____ | |

| 2.386. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | CUSTOM GLASS % LYNNCO |
| | **State the term remaining** | DATED: 12/29/15 | S R G GLOBAL/C G S<br>P O BOX 12759<br>PORTLAND OR 97212-0759 |
| | **List the contract number of any government contract** | _____ | |

| 2.387. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | CUSTOM GLASS % LYNNCO |
| | **State the term remaining** | DATED: 12/29/15 | S R G GLOBAL/C G S<br>P O BOX 12759<br>PORTLAND OR 97212-0759 |
| | **List the contract number of any government contract** | _____ | |

| 2.388. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | CYMAX R T T LOGISTICS |
| | **State the term remaining** | DATED: 04/26/18 | CYMAX<br>300 DATA COURT<br>DUBUQUE IA 52003-8963 |
| | **List the contract number of any government contract** | _____ | |

Debtor   **New England Motor Freight, Inc.**                                       Case number *(if known)* **19-12809**

| 2.389. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | D C M |
| | **State the term remaining** | DATED: 08/04/17 | D C M PRODUCTS<br>3574 KEMPER RD<br>CINCINNATI OH 45241-2009 |
| | **List the contract number of any government contract** | _____ | |

| 2.390. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | D H X |
| | **State the term remaining** | DATED: 06/25/15 | 545 OHLONE PKWY<br>WATSONVILLE CA 95076-6685 |
| | **List the contract number of any government contract** | _____ | |

| 2.391. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | DAIKIN AMER INC |
| | **State the term remaining** | DATED: 01/19/16 | P O BOX 3838<br>ALLENTOWN PA 18106-0838 |
| | **List the contract number of any government contract** | _____ | |

| 2.392. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | DAIKIN APPLIED |
| | **State the term remaining** | DATED: 02/08/19 | DAIKEN APPLIED<br>P O BOX 9319<br>DES MOINES IA 50306-9319 |
| | **List the contract number of any government contract** | _____ | |

| 2.393. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | DANBY PRODUCTS |
| | **State the term remaining** | DATED: 06/25/15 | 505 CONSUMERS RD #60<br>TORONTO ON M3J4V8<br>CANADA |
| | **List the contract number of any government contract** | _____ | |

Debtor    **New England Motor Freight, Inc.**                                                                Case number *(if known)* **19-12809**

| 2.394. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | DANBY PRODUCTS |
| | **State the term remaining** | DATED: 06/25/15 | 505 CONSUMERS RD #60 TORONTO ON M2J4Z2 CANADA |
| | **List the contract number of any government contract** | _____ | |

| 2.395. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | DANNON WATER |
| | **State the term remaining** | DATED: 05/09/16 | 141 S MERIDIAN ST #2 INDIANAPOLIS IN 46225-1027 |
| | **List the contract number of any government contract** | _____ | |

| 2.396. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | DANNON WATER |
| | **State the term remaining** | DATED: 05/10/17 | D W A 141 S MERIDIAN ST #2 INDIANAPOLIS IN 46225-1027 |
| | **List the contract number of any government contract** | _____ | |

| 2.397. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | DAP INC |
| | **State the term remaining** | DATED: 08/28/18 | 28915 CLEMENS RD WESTLAKE OH 44145-1122 |
| | **List the contract number of any government contract** | _____ | |

| 2.398. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | DAVID EDWARDS BLUE GRACE |
| | **State the term remaining** | DATED: 10/21/17 | DAVID EDWARD 2846 S FALKENBURG RD RIVERVIEW FL 33568 |
| | **List the contract number of any government contract** | _____ | |

Debtor   **New England Motor Freight, Inc.**                                           Case number *(if known)* **19-12809**

| 2.399. | Title of contract | CUSTOMER CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CUSTOMER CONTRACT | |
| | Nature of debtor's interest | CUSTOMER | DAVID GOODING INC |
| | State the term remaining | DATED: 03/17/17 | 205 W GROVE ST #F |
| | List the contract number of any government contract | _____ | MIDDLEBORO MA 02346-1462 |

| 2.400. | Title of contract | CUSTOMER CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CUSTOMER CONTRACT | |
| | Nature of debtor's interest | CUSTOMER | DAVID GOODING INC |
| | State the term remaining | DATED: 06/23/17 | 205 W GROVE ST #F |
| | List the contract number of any government contract | _____ | MIDDLEBORO MA 02346-1462 |

| 2.401. | Title of contract | CUSTOMER CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CUSTOMER CONTRACT | |
| | Nature of debtor's interest | CUSTOMER | DAYTON PARTS |
| | State the term remaining | DATED: 08/09/16 | 7800 B ALLENTOWN BLV |
| | List the contract number of any government contract | _____ | HARRISBURG PA 17112 |

| 2.402. | Title of contract | CUSTOMER CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CUSTOMER CONTRACT | |
| | Nature of debtor's interest | CUSTOMER | DELAGAR |
| | State the term remaining | DATED: 06/25/15 | P O BOX 277 |
| | List the contract number of any government contract | _____ | ROUSES POINT NY 12979-0277 |

| 2.403. | Title of contract | CUSTOMER CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CUSTOMER CONTRACT | |
| | Nature of debtor's interest | CUSTOMER | DELPHI |
| | State the term remaining | DATED: 05/22/18 | 5335 W 74TH ST |
| | List the contract number of any government contract | _____ | INDIANAPOLIS IN 46268-4180 |

Debtor    **New England Motor Freight, Inc.**                                                                    Case number *(if known)* **19-12809**

| 2.404. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | DELTA PRODUCTS |
| | **State the term remaining** | DATED: 01/28/19 | 1213 REMINGTON BLVD ROMEOVILLE IL 60446-6504 |
| | **List the contract number of any government contract** | _____ | |

| 2.405. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | DEMOBAGS |
| | **State the term remaining** | DATED: 10/20/16 | 1500 DISTANT AVE #21 BURLINGTON MA 01803 |
| | **List the contract number of any government contract** | _____ | |

| 2.406. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | DENCO |
| | **State the term remaining** | DATED: 06/25/15 | P O BOX 277 ROUSES POINT NY 12979-0277 |
| | **List the contract number of any government contract** | _____ | |

| 2.407. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | DENSO |
| | **State the term remaining** | DATED: 12/23/16 | DENSO PRODS SVCS AME P O BOX 183850 SHELBY TOWNSHIP MI 48318-3850 |
| | **List the contract number of any government contract** | _____ | |

| 2.408. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | DESPERATE ENTERPRISES |
| | **State the term remaining** | DATED: 05/03/16 | DESPERATE ENTERPRISE 800 RIDGEWOOD BLVD HUDSON OH 44236-1686 |
| | **List the contract number of any government contract** | _____ | |

Debtor   **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| 2.409. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | DEXTER-RUSSELL |
| | **State the term remaining** | DATED: 04/25/16 | DEXTER RUSSELL |
| | | | P O BOX 6543 |
| | **List the contract number of any government contract** | _____ | CHELMSFORD MA 01824-6543 |

| 2.410. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | DIAGEO |
| | **State the term remaining** | DATED: 10/16/18 | P O BOX 9349 |
| | | | LOUISVILLE KY 40209-0349 |
| | **List the contract number of any government contract** | _____ | |

| 2.411. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | DIAGEO |
| | **State the term remaining** | DATED: 10/16/18 | P O BOX 9349 |
| | | | LOUISVILLE KY 40209-0349 |
| | **List the contract number of any government contract** | _____ | |

| 2.412. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | DIAGEO |
| | **State the term remaining** | DATED: 10/16/18 | P O BOX 9349 |
| | | | LOUISVILLE KY 40209-0349 |
| | **List the contract number of any government contract** | _____ | |

| 2.413. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | DIRECT METALS LLC |
| | **State the term remaining** | DATED: 06/25/15 | P O BOX 420529 |
| | | | ATLANTA GA 30342-0529 |
| | **List the contract number of any government contract** | _____ | |

Debtor   **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| 2.414. | **Title of contract** | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | EMPLOYER AGREEMENT | |
| | **Nature of debtor's interest** | EMPLOYER | DISTRICT LODGE # 15, LOCAL #447 |
| | **State the term remaining** | 3/9/2019 | 652 FOURTH AVE SECOND FLOOR BROOKLYN NY 11201 |
| | **List the contract number of any government contract** | _____ | |

| 2.415. | **Title of contract** | AGREEMENT BTWN NEMF, BALTIMORE, MD AND LOCAL LODGE 447, DIST. 15 INTERNATIONAL ASSOC. OF MACHINISTS AND AEROSPACE WORKERS, AFL-CIO | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | UNION EMPLOYER AGREEMENT | DISTRICT LODGE #15, LOCAL #447 INTERNATIONAL ASSOCIATION OF MACHINISTS |
| | **Nature of debtor's interest** | EMPLOYER | 652 FOURTH AVENUE |
| | **State the term remaining** | 1/4/2010 | 2ND FLOOR BROOKLYN NY 11232 |
| | **List the contract number of any government contract** | _____ | |

| 2.416. | **Title of contract** | AGREEMENT BTWN NEMF, CAMP HILL, PA AND LOCAL LODGE 447, DIST. 15 INTERNATIONAL ASSOC. OF MACHINISTS | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | UNION EMPLOYER AGREEMENT | DISTRICT LODGE #15, LOCAL #447 INTERNATIONAL ASSOCIATION OF MACHINISTS |
| | **Nature of debtor's interest** | EMPLOYER | 652 FOURTH AVENUE |
| | **State the term remaining** | 7/2/2019 | 2ND FLOOR BROOKLYN NY 11232 |
| | **List the contract number of any government contract** | _____ | |

| 2.417. | **Title of contract** | AGREEMENT BY AND BTWN LOCAL 447 OF DIST. 15 OF THE INTERNATIONAL ASSOC. OF MACHINISTS AND AEROSPACE WORKERS, AFL-CIO AND NEMF, INC. 110 SODOM ROAD MILTON, PA 17847 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | UNION AGREEMENT | DISTRICT LODGE #15, LOCAL #447 INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS |
| | **Nature of debtor's interest** | EMPLOYER | 652 FOURTH AVENUE |
| | **State the term remaining** | 8/11/2019 | 2ND FLOOR BROOKLYN NY 11232 |
| | **List the contract number of any government contract** | _____ | |

Debtor    **New England Motor Freight, Inc.**                                          Case number *(if known)* **19-12809**

| | | | |
|---|---|---|---|
| 2.418. | **Title of contract** | NEW ENGLAND MOTOR FREIGHT, 1919 PLANTATION ROAD NE, ROANOKE, VA, 24012 AND DISTRICT 15, I.A.M. & A.W., 652 FOURTH AVE. BROOKLYN, NY 11232, PHILADELPHIA OFFICE, LOCAL 447, I.A.M. & A.W. 3460 N. DELAWARE AVENUE, ROOM 106, PHILADELPHIA, PA. 19134 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | UNION EMPLOYER AGREEMENT | DISTRICT LODGE #15, LOCAL #447 INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS |
| | **Nature of debtor's interest** | EMPLOYER | 652 FOURTH AVENUE |
| | **State the term remaining** | 1/23/2019 | 2ND FLOOR BROOKLYN NY 11232 |
| | **List the contract number of any government contract** | _____ | |

| | | | |
|---|---|---|---|
| 2.419. | **Title of contract** | AGREEMENT BTWN NEMF BALTIMORE, MD AND LOCAL LODGE 447, DISTRICT15 INTERNATIONAL ASSOC. OF MACHINISTS AND AEROSPACE WORKERS, AFL-CIO | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | UNION EMPLOYER AGREEMENT | DISTRICT LODGE #15, LOCAL #447 INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS |
| | **Nature of debtor's interest** | EMPLOYER | 652 FOURTH AVENUE |
| | **State the term remaining** | 1/4/2020 | 2ND FLOOR BROOKLYN NY 11232 |
| | **List the contract number of any government contract** | _____ | |

| | | | |
|---|---|---|---|
| 2.420. | **Title of contract** | AGREEMENT BTWN NEMF, FORT WAYNE, IN AND LOCAL LODGE 447, DIST. 15 INTERNATIONAL ASSOC. OF MACHINISTS AND AEROSPACE WORKERS, AFL-CIO | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | UNION EMPLOYER AGREEMENT | DISTRICT LODGE #15, LOCAL #447 INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS |
| | **Nature of debtor's interest** | EMPLOYER | 652 FOURTH AVENUE |
| | **State the term remaining** | 11/11/2022 | 2ND FLOOR BROOKLYN NY 11232 |
| | **List the contract number of any government contract** | _____ | |

| | | | |
|---|---|---|---|
| 2.421. | **Title of contract** | AGREEMENT BTWN NEMF, FORT WAYNE, IN AND LOCAL LODGE 447, DIST. 15 INTERNATIONAL ASSOC. OF MACHINISTS AND AEROSPACE WORKERS, AFL-CIO | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | UNION EMPLOYER AGREEMENT | DISTRICT LODGE #15, LOCAL #447 INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS |
| | **Nature of debtor's interest** | EMPLOYER | 652 FOURTH AVENUE |
| | **State the term remaining** | 11/11/2022 | 2ND FLOOR BROOKLYN NY 11232 |
| | **List the contract number of any government contract** | _____ | |

| Debtor | **New England Motor Freight, Inc.** | Case number *(if known)* **19-12809** |

**2.422.** | **Title of contract** | AGREEMENT BTWN NEMF, ELK GROVE VILLAGE AND CHANNAHAN AND LOCAL LODGE 447, DIST. 15 INTERNATIONAL ASSOC. OF MACHINISTS AND AEROSPACE WORKERS, AFL-CIO | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for** | UNION EMPLOYER AGREEMENT | DISTRICT LODGE #15, LOCAL #447 INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS

**Nature of debtor's interest** | EMPLOYER | 652 FOURTH AVENUE

**State the term remaining** | 12/31/2022 | 2ND FLOOR
BROOKLYN NY 11232

**List the contract number of any government contract** | _____

**2.423.** | **Title of contract** | AGREEMENT BTWN NEMF, ELK GROVE VILLAGE AND CHANNAHAN AND LOCAL LODGE 447, DIST. 15 INTERNATIONAL ASSOC. OF MACHINISTS AND AEROSPACE WORKERS, AFL-CIO | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for** | UNION EMPLOYER AGREEMENT | DISTRICT LODGE #15, LOCAL #447 INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS

**Nature of debtor's interest** | EMPLOYER | 652 FOURTH AVENUE

**State the term remaining** | 12/31/2022 | 2ND FLOOR
BROOKLYN NY 11232

**List the contract number of any government contract** | _____

**2.424.** | **Title of contract** | AGREEMENT BTWN NEMF, INDIANAPOLIS, IN AND LOCAL LODGE 447, DIST. 15 INTERNATIONAL ASSOC. OF MACHINISTS AND AEROSPACE WORKERS, AFL-CIO | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for** | UNION EMPLOYER AGREEMENT | DISTRICT LODGE #15, LOCAL #447 INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS

**Nature of debtor's interest** | EMPLOYER | 652 FOURTH AVENUE

**State the term remaining** | 2/28/2023 | 2ND FLOOR
BROOKLYN NY 11232

**List the contract number of any government contract** | _____

**2.425.** | **Title of contract** | AGREEMENT BTWN NEMF, INDIANAPOLIS, IN AND LOCAL LODGE 447, DIST. 15 INTERNATIONAL ASSOC. OF MACHINISTS AND AEROSPACE WORKERS, AFL-CIO | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for** | UNION EMPLOYER AGREEMENT | DISTRICT LODGE #15, LOCAL #447 INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS

**Nature of debtor's interest** | EMPLOYER | 652 FOURTH AVENUE

**State the term remaining** | 2/28/2023 | 2ND FLOOR
BROOKLYN NY 11232

**List the contract number of any government contract** | _____

Debtor    **New England Motor Freight, Inc.**                                                    Case number *(if known)* **19-12809**

| 2.426. | **Title of contract** | COLLECTIVE BARGAINING AGREEMENT BTWN DIST. 15, LOCAL LODGE 447, INTERNATIONAL ASSOC. OF MACHINISTS AND AEROSPACE WORKERS, AFL-CIO AND NEMF, ELIZABETH, NJ | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | UNION EMPLOYER AGREEMENT | DISTRICT LODGE #15, LOCAL #447 INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS |
| | **Nature of debtor's interest** | EMPLOYER | |
| | **State the term remaining** | 2022 | 652 FOURTH AVENUE 2ND FLOOR |
| | **List the contract number of any government contract** | _____ | BROOKLYN NY 11232 |

| 2.427. | **Title of contract** | AGREEMENT BTWN NEW ENGLAND MOTOR FREIGHT, INC. 1606 UNION AVENUE PENNSAUKEN, NEW JERSEY 08110 AND DISTRICT LODGE # 15, LOCAL #447 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | UNION EMPLOYER AGREEMENT | DISTRICT LODGE #15, LOCAL #447 INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS |
| | **Nature of debtor's interest** | EMPLOYER | |
| | **State the term remaining** | 3/9/2019 | 652 FOURTH AVENUE 2ND FLOOR |
| | **List the contract number of any government contract** | _____ | BROOKLYN NY 11232 |

| 2.428. | **Title of contract** | AGREEMENT BTWN NEMF TONAWANDA, NY AND ROCHESTER, NY AND LOCAL LODGE 447, DIST. 15 INTERNATIONAL ASSOC. OF MACHINISTS AND AEROSPACE WORKERS, AFL-CIO | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | UNION EMPLOYER AGREEMENT | DISTRICT LODGE #15, LOCAL #447 INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS |
| | **Nature of debtor's interest** | EMPLOYER | |
| | **State the term remaining** | 4/15/2022 | 652 FOURTH AVENUE 2ND FLOOR |
| | **List the contract number of any government contract** | _____ | BROOKLYN NY 11232 |

| 2.429. | **Title of contract** | AGREEMENT BTWN NEMF, TONAWANDA, NY AND ROCHESTER, NY, AND FALCONER, NY, AND LOCAL 447, DIST. 15 INTERNATIONAL ASSOC. OF MACHINISTS AND AEROSPACE WORKERS, AFL-CIO | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | UNION EMPLOYER AGREEMENT | DISTRICT LODGE #15, LOCAL #447 INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS |
| | **Nature of debtor's interest** | EMPLOYER | |
| | **State the term remaining** | 4/15/2022 | 652 FOURTH AVENUE 2ND FLOOR |
| | **List the contract number of any government contract** | _____ | BROOKLYN NY 11232 |

Debtor    **New England Motor Freight, Inc.**                                          Case number *(if known)* **19-12809**

| | | | |
|---|---|---|---|
| 2.430. | **Title of contract** | AGREEMENT BTWN NEMF ALBANY, NY AND WILLISTON, VT AND LOCAL LODGE 447, DISTRICT15 INTERNATIONAL ASSOC. OF MACHINISTS AND AEROSPACE WORKERS, AFL-CIO | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | UNION EMPLOYER AGREEMENT | DISTRICT LODGE #15, LOCAL #447 INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS |
| | **Nature of debtor's interest** | EMPLOYER | 652 FOURTH AVENUE |
| | **State the term remaining** | 4/8/2022 | 2ND FLOOR BROOKLYN NY 11232 |
| | **List the contract number of any government contract** | _____ | |

| | | | |
|---|---|---|---|
| 2.431. | **Title of contract** | AGREEMENT BTWN NEMF ALBANY, NY AND WILLISTON, VT AND LOCAL LODGE 447, DISTRICT15 INTERNATIONAL ASSOC. OF MACHINISTS AND AEROSPACE WORKERS, AFL-CIO | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | UNION EMPLOYER AGREEMENT | DISTRICT LODGE #15, LOCAL #447 INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS |
| | **Nature of debtor's interest** | EMPLOYER | 652 FOURTH AVENUE |
| | **State the term remaining** | 4/8/2022 | 2ND FLOOR BROOKLYN NY 11232 |
| | **List the contract number of any government contract** | _____ | |

| | | | |
|---|---|---|---|
| 2.432. | **Title of contract** | COLLECTIVE BARGAINING AGREEMENT BTWN DIST. 15, LOCAL LODGE 447, INTERNATIONAL ASSOC. OF MACHINISTS AND AEROSPACE WORKERS, AFL-CIO AND NEMF, OLD BETHPAGE, NY | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | UNION EMPLOYER AGREEMENT | DISTRICT LODGE #15, LOCAL #447 INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS |
| | **Nature of debtor's interest** | EMPLOYER | 652 FOURTH AVENUE |
| | **State the term remaining** | 5/11/2023 | 2ND FLOOR BROOKLYN NY 11232 |
| | **List the contract number of any government contract** | _____ | |

| | | | |
|---|---|---|---|
| 2.433. | **Title of contract** | COLLECTIVE BARGAINING AGMT BTWN LOCAL 447 OF DISTRICT 15 OF THE INTERNATIONAL ASSOCIATION OF MACHINSTS AND AEROSPACE WORKERS,AFL-CIO AND NEW ENGLAND MOTOR FREIGHT, INC AND NEMF, OLD BETHPAGE, NY | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | UNION EMPLOYER AGREEMENT | DISTRICT LODGE #15, LOCAL #447 INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS |
| | **Nature of debtor's interest** | EMPLOYER | 652 FOURTH AVENUE |
| | **State the term remaining** | 5/11/2023 | 2ND FLOOR BROOKLYN NY 11232 |
| | **List the contract number of any government contract** | _____ | |

Debtor    **New England Motor Freight, Inc.**                                                        Case number *(if known)* **19-12809**

| | | |
|---|---|---|
| 2.434. | **Title of contract** | COLLECTIVE BARGAINING AGREEMENT BTWN DIST. 15, LOCAL LODGE 447, INTERNATIONAL ASSOC. OF MACHINISTS AND AEROSPACE WORKERS, AFL-CIO AND NEMF, NEWBURGH, NY |
| | **State what the contract or lease is for** | UNION EMPLOYER AGREEMENT |
| | **Nature of debtor's interest** | EMPLOYER |
| | **State the term remaining** | 6/19/2022 |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

DISTRICT LODGE #15, LOCAL #447 INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS
652 FOURTH AVENUE
2ND FLOOR
BROOKLYN NY 11232

| | | |
|---|---|---|
| 2.435. | **Title of contract** | COLLECTIVE BARGAINING AGMT BTWN LOCAL 447 OF DISTRICT 15 OF THE INTERNATIONAL ASSOCIATION OF MACHINSTS AND AEROSPACE WORKERS,AFL-CIO AND NEW ENGLAND MOTOR FREIGHT, INC AND NEMF, NEWBURGH, NY |
| | **State what the contract or lease is for** | UNION EMPLOYER AGREEMENT |
| | **Nature of debtor's interest** | EMPLOYER |
| | **State the term remaining** | 6/19/2022 |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

DISTRICT LODGE #15, LOCAL #447 INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS
652 FOURTH AVENUE
2ND FLOOR
BROOKLYN NY 11232

| | | |
|---|---|---|
| 2.436. | **Title of contract** | COLLECTIVE BARGAINING AGMT BTWN LOCAL 447 OF DISTRICT 15 OF THE INTERNATIONAL ASSOCIATION OF MACHINSTS AND AEROSPACE WORKERS,AFL-CIO AND NEW ENGLAND MOTOR FREIGHT, INC AND NEMF, ELIZABETH, NJ |
| | **State what the contract or lease is for** | UNION EMPLOYER AGREEMENT |
| | **Nature of debtor's interest** | EMPLOYER |
| | **State the term remaining** | 6/30/2022 |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

DISTRICT LODGE #15, LOCAL #447 INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS
652 FOURTH AVENUE
2ND FLOOR
BROOKLYN NY 11232

| | | |
|---|---|---|
| 2.437. | **Title of contract** | AGREEMENT BTWN NEMF CAMP HILL, PA AND LOCAL LODGE 447, DISTRICT15 INTERNATIONAL ASSOC. OF MACHINISTS AND AEROSPACE WORKERS, AFL-CIO |
| | **State what the contract or lease is for** | UNION EMPLOYER AGREEMENT |
| | **Nature of debtor's interest** | EMPLOYER |
| | **State the term remaining** | 7/2/2019 |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

DISTRICT LODGE #15, LOCAL #447 INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS
652 FOURTH AVENUE
2ND FLOOR
BROOKLYN NY 11232

Debtor   **New England Motor Freight, Inc.**                                                                    Case number *(if known)* **19-12809**

| 2.438. | **Title of contract** | NEW ENGLAND MOTOR FREIGHT, 1919 PLANTATION ROAD NE, ROANOKE, VA, 24012 AND DISTRICT 15, I.A.M. & A.W., 652 FOURTH AVE. BROOKLYN, NY 11232, PHILADELPHIA OFFICE, LOCAL 447, I.A.M. & A.W. 3460 N. DELAWARE AVENUE, ROOM 106, PHILADELPHIA, PA. 19134 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | UNION EMPLOYER AGREEMENT | DISTRICT LODGE #15, LOCAL #447 INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS |
| | **Nature of debtor's interest** | EMPLOYER | 652 FOURTH AVENUE 2ND FLOOR |
| | **State the term remaining** | 7/23/2019 | BROOKLYN NY 11232 |
| | **List the contract number of any government contract** | | |

| 2.439. | **Title of contract** | AGREEMENT BY AND BETWEEN LOCAL 447 OF DISTRICT 15 OF THE INTERNATIONAL ASSOCIATION OF MACHINSTS AND EROSPACE WORKERS,AFL-CIO AND NEW ENGLAND MOTOR FREIGHT, INC., ROUTE 902 AND MAHONING STREET, LEHIGHTON, PA, 18235 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | UNION EMPLOYER AGREEMENT | DISTRICT LODGE #15, LOCAL #447 INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS |
| | **Nature of debtor's interest** | EMPLOYER | 652 FOURTH AVENUE 2ND FLOOR |
| | **State the term remaining** | 8/11/2019 | BROOKLYN NY 11232 |
| | **List the contract number of any government contract** | | |

| 2.440. | **Title of contract** | AGREEMENT BY AND BETWEEN LOCAL 447 OF DISTRICT 15 OF THE INTERNATIONAL ASSOCIATION OF MACHINSTS AND AEROSPACE WORKERS,AFL-CIO AND NEW ENGLAND MOTOR FREIGHT, INC. 110 SODOM ROAD MILTON, PENNSYLVANIA 17847 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | UNION EMPLOYER AGREEMENT | DISTRICT LODGE #15, LOCAL #447 INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS |
| | **Nature of debtor's interest** | EMPLOYER | 652 FOURTH AVENUE 2ND FLOOR |
| | **State the term remaining** | 8/11/2019 | BROOKLYN NY 11232 |
| | **List the contract number of any government contract** | | |

| 2.441. | **Title of contract** | AGREEMENT BTWN NEMF, BELLE, WV AND LOCAL LODGE 447, DIST. 15 INTERNATIONAL ASSOC. OF MACHINISTS AND AEROSPACE WORKERS, AFL-CIO | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | UNION EMPLOYER AGREEMENT | DISTRICT LODGE #15, LOCAL #447 INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS |
| | **Nature of debtor's interest** | EMPLOYER | 652 FOURTH AVENUE 2ND FLOOR |
| | **State the term remaining** | 8/11/2023 | BROOKLYN NY 11232 |
| | **List the contract number of any government contract** | | |

Debtor   **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

**2.442.** | **Title of contract** | AGREEMENT BTWN NEMF BELLE, WV AND LOCAL LODGE 447, DISTRICT15 INTERNATIONAL ASSOC. OF MACHINISTS AND AEROSPACE WORKERS, AFL-CIO | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for** | UNION EMPLOYER AGREEMENT

**Nature of debtor's interest** | EMPLOYER

**State the term remaining** | 8/11/2023

**List the contract number of any government contract** | _____

DISTRICT LODGE #15, LOCAL #447
INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS
652 FOURTH AVENUE
2ND FLOOR
BROOKLYN NY 11232

---

**2.443.** | **Title of contract** | AGREEMENT BTWN NEMF, SHARONVILLE, OH, RICHFIELD, OH, COLUMBUS, OH, TOLEDO, OH AND LOCAL 447, DIST. 15 INTERNATIONAL ASSOC. OF MACHINISTS AND AEROSPACE WORKERS, AFL-CIO | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for** | UNION EMPLOYER AGREEMENT

**Nature of debtor's interest** | EMPLOYER

**State the term remaining** | VARIOUS

**List the contract number of any government contract** | _____

DISTRICT LODGE #15, LOCAL #447
INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS
652 FOURTH AVENUE
2ND FLOOR
BROOKLYN NY 11232

---

**2.444.** | **Title of contract** | AGREEMENT BTWN NEMF, SHARONVILLE, OH, RICHFIELD, OH, COLUMBUS, OH, TOLEDO, OH AND LOCAL 447, DIST. 15 INTERNATIONAL ASSOC. OF MACHINISTS AND AEROSPACE WORKERS, AFL-CIO | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for** | UNION EMPLOYER AGREEMENT

**Nature of debtor's interest** | EMPLOYER

**State the term remaining** | VARIOUS

**List the contract number of any government contract** | _____

DISTRICT LODGE #15, LOCAL #447
INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS
652 FOURTH AVENUE
2ND FLOOR
BROOKLYN NY 11232

---

**2.445.** | **Title of contract** | LEASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for** | PUERTO RICO TERMINAL # 88 REAL PROPERTY LEASE - PUERTO RICO, CENTRO MERCANTIL INTERNACIONAL, EDIF 5 LOCAL 1, GUAYNABO, PR 00966-3919

**Nature of debtor's interest** | LESSEE

**State the term remaining** | MONTH TO MONTH

**List the contract number of any government contract** | _____

DM EXPRESS
URB GARDEN HILS
CALLE MEADOW LANE 5
GUAYNABO PR 00966

---

**2.446.** | **Title of contract** | CERTIFICATE OF LIABILITY INSURANCE WITH CERTIFICATE NO. 47123249DATED FEB 20, 2019 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for** | INSURANCE CONTRACT

**Nature of debtor's interest** | INSURED

**State the term remaining** | _____

**List the contract number of any government contract** | _____

DMC INSURANCE INC
10475 CROSSPOINT BOULEVARD STE 220
INDIANAPOLIS IN 46256

---

Debtor    **New England Motor Freight, Inc.**                                                    Case number *(if known)* **19-12809**

---

2.447.    **Title of contract**              CERTIFICATE OF LIABILITY INSURANCE          **State the name and mailing address**
                                                                                         **for all other parties with whom the**
          **State what the contract or**     CERTIFICATE OF LIABILITY INSURANCE          **debtor has an executory contract or**
          **lease is for**                                                               **unexpired lease**

          **Nature of debtor's interest**    INSURED                                     DMC INSURANCE, INC.
                                                                                         10475 CROSSPOINT BLVD.
          **State the term remaining**       4/10/2019                                   SUITE 220
                                                                                         INDIANAPOLIS IN 42656
          **List the contract number of**    _____
          **any government contract**

2.448.    **Title of contract**              CERTIFICATE OF LIABILITY INSURANCE          **State the name and mailing address**
                                                                                         **for all other parties with whom the**
          **State what the contract or**     CERTIFICATE OF LIABILITY INSURANCE          **debtor has an executory contract or**
          **lease is for**                                                               **unexpired lease**

          **Nature of debtor's interest**    INSURED                                     DMC INSURANCE, INC.
                                                                                         10475 CROSSPOINT BLVD.
          **State the term remaining**       4/10/2019                                   SUITE 220
                                                                                         INDIANAPOLIS IN 42656
          **List the contract number of**    _____
          **any government contract**

2.449.    **Title of contract**              EXCESS INDEMNITY CONTRACT                   **State the name and mailing address**
                                                                                         **for all other parties with whom the**
          **State what the contract or**     TRUCKERS INDEMNITY CONTRACT                 **debtor has an executory contract or**
          **lease is for**                                                               **unexpired lease**

          **Nature of debtor's interest**    INSURED                                     DMC INSURANCE, INC.
                                                                                         10475 CROSSPOINT BLVD.
          **State the term remaining**       4/10/2019                                   SUITE 220
                                                                                         INDIANAPOLIS IN 42656
          **List the contract number of**    _____
          **any government contract**

2.450.    **Title of contract**              CARTAGE AGREEMENT                           **State the name and mailing address**
                                                                                         **for all other parties with whom the**
          **State what the contract or**     CONTRACTOR AGREEMENT                        **debtor has an executory contract or**
          **lease is for**                                                               **unexpired lease**

          **Nature of debtor's interest**    CARRIER                                     DOHRN TRANSFER COMPANY
                                                                                         625 3RD AVENUE
          **State the term remaining**       CAN BE TERMINATED WITH 20 DAYS WRITTEN NOTICE    ROCK ISLAND IL 61201

          **List the contract number of**    _____
          **any government contract**

2.451.    **Title of contract**              CARTAGE AGREEMENT                           **State the name and mailing address**
                                                                                         **for all other parties with whom the**
          **State what the contract or**     CONTRACTOR AGREEMENT                        **debtor has an executory contract or**
          **lease is for**                                                               **unexpired lease**

          **Nature of debtor's interest**    CARRIER                                     DOHRN TRANSFER COMPANY
                                                                                         625 3RD AVENUE
          **State the term remaining**       CAN BE TERMINATED WITH 20 DAYS WRITTEN NOTICE    ROCK ISLAND IL 61201

          **List the contract number of**    _____
          **any government contract**

Debtor    **New England Motor Freight, Inc.**                                          Case number *(if known)* **19-12809**

| 2.452. | **Title of contract** | CARTAGE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CONTRACTOR AGREEMENT | |
| | **Nature of debtor's interest** | CARRIER | DOHRN TRANSFER COMPANY |
| | **State the term remaining** | CAN BE TERMINATED WITH 20 DAYS WRITTEN NOTICE | 625 3RD AVENUE ROCK ISLAND IL 61201 |
| | **List the contract number of any government contract** | _____ | |

| 2.453. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | DORMAN PRODUCTS |
| | **State the term remaining** | DATED: 12/27/18 | P O BOX 30382 CLEVELAND OH 44130-0382 |
| | **List the contract number of any government contract** | _____ | |

| 2.454. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | DORMAN PRODUCTS |
| | **State the term remaining** | DATED: 12/27/18 | P O BOX 30382 CLEVELAND OH 44130-0382 |
| | **List the contract number of any government contract** | _____ | |

| 2.455. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | DOUBLE ENVELOPE |
| | **State the term remaining** | DATED: 09/21/18 | 872 LEE HIGHWAY ROANOKE VA 24019-8516 |
| | **List the contract number of any government contract** | _____ | |

| 2.456. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | DOW CHEMICAL |
| | **State the term remaining** | DATED: 04/18/16 | DOW CHEMICAL/DOW AGR P O BOX 5159 PORTLAND OR 97201 |
| | **List the contract number of any government contract** | _____ | |

Debtor    **New England Motor Freight, Inc.**                                          Case number *(if known)* **19-12809**

| 2.457. | Title of contract | CUSTOMER CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CUSTOMER CONTRACT | |
| | Nature of debtor's interest | CUSTOMER | DOW CHEMICAL |
| | State the term remaining | DATED: 04/18/16 | ROHM & HAAS |
| | | | PO BOX 5159 |
| | List the contract number of any government contract | _____ | PORTLAND OR 97208-5159 |

| 2.458. | Title of contract | CUSTOMER CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CUSTOMER CONTRACT | |
| | Nature of debtor's interest | CUSTOMER | DURA LAST ROOFING SIMPLIFIED |
| | State the term remaining | DATED: 05/14/18 | DURO-LAST ROOFING |
| | | | P O BOX 40088 |
| | List the contract number of any government contract | _____ | BAY VILLAGE OH 44140-0088 |

| 2.459. | Title of contract | CUSTOMER CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CUSTOMER CONTRACT | |
| | Nature of debtor's interest | CUSTOMER | DURA PLASTICS |
| | State the term remaining | DATED: 07/08/17 | DURA PLASTIC PRODUCT |
| | | | 12651 HIGH BLUFF DR |
| | List the contract number of any government contract | _____ | SAN DIEGO CA 92130-2024 |

| 2.460. | Title of contract | CUSTOMER CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CUSTOMER CONTRACT | |
| | Nature of debtor's interest | CUSTOMER | DURA-BAR METAL SVC |
| | State the term remaining | DATED: 10/28/15 | DURA-BAR METAL SVCS |
| | | | P O BOX 9490 |
| | List the contract number of any government contract | _____ | FALL RIVER MA 02720-0015 |

| 2.461. | Title of contract | CUSTOMER CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CUSTOMER CONTRACT | |
| | Nature of debtor's interest | CUSTOMER | DURABLE CASTER BLUEGRACE |
| | State the term remaining | DATED: 02/02/18 | DURABLE CASTER |
| | | | 2846 S FALKENBURG RD |
| | List the contract number of any government contract | _____ | RIVERVIEW FL 33568 |

Debtor    **New England Motor Freight, Inc.**                                                Case number *(if known)* **19-12809**

| 2.462. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | DURABLE CASTER BLUEGRACE DURABLE CASTERS |
| | **State the term remaining** | DATED: 02/02/18 | 2846 S FALKENBURG RD RIVERVIEW FL 33568 |
| | **List the contract number of any government contract** | _____ | |

| 2.463. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | E M D CHEMICALS P O BOX 77065 |
| | **State the term remaining** | DATED: 05/05/16 | MADISON WI 53562 |
| | **List the contract number of any government contract** | _____ | |

| 2.464. | **Title of contract** | ANNUAL SERVICE AND SUPPLY MAINTENANCE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SERVICE CONTRACT | |
| | **Nature of debtor's interest** | CLIENT | EAGLE SYSTEMS INC 2421 HARLEM ROAD |
| | **State the term remaining** | | BUFFALO NY 14426 |
| | **List the contract number of any government contract** | _____ | |

| 2.465. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | EARTH FRIENDLY PRODS SIMPLIFIED |
| | **State the term remaining** | DATED: 12/12/18 | EARTH FRIENDLY PRODS P O BOX 40088 |
| | **List the contract number of any government contract** | _____ | BAY VILLAGE OH 44140-0088 |

| 2.466. | **Title of contract** | SECUIRTY AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SECURITY AGREEMENT | |
| | **Nature of debtor's interest** | BORROWER | EAST WEST BANK ATTN: ANDY GEROT, VP |
| | **State the term remaining** | DATED: 01/27/2016 | 135 NORTH LOS ROBLES AVE 7TH FLOOR |
| | **List the contract number of any government contract** | _____ | PASADENA CA 91101 |

Debtor    **New England Motor Freight, Inc.**                                                                     Case number *(if known)* **19-12809**

| 2.467. | **Title of contract** | SECUIRTY AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SECUIRTY AGREEMENT | |
| | **Nature of debtor's interest** | BORROWER | EAST WEST BANK |
| | **State the term remaining** | DATED: 05/04/2015 | ATTN: ANDY GEROT, VP<br>135 NORTH LOS ROBLES AVE<br>7TH FLOOR |
| | **List the contract number of any government contract** | _____ | PASADENA CA 91101 |

| 2.468. | **Title of contract** | SECUIRTY AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SECUIRTY AGREEMENT | |
| | **Nature of debtor's interest** | BORROWER | EAST WEST BANK |
| | **State the term remaining** | DATED: 05/04/2018 | ATTN: ANDY GEROT, VP<br>135 NORTH LOS ROBLES AVE<br>7TH FLOOR |
| | **List the contract number of any government contract** | _____ | PASADENA CA 91101 |

| 2.469. | **Title of contract** | SECUIRTY AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SECUIRTY AGREEMENT | |
| | **Nature of debtor's interest** | BORROWER | EAST WEST BANK |
| | **State the term remaining** | DATED: 07/8/2016 | ATTN: ANDY GEROT, VP<br>135 NORTH LOS ROBLES AVE<br>7TH FLOOR |
| | **List the contract number of any government contract** | _____ | PASADENA CA 91101 |

| 2.470. | **Title of contract** | SECUIRTY AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SECUIRTY AGREEMENT | |
| | **Nature of debtor's interest** | BORROWER | EAST WEST BANK |
| | **State the term remaining** | DATED: 11/16/2016 | ATTN: ANDY GEROT, VP<br>135 NORTH LOS ROBLES AVE<br>7TH FLOOR |
| | **List the contract number of any government contract** | _____ | PASADENA CA 91101 |

| 2.471. | **Title of contract** | SECUIRTY AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SECUIRTY AGREEMENT | |
| | **Nature of debtor's interest** | BORROWER | EAST WEST BANK |
| | **State the term remaining** | DATED: 12/10/2015 | ATTN: ANDY GEROT, VP<br>135 NORTH LOS ROBLES AVE<br>7TH FLOOR |
| | **List the contract number of any government contract** | _____ | PASADENA CA 91101 |

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| 2.472. | **Title of contract** | SECUIRTY AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SECURITY AGREEMENT | |
| | **Nature of debtor's interest** | BORROWER | EAST WEST BANK |
| | **State the term remaining** | DATED: 12/15/2015 | ATTN: ANDY GEROT, VP 135 NORTH LOS ROBLES AVE 7TH FLOOR |
| | **List the contract number of any government contract** | _____ | PASADENA CA 91101 |

| 2.473. | **Title of contract** | IRREVOCABLE LETTER OF CREDIT NO. 15OSL03306 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CREDIT AGREEMENT | |
| | **Nature of debtor's interest** | BORROWER | EAST WEST BANK |
| | **State the term remaining** | EXPIRATION DATE: 04/10/2016 | LOAN SERVICING DEPT 9300 FLAIR DRIVE 6TH FL |
| | **List the contract number of any government contract** | _____ | EL MONTE CA 91731 |

| 2.474. | **Title of contract** | IRREVOCABLE LETTER OF CREDIT NO. 15OSL03306 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CREDIT AGREEMENT | |
| | **Nature of debtor's interest** | BORROWER | EAST WEST BANK |
| | **State the term remaining** | EXPIRATION DATE: 04/10/2016 | LOAN SERVICING DEPT 9300 FLAIR DRIVE 6TH FL |
| | **List the contract number of any government contract** | _____ | EL MONTE CA 91731 |

| 2.475. | **Title of contract** | SECURITY AGREEMENT 34200004009 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LOAN AGREEMENT | |
| | **Nature of debtor's interest** | BORROWER | EAST WEST BANK |
| | **State the term remaining** | 04/15/2022 | ANDY GEROT 2475 NORTHWINDS PARKWAY SUITE 330 |
| | **List the contract number of any government contract** | _____ | ALPHARETTA GA 30009 |

| 2.476. | **Title of contract** | INSTALLMENT NOTE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LOAN AGREEMENT | |
| | **Nature of debtor's interest** | BORROWER | EAST WEST BANK |
| | **State the term remaining** | 12/15/2023 | PO BOX 1406 ALPHARETTA GA 30009 |
| | **List the contract number of any government contract** | _____ | |

Debtor   **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| | | |
|---|---|---|
| 2.477. | **Title of contract** | INSTALLMENT NOTE |
| | **State what the contract or lease is for** | LOAN AND SECURITY AGREEMENT |
| | **Nature of debtor's interest** | BORROWER |
| | **State the term remaining** | 08/15/2022 |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

EAST WEST BANK
ATTN: ANDY GEROT, VP
135 NORTH LOS ROBLES AVE
7TH FLOOR
PASADENA CA 91101

| | | |
|---|---|---|
| 2.478. | **Title of contract** | SECUIRTY AGREEMENT |
| | **State what the contract or lease is for** | SECURITY AGREEMENT |
| | **Nature of debtor's interest** | BORROWER |
| | **State the term remaining** | DATED: 03/29/2016 |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

EAST WEST BANK
ATTN: ANDY GEROT, VP
135 NORTH LOS ROBLES AVE
7TH FLOOR
PASADENA CA 91101

| | | |
|---|---|---|
| 2.479. | **Title of contract** | SECURITY AGREEMENT |
| | **State what the contract or lease is for** | LOAN AGREEMENT |
| | **Nature of debtor's interest** | BORROWER |
| | **State the term remaining** | DATED: 04/09/2015 |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

EAST WEST BANK
135 NORTH LOS ROBLES AVENUE
7TH FL
PASADENA CA 91101

| | | |
|---|---|---|
| 2.480. | **Title of contract** | SECUIRTY AGREEMENT |
| | **State what the contract or lease is for** | SECURITY AGREEMENT |
| | **Nature of debtor's interest** | BORROWER |
| | **State the term remaining** | DATED: 04/09/2015 |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

EAST WEST BANK
ATTN: ANDY GEROT, VP
135 NORTH LOS ROBLES AVE
7TH FLOOR
PASADENA CA 91101

| | | |
|---|---|---|
| 2.481. | **Title of contract** | SECUIRTY AGREEMENT |
| | **State what the contract or lease is for** | SECURITY AGREEMENT |
| | **Nature of debtor's interest** | BORROWER |
| | **State the term remaining** | DATED: 04/10/2015 |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

EAST WEST BANK
ATTN: ANDY GEROT, VP
135 NORTH LOS ROBLES AVE
7TH FLOOR
PASADENA CA 91101

Debtor    **New England Motor Freight, Inc.**                                              Case number *(if known)* **19-12809**

| | | | |
|---|---|---|---|
| 2.482. | **Title of contract** | SECUIRTY AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | SECUIRTY AGREEMENT | |
| | **Nature of debtor's interest** | BORROWER | EAST WEST BANK |
| | **State the term remaining** | DATED: 04/10/2015 | ATTN: ANDY GEROT, VP 135 NORTH LOS ROBLES AVE 7TH FLOOR |
| | **List the contract number of any government contract** | _____ | PASADENA CA 91101 |

| | | | |
|---|---|---|---|
| 2.483. | **Title of contract** | SECUIRTY AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | SECUIRTY AGREEMENT | |
| | **Nature of debtor's interest** | BORROWER | EAST WEST BANK |
| | **State the term remaining** | DATED: 04/10/2015 | ATTN: ANDY GEROT, VP 135 NORTH LOS ROBLES AVE 7TH FLOOR |
| | **List the contract number of any government contract** | _____ | PASADENA CA 91101 |

| | | | |
|---|---|---|---|
| 2.484. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | EASTERN MOUNTAIN SPORTS |
| | **State the term remaining** | DATED: 02/25/16 | EASTERN MOUNTAIN SPO PO BOX 9133 |
| | **List the contract number of any government contract** | _____ | CHELSEA MA 02150-9133 |

| | | | |
|---|---|---|---|
| 2.485. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | EASTERN MOUNTAIN SPORTS |
| | **State the term remaining** | DATED: 03/23/16 | EASTERN MOUNTAIN SPO PO BOX 9133 |
| | **List the contract number of any government contract** | _____ | CHELSEA MA 02150-9133 |

| | | | |
|---|---|---|---|
| 2.486. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | EASTMAN MACHINE |
| | **State the term remaining** | DATED: 06/25/15 | P O BOX 100 RANSOMVILLE NY 14131-0100 |
| | **List the contract number of any government contract** | _____ | |

Debtor    **New England Motor Freight, Inc.**                                                        Case number *(if known)* **19-12809**

| 2.487. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | EASTWOOD CO MGN LOGISTICS |
| | **State the term remaining** | DATED: 08/15/18 | EASTWOOD COMPANY<br>712 FERRY ST |
| | **List the contract number of any government contract** | _____ | EASTON PA 18042-4324 |

| 2.488. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | EASTWOOD CO MGN LOGISTICS |
| | **State the term remaining** | DATED: 10/30/18 | EASTWOOD COMPANY<br>712 FERRY ST |
| | **List the contract number of any government contract** | _____ | EASTON PA 18042-4324 |

| 2.489. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | ECHO ARCHWAY SALES |
| | **State the term remaining** | DATED: 02/25/16 | ARCHWAY SALES<br>ECHO GLOBAL LOGISTI |
| | **List the contract number of any government contract** | _____ | 600 W CHICAGO #830<br>CHICAGO IL 60601 |

| 2.490. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | ECHO BLANKET |
| | **State the term remaining** | DATED: 10/14/15 | ECHO GLOBAL LOGISTIC<br>600 W CHICAGO #830 |
| | **List the contract number of any government contract** | _____ | CHICAGO IL 60610-2422 |

| 2.491. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | ECHO HOLLINGER |
| | **State the term remaining** | DATED: 10/14/15 | HOLLINGER CORP<br>ECHO GLOBAL LOGISTI |
| | **List the contract number of any government contract** | _____ | 600 W CHICAGO #830<br>CHICAGO IL 60610 |

Debtor    **New England Motor Freight, Inc.**                                                    Case number *(if known)* **19-12809**

| 2.492. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | ECHO HUCK FINN |
| | **State the term remaining** | DATED: 09/19/17 | HUCK FINN CLOTHES<br>ECHO GLOBAL LOGISTI<br>600 W CHICAGO |
| | **List the contract number of any government contract** | | CHICAGO IL 60610 |

| 2.493. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | ECHO LOG - HOUSEHOLD GOOD |
| | **State the term remaining** | DATED: 11/18/15 | HOUSEHOLD GOODS<br>ECHO GLOBAL<br>600 W CHICAGO AVE |
| | **List the contract number of any government contract** | | CHICAGO IL 60654-2801 |

| 2.494. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | ECHO M HOLLAND |
| | **State the term remaining** | DATED: 09/19/17 | M HOLLAND<br>ECHO GLOBAL LOGISTI<br>600 W CHICAGO AVE #7 |
| | **List the contract number of any government contract** | | CHICAGO IL 60654-2522 |

| 2.495. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | ECHO NVC CHAIR LIFT |
| | **State the term remaining** | DATED: 12/23/16 | N V C CHAIR LIFT<br>ECHO GLOBAL LOGISTI<br>600 W CHICAGO AVE #7 |
| | **List the contract number of any government contract** | | CHICAGO IL 60654-2522 |

| 2.496. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | ECHO OMRON HEALTHCARE |
| | **State the term remaining** | DATED: 02/27/17 | OMRON ELECTRONICS<br>ECHO GLOBAL LOGISTI<br>600 W CHICAGO AVE #7 |
| | **List the contract number of any government contract** | | CHICAGO IL 60654-2522 |

Debtor    **New England Motor Freight, Inc.**                                                    Case number *(if known)* **19-12809**

| 2.497. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | ECHO OMRON HEALTHCARE OMRON HEALTHCARE ECHO GLOBAL LOGISTI 600 W CHICAGO AVE #7 CHICAGO IL 60654-2522 |
| | **State the term remaining** | DATED: 04/22/16 | |
| | **List the contract number of any government contract** | _____ | |

| 2.498. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | ECHO PEXCO PEXCO ECHO GLOBAL LOGISTI 600 W CHICAGO #830 CHICAGO IL 60610 |
| | **State the term remaining** | DATED: 07/20/17 | |
| | **List the contract number of any government contract** | _____ | |

| 2.499. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | ECHO PEXCO PEXCO ECHO GLOBAL LOGISTI 600 W CHICAGO #830 CHICAGO IL 60610 |
| | **State the term remaining** | DATED: 10/14/15 | |
| | **List the contract number of any government contract** | _____ | |

| 2.500. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | ECHO SAMUEL STRAPPING SAMUEL STRAPPING ECHO GLOBAL LOGISTI 600 W CHICAGO #830 CHICAGO IL 60610 |
| | **State the term remaining** | DATED: 10/14/15 | |
| | **List the contract number of any government contract** | _____ | |

| 2.501. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | ECHO T M FITZGERALD T M FITZGERALD ECHO GLOBAL 600 W CHICAGO AVE #7 CHICAGO IL 60654-2822 |
| | **State the term remaining** | DATED: 10/14/15 | |
| | **List the contract number of any government contract** | _____ | |

Debtor    **New England Motor Freight, Inc.**                                                    Case number *(if known)* **19-12809**

| 2.502. | Title of contract | CUSTOMER CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CUSTOMER CONTRACT | |
| | Nature of debtor's interest | CUSTOMER | ECHO T M FITZGERALD |
| | State the term remaining | DATED: 10/14/15 | T M FITZGERALD<br>ECHO GLOBAL |
| | List the contract number of any government contract | _____ | 600 W CHICAGO AVE #7<br>CHICAGO IL 60654-2822 |

| 2.503. | Title of contract | CUSTOMER CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CUSTOMER CONTRACT | |
| | Nature of debtor's interest | CUSTOMER | ECHO TIRE RACK |
| | State the term remaining | DATED: 10/14/15 | TIRE RACK<br>ECHO GLOBAL LOGISTI |
| | List the contract number of any government contract | _____ | 600 W CHICAGO AVE #7<br>CHICAGO IL 60654-2801 |

| 2.504. | Title of contract | CUSTOMER CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CUSTOMER CONTRACT | |
| | Nature of debtor's interest | CUSTOMER | EDWARD DON |
| | State the term remaining | DATED: 05/06/16 | EDWARD DON & CO<br>360 W BUTTERFIELD RD |
| | List the contract number of any government contract | _____ | ELMHURST IL 60126-5068 |

| 2.505. | Title of contract | CUSTOMER CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CUSTOMER CONTRACT | |
| | Nature of debtor's interest | CUSTOMER | EDWARD DON |
| | State the term remaining | DATED: 05/06/16 | 360 W BUTTERFIELD RD<br>ELMHURST IL 60126-5068 |
| | List the contract number of any government contract | _____ | |

| 2.506. | Title of contract | CUSTOMER CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CUSTOMER CONTRACT | |
| | Nature of debtor's interest | CUSTOMER | EDWARD R HAMILTON |
| | State the term remaining | DATED: 06/25/15 | P O BOX 219<br>GOSHEN CT 06756-0219 |
| | List the contract number of any government contract | _____ | |

Debtor   **New England Motor Freight, Inc.**                                          Case number *(if known)* **19-12809**

| 2.507. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | ELARA FOODS |
| | **State the term remaining** | DATED: 03/23/16 | ELARA FOOD SERVICE |
| | **List the contract number of any government contract** | _____ | 43570 GARFIELD RD #1 CLINTON TOWNSHIP MI 48038-1153 |

| 2.508. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | ELEKTRISOLA |
| | **State the term remaining** | DATED: 09/23/15 | 425 WATERTOWN RD SUI |
| | **List the contract number of any government contract** | _____ | NEWTON MA 02458-1131 |

| 2.509. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | EMERSON HEALTHCARE |
| | **State the term remaining** | DATED: 03/20/18 | GEODIS |
| | **List the contract number of any government contract** | _____ | P O BOX 2208 BRENTWOOD TN 37024-2208 |

| 2.510. | **Title of contract** | LINE OF COVERAGE POLICY | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | POLICY NO. ELD30000307701 | |
| | **Nature of debtor's interest** | INSURED | ENDURANCE AMERICAN SPECIALTY |
| | **State the term remaining** | 4/10/2019 | 1221 AVENUE OF THE AMERICAS |
| | **List the contract number of any government contract** | _____ | NEW YORK NY 10020 |

| 2.511. | **Title of contract** | PROPERTY/B&M | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | POLICY NO. ARL100116927000 | |
| | **Nature of debtor's interest** | INSURED | ENDURANCE AMERICAN SPECIALTY |
| | **State the term remaining** | 8/31/2019 | 1221 AVENUE OF THE AMERICAS |
| | **List the contract number of any government contract** | _____ | NEW YORK NY 10020 |

Debtor   **New England Motor Freight, Inc.**                                         Case number *(if known)* **19-12809**

| 2.512. | **Title of contract** | SURPLUS LINES NOTICE WITH POLICY NO. ELD30000307701 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | INSURANCE CONTRACT | |
| | **Nature of debtor's interest** | INSURED | ENDURANCE AMERICAN SPECIALTY INSURANCE COMPANY 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| | **State the term remaining** | 4/10/2019 | |
| | **List the contract number of any government contract** | _____ | |

| 2.513. | **Title of contract** | AGREEMENT WITH POLICY NO. ARL10011692701 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | INSURANCE CONTRACT | |
| | **Nature of debtor's interest** | INSURED | ENDURANCE AMERICAN SPECIALTY INSURANCE COMP-ANY 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| | **State the term remaining** | 8/31/2019 | |
| | **List the contract number of any government contract** | _____ | |

| 2.514. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | ENVIRONMENT ONE ENVIRONMENT ONE CORP 300 WAMPANOAG TRAIL RIVERSIDE RI 02915-2200 |
| | **State the term remaining** | DATED: 03/23/16 | |
| | **List the contract number of any government contract** | _____ | |

| 2.515. | **Title of contract** | UMBRELLA - EXCESS (3RD) | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | POLICY NO. MKLV3EVE100215 | |
| | **Nature of debtor's interest** | INSURED | EVANSTON INSURANCE CO 10 PARKWAY NORTH DEERFIELD IL 60015 |
| | **State the term remaining** | 4/10/2019 | |
| | **List the contract number of any government contract** | _____ | |

| 2.516. | **Title of contract** | COMMERCIAL EXCESS LIABILITY WITH POLICY NUMBER MKLV3EUE100215 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | INSURANCE CONTRACT | |
| | **Nature of debtor's interest** | INSURED | EVANSTON INSURANCE COMPANY 10 PARKWAY NORTH DEERFIELD IL 60015 |
| | **State the term remaining** | 4/10/2019 | |
| | **List the contract number of any government contract** | _____ | |

Debtor   **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| 2.517. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | F C I |
| | **State the term remaining** | DATED: 08/22/17 | P O BOX 1208 MAULDIN SC 29662-1208 |
| | **List the contract number of any government contract** | _____ | |

| 2.518. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | F P P F CHEM CO |
| | **State the term remaining** | DATED: 06/25/15 | F P P F CHEMICAL CO 151 JOHN JAMES AUDOB AMHERST NY 14228 |
| | **List the contract number of any government contract** | _____ | |

| 2.519. | **Title of contract** | LEASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PORTLAND TERMINAL # 18 REAL PROPERTY LEASE - 7 MANSON LIBBY RD, PORTLAND, ME 04074-8983 | |
| | **Nature of debtor's interest** | LESSEE | FAIR TERMINAL CORP. |
| | **State the term remaining** | 12/31/2019 | C/O MYRON P. SHEVELL 1-71 NORTH AVENUE EAST ELIZABETH NJ 07201 |
| | **List the contract number of any government contract** | _____ | |

| 2.520. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | FARMERS CHOICE FOOD |
| | **State the term remaining** | DATED: 06/25/15 | PROMOTION IN MOTION 30 HEMLOCK DRIVE CONGERS NY 10920-1402 |
| | **List the contract number of any government contract** | _____ | |

| 2.521. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | FARMERS CHOICE FOOD |
| | **State the term remaining** | DATED: 06/25/15 | 30 HEMLOCK DRIVE CONGERS NY 10920-1402 |
| | **List the contract number of any government contract** | _____ | |

Debtor   **New England Motor Freight, Inc.**                                                    Case number *(if known)* **19-12809**

| | | | |
|---|---|---|---|
| 2.522. | **Title of contract** | PROMISSORY NOTE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | LOAN AGREEMENT | |
| | **Nature of debtor's interest** | BORROWER | FIFTH THIRD BANK |
| | **State the term remaining** | DATED: 07/07/2016 MATU4RITY DATE: 07/15/2023 | MAIL DROP 10904A<br>38 FOUNTAIN SQUARE PLAZA<br>CINCINNATI OH 45263 |
| | **List the contract number of any government contract** | _____ | |

| | | | |
|---|---|---|---|
| 2.523. | **Title of contract** | MASTER LOAN AND SECURITY AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | LOAN AGREEMENT | |
| | **Nature of debtor's interest** | BORROWER | FIFTH THIRD BANK<br>FIFTH THIRD EQUIPMENT FINANCE COMPANY |
| | **State the term remaining** | DATED: 08/09/2011 | MAIL DROP 10904A<br>38 FOUNTAIN SQUARE PLAZA<br>CINCINNATI OH 45263 |
| | **List the contract number of any government contract** | _____ | |

| | | | |
|---|---|---|---|
| 2.524. | **Title of contract** | PROMISSORY NOTE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | LOAN AGREEMENT | |
| | **Nature of debtor's interest** | BORROWER | FIFTH THIRD BANK |
| | **State the term remaining** | DATED: 08/09/2011 / MATURITY DATE: 09/15/2018 | MAIL DROP 10904A<br>38 FOUNTAIN SQUARE PLAZA<br>CINCINNATI OH 45263 |
| | **List the contract number of any government contract** | _____ | |

| | | | |
|---|---|---|---|
| 2.525. | **Title of contract** | PROMISSORY NOTE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | LOAN AGREEMENT | |
| | **Nature of debtor's interest** | BORROWER | FIFTH THIRD BANK |
| | **State the term remaining** | DATED: 08/15/2013 / MATURITY DATE: 08/15/2018 | MAIL DROP 10904A<br>38 FOUNTAIN SQUARE PLAZA<br>CINCINNATI OH 45263 |
| | **List the contract number of any government contract** | _____ | |

| | | | |
|---|---|---|---|
| 2.526. | **Title of contract** | PROMISSORY NOTE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | LOAN AGREEMENT | |
| | **Nature of debtor's interest** | BORROWER | FIFTH THIRD BANK |
| | **State the term remaining** | DATED: 09/11/2017 / MATURITY DATE: 09/15/2022 | MAIL DROP 10904A<br>38 FOUNTAIN SQUARE PLAZA<br>CINCINNATI OH 45263 |
| | **List the contract number of any government contract** | _____ | |

Debtor    **New England Motor Freight, Inc.**                                   Case number *(if known)* **19-12809**

| | | | |
|---|---|---|---|
| 2.527. | **Title of contract** | PROMISSORY NOTE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | LOAN AGREEMENT | |
| | **Nature of debtor's interest** | BORROWER | FIFTH THIRD BANK |
| | **State the term remaining** | 01/15/2022 | MAIL DROP 10904A<br>38 FOUNTAIN SQUARE PLAZA<br>CINCINNATI OH 45263 |
| | **List the contract number of any government contract** | _____ | |
| 2.528. | **Title of contract** | PROMISSORY NOTE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | LOAN AGREEMENT | |
| | **Nature of debtor's interest** | BORROWER | FIFTH THIRD BANK |
| | **State the term remaining** | 10/15/2020 | MAIL DROP 10904A<br>38 FOUNTAIN SQUARE PLAZA<br>CINCINNATI OH 45263 |
| | **List the contract number of any government contract** | _____ | |
| 2.529. | **Title of contract** | PROMISSORY NOTE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | LOAN AGREEMENT | |
| | **Nature of debtor's interest** | BORROWER | FIFTH THIRD BANK |
| | **State the term remaining** | 10/15/2021 | MAIL DROP 10904A<br>38 FOUNTAIN SQUARE PLAZA<br>CINCINNATI OH 45263 |
| | **List the contract number of any government contract** | _____ | |
| 2.530. | **Title of contract** | PROMISSORY NOTE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | LOAN AGREEMENT | |
| | **Nature of debtor's interest** | BORROWER | FIFTH THIRD BANK |
| | **State the term remaining** | DATED: 10/17/2013 / MATURITY DATE: 11/01/2018 | MAIL DROP 10904A<br>38 FOUNTAIN SQUARE PLAZA<br>CINCINNATI OH 45263 |
| | **List the contract number of any government contract** | _____ | |
| 2.531. | **Title of contract** | PROMISSORY NOTE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | LOAN AGREEMENT | |
| | **Nature of debtor's interest** | BORROWER | FIFTH THIRD BANK |
| | **State the term remaining** | DATED: 10/18/2017 MATU4RITY DATE: 11/15/2024 | MAIL DROP 10904A<br>38 FOUNTAIN SQUARE PLAZA<br>CINCINNATI OH 45263 |
| | **List the contract number of any government contract** | _____ | |

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| 2.532. | **Title of contract** | PROMISSORY NOTE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LOAN AGREEMENT | |
| | **Nature of debtor's interest** | BORROWER | FIFTH THIRD BANK |
| | **State the term remaining** | DATED: 10/26/2011 / MATURITY DATE: 11/15/2018 | MAIL DROP 10904A 38 FOUNTAIN SQUARE PLAZA CINCINNATI OH 45263 |
| | **List the contract number of any government contract** | _____ | |

| 2.533. | **Title of contract** | PROMISSORY NOTE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LOAN AGREEMENT | |
| | **Nature of debtor's interest** | BORROWER | FIFTH THIRD BANK |
| | **State the term remaining** | 11/15/2022 | MAIL DROP 10904A 38 FOUNTAIN SQUARE PLAZA CINCINNATI OH 45263 |
| | **List the contract number of any government contract** | _____ | |

| 2.534. | **Title of contract** | PROMISSORY NOTE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LOAN AGREEMENT | |
| | **Nature of debtor's interest** | BORROWER | FIFTH THIRD BANK |
| | **State the term remaining** | 12/1/2022 | MAIL DROP 10904A 38 FOUNTAIN SQUARE PLAZA CINCINNATI OH 45263 |
| | **List the contract number of any government contract** | _____ | |

| 2.535. | **Title of contract** | PROMISSORY NOTE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LOAN AGREEMENT | |
| | **Nature of debtor's interest** | BORROWER | FIFTH THIRD BANK |
| | **State the term remaining** | 01/01/2024 | MAIL DROP 10904A 38 FOUNTAIN SQUARE PLAZA CINCINNATI OH 45263 |
| | **List the contract number of any government contract** | _____ | |

| 2.536. | **Title of contract** | PROMISSORY NOTE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LOAN AGREEMENT | |
| | **Nature of debtor's interest** | BORROWER | FIFTH THIRD BANK |
| | **State the term remaining** | DATED: 12/12/2011 / MATURITY DATE: 12/15/2018 | MAIL DROP 10904A 38 FOUNTAIN SQUARE PLAZA CINCINNATI OH 45263 |
| | **List the contract number of any government contract** | _____ | |

Debtor    **New England Motor Freight, Inc.**                                                  Case number *(if known)* **19-12809**

| 2.537. | **Title of contract** | PROMISSORY NOTE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LOAN AGREEMENT | |
| | **Nature of debtor's interest** | BORROWER | FIFTH THIRD BANK |
| | **State the term remaining** | DATED: 12/15/2011 / MATURITY DATE: 01/15/2019 | MAIL DROP 10904A 38 FOUNTAIN SQUARE PLAZA CINCINNATI OH 45263 |
| | **List the contract number of any government contract** | _____ | |

| 2.538. | **Title of contract** | PROMISSORY NOTE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LOAN AGREEMENT | |
| | **Nature of debtor's interest** | BORROWER | FIFTH THIRD BANK |
| | **State the term remaining** | DATED: 12/23/2011 / MATURITY DATE: 01/15/2019 | MAIL DROP 10904A 38 FOUNTAIN SQUARE PLAZA CINCINNATI OH 45263 |
| | **List the contract number of any government contract** | _____ | |

| 2.539. | **Title of contract** | PROMISSORY NOTE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LOAN AGREEMENT | |
| | **Nature of debtor's interest** | BORROWER | FIFTH THIRD BANK |
| | **State the term remaining** | 04/15/2023 | MAIL DROP 10904A 38 FOUNTAIN SQUARE PLAZA CINCINNATI OH 45263 |
| | **List the contract number of any government contract** | _____ | |

| 2.540. | **Title of contract** | PROMISSORY NOTE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LOAN AGREEMENT | |
| | **Nature of debtor's interest** | BORROWER | FIFTH THIRD BANK |
| | **State the term remaining** | 02/15/2019 | 38 FOUNTAIN SQ PLAZA MD 10904A CINCINNATI OH 45263 |
| | **List the contract number of any government contract** | _____ | |

| 2.541. | **Title of contract** | PROMISSORY NOTE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LOAN AGREEMENT | |
| | **Nature of debtor's interest** | BORROWER | FIFTH THIRD BANK |
| | **State the term remaining** | 02/15/2023 | MAIL DROP 10904A 38 FOUNTAIN SQUARE PLAZA CINCINNATI OH 45263 |
| | **List the contract number of any government contract** | _____ | |

Debtor    **New England Motor Freight, Inc.**                                         Case number *(if known)* **19-12809**

| 2.542. | **Title of contract** | PROMISSORY NOTE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LOAN AGREEMENT | |
| | **Nature of debtor's interest** | BORROWER | FIFTH THIRD BANK |
| | **State the term remaining** | 03/01/2022 | MAIL DROP 10904A 38 FOUNTAIN SQUARE PLAZA CINCINNATI OH 45263 |
| | **List the contract number of any government contract** | _____ | |

| 2.543. | **Title of contract** | PROMISSORY NOTE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LOAN AGREEMENT | |
| | **Nature of debtor's interest** | BORROWER | FIFTH THIRD BANK |
| | **State the term remaining** | 03/15/2019 | 38 FOUNTAIN SQ PLAZA MD 10904A CINCINNATI OH 45263 |
| | **List the contract number of any government contract** | _____ | |

| 2.544. | **Title of contract** | PROMISSORY NOTE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LOAN AGREEMENT | |
| | **Nature of debtor's interest** | BORROWER | FIFTH THIRD BANK |
| | **State the term remaining** | 03/15/2020 | MAIL DROP 10904A 38 FOUNTAIN SQUARE PLAZA CINCINNATI OH 45263 |
| | **List the contract number of any government contract** | _____ | |

| 2.545. | **Title of contract** | PROMISSORY NOTE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LOAN AGREEMENT | |
| | **Nature of debtor's interest** | BORROWER | FIFTH THIRD BANK |
| | **State the term remaining** | 04/15/2022 | MAIL DROP 10904A 38 FOUNTAIN SQUARE PLAZA CINCINNATI OH 45263 |
| | **List the contract number of any government contract** | _____ | |

| 2.546. | **Title of contract** | PROMISSORY NOTE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LOAN AGREEMENT | |
| | **Nature of debtor's interest** | BORROWER | FIFTH THIRD BANK |
| | **State the term remaining** | 04/15/2023 | MAIL DROP 10904A 38 FOUNTAIN SQUARE PLAZA CINCINNATI OH 45263 |
| | **List the contract number of any government contract** | _____ | |

Debtor   **New England Motor Freight, Inc.**                                                          Case number *(if known)* **19-12809**

| 2.547. | **Title of contract** | PROMISSORY NOTE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LOAN AGREEMENT | |
| | **Nature of debtor's interest** | BORROWER | FIFTH THIRD BANK |
| | **State the term remaining** | 04/15/2023 | MAIL DROP 10904A 38 FOUNTAIN SQUARE PLAZA |
| | **List the contract number of any government contract** | _____ | CINCINNATI OH 45263 |

| 2.548. | **Title of contract** | PROMISSORY NOTE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LOAN AGREEMENT | |
| | **Nature of debtor's interest** | BORROWER | FIFTH THIRD BANK |
| | **State the term remaining** | 05/15/2018 | MAIL DROP 10904A 38 FOUNTAIN SQUARE PLAZA |
| | **List the contract number of any government contract** | _____ | CINCINNATI OH 45263 |

| 2.549. | **Title of contract** | PROMISSORY NOTE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LOAN AGREEMENT | |
| | **Nature of debtor's interest** | BORROWER | FIFTH THIRD BANK |
| | **State the term remaining** | 05/15/2023 | MAIL DROP 10904A 38 FOUNTAIN SQUARE PLAZA |
| | **List the contract number of any government contract** | _____ | CINCINNATI OH 45263 |

| 2.550. | **Title of contract** | PROMISSORY NOTE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LOAN AGREEMENT | |
| | **Nature of debtor's interest** | BORROWER | FIFTH THIRD BANK |
| | **State the term remaining** | 06/01/2023 | MAIL DROP 10904A 38 FOUNTAIN SQUARE PLAZA |
| | **List the contract number of any government contract** | _____ | CINCINNATI OH 45263 |

| 2.551. | **Title of contract** | PROMISSORY NOTE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LOAN AGREEMENT | |
| | **Nature of debtor's interest** | BORROWER | FIFTH THIRD BANK |
| | **State the term remaining** | 07/01/2020 | MAIL DROP 10904A 38 FOUNTAIN SQUARE PLAZA |
| | **List the contract number of any government contract** | _____ | CINCINNATI OH 45263 |

Debtor    **New England Motor Freight, Inc.**                                        Case number *(if known)* **19-12809**

| 2.552. | **Title of contract** | PROMISSORY NOTE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LOAN AGREEMENT | |
| | **Nature of debtor's interest** | BORROWER | FIFTH THIRD BANK |
| | **State the term remaining** | 07/15/2018 | MAIL DROP 10904A |
| | **List the contract number of any government contract** | _____ | 38 FOUNTAIN SQUARE PLAZA CINCINNATI OH 45263 |

| 2.553. | **Title of contract** | PROMISSORY NOTE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LOAN AGREEMENT | |
| | **Nature of debtor's interest** | BORROWER | FIFTH THIRD BANK |
| | **State the term remaining** | 07/15/2022 | MAIL DROP 10904A |
| | **List the contract number of any government contract** | _____ | 38 FOUNTAIN SQUARE PLAZA CINCINNATI OH 45263 |

| 2.554. | **Title of contract** | PROMISSORY NOTE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LOAN AGREEMENT | |
| | **Nature of debtor's interest** | BORROWER | FIFTH THIRD BANK |
| | **State the term remaining** | 11/15/2021 | 38 FOUNTAIN SQ PLAZA MD 10904A |
| | **List the contract number of any government contract** | _____ | CINCINNATI OH 45263 |

| 2.555. | **Title of contract** | PROMISSORY NOTE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LOAN AGREEMENT | |
| | **Nature of debtor's interest** | BORROWER | FIFTH THIRD BANK |
| | **State the term remaining** | 12/15/2019 | 38 FOUNTAIN SQ PLAZA MD 10904A |
| | **List the contract number of any government contract** | _____ | CINCINNATI OH 45263 |

| 2.556. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | FINISH LINE |
| | **State the term remaining** | DATED: 05/27/16 | P O BOX 621 BOYERTOWN PA 19512-0621 |
| | **List the contract number of any government contract** | _____ | |

Debtor   **New England Motor Freight, Inc.**                                     Case number *(if known)* **19-12809**

| 2.557. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | FINISHMASTER |
| | **State the term remaining** | DATED: 12/29/16 | P O BOX 21248 |
| | **List the contract number of any government contract** | _____ | EAGAN MN 55121-0248 |

| 2.558. | **Title of contract** | EXCESS LIABILITY POLICY WITH POLICY NUMBER SHX000-4905-5965 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | INSURANCE CONTRACT | |
| | **Nature of debtor's interest** | INSURED | FIREMAN'S FUND INSURANCE COMPANIES |
| | **State the term remaining** | EFFECTIVE APRIL 10, 2018 EXPIRES APRIL 10, 2019 | P.O. BOX 777 |
| | **List the contract number of any government contract** | _____ | NOVATO CA 94998 |

| 2.559. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | FIRESTONE BLDG PRODS TRANSPLACE |
| | **State the term remaining** | DATED: 01/22/18 | FIRESTONE BLDG PRODS |
| | **List the contract number of any government contract** | _____ | PO BOX 3001<br>NAPERVILLE IL 60566-7001 |

| 2.560. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | FISHER PRINTING TRANSPLACE |
| | **State the term remaining** | DATED: 01/22/18 | FISHER PRINTING<br>P O BOX 425 |
| | **List the contract number of any government contract** | _____ | LOWELL AR 72745-0425 |

| 2.561. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | FLAVOR & FRAGRANCE |
| | **State the term remaining** | DATED: 10/08/15 | FLAVOR & FRAGRANCE S<br>KEYSTONE DEDICATED |
| | **List the contract number of any government contract** | _____ | P O BOX 752<br>CARNEGIE PA 15106-0752 |

Debtor   **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| 2.562. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | FLAVOR & FRAGRANCE |
| | **State the term remaining** | DATED: 10/08/15 | FLAVOR & FRAGRANCES KEYSTONE DEDICATED P O BOX 752 |
| | **List the contract number of any government contract** | _____ | CARNEGIE PA 15106-0752 |

| 2.563. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | FORMS & SURFACES |
| | **State the term remaining** | DATED: 02/04/16 | M G N LOGISTICS 712 FERRY STREET |
| | **List the contract number of any government contract** | _____ | EASTON PA 18042-4324 |

| 2.564. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | FORMS & SURFACES |
| | **State the term remaining** | DATED: 02/04/16 | M G N LOGISTICS 712 FERRY STREET |
| | **List the contract number of any government contract** | _____ | EASTON PA 18042-4324 |

| 2.565. | **Title of contract** | LEASE AGREEENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | FORT WAYNE TERMINAL # 07 REAL PROPERTY LEASE | |
| | **Nature of debtor's interest** | LESSEE | FORT WAYNE TERMINAL LLC |
| | **State the term remaining** | MONTH TO MONTH | C/O AMZ MANAGEMENT LLC 1-71 NORTH AVENUE EAST |
| | **List the contract number of any government contract** | _____ | ELIZABETH NJ 07201 |

| 2.566. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | FORWARD FOODS |
| | **State the term remaining** | DATED: 12/11/15 | DETOUR BARS TRANS INSIGHT P O BOX 23000 |
| | **List the contract number of any government contract** | _____ | HICKORY NC 28603-0230 |

Debtor **New England Motor Freight, Inc.**                                                    Case number *(if known)* **19-12809**

2.567.  **Title of contract**                CUSTOMER CONTRACT                      **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**          CUSTOMER CONTRACT

**Nature of debtor's interest**       CUSTOMER                               FORWARD FOODS
                                                                             TRANS INSIGHT
**State the term remaining**          DATED: 12/11/15                        P O BOX 23000
                                                                             HICKORY NC 28603-0230
**List the contract number of any government contract**          _____

2.568.  **Title of contract**                CUSTOMER CONTRACT                      **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**          CUSTOMER CONTRACT

**Nature of debtor's interest**       CUSTOMER                               FORWARD FOODS
                                                                             TRANSPORTATION INSI
**State the term remaining**          DATED: 12/11/15                        P O BOX 23000
                                                                             HICKORY NC 28603-0230
**List the contract number of any government contract**          _____

2.569.  **Title of contract**                CUSTOMER CONTRACT                      **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**          CUSTOMER CONTRACT

**Nature of debtor's interest**       CUSTOMER                               FORWARD FOODS
                                                                             DETOUR BARS
**State the term remaining**          DATED: 12/22/16                        TRANSPORTATION INSI
                                                                             P O BOX 23000
**List the contract number of any government contract**          _____          HICKORY NC 28603-0230

2.570.  **Title of contract**                CUSTOMER CONTRACT                      **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**          CUSTOMER CONTRACT

**Nature of debtor's interest**       CUSTOMER                               FORWARD FOODS
                                                                             TRANSPORTATION INSI
**State the term remaining**          DATED: 12/22/16                        P O BOX 23000
                                                                             HICKORY NC 28603-0230
**List the contract number of any government contract**          _____

2.571.  **Title of contract**                CUSTOMER CONTRACT                      **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**          CUSTOMER CONTRACT

**Nature of debtor's interest**       CUSTOMER                               FORWARD FOODS
                                                                             TRANSPORTATION INSI
**State the term remaining**          DATED: 12/22/16                        P O BOX 23000
                                                                             HICKORY NC 28603-0230
**List the contract number of any government contract**          _____

Debtor    **New England Motor Freight, Inc.**                                                    Case number *(if known)* **19-12809**

| 2.572. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | FRAZER JONES |
| | **State the term remaining** | DATED: 05/20/16 | FRAZER & JONES<br>P O BOX 3065 |
| | **List the contract number of any government contract** | _____ | SYRACUSE NY 13220-3065 |

| 2.573. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | FREDONIA LANDSTAR |
| | **State the term remaining** | DATED: 10/06/17 | FREDONIA<br>13410 SUTTON PARK S |
| | **List the contract number of any government contract** | _____ | JACKSONVILLE FL 32224-5270 |

| 2.574. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | FREIGHT COWBOY |
| | **State the term remaining** | DATED: 11/08/16 | P O BOX 4601<br>HOUSTON TX 77210-4601 |
| | **List the contract number of any government contract** | _____ | |

| 2.575. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | FRESENIUS MEDICAL CARE |
| | **State the term remaining** | DATED: 01/10/18 | FRESENIUS MEDICAL CA<br>604 SALEM RD |
| | **List the contract number of any government contract** | _____ | ETTERS PA 17319-8908 |

| 2.576. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | FREUDENBERG |
| | **State the term remaining** | DATED: 03/23/16 | FREUDENBERG HOUSEHOL<br>39550 THIRTEEN MILE |
| | **List the contract number of any government contract** | _____ | NOVI MI 48377-2360 |

Debtor    **New England Motor Freight, Inc.**                                                  Case number *(if known)* **19-12809**

| 2.577. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | FRIANT AND ASSOCIATES MODE TRANS |
| | **State the term remaining** | DATED: 10/31/17 | FRIANT & ASSOCIATES<br>P O BOX 2914 |
| | **List the contract number of any government contract** | _____ | CONROE TX 77305-2914 |

| 2.578. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | FUJI ELECTRIC CORP TRANSLOGISTICS |
| | **State the term remaining** | DATED: 04/17/17 | FUJI ELECTRIC CORP<br>321 N FURNACE ST |
| | **List the contract number of any government contract** | _____ | BIRDSBORO PA 19508-2057 |

| 2.579. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | FUJI ELECTRIC CORP TRANSLOGISTICS |
| | **State the term remaining** | DATED: 04/17/17 | FUJI ELECTRIC CORP<br>321 N FURNACE ST |
| | **List the contract number of any government contract** | _____ | BIRDSBORO PA 19508-2057 |

| 2.580. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | G F HEALTH |
| | **State the term remaining** | DATED: 09/19/17 | G F HEALTH PRODS<br>30 HEMLOCK DR |
| | **List the contract number of any government contract** | _____ | CONGERS NY 10920-1402 |

| 2.581. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | G F HEALTH |
| | **State the term remaining** | DATED: 09/19/17 | G F HEALTH PRODS<br>30 HEMLOCK DR |
| | **List the contract number of any government contract** | _____ | CONGERS NY 10920-1402 |

Debtor   **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| 2.582. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | G G H S |
| | **State the term remaining** | DATED: 01/14/16 | GRIFFIN GREENHOUSE<br>P O BOX 123<br>AKRON PA 17501-0123 |
| | **List the contract number of any government contract** | _____ | |

| 2.583. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | G G H S |
| | **State the term remaining** | DATED: 06/25/15 | G G HS<br>P O BOX 123<br>AKRON PA 17501-0123 |
| | **List the contract number of any government contract** | _____ | |

| 2.584. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | GAIAM |
| | **State the term remaining** | DATED: 07/03/15 | 345 HIGH STREET STE<br>HAMILTON OH 45011-6071 |
| | **List the contract number of any government contract** | _____ | |

| 2.585. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | GAIAM |
| | **State the term remaining** | DATED: 11/22/17 | FIT FOR LIFE<br>345 HIGH STREET STE<br>HAMILTON OH 45011-6071 |
| | **List the contract number of any government contract** | _____ | |

| 2.586. | **Title of contract** | THIRD PARTY CLAIMS ADMINISTRATION AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SERVICE CONTRACT | |
| | **Nature of debtor's interest** | CLIENT | GALLAGHER BASSETT SERVICES INC |
| | **State the term remaining** | EFFECTIVE MARCH 31, 2017 UNTIL TERMINATED BY EITHER PARTY | LEGAL DEPARTMENT<br>2850 GOLF ROAD<br>ROLLING MEADOWS IL 60008 |
| | **List the contract number of any government contract** | _____ | |

Debtor    **New England Motor Freight, Inc.**                                          Case number *(if known)* **19-12809**

| | | | |
|---|---|---|---|
| 2.587. | Title of contract | THIRD PARTY CLAIMS ADMINISTRATION AGREEMENT DATED MARCH 31, 2018 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| | State what the contract or lease is for | SERVICE CONTRACT | |
| | Nature of debtor's interest | CLIENT | GALLAGHER BASSETT SERVICES INC |
| | State the term remaining | EXPIRES MARCH 31, 2019 | LEGAL DEPARTMENT 2850 GOLF ROAD ROLLING MEADOWS IL 60008 |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| 2.588. | Title of contract | CUSTOMER CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| | State what the contract or lease is for | CUSTOMER CONTRACT | |
| | Nature of debtor's interest | CUSTOMER | GARNIER THIEAUT |
| | State the term remaining | DATED: 04/21/17 | GARNIER THIEBAUT 7905 RALSTON RD #100 ARVADA CO 80002-2465 |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| 2.589. | Title of contract | CUSTOMER CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| | State what the contract or lease is for | CUSTOMER CONTRACT | |
| | Nature of debtor's interest | CUSTOMER | GASCH PRINTING AMER GROUP |
| | State the term remaining | DATED: 12/19/16 | GASCH PRINTING 25 S ARIZONA PL #300 CHANDLER AZ 85224 |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| 2.590. | Title of contract | CUSTOMER CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| | State what the contract or lease is for | CUSTOMER CONTRACT | |
| | Nature of debtor's interest | CUSTOMER | GEA PROCESS ENGINEERING |
| | State the term remaining | DATED: 03/25/17 | G E A PROCESS ENGINE 802 FAR HILLS DR NEW FREEDOM PA 17349-8428 |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| 2.591. | Title of contract | CUSTOMER CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| | State what the contract or lease is for | CUSTOMER CONTRACT | |
| | Nature of debtor's interest | CUSTOMER | GEA PROCESS ENGINEERING |
| | State the term remaining | DATED: 03/25/17 | NIRO ATOMIZER INC 802 FAR HILLS DR NEW FREEDOM PA 17349-8428 |
| | List the contract number of any government contract | | |

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| | | | |
|---|---|---|---|
| 2.592. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | GEBRUDER WEISS KILLERSPIN 251 WILLE RD #C DES PLAINES IL 60016 |
| | **State the term remaining** | DATED: 12/12/18 | |
| | **List the contract number of any government contract** | _____ | |

| | | | |
|---|---|---|---|
| 2.593. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | GEL SPICE 372 E KENNEDY BLVD LAKEWOOD NJ 08701-1434 |
| | **State the term remaining** | DATED: 06/25/15 | |
| | **List the contract number of any government contract** | _____ | |

| | | | |
|---|---|---|---|
| 2.594. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | GENERAC FIRST MILE CHRLTL POOL WW GENERAC FIRS 14800 CHARLSON RD #2 EDEN PRAIRIE MN 55347-5051 |
| | **State the term remaining** | DATED: 01/24/19 | |
| | **List the contract number of any government contract** | _____ | |

| | | | |
|---|---|---|---|
| 2.595. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | GENERAC FIRST MILE CHRLTL POOL WW GENERAC FIRS 14800 CHARLSON RD #2 EDEN PRAIRIE MN 55347-5051 |
| | **State the term remaining** | DATED: 01/24/19 | |
| | **List the contract number of any government contract** | _____ | |

| | | | |
|---|---|---|---|
| 2.596. | **Title of contract** | EXCESS LOSS INSURANCE FOR CONTRACT NO. GL-0017-VU | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | INSURANCE CONTRACT | |
| | **Nature of debtor's interest** | INSURED | GERBER LIFE INSURANCE COMPANY 1311 MAMARONECK AVENUE WHITE PLAINS NY 10603 |
| | **State the term remaining** | EFFECTIVE JAN 1, 2019 EXPIRES DEC 31, 2019 | |
| | **List the contract number of any government contract** | _____ | |

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| | | |
|---|---|---|
| 2.597. | **Title of contract** | CUSTOMER CONTRACT |
| | **State what the contract or lease is for** | CUSTOMER CONTRACT |
| | **Nature of debtor's interest** | CUSTOMER |
| | **State the term remaining** | DATED: 10/13/15 |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

GERFLOR FLOORING
P O BOX 578
CRYSTAL LAKE IL 60039-0578

| | | |
|---|---|---|
| 2.598. | **Title of contract** | CUSTOMER CONTRACT |
| | **State what the contract or lease is for** | CUSTOMER CONTRACT |
| | **Nature of debtor's interest** | CUSTOMER |
| | **State the term remaining** | DATED: 10/08/15 |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

GILCHREST AND SOAMES
P O BOX 166
EAST DUBUQUE IL 61025-0166

| | | |
|---|---|---|
| 2.599. | **Title of contract** | CUSTOMER CONTRACT |
| | **State what the contract or lease is for** | CUSTOMER CONTRACT |
| | **Nature of debtor's interest** | CUSTOMER |
| | **State the term remaining** | DATED: 03/23/18 |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

GILCHRIST SOAMES
GILCHRIST & SOAMES
300 DATA COURT
DUBUQUE IA 52003-8963

| | | |
|---|---|---|
| 2.600. | **Title of contract** | CUSTOMER CONTRACT |
| | **State what the contract or lease is for** | CUSTOMER CONTRACT |
| | **Nature of debtor's interest** | CUSTOMER |
| | **State the term remaining** | DATED: 06/25/15 |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

GLOBAL SHIPPING SVCS
1304 SWELL FARM DRIV
HANOVER MD 21076-1636

| | | |
|---|---|---|
| 2.601. | **Title of contract** | CUSTOMER CONTRACT |
| | **State what the contract or lease is for** | CUSTOMER CONTRACT |
| | **Nature of debtor's interest** | CUSTOMER |
| | **State the term remaining** | DATED: 03/16/18 |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

GLOBAL TRANZ BLANKET
KEYSHIP EXPRESS
GLOBAL TRANZ
P O BOX 6348
SCOTTSDALE AZ 85261-6348

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| 2.602. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | GLOBAL TRANZ BLANKET L P S |
| | **State the term remaining** | DATED: 09/29/16 | GLOBAL TRANZ P O BOX 6348 |
| | **List the contract number of any government contract** | _____ | SCOTTSDALE AZ 85261-6348 |

| 2.603. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | GLOBAL TRANZ BLANKET GLOBALTRANZ |
| | **State the term remaining** | DATED: 12/01/15 | GT FRGHT AUDIT PYMT P O BOX 6348 |
| | **List the contract number of any government contract** | _____ | SCOTTSDALE AZ 85258-1013 |

| 2.604. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | GLOBAL TRANZ BLANKET L P S |
| | **State the term remaining** | DATED: 12/28/16 | 731 BIELENBERG DR #108 |
| | **List the contract number of any government contract** | _____ | WOODBURY MN 55125-1701 |

| 2.605. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | GOODCO PRODUCTS GOODCO PRODUCTS LLC |
| | **State the term remaining** | DATED: 05/05/16 | P O BOX 348 |
| | **List the contract number of any government contract** | _____ | JAFFREY NH 03452-0348 |

| 2.606. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | GOODWEST GOODWEST IND |
| | **State the term remaining** | DATED: 09/04/15 | 210 SUMMIT AVE |
| | **List the contract number of any government contract** | _____ | MONTVALE NJ 07645-1579 |

Debtor   **New England Motor Freight, Inc.**                                          Case number *(if known)* **19-12809**

| 2.607. | Title of contract | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | CUSTOMER CONTRACT | |
| | Nature of debtor's interest | CUSTOMER | GORDON LOGISTICS BROTHERS INTL FOOD 305 FOBES BLVD MANSFIELD MA 02048 |
| | State the term remaining | DATED: 09/06/18 | |
| | List the contract number of any government contract | _____ | |

| 2.608. | Title of contract | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | CUSTOMER CONTRACT | |
| | Nature of debtor's interest | CUSTOMER | GRAPHIC CONTROLS-LLC 151 JOHN J AUDUBON P AMHERST NY 14228 |
| | State the term remaining | DATED: 06/25/15 | |
| | List the contract number of any government contract | _____ | |

| 2.609. | Title of contract | UMBRELLA - EXCESS (4TH) | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | POLICY NO. EXC2275071 | |
| | Nature of debtor's interest | INSURED | GREAT AMERICAN ASSURANCE CO 301 E. FOURTH ST. CINCINNATI OH 45202 |
| | State the term remaining | 4/10/2019 | |
| | List the contract number of any government contract | _____ | |

| 2.610. | Title of contract | GREAT AMERICAN INSURANCE POLICY WITH POLICY NUMBER EXC2275071 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | INSURANCE CONTRACT | |
| | Nature of debtor's interest | INSURED | GREAT AMERICAN ASSURANCE COMPANY 301 E FOURTH ST CINCINNATI OH 45202 |
| | State the term remaining | EFFECTIVE APRIL 10, 2018 EXPIRES APRIL 10, 2019 | |
| | List the contract number of any government contract | _____ | |

| 2.611. | Title of contract | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | CUSTOMER CONTRACT | |
| | Nature of debtor's interest | CUSTOMER | GREEN BAY PKG GREEN BAY PACKAGING PO BOX 28346 GREEN BAY WI 54324-0346 |
| | State the term remaining | DATED: 06/25/15 | |
| | List the contract number of any government contract | _____ | |

Debtor   **New England Motor Freight, Inc.**                                         Case number *(if known)* **19-12809**

| 2.612. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | GROUND FORCE LOGISTICS OCCUNOMIX 50 PARK PL #820 NEWARK NJ 07102-4301 |
| | **State the term remaining** | DATED: 09/09/16 | |
| | **List the contract number of any government contract** | _____ | |

| 2.613. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | GROWTH ENHANCER CONSULT GROWTH ENHANCER CONS P O BOX 8995 ROANOKE VA 24014-0776 |
| | **State the term remaining** | DATED: 08/04/16 | |
| | **List the contract number of any government contract** | _____ | |

| 2.614. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | GT MOBILE CANNING MOBILE CANNING SYS GLOBALTRANZ P O BOX 6348 SCOTTSDALE AZ 85251 |
| | **State the term remaining** | DATED: 11/22/17 | |
| | **List the contract number of any government contract** | _____ | |

| 2.615. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | GT WORLD CENTRIC WORLD CENTRIC GLOBAL TRANZ P O BOX 71730 PHOENIX AZ 85050-1013 |
| | **State the term remaining** | DATED: 12/01/15 | |
| | **List the contract number of any government contract** | _____ | |

| 2.616. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | GT WORLD CENTRIC WORLD CENTRIC GLOBAL TRANZ P O BOX 6348 SCOTTSDALE AZ 85258 |
| | **State the term remaining** | DATED: 12/01/15 | |
| | **List the contract number of any government contract** | _____ | |

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| 2.617. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | H B D/THERMOID |
| | **State the term remaining** | DATED: 06/25/15 | H B D/THERMOID INC |
| | **List the contract number of any government contract** | _____ | P O BOX 540 EBENSBURG PA 15931-0540 |

| 2.618. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | H B S |
| | **State the term remaining** | DATED: 06/16/17 | HEALTHY BODY SVCS |
| | **List the contract number of any government contract** | _____ | 85 NORTH POINT PARKW AMHERST NY 14228-1886 |

| 2.619. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | H FOX & CO |
| | **State the term remaining** | DATED: 06/25/15 | GOLD PURE FOOD PRODU |
| | **List the contract number of any government contract** | _____ | 416 THATFORD AVE BROOKLYN NY 11212-5810 |

| 2.620. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | H H G D |
| | **State the term remaining** | DATED: 09/19/17 | 975 COBB PLACE BLVD |
| | **List the contract number of any government contract** | _____ | KENNESAW GA 30144-6848 |

| 2.621. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | H N I |
| | **State the term remaining** | DATED: 08/04/17 | H N I CORP |
| | **List the contract number of any government contract** | _____ | P O BOX 3001 NAPERVILLE IL 60566-7001 |

Debtor   **New England Motor Freight, Inc.**                                   Case number *(if known)* **19-12809**

| 2.622. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | HAMILTON HOME BROUSSARD HAMILTON HOME PROD P O BOX 4601 HOUSTON TX 77210-4601 |
| | **State the term remaining** | DATED: 11/17/17 | |
| | **List the contract number of any government contract** | _____ | |

| 2.623. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | HANOVER ARCHITECTURAL GLOBALTRANZ HANOVER ARCHITECTURA P O BOX 6348 SCOTTSDALE AZ 85261-6348 |
| | **State the term remaining** | DATED: 05/16/18 | |
| | **List the contract number of any government contract** | _____ | |

| 2.624. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | HANOVER ARCHITECTURAL GLOBALTRANZ HANOVER ARCHITECTURA P O BOX 6348 SCOTTSDALE AZ 85261-6348 |
| | **State the term remaining** | DATED: 05/16/18 | |
| | **List the contract number of any government contract** | _____ | |

| 2.625. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | HANOVER TERMINAL HANOVER TERMINAL INC P O BOX 77 HANOVER PA 17331-0077 |
| | **State the term remaining** | DATED: 03/24/16 | |
| | **List the contract number of any government contract** | _____ | |

| 2.626. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | HANOVER TERMINAL HANOVER TERMINAL INC P O BOX 77 HANOVER PA 17331-0077 |
| | **State the term remaining** | DATED: 06/25/15 | |
| | **List the contract number of any government contract** | _____ | |

Debtor    **New England Motor Freight, Inc.**                                                                  Case number *(if known)* **19-12809**

| 2.627. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | HANOVER TERMINAL |
| | **State the term remaining** | DATED: 06/25/15 | HANOVER TERMINAL INC<br>PO BOX 77<br>HANOVER PA 17331-0077 |
| | **List the contract number of any government contract** | _____ | |

| 2.628. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | HARO BICYCLE CORP |
| | **State the term remaining** | DATED: 06/25/15 | 1230 AVENIDA CHELSEA<br>VISTA CA 92083 |
| | **List the contract number of any government contract** | _____ | |

| 2.629. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | HARRISON HOSE AND TUBING |
| | **State the term remaining** | DATED: 09/26/17 | HARRISON HOSE & TUBI<br>P O BOX 9386<br>TRENTON NJ 08650-1386 |
| | **List the contract number of any government contract** | _____ | |

| 2.630. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | HARRY W GAFFNEY CO |
| | **State the term remaining** | DATED: 02/01/19 | HARRY W GAFFNEY & CO<br>9100 STATE RD<br>PHILADELPHIA PA 19136-1618 |
| | **List the contract number of any government contract** | _____ | |

| 2.631. | **Title of contract** | AGREEMENT EFFECTIVE MARCH 31, 2018 WITH POLICY NO. 10 WN S35800 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | INSURANCE CONTRACT | |
| | **Nature of debtor's interest** | INSURED | HART INSURANCE COMPANY OF THE MIDWEST |
| | **State the term remaining** | EXPIRES MARCH 31, 2019 | ONE HARTFORD PLAZA, T-7<br>HARTFORD CT 06155 |
| | **List the contract number of any government contract** | _____ | |

Debtor    **New England Motor Freight, Inc.**                                                    Case number *(if known)* **19-12809**

| 2.632. | Title of contract | WC-AOS 10WN-S35800 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | POLICY NO. WC-AOS 10WN-S35800 | |
| | Nature of debtor's interest | INSURED | |
| | State the term remaining | 4/30/2019 | HARTFORD FIRE INSURANCE CO ONE HARTFORD PLAZA HARTFORD CT 06155-0001 |
| | List the contract number of any government contract | _____ | |

| 2.633. | Title of contract | FLOOD INSURANCE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | POLICY NO. 99015129052019 | |
| | Nature of debtor's interest | INSURED | |
| | State the term remaining | 11/9/2019 | HARTFORD FIRE INSURANCE CO ONE HARTFORD PLAZA HARTFORD CT 06155-0001 |
| | List the contract number of any government contract | _____ | |

| 2.634. | Title of contract | AUTO INSURANCE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | POLICY NO. 10CSES35802 | |
| | Nature of debtor's interest | INSURED | |
| | State the term remaining | 4/10/2019 | HARTFORD FIRE INSURANCE CO ONE HARTFORD PLAZA HARTFORD CT 06155-0001 |
| | List the contract number of any government contract | _____ | |

| 2.635. | Title of contract | COMMERCIAL AUTOMOBILE INSURANCE WITH POLICY NUMBER 10 CSE S35802 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | INSURANCE CONTRACT | |
| | Nature of debtor's interest | INSURED | |
| | State the term remaining | 4/10/2019 | HARTFORD FIRE INSURANCE COMPANY HARTFORD PLAZA HARTFORD CT 06155 |
| | List the contract number of any government contract | _____ | |

| 2.636. | Title of contract | AGREEMENT DATED MARCH 31, 2018 TO MARCH 31, 2019 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | INSURANCE CONTRACT | |
| | Nature of debtor's interest | INSURED | |
| | State the term remaining | 4/30/2019 | HARTFORD FIRE INSURANCE COMPANY THOMAS S MAKUCH ONE HARTFORD PLAZA HARTFORD CT 06155 |
| | List the contract number of any government contract | _____ | |

Debtor    **New England Motor Freight, Inc.**                                      Case number *(if known)* **19-12809**

| 2.637. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | HEALTH CARE LOGISTICS |
| | **State the term remaining** | DATED: 10/10/15 | HEALTH CARE LOGISTIC P O BOX 77065 MADISON WI 53707-1065 |
| | **List the contract number of any government contract** | _____ | |

| 2.638. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | HEARTLAND FOOD PRODS |
| | **State the term remaining** | DATED: 10/08/18 | 7220 W 98TH TERRACE OVERLAND PARK KS 66212-2255 |
| | **List the contract number of any government contract** | _____ | |

| 2.639. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | HEATCRAFT WORLDWIDE UNYSON |
| | **State the term remaining** | DATED: 02/27/17 | HEATCRAFT WORLDWIDE 2000 CLEARWATER DR OAK BROOK IL 60523-8809 |
| | **List the contract number of any government contract** | _____ | |

| 2.640. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | HEB CONSOLIDATION |
| | **State the term remaining** | DATED: 07/18/15 | H E B CONSOLIDATION P O BOX 682 LOWELL AR 72745-0682 |
| | **List the contract number of any government contract** | _____ | |

| 2.641. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | HERMES ABRASIVES |
| | **State the term remaining** | DATED: 06/25/15 | P O BOX 2545 VIRGINIA BEACH VA 23450-2545 |
| | **List the contract number of any government contract** | _____ | |

Debtor    **New England Motor Freight, Inc.**                                          Case number *(if known)* **19-12809**

| 2.642. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | HERR FOODS ZIPLINE LOGISTICS HERR FOODS 2300 W 5TH AVE COLUMBUS OH 43215-1003 |
| | **State the term remaining** | DATED: 08/27/18 | |
| | **List the contract number of any government contract** | _____ | |

| 2.643. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | HERR FOODS ZIPLINE LOGISTICS HERR FOODS 2300 W 5TH AVE COLUMBUS OH 43215-1003 |
| | **State the term remaining** | DATED: 08/27/18 | |
| | **List the contract number of any government contract** | _____ | |

| 2.644. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | HERTZ FURNITURE - PROMPT HERTZ FURNITURE 212 SECOND ST #205A LAKEWOOD NJ 08701-3683 |
| | **State the term remaining** | DATED: 02/04/19 | |
| | **List the contract number of any government contract** | _____ | |

| 2.645. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | HERTZ FURNITURE - PROMPT HERTZ FURNITURE 212 SECOND ST #205A LAKEWOOD NJ 08701-3683 |
| | **State the term remaining** | DATED: 11/05/15 | |
| | **List the contract number of any government contract** | _____ | |

| 2.646. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | HERTZ FURNITURE - PROMPT HERTZ FURNITURE SYST 111 CLIFTON AVE LAKEWOOD NJ 08701-3342 |
| | **State the term remaining** | DATED: 11/05/15 | |
| | **List the contract number of any government contract** | _____ | |

Debtor    **New England Motor Freight, Inc.**                                                      Case number *(if known)* **19-12809**

---

| 2.647. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | HESSEY SEATING |
| | **State the term remaining** | DATED: 10/04/16 | HUSSEY SEATING |
| | | | 300 ELM ST #1 |
| | **List the contract number of any government contract** | _____ | MILFORD NH 03055-4715 |

| 2.648. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | HESSEY SEATING |
| | **State the term remaining** | DATED: 10/04/16 | HUSSEY SEATING CO |
| | | | 300 ELM ST #1 |
| | **List the contract number of any government contract** | _____ | MILFORD NH 03055-4715 |

| 2.649. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | HIGHLAND COMPUTER FORMS |
| | **State the term remaining** | DATED: 10/30/15 | HIGHLAND COMPUTER F |
| | | | 1025 W MAIN ST |
| | **List the contract number of any government contract** | _____ | HILLSBORO OH 45133-0831 |

| 2.650. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | HILLIARD CORP |
| | **State the term remaining** | DATED: 01/23/18 | HILLARD CORP |
| | | | P O BOX 3065 |
| | **List the contract number of any government contract** | _____ | SYRACUSE NY 13220-3065 |

| 2.651. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | HILLIARD CORP |
| | **State the term remaining** | DATED: 03/10/17 | P O BOX 30382 |
| | | | CLEVELAND OH 44130-0382 |
| | **List the contract number of any government contract** | _____ | |

Debtor    **New England Motor Freight, Inc.**                                      Case number *(if known)* **19-12809**

| 2.652. | Title of contract | CUSTOMER CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CUSTOMER CONTRACT | |
| | Nature of debtor's interest | CUSTOMER | HILLIARD CORP |
| | State the term remaining | DATED: 06/25/15 | HILLARD CORP P O BOX 100 RANSOMVILLE NY 14131-0100 |
| | List the contract number of any government contract | _____ | |

| 2.653. | Title of contract | CUSTOMER CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CUSTOMER CONTRACT | |
| | Nature of debtor's interest | CUSTOMER | HINDLEPOWER IL2000 |
| | State the term remaining | DATED: 06/06/18 | HINDLE POWER P O BOX 2545 VIRGINIA BEACH VA 23450-2545 |
| | List the contract number of any government contract | _____ | |

| 2.654. | Title of contract | CUSTOMER CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CUSTOMER CONTRACT | |
| | Nature of debtor's interest | CUSTOMER | HINKLEY LIGHTING |
| | State the term remaining | DATED: 06/25/15 | 19801 HOLLAND RD #A BROOK PARK OH 44142-1339 |
| | List the contract number of any government contract | _____ | |

| 2.655. | Title of contract | CUSTOMER CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CUSTOMER CONTRACT | |
| | Nature of debtor's interest | CUSTOMER | HITACHI CABLE |
| | State the term remaining | DATED: 06/25/15 | HITACHI CABLE AMERIC TECH LOGISTICS 300 ELM ST #1 MILFORD NH 03055-4715 |
| | List the contract number of any government contract | _____ | |

| 2.656. | Title of contract | CUSTOMER CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CUSTOMER CONTRACT | |
| | Nature of debtor's interest | CUSTOMER | HOHMANN AND BARNARD |
| | State the term remaining | DATED: 06/19/17 | HOHMANN & BARNARD P O BOX 1010 NASHUA NH 03061-1010 |
| | List the contract number of any government contract | _____ | |

Debtor   **New England Motor Freight, Inc.**                                        Case number *(if known)* **19-12809**

| 2.657. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | HOHMANN BARNARD NY |
| | **State the term remaining** | DATED: 05/20/16 | HOHMANN & BARNARD IN<br>P O BOX 1010<br>NASHUA NH 03061-1010 |
| | **List the contract number of any government contract** | _____ | |

| 2.658. | **Title of contract** | LEASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PLAINFIELD TERMINAL # 12 REAL PROPERTY LEASE - 310 HOLLYWOOD AVENUE, SOUTH PLAINFIELD, NJ 07080-4202 | |
| | **Nature of debtor's interest** | LESSEE | HOLLYWOOD CORP |
| | **State the term remaining** | 5/31/2024 | C/O 1-71 NORTH AVENUE EAST<br>ELIZABETH NJ 07201 |
| | **List the contract number of any government contract** | _____ | |

| 2.659. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | HON FURNITURE |
| | **State the term remaining** | DATED: 08/04/17 | P O BOX 3001<br>NAPERVILLE IL 60566-7001 |
| | **List the contract number of any government contract** | _____ | |

| 2.660. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | HONEYMOON PAPER PROD |
| | **State the term remaining** | DATED: 11/14/18 | KINGSGATE LOG<br>HONEYMOON PAPER PROD<br>9100 W CHESTER TOWNE<br>WEST CHESTER OH 45069-3108 |
| | **List the contract number of any government contract** | _____ | |

| 2.661. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | HONEYWELL |
| | **State the term remaining** | DATED: 04/02/18 | H B T/S P S<br>P O BOX 3001<br>NAPERVILLE IL 60566-7001 |
| | **List the contract number of any government contract** | _____ | |

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| 2.662. | Title of contract | CUSTOMER CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CUSTOMER CONTRACT | |
| | Nature of debtor's interest | CUSTOMER | HONEYWELL |
| | State the term remaining | DATED: 04/02/18 | HONEYWELL AEROSPACE P O BOX 3001 NAPERVILLE IL 60566-7001 |
| | List the contract number of any government contract | _____ | |

| 2.663. | Title of contract | CUSTOMER CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CUSTOMER CONTRACT | |
| | Nature of debtor's interest | CUSTOMER | HONEYWELL |
| | State the term remaining | DATED: 04/02/18 | HONEYWELL PERFORMANC P O BOX 3001 NAPERVILLE IL 60566-7001 |
| | List the contract number of any government contract | _____ | |

| 2.664. | Title of contract | CUSTOMER CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CUSTOMER CONTRACT | |
| | Nature of debtor's interest | CUSTOMER | HONEYWELL |
| | State the term remaining | DATED: 04/02/18 | HONEYWELL TRANSPORTA P O BOX 3001 NAPERVILLE IL 60566-7001 |
| | List the contract number of any government contract | _____ | |

| 2.665. | Title of contract | CUSTOMER CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CUSTOMER CONTRACT | |
| | Nature of debtor's interest | CUSTOMER | HOP AND WINE |
| | State the term remaining | DATED: 04/15/16 | HOP & WINE BEVERAGE 8500 W 110TH ST #300 OVERLAND PARK KS 66210-1804 |
| | List the contract number of any government contract | _____ | |

| 2.666. | Title of contract | CUSTOMER CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CUSTOMER CONTRACT | |
| | Nature of debtor's interest | CUSTOMER | HOP AND WINE |
| | State the term remaining | DATED: 04/19/18 | HOP & WINE BEVERAGE 8500 W 110TH ST #300 OVERLAND PARK KS 66210-1804 |
| | List the contract number of any government contract | _____ | |

Debtor    **New England Motor Freight, Inc.**                                              Case number *(if known)* **19-12809**

| 2.667. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | HOSHINO |
| | **State the term remaining** | DATED: 03/23/16 | HOSHINO (U S A ) INC |
| | | | P O BOX 752 |
| | **List the contract number of any government contract** | _____ | CARNEGIE PA 15106-0752 |

| 2.668. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | HUBBARD HALL INC |
| | **State the term remaining** | DATED: 09/26/17 | P O BOX 219 |
| | | | GOSHEN CT 06756-0219 |
| | **List the contract number of any government contract** | _____ | |

| 2.669. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | HUBBELL WIRING |
| | **State the term remaining** | DATED: 01/30/16 | P O BOX 1259 |
| | | | SOMERVILLE NJ 08876-1259 |
| | **List the contract number of any government contract** | _____ | |

| 2.670. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | HUBERT |
| | **State the term remaining** | DATED: 06/25/15 | P O BOX 538702 |
| | | | CINCINNATI OH 45253-8702 |
| | **List the contract number of any government contract** | _____ | |

| 2.671. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | HUSQVARNA |
| | **State the term remaining** | DATED: 01/07/16 | HUSQVARNA FOREST & G |
| | | | P O BOX 67 |
| | **List the contract number of any government contract** | _____ | SAINT LOUIS MO 63166-0067 |

Debtor    **New England Motor Freight, Inc.**                                                    Case number *(if known)* **19-12809**

| | | | |
|---|---|---|---|
| 2.672. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | HUSQVARNA |
| | **State the term remaining** | DATED: 12/22/16 | P O BOX 67 |
| | **List the contract number of any government contract** | _____ | SAINT LOUIS MO 63166-0067 |

| | | | |
|---|---|---|---|
| 2.673. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | HUTZLER MFG |
| | **State the term remaining** | DATED: 06/25/15 | P O BOX 1005 |
| | **List the contract number of any government contract** | _____ | FARMINGTON CT 06034-1005 |

| | | | |
|---|---|---|---|
| 2.674. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | I T W POLYERS |
| | **State the term remaining** | DATED: 04/29/16 | I T W POLYMERS SEALE |
| | | | 360 W BUTTERFIELD RD |
| | **List the contract number of any government contract** | _____ | ELMHURST IL 60126-5041 |

| | | | |
|---|---|---|---|
| 2.675. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | ICYNENE |
| | **State the term remaining** | DATED: 03/16/17 | P O BOX 2208 |
| | **List the contract number of any government contract** | _____ | BRENTWOOD TN 37024-2208 |

| | | | |
|---|---|---|---|
| 2.676. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | ICYNENE |
| | **State the term remaining** | DATED: 04/13/18 | ICYNENE LAPOLLA |
| | | | P O BOX 2208 |
| | **List the contract number of any government contract** | _____ | BRENTWOOD TN 37024-2208 |

Debtor    **New England Motor Freight, Inc.**                                        Case number *(if known)* **19-12809**

| | | | |
|---|---|---|---|
| 2.677. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | IIMAK |
| | **State the term remaining** | DATED: 08/02/16 | P O BOX 100 |
| | **List the contract number of any government contract** | _____ | RANSOMVILLE NY 14131-0100 |

| | | | |
|---|---|---|---|
| 2.678. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | IIMAK |
| | **State the term remaining** | DATED: 08/02/16 | P O BOX 100 |
| | **List the contract number of any government contract** | _____ | RANSOMVILLE NY 14131-0100 |

| | | | |
|---|---|---|---|
| 2.679. | **Title of contract** | UMBRELLA - EXCESS (1ST) | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | POLICY NO. G7111711A001 | |
| | **Nature of debtor's interest** | INSURED | ILLINOIS UNION INSURANCE |
| | **State the term remaining** | 4/10/2019 | 525 WEST MONROE STREET |
| | **List the contract number of any government contract** | _____ | CHICAGO IL 60661 |

| | | | |
|---|---|---|---|
| 2.680. | **Title of contract** | ACE CATASTROPHE LIABILITY PLUS POLICY WITH POLICY NO. G7111711A001 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | INSURANCE CONTRACT | |
| | **Nature of debtor's interest** | INSURED | ILLINOIS UNION INSURANCE COMPANY |
| | **State the term remaining** | EFFECTIVE 4/10/2018 EXPIRE 4/10/2019 | 525 WEST MONROE ST., STE 400 |
| | **List the contract number of any government contract** | _____ | CHICAGO IL 60661 |

| | | | |
|---|---|---|---|
| 2.681. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | IMERYS CORP |
| | **State the term remaining** | DATED: 03/30/17 | P O BOX 100 |
| | **List the contract number of any government contract** | _____ | RANSOMVILLE NY 14131-0100 |

Debtor    **New England Motor Freight, Inc.**                                     Case number *(if known)* **19-12809**

| 2.682. | Title of contract | CUSTOMER CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CUSTOMER CONTRACT | |
| | Nature of debtor's interest | CUSTOMER | IMEX GLOBAL SOLUTION |
| | State the term remaining | DATED: 12/11/15 | 4752 W CALIFORNIA AV |
| | List the contract number of any government contract | _____ | SALT LAKE CITY UT 84104-4498 |

| 2.683. | Title of contract | CUSTOMER CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CUSTOMER CONTRACT | |
| | Nature of debtor's interest | CUSTOMER | IMPERIAL BAG |
| | State the term remaining | DATED: 10/08/15 | P O BOX 362 |
| | List the contract number of any government contract | _____ | CUYAHOGA FALLS OH 44221 |

| 2.684. | Title of contract | CUSTOMER CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CUSTOMER CONTRACT | |
| | Nature of debtor's interest | CUSTOMER | IMPERIAL MARBLE |
| | State the term remaining | DATED: 06/14/18 | 1213 REMINGTON BLVD |
| | List the contract number of any government contract | _____ | ROMEOVILLE IL 60446-6504 |

| 2.685. | Title of contract | CUSTOMER CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CUSTOMER CONTRACT | |
| | Nature of debtor's interest | CUSTOMER | INDEPENDENT CONTAINE |
| | State the term remaining | DATED: 06/25/15 | P O BOX 1644 |
| | List the contract number of any government contract | _____ | DOYLESTOWN PA 18901-0257 |

| 2.686. | Title of contract | CUSTOMER CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CUSTOMER CONTRACT | |
| | Nature of debtor's interest | CUSTOMER | INDEPENDENT METAL |
| | State the term remaining | DATED: 06/25/15 | TECH LOGISTICS |
| | List the contract number of any government contract | _____ | P O BOX 431 |
| | | | MILFORD NH 03055-0431 |

Debtor   **New England Motor Freight, Inc.**                                            Case number *(if known)* **19-12809**

| 2.687. | Title of contract | CUSTOMER CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CUSTOMER CONTRACT | |
| | Nature of debtor's interest | CUSTOMER | INDIUM CORPORATION GERMANIUM CORP P O BOX 23000 HICKORY NC 28603-0230 |
| | State the term remaining | DATED: 05/10/16 | |
| | List the contract number of any government contract | _____ | |

| 2.688. | Title of contract | CUSTOMER CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CUSTOMER CONTRACT | |
| | Nature of debtor's interest | CUSTOMER | INDIUM CORPORATION INDIUM CORP OF AMER P O BOX 23000 HICKORY NC 28603-0230 |
| | State the term remaining | DATED: 05/10/16 | |
| | List the contract number of any government contract | _____ | |

| 2.689. | Title of contract | CUSTOMER CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CUSTOMER CONTRACT | |
| | Nature of debtor's interest | CUSTOMER | INDIUM CORPORATION P O BOX 23000 HICKORY NC 28603-0230 |
| | State the term remaining | DATED: 05/10/16 | |
| | List the contract number of any government contract | _____ | |

| 2.690. | Title of contract | CUSTOMER CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CUSTOMER CONTRACT | |
| | Nature of debtor's interest | CUSTOMER | INDIUM CORPORATION P O BOX 23000 HICKORY NC 28603-0230 |
| | State the term remaining | DATED: 05/10/16 | |
| | List the contract number of any government contract | _____ | |

| 2.691. | Title of contract | CUSTOMER CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CUSTOMER CONTRACT | |
| | Nature of debtor's interest | CUSTOMER | INDIUM CORPORATION P O BOX 23000 HICKORY NC 28603-0230 |
| | State the term remaining | DATED: 05/10/16 | |
| | List the contract number of any government contract | _____ | |

Debtor    **New England Motor Freight, Inc.**                                          Case number *(if known)* **19-12809**

| 2.692. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | INDUSTRIAL TRACTOR AST INDUSTRIAL TRACTOR P P O BOX 540 EBENSBURG PA 15931-0540 |
| | **State the term remaining** | DATED: 10/28/15 | |
| | **List the contract number of any government contract** | _____ | |

| 2.693. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | INSPIRED BEAUTY BRANDS CHRLTL INSPIRED BEAUTY BRAN CHRLTL 14800 CHARLSON RD #2 EDEN PRAIRIE MN 55347-5051 |
| | **State the term remaining** | DATED: 06/22/18 | |
| | **List the contract number of any government contract** | _____ | |

| 2.694. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | INTERCHEZ TOYOTA P O BOX 2115 STOW OH 44224-0115 |
| | **State the term remaining** | DATED: 02/01/17 | |
| | **List the contract number of any government contract** | _____ | |

| 2.695. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | INVERNESS MEDICAL LL ALERE NORTH AMERICA P O BOX 1066 POINT PLEASANT NJ 08742-1066 |
| | **State the term remaining** | DATED: 06/25/15 | |
| | **List the contract number of any government contract** | _____ | |

| 2.696. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | INVERNESS MEDICAL LL FIRST CHECK DIAGNOST PO BOX 1066 POINT PLEASANT NJ 08742-1066 |
| | **State the term remaining** | DATED: 06/25/15 | |
| | **List the contract number of any government contract** | _____ | |

Debtor    **New England Motor Freight, Inc.**                                                    Case number *(if known)* **19-12809**

| 2.697. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | INVERNESS MEDICAL LL |
| | **State the term remaining** | DATED: 06/25/15 | SHORE MANUFACTURING |
| | | | P O BOX 1066 |
| | **List the contract number of any government contract** | _____ | POINT PLEASANT NJ 08742-1066 |

| 2.698. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | INVERNESS MEDICAL LL |
| | **State the term remaining** | DATED: 06/25/15 | PO BOX 1066 |
| | | | POINT PLEASANT NJ 08742-1066 |
| | **List the contract number of any government contract** | _____ | |

| 2.699. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | IOVATE |
| | **State the term remaining** | DATED: 03/23/16 | CHRLTL |
| | | | 14800 CHARLSON RD #2 |
| | **List the contract number of any government contract** | _____ | EDEN PRAIRIE MN 55344 |

| 2.700. | **Title of contract** | POLLUTION POLICY | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | POLICY NO. 2746700 | |
| | **Nature of debtor's interest** | INSURED | IRONSHORE SPECIALTY INS CO |
| | **State the term remaining** | 4/28/2019 | 75 FEDERAL ST, 5TH FL |
| | | | BOSTON MA 02110 |
| | **List the contract number of any government contract** | _____ | |

| 2.701. | **Title of contract** | AGREEMENT WITH POLICY NO. 002746700 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | INSURANCE CONTRACT | |
| | **Nature of debtor's interest** | INSURED | IRONSHORE SPECIALTY |
| | **State the term remaining** | EXPIRES APRIL 28, 2019 | INSURANCE COMPANY |
| | | | 75 FEDERAL ST |
| | | | 5TH FLOOR |
| | **List the contract number of any government contract** | _____ | BOSTON MA 02110 |

Debtor    **New England Motor Freight, Inc.**                                                            Case number *(if known)* **19-12809**

| 2.702. | Title of contract | CUSTOMER CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CUSTOMER CONTRACT | |
| | Nature of debtor's interest | CUSTOMER | ITT XYLEM |
| | State the term remaining | DATED: 03/31/16 | I T T |
| | | | 2 CORPORATE DRIVE |
| | List the contract number of any government contract | _____ | PALM COAST FL 32137-4712 |

| 2.703. | Title of contract | CUSTOMER CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CUSTOMER CONTRACT | |
| | Nature of debtor's interest | CUSTOMER | J & K CORP |
| | State the term remaining | DATED: 09/05/15 | J & K CORPORATION |
| | | | 9810A MEDLOCK BRIDGE |
| | List the contract number of any government contract | _____ | DULUTH GA 30097-4405 |

| 2.704. | Title of contract | CUSTOMER CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CUSTOMER CONTRACT | |
| | Nature of debtor's interest | CUSTOMER | J B HUNT BLANKET |
| | State the term remaining | DATED: 04/13/17 | J B HUNT |
| | | | P O BOX 682 |
| | List the contract number of any government contract | _____ | LOWELL AR 72745-0682 |

| 2.705. | Title of contract | LEASE AGREEENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | REAL PROPERTY LEASE - 51 DELTA DRIVE, PAWTUCKET, RI 02860 | |
| | Nature of debtor's interest | LESSEE | JAFRAY REALTY INC |
| | State the term remaining | MONTH TO MONTH | C/O PASCAL SERVICE CORPORATION |
| | | | 51 DELTA DRIVE |
| | List the contract number of any government contract | _____ | PAWTUCKET RI 02860 |

| 2.706. | Title of contract | CUSTOMER CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CUSTOMER CONTRACT | |
| | Nature of debtor's interest | CUSTOMER | JARRETT SHIFFLER EQUIPMENT |
| | State the term remaining | DATED: 03/19/16 | SHIFFLER EQUIPMENT |
| | | | 1347 N MAIN STREET |
| | List the contract number of any government contract | _____ | ORRVILLE OH 44667-9761 |

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| 2.707. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | JB HUNT ORTHOCLINICAL DIAGNOSTICS |
| | **State the term remaining** | DATED: 04/22/16 | ORTHO CLINICAL DIAGN |
| | **List the contract number of any government contract** | _____ | P O BOX 682<br>LOWELL AR 72745-0682 |

| 2.708. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | JOEYS FINE FOODS |
| | **State the term remaining** | DATED: 12/06/17 | 30 VILLAGE CT |
| | **List the contract number of any government contract** | _____ | HAZLET NJ 07730-1533 |

| 2.709. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | JOHN ZIDIAN SPECIALT |
| | **State the term remaining** | DATED: 06/25/15 | SUMMER GARDEN FOOD M |
| | **List the contract number of any government contract** | _____ | 574 MCCLURG ROAD<br>BOARDMAN OH 44512-6405 |

| 2.710. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | JOHNSON CONTROLS SMITH TRANSFER |
| | **State the term remaining** | DATED: 10/12/18 | JOHNSON CONTROLS |
| | **List the contract number of any government contract** | _____ | 1300 SAWGRASS CORP P<br>SUNRISE FL 33323-2823 |

| 2.711. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | JOHNSON CONTROLS SMITH TRANSFER |
| | **State the term remaining** | DATED: 10/12/18 | JOHNSON CONTROLS |
| | **List the contract number of any government contract** | _____ | 1300 SAWGRASS CORP P<br>SUNRISE FL 33323-2823 |

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| | | | |
|---|---|---|---|
| 2.712. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | JOHNSON GAS C H ROBINSON |
| | **State the term remaining** | DATED: 09/13/18 | JOHNSON GAS 14800 CHARLSON RD #2 EDEN PRAIRIE MN 55347-5051 |
| | **List the contract number of any government contract** | _____ | |

| | | | |
|---|---|---|---|
| 2.713. | **Title of contract** | LEASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | BUFFALO TERMINAL # 58 REAL PROPERTY LEASE - 4110 GRAND ISLAND BLVD,TONAWANDA, NY 14150-6505 | |
| | **Nature of debtor's interest** | LESSEE | JON S CORPORATION |
| | **State the term remaining** | MONTH TO MONTH | C/O MYRON P. SHEVELL 1-71 NORTH AVENUE EAST ELIZABETH NJ 07201 |
| | **List the contract number of any government contract** | _____ | |

| | | | |
|---|---|---|---|
| 2.714. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | JOTUL |
| | **State the term remaining** | DATED: 06/25/15 | PO BOX 100 RANSOMVILLE NY 14131-0100 |
| | **List the contract number of any government contract** | _____ | |

| | | | |
|---|---|---|---|
| 2.715. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | JOWITT AND RODGERS |
| | **State the term remaining** | DATED: 02/24/17 | 360 WEST BUTTERFIELD ELMHURST IL 60126-5068 |
| | **List the contract number of any government contract** | _____ | |

| | | | |
|---|---|---|---|
| 2.716. | **Title of contract** | INTERIM LEASE SCHEDULE NO. 1000141185 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | LEASE AGREEMENT | |
| | **Nature of debtor's interest** | LESSEE | JPMORGAN CHASE BANK, N.A. |
| | **State the term remaining** | DATED: 02/09/2016 | MAIL CODE OH1-1085 1111 POLARIS PARKWAY SUITE A3 COLUMNBUS OH 43240 |
| | **List the contract number of any government contract** | _____ | |

Debtor    **New England Motor Freight, Inc.**                                                    Case number *(if known)* **19-12809**

| 2.717. | **Title of contract** | INTERIM -FUNDING REQUEST | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LEASE AGREEMENT | |
| | **Nature of debtor's interest** | LESSEE | JPMORGAN CHASE BANK, N.A. MAIL CODE OH1-1085 |
| | **State the term remaining** | DATED: 05/02/2016 | 1111 POLARIS PARKWAY SUITE A3 |
| | **List the contract number of any government contract** | _____ | COLUMNBUS OH 43240 |

| 2.718. | **Title of contract** | INTERIM -FUNDING REQUEST | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LEASE AGREEMENT | |
| | **Nature of debtor's interest** | LESSEE | JPMORGAN CHASE BANK, N.A. MAIL CODE OH1-1085 |
| | **State the term remaining** | DATED: 08/09/2016 | 1111 POLARIS PARKWAY SUITE A3 |
| | **List the contract number of any government contract** | _____ | COLUMNBUS OH 43240 |

| 2.719. | **Title of contract** | INTERIM -FUNDING REQUEST | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LEASE AGREEMENT | |
| | **Nature of debtor's interest** | LESSEE | JPMORGAN CHASE BANK, N.A. MAIL CODE OH1-1085 |
| | **State the term remaining** | DATED: 10/14/2016 | 1111 POLARIS PARKWAY SUITE A3 |
| | **List the contract number of any government contract** | _____ | COLUMNBUS OH 43240 |

| 2.720. | **Title of contract** | INTERIM -FUNDING REQUEST | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LEASE AGREEMENT | |
| | **Nature of debtor's interest** | LESSEE | JPMORGAN CHASE BANK, N.A. MAIL CODE OH1-1085 |
| | **State the term remaining** | DATED: 11/11/2016 | 1111 POLARIS PARKWAY SUITE A3 |
| | **List the contract number of any government contract** | _____ | COLUMNBUS OH 43240 |

| 2.721. | **Title of contract** | INTERIM -FUNDING REQUEST | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LEASE AGREEMENT | |
| | **Nature of debtor's interest** | LESSEE | JPMORGAN CHASE BANK, N.A. MAIL CODE OH1-1085 |
| | **State the term remaining** | DATED: 11/25/2016 | 1111 POLARIS PARKWAY SUITE A3 |
| | **List the contract number of any government contract** | _____ | COLUMNBUS OH 43240 |

Debtor    **New England Motor Freight, Inc.**                                              Case number *(if known)* **19-12809**

| 2.722. | **Title of contract** | NOTE MODIFICATION AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CREDIT AGREEMENT | |
| | **Nature of debtor's interest** | BORROWER | JPMORGAN CHASE BANK, N.A. |
| | **State the term remaining** | EXPIRATION DATE: 06/30/2019 | 695 ROUTE 46 |
| | **List the contract number of any government contract** | _____ | 1ST FL |
| | | | FAIRFIELD NJ 07004 |

| 2.723. | **Title of contract** | NOTE MODIFICATION AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CREDIT AGREEMENT | |
| | **Nature of debtor's interest** | BORROWER | JPMORGAN CHASE BANK, N.A. |
| | **State the term remaining** | EXPIRATION DATE: 06/30/2019 | 695 ROUTE 46 |
| | **List the contract number of any government contract** | _____ | 1ST FL |
| | | | FAIRFIELD NJ 07004 |

| 2.724. | **Title of contract** | FINANCING LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | AMENDED LEASE AGREEMENT | |
| | **Nature of debtor's interest** | LESSEE | JPMORGAN CHASE BANK, N.A. |
| | **State the term remaining** | MASTER LEASE AGMT DATED: 04/23/2014 - 96 MONTHS | MAIL CODE OH1-1085 |
| | **List the contract number of any government contract** | _____ | 1111 POLARIS PARKWAY SUITE A3 |
| | | | COLUMNBUS OH 43240 |

| 2.725. | **Title of contract** | INTERIM-FUNDING REQUEST | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LEASE AGREEMENT | |
| | **Nature of debtor's interest** | LESSEE | JPMORGAN CHASE BANK, N.A. |
| | **State the term remaining** | _____ | MAIL CODE OH1-1085 |
| | **List the contract number of any government contract** | _____ | 1111 POLARIS PARKWAY SUITE A3 |
| | | | COLUMNBUS OH 43240 |

| 2.726. | **Title of contract** | INTERIM LEASE SCHEDULE NO. 1000141185 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LEASE AGREEMENT | |
| | **Nature of debtor's interest** | LESSEE | JPMORGAN CHASE BANK, N.A. |
| | **State the term remaining** | _____ | MAIL CODE OH1-1085 |
| | **List the contract number of any government contract** | _____ | 1111 POLARIS PARKWAY SUITE A3 |
| | | | COLUMNBUS OH 43240 |

Debtor    **New England Motor Freight, Inc.**                                                    Case number *(if known)* **19-12809**

| 2.727. | **Title of contract** | FINANCING LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LEASE AGREEMENT | |
| | **Nature of debtor's interest** | LESSEE | JPMORGAN CHASE BANK, N.A. |
| | **State the term remaining** | 60 MONTHS | MAIL CODE OH1-1085 1111 POLARIS PARKWAY |
| | **List the contract number of any government contract** | _____ | SUITE A3 COLUMNBUS OH 43240 |

| 2.728. | **Title of contract** | FINANCING LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LEASE AGREEMENT | |
| | **Nature of debtor's interest** | LESSEE | JPMORGAN CHASE BANK, N.A. |
| | **State the term remaining** | 60 MONTHS | MAIL CODE OH1-1085 1111 POLARIS PARKWAY |
| | **List the contract number of any government contract** | _____ | SUITE A3 COLUMNBUS OH 43240 |

| 2.729. | **Title of contract** | FINANCING LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LEASE AGREEMENT | |
| | **Nature of debtor's interest** | LESSEE | JPMORGAN CHASE BANK, N.A. |
| | **State the term remaining** | 84 MONTHS | MAIL CODE OH1-1085 1111 POLARIS PARKWAY |
| | **List the contract number of any government contract** | _____ | SUITE A3 COLUMNBUS OH 43240 |

| 2.730. | **Title of contract** | FINANCING LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LEASE AGREEMENT | |
| | **Nature of debtor's interest** | LESSEE | JPMORGAN CHASE BANK, N.A. |
| | **State the term remaining** | 96 MONTHS | MAIL CODE OH1-1085 1111 POLARIS PARKWAY |
| | **List the contract number of any government contract** | _____ | SUITE A3 COLUMNBUS OH 43240 |

| 2.731. | **Title of contract** | FINANCING LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LEASE AGREEMENT | |
| | **Nature of debtor's interest** | LESSEE | JPMORGAN CHASE BANK, N.A. |
| | **State the term remaining** | 96 MONTHS | MAIL CODE OH1-1085 1111 POLARIS PARKWAY |
| | **List the contract number of any government contract** | _____ | SUITE A3 COLUMNBUS OH 43240 |

Debtor   **New England Motor Freight, Inc.**                                                Case number *(if known)* **19-12809**

| 2.732. | **Title of contract** | MASTER LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LEASE AGREEMENT | |
| | **Nature of debtor's interest** | LESSEE | JPMORGAN CHASE BANK, N.A. MAIL CODE OH1-1085 1111 POLARIS PARKWAY SUITE A3 COLUMNBUS OH 43240 |
| | **State the term remaining** | AT LEAST 90 DAYS NOTICE | |
| | **List the contract number of any government contract** | _____ | |

| 2.733. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | JUNGBUNZLAUR TRANS INSIGHT JUNGBUNZLAUER P O BOX 1566 PLYMOUTH MA 02362-1566 |
| | **State the term remaining** | DATED: 11/05/18 | |
| | **List the contract number of any government contract** | _____ | |

| 2.734. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | K T M SCHNEIDER K T M NORTH AMERICA P O BOX 982262 EL PASO TX 79998-2262 |
| | **State the term remaining** | DATED: 08/04/17 | |
| | **List the contract number of any government contract** | _____ | |

| 2.735. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | K Y B AMERICAS 130 E MAIN STREET NEW ALBANY IN 47150-5857 |
| | **State the term remaining** | DATED: 05/27/16 | |
| | **List the contract number of any government contract** | _____ | |

| 2.736. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | KARS NUTS 1727 GEORGESVILLE RD COLUMBUS OH 43228-3619 |
| | **State the term remaining** | DATED: 02/15/18 | |
| | **List the contract number of any government contract** | _____ | |

Debtor    **New England Motor Freight, Inc.**                                                    Case number *(if known)* **19-12809**

| 2.737. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | KATE FARMS MATSON LOG |
| | **State the term remaining** | DATED: 10/22/18 | KATE FARMS<br>P O BOX 6450 |
| | **List the contract number of any government contract** | _____ | VILLA PARK IL 60181-6450 |

| 2.738. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | KDL TOTAL LUBRICANTS |
| | **State the term remaining** | DATED: 11/19/15 | TOTAL LUBRICANTS<br>K D L<br>P O BOX 752 |
| | **List the contract number of any government contract** | _____ | CARNEGIE PA 15106-0752 |

| 2.739. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | KDL TOTAL LUBRICANTS |
| | **State the term remaining** | DATED: 11/19/15 | TOTAL SPECIALTIES<br>K D L<br>P O BOX 752 |
| | **List the contract number of any government contract** | _____ | CARNEGIE PA 15106-0752 |

| 2.740. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | KELLAR HEARTT AMWARE |
| | **State the term remaining** | DATED: 09/17/18 | KELLER HEARTT<br>19801 HOLLAND RD<br>BROOK PARK OH 44142-1339 |
| | **List the contract number of any government contract** | _____ | |

| 2.741. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | KENNEBEC LUMBER |
| | **State the term remaining** | DATED: 12/23/16 | KENNEBEC LUMBER CO<br>2 MARIN WAY #2<br>STRATHAM NH 03885-2578 |
| | **List the contract number of any government contract** | _____ | |

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| 2.742. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | KENNEY MFG CO |
| | **State the term remaining** | DATED: 06/25/15 | 300 WAMPANOAG TRAIL RIVERSIDE RI 02915-2200 |
| | **List the contract number of any government contract** | _____ | |

| 2.743. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | KENSEAL |
| | **State the term remaining** | DATED: 05/04/18 | A A I P O BOX 87 ABSECON NJ 08201-0087 |
| | **List the contract number of any government contract** | _____ | |

| 2.744. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | KEOLIS |
| | **State the term remaining** | DATED: 10/19/17 | KEOLIS COMMUTER SVCS P O BOX 9133 CHELSEA MA 02150-9133 |
| | **List the contract number of any government contract** | _____ | |

| 2.745. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | KEOLIS |
| | **State the term remaining** | DATED: 10/19/17 | P O BOX 9133 CHELSEA MA 02150-9133 |
| | **List the contract number of any government contract** | _____ | |

| 2.746. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | KEYSTONE DEDICATED - BLAN |
| | **State the term remaining** | DATED: 11/18/15 | K D L DBA QUICK FREI P O BOX 752 CARNEGIE PA 15106-0752 |
| | **List the contract number of any government contract** | _____ | |

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| 2.747. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | KEYSTONE DEDICATED - BLAN KEYSTONED DEDICATED P O BOX 752 CARNEGIE PA 15106-0752 |
| | **State the term remaining** | DATED: 11/18/15 | |
| | **List the contract number of any government contract** | _____ | |

| 2.748. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | KEYSTONE DEDICATED - BLAN Q F R P O BOX 752 CARNEGIE PA 15106-0752 |
| | **State the term remaining** | DATED: 11/18/15 | |
| | **List the contract number of any government contract** | _____ | |

| 2.749. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | KEYSTONE DEDICATED - BLAN QUICK FREIGHT RATES P O BOX 752 CARNEGIE PA 15106-0752 |
| | **State the term remaining** | DATED: 11/18/15 | |
| | **List the contract number of any government contract** | _____ | |

| 2.750. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | KEYSTONE TECHNOLOGIES TBL KEYSTONE TECHNOLOGIE P O BOX 3838 ALLENTOWN PA 18106-0838 |
| | **State the term remaining** | DATED: 09/28/18 | |
| | **List the contract number of any government contract** | _____ | |

| 2.751. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | KIND KIND OPERATIONS LLC FEDEX SUPPLY CHAIN 1400 LOMBARDI AVE #2 GREEN BAY WI 54304-3922 |
| | **State the term remaining** | DATED: 09/19/17 | |
| | **List the contract number of any government contract** | _____ | |

Debtor   **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| 2.752. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | KING ARTHUR FLOUR ABORN CO |
| | **State the term remaining** | DATED: 06/19/18 | KING ARTHUR FLOUR 62 ACCORN PARK DR NORWELL MA 02061-1645 |
| | **List the contract number of any government contract** | _____ | |

| 2.753. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | KING WIRE |
| | **State the term remaining** | DATED: 02/03/17 | P O BOX 2110 NEW YORK NY 10272-2110 |
| | **List the contract number of any government contract** | _____ | |

| 2.754. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | KLEER FAX INC |
| | **State the term remaining** | DATED: 09/27/17 | KLEER-FAX INC 640 PLAZA DRIVE #140 HIGHLANDS RANCH CO 80129-2508 |
| | **List the contract number of any government contract** | _____ | |

| 2.755. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | KOCH FILTER CORP |
| | **State the term remaining** | DATED: 06/25/15 | P O BOX 419259 KANSAS CITY MO 64141-6259 |
| | **List the contract number of any government contract** | _____ | |

| 2.756. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | KOKO S CONFECTIONARY |
| | **State the term remaining** | DATED: 06/25/15 | KOKO'S CONFECTIONARY 17 STENERSEN LANE COCKEYSVILLE MD 21030-2113 |
| | **List the contract number of any government contract** | _____ | |

Debtor   **New England Motor Freight, Inc.**                                                    Case number *(if known)* **19-12809**

| 2.757. | Title of contract | CUSTOMER CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CUSTOMER CONTRACT | |
| | Nature of debtor's interest | CUSTOMER | KOLMAR LAB |
| | State the term remaining | DATED: 06/25/15 | KOLMAR LAB INC |
| | List the contract number of any government contract | | 30 HEMLOCK DRIVE<br>CONGERS NY 10920-1402 |

| 2.758. | Title of contract | CERTIFICATE OF LIABILITY INSURANCE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CERTIFICATE OF LIABILITY INSURANCE | |
| | Nature of debtor's interest | INSURED | KORE INSURANCE HOLDINGS, LLC |
| | State the term remaining | 11/9/2019 | PO BOX 473<br>EISENHOWER PARKWAY, PLAZA 1 |
| | List the contract number of any government contract | | LIVINGSTON NJ 07039 |

| 2.759. | Title of contract | CERTIFICATE OF LIABILITY INSURANCE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CERTIFICATE OF LIABILITY INSURANCE | |
| | Nature of debtor's interest | INSURED | KORE INSURANCE HOLDINGS, LLC |
| | State the term remaining | 7/15/2019 | PO BOX 473<br>EISENHOWER PARKWAY, PLAZA 1 |
| | List the contract number of any government contract | | LIVINGSTON NJ 07039 |

| 2.760. | Title of contract | CERTIFICATE OF LIABILITY INSURANCE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CERTIFICATE OF LIABILITY INSURANCE | |
| | Nature of debtor's interest | INSURED | KORE INSURANCE HOLDINGS, LLC |
| | State the term remaining | 9/20/2019 | PO BOX 473<br>EISENHOWER PARKWAY, PLAZA 1 |
| | List the contract number of any government contract | | LIVINGSTON NJ 07039 |

| 2.761. | Title of contract | CERTIFICATE OF LIABILITY INSURANCE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CERTIFICATE OF LIABILITY INSURANCE | |
| | Nature of debtor's interest | INSURED | KORE INSURANCE HOLDINGS, LLC |
| | State the term remaining | VARIOUS SEE NOTES | PO BOX 473<br>354 EISENHOWER PARKWAY, PLAZA 1 |
| | List the contract number of any government contract | | LIVINGSTON NJ 07039 |

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| 2.762. | Title of contract | CUSTOMER CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CUSTOMER CONTRACT | |
| | Nature of debtor's interest | CUSTOMER | KOYO COPORATION |
| | State the term remaining | DATED: 06/25/15 | KOYO CORP OF USA PO OBX 30382 |
| | List the contract number of any government contract | _____ | CLEVELAND OH 44130-0382 |

| 2.763. | Title of contract | CUSTOMER CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CUSTOMER CONTRACT | |
| | Nature of debtor's interest | CUSTOMER | KRATON POLYMERS |
| | State the term remaining | DATED: 01/16/18 | P O BOX 425 |
| | List the contract number of any government contract | _____ | LOWELL AR 72745-0425 |

| 2.764. | Title of contract | CUSTOMER CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CUSTOMER CONTRACT | |
| | Nature of debtor's interest | CUSTOMER | KURT S ADLER |
| | State the term remaining | DATED: 03/23/16 | PO BOX 3928/ACCT PAY SPRINGFIELD MO 65808 |
| | List the contract number of any government contract | _____ | |

| 2.765. | Title of contract | CUSTOMER CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CUSTOMER CONTRACT | |
| | Nature of debtor's interest | CUSTOMER | KURTZ BROTHERS |
| | State the term remaining | DATED: 06/25/15 | P O BOX 392 |
| | List the contract number of any government contract | _____ | CLEARFIELD PA 16830-0392 |

| 2.766. | Title of contract | CUSTOMER CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CUSTOMER CONTRACT | |
| | Nature of debtor's interest | CUSTOMER | L D PLASTICS |
| | State the term remaining | DATED: 09/21/18 | P O BOX 11555 |
| | List the contract number of any government contract | _____ | PLYMOUTH MA 02362 |

Debtor   **New England Motor Freight, Inc.**                                      Case number *(if known)* **19-12809**

| 2.767. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | LAARS HEATING |
| | **State the term remaining** | DATED: 02/04/16 | LAARS HEATING SYS<br>M G N LOGISTICS<br>712 FERRY ST UNIT 1 |
| | **List the contract number of any government contract** | _____ | EASTON PA 18042-4324 |

| 2.768. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | LABEL TECH - TECH TRANSP |
| | **State the term remaining** | DATED: 12/08/15 | LABEL TECH<br>300 ELM ST #1<br>MILFORD NH 03055-4715 |
| | **List the contract number of any government contract** | _____ | |

| 2.769. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | LAMART CORP TRANS INSIGHT |
| | **State the term remaining** | DATED: 10/12/17 | LAMART CORPORATION<br>P O BOX 23000<br>HICKORY NC 28603-0230 |
| | **List the contract number of any government contract** | _____ | |

| 2.770. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | LANDLINK E T BROWNE |
| | **State the term remaining** | DATED: 05/26/17 | E T BROWNE<br>P O BOX 1066<br>POINT PLEASANT NJ 08742-1066 |
| | **List the contract number of any government contract** | _____ | |

| 2.771. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | LANDSTAR UNILEVER |
| | **State the term remaining** | DATED: 12/19/16 | UNILEVER<br>LANDSTAR GLOBAL LOG<br>13410 SUTTON PARK DR<br>JACKSONVILLE FL 32224-5270 |
| | **List the contract number of any government contract** | _____ | |

Debtor   **New England Motor Freight, Inc.**                                     Case number *(if known)* **19-12809**

| 2.772. | **Title of contract** | CUSTOMER CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | LANGHAM DOW AGRO |
| | **State the term remaining** | DATED: 04/28/17 | DOW AGROSCIENCES<br>5335 W 74TH ST<br>INDIANAPOLIS IN 46268-4180 |
| | **List the contract number of any government contract** | _____ | |

| 2.773. | **Title of contract** | CUSTOMER CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | LANGHAM DOW AGRO |
| | **State the term remaining** | DATED: 04/28/17 | SENTRICON<br>5335 W 74TH ST<br>INDIANAPOLIS IN 46268-4180 |
| | **List the contract number of any government contract** | _____ | |

| 2.774. | **Title of contract** | CUSTOMER CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | LASSONDE PAPPAS TRANSPLACE |
| | **State the term remaining** | DATED: 10/26/18 | LASSONDE PAPPAS<br>P O BOX 425<br>LOWELL AR 72745-0425 |
| | **List the contract number of any government contract** | _____ | |

| 2.775. | **Title of contract** | LEASE AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | **State what the contract or lease is for** | LEASE OF REAL PROPERTY AT 9 WOLF ROAD (AKA 162 SICKER RD), LATHAM, NY | |
| | **Nature of debtor's interest** | LESSEE | LATHCO LLC |
| | **State the term remaining** | 12/31/2019 | C/O MYRON P. SHEVELL<br>1-71 NORTH AVENUE EAST<br>ELIZABETH NJ 07201 |
| | **List the contract number of any government contract** | _____ | |

| 2.776. | **Title of contract** | CUSTOMER CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | LATICRETE INTL |
| | **State the term remaining** | DATED: 06/25/15 | LATICRETE INTL INC<br>P O BOX 982262<br>EL PASO TX 79998-2262 |
| | **List the contract number of any government contract** | _____ | |

Debtor    **New England Motor Freight, Inc.**                                                    Case number *(if known)* **19-12809**

| 2.777. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | LEAKSMART |
| | **State the term remaining** | DATED: 07/10/17 | 151 WEST JOHNSTOWN R GAHANNA OH 43230-2700 |
| | **List the contract number of any government contract** | _____ | |

| 2.778. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | LEAKTITE |
| | **State the term remaining** | DATED: 10/11/17 | LEAKTITE CORP P O BOX 23000 HICKORY NC 28603-0230 |
| | **List the contract number of any government contract** | _____ | |

| 2.779. | **Title of contract** | LEASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | NEMF CORPORATE CUSTOMER SERVICE 457 MAHONING DR, LEIGHTON, PA 18235-9701 | |
| | **Nature of debtor's interest** | LESSEE | LEHCO, LP |
| | **State the term remaining** | 12/31/2019 | C/O MYRON P. SHEVELL 1-71 NORTH AVENUE EAST ELIZABETH NJ 07201 |
| | **List the contract number of any government contract** | _____ | |

| 2.780. | **Title of contract** | LEASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ALLENTOWN TERMINAL # 68 REAL PROPERTY LEASE | |
| | **Nature of debtor's interest** | LESSEE | LEHCO, LP |
| | **State the term remaining** | MONTH TO MONTH | C/O AMZ MANAGEMENT LLC 1-71 NORTH AVENUE EAST ELIZABETH NJ 07201 |
| | **List the contract number of any government contract** | _____ | |

| 2.781. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | LEOLIGHT |
| | **State the term remaining** | DATED: 10/10/17 | LEOLIGHT INC 503 OAKDALE RD NORTH YORK ON M3N1W7 CANADA |
| | **List the contract number of any government contract** | _____ | |

Debtor    **New England Motor Freight, Inc.**                                          Case number *(if known)* **19-12809**

| 2.782. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | LESAINT BLANKET |
| | **State the term remaining** | DATED: 06/25/15 | LESAINT LOGISTICS 5100 POPLAR AVE 17TH MEMPHIS TN 38137-4000 |
| | **List the contract number of any government contract** | _____ | |

| 2.783. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | LESLIE'S POOLMART |
| | **State the term remaining** | DATED: 09/30/15 | ECHO GLOBAL LOGISTI 600 W CHICAGO #830 CHICAGO IL 60610 |
| | **List the contract number of any government contract** | _____ | |

| 2.784. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | LESLIE'S POOLMART |
| | **State the term remaining** | DATED: 09/30/15 | ECHO GLOBAL LOGISTI 600 W CHICAGO #830 CHICAGO IL 60601 |
| | **List the contract number of any government contract** | _____ | |

| 2.785. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | LESLIE'S POOLMART |
| | **State the term remaining** | DATED: 10/14/15 | ECHO GLOBAL LOGISTI 600 W CHICAGO #830 CHICAGO IL 60601 |
| | **List the contract number of any government contract** | _____ | |

| 2.786. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | LESLIE'S POOLMART |
| | **State the term remaining** | DATED: 10/14/15 | ECHO GLOBAL LOGISTI 600 W CHICAGO #830 CHICAGO IL 60601 |
| | **List the contract number of any government contract** | _____ | |

Debtor   **New England Motor Freight, Inc.**                                  Case number *(if known)* **19-12809**

| 2.787. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | LEXINGTON MACHINING |
| | **State the term remaining** | DATED: 02/03/17 | P O BOX 30382 |
| | **List the contract number of any government contract** | _____ | CLEVELAND OH 44130-0382 |

| 2.788. | **Title of contract** | UMBRELLA - EXCESS (2ND) | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | POLICY NO. 1000037020-07 | |
| | **Nature of debtor's interest** | INSURED | LIBERTY INSURANCE |
| | **State the term remaining** | 4/10/2019 | UNDERWRITERS |
| | **List the contract number of any government contract** | _____ | 55 WATER STREET, 23RD FLOOR NEW YORK NY 10041 |

| 2.789. | **Title of contract** | EXCESS INSURANCE POLICY WITH POLICY NUMBER 1000037020-07 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | INSURANCE CONTRACT | |
| | **Nature of debtor's interest** | INSURED | LIBERTY INSURANCE UNDERWRITERS INC |
| | **State the term remaining** | EFFECTIVE APRIL 10, 2018 EXPIRES APRIL 10, 2019 | CHRISTOPHER L PEIRCE 55 WATER ST., 23RD FLOOR |
| | **List the contract number of any government contract** | _____ | NEW YORK NY 10041 |

| 2.790. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | LIFTEX CORP |
| | **State the term remaining** | DATED: 10/03/16 | LIFTEX CORPORATION P O BOX 9490 |
| | **List the contract number of any government contract** | _____ | FALL RIVER MA 02720-0015 |

| 2.791. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | LIGHTING SERVICES TARGET FREIGHT |
| | **State the term remaining** | DATED: 09/20/18 | LIGHTING SERVICES 5905 BROWNSVILLE RD |
| | **List the contract number of any government contract** | _____ | PITTSBURGH PA 15236-3507 |

Debtor    **New England Motor Freight, Inc.**                                              Case number *(if known)* **19-12809**

| 2.792. | **Title of contract** | SOLID WASTE AND RECYCLING MANAGEMENT PROGRAM AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SERVICE CONTRACT | |
| | **Nature of debtor's interest** | PRINCIPAL | LINCOLN WASTE SOLUTIONS LLC 2075 SILAS DEANE HIGHWAY STE 101 |
| | **State the term remaining** | EXPIRES OCT 1, 2021 | ROCKY HILL CT 06067 |
| | **List the contract number of any government contract** | _____ | |

| 2.793. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | LINT TILE SAMPCO P O BOX 216 |
| | **State the term remaining** | DATED: 06/25/15 | WENDEL PA 15691-0216 |
| | **List the contract number of any government contract** | _____ | |

| 2.794. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | LINT TILE SAMPCO P O BOX 216 |
| | **State the term remaining** | DATED: 11/06/15 | WENDEL PA 15691-0216 |
| | **List the contract number of any government contract** | _____ | |

| 2.795. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | LIQUID FILLING COLUTIONS LIQUID FILLING SOLUT P O BOX 1644 |
| | **State the term remaining** | DATED: 11/14/16 | DOYLESTOWN PA 18901-0257 |
| | **List the contract number of any government contract** | _____ | |

| 2.796. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | LIQUID FILLING COLUTIONS LIQUID FILLING SOLUT P O BOX 1644 |
| | **State the term remaining** | DATED: 12/12/18 | DOYLESTOWN PA 18901-0257 |
| | **List the contract number of any government contract** | _____ | |

Debtor   **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| 2.797. | Title of contract | CUSTOMER CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CUSTOMER CONTRACT | |
| | Nature of debtor's interest | CUSTOMER | LIQUID FILLING COLUTIONS |
| | State the term remaining | DATED: 12/12/18 | LIQUID FILLING SOLUT |
| | List the contract number of any government contract | _____ | P O BOX 1644 DOYLESTOWN PA 18901-0257 |

| 2.798. | Title of contract | AUTO PD TRUCKS EXCESS | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | POLICY NO. MACCD1602212 | |
| | Nature of debtor's interest | INSURED | LLOYD'S SYNDICATES |
| | State the term remaining | 4/9/2019 | C/O LOCKTON COS LLP ATTN: CARGO & LOGISTICS THE ST. BOTOLPH BLDG |
| | List the contract number of any government contract | _____ | 138 HOUNDSDITCH LONDON EC3A 7AG ENGLAND |

| 2.799. | Title of contract | CERTIFICATE OF LIABILITY INSURANCE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CERTIFICATE OF LIABILITY INSURANCE | |
| | Nature of debtor's interest | INSURED | LOCKTON COMPANIES |
| | State the term remaining | 4/10/2019 | 1185 AVENUE OF THE AMERICAS SUITE 2010 |
| | List the contract number of any government contract | _____ | NEW YORK NY 10036 |

| 2.800. | Title of contract | CERTIFICATE OF INSURANCE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CERTIFICATE OF INSURANCE | |
| | Nature of debtor's interest | INSURED | LOCKTON COMPANIES |
| | State the term remaining | 4/8/2019 | 1185 AVENUE OF THE AMERICAS SUITE 2010 |
| | List the contract number of any government contract | _____ | NEW YORK NY 10036 |

| 2.801. | Title of contract | EVIDENCE OF COMMERCIAL PROPERTY INSURANCE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | PROPERTY INSURANCE | |
| | Nature of debtor's interest | INSURED | LOCKTON COMPANIES |
| | State the term remaining | 8/31/2019 | 1185 AVENUE OF THE AMERICAS SUITE 2010 |
| | List the contract number of any government contract | _____ | NEW YORK NY 10036 |

Debtor    **New England Motor Freight, Inc.**                                          Case number *(if known)* **19-12809**

| 2.802. | **Title of contract** | CONTRACT OF INSURANCE WITH REF NO. B0713MACCD1802212 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | INSURANCE CONTRACT | |
| | **Nature of debtor's interest** | INSURED | LOCKTON COMPANIES LLP THE ST BOTOLPH BUILDING 138 HOUNDSDITCH LONDON EC3A 7AG UNITED KINGDOM |
| | **State the term remaining** | EFFECTIVE APRIL 9, 2018 EXPIRES APRIL 9, 2019 | |
| | **List the contract number of any government contract** | _____ | |

| 2.803. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | LOROCO INDUSTRIES LOROCO 2342 TECHNOLOGY DR # O FALLON MO 63367 |
| | **State the term remaining** | DATED: 05/31/16 | |
| | **List the contract number of any government contract** | _____ | |

| 2.804. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | LOROCO INDUSTRIES LOROCO 2342 TECHNOLOGY DR # O FALLON MO 63367 |
| | **State the term remaining** | DATED: 05/31/16 | |
| | **List the contract number of any government contract** | _____ | |

| 2.805. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | LOROCO INDUSTRIES BLUE ASH PAPER SALES 2342 TECHNOLOGY DR O FALLON MO 63367 |
| | **State the term remaining** | DATED: 11/28/16 | |
| | **List the contract number of any government contract** | _____ | |

| 2.806. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | LOROCO INDUSTRIES BLUE ASH PAPER SALES 2342 TECHNOLOGY DR O FALLON MO 63367 |
| | **State the term remaining** | DATED: 11/28/16 | |
| | **List the contract number of any government contract** | _____ | |

Debtor    **New England Motor Freight, Inc.**                                                  Case number *(if known)* **19-12809**

| 2.807. | Title of contract | CUSTOMER CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CUSTOMER CONTRACT | |
| | Nature of debtor's interest | CUSTOMER | LOROCO INDUSTRIES |
| | State the term remaining | DATED: 11/28/16 | CUSTOM DIE |
| | List the contract number of any government contract | _____ | 2342 TECHNOLOGY DR |
| | | | O FALLON MO 63367 |

| 2.808. | Title of contract | CUSTOMER CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CUSTOMER CONTRACT | |
| | Nature of debtor's interest | CUSTOMER | LOROCO INDUSTRIES |
| | State the term remaining | DATED: 11/28/16 | CUSTOM DIE |
| | List the contract number of any government contract | _____ | 2342 TECHNOLOGY DR |
| | | | O FALLON MO 63367 |

| 2.809. | Title of contract | CUSTOMER CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CUSTOMER CONTRACT | |
| | Nature of debtor's interest | CUSTOMER | LOROCO INDUSTRIES |
| | State the term remaining | DATED: 11/28/16 | GREENVILLE PAPER CON |
| | List the contract number of any government contract | _____ | 2342 TECHNOLOGY DRIV |
| | | | O FALLON MO 63367 |

| 2.810. | Title of contract | CUSTOMER CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CUSTOMER CONTRACT | |
| | Nature of debtor's interest | CUSTOMER | LOROCO INDUSTRIES |
| | State the term remaining | DATED: 11/28/16 | GREENVILLE PAPER CON |
| | List the contract number of any government contract | _____ | 2342 TECHNOLOGY DR |
| | | | O FALLON MO 63367 |

| 2.811. | Title of contract | CUSTOMER CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CUSTOMER CONTRACT | |
| | Nature of debtor's interest | CUSTOMER | LOROCO INDUSTRIES |
| | State the term remaining | DATED: 11/28/16 | ROYAL PAD PRODUCTS |
| | List the contract number of any government contract | _____ | 2342 TECHNOLOGY DR |
| | | | O FALLON MO 63367 |

Debtor    **New England Motor Freight, Inc.**                                          Case number *(if known)* **19-12809**

| 2.812. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | LOROCO INDUSTRIES ROYAL PAD PRODUCTS 2342 TECHNOLOGY DR O FALLON MO 63367 |
| | **State the term remaining** | DATED: 11/28/16 | |
| | **List the contract number of any government contract** | _____ | |

| 2.813. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | LOTH RELOCATION LOTH 3574 KEMPER RD CINCINNATI OH 45241-2009 |
| | **State the term remaining** | DATED: 09/13/16 | |
| | **List the contract number of any government contract** | _____ | |

| 2.814. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | LOUIS GLUNZ BEER LOUIS GLUNZ BEER INC 2262 LANDMEIER RD #2 ELK GROVE VILLAGE IL 60007-2644 |
| | **State the term remaining** | DATED: 04/15/16 | |
| | **List the contract number of any government contract** | _____ | |

| 2.815. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | LOUIS GLUNZ BEER COMPASS WINE & SPIRI 2262 LANDMEIER RD ELK GROVE VILLAGE IL 60007-2644 |
| | **State the term remaining** | DATED: 11/06/17 | |
| | **List the contract number of any government contract** | _____ | |

| 2.816. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | LUCKY CLOVER IL2000 LUCKY CLOVER PACKAGI P O BOX 2545 VIRGINIA BEACH VA 23450-2545 |
| | **State the term remaining** | DATED: 07/20/18 | |
| | **List the contract number of any government contract** | _____ | |

Debtor    **New England Motor Freight, Inc.**                                                    Case number *(if known)* **19-12809**

| 2.817. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | LUDLOW COMPOSITES |
| | **State the term remaining** | DATED: 06/25/15 | P O BOX 61050 |
| | **List the contract number of any government contract** | _____ | FORT MYERS FL 33906-1050 |

| 2.818. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | LUMINAIRE LED |
| | **State the term remaining** | DATED: 08/17/16 | 800 HWY 71 SUITE 1 |
| | **List the contract number of any government contract** | _____ | SEA GIRT NJ 08750-2800 |

| 2.819. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | LUMINANCE |
| | **State the term remaining** | DATED: 02/20/18 | AMER DE ROSA LAMPART |
| | **List the contract number of any government contract** | _____ | 1945 S TUBEWAY AVE |
| | | | COMMERCE CA 90040-1611 |

| 2.820. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | LUMINANCE |
| | **State the term remaining** | DATED: 02/20/18 | CONCORD LIGHTING |
| | **List the contract number of any government contract** | _____ | 1945 S TUBEWAY AVE |
| | | | COMMERCE CA 90040-1611 |

| 2.821. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | LUMINANCE |
| | **State the term remaining** | DATED: 02/20/18 | HALLMARK COLLECTIVES |
| | **List the contract number of any government contract** | _____ | 1945 S TUBEWAY AVE |
| | | | COMMERCE CA 90040-1611 |

Debtor    **New England Motor Freight, Inc.**                                          Case number *(if known)* **19-12809**

| 2.822. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | LUMINANCE |
| | **State the term remaining** | DATED: 02/20/18 | MARCO LIGHTING |
| | **List the contract number of any government contract** | _____ | 1945 S TUBEWAY AVE COMMERCE CA 90040-1611 |

| 2.823. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | LUNA ROSSA BAKE SHOP |
| | **State the term remaining** | DATED: 01/26/18 | LUNA ROSSA BAK SHOP |
| | **List the contract number of any government contract** | _____ | 30 VILLAGE COURT HAZLET NJ 07730-1533 |

| 2.824. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | LUPIN PHARMACEUTICALS UPS |
| | **State the term remaining** | DATED: 03/14/18 | LUPIN PHARMACEUTICAL |
| | **List the contract number of any government contract** | _____ | 1335 NORTHMEADOW PKW ROSWELL GA 30076-4949 |

| 2.825. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | M & L TRUCKING SERVC |
| | **State the term remaining** | DATED: 09/26/17 | REVERE COPPER PRODS |
| | **List the contract number of any government contract** | _____ | P O BOX 521 ROME NY 13441 |

| 2.826. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | M I Q GLOBAL |
| | **State the term remaining** | DATED: 09/30/15 | P O BOX 11250 |
| | **List the contract number of any government contract** | _____ | OVERLAND PARK KS 66207-1250 |

Debtor    **New England Motor Freight, Inc.**                                                                    Case number *(if known)* **19-12809**

| 2.827. | Title of contract | CUSTOMER CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CUSTOMER CONTRACT | |
| | Nature of debtor's interest | CUSTOMER | M T S SEATING |
| | State the term remaining | DATED: 06/25/15 | 151 JOHN JAMES AUDUB AMHERST NY 14228-1111 |
| | List the contract number of any government contract | _____ | |

| 2.828. | Title of contract | CERTIFICATE OF LIABILITY INSURANCE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CERTIFICATE OF LIABILITY INSURANCE | |
| | Nature of debtor's interest | INSURED | M.J. FISH, LLC |
| | State the term remaining | 4/28/2019 | 302 WEST MAIN ST. SUITE 155 AVON CT 06001 |
| | List the contract number of any government contract | _____ | |

| 2.829. | Title of contract | CUSTOMER CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CUSTOMER CONTRACT | |
| | Nature of debtor's interest | CUSTOMER | MABE |
| | State the term remaining | DATED: 06/25/15 | 689 SOUTH SERVICE RD GRIMSBY ON L3M4E8 CANADA |
| | List the contract number of any government contract | _____ | |

| 2.830. | Title of contract | MACHINISTS MONEY PURCHASE PENSION PLAN | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | MONEY PURCHASE PENSION PLAN | |
| | Nature of debtor's interest | EMPLOYER | MACHINISTS MONEY PURCHASE PENSION PLAN |
| | State the term remaining | DATED: JUNE 2018 | 140 SYLVAN AVENUE SUITE 303 ENGLEWOOD CLIFFS NJ 07632 |
| | List the contract number of any government contract | _____ | |

| 2.831. | Title of contract | PROMISSORY NOTE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | LOAN AGREEMENT | |
| | Nature of debtor's interest | BORROWER | MACK FINANCIAL SERVICES |
| | State the term remaining | 03/13/2020 | 7025 ALBERT PICK ROAD, SUITE 105 PO BOX 26131 GREENSBORO NC 27402-6131 |
| | List the contract number of any government contract | _____ | |

Debtor   **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| 2.832. | **Title of contract** | PROMISSORY NOTE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LOAN AGREEMENT | |
| | **Nature of debtor's interest** | BORROWER | MACK FINANICAL SERVICES VFS US LLC 7025 ALBERT PICK RD, SUITE 105 P.O. BOX 26131 GREENSBORO NC 27402-6131 |
| | **State the term remaining** | DATED: 10/08/2013 MATURITY DATE: 10/08/2020 | |
| | **List the contract number of any government contract** | _____ | |

| 2.833. | **Title of contract** | PROMISSORY NOTE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LOAN AGREEMENT | |
| | **Nature of debtor's interest** | BORROWER | MACK FINANICAL SERVICES VFS US LLC 7025 ALBERT PICK RD, SUITE 105 P.O. BOX 26131 GREENSBORO NC 27402-6131 |
| | **State the term remaining** | DATED: 03/21/2013 MATURITY DATE: 03/13/2020 | |
| | **List the contract number of any government contract** | _____ | |

| 2.834. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | MACNEIL AUTOMOTIVE 600 W CHICAGO AVE CHICAGO IL 60610 |
| | **State the term remaining** | DATED: 12/29/15 | |
| | **List the contract number of any government contract** | _____ | |

| 2.835. | **Title of contract** | WORKERS COMPENSATION | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | POLICY NO. 1810023953 | |
| | **Nature of debtor's interest** | INSURED | MAINE EMPLOYERS' MUTUAL INS. PO BOX 11409 PORTLAND ME 04104 |
| | **State the term remaining** | 12/31/2019 | |
| | **List the contract number of any government contract** | _____ | |

| 2.836. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | MAJILITE MAJILITE CORP 216 CENTERVIEW DR #3 BRENTWOOD TN 37024 |
| | **State the term remaining** | DATED: 07/13/18 | |
| | **List the contract number of any government contract** | _____ | |

Debtor    **New England Motor Freight, Inc.**                                          Case number *(if known)* **19-12809**

| 2.837. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | MANCINI PACKAGING |
| | **State the term remaining** | DATED: 06/02/16 | MANCINI PACKING |
| | **List the contract number of any government contract** | | 6209 MID RIVER MALL |
| | | | SAINT CHARLES MO 63304-1102 |

| 2.838. | **Title of contract** | INTERCHANGE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | TRAILER INTERCHANGE AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACTOR - INTERCHANGE AGMT | MANITOULIN JET TRANSPORT |
| | **State the term remaining** | SIGNED: 02/09/1996 | YVONNE BAILEY |
| | **List the contract number of any government contract** | | PO BOX 390 |
| | | | GORE BAY ON POP1H02190 |
| | | | CANADA |

| 2.839. | **Title of contract** | INTERCHANGE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | TRAILER INTERCHANGE AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACTOR - INTERCHANGE AGMT | MANITOULIN JET TRANSPORT |
| | **State the term remaining** | SIGNED: 02/12/1996 | YVONNE BAILEY |
| | **List the contract number of any government contract** | | PO BOX 390 |
| | | | GORE BAY ON POP1H02190 |
| | | | CANADA |

| 2.840. | **Title of contract** | UPDATE LETTER | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | UPDATE TO DIVISION OF REVENUE | |
| | **Nature of debtor's interest** | CONTRACTOR - INTERCHANGE AGMT | MANITOULIN TRANSPORT |
| | **State the term remaining** | DATED: 06/20/1997 | SYLIVA KNIGHT |
| | **List the contract number of any government contract** | | US OPERATIONS MANAGER |
| | | | 1175 MEYERSIDE DRIVE |
| | | | #1-3 |
| | | | MISSISSAUGA ON L5T 1H3 |
| | | | CANADA |

| 2.841. | **Title of contract** | INTERCHANGE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | TRAILER INTERCHANGE AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACTOR - INTERCHANGE AGMT | MANITOULIN TRANSPORT |
| | **State the term remaining** | SIGNED: 10/08/1997 | SYLIVA KNIGHT |
| | **List the contract number of any government contract** | | US OPERATIONS MANAGER |
| | | | 1175 MEYERSIDE DRIVE |
| | | | #1-3 |
| | | | MISSISSAUGA ON 0NL5T1H3 |
| | | | CANADA |

Debtor    **New England Motor Freight, Inc.**                                           Case number *(if known)* **19-12809**

---

**2.842.**  | **Title of contract** | INTERCHANGE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |

| **State what the contract or lease is for** | TRAILER INTERCHANGE AGREEMENT |

| **Nature of debtor's interest** | CONTRACTOR - INTERCHANGE AGMT | MANITOULIN TRANSPORT SYLIVA KNIGHT US OPERATIONS MANAGER 1175 MEYERSIDE DRIVE #1-3 MISSISSAUGA ON 0NL5T1H3 CANADA |

| **State the term remaining** | SIGNED: 10/31/1997 |

| **List the contract number of any government contract** | _____ |

---

**2.843.**  | **Title of contract** | INTERCHANGE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |

| **State what the contract or lease is for** | SERVICE CARRIER CONTRACT |

| **Nature of debtor's interest** | CO-CONTRACTOR | MANITOULIN TRANSPORT INC 154 HIGHWAY 540 B GORE BAY ON P0P 1H0 CANADA |

| **State the term remaining** | CAN BE TERMINATED WITH 10 DAYS WRITTEN NOTICE |

| **List the contract number of any government contract** | _____ |

---

**2.844.**  | **Title of contract** | INTERCHANGE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |

| **State what the contract or lease is for** | SERVICE CARRIER CONTRACT |

| **Nature of debtor's interest** | CO-CONTRACTOR | MANITOULIN TRANSPORT INC 154 HIGHWAY 540 B GORE BAY ON P0P 1H0 CANADA |

| **State the term remaining** | CAN BE TERMINATED WITH 10 DAYS WRITTEN NOTICE |

| **List the contract number of any government contract** | _____ |

---

**2.845.**  | **Title of contract** | INTERLINE DIVISION AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |

| **State what the contract or lease is for** | SERVICE CARRIER CONTRACT |

| **Nature of debtor's interest** | CO-CONTRACTOR | MANITOULIN TRANSPORT INC VP FINANCE 154 HIGHWAY 540 B GORE BAY ON P0P 1H0 CANADA |

| **State the term remaining** | EFFECTIVE AUG 7, 2009 AND RENEWED AUTOMATICALLY ON YEARLY BASIS |

| **List the contract number of any government contract** | _____ |

---

**2.846.**  | **Title of contract** | INTERLINE DIVISION AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |

| **State what the contract or lease is for** | SERVICE CARRIER CONTRACT |

| **Nature of debtor's interest** | CO-CONTRACTOR | MANITOULIN TRANSPORT INC VP FINANCE 154 HIGHWAY 540 B GORE BAY ON P0P 1H0 CANADA |

| **State the term remaining** | EFFECTIVE AUG 7, 2009 AND RENEWED AUTOMATICALLY ON YEARLY BASIS |

| **List the contract number of any government contract** | _____ |

---

Debtor    **New England Motor Freight, Inc.**                                      Case number *(if known)* **19-12809**

| 2.847. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | MAPLE CITY RUBBER |
| | **State the term remaining** | DATED: 02/04/16 | COMPASS HEALTH |
| | **List the contract number of any government contract** | _____ | 2846 S FALKENBURG RD RIVERVIEW FL 33578-2563 |

| 2.848. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | MAPLE PRIME LLC |
| | **State the term remaining** | DATED: 03/27/18 | 860 BEDFORD AVE |
| | **List the contract number of any government contract** | _____ | BROOKLYN NY 11205-2859 |

| 2.849. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | MASONITE |
| | **State the term remaining** | DATED: 07/09/16 | 384 INVERNESS PKWY # |
| | **List the contract number of any government contract** | _____ | ENGLEWOOD CO 80112-5821 |

| 2.850. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | MATS |
| | **State the term remaining** | DATED: 06/25/15 | MATS INC |
| | **List the contract number of any government contract** | _____ | PO BOX 5060 FALL RIVER MA 02723-0404 |

| 2.851. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | MAXELL |
| | **State the term remaining** | DATED: 06/25/15 | 30 HEMLOCK DR |
| | **List the contract number of any government contract** | _____ | CONGERS NY 10920-1402 |

Debtor  **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| | | | |
|---|---|---|---|
| 2.852. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | MAXELL |
| | **State the term remaining** | DATED: 06/25/15 | 30 HEMLOCK DR |
| | **List the contract number of any government contract** | _____ | CONGERS NY 10920-1402 |

| | | | |
|---|---|---|---|
| 2.853. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | MAXONE |
| | **State the term remaining** | DATED: 11/14/15 | MAXZONE |
| | | | P O BOX 578 |
| | **List the contract number of any government contract** | _____ | CRYSTAL LAKE IL 60039-0578 |

| | | | |
|---|---|---|---|
| 2.854. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | MAYWOOD FRUNITURE TBL |
| | **State the term remaining** | DATED: 08/17/18 | MAYWOOD FURNITURE |
| | | | P O BOX 3838 |
| | **List the contract number of any government contract** | _____ | ALLENTOWN PA 18106-0838 |

| | | | |
|---|---|---|---|
| 2.855. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | MCCUE CORP ADCCO |
| | **State the term remaining** | DATED: 08/30/18 | MCCUE CORPORATION |
| | | | 152 LYNNWAY #2-D |
| | **List the contract number of any government contract** | _____ | LYNN MA 01902-3420 |

| | | | |
|---|---|---|---|
| 2.856. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | MEDIKMARK |
| | **State the term remaining** | DATED: 03/06/17 | STRAGIS HEALTHCARE |
| | | | 5905 BROWNSVILLE RD |
| | **List the contract number of any government contract** | _____ | PITTSBURGH PA 15236-3507 |

Debtor   **New England Motor Freight, Inc.**                                                    Case number *(if known)* **19-12809**

| 2.857. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | MEDIKMARK |
| | **State the term remaining** | DATED: 09/30/15 | MEDIKMARK INC 5905 BROWNSVILLE RD PITTSBURGH PA 15236-3507 |
| | **List the contract number of any government contract** | _____ | |

| 2.858. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | MEDORA SNACKS |
| | **State the term remaining** | DATED: 09/30/15 | 13990 FIR STREET OREGON CITY OR 97045-8906 |
| | **List the contract number of any government contract** | _____ | |

| 2.859. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | MENTHOLATUM CO |
| | **State the term remaining** | DATED: 09/26/17 | P O BOX 100 RANSOMVILLE NY 14131-0100 |
| | **List the contract number of any government contract** | _____ | |

| 2.860. | **Title of contract** | NOTE AND SECURITY AGREEMENT (MULTI-STATE) | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LEASE AGREEMENT | |
| | **Nature of debtor's interest** | BORROWER | MERCEDES-BENZ FINANCIAL SERVICES USA LLC |
| | **State the term remaining** | 01/20/2025 | 13650 HERITAGE PARKWAY FORT WORTH TX 76177 |
| | **List the contract number of any government contract** | _____ | |

| 2.861. | **Title of contract** | NOTE AND SECURITY AGREEMENT (MULTI-STATE) | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LEASE AGREEMENT | |
| | **Nature of debtor's interest** | BORROWER | MERCEDES-BENZ FINANCIAL SERVICES USA LLC |
| | **State the term remaining** | 01/21/2024 | 13650 HERITAGE PARKWAY FORT WORTH TX 76177 |
| | **List the contract number of any government contract** | _____ | |

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

2.862.  **Title of contract**               NOTE AND SECURITY AGREEMENT (MULTI-STATE)        **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

        **State what the contract or lease is for**    LEASE AGREEMENT

        **Nature of debtor's interest**    BORROWER                            MERCEDES-BENZ FINANCIAL SERVICES USA LLC
        **State the term remaining**       02/09/2024                          13650 HERITAGE PARKWAY
                                                                               FORT WORTH TX 76177
        **List the contract number of any government contract**    _____

2.863.  **Title of contract**               NOTE AND SECURITY AGREEMENT (MULTI-STATE)        **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

        **State what the contract or lease is for**    LEASE AGREEMENT

        **Nature of debtor's interest**    BORROWER                            MERCEDES-BENZ FINANCIAL SERVICES USA LLC
        **State the term remaining**       02/09/2024                          13650 HERITAGE PARKWAY
                                                                               FORT WORTH TX 76177
        **List the contract number of any government contract**    _____

2.864.  **Title of contract**               NOTE AND SECURITY AGREEMENT (MULTI-STATE)        **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

        **State what the contract or lease is for**    LEASE AGREEMENT

        **Nature of debtor's interest**    BORROWER                            MERCEDES-BENZ FINANCIAL SERVICES USA LLC
        **State the term remaining**       04/27/2023                          13650 HERITAGE PARKWAY
                                                                               FORT WORTH TX 76177
        **List the contract number of any government contract**    _____

2.865.  **Title of contract**               NOTE AND SECURITY AGREEMENT (MULTI-STATE)        **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

        **State what the contract or lease is for**    LEASE AGREEMENT

        **Nature of debtor's interest**    BORROWER                            MERCEDES-BENZ FINANCIAL SERVICES USA LLC
        **State the term remaining**       05/01/2022                          13650 HERITAGE PARKWAY
                                                                               FORT WORTH TX 76177
        **List the contract number of any government contract**    _____

2.866.  **Title of contract**               NOTE AND SECURITY AGREEMENT (MULTI-STATE)        **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

        **State what the contract or lease is for**    LEASE AGREEMENT

        **Nature of debtor's interest**    BORROWER                            MERCEDES-BENZ FINANCIAL SERVICES USA LLC
        **State the term remaining**       05/15/2024                          13650 HERITAGE PARKWAY
                                                                               FORT WORTH TX 76177
        **List the contract number of any government contract**    _____

Debtor    **New England Motor Freight, Inc.**                                   Case number *(if known)* **19-12809**

| 2.867. | **Title of contract** | NOTE AND SECURITY AGREEMENT (MULTI-STATE) | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LEASE AGREEMENT | |
| | **Nature of debtor's interest** | BORROWER | MERCEDES-BENZ FINANCIAL SERVICES USA LLC |
| | **State the term remaining** | 05/21/2022 | 13650 HERITAGE PARKWAY FORT WORTH TX 76177 |
| | **List the contract number of any government contract** | _____ | |

| 2.868. | **Title of contract** | NOTE AND SECURITY AGREEMENT (MULTI-STATE) | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LEASE AGREEMENT | |
| | **Nature of debtor's interest** | BORROWER | MERCEDES-BENZ FINANCIAL SERVICES USA LLC |
| | **State the term remaining** | 07/15/2022 | 13650 HERITAGE PARKWAY FORT WORTH TX 76177 |
| | **List the contract number of any government contract** | _____ | |

| 2.869. | **Title of contract** | NOTE AND SECURITY AGREEMENT (MULTI-STATE) | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LEASE AGREEMENT | |
| | **Nature of debtor's interest** | BORROWER | MERCEDES-BENZ FINANCIAL SERVICES USA LLC |
| | **State the term remaining** | 09/14/2023 | 13650 HERITAGE PARKWAY FORT WORTH TX 76177 |
| | **List the contract number of any government contract** | _____ | |

| 2.870. | **Title of contract** | NOTE AND SECURITY AGREEMENT (MULTI-STATE) | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LEASE AGREEMENT | |
| | **Nature of debtor's interest** | BORROWER | MERCEDES-BENZ FINANCIAL SERVICES USA LLC |
| | **State the term remaining** | 10/20/2025 | 13650 HERITAGE PARKWAY FORT WORTH TX 76177 |
| | **List the contract number of any government contract** | _____ | |

| 2.871. | **Title of contract** | NOTE AND SECURITY AGREEMENT (MULTI-STATE) | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LEASE AGREEMENT | |
| | **Nature of debtor's interest** | BORROWER | MERCEDES-BENZ FINANCIAL SERVICES USA LLC |
| | **State the term remaining** | 12/08/2023 | 13650 HERITAGE PARKWAY FORT WORTH TX 76177 |
| | **List the contract number of any government contract** | _____ | |

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| | | | |
|---|---|---|---|
| 2.872. | **Title of contract** | LEASE AGREEENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | ROCHESTER TERMINAL # 51 REAL PROPERTY LEASE - 50 LUISE STREET, ROCHESTER, NY 14606 | |
| | **Nature of debtor's interest** | LESSEE | MERCOHEN CORP C/O AMZ MANAGEMENT LLC 1-71 NORTH AVENUE EAST ELIZABETH NJ 07201 |
| | **State the term remaining** | 6/30/2010 | |
| | **List the contract number of any government contract** | _____ | |

| | | | |
|---|---|---|---|
| 2.873. | **Title of contract** | LEASE AGREEENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | MERIDEN TERMINAL # 16 REAL PROPERTY LEASE | |
| | **Nature of debtor's interest** | LESSEE | MERI PROPERTIES LLC C/O AMZ MANAGEMENT LLC 1-71 NORTH AVENUE EAST ELIZABETH NJ 07201 |
| | **State the term remaining** | 12/31/2026 | |
| | **List the contract number of any government contract** | _____ | |

| | | | |
|---|---|---|---|
| 2.874. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | METTLER TOLERDO LLC METTLER - TOLEDO LLC 5100 POPLAR AVE 15TH MEMPHIS TN 38137-5015 |
| | **State the term remaining** | DATED: 03/27/18 | |
| | **List the contract number of any government contract** | _____ | |

| | | | |
|---|---|---|---|
| 2.875. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | MEVOTECH LP 151 JOHN JAMES AUDUB AMHERST NY 14228-1111 |
| | **State the term remaining** | DATED: 01/13/17 | |
| | **List the contract number of any government contract** | _____ | |

| | | | |
|---|---|---|---|
| 2.876. | **Title of contract** | SECOND AMENDMENT TO LEASE OF 1919 AND 2001 PLANTATION RD, ROANOKE, VA | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | ROANOKE TERMINAL # 44 REAL PROPERTY LEASE - 1919 PLANTATION ROAD NE, ROANOKE, VA 24012 | |
| | **Nature of debtor's interest** | LESSEE | MG ROANOKE/PLANTATION LLC JOHN L. CROWLEY 5607 GROVE AVENUE RICHMOND VA 23226 |
| | **State the term remaining** | 12/31/2020 | |
| | **List the contract number of any government contract** | _____ | |

Debtor  **New England Motor Freight, Inc.**                                                    Case number *(if known)* **19-12809**

| 2.877. | Title of contract | CUSTOMER CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CUSTOMER CONTRACT | |
| | Nature of debtor's interest | CUSTOMER | MICHAEL HALEBIAN |
| | State the term remaining | DATED: 02/06/19 | MICHAEL HALEBIAN & C |
| | | | 30 VILLAGE COURT |
| | List the contract number of any government contract | _____ | HAZLET NJ 07730-1533 |

| 2.878. | Title of contract | CUSTOMER CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CUSTOMER CONTRACT | |
| | Nature of debtor's interest | CUSTOMER | MIDLAND POWER |
| | State the term remaining | DATED: 06/13/17 | 376 MAGNETIC DRIVE |
| | | | TORONTO ON M3M0A9 |
| | List the contract number of any government contract | _____ | CANADA |

| 2.879. | Title of contract | CUSTOMER CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CUSTOMER CONTRACT | |
| | Nature of debtor's interest | CUSTOMER | MIDWEST AIR TECHNOLOGIES |
| | State the term remaining | DATED: 04/03/18 | MIDWEST AIR TECH |
| | | | 741 WAGON STE #3 |
| | List the contract number of any government contract | _____ | NEW LENOX IL 60451-1357 |

| 2.880. | Title of contract | INTERLINE DIVISION AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | TRAILER INTERCHANGE AGREEMENT | |
| | Nature of debtor's interest | CONTRACTOR - INTERCHANGE AGMT | MIDWEST MOTOR EXPRESS, INC. |
| | State the term remaining | _____ | KRISTIN JANGULA |
| | | | PO BOX 1058 |
| | List the contract number of any government contract | _____ | BISMARCK ND 58502-1058 |

| 2.881. | Title of contract | INTERLINE DIVISION AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | TRAILER INTERCHANGE AGREEMENT | |
| | Nature of debtor's interest | CONTRACTOR - INTERCHANGE AGMT | MIDWEST MOTOR EXPRESS, INC. |
| | State the term remaining | _____ | KRISTIN JANGULA |
| | | | PO BOX 1058 |
| | List the contract number of any government contract | _____ | BISMARCK ND 58502-1058 |

Debtor    **New England Motor Freight, Inc.**                                                     Case number *(if known)* **19-12809**

| 2.882. | **Title of contract** | INTERLINE DIVISION AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | TRAILER INTERCHANGE AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACTOR - INTERCHANGE AGMT | MIDWEST MOTOR EXPRESS, INC. |
| | **State the term remaining** | | KRISTIN JANGULA |
| | | | PO BOX 1058 |
| | **List the contract number of any government contract** | | BISMARCK ND 58502-1058 |

| 2.883. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | MILBANK |
| | **State the term remaining** | DATED: 07/16/16 | MILBANK MFG CO |
| | | | P O BOX 11250 |
| | **List the contract number of any government contract** | | OVERLAND PARK KS 66207-1250 |

| 2.884. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | MILTON CAT |
| | **State the term remaining** | DATED: 04/14/16 | P O BOX 1010 |
| | | | NASHUA NH 03061-1010 |
| | **List the contract number of any government contract** | | |

| 2.885. | **Title of contract** | LEASE AGREEENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | WILLIAMSPORT TERMINAL # 62 REAL PROPERTY LEASE - 110 SODOM ROAD, MILTON, PA 17847 | |
| | **Nature of debtor's interest** | LESSEE | MILTON PROPERTIES LP |
| | **State the term remaining** | 12/31/2018 | C/O AMZ MANAGEMENT LLC |
| | | | 1-71 NORTH AVENUE EAST |
| | **List the contract number of any government contract** | | ELIZABETH NJ 07201 |

| 2.886. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | MITSUBISHI MOTOR |
| | **State the term remaining** | DATED: 11/22/16 | MITSUBISHI MOTOR NOR |
| | | | 405 E 78TH STREET |
| | **List the contract number of any government contract** | | BLOOMINGTON MN 55420-1251 |

Debtor    **New England Motor Freight, Inc.**                                      Case number *(if known)* **19-12809**

| 2.887. | Title of contract | CUSTOMER CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CUSTOMER CONTRACT | |
| | Nature of debtor's interest | CUSTOMER | MKT METAL MFG |
| | State the term remaining | DATED: 06/07/18 | 305 SOUTH MAPLE AVE |
| | List the contract number of any government contract | _____ | GREENSBURG PA 15601-3218 |

| 2.888. | Title of contract | CUSTOMER CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CUSTOMER CONTRACT | |
| | Nature of debtor's interest | CUSTOMER | MOD PAC CORP |
| | State the term remaining | DATED: 06/25/15 | MOD PAC CORPORATION |
| | | | P O BOX 100 |
| | List the contract number of any government contract | _____ | RANSOMVILLE NY 14131-0100 |

| 2.889. | Title of contract | CUSTOMER CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CUSTOMER CONTRACT | |
| | Nature of debtor's interest | CUSTOMER | MOHAWK RUBBER |
| | State the term remaining | DATED: 10/28/16 | MOHAWK RUBBER INC |
| | | | 130 NEW BOSTON ST |
| | List the contract number of any government contract | _____ | WOBURN MA 01801-6275 |

| 2.890. | Title of contract | CUSTOMER CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CUSTOMER CONTRACT | |
| | Nature of debtor's interest | CUSTOMER | MONSTER ENERGY |
| | State the term remaining | DATED: 10/13/15 | 4115 GUARDIAN ST #D |
| | | | SIMI VALLEY CA 93063-3382 |
| | List the contract number of any government contract | _____ | |

| 2.891. | Title of contract | CUSTOMER CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CUSTOMER CONTRACT | |
| | Nature of debtor's interest | CUSTOMER | MOOG CONTROLS IND DV |
| | State the term remaining | DATED: 06/25/15 | MOOG INC |
| | | | P O BOX 100 |
| | List the contract number of any government contract | _____ | RANSOMVILLE NY 14131-0100 |

Debtor   **New England Motor Freight, Inc.**                                                    Case number *(if known)* **19-12809**

| 2.892. | Title of contract | CUSTOMER CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| | State what the contract or lease is for | CUSTOMER CONTRACT | |
| | Nature of debtor's interest | CUSTOMER | MOUNTAIN LAUREL SPIR |
| | State the term remaining | DATED: 06/25/15 | 114-668 STONY HILL R |
| | List the contract number of any government contract | _____ | YARDLEY PA 19067 |

| 2.893. | Title of contract | CUSTOMER CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| | State what the contract or lease is for | CUSTOMER CONTRACT | |
| | Nature of debtor's interest | CUSTOMER | MULITCELL NORTH |
| | State the term remaining | DATED: 03/17/17 | MULTICELL NORTH |
| | | | 1000 WINDHAM PARKWAY |
| | List the contract number of any government contract | _____ | BOLINGBROOK IL 60490-3507 |

| 2.894. | Title of contract | CUSTOMER CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| | State what the contract or lease is for | CUSTOMER CONTRACT | |
| | Nature of debtor's interest | CUSTOMER | MULITCELL NORTH |
| | State the term remaining | DATED: 03/17/17 | MULTICELL PACKAGING |
| | | | P O BOX 932721 |
| | List the contract number of any government contract | _____ | CLEVELAND OH 44193-0015 |

| 2.895. | Title of contract | CUSTOMER CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| | State what the contract or lease is for | CUSTOMER CONTRACT | |
| | Nature of debtor's interest | CUSTOMER | NALCO CO |
| | State the term remaining | DATED: 03/17/17 | P O BOX 19749 DEPT 4 |
| | | | CHARLOTTE NC 28219-9749 |
| | List the contract number of any government contract | _____ | |

| 2.896. | Title of contract | LEASE AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| | State what the contract or lease is for | ALBANY TERMINAL # 56 REAL PROPERTY LEASE - 4315 ALBANY STREET, COLONIE, NY 12205 | |
| | Nature of debtor's interest | LESSEE | NANCY SB CORP. |
| | State the term remaining | 12/31/2019 | C/O MYRON P. SHEVELL |
| | | | 1-71 NORTH AVENUE EAST |
| | List the contract number of any government contract | _____ | ELIZABETH NJ 07201 |

Debtor   **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| | | |
|---|---|---|
| 2.897. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |

2.897.  **Title of contract**          CUSTOMER CONTRACT

**State what the contract or lease is for**          CUSTOMER CONTRACT

**Nature of debtor's interest**          CUSTOMER

**State the term remaining**          DATED: 10/24/16

**List the contract number of any government contract**          _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

NATCO HOME GROUP
P O BOX 9133
CHELSEA MA 02150-9133

---

2.898.  **Title of contract**          CUSTOMER CONTRACT

**State what the contract or lease is for**          CUSTOMER CONTRACT

**Nature of debtor's interest**          CUSTOMER

**State the term remaining**          DATED: 02/06/16

**List the contract number of any government contract**          _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

NATIONAL CONTAINER
N C G
CHRLTL
1840 N MARCEY STREE
CHICAGO IL 60614-4820

---

2.899.  **Title of contract**          TRUCKER LIABILITY - EXCESS

**State what the contract or lease is for**          POLICY NO. 42RLO30354302

**Nature of debtor's interest**          INSURED

**State the term remaining**          4/10/2019

**List the contract number of any government contract**          _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

NATIONAL FIRE & MARINE
INSURANCE
1314 DOUGLAS STREET, SUITE 1400
OMAHA NE 68102-1944

---

2.900.  **Title of contract**          COMMERCIAL RETAINED LIMI LIABILITY WITH POLICY NO. 42- RLO- 303543- 02

**State what the contract or lease is for**          INSURANCE CONTRACT

**Nature of debtor's interest**          INSURED

**State the term remaining**          EFFECTIVE APRIL 10, 2018 EXPIRES APRIL 10, 2019

**List the contract number of any government contract**          _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

NATIONAL FIRE & MARINE
INSURANCE COMPANY
1314 DOUGLAS ST.,STE 1400
OMAHA NE 68102-1944

---

2.901.  **Title of contract**          CUSTOMER CONTRACT

**State what the contract or lease is for**          CUSTOMER CONTRACT

**Nature of debtor's interest**          CUSTOMER

**State the term remaining**          DATED: 08/11/16

**List the contract number of any government contract**          _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

NATIONAL FREIGHT SERVICES
ABALINE
34 FRANKLIN AVE #315
BROOKLYN NY 11205-1223

Debtor   **New England Motor Freight, Inc.**                                        Case number *(if known)* **19-12809**

| 2.902. | Title of contract | CUSTOMER CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CUSTOMER CONTRACT | |
| | Nature of debtor's interest | CUSTOMER | NATIONAL FREIGHT SERVICES AMERIDERM 145 ROSS ST BROOKLYN NY 11211-7718 |
| | State the term remaining | DATED: 08/11/16 | |
| | List the contract number of any government contract | _____ | |

| 2.903. | Title of contract | CUSTOMER CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CUSTOMER CONTRACT | |
| | Nature of debtor's interest | CUSTOMER | NATIONAL FREIGHT SERVICES PIONEER 34 FRANKLIN AVE #315 BROOKLYN NY 11205-1223 |
| | State the term remaining | DATED: 08/11/16 | |
| | List the contract number of any government contract | _____ | |

| 2.904. | Title of contract | CUSTOMER CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CUSTOMER CONTRACT | |
| | Nature of debtor's interest | CUSTOMER | NATIONAL FREIGHT SERVICES SHIELDLINE 34 FRANKLIN AVE #315 BROOKLYN NY 11205-1223 |
| | State the term remaining | DATED: 08/11/16 | |
| | List the contract number of any government contract | _____ | |

| 2.905. | Title of contract | UMBRELLA - EXCESS (5TH) | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | POLICY NO. SHX00049055965 | |
| | Nature of debtor's interest | INSURED | NATIONAL SURETY CORP 225 W WASHINGTON ST STE 1800 CHICAGO IL 60606 |
| | State the term remaining | 4/10/2019 | |
| | List the contract number of any government contract | _____ | |

| 2.906. | Title of contract | D&O/EPL/FID | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | POLICY NO. 28804753 | |
| | Nature of debtor's interest | INSURED | NATIONAL UNION FIRE INS CO OF PITTSBURG, PA 175 WATER ST NEW YORK NY 10038-4969 |
| | State the term remaining | 11/20/2019 | |
| | List the contract number of any government contract | _____ | |

Debtor    **New England Motor Freight, Inc.**                                                    Case number *(if known)* **19-12809**

| 2.907. | **Title of contract** | AGREEMENT WITH POLICY NO. 02-778-08-87 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | INSURANCE CONTRACT | |
| | **Nature of debtor's interest** | INSURED | NATIONAL UNION FIRE INSURANCE COMPANY |
| | **State the term remaining** | EFFECTIVE NOV 20, 2018 EXPIRES NOV 20, 2019 | 175 WATER STREET NEW YORK NY 10038-4969 |
| | **List the contract number of any government contract** | _____ | |

| 2.908. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | NATL NAIL CORP |
| | **State the term remaining** | DATED: 06/25/15 | 360 W BUTTERFIELD RD ELMHURST IL 60126-5068 |
| | **List the contract number of any government contract** | _____ | |

| 2.909. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | NATL PUBLIC SEATING |
| | **State the term remaining** | DATED: 05/17/18 | 372 E KENNEDY BLVD LAKEWOOD NJ 08701-1434 |
| | **List the contract number of any government contract** | _____ | |

| 2.910. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | NEON ENGINEERING |
| | **State the term remaining** | DATED: 08/04/17 | 10558 TACONIC TERRAC CINCINNATI OH 45215-1125 |
| | **List the contract number of any government contract** | _____ | |

| 2.911. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | NER MITSVAH INC |
| | **State the term remaining** | DATED: 08/23/16 | 145 ROSS ST BROOKLYN NY 11211-7718 |
| | **List the contract number of any government contract** | _____ | |

Debtor    **New England Motor Freight, Inc.**                                                    Case number *(if known)* **19-12809**

| | | | |
|---|---|---|---|
| 2.912. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | NEW ENGLAND COFFEE |
| | **State the term remaining** | DATED: 01/18/19 | 400 POYDRAS ST 10TH |
| | **List the contract number of any government contract** | _____ | NEW ORLEANS LA 70130-3245 |

| | | | |
|---|---|---|---|
| 2.913. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | NEW HAMPSHIRE BALL |
| | **State the term remaining** | DATED: 06/25/15 | TECH LOGISTICS |
| | **List the contract number of any government contract** | _____ | 300 ELM ST #1<br>MILFORD NH 03055-4715 |

| | | | |
|---|---|---|---|
| 2.914. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | NEW HAMPSHIRE BALL |
| | **State the term remaining** | DATED: 09/19/17 | N H B B<br>TECH LOGISTICS |
| | **List the contract number of any government contract** | _____ | 300 ELM ST #1<br>MILFORD NH 03055-4715 |

| | | | |
|---|---|---|---|
| 2.915. | **Title of contract** | WORKERS COMPENSATION | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | POLICY NO. WC-NJ W21713-3-18 | |
| | **Nature of debtor's interest** | INSURED | NEW JERSEY MANUFACTURERS INS. |
| | **State the term remaining** | 12/31/2019 | 301 SULLIVAN WAY |
| | **List the contract number of any government contract** | _____ | WEST TRENTON NJ 08628 |

| | | | |
|---|---|---|---|
| 2.916. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | NICHOLS PORTLAND CTL |
| | **State the term remaining** | DATED: 10/22/18 | NICHOLS PORTLAND<br>P O BOX 1010 |
| | **List the contract number of any government contract** | _____ | NASHUA NH 03061-1010 |

Debtor    **New England Motor Freight, Inc.**                                              Case number *(if known)* **19-12809**

| | | | |
|---|---|---|---|
| 2.917. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | NIPPON EXPRESS |
| | **State the term remaining** | DATED: 06/25/15 | NY OCEAN CARGO #201 |
| | **List the contract number of any government contract** | _____ | SECAUCUS NJ 07094-2302 |

| | | | |
|---|---|---|---|
| 2.918. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | NISSIN FOODS CO YUSEN LOGISTICS |
| | **State the term remaining** | DATED: 11/13/18 | NISSIN FOODS P O BOX 3477 |
| | **List the contract number of any government contract** | _____ | CORDOVA TN 38088-3477 |

| | | | |
|---|---|---|---|
| 2.919. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | NITTO DENKO AMER |
| | **State the term remaining** | DATED: 06/14/18 | NITTO DENKO AMERICA P O BOX 270509 |
| | **List the contract number of any government contract** | _____ | SAINT LOUIS MO 63127-0509 |

| | | | |
|---|---|---|---|
| 2.920. | **Title of contract** | CERTIFICATE OF WORKERS COMPENSATION INSURANCE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | WORKERS COMPENSATION INSURANCE | |
| | **Nature of debtor's interest** | INSURED | NJM INSURANCE GROUP 301 SULLIVAN WAY |
| | **State the term remaining** | 12/31/2019 | WEST TRENTON NJ 08628 |
| | **List the contract number of any government contract** | _____ | |

| | | | |
|---|---|---|---|
| 2.921. | **Title of contract** | LEASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | JOLIET TERMINAL # 39 REAL PROPERTY LEASE | |
| | **Nature of debtor's interest** | LESSEE | NORTH AMERICAN TERMINALS 23348 W EAMES |
| | **State the term remaining** | 8/14/2023 | CHANNAHON IL 60410 |
| | **List the contract number of any government contract** | _____ | |

Debtor   **New England Motor Freight, Inc.**                                                   Case number *(if known)* **19-12809**

| 2.922. | **Title of contract** | LEASE AGREEENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ELIZABETH TERMINAL # 01 REAL PROPERTY LEASE -1-71 NORTH AVENUE EAST, ELIZABETH, NJ 07201-2958 | |
| | **Nature of debtor's interest** | LESSEE | NORTH AVENUE EAST LLC |
| | **State the term remaining** | 5/31/2024 | C/O AMZ MANAGEMENT LLC 1-71 NORTH AVENUE EAST ELIZABETH NJ 07201 |
| | **List the contract number of any government contract** | _____ | |

| 2.923. | **Title of contract** | LEASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | BOSTON TERMINAL # 03 REAL PROPERTY LEASE - 90 CONCORD ST., NORTH READING, MA 01864-2607 | |
| | **Nature of debtor's interest** | LESSEE | NORTH RED TRUCK CORP. |
| | **State the term remaining** | 12/31/2019 | C/O MYRON P. SHEVELL 1-71 NORTH AVENUE EAST ELIZABETH NJ 07201 |
| | **List the contract number of any government contract** | _____ | |

| 2.924. | **Title of contract** | LETTER OF EXTENSION | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | REAL PROPERTY LEASE - RD #1 (PARCEL 00-008-024A), TOWNSHIP OF DELAWARE, WATSONTOWN, PA 17777 | |
| | **Nature of debtor's interest** | LESSEE | NORTH TURBO CORPORATION |
| | **State the term remaining** | EXPIRATION 1/31/2017 | C/O AMZ MANAGEMENT LLC 1-71 NORTH AVENUE EAST ELIZABETH NJ 07201 |
| | **List the contract number of any government contract** | _____ | |

| 2.925. | **Title of contract** | LEASE AGREEENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ELKTON TERMINAL # 43 REAL PROPERTY LEASE- 3 CENTER DRIVE, NORTHEAST, MD 21901-2406 | |
| | **Nature of debtor's interest** | LESSEE | NORTHEAST COMMERCE CENTER LLC |
| | **State the term remaining** | 10/31/2027 | C/O AMZ MANAGEMENT LLC 1-71 NORTH AVENUE EAST ELIZABETH NJ 07201 |
| | **List the contract number of any government contract** | _____ | |

| 2.926. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | NORTHERN AIR SYSTEMS |
| | **State the term remaining** | DATED: 11/08/17 | P O BOX 3065 SYRACUSE NY 13220-3065 |
| | **List the contract number of any government contract** | _____ | |

Debtor    **New England Motor Freight, Inc.**                                                      Case number *(if known)* **19-12809**

| 2.927. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | NYCO |
| | **State the term remaining** | DATED: 05/06/16 | NYCO PRODUCTS CO FREEDOM LOGISTICS 360 W BUTTERFIELD RD ELMHURST IL 60126-5041 |
| | **List the contract number of any government contract** | _____ | |

| 2.928. | **Title of contract** | INTERCHANGE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | TRAILER INTERCHANGE AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACTOR - INTERCHANGE AGMT | OAK HARBOR FREIGHT LINES, INC. |
| | **State the term remaining** | DATED: 08/30/1999 | TERI RAMSDELL/J MC CRACKEN PO BOX 1469 AUBURN WA 98071-1469 |
| | **List the contract number of any government contract** | _____ | |

| 2.929. | **Title of contract** | INTERCHANGE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | TRAILER INTERCHANGE AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACTOR - INTERCHANGE AGMT | OAK HARBOR FREIGHT LINES, INC. |
| | **State the term remaining** | DATED: 08/30/1999 | TERI RAMSDELL/J MC CRACKEN PO BOX 1469 AUBURN WA 98071-1469 |
| | **List the contract number of any government contract** | _____ | |

| 2.930. | **Title of contract** | INTERCHANGE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | TRAILER INTERCHANGE AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACTOR - INTERCHANGE AGMT | OAK HARBOR FREIGHT LINES, INC. |
| | **State the term remaining** | DATED: 08/30/1999 | TERI RAMSDELL/J MC CRACKEN PO BOX 1469 AUBURN WA 98071-1469 |
| | **List the contract number of any government contract** | _____ | |

| 2.931. | **Title of contract** | INTERCHANGE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | TRAILER INTERCHANGE AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACTOR - INTERCHANGE AGMT | OAK HARBOR FREIGHT LINES, INC. |
| | **State the term remaining** | DATED: 08/30/1999 | TERI RAMSDELL/J MC CRACKEN PO BOX 1469 AUBURN WA 98071-1469 |
| | **List the contract number of any government contract** | _____ | |

Debtor    **New England Motor Freight, Inc.**                                                    Case number *(if known)* **19-12809**

---

2.932.  **Title of contract**              INTERLINE DIVISION AGREEMENT          **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

        **State what the contract or lease is for**          TRAILER INTERCHANGE AGREEMENT

        **Nature of debtor's interest**      CONTRACTOR - INTERCHANGE AGMT

        **State the term remaining**         DATED: 09/06/2006                   OAK HARBOR FREIGHT LINES, INC.
                                                                                TERI RAMSDELL/J MC CRACKEN
                                                                                PO BOX 1469
        **List the contract number of any government contract**   _____          AUBURN WA 98071-1469

---

2.933.  **Title of contract**              INTERLINE DIVISION AGREEMENT          **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

        **State what the contract or lease is for**          TRAILER INTERCHANGE AGREEMENT

        **Nature of debtor's interest**      CONTRACTOR - INTERCHANGE AGMT

        **State the term remaining**         DATED: 11/08/2004                   OAK HARBOR FREIGHT LINES, INC.
                                                                                TERI RAMSDELL/J MC CRACKEN
                                                                                PO BOX 1469
        **List the contract number of any government contract**   _____          AUBURN WA 98071-1469

---

2.934.  **Title of contract**              CUSTOMER CONTRACT                    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

        **State what the contract or lease is for**          CUSTOMER CONTRACT

        **Nature of debtor's interest**      CUSTOMER

        **State the term remaining**         DATED: 12/29/15                     ODW LOG - WIN WHOLESALE
                                                                                WINSUPPLY
                                                                                345 HIGH ST #600
        **List the contract number of any government contract**   _____          HAMILTON OH 45011-6071

---

2.935.  **Title of contract**              CUSTOMER CONTRACT                    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

        **State what the contract or lease is for**          CUSTOMER CONTRACT

        **Nature of debtor's interest**      CUSTOMER

        **State the term remaining**         DATED: 12/29/15                     ODW LOG - WIN WHOLESALE
                                                                                WINWHOLESALE
                                                                                345 HIGH ST #600
        **List the contract number of any government contract**   _____          HAMILTON OH 45011-6071

---

2.936.  **Title of contract**              CUSTOMER CONTRACT                    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

        **State what the contract or lease is for**          CUSTOMER CONTRACT

        **Nature of debtor's interest**      CUSTOMER

        **State the term remaining**         DATED: 07/07/17                     ODYSSEY LANXESS
                                                                                ARLANXEO USA LLC
                                                                                P O BOX 441326
        **List the contract number of any government contract**   _____          KENNESAW GA 30160-9527

---

Debtor    **New England Motor Freight, Inc.**                              Case number *(if known)* **19-12809**

| 2.937. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | ODYSSEY LANXESS |
| | **State the term remaining** | DATED: 07/09/18 | INTL DIOXCIDE INC |
| | **List the contract number of any government contract** | _____ | P O BOX 441326 |
| | | | KENNESAW GA 30160-9527 |

| 2.938. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | ODYSSEY LANXESS |
| | **State the term remaining** | DATED: 11/19/15 | LANXESS CORP |
| | **List the contract number of any government contract** | _____ | P O BOX 441326 |
| | | | KENNESAW GA 30160-9527 |

| 2.939. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | OFFICE DEPOT HARTE HANKS |
| | **State the term remaining** | DATED: 09/06/18 | OFFICE DEPOT |
| | **List the contract number of any government contract** | _____ | P O BOX 700367 |
| | | | DALLAS TX 75370-0367 |

| 2.940. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | OHIO FEATHER CO |
| | **State the term remaining** | DATED: 03/01/18 | OHIO FEATHER COMPANY |
| | **List the contract number of any government contract** | _____ | 1 KOVACH DR |
| | | | CINCINNATI OH 45215-1000 |

| 2.941. | **Title of contract** | LEASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | BETHPAGE TERMINAL # 14 REAL PROPERTY LEASE - 1 IMPERATORE DRIE, BETHPAGE, NY 11804 | |
| | **Nature of debtor's interest** | LESSEE | OLD BETH LLC |
| | **State the term remaining** | 12/31/2019 | C/O MYRON P. SHEVELL |
| | **List the contract number of any government contract** | _____ | 1-71 NORTH AVENUE EAST |
| | | | ELIZABETH NJ 07201 |

Debtor    **New England Motor Freight, Inc.**                                          Case number *(if known)* **19-12809**

| 2.942. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | OLD DOMINION BRUSH |
| | **State the term remaining** | DATED: 06/25/15 | P O BOX 1162 |
| | **List the contract number of any government contract** | _____ | HICKORY NC 28603-1162 |

| 2.943. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | OLYMPIA SPORTS |
| | **State the term remaining** | DATED: 02/06/18 | OLYMPIA SPORT |
| | | | P O BOX 1010 |
| | **List the contract number of any government contract** | _____ | NASHUA NH 03061-1010 |

| 2.944. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | OLYMPIA SPORTS |
| | **State the term remaining** | DATED: 06/28/17 | OLYMPIA SPORTS CENTE |
| | | | PO BOX 1010 |
| | **List the contract number of any government contract** | _____ | NASHUA NH 03061-1010 |

| 2.945. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | OLYMPIA SPORTS |
| | **State the term remaining** | DATED: 06/28/17 | PO BOX 1010 |
| | **List the contract number of any government contract** | _____ | NASHUA NH 03061-1010 |

| 2.946. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | OMEGA PRECISION |
| | **State the term remaining** | DATED: 06/25/15 | 127 W RENAISSANCE BL |
| | | | FARMINGDALE NJ 07727-4335 |
| | **List the contract number of any government contract** | _____ | |

Debtor   **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| 2.947. | Title of contract | CUSTOMER CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CUSTOMER CONTRACT | |
| | Nature of debtor's interest | CUSTOMER | ONEIDA MOLDED PLASTICS KDL ONEIDA MOLDED PLASTI P O BOX 752 CARNEGIE PA 15106-0752 |
| | State the term remaining | DATED: 10/22/18 | |
| | List the contract number of any government contract | _____ | |

| 2.948. | Title of contract | CUSTOMER CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CUSTOMER CONTRACT | |
| | Nature of debtor's interest | CUSTOMER | ONTARIO KNIFE ONTARIO KNIFE CO P O BOX 100 RANSOMVILLE NY 14131-0100 |
| | State the term remaining | DATED: 03/09/18 | |
| | List the contract number of any government contract | _____ | |

| 2.949. | Title of contract | LEASE AGREEENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | NEWBURGH TERMINAL # 52 REAL PROPERTY LEASE - 50 LOUISE ST, ROCHESTER, NY 14606 | |
| | Nature of debtor's interest | LESSEE | ORANGE TRUCK CORP C/O AMZ MANAGEMENT LLC 1-71 NORTH AVENUE EAST ELIZABETH NJ 07201 |
| | State the term remaining | 6/30/2010 | |
| | List the contract number of any government contract | _____ | |

| 2.950. | Title of contract | CUSTOMER CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CUSTOMER CONTRACT | |
| | Nature of debtor's interest | CUSTOMER | ORIGINAL FOOTWEAR CHRLTL ORIGINAL FOOTWEAR 14800 CHARLSON RD #2 EDEN PRAIRIE MN 55347-5051 |
| | State the term remaining | DATED: 01/07/19 | |
| | List the contract number of any government contract | _____ | |

| 2.951. | Title of contract | CUSTOMER CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CUSTOMER CONTRACT | |
| | Nature of debtor's interest | CUSTOMER | ORVIS 872 LEE HIGHWAY ROANOKE VA 24019-8516 |
| | State the term remaining | DATED: 03/03/16 | |
| | List the contract number of any government contract | _____ | |

Debtor    **New England Motor Freight, Inc.**                                                    Case number *(if known)* **19-12809**

| 2.952. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | OSHKOSH CORP CASS |
| | **State the term remaining** | DATED: 01/05/18 | OSHKOSH CORPORATION<br>P O BOX 17632 |
| | **List the contract number of any government contract** | _____ | SAINT LOUIS MO 63178-7632 |

| 2.953. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | OUR PETS |
| | **State the term remaining** | DATED: 01/28/19 | OUR PET'S<br>5905 BROWNSVILLE RD |
| | **List the contract number of any government contract** | _____ | PITTSBURGH PA 15236-3507 |

| 2.954. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | OXFORD INST |
| | **State the term remaining** | DATED: 12/15/17 | BRUKER-OST LLC<br>P O BOX 910 |
| | **List the contract number of any government contract** | _____ | CAPE MAY COURT HOUSE NJ<br>08210-0910 |

| 2.955. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | OXFORD INST |
| | **State the term remaining** | DATED: 12/15/17 | BRUKER-OST LLC<br>P O BOX 910 |
| | **List the contract number of any government contract** | _____ | CAPE MAY COURT HOUSE NJ<br>08210-0910 |

| 2.956. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | P D I PLASTICS BLUEGRACE |
| | **State the term remaining** | DATED: 08/30/18 | P D I PLASTICS<br>2846 S FALKENBURG RD |
| | **List the contract number of any government contract** | _____ | RIVERVIEW FL 33578-2563 |

Debtor    **New England Motor Freight, Inc.**                                                    Case number *(if known)* **19-12809**

| 2.957. | Title of contract | CUSTOMER CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CUSTOMER CONTRACT | |
| | Nature of debtor's interest | CUSTOMER | P D I PLASTICS BLUEGRACE SANECK INTL |
| | State the term remaining | DATED: 08/30/18 | 2846 S FAULKENBURG R RIVERVIEW FL 33578-2563 |
| | List the contract number of any government contract | _____ | |

| 2.958. | Title of contract | CUSTOMER CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CUSTOMER CONTRACT | |
| | Nature of debtor's interest | CUSTOMER | P L S LOGISTICS SERV P L S LOGISTICS SVCS |
| | State the term remaining | DATED: 06/25/15 | 3120 UNIONVILLE RD CRANBERRY TWP PA 16066-3437 |
| | List the contract number of any government contract | _____ | |

| 2.959. | Title of contract | CUSTOMER CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CUSTOMER CONTRACT | |
| | Nature of debtor's interest | CUSTOMER | P L S LOGISTICS SERV P L S LOGISTICS SVCS |
| | State the term remaining | DATED: 06/25/15 | 3120 UNIONVILLE RD CRANBERRY TWP PA 16066-3437 |
| | List the contract number of any government contract | _____ | |

| 2.960. | Title of contract | INTERLINE AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | TRAILER INTERCHANGE AGREEMENT | |
| | Nature of debtor's interest | CONTRACTOR - INTERCHANGE AGMT | PACIFIC ALASKA FREIGHTWAYS, INC |
| | State the term remaining | EFFECTIVE DATE: 01/01/2011 | 2812-70TH AVE E FIFE WA 98424 |
| | List the contract number of any government contract | _____ | |

| 2.961. | Title of contract | INTERLINE AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | TRAILER INTERCHANGE AGREEMENT | |
| | Nature of debtor's interest | CONTRACTOR - INTERCHANGE AGMT | PACIFIC ALASKA FREIGHTWAYS, INC |
| | State the term remaining | EFFECTIVE DATE: 01/01/2011 | 2812-70TH AVE E FIFE WA 98424 |
| | List the contract number of any government contract | _____ | |

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| 2.962. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | PACKAGING GRAPHICS P O BOX 23000 HICKORY NC 28603-0230 |
| | **State the term remaining** | DATED: 03/23/16 | |
| | **List the contract number of any government contract** | _____ | |

| 2.963. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | PACKAGING WHOLESALERS MIHLFELD ASSOC PACKAGING WHOLESALER P O BOX 3928 SPRINGFIELD MO 65808-3928 |
| | **State the term remaining** | DATED: 10/26/18 | |
| | **List the contract number of any government contract** | _____ | |

| 2.964. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | PACKAGING WHOLESALERS MIHLFELD ASSOC PACKAGING WHOLESALER P O BOX 3928 SPRINGFIELD MO 65808-3928 |
| | **State the term remaining** | DATED: 10/26/18 | |
| | **List the contract number of any government contract** | _____ | |

| 2.965. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | PACTIV MOBIL CHEMICAL CO P O BOX 61050 FORT MYERS FL 33908 |
| | **State the term remaining** | DATED: 03/31/16 | |
| | **List the contract number of any government contract** | _____ | |

| 2.966. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | PALEEWONG TRADING C D S LOGISTICS 1273 BOUND BROOK RD MIDDLESEX NJ 08846-1490 |
| | **State the term remaining** | DATED: 01/07/16 | |
| | **List the contract number of any government contract** | _____ | |

Debtor    **New England Motor Freight, Inc.**                                         Case number *(if known)* **19-12809**

| 2.967. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | PALEEWONG TRADING ARROWPAC 1273 BOUND BROOK RD MIDDLESEX NJ 08846-1490 |
| | **State the term remaining** | DATED: 01/09/17 | |
| | **List the contract number of any government contract** | _____ | |

| 2.968. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | PALEEWONG TRADING C D S 1273 BOUND BROOK RD, MIDDLESEX NJ 08846-1490 |
| | **State the term remaining** | DATED: 01/09/17 | |
| | **List the contract number of any government contract** | _____ | |

| 2.969. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | PALEEWONG TRADING 1273 BOUND BROOK RD MIDDLESEX NJ 08846-1490 |
| | **State the term remaining** | DATED: 01/18/16 | |
| | **List the contract number of any government contract** | _____ | |

| 2.970. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | PALEEWONG TRADING BROOK WAREHOUSE 1273 BOUND BROOK RD MIDDLESEX NJ 08846-1490 |
| | **State the term remaining** | DATED: 01/18/17 | |
| | **List the contract number of any government contract** | _____ | |

| 2.971. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | PALEEWONG TRADING U S A CONTAINER 1273 BOUND BROOK RD MIDDLESEX NJ 08846-1490 |
| | **State the term remaining** | DATED: 01/18/17 | |
| | **List the contract number of any government contract** | _____ | |

Debtor   **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| 2.972. | Title of contract | CUSTOMER CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CUSTOMER CONTRACT | |
| | Nature of debtor's interest | CUSTOMER | PALEEWONG TRADING |
| | State the term remaining | DATED: 03/05/18 | TROY CHEMICAL |
| | | | 1273 BOUND BROOK RD |
| | List the contract number of any government contract | _____ | MIDDLESEX NJ 08846-1490 |

| 2.973. | Title of contract | CUSTOMER CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CUSTOMER CONTRACT | |
| | Nature of debtor's interest | CUSTOMER | PALEEWONG TRADING |
| | State the term remaining | DATED: 12/15/17 | WORLD WIDE WAREHOUSE |
| | | | 1273 BOUND BROOK RD |
| | List the contract number of any government contract | _____ | MIDDLESEX NJ 08846-1490 |

| 2.974. | Title of contract | CUSTOMER CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CUSTOMER CONTRACT | |
| | Nature of debtor's interest | CUSTOMER | PASCO FOODS KATA LOGISTICS |
| | State the term remaining | DATED: 01/10/18 | PASCO FOODS |
| | | | P O BOX 342525 |
| | List the contract number of any government contract | _____ | AUSTIN TX 78734-0043 |

| 2.975. | Title of contract | CUSTOMER CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CUSTOMER CONTRACT | |
| | Nature of debtor's interest | CUSTOMER | PASCO INC |
| | State the term remaining | DATED: 12/16/16 | P O BOX 1747 |
| | | | LYNWOOD CA 90262-1247 |
| | List the contract number of any government contract | _____ | |

| 2.976. | Title of contract | CUSTOMER CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CUSTOMER CONTRACT | |
| | Nature of debtor's interest | CUSTOMER | PAT-TRAP |
| | State the term remaining | DATED: 06/25/15 | TECH LOGISTICS |
| | | | 300 ELM ST #1 |
| | List the contract number of any government contract | _____ | MILFORD NH 03055-4715 |

Debtor    **New England Motor Freight, Inc.**                                                                      Case number *(if known)* **19-12809**

| 2.977. | **Title of contract** | LEASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CHARLESTON TERMINAL # 04 REAL PROPERTY LEASE - 500 RIVER EAST DRIVE, BELLE, WV 25015 | |
| | **Nature of debtor's interest** | LESSEE | PCG, INC. |
| | **State the term remaining** | 4/14/2021 | C/O PAT GRANCEY PRESIDENT-FOUNDER 412 TENNESSEE AVENUE |
| | **List the contract number of any government contract** | _____ | CHARLESTON WV 25302 |

| 2.978. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | PENNY PLATE CO ADCCO |
| | **State the term remaining** | DATED: 12/28/18 | PENNY PLATE LLC 152 LYNNWAY #2-D LYNN MA 01902-3420 |
| | **List the contract number of any government contract** | _____ | |

| 2.979. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | PERFECT TURF |
| | **State the term remaining** | DATED: 07/19/18 | 1213 REMINGTON BLVD ROMEOVILLE IL 60446-6504 |
| | **List the contract number of any government contract** | _____ | |

| 2.980. | **Title of contract** | ADDENDUM TO THE TRANSPORTATION AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | TRAILER INTERCHANGE AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACTOR - INTERCHANGE AGMT | PERFORMANCE FREIGHT |
| | **State the term remaining** | DATED: 09/24/2001 | JANINE OLSON 2040 W OKLAHOMA AVE MILWAUKEE WI 53215-4444 |
| | **List the contract number of any government contract** | _____ | |

| 2.981. | **Title of contract** | INTERCHANGE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | TRAILER INTERCHANGE AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACTOR - INTERCHANGE AGMT | PERFORMANCE FREIGHT SYSTEMS, SERVICES, INC. |
| | **State the term remaining** | DATED: 08/23/1996 | JANINE OLSON 2040 W OKLAHOMA AVE MILWAUKEE WI 53215-4444 |
| | **List the contract number of any government contract** | _____ | |

Debtor    **New England Motor Freight, Inc.**                                      Case number *(if known)* **19-12809**

| 2.982. | Title of contract | CUSTOMER CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CUSTOMER CONTRACT | |
| | Nature of debtor's interest | CUSTOMER | PERKIN ELMER CORP |
| | State the term remaining | DATED: 06/25/15 | P O BOX 9202 |
| | List the contract number of any government contract | _____ | OLD BETHPAGE NY 11804-9002 |

| 2.983. | Title of contract | LEASE AGREEENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | REAL PROPERTY LEASE - 34 PERRY ROAD, BANGOR, ME 04401 | |
| | Nature of debtor's interest | LESSEE | PERRY ROAD LLC |
| | State the term remaining | 12/31/2018 | C/O AMZ MANAGEMENT LLC |
| | List the contract number of any government contract | | 1-71 NORTH AVENUE EAST<br>ELIZABETH NJ 07201 |

| 2.984. | Title of contract | CUSTOMER CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CUSTOMER CONTRACT | |
| | Nature of debtor's interest | CUSTOMER | PET SUPPLIES PLUS |
| | State the term remaining | DATED: 03/19/18 | P S P<br>TRANSPLACE |
| | List the contract number of any government contract | _____ | P O BOX 425<br>LOWELL AR 72745-0425 |

| 2.985. | Title of contract | CUSTOMER CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CUSTOMER CONTRACT | |
| | Nature of debtor's interest | CUSTOMER | PET SUPPLIES PLUS |
| | State the term remaining | DATED: 08/09/16 | P S P DISTRIBUTION<br>TRANSPLACE |
| | List the contract number of any government contract | _____ | P O BOX 425<br>LOWELL AR 72745-0425 |

| 2.986. | Title of contract | CUSTOMER CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CUSTOMER CONTRACT | |
| | Nature of debtor's interest | CUSTOMER | PET SUPPLIES PLUS |
| | State the term remaining | DATED: 09/30/15 | TRANSPLACE<br>P O BOX 425 |
| | List the contract number of any government contract | _____ | LOWELL AR 72745-0425 |

Debtor    **New England Motor Freight, Inc.**                                          Case number *(if known)* **19-12809**

| 2.987. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | PFANNENBERG |
| | **State the term remaining** | DATED: 01/25/17 | PFANNENBERG INC P O BOX 888470 GRAND RAPIDS MI 49588-8470 |
| | **List the contract number of any government contract** | | |

| 2.988. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | PHILLIPS FEED PET SUPPLY |
| | **State the term remaining** | DATED: 12/20/17 | PHILLIPS FEED & PET P O BOX 3838 ALLENTOWN PA 18106-0838 |
| | **List the contract number of any government contract** | | |

| 2.989. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | PHOENIX ROPE |
| | **State the term remaining** | DATED: 09/19/18 | 1213 REMINGTON BLVD ROMEOVILLE IL 60446-6504 |
| | **List the contract number of any government contract** | | |

| 2.990. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | PINNACLE FOODS SIMPLIFIED |
| | **State the term remaining** | DATED: 01/24/18 | PINNACLE FOOD GROUP P O BOX 40088 BAY VILLAGE OH 44140-0088 |
| | **List the contract number of any government contract** | | |

| 2.991. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | PINNACLE FOODS SIMPLIFIED |
| | **State the term remaining** | DATED: 01/24/18 | PINNACLE FOODS P O BOX 40088 BAY VILLAGE OH 44140-0088 |
| | **List the contract number of any government contract** | | |

Debtor    **New England Motor Freight, Inc.**                                     Case number *(if known)* **19-12809**

| 2.992. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | PIONEER BOX CO |
| | **State the term remaining** | DATED: 02/04/19 | VERITIV |
| | | | 980 MAIN ST #3 |
| | **List the contract number of any government contract** | _____ | WALTHAM MA 02451-7404 |

| 2.993. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | PIONEER BOX CO |
| | **State the term remaining** | DATED: 06/25/15 | 980 MAIN ST #3 |
| | | | WALTHAM MA 02451-7404 |
| | **List the contract number of any government contract** | _____ | |

| 2.994. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | PIONEER PACKAGING |
| | **State the term remaining** | DATED: 09/12/18 | 1213 REMINGTON BLVD |
| | | | ROMEOVILLE IL 60446-6504 |
| | **List the contract number of any government contract** | _____ | |

| 2.995. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | PIPING ROCK |
| | **State the term remaining** | DATED: 09/17/18 | 30 HEMLOCK DRIVE |
| | | | CONGERS NY 10920-1402 |
| | **List the contract number of any government contract** | _____ | |

| 2.996. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | PIRELLI TIRES |
| | **State the term remaining** | DATED: 12/30/16 | P O BOX 608 |
| | | | MOUNT VERNON IN 47620-0608 |
| | **List the contract number of any government contract** | _____ | |

Debtor    **New England Motor Freight, Inc.**                                                    Case number *(if known)* **19-12809**

| 2.997. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | PITCO FRIALATOR |
| | **State the term remaining** | DATED: 02/27/17 | 300 ELM ST #1 |
| | **List the contract number of any government contract** | _____ | MILFORD NH 03055-4715 |

| 2.998. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | PITCO FRIALATOR |
| | **State the term remaining** | DATED: 02/27/17 | 300 ELM ST #1 |
| | **List the contract number of any government contract** | _____ | MILFORD NH 03055-4715 |

| 2.999. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | PITCO FRIALATOR |
| | **State the term remaining** | DATED: 12/12/18 | PITCO |
| | | | 300 ELM ST #1 |
| | **List the contract number of any government contract** | _____ | MILFORD NH 03055-4715 |

| 2.1000. | **Title of contract** | INTERCHANGE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SERVICE CONTRACT | |
| | **Nature of debtor's interest** | CARRIER | PJAX INCORPORATED |
| | **State the term remaining** | EFFECTIVE 4/16/2003 | P O BOX 1290 |
| | **List the contract number of any government contract** | _____ | GIBSONIA PA 15044 |

| 2.1001. | **Title of contract** | TRANSPORTATION SERVICE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SERVICE CONTRACT | |
| | **Nature of debtor's interest** | CARRIER | PJAX INCORPORATED |
| | **State the term remaining** | EFFECTIVE 9/1/2005 UNTIL 8/31/2006 | SCOTT COOPER,TRAFFIC MGR |
| | | | P O BOX 1290 |
| | **List the contract number of any government contract** | _____ | GIBSONIA PA 15044 |

Debtor    **New England Motor Freight, Inc.**                                              Case number *(if known)* **19-12809**

---

2.1002.  **Title of contract**                TRANSPORTATION SERVICE AGREEMENT        **State the name and mailing address
for all other parties with whom the
debtor has an executory contract or
unexpired lease**

         **State what the contract or**       SERVICE CONTRACT
         **lease is for**

         **Nature of debtor's interest**      CARRIER                                  PJAX INCORPORATED
                                                                                       SCOTT COOPER,TRAFFIC MGR
         **State the term remaining**         EFFECTIVE 9/19/2005 UNTIL 9/18/2006      P O BOX 1290
                                                                                       GIBSONIA PA 15044
         **List the contract number of**      _____
         **any government contract**

---

2.1003.  **Title of contract**                CUSTOMER CONTRACT                        **State the name and mailing address
for all other parties with whom the
debtor has an executory contract or
unexpired lease**

         **State what the contract or**       CUSTOMER CONTRACT
         **lease is for**

         **Nature of debtor's interest**      CUSTOMER                                 PLEASANTMOUNT WELDING
                                                                                       PLEASANT MOUNT WELDI
         **State the term remaining**         DATED: 03/23/18                          A F S
                                                                                       P O BOX 18170
         **List the contract number of**      _____         SHREVEPORT LA 71138-1170
         **any government contract**

---

2.1004.  **Title of contract**                CUSTOMER CONTRACT                        **State the name and mailing address
for all other parties with whom the
debtor has an executory contract or
unexpired lease**

         **State what the contract or**       CUSTOMER CONTRACT
         **lease is for**

         **Nature of debtor's interest**      CUSTOMER                                 PLEASANTMOUNT WELDING
                                                                                       PLEASANT MOUNT WELDI
         **State the term remaining**         DATED: 09/19/15                          A F S
                                                                                       P O BOX 18170
         **List the contract number of**      _____         SHREVEPORT LA 71138-1170
         **any government contract**

---

2.1005.  **Title of contract**                CUSTOMER CONTRACT                        **State the name and mailing address
for all other parties with whom the
debtor has an executory contract or
unexpired lease**

         **State what the contract or**       CUSTOMER CONTRACT
         **lease is for**

         **Nature of debtor's interest**      CUSTOMER                                 PLEASANTMOUNT WELDING
                                                                                       PLEASANT MOUNT WELDI
         **State the term remaining**         DATED: 09/19/15                          AFS LOGISTICS
                                                                                       P O BOX 18170
         **List the contract number of**      _____         SHREVEPORT LA 71138-1170
         **any government contract**

---

2.1006.  **Title of contract**                CUSTOMER CONTRACT                        **State the name and mailing address
for all other parties with whom the
debtor has an executory contract or
unexpired lease**

         **State what the contract or**       CUSTOMER CONTRACT
         **lease is for**

         **Nature of debtor's interest**      CUSTOMER                                 PLEATCO TRANS INSIGHT
                                                                                       PLEATCO
         **State the term remaining**         DATED: 08/16/17                          P O BOX 23000
                                                                                       HICKORY NC 28603-0230
         **List the contract number of**      _____
         **any government contract**

---

Debtor   **New England Motor Freight, Inc.**                                                    Case number *(if known)* **19-12809**

2.1007.  **Title of contract**            CUSTOMER CONTRACT                      **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**    CUSTOMER CONTRACT

**Nature of debtor's interest**    CUSTOMER

**State the term remaining**    DATED: 08/03/18                      PLUG POWER
P O BOX 100
RANSOMVILLE NY 14131-0100

**List the contract number of any government contract**    _____

2.1008.  **Title of contract**            CUSTOMER CONTRACT                      **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**    CUSTOMER CONTRACT

**Nature of debtor's interest**    CUSTOMER

**State the term remaining**    DATED: 02/13/18                      POLAR PAK
60 EMILIEN-MARCOUX
BLAINVILLE QC J7C0B5

**List the contract number of any government contract**    _____

2.1009.  **Title of contract**            CUSTOMER CONTRACT                      **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**    CUSTOMER CONTRACT

**Nature of debtor's interest**    CUSTOMER

**State the term remaining**    DATED: 11/13/15                      POLYOK - DRT
POLYLOK
850 HELEN DRIVE
LEBANON PA 17042

**List the contract number of any government contract**    _____

2.1010.  **Title of contract**            CUSTOMER CONTRACT                      **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**    CUSTOMER CONTRACT

**Nature of debtor's interest**    CUSTOMER

**State the term remaining**    DATED: 11/13/15                      POLYOK - DRT
POLYLOK
850 HELEN DR
LEBANON PA 17042

**List the contract number of any government contract**    _____

2.1011.  **Title of contract**            CUSTOMER CONTRACT                      **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**    CUSTOMER CONTRACT

**Nature of debtor's interest**    CUSTOMER

**State the term remaining**    DATED: 06/25/15                      POMPEIAN
POMPEIAN INC
10380 N AMBASSADOR D
KANSAS CITY MO 64153-1499

**List the contract number of any government contract**    _____

Debtor    **New England Motor Freight, Inc.**                                                    Case number *(if known)* **19-12809**

2.1012.  **Title of contract**                CUSTOMER CONTRACT                              **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**          CUSTOMER CONTRACT

**Nature of debtor's interest**        CUSTOMER                                          POPCHIPS
                                                                                         2846 S FALKENBURG RD
**State the term remaining**          DATED: 09/21/18                                     RIVERVIEW FL 33578-2563

**List the contract number of any government contract**        _____

2.1013.  **Title of contract**                CUSTOMER CONTRACT                              **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**          CUSTOMER CONTRACT

**Nature of debtor's interest**        CUSTOMER                                          POWER CRUNCH A F N
                                                                                         POWER CRUNCH
**State the term remaining**          DATED: 07/24/18                                     7230 N CALDWELL AVE
                                                                                         NILES IL 60714-4502
**List the contract number of any government contract**        _____

2.1014.  **Title of contract**                CUSTOMER CONTRACT                              **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**          CUSTOMER CONTRACT

**Nature of debtor's interest**        CUSTOMER                                          POWER CRUNCH A F N
                                                                                         POWER CRUNCH
**State the term remaining**          DATED: 07/24/18                                     7230 N CALDWELL AVE
                                                                                         NILES IL 60714-4502
**List the contract number of any government contract**        _____

2.1015.  **Title of contract**                CUSTOMER CONTRACT                              **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**          CUSTOMER CONTRACT

**Nature of debtor's interest**        CUSTOMER                                          PRAISER IND TBL
                                                                                         PARISER INDUSTRIES
**State the term remaining**          DATED: 08/30/18                                     P O BOX 3838
                                                                                         ALLENTOWN PA 18106-0838
**List the contract number of any government contract**        _____

2.1016.  **Title of contract**                CUSTOMER CONTRACT                              **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**          CUSTOMER CONTRACT

**Nature of debtor's interest**        CUSTOMER                                          PRECISION ENGINEERED
                                                                                         TECH LOGISTICS
**State the term remaining**          DATED: 06/25/15                                     300 ELM ST #1
                                                                                         MILFORD NH 03055-4715
**List the contract number of any government contract**        _____

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

2.1017.    **Title of contract**              CUSTOMER CONTRACT                    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**          CUSTOMER CONTRACT

**Nature of debtor's interest**          CUSTOMER                    PRECISION ENGINEERED
                                                                     P E P BRAININ
**State the term remaining**          DATED: 09/19/17                TECH LOGISTICS
                                                                     300 ELM ST #1
**List the contract number of any government contract**    _____    MILFORD NH 03055-4715

---

2.1018.    **Title of contract**              CUSTOMER CONTRACT                    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**          CUSTOMER CONTRACT

**Nature of debtor's interest**          CUSTOMER                    PRECISION ENGINEERED
                                                                     PEP
**State the term remaining**          DATED: 10/13/15                TECH LOGISTICS
                                                                     300 ELM ST #1
**List the contract number of any government contract**    _____    MILFORD NH 03055-4715

---

2.1019.    **Title of contract**              CUSTOMER CONTRACT                    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**          CUSTOMER CONTRACT

**Nature of debtor's interest**          CUSTOMER                    PRECISION ENGINEERED
                                                                     N N INC
**State the term remaining**          DATED: 11/22/17                TECH LOGISTICS
                                                                     300 ELM ST #1
**List the contract number of any government contract**    _____    MILFORD NH 03055-4715

---

2.1020.    **Title of contract**              CUSTOMER CONTRACT                    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**          CUSTOMER CONTRACT

**Nature of debtor's interest**          CUSTOMER                    PRECISION ENGINEERED
                                                                     PEP-BRAININ
**State the term remaining**          DATED: 11/22/17                TECH LOGISTICS
                                                                     300 ELM ST #1
**List the contract number of any government contract**    _____    MILFORD NH 03055-4715

---

2.1021.    **Title of contract**              CUSTOMER CONTRACT                    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**          CUSTOMER CONTRACT

**Nature of debtor's interest**          CUSTOMER                    PREMIER PAINT ROLLER
                                                                     30 VILLAGE CT
**State the term remaining**          DATED: 09/26/17                HAZLET NJ 07730-1533

**List the contract number of any government contract**    _____

---

Debtor    **New England Motor Freight, Inc.**                                                          Case number *(if known)* **19-12809**

2.1022. **Title of contract**                    CUSTOMER CONTRACT                    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

       **State what the contract or lease is for**        CUSTOMER CONTRACT

       **Nature of debtor's interest**        CUSTOMER

       **State the term remaining**        DATED: 10/16/15        PRINCE CASTLE
       1601 ESTES AVE
       ELK GROVE VILLAGE IL 60007-5409

       **List the contract number of any government contract**        _____

2.1023. **Title of contract**                    CUSTOMER CONTRACT                    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

       **State what the contract or lease is for**        CUSTOMER CONTRACT

       **Nature of debtor's interest**        CUSTOMER

       **State the term remaining**        DATED: 06/25/15        PRIVATE LABEL SPECIA
       PRIVATE LABEL
       980 MAIN ST #3
       WALTHAM MA 02451-7404

       **List the contract number of any government contract**        _____

2.1024. **Title of contract**                    CUSTOMER CONTRACT                    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

       **State what the contract or lease is for**        CUSTOMER CONTRACT

       **Nature of debtor's interest**        CUSTOMER

       **State the term remaining**        DATED: 06/25/15        PRIVATE LABEL SPECIA
       930 MAIN ST #3
       WALTHAM MA 02451-7421

       **List the contract number of any government contract**        _____

2.1025. **Title of contract**                    CUSTOMER CONTRACT                    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

       **State what the contract or lease is for**        CUSTOMER CONTRACT

       **Nature of debtor's interest**        CUSTOMER

       **State the term remaining**        DATED: 01/09/17        PRO TRANS
       PRO TRANS INT'L CONS
       PO BOX 42069
       INDIANAPOLIS IN 46242-0069

       **List the contract number of any government contract**        _____

2.1026. **Title of contract**                    CUSTOMER CONTRACT                    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

       **State what the contract or lease is for**        CUSTOMER CONTRACT

       **Nature of debtor's interest**        CUSTOMER

       **State the term remaining**        DATED: 09/19/17        PRO TRANS
       PRO TRANS INTL CONS
       P O BOX 42069
       INDIANAPOLIS IN 46242-0069

       **List the contract number of any government contract**        _____

Debtor    **New England Motor Freight, Inc.**                                      Case number *(if known)* **19-12809**

| | | |
|---|---|---|
| 2.1027. | **Title of contract** | CONFIRMATION OF COVERAGE BOUND FOR BINDER NO. 6879200 |

| | | |
|---|---|---|
| | **State what the contract or lease is for** | INSURANCE CONTRACT |
| | **Nature of debtor's interest** | INSURED |
| | **State the term remaining** | EFFECTIVE NOV 20, 2018 |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

PROFESSIONAL INSURANCE CONCEPTS
A DIV OF CRC INSURANCE SERVICES INC
389 INTERSPACE PARKWAY, 4TH FLOOR
PARSIPPANY NJ 07054

| | | |
|---|---|---|
| 2.1028. | **Title of contract** | CUSTOMER CONTRACT |
| | **State what the contract or lease is for** | CUSTOMER CONTRACT |
| | **Nature of debtor's interest** | CUSTOMER |
| | **State the term remaining** | DATED: 11/22/17 |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

PROSTAR
IMEX GLOBAL SOLUTION
5160 WILEY POST WAY
SALT LAKE CITY UT 84116-2833

| | | |
|---|---|---|
| 2.1029. | **Title of contract** | SALES AGREEMENT FOR EQUIPMENT CHARGES |
| | **State what the contract or lease is for** | SALES CONTRACT |
| | **Nature of debtor's interest** | CUSTOMER |
| | **State the term remaining** | _____ |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

PROTECTION ONE
ALARM MONITORING INC
PO BOX 219044
KANSAS CITY MO 64121-9044

| | | |
|---|---|---|
| 2.1030. | **Title of contract** | MOTOR CARRIER PUBLIC LIABILITY SURETY BOND WITH OMB NO.2126-0008 |
| | **State what the contract or lease is for** | SURETY CONTRACT |
| | **Nature of debtor's interest** | MOTOR CARRIER |
| | **State the term remaining** | 1/31/2020 |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

PROTECTIVE INSURANCE COMPANY
EDWIN MCDOW
111 CONGRESSIONAL BLVD
CARMEL IN 46032

| | | |
|---|---|---|
| 2.1031. | **Title of contract** | LARGE FLEET TRUCKING EXCESS CONTRACT (X-1964-17) |
| | **State what the contract or lease is for** | INSURANCE CONTRACT |
| | **Nature of debtor's interest** | INSURED |
| | **State the term remaining** | 4/10/2019 |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

PROTECTIVE INSURANCE COMPANY
111 CONGRESSIONAL BLVD STE 500
CARMEL IN 46032

Debtor   **New England Motor Freight, Inc.**                                                        Case number *(if known)* **19-12809**

| | | |
|---|---|---|
| 2.1032. | **Title of contract** | COLLATERAL AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |

2.1032. **Title of contract** — COLLATERAL AGREEMENT

**State what the contract or lease is for** — INDEMNITY CONTRACT

**Nature of debtor's interest** — PRINCIPAL

**State the term remaining** — EFFECTIVE FEB 10, 2002

**List the contract number of any government contract** — _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

PROTECTIVE INSURANCE COMPANY
1099 NORTH MERIDIAN ST
INDIANAPOLIS IN 46204

---

2.1033. **Title of contract** — GENERAL AGREEMENT OF INDEMNITY

**State what the contract or lease is for** — INDEMNITY CONTRACT

**Nature of debtor's interest** — PRINCIPAL

**State the term remaining** — EFFECTIVE FEB 10, 2002

**List the contract number of any government contract** — _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

PROTECTIVE INSURANCE COMPANY
1099 NORTH MERIDIAN ST
INDIANAPOLIS IN 46204

---

2.1034. **Title of contract** — COLLATERAL AGREEMENT

**State what the contract or lease is for** — INDEMNIFICATION

**Nature of debtor's interest** — CONTRACT PARTY

**State the term remaining** — _____

**List the contract number of any government contract** — _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

PROTECTIVE INSURANCE COMPANY
EDWIN MCDOW
111 CONGRESSIONAL BLVD
CARMEL IN 46032

---

2.1035. **Title of contract** — GENERAL AGREEMENT OF INDEMNITY

**State what the contract or lease is for** — INDEMNIFICATION

**Nature of debtor's interest** — CONTRACT PARTY

**State the term remaining** — _____

**List the contract number of any government contract** — _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

PROTECTIVE INSURANCE COMPANY
EDWIN MCDOW
111 CONGRESSIONAL BLVD
CARMEL IN 46032

---

2.1036. **Title of contract** — SOLAR LOAN II AGREEMENT

**State what the contract or lease is for** — LOAN AGREEMENT

**Nature of debtor's interest** — BORROWER

**State the term remaining** — 02/28/2027

**List the contract number of any government contract** — _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

PUBLIC SERVICE ELECTRIC AND GAS COMPANY
ATTN: SOLAR LOAN PROGRAM ADMINISTRATOR
80 PARK PLAZA
T-8
NEWARK NJ 07012

---

Debtor   **New England Motor Freight, Inc.**                                                    Case number *(if known)* **19-12809**

---

**2.1037.** **Title of contract**               SOLAR LOAN II AGREEMENT

**State what the contract or**        LOAN AGREEMENT
**lease is for**

**Nature of debtor's interest**       BORROWER

**State the term remaining**          02/28/2027

**List the contract number of**       _____
**any government contract**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

PUBLIC SERVICE ELECTRIC AND GAS COMPANY
ATTN: SOLAR LOAN PROGRAM ADMINISTRATOR
80 PARK PLAZA
T-8
NEWARK NJ 07012

---

**2.1038.** **Title of contract**               SOLAR LOAN II AGREEMENT

**State what the contract or**        LOAN AGREEMENT
**lease is for**

**Nature of debtor's interest**       BORROWER

**State the term remaining**          09/30/2027

**List the contract number of**       _____
**any government contract**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

PUBLIC SERVICE ELECTRIC AND GAS COMPANY
ATTN: SOLAR LOAN PROGRAM ADMINISTRATOR
80 PARK PLAZA
T-8
NEWARK NJ 07012

---

**2.1039.** **Title of contract**               SOLAR LOAN II AGREEMENT

**State what the contract or**        LOAN AGREEMENT
**lease is for**

**Nature of debtor's interest**       BORROWER

**State the term remaining**          09/30/2027

**List the contract number of**       _____
**any government contract**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

PUBLIC SERVICE ELECTRIC AND GAS COMPANY
ATTN: SOLAR LOAN PROGRAM ADMINISTRATOR
80 PARK PLAZA
T-8
NEWARK NJ 07012

---

**2.1040.** **Title of contract**               CUSTOMER CONTRACT

**State what the contract or**        CUSTOMER CONTRACT
**lease is for**

**Nature of debtor's interest**       CUSTOMER

**State the term remaining**          DATED: 03/28/18

**List the contract number of**       _____
**any government contract**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

PURITY WHOLESALE GROUP
PURITY WHOLESALE GRO
5876 DARROW RD
HUDSON OH 44236-3864

---

**2.1041.** **Title of contract**               CUSTOMER CONTRACT

**State what the contract or**        CUSTOMER CONTRACT
**lease is for**

**Nature of debtor's interest**       CUSTOMER

**State the term remaining**          DATED: 09/12/15

**List the contract number of**       _____
**any government contract**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

QUAD GRAPHICS
N61 W23044 HARRYS WA
SUSSEX WI 53089

---

Debtor   **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| 2.1042. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | R B FOODS |
| | **State the term remaining** | DATED: 10/01/16 | R & B FOODS<br>P O BOX 2208 |
| | **List the contract number of any government contract** | _____ | BRENTWOOD TN 37024-2208 |

| 2.1043. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | R B FOODS |
| | **State the term remaining** | DATED: 10/01/16 | R & B FOODS<br>P O BOX 2208 |
| | **List the contract number of any government contract** | _____ | BRENTWOOD TN 37024-2208 |

| 2.1044. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | R B FOODS |
| | **State the term remaining** | DATED: 12/29/17 | MIZKAN AMERICA<br>P O BOX 2208 |
| | **List the contract number of any government contract** | _____ | BRENTWOOD TN 37024-2208 |

| 2.1045. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | R B FOODS |
| | **State the term remaining** | DATED: 12/29/17 | MIZKAN AMERICA<br>P O BOX 2208 |
| | **List the contract number of any government contract** | _____ | BRENTWOOD TN 37024-2208 |

| 2.1046. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | R C BIGELOW |
| | **State the term remaining** | DATED: 07/06/17 | R C BIGELOW INC<br>665 S GULPH RD #400 |
| | **List the contract number of any government contract** | _____ | KING OF PRUSSIA PA 19406-3704 |

Debtor    **New England Motor Freight, Inc.**                                                   Case number *(if known)* **19-12809**

---

2.1047.  **Title of contract**              CUSTOMER CONTRACT                    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**    CUSTOMER CONTRACT

**Nature of debtor's interest**    CUSTOMER                    R H S H % PNGLC
                                                               R H SHEPPARD CO
**State the term remaining**    DATED: 03/30/17                P O BOX 123
                                                               AKRON PA 17501-0123
**List the contract number of any government contract**    _____

---

2.1048.  **Title of contract**              CUSTOMER CONTRACT                    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**    CUSTOMER CONTRACT

**Nature of debtor's interest**    CUSTOMER                    R H S H % PNGLC
                                                               R H S H
**State the term remaining**    DATED: 06/25/15                P O BOX 123
                                                               AKRON PA 17501-0123
**List the contract number of any government contract**    _____

---

2.1049.  **Title of contract**              CUSTOMER CONTRACT                    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**    CUSTOMER CONTRACT

**Nature of debtor's interest**    CUSTOMER                    R P S PRODUCTS
                                                               4370 MALSBARY RD
**State the term remaining**    DATED: 05/01/17                BLUE ASH OH 45242-5653
**List the contract number of any government contract**    _____

---

2.1050.  **Title of contract**              CUSTOMER CONTRACT                    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**    CUSTOMER CONTRACT

**Nature of debtor's interest**    CUSTOMER                    R X BAR
                                                               2040 ATLAS ST
**State the term remaining**    DATED: 03/21/17                COLUMBUS OH 43228-9645
**List the contract number of any government contract**    _____

---

2.1051.  **Title of contract**              CUSTOMER CONTRACT                    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**    CUSTOMER CONTRACT

**Nature of debtor's interest**    CUSTOMER                    RADIANT POOLS
                                                               440 N PEARL STREET
**State the term remaining**    DATED: 06/25/15                ALBANY NY 12207
**List the contract number of any government contract**    _____

Debtor    **New England Motor Freight, Inc.**                                          Case number *(if known)* **19-12809**

2.1052.  **Title of contract**                 NEW JERSEY MOTOR VEHICLE LEASE AGREEMENT        **State the name and mailing address
                                                                                                for all other parties with whom the
         **State what the contract or**         LEASE OF 2017 MERCEDES GLC, VIN 0698            debtor has an executory contract or
         **lease is for**                                                                       unexpired lease**

         **Nature of debtor's interest**        LESSEE                                          RAY CATENA MOTOR CAR CORP.
                                                                                                910 ROUTE 1
         **State the term remaining**           3/22/2020                                       EDISON NJ 08817

         **List the contract number of**        _____
         **any government contract**

2.1053.  **Title of contract**                  CUSTOMER CONTRACT                               **State the name and mailing address
                                                                                                for all other parties with whom the
         **State what the contract or**          CUSTOMER CONTRACT                               debtor has an executory contract or
         **lease is for**                                                                       unexpired lease**

         **Nature of debtor's interest**         CUSTOMER                                        REBUILDERS AUTOMOTIVE
                                                                                                SUPPLY BLUEGRACE
         **State the term remaining**            DATED: 04/25/18                                 REBUILDERS AUTOMOTIV
                                                                                                SUPPLY BLUEGRACE
         **List the contract number of**         _____     2846 S FALKENBURG RD
         **any government contract**                                                             RIVERVIEW FL 33578-2563

2.1054.  **Title of contract**                  CUSTOMER CONTRACT                               **State the name and mailing address
                                                                                                for all other parties with whom the
         **State what the contract or**          CUSTOMER CONTRACT                               debtor has an executory contract or
         **lease is for**                                                                       unexpired lease**

         **Nature of debtor's interest**         CUSTOMER                                        RECON LOGISTICS LLC
                                                                                                384 INVERNESS PKWY
         **State the term remaining**            DATED: 06/25/15                                 ENGLEWOOD CO 80112-5821

         **List the contract number of**         _____
         **any government contract**

2.1055.  **Title of contract**                  CUSTOMER CONTRACT                               **State the name and mailing address
                                                                                                for all other parties with whom the
         **State what the contract or**          CUSTOMER CONTRACT                               debtor has an executory contract or
         **lease is for**                                                                       unexpired lease**

         **Nature of debtor's interest**         CUSTOMER                                        RED DOOR SPA HOLDING
                                                                                                222 S MILL AVE #201
         **State the term remaining**            DATED: 06/25/15                                 TEMPE AZ 85281-3738

         **List the contract number of**         _____
         **any government contract**

2.1056.  **Title of contract**                  CUSTOMER CONTRACT                               **State the name and mailing address
                                                                                                for all other parties with whom the
         **State what the contract or**          CUSTOMER CONTRACT                               debtor has an executory contract or
         **lease is for**                                                                       unexpired lease**

         **Nature of debtor's interest**         CUSTOMER                                        RED ROOSTER BEVERAGE
                                                                                                20 NORTH AVE EAST
         **State the term remaining**            DATED: 09/20/18                                 ELIZABETH NJ 07201-2959

         **List the contract number of**         _____
         **any government contract**

Debtor    **New England Motor Freight, Inc.**                                                        Case number *(if known)* **19-12809**

2.1057.  **Title of contract**                CUSTOMER CONTRACT                      **State the name and mailing address**
                                                                                      **for all other parties with whom the**
         **State what the contract or**        CUSTOMER CONTRACT                      **debtor has an executory contract or**
         **lease is for**                                                             **unexpired lease**

         **Nature of debtor's interest**       CUSTOMER                               RED TAIL LOGISTICS
                                                                                      P O BOX 3835
         **State the term remaining**          DATED: 11/18/16                        ALLENTOWN PA 18106-0835

         **List the contract number of**       _____
         **any government contract**

2.1058.  **Title of contract**                CUSTOMER CONTRACT                      **State the name and mailing address**
                                                                                      **for all other parties with whom the**
         **State what the contract or**        CUSTOMER CONTRACT                      **debtor has an executory contract or**
         **lease is for**                                                             **unexpired lease**

         **Nature of debtor's interest**       CUSTOMER                               RED TAIL LOGISTICS
                                                                                      B D P SURFACE
         **State the term remaining**          DATED: 12/30/16                        P O BOX 3835
                                                                                      ALLENTOWN PA 18106-0835
         **List the contract number of**       _____
         **any government contract**

2.1059.  **Title of contract**                CUSTOMER CONTRACT                      **State the name and mailing address**
                                                                                      **for all other parties with whom the**
         **State what the contract or**        CUSTOMER CONTRACT                      **debtor has an executory contract or**
         **lease is for**                                                             **unexpired lease**

         **Nature of debtor's interest**       CUSTOMER                               REDWOOD SUPPLY CHAIN
                                                                                      REDWOOD MULTIMODAL
         **State the term remaining**          DATED: 06/28/18                        P O BOX 51910
                                                                                      LIVONIA MI 48151-5910
         **List the contract number of**       _____
         **any government contract**

2.1060.  **Title of contract**                CUSTOMER CONTRACT                      **State the name and mailing address**
                                                                                      **for all other parties with whom the**
         **State what the contract or**        CUSTOMER CONTRACT                      **debtor has an executory contract or**
         **lease is for**                                                             **unexpired lease**

         **Nature of debtor's interest**       CUSTOMER                               RELIANCE MEDICAL
                                                                                      9100 W CHESTER TOWNE
         **State the term remaining**          DATED: 06/25/15                        WEST CHESTER OH 45069-3108

         **List the contract number of**       _____
         **any government contract**

2.1061.  **Title of contract**                CUSTOMER CONTRACT                      **State the name and mailing address**
                                                                                      **for all other parties with whom the**
         **State what the contract or**        CUSTOMER CONTRACT                      **debtor has an executory contract or**
         **lease is for**                                                             **unexpired lease**

         **Nature of debtor's interest**       CUSTOMER                               REMA FOODS
                                                                                      P O BOX 67
         **State the term remaining**          DATED: 09/26/17                        SAINT LOUIS MO 63166-0067

         **List the contract number of**       _____
         **any government contract**

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| | | | |
|---|---|---|---|
| 2.1062. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | RHODE ISLAND NOVELTY |
| | **State the term remaining** | DATED: 06/25/15 | RHODE ISLAND TEXTILE P O BOX 9133 CHELSEA MA 02150-9133 |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| 2.1063. | **Title of contract** | LEASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | RICHMOND TERMINAL # 38 REAL PROPERTY LEASE - 6110 JEFFERSON DAVIS HWY, RICHMOND, VA 23234 | |
| | **Nature of debtor's interest** | LESSEE | RICHMOND TERMINAL LLC |
| | **State the term remaining** | 3/31/2020 | C/O AMZ MANAGEMENT LLC 1-71 NORTH AVENUE EAST ELIZABETH NJ 07201 |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| 2.1064. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | RIKON TOOLS |
| | **State the term remaining** | DATED: 09/20/16 | RIKON POWER TOOLS 300 ELM ST #1 MILFORD NH 03055-4715 |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| 2.1065. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | RITEMADE |
| | **State the term remaining** | DATED: 09/25/15 | RITEMADE PAPER CONVE 151 JOHN JAMES AUDUB AMHERST NY 14228-1111 |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| 2.1066. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | RIVIANA FOODS |
| | **State the term remaining** | DATED: 07/29/17 | P O BOX 17638 SAINT LOUIS MO 63178-7638 |
| | **List the contract number of any government contract** | | |

Debtor    **New England Motor Freight, Inc.**                                                                      Case number *(if known)* **19-12809**

---

2.1067.  **Title of contract**                      LEASE & LETTER AGREEMENTS                           **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**          JOLIET TERMINAL # 39 REAL PROPERTY LEASE - 23348 WEST EAMES ST, CHANNAHON, IL 60410

**Nature of debtor's interest**    LESSEE                                                              RLF I-A SPE, LLC
                                                                                                       REALTERM NAT
**State the term remaining**       10/15/2023                                                          PAUL UNDERWOOD, SVP
                                                                                                       PORTFOLIO MANAGEMENT
**List the contract number of**    _____                             201 WEST STREET, SUITE 200
**any government contract**                                                                            ANNAPOLIS MD 21401


2.1068.  **Title of contract**                      SHIPPERS INTEREST CAR                               **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**          POLICY NO. CAR 050 0036

**Nature of debtor's interest**    INSURED                                                             RLI INSURANCE COMPANY
                                                                                                       9025 N. LINDBERGH DRIVE
**State the term remaining**       6/15/2019                                                           PEORIA IL 61615

**List the contract number of**    _____
**any government contract**


2.1069.  **Title of contract**                      AGREEMENT WITH POLICY NO. CAR0500036                **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**          INSURANCE CONTRACT

**Nature of debtor's interest**    INSURANCE CONTRACT                                                  RLI INSURANCE COMPANY
                                                                                                       9025 N LINDBERGH DRIVE
**State the term remaining**       _____                             PEORIA IL 61615

**List the contract number of**    _____
**any government contract**


2.1070.  **Title of contract**                      CUSTOMER CONTRACT                                   **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**          CUSTOMER CONTRACT

**Nature of debtor's interest**    CUSTOMER                                                            ROLAND FOODS PENSKE
                                                                                                       ROLAND FOODS LLC
**State the term remaining**       DATED: 03/06/17                                                      P O BOX 981763
                                                                                                       EL PASO TX 79998-1763
**List the contract number of**    _____
**any government contract**


2.1071.  **Title of contract**                      CUSTOMER CONTRACT                                   **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**          CUSTOMER CONTRACT

**Nature of debtor's interest**    CUSTOMER                                                            ROLF C HAGEN CORP
                                                                                                       P O BOX 9506
**State the term remaining**       DATED: 09/20/17                                                      AMHERST NY 14226-9506

**List the contract number of**    _____
**any government contract**

---

Debtor   **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| 2.1072. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | ROYAL BRASS |
| | **State the term remaining** | DATED: 02/01/17 | ROYAL BRASS & HOSE |
| | **List the contract number of any government contract** | _____ | P O BOX 51468 KNOXVILLE TN 37950-1468 |

| 2.1073. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | ROYAL BRASS |
| | **State the term remaining** | DATED: 02/01/17 | ROYAL BRASS & HOSE |
| | **List the contract number of any government contract** | _____ | P O BOX 51468 KNOXVILLE TN 37950-1468 |

| 2.1074. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | ROYCE COLORS |
| | **State the term remaining** | DATED: 09/18/17 | ROYCE GLOBAL |
| | **List the contract number of any government contract** | _____ | 35 CARLTON AVE EAST RUTHERFORD NJ 07073-1613 |

| 2.1075. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | ROYCE COLORS E RUTHERFORD |
| | **State the term remaining** | DATED: 09/18/17 | ROYCE GLOBAL |
| | **List the contract number of any government contract** | _____ | 35 MORTON ST EAST RUTHERFORD NJ 07073 |

| 2.1076. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | ROYCE COLORS PATERSON |
| | **State the term remaining** | DATED: 09/18/17 | ROYCE GLOBAL |
| | **List the contract number of any government contract** | _____ | 35 MORTON ST EAST RUTHERFORD NJ 07073 |

Debtor   **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

2.1077.  **Title of contract**                CUSTOMER CONTRACT                   **State the name and mailing address**
                                                                                 **for all other parties with whom the**
         **State what the contract or**       CUSTOMER CONTRACT                   **debtor has an executory contract or**
         **lease is for**                                                        **unexpired lease**

         **Nature of debtor's interest**      CUSTOMER                           ROYCE INTL
                                                                                 GABRIEL PERFORMANCE
         **State the term remaining**         DATED: 08/24/17                     3400 SOUTH TAMIAMI T
                                                                                 SARASOTA FL 34239-6023
         **List the contract number of**      _____
         **any government contract**

2.1078.  **Title of contract**                CUSTOMER CONTRACT                   **State the name and mailing address**
                                                                                 **for all other parties with whom the**
         **State what the contract or**       CUSTOMER CONTRACT                   **debtor has an executory contract or**
         **lease is for**                                                        **unexpired lease**

         **Nature of debtor's interest**      CUSTOMER                           ROYCE INTL
                                                                                 GABRIEL PERFORMANCE
         **State the term remaining**         DATED: 08/24/17                     3400 SOUTH TAMIAMI T
                                                                                 SARASOTA FL 34239-6023
         **List the contract number of**      _____
         **any government contract**

2.1079.  **Title of contract**                CUSTOMER CONTRACT                   **State the name and mailing address**
                                                                                 **for all other parties with whom the**
         **State what the contract or**       CUSTOMER CONTRACT                   **debtor has an executory contract or**
         **lease is for**                                                        **unexpired lease**

         **Nature of debtor's interest**      CUSTOMER                           ROYCE INTL
                                                                                 GABRIEL PERFORMANCE
         **State the term remaining**         DATED: 08/24/17                     3400 SOUTH TAMIAMI T
                                                                                 SARASOTA FL 34239-6023
         **List the contract number of**      _____
         **any government contract**

2.1080.  **Title of contract**                CUSTOMER CONTRACT                   **State the name and mailing address**
                                                                                 **for all other parties with whom the**
         **State what the contract or**       CUSTOMER CONTRACT                   **debtor has an executory contract or**
         **lease is for**                                                        **unexpired lease**

         **Nature of debtor's interest**      CUSTOMER                           ROYCE INTL
                                                                                 GABRIEL PERFORMANCE
         **State the term remaining**         DATED: 08/24/17                     3400 SOUTH TAMIAMI T
                                                                                 SARASOTA FL 34239-6023
         **List the contract number of**      _____
         **any government contract**

2.1081.  **Title of contract**                CUSTOMER CONTRACT                   **State the name and mailing address**
                                                                                 **for all other parties with whom the**
         **State what the contract or**       CUSTOMER CONTRACT                   **debtor has an executory contract or**
         **lease is for**                                                        **unexpired lease**

         **Nature of debtor's interest**      CUSTOMER                           RUBBER SOUL BREWING
                                                                                 P O BOX 5176
         **State the term remaining**         DATED: 04/27/16                     HARRISBURG PA 17110-0176

         **List the contract number of**      _____
         **any government contract**

---

Debtor   **New England Motor Freight, Inc.**                                   Case number *(if known)* **19-12809**

| | | | |
|---|---|---|---|
| 2.1082. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | RUBBERCYCLE LLC |
| | **State the term remaining** | DATED: 03/08/16 | 372 E KENNEDY BLVD |
| | **List the contract number of any government contract** | _____ | LAKEWOOD NJ 08701-1434 |

| | | | |
|---|---|---|---|
| 2.1083. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | RUBBERFORM PRODS |
| | **State the term remaining** | DATED: 09/07/16 | RUBBERFORM RECYCLED |
| | **List the contract number of any government contract** | _____ | 75 MICHIGAN ST<br>LOCKPORT NY 14094-2629 |

| | | | |
|---|---|---|---|
| 2.1084. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | RUDIS HOLDINGS |
| | **State the term remaining** | DATED: 10/15/18 | RUDIS HOLDINGS LLC |
| | **List the contract number of any government contract** | _____ | 5480 LINGLESTOWN RD<br>HARRISBURG PA 17112-9190 |

| | | | |
|---|---|---|---|
| 2.1085. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | RUGER LLC |
| | **State the term remaining** | DATED: 06/25/15 | 4207 BRADLEY LANE |
| | **List the contract number of any government contract** | _____ | CHEVY CHASE MD 20815-5234 |

| | | | |
|---|---|---|---|
| 2.1086. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | RUGER LLC |
| | **State the term remaining** | DATED: 10/27/16 | 4207 BRADLEY LANE |
| | **List the contract number of any government contract** | _____ | CHEVY CHASE MD 20815-5234 |

Debtor    **New England Motor Freight, Inc.**                                        Case number *(if known)* **19-12809**

| 2.1087. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | RUGER LLC |
| | **State the term remaining** | DATED: 12/16/15 | 4207 BRADLEY LANE |
| | **List the contract number of any government contract** | _____ | CHEVY CHASE MD 20815-5234 |

| 2.1088. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | RUSSELECTRIC INC |
| | **State the term remaining** | DATED: 10/19/17 | PO BOX 9133 |
| | **List the contract number of any government contract** | _____ | CHELSEA MA 02150-9133 |

| 2.1089. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | RUTAN POLY INDS |
| | **State the term remaining** | DATED: 06/25/15 | RUTAN POLY INDS INC |
| | | | 39 SIDING PLACE |
| | **List the contract number of any government contract** | _____ | MAHWAH NJ 07430-1896 |

| 2.1090. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | S AND H |
| | **State the term remaining** | DATED: 01/06/18 | ELYRIA SPRINGS & SPE |
| | | | FREEDOM LOGISTICS |
| | **List the contract number of any government contract** | _____ | 360 W BUTTERFIELD RD |
| | | | ELMHURST IL 60126-5041 |

| 2.1091. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | S AND H |
| | **State the term remaining** | DATED: 01/06/18 | ELYRIA SPRINGS & SPE |
| | | | FREEDOM LOGISTICS |
| | **List the contract number of any government contract** | _____ | 360 W BUTTERFIELD RD |
| | | | ELMHURST IL 60126-5041 |

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| | | |
|---|---|---|
| 2.1092. | **Title of contract** | CUSTOMER CONTRACT |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | |
|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT |
| | **Nature of debtor's interest** | CUSTOMER |
| | **State the term remaining** | DATED: 05/06/16 |
| | **List the contract number of any government contract** | _____ |

S AND H
S & H INDUSTRIES
FREEDOM LOGISTICS
360 W BUTTERFIELD RD
ELMHURST IL 60126-5068

| | | |
|---|---|---|
| 2.1093. | **Title of contract** | CUSTOMER CONTRACT |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | |
|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT |
| | **Nature of debtor's interest** | CUSTOMER |
| | **State the term remaining** | DATED: 05/06/16 |
| | **List the contract number of any government contract** | _____ |

S AND H
S & H INDUSTRIES
FREEDOM LOGISTICS
360 W BUTTERFIELD RD
ELMHURST IL 60126-5068

| | | |
|---|---|---|
| 2.1094. | **Title of contract** | CUSTOMER CONTRACT |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | |
|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT |
| | **Nature of debtor's interest** | CUSTOMER |
| | **State the term remaining** | DATED: 05/31/16 |
| | **List the contract number of any government contract** | _____ |

S PARKER HARDWARE
P O BOX 9882
ENGLEWOOD NJ 07631-6882

| | | |
|---|---|---|
| 2.1095. | **Title of contract** | CUSTOMER CONTRACT |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | |
|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT |
| | **Nature of debtor's interest** | CUSTOMER |
| | **State the term remaining** | DATED: 07/26/18 |
| | **List the contract number of any government contract** | _____ |

S Q P
TECH TRANSPORT
300 ELM STREET UNIT
MILFORD NH 03055-4715

| | | |
|---|---|---|
| 2.1096. | **Title of contract** | CUSTOMER CONTRACT |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | |
|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT |
| | **Nature of debtor's interest** | CUSTOMER |
| | **State the term remaining** | DATED: 09/27/18 |
| | **List the contract number of any government contract** | _____ |

S Q P
KARI OUT PRODUCTS
TECH TRANSPORT
300 ELM STREET #1
MILFORD NH 03055-4715

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| | | | |
|---|---|---|---|
| 2.1097. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | S Q P |
| | **State the term remaining** | DATED: 10/01/18 | TIPAK INDUSTRIAL USA TECH LOGISTICS 300 ELM ST #1 |
| | **List the contract number of any government contract** | _____ | MILFORD NH 03055-4715 |

| | | | |
|---|---|---|---|
| 2.1098. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | S Q P |
| | **State the term remaining** | DATED: 10/18/16 | TECH TRANSPORT 300 ELM STREET #1 |
| | **List the contract number of any government contract** | _____ | MILFORD NH 03055-4715 |

| | | | |
|---|---|---|---|
| 2.1099. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | S S PACKAGING |
| | **State the term remaining** | DATED: 01/14/19 | S & S PACKAGING P O BOX 234 |
| | **List the contract number of any government contract** | _____ | CRANESVILLE PA 16410-0234 |

| | | | |
|---|---|---|---|
| 2.1100. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | S W R INC |
| | **State the term remaining** | DATED: 01/18/16 | P O BOX 856 EBENSBURG PA 15931-0856 |
| | **List the contract number of any government contract** | _____ | |

| | | | |
|---|---|---|---|
| 2.1101. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | S WALTER PKG CORP |
| | **State the term remaining** | DATED: 03/05/18 | PO BOX 16223 PHILADELPHIA PA 19114-0223 |
| | **List the contract number of any government contract** | _____ | |

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

2.1102.  **Title of contract**              CUSTOMER CONTRACT                    **State the name and mailing address
                                                                                for all other parties with whom the
         **State what the contract or       CUSTOMER CONTRACT                    debtor has an executory contract or
         lease is for**                                                         unexpired lease**

         **Nature of debtor's interest**    CUSTOMER                            S WALTER PKG CORP
                                                                                S WALTER PACKAGING
         **State the term remaining**       DATED: 03/26/18                     PO BOX 16223
                                                                                PHILADELPHIA PA 19114-0223
         **List the contract number of      _____
         any government contract**

---

2.1103.  **Title of contract**              CUSTOMER CONTRACT                    **State the name and mailing address
                                                                                for all other parties with whom the
         **State what the contract or       CUSTOMER CONTRACT                    debtor has an executory contract or
         lease is for**                                                         unexpired lease**

         **Nature of debtor's interest**    CUSTOMER                            S WALTER PKG CORP
                                                                                S WALTER PACKAGING
         **State the term remaining**       DATED: 03/26/18                     PO BOX 16223
                                                                                PHILADELPHIA PA 19114-0223
         **List the contract number of      _____
         any government contract**

---

2.1104.  **Title of contract**              CUSTOMER CONTRACT                    **State the name and mailing address
                                                                                for all other parties with whom the
         **State what the contract or       CUSTOMER CONTRACT                    debtor has an executory contract or
         lease is for**                                                         unexpired lease**

         **Nature of debtor's interest**    CUSTOMER                            S WALTER PKG CORP
                                                                                S WALTER PACKAGING
         **State the term remaining**       DATED: 03/26/18                     PO BOX 16223
                                                                                PHILADELPHIA PA 19114-0223
         **List the contract number of      _____
         any government contract**

---

2.1105.  **Title of contract**              CUSTOMER CONTRACT                    **State the name and mailing address
                                                                                for all other parties with whom the
         **State what the contract or       CUSTOMER CONTRACT                    debtor has an executory contract or
         lease is for**                                                         unexpired lease**

         **Nature of debtor's interest**    CUSTOMER                            S WALTER PKG CORP
                                                                                S WALTER PACKAGING C
         **State the term remaining**       DATED: 03/26/18                     P O BOX 16223
                                                                                PHILADELPHIA PA 19114-0223
         **List the contract number of      _____
         any government contract**

---

2.1106.  **Title of contract**              CUSTOMER CONTRACT                    **State the name and mailing address
                                                                                for all other parties with whom the
         **State what the contract or       CUSTOMER CONTRACT                    debtor has an executory contract or
         lease is for**                                                         unexpired lease**

         **Nature of debtor's interest**    CUSTOMER                            SADDLE CREEK LOGISTICS
                                                                                SADDLE CREEK LOGISTI
         **State the term remaining**       DATED: 07/10/17                     P O BOX 90819
                                                                                LAKELAND FL 33804-0819
         **List the contract number of      _____
         any government contract**

---

Debtor    **New England Motor Freight, Inc.**                                  Case number *(if known)* **19-12809**

2.1107.  **Title of contract**              APPENDIX TO INTERLINE CONTRACT          **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**    TRAILER INTERCHANGE AGREEMENT

**Nature of debtor's interest**    CONTRACTOR - INTERCHANGE AGMT        SAIA MOTOR FREIGHT LINES, INC.
P O BOX 730532
**State the term remaining**    DATED: 03/23/2018                DALLAS TX 75373

**List the contract number of any government contract**    _____

2.1108.  **Title of contract**              APPENDIX TO INTERLINE CONTRACT          **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**    TRAILER INTERCHANGE AGREEMENT

**Nature of debtor's interest**    CONTRACTOR - INTERCHANGE AGMT        SAIA MOTOR FREIGHT LINES, INC.
P O BOX 730532
**State the term remaining**    DATED: 03/23/2018                DALLAS TX 75373

**List the contract number of any government contract**    _____

2.1109.  **Title of contract**              CUSTOMER CONTRACT              **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**    CUSTOMER CONTRACT

**Nature of debtor's interest**    CUSTOMER                SALLY BEAUTY
SALLY BEAUTY SUPPLY
**State the term remaining**    DATED: 10/01/15                P O BOX 490
DENTON TX 76202-0490

**List the contract number of any government contract**    _____

2.1110.  **Title of contract**              CUSTOMER CONTRACT              **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**    CUSTOMER CONTRACT

**Nature of debtor's interest**    CUSTOMER                SALLY BEAUTY
ARCADIA BEAUTY LABS
**State the term remaining**    DATED: 12/20/17                P O BOX 490
DENTON TX 76202-0490

**List the contract number of any government contract**    _____

2.1111.  **Title of contract**              CUSTOMER CONTRACT              **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**    CUSTOMER CONTRACT

**Nature of debtor's interest**    CUSTOMER                SAM-SON DIST
SAM-SON DISTRIBUTION
**State the term remaining**    DATED: 06/25/15                P O BOX 248
BUFFALO NY 14225-0248

**List the contract number of any government contract**    _____

Debtor    **New England Motor Freight, Inc.**                                                        Case number *(if known)* **19-12809**

2.1112.  **Title of contract**                CUSTOMER CONTRACT                              **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**        CUSTOMER CONTRACT

**Nature of debtor's interest**            CUSTOMER                                        SANDUSKY LEE
                                                                                            SANDUSKY LEE CORP
**State the term remaining**               DATED: 03/24/16                                  80 KEYSTONE ST
                                                                                            LITTLESTOWN PA 17340-1664
**List the contract number of any government contract**        _____

2.1113.  **Title of contract**                PROMISSORY NOTE                               **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**        LOAN AGREEMENT

**Nature of debtor's interest**            BORROWER                                        SANTANDER BANK, N.A.
                                                                                            75 STATE STREET
**State the term remaining**               03/20/2024                                       BOSTON MA 02109

**List the contract number of any government contract**        _____

2.1114.  **Title of contract**                CLEAN IRREVOCABLE CREDIT NO. 8951             **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**        CREDIT AGREEMENT

**Nature of debtor's interest**            BORROWER                                        SANTANDER BANK, N.A.
                                                                                            COMMERCIAL LOAN SERVICES
**State the term remaining**               03/31/2019                                       3 TERRY DRIVE, 1ST FL
                                                                                            NEWTOWN PA 18940
**List the contract number of any government contract**        _____

2.1115.  **Title of contract**                PROMISSORY NOTE                               **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**        LOAN AGREEMENT

**Nature of debtor's interest**            BORROWER                                        SANTANDER BANK, N.A.
                                                                                            75 STATE STREET
**State the term remaining**               07/15/2022                                       BOSTON MA 02109

**List the contract number of any government contract**        _____

2.1116.  **Title of contract**                PROMISSORY NOTE                               **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**        LOAN AGREEMENT

**Nature of debtor's interest**            BORROWER                                        SANTANDER BANK, N.A.
                                                                                            75 STATE STREET
**State the term remaining**               07/15/2022                                       BOSTON MA 02109

**List the contract number of any government contract**        _____

Debtor    **New England Motor Freight, Inc.**                                                    Case number *(if known)* **19-12809**

2.1117.  **Title of contract**                PROMISSORY NOTE                    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

      **State what the contract or lease is for**          LOAN AGREEMENT

      **Nature of debtor's interest**          BORROWER                    SANTANDER BANK, N.A.
75 STATE STREET
      **State the term remaining**          09/05/2025                    BOSTON MA 02109

      **List the contract number of any government contract**          _____

2.1118.  **Title of contract**                PROMISSORY NOTE                    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

      **State what the contract or lease is for**          LOAN AGREEMENT

      **Nature of debtor's interest**          BORROWER                    SANTANDER BANK, N.A.
75 STATE STREET
      **State the term remaining**          09/25/2022                    BOSTON MA 02109

      **List the contract number of any government contract**          _____

2.1119.  **Title of contract**                PROMISSORY NOTE                    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

      **State what the contract or lease is for**          LOAN AGREEMENT

      **Nature of debtor's interest**          BORROWER                    SANTANDER BANK, N.A.
75 STATE STREET
      **State the term remaining**          03/05/2022                    BOSTON MA 02109

      **List the contract number of any government contract**          _____

2.1120.  **Title of contract**                PROMISSORY NOTE                    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

      **State what the contract or lease is for**          LOAN AGREEMENT

      **Nature of debtor's interest**          BORROWER                    SANTANDER BANK, N.A.
75 STATE STREET
      **State the term remaining**          03/05/2022                    BOSTON MA 02109

      **List the contract number of any government contract**          _____

2.1121.  **Title of contract**                PROMISSORY NOTE                    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

      **State what the contract or lease is for**          LOAN AGREEMENT

      **Nature of debtor's interest**          BORROWER                    SANTANDER BANK, N.A.
75 STATE STREET
      **State the term remaining**          03/10/2023                    BOSTON MA 02109

      **List the contract number of any government contract**          _____

Debtor   **New England Motor Freight, Inc.**                                          Case number *(if known)* **19-12809**

| 2.1122. | **Title of contract** | CLEAN IRREVOCABLE CREDIT NO. 8951 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CREDIT AGREEMENT | |
| | **Nature of debtor's interest** | BORROWER | SANTANDER BANK, N.A. |
| | **State the term remaining** | 03/31/2019 | COMMERCIAL LOAN SERVICES 3 TERRY DRIVE, 1ST FL NEWTOWN PA 18940 |
| | **List the contract number of any government contract** | _____ | |

| 2.1123. | **Title of contract** | PROMISSORY NOTE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LOAN AGREEMENT | |
| | **Nature of debtor's interest** | BORROWER | SANTANDER BANK, N.A. |
| | **State the term remaining** | 08/20/2021 | 75 STATE STREET BOSTON MA 02109 |
| | **List the contract number of any government contract** | _____ | |

| 2.1124. | **Title of contract** | PROMISSORY NOTE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LOAN AGREEMENT | |
| | **Nature of debtor's interest** | BORROWER | SANTANDER BANK, N.A. |
| | **State the term remaining** | 08/20/2025 | 75 STATE STREET BOSTON MA 02109 |
| | **List the contract number of any government contract** | _____ | |

| 2.1125. | **Title of contract** | PROMISSORY NOTE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LOAN AGREEMENT | |
| | **Nature of debtor's interest** | BORROWER | SANTANDER BANK, N.A. |
| | **State the term remaining** | 10/15/2020 | 75 STATE STREET BOSTON MA 02109 |
| | **List the contract number of any government contract** | _____ | |

| 2.1126. | **Title of contract** | PROMISSORY NOTE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LOAN AGREEMENT | |
| | **Nature of debtor's interest** | BORROWER | SANTANDER BANK, N.A. |
| | **State the term remaining** | 10/15/2022 | 75 STATE STREET BOSTON MA 02109 |
| | **List the contract number of any government contract** | _____ | |

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

2.1127. **Title of contract**            PROMISSORY NOTE                    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**    LOAN AGREEMENT

**Nature of debtor's interest**    BORROWER                    SANTANDER BANK, N.A.
                                                            75 STATE STREET
**State the term remaining**    12/10/2023                    BOSTON MA 02109

**List the contract number of any government contract**    _____

2.1128. **Title of contract**            PROMISSORY NOTE                    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**    LOAN AGREEMENT

**Nature of debtor's interest**    BORROWER                    SANTANDER BANK, N.A.
                                                            75 STATE STREET
**State the term remaining**    12/20/2025                    BOSTON MA 02109

**List the contract number of any government contract**    _____

2.1129. **Title of contract**            CUSTOMER CONTRACT                    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**    CUSTOMER CONTRACT

**Nature of debtor's interest**    CUSTOMER                    SAVORIAN
                                                            P O BOX 90202
**State the term remaining**    DATED: 06/23/17                    BROOKLYN NY 11209-0202

**List the contract number of any government contract**    _____

2.1130. **Title of contract**            CUSTOMER CONTRACT                    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**    CUSTOMER CONTRACT

**Nature of debtor's interest**    CUSTOMER                    SCANDIA PLASTICS
                                                            SCANDIA PLASTICS INC
**State the term remaining**    DATED: 05/30/18                    PO BOX 179
                                                            PLAISTOW NH 03865-0179
**List the contract number of any government contract**    _____

2.1131. **Title of contract**            CUSTOMER CONTRACT                    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**    CUSTOMER CONTRACT

**Nature of debtor's interest**    CUSTOMER                    SCARBOROUGH INTL
                                                            10841 NW AMBASSADOR
**State the term remaining**    DATED: 12/30/16                    KANSAS CITY MO 64153-1241

**List the contract number of any government contract**    _____

Debtor    **New England Motor Freight, Inc.**                                                    Case number *(if known)* **19-12809**

| 2.1132. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | SCHEERER BEARING |
| | **State the term remaining** | DATED: 10/19/16 | TRANS INSIGHT<br>P O BOX 23000 |
| | **List the contract number of any government contract** | _____ | HICKORY NC 28603-0230 |

| 2.1133. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | SCHEERER BEARING<br>SCHEERER |
| | **State the term remaining** | DATED: 12/22/16 | TRANS INSIGHT<br>P O BOX 23000 |
| | **List the contract number of any government contract** | _____ | HICKORY NC 28603-0230 |

| 2.1134. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | SCHEERER BEARING<br>SCHEERER |
| | **State the term remaining** | DATED: 12/22/16 | TRANS INSIGHT<br>P O BOX 23000 |
| | **List the contract number of any government contract** | _____ | HICKORY NC 28603-0230 |

| 2.1135. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | SCHEERER BEARING<br>SCHEERER |
| | **State the term remaining** | DATED: 12/22/16 | TRANS INSIGHT<br>P O BOX 23000 |
| | **List the contract number of any government contract** | _____ | HICKORY NC 28603-0230 |

| 2.1136. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | SCHEERER BEARING<br>SCHEERER BEARING COR |
| | **State the term remaining** | DATED: 12/22/16 | TRANS INSIGHT<br>P O BOX 23000 |
| | **List the contract number of any government contract** | _____ | HICKORY NC 28603-0230 |

Debtor    **New England Motor Freight, Inc.**                                      Case number *(if known)* **19-12809**

| 2.1137. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | SCHEERER BEARING |
| | **State the term remaining** | DATED: 12/22/16 | SCHEERER BEARING COR<br>TRANS INSIGHT<br>P O BOX 23000 |
| | **List the contract number of any government contract** | _____ | HICKORY NC 28603-0230 |

| 2.1138. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | SCHEERER BEARING |
| | **State the term remaining** | DATED: 12/22/16 | SCHEERER BEARING COR<br>TRANS INSIGHT<br>P O BOX 23000 |
| | **List the contract number of any government contract** | _____ | HICKORY NC 28603-0230 |

| 2.1139. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | SCHEERER BEARING |
| | **State the term remaining** | DATED: 12/22/16 | TRANS INSIGHT<br>P O BOX 23000 |
| | **List the contract number of any government contract** | _____ | HICKORY NC 28603-0230 |

| 2.1140. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | SCHEERER BEARING |
| | **State the term remaining** | DATED: 12/22/16 | TRANS INSIGHT<br>P O BOX 23000 |
| | **List the contract number of any government contract** | _____ | HICKORY NC 28603-0230 |

| 2.1141. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | SCHLOTTERBECK & FOSS |
| | **State the term remaining** | DATED: 06/25/15 | 3 LEDGEVIEW DR<br>WESTBROOK ME 04092-3939 |
| | **List the contract number of any government contract** | _____ | |

Debtor   **New England Motor Freight, Inc.**                                        Case number *(if known)* **19-12809**

| | | | |
|---|---|---|---|
| 2.1142. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | SCHNEIDER TRANS MGMT BLANKET |
| | **State the term remaining** | DATED: 12/03/16 | SCHNEIDER TRANS MGMT P O BOX 2560 |
| | **List the contract number of any government contract** | | GREEN BAY WI 54306-2560 |

| | | | |
|---|---|---|---|
| 2.1143. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | SCHOOL KIDZ |
| | **State the term remaining** | DATED: 03/23/18 | SCHOOLKIDZ 900 S FRONTAGE RD |
| | **List the contract number of any government contract** | | WOODRIDGE IL 60517-4902 |

| | | | |
|---|---|---|---|
| 2.1144. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | SCHOOLSIN |
| | **State the term remaining** | DATED: 06/02/17 | P O BOX 62026 CINCINNATI OH 45262-0026 |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| 2.1145. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | SCHULZE BURCH |
| | **State the term remaining** | DATED: 12/09/16 | SCHULZE & BURCH BISC 1213 REMINGTON BLVD |
| | **List the contract number of any government contract** | | ROMEOVILLE IL 60446-6504 |

| | | | |
|---|---|---|---|
| 2.1146. | **Title of contract** | LEASE AGREEENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | SYRACUSE TERMINAL # 55 REAL PROPERTY LEASE - 7201 SCHUYLER ROAD, EAST SYRACUSE, NY 13057 | |
| | **Nature of debtor's interest** | LESSEE | SCHUYLER ROAD CORP |
| | **State the term remaining** | 12/31/2026 | C/O AMZ MANAGEMENT LLC 1-71 NORTH AVENUE EAST |
| | **List the contract number of any government contract** | | ELIZABETH NJ 07201 |

Debtor   **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

2.1147.  **Title of contract**               CUSTOMER CONTRACT                    **State the name and mailing address
                                                                                  for all other parties with whom the
         **State what the contract or**       CUSTOMER CONTRACT                    **debtor has an executory contract or
         lease is for**                                                           unexpired lease**

         **Nature of debtor's interest**      CUSTOMER                            SEA WATCH INT L
                                                                                  SEA WATCH INT'L INC
         **State the term remaining**         DATED: 06/25/15                     8978 GLEBE PARK DR
                                                                                  EASTON MD 21601-7004
         **List the contract number of**      _____
         any government contract**

2.1148.  **Title of contract**               THIRD LEASE AMENDMENT                **State the name and mailing address
                                                                                  for all other parties with whom the
         **State what the contract or**       CLEVELAND TERMINAL # 33 REAL PROPERTY LEASE -   **debtor has an executory contract or
         lease is for**                       3024 BRECKSVILLE ROAD, SUITE A, RICHFIELD, OH   unexpired lease**
                                              44286
                                                                                  SEABREEZE NORTH
         **Nature of debtor's interest**      LESSEE                              CORPORATION
                                                                                  2958 BRECKSVILLE ROAD
         **State the term remaining**         11/30/2020                          PO BOX 535
                                                                                  RICHFIELD OH 44286-0535
         **List the contract number of**      _____
         any government contract**

2.1149.  **Title of contract**               CUSTOMER CONTRACT                    **State the name and mailing address
                                                                                  for all other parties with whom the
         **State what the contract or**       CUSTOMER CONTRACT                    **debtor has an executory contract or
         lease is for**                                                           unexpired lease**

         **Nature of debtor's interest**      CUSTOMER                            SEEDWAY
                                                                                  P O BOX 250
         **State the term remaining**         DATED: 07/17/17                     HALL NY 14463-0250

         **List the contract number of**      _____
         any government contract**

2.1150.  **Title of contract**               CUSTOMER CONTRACT                    **State the name and mailing address
                                                                                  for all other parties with whom the
         **State what the contract or**       CUSTOMER CONTRACT                    **debtor has an executory contract or
         lease is for**                                                           unexpired lease**

         **Nature of debtor's interest**      CUSTOMER                            SEEDWAYLLLC
                                                                                  SEEDWAY LLC
         **State the term remaining**         DATED: 10/04/18                     P O BOX 250
                                                                                  HALL NY 14463-0250
         **List the contract number of**      _____
         any government contract**

2.1151.  **Title of contract**               CUSTOMER CONTRACT                    **State the name and mailing address
                                                                                  for all other parties with whom the
         **State what the contract or**       CUSTOMER CONTRACT                    **debtor has an executory contract or
         lease is for**                                                           unexpired lease**

         **Nature of debtor's interest**      CUSTOMER                            SELECT NUTRITION
                                                                                  TECH LOGISTICS
         **State the term remaining**         DATED: 06/25/15                     300 ELM ST #1
                                                                                  MILFORD NH 03055-4715
         **List the contract number of**      _____
         any government contract**

Debtor   **New England Motor Freight, Inc.**                                                          Case number *(if known)* **19-12809**

2.1152. **Title of contract**                   CUSTOMER CONTRACT                          **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**      CUSTOMER CONTRACT

**Nature of debtor's interest**                  CUSTOMER                                   SELECT WINE IMPORTS
27 DALE ST
**State the term remaining**                     DATED: 03/17/16                            CHESTNUT HILL MA 02467-2916

**List the contract number of any government contract**      _____

2.1153. **Title of contract**                   CUSTOMER CONTRACT                          **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**      CUSTOMER CONTRACT

**Nature of debtor's interest**                  CUSTOMER                                   SELECT WINE IMPORTS
27 DALE ST
**State the term remaining**                     DATED: 06/25/15                            CHESTNUT HILL MA 02467-2916

**List the contract number of any government contract**      _____

2.1154. **Title of contract**                   CUSTOMER CONTRACT                          **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**      CUSTOMER CONTRACT

**Nature of debtor's interest**                  CUSTOMER                                   SERVICE PUMP AND SUPPLY
SERVICE PUMP AND SUP
P O BOX 2097
**State the term remaining**                     DATED: 08/05/16                            HUNTINGTON WV 25721-2097

**List the contract number of any government contract**      _____

2.1155. **Title of contract**                   CUSTOMER CONTRACT                          **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**      CUSTOMER CONTRACT

**Nature of debtor's interest**                  CUSTOMER                                   SETAF
3314 LONG POINT DR
**State the term remaining**                     DATED: 08/07/17                            TOMS RIVER NJ 08753-4827

**List the contract number of any government contract**      _____

2.1156. **Title of contract**                   CUSTOMER CONTRACT                          **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**      CUSTOMER CONTRACT

**Nature of debtor's interest**                  CUSTOMER                                   SHENANDOAH IND RUBBER
SHENANDOAH IND RUBBE
P O BOX 1046
**State the term remaining**                     DATED: 02/15/17                            SALEM VA 24153-1046

**List the contract number of any government contract**      _____

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

2.1157.  **Title of contract**          CUSTOMER CONTRACT          **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**     CUSTOMER CONTRACT

**Nature of debtor's interest**     CUSTOMER          SHERMAN SPECIALTY
WOWLINE
141 EILEEN WAY
SYOSSET NY 11791-5302

**State the term remaining**     DATED: 01/25/17

**List the contract number of any government contract**     _____

2.1158.  **Title of contract**          CUSTOMER CONTRACT          **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**     CUSTOMER CONTRACT

**Nature of debtor's interest**     CUSTOMER          SHERMAN SPECIALTY
141 EILEEN WAY
SYOSSET NY 11791-5302

**State the term remaining**     DATED: 01/25/17

**List the contract number of any government contract**     _____

2.1159.  **Title of contract**          CUSTOMER CONTRACT          **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**     CUSTOMER CONTRACT

**Nature of debtor's interest**     CUSTOMER          SHERMAN SPECIALTY
KIDS IMPORTS
141 EILEEN WAY
SYOSSET NY 11791-5302

**State the term remaining**     DATED: 04/16/18

**List the contract number of any government contract**     _____

2.1160.  **Title of contract**          CUSTOMER CONTRACT          **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**     CUSTOMER CONTRACT

**Nature of debtor's interest**     CUSTOMER          SHIBUYA HOPPMAN
SHIBUYA HOPPMANN
P O BOX 879
MADISON HEIGHTS VA 24572-0879

**State the term remaining**     DATED: 03/03/17

**List the contract number of any government contract**     _____

2.1161.  **Title of contract**          CUSTOMER CONTRACT          **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**     CUSTOMER CONTRACT

**Nature of debtor's interest**     CUSTOMER          SHIPMAN PRINTING IND
P O BOX 357
NIAGARA FALLS NY 14304-0357

**State the term remaining**     DATED: 06/25/15

**List the contract number of any government contract**     _____

Debtor    **New England Motor Freight, Inc.**                                            Case number *(if known)* **19-12809**

| 2.1162. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | SHIPYARD BREWING |
| | **State the term remaining** | DATED: 01/25/17 | SHIPYARD BREWING CO 86 NEWBURY ST PORTLAND ME 04101-4274 |
| | **List the contract number of any government contract** | _____ | |

| 2.1163. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | SHREWSBURY MACHINE |
| | **State the term remaining** | DATED: 12/16/16 | SHREWSBURY MACHINE A P O BOX 1120 ATHENS WV 24712-1120 |
| | **List the contract number of any government contract** | _____ | |

| 2.1164. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | SILVER PALATE |
| | **State the term remaining** | DATED: 06/25/15 | SILVER PALATE KITCHE 211 KNICKERBOCKER RD CRESSKILL NJ 07626-1830 |
| | **List the contract number of any government contract** | _____ | |

| 2.1165. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | SIMMONS MACHINE TOOL |
| | **State the term remaining** | DATED: 07/30/18 | 1700 NORTH BROADWAY ALBANY NY 12204-2701 |
| | **List the contract number of any government contract** | _____ | |

| 2.1166. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | SIMPLICITYS EDGE |
| | **State the term remaining** | DATED: 02/08/18 | 40 HOLLINGSHEAD RD INGERSOLL ON N5C0B5 CANADA |
| | **List the contract number of any government contract** | _____ | |

Debtor   **New England Motor Freight, Inc.**                                                    Case number *(if known)* **19-12809**

---

2.1167.   **Title of contract**                  CUSTOMER CONTRACT                    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

   **State what the contract or lease is for**          CUSTOMER CONTRACT

   **Nature of debtor's interest**          CUSTOMER                              SLANTSHACK JERKY
                                                                                 REDHAWK GLOBAL
   **State the term remaining**          DATED: 11/01/16                          P O BOX 2946
                                                                                 COLUMBUS OH 43216-2946
   **List the contract number of any government contract**    _____

---

2.1168.   **Title of contract**                  CUSTOMER CONTRACT                    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

   **State what the contract or lease is for**          CUSTOMER CONTRACT

   **Nature of debtor's interest**          CUSTOMER                              SLINGSHOT TRANS
                                                                                 SLINGSHOT TRANSPORTA
   **State the term remaining**          DATED: 11/17/16                          P O BOX 610
                                                                                 BROOKLYN NY 11201-0610
   **List the contract number of any government contract**    _____

---

2.1169.   **Title of contract**                  CUSTOMER CONTRACT                    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

   **State what the contract or lease is for**          CUSTOMER CONTRACT

   **Nature of debtor's interest**          CUSTOMER                              SMALL VALLEY MILLING
                                                                                 1188 MOUNTAIN HOUSE
   **State the term remaining**          DATED: 06/25/15                          HALIFAX PA 17032-9208

   **List the contract number of any government contract**    _____

---

2.1170.   **Title of contract**                  CUSTOMER CONTRACT                    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

   **State what the contract or lease is for**          CUSTOMER CONTRACT

   **Nature of debtor's interest**          CUSTOMER                              SOKOL & CO
                                                                                 SOKOL
   **State the term remaining**          DATED: 09/09/15                          CHRLTL
                                                                                 14800 CHARLSON RD #2
   **List the contract number of any government contract**    _____     EDEN PRAIRIE MN 55347-5051

---

2.1171.   **Title of contract**                  CUSTOMER CONTRACT                    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

   **State what the contract or lease is for**          CUSTOMER CONTRACT

   **Nature of debtor's interest**          CUSTOMER                              SOURCE ALLIANCE
                                                                                 2023 W CARROLL AVE C
   **State the term remaining**          DATED: 06/14/18                          CHICAGO IL 60612-1682

   **List the contract number of any government contract**    _____

---

Debtor   **New England Motor Freight, Inc.**                                          Case number *(if known)* **19-12809**

---

2.1172. **Title of contract**                 CUSTOMER CONTRACT                    **State the name and mailing address**
                                                                                    **for all other parties with whom the**
        **State what the contract or**         CUSTOMER CONTRACT                    **debtor has an executory contract or**
        **lease is for**                                                            **unexpired lease**

        **Nature of debtor's interest**        CUSTOMER                             SOURCE LOGISTICS
                                                                                    812 UNION ST
        **State the term remaining**           DATED: 08/03/17                      MONTEBELLO CA 90640-6523

        **List the contract number of**        _____
        **any government contract**

2.1173. **Title of contract**                 CUSTOMER CONTRACT                    **State the name and mailing address**
                                                                                    **for all other parties with whom the**
        **State what the contract or**         CUSTOMER CONTRACT                    **debtor has an executory contract or**
        **lease is for**                                                            **unexpired lease**

        **Nature of debtor's interest**        CUSTOMER                             SOUTH HILL CIDER
                                                                                    560 WEST KING RD
        **State the term remaining**           DATED: 07/11/18                      ITHACA NY 14850-8608

        **List the contract number of**        _____
        **any government contract**

2.1174. **Title of contract**                 CUSTOMER CONTRACT                    **State the name and mailing address**
                                                                                    **for all other parties with whom the**
        **State what the contract or**         CUSTOMER CONTRACT                    **debtor has an executory contract or**
        **lease is for**                                                            **unexpired lease**

        **Nature of debtor's interest**        CUSTOMER                             SOUTH/WIN LTD
                                                                                    P O BOX 20461
        **State the term remaining**           DATED: 06/25/15                      GREENSBORO NC 27420-0461

        **List the contract number of**        _____
        **any government contract**

2.1175. **Title of contract**                 CUSTOMER CONTRACT                    **State the name and mailing address**
                                                                                    **for all other parties with whom the**
        **State what the contract or**         CUSTOMER CONTRACT                    **debtor has an executory contract or**
        **lease is for**                                                            **unexpired lease**

        **Nature of debtor's interest**        CUSTOMER                             SOUTHEASTERN TEXTILE
                                                                                    P O BOX 921
        **State the term remaining**           DATED: 05/19/16                      DANVILLE VA 24543-0921

        **List the contract number of**        _____
        **any government contract**

2.1176. **Title of contract**                 CUSTOMER CONTRACT                    **State the name and mailing address**
                                                                                    **for all other parties with whom the**
        **State what the contract or**         CUSTOMER CONTRACT                    **debtor has an executory contract or**
        **lease is for**                                                            **unexpired lease**

        **Nature of debtor's interest**        CUSTOMER                             SOUTHERN TIER BREWIN
                                                                                    PO BOX 166 - 2051A S
        **State the term remaining**           DATED: 06/25/15                      LAKEWOOD NY 14750-0166

        **List the contract number of**        _____
        **any government contract**

Debtor   **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| 2.1177. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | SOUTHERN TIRE CUSTOM |
| | **State the term remaining** | DATED: 07/25/16 | 1322 COLLEGE AVE |
| | **List the contract number of any government contract** | _____ | ELMIRA NY 14901-1156 |

| 2.1178. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | SPARTAN BRANDS |
| | **State the term remaining** | DATED: 03/27/18 | 451 PARK AVE SOUTH |
| | **List the contract number of any government contract** | _____ | NEW YORK NY 10016-7390 |

| 2.1179. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | SPECTRUM PLASTICS |
| | **State the term remaining** | DATED: 06/25/15 | 12641 166TH STREET |
| | **List the contract number of any government contract** | _____ | CERRITOS CA 90703-2101 |

| 2.1180. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | SPECTRUM PLASTICS |
| | **State the term remaining** | DATED: 11/22/16 | I P S INDUSTRIES |
| | **List the contract number of any government contract** | _____ | 12641 166TH STREET |
| | | | CERRITOS CA 90703-2101 |

| 2.1181. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | SPECTRUM POLY |
| | **State the term remaining** | DATED: 10/30/18 | SPECTRUM POLY INC |
| | **List the contract number of any government contract** | _____ | 27 ROSELLE CT |
| | | | LAKEWOOD NJ 08701-1572 |

Debtor   **New England Motor Freight, Inc.**                                  Case number *(if known)* **19-12809**

| 2.1182. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | SPECTRUM POLY |
| | **State the term remaining** | DATED: 10/30/18 | SPECTRUM POLY INC<br>27 ROSELLE CT<br>LAKEWOOD NJ 08701-1572 |
| | **List the contract number of any government contract** | _____ | |

| 2.1183. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | SPECTRUM POLY |
| | **State the term remaining** | DATED: 10/30/18 | SPECTRUM POLY INC<br>27 ROSELLE CT<br>LAKEWOOD NJ 08701-1572 |
| | **List the contract number of any government contract** | _____ | |

| 2.1184. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | SPECTRUM POLY |
| | **State the term remaining** | DATED: 10/30/18 | 27 ROSELLE CT<br>LAKEWOOD NJ 08701-1572 |
| | **List the contract number of any government contract** | _____ | |

| 2.1185. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | SPEED GLOBAL SERVICE |
| | **State the term remaining** | DATED: 06/25/15 | WAREHOUSE DIV<br>SPEED GLOBAL SERVICE<br>P O BOX 738<br>KENMORE NY 14217-0738 |
| | **List the contract number of any government contract** | _____ | |

| 2.1186. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | SPILLERS |
| | **State the term remaining** | DATED: 01/25/17 | SPILLERS REPROGRAPHI<br>P O BOX 1638<br>LEWISTON ME 04241-1638 |
| | **List the contract number of any government contract** | _____ | |

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| 2.1187. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | SPILLERS |
| | **State the term remaining** | DATED: 04/15/16 | SPILLERS REPROGRAPHI P O BOX 1638 LEWISTON ME 04240 |
| | **List the contract number of any government contract** | _____ | |

| 2.1188. | **Title of contract** | LEASE AGREEENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SPRINGFIELD TERMINAL # 08 REAL PROPERTY LEASE - 1311 UNION STREET, SPRINGFIELD, MA 01089 | |
| | **Nature of debtor's interest** | LESSEE | SPRINGFIELD TERMINAL CORP |
| | **State the term remaining** | 11/30/2010 | C/O AMZ MANAGEMENT LLC 1-71 NORTH AVENUE EAST ELIZABETH NJ 07201 |
| | **List the contract number of any government contract** | _____ | |

| 2.1189. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | ST FREIGHT |
| | **State the term remaining** | DATED: 02/16/17 | P O BOX 1147 MANITOWOC WI 54221-1147 |
| | **List the contract number of any government contract** | _____ | |

| 2.1190. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | ST KILLIAN IMPORTING |
| | **State the term remaining** | DATED: 06/25/15 | 170 MARKET STREET EVERETT MA 02149-5808 |
| | **List the contract number of any government contract** | _____ | |

| 2.1191. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | ST KILLIAN IMPORTING |
| | **State the term remaining** | DATED: 11/13/15 | 170 MARKET ST EVERETT MA 02149 |
| | **List the contract number of any government contract** | _____ | |

Debtor   **New England Motor Freight, Inc.**                                                    Case number *(if known)* **19-12809**

---

2.1192. **Title of contract**                CUSTOMER CONTRACT                          State the name and mailing address
                                                                                        for all other parties with whom the
     **State what the contract or**      CUSTOMER CONTRACT              debtor has an executory contract or
     **lease is for**                                                   unexpired lease

     **Nature of debtor's interest**    CUSTOMER                       ST LOUIS GROUP
                                                                                        8888 KEYSTONE CROSSI
     **State the term remaining**        DATED: 03/16/18               INDIANAPOLIS IN 46240-4640

     **List the contract number of**    _____
     **any government contract**

---

2.1193. **Title of contract**                FREIGHT FORWARDERS LEGAL LIABILITY       State the name and mailing address
                                                                                        for all other parties with whom the
     **State what the contract or**      POLICY NO. 2T00594             debtor has an executory contract or
     **lease is for**                                                   unexpired lease

     **Nature of debtor's interest**    INSURED                        ST. PAUL FIRE & MARINE INS CO
                                                                                        201 COUNTY BLVD., SUITE 505
     **State the term remaining**        6/16/2019                      BRAMPTON ON L6W 4L2
                                                                                        CANADA
     **List the contract number of**    _____
     **any government contract**

---

2.1194. **Title of contract**                CUSTOMER CONTRACT                          State the name and mailing address
                                                                                        for all other parties with whom the
     **State what the contract or**      CUSTOMER CONTRACT              debtor has an executory contract or
     **lease is for**                                                   unexpired lease

     **Nature of debtor's interest**    CUSTOMER                       STANDARD MFG CO
                                                                                        STANDARD MFG CO INC
     **State the term remaining**        DATED: 06/25/15               P O BOX 380
                                                                                        TROY NY 12182-0380
     **List the contract number of**    _____
     **any government contract**

---

2.1195. **Title of contract**                CUSTOMER CONTRACT                          State the name and mailing address
                                                                                        for all other parties with whom the
     **State what the contract or**      CUSTOMER CONTRACT              debtor has an executory contract or
     **lease is for**                                                   unexpired lease

     **Nature of debtor's interest**    CUSTOMER                       STANPAC
                                                                                        P O BOX 584
     **State the term remaining**        DATED: 01/26/18               LEWISTON NY 14092-0584

     **List the contract number of**    _____
     **any government contract**

---

2.1196. **Title of contract**                CUSTOMER CONTRACT                          State the name and mailing address
                                                                                        for all other parties with whom the
     **State what the contract or**      CUSTOMER CONTRACT              debtor has an executory contract or
     **lease is for**                                                   unexpired lease

     **Nature of debtor's interest**    CUSTOMER                       STAR WIPERS
                                                                                        STAR WIPERS INC
     **State the term remaining**        DATED: 06/25/15               1067 MOSTOUR WEST
                                                                                        CORAOPOLIS PA 15108
     **List the contract number of**    _____
     **any government contract**

---

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

2.1197. | **Title of contract** | CYBER LIABILITY | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | POLICY NO. 1000600133171 |
| **Nature of debtor's interest** | INSURED | STARR INDEMNITY & LIABILITY CO
| **State the term remaining** | 12/4/2019 | 399 PARK AVE, 2ND FL
NEW YORK NY 10022
| **List the contract number of any government contract** | _____ |

2.1198. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | CUSTOMER CONTRACT |
| **Nature of debtor's interest** | CUSTOMER | STAUFFER GLOVE SAFETY
| **State the term remaining** | DATED: 08/14/18 | STAUFFER GLOVE & SAF
P O BOX 45
RED HILL PA 18076-0045
| **List the contract number of any government contract** | _____ |

2.1199. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | CUSTOMER CONTRACT |
| **Nature of debtor's interest** | CUSTOMER | STEAM LOGISTICS
| **State the term remaining** | DATED: 04/26/17 | 835 GEORGIA AVE
CHATTANOOGA TN 37402-2232
| **List the contract number of any government contract** | _____ |

2.1200. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | CUSTOMER CONTRACT |
| **Nature of debtor's interest** | CUSTOMER | STEEL & WIRE PRODUCTS
| **State the term remaining** | DATED: 07/13/18 | STEEL & WIRE NORTH E
P O BOX 446
BALTIMORE MD 21203-0446
| **List the contract number of any government contract** | _____ |

2.1201. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | CUSTOMER CONTRACT |
| **Nature of debtor's interest** | CUSTOMER | STEEL & WIRE PRODUCTS
| **State the term remaining** | DATED: 09/25/15 | STEEL & WIRE PROD
P O BOX 207
BALTIMORE MD 21203-0207
| **List the contract number of any government contract** | _____ |

Debtor    **New England Motor Freight, Inc.**                                                    Case number *(if known)* **19-12809**

| 2.1202. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | STEINMART |
| | **State the term remaining** | DATED: 10/01/15 | 1200 RIVERPLACE BLVD |
| | **List the contract number of any government contract** | _____ | JACKSONVILLE FL 32207-9046 |

| 2.1203. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | STEPHEN GOULD |
| | **State the term remaining** | DATED: 06/25/15 | STEPHEN GOULD CORP |
| | **List the contract number of any government contract** | _____ | 35 S JEFFERSON RD WHIPPANY NJ 07981-1043 |

| 2.1204. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | STEVEN WILLAND |
| | **State the term remaining** | DATED: 06/25/15 | 23 RTE 206 |
| | **List the contract number of any government contract** | _____ | AUGUSTA NJ 07822-0009 |

| 2.1205. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | STIHL |
| | **State the term remaining** | DATED: 06/25/15 | STIHL INC |
| | **List the contract number of any government contract** | _____ | P O BOX 2015 VIRGINIA BEACH VA 23450-2015 |

| 2.1206. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | STONE CREEK VENEER |
| | **State the term remaining** | DATED: 06/25/15 | 256 VIRGIN RUN RD |
| | **List the contract number of any government contract** | _____ | VANDERBILT PA 15486-1138 |

Debtor   **New England Motor Freight, Inc.**                                          Case number *(if known)* **19-12809**

---

| 2.1207. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | STOVER CO |
| | **State the term remaining** | DATED: 02/18/16 | STOVER & CO |
| | **List the contract number of any government contract** | _____ | P O BOX 188<br>CHESWICK PA 15024-0188 |

| 2.1208. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | STRYKER C H ROBINSON |
| | **State the term remaining** | DATED: 06/01/18 | STRYKER<br>CHRLTL |
| | **List the contract number of any government contract** | _____ | 14800 CHARLSON RD #2<br>EDEN PRAIRIE MN 55347-5051 |

| 2.1209. | **Title of contract** | NATIONAL ACCOUNT PROPANE GAS AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SALES CONTRACT | |
| | **Nature of debtor's interest** | BUYER | SUBURBAN PROPANE LP |
| | **State the term remaining** | 2019 | 240 ROUTE 10 WEST<br>WHIPPANY NJ 07981 |
| | **List the contract number of any government contract** | _____ | |

| 2.1210. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | SUMMIT LUBRICANTS |
| | **State the term remaining** | DATED: 10/06/16 | 4D TREADEASY AVE<br>BATAVIA NY 14020-3010 |
| | **List the contract number of any government contract** | _____ | |

| 2.1211. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | SUMNER PRINTING |
| | **State the term remaining** | DATED: 04/27/16 | 433 ROUTE 108<br>SOMERSWORTH NH 03878-2043 |
| | **List the contract number of any government contract** | _____ | |

Debtor   **New England Motor Freight, Inc.**                                                    Case number *(if known)* **19-12809**

| 2.1212. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | SUNNY SKY PRODUCTS CAFE VITTORIA 102 KIMBALL AVE SOUTH BURLINGTON VT 05403-6800 |
| | **State the term remaining** | DATED: 02/01/18 | |
| | **List the contract number of any government contract** | _____ | |

| 2.1213. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | SUNNY SKY PRODUCTS CAFE VITTORIA 102 KIMBALL AVE SOUTH BURLINGTON VT 05403-6800 |
| | **State the term remaining** | DATED: 02/01/18 | |
| | **List the contract number of any government contract** | _____ | |

| 2.1214. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | SUNNY SKY PRODUCTS S & D COFFEE 102 KIMBALL AVE SOUTH BURLINGTON VT 05403-6800 |
| | **State the term remaining** | DATED: 02/01/18 | |
| | **List the contract number of any government contract** | _____ | |

| 2.1215. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | SUNNY SKY PRODUCTS S & D COFFEE 102 KIMBALL AVE SOUTH BURLINGTON VT 05403-6800 |
| | **State the term remaining** | DATED: 02/01/18 | |
| | **List the contract number of any government contract** | _____ | |

| 2.1216. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | SUNNY SKY PRODUCTS THIRSTY VENTURES 102 KIMBALL AVE SOUTH BURLINGTON VT 05403-6800 |
| | **State the term remaining** | DATED: 02/01/18 | |
| | **List the contract number of any government contract** | _____ | |

Debtor    **New England Motor Freight, Inc.**                                              Case number *(if known)* **19-12809**

2.1217.  **Title of contract**                CUSTOMER CONTRACT                         **State the name and mailing address
                                                                                         for all other parties with whom the
         **State what the contract or**        CUSTOMER CONTRACT                         **debtor has an executory contract or
         lease is for**                                                                  unexpired lease**

         **Nature of debtor's interest**       CUSTOMER                                  SUNNY SKY PRODUCTS
                                                                                         THIRSTY VENTURES
         **State the term remaining**          DATED: 02/01/18                           102 KIMBALL AVE
                                                                                         SOUTH BURLINGTON VT 05403-
         **List the contract number of**       _____        6800
         any government contract**

2.1218.  **Title of contract**                CUSTOMER CONTRACT                         **State the name and mailing address
                                                                                         for all other parties with whom the
         **State what the contract or**        CUSTOMER CONTRACT                         **debtor has an executory contract or
         lease is for**                                                                  unexpired lease**

         **Nature of debtor's interest**       CUSTOMER                                  SUNNY SKY PRODUCTS
                                                                                         102 KIMBALL AVE
         **State the term remaining**          DATED: 02/01/18                           SOUTH BURLINGTON VT 05403-
                                                                                         6800
         **List the contract number of**       _____
         any government contract**

2.1219.  **Title of contract**                CUSTOMER CONTRACT                         **State the name and mailing address
                                                                                         for all other parties with whom the
         **State what the contract or**        CUSTOMER CONTRACT                         **debtor has an executory contract or
         lease is for**                                                                  unexpired lease**

         **Nature of debtor's interest**       CUSTOMER                                  SUNNY SKY PRODUCTS
                                                                                         102 KIMBALL AVE
         **State the term remaining**          DATED: 02/01/18                           SOUTH BURLINGTON VT 05401

         **List the contract number of**       _____
         any government contract**

2.1220.  **Title of contract**                CUSTOMER CONTRACT                         **State the name and mailing address
                                                                                         for all other parties with whom the
         **State what the contract or**        CUSTOMER CONTRACT                         **debtor has an executory contract or
         lease is for**                                                                  unexpired lease**

         **Nature of debtor's interest**       CUSTOMER                                  SUNNY SKY PRODUCTS
                                                                                         CAFE VITTORIA
         **State the term remaining**          DATED: 03/30/18                           102 KIMBALL AVE
                                                                                         SOUTH BURLINGTON VT 05403-
         **List the contract number of**       _____        6800
         any government contract**

2.1221.  **Title of contract**                CUSTOMER CONTRACT                         **State the name and mailing address
                                                                                         for all other parties with whom the
         **State what the contract or**        CUSTOMER CONTRACT                         **debtor has an executory contract or
         lease is for**                                                                  unexpired lease**

         **Nature of debtor's interest**       CUSTOMER                                  SUNNY SKY PRODUCTS
                                                                                         S & D COFFEE
         **State the term remaining**          DATED: 03/30/18                           102 KIMBALL AVE
                                                                                         SOUTH BURLINGTON VT 05403-
         **List the contract number of**       _____        6800
         any government contract**

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

2.1222.  **Title of contract**              CUSTOMER CONTRACT                **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**              CUSTOMER CONTRACT

**Nature of debtor's interest**              CUSTOMER                SUNNY SKY PRODUCTS
                                                                    SUNNY SKY PRODUCTS N
**State the term remaining**              DATED: 03/30/18           102 KIMBALL AVE
                                                                    SOUTH BURLINGTON VT 05401
**List the contract number of any government contract**    _____

---

2.1223.  **Title of contract**              CUSTOMER CONTRACT                **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**              CUSTOMER CONTRACT

**Nature of debtor's interest**              CUSTOMER                SUNNY SKY PRODUCTS
                                                                    SUNNY SKY PRODUCTS N
**State the term remaining**              DATED: 03/30/18           102 KIMBALL AVE
                                                                    SOUTH BURLINGTON VT 05403-
**List the contract number of any government contract**    _____    6800

---

2.1224.  **Title of contract**              CUSTOMER CONTRACT                **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**              CUSTOMER CONTRACT

**Nature of debtor's interest**              CUSTOMER                SUNNY SKY PRODUCTS
                                                                    SUNNY SKY PRODUCTS N
**State the term remaining**              DATED: 03/30/18           102 KIMBALL AVE
                                                                    SOUTH BURLINGTON VT 05403-
**List the contract number of any government contract**    _____    6800

---

2.1225.  **Title of contract**              CUSTOMER CONTRACT                **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**              CUSTOMER CONTRACT

**Nature of debtor's interest**              CUSTOMER                SUNNY SKY PRODUCTS
                                                                    102 KIMBALL ST
**State the term remaining**              DATED: 03/30/18           SOUTH BURLINGTON VT 05403-
                                                                    6800
**List the contract number of any government contract**    _____

---

2.1226.  **Title of contract**              CUSTOMER CONTRACT                **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**              CUSTOMER CONTRACT

**Nature of debtor's interest**              CUSTOMER                SUNNY SKY PRODUCTS
                                                                    SUNNY SKY PRODS NORT
**State the term remaining**              DATED: 07/25/18           102 KIMBALL AVE
                                                                    SOUTH BURLINGTON VT 05403-
**List the contract number of any government contract**    _____    6800

Debtor    **New England Motor Freight, Inc.**                                                    Case number *(if known)* **19-12809**

| 2.1227. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | SUNORA FOODS LTD |
| | **State the term remaining** | DATED: 11/14/16 | 4616 VALIANT DR NW |
| | **List the contract number of any government contract** | _____ | CALGARY AB T3A0X9 |

| 2.1228. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | SUPERHEAT FREIGHT |
| | **State the term remaining** | DATED: 08/29/16 | SUPERHEAT FREIGHT SE |
| | | | 313 GARNET DR |
| | **List the contract number of any government contract** | _____ | NEW LENOX IL 60451-3503 |

| 2.1229. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | SUPERHEAT FREIGHT1 |
| | **State the term remaining** | DATED: 09/09/16 | SUPERHEAT FREIGHT SE |
| | | | 313 GARNET DRIVE |
| | **List the contract number of any government contract** | _____ | NEW LENOX IL 60451-3503 |

| 2.1230. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | SUPERIOR NUT CO |
| | **State the term remaining** | DATED: 06/25/15 | P O BOX 410086 |
| | **List the contract number of any government contract** | _____ | CAMBRIDGE MA 02141-0001 |

| 2.1231. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | SUPERIOR NUT CO |
| | **State the term remaining** | DATED: 11/19/15 | SUPERIOR NUT CO INC |
| | | | P O BOX 410086 |
| | **List the contract number of any government contract** | _____ | CAMBRIDGE MA 02141-0001 |

Debtor    **New England Motor Freight, Inc.**                                              Case number *(if known)* **19-12809**

| 2.1232. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | SUPPLY ONE |
| | **State the term remaining** | DATED: 10/15/15 | M G N LOGISTICS |
| | **List the contract number of any government contract** | _____ | 712 FERRY STREET EASTON PA 18042-4324 |

| 2.1233. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | SUTHERLAND WELLS |
| | **State the term remaining** | DATED: 05/10/16 | SUTHERLAND WELLES P O BOX 180 |
| | **List the contract number of any government contract** | _____ | NORTH HYDE PARK VT 05665-0180 |

| 2.1234. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | SWAN LABEL |
| | **State the term remaining** | DATED: 11/05/15 | SWAN LABEL & TAG P O BOX 308 |
| | **List the contract number of any government contract** | _____ | CORAOPOLIS PA 15108-0308 |

| 2.1235. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | SWEET PEET |
| | **State the term remaining** | DATED: 04/18/18 | P O BOX 55 |
| | **List the contract number of any government contract** | _____ | LITCHFIELD CT 06759-0055 |

| 2.1236. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | SWEET PEET |
| | **State the term remaining** | DATED: 04/18/18 | P O BOX 55 |
| | **List the contract number of any government contract** | _____ | LITCHFIELD CT 06759-0055 |

Debtor    **New England Motor Freight, Inc.**                                        Case number *(if known)* **19-12809**

| | | |
|---|---|---|
| 2.1237. | **Title of contract** | CUSTOMER CONTRACT |
| | **State what the contract or lease is for** | CUSTOMER CONTRACT |
| | **Nature of debtor's interest** | CUSTOMER |
| | **State the term remaining** | DATED: 04/14/17 |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

SYMAK SALES
SYMAK SALES CO INC
P O BOX 2202
PLATTSBURGH NY 12901-0316

| | | |
|---|---|---|
| 2.1238. | **Title of contract** | CUSTOMER CONTRACT |
| | **State what the contract or lease is for** | CUSTOMER CONTRACT |
| | **Nature of debtor's interest** | CUSTOMER |
| | **State the term remaining** | DATED: 01/23/19 |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

SYNERGIE CANADA
60 RUE EMILIEN MARCO
BLAINVILLE QC J7C0B5

| | | |
|---|---|---|
| 2.1239. | **Title of contract** | CUSTOMER CONTRACT |
| | **State what the contract or lease is for** | CUSTOMER CONTRACT |
| | **Nature of debtor's interest** | CUSTOMER |
| | **State the term remaining** | DATED: 01/23/19 |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

SYNERGIE CANADA
60 RUE EMILIEN MARCO
BLAINVILLE QC J7C0B5

| | | |
|---|---|---|
| 2.1240. | **Title of contract** | CUSTOMER CONTRACT |
| | **State what the contract or lease is for** | CUSTOMER CONTRACT |
| | **Nature of debtor's interest** | CUSTOMER |
| | **State the term remaining** | DATED: 02/23/16 |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

TALATRANS WORLWIDE
TALATRANS WORLDWIDE
P O BOX 835
ITASCA IL 60143-0835

| | | |
|---|---|---|
| 2.1241. | **Title of contract** | CUSTOMER CONTRACT |
| | **State what the contract or lease is for** | CUSTOMER CONTRACT |
| | **Nature of debtor's interest** | CUSTOMER |
| | **State the term remaining** | DATED: 11/19/15 |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

TANNIN CORP
MANN DISTRIBUTION
3134 POST ROAD
WARWICK RI 02886-7158

Debtor   **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| | | | |
|---|---|---|---|
| 2.1242. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | TARGET C/O NFI CROSS N F I L |
| | **State the term remaining** | DATED: 04/15/16 | 1515 BURNT MILL RD CHERRY HILL NJ 08003-3637 |
| | **List the contract number of any government contract** | _____ | |

| | | | |
|---|---|---|---|
| 2.1243. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | TARGET CORP C H ROBINSON SUPER TARGET CHRLTL |
| | **State the term remaining** | DATED: 06/05/18 | 14800 CHARLSON RD #2 EDEN PRAIRIE MN 55347-5051 |
| | **List the contract number of any government contract** | _____ | |

| | | | |
|---|---|---|---|
| 2.1244. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | TARGET CORP C H ROBINSON TARGET CORP CHRLTL |
| | **State the term remaining** | DATED: 06/05/18 | 14800 CHARLSON RD #2 EDEN PRAIRIE MN 55347-5051 |
| | **List the contract number of any government contract** | _____ | |

| | | | |
|---|---|---|---|
| 2.1245. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | TARGET FREIGHT TARGET FREIGHT MGMT |
| | **State the term remaining** | DATED: 03/24/16 | 5905 BROWNSVILLE RD PITTSBURGH PA 15236-3507 |
| | **List the contract number of any government contract** | _____ | |

| | | | |
|---|---|---|---|
| 2.1246. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | TARGET INDUSTRIAL P O BOX 445 |
| | **State the term remaining** | DATED: 06/28/18 | GLENSHAW PA 15116-0445 |
| | **List the contract number of any government contract** | _____ | |

Debtor   **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| 2.1247. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | TASMAN LEATHER GROUP |
| | **State the term remaining** | DATED: 06/25/15 | P O BOX 400 |
| | **List the contract number of any government contract** | _____ | HARTLAND ME 04943-0400 |

| 2.1248. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | TBL F P WOLL |
| | **State the term remaining** | DATED: 12/01/15 | F P WOLL & COMPANY |
| | **List the contract number of any government contract** | _____ | PO BOX 3838 |
| | | | ALLENTOWN PA 18106-0838 |

| 2.1249. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | TBL M C S |
| | **State the term remaining** | DATED: 12/01/15 | M C S INDUSTRIES |
| | | | TBL SERVICES |
| | **List the contract number of any government contract** | _____ | PO BOX 3838 |
| | | | ALLENTOWN PA 18106-0838 |

| 2.1250. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | TBL MEMRY |
| | **State the term remaining** | DATED: 11/22/17 | MEMRY CORP |
| | | | T B L |
| | **List the contract number of any government contract** | _____ | P O BOX 3838 |
| | | | ALLENTOWN PA 18106-0838 |

| 2.1251. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | TBL PHILLIPS PET FOOD |
| | **State the term remaining** | DATED: 12/01/15 | PHILLIPS PET FOOD & |
| | | | SUPPLIES T B L SVC |
| | **List the contract number of any government contract** | _____ | P O BOX 3838 |
| | | | ALLENTOWN PA 18106-0838 |

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| 2.1252. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | TBL S F S |
| | **State the term remaining** | DATED: 12/01/15 | S F S INTEC<br>TBL SERVICES<br>PO BOX 3838 |
| | **List the contract number of any government contract** | _____ | ALLENTOWN PA 18106-0838 |

| 2.1253. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | TBL S F S |
| | **State the term remaining** | DATED: 12/05/15 | S F S INTEC<br>TBL SERVICES<br>PO BOX 3838 |
| | **List the contract number of any government contract** | _____ | ALLENTOWN PA 18106-0838 |

| 2.1254. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | TBL VIGON |
| | **State the term remaining** | DATED: 12/01/15 | VIGON INTL INC<br>TBL SERVICES<br>PO BOX 3838 |
| | **List the contract number of any government contract** | _____ | ALLENTOWN PA 18106-0838 |

| 2.1255. | **Title of contract** | TERM NOTE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LOAN AGREEMENT | |
| | **Nature of debtor's interest** | BORROWER | TD BANK, N.A. |
| | **State the term remaining** | 01/25/2023 | 1100 LAKE STREET<br>RAMSEY NJ 07446 |
| | **List the contract number of any government contract** | _____ | |

| 2.1256. | **Title of contract** | TERM NOTE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LOAN AGREEMENT | |
| | **Nature of debtor's interest** | BORROWER | TD BANK, N.A. |
| | **State the term remaining** | 03/27/2024 | 1100 LAKE STREET<br>RAMSEY NJ 07446 |
| | **List the contract number of any government contract** | _____ | |

Debtor   **New England Motor Freight, Inc.**                    Case number *(if known)* **19-12809**

| | | |
|---|---|---|
| 2.1257. | **Title of contract** | TERM NOTE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | LOAN AGREEMENT | |
| | **Nature of debtor's interest** | BORROWER | TD BANK, N.A.<br>1100 LAKE STREET<br>RAMSEY NJ 07446 |
| | **State the term remaining** | 03/30/2023 | |
| | **List the contract number of any government contract** | _____ | |

| | | |
|---|---|---|
| 2.1258. | **Title of contract** | IRREVOCABLE LETTER OF CREDIT NO. 20008379 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | CREDIT AGREEMENT | |
| | **Nature of debtor's interest** | BORROWER | TD BANK, N.A.<br>GLOBAL TRADE FINANCE<br>6000 ATRIUM WAY<br>MT. LAUREL NJ 08054 |
| | **State the term remaining** | 04/01/2019 | |
| | **List the contract number of any government contract** | _____ | |

| | | |
|---|---|---|
| 2.1259. | **Title of contract** | IRREVOCABLE LETTER OF CREDIT NO. 20008379 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | CREDIT AGREEMENT | |
| | **Nature of debtor's interest** | BORROWER | TD BANK, N.A.<br>GLOBAL TRADE FINANCE<br>6000 ATRIUM WAY<br>MT. LAUREL NJ 08054 |
| | **State the term remaining** | 04/01/2019 | |
| | **List the contract number of any government contract** | _____ | |

| | | |
|---|---|---|
| 2.1260. | **Title of contract** | TERM NOTE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | LOAN AGREEMENT | |
| | **Nature of debtor's interest** | BORROWER | TD BANK, N.A.<br>1100 LAKE STREET<br>RAMSEY NJ 07446 |
| | **State the term remaining** | 04/19/2023 | |
| | **List the contract number of any government contract** | _____ | |

| | | |
|---|---|---|
| 2.1261. | **Title of contract** | TERM NOTE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | LOAN AGREEMENT | |
| | **Nature of debtor's interest** | BORROWER | TD BANK, N.A.<br>1100 LAKE STREET<br>RAMSEY NJ 07446 |
| | **State the term remaining** | 05/24/2023 | |
| | **List the contract number of any government contract** | _____ | |

Debtor    **New England Motor Freight, Inc.**                                                      Case number *(if known)* **19-12809**

2.1262.   **Title of contract**                     TERM NOTE                                    State the name and mailing address
                                                                                                  for all other parties with whom the
          **State what the contract or**             LOAN AGREEMENT                               debtor has an executory contract or
          **lease is for**                                                                        unexpired lease

          **Nature of debtor's interest**            BORROWER                                     TD BANK, N.A.
                                                                                                  1100 LAKE STREET
          **State the term remaining**               08/23/2025                                   RAMSEY NJ 07446

          **List the contract number of**            _____
          **any government contract**

2.1263.   **Title of contract**                     TERM NOTE                                    State the name and mailing address
                                                                                                  for all other parties with whom the
          **State what the contract or**             LOAN AGREEMENT                               debtor has an executory contract or
          **lease is for**                                                                        unexpired lease

          **Nature of debtor's interest**            BORROWER                                     TD BANK, N.A.
                                                                                                  1100 LAKE STREET
          **State the term remaining**               09/27/2023                                   RAMSEY NJ 07446

          **List the contract number of**            _____
          **any government contract**

2.1264.   **Title of contract**                     TERM NOTE                                    State the name and mailing address
                                                                                                  for all other parties with whom the
          **State what the contract or**             LOAN AGREEMENT                               debtor has an executory contract or
          **lease is for**                                                                        unexpired lease

          **Nature of debtor's interest**            BORROWER                                     TD BANK, N.A.
                                                                                                  1100 LAKE STREET
          **State the term remaining**               11/16/2022                                   RAMSEY NJ 07446

          **List the contract number of**            _____
          **any government contract**

2.1265.   **Title of contract**                     TERM NOTE                                    State the name and mailing address
                                                                                                  for all other parties with whom the
          **State what the contract or**             LOAN AGREEMENT                               debtor has an executory contract or
          **lease is for**                                                                        unexpired lease

          **Nature of debtor's interest**            BORROWER                                     TD BANK, N.A.
                                                                                                  1100 LAKE STREET
          **State the term remaining**               11/2023                                      RAMSEY NJ 07446

          **List the contract number of**            _____
          **any government contract**

2.1266.   **Title of contract**                     TERM NOTE                                    State the name and mailing address
                                                                                                  for all other parties with whom the
          **State what the contract or**             LOAN AND SECURITY AGREEMENT                  debtor has an executory contract or
          **lease is for**                                                                        unexpired lease

          **Nature of debtor's interest**            BORROWER                                     TD BANK, N.A.
                                                                                                  1100 LAKE STREET
          **State the term remaining**               12/01/2023                                   RAMSEY NJ 07446

          **List the contract number of**            _____
          **any government contract**

Debtor   **New England Motor Freight, Inc.**                                        Case number *(if known)* **19-12809**

---

2.1267. **Title of contract**              TERM NOTE                    State the name and mailing address
                                                                        for all other parties with whom the
     **State what the contract or**   LOAN AGREEMENT           debtor has an executory contract or
     **lease is for**                                            unexpired lease

     **Nature of debtor's interest**   BORROWER                TD BANK, N.A.
                                                                        1100 LAKE STREET
     **State the term remaining**   12/11/2023              RAMSEY NJ 07446

     **List the contract number of**   _____
     **any government contract**

---

2.1268. **Title of contract**              TERM NOTE                    State the name and mailing address
                                                                        for all other parties with whom the
     **State what the contract or**   LOAN AGREEMENT           debtor has an executory contract or
     **lease is for**                                            unexpired lease

     **Nature of debtor's interest**   BORROWER                TD BANK, N.A.
                                                                        1100 LAKE STREET
     **State the term remaining**   3/2024                 RAMSEY NJ 07446

     **List the contract number of**   _____
     **any government contract**

---

2.1269. **Title of contract**              TERM NOTE                    State the name and mailing address
                                                                        for all other parties with whom the
     **State what the contract or**   LOAN AGREEMENT           debtor has an executory contract or
     **lease is for**                                            unexpired lease

     **Nature of debtor's interest**   BORROWER                TD BANK, N.A.
                                                                        1100 LAKE STREET
     **State the term remaining**   5/2025                 RAMSEY NJ 07446

     **List the contract number of**   _____
     **any government contract**

---

2.1270. **Title of contract**              CUSTOMER CONTRACT            State the name and mailing address
                                                                        for all other parties with whom the
     **State what the contract or**   CUSTOMER CONTRACT        debtor has an executory contract or
     **lease is for**                                            unexpired lease

     **Nature of debtor's interest**   CUSTOMER                TECH COMPANY C
                                                                        COMPANY C
     **State the term remaining**   DATED: 11/22/17        TECH LOGISTICS
                                                                        P O BOX 431
     **List the contract number of**   _____    MILFORD NH 03055-0431
     **any government contract**

---

2.1271. **Title of contract**              CUSTOMER CONTRACT            State the name and mailing address
                                                                        for all other parties with whom the
     **State what the contract or**   CUSTOMER CONTRACT        debtor has an executory contract or
     **lease is for**                                            unexpired lease

     **Nature of debtor's interest**   CUSTOMER                TECH EXERGEN
                                                                        EXERGEN CORP
     **State the term remaining**   DATED: 09/19/17        TECH LOGISTICS
                                                                        300 ELM ST #1
     **List the contract number of**   _____    MILFORD NH 03055-4715
     **any government contract**

---

Debtor    **New England Motor Freight, Inc.**                                                    Case number *(if known)* **19-12809**

| | | |
|---|---|---|
| 2.1272. | **Title of contract** | CUSTOMER CONTRACT |
| | **State what the contract or lease is for** | CUSTOMER CONTRACT |
| | **Nature of debtor's interest** | CUSTOMER |
| | **State the term remaining** | DATED: 06/25/15 |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

TECH KENNETH CROSBY
KENNETH CROSBY INC
TECH LOGISTICS
300 ELM ST #1
MILFORD NH 03055-4715

| | | |
|---|---|---|
| 2.1273. | **Title of contract** | CUSTOMER CONTRACT |
| | **State what the contract or lease is for** | CUSTOMER CONTRACT |
| | **Nature of debtor's interest** | CUSTOMER |
| | **State the term remaining** | DATED: 11/02/16 |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

TECH KENNETH CROSBY
KENNETH CROSBY
TECH LOGISTICS
300 ELM ST #1
MILFORD NH 03055-4715

| | | |
|---|---|---|
| 2.1274. | **Title of contract** | CUSTOMER CONTRACT |
| | **State what the contract or lease is for** | CUSTOMER CONTRACT |
| | **Nature of debtor's interest** | CUSTOMER |
| | **State the term remaining** | DATED: 03/16/17 |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

TECH LOG WORKPLACE MODULAR
WORKPLACE MODULAR SY
TECH LOGISTICS
300 ELM ST #1
MILFORD NH 03055-4715

| | | |
|---|---|---|
| 2.1275. | **Title of contract** | CUSTOMER CONTRACT |
| | **State what the contract or lease is for** | CUSTOMER CONTRACT |
| | **Nature of debtor's interest** | CUSTOMER |
| | **State the term remaining** | DATED: 09/19/17 |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

TECH TELESCOPE CASUAL
TELESCOPE CASUAL FUR
TECH LOGISTICS
300 ELM STREET
MILFORD NH 03055-4715

| | | |
|---|---|---|
| 2.1276. | **Title of contract** | CUSTOMER CONTRACT |
| | **State what the contract or lease is for** | CUSTOMER CONTRACT |
| | **Nature of debtor's interest** | CUSTOMER |
| | **State the term remaining** | DATED: 12/23/16 |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

TECH TRANS REDCO FOODS
CASTSTACK WAREHOUSE
TECH LOGISTICS
300 ELM ST #1
MILFORD NH 03055-4715

Debtor    **New England Motor Freight, Inc.**                                                Case number *(if known)* **19-12809**

---

2.1277.  **Title of contract**              CUSTOMER CONTRACT              **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**              CUSTOMER CONTRACT

**Nature of debtor's interest**              CUSTOMER                        TECH TRANS REDCO FOODS
                                                                             REDCO FOODS DIST CTR
**State the term remaining**              DATED: 12/23/16                    TECH LOGISTICS
                                                                             300 ELM ST #1
**List the contract number of any government contract**      _____      MILFORD NH 03055-4715

---

2.1278.  **Title of contract**              CUSTOMER CONTRACT              **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**              CUSTOMER CONTRACT

**Nature of debtor's interest**              CUSTOMER                        TECH TRANS REDCO FOODS
                                                                             REDCO FOODS INC
**State the term remaining**              DATED: 12/23/16                    TECH LOGISTICS
                                                                             300 ELM ST #1
**List the contract number of any government contract**      _____      MILFORD NH 03055-4715

---

2.1279.  **Title of contract**              CUSTOMER CONTRACT              **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**              CUSTOMER CONTRACT

**Nature of debtor's interest**              CUSTOMER                        TEMPERATSURE
                                                                             10606 SOUTH 144TH ST
**State the term remaining**              DATED: 06/25/15                    OMAHA NE 68138-3818

**List the contract number of any government contract**      _____

---

2.1280.  **Title of contract**              CUSTOMER CONTRACT              **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**              CUSTOMER CONTRACT

**Nature of debtor's interest**              CUSTOMER                        TEMPERPACK
                                                                             P O BOX 7899
**State the term remaining**              DATED: 02/08/19                    RICHMOND VA 23231-0399

**List the contract number of any government contract**      _____

---

2.1281.  **Title of contract**              CUSTOMER CONTRACT              **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**              CUSTOMER CONTRACT

**Nature of debtor's interest**              CUSTOMER                        TEMPSHIELD INC
                                                                             TEMPSHIELD INC
**State the term remaining**              DATED: 10/05/17                    P O BOX 199
                                                                             MOUNT DESERT ME 04660-0199
**List the contract number of any government contract**      _____

Debtor   **New England Motor Freight, Inc.**                                        Case number *(if known)* **19-12809**

| 2.1282. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | TERRABOOST MEDIA |
| | **State the term remaining** | DATED: 03/31/16 | TERRABOOST MEDIA LLC<br>6114 LASALLE AVE<br>OAKLAND CA 94611-2802 |
| | **List the contract number of any government contract** | _____ | |

| 2.1283. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | TERRASMART |
| | **State the term remaining** | DATED: 11/10/15 | 9200 ESTERO PARK COM<br>ESTERO FL 33928-3219 |
| | **List the contract number of any government contract** | _____ | |

| 2.1284. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | TFM DYNACORN |
| | **State the term remaining** | DATED: 11/23/15 | DYNACORN INTL<br>TARGET FREIGHT MGMT<br>5905 BROWNSVILLE RD<br>PITTSBURGH PA 15236-3507 |
| | **List the contract number of any government contract** | _____ | |

| 2.1285. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | TFM ELITE SPICE |
| | **State the term remaining** | DATED: 11/23/15 | ELITE SPICE<br>T F M<br>5905 BROWNSVILLE RD<br>PITTSBURGH PA 15236-3507 |
| | **List the contract number of any government contract** | _____ | |

| 2.1286. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | TFM KOKE |
| | **State the term remaining** | DATED: 11/23/15 | KOKE INC<br>TARGET FREIGHT MGMT<br>5905 BROWNSVILLE RD<br>PITTSBURGH PA 15236-3507 |
| | **List the contract number of any government contract** | _____ | |

Debtor    **New England Motor Freight, Inc.**                                      Case number *(if known)* **19-12809**

---

2.1287.  **Title of contract**              SECURITY SERVICES AGREEMENT                  **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

    **State what the contract or lease is for**     SERVICE CONTRACT

    **Nature of debtor's interest**     CLIENT                                   THE ELECTRIC GUARD DOG LLC
550 ASSEMBLY ST.,5TH FLOOR
    **State the term remaining**     1/11/2022                                 COLUMBIA SC 29201

    **List the contract number of any government contract**     _____

---

2.1288.  **Title of contract**              WORKERS COMPENSATION INSURANCE POLICY        **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

    **State what the contract or lease is for**     WORKERS COMPENSATION INSURANCE

    **Nature of debtor's interest**     INSURED                                 THE HARTFORD
ONE HARTFORD PLAZA
    **State the term remaining**     3/31/2019                                 HARTFORD CT 06155

    **List the contract number of any government contract**     _____

---

2.1289.  **Title of contract**              AGREEMENT WITH POLICY NO. 10WNS35800 EFEFCTIVE 3/31/2018        **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

    **State what the contract or lease is for**     INSURANCE CONTRACT

    **Nature of debtor's interest**     INSURED                                 THE HARTFORD FINANCIAL
SERVICES GROUP INC
    **State the term remaining**     3/31/2019                                 ONE HARTFORD PLAZA, T- 7
HARTFORD CT 06155

    **List the contract number of any government contract**     _____

---

2.1290.  **Title of contract**              CHANGE IN CONTROL AGREEMENT                  **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

    **State what the contract or lease is for**     CHANGE IN CONTROL AGREEMENT

    **Nature of debtor's interest**     EMPLOYER                                THOMAS CONNERY
NEW ENGLAND MOTOR FREIGHT, INC
    **State the term remaining**     DATED: 05/01/2015                        1-71 NORTH AVENUE EAST
ELIZABETH NJ 07201
    **List the contract number of any government contract**     _____

---

2.1291.  **Title of contract**              DEFERRED COMPENSATION AGREEMENT              **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

    **State what the contract or lease is for**     DEFERRED COMPENSATION AGREEMENT

    **Nature of debtor's interest**     EMPLOYER                                THOMAS CONNERY
NEW ENGLAND MOTOR FREIGHT, INC
    **State the term remaining**     DATED: 05/01/2015                        1-71 NORTH AVENUE EAST
ELIZABETH NJ 07201
    **List the contract number of any government contract**     _____

Debtor   **New England Motor Freight, Inc.**                                      Case number *(if known)* **19-12809**

| | | | |
|---|---|---|---|
| 2.1292. | **Title of contract** | INSURANCE PREMIUM AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | INSURANCE PREMIUM AGREEMENT | |
| | **Nature of debtor's interest** | EMPLOYER | THOMAS CONNERY |
| | **State the term remaining** | DATED: 05/01/2015 | NEW ENGLAND MOTOR FREIGHT, INC |
| | **List the contract number of any government contract** | | 1-71 NORTH AVENUE EAST ELIZABETH NJ 07201 |

| | | | |
|---|---|---|---|
| 2.1293. | **Title of contract** | DESIGNATION OF DESIGNATED BENEFICIARY | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | COMPENSATION AGREEMENT | |
| | **Nature of debtor's interest** | EMPLOYER | THOMAS CONNERY |
| | **State the term remaining** | DATED: 07/08/2015 | NEW ENGLAND MOTOR FREIGHT, INC |
| | **List the contract number of any government contract** | | 1-71 NORTH AVENUE EAST ELIZABETH NJ 07201 |

| | | | |
|---|---|---|---|
| 2.1294. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | THOMAS TRANSPORT |
| | **State the term remaining** | DATED: 02/24/17 | THOMAS TRANSPORT DEL 9055 FREEWAY DRIVE |
| | **List the contract number of any government contract** | | MACEDONIA OH 44056 |

| | | | |
|---|---|---|---|
| 2.1295. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | THREE SIXTY SOLUTION |
| | **State the term remaining** | DATED: 06/09/16 | P O BOX 1 LEROY NY 14482-0001 |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| 2.1296. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | THRESHOLD ENTERPRISES |
| | **State the term remaining** | DATED: 11/12/15 | THRESHOLD ENTERPRISE 23 JANIS WAY |
| | **List the contract number of any government contract** | | SCOTTS VALLEY CA 95066-3546 |

Debtor    **New England Motor Freight, Inc.**                                                  Case number *(if known)* **19-12809**

| 2.1297. | **Title of contract** | LETTER OF EXTENSION | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LEASE OF REAL PROPERTY LOCATED AT 38 OLD KAMER ROAD, COLONIE, NY 12205 | |
| | **Nature of debtor's interest** | LESSEE | THRU VIEW, LLC |
| | **State the term remaining** | EXPIRATION 1/31/2017 | C/O MYRON P. SHEVELL 1-71 NORTH AVENUE EAST ELIZABETH NJ 07201 |
| | **List the contract number of any government contract** | _____ | |

| 2.1298. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | TI COMPOSITES ONE |
| | **State the term remaining** | DATED: 09/19/17 | COMPOSITES ONE LLC TRANS INSIGHT P O BOX 23000 |
| | **List the contract number of any government contract** | _____ | HICKORY NC 28603-0230 |

| 2.1299. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | TI DIAMOND PCK |
| | **State the term remaining** | DATED: 02/04/19 | DIAMOND PAPER BOX CO TRANS INSIGHT P O BOX 23000 |
| | **List the contract number of any government contract** | _____ | HICKORY NC 28603-0230 |

| 2.1300. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | TI DIAMOND PCK |
| | **State the term remaining** | DATED: 09/19/17 | DIAMOND PACKAGING TRANS INSIGHT P O BOX 23000 |
| | **List the contract number of any government contract** | _____ | HICKORY NC 28603-0230 |

| 2.1301. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | TI DISC GRAPHICS |
| | **State the term remaining** | DATED: 01/05/18 | DISC GRAPHICS INC TRANS INSIGHT P O BOX 23000 |
| | **List the contract number of any government contract** | _____ | HICKORY NC 28603-0230 |

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

2.1302. **Title of contract**                CUSTOMER CONTRACT                 **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**    CUSTOMER CONTRACT

**Nature of debtor's interest**    CUSTOMER                                 TI DISC GRAPHICS
                                                                            DISC GRAPHICS
**State the term remaining**    DATED: 09/19/17                             TRANS INSIGHT
                                                                            P O BOX 23000
**List the contract number of any government contract**    _____    HICKORY NC 28603-0230

---

2.1303. **Title of contract**                CUSTOMER CONTRACT                 **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**    CUSTOMER CONTRACT

**Nature of debtor's interest**    CUSTOMER                                 TI GLASSFLOSS
                                                                            GLASFLOSS
**State the term remaining**    DATED: 09/19/17                             TRANS INSIGHT
                                                                            P O BOX 23000
**List the contract number of any government contract**    _____    HICKORY NC 28603-0230

---

2.1304. **Title of contract**                CUSTOMER CONTRACT                 **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**    CUSTOMER CONTRACT

**Nature of debtor's interest**    CUSTOMER                                 TI INTL PCK
                                                                            INTL ACCESSORIES
**State the term remaining**    DATED: 01/18/18                             TRANS INSIGHT
                                                                            P O BOX 23000
**List the contract number of any government contract**    _____    HICKORY NC 28603-0230

---

2.1305. **Title of contract**                CUSTOMER CONTRACT                 **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**    CUSTOMER CONTRACT

**Nature of debtor's interest**    CUSTOMER                                 TI INTL PCK
                                                                            INTL DISPLAY
**State the term remaining**    DATED: 01/18/18                             TRANS INSIGHT
                                                                            P O BOX 23000
**List the contract number of any government contract**    _____    HICKORY NC 28603-0230

---

2.1306. **Title of contract**                CUSTOMER CONTRACT                 **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**    CUSTOMER CONTRACT

**Nature of debtor's interest**    CUSTOMER                                 TI INTL PCK
                                                                            PRESENTATION BOX &
**State the term remaining**    DATED: 01/18/18                             DISPLAY TRANS INSIG
                                                                            P O BOX 23000
**List the contract number of any government contract**    _____    HICKORY NC 28603-0230

---

Debtor   **New England Motor Freight, Inc.**                                                      Case number *(if known)* **19-12809**

| 2.1307. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | TI INTL PCK |
| | **State the term remaining** | DATED: 09/19/17 | INTL PACKAGING CORP<br>TRANS INSIGHT<br>P O BOX 23000 |
| | **List the contract number of any government contract** | _____ | HICKORY NC 28603-0230 |

| 2.1308. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | TIFFANY CO |
| | **State the term remaining** | DATED: 03/23/16 | TIFFANY &CO %IRON DA<br>3400 PLAYERS CLUB<br>MEMPHIS TN 38125-8915 |
| | **List the contract number of any government contract** | _____ | |

| 2.1309. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | TILE AMERICA CT |
| | **State the term remaining** | DATED: 02/04/16 | TILE AMERICA<br>PO BOX 909-8<br>LUDLOW MA 01056 |
| | **List the contract number of any government contract** | _____ | |

| 2.1310. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | TILE AMERICA CT |
| | **State the term remaining** | DATED: 06/25/15 | TILE AMERICA<br>PO BOX 909-8<br>LUDLOW MA 01056 |
| | **List the contract number of any government contract** | _____ | |

| 2.1311. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | TILE AMERICA CT |
| | **State the term remaining** | DATED: 06/25/15 | TILE AMERICA<br>PO BOX 909-8<br>LUDLOW MA 01056 |
| | **List the contract number of any government contract** | _____ | |

Debtor    **New England Motor Freight, Inc.**                                           Case number *(if known)* **19-12809**

| | | | |
|---|---|---|---|
| 2.1312. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | TILE AMERICA CT |
| | **State the term remaining** | DATED: 06/25/15 | TILE AMERICA<br>PO BOX 909-8 |
| | **List the contract number of any government contract** | _____ | LUDLOW MA 01056 |

| | | | |
|---|---|---|---|
| 2.1313. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | TILE AMERICA CT |
| | **State the term remaining** | DATED: 06/25/15 | TILE AMERICA<br>PO BOX 909-8 |
| | **List the contract number of any government contract** | _____ | LUDLOW MA 01056 |

| | | | |
|---|---|---|---|
| 2.1314. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | TILE AMERICA CT |
| | **State the term remaining** | DATED: 06/25/15 | TILE AMERICA<br>PO BOX 909-8 |
| | **List the contract number of any government contract** | _____ | LUDLOW MA 01056 |

| | | | |
|---|---|---|---|
| 2.1315. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | TILE AMERICA CT |
| | **State the term remaining** | DATED: 06/25/15 | TILE AMERICA<br>PO BOX 909-8 |
| | **List the contract number of any government contract** | _____ | LUDLOW MA 01056 |

| | | | |
|---|---|---|---|
| 2.1316. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | TILE AMERICA CT |
| | **State the term remaining** | DATED: 06/25/15 | TILE AMERICA-STAMFOR<br>P O BOX 909-8 |
| | **List the contract number of any government contract** | _____ | LUDLOW MA 01056 |

Debtor   **New England Motor Freight, Inc.**                                      Case number *(if known)* **19-12809**

| | | | |
|---|---|---|---|
| 2.1317. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | TILE AMERICA CT |
| | **State the term remaining** | DATED: 09/13/17 | STANDARD TILE DIST<br>P O BOX 909-8 |
| | **List the contract number of any government contract** | _____ | LUDLOW MA 01056 |

| | | | |
|---|---|---|---|
| 2.1318. | **Title of contract** | LEASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | TOLEDO TERMINAL # 34 REAL PROPERTY LEASE - 1260 MATZINGER ROAD, TOLEDO, OH 43612-3849 | |
| | **Nature of debtor's interest** | LESSEE | TOLEDO TERMINAL LLC |
| | **State the term remaining** | 9/30/2020 | C/O AMZ MANAGEMENT LLC<br>1-71 NORTH AVENUE EAST |
| | **List the contract number of any government contract** | _____ | ELIZABETH NJ 07201 |

| | | | |
|---|---|---|---|
| 2.1319. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | TOP NOTCH LOGISTICS |
| | **State the term remaining** | DATED: 03/23/16 | 2811 GLENMORE AVE<br>PITTSBURGH PA 15216-2123 |
| | **List the contract number of any government contract** | _____ | |

| | | | |
|---|---|---|---|
| 2.1320. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | TOPAZ LIGHTING |
| | **State the term remaining** | DATED: 05/05/16 | TOPAZ LIGHTING & ELE<br>J A F BOX 2110 PECK |
| | **List the contract number of any government contract** | _____ | NEW YORK NY 10272 |

| | | | |
|---|---|---|---|
| 2.1321. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | TOWER LABS |
| | **State the term remaining** | DATED: 03/24/16 | TOWER LABORATORIES<br>P O BOX 306 |
| | **List the contract number of any government contract** | _____ | CENTERBROOK CT 06409-0306 |

Debtor    **New England Motor Freight, Inc.**                                                            Case number *(if known)* **19-12809**

2.1322.  **Title of contract**                    CUSTOMER CONTRACT                              **State the name and mailing address**
                                                                                                 **for all other parties with whom the**
          **State what the contract or**           CUSTOMER CONTRACT                              **debtor has an executory contract or**
          **lease is for**                                                                       **unexpired lease**

          **Nature of debtor's interest**          CUSTOMER                                       TOWER LABS
                                                                                                 TOWER LABORATORIES
          **State the term remaining**             DATED: 03/24/16                                P O BOX 306
                                                                                                 CENTERBROOK CT 06409-0306
          **List the contract number of**          _____
          **any government contract**

2.1323.  **Title of contract**                    CUSTOMER CONTRACT                              **State the name and mailing address**
                                                                                                 **for all other parties with whom the**
          **State what the contract or**           CUSTOMER CONTRACT                              **debtor has an executory contract or**
          **lease is for**                                                                       **unexpired lease**

          **Nature of debtor's interest**          CUSTOMER                                       TRAFFIC TECH
                                                                                                 101 ROUND HILL DR
          **State the term remaining**             DATED: 06/25/15                                ROCKAWAY NJ 07866-1214

          **List the contract number of**          _____
          **any government contract**

2.1324.  **Title of contract**                    CUSTOMER CONTRACT                              **State the name and mailing address**
                                                                                                 **for all other parties with whom the**
          **State what the contract or**           CUSTOMER CONTRACT                              **debtor has an executory contract or**
          **lease is for**                                                                       **unexpired lease**

          **Nature of debtor's interest**          CUSTOMER                                       TRAFFIC TECH LTL BLANKET
                                                                                                 TRAFFIC TECH
          **State the term remaining**             DATED: 05/04/18                                180 N MICHIGAN AVE
                                                                                                 CHICAGO IL 60601
          **List the contract number of**          _____
          **any government contract**

2.1325.  **Title of contract**                    CUSTOMER CONTRACT                              **State the name and mailing address**
                                                                                                 **for all other parties with whom the**
          **State what the contract or**           CUSTOMER CONTRACT                              **debtor has an executory contract or**
          **lease is for**                                                                       **unexpired lease**

          **Nature of debtor's interest**          CUSTOMER                                       TRAID MECH
                                                                                                 TRAID MECHANICAL
          **State the term remaining**             DATED: 06/23/16                                P O BOX 1262
                                                                                                 WESTMONT IL 60559-3862
          **List the contract number of**          _____
          **any government contract**

2.1326.  **Title of contract**                    CUSTOMER CONTRACT                              **State the name and mailing address**
                                                                                                 **for all other parties with whom the**
          **State what the contract or**           CUSTOMER CONTRACT                              **debtor has an executory contract or**
          **lease is for**                                                                       **unexpired lease**

          **Nature of debtor's interest**          CUSTOMER                                       TRANS WORLD
                                                                                                 TRNS WLD ENT%NTL TRF
          **State the term remaining**             DATED: 06/25/15                                151 JOHN JAMES AUDUB
                                                                                                 AMHERST NY 14228-1111
          **List the contract number of**          _____
          **any government contract**

Debtor    **New England Motor Freight, Inc.**                                        Case number *(if known)* **19-12809**

---

2.1327.  **Title of contract**                    CUSTOMER CONTRACT                         **State the name and mailing address**
                                                                                             **for all other parties with whom the**
         **State what the contract or**            CUSTOMER CONTRACT                         **debtor has an executory contract or**
         **lease is for**                                                                    **unexpired lease**

         **Nature of debtor's interest**           CUSTOMER                                  TRANSEXPEDITE
                                                                                             TRANS-EXPEDITE
         **State the term remaining**              DATED: 06/14/16                           7 FOUNDERS BLVD
                                                                                             EL PASO TX 79906-4912
         **List the contract number of**           _____
         **any government contract**


2.1328.  **Title of contract**                    CUSTOMER CONTRACT                         **State the name and mailing address**
                                                                                             **for all other parties with whom the**
         **State what the contract or**            CUSTOMER CONTRACT                         **debtor has an executory contract or**
         **lease is for**                                                                    **unexpired lease**

         **Nature of debtor's interest**           CUSTOMER                                  TRANSPORT EXPRESS
                                                                                             3275 MIKE COLLINS DR
         **State the term remaining**              DATED: 12/11/17                           EAGAN MN 55121

         **List the contract number of**           _____
         **any government contract**


2.1329.  **Title of contract**                    CUSTOMER CONTRACT                         **State the name and mailing address**
                                                                                             **for all other parties with whom the**
         **State what the contract or**            CUSTOMER CONTRACT                         **debtor has an executory contract or**
         **lease is for**                                                                    **unexpired lease**

         **Nature of debtor's interest**           CUSTOMER                                  TRANSPORTATION IMPACT
                                                                                             TRANSPORTATION IMPAC
         **State the term remaining**              DATED: 08/04/17                           8921 CREW DR
                                                                                             EMERALD ISLE NC 28594-1927
         **List the contract number of**           _____
         **any government contract**


2.1330.  **Title of contract**                    CUSTOMER CONTRACT                         **State the name and mailing address**
                                                                                             **for all other parties with whom the**
         **State what the contract or**            CUSTOMER CONTRACT                         **debtor has an executory contract or**
         **lease is for**                                                                    **unexpired lease**

         **Nature of debtor's interest**           CUSTOMER                                  TRANS-PRO LOG
                                                                                             TRANS-PRO LOGISTICS
         **State the term remaining**              DATED: 01/18/16                           407 MCGILL #910
                                                                                             MONTREAL QC H2Y2G3
         **List the contract number of**           _____
         **any government contract**


2.1331.  **Title of contract**                    CUSTOMER CONTRACT                         **State the name and mailing address**
                                                                                             **for all other parties with whom the**
         **State what the contract or**            CUSTOMER CONTRACT                         **debtor has an executory contract or**
         **lease is for**                                                                    **unexpired lease**

         **Nature of debtor's interest**           CUSTOMER                                  TREK FREIGHT SYSTEM
                                                                                             TREK FREIGHT SERVICE
         **State the term remaining**              DATED: 11/27/17                           7337 N LINCOLN AVE
                                                                                             LINCOLNWOOD IL 60712-1700
         **List the contract number of**           _____
         **any government contract**

Debtor    **New England Motor Freight, Inc.**                                                    Case number *(if known)* **19-12809**

| 2.1332. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | TRIANGLE SUSPENSION |
| | **State the term remaining** | DATED: 06/28/16 | P O BOX 1149<br>GOODLETTSVILLE TN 37070-1149 |
| | **List the contract number of any government contract** | _____ | |

| 2.1333. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | TRIOSE |
| | **State the term remaining** | DATED: 06/25/15 | TRIOSE %P L S LOGIST<br>3120 UNIONVILLE RD<br>CRANBERRY TOWNSHIP PA 16066-3437 |
| | **List the contract number of any government contract** | _____ | |

| 2.1334. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | TRISONIC |
| | **State the term remaining** | DATED: 10/07/16 | P O BOX 527018<br>FLUSHING NY 11352-7018 |
| | **List the contract number of any government contract** | _____ | |

| 2.1335. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | TRIUMPH ACTUATION |
| | **State the term remaining** | DATED: 01/15/16 | TRIUMPH ACTUATION SY<br>29 INDUSTRIAL PARK R<br>EAST LYME CT 06333 |
| | **List the contract number of any government contract** | _____ | |

| 2.1336. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | TUCKER ROCKY BLUEGRACE |
| | **State the term remaining** | DATED: 05/31/18 | TUCKER-ROCKY DISTRIB<br>BLUE GRACE<br>2846 S FALKENBURG RD<br>RIVERVIEW FL 33568 |
| | **List the contract number of any government contract** | _____ | |

Debtor    **New England Motor Freight, Inc.**                                                        Case number *(if known)* **19-12809**

2.1337.  **Title of contract**                CUSTOMER CONTRACT                          **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**   CUSTOMER CONTRACT

**Nature of debtor's interest**               CUSTOMER                                   TUNSTALL CORP
                                                                                          TUNSTALL CORPORATION
**State the term remaining**                  DATED: 06/25/15                             P O BOX 434
                                                                                          SPRINGFIELD MA 01101-0434
**List the contract number of any government contract**   _____

2.1338.  **Title of contract**                CUSTOMER CONTRACT                          **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**   CUSTOMER CONTRACT

**Nature of debtor's interest**               CUSTOMER                                   TWO RIVERS COFFEE
                                                                                          P O BOX 527
**State the term remaining**                  DATED: 01/15/18                             SOUTH PLAINFIELD NJ 07080-0527

**List the contract number of any government contract**   _____

2.1339.  **Title of contract**                COMMERCIAL SALES AGREEMENT                 **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**   SALES CONTRACT

**Nature of debtor's interest**               CUSTOMER                                   TYCO INTEGRATED SECURITY
                                                                                          GREGORY WHITE
**State the term remaining**                  _____              7852 BROWNING RD
                                                                                          PENNSAUKEN NJ 08109-4642
**List the contract number of any government contract**   _____

2.1340.  **Title of contract**                CUSTOMER CONTRACT                          **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**   CUSTOMER CONTRACT

**Nature of debtor's interest**               CUSTOMER                                   TYLER DIST
                                                                                          CONTINENTAL LOGISTIC
**State the term remaining**                  DATED: 02/22/17                             180 RARITAN CENTER
                                                                                          EDISON NJ 08837-3646
**List the contract number of any government contract**   _____

2.1341.  **Title of contract**                CUSTOMER CONTRACT                          **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**   CUSTOMER CONTRACT

**Nature of debtor's interest**               CUSTOMER                                   TYTAN INTL
                                                                                          TYTAN INTERNATIONAL
**State the term remaining**                  DATED: 06/25/15                             16240 W 110TH STREET
                                                                                          LENEXA KS 66219-1312
**List the contract number of any government contract**   _____

Debtor    **New England Motor Freight, Inc.**                                         Case number *(if known)* **19-12809**

| 2.1342. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | TYTAN INTL |
| | **State the term remaining** | DATED: 06/25/15 | 16240 W 110TH ST |
| | **List the contract number of any government contract** | _____ | LENEXA KS 66219-1312 |

| 2.1343. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | U I D/ALTARE CORP |
| | **State the term remaining** | DATED: 10/29/15 | U I D C/ALTARE CORP |
| | **List the contract number of any government contract** | _____ | 411 FIFTH AVE |
| | | | NEW YORK NY 10016-2233 |

| 2.1344. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | U S NONWOVENS |
| | **State the term remaining** | DATED: 11/21/16 | 110 EMJAY BLVD |
| | **List the contract number of any government contract** | _____ | BRENTWOOD NY 11717-3322 |

| 2.1345. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | U S SILT & SITE SUPP |
| | **State the term remaining** | DATED: 06/25/15 | U S SILT |
| | **List the contract number of any government contract** | _____ | P O BOX 2461 |
| | | | CONCORD NH 03302-2461 |

| 2.1346. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | U-C COATINGS CORP |
| | **State the term remaining** | DATED: 06/17/16 | U C COATINGS/SYDIA |
| | **List the contract number of any government contract** | _____ | P O BOX 1066 |
| | | | BUFFALO NY 14215-6066 |

Debtor    **New England Motor Freight, Inc.**                                        Case number *(if known)* **19-12809**

2.1347.  **Title of contract**              CUSTOMER CONTRACT              **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

     **State what the contract or lease is for**              CUSTOMER CONTRACT

     **Nature of debtor's interest**              CUSTOMER              U-C COATINGS CORP
P O BOX 1066
BUFFALO NY 14215-6066

     **State the term remaining**              DATED: 06/25/15

     **List the contract number of any government contract**              _____

2.1348.  **Title of contract**              CUSTOMER CONTRACT              **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

     **State what the contract or lease is for**              CUSTOMER CONTRACT

     **Nature of debtor's interest**              CUSTOMER              U-C COATINGS CORP
U-C COATINGS LLC
P O BOX 1066
BUFFALO NY 14215-6066

     **State the term remaining**              DATED: 09/07/16

     **List the contract number of any government contract**              _____

2.1349.  **Title of contract**              CUSTOMER CONTRACT              **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

     **State what the contract or lease is for**              CUSTOMER CONTRACT

     **Nature of debtor's interest**              CUSTOMER              UNCOMMON CARRIER LOG
UNCOMMON LOGISTICS
40 CAMPUS DRIVE
KEARNY NJ 07032-6511

     **State the term remaining**              DATED: 06/25/15

     **List the contract number of any government contract**              _____

2.1350.  **Title of contract**              CUSTOMER CONTRACT              **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

     **State what the contract or lease is for**              CUSTOMER CONTRACT

     **Nature of debtor's interest**              CUSTOMER              UNGERER INC
4 BRIDGE WATER LANE
LINCOLN PARK NJ 07035-1491

     **State the term remaining**              DATED: 04/30/18

     **List the contract number of any government contract**              _____

2.1351.  **Title of contract**              CUSTOMER CONTRACT              **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

     **State what the contract or lease is for**              CUSTOMER CONTRACT

     **Nature of debtor's interest**              CUSTOMER              UNIMED MIDWEST INC
21370 HEYWOOD AVE
LAKEVILLE MN 55044-9522

     **State the term remaining**              DATED: 05/10/16

     **List the contract number of any government contract**              _____

Debtor   **New England Motor Freight, Inc.**                                         Case number *(if known)* **19-12809**

2.1352.  **Title of contract**                  CUSTOMER CONTRACT                      State the name and mailing address
                                                                                       for all other parties with whom the
         **State what the contract or**          CUSTOMER CONTRACT                      debtor has an executory contract or
         **lease is for**                                                              unexpired lease

         **Nature of debtor's interest**         CUSTOMER                              UNIPAC
                                                                                       UNIPAC SHIPPING
         **State the term remaining**            DATED: 05/27/16                       1768 W SECOND STREET
                                                                                       POMONA CA 91766-1206
         **List the contract number of**         _____
         **any government contract**

2.1353.  **Title of contract**                  CUSTOMER CONTRACT                      State the name and mailing address
                                                                                       for all other parties with whom the
         **State what the contract or**          CUSTOMER CONTRACT                      debtor has an executory contract or
         **lease is for**                                                              unexpired lease

         **Nature of debtor's interest**         CUSTOMER                              UNISOURCE SHIPPING
                                                                                       4711 FORT HAMILTON
         **State the term remaining**            DATED: 06/25/15                       BROOKLYN NY 11219-2927

         **List the contract number of**         _____
         **any government contract**

2.1354.  **Title of contract**                  LEASE AGREEMENT                        State the name and mailing address
                                                                                       for all other parties with whom the
         **State what the contract or**          PHILADELPHIA TERMINAL # 60 REAL PROPERTY LEASE -   debtor has an executory contract or
         **lease is for**                        1618 UNION AVENUE, PENNSAUKEN, NJ 08110   unexpired lease

         **Nature of debtor's interest**         LESSEE                                UNITED EXPRESS LINES, INC.
                                                                                       C/O MYRON P. SHEVELL
         **State the term remaining**            12/31/2019                            1-71 NORTH AVENUE EAST
                                                                                       ELIZABETH NJ 07201
         **List the contract number of**         _____
         **any government contract**

2.1355.  **Title of contract**                  CUSTOMER CONTRACT                      State the name and mailing address
                                                                                       for all other parties with whom the
         **State what the contract or**          CUSTOMER CONTRACT                      debtor has an executory contract or
         **lease is for**                                                              unexpired lease

         **Nature of debtor's interest**         CUSTOMER                              UNITED FOOD CORP
                                                                                       UNITED FOODS CORP
         **State the term remaining**            DATED: 02/09/18                       P O BOX 188
                                                                                       MILLTOWN NJ 08850-0188
         **List the contract number of**         _____
         **any government contract**

2.1356.  **Title of contract**                  CUSTOMER CONTRACT                      State the name and mailing address
                                                                                       for all other parties with whom the
         **State what the contract or**          CUSTOMER CONTRACT                      debtor has an executory contract or
         **lease is for**                                                              unexpired lease

         **Nature of debtor's interest**         CUSTOMER                              UNITED PRINTING
                                                                                       29 HENRY ST
         **State the term remaining**            DATED: 04/05/17                       NEW YORK NY 10002-6928

         **List the contract number of**         _____
         **any government contract**

Debtor   **New England Motor Freight, Inc.**                                   Case number *(if known)* **19-12809**

---

**2.1357.** **Title of contract**              CUSTOMER CONTRACT                          **State the name and mailing address
                                                                                         for all other parties with whom the
    **State what the contract or**   CUSTOMER CONTRACT                **debtor has an executory contract or
    **lease is for**                                                  unexpired lease**

    **Nature of debtor's interest**   CUSTOMER                        UNITED SOLUTIONS
                                                                                         P O BOX 358
    **State the term remaining**   DATED: 06/25/15                    LEOMINSTER MA 01453-0358

    **List the contract number of
    any government contract**   _____

---

**2.1358.** **Title of contract**              CUSTOMER CONTRACT                          **State the name and mailing address
                                                                                         for all other parties with whom the
    **State what the contract or**   CUSTOMER CONTRACT                **debtor has an executory contract or
    **lease is for**                                                  unexpired lease**

    **Nature of debtor's interest**   CUSTOMER                        UNITED SOLUTIONS INC
                                                                                         UNITED SOLUTIONS
    **State the term remaining**   DATED: 11/28/17                    P O BOX 358
                                                                                         LEOMINSTER MA 01453-0358
    **List the contract number of
    any government contract**   _____

---

**2.1359.** **Title of contract**              INDEMNITY AGREEMENT EFFECTIVE MARCH 31, 2001 &    **State the name and mailing address
                                               AMENDMENTS 1-6                                     for all other parties with whom the
                                                                                                  debtor has an executory contract or
    **State what the contract or**   INSURANCE CONTRACT                        unexpired lease**
    **lease is for**

    **Nature of debtor's interest**   INSURED                          UNITED STATES FIDELITY &
                                                                                         GUARANTY COMPANY
    **State the term remaining**   12 MONTHS SUBJECT TO UNLIMITED NUMBER OF    C/O DISCOVERY MANAGERS LTD
                                               AUTOMATIC RENEWALS                           ATTN: CREDIT OFFICER
                                                                                            30 WATERSIDE DRIVE
    **List the contract number of                                        FARMINGTON CT 06032
    any government contract**   _____

---

**2.1360.** **Title of contract**              GENERAL LIABILITY - CANADA                 **State the name and mailing address
                                                                                         for all other parties with whom the
    **State what the contract or**   POLICY NO. 5951007981            debtor has an executory contract or
    **lease is for**                                                  unexpired lease**

    **Nature of debtor's interest**   INSURED                          UNITED STATES FIRE INS CO
                                                                                         305 MADISON AV
    **State the term remaining**   4/10/2019                          MORRISTOWN NJ 07960

    **List the contract number of
    any government contract**   _____

---

**2.1361.** **Title of contract**              GENERAL LIABILITY                          **State the name and mailing address
                                                                                         for all other parties with whom the
    **State what the contract or**   POLICY NO. 5951007981            debtor has an executory contract or
    **lease is for**                                                  unexpired lease**

    **Nature of debtor's interest**   INSURED                          UNITED STATES FIRE INS CO
                                                                                         305 MADISON AV
    **State the term remaining**   4/10/2019                          MORRISTOWN NJ 07960

    **List the contract number of
    any government contract**   _____

---

Debtor   **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

2.1362.  **Title of contract**                TRUCKER LIABILITY                              **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

     **State what the contract or lease is for**        POLICY NO. 5951007981

     **Nature of debtor's interest**        INSURED                              UNITED STATES FIRE INS CO
305 MADISON AV
     **State the term remaining**        4/10/2019                              MORRISTOWN NJ 07960

     **List the contract number of any government contract**        _____

2.1363.  **Title of contract**                MOTOR CARRIER BOND VARIOUS                      **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

     **State what the contract or lease is for**        POLICY NO. VARIOUS

     **Nature of debtor's interest**        INSURED                              UNITED STATES FIRE INS CO
(TRINITY)
     **State the term remaining**        4/10/2019                              305 MADISON AV
MORRISTOWN NJ 07960

     **List the contract number of any government contract**        _____

2.1364.  **Title of contract**                MOTOR CARRIER PUBLIC LIABILITY SURETY BOND      **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

     **State what the contract or lease is for**        SURETY CONTRACT

     **Nature of debtor's interest**        MOTOR CARRIER                         UNITED STATES FIRE INSURANCE
COMPANY
     **State the term remaining**        1/31/2020                             305 MADISON AVENUE
MORRISTOWN NJ 07960

     **List the contract number of any government contract**        _____

2.1365.  **Title of contract**                GENERAL AGREEMENT OF INDEMNITY                  **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

     **State what the contract or lease is for**        INDEMNITY CONTRACT

     **Nature of debtor's interest**        PRINCIPAL                             UNITED STATES FIRE INSURANCE
COMPANY
     **State the term remaining**        EFFECTIVE APRIL 10, 2018              305 MADISON AVENUE
MORRISTOWN NJ 07960

     **List the contract number of any government contract**        _____

2.1366.  **Title of contract**                COLLATERAL AGREEMENT DATED APRIL 10, 2018       **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

     **State what the contract or lease is for**        INSURANCE CONTRACT

     **Nature of debtor's interest**        PRINCIPAL                             UNITED STATES FIRE INSURANCE
COMPANY
     **State the term remaining**        EFFECTIVE APRIL 10, 2018              305 MADISON AVENUE
MORRISTOWN NJ 07960

     **List the contract number of any government contract**        _____

Debtor   **New England Motor Freight, Inc.**                                              Case number *(if known)* **19-12809**

---

2.1367.  **Title of contract**                COLLATERAL AGREEMENT DATED APRIL 10, 2018                **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**      INDEMNITY CONTRACT

**Nature of debtor's interest**       PRINCIPAL                                                      UNITED STATES FIRE INSURANCE COMPANY

**State the term remaining**        EFFECTIVE APRIL 26, 2018 AUTOMATICALLY RENEWED WITH LETTER OF CREDIT        305 MADISON AVENUE
MORRISTOWN NJ 07960

**List the contract number of any government contract**      _____

---

2.1368.  **Title of contract**                COLLATERAL AGREEMENT DATED APRIL 10, 2018                **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**      INDEMNITY CONTRACT

**Nature of debtor's interest**       PRINCIPAL                                                      UNITED STATES FIRE INSURANCE COMPANY

**State the term remaining**        _____        305 MADISON AVENUE
MORRISTOWN NJ 07960

**List the contract number of any government contract**      _____

---

2.1369.  **Title of contract**                GENERAL AGREEMENT OF INDEMNITY DATED APRIL 10, 2018                **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**      INDEMNITY CONTRACT

**Nature of debtor's interest**       PRINCIPAL                                                      UNITED STATES FIRE INSURANCE COMPANY

**State the term remaining**        _____        305 MADISON AVE
MORRISTOWN NJ 07960

**List the contract number of any government contract**      _____

---

2.1370.  **Title of contract**                COLLATERAL AGREEMENT                **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**      INDEMNIFICATION

**Nature of debtor's interest**       CONTRACT PARTY                                                      UNITED STATES FIRE INSURANCE COMPANY

**State the term remaining**        _____        305 MADISON AVENUE
MORRISTOWN NJ 07960

**List the contract number of any government contract**      _____

---

2.1371.  **Title of contract**                COLLATERAL AGREEMENT                **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**      INDEMNIFICATION

**Nature of debtor's interest**       CONTRACT PARTY                                                      UNITED STATES FIRE INSURANCE COMPANY

**State the term remaining**        _____        305 MADISON AVENUE
MORRISTOWN NJ 07960

**List the contract number of any government contract**      _____

---

Debtor   **New England Motor Freight, Inc.**                                                          Case number *(if known)* **19-12809**

| 2.1372. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | UNITED STATES THERMO 1223 HEAT SIPHON LAN LATROBE PA 15650-6205 |
| | **State the term remaining** | DATED: 01/18/16 | |
| | **List the contract number of any government contract** | _____ | |

| 2.1373. | **Title of contract** | SUMMARY OF BENEFITS AND COVERAGE: CHOICE PLUS DIRECTORS AND EXECUTIVES PLAN | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | HEALTH INSURANCE AGREEMENT | |
| | **Nature of debtor's interest** | INSURED | UNITEDHEALTHCARE 9900 BREN RD. E. MN008-T-615 MINNETONKA MN 55343 |
| | **State the term remaining** | 12/31/2019 | |
| | **List the contract number of any government contract** | _____ | |

| 2.1374. | **Title of contract** | SUMMARY OF BENEFITS AND COVERAGE: CHOICE PLUS MILTON NEW PLAN 2 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | HEALTH INSURANCE AGREEMENT | |
| | **Nature of debtor's interest** | INSURED | UNITEDHEALTHCARE 9900 BREN RD. E. MN008-T-615 MINNETONKA MN 55343 |
| | **State the term remaining** | 12/31/2019 | |
| | **List the contract number of any government contract** | _____ | |

| 2.1375. | **Title of contract** | SUMMARY OF BENEFITS AND COVERAGE: CHOICE PLUS MILTON NEW PLAN 1 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | HEALTH INSURANCE AGREEMENT | |
| | **Nature of debtor's interest** | INSURED | UNITEDHEALTHCARE 9900 BREN RD. E. MN008-T-615 MINNETONKA MN 55343 |
| | **State the term remaining** | 12/31/2019 | |
| | **List the contract number of any government contract** | _____ | |

| 2.1376. | **Title of contract** | SUMMARY OF BENEFITS AND COVERAGE: CHOICE PLUS MILTON NEW PLAN | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | HEALTH INSURANCE AGREEMENT | |
| | **Nature of debtor's interest** | INSURED | UNITEDHEALTHCARE 9900 BREN RD. E. MN008-T-615 MINNETONKA MN 55343 |
| | **State the term remaining** | 12/31/2019 | |
| | **List the contract number of any government contract** | _____ | |

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

2.1377.  **Title of contract**          SUMMARY OF BENEFITS AND COVERAGE: CHOICE PLUS          **State the name and mailing address**
                                         NON UNION PLAN                                        **for all other parties with whom the**
                                                                                               **debtor has an executory contract or**
         **State what the contract or**  HEALTH INSURANCE AGREEMENT                            **unexpired lease**
         **lease is for**
                                                                                               UNITEDHEALTHCARE
         **Nature of debtor's interest** INSURED                                               9900 BREN RD. E. MN008-T-615
                                                                                               MINNETONKA MN 55343
         **State the term remaining**    12/31/2019

         **List the contract number of** _____
         **any government contract**

2.1378.  **Title of contract**          SUMMARY OF BENEFITS AND COVERAGE: CHOICE PLUS          **State the name and mailing address**
                                         NON UNION MILTON PA PLAN                              **for all other parties with whom the**
                                                                                               **debtor has an executory contract or**
         **State what the contract or**  HEALTH INSURANCE AGREEMENT                            **unexpired lease**
         **lease is for**
                                                                                               UNITEDHEALTHCARE
         **Nature of debtor's interest** INSURED                                               9900 BREN RD. E. MN008-T-615
                                                                                               MINNETONKA MN 55343
         **State the term remaining**    12/31/2019

         **List the contract number of** _____
         **any government contract**

2.1379.  **Title of contract**          SUMMARY OF BENEFITS AND COVERAGE: CHOICE PLUS          **State the name and mailing address**
                                         UNION NEW PLAN 2                                      **for all other parties with whom the**
                                                                                               **debtor has an executory contract or**
         **State what the contract or**  HEALTH INSURANCE AGREEMENT                            **unexpired lease**
         **lease is for**
                                                                                               UNITEDHEALTHCARE
         **Nature of debtor's interest** INSURED                                               9900 BREN RD. E. MN008-T-615
                                                                                               MINNETONKA MN 55343
         **State the term remaining**    12/31/2019

         **List the contract number of** _____
         **any government contract**

2.1380.  **Title of contract**          SUMMARY OF BENEFITS AND COVERAGE: CHOICE PLUS          **State the name and mailing address**
                                         UNION NEW PLAN 1                                      **for all other parties with whom the**
                                                                                               **debtor has an executory contract or**
         **State what the contract or**  HEALTH INSURANCE AGREEMENT                            **unexpired lease**
         **lease is for**
                                                                                               UNITEDHEALTHCARE
         **Nature of debtor's interest** INSURED                                               9900 BREN RD. E. MN008-T-615
                                                                                               MINNETONKA MN 55343
         **State the term remaining**    12/31/2019

         **List the contract number of** _____
         **any government contract**

2.1381.  **Title of contract**          SUMMARY OF BENEFITS AND COVERAGE: CHOICE PLUS          **State the name and mailing address**
                                         UNION PLAN NEW PLAN                                   **for all other parties with whom the**
                                                                                               **debtor has an executory contract or**
         **State what the contract or**  HEALTH INSURANCE AGREEMENT                            **unexpired lease**
         **lease is for**
                                                                                               UNITEDHEALTHCARE
         **Nature of debtor's interest** INSURED                                               9900 BREN RD. E. MN008-T-615
                                                                                               MINNETONKA MN 55343
         **State the term remaining**    12/31/2019

         **List the contract number of** _____
         **any government contract**

Debtor   **New England Motor Freight, Inc.**                                                    Case number *(if known)* **19-12809**

| 2.1382. | Title of contract | SUMMARY OF BENEFITS AND COVERAGE: NON-DIFFERENTIAL PPO OWNERS PLAN | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | HEALTH INSURANCE AGREEMENT | |
| | Nature of debtor's interest | INSURED | UNITEDHEALTHCARE 9900 BREN RD. E. MN008-T-615 MINNETONKA MN 55343 |
| | State the term remaining | 12/31/2019 | |
| | List the contract number of any government contract | | |

| 2.1383. | Title of contract | SUMMARY OF BENEFITS AND COVERAGE: BRONZE CHOICE PLUS NON UNION PLAN | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | HEALTH INSURANCE AGREEMENT | |
| | Nature of debtor's interest | INSURED | UNITEDHEALTHCARE 9900 BREN RD. E. MN008-T-615 MINNETONKA MN 55343 |
| | State the term remaining | 12/31/2019 | |
| | List the contract number of any government contract | | |

| 2.1384. | Title of contract | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | CUSTOMER CONTRACT | |
| | Nature of debtor's interest | CUSTOMER | UNITHERM UNITHERM INC P O BOX 1189 LEBANON OH 45036-5189 |
| | State the term remaining | DATED: 04/11/16 | |
| | List the contract number of any government contract | | |

| 2.1385. | Title of contract | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | CUSTOMER CONTRACT | |
| | Nature of debtor's interest | CUSTOMER | UNIVERSAL FOREST PRODUCTS UFPI GORDON 2801 EAST BELTLINE N GRAND RAPIDS MI 49525-9680 |
| | State the term remaining | DATED: 04/25/16 | |
| | List the contract number of any government contract | | |

| 2.1386. | Title of contract | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | CUSTOMER CONTRACT | |
| | Nature of debtor's interest | CUSTOMER | UNIVERSAL FOREST PRODUCTS UNIVERSAL FOREST PRO 2801 EAST BELTLINE N GRAND RAPIDS MI 49525-9680 |
| | State the term remaining | DATED: 04/25/16 | |
| | List the contract number of any government contract | | |

Debtor    **New England Motor Freight, Inc.**                                                   Case number *(if known)* **19-12809**

| 2.1387. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | UNIVERSAL LOG |
| | **State the term remaining** | DATED: 11/17/16 | UNIVERSAL FORWARDING<br>1360 HAMILTON PKWY<br>ITASCA IL 60143-1744 |
| | **List the contract number of any government contract** | _____ | |

| 2.1388. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | UNIVERSAL LOGISTICS |
| | **State the term remaining** | DATED: 08/04/16 | 2205 KENMORE AVE<br>BUFFALO NY 14207-1329 |
| | **List the contract number of any government contract** | _____ | |

| 2.1389. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | UNIVERSAL MINERALS |
| | **State the term remaining** | DATED: 12/30/16 | 4620 S COACH DRIVE<br>TUCSON AZ 85714-3442 |
| | **List the contract number of any government contract** | _____ | |

| 2.1390. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | UNSYON |
| | **State the term remaining** | DATED: 06/15/18 | UNYSON<br>2000 CLEARWATER DR<br>OAK BROOK IL 60523-8809 |
| | **List the contract number of any government contract** | _____ | |

| 2.1391. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | UPNOVR |
| | **State the term remaining** | DATED: 07/16/18 | P O BOX 199<br>PELHAM NH 03076-0199 |
| | **List the contract number of any government contract** | _____ | |

Debtor    **New England Motor Freight, Inc.**                                        Case number *(if known)* **19-12809**

---

2.1392. **Title of contract**              CUSTOMER CONTRACT              **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**       CUSTOMER CONTRACT

**Nature of debtor's interest**       CUSTOMER              UPPER VALLEY PRESS
P O BOX 459
**State the term remaining**       DATED: 01/16/18              NORTH HAVERHILL NH 03774-0459

**List the contract number of any government contract**       _____

---

2.1393. **Title of contract**              CUSTOMER CONTRACT              **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**       CUSTOMER CONTRACT

**Nature of debtor's interest**       CUSTOMER              UQUALITY AUTO PARTS
16411 SHOEMAKER AVE
**State the term remaining**       DATED: 06/25/15              CERRITOS CA 90703-2217

**List the contract number of any government contract**       _____

---

2.1394. **Title of contract**              CUSTOMER CONTRACT              **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**       CUSTOMER CONTRACT

**Nature of debtor's interest**       CUSTOMER              USA TRANS LOGISTICS
U S A TRANS LOGISTIS
**State the term remaining**       DATED: 12/22/16              302 OSBORNE ST
UNION SC 29379-8267

**List the contract number of any government contract**       _____

---

2.1395. **Title of contract**              CUSTOMER CONTRACT              **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**       CUSTOMER CONTRACT

**Nature of debtor's interest**       CUSTOMER              USAT LOGISTICS
USAT
**State the term remaining**       DATED: 08/04/17              P O BOX 449
VAN BUREN AR 72957-0449

**List the contract number of any government contract**       _____

---

2.1396. **Title of contract**              CUSTOMER CONTRACT              **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**       CUSTOMER CONTRACT

**Nature of debtor's interest**       CUSTOMER              USHIP
205 E RIVERSIDE DR
**State the term remaining**       DATED: 09/27/17              AUSTIN TX 78704-1203

**List the contract number of any government contract**       _____

Debtor    **New England Motor Freight, Inc.**                                      Case number *(if known)* **19-12809**

| | | |
|---|---|---|
| 2.1397. | **Title of contract** | CUSTOMER CONTRACT |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | |
|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT |
| | **Nature of debtor's interest** | CUSTOMER |
| | **State the term remaining** | DATED: 01/10/18 |
| | **List the contract number of any government contract** | _____ |

V P SUPPLY CORP
3445 WINTON PLACE
ROCHESTER NY 14623

| | | |
|---|---|---|
| 2.1398. | **Title of contract** | CUSTOMER CONTRACT |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | |
|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT |
| | **Nature of debtor's interest** | CUSTOMER |
| | **State the term remaining** | DATED: 02/25/16 |
| | **List the contract number of any government contract** | _____ |

VACATIONLAND DIST
VACATIONLAND DISTRIB
165 WARREN AVE
WESTBROOK ME 04092-4432

| | | |
|---|---|---|
| 2.1399. | **Title of contract** | CUSTOMER CONTRACT |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | |
|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT |
| | **Nature of debtor's interest** | CUSTOMER |
| | **State the term remaining** | DATED: 06/25/15 |
| | **List the contract number of any government contract** | _____ |

VALCOUR INT L
VALCOUR INT'L
P O BOX 823
FAYETTEVILLE NY 13066-0823

| | | |
|---|---|---|
| 2.1400. | **Title of contract** | CUSTOMER CONTRACT |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | |
|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT |
| | **Nature of debtor's interest** | CUSTOMER |
| | **State the term remaining** | DATED: 06/25/15 |
| | **List the contract number of any government contract** | _____ |

VANGUARD PRINTING LL
P O BOX 4560
ITHACA NY 14852-4560

| | | |
|---|---|---|
| 2.1401. | **Title of contract** | CUSTOMER CONTRACT |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | |
|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT |
| | **Nature of debtor's interest** | CUSTOMER |
| | **State the term remaining** | DATED: 01/08/18 |
| | **List the contract number of any government contract** | _____ |

VERMONT COPAK LLC
VERMONT CO-PACK LLC
P O BOX 116
CAVENDISH VT 05142-0116

Debtor   **New England Motor Freight, Inc.**                                      Case number *(if known)* **19-12809**

| 2.1402. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | VERMONT WINE MERCHAN |
| | **State the term remaining** | DATED: 06/25/15 | 255 S CHAMPLAIN ST |
| | **List the contract number of any government contract** | _____ | BURLINGTON VT 05401-4881 |

| 2.1403. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | VESTIL |
| | **State the term remaining** | DATED: 01/18/19 | 900 GROWTH PARKWAY |
| | **List the contract number of any government contract** | _____ | ANGOLA IN 46703-9338 |

| 2.1404. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | VETS CHOICE |
| | **State the term remaining** | DATED: 06/20/18 | 90 MARCUS BLVD |
| | **List the contract number of any government contract** | _____ | DEER PARK NY 11729-4502 |

| 2.1405. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | VICTOR PRINTING |
| | **State the term remaining** | DATED: 10/28/15 | VICTOR PRINTING INC |
| | | | P O BOX 707 |
| | **List the contract number of any government contract** | _____ | SHARON PA 16146-0707 |

| 2.1406. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | VILLANTI SONS PRINT |
| | **State the term remaining** | DATED: 10/08/18 | VILLANTI & SONS |
| | | | 15 CATAMOUNT DR |
| | **List the contract number of any government contract** | _____ | MILTON VT 05468-3236 |

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| 2.1407. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | VILLANTI SONS PRINT |
| | **State the term remaining** | DATED: 10/08/18 | VILLANTI & SONS |
| | | | 15 CATAMOUNT DR |
| | **List the contract number of any government contract** | _____ | MILTON VT 05468-3236 |

| 2.1408. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | VILLANTI SONS PRINT |
| | **State the term remaining** | DATED: 10/08/18 | VILLANTI & SONS PRIN |
| | | | 15 CATAMOUNT DR |
| | **List the contract number of any government contract** | _____ | MILTON VT 05468-3236 |

| 2.1409. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | VIN DISTRIBUTORS |
| | **State the term remaining** | DATED: 07/15/17 | 142 AUTUMN STREET |
| | | | AGAWAM MA 01001-2892 |
| | **List the contract number of any government contract** | _____ | |

| 2.1410. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | VIRGINIA FASTENERS |
| | **State the term remaining** | DATED: 09/26/17 | P O BOX 3108 |
| | | | CHESAPEAKE VA 23327-3108 |
| | **List the contract number of any government contract** | _____ | |

| 2.1411. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | VIRTUAL POLYMER |
| | **State the term remaining** | DATED: 06/17/16 | 2410 NORTH FOREST RD |
| | | | GETZVILLE NY 14068-1503 |
| | **List the contract number of any government contract** | _____ | |

Debtor   **New England Motor Freight, Inc.**                                                    Case number *(if known)* **19-12809**

| | | |
|---|---|---|
| 2.1412. | **Title of contract** | CUSTOMER CONTRACT |
| | **State what the contract or lease is for** | CUSTOMER CONTRACT |
| | **Nature of debtor's interest** | CUSTOMER |
| | **State the term remaining** | DATED: 09/26/17 |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

VISION PROD
SAMPCO/VISION
56 DOWNING PKWY
PITTSFIELD MA 01201

| | | |
|---|---|---|
| 2.1413. | **Title of contract** | CUSTOMER CONTRACT |
| | **State what the contract or lease is for** | CUSTOMER CONTRACT |
| | **Nature of debtor's interest** | CUSTOMER |
| | **State the term remaining** | DATED: 06/25/15 |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

VISUAL PAK
1909 S WAUKEGAN RD
WAUKEGAN IL 60085-6709

| | | |
|---|---|---|
| 2.1414. | **Title of contract** | CUSTOMER CONTRACT |
| | **State what the contract or lease is for** | CUSTOMER CONTRACT |
| | **Nature of debtor's interest** | CUSTOMER |
| | **State the term remaining** | DATED: 04/07/16 |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

VITO MARCELLO
VITO MARCELLO'S ITAL
PO BOX 2232
NORTH CONWAY NH 03860-2232

| | | |
|---|---|---|
| 2.1415. | **Title of contract** | CUSTOMER CONTRACT |
| | **State what the contract or lease is for** | CUSTOMER CONTRACT |
| | **Nature of debtor's interest** | CUSTOMER |
| | **State the term remaining** | DATED: 06/25/15 |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

VITO MARCELLO
VITO MARCELLO'S ITAL
P O BOX 2232
NORTH CONWAY NH 03860-2232

| | | |
|---|---|---|
| 2.1416. | **Title of contract** | CUSTOMER CONTRACT |
| | **State what the contract or lease is for** | CUSTOMER CONTRACT |
| | **Nature of debtor's interest** | CUSTOMER |
| | **State the term remaining** | DATED: 06/25/15 |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

VITO MARCELLO
VITO MARCELLOS ITALI
PO BOX 2232
NORTH CONWAY NH 03860-2232

Debtor   **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

---

2.1417.  **Title of contract**          CUSTOMER CONTRACT                  State the name and mailing address
                                                                           for all other parties with whom the
         **State what the contract or**  CUSTOMER CONTRACT                 debtor has an executory contract or
         **lease is for**                                                  unexpired lease

         **Nature of debtor's interest** CUSTOMER                          VOGUE BAY
                                                                           728 BLUECRAB RD
         **State the term remaining**    DATED: 02/15/16                   NEWPORT NEWS VA 23606-2578

         **List the contract number of** _____
         **any government contract**

---

2.1418.  **Title of contract**          PROMISSORY NOTE                   State the name and mailing address
                                                                           for all other parties with whom the
         **State what the contract or**  LOAN AGREEMENT                    debtor has an executory contract or
         **lease is for**                                                  unexpired lease

         **Nature of debtor's interest** BORROWER                          VOLVO FINANCIAL SERVICES
                                                                           7025 ALBERT PICK ROAD, SUITE
         **State the term remaining**    12/14/2019                        105
                                                                           PO BOX 26131
         **List the contract number of** _____   GREENSBORO NC 27402-6131
         **any government contract**

---

2.1419.  **Title of contract**          PROMISSORY NOTE                   State the name and mailing address
                                                                           for all other parties with whom the
         **State what the contract or**  LOAN AGREEMENT                    debtor has an executory contract or
         **lease is for**                                                  unexpired lease

         **Nature of debtor's interest** BORROWER                          VOLVO FINANCIAL SERVICES
                                                                           7025 ALBERT PICK ROAD, SUITE
         **State the term remaining**    12/20/2019                        105
                                                                           PO BOX 26131
         **List the contract number of** _____   GREENSBORO NC 27402-6131
         **any government contract**

---

2.1420.  **Title of contract**          MASTER LOAN AND SECURITY AGREEMENT   State the name and mailing address
                                                                           for all other parties with whom the
         **State what the contract or**  LOAN AGREEMENT                    debtor has an executory contract or
         **lease is for**                                                  unexpired lease

         **Nature of debtor's interest** BORROWER                          VOLVO FINANCIAL SERVICES
                                                                           7025 ALBERT PICK ROAD, SUITE
         **State the term remaining**    02/14/2020                        105
                                                                           PO BOX 26131
         **List the contract number of** _____   GREENSBORO NC 27402-6131
         **any government contract**

---

2.1421.  **Title of contract**          CUSTOMER CONTRACT                  State the name and mailing address
                                                                           for all other parties with whom the
         **State what the contract or**  CUSTOMER CONTRACT                 debtor has an executory contract or
         **lease is for**                                                  unexpired lease

         **Nature of debtor's interest** CUSTOMER                          W J RIEGEL RAIL SYSTEMS
                                                                           W J RIEGEL RAIL SYST
         **State the term remaining**    DATED: 05/29/18                   22 HAMILTON ST
                                                                           GLENMONT NY 12077-4837
         **List the contract number of** _____
         **any government contract**

---

Debtor    **New England Motor Freight, Inc.**                                                    Case number *(if known)* **19-12809**

---

2.1422. **Title of contract**                CUSTOMER CONTRACT                **State the name and mailing address
                                                                              for all other parties with whom the
        **State what the contract or**        CUSTOMER CONTRACT                **debtor has an executory contract or
        **lease is for**                                                       unexpired lease**

        **Nature of debtor's interest**       CUSTOMER                         W M R HILL
                                                                               W M R HILL & CO INC
        **State the term remaining**          DATED: 05/31/16                  P O BOX 646
                                                                               RICHMOND VA 23218-0646
        **List the contract number of**       _____
        **any government contract**

---

2.1423. **Title of contract**                CUSTOMER CONTRACT                **State the name and mailing address
                                                                              for all other parties with whom the
        **State what the contract or**        CUSTOMER CONTRACT                **debtor has an executory contract or
        **lease is for**                                                       unexpired lease**

        **Nature of debtor's interest**       CUSTOMER                         WALDO PLASTICS
                                                                               169 COLES CORNER RD
        **State the term remaining**          DATED: 10/26/18                  WINTERPORT ME 04496-3621

        **List the contract number of**       _____
        **any government contract**

---

2.1424. **Title of contract**                CUSTOMER CONTRACT                **State the name and mailing address
                                                                              for all other parties with whom the
        **State what the contract or**        CUSTOMER CONTRACT                **debtor has an executory contract or
        **lease is for**                                                       unexpired lease**

        **Nature of debtor's interest**       CUSTOMER                         WARWICK VALLEY WINERY
                                                                               WARWICK VALLEY WINER
        **State the term remaining**          DATED: 07/25/16                  P O BOX 354
                                                                               WARWICK NY 10990-0354
        **List the contract number of**       _____
        **any government contract**

---

2.1425. **Title of contract**                CUSTOMER CONTRACT                **State the name and mailing address
                                                                              for all other parties with whom the
        **State what the contract or**        CUSTOMER CONTRACT                **debtor has an executory contract or
        **lease is for**                                                       unexpired lease**

        **Nature of debtor's interest**       CUSTOMER                         WASSERSTROM CO
                                                                               P O BOX 182056
        **State the term remaining**          DATED: 04/20/18                  COLUMBUS OH 43213-1360

        **List the contract number of**       _____
        **any government contract**

---

2.1426. **Title of contract**                CUSTOMER CONTRACT                **State the name and mailing address
                                                                              for all other parties with whom the
        **State what the contract or**        CUSTOMER CONTRACT                **debtor has an executory contract or
        **lease is for**                                                       unexpired lease**

        **Nature of debtor's interest**       CUSTOMER                         WATERLOO CONTRACTORS
                                                                               P O BOX 262
        **State the term remaining**          DATED: 01/31/17                  WATERLOO NY 13165-0262

        **List the contract number of**       _____
        **any government contract**

Debtor    **New England Motor Freight, Inc.**                                                    Case number *(if known)* **19-12809**

| 2.1427. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | WATERLOO CONTRACTORS |
| | **State the term remaining** | DATED: 02/15/18 | WATERLOO CONTAINER P O BOX 262 |
| | **List the contract number of any government contract** | _____ | WATERLOO NY 13165-0262 |

| 2.1428. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | WATSON FOODS CO |
| | **State the term remaining** | DATED: 06/25/15 | WATSON FOODS CO IN 301 HEFFERNAN DRIVE |
| | **List the contract number of any government contract** | _____ | WEST HAVEN CT 06516-4139 |

| 2.1429. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | WEAVER MATERIEL SERV |
| | **State the term remaining** | DATED: 06/25/15 | P O BOX 1151 |
| | **List the contract number of any government contract** | _____ | JAMESTOWN NY 14702-1151 |

| 2.1430. | **Title of contract** | LOAN SCHEDULE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LOAN AGREEMENT | |
| | **Nature of debtor's interest** | BORROWER | WEBSTER CAPITAL FINANCE, INC. |
| | **State the term remaining** | 02/15/2020 | 3 FARM GLEN BLVD. FARMINGTON CT 06032 |
| | **List the contract number of any government contract** | _____ | |

| 2.1431. | **Title of contract** | LOAN SCHEDULE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LOAN AGREEMENT | |
| | **Nature of debtor's interest** | BORROWER | WEBSTER CAPITAL FINANCE, INC. |
| | **State the term remaining** | 01/06/2021 | 3 FARM GLEN BLVD. FARMINGTON CT 06032 |
| | **List the contract number of any government contract** | _____ | |

Debtor   **New England Motor Freight, Inc.**                                                    Case number *(if known)* **19-12809**

2.1432. **Title of contract**              LOAN SCHEDULE NO. 6                    State the name and mailing address
                                                                                 for all other parties with whom the
        **State what the contract or**     LOAN AGREEMENT                         debtor has an executory contract or
        **lease is for**                                                          unexpired lease

        **Nature of debtor's interest**    BORROWER                              WEBSTER CAPITAL FINANCE, INC.
                                                                                 344 MAIN STREET
        **State the term remaining**       01/14/2021                            KENSINGTON CT 06037

        **List the contract number of**    _____
        **any government contract**

2.1433. **Title of contract**              LOAN SCHEDULE                          State the name and mailing address
                                                                                 for all other parties with whom the
        **State what the contract or**     LOAN AGREEMENT                         debtor has an executory contract or
        **lease is for**                                                          unexpired lease

        **Nature of debtor's interest**    BORROWER                              WEBSTER CAPITAL FINANCE, INC.
                                                                                 3 FARM GLEN BLVD.
        **State the term remaining**       12/06/2020                            FARMINGTON CT 06032

        **List the contract number of**    _____
        **any government contract**

2.1434. **Title of contract**              LOAN SCHEDULE                          State the name and mailing address
                                                                                 for all other parties with whom the
        **State what the contract or**     LOAN AGREEMENT                         debtor has an executory contract or
        **lease is for**                                                          unexpired lease

        **Nature of debtor's interest**    BORROWER                              WEBSTER CAPITAL FINANCE, INC.
                                                                                 3 FARM GLEN BLVD.
        **State the term remaining**       12/09/2021                            FARMINGTON CT 06032

        **List the contract number of**    _____
        **any government contract**

2.1435. **Title of contract**              LOAN SCHEDULE NO. 1                    State the name and mailing address
                                                                                 for all other parties with whom the
        **State what the contract or**     LOAN AGREEMENT                         debtor has an executory contract or
        **lease is for**                                                          unexpired lease

        **Nature of debtor's interest**    BORROWER                              WEBSTER CAPITAL FINANCE, INC.
                                                                                 344 MAIN STREET
        **State the term remaining**       12/14/2019                            KENSINGTON CT 06037

        **List the contract number of**    _____
        **any government contract**

2.1436. **Title of contract**              CUSTOMER CONTRACT                      State the name and mailing address
                                                                                 for all other parties with whom the
        **State what the contract or**     CUSTOMER CONTRACT                      debtor has an executory contract or
        **lease is for**                                                          unexpired lease

        **Nature of debtor's interest**    CUSTOMER                              WEGO CHEMICAL
                                                                                 239 GREAT NECK RD
        **State the term remaining**       DATED: 05/16/17                       GREAT NECK NY 11021-3301

        **List the contract number of**    _____
        **any government contract**

Debtor    **New England Motor Freight, Inc.**                                              Case number *(if known)* **19-12809**

---

2.1437.  **Title of contract**                 CUSTOMER CONTRACT                                   **State the name and mailing address**
**for all other parties with whom the**
**debtor has an executory contract or**
**State what the contract or**              CUSTOMER CONTRACT                                   **unexpired lease**
**lease is for**

**Nature of debtor's interest**            CUSTOMER                                           WEISS ROHLIG
ROHLIG USA LLC
**State the term remaining**               DATED: 06/25/15                                     1601 ESTES AVENUE
ELK GROVE VILLAGE IL 60007-5409
**List the contract number of**            _____
**any government contract**

---

2.1438.  **Title of contract**                 CUSTOMER CONTRACT                                   **State the name and mailing address**
**for all other parties with whom the**
**debtor has an executory contract or**
**State what the contract or**              CUSTOMER CONTRACT                                   **unexpired lease**
**lease is for**

**Nature of debtor's interest**            CUSTOMER                                           WEISS ROHLIG
L K W LOGISTICS
**State the term remaining**               DATED: 09/21/17                                     P O BOX 1534
ELK GROVE VILLAGE IL 60009-1534
**List the contract number of**            _____
**any government contract**

---

2.1439.  **Title of contract**                 LOAN SCHEDULE                                      **State the name and mailing address**
**for all other parties with whom the**
**debtor has an executory contract or**
**State what the contract or**              LOAN AGREEMENT                                     **unexpired lease**
**lease is for**

**Nature of debtor's interest**            BORROWER                                           WELLS FARGO EQUIPMENT
FINANCE, INC.
**State the term remaining**               02/28/2022                                         733 MARQUETTE AVENUE, SUITE
700
**List the contract number of**            _____              MAC N9306-070
**any government contract**                                                                    MINNEAPOLIS MN 55402

---

2.1440.  **Title of contract**                 LOAN SCHEDULE                                      **State the name and mailing address**
**for all other parties with whom the**
**debtor has an executory contract or**
**State what the contract or**              LOAN AGREEMENT                                     **unexpired lease**
**lease is for**

**Nature of debtor's interest**            BORROWER                                           WELLS FARGO EQUIPMENT
FINANCE, INC.
**State the term remaining**               03/06/2020                                         733 MARQUETTE AVENUE, SUITE
700
**List the contract number of**            _____              MAC N9306-070
**any government contract**                                                                    MINNEAPOLIS MN 55402

---

2.1441.  **Title of contract**                 LOAN SCHEDULE                                      **State the name and mailing address**
**for all other parties with whom the**
**debtor has an executory contract or**
**State what the contract or**              LOAN AGREEMENT                                     **unexpired lease**
**lease is for**

**Nature of debtor's interest**            BORROWER                                           WELLS FARGO EQUIPMENT
FINANCE, INC.
**State the term remaining**               06/19/2021                                         733 MARQUETTE AVENUE, SUITE
700
**List the contract number of**            _____              MAC N9306-070
**any government contract**                                                                    MINNEAPOLIS MN 55402

---

Debtor   **New England Motor Freight, Inc.**                                                    Case number *(if known)* **19-12809**

2.1442.   **Title of contract**              LOAN SCHEDULE                                        **State the name and mailing address**
                                                                                                  **for all other parties with whom the**
          **State what the contract or**     LOAN AGREEMENT                                       **debtor has an executory contract or**
          **lease is for**                                                                        **unexpired lease**

          **Nature of debtor's interest**    BORROWER                                             WELLS FARGO EQUIPMENT
                                                                                                  FINANCE, INC.
          **State the term remaining**       01/23/2022                                           733 MARQUETTE AVENUE, SUITE
                                                                                                  700
          **List the contract number of**    _____            MAC N9306-070
          **any government contract**                                                             MINNEAPOLIS MN 55402

2.1443.   **Title of contract**              LOAN SCHEDULE                                        **State the name and mailing address**
                                                                                                  **for all other parties with whom the**
          **State what the contract or**     LOAN AGREEMENT                                       **debtor has an executory contract or**
          **lease is for**                                                                        **unexpired lease**

          **Nature of debtor's interest**    BORROWER                                             WELLS FARGO EQUIPMENT
                                                                                                  FINANCE, INC.
          **State the term remaining**       02/10/2020                                           733 MARQUETTE AVENUE, SUITE
                                                                                                  700
          **List the contract number of**    _____            MAC N9306-070
          **any government contract**                                                             MINNEAPOLIS MN 55402

2.1444.   **Title of contract**              LOAN SCHEDULE                                        **State the name and mailing address**
                                                                                                  **for all other parties with whom the**
          **State what the contract or**     LOAN AGREEMENT                                       **debtor has an executory contract or**
          **lease is for**                                                                        **unexpired lease**

          **Nature of debtor's interest**    BORROWER                                             WELLS FARGO EQUIPMENT
                                                                                                  FINANCE, INC.
          **State the term remaining**       02/10/2023                                           733 MARQUETTE AVENUE, SUITE
                                                                                                  700
          **List the contract number of**    _____            MAC N9306-070
          **any government contract**                                                             MINNEAPOLIS MN 55402

2.1445.   **Title of contract**              LOAN SCHEDULE                                        **State the name and mailing address**
                                                                                                  **for all other parties with whom the**
          **State what the contract or**     LOAN AGREEMENT                                       **debtor has an executory contract or**
          **lease is for**                                                                        **unexpired lease**

          **Nature of debtor's interest**    BORROWER                                             WELLS FARGO EQUIPMENT
                                                                                                  FINANCE, INC.
          **State the term remaining**       03/27/2022                                           733 MARQUETTE AVENUE, SUITE
                                                                                                  700
          **List the contract number of**    _____            MAC N9306-070
          **any government contract**                                                             MINNEAPOLIS MN 55402

2.1446.   **Title of contract**              LOAN SCHEDULE                                        **State the name and mailing address**
                                                                                                  **for all other parties with whom the**
          **State what the contract or**     LOAN AGREEMENT                                       **debtor has an executory contract or**
          **lease is for**                                                                        **unexpired lease**

          **Nature of debtor's interest**    BORROWER                                             WELLS FARGO EQUIPMENT
                                                                                                  FINANCE, INC.
          **State the term remaining**       04/16/2022                                           733 MARQUETTE AVENUE, SUITE
                                                                                                  700
          **List the contract number of**    _____            MAC N9306-070
          **any government contract**                                                             MINNEAPOLIS MN 55402

Debtor    **New England Motor Freight, Inc.**                                                           Case number *(if known)* **19-12809**

2.1447.  **Title of contract**              LOAN SCHEDULE                          **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

      **State what the contract or lease is for**              LOAN AGREEMENT

      **Nature of debtor's interest**              BORROWER                          WELLS FARGO EQUIPMENT FINANCE, INC.
733 MARQUETTE AVENUE, SUITE 700
      **State the term remaining**              04/16/2022                          MAC N9306-070
MINNEAPOLIS MN 55402
      **List the contract number of any government contract**              _____

2.1448.  **Title of contract**              LOAN SCHEDULE                          **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

      **State what the contract or lease is for**              LOAN AGREEMENT

      **Nature of debtor's interest**              BORROWER                          WELLS FARGO EQUIPMENT FINANCE, INC.
733 MARQUETTE AVENUE, SUITE 700
      **State the term remaining**              10/29/2022                          MAC N9306-070
MINNEAPOLIS MN 55402
      **List the contract number of any government contract**              _____

2.1449.  **Title of contract**              LOAN SCHEDULE                          **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

      **State what the contract or lease is for**              LOAN AGREEMENT

      **Nature of debtor's interest**              BORROWER                          WELLS FARGO EQUIPMENT FINANCE, INC.
733 MARQUETTE AVENUE, SUITE 700
      **State the term remaining**              3/23/2023                          MAC N9306-070
MINNEAPOLIS MN 55402
      **List the contract number of any government contract**              _____

2.1450.  **Title of contract**              MASTER LOAN AND SECURITY AGREEMENT                          **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

      **State what the contract or lease is for**              LOAN AGREEMENT

      **Nature of debtor's interest**              BORROWER                          WELLS FARGO EQUIPMENT FINANCE, INC.
733 MARQUETTE AVENUE, SUITE 700
      **State the term remaining**              DATED: 02/28/2014                          MAC N9306-070
MINNEAPOLIS MN 55402
      **List the contract number of any government contract**              _____

2.1451.  **Title of contract**              CONTINUING GUARANTY                          **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

      **State what the contract or lease is for**              GUARANTY

      **Nature of debtor's interest**              GUARANTOR                          WELLS FARGO EQUIPMENT FINANCE, INC.
733 MARQUETTE AVENUE, SUITE 700
      **State the term remaining**              DATED: 02/28/2014                          MAC N9306-070
MINNEAPOLIS MN 55402
      **List the contract number of any government contract**              _____

Debtor    **New England Motor Freight, Inc.**                                              Case number *(if known)* **19-12809**

| | | |
|---|---|---|
| 2.1452. | **Title of contract** | CUSTOMER CONTRACT |
| | **State what the contract or lease is for** | CUSTOMER CONTRACT |
| | **Nature of debtor's interest** | CUSTOMER |
| | **State the term remaining** | DATED: 10/22/18 |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

WEST PENN WIRE
P O BOX 762
WASHINGTON PA 15301-0762

| | | |
|---|---|---|
| 2.1453. | **Title of contract** | CUSTOMER CONTRACT |
| | **State what the contract or lease is for** | CUSTOMER CONTRACT |
| | **Nature of debtor's interest** | CUSTOMER |
| | **State the term remaining** | DATED: 06/25/15 |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

WHIRLEY DRINKWORKS
WHIRLEY INDUST INC
P O BOX 988
WARREN PA 16365-0988

| | | |
|---|---|---|
| 2.1454. | **Title of contract** | CUSTOMER CONTRACT |
| | **State what the contract or lease is for** | CUSTOMER CONTRACT |
| | **Nature of debtor's interest** | CUSTOMER |
| | **State the term remaining** | DATED: 12/14/16 |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

WHITEHOUSE AND SCAPIRO
WHITEHOUSE AND SCAPI
8750 LARKIN RD
SAVAGE MD 20763-3200

| | | |
|---|---|---|
| 2.1455. | **Title of contract** | CUSTOMER CONTRACT |
| | **State what the contract or lease is for** | CUSTOMER CONTRACT |
| | **Nature of debtor's interest** | CUSTOMER |
| | **State the term remaining** | DATED: 09/26/17 |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

WHITEROSE FREIGHT
WHITEROSE FREIGHT LL
P O BOX 191153
BROOKLYN NY 11219-7153

| | | |
|---|---|---|
| 2.1456. | **Title of contract** | CUSTOMER CONTRACT |
| | **State what the contract or lease is for** | CUSTOMER CONTRACT |
| | **Nature of debtor's interest** | CUSTOMER |
| | **State the term remaining** | DATED: 10/10/17 |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

WHITNEY BROS
WHITNEY BROS CO
P O BOX 644
KEENE NH 03431-0644

Debtor   **New England Motor Freight, Inc.**                                        Case number *(if known)* **19-12809**

| | | |
|---|---|---|
| 2.1457. | **Title of contract** | CUSTOMER CONTRACT |
| | **State what the contract or lease is for** | CUSTOMER CONTRACT |
| | **Nature of debtor's interest** | CUSTOMER |
| | **State the term remaining** | DATED: 02/26/18 |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

WHITNEY ORIGINALS INC
WHITNEY WREATH
P O BOX 157
MACHIAS ME 04654-0157

| | | |
|---|---|---|
| 2.1458. | **Title of contract** | CUSTOMER CONTRACT |
| | **State what the contract or lease is for** | CUSTOMER CONTRACT |
| | **Nature of debtor's interest** | CUSTOMER |
| | **State the term remaining** | DATED: 12/23/16 |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

WHOLESOME SWEETENERS
CONTINENTAL LOGISTI
180 RARITAN CTR PKWY
EDISON NJ 08837-3646

| | | |
|---|---|---|
| 2.1459. | **Title of contract** | CUSTOMER CONTRACT |
| | **State what the contract or lease is for** | CUSTOMER CONTRACT |
| | **Nature of debtor's interest** | CUSTOMER |
| | **State the term remaining** | DATED: 05/01/17 |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

WILDCAT CONTAINER
WILDCAT CONTAINER SE
P O BOX 10368
JACKSONVILLE FL 32207

| | | |
|---|---|---|
| 2.1460. | **Title of contract** | CUSTOMER CONTRACT |
| | **State what the contract or lease is for** | CUSTOMER CONTRACT |
| | **Nature of debtor's interest** | CUSTOMER |
| | **State the term remaining** | DATED: 05/01/17 |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

WILDCAT CONTAINER SERVICES
WILDCAT CONTAINER SE
P O BOX 10368
JACKSONVILLE FL 32207

| | | |
|---|---|---|
| 2.1461. | **Title of contract** | LEASE AGREEMENT |
| | **State what the contract or lease is for** | NEMF CREDIT & COLLECTION DEPT LOCATION # 90 - 5302 WHEELER ROAD, JORDAN, NY 13080 |
| | **Nature of debtor's interest** | LESSEE |
| | **State the term remaining** | 12/31/2021 |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

WILLIAM L. ECKER AND TERRY ECKER
TERRY ECKER
CLAIMS OFFICE
5322 WHEELER RD
JORDAN NY 13080

Debtor    **New England Motor Freight, Inc.**                                                                                  Case number *(if known)* **19-12809**

| 2.1462. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | WINDOW TECH SYSTEMS |
| | **State the term remaining** | DATED: 11/17/16 | P O BOX 2260 |
| | | | MALTA NY 12020-8260 |
| | **List the contract number of any government contract** | _____ | |

| 2.1463. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | WINDY RIDGE CORP |
| | **State the term remaining** | DATED: 02/09/16 | P O BOX 32 |
| | | | TAMWORTH NH 03886-0032 |
| | **List the contract number of any government contract** | _____ | |

| 2.1464. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | WINGS WORLDWIDE |
| | **State the term remaining** | DATED: 09/04/15 | 210 SUMMIT AVE |
| | | | MONTVALE NJ 07645-1579 |
| | **List the contract number of any government contract** | _____ | |

| 2.1465. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | WINSOR WIRE |
| | **State the term remaining** | DATED: 10/26/16 | WINDSOR WIRE |
| | | | 8300 DOW CIRCLE |
| | | | STRONGSVILLE OH 44136-6607 |
| | **List the contract number of any government contract** | _____ | |

| 2.1466. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | WINSTON BRANDS |
| | **State the term remaining** | DATED: 09/27/17 | 4800 PROVISO DRIVE |
| | | | MELROSE PARK IL 60163-1301 |
| | **List the contract number of any government contract** | _____ | |

Debtor    **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

**2.1467.** **Title of contract**          CUSTOMER CONTRACT                    State the name and mailing address
                                                                            for all other parties with whom the
          **State what the contract or**    CUSTOMER CONTRACT                    debtor has an executory contract or
          **lease is for**                                                  unexpired lease

          **Nature of debtor's interest**   CUSTOMER                            WIRE MESH PRODS
                                                                            WIRE MESH PRODUCTS
          **State the term remaining**      DATED: 10/05/17                     P O BOX 1988
                                                                            YORK PA 17405-1988
          **List the contract number of**   _____
          **any government contract**

**2.1468.** **Title of contract**          CUSTOMER CONTRACT                    State the name and mailing address
                                                                            for all other parties with whom the
          **State what the contract or**    CUSTOMER CONTRACT                    debtor has an executory contract or
          **lease is for**                                                  unexpired lease

          **Nature of debtor's interest**   CUSTOMER                            WOOD PRO INC
                                                                            WOODPRO
          **State the term remaining**      DATED: 10/03/18                     P O BOX 363
                                                                            AUBURN MA 01501-0363
          **List the contract number of**   _____
          **any government contract**

**2.1469.** **Title of contract**          CUSTOMER CONTRACT                    State the name and mailing address
                                                                            for all other parties with whom the
          **State what the contract or**    CUSTOMER CONTRACT                    debtor has an executory contract or
          **lease is for**                                                  unexpired lease

          **Nature of debtor's interest**   CUSTOMER                            WOODSTREAM CORP
                                                                            P O BOX 1200
          **State the term remaining**      DATED: 06/25/15                     LITITZ PA 17543-7012

          **List the contract number of**   _____
          **any government contract**

**2.1470.** **Title of contract**          CUSTOMER CONTRACT                    State the name and mailing address
                                                                            for all other parties with whom the
          **State what the contract or**    CUSTOMER CONTRACT                    debtor has an executory contract or
          **lease is for**                                                  unexpired lease

          **Nature of debtor's interest**   CUSTOMER                            WOODSTREAM CORP
                                                                            P O BOX 1200
          **State the term remaining**      DATED: 06/25/15                     LITITZ PA 17543-7012

          **List the contract number of**   _____
          **any government contract**

**2.1471.** **Title of contract**          LEASE AGREEMENT                      State the name and mailing address
                                                                            for all other parties with whom the
          **State what the contract or**    ERIE TERMINAL # 57 REAL PROPERTY LEASE - 2250    debtor has an executory contract or
          **lease is for**                  SOUTH WORK STREET, FALCONER, NY 14733    unexpired lease

          **Nature of debtor's interest**   LESSEE                              WORK STREET, LLC
                                                                            C/O MYRON P. SHEVELL
          **State the term remaining**      12/31/2019                          1-71 NORTH AVENUE EAST
                                                                            ELIZABETH NJ 07201
          **List the contract number of**   _____
          **any government contract**

Debtor   **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| | | | |
|---|---|---|---|
| 2.1472. | **Title of contract** | LEASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | NEMF PROPERTIES, CONSTRUCTION & ENVIRONMENTAL DEPT REAL PROPERTY LEASE - 141 EAST 26TH STREET, ERIE, PA 16504 | |
| | **Nature of debtor's interest** | LESSEE | WORK STREET, LLC C/O AMZ MANAGEMENT LLC 1-71 NORTH AVENUE EAST ELIZABETH NJ 07201 |
| | **State the term remaining** | MONTH TO MONTH | |
| | **List the contract number of any government contract** | _____ | |

| | | | |
|---|---|---|---|
| 2.1473. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | WORLD FULFILLMENT P O BOX 1005 FARMINGTON CT 06034-1005 |
| | **State the term remaining** | DATED: 06/25/15 | |
| | **List the contract number of any government contract** | _____ | |

| | | | |
|---|---|---|---|
| 2.1474. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | WORLD WAREHOUSE N F I INDUSTRIES P O BOX 855 CHAMPLAIN NY 12919-0855 |
| | **State the term remaining** | DATED: 06/25/15 | |
| | **List the contract number of any government contract** | _____ | |

| | | | |
|---|---|---|---|
| 2.1475. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | WRAPTITE WRAPTITE INC 5030 RICHMOND RD BEDFORD HEIGHTS OH 44146-1329 |
| | **State the term remaining** | DATED: 09/27/17 | |
| | **List the contract number of any government contract** | _____ | |

| | | | |
|---|---|---|---|
| 2.1476. | **Title of contract** | CUSTOMER CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | CUSTOMER CONTRACT | |
| | **Nature of debtor's interest** | CUSTOMER | WST ENERGY W S T ENERGY 1701 VANDERBILT RD BIRMINGHAM AL 35234-1423 |
| | **State the term remaining** | DATED: 02/22/18 | |
| | **List the contract number of any government contract** | _____ | |

Debtor   **New England Motor Freight, Inc.**                                      Case number *(if known)* **19-12809**

| | | |
|---|---|---|
| 2.1477. | **Title of contract** | CUSTOMER CONTRACT |
| | **State what the contract or lease is for** | CUSTOMER CONTRACT |
| | **Nature of debtor's interest** | CUSTOMER |
| | **State the term remaining** | DATED: 10/18/18 |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

XODUS MEDICAL
702 PROMINENCE DR
NEW KENSINGTON PA 15068-7052

| | | |
|---|---|---|
| 2.1478. | **Title of contract** | CUSTOMER CONTRACT |
| | **State what the contract or lease is for** | CUSTOMER CONTRACT |
| | **Nature of debtor's interest** | CUSTOMER |
| | **State the term remaining** | DATED: 12/19/16 |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

XPO SAMSUNG
SAMSUNG ELECTRONICS
X P O LOGISTICS
P O BOX C
TWO HARBORS MN 55616-0503

| | | |
|---|---|---|
| 2.1479. | **Title of contract** | CUSTOMER CONTRACT |
| | **State what the contract or lease is for** | CUSTOMER CONTRACT |
| | **Nature of debtor's interest** | CUSTOMER |
| | **State the term remaining** | DATED: 12/06/17 |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

YOYO GLOBAL FREIGHT
409 JOYCE KILMER AVE
NEW BRUNSWICK NJ 08901-4205

| | | |
|---|---|---|
| 2.1480. | **Title of contract** | CUSTOMER CONTRACT |
| | **State what the contract or lease is for** | CUSTOMER CONTRACT |
| | **Nature of debtor's interest** | CUSTOMER |
| | **State the term remaining** | DATED: 08/16/18 |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

Z WINE GUY LLC
209 SIGNAL QUAY
CHESAPEAKE VA 23320-9299

| | | |
|---|---|---|
| 2.1481. | **Title of contract** | LEASE AGREEMENT |
| | **State what the contract or lease is for** | BINGHAMTON TERMINAL # 53 REAL PROPERTY LEASE - 91 SULFUR SPRINGS ROAD, OWEGO, NY 13827 |
| | **Nature of debtor's interest** | LESSEE |
| | **State the term remaining** | 12/31/2019 |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

ZACH CORP.
C/O MYRON P. SHEVELL
1-71 NORTH AVENUE EAST
ELIZABETH NJ 07201

Debtor   **New England Motor Freight, Inc.**                              Case number *(if known)* **19-12809**

2.1482.   **Title of contract**                CUSTOMER CONTRACT                **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

    **State what the contract or lease is for**      CUSTOMER CONTRACT

    **Nature of debtor's interest**      CUSTOMER                ZAPPOS % VEECO SERVI
VEECO SERVICES
    **State the term remaining**      DATED: 06/25/15        6801 WEST SIDE AVE
NORTH BERGEN NJ 07047-6441
    **List the contract number of any government contract**      _____

2.1483.   **Title of contract**                CUSTOMER CONTRACT                **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

    **State what the contract or lease is for**      CUSTOMER CONTRACT

    **Nature of debtor's interest**      CUSTOMER                ZIPLINE BEVERAGE
2300 W FIFTH AVE
    **State the term remaining**      DATED: 06/25/15        COLUMBUS OH 43215-1003

    **List the contract number of any government contract**      _____

**Fill in this information to identify the case:**

Debtor name: New England Motor Freight, Inc.

United States Bankruptcy Court for the: District of New Jersey

Case number (if known): 19-12809

☐ Check if this is an
amended filing

Official Form 206H

# Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively.
Attach the Additional Page to this page.

1.  **Does the debtor have any codebtors?**

    ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
    ☑ Yes

2.  **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing address | Name | Check all schedules that apply: |
| 2.1. APEX LOGISTICS, INC. | I-71 NORTH AVENUE EAST ELIZABETH NJ 07201 | JPMORGAN CHASE BANK, N.A. | ☑ D ☑ E/F ☐ G |
| 2.2. APEX LOGISTICS, INC. | I-71 NORTH AVENUE EAST ELIZABETH NJ 07201 | TD BANK | ☑ D ☑ E/F ☐ G |
| 2.3. APEX LOGISTICS, INC. | I-71 NORTH AVENUE EAST ELIZABETH NJ 07201 | WELLS FARGO EQUIPMENT FINANCE INC | ☑ D ☑ E/F ☐ G |
| 2.4. APEX LOGISTICS, INC. | I-71 NORTH AVENUE EAST ELIZABETH NJ 07201 | CAPITAL ONE, N.A. | ☑ D ☑ E/F ☐ G |
| 2.5. CARRIER INDUSTRIES, INC. | I-71 NORTH AVENUE EAST ELIZABETH NJ 07201 | JPMORGAN CHASE BANK, N.A. | ☑ D ☑ E/F ☐ G |
| 2.6. CARRIER INDUSTRIES, INC. | I-71 NORTH AVENUE EAST ELIZABETH NJ 07201 | TD BANK | ☑ D ☑ E/F ☐ G |

Debtor  **New England Motor Freight, Inc.**                                    Case number *(if known)* **19-12809**

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.7.   CARRIER INDUSTRIES, INC. | I-71 NORTH AVENUE EAST ELIZABETH NJ 07201 | WEBSTER CAPITAL FINANCE, INC. | ☑ D<br>☐ E/F<br>☐ G |
| 2.8.   CARRIER INDUSTRIES, INC. | I-71 NORTH AVENUE EAST ELIZABETH NJ 07201 | WELLS FARGO EQUIPMENT FINANCE INC | ☑ D<br>☑ E/F<br>☐ G |
| 2.9.   CARRIER INDUSTRIES, INC. | I-71 NORTH AVENUE EAST ELIZABETH NJ 07201 | EAST WEST BANK | ☑ D<br>☑ E/F<br>☐ G |
| 2.10.  CARRIER INDUSTRIES, INC. | I-71 NORTH AVENUE EAST ELIZABETH NJ 07201 | CAPITAL ONE, N.A. | ☐ D<br>☑ E/F<br>☐ G |
| 2.11.  EASTERN FREIGHT WAYS, INC. | I-71 NORTH AVENUE EAST ELIZABETH NJ 07201 | CATERPILLAR FINANCIAL SERVICES CORPORATION | ☑ D<br>☐ E/F<br>☐ G |
| 2.12.  EASTERN FREIGHT WAYS, INC. | I-71 NORTH AVENUE EAST ELIZABETH NJ 07201 | JPMORGAN CHASE BANK, N.A. | ☑ D<br>☑ E/F<br>☐ G |
| 2.13.  EASTERN FREIGHT WAYS, INC. | I-71 NORTH AVENUE EAST ELIZABETH NJ 07201 | TD BANK | ☑ D<br>☑ E/F<br>☐ G |
| 2.14.  EASTERN FREIGHT WAYS, INC. | I-71 NORTH AVENUE EAST ELIZABETH NJ 07201 | WEBSTER CAPITAL FINANCE, INC. | ☑ D<br>☐ E/F<br>☐ G |
| 2.15.  EASTERN FREIGHT WAYS, INC. | I-71 NORTH AVENUE EAST ELIZABETH NJ 07201 | WELLS FARGO EQUIPMENT FINANCE INC | ☑ D<br>☑ E/F<br>☐ G |
| 2.16.  EASTERN FREIGHT WAYS, INC. | I-71 NORTH AVENUE EAST ELIZABETH NJ 07201 | SANTANDER BANK | ☑ D<br>☐ E/F<br>☐ G |
| 2.17.  EASTERN FREIGHT WAYS, INC. | I-71 NORTH AVENUE EAST ELIZABETH NJ 07201 | FIFTH THIRD BANK | ☑ D<br>☑ E/F<br>☐ G |

Debtor    **New England Motor Freight, Inc.**                                                              Case number *(if known)* **19-12809**

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing address | Name | Check all schedules that apply: |
| 2.18. EASTERN FREIGHT WAYS, INC. | I-71 NORTH AVENUE EAST ELIZABETH NJ 07201 | DAIMLER TRUST | ☑ D ☑ E/F ☐ G |
| 2.19. EASTERN FREIGHT WAYS, INC. | I-71 NORTH AVENUE EAST ELIZABETH NJ 07201 | EAST WEST BANK | ☑ D ☑ E/F ☐ G |
| 2.20. EASTERN FREIGHT WAYS, INC. | I-71 NORTH AVENUE EAST ELIZABETH NJ 07201 | CAPITAL ONE, N.A. | ☑ D ☑ E/F ☐ G |

**Fill in this information to identify the case:**

Debtor name: New England Motor Freight, Inc.

United States Bankruptcy Court for the: District of New Jersey

Case number (if known): 19-12809

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☑ *Schedule H: Codebtors* (Official Form 206H)
- ☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    4/5/2019
                MM/DD/YYYY

X _____
Signature of individual signing on behalf of debtor

Vincent Colistra
Printed name

Chief Restructuring Officer
Position or relationship to debtor