Form tsntc

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

                      Case No.: 19−12809−JKS
                      Chapter: 11
                      Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   New England Motor Freight, Inc.
   1−71 North Ave E
   Elizabeth, NJ 07201

Social Security No.:

Employer's Tax I.D. No.:
   22−1977697

---

### Notice That a Transcript Has Been Filed

     You are Noticed that a Transcript has been filed on 4/3/19. Pursuant to the Judicial Conference Policy on Privacy, access to this transcript is restricted for a period of ninety days from the date of filing. The transcript may be viewed at the Bankruptcy Court Clerk's Office. [For information about how to contact the transcriber, please call the Clerk's Office] All parties have seven business days to file a Request for Redaction of any social security numbers, financial account data, names of minor−age children, dates of birth, and home addresses. If redaction is requested, the filing party has twenty−one calendar days from the date the transcript was filed to file a list of items to be redacted indicating the location of the identifiers within the transcript with the court and to provide the list to the transcriber. The transcriber has thirty−one days from the date the list of items to be redacted was filed to file the redacted version of the transcript with the court . If no request is filed, the transcript will be made electronically available to the general public after the ninety days.

Dated: April 3, 2019
JAN:

                                                          Jeanne Naughton
                                                          Clerk

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 19-12809-JKS
New England Motor Freight, Inc.  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2           User: admin                  Page 1 of 4                   Date Rcvd: Apr 03, 2019
                               Form ID: tsntc               Total Noticed: 42

