**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC., *et al.*, | Case No. 19-12809 (JKS) |
| Debtors.[1] | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     )  ss:
COUNTY OF KINGS      )

I, Edward A. Calderon, declare:

1. I am over the age of 18 years and not a party to these chapter 11 cases.

2. I am employed by Donlin, Recano & Company, Inc., ("DRC"), 6201 15th Avenue, Brooklyn, NY 11219.

3. On the 4th day of April, 2019, at my direction and under my supervision, employees of DRC caused to serve the "Second Supplemental Declaration of Paul M. Nussbaum in Support of the Debtors' application for an Order Authorizing the Employment and Retention of Whiteford Taylor & Preston LLP as Special Counsel to the Debtors Effective as of the Petition Date" (Docket No. 404) via Electronic Mail upon the parties as set forth on <u>Exhibit 1</u>, and via First Class U.S. Mail delivery upon the parties as set forth on <u>Exhibit 2</u>, attached hereto.

[This space intentionally left blank. Signature page to follow.]

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC (4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMF Logistics, LLC (4666).

NEMF00091

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 5th day of April, 2019, Brooklyn, New York.

*Edward A. Calderon*
Edward A. Calderon

Sworn before me this
5th day of April, 2019

*John Burlacu*
Notary Public

JOHN BURLACU
Notary Public - State of New York
No. 01BU6376076
Qualified in Nassau County
My Comm. Expires June 4, 2022

# EXHIBIT 1

Case 19-12809-JKS    Doc 420    Filed 04/08/19    Entered 04/08/19 11:53:34    Desc Main
Document      Page 4 of 10

New England Motor Freight, Inc., et al.
Electronic Mail
Exhibit Pages

Page # : 1 of 3                                                                                      04/04/2019 05:25:29 PM

