UNITED STATES BANKRUPTCY COURT
DISCTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC., ET AL1,<br><br>Debtor, | NOTICE OF APPEARANCE<br><br>Case No. 19-12809-JKS<br>CHAPTER 11 |

PLEASE TAKE NOTICE that the undersigned has appeared on behalf of creditor, MICHAEL SINGLEY, and requests that you serve all papers in this action, including electronic filings, upon the undersigned at the address stated below.

D'ARCY JOHNSON DAY

Dated: April 10, 2019

By /s/ Richard J. Albuquerque
Richard J. Albuquerque, Esquire
Attorneys for Creditor, Michael Singley
3120 Fire Road
Suite 100
Egg Harbor Township, NJ 08234
Phone: (609) 641-6200
Fax: (609)641-2677
Email: ra@djd.law

TO:   Gibbons, P.C.
Karen A. Giannelli, Esq.
Mark B. Conlan, Esq.
Brett S. Theisen, Esq.
One Gateway Center
Newark, NJ 07102

---

1 The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries (9223); Myar, LLC (4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMF Logistics, LLC (4666).