Richard J. Albuquerque, Esquire
D'ARCY JOHNSON DAY
Attorneys for Creditor, Michael Singley
3120 Fire Road
Suite 100
Egg Harbor Township, NJ 08234
Phone: (609) 641-6200
Facsimile: (609) 641-2677
Email: RA@DJD.LAW

HEARING DATE: April 30, 2019
TIME: 10:00 A.M.

UNITED STATES BANKRUPTCY COURT
DISCTRICT OF NEW JERSEY

In Re:

NEW ENGLAND MOTOR FREIGHT, INC.,
ET AL1,

Debtor,

NOTICE OF MOTION
CHAPTER 11
Case No. 19-12809-JKS

PLEASE TAKE NOTICE that upon the annexed declaration of Richard J. Albuquerque, Esquire; declaration of creditor Michael Singley; and the accompanying Memorandum of Law; the undersigned will move this Court before the Honorable John K. Sherwood, United States Bankruptcy Judge, at United State Bankruptcy Court, District of New Jersey, 50 Walnut Street, 3rd Floor, Courtroom 3D, Newark, New Jersey 07102 (the "Bankruptcy Court") on April 30, 2019 at 10:00 a.m., or as soon thereafter as counsel may be heard (the "Hearing"), for an Order for Relief from the Automatic Stay to enable Mr. Singley to continue his New Jersey Superior Court personal injury action against debtors, New England Motor Freight, Inc. and Jans Leasing Corp., and for such other and further relief as the Court deems just and equitable.

---

1 The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries (9223); Myar, LLC (4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMF Logistics, LLC (4666).

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Motion, shall be made in writing, filed with the clerk of the Bankruptcy Court, and served upon counsel for the Movant as to be received at least seven (7) days prior to the Hearing date.

Dated: April 10, 2019

D'ARCY JOHNSON DAY
Attorneys for Michael Singley

BY: /s/ Richard J. Albuquerque
    RICHARD J. ALBUQUERQUE, ESQ.
    3120 Fire Road, Suite 100
    Egg Harbor Township, NJ 08234
    609-641-6200