EXHIBIT "A"

Richard J. Albuquerque, Esquire
Attorney ID#: 025091996
D'ARCY JOHNSON DAY
3120 Fire Road
Suite 100
Egg Harbor Township, NJ 08234
Phone: (609) 641-6200
Attorneys for Plaintiff

| | |
|---|---|
| MICHAEL SINGLEY,<br><br>Plaintiff,<br><br>vs.<br><br>NEW ENGLAND MOTOR FREIGHT, INC., DAVID WOOD, JANS LEASING CORP., , JOHN DOES, MARY DOES, ABC PARTNERSHIPS AND XYZ CORPORATIONS, jointly, severally and in the alternative,<br><br>Defendants. | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION – CAPE MAY COUNTY<br><br>DOCKET NO: CPM-L-23-19<br><br>*Civil Action*<br><br>**SUMMONS** |

FROM THE STATE OF NEW JERSEY TO THE DEFENDANT(S) NAMED ABOVE:

The plaintiff, named above, has filed a lawsuit against you in the Superior Court of New Jersey. The complaint attached to this summons states the basis for this lawsuit. If you dispute this complaint, you or your attorney must file a written answer or motion and proof of service with the deputy clerk of the Superior Court in the county listed above within 35 days from the date you received this summons, not counting the date you received it. (A directory of the addresses of each deputy clerk of the Superior Court is available in the Civil Division Management Office in the county listed above and online at http://www.njcourts.gov/forms/10153_deptyclerklawref.pdf.) If the complaint is one in foreclosure, then you must file your written answer or motion and proof of service with the Clerk of the Superior Court, Hughes Justice Complex, P.O. Box 971, Trenton, NJ 08625-0971. A filing fee payable to the Treasurer, State of New Jersey and a completed Case Information Statement (available from the deputy clerk of the Superior Court) must accompany your answer or motion when it is filed. You must also send a copy of your answer or motion to plaintiff's attorney whose name and address appear above, or to plaintiff, if no attorney is named above. A telephone call will not protect your rights; you must file and serve a written answer or motion (with fee of $175.00 and completed Case Information Statement) if you want the court to hear your defense.

If you do not file and serve a written answer or motion within 35 days, the court may enter a judgment against you for the relief plaintiff demands, plus interest and costs of suit. If judgment is entered against you, the Sheriff may seize your money, wages or property to pay all or part of the judgment. If you cannot afford an attorney, you may call the Legal Services office in the county where you live or the Legal Services of New Jersey Statewide Hotline at 1-888-LSNJ-LAW (1-888-576-5529).

If you do not have an attorney and are not eligible for free legal assistance, you may obtain a referral to an attorney by calling one of the Lawyer Referral Services. A directory with contact information for local Legal Services Offices and Lawyer Referral Services is available in the Civil Division Management Office in the county listed above and online at http://www.njcourts.gov/forms/10153_deptyclerklawref.pdf.

*Michelle M. Smith*
**MICHELLE M. SMITH**
Clerk of the Superior Court

Dated: April 9, 2019

Name of Defendant to Be Served:    New England Motor Freight, Inc.
Address of Defendant to Be Served:    I-71 North Avenue
    Elizabeth, NJ

Richard J. Albuquerque, Esquire
Attorney ID#: 025091996
D'ARCY JOHNSON DAY
3120 Fire Road
Suite 100
Egg Harbor Township, NJ 08234
Phone: (609) 641-6200
Attorneys for Plaintiff

| | |
|---|---|
| MICHAEL SINGLEY,<br><br>              Plaintiff,<br><br>vs.<br><br>NEW ENGLAND MOTOR FREIGHT, INC., DAVID WOOD, JANS LEASING CORP., , JOHN DOES, MARY DOES, ABC PARTNERSHIPS AND XYZ CORPORATIONS, jointly, severally and in the alternative,<br><br>              Defendants. | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION – CAPE MAY COUNTY<br><br>DOCKET NO: CPM-L-23-19<br><br>*Civil Action*<br><br>**SUMMONS** |

