EXHIBIT "B"


# Protective
## Insurance Company

111 Congressional Blvd., Suite 500 | Carmel, IN 46032

Subject to the Terms and Conditions attached to and forming a part hereof, hereby agrees to indemnify

No. X-1964-16

X-1964-15
Renewal of Number

# DECLARATIONS

ITEM 1
(a) **NAMED INSURED:** NEW ENGLAND MOTOR FREIGHT, INC.
(Also see Endt. No. 2 for **Related Insureds**)

(b) ADDRESS: 1-71 North Avenue East
Elizabeth, NJ 07201

ITEM 2
Contract Period: April 10, 2016 to April 10, 2017,
12:01 A.M., Standard Time at the address
of the Named Insured as stated herein.

ITEM 3
Coverages Provided:

| Coverage | Included | Not Included |
|---|---|---|
| Coverage A (Personal Injury Liability) | X | |
| Coverage B (Property Damage Liability) | X | |
| Coverage C (Uninsured & Underinsured Motorists) | SEE ENDORSEMENT NO. 5 | |
| Coverage D (Personal Injury Protection) | SEE ENDORSEMENT NO. 5 | |
| Coverage E (Cargo Legal Liability) | | X |
| Coverage F (Physical Damage-Comprehensive) | X | |
| Coverage G (Physical Damage-Collision) | | X |
| Coverage H (Workers' Compensation/ Occupational Disease where qualified as a self-insured) | | X |
| Coverage I (Employers Liability) | X | |

ITEM 4
Limit of Indemnity:

As respects trucking operations and brokerage operations:
$5,000,000 combined single limit per occurrence less **self retention** for Coverages A, B, F, I and Coverages C and D only if these coverages have not been waived or rejected by the **Insured**; and if not waived or rejected, only to the limit selected by the **Insured**, combined; and

As respects fire legal liability:
$500,000 combined single limit per occurrence less **self retention** for Coverages A & B; and

As respects leased property:
$5,000,000 combined single limit per occurrence less **self retention** for Coverages A & B.

PE-XS-101
Revision 9 (04/08)

 **Protective** Insurance Company

111 Congressional Blvd., Suite 500 | Carmel, IN 46032

Subject to the Terms and Conditions attached to and forming a part hereof, hereby agrees to indemnify

No. X-1964-16

# DECLARATIONS (Page 2)

But no more than:
$5,000,000 combined single limit per occurrence less self retention for Coverages A, B, F, I and Coverages C and D only if these coverages have not been waived or rejected by the insured; and if not waived or rejected, only to the limit selected by the insured, combined.

Subject to an aggregate limit of
$4,500,000 as respects general liability and employers liability (as respects occupational disease) exposures.

**ITEM 5**
Self Retention:

As respects trucking operations and brokerage operations:
$500,000 per occurrence for Coverages A, B, C, D and I combined; and

As respects fire legal liability:
$100,000 per occurrence for Coverages A and B combined; and

As respects Coverage F:
$250,000 per occurrence for Coverage F; and

As respects leased property:
$500,000 per occurrence for Coverages A and B combined.

But no more than:
$500,000 per occurrence for Coverages A, B, C, D, F and I combined

**ITEM 6**
Deposit: $366,894

**ITEM 7**
Premium Rate:
$2.18 per 100 miles
$0.08 per $100 of brokerage operations gross receipts – Redstone Logistics, LLC operations
$0.21 per $100 brokerage operations gross receipts – All Other brokerage operations

PE-XS-101
Revision 9 (04/08)

## DECLARATIONS (Page 3)

ITEM 8
    Estimated Annual
    Miles: 99,000,000
    Gross Receipts: "If Any" – Redstone Logistics, LLC brokerage operations
    "If Any" – All Other – brokerage operations

ITEM 9
    Endorsements at
    Inception: 1-12

*[signature]*      *[signature: Joseph J. DeVito]*

Secretary      President

Countersigned at \_\_\_Carmel, IN\_\_\_ this \_\_10th\_\_ day of \_\_April\_\_, 20\_16\_

*[signature]*
Authorized Agent