EXHIBIT "C"

# FMCSA Motor Carrier

USDOT Number: 31120
Docket Number: MC112107
Legal Name: NEW ENGLAND MOTOR FREIGHT, INC.



DBA (Doing-Business-As) Name

## THIS ENTITY HAS A PENDING INSURANCE CANCELLATION.

### Addresses

| | |
|---|---|
| Business Address: | 1-71 NORTH AVENUE EAST<br>ELIZABETH, NJ 07201-2936 |
| Business Phone: | (201) 965-0100    Business Fax: Fax: (908) 351-0153 |
| Mail Address: | |
| Mail Phone: | Mail Fax:       Undeliverable Mail: NO |

### Authorities:

| | | | | | |
|---|---|---|---|---|---|
| Common Authority: | ACTIVE | Application Pending: | NO | | |
| Contract Authority: | ACTIVE | Application Pending: | NO | | |
| Broker Authority: | NONE | Application Pending: | NO | | |
| Property: | YES | Passenger: | NO | Household Goods: | NO |
| Private: | NO | Enterprise: | NO | | |

### Insurance Requirements:

| | | | | | |
|---|---|---|---|---|---|
| BIPD Exempt: | NO | BIPD Waiver: NO | BIPD Required: $1,000,000 | BIPD on File: | $1,000,000 |
| Cargo Exempt: | NO | | Cargo Required: NO | Cargo on File: | NO |
| BOC-3: | YES | | Bond Required: NO | Bond on File: | NO |
| Blanket Company: | UNITED STATES CORPORATION COMPANY | | | | |

Comments: MC-112107-18X, SUPERSEDES MC-112107-1,6,10, AND 11, ALSO MC-100297 SUB-1.ACQUIRED IN MC-F 13615 SERVED 9-2-81 FILED FOR GENERAL COMMODITY AUTH. IN 48 STATES IN SUB 21

### Active/Pending Insurance:

| | | | |
|---|---|---|---|
| Form: 82 | Type: BIPD | Posted Date: 04/10/2018 | |
| Policy/Surety Number: 603-1006011 | Coverage From: | $0 To: | $0 |
| Effective Date: 04/10/2018 | Cancellation Date: 04/10/2019 | | |

Insurance Carrier: UNITED STATES FIRE INSURANCE CO.
Attn: TO REPORT A CLAIM CALL 888-890-1500
Address: 305 MADISON AVE.
MORRISTOWN, NJ 07962-1973 US
Telephone: (973) 490 - 6000    Fax: (973) 490 - 6448

### Rejected Insurances:

| | | | |
|---|---|---|---|
| Form: | Type: | | |
| Policy/Surety Number: | Coverage From: | $0 To: | $0 |
| Received: | Rejected: | | |
| Rejected Reason: | | | |

# FMCSA Motor Carrier

USDOT Number: 31120
Docket Number: MC112107
Legal Name: NEW ENGLAND MOTOR FREIGHT, INC.
DBA (Doing-Business-As) Name



**THIS ENTITY HAS A PENDING INSURANCE CANCELLATION.**

Insurance History:

| Form: | 91X | Type: | BIPD/Primary | | | |
|---|---|---|---|---|---|---|
| Policy/Surety Number: | CA118-64-44 RA | Coverage From | | $0 | To: | $2,000,000 |
| Effective Date From: | 08/01/1991 | To: 02/10/2002 | | Disposition: Replaced | | |

Insurance Carrier: NATIONAL UNION FIRE INS. CO. OF PITSBGH. PA
Attn: AIG GLOBAL CASUALTY-MILTON WEST
Address: 503 CARR RD, 3RD FLOOR
WILMINGTON, DE 19809 US
Telephone: (888) 609 - 7046    Fax: (302) 830 - 4533

| Form: | 91X | Type: | BIPD/Primary | | | |
|---|---|---|---|---|---|---|
| Policy/Surety Number: | NKC013347800 | Coverage From | | $0 | To: | $1,000,000 |
| Effective Date From: | 12/15/1996 | To: 05/26/1999 | | Disposition: Cancelled | | |

Insurance Carrier: RELIANCE NATIONAL INDEMNITY COMPANY
Attn: SUSAN STEWARD
Address: 77 WATER STREET
NEW YORK, NY 10005 US
Telephone:    Fax:

| Form: | 91X | Type: | BIPD/Primary | | | |
|---|---|---|---|---|---|---|
| Policy/Surety Number: | NKC013347800 | Coverage From | | $0 | To: | $1,000,000 |
| Effective Date From: | 12/15/1996 | To: 05/26/1999 | | Disposition: Replaced | | |

