Richard J. Albuquerque, Esquire
D'ARCY JOHNSON DAY
3120 Fire Road
Suite 100
Egg Harbor Township, NJ 08234
Phone: (609) 641-6200
Attorneys for Creditor, Michael Singley

UNITED STATES BANKRUPTCY COURT
DISCTRICT OF NEW JERSEY

| In Re: | Case No. 19-12809-JKS |
|---|---|
| | CHAPTER 11 |
| NEW ENGLAND MOTOR FREIGHT, INC., | Hearing Date: April 30, 2019 |
| ET AL1, | Hon. John K. Sherwood |
| Debtor, | |

## ORDER GRANTING RELIEF FROM AUTOMATIC STAY IN FAVOR OF CREDITOR, MICHAEL SINGLEY

Upon the reading of the Notice of Motion, Declarations, and Memorandum of Law in support of Motion for Relief from Stay submitted on behalf of Creditor, Michael Singley, in the above referenced matter, all of which are dated April 10, 2019, and the original hearing on the aforementioned motion having come before this Court on April 30, 2019; and there being [ ] opposition [ ] no opposition thereto;

**NOW** on motion of D'Arcy Johnson Day, Richard J. Albuquerque, Esquire, attorneys for Michael Singley, it is hereby:

**ORDERED**, that Michael Singley's motion for relief from the automatic stay imposed by 11 U.S.C. §362 is GRANTED in its entirety in order to permit Mr. Singley to pursue his personal injury action against the New England Motor Freight, Inc. and Jans Leasing Corp. ("NEMF" and "JANS")

---

1 The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries (9223); Myar, LLC (4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMF Logistics, LLC

and David Wood in New Jersey Superior Court; and it is

**ORDERED**, that Mr. Singley will not pursue or be entitled to recover from NEMF and JANS estate or corporate assets, except to the extent permissible by any proof of claim (subject to objection) filed by Mr. Singley in this matter, and/or any surety bond or insurance policy covering NEMF and JANS; and it is further

**ORDERED,** that Mr. Singley shall not attempt to enforce all or any part of said judgment, assessment and/or recovery against the NEMF or JANS in New Jersey Superior Court except to the extent permissible by any proof of claim (subject to objection) filed by Mr. Singley in this matter, and/or any surety bond on insurance policy covering NEMF and JANS.