**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 19-12809 (JKS) |
| | ) | |
| | ) | |
| NEW ENGLAND MOTOR FREIGHT, INC., et al., | ) | CHAPTER: 11 |
| | ) | |
| Debtor | ) | |

**REQUEST FOR NOTICES**

    **COMES NOW**, Albert F. Nasuti, of the firm of Thompson, O'Brien, Kemp & Nasuti, P.C., and files this Request for Notices on behalf of MANSFIELD OIL COMPANY, a creditor and party in interest in the above-captioned case, and pursuant to U.S.C. §1109(b) and Bankruptcy Rule 2002, respectfully request that all notices given or required to be given in these proceedings and all papers served or required to be served in these proceedings, be served upon the undersigned at the office, postal address and telephone number listed as follows:

Albert F. Nasuti, Esq.
THOMPSON, O'BRIEN, KEMP & NASUTI, P.C.
40 Technology Parkway South, Suite 300
Peachtree Corners, Georgia 30092
Telephone: (770) 925-0111

    **PLEASE TAKE FURTHER NOTICE** that, pursuant to 11 U.S.C. §1109(b), the foregoing request includes notices and papers referred to in the Bankruptcy Rules and additionally includes, without limitation, notices of any application, complaint, demand, hearing, motion, order, pleading or request, formal or informal, whether transmitted or conveyed by mail, telephone or otherwise. Further, Movant requests that it be provided with a copy of any Disclosure Statement to be submitted prior to its approval and any and all Plans of Reorganization. Movant additionally requests that the Debtor and the Clerk of the Court place the foregoing name and address on any mailing matrix or list of creditors to be prepared or existing in the above-numbered case.

    Respectfully submitted this 10th day of April, 2019.

/s/ Albert F. Nasuti
Georgia State Bar No. 535209

THOMPSON, O'BRIEN, KEMP & NASUTI, P.C.
40 Technology Parkway South, Suite 300
Peachtree Corners, Georgia 30092
(770) 925-0111
anasuti@tokn.com
Attorney for Mansfield Oil Company