UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC., *et al.*, | Case No. 19-12809 (JKS) |
| | (Jointly Administered) |
| Debtors.[1] | |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     )  ss:
COUNTY OF KINGS      )

I, Edward A. Calderon, declare:

1. I am over the age of 18 years and not a party to these chapter 11 cases.

2. I am employed by Donlin, Recano & Company, Inc., ("DRC"), 6201 15th Avenue, Brooklyn, NY 11219.

3. On the 9th day of April, 2019, at my direction and under my supervision, employees of DRC caused to serve the following:

   a) Debtors' Motion for an Order Pursuant to Bankruptcy Rules 9006 and 9027 Extending the Period within which the Debtors May Remove Claims and Causes of Action Pursuant to 28 U.S.C. § 1452 (Docket No. 433); and

   b) Debtors' Motion for Entry of an Order (I) Establishing Bar Dates and Procedures and (II) Approving the Form and Manner of Notice Thereof (Docket No. 435),

   via Electronic Mail upon the parties as set forth on <u>Exhibit 1</u>, via First Class U.S. Mail upon the parties as set forth in <u>Exhibit 2</u>, attached hereto.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC (4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMF Logistics, LLC (4666).

NEMF00094

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 10th day of April, 2019, Brooklyn, New York.

*Edward A. Calderon*
Edward A. Calderon

Sworn before me this
10th day of April, 2019

*John Burlacu*
Notary Public

JOHN BURLACU
Notary Public - State of New York
No. 01BU6376078
Qualified in Nassau County
My Comm. Expires June 4, 2022

NEMF00094

# EXHIBIT 1

New England Motor Freight, Inc., et al.
Electronic Mail
Exhibit Pages

Page # : 1 of 4                                                                                                  04/09/2019 07:47:45 PM

| | | | |
|---|---|---|---|
| 000110P001-1413S-094<br>ALAN J. BRODY, ESQ.<br>GREENBERG TRAURIG, LLP<br>500 CAMPUS DR, STE 400<br>FLORHAM PARK NJ 07932-0677<br>BRODYA@GTLAW.COM | 000118P001-1413S-094<br>ANTHONY SODONO, III, ESQ.<br>SARI B. PLACONA MCMANIMON<br>SCOTLAND & BAUMANN<br>75 LIVINGSTON AVE<br>ROSELAND NJ 07068<br>ASODONO@MSBNJ.COM | 000118P001-1413S-094<br>ANTHONY SODONO, III, ESQ.<br>SARI B. PLACONA MCMANIMON<br>SCOTLAND & BAUMANN<br>75 LIVINGSTON AVE<br>ROSELAND NJ 07068<br>SPLACONA@MSBNJ.COM | 000068P001-1413S-094<br>BENESCH FRIEDLANDER COPLAN & ARONOFF LLP<br>KEVIN M CAPUZZI<br>CONTINENTAL PLAZA II<br>411 HACKENSACK AVE.,3RD FLOOR<br>HACKENSACK NJ 07601-6323<br>KCAPUZZI@BENESCHLAW.COM |
| 000077P001-1413S-094<br>CHIESA SHAHINIAN & GIANTOMASI PC<br>BETH J ROTENBERG,ESQ<br>ONE BOLAND DRIVE<br>WEST ORANGE NJ 07052<br>BROTENBERG@CSGLAW.COM | 000078P001-1413S-094<br>CHIESA SHAHINIAN & GIANTOMASI PC<br>FRANK PERETORE,ESQ<br>ONE BOLAND DRIVE<br>WEST ORANGE NJ 07052<br>FPERETORE@CSGLAW.COM | 000085P001-1413S-094<br>CHIESA SHAHINIAN & GIANTOMASI PC<br>ROBERT E NIES,ESQ<br>ONE BOLAND DRIVE<br>WEST ORANGE NJ 07052<br>RNIES@CSGLAW.COM | 000108P001-1413S-094<br>CHIESA SHAHINIAN & GIANTOMASI PC<br>MICHAEL R CARUSO,ESQ<br>ONE BOLAND DRIVE<br>WEST ORANGE NJ 07052<br>MCARUSO@CSGLAW.COM |
