Robert K. Scheinbaum, Esq. (NJ Bar No. 042381994)
CONNELL FOLEY LLP
56 Livingston Avenue
Roseland, New Jersey 07068
Tel: 973-535-0500
Fax: 973-535-9217
Attorneys for Creditor, New Jersey Manufacturers Insurance Company

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In Re<br><br>NEW ENGLAND MOTOR FREIGHT, INC., et al.<br><br>Debtors, | Chapter 11<br><br>Case No. 19-12809 (JKS)<br>Jointly Administered |
| NEW ENGLAND MOTOR FREIGHT, INC. et al.,<br>    Plaintiffs,<br>v.<br><br>PARTIES LISTED ON EXHIBIT A TO THE COMPLAINT and VARIOUS JOHN DOES,<br>    Defendants | Adv. Pro. No. 19-1119 (JKS) |

**CERTIFICATION OF SERVICE OF PAPERS IN OPPOSITION TO DEBTORS' MOTION TO ENJOIN CERTAIN MOTOR VEHICLE ACCIDENT ACTIONS AND IN SUPPORT OF CROSS-MOTION FOR RELIEF FROM AUTOMATIC STAY TO <u>PROCEED WITH LITIGATION PENDING IN CONNECTICUT STATE COURT</u>**

I, Robert K. Scheinbaum, of full age, do hereby certify that on April 9, 2019, I electronically filed in Case No. 19-12809 (JKS) and Adversary Proceeding No. 19-1119 (JKS) copies of New Jersey Manufacturers Insurance Company's (i) Notice of Cross-Motion for Relief from Stay to Proceed With Personal Injury Litigation Pending in Connecticut State Court, (ii) Memorandum of Law in Opposition to Debtor's Motion to Enjoin Certain Motor Vehicle Accident Actions and in Support of Cross-Motion for Order Granting Relief from Stay; Certification of Donn A. Swift, Esq. in Opposition to Debtor's Motion to Enjoin Certain Motor Vehicle Accident Actions and in Support of Cross-Motion for Order Granting Relief

4994304-1

from Stay; and (iv) proposed form of Order Granting Relief From Stay, and that I further caused these documents to be sent by First Class Mail on the following parties:

| **Name and Address of Party Served** | **Relationship of Party to the Case** | **Mode of Service** |
|---|---|---|
| Peter J. D'Auria, Esq.<br>Office of the United States Trustee<br>One Newark Center, Ste. 2100<br>Newark, NJ 07102 | *Office of the United States Trustee* | ☐ Hand-delivered<br>x Regular mail<br>☐ Certified Mail<br>☐ Other: _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| New England Motor Freight<br>Attn: President/CEO<br>1-71 North Avenue East<br>Elizabeth, NJ 07201 | *Debtors* | ☐ Hand-delivered<br>x Regular mail<br>☐ Certified Mail<br>☐ Other: _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Karen A. Gianelli, Esq.<br>Mark B. Conlan, Esq.<br>Brett S. Theisen, Esq.<br>Gibbons P.C.<br>One Gateway Center<br>Newark, NJ 07102-5310 | *Counsel for Debtors* | ☐ Hand-delivered<br>x Regular mail<br>☐ Certified Mail<br>☐ Other: _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Daniel M. Stolz, Esq.<br>Donald W. Clarke, Esq.<br>Wasserman, Jurista & Stolz, P.C.<br>110 Allen Road, Suite 304<br>Basking Ridge, NJ 07920 | *Counsel for Debtors* | ☐ Hand-delivered<br>x Regular mail<br>☐ Certified Mail<br>☐ Other: _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Todd M. Brooks, Esq.<br>Whiteford Taylor & Preston, LLP<br>7 Saint Paul Street<br>Baltimore, MD 21202-1636 | *Counsel for Debtors* | ☐ Hand-delivered<br>x Regular mail<br>☐ Certified Mail<br>☐ Other: _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Joseph J. DiPasquale, Esq.<br>Lowenstein Sandler LLP<br>One Lowenstein Drive<br>Roseland, NJ 07068 | *Counsel for the Official Committee of Unsecured Creditors* | ☐ Hand-delivered<br>x Regular mail<br>☐ Certified Mail<br>☐ Other: _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

