**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400
E-mail: mseymour@lowenstein.com
E-mail: jdipasquale@lowenstein.com

-and –

**ELLIOTT GREENLEAF, P.C.**
Rafael X. Zahralddin-Aravena, Esq.
Jonathan M. Stemerman, Esq.
Sarah Denis, Esq.
1105 Market Street, Suite 1700
Wilmington, DE 19801
Phone: (302) 384-9400
Facsimile: (302) 384-9399
E-mail: rxza@elliottgreenleaf.com
E-mail: jms@elliottgreenleaf.com
E-mail: sxd@elliottgreenleaf.com

*Counsel to the Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | Case No.: 19-12809 (JKS) |
| Debtors. | (Jointly Administered) |

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC (4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMF Logistics, LLC (4666).

**NOTICE OF WITHDRAWAL OF OBJECTION OF THE
OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO
CLASS COUNSEL'S APPLICATION FOR ATTORNEYS' FEES
PURSUANT TO THE COURT'S 9019 ORDER APPROVING
<u>GLOBAL EMPLOYEE SETTLEMENTS MOTION</u>**

The Official Committee of Unsecured Creditors (the "**Committee**") of the above-captioned debtors and debtors in possession, by and through its proposed undersigned counsel, hereby withdraws its *Objection to Class Counsels' Application for Attorneys' Fees Pursuant to the Global Employee Settlement* [D.I. No. 360]. The Committee was provided detailed invoices by Klehr Harrison Harvey Branzburg LLP on April 2, 2019. After review of the invoices, the Committee does not find any issue with the fees and the objection has been resolved.

Dated: April 12, 2019

**LOWENSTEIN SANDLER LLP**

/s/ *Joseph J. DiPasquale*
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400
E-mail: mseymour@lowenstein.com
E-mail: jdipasquale@lowenstein.com

-and-

**ELLIOTT GREENLEAF, P.C.**
Rafael X. Zahralddin, Esq.
Jonathan M. Stemerman, Esq.
Sarah Denis, Esq.
1105 Market Street, Suite 1700
Wilmington, DE 19801
Phone: (302) 384-9400
Facsimile: (302) 384-9399
E-mail: rxza@elliottgreenleaf.com
E-mail: jms@elliottgreenleaf.com
E-mail: sxd@elliottgreenleaf.com

*Counsel to the Official Committee
of Unsecured Creditors*