# CORE SERVICE LIST
## New England Motor Freight, Inc., et al.
## Case No. 19-12809

04/12/2019

**COUNSEL TO CAPITAL ONE, N.A.**

MCCARTER & ENGLISH, LLP
PETER KNOB
100 MULBERRY STREET
FOUR GATEWAY CENTER
NEWARK NJ 07102

**COUNSEL TO EAST WEST BANK**

SQUIRE PATTON BOGGS
NORMAN N KINEL
30 ROCKEFELLER PLAZA
NEW YORK NY 10112

**COUNSEL TO LENDER**

GREENBERG TRAURIG
ALAN J. BRODY
500 CAMPUS DRIVE
SUITE 400
FLORHAM PARK NJ 07932

FRESHFIELDS BRUCKHAUS DERINGER
MARK F LISCIO
601 LEXINGTON AVE
31ST FLOOR
NEW YORK NY 10022

**COUNSEL TO SANTANDER BANK**

TROUTMAN SANDERS
DAVID A PISCIOTTA
875 THIRD AVENUE
NEW YORK NY 10022

TROUTMAN SANDERS
LOUIS CURCIO
875 THIRD AVENUE
NEW YORK NY 10022

TROUTMAN SANDERS
ALISSA PICCIONE
875 THIRD AVENUE
NEW YORK NY 10022

**COUNSEL TO TD BANK, N.A.**

GEBHARDT & SMITH LLP
JAMES M SMITH
ONE SOUTH STREET
SUITE 2200
BALTIMORE MD 21202-3281

**DEBTOR**

NEW ENGLAND MOTOR FREIGHT, INC.
ATTN: PRESIDENT/CEO
1-71 NORTH AVENUE EAST
ELIZABETH NJ 07201

**GOVT. ENTITY**

UNITED STATES TRUSTEE
ONE NEWARK CENTER, SUITE 2100
1085 RAYMOND BOULEVARD
NEWARK NJ 07102

UNITED STATES ATTORNEY
DISTRICT OF NEW JERSEY
PETER RODINO FEDERAL BUILDING
970 BROAD STREET, SUITE 700
NEWARK NJ 07102

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA PA 19101-7346

INTERNAL REVENUE SERVICE
2970 MARKET STREET
MAIL STOP 5-Q30.133
PHILADELPHIA PA 19104-5016

SECURITIES EXCHANGE COMMISSION
NEW YORK REGIONAL OFFICE
ATTN: ANDREW CALAMARI, REGIONAL DIRECTOR
BROOKFIELD PLACE
200 VESSEY STREET, SUITE 400
NEW YORK NY 10281-1022

# CORE SERVICE LIST
## New England Motor Freight, Inc., et al.
## Case No. 19-12809

**GOVT. ENTITY**

ENVIRONMENTAL PROTECTION AGENCY
REGION 2
290 BROADWAY
17TH FLOOR
NEW YORK NY 10007-1866

NEW JERSEY ATTORNEY GENERAL OFFICE
DIVISION OF LAW
RICHARD J. HUGHES JUSTICE COMPLEX
25 MARKET ST
TRENTON NJ 08625-0112

NEW JERSEY DIVISION OF TAXATION
COMPLIANCE & ENFORCEMENT UNIT
BANKRUPTCY UNIT
50 BARRACK STREET, 9TH FLOOR
TRENTON NJ 08695-0267

NEW JERSEY MOTOR VEHICLE COMMISSION
ADMINISTRATIVE UNIT
225 EAST STATE STREET
TRENTON NJ 08666

DEPARTMENT OF ENVIRONMENTAL PROTECTION
OFFICE OF RECORDS ACCESS
ATTN: BANKR. COORDINATOR
PO BOX 402
MAIL CODE 401-06Q
TRENTON NJ 08625-0402

**OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

AAA COOPER TRANSPORTATION
TIFFANY ENGELHUBER
1751 KINSEY ROAD
DOTHAN AL 36303

LANDSTAR TRANSPORTATION LOGISTICS, INC.
SPRYTE KIMMEY
13410 SUTTON PARK DR S
JACKSONVILLE FL 32224

GUTTMAN OIL CO.
GREGORY J. CREIGHAN
200 SPEERS STREET
BELLE VERNON PA 15012

**PROPOSED COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

LOWENSTEIN SANDLER LLP
MARY E SEYMOUR;JOSEPH J DIPASQUALE
ONE LOWENSTEIN DRIVE
ROSELAND NJ 07068

**PROPOSED COUNSEL TO THE DEBTORS**

GIBBONS P.C.
KAREN A. GIANNELLI, ESQ.
ONE GATEWAY CENTER
NEWARK NJ 07102

GIBBONS P.C.
MARK B. CONLAN, ESQ.
ONE GATEWAY CENTER
NEWARK NJ 07102

GIBBONS P.C.
BRETT S. THEISEN, ESQ.
ONE GATEWAY PLAZA
NEWARK NJ 07102

**PROPOSED COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

ELLIOT GREENLEAF
R X ZAHRALDDIN- ARAVENA;JONATHAN M STEMERMAN
SARAH DENIS
1105 MARKET ST STE 1700
WILMINGTON DE 19801

**SHAREHOLDER**

MYRON SHEVELL
C/O NEW ENGLAND MOTOR FREIGHT INC
ZACHARY W. COHEN
1-71 NORTH AVENUE E
ELIZABETH NJ 07201

**SPECIAL COUNSEL TO THE DEBTORS**

WHITEFORD TAYLOR PRESTON LLP
PAUL M NUSSBAUM
7 SAINT PAUL STREET
BALTIMORE MD 21202-1636

Case 19-12809-JKS    Doc 459    Filed 04/12/19    Entered 04/12/19 14:00:50    Desc Main
Document    Page 3 of 3

**CORE SERVICE LIST**
**New England Motor Freight, Inc., et al.**
**Case No. 19-12809**

04/12/2019

**TOP 30 UNSECURED CREDITOR; OFFICIAL COMMITTEE OF**
**UNSECURED CREDITORS**

IAM NATIONAL PENSION FUND
RYK TIERNEY EXEC DIR AND RAYMOND GOAD JR GC
1300 CONNECTICUT AVE
STE 300
WASHINGTON DC 20036


SUPERIOR DISTRIBUTORS CO, INC
MARLENE; RICHARD KLEIN
4 MIDLAND AVE
ELMWOOD PARK NJ 07407