| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| KLEHR HARRISON HARVEY BRANZBURG, LLP<br>(A Pennsylvania Limited Liability Partnership)<br>10000 Lincoln Drive East, Suite 201<br>Marlton, New Jersey 08053<br>Telephone:  (856) 486-7900<br>Facsimile:   (856) 486-4875<br><br>Charles A. Ercole, Esquire (cercole@klehr.com)<br>Rona J. Rosen, Esquire (rrosen@klehr.com)<br>Christopher J. Leavell (cleavell@klehr.com)<br><br>*Attorneys for Class Plaintiffs and the Putative Class* |

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.<br><br>Debtors. | Chapter 11<br><br>Case No. 19-12809 (JKS)<br><br>(Jointly Administered) |

# CERTIFICATION OF NO OBJECTION REGARDING CLASS COUNSEL'S APPLICATIONFOR ATTORNEYS' FEES PURSUANT TO THE COURT'S 9019 ORDER APROVING GLOBAL EMPLOYEE SETTLEMENTS MOTION

## DOCUMENT NO. 243

Class Counsel's Application for Attorneys' Fees Pursuant to the Court's 9019 Order Approving Global Employee Settlements Motion (the "Application") was filed on March 13, 2019 (dkt. no. 243).  Any objections to the Application were to be filed and served not later than fourteen days after service of the Application.

While the Committee of Unsecured Creditors filed an objection to the Application on March 29, 2019 (dkt. no. 360), the objection was resolved and the Committee withdrew its objection on April 12, 2019 (dkt. no. 457).  I, Christopher J. Leavell, certify that I have reviewed the Court's docket in this case and no answer, objection, or other responsive pleading (other than as set forth above) to the Application has been filed.

Dated:  April 12, 2019                                                                      /s/ *Christopher J. Leavell*

PHIL1 7814618v.2