| |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in compliance with D.N.J. LBR 9004-1(b)**<br><br>**COOLEY LLP**<br>Richard S. Kanowitz (NJ ID # 047911992)<br>Evan M. Lazerowitz (NJ ID # 063232013)<br>55 Hudson Yards<br>New York, NY 10001<br>Telephone: (212) 479-6000<br>Facsimile: (212) 479-6275<br>Email: rkanowitz@cooley.com<br>         elazerowitz@cooley.com<br><br>*Counsel for the Ad Hoc Group of Tort Claimants* | |
| In re:<br><br>New England Motor Freight, Inc., *et al.*,[1]<br><br>           Debtors. | Chapter 11<br><br>Case No. 19-12809 (JKS) |

**VERIFIED STATEMENT OF COOLEY LLP**
**PURSUANT TO BANKRUPTCY RULE 2019**

The law firm of Cooley LLP ("Cooley") hereby submits this verified statement (the "Verified Statement") pursuant to Rule 2019(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and states as follows:

1. Cooley appears in the above-captioned chapter 11 cases of New England Motor Freight, Inc., *et al.* (the "Debtors") on behalf of an ad hoc group of tort claimants (the "Ad Hoc Group") who hold personal injury and/or personal property claims against the Debtors, which at

---

[1] The Debtors in these Chapter 11 cases and the last four digits of each Debtor's taxpayer identification number as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC (4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMF Logistics, LLC (4666).

201963221 v1

present consists of approximately eight members. It is possible that other holders of personal injury and/or personal property claims whose interests are aligned with those of the Ad Hoc Group may join the Ad Hoc Group from time to time.

2. The Ad Hoc Group was formed on April 9, 2019 (the "Formation Date") and, on that same day, engaged Cooley to represent it. All or substantially all of the members of the Ad Hoc Group have primary retention arrangements with respective tort plaintiff lawyers, separate and apart from the retention of the undersigned as special bankruptcy counsel, and those lawyers have agreed to pay for the fees and expenses of the undersigned as special bankruptcy counsel. As of the date hereof, Cooley does not hold any claims against, or interests in, the Debtors. In connection with its representation of the Ad Hoc Group, Cooley expressly reserves the right to submit an application for payment of its fees and expenses by the Debtors' estate pursuant to 11 U.S.C. § 503(b).

3. The Ad Hoc Group members each hold unsecured claims against the Debtor's estate. In accordance with Bankruptcy Rule 2019, a list of the names, addresses and amount of all disclosable economic interests held by each present member of the Ad Hoc Group in relation to the Debtors, as of the Formation Date, is attached as **Exhibit A**. The Ad Hoc Group may consist of other members from time to time and, if appropriate, a revised Verified Statement may be filed.

4. Nothing contained in this Verified Statement (or **Exhibit A**) should be construed as a limitation upon, or waiver of, any Ad Hoc Group member's rights to assert, file and/or amend its claim in accordance with applicable law and any orders entered in this case establishing procedures for filing proofs of claim.

5. The undersigned hereby verifies under oath that this Verified Statement is true and accurate, to the best of the undersigned's knowledge and belief. Cooley reserves the right to revise and supplement this statement.

Dated: April 16, 2019

        /s/ Richard S. Kanowitz
        Richard S. Kanowitz, Esq.
        Evan M. Lazerowitz, Esq.
        55 Hudson Yards
        New York, New York 10001
        Tel: (212) 479-6000 / Fax: (212) 479-6500
        rkanowitz@cooley.com
        elazerowitz@cooley.com

        *Counsel for the Ad Hoc Group of Tort Claimants*

**Exhibit A**

| Claimant Name | Claimant Address | Claim Amount |
|---|---|---|
| Esmeralda Ramirez | Jeffrey L. Koenig, Esq.<br>Hecht, Kleeger & Damashek, PC<br>19 West 44th Street<br>Suite 1500<br>New York, New York 10036<br>Tel: 212-490-5700<br>Fax: 212-490-4800 | Unliquidated |
| Susan Volpe | John Cagney, Esq.<br>Kramer, Dillof, Livingston & Moore<br>217 Broadway<br>New York, New York 10007<br>(212) 267-4177<br>Fax (212) 233-8525 | Unliquidated |
| Raymond Volpe | John Cagney, Esq.<br>Kramer, Dillof, Livingston & Moore<br>217 Broadway<br>New York, New York 10007<br>(212) 267-4177<br>Fax (212) 233-8525 | Unliquidated |
| Joseph Varsik Jr. | Andrew Finkelstein, Esq.<br>James Shuttleworth, Esq.<br>Finkelstein & Partners, LLP<br>1279 Route 300<br>Newburgh, New York 12551<br>(845) 563-9461<br>Fax: (845) 245-2277 | Unliquidated |
| Joseph Carney | Andrew Finkelstein, Esq.<br>James Shuttleworth, Esq.<br>Finkelstein & Partners, LLP<br>1279 Route 300<br>Newburgh, New York 12551<br>(845) 563-9461<br>Fax: (845) 245-2277 | Unliquidated |
| Kareem A. Mills | Ameer Benno, Esq.<br>Block O'Toole & Murphy, LLP<br>One Penn Plaza, Suite 5315<br>New York, NY 10119<br>(212) 736-5300 | Unliquidated |

| | | |
|---|---|---|
| Melissa Walker, Individually and as Administrator of the Estate of Khalil Walker, Deceased | Ameer Benno, Esq.<br>Block O'Toole & Murphy, LLP<br>One Penn Plaza, Suite 5315<br>New York, NY 10119<br>(212) 736-5300 | Unliquidated |
| Melissa Walker, Individually and as Administrator of the Estate of Henry Walker, Deceased | Ameer Benno, Esq.<br>Block O'Toole & Murphy, LLP<br>One Penn Plaza, Suite 5315<br>New York, NY 10119<br>(212) 736-5300 | Unliquidated |

201963221 v1

## **CERTIFICATE OF SERVICE**

       I, Evan Lazerowitz, hereby certify that on April 16, 2019, I caused to be electronically filed the Verified Statement, which is being served electronically via the Court's ECF system on all parties that have consented to electronic service of court filings.

                                                        /s/Evan Lazerowitz

201963221 v1