# AMENDED EXHIBIT A

2716676.1 115719-100281

| Landlord Name & Address | Designated Lease Location[1] | Related Property[2] | Name/Address for Related Property (if applicable) | Rejection Date |
|---|---|---|---|---|
| MERI PROPERTIES, LLC<br>c/o AMZ Management LLC<br>1-71 North Ave E<br>Elizabeth, NJ 07201 | 475 Research Parkway<br>Meriden, CT 06450 | TBD | TBD | 3/15/2019 |
| 15 Middletown Ave. Corp.<br>c/o AMZ Management LLC<br>1-71 North Ave E<br>Elizabeth, NJ 07201 | 15 Middletown Ave.<br>North Haven, CT | NA | NA | 3/15/2019 |
| Quest Workspaces<br>515 North Flagler Drive<br>Suite P-300<br>West Palm Beach, FL 33401 | 515 North Flagler Drive<br>Suite P-300<br>West Palm Beach, FL 33401 | TBD | TBD | 3/15/2019 |
| Caleast Nat, LLC<br>Attn: Amanda Longworth, Accts Rec<br>Bank of America<br>1808 Swift Dr Ste A<br>Oak Brook, IL 60523 | 2300 Landmeier Road<br>Elk Grove Village, IL 60007 | TBD | TBD | 4/15/2019 |
| RLF I-A SPE, LLC<br>Attn: Shannon Singleton<br>201 West St, Ste 200<br>Annapolis, MD 21401 | 23348 West Eames Street<br>Channahon, IL 60410 | TBD | TBD | 3/31/2019 |
| Fort Wayne Terminal LLC<br>c/o AMZ Management LLC<br>1-71 North Ave E<br>Elizabeth, NJ 07201 | 2532 Bremer Road<br>Fort Wayne, IN 46803 | TBD | TBD | 3/15/2019 |
| Belmont & Indianapolis Terminal Partnership<br>8463 Castlewood Drive<br>Indianapolis, IN 46250 | 1702 South Belmont Avenue<br>Indianapolis, IN 46221 | TBD | TBD | 3/31/2019 |
| NORTH RED TRUCK CORP<br>c/o AMZ Management LLC<br>1-71 North Ave E<br>Elizabeth, NJ 07201 | 90 Concord Street<br>North Reading, MA<br>01864-2607 | TBD | TBD | Upon Surrender |
| SPRINGFIELD TERMINAL CORP<br>c/o AMZ Management LLC<br>1-71 North Ave E<br>Elizabeth, NJ 07201 | 1311 Union Street<br>Springfield, MA 01089 | TBD | TBD | 3/15/2019 |
| 3600 GEORGETOWN CORP<br>c/o AMZ Management LLC<br>1-71 North Ave E<br>Elizabeth, NJ 07201 | 1508 John Avenue<br>Baltimore, MD 21227 | TBD | TBD | 3/15/2019 |
| NORTHEAST Commerce Center I LLC<br>c/o AMZ Management LLC<br>1-71 North Ave E<br>Elizabeth, NJ 07201 | 3 Center Drive<br>Northeast, MD 21901-2406 | TBD | TBD | Upon Surrender |
| 16503 Hunters Green, LLC<br>Attn: Rachel<br>P O Box 4217<br>Hagerstown, MD 21741-4217 | 16503 Hunters Green Parkway<br>Hagerstown, MD 21740 | TBD | TBD | 3/31/2019 |

