| |
|---|
| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY |
| Caption in compliance with D.N.J. LBR 9004-1 |
| **GIBBONS P.C.**<br>Karen A. Giannelli, Esq.<br>Mark B. Conlan, Esq.<br>Brett S. Theisen, Esq.<br>One Gateway Center<br>Newark, New Jersey 07102<br>Telephone: (973) 596-4500<br>Facsimile: (973) 596-0545<br>E-mail: kgiannelli@gibbonslaw.com<br>          mconlan@gibbonslaw.com<br>          btheisen@gibbonslaw.com<br>*Counsel to the Debtors<br>and Debtors-in-Possession* |

**FILED**
JEANNE A. NAUGHTON, CLERK
APR 16 2019
U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY _____ DEPUTY

In re:
NEW ENGLAND MOTOR FREIGHT, INC., *et al.*,
               Debtors.[1]

Chapter 11
Case No. 19-12809 (JKS)
(Jointly Administered)

## ORDER (I) AUTHORIZING THE REJECTION OF CERTAIN UNEXPIRED LEASES OF NON-RESIDENTIAL REAL PROPERTY, (II) AUTHORIZING THE ABANDONMENT OF RELATED PROPERTY, (III) ESTABLISHING A CLAIMS BAR DATE, AS APPLICABLE, AND (IV) GRANTING RELATED RELIEF

The relief set forth on the following pages, numbered two (2) through and including four (4), is hereby **ORDERED**.

4/16/19   _____[signature]

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC (4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMF Logistics, LLC (4666).

2716676.1 115719-100281

Page: 2
Debtors: New England Motor Freight, Inc., *et al.*
Case No.: 19-12809 (JKS)
Caption: Order (I) Authorizing the Rejection of Certain Unexpired Leases of Non-Residential Real Property, (II) Authorizing the Abandonment of Related Property, (III) Establishing a Claims Bar Date, as Applicable, and (IV) Granting Related Relief

---

Upon the Motion[2] of the Debtors in the above-captioned Chapter 11 Cases seeking, pursuant to sections 105(a), 365(a), and 554 of the Bankruptcy Code and rule 6006 and 6007 of the Federal Rules of Bankruptcy Procedure, the entry of an order (i) authorizing the Debtors' rejection of the unexpired leases of non-residential real property listed on Exhibit A attached hereto, (ii) authorizing the abandonment of Related Property, (iii) establishing a deadline to file proofs of claim, as applicable, and (iv) granting related relief; and the Court having determined that the relief sought in the Motion is in the best interest of the Debtors, their estates and creditors, and other parties-in-interest; and the Court having jurisdiction to consider the Motion and the relief requested therein; venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and upon the record herein; and after due deliberation thereon; and good and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1.  The Motion is **GRANTED** as set forth herein.

2.  The Designated Leases listed on Exhibit A are, or shall be, deemed rejected effective as of the Rejection Date indicated on Exhibit A.

3.  The counterparties to the Designated Leases shall be prohibited from setting off or otherwise using security deposits or other monetary deposits in their possession or control to reduce their claim(s) against the Debtors without prior Court approval.

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

Page: 3
Debtors: New England Motor Freight, Inc., *et al.*
Case No.: 19-12809 (JKS)
Caption: Order (I) Authorizing the Rejection of Certain Unexpired Leases of Non-Residential Real Property, (II) Authorizing the Abandonment of Related Property, (III) Establishing a Claims Bar Date, as Applicable, and (IV) Granting Related Relief

---

4. Any party in interest that asserts a claim arising out of, or related to, the rejection of Designated Leases and/or the removal or disposition of Related Property, must file a proof of claim *by the later of* either: (i) the deadline established in these Chapter 11 Cases for the filing of proofs of claim ("Claims Bar Date") or (ii) sixty (60) days after the Rejection Date (the "Rejection Bar Date" and together with the Claims Bar Date, the "Bar Date"). If such a claim is not filed by the applicable Bar Date, said claim shall be barred from receiving any distribution in these Chapter 11 Cases.

