UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Order Filed on April 20, 2019 by
Clerk U.S. Bankruptcy Court
District of New Jersey**

KLEHR HARRISON HARVEY BRANZBURG, LLP

(A Pennsylvania Limited Liability Partnership)

10000 Lincoln Drive East, Suite 201
Marlton, New Jersey 08053

Telephone:  (856) 486-7900
Facsimile:   (856) 486-4875

Charles A. Ercole, Esquire (cercole@klehr.com)
Rona J. Rosen, Esquire (rrosen@klehr.com)
Christopher J. Leavell (cleavell@klehr.com)

*Attorneys for Class Plaintiffs and the Putative Class*

| | |
|---|---|
| In re: | Chapter 11 |
| | Jointly Administered |
| NEW ENGLAND MOTOR FREIGHT, INC., *et al.*,[1] | Case No. 19-12809 (JKS) |
| Debtors. | Judge: John K. Sherwood |

**ORDER GRANTING APPLICATION OF KLEHR HARRISON HARVEY BRANZBURG
LLP FOR COUNSEL FEES PURSUANT TO 9019 ORDER APPROVING GLOBAL
EMPLOYEE SETTLEMENTS MOTION**

The relief set forth on the following page is hereby ORDERED.

**DATED: April 20, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows:  New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC (4357; MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMF Logistics, LLC (4666).

Page 2
Debtors: New England Motor Freight, Inc. et al.
Case No.: 19-12809-JKS
Caption: Order Granting Application Of Klehr Harrison Harvey Branzburg LLP For Counsel
Fees Pursuant To 9019 Order Approving Global Employee Settlements Motion

Upon consideration of the *Application of Klehr Harrison Harvey Branzburg LLP for Counsel Fees* (the "Application"); and the record before the Court; and for cause shown,

IT IS HEREBY ORDERED

That Klehr Harrison Harvey Branzburg, LLP's Application is granted, and it is awarded $300.000.00 as compensation for services; and

IT IS HEREBY FURTHER ORDERED

That this amount shall be paid pursuant to the terms of the Global Employee Settlements approved by this Court on March 1, 2019.