UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
**Caption in compliance with D.N.J. LBR 9004-1**

**GIBBONS P.C.**
Karen A. Giannelli, Esq.
Mark B. Conlan, Esq.
Brett S. Theisen, Esq.
One Gateway Center
Newark, New Jersey  07102
Telephone:  (973) 596-4500
Facsimile:   (973) 596-0545
E-mail:  kgiannelli@gibbonslaw.com
         mconlan@gibbonslaw.com
         btheisen@gibbonslaw.com

*Counsel to the Debtors*
*and Debtors-in-Possession*

---

In re:

NEW ENGLAND MOTOR FREIGHT, INC., *et al.*,

Debtors. [1]

Chapter 11

Case No. 19-12809 (JKS)
(Jointly Administered)

**Hearing Date:  April 30, 2019 @ 11:00 a.m.**

**Judge:  Hon. John K. Sherwood**

---

**ADJOURNMENT REQUEST**

1.   I, BRETT S. THEISEN, ESQ.,

    ☒   am the attorney for: New England Motor Freight, Inc. *et al.*, Debtors and Debtors in Possession,

    ☐   am self represented,

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows:  New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC (4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMF Logistics, LLC (4666).

2720179.1 115719-100281

and request an adjournment of the following hearing for the reason set forth below.

Matter: <u>RLI Insurance Company's Motion to Lift the Automatic Stay to Cancel Surety Bonds [Dkt. No. 432]</u>

Current hearing date and time: <u>April 30, 2019 @ 11:00 a.m.</u>

New date requested: <u>May 21, 2019</u>

Reason for adjournment request: <u>The Motion seeks relief from the automatic stay to deem effective notices of cancellations of certain surety bonds issued to the Debtors pre-petition, or, in the alternative, to permit RLI to cancel those surety bonds. The Debtors are in discussions with RLI to reach a consensual resolution to the Motion.</u>

2. Consent to adjournment:

☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: April 22, 2019                             /s/ *Brett S. Theisen*
                                                 Brett S. Theisen, Esq.

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted            New hearing date: <u>5/21/19 at 10:00 AM</u>        ☐ Peremptory

☐ Granted over objection(s)   New hearing date: _____        ☐ Peremptory

☐ Denied

2720179.1 115719-100281