IN THE UNITED STATES BANKRUPTCY
COURT FOR THE DISTRICT OF NEW JERSEY

**Caption in compliance with D.N.J. LBR 9004-1**

**McELROY, DEUTSCH, MULVANEY, & CARPENTER, LLP**
1300 Mount Kemble Ave.
P.O. Box 2075
Morristown, New Jersey 07962
Phone: (973) 425-8660
Facsimile: (973) 425-0161
Gary D. Bressler, Esq.
Virginia T. Shea, Esq.
gbressler@mdmc-law.com
vshea@mdmc-law.com
*Counsel to Mack Trucks, Inc.*

| | |
|---|---|
| In Re: | Case Number: 19-12809-JKS |
| NEW ENGLAND MOTOR FREIGHT, INC. *et al*[1]. | Chapter 11 |
| Debtors. | Jointly Administered |

## CERTIFICATE OF CONSENT REGARDING STIPULATION AND CONSENT ORDER REGARDING THE RETURN AND OWNERSHIP OF TWO PROTOTYPE VEHICLES IN THE DEBTOR'S POSSESSION

I HEREBY CERTIFY that with respect to the copy of the captioned Consent Order submitted to the Court, the following conditions have been met:

(a)   The terms of the copy of the consent order submitted to the Court are identical to those set forth in the original consent order;

(b)   The signatures represented by the /s/_____ on the copy of the consent order submitted to the Court reference the signatures of consenting parties obtained on the original consent order;

(c)   I will retain the original consent order for a period of seven years from the date of closing of the case or adversary proceeding;

(d)   I will make the original consent order available for inspection upon request of the Court or any party in interest; and

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC (4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMF Logistics, LLC (4666).

Final paragraph options:

☐ (e) *If submitting the consent order and this certification to the Court conventionally*, I acknowledge the signing of same for all purposes, including those under Fed. R. Bankr.P 9011 (sign certification in pen and ink and the Court will scan);

☒ (e) *If submitting the consent order and this certification to the Court electronically via the presiding judge's e mail box, as a registered Participant of the Court's Case Management/ Electronic Files (CM/ECF) System*, I will simultaneously electronically file this certification with the Court, by use of my login and password, thereby signing same for all purposes including those under Fed. R. Bankr.P 9011 (sign certification with a /s/_____).

                                        **McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP**
                                        *Counsel for Mack Trucks, Inc.*

                        By:    */s/Gary D. Bressler*
                               Gary D. Bressler

Dated: April 23, 2019

−2−