**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 19-12809 (JKS)<br><br>(Jointly Administered) |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK  )
                   ) ss:
COUNTY OF KINGS    )

I, Edward A. Calderon, declare:

1. I am over the age of 18 years and not a party to these chapter 11 cases.

2. I am employed by Donlin, Recano & Company, Inc., ("DRC"), 6201 15th Avenue, Brooklyn, NY 11219.

3. On the 17th day of April, 2019, at my direction and under my supervision, employees of DRC caused to serve the "Order (I) Approving the Terms of the Debtors' Key Employee Retention Plan, (II) Authorizing Implementation of Debtors' Key Employee Retention Plan, as Amended, and (III) Granting Related Relief" (Docket No. 474), via Electronic Mail upon the parties as set forth on Exhibit 1, via First Class U.S. Mail upon the parties as set forth in Exhibit 2, attached hereto.

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 18th day of April, 2019, Brooklyn, New York.

*[signature]*
Edward A. Calderon

Sworn before me this
18th day of April, 2019

*[signature]*
Notary Public

SUNG JAE KIM
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01KI6211176
COMM. EXP. September 14, 2021

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC (4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMF Logistics, LLC (4666).

**EXHIBIT 1**

Case 19-12809-JKS    Doc 488    Filed 04/23/19    Entered 04/23/19 16:15:49    Desc Main
Document      Page 2 of 7

Case 19-12809-JKS    Doc 488    Filed 04/23/19    Entered 04/23/19 16:15:49    Desc Main
Document      Page 8 of 17

New England Motor Freight, Inc., et al.
Electronic Mail
Exhibit Page

Page # : 1 of 2                                                                                    04/17/2019 06:35:03 PM

