---

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

LAW FIRM OF BRIAN W. HOFMEISTER, LLC
By: Brian W. Hofmeister, Esq.
3131 Princeton Pike, Building 5, Suite 110
Lawrenceville, New Jersey 08648
(609) 890-1500; (609) -890-6961-fax
bwh@hofmeisterfirm.com
Attorneys for Debtor

---

In Re:

NEW ENGLAND MOTOR FREIGHT, INC., et al.

Case No.: 19-12809

Chapter 11

Judge: JKS

# NOTICE OF MOTION FOR AN ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

United States Trustee Office
One Newark Center
Suite 2100
Newark, NJ 07102

Donald W Clarke, Esq.
Wasserman, Jurista & Stolz, P.C.
110 Allen Road, Suite 304
Basking Ridge, NJ 07920

Joseph J. DiPasquale, Esq.
Lowenstein Sandler LLP
One Lowenstein Drive
Roseland, NJ 07068

**PLEASE TAKE NOTICE** that the undersigned, attorneys for Creditor, Lawrence Banks ("Creditor") herein, shall appear before the Honorable John K. Sherwood, Judge, United States Bankruptcy Court, 50 Walnut Street, 3rd Floor, Newark, New Jersey, on the 28th day of May, 2019 at 10:00 in the forenoon, or as soon thereafter as counsel may be heard and shall apply for an Order Granting Relief from the Automatic Stay.

**YOUR RIGHTS MAY BE AFFECTED.**  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one).

**PLEASE TAKE FURTHER NOTICE** that, if you do not want the Court to enter an Order Granting Relief from the Automatic Stay, or if you want the Court to consider your views on this Motion, then on or before May 21, 2019, you or your attorney must:

File, with the Court, a written objection to this Motion, explaining your position to the Clerk, United States Bankruptcy Court, 50 Walnut Street, 3rd Floor, Newark, New Jersey 07102;

If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it on or before May 21, 2019.  You must also mail a copy to Brian W. Hofmeister, Esq., Law Firm of Brian W. Hofmeister, LLC, 3131 Princeton Pike, Building 5, Suite 110, Lawrenceville, New Jersey 08648; and

You must attend the hearing scheduled to be held on May 28, 2019 at 10:00 a.m. 50 Walnut Street, 3rd Floor, Newark, New Jersey.

**PLEASE TAKE FURTHER NOTICE** that if you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in this Motion and may enter an order granting the relief requested.

**PLEASE TAKE FURTHER NOTICE** that the undersigned shall rely upon the annexed Memorandum of Law.  In addition, if objections are submitted, the undersigned will be appearing for oral argument at the hearing.

                LAW FIRM OF BRIAN W. HOFMEISTER, LLC
                Attorneys for Creditor, Lawrence Banks

        BY:   */s/Brian W. Hofmeister*
                Brian W. Hofmeister

Dated: April 29, 2019