**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC., *et al.*, | Case No. 19-12809 (JKS) |
| Debtors.[1] | (Jointly Administered) |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                                          )  ss:
COUNTY OF KINGS      )

I, John Burlacu, declare:

1. I am over the age of 18 years and not a party to these chapter 11 cases.

2. I am employed by Donlin, Recano & Company, Inc., ("DRC"), 6201 15th Avenue, Brooklyn, NY 11219.

3. On the 30th day of April, 2019, at my direction and under my supervision, employees of DRC caused to serve the following documents:

    a. "Application Pursuant to Local Bankruptcy Rule 9021-1(b) for Entry of Consent Order in Lieu of Motion Resolving Certain Claims Asserted by Great Dane" (Docket No. 504); and

    b. "Certification of Consent Regarding Consent Order" (Docket No. 505),

    via Electronic Mail upon the parties as set forth on Exhibit 1, and via First Class U.S. Mail upon the parties as set forth in Exhibit 2, attached hereto.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC (4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMF Logistics, LLC (4666).

NEMF00120

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 1st day of May, 2019, Brooklyn, New York.

*John Burlacu*
John Burlacu

Sworn before me this
1st day of May, 2019

*Notary Public*

Jungwoo Song
Notary Public, State of New York
No. 02SO6231374
Qualified in Kings County
Commission Expires: Nov. 22, 2018 2022

# EXHIBIT 1

**New England Motor Freight, Inc., et al.**
**Electronic Mail**
**Exhibit Page**

Page # : 1 of 1                                                                                           04/30/2019 06:25:57 PM

| | | | |
|---|---|---|---|
| 000081P001-1413S-120<br>COLE SCHOTZ PC<br>MICHAEL D SIROTA,ESQ<br>COURT PLAZA NORTH<br>25 MAIN ST<br>HACKENSACK NJ 07601<br>MSIROTA@COLESCHOTZ.COM | 000082P001-1413S-120<br>COLE SCHOTZ PC<br>JACOB S FRUMKIN,ESQ<br>COURT PLAZA NORTH<br>25 MAIN ST<br>HACKENSACK NJ 07601<br>JFRUMKIN@COLESCHOTZ.COM | 000087P003-1413S-120<br>ELLIOT GREENLEAF<br>R X ZAHRALDDIN- ARAVENA;JONATHAN M STEMERMAN<br>SARAH DENIS<br>1105 MARKET ST STE 1700<br>WILMINGTON DE 19801<br>RXZA@ELLIOTTGREENLEAF.COM | 000087P003-1413S-120<br>ELLIOT GREENLEAF<br>R X ZAHRALDDIN- ARAVENA;JONATHAN M STEMERMAN<br>SARAH DENIS<br>1105 MARKET ST STE 1700<br>WILMINGTON DE 19801<br>JMS@ELLIOTTGREENLEAF.COM |
| 000087P003-1413S-120<br>ELLIOT GREENLEAF<br>R X ZAHRALDDIN- ARAVENA;JONATHAN M STEMERMAN<br>SARAH DENIS<br>1105 MARKET ST STE 1700<br>WILMINGTON DE 19801<br>SXD@ELLIOTTGREENLEAF.COM | 000086P001-1413S-120<br>LOWENSTEIN SANDLER LLP<br>MARY E SEYMOUR;JOSEPH J DIPASQUALE<br>ONE LOWENSTEIN DRIVE<br>ROSELAND NJ 07068<br>MSEYMOUR@LOWENSTEIN.COM | 000086P001-1413S-120<br>LOWENSTEIN SANDLER LLP<br>MARY E SEYMOUR;JOSEPH J DIPASQUALE<br>ONE LOWENSTEIN DRIVE<br>ROSELAND NJ 07068<br>JDIPASQUALE@LOWENSTEIN.COM | 000001P001-1413S-120<br>UNITED STATES TRUSTEE<br>ONE NEWARK CENTER, SUITE 2100<br>1085 RAYMOND BOULEVARD<br>NEWARK NJ 07102<br>jeffrey.m.sponder@usdoj.gov |
| 000001P001-1413S-120<br>UNITED STATES TRUSTEE<br>ONE NEWARK CENTER, SUITE 2100<br>1085 RAYMOND BOULEVARD<br>NEWARK NJ 07102<br>Mitchell.B.Hausman@usdoj.gov | 000001P001-1413S-120<br>UNITED STATES TRUSTEE<br>ONE NEWARK CENTER, SUITE 2100<br>1085 RAYMOND BOULEVARD<br>NEWARK NJ 07102<br>Peter.J.D'Auria@usdoj.gov | | |

Records Printed :  **10**

# EXHIBIT 2

**New England Motor Freight, Inc., et al.**
**Exhibit Page**

Page # : 1 of 1                                                                                             04/30/2019 06:25:12 PM

| 000081P001-1413S-120 | 000082P001-1413S-120 | 000087P003-1413S-120 | 000086P001-1413S-120 |
|---|---|---|---|
| COLE SCHOTZ PC | COLE SCHOTZ PC | ELLIOT GREENLEAF | LOWENSTEIN SANDLER LLP |
| MICHAEL D SIROTA,ESQ | JACOB S FRUMKIN,ESQ | R X ZAHRALDDIN- ARAVENA;JONATHAN M STEMERMAN | MARY E SEYMOUR;JOSEPH J DIPASQUALE |
| COURT PLAZA NORTH | COURT PLAZA NORTH | SARAH DENIS | ONE LOWENSTEIN DRIVE |
| 25 MAIN ST | 25 MAIN ST | 1105 MARKET ST STE 1700 | ROSELAND NJ 07068 |
| HACKENSACK NJ 07601 | HACKENSACK NJ 07601 | WILMINGTON DE 19801 | |

000001P001-1413S-120
UNITED STATES TRUSTEE
ONE NEWARK CENTER, SUITE 2100
1085 RAYMOND BOULEVARD
NEWARK NJ 07102

Records Printed : **5**