Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−12809−JKS
Chapter: 11
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   New England Motor Freight, Inc.
   1−71 North Ave E
   Elizabeth, NJ 07201

Social Security No.:

Employer's Tax I.D. No.:
   22−1977697

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

Please be advised that on May 3, 2019, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 531 − 498
Order Granting Application to Employ A. Atkins Appraisal Corp as Appraiser (Related Doc # 498). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 5/3/2019. (mg)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: May 3, 2019
JAN: mg

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 19-12809-JKS
New England Motor Freight, Inc.                                         Chapter 11
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin                 Page 1 of 3         Date Rcvd: May 03, 2019
                        Form ID: orderntc           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 05, 2019.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
app           +E-mail/Text: atkinsappraisal@aol.com May 04 2019 00:28:50    A. Atkins Appraisal Corp,,
               122 Clinton Road,   Fairfiled, NJ 07004-2900
                                                                                               TOTAL: 1

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 05, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 3, 2019 at the address(es) listed below:
      Alan J. Brody    on behalf of Creditor    JP Morgan Chase brodya@gtlaw.com,  NJLitDock@gtlaw.com
      Andrew R. Turner    on behalf of Interested Party    Protective Insurance Company
       courts@turnerlaw.net
      Andrew R. Turner    on behalf of Defendant    Protective Insurance Company courts@turnerlaw.net
      Anthony  Sodono, III    on behalf of Creditor Rasheeda  Carter asodono@msbnj.com
      Anthony  Sodono, III    on behalf of Defendant    Jalil Waters and Rashida Carter asodono@msbnj.com
      Anthony  Sodono, III    on behalf of Creditor Jalil  Walters asodono@msbnj.com
      Anthony  Sodono, III    on behalf of Creditor    Mercedes Benz Financial Services USA LLC
       asodono@msbnj.com
      Beth J. Rotenberg    on behalf of Creditor    Berkley Insurance Company brotenberg@csglaw.com,
       ecf@csglaw.com
      Blake D. Roth    on behalf of Creditor    Bridgestone Americas Tire Operations, LLC
       blake.roth@wallerlaw.com,
       chris.cronk@wallerlaw.com;deborah.liles@wallerlaw.com;katie.stenberg@wallerlaw.com
      Brett Steven Theisen    on behalf of Plaintiff    New England Motor Freight, Inc.
       btheisen@gibbonslaw.com
      Brett Steven Theisen    on behalf of Debtor    New England Motor Freight, Inc.
       btheisen@gibbonslaw.com
      Brian  Glass    on behalf of Interested Party    PA Department of Environmental Protection
       briaglass@pa.gov,   verkanova@pa.gov
      Brian W. Hofmeister    on behalf of Creditor Larry L. Banks bwh@hofmeisterfirm.com
      Catherine L. Corey    on behalf of Creditor    East River Energy, Inc, clcorey@nmmlaw.com
      Chad J. Toms    on behalf of Debtor    New England Motor Freight, Inc. ctoms@wtplaw.com
      Christopher  Lynch    on behalf of Creditor    Fifth Third Bank clynch@reedsmith.com
      Christopher John Leavell    on behalf of Plaintiff Dan  Webster cleavell@klehr.com,
       lclark@klehr.com
      Christopher John Leavell    on behalf of Interested Party    Class Plaintiffs at al
       cleavell@klehr.com,   lclark@klehr.com
      Christopher John Leavell    on behalf of Plaintiff Mary  Carlin cleavell@klehr.com,
