UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

GIBBONS P.C.
Karen A. Giannelli, Esq.
Mark B. Conlan, Esq.
Brett S. Theisen, Esq.
One Gateway Center
Newark, New Jersey  07102
Telephone: (973) 596-4500
Facsimile: (973) 596-0545
E-mail:  kgiannelli@gibbonslaw.com
         mconlan@gibbonslaw.com
         btheisen@gibbonslaw.com
Counsel to the Debtors and Debtors-in-Possession

Order Filed on May 3, 2019 by
Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

NEW ENGLAND MOTOR FREIGHT, INC., et al.,

Debtors.

Case No.: 19-12809 (JKS)

Chapter: 11

Judge: John K. Sherwood

**ORDER AUTHORIZING RETENTION OF**

A. Atkins Appraisal Corp.

The relief set forth on the following page is **ORDERED**.

**DATED: May 3, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

Upon the applicant's request for authorization to retain _____A. Atkins Appraisal Corp._____

as _____appraiser_____, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is: __122 Clinton Road, Suite 2A__
   __Fairfield, New Jersey  07004__
   _____

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐Granted   ☐Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                                          Case No. 19-12809-JKS
New England Motor Freight, Inc.                                                                 Chapter 11
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 3              Date Rcvd: May 03, 2019
                              Form ID: pdf903          Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 05, 2019.
db          +New England Motor Freight, Inc.,   1-71 North Ave E,   Elizabeth, NJ 07201-2958
aty         +Brent C. Strickland,   Whiteford, Taylor & Preston L.L.P,   7501 Wisconsin Avenue,Suite 700W,
              Bethesda, MD 20814-6521
aty         +Gibbons, P.C.,   One Gateway Center,   Newark, NJ 07102-5321
aty          Howard A. Cohen,   Gibbons P.C.,   300 Delaware Avenue, Suite 1015,   Wilmington, DE  19801-1671
aty          Jeffrey L. Nagel,   Gibbons P.C.,   One Pennsylvania Plaza, 37th Floor,
              New York, NY  10119-3701
aty         +Todd M. Brooks,   Whiteford, Taylor & Preston L.L.P.,   7 St. Paul Street, Suite 1500,
              Baltimore, MD 21202-1636
aty         +WASSERMAN, JURISTA & STOLZ, P.C.,   110 Allen Road,   Suite 304,
              Basking Ridge,, NJ 07920-4500
aty         +Whiteford Taylor & Preston,   Seven Saint paul St. Ste 1800,   Baltimore, MD 21202-1639

