**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**
Caption in compliance with D.N.J. LBR 9004-1(b)

**McCARTER & ENGLISH, LLP**
Joseph Lubertazzi, Jr.
Peter M. Knob
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
Telephone: (973) 622-4444
Facsimile: (973) 624-7070
Email: jlubertazzi@mccarter.com
          pknob@mccarter.com

*Attorneys for Capital One, N.A.*

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC., *et al.*,[1]<br><br>Debtors. | Case No.: 19-12809 (JKS)<br><br>Chapter 11<br><br>(Jointly Administered)<br><br>**Hearing Date and Time:**<br>**May 16, 2019 at 10:00 a.m.** |

**CERTIFICATION OF SERVICE CONCERNING OBJECTION OF**
**CAPITAL ONE, N.A. TO THE PROPOSED SALE**
**OF ASSETS OF DEBTORS EASTERN FREIGHT WAYS, INC.**
**AND CARRIER INDUSTRIES, INC.**

1.  I, Linda Restivo, with the firm of McCarter English, LLP, counsel for Capital One, N.A., hereby certify as follows:

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC (4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMF Logistics, LLC (4666).

ME1 30337554v.1

2. On May 6, 2019, I served a copy of the following document on the parties listed in the chart annexed hereto via electronic mail or facsimile, including counsel to the Debtor, the US Trustee, the Official Committee of Unsecured Creditors, counsel to the pre-petition secured lenders, and parties requesting notice pursuant to Bankruptcy Rule 2002, most of whom also receive notice through the Court's CMECF notification system:

- *Objection of Capital One, N.A. to the Proposed Sale of Assets of the Debtors Eastern Freight Ways, Inc. and Carrier Industries, Inc.* [Dkt. No. 538]

3. I hereby certify under penalty of perjury that the above documents were served using the mode of service indicated.

Date: May 6, 2019  
Newark, New Jersey

*/s/ Linda Restivo*  
Linda Restivo

**Service List**

| Name1 | Name2 | Name3 | Email or Fax | Party Function |
|---|---|---|---|---|
| BENESCH FRIEDLANDER COPLAN & ARONOFF LLP | KEVIN M CAPUZZI | | KCAPUZZI@BENESCHLAW.COM | COUNSEL FOR AMAZON.COM SERVICES INC FORMERLY AMAZON FULFILLMENT SERVICES INC |
| CHIESA SHAHINIAN & GIANTOMASI PC | BETH J ROTENBERG,ESQ | | BROTENBERG@CSGLAW.COM | COUNSEL FOR BERKLEY INSURANCE COMPANY |
| CHIESA SHAHINIAN & GIANTOMASI PC | FRANK PERETORE,ESQ | | FPERETORE@CSGLAW.COM | COUNSEL FOR WELLS FARGO EQUIPMENT FINANCE INC |
| CHIESA SHAHINIAN & GIANTOMASI PC | ROBERT E NIES,ESQ | | RNIES@CSGLAW.COM | COUNSEL FOR BERKLEY INSURANCE COMPANY |
| CHIESA SHAHINIAN & GIANTOMASI PC | MICHAEL R CARUSO,ESQ | | MCARUSO@CSGLAW.COM | COUNSEL FOR WELLS FARGO EQUIPMENT FINANCE INC |
| COLE SCHOTZ PC | MICHAEL D SIROTA,ESQ | | MSIROTA@COLESCHOTZ.COM | COUNSEL FOR GREAT DANE LLC |
| COLE SCHOTZ PC | JACOB S FRUMKIN,ESQ | | JFRUMKIN@COLESCHOTZ.COM | COUNSEL FOR GREAT DANE LLC |
| CONNELL FOLEY LLP | ROBERT K SCHEINBAUM,ESQ | | RSCHEINBAUM@CONNELLFOLEY.COM | COUNSEL FOR NEW JERSEY MANUFACTURES COMPANY |
| COOLEY LLP | RICHARD S KANOWITZ;EVAN M LAZEROWITZ | | RKANOWITZ@COOLEY.COM;ELAZEROWITZ@COOLEY.COM | COUNSEL FOR THE AD HOC GROUP OF TORT CLAIMANTS |
| DAIMLER TRUST | C/O BK SERVICING LLC | ED GEZEL, AGENT | NOTICES@BKSERVICING.COM | |
| D'ARCY JOHNSON DAY | RICHARD J ALBUQUERQUE,ESQ | | RA@DJD.LAW; RICHARDA@DJDLAWYERS.COM | COUNSEL FOR MICHAEL SINGLEY |
| DILWORTH PAXSON LLP | SCOTT J FREEDMAN | | SFREEDMAN@DILWORTHLAW.COM | COUNSEL FOR CORCENTRIC LLC |
| DINSMORE & SHOHL LLP | GRACE WINKLER CRANLEY,ESQ | | GRACE.CRANLEY@DINSMORE.COM | COUNSEL FOR RLI INSURANCE COMPANY |
| DREIFUSS BONACCI & PARKER PC | JOANNE M BONACCI | | JBONACCI@DBPLAWFIRM.COM | COUNSEL FOR RLI INSURANCE COMPANY |
| DREIFUSS BONACCI & PARKER PC | PAUL M MCCORMICK,ESQ | | PMCCORMICK@DBPLAWFIRM.COM | COUNSEL FOR RLI INSURANCE COMPANY |
| ELLIOT GREENLEAF | R X ZAHRALDDIN-ARAVENA;JONATHAN M STEMERMAN | SARAH DENIS | RXZA@ELLIOTTGREENLEAF.COM;JMS@ELLIOTTGREENLEAF.COM;SXD@ELLIOTTGREENLEAF.COM | PROPOSED COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS |

