**GIBBONS P.C.**
Karen A. Giannelli, Esq.
Mark B. Conlan, Esq.
Brett S. Theisen, Esq.
One Gateway Center
Newark, New Jersey 07102
Telephone: (973) 596-4500
Facsimile: (973) 596-0545
E-mail: kgiannelli@gibbonslaw.com
mconlan@gibbonslaw.com
btheisen@gibbonslaw.com

*Counsel to the Debtors
and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 19-12809 (JKS)<br><br>(Jointly Administered) |

**NOTICE OF FILING OF VERIFICATION OF PUBLICATION**

PLEASE TAKE NOTICE that pursuant to the terms of the *Order Establishing Bar Dates and Procedures and Approving the Form and Manner of Notice Thereof* dated May 2, 2019 [Docket No. 519], the Debtors caused to be published in *The New York Times* on May 6, 2019, the Notice of Bar Dates for Filing Claims (the "Notice"). Copies of the Verification of Publication by Alice Weber, Principal Clerk of the Publisher of *The New York Times* and the Notice are attached hereto as Exhibit A.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC (4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMF Logistics, LLC (4666).

May 7, 2019  **GIBBONS P.C.**
Newark, New Jersey

        By:  /s/ *Karen A. Giannelli*
            Karen A. Giannelli, Esq.
            One Gateway Center
            Newark, New Jersey  07102
            Telephone:  (973) 596-4500
            Facsimile:  (973) 596-0545
            E-mail:  kgiannelli@gibbonslaw.com
            *Counsel to the Debtors and Debtors in Possession*