TROUTMAN SANDERS LLP
875 Third Avenue
New York, NY 10022
Tel: (212) 704-6000
Louis A. Curcio
David A. Pisciotta
E-mail:    louis.curcio@troutman.com
david.pisciotta@troutman.com

*Attorneys for Santander Bank, N.A.*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 19-12809 (JKS)<br><br>Jointly Administered |

## CERTIFICATION OF SERVICE

1.      I, Alissa K. Piccione, am an attorney with Troutman Sanders LLP, which represents Santander Bank, N.A in this matter.

2.      On May 6, 2019 (before 4:00 p.m. Prevailing Eastern Time), I served a true and correct copy of the *Objection of Santander Bank, N.A. to Sale of Substantially All Assets of Debtors Eastern Freight Ways, Inc. and Carrier Industries, Inc. Free and Clear of All Liens, Claims, Encumbrances, and Other Interests* [ECF No. 542] (the "Sale Objection") via electronic mail upon (i) counsel for the Debtors, Gibbons P.C., Attn: Karen Giannelli, Esq., kgiannelli@gibbonslaw.com; and (ii) counsel for the Official Committee of Unsecured

---

[1] The debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC (4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMF Logistics, LLC (4666).

38859900v1

Creditors, Lowenstein Sandler LLP, Attn: Mary E. Seymour, Esq., mseymour@lowenstein.com, and Elliott Greenleaf, P.C., Attn: Rafael X. Zahralddin-Aravena, Esq., rxza@elliottgreenleaf.com.

3. On May 6, 2019 (before 4:00 p.m. Prevailing Eastern Time), I caused the Sale Objection to be filed electronically with the Court. At that time, notice of the filing was sent automatically through the CM/ECF Electronic Filing System to all registered users appearing in the above-captioned cases.

4. I certify under penalty of perjury that the Sale Objection was sent using the modes of service indicated above.

Date: May 7, 2019

/s/ *Alissa K. Piccione*
Alissa K. Piccione