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 05, 2019.
```
db         +New England Motor Freight, Inc.,   1-71 North Ave E,   Elizabeth, NJ 07201-2958
aty        +Brent C. Strickland,    Whiteford, Taylor & Preston L.L.P,    7501 Wisconsin Avenue,Suite 700W,
             Bethesda, MD 20814-6521
aty        +Charles Ercole,    Klehr Harrison et al,    10000 Lincoln Drive East,    Suite 201,
             Marlton, NJ 08053-3105
aty        +Gibbons, P.C.,    One Gateway Center,    Newark, NJ 07102-5321
aty         Jeffrey L. Nagel,   Gibbons P.C.,    One Pennsylvania Plaza, 37th Floor,
             New York, NY 10119-3701
aty        +Jonathan M. Stemerman,    1105 N. Market Street,    Suite 1700,    Wilmington, DE 19801-1228
aty        +Keith M. Lusby,    Gebhardt & Smith LLP,    One South Street, Suite 2200,
             Baltimore, MD 21202-3281
aty        +Kevin J Bloom,    Park 80 West- Plaza II,    250 Pehle Avenue, Suite 200,
             Saddle Brook, NJ 07663-5835
aty        +Lisa Bittle Tancredi,    Gebhardt & Smith LLP,    One South Street, Ste 2200,
             Baltimore, MD 21202-3281
aty        +Mark F. Liscio,    Freshfields Bruckhaus Deringer US LLP,    601 Lexington Avenue,
             Neew York, NY 10022-4611
aty        +Sarah Denis,    ELLIOT GREENLEAF,    1105 Market Street, Suite 1700,    Wilmington, DE 19801-1228
aty        +Scott D. Talmadge,    Freshfields Bruckhaus Deringer US LLP,    601 Lexington Avenue,
             New York, NY 10022-4611
aty        +Tiffany Strelow Cobb,    Vorys, Sater, Seymour and Pease LLP,    52 East Gay Street,
             Columbus, OH 43215-3161
aty        +Todd M. Brooks,    Whiteford, Taylor & Preston L.L.P.,    7 St. Paul Street, Suite 1500,
             Baltimore, MD 21202-1636
aty        +Vera N. Kanova,    General Law Division,    400 Market Street,    Harrosbirg, PA 17101-2301
aty        +WASSERMAN, JURISTA & STOLZ, P.C.,    110 Allen Road,    Suite 304,
             Basking Ridge,, NJ 07920-4500
aty        +Whiteford Taylor & Preston,    Seven Saint paul St. Ste 1800,    Baltimore, MD 21202-1639
cr         +Berkley Insurance Company,    c/o CHIESA SHAHINIAN & GIANTOMASI PC,    One Boland Drive,
             West Orange, NJ 07052-3686
cr         +CAB East LLC, serviced by Ford Motor Credit Compan,    P.O. Box 62180,
             Colorado Springs, CO 80962-2180
cr         +Capital One, N.A.,    c/o McCarter & English, LLP,    Attn: Peter M. Knob, Esq.,
             Four Gateway Center,    100 Mulberry Street,    Newark, NJ 07102-4056
cr         +Commonwealth of Pennsylvania Department of Labor a,    Deb Secrest,    651 Boas Street, Room 702,
             Harrisburg, PA 17121-0751
cr         +Connecticut Light & Power Company, NStar Western M,    c/o McCarter & English, LLP,
             Attn: Kate R. Buck, Esq.,    Renaissance Centre,    405 N. King Street, 8th Floor,
             Wilmington, DE 19801-3773
cr         +Daimler Trust,    c/o BK Servicing, LLC,    P.O. Box 131265,    Roseville, MN 55113-0011
cr          Dept. of Revenue Commonwealth of Pennsylvania, dep,    Bureau of Compliance,    Dept. 280946,
             Harrisburg, PA   17128-0946
op         +Donlin, Recano & Company, Inc.,    6201 15th Ave.,    Brooklyn, NY 11219-5411
cr         +East River Energy, Inc,,    401 Soundview Road,    Guilford, CT 06437-2971
intp        Great Dane LLC,    Michael D. Sirota, Esq.,    Cole Schotz P.C.,
             25 Main Street, Court Plaza North,    Hackensack, NJ 07601
cr         +Lucky's Energy Service, Inc.,    c/o Riker Danzig,    One Speedwell Avenue,
             Morristown, NJ 07960-6838
cr          Marie-Jose Dube,    IBM CORPORATION,    275 Viger East,    Montreal, QC  H2X 3R7,    CANADA
cr         +New Jersey Manufacturers,    c/o Connell Foley (RKS),    56 Livingston Avenue,
             Roseland, NJ  07068,    UNITED STATES 07068-1733
cr         +Office of Unemployment Compensation Tax Services (,    Deb Secrest,
             Commonwealth of Pennsylvania,    651 Boas Street, Room 702,    Harrisburg,, PA 17121-0751
cr         +Omnitracs, LLC,    c/o Mark A. Platt, Esq.,    Frost Brown Todd LLC,    100 Crescent Court,
             Suite 350,    Dallas, TX 75201-2348
intp       +PA Department of Environmental Protection,    Office of Chief Counsel,    400 Market St,
             Harrisburg, PA 17101-2301
cr         +Potomac Edison Company, Toledo Edison Company and,    c/o McCarter & English, LLP,
             Attn: Kate R. Buck, Esq.,    Renaissance Centre,    405 N. King Street, 8th Floor,
             Wilmington, DE 19801-3773
intp       +Protective Insurance Company,    3100 North Meridian Street,    Indianapolis, IN 46208-4718
cr         +RLI Insurance Company,    9025 N. Lindbergh Drive,    Peoria, il 61615-1499
cr         +Valvoline LLC,    100 Valvoline Way,    Lexington, TX 40509-2714
acc        +Withumsmith+Brown,    200 Jefferson Park, Suite 400,    Whippany, NJ 07981-1070
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty         +E-mail/Text: rxza@elliottgreenleaf.com Apr 03 2019 23:42:02      Rafael X Zahralddin-Aravena,
             Elliot Greenleaf,   1105 North Market Street,    Wilmington, DE 19801-1216