| | | | |
|---|---|---|---|
| 000068P001-1413S-091<br>BENESCH FRIEDLANDER COPLAN & ARONOFF LLP<br>KEVIN M CAPUZZI<br>CONTINENTAL PLAZA II<br>411 HACKENSACK AVE.,3RD FLOOR<br>HACKENSACK NJ 07601-6323<br>KCAPUZZI@BENESCHLAW.COM | 000077P001-1413S-091<br>CHIESA SHAHINIAN & GIANTOMASI PC<br>BETH J ROTENBERG,ESQ<br>ONE BOLAND DRIVE<br>WEST ORANGE NJ 07052<br>BROTENBERG@CSGLAW.COM | 000078P001-1413S-091<br>CHIESA SHAHINIAN & GIANTOMASI PC<br>FRANK PERETORE,ESQ<br>ONE BOLAND DRIVE<br>WEST ORANGE NJ 07052<br>FPERETORE@CSGLAW.COM | 000085P001-1413S-091<br>CHIESA SHAHINIAN & GIANTOMASI PC<br>ROBERT E NIES,ESQ<br>ONE BOLAND DRIVE<br>WEST ORANGE NJ 07052<br>RNIES@CSGLAW.COM |
| 000108P001-1413S-091<br>CHIESA SHAHINIAN & GIANTOMASI PC<br>MICHAEL R CARUSO,ESQ<br>ONE BOLAND DRIVE<br>WEST ORANGE NJ 07052<br>MCARUSO@CSGLAW.COM | 000081P001-1413S-091<br>COLE SCHOTZ PC<br>MICHAEL D SIROTA,ESQ<br>COURT PLAZA NORTH<br>25 MAIN ST<br>HACKENSACK NJ 07601<br>MSIROTA@COLESCHOTZ.COM | 000082P001-1413S-091<br>COLE SCHOTZ PC<br>JACOB S FRUMKIN,ESQ<br>COURT PLAZA NORTH<br>25 MAIN ST<br>HACKENSACK NJ 07601<br>JFRUMKIN@COLESCHOTZ.COM | 000109P003-1413S-091<br>DAIMLER TRUST<br>C/O BK SERVICING LLC<br>ED GEZEL, AGENT<br>P O BOX 131265<br>ROSEVILLE MN 55113-0011<br>NOTICES@BKSERVICING.COM |
| 000075P001-1413S-091<br>DILWORTH PAXSON LLP<br>SCOTT J FREEDMAN<br>457 HADDONFIELD ROAD STE 700<br>CHERRY HILL NJ 08002<br>SFREEDMAN@DILWORTHLAW.COM | 000103P001-1413S-091<br>DINSMORE & SHOHL LLP<br>GRACE WINKLER CRANLEY,ESQ<br>227 WEST MONROE ST.,STE 3850<br>CHICAGO IL 60606<br>GRACE.CRANLEY@DINSMORE.COM | 000100P001-1413S-091<br>DREIFUSS BONACCI & PARKER PC<br>JOANNE M BONACCI<br>26 COLUMBIA TURNPIKE STE 101 NORTH ENTRANCE<br>FLORHAM PARK NJ 07932<br>JBONACCI@DBPLAWFIRM.COM | 000101P001-1413S-091<br>DREIFUSS BONACCI & PARKER PC<br>PAUL M MCCORMICK,ESQ<br>26 COLUMBIA TURNPIKE STE 101, NORTH ENTRANCE<br>FLORHAM PARK NJ 07932<br>PMCCORMICK@DBPLAWFIRM.COM |
| 000087P003-1413S-091<br>ELLIOT GREENLEAF<br>R X ZAHRALDDIN- ARAVENA;JONATHAN M STEMERMAN<br>SARAH DENIS<br>1105 MARKET ST STE 1700<br>WILMINGTON DE 19801<br>RXZA@ELLIOTGREENLEAF.COM | 000087P003-1413S-091<br>ELLIOT GREENLEAF<br>R X ZAHRALDDIN- ARAVENA;JONATHAN M STEMERMAN<br>SARAH DENIS<br>1105 MARKET ST STE 1700<br>WILMINGTON DE 19801<br>JMS@ELLIOTTGREENLEAF.COM | 000087P003-1413S-091<br>ELLIOT GREENLEAF<br>R X ZAHRALDDIN- ARAVENA;JONATHAN M STEMERMAN<br>SARAH DENIS<br>1105 MARKET ST STE 1700<br>WILMINGTON DE 19801<br>SXD@ELLIOTTGREENLEAF.COM | 000020P001-1413S-091<br>FRESHFIELDS BRUCKHAUS DERINGER<br>MARK F LISCIO<br>601 LEXINGTON AVE<br>31ST FLOOR<br>NEW YORK NY 10022<br>MARK.LISCIO@FRESHFIELDS.COM |
| 000020P001-1413S-091<br>FRESHFIELDS BRUCKHAUS DERINGER<br>MARK F LISCIO<br>601 LEXINGTON AVE<br>31ST FLOOR<br>NEW YORK NY 10022<br>NEAL.MODI@FRESHFIELDS.COM | 000020P001-1413S-091<br>FRESHFIELDS BRUCKHAUS DERINGER<br>MARK F LISCIO<br>601 LEXINGTON AVE<br>31ST FLOOR<br>NEW YORK NY 10022<br>SCOTT.TALMADGE@FRESHFIELDS.COM | 000063P001-1413S-091<br>FRESHFIELDS BRUCKHAUS DERINGER US LLP<br>MARK F LISCIO<br>601 LEXINGTON AVE, 31ST FLOOR<br>NEW YORK NY 10022<br>MARK.LISCIO@FRESHFIELDS.COM | 000063P001-1413S-091<br>FRESHFIELDS BRUCKHAUS DERINGER US LLP<br>MARK F LISCIO<br>601 LEXINGTON AVE, 31ST FLOOR<br>NEW YORK NY 10022<br>NEAL.MODI@FRESHFIELDS.COM |
| 000063P001-1413S-091<br>FRESHFIELDS BRUCKHAUS DERINGER US LLP<br>MARK F LISCIO<br>601 LEXINGTON AVE, 31ST FLOOR<br>NEW YORK NY 10022<br>SCOTT.TALMADGE@FRESHFIELDS.COM | 000084P001-1413S-091<br>FROST BROWN TODD LLC<br>MARK A PLATT<br>100 CRESCENT COURT STE 350<br>DALLAS TX 75201<br>MPLATT@FBTLAW.COM | 000017P001-1413S-091<br>GEBHARDT & SMITH LLP<br>JAMES M SMITH<br>ONE SOUTH STREET<br>SUITE 2200<br>BALTIMORE MD 21202-3281<br>JSMITH@GEBSMITH.COM | 000061P001-1413S-091<br>GEBHARDT & SMITH LLP<br>DAVID V FONTANA,ESQ<br>ONE SOUTH ST STE 2200<br>BALTIMORE MD 21202<br>DFONT@GEBSMITH.COM |

Case 19-12809-JKS    Doc 420    Filed 04/08/19    Entered 04/08/19 11:53:34    Desc Main
Document    Page 5 of 10

New England Motor Freight, Inc., et al.
Electronic Mail
Exhibit Pages

Page # : 2 of 3                                                                  04/04/2019 05:25:29 PM