FROM THE STATE OF NEW JERSEY TO THE DEFENDANT(S) NAMED ABOVE:

    The plaintiff, named above, has filed a lawsuit against you in the Superior Court of New Jersey. The complaint attached to this summons states the basis for this lawsuit. If you dispute this complaint, you or your attorney must file a written answer or motion and proof of service with the deputy clerk of the Superior Court in the county listed above within 35 days from the date you received this summons, not counting the date you received it. (A directory of the addresses of each deputy clerk of the Superior Court is available in the Civil Division Management Office in the county listed above and online at http://www.njcourts.gov/forms/10153_deptyclerklawref.pdf.) If the complaint is one in foreclosure, then you must file your written answer or motion and proof of service with the Clerk of the Superior Court, Hughes Justice Complex, P.O. Box 971, Trenton, NJ 08625-0971. A filing fee payable to the Treasurer, State of New Jersey and a completed Case Information Statement (available from the deputy clerk of the Superior Court) must accompany your answer or motion when it is filed. You must also send a copy of your answer or motion to plaintiff's attorney whose name and address appear above, or to plaintiff, if no attorney is named above. A telephone call will not protect your rights; you must file and serve a written answer or motion (with fee of $175.00 and completed Case Information Statement) if you want the court to hear your defense.

    If you do not file and serve a written answer or motion within 35 days, the court may enter a judgment against you for the relief plaintiff demands, plus interest and costs of suit. If judgment is entered against you, the Sheriff may seize your money, wages or property to pay all or part of the judgment. If you cannot afford an attorney, you may call the Legal Services office in the county where you live or the Legal Services of New Jersey Statewide Hotline at 1-888-LSNJ-LAW (1-888-576-5529).

If you do not have an attorney and are not eligible for free legal assistance, you may obtain a referral to an attorney by calling one of the Lawyer Referral Services. A directory with contact information for local Legal Services Offices and Lawyer Referral Services is available in the Civil Division Management Office in the county listed above and online at http://www.njcourts.gov/forms/10153_deptyclerklawref.pdf.

*Michelle M. Smith*
**MICHELLE M. SMITH**
Dated: April 9, 2019    Clerk of the Superior Court

Name of Defendant to Be Served:    Jans Leasing Corp..
Address of Defendant to Be Served:    I-71 North Avenue
Elizabeth, NJ

Richard J. Albuquerque, Esquire
Attorney ID#: 025091996
D'ARCY JOHNSON DAY
3120 Fire Road
Suite 100
Egg Harbor Township, NJ 08234
Phone: (609) 641-6200
Attorneys for Plaintiff

| | |
|---|---|
| MICHAEL SINGLEY,<br><br>             Plaintiff,<br><br>vs.<br><br>NEW ENGLAND MOTOR FREIGHT, INC., DAVID WOOD, JANS LEASING CORP., , JOHN DOES, MARY DOES, ABC PARTNERSHIPS AND XYZ CORPORATIONS, jointly, severally and in the alternative,<br><br>             Defendants. | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION – CAPE MAY COUNTY<br><br>DOCKET NO: CPM-L-23-19<br><br>*Civil Action*<br><br>**SUMMONS** |

FROM THE STATE OF NEW JERSEY TO THE DEFENDANT(S) NAMED ABOVE:

    The plaintiff, named above, has filed a lawsuit against you in the Superior Court of New Jersey. The complaint attached to this summons states the basis for this lawsuit. If you dispute this complaint, you or your attorney must file a written answer or motion and proof of service with the deputy clerk of the Superior Court in the county listed above within 35 days from the date you received this summons, not counting the date you received it. (A directory of the addresses of each deputy clerk of the Superior Court is available in the Civil Division Management Office in the county listed above and online at http://www.njcourts.gov/forms/10153_deptyclerklawref.pdf.) If the complaint is one in foreclosure, then you must file your written answer or motion and proof of service with the Clerk of the Superior Court, Hughes Justice Complex, P.O. Box 971, Trenton, NJ 08625-0971. A filing fee payable to the Treasurer, State of New Jersey and a completed Case Information Statement (available from the deputy clerk of the Superior Court) must accompany your answer or motion when it is filed. You must also send a copy of your answer or motion to plaintiff's attorney whose name and address appear above, or to plaintiff, if no attorney is named above. A telephone call will not protect your rights; you must file and serve a written answer or motion (with fee of $175.00 and completed Case Information Statement) if you want the court to hear your defense.