Insurance Carrier: RELIANCE NATIONAL INDEMNITY COMPANY
Attn: SUSAN STEWARD
Address: 77 WATER STREET
NEW YORK, NY 10005 US
Telephone:    Fax:

| Form: | 91X | Type: | BIPD/Primary | | | |
|---|---|---|---|---|---|---|
| Policy/Surety Number: | NKC0133478 | Coverage From | | $0 | To: | $1,000,000 |
| Effective Date From: | 12/15/1996 | To: 05/26/1999 | | Disposition: Cancelled | | |

Insurance Carrier: RELIANCE NATIONAL INSURANCE COMPANY
Attn: ATTN: ALEX GARGANO
Address: 77 WATER STREET
NEW YORK, NY 10005 US
Telephone: (212) 858 - 3657    Fax: (212) 858 - 4858

# FMCSA Motor Carrier

USDOT Number: 31120
Docket Number: MC112107
Legal Name: NEW ENGLAND MOTOR FREIGHT, INC.
DBA (Doing-Business-As) Name

**THIS ENTITY HAS A PENDING INSURANCE CANCELLATION.**



## Insurance History:

| Form: | 91X | Type: | BIPD/Primary | | |
|---|---|---|---|---|---|
| Policy/Surety Number: | NKC013347800 | Coverage From | $0 | To: | $1,000,000 |
| Effective Date From: | 12/15/1996 | To: 12/15/1996 | Disposition: Replaced | | |

Insurance Carrier: RELIANCE NATIONAL INDEMNITY COMPANY
Attn: SUSAN STEWARD
Address: 77 WATER STREET
NEW YORK, NY 10005 US
Telephone:        Fax:

| Form: | 91X | Type: | BIPD/Primary | | |
|---|---|---|---|---|---|
| Policy/Surety Number: | NKC0133478 | Coverage From | $0 | To: | $1,000,000 |
| Effective Date From: | 12/15/1996 | To: 12/15/1996 | Disposition: Replaced | | |

Insurance Carrier: RELIANCE NATIONAL INSURANCE COMPANY
Attn: ATTN: ALEX GARGANO
Address: 77 WATER STREET
NEW YORK, NY 10005 US
Telephone: (212) 858 - 3657   Fax: (212) 858 - 4858

| Form: | 91X | Type: | BIPD/Primary | | |
|---|---|---|---|---|---|
| Policy/Surety Number: | NKC013347800 | Coverage From | $0 | To: | $1,000,000 |
| Effective Date From: | 05/26/1999 | To: 11/09/1999 | Disposition: Cancelled | | |

Insurance Carrier: RELIANCE NATIONAL INDEMNITY COMPANY
Attn: SUSAN STEWARD
Address: 77 WATER STREET
NEW YORK, NY 10005 US
Telephone:        Fax:

| Form: | 91X | Type: | BIPD/Primary | | |
|---|---|---|---|---|---|
| Policy/Surety Number: | NKC013347800 | Coverage From | $0 | To: | $1,000,000 |
| Effective Date From: | 05/26/1999 | To: 05/26/1999 | Disposition: Replaced | | |

Insurance Carrier: RELIANCE NATIONAL INDEMNITY COMPANY
Attn: SUSAN STEWARD
Address: 77 WATER STREET
NEW YORK, NY 10005 US
Telephone:        Fax:

# FMCSA Motor Carrier

USDOT Number: 31120
Docket Number: MC112107
Legal Name: NEW ENGLAND MOTOR FREIGHT, INC.
DBA (Doing-Business-As) Name



**THIS ENTITY HAS A PENDING INSURANCE CANCELLATION.**

Insurance History:

| Form: | 91X | Type: | BIPD/Primary | | | |
|---|---|---|---|---|---|---|
| Policy/Surety Number: | NKC013347800 | Coverage From | | $0 | To: | $1,000,000 |
| Effective Date From: | 05/26/1999 | To: 05/26/1999 | | Disposition: Replaced | | |