| 000117P001-1413S-094<br>CHRISTOPHER A. LYNCH, ESQ.<br>REED SMITH LLP<br>599 LEXINGTON AVE<br>NEW YORK NY 10022<br>CLYNCH@REEDSMITH.COM | 000081P001-1413S-094<br>COLE SCHOTZ PC<br>MICHAEL D SIROTA,ESQ<br>COURT PLAZA NORTH<br>25 MAIN ST<br>HACKENSACK NJ 07601<br>MSIROTA@COLESCHOTZ.COM | 000082P001-1413S-094<br>COLE SCHOTZ PC<br>JACOB S FRUMKIN,ESQ<br>COURT PLAZA NORTH<br>25 MAIN ST<br>HACKENSACK NJ 07601<br>JFRUMKIN@COLESCHOTZ.COM | 000109P003-1413S-094<br>DAIMLER TRUST<br>C/O BK SERVICING LLC<br>ED GEZEL, AGENT<br>P O BOX 131265<br>ROSEVILLE MN 55113-0011<br>NOTICES@BKSERVICING.COM |
| 000114P001-1413S-094<br>DAVID A. PISCIOTTA, ESQ.<br>LOUIS A. CURCIO, ESQ.<br>TROUTMAN SANDERS<br>875 THIRD AVENUE<br>NEW YORK NY 10022<br>DAVID.PISCIOTTA@TROUTMAN.COM | 000114P001-1413S-094<br>DAVID A. PISCIOTTA, ESQ.<br>LOUIS A. CURCIO, ESQ.<br>TROUTMAN SANDERS<br>875 THIRD AVENUE<br>NEW YORK NY 10022<br>LOUIS.CURCIO@TROUTMAN.COM | 000075P001-1413S-094<br>DILWORTH PAXSON LLP<br>SCOTT J FREEDMAN<br>457 HADDONFIELD ROAD STE 700<br>CHERRY HILL NJ 08002<br>SFREEDMAN@DILWORTHLAW.COM | 000103P001-1413S-094<br>DINSMORE & SHOHL LLP<br>GRACE WINKLER CRANLEY,ESQ<br>227 WEST MONROE ST.,STE 3850<br>CHICAGO IL 60606<br>GRACE.CRANLEY@DINSMORE.COM |
| 000100P001-1413S-094<br>DREIFUSS BONACCI & PARKER PC<br>JOANNE M BONACCI<br>26 COLUMBIA TURNPIKE STE 101 NORTH ENTRANCE<br>FLORHAM PARK NJ 07932<br>JBONACCI@DBPLAWFIRM.COM | 000101P001-1413S-094<br>DREIFUSS BONACCI & PARKER PC<br>PAUL M MCCORMICK,ESQ<br>26 COLUMBIA TURNPIKE STE 101, NORTH ENTRANCE<br>FLORHAM PARK NJ 07932<br>PMCCORMICK@DBPLAWFIRM.COM | 000087P003-1413S-094<br>ELLIOT GREENLEAF<br>R X ZAHRALDDIN- ARAVENA;JONATHAN M STEMERMAN<br>SARAH DENIS<br>1105 MARKET ST STE 1700<br>WILMINGTON DE 19801<br>RXZA@ELLIOTTGREENLEAF.COM | 000087P003-1413S-094<br>ELLIOT GREENLEAF<br>R X ZAHRALDDIN- ARAVENA;JONATHAN M STEMERMAN<br>SARAH DENIS<br>1105 MARKET ST STE 1700<br>WILMINGTON DE 19801<br>JMS@ELLIOTTGREENLEAF.COM |
| 000087P003-1413S-094<br>ELLIOT GREENLEAF<br>R X ZAHRALDDIN- ARAVENA;JONATHAN M STEMERMAN<br>SARAH DENIS<br>1105 MARKET ST STE 1700<br>WILMINGTON DE 19801<br>SXD@ELLIOTTGREENLEAF.COM | 000120P001-1413S-094<br>EVAN S. GOLDSTEIN UPDIKE<br>KELLY & SPELLACY, P.C.<br>100 PEARL STREET 17TH FLOOR<br>PO BOX 231277<br>HARTFORD CT 06103<br>EGOLDSTEIN@UKS.COM | 000063P001-1413S-094<br>FRESHFIELDS BRUCKHAUS DERINGER US LLP<br>MARK F LISCIO<br>601 LEXINGTON AVE, 31ST FLOOR<br>NEW YORK NY 10022<br>MARK.LISCIO@FRESHFIELDS.COM | 000063P001-1413S-094<br>FRESHFIELDS BRUCKHAUS DERINGER US LLP<br>MARK F LISCIO<br>601 LEXINGTON AVE, 31ST FLOOR<br>NEW YORK NY 10022<br>NEAL.MODI@FRESHFIELDS.COM |