4994304-1

| | | |
|---|---|---|
| John Marshall<br>c/o JM Partners LLC<br>6800 Paragon Place, Suite 202<br>Richmond, VA 23230-1656 | *Interested Party* | ☐ Hand-delivered<br>x  Regular mail<br>☐ Certified Mail<br>☐ Other: _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| **Name and Address of Party Served** | **Relationship of Party to the Case** | **Mode of Service** |
|---|---|---|
| Deb Secrest<br>Commonwealth of Pennsylvania<br>Department of Labor and Industry<br>Collections Support Unit<br>651 Boas Street, Rom 702<br>Harrisburg, PA 17121 | *On behalf of Creditor, Office of Unemployment Compensation Tax Services (UCTS), Department of Labor and Industry, Commonwealth of Pennsylvania* | ☐ Hand-delivered<br>x Regular mail<br>☐ Certified Mail<br>☐ Other: _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Kevin J. Bloom, Esq.<br>Park 80 West – Plaza II<br>250 Pehle Avenue, Suite 200<br>Saddle Brook, NJ 07663-5834 | *Counsel for Mirabito Holdings, Inc.* | ☐ Hand-delivered<br>x  Regular mail<br>☐ Certified Mail<br>☐ Other: _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Charles Ercole, Esq.<br>Klehr Harrison et al.<br>10000 Lincoln Drive East, Suite 201<br>Marlton, NJ 08053 | *Counsel for Class Plaintiffs, et al.* | ☐ Hand-delivered<br>x  Regular mail<br>☐ Certified Mail<br>☐ Other: _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| IBM Corporation<br>ATTN:  Marie-Josee Dube<br>275 Viger East<br>Montreal, QC H2X 3R7<br>CANADA | *Creditor* | ☐ Hand-delivered<br>x  Regular mail<br>☐ Certified Mail<br>☐ Other: _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Tiffany Strelow Cobb<br>Vorys, Sater, Seymour and Pease LLP<br>52 East Gay Street<br>Columbus, Ohio 43215 | *On behalf of Creditor Valvolline LLC* | Hand-delivered<br>x  Regular mail<br>Certified Mail<br>Other:<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| CohnResnick Capital Market Securities, LLC<br>4 Becker Farm Road<br>Roseland, NJ 07068 | | Hand-delivered<br>x Regular mail<br>Certified Mail<br>Other:<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

4994304-1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Grace Winkler Cranley<br>Dinsmore & Shohl LLP<br>227 W. Monroe Street<br>Suite 3850<br>Chicago, IL 60606 | *On behalf of Creditor RLI Insurance Company* | Hand-delivered<br>x  Regular mail<br>Certified Mail<br>Other:<br>(As authorized by the Court or by rule.  Cite the rule if applicable.) |
| Daimler Trust<br>c/o BK Servicing, LLC<br>P.O. Box 131265<br>Roseville, MN 55113 | | Hand-delivered<br>x  Regular mail<br>Certified Mail<br>Other:<br>(As authorized by the Court or by rule.  Cite the rule if applicable.) |
| Sarah Dennis<br>Elliot Greenleaf<br>1105 Market Street, Sutie 1700<br>Wilmington, DE 19801 | *On behalf of Creditor Committee Official Committee of Unsecured Creditors* | Hand-delivered<br>x  Regular mail<br>Certified Mail<br>Other:<br>(As authorized by the Court or by rule.  Cite the rule if applicable.) |
| Donlin, Recano & Company, Inc.<br>6201 15th Avenue<br>Brooklyn, NY 11219 | | Hand-delivered<br>x  Regular mail<br>Certified Mail<br>Other:<br>(As authorized by the Court or by rule.  Cite the rule if applicable.) |
| Charles Ercole<br>Klehr Harrison, et al.<br>10000 Lincoln Srive East<br>Suite 201<br>Marlton, NJ 08053 | *On behalf of Interested Party Class Plaintiffs et al.* | Hand-delivered<br>x  Regular mail<br>Certified Mail<br>Other:<br>(As authorized by the Court or by rule.  Cite the rule if applicable.) |
| Evan S. Goldstein, Esq.<br>Updike, Kelly & Sepllacy, P.C.<br>100 Pearl St. 17th Fl.<br>PO Box 231277<br>Hartford, CT 06123-1277 | *On behalf of Creditor Webster Capital Finance, Inc.* | Hand-delivered<br>x  Regular mail<br>Certified Mail<br>Other:<br>(As authorized by the Court or by rule.  Cite the rule if applicable.) |
| Vera N. Kanova<br>Collections Support Unit<br>General Law Division<br>400 Market Street<br>Harrisburg, PA 17101 | *On behalf of Creditor Commonwealth of Pennsylvania Department of Labor and Industry* | Hand-delivered<br>x  Regular mail<br>Certified Mail<br>Other:<br>(As authorized by the Court or by rule.  Cite the rule if applicable.) |