| Landlord Name & Address | Designated Lease Location[1] | Related Property[2] | Name/Address for Related Property (if applicable) | Rejection Date |
|---|---|---|---|---|
| Perry Road, LLC c/o AMZ Management LLC 1-71 North Ave E Elizabeth, NJ  07201 | 34 Perry Road Bangor, ME | NA | NA | 3/15/2019 |
| Fair Terminal Corp. c/o AMZ Management LLC 1-71 North Ave E Elizabeth, NJ  07201 | 7 Mansion Libby Road Portland, ME  04074-8983 | TBD | TBD | Upon Surrender |
| CONCORD TERMINAL LLC c/o AMZ Management LLC 1-71 North Ave E Elizabeth, NJ  07201 | 118 Hall Street Concord, NH  03301 | TBD | TBD | 3/15/2019 |
| NORTH AVENUE EAST, LLC c/o AMZ Management LLC 1-71 North Ave E Elizabeth, NJ  07201 | 1-71 North Avenue East Elizabeth, NJ  07201-2958 | TBD | TBD | Upon Surrender |
| UNITED EXPRESS LINES INC. c/o AMZ Management LLC 1-71 North Ave E Elizabeth, NJ  07201 | 1618 Union Avenue Pennsauken, NJ  08110 | TBD | TBD | Upon Surrender |
| HOLLYWOOD CORP c/o AMZ Management LLC 1-71 North Ave E Elizabeth, NJ  07201 | 310 Hollywood Avenue South Plainfield, NJ  07080-4202 | TBD | TBD | Upon Surrender |
| Nancy SB Corp c/o AMZ Management LLC 1-71 North Ave E Elizabeth, NJ  07201 | 4315 Albany Street Colonie, NY 12205 | TBD | TBD | 3/15/2019 |
| Thru View, LLC c/o AMZ Management LLC 1-71 North Ave E Elizabeth, NJ  07201 | 38 Old Karner Road Colonie, NY | TBD | TBD | 3/15/2019 |
| Babco LLC c/o AMZ Management LLC 1-71 North Ave E Elizabeth, NJ  07201 | 159 Eads Street West Babylon, NY | TBD | TBD | 3/15/2019 |
| OLD BETH  LLC c/o AMZ Management LLC 1-71 North Ave E Elizabeth, NJ  07201 | 1 Imperatore Drive Bethpage, NY 11804 | TBD | TBD | 3/15/2019 |
| William L. Ecker and Terry Ecker Claims Office 5322 Wheeler Rd Jordan, NY  13080 | 5302 Wheeler Road Jordan, NY | TBD | TBD | Upon Surrender |
| ZACH CORP c/o AMZ Management LLC 1-71 North Ave E Elizabeth, NJ  07201 | 91 Sulfur Springs Road Owego, NY 13827 | TBD | TBD | 3/15/2019 |

| Landlord Name & Address | Designated Lease Location[1] | Related Property[2] | Name/Address for Related Property (if applicable) | Rejection Date |
|---|---|---|---|---|
| JON S. CORP c/o AMZ Management LLC 1-71 North Ave E Elizabeth, NJ 07201 | 410 Grand Island Boulevard Tonawanda, NY 14150-6505 | TBD | TBD | Upon Surrender |
| ORANGE TRUCK CORP c/o AMZ Management LLC 1-71 North Ave E Elizabeth, NJ 07201 | 194 Neelytown Road Montgomery, NY 12549-2821 | TBD | TBD | Upon Surrender |
| MERCOHEN CORP c/o AMZ Management LLC 1-71 North Ave E Elizabeth, NJ 07201 | 50 Louise Street Rochester, NY 14606 | TBD | TBD | 3/15/2019 |
| 6867 Schuyler Road LLC c/o AMZ Management LLC 1-71 North Ave E Elizabeth, NJ 07201 | 68-67 Schuyler Road Dewitt, NY 13457 | TBD | TBD | 3/15/2019 |
| SCHUYLER ROAD CORP c/o AMZ Management LLC 1-71 North Ave E Elizabeth, NJ 07201 | 7201 Schuyler Road East Syracuse, NY 13057 | TBD | TBD | 3/15/2019 |
| Clermont Holdings, LLC 901 Adams Crossing Cincinnati, OH 45202 | 2500 Commerce Blvd. Cincinnati, OH 45241 | TBD | TBD | 3/31/2019 |
| Seabreeze North Corp P O Box 535 2958 Brecksville Rd Richfield, OH 44286-0535 | 3024 Brecksville Road, Suite A Richfield, OH 44286 | TBD | TBD | 3/31/2019 |
| COLUMBUS TERMINAL LLC c/o AMZ Management LLC 1-71 North Ave E Elizabeth, NJ 07201 | 1700 Georgesville Road Columbus, OH 43228-3620 | TBD | TBD | Upon Surrender |
| TOLEDO TERMINAL LLC c/o AMZ Management LLC 1-71 North Ave E Elizabeth, NJ 07201 | 1260 Matzinger Road Toledo, OH 43612-3849 | TBD | TBD | Upon Surrender |
| Camphill Terminal LLC c/o AMZ Management LLC 1-71 North Ave E Elizabeth, NJ 07201 | 2875 Appleton Street Camp Hill, PA 17011 | NA | NA | Upon Surrender |
| AMERACH LP c/o AMZ Management LLC 1-71 North Ave E Elizabeth, NJ 07201 | 2800 Appleton Street Camp Hill, PA 17011-8001 | TBD | TBD | Upon Surrender |
| Work Street, LLC c/o AMZ Management LLC 1-71 North Ave E Elizabeth, NJ 07201 | 2550 South Work Street Falconer, NY 14733 | TBD | TBD | 3/15/2019 |
| LEHCO LP c/o AMZ Management LLC 1-71 North Ave E Elizabeth, NJ 07201 | 457 Mahoning Drive Lehighton, PA 18235-9701 | TBD | TBD | Upon Surrender |