5. The rights of all parties, including the Debtors, to contest any and all claims arising out of, or related to, the rejection by the Debtors of Designated Leases and/or the removal or disposition of Related Property are fully preserved.

6. The Debtors are deemed to have abandoned the Related Property as of the applicable Rejection Date. Moreover, the landlord of any premises subject to a Designated Lease may, in their sole discretion and without further notice, dispose of such Related Property on or after the applicable Rejection Date without liability to the Debtors or third parties and, to the extent applicable, the automatic stay is modified to allow such disposition. The Debtors shall use reasonable efforts to remove any leased Related Property from the premises subject to a Designated Lease prior to the applicable Rejection Date.

7. The right of any party-in-interest to assert a claim against the Debtors' estate for costs associated with the removal or disposition of Related Property is fully preserved; provided that any such claim must be filed by the applicable Bar Date; and provided further that the rights of all parties, including those of the Debtors, to contest any such claim are fully preserved.

Page:    4
Debtors:    New England Motor Freight, Inc., *et al.*
Case No.:    19-12809 (JKS)
Caption:    Order (I) Authorizing the Rejection of Certain Unexpired Leases of Non-Residential Real Property, (II) Authorizing the Abandonment of Related Property, (III) Establishing a Claims Bar Date, as Applicable, and (IV) Granting Related Relief

---

8. The Debtors shall notify any party known by the Debtors to assert or hold an interest in the Related Property by service of this Order on such party.

9. The requirements set forth in Bankruptcy Rules 6006 and 6007 and Local Rule 6007-1, are satisfied by the contents of the Motion or otherwise deemed waived.

10. Consistent with Bankruptcy Rule 6006(g), this Order constitutes a separate order with respect to each Designated Lease and the notice of rejection of such Designated Lease covered hereby.

11. The requirement set forth in Local Rule 9013-1(a)(3) that any motion or other request for relief be accompanied by a memorandum of law is hereby deemed satisfied by the contents of the Motion or otherwise waived.

12. The Debtors are authorized and empowered to take all actions necessary to implement the relief granted in this Order.

13. Notwithstanding any applicability of any of the Bankruptcy Rules, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