| | | | |
|---|---|---|---|
| 000110P001-1413S-104<br>ALAN J. BRODY, ESQ.<br>GREENBERG TRAURIG, LLP<br>500 CAMPUS DR, STE 400<br>FLORHAM PARK NJ 07932-0677<br>BRODYA@GTLAW.COM | 000118P001-1413S-104<br>ANTHONY SODONO, III, ESQ.<br>SARI B. PLACONA MCMANIMON<br>SCOTLAND & BAUMANN<br>75 LIVINGSTON AVE<br>ROSELAND NJ 07068<br>ASODONO@MSBNJ.COM | 000118P001-1413S-104<br>ANTHONY SODONO, III, ESQ.<br>SARI B. PLACONA MCMANIMON<br>SCOTLAND & BAUMANN<br>75 LIVINGSTON AVE<br>ROSELAND NJ 07068<br>SPLACONA@MSBNJ.COM | 000117P001-1413S-104<br>CHRISTOPHER A. LYNCH, ESQ.<br>REED SMITH LLP<br>599 LEXINGTON AVE<br>NEW YORK NY 10022<br>CLYNCH@REEDSMITH.COM |
| 000114P001-1413S-104<br>DAVID A. PISCIOTTA, ESQ.<br>LOUIS A. CURCIO, ESQ.<br>TROUTMAN SANDERS<br>875 THIRD AVENUE<br>NEW YORK NY 10022<br>DAVID.PISCIOTTA@TROUTMAN.COM | 000114P001-1413S-104<br>DAVID A. PISCIOTTA, ESQ.<br>LOUIS A. CURCIO, ESQ.<br>TROUTMAN SANDERS<br>875 THIRD AVENUE<br>NEW YORK NY 10022<br>LOUIS.CURCIO@TROUTMAN.COM | 000087P003-1413S-104<br>ELLIOT GREENLEAF<br>R X ZAHRALDDIN- ARAVENA;JONATHAN M STEMERMAN<br>SARAH DENIS<br>1105 MARKET ST STE 1700<br>WILMINGTON DE 19801<br>RXZA@ELLIOTTGREENLEAF.COM | 000087P003-1413S-104<br>ELLIOT GREENLEAF<br>R X ZAHRALDDIN- ARAVENA;JONATHAN M STEMERMAN<br>SARAH DENIS<br>1105 MARKET ST STE 1700<br>WILMINGTON DE 19801<br>JMS@ELLIOTTGREENLEAF.COM |
| 000087P003-1413S-104<br>ELLIOT GREENLEAF<br>R X ZAHRALDDIN- ARAVENA;JONATHAN M STEMERMAN<br>SARAH DENIS<br>1105 MARKET ST STE 1700<br>WILMINGTON DE 19801<br>SXD@ELLIOTTGREENLEAF.COM | 000120P001-1413S-104<br>EVAN S. GOLDSTEIN UPDIKE<br>KELLY & SPELLACY, P.C.<br>100 PEARL STREET 17TH FLOOR<br>PO BOX 231277<br>HARTFORD CT 06103<br>EGOLDSTEIN@UKS.COM | 000121P001-1413S-104<br>GARY D. BRESSLER, ESQ.<br>MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP<br>300 DELAWARE AVE, STE 770<br>WILMINGTON DE 19801<br>GBRESSLER@MDMC-LAW.COM | 000027P001-1413S-104<br>IAM NATIONAL PENSION FUND<br>RYK TIERNEY EXEC DIR AND RAYMOND GOAD JR GC<br>1300 CONNECTICUT AVE<br>STE 300<br>WASHINGTON DC 20036<br>contact@iamnpf.org |
| 000115P001-1413S-104<br>JOSEPH LUBERTAZZI, ESQ.<br>PETER M. KNOB, ESQ.<br>MCCARTER & ENGLISH<br>100 MULBERRY ST FOUR GATEWAY CENTER<br>NEWARK NJ 07102<br>PKNOB@MCCARTER.COM | 000115P001-1413S-104<br>JOSEPH LUBERTAZZI, ESQ.<br>PETER M. KNOB, ESQ.<br>MCCARTER & ENGLISH<br>100 MULBERRY ST FOUR GATEWAY CENTER<br>NEWARK NJ 07102<br>JLUBERTAZZI@MCCARTER.COM | 000112P001-1413S-104<br>LISA BITTLE TANCREDI, ESQ.<br>DAVID FONTANA, ESQ.<br>GEBHARDT & SMITH LLP<br>ONE SOUTH ST, STE 2200<br>BALTIMORE MD 21202-3281<br>LTANCREDI@GEBSMITH.COM | 000112P001-1413S-104<br>LISA BITTLE TANCREDI, ESQ.<br>DAVID FONTANA, ESQ.<br>GEBHARDT & SMITH LLP<br>ONE SOUTH ST, STE 2200<br>BALTIMORE MD 21202-3281<br>DFONT@GEBSMITH.COM |
| 000086P001-1413S-104<br>LOWENSTEIN SANDLER LLP<br>MARY E SEYMOUR;JOSEPH J DIPASQUALE<br>ONE LOWENSTEIN DRIVE<br>ROSELAND NJ 07068<br>MSEYMOUR@LOWENSTEIN.COM | 000086P001-1413S-104<br>LOWENSTEIN SANDLER LLP<br>MARY E SEYMOUR;JOSEPH J DIPASQUALE<br>ONE LOWENSTEIN DRIVE<br>ROSELAND NJ 07068<br>JDIPASQUALE@LOWENSTEIN.COM | 000111P001-1413S-104<br>MARK LISCIO, ESQ.<br>NEAL MODI, ESQ. / SCOTT TALMADGE, ESQ.<br>FRESHFIELDS BRUCKHAUS DERINGER US LLP<br>601 LEXINGTON AVE, 31ST FL<br>NEW YORK NY 10022<br>MARK.LISCIO@FRESHFIELDS.COM | 000111P001-1413S-104<br>MARK LISCIO, ESQ.<br>NEAL MODI, ESQ. / SCOTT TALMADGE, ESQ.<br>FRESHFIELDS BRUCKHAUS DERINGER US LLP<br>601 LEXINGTON AVE, 31ST FL<br>NEW YORK NY 10022<br>NEAL.MODI@FRESHFIELDS.COM |
| 000111P001-1413S-104<br>MARK LISCIO, ESQ.<br>NEAL MODI, ESQ. / SCOTT TALMADGE, ESQ.<br>FRESHFIELDS BRUCKHAUS DERINGER US LLP<br>601 LEXINGTON AVE, 31ST FL<br>NEW YORK NY 10022<br>SCOTT.TALMADGE@FRESHFIELDS.COM | 000113P001-1413S-104<br>NORMAN N. KINEL, ESQ.<br>SQUIRE PATTON BOGGS (US) LLP<br>30 ROCKEFELLER PLAZA, 23RD FLOOR<br>NEW YORK NY 10012<br>NORMAN.KINEL@SQUIREPB.COM | 000116P001-1413S-104<br>ROBERT HORNBY, ESQ.<br>MICHAEL R. CARUSO, ESQ.<br>CHIESA SHAHINIAN & GIANTOMASI<br>ONE BOLAND DRIVE<br>WEST ORANGE NJ 07052<br>RHORNBY@CSGLAW.COM | 000116P001-1413S-104<br>ROBERT HORNBY, ESQ.<br>MICHAEL R. CARUSO, ESQ.<br>CHIESA SHAHINIAN & GIANTOMASI<br>ONE BOLAND DRIVE<br>WEST ORANGE NJ 07052<br>MCARUSO@CSGLAW.COM |