       lclark@klehr.com
      Daniel  Stolz    on behalf of Debtor    New England Motor Freight, Inc. dstolz@wjslaw.com,
       dstolz@ecf.inforuptcy.com;msousa@wjslaw.com;btorres@ecf.inforuptcy.com
      David A. Pisciotta    on behalf of Creditor    Santander Bank, N.A.
       david.pisciotta@troutmansanders.com,   john.murphy@troutman.com;alissa.piccione@troutman.com
      David V. Fontana    on behalf of Creditor    TD Bank, N.A. dfont@gebsmith.com,
       ltancredi@gebsmith.com;klusby@gebsmith.com
      Deirdre E. Burke    on behalf of Creditor    Capital One, N.A. dburke@mccarter.com
      Denise A Kuhn    on behalf of Creditor Dept. of Revenue    Commonwealth of Pennsylvania, department
       of revenue dkuhn@attorneygeneral.gov

```
District/off: 0312-2          User: admin              Page 2 of 3            Date Rcvd: May 03, 2019
                              Form ID: orderntc        Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Donald W Clarke    on behalf of Debtor    New England Motor Freight, Inc. dclarke@wjslaw.com, dclarke@ecf.inforuptcy.com
        Eric Goldstein    on behalf of Creditor    United HealthCare Services, Inc. egoldstein@goodwin.com, bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com
        Evan S. Goldstein    on behalf of Creditor    Webster Capital Finance, Inc. egoldstein@uks.com
        Frank Peretore    on behalf of Creditor    Wells Fargo Equipment Finance, Inc. fperetore@csglaw.com
        Gail Lin Chung    on behalf of Plaintiff Rich    Richardson GL@outtengolden.com, jxh@outtengolden.com;jar@outtengolden.com;rsr@outtengolden.com;kdeleon@outtengolden.com;squinonez@outtengolden.com
        Gail Lin Chung    on behalf of Plaintiff Alice    Waters GL@outtengolden.com, jxh@outtengolden.com;jar@outtengolden.com;rsr@outtengolden.com;kdeleon@outtengolden.com;squinonez@outtengolden.com
        Gary D. Bressler    on behalf of Creditor    VFS US LLC gbressler@mdmc-law.com, kdeans@mdmc-law.com;sshidner@mdmc-law.com;dprimack@mdmc-law.com;bkleban@mdmc-law.com
        Gary D. Bressler    on behalf of Creditor    Volvo Financial gbressler@mdmc-law.com, kdeans@mdmc-law.com;sshidner@mdmc-law.com;dprimack@mdmc-law.com;bkleban@mdmc-law.com
        Gary D. Bressler    on behalf of Creditor    Mack Trucks, Inc. gbressler@mdmc-law.com, kdeans@mdmc-law.com;sshidner@mdmc-law.com;dprimack@mdmc-law.com;bkleban@mdmc-law.com
        Jacob Frumkin    on behalf of Interested Party    Great Dane LLC jfrumkin@coleschotz.com
        JoAnne M. Bonacci    on behalf of Creditor    RLI Insurance Company jbonacci@dbplawfirm.com
        John Phillip Schneider    on behalf of Creditor Committee    Official Committee Of Unsecured Creditors JPSchneider@mdmc-law.com
        John R. Morton, Jr.    on behalf of Creditor    CAB East LLC, serviced by Ford Motor Credit Company LLC ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
        Joseph Lubertazzi, Jr.    on behalf of Creditor    Capital One, N.A. jlubertazzi@mccarter.com
        Joseph J. DiPasquale    on behalf of Creditor Committee    Official Committee Of Unsecured Creditors jdipasquale@lowenstein.com
        Joseph L. Schwartz    on behalf of Creditor    Lucky's Energy Service, Inc. jschwartz@riker.com, mtrentin@riker.com
        Justin W. Gray    on behalf of Creditor Daniel    Rinaldi gray@maynardoconnorlaw.com, Sweeney@moscllp.com
        Karen A. Giannelli    on behalf of Debtor    NEMF World Transport, Inc. kgiannelli@gibbonslaw.com
        Karen A. Giannelli    on behalf of Plaintiff    United Express Solar, LLC kgiannelli@gibbonslaw.com