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 05, 2019                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 3, 2019 at the address(es) listed below:
              Alan J. Brody    on behalf of Creditor    JP Morgan Chase brodya@gtlaw.com, NJLitDock@gtlaw.com
              Andrew R. Turner    on behalf of Defendant    Protective Insurance Company courts@turnerlaw.net
              Andrew R. Turner    on behalf of Interested Party    Protective Insurance Company
               courts@turnerlaw.net
              Anthony  Sodono, III    on behalf of Creditor    Mercedes Benz Financial Services USA LLC
               asodono@msbnj.com
              Anthony  Sodono, III    on behalf of Creditor Rasheeda  Carter asodono@msbnj.com
              Anthony  Sodono, III    on behalf of Defendant    Jalil Waters and Rashida Carter asodono@msbnj.com
              Anthony  Sodono, III    on behalf of Creditor Jalil  Walters asodono@msbnj.com
              Beth J. Rotenberg    on behalf of Creditor    Berkley Insurance Company brotenberg@csglaw.com,
               ecf@csglaw.com
              Blake D. Roth    on behalf of Creditor    Bridgestone Americas Tire Operations, LLC
               blake.roth@wallerlaw.com,
               chris.cronk@wallerlaw.com;deborah.liles@wallerlaw.com;katie.stenberg@wallerlaw.com
              Brett Steven Theisen    on behalf of Plaintiff    New England Motor Freight, Inc.
               btheisen@gibbonslaw.com
              Brett Steven Theisen    on behalf of Debtor    New England Motor Freight, Inc.
               btheisen@gibbonslaw.com
              Brian  Glass    on behalf of Interested Party    PA Department of Environmental Protection
               briaglass@pa.gov, verkanova@pa.gov
              Brian W. Hofmeister    on behalf of Creditor Larry L. Banks bwh@hofmeisterfirm.com
              Catherine L. Corey    on behalf of Creditor    East River Energy, Inc, clcorey@nmmlaw.com
              Chad J. Toms    on behalf of Debtor    New England Motor Freight, Inc. ctoms@wtplaw.com
              Christopher Lynch    on behalf of Creditor    Fifth Third Bank clynch@reedsmith.com
              Christopher John Leavell    on behalf of Plaintiff Dan  Webster cleavell@klehr.com,
               lclark@klehr.com
              Christopher John Leavell    on behalf of Interested Party    Class Plaintiffs at al
               cleavell@klehr.com, lclark@klehr.com
              Christopher John Leavell    on behalf of Plaintiff Mary  Carlin cleavell@klehr.com,
               lclark@klehr.com

```
District/off: 0312-2                  User: admin                    Page 2 of 3                   Date Rcvd: May 03, 2019
                                      Form ID: pdf903                Total Noticed: 8


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Daniel Stolz    on behalf of Debtor    New England Motor Freight, Inc. dstolz@wjslaw.com,
               dstolz@ecf.inforuptcy.com;msousa@wjslaw.com;btorres@ecf.inforuptcy.com
              David A. Pisciotta    on behalf of Creditor    Santander Bank, N.A.
               david.pisciotta@troutmansanders.com,   john.murphy@troutman.com;alissa.piccione@troutman.com
              David V. Fontana    on behalf of Creditor    TD Bank, N.A. dfont@gebsmith.com,
               ltancredi@gebsmith.com;klusby@gebsmith.com
              Deirdre E. Burke    on behalf of Creditor    Capital One, N.A. dburke@mccarter.com
              Denise A Kuhn    on behalf of Creditor Dept. of Revenue    Commonwealth of Pennsylvania, department
               of revenue dkuhn@attorneygeneral.gov
              Donald W Clarke    on behalf of Debtor    New England Motor Freight, Inc. dclarke@wjslaw.com,
               dclarke@ecf.inforuptcy.com
              Eric Goldstein    on behalf of Creditor    United HealthCare Services, Inc. egoldstein@goodwin.com,
               bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com
              Evan S. Goldstein    on behalf of Creditor    Webster Capital Finance, Inc. egoldstein@uks.com
              Frank Peretore    on behalf of Creditor    Wells Fargo Equipment Finance, Inc. fperetore@csglaw.com
              Gail Lin Chung    on behalf of Plaintiff Rich    Richardson GL@outtengolden.com,
               jxh@outtengolden.com;jar@outtengolden.com;rsr@outtengolden.com;kdeleon@outtengolden.com;squinonez
               @outtengolden.com
              Gail Lin Chung    on behalf of Plaintiff Alice    Waters GL@outtengolden.com,
               jxh@outtengolden.com;jar@outtengolden.com;rsr@outtengolden.com;kdeleon@outtengolden.com;squinonez
               @outtengolden.com