| Firm | Attorney | Email | Role |
|---|---|---|---|
| FRESHFIELDS BRUCKHAUS DERINGER | MARK F LISCIO | MARK.LISCIO@FRESHFIELDS.COM;NEAL.MODI@FRESHFIELDS.COM;SCOTT.TALMADGE@FRESHFIELDS.COM | COUNSEL TO LENDER |
| FROST BROWN TODD LLC | MARK A PLATT | MPLATT@FBTLAW.COM | COUNSEL FOR OMNITRACS LLC |
| GEBHARDT & SMITH LLP | JAMES M SMITH | JSMITH@GEBSMITH.COM | COUNSEL TO TD BANK, N.A. |
| GEBHARDT & SMITH LLP | DAVID V FONTANA,ESQ | DFONT@GEBSMITH.COM | COUNSEL FOR TD BANK NA |
| GEBHARDT & SMITH LLP | LISA BITTLE TANCREDI | LTANCREDI@GEBSMITH.COM | COUNSEL TO TD BANK |
| GIBBONS P.C. | KAREN A. GIANNELLI, ESQ. | kgiannelli@gibbonslaw.com | PROPOSED COUNSEL TO THE DEBTORS |
| GIBBONS P.C. | MARK B. CONLAN, ESQ. | mconlan@gibbonslaw.com | PROPOSED COUNSEL TO THE DEBTORS |
| GIBBONS P.C. | BRETT S. THEISEN, ESQ. | btheisen@gibbonslaw.com | PROPOSED COUNSEL TO THE DEBTORS |
| GREENBERG TRAURIG | ALAN J. BRODY | BRODYA@GTLAW.COM | COUNSEL TO LENDER |
| HINMAN HOWARD & KATTELL LLP | KEVIN J BLOOM,ESQ | KBLOOM@HHK.COM | COUNSEL FOR MIRABITO HOLDINGS INC |
| IAM NATIONAL PENSION FUND | RYK TIERNEY EXEC DIR AND RAYMOND GOAD JR GC | contact@iamnpf.org | TOP 30 UNSECURED CREDITOR; OFFICIAL COMMITTEE OF UNSECURED CREDITORS |
| JM PARTNERS LLC | JOHN MARSHALL | JMARSHALL@JMPARTNERSLLC.COM | |
| KIM CHO & LIM LLC | JOSHUA S LIM,ESQ | JOSHUALIM@KCLLAWFIRM.COM | COUNSEL FOR PANTOS USA INC |
| KLEHR HARRISON HARVEY BRANZBURG LLP | CHARLES A ERCOLE;RONA J ROSEN | CERCOLE@KLEHR.COM;RROSEN@KLEHR.COM | COUNSEL FOR CLASS PLAINTIFF'S AND THE PUTATIVE CLASS |
| KML LAW GROUP PC | REBECCA A SOLARZ,ESQ | RSOLARZ@KMLLAWGROUP.COM | COUNSEL FOR VW CREDIT LEASING LTD |
| KML LAW GROUP, P.C. | KEVIN G. MCDONALD, ESQ. | KMCDONALD@KMLLAWGROUP.COM | COUNSEL FOR VW CREDIT LEASING, LTD. |
| LANDSTAR TRANSPORTATION LOGISTICS, INC. | SPRYTE KIMMEY | | OFFICIAL COMMITTEE OF UNSECURED CREDITORS |
| LAW FIRM OF BRIAN W HOFMEISTER LLC | BRIAN W HOFMEISTER, ESQ | BWH@HOFMEISTERFIRM.COM | COUNSEL FOR LARRY BANKS |
| LAW OFFICES OF KENNETH L BAUM LLC | KENNETH L BAUM,ESQ | KBAUM@KENBAUMDEBTSOLUTIONS.COM | COUNSEL FOR CLERMONT HOLDINGS LLC |