smg          E-mail/Text: usanj.njbankr@usdoj.gov Apr 03 2019 23:41:16      U.S. Attorney,    970 Broad St.,
             Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 03 2019 23:41:13      United States Trustee,
             Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
             Newark, NJ 07102-5235
intp         E-mail/Text: jmarshall@jmpartnersllc.com Apr 03 2019 23:41:09      John  Marshall,
             c/o JM Partners LLC,    6800 Paragon Place Suite 202,    Richmond,, VA  23230-1656
```

```
District/off: 0312-2          User: admin                 Page 2 of 4               Date Rcvd: Apr 03, 2019
                              Form ID: tsntc              Total Noticed: 42
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
                                                                                                TOTAL: 4

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
intp              International Business Machines Corp (IBM)
cr                JP Morgan Chase,   1111 Polaris Parkway, 4P0461,   Columbus
op                Vincent J. Colistra
                                                                                    TOTALS: 3, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 05, 2019                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 3, 2019 at the address(es) listed below:
```
              Alan J. Brody    on behalf of Creditor    JP Morgan Chase brodya@gtlaw.com,  NJLitDock@gtlaw.com
              Andrew R. Turner    on behalf of Interested Party    Protective Insurance Company
               courts@turnerlaw.net
              Anthony Sodono, III    on behalf of Creditor Jalil    Walters asodono@msbnj.com
              Anthony  Sodono, III    on behalf of Creditor    Mercedes Benz Financial Services USA LLC
               asodono@msbnj.com
              Anthony  Sodono, III    on behalf of Creditor Rasheeda    Carter asodono@msbnj.com
              Beth J. Rotenberg    on behalf of Creditor    Berkley Insurance Company brotenberg@csglaw.com,
               ecf@csglaw.com
              Blake D. Roth    on behalf of Creditor    Bridgestone Americas Tire Operations, LLC
               blake.roth@wallerlaw.com,
               chris.cronk@wallerlaw.com;deborah.liles@wallerlaw.com;katie.stenberg@wallerlaw.com
              Brett Steven Theisen    on behalf of Plaintiff    New England Motor Freight, Inc.
               btheisen@gibbonslaw.com
              Brett Steven Theisen    on behalf of Debtor    New England Motor Freight, Inc.
               btheisen@gibbonslaw.com
              Brian  Glass    on behalf of Interested Party    PA Department of Environmental Protection
               briaglass@pa.gov,  verkanova@pa.gov
              Catherine L. Corey    on behalf of Creditor    East River Energy, Inc, clcorey@nmmlaw.com
              Chad J. Toms    on behalf of Debtor    New England Motor Freight, Inc. ctoms@wtplaw.com
              Christopher  Lynch    on behalf of Creditor    Fifth Third Bank clynch@reedsmith.com
              Christopher John Leavell    on behalf of Interested Party    Class Plaintiffs at al
               cleavell@klehr.com,  lclark@klehr.com
              Christopher John Leavell    on behalf of Plaintiff Mary    Carlin cleavell@klehr.com,
               lclark@klehr.com
              Christopher John Leavell    on behalf of Plaintiff Dan    Webster cleavell@klehr.com,
               lclark@klehr.com
              Daniel  Stolz    on behalf of Debtor    New England Motor Freight, Inc. dstolz@wjslaw.com,
               dstolz@ecf.inforuptcy.com;msousa@wjslaw.com;btorres@ecf.inforuptcy.com
              David A. Pisciotta    on behalf of Creditor    Santander Bank, N.A.
               david.pisciotta@troutmansanders.com,  john.murphy@troutman.com;alissa.piccione@troutman.com
              David V. Fontana    on behalf of Creditor    TD Bank, N.A. dfont@gebsmith.com,
               ltancredi@gebsmith.com;klusby@gebsmith.com
              Deirdre E. Burke    on behalf of Creditor    Capital One, N.A. dburke@mccarter.com
              Denise A Kuhn    on behalf of Creditor Dept. of Revenue    Commonwealth of Pennsylvania, department
               of revenue dkuhn@attorneygeneral.gov
              Donald W Clarke    on behalf of Debtor    New England Motor Freight, Inc. dclarke@wjslaw.com,
               dclarke@ecf.inforuptcy.com
              Eric  Goldstein    on behalf of Creditor    United HealthCare Services, Inc. egoldstein@goodwin.com,
               bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com
              Evan S. Goldstein    on behalf of Creditor    Webster Capital Finance, Inc. egoldstein@uks.com
              Frank  Peretore    on behalf of Creditor    Wells Fargo Equipment Finance, Inc. fperetore@csglaw.com
              Gary D. Bressler    on behalf of Creditor    VFS US LLC gbressler@mdmc-law.com,
               kdeans@mdmc-law.com;sshidner@mdmc-law.com;dprimack@mdmc-law.com;bkleban@mdmc-law.com
              Gary D. Bressler    on behalf of Creditor    Volvo Financial gbressler@mdmc-law.com,
               kdeans@mdmc-law.com;sshidner@mdmc-law.com;dprimack@mdmc-law.com;bkleban@mdmc-law.com
```