| | | | |
|---|---|---|---|
| 000073P001-1413S-091<br>GEBHARDT & SMITH LLP<br>LISA BITTLE TANCREDI<br>ONE SOUTH STREET<br>SUITE 2200<br>BALTIMORE MD 21202-3281<br>LTANCREDI@GEBSMITH.COM | 000074P001-1413S-091<br>GEBHARDT & SMITH LLP<br>LISA BITTLE TANCREDI<br>1000 N WEST STREET<br>SUITE 1200<br>WILMINGTON DE 19801<br>LTANCREDI@GEBSMITH.COM | 000019P001-1413S-091<br>GREENBERG TRAURIG<br>ALAN J. BRODY<br>500 CAMPUS DRIVE<br>SUITE 400<br>FLORHAM PARK NJ 07932<br>BRODYA@GTLAW.COM | 000062P001-1413S-091<br>GREENBERG TRAURIG LLP<br>ALAN J BRODY,ESQ<br>500 CAMPUS DRIVE<br>FLORHAM PARK NJ 07932<br>BRODYA@GTLAW.COM |
| 000083P001-1413S-091<br>HINMAN HOWARD & KATTELL LLP<br>KEVIN J BLOOM,ESQ<br>PARK 80 WEST -PLAZA II<br>250 PEHLE AVE STE 200<br>SADDLE BROOK NJ 07663-5834<br>KBLOOM@HHK.COM | 000027P001-1413S-091<br>IAM NATIONAL PENSION FUND<br>RYK TIERNEY EXEC DIR AND RAYMOND GOAD JR GC<br>1300 CONNECTICUT AVE<br>STE 300<br>WASHINGTON DC 20036<br>contact@iamnpf.org | 000076P001-1413S-091<br>JM PARTNERS LLC<br>JOHN MARSHALL<br>6800 PARAGON PLACE STE 202<br>RICHMOND VA 23230-1656<br>JMARSHALL@JMPARTNERSLLC.COM | 000079P001-1413S-091<br>KLEHR HARRISON HARVEY BRANZBURG LLP<br>CHARLES A ERCOLE;RONA J ROSEN<br>10000 LINCOLN DRIVE EAST STE 201<br>MARLTON NJ 08053<br>CERCOLE@KLEHR.COM |
| 000079P001-1413S-091<br>KLEHR HARRISON HARVEY BRANZBURG LLP<br>CHARLES A ERCOLE;RONA J ROSEN<br>10000 LINCOLN DRIVE EAST STE 201<br>MARLTON NJ 08053<br>RROSEN@KLEHR.COM | 000124P001-1413S-091<br>KML LAW GROUP, P.C.<br>KEVIN G. MCDONALD, ESQ.<br>216 HADDON AVE STE 406<br>WESTMONT NJ 08108<br>KMCDONALD@KMLLAWGROUP.COM | 000086P001-1413S-091<br>LOWENSTEIN SANDLER LLP<br>MARY E SEYMOUR;JOSEPH J DIPASQUALE<br>ONE LOWENSTEIN DRIVE<br>ROSELAND NJ 07068<br>MSEYMOUR@LOWENSTEIN.COM | 000086P001-1413S-091<br>LOWENSTEIN SANDLER LLP<br>MARY E SEYMOUR;JOSEPH J DIPASQUALE<br>ONE LOWENSTEIN DRIVE<br>ROSELAND NJ 07068<br>JDIPASQUALE@LOWENSTEIN.COM |
| 000099P001-1413S-091<br>MAYNARD O'CONNOR SMITH & CATALINOTTO LLP<br>JUSTIN W GRAY,ESQ<br>6 TOWER PLACE<br>ALBANY NY 12203<br>GRAY@MOSCLLP.COM | 000059P001-1413S-091<br>MCCARTER & ENGLISH LLP<br>PETER M KNOB,ESQ<br>FOUR GATEWAY CENTER<br>100 MULBERRY ST<br>NEWARK NJ 07102<br>PKNOB@MCCARTER.COM | 000060P001-1413S-091<br>MCCARTER & ENGLISH LLP<br>JOSEPH LUBERTAZZI JR.,ESQ<br>FOUR GATEWAY CENTER<br>100 MULBERRY ST<br>NEWARK NJ 07102<br>JLUBERTAZZI@MCCARTER.COM | 000022P001-1413S-091<br>MCCARTER & ENGLISH, LLP<br>PETER KNOB<br>100 MULBERRY STREET<br>FOUR GATEWAY CENTER<br>NEWARK NJ 07102<br>PKNOB@MCCARTER.COM |
| 000069P001-1413S-091<br>MCELROY DEUTSCH MULVANEY & CARPENTER LLP<br>VIRGINIA T SHEA,ESQ<br>1300 MOUNT KEMBLE AVENUE<br>MORRISTOWN NJ 07962<br>VSHEA@MDMC-LAW.COM | 000070P001-1413S-091<br>MCELROY DEUTSCH MULVANEY & CARPENTER LLP<br>GARY D BRESSLER,ESQ<br>300 DELAWARE AVE STE 770<br>WILMINGTON DE 19801<br>GBRESSLER@MDMC-LAW.COM | 000093P001-1413S-091<br>MCMANIMON, SCOTLAND AND BAUMANN, LLC<br>ANTHONY SODONO, III; SARI PLACONA<br>75 LIVINGSTON AVE<br>ROSELAND NJ 07068<br>ASODONO@MSBNJ.COM | 000093P001-1413S-091<br>MCMANIMON, SCOTLAND AND BAUMANN, LLC<br>ANTHONY SODONO, III; SARI PLACONA<br>75 LIVINGSTON AVE<br>ROSELAND NJ 07068<br>SPLACONA@MSBNJ.COM |
| 000071P001-1413S-091<br>MORTON & CRAIG LLC<br>JOHN R MORTON JR, ESQ<br>110 MARTER AVE STE 301<br>MOORESTOWN NJ 08057<br>john.morton3@verizon.net | 000106P001-1413S-091<br>NORRIS MCLAUGHLIN PA<br>MORRIS S BAUER,ESQ<br>400 CROSSING BOULEVARD,8TH FLOOR<br>BRIDGEWATER NJ 08807<br>MSBAUER@NORRIS-LAW.COM | 000107P001-1413S-091<br>NORRIS MCLAUGHLIN PA<br>CATHERINE L COREY,ESQ<br>400 CROSSING BOULEVARD, 8TH FLOOR<br>BRIDGEWATER NJ 08807<br>CLCOREY@NORRIS-LAW.COM | 000080P001-1413S-091<br>OFFICE OF UNEMPLOYMENT COMPENSATION TAX SERVICES<br>DEB SECREST,AUTHORIZED AGENT<br>PA-DEPT OF LABOR & INDUSTRY<br>COLLECTIONS SUPPORT UNIT<br>851 BOAS ST RM 702<br>HARRISBURG PA 17121<br>RA-LI-UCTS-BANKRUPT@STATE.PA.US |