    If you do not file and serve a written answer or motion within 35 days, the court may enter a judgment against you for the relief plaintiff demands, plus interest and costs of suit. If judgment is entered against you, the Sheriff may seize your money, wages or property to pay all or part of the judgment. If you cannot afford an attorney, you may call the Legal Services office in the county where you live or the Legal Services of New Jersey Statewide Hotline at 1-888-LSNJ-LAW (1-888-576-5529).

If you do not have an attorney and are not eligible for free legal assistance, you may obtain a referral to an attorney by calling one of the Lawyer Referral Services. A directory with contact information for local Legal Services Offices and Lawyer Referral Services is available in the Civil Division Management Office in the county listed above and online at http://www.njcourts.gov/forms/10153_deptyclerklawref.pdf.

*Michelle M. Smith*
**MICHELLE M. SMITH**
Dated: April 9, 2019  Clerk of the Superior Court

Name of Defendant to Be Served: David Wood
Address of Defendant to Be Served: 146 Donoma Street
Browns Mills, NJ

Richard J. Albuquerque, Esquire
Attorney ID#: 025091996
D'ARCY JOHNSON DAY
3120 Fire Road
Suite 100
Egg Harbor Township, NJ 08234
Phone: (609) 641-6200
Attorneys for Plaintiff

| | |
|---|---|
| MICHAEL SINGLEY,<br><br>Plaintiff,<br><br>vs.<br><br>NEW ENGLAND MOTOR FREIGHT, INC., DAVID WOOD, JANS LEASING CORP., JOHN DOES, MARY DOES, ABC PARTNERSHIPS AND XYZ CORPORATIONS, jointly, severally and in the alternative,<br><br>Defendants. | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION – CAPE MAY COUNTY<br><br>DOCKET NO:<br><br>*Civil Action*<br><br>**COMPLAINT and JURY DEMAND** |

Plaintiff, Michael Singley, by way of Complaint and Jury Demand says:

## PARTIES

1. Plaintiff is a Cape May County, New Jersey resident.

2. Defendant New England Motor Freight, Inc., is a New Jersey Corporation with a main business address of 1-71 North Avenue, Elizabeth, New Jersey.

3. Defendant David Wood, is a New Jersey resident residing at 146 Donoma Street, Browns Mills, New Jersey.

4. Defendant Jans Leasing Corp., is a New Jersey Corporation with a main business address of 1-71 North Avenue, Elizabeth, New Jersey.

## FIRST COUNT

5. Plaintiff hereby incorporates all prior paragraphs of this Complaint.

6. On March 15, 2017 Plaintiff Michael Singley was the operator of a motor vehicle being lawfully operated north on State Highway 55 in Vineland, New Jersey.

7. At the aforesaid place and time Defendant David Wood was operating a commercial tractor trailer owned by Defendants Jans Leasing Corp. and New England Motor Freight, Inc. and was an employee and/or agent of those companies.

8. The aforementioned accident occurred at or about 1:54 p.m.

9. Plaintiff reserves the right that if subsequent to the filing of the within Complaint to amend said Complaint to include as named defendants any individuals or business entities whose conduct may have been negligent which negligence was the cause of the aforementioned incident or injuries or individuals or business entities that are responsible for the conduct of the operator. Said individuals and business entities have been named as John Does, Mary Does, ABC Partnerships and XYZ Corporations.