Insurance Carrier: RELIANCE NATIONAL INDEMNITY COMPANY
Attn: SUSAN STEWARD
Address: 77 WATER STREET
NEW YORK, NY 10005 US
Telephone: Fax:

| Form: | 91X | Type: | BIPD/Primary | | | |
|---|---|---|---|---|---|---|
| Policy/Surety Number: | NKC013347800 | Coverage From | | $0 | To: | $1,000,000 |
| Effective Date From: | 05/26/1999 | To: 05/26/1999 | | Disposition: Replaced | | |

Insurance Carrier: RELIANCE NATIONAL INDEMNITY COMPANY
Attn: SUSAN STEWARD
Address: 77 WATER STREET
NEW YORK, NY 10005 US
Telephone: Fax:

| Form: | 91X | Type: | BIPD/Primary | | | |
|---|---|---|---|---|---|---|
| Policy/Surety Number: | NKC013347800 | Coverage From | | $0 | To: | $1,000,000 |
| Effective Date From: | 05/26/1999 | To: 05/26/1999 | | Disposition: Replaced | | |

Insurance Carrier: RELIANCE NATIONAL INDEMNITY COMPANY
Attn: SUSAN STEWARD
Address: 77 WATER STREET
NEW YORK, NY 10005 US
Telephone: Fax:

| Form: | 91X | Type: | BIPD/Primary | | | |
|---|---|---|---|---|---|---|
| Policy/Surety Number: | NKC013347800 | Coverage From | | $0 | To: | $1,000,000 |
| Effective Date From: | 05/26/1999 | To: 05/26/1999 | | Disposition: Replaced | | |

Insurance Carrier: RELIANCE NATIONAL INDEMNITY COMPANY
Attn: SUSAN STEWARD
Address: 77 WATER STREET
NEW YORK, NY 10005 US
Telephone: Fax:

# FMCSA Motor Carrier

USDOT Number: 31120
Docket Number: MC112107
Legal Name: NEW ENGLAND MOTOR FREIGHT, INC.



DBA (Doing-Business-As) Name

## THIS ENTITY HAS A PENDING INSURANCE CANCELLATION.

Insurance History:

| Form: | 91X | Type: | BIPD/Primary | | | |
|---|---|---|---|---|---|---|
| Policy/Surety Number: | NKA0158201 | Coverage From | | $0 | To: | $1,000,000 |
| Effective Date From: | 08/15/1999 | To: 02/10/2002 | | Disposition: Replaced | | |

Insurance Carrier: RELIANCE NATIONAL INDEMNITY COMPANY
Attn: SUSAN STEWARD
Address: 77 WATER STREET
NEW YORK, NY 10005 US
Telephone:   Fax:

| Form: | 91X | Type: | BIPD/Primary | | | |
|---|---|---|---|---|---|---|
| Policy/Surety Number: | NKA0158201 | Coverage From | | $0 | To: | $1,000,000 |
| Effective Date From: | 08/15/1999 | To: 08/15/1999 | | Disposition: Replaced | | |

Insurance Carrier: RELIANCE NATIONAL INDEMNITY COMPANY
Attn: SUSAN STEWARD
Address: 77 WATER STREET
NEW YORK, NY 10005 US
Telephone:   Fax:

| Form: | 82 | Type: | BIPD | | | |
|---|---|---|---|---|---|---|
| Policy/Surety Number: | B-11550 | Coverage From | | $0 | To: | $1,000,000 |
| Effective Date From: | 02/10/2002 | To: 05/07/2006 | | Disposition: Cancelled | | |

Insurance Carrier: PROTECTIVE INSURANCE CO.
Attn:
Address: 111 CONGRESSIONAL BOULEVARD
CARMEL, IN 46032 US
Telephone: (317) 636 - 9800   Fax:

| Form: | 82 | Type: | BIPD | | | |
|---|---|---|---|---|---|---|
| Policy/Surety Number: | B-11550 | Coverage From | | $0 | To: | $1,000,000 |
| Effective Date From: | 02/10/2002 | To: 04/10/2006 | | Disposition: Replaced | | |

Insurance Carrier: PROTECTIVE INSURANCE CO.
Attn:
Address: 111 CONGRESSIONAL BOULEVARD
CARMEL, IN 46032 US
Telephone: (317) 636 - 9800   Fax:

# FMCSA Motor Carrier

USDOT Number: 31120
Docket Number: MC112107
Legal Name: NEW ENGLAND MOTOR FREIGHT, INC.
DBA (Doing-Business-As) Name