Case 19-12809-JKS    Doc 455    Filed 04/12/19    Entered 04/12/19 10:35:26    Desc Main
Document    Page 5 of 11

New England Motor Freight, Inc., et al.
Electronic Mail
Exhibit Pages

Page # : 2 of 4                                                                                                        04/09/2019 07:47:45 PM

| | | | |
|---|---|---|---|
| 000063P001-1413S-094<br>FRESHFIELDS BRUCKHAUS DERINGER US LLP<br>MARK F LISCIO<br>601 LEXINGTON AVE, 31ST FLOOR<br>NEW YORK NY 10022<br>SCOTT.TALMADGE@FRESHFIELDS.COM | 000084P001-1413S-094<br>FROST BROWN TODD LLC<br>MARK A PLATT<br>100 CRESCENT COURT STE 350<br>DALLAS TX 75201<br>MPLATT@FBTLAW.COM | 000121P001-1413S-094<br>GARY D. BRESSLER, ESQ.<br>MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP<br>300 DELAWARE AVE, STE 770<br>WILMINGTON DE 19801<br>GBRESSLER@MDMC-LAW.COM | 000061P001-1413S-094<br>GEBHARDT & SMITH LLP<br>DAVID V FONTANA,ESQ<br>ONE SOUTH ST STE 2200<br>BALTIMORE MD 21202<br>DFONT@GEBSMITH.COM |
| 000073P001-1413S-094<br>GEBHARDT & SMITH LLP<br>LISA BITTLE TANCREDI<br>ONE SOUTH STREET<br>SUITE 2200<br>BALTIMORE MD 21202-3281<br>LTANCREDI@GEBSMITH.COM | 000074P001-1413S-094<br>GEBHARDT & SMITH LLP<br>LISA BITTLE TANCREDI<br>1000 N WEST STREET<br>SUITE 1200<br>WILMINGTON DE 19801<br>LTANCREDI@GEBSMITH.COM | 000062P001-1413S-094<br>GREENBERG TRAURIG LLP<br>ALAN J BRODY,ESQ<br>500 CAMPUS DRIVE<br>FLORHAM PARK NJ 07932<br>BRODYA@GTLAW.COM | 000083P001-1413S-094<br>HINMAN HOWARD & KATTELL LLP<br>KEVIN J BLOOM,ESQ<br>PARK 80 WEST -PLAZA II<br>250 PEHLE AVE STE 200<br>SADDLE BROOK NJ 07663-5834<br>KBLOOM@HHK.COM |
| 000027P001-1413S-094<br>IAM NATIONAL PENSION FUND<br>RYK TIERNEY EXEC DIR AND RAYMOND GOAD JR GC<br>1300 CONNECTICUT AVE<br>STE 300<br>WASHINGTON DC 20036<br>contact@iamnpf.org | 000076P001-1413S-094<br>JM PARTNERS LLC<br>JOHN MARSHALL<br>6800 PARAGON PLACE STE 202<br>RICHMOND VA 23230-1656<br>JMARSHALL@JMPARTNERSLLC.COM | 000115P001-1413S-094<br>JOSEPH LUBERTAZZI, ESQ.<br>PETER M. KNOB, ESQ.<br>MCCARTER & ENGLISH<br>100 MULBERRY ST FOUR GATEWAY CENTER<br>NEWARK NJ 07102<br>PKNOB@MCCARTER.COM | 000115P001-1413S-094<br>JOSEPH LUBERTAZZI, ESQ.<br>PETER M. KNOB, ESQ.<br>MCCARTER & ENGLISH<br>100 MULBERRY ST FOUR GATEWAY CENTER<br>NEWARK NJ 07102<br>JLUBERTAZZI@MCCARTER.COM |
| 000079P001-1413S-094<br>KLEHR HARRISON HARVEY BRANZBURG LLP<br>CHARLES A ERCOLE;RONA J ROSEN<br>10000 LINCOLN DRIVE EAST STE 201<br>MARLTON NJ 08053<br>CERCOLE@KLEHR.COM | 000079P001-1413S-094<br>KLEHR HARRISON HARVEY BRANZBURG LLP<br>CHARLES A ERCOLE;RONA J ROSEN<br>10000 LINCOLN DRIVE EAST STE 201<br>MARLTON NJ 08053<br>RROSEN@KLEHR.COM | 000124P001-1413S-094<br>KML LAW GROUP, P.C.<br>KEVIN G. MCDONALD, ESQ.<br>216 HADDON AVE STE 406<br>WESTMONT NJ 08108<br>KMCDONALD@KMLLAWGROUP.COM | 000112P001-1413S-094<br>LISA BITTLE TANCREDI, ESQ.<br>DAVID FONTANA, ESQ.<br>GEBHARDT & SMITH LLP<br>ONE SOUTH ST, STE 2200<br>BALTIMORE MD 21202-3281<br>LTANCREDI@GEBSMITH.COM |
| 000112P001-1413S-094<br>LISA BITTLE TANCREDI, ESQ.<br>DAVID FONTANA, ESQ.<br>GEBHARDT & SMITH LLP<br>ONE SOUTH ST, STE 2200<br>BALTIMORE MD 21202-3281<br>DFONT@GEBSMITH.COM | 000086P001-1413S-094<br>LOWENSTEIN SANDLER LLP<br>MARY E SEYMOUR;JOSEPH J DIPASQUALE<br>ONE LOWENSTEIN DRIVE<br>ROSELAND NJ 07068<br>MSEYMOUR@LOWENSTEIN.COM | 000086P001-1413S-094<br>LOWENSTEIN SANDLER LLP<br>MARY E SEYMOUR;JOSEPH J DIPASQUALE<br>ONE LOWENSTEIN DRIVE<br>ROSELAND NJ 07068<br>JDIPASQUALE@LOWENSTEIN.COM | 000111P001-1413S-094<br>MARK LISCIO, ESQ.<br>NEAL MODI, ESQ. / SCOTT TALMADGE, ESQ.<br>FRESHFIELDS BRUCKHAUS DERINGER US LLP<br>601 LEXINGTON AVE, 31ST FL<br>NEW YORK NY 10022<br>MARK.LISCIO@FRESHFIELDS.COM |
| 000111P001-1413S-094<br>MARK LISCIO, ESQ.<br>NEAL MODI, ESQ. / SCOTT TALMADGE, ESQ.<br>FRESHFIELDS BRUCKHAUS DERINGER US LLP<br>601 LEXINGTON AVE, 31ST FL<br>NEW YORK NY 10022<br>NEAL.MODI@FRESHFIELDS.COM | 000111P001-1413S-094<br>MARK LISCIO, ESQ.<br>NEAL MODI, ESQ. / SCOTT TALMADGE, ESQ.<br>FRESHFIELDS BRUCKHAUS DERINGER US LLP<br>601 LEXINGTON AVE, 31ST FL<br>NEW YORK NY 10022<br>SCOTT.TALMADGE@FRESHFIELDS.COM | 000099P001-1413S-094<br>MAYNARD O'CONNOR SMITH & CATALINOTTO LLP<br>JUSTIN W GRAY,ESQ<br>6 TOWER PLACE<br>ALBANY NY 12203<br>GRAY@MOSCLLP.COM | 000059P001-1413S-094<br>MCCARTER & ENGLISH LLP<br>PETER M KNOB,ESQ<br>FOUR GATEWAY CENTER<br>100 MULBERRY ST<br>NEWARK NJ 07102<br>PKNOB@MCCARTER.COM |

Case 19-12809-JKS    Doc 455    Filed 04/12/19    Entered 04/12/19 10:35:26    Desc Main
Document    Page 8 of 11