4994304-1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Mark F. Liscio<br>Freshfields Bruckhaus Deringer US LLP<br>601 Lexington Avenue<br>New York, NY 10022 | *On behalf of Creditor JP Morgan Chase* | Hand-delivered<br>x  Regular mail<br>Certified Mail<br>Other:<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Keith M. Lusby<br>Gebhardt & Smith LLP<br>One South Street Suite 2200<br>Baltimore, MD 21202 | *On behalf of Creditor TD Bank, N.A.* | Hand-delivered<br>x  Regular mail<br>Certified Mail<br>Other:<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Marie-Jose Dube<br>IBM Corporation<br>275 Viger East<br>Montreal, QC H2X 3R7 | | Hand-delivered<br>x  Regular mail<br>Certified Mail<br>Other:<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Jeffrey L. Nagel<br>Gibbons, PC<br>One Pennsylvania Plaza, 37th Floor<br>New York, NY 10119-3701 | *On behalf of Debtor New England Motor Freight, Inc.* | Hand-delivered<br>x  Regular mail<br>Certified Mail<br>Other:<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Office of Unemployment Compensation Tax Services (UCTS)<br>Deb Secrest<br>Commonwealth of Pennsylvania<br>651 Boas Street, Room 702<br>Harrisburg, PA 17121 | | Hand-delivered<br>x  Regular mail<br>Certified Mail<br>Other:<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Elliot M. Smith<br>Squire Patton Boggs, (US) LLP<br>4900 Key Tower<br>127 Public Square<br>Cleveland, OH 44144 | *On behalf of Interest Party East West Bank* | Hand-delivered<br>x  Regular mail<br>Certified Mail<br>Other:<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Jonathan M. Stemerman<br>1105 N. Market Street<br>Suite 1700<br>Wilmington, DE 19801 | *On behalf of Creditor Committee Official Committee of Unsecured Creditors* | Hand-delivered<br>x  Regular mail<br>Certified Mail<br>Other:<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

4994304-1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Brent C. Strickland<br>Whiteford, Taylor & Preston, L.L.P.<br>7501 Wisconsin Avenue, Suite 700W<br>Bethesda, MD 20814 | *On behalf of New England Motor Freight, Inc.* | Hand-delivered<br>x  Regular mail<br>Certified Mail<br>Other:<br>(As authorized by the Court or by rule.  Cite the rule if applicable.) |
| Scott D. Talmadge<br>Freshfields Bruckhaus Deringer US LLP<br>601 Lexington Avenue<br>New York, NY 10022 | *On behalf of JP Morgan Chase* | Hand-delivered<br>x  Regular mail<br>Certified Mail<br>Other:<br>(As authorized by the Court or by rule.  Cite the rule if applicable.) |
| Lisa Bittle Tancredi<br>Gebhardt & Smith, LLP<br>One South Street, Ste 2200<br>Baltimore, MD 21202 | *On behalf of TD Bank* | Hand-delivered<br>x  Regular mail<br>Certified Mail<br>Other:<br>(As authorized by the Court or by rule.  Cite the rule if applicable.) |
| Wasserman, Jurista & Stolz, P.C.<br>110 Allen Road<br>Suite 304<br>Basking Ridge, NJ 07920 | *On behalf of New England Motor Freight, Inc.* | Hand-delivered<br>x  Regular mail<br>Certified Mail<br>Other:<br>(As authorized by the Court or by rule.  Cite the rule if applicable.) |
| Whiteford Taylor & Preston<br>Seven Saint Paul St., Ste. 1800<br>Baltimore, MD 21202 | *On behalf of Debtor New England Motor Freight, Inc.* | Hand-delivered<br>x  Regular mail<br>Certified Mail<br>Other:<br>(As authorized by the Court or by rule.  Cite the rule if applicable.) |
| Withumsmith+Brown<br>200 Jefferson Park, Suite 400<br>Whippany, NJ 07981 | | Hand-delivered<br>x  Regular mail<br>Certified Mail<br>Other:<br>(As authorized by the Court or by rule.  Cite the rule if applicable.) |
| Rafael X Zahralddin-Aravena<br>Elliot Greenleaf<br>1105 North Market Street<br>Wilmington, DE 19801 | *On behalf of Creditor Committee Official Committee of Unsecured Creditors* | Hand-delivered<br>x  Regular mail<br>Certified Mail<br>Other:<br>(As authorized by the Court or by rule.  Cite the rule if applicable.) |

4994304-1

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

/s/ Robert Scheinbaum
Robert K. Scheinbaum

Dated: April 12, 2019