| Landlord Name & Address | Designated Lease Location[1] | Related Property[2] | Name/Address for Related Property (if applicable) | Rejection Date |
|---|---|---|---|---|
| 12731 RTE. 30 CORP c/o AMZ Management LLC 1-71 North Ave E Elizabeth, NJ 07201 | 12731 Route 30 West Irwin, PA 15642 | TBD | TBD | 3/15/2019 |
| North Turbo Corp. c/o AMZ Management LLC 1-71 North Ave E Elizabeth, NJ 07201 | RD #1 (Parcel 00-008-024A) Town of Watsontown Township of Delaware, PA | TBD | TBD | 3/15/2019 |
| MILTON PROPERTIES LP c/o AMZ Management LLC 1-71 North Ave E Elizabeth, NJ 07201 | 110 Sodom Road Milton, PA 17847 | TBD | TBD | 3/15/2019 |
| D M Express URB GARDEN HILLS CALLE MEADOW LANE A5 Guaynabo, PR 00966 | Puerto Rico Centro Mercantil Internacional EDIF 5 Local 1 Guaynabo, PR 00966-3919 | TBD | TBD | 3/31/2019 |
| 55 DELTA LLC c/o AMZ Management LLC 1-71 North Ave E Elizabeth, NJ 07201 | 400 Division Street (Lot 0337) Pawtucket, RI 02860 | TBD | TBD | 3/15/2019 |
| 55 DELTA LLC c/o AMZ Management LLC 1-71 North Ave E Elizabeth, NJ 07201 | 466 Division Street (Lot 0705) Pawtucket, RI 02860 | TBD | TBD | 3/15/2019 |
| 55 DELTA LLC c/o AMZ Management LLC 1-71 North Ave E Elizabeth, NJ 07201 | 55 Delta Drive (Lot 0344) Pawtucket, RI 02860 | TBD | TBD | 3/15/2019 |
| 345 Walcott Street, LLC c/o AMZ Management LLC 1-71 North Ave E Elizabeth, NJ 07201 | 345 Walcott St Pawtucket, RI | TBD | TBD | 3/15/2019 |
| Jafray Realty Inc. c/o Pascal Service Corporation 51 Delta Drive Pawtucket, RI 02860 | 51 Delta Drive Pawtucket, RI 02860 | NA | NA | 3/31/2019 |
| RICHMOND TERMINAL LLC c/o AMZ Management LLC 1-71 North Ave E Elizabeth, NJ 07201 | 6110 Jefferson Davis Highway Richmond, VA 23234 | TBD | TBD | 3/15/2019 |
| MG Roanoke/Plantation LLC 5607 Grove St Richmond, VA 23226 | 1919 Plantation Road NE Roanoke, VA 24012 | TBD | TBD | 3/31/2019 |
| Burmont LLC c/o AMZ Management LLC 1-71 North Ave E Elizabeth, NJ 07201 | 1087 Avenue D Extension Williston, VT 05495 | TBD | TBD | 3/15/2019 |

| Landlord Name & Address | Designated Lease Location[1] | Related Property[2] | Name/Address for Related Property (if applicable) | Rejection Date |
|---|---|---|---|---|
| PCG, Inc<br>Attn: Pat Graney<br>412 Tennessee Ave<br>Charleston, WV  25302 | 500 River East Drive<br>Belle, WV 25015 | TBD | TBD | 3/31/2019 |

[1]. Shaded Designated Leases indicates an Auction Location.

[2]. Related Property being abandoned by the Debtors may include property in which a third-party has an interest.