14. The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation of this Order.

# EXHIBIT A

| Landlord Name & Address | Designated Lease Location[1] | Related Property[2] | Name/Address for Related Property (if applicable) | Rejection Date |
|---|---|---|---|---|
| MERI PROPERTIES, LLC<br>c/o AMZ Management LLC<br>1-71 North Ave E<br>Elizabeth, NJ 07201 | 475 Research Parkway<br>Meriden, CT 06450 | TBD | TBD | 3/15/2019 |
| 15 Middletown Ave. Corp.<br>c/o AMZ Management LLC<br>1-71 North Ave E<br>Elizabeth, NJ 07201 | 15 Middletown Ave.<br>North Haven, CT | NA | NA | 3/15/2019 |
| Quest Workspaces<br>515 North Flagler Drive<br>Suite P-300<br>West Palm Beach, FL 33401 | 515 North Flagler Drive<br>Suite P-300<br>West Palm Beach, FL 33401 | TBD | TBD | 3/15/2019 |
| Caleast Nat, LLC<br>Attn: Amanda Longworth, Accts Rec<br>Bank of America<br>1808 Swift Dr Ste A<br>Oak Brook, IL 60523 | 2300 Landmeier Road<br>Elk Grove Village, IL 60007 | TBD | TBD | 4/15/2019 |
| RLF I-A SPE, LLC<br>Attn: Shannon Singleton<br>201 West St, Ste 200<br>Annapolis, MD 21401 | 23348 West Eames Street<br>Channahon, IL 60410 | TBD | TBD | 3/31/2019 |
| Fort Wayne Terminal LLC<br>c/o AMZ Management LLC<br>1-71 North Ave E<br>Elizabeth, NJ 07201 | 2532 Bremer Road<br>Fort Wayne, IN 46803 | TBD | TBD | 3/15/2019 |
| Belmont & Indianapolis Terminal Partnership<br>8463 Castlewood Drive<br>Indianapolis, IN 46250 | 1702 South Belmont Avenue<br>Indianapolis, IN 46221 | TBD | TBD | 3/31/2019 |
| NORTH RED TRUCK CORP<br>c/o AMZ Management LLC<br>1-71 North Ave E<br>Elizabeth, NJ 07201 | 90 Concord Street<br>North Reading, MA<br>01864-2607 | TBD | TBD | Upon Surrender |
| SPRINGFIELD TERMINAL CORP<br>c/o AMZ Management LLC<br>1-71 North Ave E<br>Elizabeth, NJ 07201 | 1311 Union Street<br>Springfield, MA 01089 | TBD | TBD | 3/15/2019 |
| 3600 GEORGETOWN CORP<br>c/o AMZ Management LLC<br>1-71 North Ave E<br>Elizabeth, NJ 07201 | 1508 John Avenue<br>Baltimore, MD 21227 | TBD | TBD | 3/15/2019 |
| NORTHEAST Commerce Center I LLC<br>c/o AMZ Management LLC<br>1-71 North Ave E<br>Elizabeth, NJ 07201 | 3 Center Drive<br>Northeast, MD 21901-2406 | TBD | TBD | Upon Surrender |
| 16503 Hunters Green, LLC<br>Attn: Rachel<br>P O Box 4217<br>Hagerstown, MD 21741-4217 | 16503 Hunters Green Parkway<br>Hagerstown, MD 21740 | TBD | TBD | 3/31/2019 |

| Landlord Name & Address | Designated Lease Location[1] | Related Property[2] | Name/Address for Related Property (if applicable) | Rejection Date |
|---|---|---|---|---|
| Perry Road, LLC<br>c/o AMZ Management LLC<br>1-71 North Ave E<br>Elizabeth, NJ 07201 | 34 Perry Road<br>Bangor, ME | NA | NA | 3/15/2019 |
| Fair Terminal Corp.<br>c/o AMZ Management LLC<br>1-71 North Ave E<br>Elizabeth, NJ 07201 | 7 Mansion Libby Road<br>Portland, ME 04074-8983 | TBD | TBD | Upon Surrender |
| CONCORD TERMINAL LLC<br>c/o AMZ Management LLC<br>1-71 North Ave E<br>Elizabeth, NJ 07201 | 118 Hall Street<br>Concord, NH 03301 | TBD | TBD | 3/15/2019 |
| NORTH AVENUE EAST, LLC<br>c/o AMZ Management LLC<br>1-71 North Ave E<br>Elizabeth, NJ 07201 | 1-71 North Avenue East<br>Elizabeth, NJ 07201-2958 | TBD | TBD | Upon Surrender |
| UNITED EXPRESS LINES INC.<br>c/o AMZ Management LLC<br>1-71 North Ave E<br>Elizabeth, NJ 07201 | 1618 Union Avenue<br>Pennsauken, NJ 08110 | TBD | TBD | Upon Surrender |
| HOLLYWOOD CORP<br>c/o AMZ Management LLC<br>1-71 North Ave E<br>Elizabeth, NJ 07201 | 310 Hollywood Avenue<br>South Plainfield, NJ 07080-4202 | TBD | TBD | Upon Surrender |
| Nancy SB Corp<br>c/o AMZ Management LLC<br>1-71 North Ave E<br>Elizabeth, NJ 07201 | 4315 Albany Street<br>Colonie, NY 12205 | TBD | TBD | 3/15/2019 |
| Thru View, LLC<br>c/o AMZ Management LLC<br>1-71 North Ave E<br>Elizabeth, NJ 07201 | 38 Old Karner Road<br>Colonie, NY | TBD | TBD | 3/15/2019 |
| Babco LLC<br>c/o AMZ Management LLC<br>1-71 North Ave E<br>Elizabeth, NJ 07201 | 159 Eads Street<br>West Babylon, NY | TBD | TBD | 3/15/2019 |
| OLD BETH LLC<br>c/o AMZ Management LLC<br>1-71 North Ave E<br>Elizabeth, NJ 07201 | 1 Imperatore Drive<br>Bethpage, NY 11804 | TBD | TBD | 3/15/2019 |
| William L. Ecker and Terry Ecker<br>Claims Office<br>5322 Wheeler Rd<br>Jordan, NY 13080 | 5302 Wheeler Road<br>Jordan, NY | TBD | TBD | Upon Surrender |
| ZACH CORP<br>c/o AMZ Management LLC<br>1-71 North Ave E<br>Elizabeth, NJ 07201 | 91 Sulfur Springs Road<br>Owego, NY 13827 | TBD | TBD | 3/15/2019 |