Case 19-12809-JKS    Doc 488    Filed 04/23/19    Entered 04/23/19 16:15:49    Desc Main
Document      Page eight of 

New England Motor Freight, Inc., et al.
Electronic Mail
Exhibit Page

Page # : 2 of 2                                                                                    04/17/2019 06:35:03 PM

| | | | |
|---|---|---|---|
| 000119P001-1413S-104<br>STEPHEN B. GROW, ESQ.<br>WARNER NORCROSS + JUDD LLP<br>111 LYON ST NW # 900<br>GRAND RAPIDS MI 49503<br>SGROW@WNJ.COM | 000035P002-1413S-104<br>SUPERIOR DISTRIBUTORS CO, INC<br>MARLENE; RICHARD KLEIN<br>4 MIDLAND AVE<br>ELMWOOD PARK NJ 07407<br>MARLENE@SUPERIORDISTRIBUTORSINC.COM | 000097P002-1413S-104<br>UNITED STATES DEPARTMENT OF JUSTICE<br>PETER J. D'AURIA,ESQ; MITCHELL HAUSMAN<br>OFFICE OF THE UNITED STATES TRUSTEE<br>ONE NEWARK CENTER STE 2100<br>NEWARK NJ 07102<br>PETER.J.D'AURIA@USDOJ.GOV | 000097P002-1413S-104<br>UNITED STATES DEPARTMENT OF JUSTICE<br>PETER J. D'AURIA,ESQ; MITCHELL HAUSMAN<br>OFFICE OF THE UNITED STATES TRUSTEE<br>ONE NEWARK CENTER STE 2100<br>NEWARK NJ 07102<br>MITCHELL.B.HAUSMAN@USDOJ.GOV |
| 000001P001-1413S-104<br>UNITED STATES TRUSTEE<br>ONE NEWARK CENTER, SUITE 2100<br>1085 RAYMOND BOULEVARD<br>NEWARK NJ 07102<br>jeffrey.m.sponder@usdoj.gov | 000001P001-1413S-104<br>UNITED STATES TRUSTEE<br>ONE NEWARK CENTER, SUITE 2100<br>1085 RAYMOND BOULEVARD<br>NEWARK NJ 07102<br>Mitchell.B.Hausman@usdoj.gov | 000001P001-1413S-104<br>UNITED STATES TRUSTEE<br>ONE NEWARK CENTER, SUITE 2100<br>1085 RAYMOND BOULEVARD<br>NEWARK NJ 07102<br>Peter.J.D'Auria@usdoj.gov | 000122P001-1413S-104<br>VIRGINIA T. SHEA, ESQ.<br>MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP<br>1300 MOUNT KEMBLE AVE<br>MORRISTOWN NJ 07962<br>VSHEA@MDMC-LAW.COM |
| 008874S001-1413A-104<br>WEBSTER CAPITAL FINANCE, INC<br>UPDIKE KELLY; EVAN GOLDSTEIN<br>100 PEARL ST 17TH FL<br>P.O. BOX 231277<br>HARTFORD CT 06123-1277<br>EGOLDSTEIN@UKS.COM | 008874S002-1413A-104<br>WEBSTER CAPITAL FINANCE, INC<br>NORRIS MCLAUGHLIN; MELISSA PENA<br>400 CROSSINGS BLVD 8TH FL<br>BRIDGEWATER NJ 08807<br>MAPENA@NORRIS-LAW.COM | | |