        Karen A. Giannelli    on behalf of Debtor    Jans Leasing Corp. kgiannelli@gibbonslaw.com
        Karen A. Giannelli    on behalf of Plaintiff    Eastern Freight Ways, Inc. kgiannelli@gibbonslaw.com
        Karen A. Giannelli    on behalf of Plaintiff    Hollywood Avenue Solar, LLC kgiannelli@gibbonslaw.com
        Karen A. Giannelli    on behalf of Debtor    New England Motor Freight, Inc. kgiannelli@gibbonslaw.com
        Karen A. Giannelli    on behalf of Debtor    Hollywood Avenue Solar, LLC kgiannelli@gibbonslaw.com
        Karen A. Giannelli    on behalf of Debtor    Apex Logistics, Inc. kgiannelli@gibbonslaw.com
        Karen A. Giannelli    on behalf of Plaintiff    Myar, LLC kgiannelli@gibbonslaw.com
        Karen A. Giannelli    on behalf of Plaintiff    MyJon, LLC kgiannelli@gibbonslaw.com
        Karen A. Giannelli    on behalf of Debtor    MyJon, LLC kgiannelli@gibbonslaw.com
        Karen A. Giannelli    on behalf of Plaintiff    Jans Leasing Corp. kgiannelli@gibbonslaw.com
        Karen A. Giannelli    on behalf of Debtor    Eastern Freight Ways, Inc. kgiannelli@gibbonslaw.com
        Karen A. Giannelli    on behalf of Debtor    United Express Solar, LLC kgiannelli@gibbonslaw.com
        Karen A. Giannelli    on behalf of Plaintiff    New England Motor Freight, Inc. kgiannelli@gibbonslaw.com
        Karen A. Giannelli    on behalf of Debtor    NEMF Logistics, LLC kgiannelli@gibbonslaw.com
        Karen A. Giannelli    on behalf of Plaintiff    NEMF World Transport, Inc. kgiannelli@gibbonslaw.com
        Karen A. Giannelli    on behalf of Plaintiff    Carrier Industries, Inc. kgiannelli@gibbonslaw.com
        Karen A. Giannelli    on behalf of Plaintiff    Apex Logistics, Inc. kgiannelli@gibbonslaw.com
        Karen A. Giannelli    on behalf of Debtor    Myar, LLC kgiannelli@gibbonslaw.com
        Karen A. Giannelli    on behalf of Debtor    Carrier Industries, Inc. kgiannelli@gibbonslaw.com
        Karen A. Giannelli    on behalf of Plaintiff    NEMF Logistics, LLC kgiannelli@gibbonslaw.com
        Kate R. Buck    on behalf of Creditor    Potomac Edison Company, Toledo Edison Company and West Penn Power Company kbuck@mccarter.com
        Kate R. Buck    on behalf of Creditor    Connecticut Light & Power Company, NStar Western Massachusetts, Yankee Gas Services Company, Colonial Gas Company, KeySpan Energy Delivery Long Island, Narragansett Electric Company and Niagara Mohawk kbuck@mccarter.com
        Kenneth L. Baum    on behalf of Creditor    Clermont Holdings, LLC kbaum@kenbaumdebtsolutions.com, fpisano@coleschotz.com
        Keri P. Ebeck    on behalf of Creditor    Guttman Energy, Inc. kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com
        Kevin Gordon McDonald    on behalf of Creditor    VW Credit Leasing, Ltd. kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
        Kevin M. Capuzzi    on behalf of Interested Party    Amazon.com Services, Inc., formerly Amazon Fulfillment Services, Inc. kcapuzzi@beneschlaw.com, debankruptcy@beneschlaw.com
        Louis A. Curcio    on behalf of Creditor    Santander Bank, N.A. louis.curcio@troutmansanders.com, John.Murphy@troutmansanders.com;jonathan.forstot@troutmansanders.com;david.pisciotta@troutmansanders.com
        Mark Platt    on behalf of Creditor    Omnitracs, LLC mplatt@fbtlaw.com
        Mark B Conlan    on behalf of Debtor    New England Motor Freight, Inc. mconlan@gibbonslaw.com
        Mark B Conlan    on behalf of Plaintiff    New England Motor Freight, Inc. mconlan@gibbonslaw.com
        Mary E. Seymour    on behalf of Creditor Committee    Official Committee Of Unsecured Creditors mseymour@lowenstein.com, echafetz@lowenstein.com