              Gary D. Bressler    on behalf of Creditor    VFS US LLC gbressler@mdmc-law.com,
               kdeans@mdmc-law.com;sshidner@mdmc-law.com;dprimack@mdmc-law.com;bkleban@mdmc-law.com
              Gary D. Bressler    on behalf of Creditor    Volvo Financial gbressler@mdmc-law.com,
               kdeans@mdmc-law.com;sshidner@mdmc-law.com;dprimack@mdmc-law.com;bkleban@mdmc-law.com
              Gary D. Bressler    on behalf of Creditor    Mack Trucks, Inc. gbressler@mdmc-law.com,
               kdeans@mdmc-law.com;sshidner@mdmc-law.com;dprimack@mdmc-law.com;bkleban@mdmc-law.com
              Jacob Frumkin    on behalf of Interested Party    Great Dane LLC jfrumkin@coleschotz.com
              JoAnne M. Bonacci    on behalf of Creditor    RLI Insurance Company jbonacci@dbplawfirm.com
              John Phillip Schneider    on behalf of Creditor Committee    Official Committee Of Unsecured
               Creditors JPSchneider@mdmc-law.com
              John R. Morton, Jr.    on behalf of Creditor    CAB East LLC, serviced by Ford Motor Credit Company
               LLC ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com
              Joseph Lubertazzi, Jr.    on behalf of Creditor    Capital One, N.A. jlubertazzi@mccarter.com
              Joseph J. DiPasquale    on behalf of Creditor Committee    Official Committee Of Unsecured
               Creditors jdipasquale@lowenstein.com
              Joseph L. Schwartz    on behalf of Creditor    Lucky's Energy Service, Inc. jschwartz@riker.com,
               mtrentin@riker.com
              Justin W. Gray    on behalf of Creditor Daniel    Rinaldi gray@maynardoconnorlaw.com,
               Sweeney@moscllp.com
              Karen A. Giannelli    on behalf of Debtor    Myar, LLC kgiannelli@gibbonslaw.com
              Karen A. Giannelli    on behalf of Debtor    Carrier Industries, Inc. kgiannelli@gibbonslaw.com
              Karen A. Giannelli    on behalf of Plaintiff    NEMF Logistics, LLC kgiannelli@gibbonslaw.com
              Karen A. Giannelli    on behalf of Plaintiff    Myar, LLC kgiannelli@gibbonslaw.com
              Karen A. Giannelli    on behalf of Debtor    NEMF World Transport, Inc. kgiannelli@gibbonslaw.com
              Karen A. Giannelli    on behalf of Plaintiff    United Express Solar, LLC kgiannelli@gibbonslaw.com
              Karen A. Giannelli    on behalf of Debtor    Jans Leasing Corp. kgiannelli@gibbonslaw.com
              Karen A. Giannelli    on behalf of Plaintiff    Eastern Freight Ways, Inc. kgiannelli@gibbonslaw.com
              Karen A. Giannelli    on behalf of Plaintiff    Hollywood Avenue Solar, LLC
               kgiannelli@gibbonslaw.com
              Karen A. Giannelli    on behalf of Debtor    New England Motor Freight, Inc.
               kgiannelli@gibbonslaw.com
              Karen A. Giannelli    on behalf of Debtor    Hollywood Avenue Solar, LLC kgiannelli@gibbonslaw.com
              Karen A. Giannelli    on behalf of Debtor    Apex Logistics, Inc. kgiannelli@gibbonslaw.com
              Karen A. Giannelli    on behalf of Plaintiff    MyJon, LLC kgiannelli@gibbonslaw.com
              Karen A. Giannelli    on behalf of Debtor    MyJon, LLC kgiannelli@gibbonslaw.com
              Karen A. Giannelli    on behalf of Plaintiff    Jans Leasing Corp. kgiannelli@gibbonslaw.com
              Karen A. Giannelli    on behalf of Debtor    Eastern Freight Ways, Inc. kgiannelli@gibbonslaw.com
              Karen A. Giannelli    on behalf of Debtor    United Express Solar, LLC kgiannelli@gibbonslaw.com
              Karen A. Giannelli    on behalf of Plaintiff    New England Motor Freight, Inc.
               kgiannelli@gibbonslaw.com
              Karen A. Giannelli    on behalf of Debtor    NEMF Logistics, LLC kgiannelli@gibbonslaw.com
              Karen A. Giannelli    on behalf of Plaintiff    NEMF World Transport, Inc. kgiannelli@gibbonslaw.com
              Karen A. Giannelli    on behalf of Plaintiff    Carrier Industries, Inc. kgiannelli@gibbonslaw.com
              Karen A. Giannelli    on behalf of Plaintiff    Apex Logistics, Inc. kgiannelli@gibbonslaw.com
              Kate R. Buck    on behalf of Creditor    Potomac Edison Company, Toledo Edison Company and West
               Penn Power Company kbuck@mccarter.com
              Kate R. Buck    on behalf of Creditor    Connecticut Light & Power Company, NStar Western
               Massachusetts, Yankee Gas Services Company, Colonial Gas Company, KeySpan Energy Delivery Long
               Island, Narragansett Electric Company and Niagara Mohawk kbuck@mccarter.com
              Kenneth L. Baum    on behalf of Creditor    Clermont Holdings, LLC kbaum@kenbaumdebtsolutions.com,