| Firm | Attorney | Address | Email | Representing |
|---|---|---|---|---|
| LOWENSTEIN SANDLER LLP | MARY E SEYMOUR;JOSEPH J DIPASQUALE | | MSEYMOUR@LOWENSTEIN.COM;JDIPASQUALE@LOWENSTEIN.COM | PROPOSED COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS |
| MAYNARD O'CONNOR SMITH & CATALINOTTO LLP | JUSTIN W GRAY,ESQ | | GRAY@MOSCLLP.COM | COUNSEL FOR DANIEL RINALDI |
| MCELROY DEUTSCH MULVANEY & CARPENTER LLP | VIRGINIA T SHEA,ESQ | | VSHEA@MDMC-LAW.COM | COUNSEL FOR VOLVO FINANCIAL SERVICES, A DIV OF VFS US LLC;MACK FINANCIAL SERVICES, A DIV OF VFS US LLC;NORTH AMERICAN TRANSACTION SERVICES, A DIV OF VFS US LLC |
| MCELROY DEUTSCH MULVANEY & CARPENTER LLP | GARY D BRESSLER,ESQ | | GBRESSLER@MDMC-LAW.COM | COUNSEL FOR VOLVO FINANCIAL SERVICES, A DIV OF VFS US LLC;MACK FINANCIAL SERVICES, A DIV OF VFS US LLC;NORTH AMERICAN TRANSACTION SERVICES, A DIV OF VFS US LLC |
| MCMANIMON, SCOTLAND AND BAUMANN, LLC | ANTHONY SODONO, III; SARI PLACONA | | ASODONO@MSBNJ.COM; SPLACONA@MSBNJ.COM | LOCAL COUNSEL FOR MERCEDES BENZ FINANCIAL SERVICES USA LLC;JALIL WALTERS AND RASHEEDA CARTER;DARYL MARTIN AND KIM MARTIN |
| MORTON & CRAIG LLC | JOHN R MORTON JR, ESQ | | john.morton3@verizon.net | COUNSEL FOR CAB EAST LLC, SERVICED BY FORD MOTOR CREDIT COMPANY |
| NORRIS MCLAUGHLIN PA | MORRIS S BAUER,ESQ | | MSBAUER@NORRIS-LAW.COM | COUNSEL FOR EAST RIVER ENERGY INC |
| NORRIS MCLAUGHLIN PA | CATHERINE L COREY,ESQ | | CLCOREY@NORRIS-LAW.COM | COUNSEL FOR EAST RIVER ENERGY INC |
| OFFICE OF UNEMPLOYMENT COMPENSATION TAX SERVICES | DEB SECREST,AUTHORIZED AGENT | PA-DEPT OF LABOR & INDUSTRY | RA-LI-UCTS-BANKRUPT@STATE.PA.US | |
| PA- DEPT OF ENVIRONMENTAL PROTECTION | BRIAN GLASS, OFFICE OF THE CHIEF COUNSEL | SOUTHEAST REGIONAL COUNSEL | BRIAGLASS@PA.GOV | |
| PA DEPT OF REVENUE | DENISE A KUHN, SEN DEPUTY ATTORNEY GEN | | DKUHN@ATTORNEYGENERAL.GOV | |
| PRICE MEESE SHULMAN & D'ARMINIO PC | RICK A STEINBERG,ESQ | | RSTEINBERG@PRICEMEESE.COM | COUNSEL FOR TOTE MARITIME |
| REED SMITH LLP | CHRISTOPHER A. LYNCH | | CLYNCH@REEDSMITH.COM | COUNSEL FOR FIFTH THIRD BANK |
| RIKER DANZIG SCHERER HYLAND & PERRETTI LLP | JOSEPH L SCHWARTZ;MICHAEL TRENTIN | | JSCHWARTZ@RIKER.COM;MTRENTIN@RIKER.COM | COUNSEL FOR LUCKY'S ENERGY SERVICE INC |