```
District/off: 0312-2            User: admin              Page 3 of 4             Date Rcvd: Apr 03, 2019
                                Form ID: tsntc           Total Noticed: 42
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          Jacob Frumkin   on behalf of Interested Party   Great Dane LLC jfrumkin@coleschotz.com
          JoAnne M. Bonacci    on behalf of Creditor    RLI Insurance Company jbonacci@dbplawfirm.com
          John Phillip Schneider    on behalf of Creditor Committee    Official Committee Of Unsecured
           Creditors JPSchneider@mdmc-law.com
          John R. Morton, Jr.    on behalf of Creditor    CAB East LLC, serviced by Ford Motor Credit Company
           LLC ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
          Joseph Lubertazzi, Jr.    on behalf of Creditor    Capital One, N.A. jlubertazzi@mccarter.com
          Joseph J. DiPasquale    on behalf of Creditor Committee    Official Committee Of Unsecured
           Creditors jdipasquale@lowenstein.com
          Joseph L. Schwartz    on behalf of Creditor    Lucky's Energy Service, Inc. jschwartz@riker.com,
           mtrentin@riker.com
          Justin W. Gray    on behalf of Creditor Daniel  Rinaldi gray@maynardoconnorlaw.com,
           Sweeney@moscllp.com
          Karen A. Giannelli    on behalf of Plaintiff    New England Motor Freight, Inc.
           kgiannelli@gibbonslaw.com
          Karen A. Giannelli    on behalf of Debtor    NEMF Logistics, LLC kgiannelli@gibbonslaw.com
          Karen A. Giannelli    on behalf of Plaintiff    NEMF World Transport, Inc. kgiannelli@gibbonslaw.com
          Karen A. Giannelli    on behalf of Plaintiff    Carrier Industries, Inc. kgiannelli@gibbonslaw.com
          Karen A. Giannelli    on behalf of Plaintiff    Apex Logistics, Inc. kgiannelli@gibbonslaw.com
          Karen A. Giannelli    on behalf of Debtor    Myar, LLC kgiannelli@gibbonslaw.com
          Karen A. Giannelli    on behalf of Debtor    Carrier Industries, Inc. kgiannelli@gibbonslaw.com
          Karen A. Giannelli    on behalf of Plaintiff    NEMF Logistics, LLC kgiannelli@gibbonslaw.com
          Karen A. Giannelli    on behalf of Plaintiff    Myar, LLC kgiannelli@gibbonslaw.com
          Karen A. Giannelli    on behalf of Debtor    NEMF World Transport, Inc. kgiannelli@gibbonslaw.com
          Karen A. Giannelli    on behalf of Plaintiff    United Express Solar, LLC kgiannelli@gibbonslaw.com
          Karen A. Giannelli    on behalf of Debtor    Jans Leasing Corp. kgiannelli@gibbonslaw.com
          Karen A. Giannelli    on behalf of Plaintiff    Eastern Freight Ways, Inc. kgiannelli@gibbonslaw.com
          Karen A. Giannelli    on behalf of Plaintiff    Hollywood Avenue Solar, LLC
           kgiannelli@gibbonslaw.com
          Karen A. Giannelli    on behalf of Debtor    New England Motor Freight, Inc.
           kgiannelli@gibbonslaw.com
          Karen A. Giannelli    on behalf of Debtor    Hollywood Avenue Solar, LLC kgiannelli@gibbonslaw.com
          Karen A. Giannelli    on behalf of Debtor    Apex Logistics, Inc. kgiannelli@gibbonslaw.com
          Karen A. Giannelli    on behalf of Plaintiff    MyJon, LLC kgiannelli@gibbonslaw.com
          Karen A. Giannelli    on behalf of Debtor    MyJon, LLC kgiannelli@gibbonslaw.com
          Karen A. Giannelli    on behalf of Plaintiff    Jans Leasing Corp. kgiannelli@gibbonslaw.com
          Karen A. Giannelli    on behalf of Debtor    Eastern Freight Ways, Inc. kgiannelli@gibbonslaw.com
          Karen A. Giannelli    on behalf of Debtor    United Express Solar, LLC kgiannelli@gibbonslaw.com
          Kate R. Buck    on behalf of Creditor    Potomac Edison Company, Toledo Edison Company and West
           Penn Power Company kbuck@mccarter.com