Case 19-12809-JKS    Doc 420    Filed 04/08/19    Entered 04/08/19 11:53:34    Desc Main
Document    Page 6 of 10

New England Motor Freight, Inc., et al.
Electronic Mail
Exhibit Pages

Page # : 3 of 3                                                                                                    04/04/2019 05:25:29 PM

```
000102P001-1413S-091                    000095P001-1413S-091                         000098P001-1413S-091                    000066P001-1413S-091
PA DEPT OF REVENUE                      PA- DEPT OF ENVIRONMENTAL PROTECTION         PRICE MEESE SHULMAN & D'ARMINIO PC      REED SMITH LLP
DENISE A KUHN, SEN DEPUTY ATTORNEY GEN  BRIAN GLASS, OFFICE OF THE CHIEF COUNSEL     RICK A STEINBERG,ESQ                    CHRISTOPHER A. LYNCH
THE PHOENIX BUILDING                    SOUTHEAST REGIONAL COUNSEL                   50 TICE BOULEVARD STE 380               599 LEXINGTON AVE
1600 ARCH ST., STE 300                  2 EAST MAIN ST                               WOODCLIFF LAKE NJ 07677                 NEW YORK NY 10022
PHILADELPHIA PA 19103                   NORRISTOWN PA 19401-4915                     RSTEINBERG@PRICEMEESE.COM               CLYNCH@REEDSMITH.COM
DKUHN@ATTORNEYGENERAL.GOV               BRIAGLASS@PA.GOV

000096P001-1413S-091                    000096P001-1413S-091                         000091P001-1413S-091                    000018P001-1413S-091
RIKER DANZIG SCHERER HYLAND & PERRETTI LLP  RIKER DANZIG SCHERER HYLAND & PERRETTI LLP  SHIPMAN & GOODWIN LLP                SQUIRE PATTON BOGGS
JOSEPH L SCHWARTZ;MICHAEL TRENTIN       JOSEPH L SCHWARTZ;MICHAEL TRENTIN            ERIC S GOLDSTEIN,ESQ                    NORMAN N KINEL
HEADQUARTERS PLAZA                      HEADQUARTERS PLAZA                           ONE CONSTITUTIONAL PLAZA                30 ROCKEFELLER PLAZA
ONE SPEEDWELL AVE                       ONE SPEEDWELL AVE                            HARTFORD CT 06103                       NEW YORK NY 10112
MORRISTOWN NJ 07962-1981                MORRISTOWN NJ 07962-1981                     EGOLDSTEIN@GOODWIN.COM                  NORMAN.KINEL@SQUIREPB.COM
JSCHWARTZ@RIKER.COM                     MTRENTIN@RIKER.COM

000094P001-1413S-091                    000035P002-1413S-091                         000054P001-1413S-091                    000055P001-1413S-091
SQUIRE PATTON BOGGS (US) LLP            SUPERIOR DISTRIBUTORS CO, INC                TROUTMAN SANDERS                        TROUTMAN SANDERS
NORMAN N KINEL,ESQ                      MARLENE; RICHARD KLEIN                       DAVID A PISCIOTTA                       LOUIS CURCIO
30 ROCKEFELLER PLAZA, 23RD FLOOR        4 MIDLAND AVE                                875 THIRD AVENUE                        875 THIRD AVENUE
NEW YORK NY 10112                       ELMWOOD PARK NJ 07407                        NEW YORK NY 10022                       NEW YORK NY 10022
NORMAN.KINEL@SQUIREPB.COM               MARLENE@SUPERIORDISTRIBUTORSINC.COM          DAVID.PISCIOTTA@TROUTMAN.COM            LOUIS.CURCIO@TROUTMAN.COM

000056P001-1413S-091                    000064P001-1413S-091                         000065P001-1413S-091                    000097P002-1413S-091
TROUTMAN SANDERS                        TROUTMAN SANDERS LLP                         TROUTMAN SANDERS LLP                    UNITED STATES DEPARTMENT OF JUSTICE
ALISSA PICCIONE                         LOUIS A CURCIO,ESQ                           DAVID A PISCIOTTA,ESQ                   PETER J. D'AURIA,ESQ; MITCHELL HAUSMAN
875 THIRD AVENUE                        875 THIRD AVE                                875 THIRD AVE                           OFFICE OF THE UNITED STATES TRUSTEE
NEW YORK NY 10022                       NEW YORK NY 10022                            NEW YORK NY 10022                       ONE NEWARK CENTER STE 2100
ALISSA.PICCIONE@TROUTMAN.COM            LOUIS.CURCIO@TROUTMAN.COM                    DAVID.PISCIOTTA@TROUTMAN.COM            NEWARK NJ 07102
                                                                                                                             PETER.J.D'AURIA@USDOJ.GOV

000097P002-1413S-091                    000001P001-1413S-091                         000001P001-1413S-091                    000001P001-1413S-091
UNITED STATES DEPARTMENT OF JUSTICE     UNITED STATES TRUSTEE                        UNITED STATES TRUSTEE                   UNITED STATES TRUSTEE
PETER J. D'AURIA,ESQ; MITCHELL HAUSMAN  ONE NEWARK CENTER, SUITE 2100                ONE NEWARK CENTER, SUITE 2100           ONE NEWARK CENTER, SUITE 2100
OFFICE OF THE UNITED STATES TRUSTEE     1085 RAYMOND BOULEVARD                       1085 RAYMOND BOULEVARD                  1085 RAYMOND BOULEVARD
ONE NEWARK CENTER STE 2100              NEWARK NJ 07102                              NEWARK NJ 07102                         NEWARK NJ 07102
NEWARK NJ 07102                         jeffrey.m.sponder@usdoj.gov                  Mitchell.B.Hausman@usdoj.gov            Peter.J.D'Auria@usdoj.gov
MITCHELL.B.HAUSMAN@USDOJ.GOV

000105P001-1413S-091                    000057P001-1413S-091                         000058P001-1413S-091                    000021P001-1413S-091
UPDIKE KELLY & SPELLACY PC              WASSERMAN JURISTA & STOLZ PC                 WASSERMAN JURISTA & STOLZ PC            WHITEFORD TAYLOR PRESTON LLP
EVAN S GOLDSTEIN, ESQ                   DANIEL M STOLZ,ESQ                           DONALD W CLARKE,ESQ                     PAUL M NUSSBAUM
100 PEARL ST.,17TH FLOOR                110 ALLEN ROAD STE 304                       110 ALLEN ROAD STE 304                  7 SAINT PAUL STREET
P O BOX 231277                          BASKING RIDGE NJ 07920                       BASKING RIDGE NJ 07920                  BALTIMORE MD 21202-1636
HARTFORD CT 06123-1277                  DSTOLZ@WJSLAW.COM                            DCLARKE@WJSLAW.COM                      PNUSSBAUM@WTPLAW.COM
EGOLDSTEIN@UKS.COM
```