10. The aforesaid incident was caused by the negligence of Defendants by failing to clean the ice off the top of the tractor trailer and operating said tractor trailer on the roads of New Jersey in that condition causing the chunks of ice to fall off the trailer and strike the windshield of plaintiff's car.

11. Defendant was additionally careless and negligent in the operation of the vehicle in his possession at the time of the aforesaid incident causing the incident.

12. The conduct of defendants as outlined above was reckless and wanton, and willful disregard, for the safety of others with the knowledge of the likelihood of personal injury to persons.

13. As a result of the aforesaid negligence and incident, the plaintiff, Michael Singley suffered serious personal injuries requiring medical treatment, would suffer severe physical and mental pain and suffering, was prevented from pursuing his usual activities, and has significant permanent disabilities that will similarly affect his life.

WHEREFORE, Plaintiff Michael Singley demands judgment against the defendants for compensatory damages, punitive damages, interest, costs of suit and such other and further relief as the court deems just, jointly, severally and in the alternative.

## JURY DEMAND

Plaintiff hereby demands a jury trial on all issues.

## NOTICE OF TRIAL COUNSEL

PLEASE TAKE NOTICE that Richard J. Albuquerque, Esq., attorney for Plaintiff, is designated as Trial Counsel pursuant to Rule 4:25-4.

                               D'ARCY JOHNSON DAY
                               Attorneys for Plaintiff

                               BY: _____

Dated: January 24, 2019              RICHARD J. ALBUQUERQUE, ESQ.

## CERTIFICATION

1. I am a partner with the Law Offices of D'Arcy Johnson Day, and am entrusted with the preparation and trial of this case.

2. This case is not the subject of any other court action or arbitration proceeding.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

                               D'ARCY JOHNSON DAY
                               Attorneys for Plaintiff

                               BY: _____

Dated: January 24, 2019              RICHARD J. ALBUQUERQUE, ESQ.

# Civil Case Information Statement

## Case Details: CAPE MAY | Civil Part Docket# L-000023-19

**Case Caption:** SINGLEY MICHAEL VS NEW ENGLAND MOTOR FR EIGHT, I
**Case Initiation Date:** 01/24/2019
**Attorney Name:** RICHARD JOHN ALBUQUERQUE
**Firm Name:** D'ARCY JOHNSON DAY
**Address:** 3120 FIRE ROAD STE 100
EGG HARBOR TWSP NJ 08234
**Phone:**
**Name of Party:** PLAINTIFF : SINGLEY, MICHAEL
**Name of Defendant's Primary Insurance Company (if known):** NEW ENGLAND MOTOR FREIGHT

**Case Type:** AUTO NEGLIGENCE-PERSONAL INJURY (NON-VERBAL THRESHOLD)
**Document Type:** Complaint with Jury Demand
**Jury Demand:** YES - 6 JURORS
**Hurricane Sandy related?** NO
**Is this a professional malpractice case?** NO
**Related cases pending:** NO
**If yes, list docket numbers:**
**Do you anticipate adding any parties (arising out of same transaction or occurrence)?** NO

### THE INFORMATION PROVIDED ON THIS FORM CANNOT BE INTRODUCED INTO EVIDENCE
CASE CHARACTERISTICS FOR PURPOSES OF DETERMINING IF CASE IS APPROPRIATE FOR MEDIATION

**Do parties have a current, past, or recurrent relationship?** NO

**If yes, is that relationship:**

**Does the statute governing this case provide for payment of fees by the losing party?** NO

**Use this space to alert the court to any special case characteristics that may warrant individual management or accelerated disposition:**


**Do you or your client need any disability accommodations?** NO
   **If yes, please identify the requested accommodation:**


**Will an interpreter be needed?** NO
   **If yes, for what language:**


I certify that confidential personal identifiers have been redacted from documents now submitted to the court, and will be redacted from all documents submitted in the future in accordance with *Rule* 1:38-7(b)

01/24/2019
Dated

/s/ RICHARD JOHN ALBUQUERQUE
Signed