**THIS ENTITY HAS A PENDING INSURANCE CANCELLATION.**

Insurance History:

| Form: | 91X | Type: | BIPD/Primary | | | |
|---|---|---|---|---|---|---|
| Policy/Surety Number: | D001A00300 | Coverage From | | $0 | To: | $1,000,000 |
| Effective Date From: | 04/10/2006 | To: 04/10/2007 | | Disposition: Replaced | | |

Insurance Carrier: DISCOVER PROPERTY & CASUALTY INSURANCE CO.
Attn:
Address: ONE TOWER SQUARE, 5GS
HARTFORD, CT 06183 US
Telephone: (866) 657 - 2827   Fax:

| Form: | 91X | Type: | BIPD/Primary | | | |
|---|---|---|---|---|---|---|
| Policy/Surety Number: | D001A00323 | Coverage From | | $0 | To: | $1,000,000 |
| Effective Date From: | 04/10/2007 | To: 04/10/2008 | | Disposition: Replaced | | |

Insurance Carrier: DISCOVER PROPERTY & CASUALTY INSURANCE CO.
Attn:
Address: ONE TOWER SQUARE, 5GS
HARTFORD, CT 06183 US
Telephone: (866) 657 - 2827   Fax:

| Form: | 91X | Type: | BIPD/Primary | | | |
|---|---|---|---|---|---|---|
| Policy/Surety Number: | D001A00349 | Coverage From | | $0 | To: | $1,000,000 |
| Effective Date From: | 04/10/2008 | To: 04/10/2009 | | Disposition: Replaced | | |

Insurance Carrier: DISCOVER PROPERTY & CASUALTY INSURANCE CO.
Attn:
Address: ONE TOWER SQUARE, 5GS
HARTFORD, CT 06183 US
Telephone: (866) 657 - 2827   Fax:

| Form: | 91X | Type: | BIPD/Primary | | | |
|---|---|---|---|---|---|---|
| Policy/Surety Number: | D001A00365 | Coverage From | | $0 | To: | $1,000,000 |
| Effective Date From: | 04/10/2009 | To: 04/10/2010 | | Disposition: Replaced | | |

Insurance Carrier: DISCOVER PROPERTY & CASUALTY INSURANCE CO.
Attn:
Address: ONE TOWER SQUARE, 5GS
HARTFORD, CT 06183 US
Telephone: (866) 657 - 2827   Fax:

# FMCSA Motor Carrier

USDOT Number: 31120
Docket Number: MC112107
Legal Name: NEW ENGLAND MOTOR FREIGHT, INC.
DBA (Doing-Business-As) Name



## THIS ENTITY HAS A PENDING INSURANCE CANCELLATION.

**Insurance History:**

| Form: 91X | Type: BIPD/Primary | | |
|---|---|---|---|
| Policy/Surety Number: D001A00384 | Coverage From | $0 To: | $1,000,000 |
| Effective Date From: 04/10/2010 | To: 04/10/2011 | Disposition: Replaced | |

Insurance Carrier: DISCOVER PROPERTY & CASUALTY INSURANCE CO.
Attn:
Address: ONE TOWER SQUARE, 5GS
HARTFORD, CT 06183 US
Telephone: (866) 657 - 2827   Fax:

| Form: 91X | Type: BIPD/Primary | | |
|---|---|---|---|
| Policy/Surety Number: 840470M3711TCT11 | Coverage From | $0 To: | $1,000,000 |
| Effective Date From: 04/10/2011 | To: 04/10/2012 | Disposition: Replaced | |

Insurance Carrier: THE TRAVELERS INDEMNITY CO. OF CONNECTICUT
Attn: PLEASE CONTACT YOU LOCAL AGENT
Address: 1 TOWER SQUARE - 5GS
HARTFORD, CT 06183 US
Telephone: (860) 277 - 2682   Fax: (860) 277 - 3674

| Form: 82 | Type: BIPD | | |
|---|---|---|---|
| Policy/Surety Number: B-13114 | Coverage From | $0 To: | $1,000,000 |
| Effective Date From: 04/10/2012 | To: 05/04/2018 | Disposition: Cancelled | |

Insurance Carrier: PROTECTIVE INSURANCE CO.
Attn:
Address: 111 CONGRESSIONAL BOULEVARD
CARMEL, IN 46032 US
Telephone: (317) 636 - 9800   Fax:

| Form: 82 | Type: BIPD | | |
|---|---|---|---|
| Policy/Surety Number: B-13114 | Coverage From | $0 To: | $1,000,000 |
| Effective Date From: 04/10/2012 | To: 04/10/2018 | Disposition: Replaced | |