New England Motor Freight, Inc., et al.
Electronic Mail
Exhibit Pages

Page # : 3 of 4                                                                                                04/09/2019 07:47:45 PM

| | | | |
|---|---|---|---|
| 000060P001-1413S-094<br>MCCARTER & ENGLISH LLP<br>JOSEPH LUBERTAZZI JR.,ESQ<br>FOUR GATEWAY CENTER<br>100 MULBERRY ST<br>NEWARK NJ 07102<br>JLUBERTAZZI@MCCARTER.COM | 000069P001-1413S-094<br>MCELROY DEUTSCH MULVANEY & CARPENTER LLP<br>VIRGINIA T SHEA,ESQ<br>1300 MOUNT KEMBLE AVENUE<br>MORRISTOWN NJ 07962<br>VSHEA@MDMC-LAW.COM | 000070P001-1413S-094<br>MCELROY DEUTSCH MULVANEY & CARPENTER LLP<br>GARY D BRESSLER,ESQ<br>300 DELAWARE AVE STE 770<br>WILMINGTON DE 19801<br>GBRESSLER@MDMC-LAW.COM | 000093P001-1413S-094<br>MCMANIMON, SCOTLAND AND BAUMANN, LLC<br>ANTHONY SODONO, III; SARI PLACONA<br>75 LIVINGSTON AVE<br>ROSELAND NJ 07068<br>ASODONO@MSBNJ.COM |
| 000093P001-1413S-094<br>MCMANIMON, SCOTLAND AND BAUMANN, LLC<br>ANTHONY SODONO, III; SARI PLACONA<br>75 LIVINGSTON AVE<br>ROSELAND NJ 07068<br>SPLACONA@MSBNJ.COM | 000071P001-1413S-094<br>MORTON & CRAIG LLC<br>JOHN R MORTON JR, ESQ<br>110 MARTER AVE STE 301<br>MOORESTOWN NJ 08057<br>john.morton3@verizon.net | 000113P001-1413S-094<br>NORMAN N. KINEL, ESQ.<br>SQUIRE PATTON BOGGS (US) LLP<br>30 ROCKEFELLER PLAZA, 23RD FLOOR<br>NEW YORK NY 10012<br>NORMAN.KINEL@SQUIREPB.COM | 000106P001-1413S-094<br>NORRIS MCLAUGHLIN PA<br>MORRIS S BAUER,ESQ<br>400 CROSSING BOULEVARD,8TH FLOOR<br>BRIDGEWATER NJ 08807<br>MSBAUER@NORRIS-LAW.COM |
| 000107P001-1413S-094<br>NORRIS MCLAUGHLIN PA<br>CATHERINE L COREY,ESQ<br>400 CROSSING BOULEVARD, 8TH FLOOR<br>BRIDGEWATER NJ 08807<br>CLCOREY@NORRIS-LAW.COM | 000080P001-1413S-094<br>OFFICE OF UNEMPLOYMENT COMPENSATION TAX SERVICES<br>DEB SECREST,AUTHORIZED AGENT<br>PA-DEPT OF LABOR & INDUSTRY<br>COLLECTIONS SUPPORT UNIT<br>851 BOAS ST RM 702<br>HARRISBURG PA 17121<br>RA-LI-UCTS-BANKRUPT@STATE.PA.US | 000102P001-1413S-094<br>PA DEPT OF REVENUE<br>DENISE A KUHN, SEN DEPUTY ATTORNEY GEN<br>THE PHOENIX BUILDING<br>1600 ARCH ST., STE 300<br>PHILADELPHIA PA 19103<br>DKUHN@ATTORNEYGENERAL.GOV | 000095P001-1413S-094<br>PA- DEPT OF ENVIRONMENTAL PROTECTION<br>BRIAN GLASS, OFFICE OF THE CHIEF COUNSEL<br>SOUTHEAST REGIONAL COUNSEL<br>2 EAST MAIN ST<br>NORRISTOWN PA 19401-4915<br>BRIAGLASS@PA.GOV |
| 000098P001-1413S-094<br>PRICE MEESE SHULMAN & D'ARMINIO PC<br>RICK A STEINBERG,ESQ<br>50 TICE BOULEVARD STE 380<br>WOODCLIFF LAKE NJ 07677<br>RSTEINBERG@PRICEMEESE.COM | 000066P001-1413S-094<br>REED SMITH LLP<br>CHRISTOPHER A. LYNCH<br>599 LEXINGTON AVE<br>NEW YORK NY 10022<br>CLYNCH@REEDSMITH.COM | 000096P001-1413S-094<br>RIKER DANZIG SCHERER HYLAND & PERRETTI LLP<br>JOSEPH L SCHWARTZ;MICHAEL TRENTIN<br>HEADQUARTERS PLAZA<br>ONE SPEEDWELL AVE<br>MORRISTOWN NJ 07962-1981<br>JSCHWARTZ@RIKER.COM | 000096P001-1413S-094<br>RIKER DANZIG SCHERER HYLAND & PERRETTI LLP<br>JOSEPH L SCHWARTZ;MICHAEL TRENTIN<br>HEADQUARTERS PLAZA<br>ONE SPEEDWELL AVE<br>MORRISTOWN NJ 07962-1981<br>MTRENTIN@RIKER.COM |
| 000116P001-1413S-094<br>ROBERT HORNBY, ESQ.<br>MICHAEL R. CARUSO, ESQ.<br>CHIESA SHAHINIAN & GIANTOMASI<br>ONE BOLAND DRIVE<br>WEST ORANGE NJ 07052<br>RHORNBY@CSGLAW.COM | 000116P001-1413S-094<br>ROBERT HORNBY, ESQ.<br>MICHAEL R. CARUSO, ESQ.<br>CHIESA SHAHINIAN & GIANTOMASI<br>ONE BOLAND DRIVE<br>WEST ORANGE NJ 07052<br>MCARUSO@CSGLAW.COM | 000091P001-1413S-094<br>SHIPMAN & GOODWIN LLP<br>ERIC S GOLDSTEIN,ESQ<br>ONE CONSTITUTIONAL PLAZA<br>HARTFORD CT 06103<br>EGOLDSTEIN@GOODWIN.COM | 000094P001-1413S-094<br>SQUIRE PATTON BOGGS (US) LLP<br>NORMAN N KINEL,ESQ<br>30 ROCKEFELLER PLAZA, 23RD FLOOR<br>NEW YORK NY 10112<br>NORMAN.KINEL@SQUIREPB.COM |
| 000119P001-1413S-094<br>STEPHEN B. GROW, ESQ.<br>WARNER NORCROSS + JUDD LLP<br>111 LYON ST NW # 900<br>GRAND RAPIDS MI 49503<br>SGROW@WNJ.COM | 000035P002-1413S-094<br>SUPERIOR DISTRIBUTORS CO, INC<br>MARLENE; RICHARD KLEIN<br>4 MIDLAND AVE<br>ELMWOOD PARK NJ 07407<br>MARLENE@SUPERIORDISTRIBUTORSINC.COM | 000064P001-1413S-094<br>TROUTMAN SANDERS LLP<br>LOUIS A CURCIO,ESQ<br>875 THIRD AVE<br>NEW YORK NY 10022<br>LOUIS.CURCIO@TROUTMAN.COM | 000065P001-1413S-094<br>TROUTMAN SANDERS LLP<br>DAVID A PISCIOTTA,ESQ<br>875 THIRD AVE<br>NEW YORK NY 10022<br>DAVID.PISCIOTTA@TROUTMAN.COM |