| Landlord Name & Address | Designated Lease Location[1] | Related Property[2] | Name/Address for Related Property (if applicable) | Rejection Date |
|---|---|---|---|---|
| JON S. CORP c/o AMZ Management LLC 1-71 North Ave E Elizabeth, NJ 07201 | 410 Grand Island Boulevard Tonawanda, NY 14150-6505 | TBD | TBD | Upon Surrender |
| ORANGE TRUCK CORP c/o AMZ Management LLC 1-71 North Ave E Elizabeth, NJ 07201 | 194 Neelytown Road Montgomery, NY 12549-2821 | TBD | TBD | Upon Surrender |
| MERCOHEN CORP c/o AMZ Management LLC 1-71 North Ave E Elizabeth, NJ 07201 | 50 Louise Street Rochester, NY 14606 | TBD | TBD | 3/15/2019 |
| 6867 Schuyler Road LLC c/o AMZ Management LLC 1-71 North Ave E Elizabeth, NJ 07201 | 68-67 Schuyler Road Dewitt, NY 13457 | TBD | TBD | 3/15/2019 |
| SCHUYLER ROAD CORP c/o AMZ Management LLC 1-71 North Ave E Elizabeth, NJ 07201 | 7201 Schuyler Road East Syracuse, NY 13057 | TBD | TBD | 3/15/2019 |
| Clermont Holdings, LLC 901 Adams Crossing Cincinnati, OH 45202 | 2500 Commerce Blvd. Cincinnati, OH 45241 | TBD | TBD | 3/31/2019 |
| Seabreeze North Corp P O Box 535 2958 Brecksville Rd Richfield, OH 44286-0535 | 3024 Brecksville Road, Suite A Richfield, OH 44286 | TBD | TBD | 3/31/2019 |
| COLUMBUS TERMINAL LLC c/o AMZ Management LLC 1-71 North Ave E Elizabeth, NJ 07201 | 1700 Georgesville Road Columbus, OH 43228-3620 | TBD | TBD | Upon Surrender |
| TOLEDO TERMINAL LLC c/o AMZ Management LLC 1-71 North Ave E Elizabeth, NJ 07201 | 1260 Matzinger Road Toledo, OH 43612-3849 | TBD | TBD | Upon Surrender |
| Camphill Terminal LLC c/o AMZ Management LLC 1-71 North Ave E Elizabeth, NJ 07201 | 2875 Appleton Street Camp Hill, PA 17011 | NA | NA | Upon Surrender |
| AMERACH LP c/o AMZ Management LLC 1-71 North Ave E Elizabeth, NJ 07201 | 2800 Appleton Street Camp Hill, PA 17011-8001 | TBD | TBD | Upon Surrender |
| Work Street, LLC c/o AMZ Management LLC 1-71 North Ave E Elizabeth, NJ 07201 | 2550 South Work Street Falconer, NY 14733 | TBD | TBD | 3/15/2019 |
| LEHCO LP c/o AMZ Management LLC 1-71 North Ave E Elizabeth, NJ 07201 | 457 Mahoning Drive Lehighton, PA 18235-9701 | TBD | TBD | Upon Surrender |