Records Printed :   34

**EXHIBIT 2**

# New England Motor Freight, Inc., et al.
## Exhibit Pages

Page # : 1 of 2                                                                                                                    04/17/2019 06:33:20 PM

| | | | |
|---|---|---|---|
| 000088P001-1413S-104<br>AAA COOPER TRANSPORTATION<br>TIFFANY ENGELHUBER<br>1751 KINSEY ROAD<br>DOTHAN AL 36303 | 000138P001-1413A-104<br>AGILE PREMIUM FINANCE<br>PO BOX 549<br>NEWARK NJ 07101-0549 | 000110P001-1413S-104<br>ALAN J. BRODY, ESQ.<br>GREENBERG TRAURIG, LLP<br>500 CAMPUS DR, STE 400<br>FLORHAM PARK NJ 07932-0677 | 000118P001-1413S-104<br>ANTHONY SODONO, III, ESQ.<br>SARI B. PLACONA MCMANIMON<br>SCOTLAND & BAUMANN<br>75 LIVINGSTON AVE<br>ROSELAND NJ 07068 |
| 000140P001-1413A-104<br>BANKDIRECT CAPITAL FINANCE<br>1122 FRANKLIN AVE<br>STE 200<br>GARDEN CITY NY 11530 | 008836P001-1413A-104<br>CATERPILLAR FINANCIAL SVC CORP<br>PO BOX 56347<br>JACKSONVILLE FL 32241-6347 | 000117P001-1413S-104<br>CHRISTOPHER A. LYNCH, ESQ.<br>REED SMITH LLP<br>599 LEXINGTON AVE<br>NEW YORK NY 10022 | 000123P001-1413S-104<br>DAIMLER TRUST<br>C/O BK SERVICING, LLC<br>ED GEZEL, AGENT<br>PO BOX 131265<br>ROSEVILLE MN 55113-0011 |
| 000114P001-1413S-104<br>DAVID A. PISCIOTTA, ESQ.<br>LOUIS A. CURCIO, ESQ.<br>TROUTMAN SANDERS<br>875 THIRD AVENUE<br>NEW YORK NY 10022 | 008840P001-1413A-104<br>DE LAGE LANDEN FINANCIAL SERVICES, INC<br>1111 OLD EAGLE SCHOOL RD<br>WAYNE PA 19087 | 000087P003-1413S-104<br>ELLIOT GREENLEAF<br>R X ZAHRALDDIN- ARAVENA;JONATHAN M STEMERMAN<br>SARAH DENIS<br>1105 MARKET ST STE 1700<br>WILMINGTON DE 19801 | 000120P001-1413S-104<br>EVAN S. GOLDSTEIN UPDIKE<br>KELLY & SPELLACY, P.C.<br>100 PEARL STREET 17TH FLOOR<br>PO BOX 231277<br>HARTFORD CT 06103 |
| 000121P001-1413S-104<br>GARY D. BRESSLER, ESQ.<br>MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP<br>300 DELAWARE AVE, STE 770<br>WILMINGTON DE 19801 | 000090P001-1413S-104<br>GUTTMAN OIL CO.<br>GREGORY J. CREIGHAN<br>200 SPEERS STREET<br>BELLE VERNON PA 15012 | 000027P001-1413S-104<br>IAM NATIONAL PENSION FUND<br>RYK TIERNEY EXEC DIR AND RAYMOND GOAD JR GC<br>1300 CONNECTICUT AVE<br>STE 300<br>WASHINGTON DC 20036 | 008851P001-1413A-104<br>IBM CREDIT LLC<br>ONE NORTH CASTLE DR<br>ARMONK NY 10504 |
| 000115P001-1413S-104<br>JOSEPH LUBERTAZZI, ESQ.<br>PETER M. KNOB, ESQ.<br>MCCARTER & ENGLISH<br>100 MULBERRY ST FOUR GATEWAY CENTER<br>NEWARK NJ 07102 | 000089P001-1413S-104<br>LANDSTAR TRANSPORTATION LOGISTICS, INC.<br>SPRYTE KIMMEY<br>13410 SUTTON PARK DR S<br>JACKSONVILLE FL 32224 | 000112P001-1413S-104<br>LISA BITTLE TANCREDI, ESQ.<br>DAVID FONTANA, ESQ.<br>GEBHARDT & SMITH LLP<br>ONE SOUTH ST, STE 2200<br>BALTIMORE MD 21202-3281 | 000086P001-1413S-104<br>LOWENSTEIN SANDLER LLP<br>MARY E SEYMOUR;JOSEPH J DIPASQUALE<br>ONE LOWENSTEIN DRIVE<br>ROSELAND NJ 07068 |
| 000111P001-1413S-104<br>MARK  LISCIO, ESQ.<br>NEAL MODI, ESQ. / SCOTT TALMADGE, ESQ.<br>FRESHFIELDS BRUCKHAUS DERINGER US LLP<br>601 LEXINGTON AVE, 31ST FL<br>NEW YORK NY 10022 | 000113P001-1413S-104<br>NORMAN N. KINEL, ESQ.<br>SQUIRE PATTON BOGGS (US) LLP<br>30 ROCKEFELLER PLAZA, 23RD FLOOR<br>NEW YORK NY 10012 | 008858P001-1413A-104<br>PEAPACK GLADESTONE BANK<br>LISA GALLO-CONKLIN MANAGING DIRECTOR<br>400 FRANK W BURR BLVD<br>TEANECK NJ 07666 | 008859P001-1413A-104<br>PEAPACK GLADESTONE BANK<br>DOUGLAS L KENNEDY PRESIDENT<br>710 RTE 46 EAST<br>STE 306<br>FAIRFIELD NJ 07004 |
| 000010P001-1413A-104<br>PNC BANK<br>ONE FINANCIAL PKWY<br>LOCATOR Z1-YB42-03-1<br>KALAMAZOO MI 49009 | 008860P001-1413A-104<br>PUBLIC SVC ELECTRIC AND GAS CO<br>80 PK PLZ<br>NEWARK NJ 07102 | 000116P001-1413S-104<br>ROBERT HORNBY, ESQ.<br>MICHAEL R. CARUSO, ESQ.<br>CHIESA SHAHINIAN & GIANTOMASI<br>ONE BOLAND DRIVE<br>WEST ORANGE NJ 07052 | 000119P001-1413S-104<br>STEPHEN B. GROW, ESQ.<br>WARNER NORCROSS + JUDD LLP<br>111 LYON ST NW # 900<br>GRAND RAPIDS MI 49503 |