```
District/off: 0312-2                   User: admin                  Page 3 of 3                    Date Rcvd: May 03, 2019
                                       Form ID: orderntc            Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Melissa A. Pena    on behalf of Creditor    Webster Capital Finance, Inc. mapena@nmmlaw.com,
           pfreda@nmmlaw.com
          Michael D. Sirota    on behalf of Interested Party    Great Dane LLC msirota@coleschotz.com,
           fpisano@coleschotz.com
          Michael R. Caruso    on behalf of Creditor    Wells Fargo Equipment Finance, Inc.
           mcaruso@csglaw.com, ecf@csglaw.com
          Morris S. Bauer    on behalf of Creditor    East River Energy, Inc, msbauer@nmmlaw.com,
           mmarks@nmmlaw.com,relikens@nmmlaw.com,clcorey@nmmlaw.com
          Norman N Kinel    on behalf of Interested Party    East West Bank norman.kinel@squirepb.com,
           sarah.conley@squirepb.com;elliot.smith@squirepb.com
          Peter M. Knob    on behalf of Creditor    Capital One, N.A. pknob@mccarter.com,
           lrestivo@mccarter.com
          Rebecca Ann Solarz    on behalf of Creditor    VW Credit Leasing, Ltd rsolarz@kmllawgroup.com
          Richard Albuquerque    on behalf of Creditor MICHAEL   SINGLEY richarda@djdlawyers.com
          Richard S. Kanowitz    on behalf of Unknown Role Type    Ad Hoc Group of Tort Claimants
           rkanowitz@cooley.com, mklein@cooley.com;jindyke@cooley.com;efiling-notice@ecf.pacerpro.com
          Rick Aaron Steinberg    on behalf of Creditor    TOTE Maritime rsteinberg@pricemeese.com
          Robert A. Burke    on behalf of Defendant    Jenny Munson Andress, individually and as the
           Administratrix of the Estate of Herbert Andress rburke@macelree.com
          Robert E. Nies    on behalf of Creditor    Berkley Insurance Company rnies@csglaw.com
          Robert K. Scheinbaum    on behalf of Defendant    New Jersey Manufacturers Insurance Company a/s/o
           Phyllis A. Troy rscheinbaum@connellfoley.com
          Robert K. Scheinbaum    on behalf of Creditor    New Jersey Manufacturers
           rscheinbaum@connellfoley.com
          Rona J. Rosen    on behalf of Creditor    WARN Act Class Plaintiffs and Putative Class
           rrosen@klehr.com, cbbutler@klehr.com
          Sari Blair Placona    on behalf of Defendant    Jalil Waters and Rashida Carter splacona@msbnj.com
          Sari Blair Placona    on behalf of Creditor Rasheeda   Carter splacona@msbnj.com
          Sari Blair Placona    on behalf of Creditor    Mercedes Benz Financial Services USA LLC
           splacona@msbnj.com
          Sari Blair Placona    on behalf of Creditor Daryl & Kim   Martin splacona@msbnj.com
          Sari Blair Placona    on behalf of Creditor Jalil   Walters splacona@msbnj.com
          Scott J. Freedman    on behalf of Creditor    Corcentric, LLC sfreedman@dilworthlaw.com
          Seoung Y. Lim    on behalf of Creditor    Pantos USA, Inc. joshualim@kcllawfirm.com,
           denisemoreno@kcllawfirm.com,seankwak@kcllawfirm.com,jpark@kcllawfirm.com
          Stephen B. Ravin    on behalf of Creditor    Riggins, Inc. sravin@saul.com,  jgillman@saul.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          Virginia T. Shea    on behalf of Creditor    Volvo Financial vshea@mdmc-law.com,
           sshidner@mdmc-law.com;mtaranto@mdmc-law.com
          Virginia T. Shea    on behalf of Creditor    VFS US LLC vshea@mdmc-law.com,
           sshidner@mdmc-law.com;mtaranto@mdmc-law.com
          Warren Scott Gottlieb    on behalf of Defendant    Consolidated Edison Company of New York, Inc.
           wgottlieb@golawllp.com
                                                                                             TOTAL: 101