               fpisano@coleschotz.com
              Keri P. Ebeck    on behalf of Creditor    Guttman Energy, Inc. kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Kevin Gordon McDonald    on behalf of Creditor    VW Credit Leasing, Ltd. kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kevin M. Capuzzi    on behalf of Interested Party    Amazon.com Services, Inc., formerly Amazon
               Fulfillment Services, Inc. kcapuzzi@beneschlaw.com,   debankruptcy@beneschlaw.com
```

```
District/off: 0312-2          User: admin               Page 3 of 3                  Date Rcvd: May 03, 2019
                              Form ID: pdf903           Total Noticed: 8
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Louis A. Curcio   on behalf of Creditor   Santander Bank, N.A. louis.curcio@troutmansanders.com, John.Murphy@troutmansanders.com;jonathan.forstot@troutmansanders.com;david.pisciotta@troutmansanders.com
          Mark  Platt   on behalf of Creditor   Omnitracs, LLC mplatt@fbtlaw.com
          Mark B Conlan   on behalf of Debtor   New England Motor Freight, Inc. mconlan@gibbonslaw.com
          Mark B Conlan   on behalf of Plaintiff   New England Motor Freight, Inc. mconlan@gibbonslaw.com
          Mary E. Seymour   on behalf of Creditor Committee   Official Committee Of Unsecured Creditors mseymour@lowenstein.com, echafetz@lowenstein.com
          Melissa A. Pena   on behalf of Creditor   Webster Capital Finance, Inc. mapena@nmmlaw.com, pfreda@nmmlaw.com
          Michael D. Sirota   on behalf of Interested Party   Great Dane LLC msirota@coleschotz.com, fpisano@coleschotz.com
          Michael R. Caruso   on behalf of Creditor   Wells Fargo Equipment Finance, Inc. mcaruso@csglaw.com, ecf@csglaw.com
          Morris S. Bauer   on behalf of Creditor   East River Energy, Inc, msbauer@nmmlaw.com, mmarks@nmmlaw.com,relikens@nmmlaw.com,clcorey@nmmlaw.com
          Norman N Kinel   on behalf of Interested Party   East West Bank norman.kinel@squirepb.com, sarah.conley@squirepb.com;elliot.smith@squirepb.com
          Peter M. Knob   on behalf of Creditor   Capital One, N.A. pknob@mccarter.com, lrestivo@mccarter.com
          Rebecca Ann Solarz   on behalf of Creditor   VW Credit Leasing, Ltd rsolarz@kmllawgroup.com
          Richard Albuquerque   on behalf of Creditor MICHAEL  SINGLEY richarda@djdlawyers.com
          Richard S. Kanowitz   on behalf of Unknown Role Type   Ad Hoc Group of Tort Claimants rkanowitz@cooley.com, mklein@cooley.com;jindyke@cooley.com;efiling-notice@ecf.pacerpro.com
          Rick Aaron Steinberg   on behalf of Creditor   TOTE Maritime rsteinberg@pricemeese.com
          Robert A. Burke   on behalf of Defendant   Jenny Munson Andress, individually and as the Administratrix of the Estate of Herbert Andress rburke@macelree.com
          Robert E. Nies   on behalf of Creditor   Berkley Insurance Company rnies@csglaw.com
          Robert K. Scheinbaum   on behalf of Defendant   New Jersey Manufacturers Insurance Company a/s/o Phyllis A. Troy rscheinbaum@connellfoley.com
          Robert K. Scheinbaum   on behalf of Creditor   New Jersey Manufacturers rscheinbaum@connellfoley.com
          Rona J. Rosen   on behalf of Creditor   WARN Act Class Plaintiffs and Putative Class rrosen@klehr.com, cbbutler@klehr.com
          Sari Blair Placona   on behalf of Defendant   Jalil Waters and Rashida Carter splacona@msbnj.com
          Sari Blair Placona   on behalf of Creditor Rasheeda  Carter splacona@msbnj.com
          Sari Blair Placona   on behalf of Creditor   Mercedes Benz Financial Services USA LLC splacona@msbnj.com
          Sari Blair Placona   on behalf of Creditor Daryl & Kim  Martin splacona@msbnj.com
          Sari Blair Placona   on behalf of Creditor Jalil  Walters splacona@msbnj.com
          Scott J. Freedman   on behalf of Creditor   Corcentric, LLC sfreedman@dilworthlaw.com
          Seoung Y. Lim   on behalf of Creditor   Pantos USA, Inc. joshualim@kcllawfirm.com, denisemoreno@kcllawfirm.com,seankwak@kcllawfirm.com,jpark@kcllawfirm.com
          Stephen B. Ravin   on behalf of Creditor   Riggins, Inc. sravin@saul.com, jgillman@saul.com
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
          Virginia T. Shea   on behalf of Creditor   Volvo Financial vshea@mdmc-law.com, sshidner@mdmc-law.com;mtaranto@mdmc-law.com
          Virginia T. Shea   on behalf of Creditor   VFS US LLC vshea@mdmc-law.com, sshidner@mdmc-law.com;mtaranto@mdmc-law.com
          Warren Scott Gottlieb   on behalf of Defendant   Consolidated Edison Company of New York, Inc. wgottlieb@golawllp.com

                                                                                                     TOTAL: 101