| | | | | |
|---|---|---|---|---|
| SECURITIES EXCHANGE COMMISSION | NEW YORK REGIONAL OFFICE | ATTN: ANDREW CALAMARI, REGIONAL DIRECTOR | (212) 336-1323 | GOVT. ENTITY |
| SHIPMAN & GOODWIN LLP | ERIC S GOLDSTEIN,ESQ | | EGOLDSTEIN@GOODWIN.COM | COUNSEL FOR UNITED HEALTHCARE SERVICES INC |
| SQUIRE PATTON BOGGS | NORMAN N KINEL | | NORMAN.KINEL@SQUIREPB.COM | COUNSEL TO EAST WEST BANK |
| SUPERIOR DISTRIBUTORS CO, INC | MARLENE; RICHARD KLEIN | | MARLENE@SUPERIORDISTRIBUTORSINC.COM | TOP 30 UNSECURED CREDITOR; OFFICIAL COMMITTEE OF UNSECURED CREDITORS |
| THOMPSON O'BRIEN KEMP & NASUTI PC | ALBERT F NASUTI,ESQ | | ANASUTI@TOKN.COM | COUNSEL FOR MANSFIELD OIL COMPANY |
| TROUTMAN SANDERS | DAVID A PISCIOTTA | | DAVID.PISCIOTTA@TROUTMAN.COM | COUNSEL TO SANTANDER BANK |
| TROUTMAN SANDERS | LOUIS CURCIO | | LOUIS.CURCIO@TROUTMAN.COM | COUNSEL TO SANTANDER BANK |
| TROUTMAN SANDERS | ALISSA PICCIONE | | ALISSA.PICCIONE@TROUTMAN.COM | COUNSEL TO SANTANDER BANK |
| TURNER LAW FIRM LLC | ANDREW R TURNER,ESQ | | COURTS@TURNERLAW.NET | COUNSEL FOR PROTECTIVE INSURANCE |
| UNITED STATES ATTORNEY | DISTRICT OF NEW JERSEY | | | GOVT. ENTITY |
| UNITED STATES DEPARTMENT OF JUSTICE | PETER J. D'AURIA,ESQ; MITCHELL HAUSMAN | OFFICE OF THE UNITED STATES TRUSTEE | PETER.J.D'AURIA@USDOJ.GOV; MITCHELL.B.HAUSMAN@USDOJ.GOV | COUNSEL FOR UNITED STATES TRUSTEE |
| UNITED STATES TRUSTEE | | | jeffrey.m.sponder@usdoj.gov; Mitchell.B.Hausman@usdoj.gov; Peter.J.D'Auria@usdoj.gov | GOVT. ENTITY |
| UPDIKE KELLY & SPELLACY PC | EVAN S GOLDSTEIN, ESQ | | EGOLDSTEIN@UKS.COM | COUNSEL FOR WEBSTER CAPITAL FINANCE INC |
| WASSERMAN JURISTA & STOLZ PC | DANIEL M STOLZ,ESQ | | DSTOLZ@WJSLAW.COM | PROPOSED CONFLICTS COUNSEL TO DEBTOR |
| WASSERMAN JURISTA & STOLZ PC | DONALD W CLARKE,ESQ | | DCLARKE@WJSLAW.COM | PROPOSED CONFLICTS COUNSEL TO DEBTOR |
| WHITEFORD TAYLOR PRESTON LLP | PAUL M NUSSBAUM | | PNUSSBAUM@WTPLAW.COM | SPECIAL COUNSEL TO THE DEBTORS |