          Kate R. Buck    on behalf of Creditor    Connecticut Light & Power Company, NStar Western
           Massachusetts, Yankee Gas Services Company, Colonial Gas Company, KeySpan Energy Delivery Long
           Island, Narragansett Electric Company and Niagara Mohawk kbuck@mccarter.com
          Kevin M. Capuzzi    on behalf of Interested Party    Amazon.com Services, Inc., formerly Amazon
           Fulfillment Services, Inc. kcapuzzi@beneschlaw.com, debankruptcy@beneschlaw.com
          Louis A. Curcio    on behalf of Creditor    Santander Bank, N.A. louis.curcio@troutmansanders.com,
           John.Murphy@troutmansanders.com;jonathan.forstot@troutmansanders.com;david.pisciotta@troutmansand
           ers.com;Eunjin.Lee@troutmansanders.com;bennet.moskowitz@troutman.com
          Mark Platt    on behalf of Creditor    Omnitracs, LLC mplatt@fbtlaw.com
          Mark B Conlan    on behalf of Debtor    New England Motor Freight, Inc. mconlan@gibbonslaw.com
          Mark B Conlan    on behalf of Plaintiff    New England Motor Freight, Inc. mconlan@gibbonslaw.com
          Mary E. Seymour    on behalf of Creditor Committee    Official Committee Of Unsecured Creditors
           mseymour@lowenstein.com, echafetz@lowenstein.com
          Melissa A. Pena    on behalf of Creditor    Webster Capital Finance, Inc. mapena@nmmlaw.com,
           pfreda@nmmlaw.com
          Michael D. Sirota    on behalf of Interested Party    Great Dane LLC msirota@coleschotz.com,
           fpisano@coleschotz.com
          Michael R. Caruso    on behalf of Creditor    Wells Fargo Equipment Finance, Inc.
           mcaruso@csglaw.com, ecf@csglaw.com
          Morris S. Bauer    on behalf of Creditor    East River Energy, Inc, msbauer@nmmlaw.com,
           mmarks@nmmlaw.com,relikens@nmmlaw.com,clcorey@nmmlaw.com
          Norman N Kinel    on behalf of Interested Party    East West Bank norman.kinel@squirepb.com,
           sarah.conley@squirepb.com;elliot.smith@squirepb.com
          Peter M. Knob    on behalf of Creditor    Capital One, N.A. pknob@mccarter.com,
           lrestivo@mccarter.com
          Rick Aaron Steinberg    on behalf of Creditor    TOTE Maritime rsteinberg@pricemeese.com
          Robert E. Nies    on behalf of Creditor    Berkley Insurance Company rnies@csglaw.com
          Robert K. Scheinbaum    on behalf of Creditor    New Jersey Manufacturers
           rscheinbaum@connellfoley.com
          Rona J. Rosen    on behalf of Creditor    WARN Act Class Plaintiffs and Putative Class
           rrosen@klehr.com
          Sari Blair Placona    on behalf of Creditor Jalil  Walters splacona@msbnj.com
          Sari Blair Placona    on behalf of Creditor Rasheeda  Carter splacona@msbnj.com
          Sari Blair Placona    on behalf of Creditor    Mercedes Benz Financial Services USA LLC
           splacona@msbnj.com
          Scott J. Freedman    on behalf of Creditor    Corcentric, LLC sfreedman@dilworthlaw.com
          Stephen  B. Ravin    on behalf of Creditor    Riggins, Inc. sravin@saul.com, jgillman@saul.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
```

```
District/off: 0312-2          User: admin                Page 4 of 4              Date Rcvd: Apr 03, 2019
                              Form ID: tsntc             Total Noticed: 42
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
         Virginia T. Shea    on behalf of Creditor    VFS US LLC vshea@mdmc-law.com,
          sshidner@mdmc-law.com;mtaranto@mdmc-law.com
         Virginia T. Shea    on behalf of Creditor    Volvo Financial vshea@mdmc-law.com,
          sshidner@mdmc-law.com;mtaranto@mdmc-law.com
                                                                                     TOTAL: 83