Records Printed :   72

# EXHIBIT 2

New England Motor Freight, Inc., et al.
Exhibit Pages

Page # : 1 of 3                                                                                                                                  04/04/2019 05:23:31 PM

| | | | |
|---|---|---|---|
| 000088P001-1413S-091<br>AAA COOPER TRANSPORTATION<br>TIFFANY ENGELHUBER<br>1751 KINSEY ROAD<br>DOTHAN AL 36303 | 000068P001-1413S-091<br>BENESCH FRIEDLANDER COPLAN & ARONOFF LLP<br>KEVIN M CAPUZZI<br>CONTINENTAL PLAZA II<br>411 HACKENSACK AVE.,3RD FLOOR<br>HACKENSACK NJ 07601-6323 | 000072P001-1413S-091<br>CAB EAST LLC,SERVICED BY FORD MOTOR CREDIT CO.,LLC<br>NATIONAL BANKRUPTCY SERVICE CENTER<br>P O BOX 62180<br>COLORADO SPRINGS CO 80921 | 000077P001-1413S-091<br>CHIESA SHAHINIAN & GIANTOMASI PC<br>BETH J ROTENBERG,ESQ<br>ONE BOLAND DRIVE<br>WEST ORANGE NJ 07052 |
| 000078P001-1413S-091<br>CHIESA SHAHINIAN & GIANTOMASI PC<br>FRANK PERETORE,ESQ<br>ONE BOLAND DRIVE<br>WEST ORANGE NJ 07052 | 000085P001-1413S-091<br>CHIESA SHAHINIAN & GIANTOMASI PC<br>ROBERT E NIES,ESQ<br>ONE BOLAND DRIVE<br>WEST ORANGE NJ 07052 | 000108P001-1413S-091<br>CHIESA SHAHINIAN & GIANTOMASI PC<br>MICHAEL R CARUSO,ESQ<br>ONE BOLAND DRIVE<br>WEST ORANGE NJ 07052 | 000081P001-1413S-091<br>COLE SCHOTZ PC<br>MICHAEL D SIROTA,ESQ<br>COURT PLAZA NORTH<br>25 MAIN ST<br>HACKENSACK NJ 07601 |
| 000082P001-1413S-091<br>COLE SCHOTZ PC<br>JACOB S FRUMKIN,ESQ<br>COURT PLAZA NORTH<br>25 MAIN ST<br>HACKENSACK NJ 07601 | 000104P001-1413S-091<br>CONNELL FOLEY LLP<br>ROBERT K SCHEINBAUM,ESQ<br>56 LIVINGSTON AVE<br>ROSELAND NJ 07068 | 000109P003-1413S-091<br>DAIMLER TRUST<br>C/O BK SERVICING LLC<br>ED GEZEL, AGENT<br>P O BOX 131265<br>ROSEVILLE MN 55113-0011 | 000012P001-1413S-091<br>DEPARTMENT OF ENVIRONMENTAL PROTECTION<br>OFFICE OF RECORDS ACCESS<br>ATTN: BANKR. COORDINATOR<br>PO BOX 402<br>MAIL CODE 401-06Q<br>TRENTON NJ 08625-0402 |
| 000075P001-1413S-091<br>DILWORTH PAXSON LLP<br>SCOTT J FREEDMAN<br>457 HADDONFIELD ROAD STE 700<br>CHERRY HILL NJ 08002 | 000103P001-1413S-091<br>DINSMORE & SHOHL LLP<br>GRACE WINKLER CRANLEY,ESQ<br>227 WEST MONROE ST.,STE 3850<br>CHICAGO IL 60606 | 000100P001-1413S-091<br>DREIFUSS BONACCI & PARKER PC<br>JOANNE M BONACCI<br>26 COLUMBIA TURNPIKE STE 101 NORTH ENTRANCE<br>FLORHAM PARK NJ 07932 | 000101P001-1413S-091<br>DREIFUSS BONACCI & PARKER PC<br>PAUL M MCCORMICK,ESQ<br>26 COLUMBIA TURNPIKE STE 101, NORTH ENTRANCE<br>FLORHAM PARK NJ 07932 |