Insurance Carrier: PROTECTIVE INSURANCE CO.
Attn:
Address: 111 CONGRESSIONAL BOULEVARD
CARMEL, IN 46032 US
Telephone: (317) 636 - 9800   Fax:

# FMCSA Motor Carrier

USDOT Number: 31120
Docket Number: MC112107
Legal Name: NEW ENGLAND MOTOR FREIGHT, INC.
DBA (Doing-Business-As) Name



## THIS ENTITY HAS A PENDING INSURANCE CANCELLATION.

**Insurance History:**

| Form: 34 | Type: **CARGO** | | | |
|---|---|---|---|---|
| Policy/Surety Number: 3AT 586 584 00 | Coverage From | $0 | To: | $5,000 * |
| Effective Date From: 06/13/1993 | To: 06/13/2000 | Disposition: **Replaced** | | |

Insurance Carrier: LUMBERMENS MUTUAL CASUALTY CO.
Attn: ELLEN KNAPCIK
Address: ONE KEMPER DRIVE
LONG GROVE, IL 60049 US
Telephone: (847) 320 - 4670   Fax: (847) 320 - 7170

| Form: 34 | Type: **CARGO** | | | |
|---|---|---|---|---|
| Policy/Surety Number: IMB4548993 | Coverage From | $0 | To: | $5,000 * |
| Effective Date From: 06/13/2000 | To: 07/20/2005 | Disposition: **Cancelled** | | |

Insurance Carrier: NATIONAL UNION FIRE INS. CO. OF PITSBGH. PA
Attn: AIG GLOBAL CASUALTY-MILTON WEST
Address: 503 CARR RD, 3RD FLOOR
WILMINGTON, DE 19809 US
Telephone: (888) 609 - 7046   Fax: (302) 830 - 4533

| Form: 34 | Type: **CARGO** | | | |
|---|---|---|---|---|
| Policy/Surety Number: 7474811 | Coverage From | $0 | To: | $5,000 * |
| Effective Date From: 06/13/2005 | To: 06/15/2006 | Disposition: **Replaced** | | |

Insurance Carrier: LEXINGTON INSURANCE COMPANY
Attn: EDWARD T. FOX
Address: 100 SUMMER ST., 30THFLR
BOSTON, MA 02110-2103 US
Telephone: (617) 330 - 8261   Fax: (866) 463 - 1826

| Form: 34 | Type: **CARGO** | | | |
|---|---|---|---|---|
| Policy/Surety Number: QT-660-4273B451-TIL | Coverage From | $0 | To: | $5,000 * |
| Effective Date From: 06/15/2006 | To: 08/11/2006 | Disposition: **Cancelled** | | |

Insurance Carrier: TRAVELERS PROPERTY CASUALTY CO. OF AMERICA
Attn: PLEASE CONTACT YOUR LOCAL AGENT
Address: 1 TOWER SQUARE, 5GS
HARTFORD, CT 06183 US
Telephone:   Fax:

# FMCSA Motor Carrier

USDOT Number: 31120
Docket Number: MC112107
Legal Name: NEW ENGLAND MOTOR FREIGHT, INC.
DBA (Doing-Business-As) Name



## THIS ENTITY HAS A PENDING INSURANCE CANCELLATION.

**Insurance History:**

| Form: 34 | Type: **CARGO** | | |
|---|---|---|---|
| Policy/Surety Number: **QT-660-4273B451-TIL** | Coverage From | $0 To: | $5,000 * |
| Effective Date From: **06/15/2006** | To: **07/12/2006** | Disposition: **Replaced** | |

Insurance Carrier: TRAVELERS PROPERTY CASUALTY CO. OF AMERICA
Attn: PLEASE CONTACT YOUR LOCAL AGENT
Address: 1 TOWER SQUARE, 5GS
HARTFORD, CT 06183 US
Telephone:    Fax:

| Form: 34 | Type: **CARGO** | | |
|---|---|---|---|
| Policy/Surety Number: **QT-660-5397C742-TIL** | Coverage From | $0 To: | $5,000 * |
| Effective Date From: **06/28/2006** | To: **10/24/2018** | Disposition: **Cancelled** | |