New England Motor Freight, Inc., et al.
**Electronic Mail**
**Exhibit Pages**

Page # : 4 of 4  04/09/2019 07:47:45 PM

000097P002-1413S-094
UNITED STATES DEPARTMENT OF JUSTICE
PETER J. D'AURIA,ESQ; MITCHELL HAUSMAN
OFFICE OF THE UNITED STATES TRUSTEE
ONE NEWARK CENTER STE 2100
NEWARK NJ 07102
PETER.J.D'AURIA@USDOJ.GOV

000097P002-1413S-094
UNITED STATES DEPARTMENT OF JUSTICE
PETER J. D'AURIA,ESQ; MITCHELL HAUSMAN
OFFICE OF THE UNITED STATES TRUSTEE
ONE NEWARK CENTER STE 2100
NEWARK NJ 07102
MITCHELL.B.HAUSMAN@USDOJ.GOV

000001P001-1413S-094
UNITED STATES TRUSTEE
ONE NEWARK CENTER, SUITE 2100
1085 RAYMOND BOULEVARD
NEWARK NJ 07102
jeffrey.m.sponder@usdoj.gov

000001P001-1413S-094
UNITED STATES TRUSTEE
ONE NEWARK CENTER, SUITE 2100
1085 RAYMOND BOULEVARD
NEWARK NJ 07102
Mitchell.B.Hausman@usdoj.gov

000001P001-1413S-094
UNITED STATES TRUSTEE
ONE NEWARK CENTER, SUITE 2100
1085 RAYMOND BOULEVARD
NEWARK NJ 07102
Peter.J.D'Auria@usdoj.gov

000105P001-1413S-094
UPDIKE KELLY & SPELLACY PC
EVAN S GOLDSTEIN, ESQ
100 PEARL ST.,17TH FLOOR
P O BOX 231277
HARTFORD CT 06123-1277
EGOLDSTEIN@UKS.COM

000122P001-1413S-094
VIRGINIA T. SHEA, ESQ.
MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
1300 MOUNT KEMBLE AVE
MORRISTOWN NJ 07962
VSHEA@MDMC-LAW.COM

000057P001-1413S-094
WASSERMAN JURISTA & STOLZ PC
DANIEL M STOLZ,ESQ
110 ALLEN ROAD STE 304
BASKING RIDGE NJ 07920
DSTOLZ@WJSLAW.COM

000058P001-1413S-094
WASSERMAN JURISTA & STOLZ PC
DONALD W CLARKE,ESQ
110 ALLEN ROAD STE 304
BASKING RIDGE NJ 07920
DCLARKE@WJSLAW.COM