| Landlord Name & Address | Designated Lease Location[1] | Related Property[2] | Name/Address for Related Property (if applicable) | Rejection Date |
|---|---|---|---|---|
| 12731 RTE. 30 CORP c/o AMZ Management LLC 1-71 North Ave E Elizabeth, NJ 07201 | 12731 Route 30 West Irwin, PA 15642 | TBD | TBD | 3/15/2019 |
| North Turbo Corp. c/o AMZ Management LLC 1-71 North Ave E Elizabeth, NJ 07201 | RD #1 (Parcel 00-008-024A) Town of Watsontown Township of Delaware, PA | TBD | TBD | 3/15/2019 |
| MILTON PROPERTIES LP c/o AMZ Management LLC 1-71 North Ave E Elizabeth, NJ 07201 | 110 Sodom Road Milton, PA 17847 | TBD | TBD | 3/15/2019 |
| D M Express URB GARDEN HILLS CALLE MEADOW LANE A5 Guaynabo, PR 00966 | Puerto Rico Centro Mercantil Internacional EDIF 5 Local 1 Guaynabo, PR 00966-3919 | TBD | TBD | 3/31/2019 |
| 55 DELTA LLC c/o AMZ Management LLC 1-71 North Ave E Elizabeth, NJ 07201 | 400 Division Street (Lot 0337) Pawtucket, RI 02860 | TBD | TBD | 3/15/2019 |
| 55 DELTA LLC c/o AMZ Management LLC 1-71 North Ave E Elizabeth, NJ 07201 | 466 Division Street (Lot 0705) Pawtucket, RI 02860 | TBD | TBD | 3/15/2019 |
| 55 DELTA LLC c/o AMZ Management LLC 1-71 North Ave E Elizabeth, NJ 07201 | 55 Delta Drive (Lot 0344) Pawtucket, RI 02860 | TBD | TBD | 3/15/2019 |
| 345 Walcott Street, LLC c/o AMZ Management LLC 1-71 North Ave E Elizabeth, NJ 07201 | 345 Walcott St Pawtucket, RI | TBD | TBD | 3/15/2019 |
| Jafray Realty Inc. c/o Pascal Service Corporation 51 Delta Drive Pawtucket, RI 02860 | 51 Delta Drive Pawtucket, RI 02860 | NA | NA | 3/31/2019 |
| RICHMOND TERMINAL LLC c/o AMZ Management LLC 1-71 North Ave E Elizabeth, NJ 07201 | 6110 Jefferson Davis Highway Richmond, VA 23234 | TBD | TBD | 3/15/2019 |
| MG Roanoke/Plantation LLC 5607 Grove St Richmond, VA 23226 | 1919 Plantation Road NE Roanoke, VA 24012 | TBD | TBD | 3/31/2019 |
| Burmont LLC c/o AMZ Management LLC 1-71 North Ave E Elizabeth, NJ 07201 | 1087 Avenue D Extension Williston, VT 05495 | TBD | TBD | 3/15/2019 |

| Landlord Name & Address | Designated Lease Location[1] | Related Property[2] | Name/Address for Related Property (if applicable) | Rejection Date |
|---|---|---|---|---|
| PCG, Inc<br>Attn: Pat Graney<br>412 Tennessee Ave<br>Charleston, WV 25302 | 500 River East Drive<br>Belle, WV 25015 | TBD | TBD | 3/31/2019 |

[1]. Shaded Designated Leases indicates an Auction Location.
[2]. Related Property being abandoned by the Debtors may include property in which a third-party has an interest.