**New England Motor Freight, Inc., et al.**
**Exhibit Pages**

Page # : 2 of 2                                                                                                04/17/2019 06:33:20 PM

| | | | |
|---|---|---|---|
| 000035P002-1413S-104<br>SUPERIOR DISTRIBUTORS CO, INC<br>MARLENE; RICHARD KLEIN<br>4 MIDLAND AVE<br>ELMWOOD PARK NJ 07407 | 008869P001-1413A-104<br>TRI STATE CAPITAL BANK<br>JOHN BUGLIONE SVP<br>RARITAN PLZ I<br>110 FIELDCREST AVE MAILBOX 11<br>EDISON NJ 08837 | 008870P001-1413A-104<br>TRI STATE CAPITAL BANK<br>KENNETH ORCHARD PRESIDENT<br>110 FIELDCREST AVE<br>MAIL BOX # 11<br>EDISON NJ 08837 | 000097P002-1413S-104<br>UNITED STATES DEPARTMENT OF JUSTICE<br>PETER J. D'AURIA,ESQ; MITCHELL HAUSMAN<br>OFFICE OF THE UNITED STATES TRUSTEE<br>ONE NEWARK CENTER STE 2100<br>NEWARK NJ 07102 |
| 000001P001-1413S-104<br>UNITED STATES TRUSTEE<br>ONE NEWARK CENTER, SUITE 2100<br>1085 RAYMOND BOULEVARD<br>NEWARK NJ 07102 | 000122P001-1413S-104<br>VIRGINIA T. SHEA, ESQ.<br>MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP<br>1300 MOUNT KEMBLE AVE<br>MORRISTOWN NJ 07962 | 008874P001-1413A-104<br>WEBSTER CAPITAL FINANCE, INC<br>LEGAL DEPT MO-325<br>145 BANK ST<br>WATERBURY CT 06702 | 008874S001-1413A-104<br>WEBSTER CAPITAL FINANCE, INC<br>UPDIKE KELLY; EVAN GOLDSTEIN<br>100 PEARL ST 17TH FL<br>P.O. BOX 231277<br>HARTFORD CT 06123-1277 |
| 008874S002-1413A-104<br>WEBSTER CAPITAL FINANCE, INC<br>NORRIS MCLAUGHLIN; MELISSA PENA<br>400 CROSSINGS BLVD 8TH FL<br>BRIDGEWATER NJ 08807 | 008874S003-1413A-104<br>WEBSTER CAPITAL FINANCE, INC<br>344 MAIN ST<br>KENSINGTON CT 06037 | | |

Records Printed :   38