| 000087P003-1413S-091<br>ELLIOT GREENLEAF<br>R X ZAHRALDDIN- ARAVENA;JONATHAN M STEMERMAN<br>SARAH DENIS<br>1105 MARKET ST STE 1700<br>WILMINGTON DE 19801 | 000008P001-1413S-091<br>ENVIRONMENTAL PROTECTION AGENCY<br>REGION 2<br>290 BROADWAY<br>17TH FLOOR<br>NEW YORK NY 10007-1866 | 000020P001-1413S-091<br>FRESHFIELDS BRUCKHAUS DERINGER<br>MARK F LISCIO<br>601 LEXINGTON AVE<br>31ST FLOOR<br>NEW YORK NY 10022 | 000063P001-1413S-091<br>FRESHFIELDS BRUCKHAUS DERINGER US LLP<br>MARK F LISCIO<br>601 LEXINGTON AVE, 31ST FLOOR<br>NEW YORK NY 10022 |
| 000084P001-1413S-091<br>FROST BROWN TODD LLC<br>MARK A PLATT<br>100 CRESCENT COURT STE 350<br>DALLAS TX 75201 | 000017P001-1413S-091<br>GEBHARDT & SMITH LLP<br>JAMES M SMITH<br>ONE SOUTH STREET<br>SUITE 2200<br>BALTIMORE MD 21202-3281 | 000061P001-1413S-091<br>GEBHARDT & SMITH LLP<br>DAVID V FONTANA,ESQ<br>ONE SOUTH ST STE 2200<br>BALTIMORE MD 21202 | 000073P001-1413S-091<br>GEBHARDT & SMITH LLP<br>LISA BITTLE TANCREDI<br>ONE SOUTH STREET<br>SUITE 2200<br>BALTIMORE MD 21202-3281 |
| 000074P001-1413S-091<br>GEBHARDT & SMITH LLP<br>LISA BITTLE TANCREDI<br>1000 N WEST STREET<br>SUITE 1200<br>WILMINGTON DE 19801 | 000019P001-1413S-091<br>GREENBERG TRAURIG<br>ALAN J. BRODY<br>500 CAMPUS DRIVE<br>SUITE 400<br>FLORHAM PARK NJ 07932 | 000062P001-1413S-091<br>GREENBERG TRAURIG LLP<br>ALAN J BRODY,ESQ<br>500 CAMPUS DRIVE<br>FLORHAM PARK NJ 07932 | 000090P001-1413S-091<br>GUTTMAN OIL CO.<br>GREGORY J. CREIGHAN<br>200 SPEERS STREET<br>BELLE VERNON PA 15012 |

New England Motor Freight, Inc., et al.
Exhibit Pages

Page # : 2 of 3                                                                                                       04/04/2019 05:23:31 PM

| 000083P001-1413S-091 | 000027P001-1413S-091 | 000004P001-1413S-091 | 000005P001-1413S-091 |
|---|---|---|---|
| HINMAN HOWARD & KATTELL LLP | IAM NATIONAL PENSION FUND | INTERNAL REVENUE SERVICE | INTERNAL REVENUE SERVICE |
| KEVIN J BLOOM,ESQ | RYK TIERNEY EXEC DIR AND RAYMOND GOAD JR GC | PO BOX 7346 | 2970 MARKET STREET |
| PARK 80 WEST -PLAZA II | 1300 CONNECTICUT AVE | PHILADELPHIA PA 19101-7346 | MAIL STOP 5-Q30.133 |
| 250 PEHLE AVE STE 200 | STE 300 | | PHILADELPHIA PA 19104-5016 |
| SADDLE BROOK NJ 07663-5834 | WASHINGTON DC 20036 | | |