Insurance Carrier: TRAVELERS PROPERTY CASUALTY CO. OF AMERICA
Attn: PLEASE CONTACT YOUR LOCAL AGENT
Address: 1 TOWER SQUARE, 5GS
HARTFORD, CT 06183 US
Telephone:    Fax:

| Form: 34 | Type: **CARGO** | | |
|---|---|---|---|
| Policy/Surety Number: **QT-660-5324C203-TIL** | Coverage From | $0 To: | $5,000 * |
| Effective Date From: **07/12/2006** | To: **08/26/2006** | Disposition: **Cancelled** | |

Insurance Carrier: TRAVELERS PROPERTY CASUALTY CO. OF AMERICA
Attn: PLEASE CONTACT YOUR LOCAL AGENT
Address: 1 TOWER SQUARE, 5GS
HARTFORD, CT 06183 US
Telephone:    Fax:

| Form: 34 | Type: **CARGO** | | |
|---|---|---|---|
| Policy/Surety Number: **QT-660-5324C203-TIL** | Coverage From | $0 To: | $5,000 * |
| Effective Date From: **07/12/2006** | To: **06/28/2006** | Disposition: **Replaced** | |

Insurance Carrier: TRAVELERS PROPERTY CASUALTY CO. OF AMERICA
Attn: PLEASE CONTACT YOUR LOCAL AGENT
Address: 1 TOWER SQUARE, 5GS
HARTFORD, CT 06183 US
Telephone:    Fax:

* If a carrier is in compliance, the amount of coverage will always be shown as the required Federal minimum ($5,000 per vehicle, $10,000 per occurrence for cargo insurance, $75,000 for bond/trust fund insurance for brokers and freight forwarders). The carrier may actually have higher levels of coverage.

# FMCSA Motor Carrier

USDOT Number: 31120
Docket Number: MC112107
Legal Name: NEW ENGLAND MOTOR FREIGHT, INC.
DBA (Doing-Business-As) Name



## THIS ENTITY HAS A PENDING INSURANCE CANCELLATION.

Authority History:

| Sub No. | Authority Type | Original Action | | Disposition Action | |
|---|---|---|---|---|---|
| | MOTOR PROPERTY COMMON CARRIER | REINSTATED | 08/22/2005 | | |
| 24 | MOTOR PROPERTY CONTRACT CARRIER | GRANTED | 10/12/1988 | | |
| 20 | MOTOR PROPERTY CONTRACT CARRIER | GRANTED | 09/26/1986 | | |
| 12 | MOTOR PROPERTY COMMON CARRIER | GRANTED | | REVOKED | 07/26/2005 |
| 21 | MOTOR PROPERTY COMMON CARRIER | GRANTED | 10/24/1986 | REVOKED | 07/26/2005 |
| 19 | MOTOR PROPERTY COMMON CARRIER | GRANTED | 10/01/1982 | REVOKED | 07/26/2005 |
| 1 | MOTOR PROPERTY COMMON CARRIER | GRANTED | 02/05/1982 | REVOKED | 07/26/2005 |
| 18 | MOTOR PROPERTY COMMON CARRIER | GRANTED | 09/02/1981 | REVOKED | 07/26/2005 |
| 17 | MOTOR PROPERTY COMMON CARRIER | GRANTED | 06/10/1981 | REVOKED | 07/26/2005 |
| 16 | MOTOR PROPERTY COMMON CARRIER | GRANTED | 02/13/1981 | REVOKED | 07/26/2005 |
| 13 | MOTOR PROPERTY COMMON CARRIER | GRANTED | 05/06/1981 | SUPERSEDED | 09/02/1981 |
| 14 | MOTOR PROPERTY COMMON CARRIER | GRANTED | 01/19/1981 | SUPERSEDED | 09/02/1981 |

**Pending Application:**

| Authority Type | Filed | Status | Insurance | BOC-3 |
|---|---|---|---|---|
| | | | | |

# FMCSA Motor Carrier

USDOT Number: 31120
Docket Number: MC112107
Legal Name: NEW ENGLAND MOTOR FREIGHT, INC.

DBA (Doing-Business-As) Name

**THIS ENTITY HAS A PENDING INSURANCE CANCELLATION.**



Revocation History:

| Authority Type | 1st Serve Date | 2nd Serve Date | Reason |
|---|---|---|---|
| COMMON | 06/23/2005 | 07/26/2005 | INVOLUNTARY REVOCATION |