Records Printed :   **81**

# EXHIBIT 2

# New England Motor Freight, Inc., et al.
## Exhibit Pages

Page # : 1 of 3                                                                                                                                    04/09/2019  07:45:51 PM

| | | | |
|---|---|---|---|
| 000088P001-1413S-094<br>AAA COOPER TRANSPORTATION<br>TIFFANY ENGELHUBER<br>1751 KINSEY ROAD<br>DOTHAN AL 36303 | 000110P001-1413S-094<br>ALAN J. BRODY, ESQ.<br>GREENBERG TRAURIG, LLP<br>500 CAMPUS DR, STE 400<br>FLORHAM PARK NJ 07932-0677 | 000118P001-1413S-094<br>ANTHONY SODONO, III, ESQ.<br>SARI B. PLACONA MCMANIMON<br>SCOTLAND & BAUMANN<br>75 LIVINGSTON AVE<br>ROSELAND NJ 07068 | 000068P001-1413S-094<br>BENESCH FRIEDLANDER COPLAN & ARONOFF LLP<br>KEVIN M CAPUZZI<br>CONTINENTAL PLAZA II<br>411 HACKENSACK AVE.,3RD FLOOR<br>HACKENSACK NJ 07601-6323 |
| 000072P001-1413S-094<br>CAB EAST LLC,SERVICED BY FORD MOTOR CREDIT CO.,LLC<br>NATIONAL BANKRUPTCY SERVICE CENTER<br>P O BOX 62180<br>COLORADO SPRINGS CO 80921 | 000077P001-1413S-094<br>CHIESA SHAHINIAN & GIANTOMASI PC<br>BETH J ROTENBERG,ESQ<br>ONE BOLAND DRIVE<br>WEST ORANGE NJ 07052 | 000078P001-1413S-094<br>CHIESA SHAHINIAN & GIANTOMASI PC<br>FRANK PERETORE,ESQ<br>ONE BOLAND DRIVE<br>WEST ORANGE NJ 07052 | 000085P001-1413S-094<br>CHIESA SHAHINIAN & GIANTOMASI PC<br>ROBERT E NIES,ESQ<br>ONE BOLAND DRIVE<br>WEST ORANGE NJ 07052 |
| 000108P001-1413S-094<br>CHIESA SHAHINIAN & GIANTOMASI PC<br>MICHAEL R CARUSO,ESQ<br>ONE BOLAND DRIVE<br>WEST ORANGE NJ 07052 | 000117P001-1413S-094<br>CHRISTOPHER A. LYNCH, ESQ.<br>REED SMITH LLP<br>599 LEXINGTON AVE<br>NEW YORK NY 10022 | 000081P001-1413S-094<br>COLE SCHOTZ PC<br>MICHAEL D SIROTA,ESQ<br>COURT PLAZA NORTH<br>25 MAIN ST<br>HACKENSACK NJ 07601 | 000082P001-1413S-094<br>COLE SCHOTZ PC<br>JACOB S FRUMKIN,ESQ<br>COURT PLAZA NORTH<br>25 MAIN ST<br>HACKENSACK NJ 07601 |
| 000104P001-1413S-094<br>CONNELL FOLEY LLP<br>ROBERT K SCHEINBAUM,ESQ<br>56 LIVINGSTON AVE<br>ROSELAND NJ 07068 | 000109P003-1413S-094<br>DAIMLER TRUST<br>C/O BK SERVICING, LLC<br>ED GEZEL, AGENT<br>P O BOX 131265<br>ROSEVILLE MN 55113-0011 | 000114P001-1413S-094<br>DAVID A. PISCIOTTA, ESQ.<br>LOUIS A. CURCIO, ESQ.<br>TROUTMAN SANDERS<br>875 THIRD AVENUE<br>NEW YORK NY 10022 | 000075P001-1413S-094<br>DILWORTH PAXSON LLP<br>SCOTT J FREEDMAN<br>457 HADDONFIELD ROAD STE 700<br>CHERRY HILL NJ 08002 |
| 000103P001-1413S-094<br>DINSMORE & SHOHL LLP<br>GRACE WINKLER CRANLEY,ESQ<br>227 WEST MONROE ST.,STE 3850<br>CHICAGO IL 60606 | 000100P001-1413S-094<br>DREIFUSS BONACCI & PARKER PC<br>JOANNE M BONACCI<br>26 COLUMBIA TURNPIKE STE 101 NORTH ENTRANCE<br>FLORHAM PARK NJ 07932 | 000101P001-1413S-094<br>DREIFUSS BONACCI & PARKER PC<br>PAUL M MCCORMICK,ESQ<br>26 COLUMBIA TURNPIKE STE 101, NORTH ENTRANCE<br>FLORHAM PARK NJ 07932 | 000087P003-1413S-094<br>ELLIOT GREENLEAF<br>R X ZAHRALDDIN- ARAVENA;JONATHAN M STEMERMAN<br>SARAH DENIS<br>1105 MARKET ST STE 1700<br>WILMINGTON DE 19801 |
| 000120P001-1413S-094<br>EVAN S. GOLDSTEIN UPDIKE<br>KELLY & SPELLACY, P.C.<br>100 PEARL STREET 17TH FLOOR<br>PO BOX 231277<br>HARTFORD CT 06103 | 000063P001-1413S-094<br>FRESHFIELDS BRUCKHAUS DERINGER US LLP<br>MARK F LISCIO<br>601 LEXINGTON AVE, 31ST FLOOR<br>NEW YORK NY 10022 | 000084P001-1413S-094<br>FROST BROWN TODD LLC<br>MARK A PLATT<br>100 CRESCENT COURT STE 350<br>DALLAS TX 75201 | 000121P001-1413S-094<br>GARY D. BRESSLER, ESQ.<br>MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP<br>300 DELAWARE AVE, STE 770<br>WILMINGTON DE 19801 |
| 000061P001-1413S-094<br>GEBHARDT & SMITH LLP<br>DAVID V FONTANA,ESQ<br>ONE SOUTH ST STE 2200<br>BALTIMORE MD 21202 | 000073P001-1413S-094<br>GEBHARDT & SMITH LLP<br>LISA BITTLE TANCREDI<br>ONE SOUTH STREET<br>SUITE 2200<br>BALTIMORE MD 21202-3281 | 000074P001-1413S-094<br>GEBHARDT & SMITH LLP<br>LISA BITTLE TANCREDI<br>1000 N WEST STREET<br>SUITE 1200<br>WILMINGTON DE 19801 | 000062P001-1413S-094<br>GREENBERG TRAURIG LLP<br>ALAN J BRODY,ESQ<br>500 CAMPUS DRIVE<br>FLORHAM PARK NJ 07932 |