| 000076P001-1413S-091 | 000079P001-1413S-091 | 000124P001-1413S-091 | 000089P001-1413S-091 |
|---|---|---|---|
| JM PARTNERS LLC | KLEHR HARRISON HARVEY BRANZBURG LLP | KML LAW GROUP, P.C. | LANDSTAR TRANSPORTATION LOGISTICS, INC. |
| JOHN MARSHALL | CHARLES A ERCOLE;RONA J ROSEN | KEVIN G. MCDONALD, ESQ. | SPRYTE KIMMEY |
| 6800 PARAGON PLACE STE 202 | 10000 LINCOLN DRIVE EAST STE 201 | 216 HADDON AVE STE 406 | 13410 SUTTON PARK DR S |
| RICHMOND VA 23230-1656 | MARLTON NJ 08053 | WESTMONT NJ 08108 | JACKSONVILLE FL 32224 |

| 000086P001-1413S-091 | 000099P001-1413S-091 | 000059P001-1413S-091 | 000060P001-1413S-091 |
|---|---|---|---|
| LOWENSTEIN SANDLER LLP | MAYNARD O'CONNOR SMITH & CATALINOTTO LLP | MCCARTER & ENGLISH LLP | MCCARTER & ENGLISH LLP |
| MARY E SEYMOUR;JOSEPH J DIPASQUALE | JUSTIN W GRAY,ESQ | PETER M KNOB,ESQ | JOSEPH LUBERTAZZI JR.,ESQ |
| ONE LOWENSTEIN DRIVE | 6 TOWER PLACE | FOUR GATEWAY CENTER | FOUR GATEWAY CENTER |
| ROSELAND NJ 07068 | ALBANY NY 12203 | 100 MULBERRY ST | 100 MULBERRY ST |
| | | NEWARK NJ 07102 | NEWARK NJ 07102 |

| 000022P001-1413S-091 | 000069P001-1413S-091 | 000070P001-1413S-091 | 000093P001-1413S-091 |
|---|---|---|---|
| MCCARTER & ENGLISH, LLP | MCELROY DEUTSCH MULVANEY & CARPENTER LLP | MCELROY DEUTSCH MULVANEY & CARPENTER LLP | MCMANIMON, SCOTLAND AND BAUMANN, LLC |
| PETER KNOB | VIRGINIA T SHEA,ESQ | GARY D BRESSLER,ESQ | ANTHONY SODONO, III; SARI PLACONA |
| 100 MULBERRY STREET | 1300 MOUNT KEMBLE AVENUE | 300 DELAWARE AVE STE 770 | 75 LIVINGSTON AVE |
| FOUR GATEWAY CENTER | MORRISTOWN NJ 07962 | WILMINGTON DE 19801 | ROSELAND NJ 07068 |
| NEWARK NJ 07102 | | | |

| 000071P001-1413S-091 | 000067P001-1413S-091 | 000009P002-1413S-091 | 000010P002-1413S-091 |
|---|---|---|---|
| MORTON & CRAIG LLC | MYRON SHEVELL | NEW JERSEY ATTORNEY GENERAL OFFICE | NEW JERSEY DIVISION OF TAXATION |
| JOHN R MORTON JR, ESQ | C/O NEW ENGLAND MOTOR FREIGHT INC | DIVISION OF LAW | COMPLIANCE & ENFORCEMENT UNIT |
| 110 MARTER AVE STE 301 | ZACHARY W. COHEN | RICHARD J. HUGHES JUSTICE COMPLEX | BANKRUPTCY UNIT |
| MOORESTOWN NJ 08057 | 1-71 NORTH AVENUE E | 25 MARKET ST | 50 BARRACK STREET, 9TH FLOOR |
| | ELIZABETH NJ 07201 | TRENTON NJ 08625-0112 | TRENTON NJ 08695-0267 |

| 000011P001-1413S-091 | 000106P001-1413S-091 | 000107P001-1413S-091 | 000080P001-1413S-091 |
|---|---|---|---|
| NEW JERSEY MOTOR VEHICLE COMMISSION | NORRIS MCLAUGHLIN PA | NORRIS MCLAUGHLIN PA | OFFICE OF UNEMPLOYMENT COMPENSATION TAX SERVICES |
| ADMINISTRATIVE UNIT | MORRIS S BAUER,ESQ | CATHERINE L COREY,ESQ | DEB SECREST,AUTHORIZED AGENT |
| 225 EAST STATE STREET | 400 CROSSING BOULEVARD,8TH FLOOR | 400 CROSSING BOULEVARD, 8TH FLOOR | PA-DEPT OF LABOR & INDUSTRY |
| TRENTON NJ 08666 | BRIDGEWATER NJ 08807 | BRIDGEWATER NJ 08807 | COLLECTIONS SUPPORT UNIT |
| | | | 851 BOAS ST RM 702 |
| | | | HARRISBURG PA 17121 |

| 000102P001-1413S-091 | 000095P001-1413S-091 | 000098P001-1413S-091 | 000066P001-1413S-091 |
|---|---|---|---|
| PA DEPT OF REVENUE | PA- DEPT OF ENVIRONMENTAL PROTECTION | PRICE MEESE SHULMAN & D'ARMINIO PC | REED SMITH LLP |
| DENISE A KUHN, SEN DEPUTY ATTORNEY GEN | BRIAN GLASS, OFFICE OF THE CHIEF COUNSEL | RICK A STEINBERG,ESQ | CHRISTOPHER A. LYNCH |
| THE PHOENIX BUILDING | SOUTHEAST REGIONAL COUNSEL | 50 TICE BOULEVARD STE 380 | 599 LEXINGTON AVE |
| 1600 ARCH ST., STE 300 | 2 EAST MAIN ST | WOODCLIFF LAKE NJ 07677 | NEW YORK NY 10022 |
| PHILADELPHIA PA 19103 | NORRISTOWN PA 19401-4915 | | |