# New England Motor Freight, Inc., et al.
## Exhibit Pages

Page # : 2 of 3                                                                                                                                                04/09/2019 07:45:51 PM

| | | | |
|---|---|---|---|
| 000090P001-1413S-094<br>GUTTMAN OIL CO.<br>GREGORY J. CREIGHAN<br>200 SPEERS STREET<br>BELLE VERNON PA 15012 | 000083P001-1413S-094<br>HINMAN HOWARD & KATTELL LLP<br>KEVIN J BLOOM,ESQ<br>PARK 80 WEST -PLAZA II<br>250 PEHLE AVE STE 200<br>SADDLE BROOK NJ 07663-5834 | 000027P001-1413S-094<br>IAM NATIONAL PENSION FUND<br>RYK TIERNEY EXEC DIR AND RAYMOND GOAD JR GC<br>1300 CONNECTICUT AVE<br>STE 300<br>WASHINGTON DC 20036 | 000076P001-1413S-094<br>JM PARTNERS LLC<br>JOHN MARSHALL<br>6800 PARAGON PLACE STE 202<br>RICHMOND VA 23230-1656 |
| 000115P001-1413S-094<br>JOSEPH LUBERTAZZI, ESQ.<br>PETER M. KNOB, ESQ.<br>MCCARTER & ENGLISH<br>100 MULBERRY ST FOUR GATEWAY CENTER<br>NEWARK NJ 07102 | 000079P001-1413S-094<br>KLEHR HARRISON HARVEY BRANZBURG LLP<br>CHARLES A ERCOLE;RONA J ROSEN<br>10000 LINCOLN DRIVE EAST STE 201<br>MARLTON NJ 08053 | 000124P001-1413S-094<br>KML LAW GROUP, P.C.<br>KEVIN G. MCDONALD, ESQ.<br>216 HADDON AVE STE 406<br>WESTMONT NJ 08108 | 000089P001-1413S-094<br>LANDSTAR TRANSPORTATION LOGISTICS, INC.<br>SPRYTE KIMMEY<br>13410 SUTTON PARK DR S<br>JACKSONVILLE FL 32224 |
| 000112P001-1413S-094<br>LISA BITTLE TANCREDI, ESQ.<br>DAVID FONTANA, ESQ.<br>GEBHARDT & SMITH LLP<br>ONE SOUTH ST, STE 2200<br>BALTIMORE MD 21202-3281 | 000086P001-1413S-094<br>LOWENSTEIN SANDLER LLP<br>MARY E SEYMOUR;JOSEPH J DIPASQUALE<br>ONE LOWENSTEIN DRIVE<br>ROSELAND NJ 07068 | 000111P001-1413S-094<br>MARK  LISCIO, ESQ.<br>NEAL MODI, ESQ. / SCOTT TALMADGE, ESQ.<br>FRESHFIELDS BRUCKHAUS DERINGER US LLP<br>601 LEXINGTON AVE, 31ST FL<br>NEW YORK NY 10022 | 000099P001-1413S-094<br>MAYNARD O'CONNOR SMITH & CATALINOTTO LLP<br>JUSTIN W GRAY,ESQ<br>6 TOWER PLACE<br>ALBANY NY 12203 |
| 000059P001-1413S-094<br>MCCARTER & ENGLISH LLP<br>PETER M KNOB,ESQ<br>FOUR GATEWAY CENTER<br>100 MULBERRY ST<br>NEWARK NJ 07102 | 000060P001-1413S-094<br>MCCARTER & ENGLISH LLP<br>JOSEPH LUBERTAZZI JR.,ESQ<br>FOUR GATEWAY CENTER<br>100 MULBERRY ST<br>NEWARK NJ 07102 | 000069P001-1413S-094<br>MCELROY DEUTSCH MULVANEY & CARPENTER LLP<br>VIRGINIA T SHEA,ESQ<br>1300 MOUNT KEMBLE AVENUE<br>MORRISTOWN NJ 07962 | 000070P001-1413S-094<br>MCELROY DEUTSCH MULVANEY & CARPENTER LLP<br>GARY D BRESSLER,ESQ<br>300 DELAWARE AVE STE 770<br>WILMINGTON DE 19801 |
| 000093P001-1413S-094<br>MCMANIMON, SCOTLAND AND BAUMANN, LLC<br>ANTHONY SODONO, III; SARI PLACONA<br>75 LIVINGSTON AVE<br>ROSELAND NJ 07068 | 000071P001-1413S-094<br>MORTON & CRAIG LLC<br>JOHN R MORTON JR, ESQ<br>110 MARTER AVE STE 301<br>MOORESTOWN NJ 08057 | 000113P001-1413S-094<br>NORMAN N. KINEL, ESQ.<br>SQUIRE PATTON BOGGS (US) LLP<br>30 ROCKEFELLER PLAZA, 23RD FLOOR<br>NEW YORK NY 10012 | 000106P001-1413S-094<br>NORRIS MCLAUGHLIN PA<br>MORRIS S BAUER, ESQ<br>400 CROSSING BOULEVARD,8TH FLOOR<br>BRIDGEWATER NJ 08807 |
| 000107P001-1413S-094<br>NORRIS MCLAUGHLIN PA<br>CATHERINE L COREY,ESQ<br>400 CROSSING BOULEVARD, 8TH FLOOR<br>BRIDGEWATER NJ 08807 | 000080P001-1413S-094<br>OFFICE OF UNEMPLOYMENT COMPENSATION TAX SERVICES<br>DEB SECREST,AUTHORIZED AGENT<br>PA-DEPT OF LABOR & INDUSTRY<br>COLLECTIONS SUPPORT UNIT<br>851 BOAS ST RM 702<br>HARRISBURG PA 17121 | 000102P001-1413S-094<br>PA DEPT OF REVENUE<br>DENISE A KUHN, SEN DEPUTY ATTORNEY GEN<br>THE PHOENIX BUILDING<br>1600 ARCH ST., STE 300<br>PHILADELPHIA PA 19103 | 000095P001-1413S-094<br>PA- DEPT OF ENVIRONMENTAL PROTECTION<br>BRIAN GLASS, OFFICE OF THE CHIEF COUNSEL<br>SOUTHEAST REGIONAL COUNSEL<br>2 EAST MAIN ST<br>NORRISTOWN PA 19401-4915 |
| 000098P001-1413S-094<br>PRICE MEESE SHULMAN & D'ARMINIO PC<br>RICK A STEINBERG,ESQ<br>50 TICE BOULEVARD STE 380<br>WOODCLIFF LAKE NJ 07677 | 000066P001-1413S-094<br>REED SMITH LLP<br>CHRISTOPHER A. LYNCH<br>599 LEXINGTON AVE<br>NEW YORK NY 10022 | 000096P001-1413S-094<br>RIKER DANZIG SCHERER HYLAND & PERRETTI LLP<br>JOSEPH L SCHWARTZ;MICHAEL TRENTIN<br>HEADQUARTERS PLAZA<br>ONE SPEEDWELL AVE<br>MORRISTOWN NJ 07962-1981 | 000116P001-1413S-094<br>ROBERT HORNBY, ESQ.<br>MICHAEL R. CARUSO, ESQ.<br>CHIESA SHAHINIAN & GIANTOMASI<br>ONE BOLAND DRIVE<br>WEST ORANGE NJ 07052 |