**New England Motor Freight, Inc., et al.**
**Exhibit Pages**

Page # : 3 of 3                                                                                         04/04/2019 05:23:31 PM

| | | | |
|---|---|---|---|
| 000096P001-1413S-091<br>RIKER DANZIG SCHERER HYLAND & PERRETTI LLP<br>JOSEPH L SCHWARTZ;MICHAEL TRENTIN<br>HEADQUARTERS PLAZA<br>ONE SPEEDWELL AVE<br>MORRISTOWN NJ 07962-1981 | 000006P001-1413S-091<br>SECURITIES EXCHANGE COMMISSION<br>NEW YORK REGIONAL OFFICE<br>ATTN: ANDREW CALAMARI, REGIONAL DIRECTOR<br>BROOKFIELD PLACE<br>200 VESSEY STREET, SUITE 400<br>NEW YORK NY 10281-1022 | 000091P001-1413S-091<br>SHIPMAN & GOODWIN LLP<br>ERIC S GOLDSTEIN,ESQ<br>ONE CONSTITUTIONAL PLAZA<br>HARTFORD CT 06103 | 000018P001-1413S-091<br>SQUIRE PATTON BOGGS<br>NORMAN N KINEL<br>30 ROCKEFELLER PLAZA<br>NEW YORK NY 10112 |
| 000094P001-1413S-091<br>SQUIRE PATTON BOGGS (US) LLP<br>NORMAN N KINEL,ESQ<br>30 ROCKEFELLER PLAZA, 23RD FLOOR<br>NEW YORK NY 10112 | 000035P002-1413S-091<br>SUPERIOR DISTRIBUTORS CO, INC<br>MARLENE; RICHARD KLEIN<br>4 MIDLAND AVE<br>ELMWOOD PARK NJ 07407 | 000055P001-1413S-091<br>TROUTMAN SANDERS<br>LOUIS CURCIO<br>875 THIRD AVENUE<br>NEW YORK NY 10022 | 000056P001-1413S-091<br>TROUTMAN SANDERS<br>ALISSA PICCIONE<br>875 THIRD AVENUE<br>NEW YORK NY 10022 |
| 000054P001-1413S-091<br>TROUTMAN SANDERS LLP<br>DAVID A PISCIOTTA,ESQ<br>875 THIRD AVENUE<br>NEW YORK NY 10022 | 000064P001-1413S-091<br>TROUTMAN SANDERS LLP<br>LOUIS A CURCIO,ESQ<br>875 THIRD AVE<br>NEW YORK NY 10022 | 000092P001-1413S-091<br>TURNER LAW FIRM LLC<br>ANDREW R TURNER,ESQ<br>76 SOUTH ORANGE AVE STE 106<br>SOUTH ORANGE NJ 07079 | 000002P001-1413S-091<br>UNITED STATES ATTORNEY<br>DISTRICT OF NEW JERSEY<br>PETER RODINO FEDERAL BUILDING<br>970 BROAD STREET, SUITE 700<br>NEWARK NJ 07102 |
| 000097P002-1413S-091<br>UNITED STATES DEPARTMENT OF JUSTICE<br>PETER J. D'AURIA,ESQ; MITCHELL HAUSMAN<br>OFFICE OF THE UNITED STATES TRUSTEE<br>ONE NEWARK CENTER STE 2100<br>NEWARK NJ 07102 | 000001P001-1413S-091<br>UNITED STATES TRUSTEE<br>ONE NEWARK CENTER, SUITE 2100<br>1085 RAYMOND BOULEVARD<br>NEWARK NJ 07102 | 000105P001-1413S-091<br>UPDIKE KELLY & SPELLACY PC<br>EVAN S GOLDSTEIN, ESQ<br>100 PEARL ST.,17TH FLOOR<br>P O BOX 231277<br>HARTFORD CT 06123-1277 | 000057P001-1413S-091<br>WASSERMAN JURISTA & STOLZ PC<br>DANIEL M STOLZ,ESQ<br>110 ALLEN ROAD STE 304<br>BASKING RIDGE NJ 07920 |
| 000058P001-1413S-091<br>WASSERMAN JURISTA & STOLZ PC<br>DONALD W CLARKE,ESQ<br>110 ALLEN ROAD STE 304<br>BASKING RIDGE NJ 07920 | 000021P001-1413S-091<br>WHITEFORD TAYLOR PRESTON LLP<br>PAUL M NUSSBAUM<br>7 SAINT PAUL STREET<br>BALTIMORE MD 21202-1636 | | |

Records Printed :    74