New England Motor Freight, Inc., et al.
Exhibit Pages

Page # : 3 of 3                                                                                                          04/09/2019 07:45:51 PM

| | | | |
|---|---|---|---|
| 000091P001-1413S-094<br>SHIPMAN & GOODWIN LLP<br>ERIC S GOLDSTEIN,ESQ<br>ONE CONSTITUTIONAL PLAZA<br>HARTFORD CT 06103 | 000094P001-1413S-094<br>SQUIRE PATTON BOGGS (US) LLP<br>NORMAN N KINEL,ESQ<br>30 ROCKEFELLER PLAZA, 23RD FLOOR<br>NEW YORK NY 10112 | 000119P001-1413S-094<br>STEPHEN B. GROW, ESQ.<br>WARNER NORCROSS + JUDD LLP<br>111 LYON ST NW # 900<br>GRAND RAPIDS MI 49503 | 000035P002-1413S-094<br>SUPERIOR DISTRIBUTORS CO, INC<br>MARLENE; RICHARD KLEIN<br>4 MIDLAND AVE<br>ELMWOOD PARK NJ 07407 |
| 000064P001-1413S-094<br>TROUTMAN SANDERS LLP<br>LOUIS A CURCIO,ESQ<br>875 THIRD AVE<br>NEW YORK NY 10022 | 000065P001-1413S-094<br>TROUTMAN SANDERS LLP<br>DAVID A PISCIOTTA,ESQ<br>875 THIRD AVE<br>NEW YORK NY 10022 | 000092P001-1413S-094<br>TURNER LAW FIRM LLC<br>ANDREW R TURNER,ESQ<br>76 SOUTH ORANGE AVE STE 106<br>SOUTH ORANGE NJ 07079 | 000097P002-1413S-094<br>UNITED STATES DEPARTMENT OF JUSTICE<br>PETER J. D'AURIA,ESQ; MITCHELL HAUSMAN<br>OFFICE OF THE UNITED STATES TRUSTEE<br>ONE NEWARK CENTER STE 2100<br>NEWARK NJ 07102 |
| 000001P001-1413S-094<br>UNITED STATES TRUSTEE<br>ONE NEWARK CENTER, SUITE 2100<br>1085 RAYMOND BOULEVARD<br>NEWARK NJ 07102 | 000105P001-1413S-094<br>UPDIKE KELLY & SPELLACY PC<br>EVAN S GOLDSTEIN, ESQ<br>100 PEARL ST.,17TH FLOOR<br>P O BOX 231277<br>HARTFORD CT 06123-1277 | 000122P001-1413S-094<br>VIRGINIA T. SHEA, ESQ.<br>MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP<br>1300 MOUNT KEMBLE AVE<br>MORRISTOWN NJ 07962 | 000057P001-1413S-094<br>WASSERMAN JURISTA & STOLZ PC<br>DANIEL M STOLZ,ESQ<br>110 ALLEN ROAD STE 304<br>BASKING RIDGE NJ 07920 |
| 000058P001-1413S-094<br>WASSERMAN JURISTA & STOLZ PC<br>DONALD W CLARKE,ESQ<br>110 ALLEN ROAD STE 304<br>BASKING RIDGE NJ 07920 | | | |

Records Printed :   69