# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 19−12809−JKS
        Chapter: 11
        Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   New England Motor Freight, Inc.
   1−71 North Ave E
   Elizabeth, NJ 07201

Social Security No.:

Employer's Tax I.D. No.:
   22−1977697

## Notice That a Transcript Has Been Filed

     You are Noticed that a Transcript has been filed on 5/3/19. Pursuant to the Judicial Conference Policy on Privacy, access to this transcript is restricted for a period of ninety days from the date of filing. The transcript may be viewed at the Bankruptcy Court Clerk's Office. [For information about how to contact the transcriber, please call the Clerk's Office] All parties have seven business days to file a Request for Redaction of any social security numbers, financial account data, names of minor−age children, dates of birth, and home addresses. If redaction is requested, the filing party has twenty−one calendar days from the date the transcript was filed to file a list of items to be redacted indicating the location of the identifiers within the transcript with the court and to provide the list to the transcriber. The transcriber has thirty−one days from the date the list of items to be redacted was filed to file the redacted version of the transcript with the court . If no request is filed, the transcript will be made electronically available to the general public after the ninety days.

Dated: May 6, 2019
JAN:

        Jeanne Naughton
        Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                        Case No. 19-12809-JKS
New England Motor Freight, Inc.                                               Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2           User: admin              Page 1 of 4              Date Rcvd: May 06, 2019
                               Form ID: tsntc           Total Noticed: 54

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 08, 2019.
```
db         +New England Motor Freight, Inc.,    1-71 North Ave E,    Elizabeth, NJ 07201-2958
aty        +Brent C. Strickland,    Whiteford, Taylor & Preston L.L.P,    7501 Wisconsin Avenue,Suite 700W,
             Bethesda, MD 20814-6521
aty        +Charles Ercole,    Klehr Harrison et al,    10000 Lincoln Drive East,    Suite 201,
             Marlton, NJ 08053-3105
aty        +Elliot M. Smith,    SQUIRE PATTON BOGGS (US) LLP,    4900 Key Tower,    127 Public Square,
             Cleveland, OH 44114-1217
aty        +Gibbons, P.C.,    One Gateway Center,    Newark, NJ 07102-5321
aty        +Grace Winkler Cranley,    Dinsmore & Shohl LLP,    227 W. Monroe Street,    Suite 3850,
             Chicago, IL 60606-5085
aty         Howard A. Cohen,    Gibbons P.C.,    300 Delaware Avenue, Suite 1015,    Wilmington, DE  19801-1671
aty         Jeffrey L. Nagel,    Gibbons P.C.,    One Pennsylvania Plaza, 37th Floor,
             New York, NY  10119-3701
aty        +Jonathan M. Stemerman,    1105 N. Market Street,    Suite 1700,    Wilmington, DE 19801-1228
aty        +Keith M. Lusby,    Gebhardt & Smith LLP,    One South Street, Suite 2200,
             Baltimore, MD 21202-3281
aty        +Kevin J Bloom,    Park 80 West- Plaza II,    250 Pehle Avenue, Suite 200,
             Saddle Brook, NJ 07663-5835
aty        +Lisa Bittle Tancredi,    Gebhardt & Smith LLP,    One South Street, Ste 2200,
             Baltimore, MD 21202-3281
aty        +Lowenstein Sandler LLP,    One Lowenstein Drive,    Roseland, NJ 07068-1791
aty        +Mark F. Liscio,    Freshfields Bruckhaus Deringer US LLP,    601 Lexington Avenue,
             Neew York, NY 10022-4611
aty        +Sarah Denis,    ELLIOT GREENLEAF,    1105 Market Street, Suite 1700,    Wilmington, DE 19801-1228
aty        +Scott D. Talmadge,    Freshfields Bruckhaus Deringer US LLP,    601 Lexington Avenue,
             New York, NY 10022-4611
aty        +Tiffany Strelow Cobb,    Vorys, Sater, Seymour and Pease LLP,    52 East Gay Street,
             Columbus, OH 43215-3161
aty        +Todd M. Brooks,    Whiteford, Taylor & Preston L.L.P.,    7 St. Paul Street, Suite 1500,
             Baltimore, MD 21202-1636
aty        +Vera N. Kanova,    General Law Division,    400 Market Street,    Harrosbirg, PA 17101-2301
aty        +WASSERMAN, JURISTA & STOLZ, P.C.,    110 Allen Road,    Suite 304,
             Basking Ridge,, NJ 07920-4500
aty        +Whiteford Taylor & Preston,    Seven Saint paul St. Ste 1800,    Baltimore, MD 21202-1639
cr         +Albert F Nasuti, Esq.,    THOMPSON, OBRIEN, KEMP & NASUTI, P.C.,    40 Technology Parkway South,
             Suite 300,    Peachtree Corners, GA 30092-2924
cr         +Berkley Insurance Company,    c/o CHIESA SHAHINIAN & GIANTOMASI PC,    One Boland Drive,
             West Orange, NJ 07052-3686
cr         +CAB East LLC, serviced by Ford Motor Credit Compan,    P.O. Box 62180,
             Colorado Springs, CO 80962-2180
cr         +Capital One, N.A.,    c/o McCarter & English, LLP,    Attn: Peter M. Knob, Esq.,
             Four Gateway Center,    100 Mulberry Street,    Newark, NJ 07102-4056
op         +CohnReznick Capital Market Securities, LLC,    4 Becker Farm Road,    Roseland, NJ 07068-1739
cr         +Commonwealth of Pennsylvania Department of Labor a,    Deb Secrest,    651 Boas Street, Room 702,
             Harrisburg, PA 17121-0751
cr         +Connecticut Light & Power Company, NStar Western M,    c/o McCarter & English, LLP,
             Attn: Kate R. Buck, Esq.,    Renaissance Centre,    405 N. King Street, 8th Floor,
             Wilmington, DE 19801-3773
r          +Cushman & Wakefield of Florida, LLC,    200 South Biscayne Blvd..,    Miami, FL 33131-5324
cr         +Daimler Trust,    c/o BK Servicing, LLC,    P.O. Box 131265,    Roseville, MN 55113-0011
cr          Dept. of Revenue Commonwealth of Pennsylvania, dep,    Bureau of Compliance,    Dept. 280946,
             Harrisburg, PA  17128-0946
op         +Donlin, Recano & Company, Inc.,    6201 15th Ave.,    Brooklyn, NY 11219-5411
cr         +East River Energy, Inc,,    401 Soundview Road,    Guilford, CT 06437-2971
intp        Great Dane LLC,    Michael D. Sirota, Esq.,    Cole Schotz P.C.,
             25 Main Street, Court Plaza North,    Hackensack, NJ  07601
cr         +Larry L. Banks,    124 Lexington Avenue,    Paterson, NJ 07502-1809
cr         +Lucky's Energy Service, Inc.,    c/o Riker Danzig,    One Speedwell Avenue,
             Morristown, NJ 07960-6838
cr         +MICHAEL SINGLEY,    432 West Pine Ave,    Wildwood, NJ 08260-2336
cr          Marie-Jose Dube,    IBM CORPORATION,    275 Viger East,    Montreal, QC  H2X 3R7,    CANADA
cr         +New Jersey Manufacturers,    c/o Connell Foley (RKS),    56 Livingston Avenue,
             Roseland, NJ 07068,    UNITED STATES 07068-1733
cr         +Office of Unemployment Compensation Tax Services (,    Deb Secrest,
             Commonwealth of Pennsylvania,    651 Boas Street, Room 702,    Harrisburg,, PA 17121-0751
cr         +Omnitracs, LLC,    c/o Mark A. Platt, Esq.,    Frost Brown Todd LLC,    100 Crescent Court,
             Suite 350,    Dallas, TX 75201-2348
intp       +PA Department of Environmental Protection,    Office of Chief Counsel,    400 Market St,
             Harrisburg, PA 17101-2301
cr         +Pantos USA, Inc.,    910 Sylvan Ave.,    Englewood Cliffs, NJ 07632-3306
cr         +Potomac Edison Company, Toledo Edison Company and,    c/o McCarter & English, LLP,
             Attn: Kate R. Buck, Esq.,    Renaissance Centre,    405 N. King Street, 8th Floor,
             Wilmington, DE 19801-3773
intp       +Protective Insurance Company,    3100 North Meridian Street,    Indianapolis, IN 46208-4718
```

```
District/off: 0312-2            User: admin             Page 2 of 4            Date Rcvd: May 06, 2019
                                Form ID: tsntc          Total Noticed: 54

cr              +RLI Insurance Company,   9025 N. Lindbergh Drive,   Peoria, il 61615-1499
cr              +Valvoline LLC,   100 Valvoline Way,   Lexington, TX 40509-2714
acc             +Withumsmith+Brown,   200 Jefferson Park, Suite 400,   Whippany, NJ 07981-1070

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             +E-mail/Text: sak@elliottgreenleaf.com May 07 2019 00:03:29      ELLIOTT GREENLEAF, P.C,
                  1105 Market Street, Suite 1700,   Wilmington, DE 19801-1228
aty             +E-mail/Text: rxza@elliottgreenleaf.com May 07 2019 00:03:29      Rafael X Zahralddin-Aravena,
                  Elliot Greenleaf,    1105 North Market Street,   Wilmington, DE 19801-1216
smg              E-mail/Text: usanj.njbankr@usdoj.gov May 07 2019 00:02:45      U.S. Attorney,   970 Broad St.,
                  Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 07 2019 00:02:41      United States Trustee,
                  Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                  Newark, NJ 07102-5235
app             +E-mail/Text: atkinsappraisal@aol.com May 07 2019 00:02:16      A. Atkins Appraisal Corp,,
                  122 Clinton Road,   Fairfiled, NJ 07004-2900
intp             E-mail/Text: jmarshall@jmpartnersllc.com May 07 2019 00:02:37      John Marshall,
                  c/o JM Partners LLC,   6800 Paragon Place Suite 202,   Richmond,, VA 23230-1656
                                                                                                 TOTAL: 6

                 ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
intp             International Business Machines Corp (IBM)
cr               JP Morgan Chase,   1111 Polaris Parkway, 4P0461,   Columbus
op               Vincent J. Colistra
                                                                                  TOTALS: 3, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 08, 2019                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 3, 2019 at the address(es) listed below:
              Alan J. Brody     on behalf of Creditor    JP Morgan Chase brodya@gtlaw.com,    NJLitDock@gtlaw.com
              Andrew R. Turner     on behalf of Interested Party    Protective Insurance Company
               courts@turnerlaw.net
              Andrew R. Turner     on behalf of Defendant    Protective Insurance Company courts@turnerlaw.net
              Anthony  Sodono, III    on behalf of Creditor Jalil  Walters asodono@msbnj.com
              Anthony  Sodono, III    on behalf of Creditor    Mercedes Benz Financial Services USA LLC
               asodono@msbnj.com
              Anthony  Sodono, III    on behalf of Creditor Rasheeda  Carter asodono@msbnj.com
              Anthony  Sodono, III    on behalf of Defendant    Jalil Waters and Rashida Carter asodono@msbnj.com
              Beth J. Rotenberg    on behalf of Creditor    Berkley Insurance Company brotenberg@csglaw.com,
               ecf@csglaw.com
              Blake D. Roth    on behalf of Creditor    Bridgestone Americas Tire Operations, LLC
               blake.roth@wallerlaw.com,
               chris.cronk@wallerlaw.com;deborah.liles@wallerlaw.com;katie.stenberg@wallerlaw.com
              Brett Steven Theisen    on behalf of Debtor    New England Motor Freight, Inc.
               btheisen@gibbonslaw.com
              Brett Steven Theisen    on behalf of Plaintiff    New England Motor Freight, Inc.
               btheisen@gibbonslaw.com
              Brian  Glass    on behalf of Interested Party    PA Department of Environmental Protection
               briaglass@pa.gov,    verkanova@pa.gov
              Brian W. Hofmeister    on behalf of Creditor Larry L. Banks bwh@hofmeisterfirm.com
              Catherine L. Corey    on behalf of Creditor    East River Energy, Inc, clcorey@nmmlaw.com
              Chad J. Toms    on behalf of Debtor    New England Motor Freight, Inc. ctoms@wtplaw.com
              Christopher Lynch    on behalf of Creditor    Fifth Third Bank clynch@reedsmith.com
              Christopher John Leavell    on behalf of Interested Party    Class Plaintiffs at al
               cleavell@klehr.com,    lclark@klehr.com
              Christopher John Leavell    on behalf of Plaintiff Mary  Carlin cleavell@klehr.com,
               lclark@klehr.com
              Christopher John Leavell    on behalf of Plaintiff Dan  Webster cleavell@klehr.com,
               lclark@klehr.com
```

```
District/off: 0312-2          User: admin              Page 3 of 4              Date Rcvd: May 06, 2019
                              Form ID: tsntc           Total Noticed: 54
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          Daniel  Stolz     on behalf of Debtor   New England Motor Freight, Inc. dstolz@wjslaw.com,
           dstolz@ecf.inforuptcy.com;msousa@wjslaw.com;btorres@ecf.inforuptcy.com
          David A. Pisciotta     on behalf of Creditor   Santander Bank, N.A.
           david.pisciotta@troutmansanders.com,    john.murphy@troutman.com;alissa.piccione@troutman.com
          David V. Fontana     on behalf of Creditor    TD Bank, N.A. dfont@gebsmith.com,
           ltancredi@gebsmith.com;klusby@gebsmith.com
          Deirdre E. Burke     on behalf of Creditor    Capital One, N.A. dburke@mccarter.com
          Denise A Kuhn     on behalf of Creditor Dept. of Revenue   Commonwealth of Pennsylvania, department
           of revenue dkuhn@attorneygeneral.gov
          Donald W Clarke     on behalf of Debtor    New England Motor Freight, Inc. dclarke@wjslaw.com,
           dclarke@ecf.inforuptcy.com
          Eric  Goldstein     on behalf of Creditor    United HealthCare Services, Inc. egoldstein@goodwin.com,
           bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com
          Evan S. Goldstein     on behalf of Creditor    Webster Capital Finance, Inc. egoldstein@uks.com
          Frank  Peretore     on behalf of Creditor    Wells Fargo Equipment Finance, Inc. fperetore@csglaw.com
          Gail C. Lin     on behalf of Plaintiff Alice  Waters GL@outtengolden.com,
           jxh@outtengolden.com;jar@outtengolden.com;rsr@outtengolden.com;kdeleon@outtengolden.com;squinonez
           @outtengolden.com
          Gail C. Lin     on behalf of Plaintiff Rich  Richardson GL@outtengolden.com,
           jxh@outtengolden.com;jar@outtengolden.com;rsr@outtengolden.com;kdeleon@outtengolden.com;squinonez
           @outtengolden.com
          Gary D. Bressler     on behalf of Creditor    Mack Trucks, Inc. gbressler@mdmc-law.com,
           kdeans@mdmc-law.com;sshidner@mdmc-law.com;dprimack@mdmc-law.com;bkleban@mdmc-law.com
          Gary D. Bressler     on behalf of Creditor    VFS US LLC gbressler@mdmc-law.com,
           kdeans@mdmc-law.com;sshidner@mdmc-law.com;dprimack@mdmc-law.com;bkleban@mdmc-law.com
          Gary D. Bressler     on behalf of Creditor    Volvo Financial gbressler@mdmc-law.com,
           kdeans@mdmc-law.com;sshidner@mdmc-law.com;dprimack@mdmc-law.com;bkleban@mdmc-law.com
          Jacob  Frumkin     on behalf of Interested Party    Great Dane LLC jfrumkin@coleschotz.com
          JoAnne M. Bonacci     on behalf of Creditor    RLI Insurance Company jbonacci@dbplawfirm.com
          John Phillip Schneider     on behalf of Creditor Committee    Official Committee Of Unsecured
           Creditors JPSchneider@mdmc-law.com
          John R. Morton, Jr.     on behalf of Creditor    CAB East LLC, serviced by Ford Motor Credit Company
           LLC ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com
          Joseph  Lubertazzi, Jr.     on behalf of Creditor    Capital One, N.A. jlubertazzi@mccarter.com
          Joseph J. DiPasquale     on behalf of Creditor Committee    Official Committee Of Unsecured
           Creditors jdipasquale@lowenstein.com
          Joseph L. Schwartz     on behalf of Creditor    Lucky's Energy Service, Inc. jschwartz@riker.com,
           mtrentin@riker.com
          Justin W. Gray     on behalf of Creditor Daniel  Rinaldi gray@maynardoconnorlaw.com,
           Sweeney@moscllp.com
          Karen A. Giannelli     on behalf of Plaintiff    MyJon, LLC kgiannelli@gibbonslaw.com
          Karen A. Giannelli     on behalf of Debtor    MyJon, LLC kgiannelli@gibbonslaw.com
          Karen A. Giannelli     on behalf of Plaintiff    Jans Leasing Corp. kgiannelli@gibbonslaw.com
          Karen A. Giannelli     on behalf of Debtor    Eastern Freight Ways, Inc. kgiannelli@gibbonslaw.com
          Karen A. Giannelli     on behalf of Debtor    United Express Solar, LLC kgiannelli@gibbonslaw.com
          Karen A. Giannelli     on behalf of Plaintiff    New England Motor Freight, Inc.
           kgiannelli@gibbonslaw.com
          Karen A. Giannelli     on behalf of Debtor    NEMF Logistics, LLC kgiannelli@gibbonslaw.com
          Karen A. Giannelli     on behalf of Plaintiff    NEMF World Transport, Inc. kgiannelli@gibbonslaw.com
          Karen A. Giannelli     on behalf of Plaintiff    Carrier Industries, Inc. kgiannelli@gibbonslaw.com
          Karen A. Giannelli     on behalf of Plaintiff    Apex Logistics, Inc. kgiannelli@gibbonslaw.com
          Karen A. Giannelli     on behalf of Debtor    Myar, LLC kgiannelli@gibbonslaw.com
          Karen A. Giannelli     on behalf of Debtor    Carrier Industries, Inc. kgiannelli@gibbonslaw.com
          Karen A. Giannelli     on behalf of Plaintiff    NEMF Logistics, LLC kgiannelli@gibbonslaw.com
          Karen A. Giannelli     on behalf of Plaintiff    Myar, LLC kgiannelli@gibbonslaw.com
          Karen A. Giannelli     on behalf of Debtor    NEMF World Transport, Inc. kgiannelli@gibbonslaw.com
          Karen A. Giannelli     on behalf of Plaintiff    United Express Solar, LLC kgiannelli@gibbonslaw.com
          Karen A. Giannelli     on behalf of Debtor    Jans Leasing Corp. kgiannelli@gibbonslaw.com
          Karen A. Giannelli     on behalf of Plaintiff    Eastern Freight Ways, Inc. kgiannelli@gibbonslaw.com
          Karen A. Giannelli     on behalf of Plaintiff    Hollywood Avenue Solar, LLC
           kgiannelli@gibbonslaw.com
          Karen A. Giannelli     on behalf of Debtor    New England Motor Freight, Inc.
           kgiannelli@gibbonslaw.com
          Karen A. Giannelli     on behalf of Debtor    Hollywood Avenue Solar, LLC kgiannelli@gibbonslaw.com
          Karen A. Giannelli     on behalf of Debtor    Apex Logistics, Inc. kgiannelli@gibbonslaw.com
          Kate R. Buck     on behalf of Creditor    Connecticut Light & Power Company, NStar Western
           Massachusetts, Yankee Gas Services Company, Colonial Gas Company, KeySpan Energy Delivery Long
           Island, Narragansett Electric Company and Niagara Mohawk kbuck@mccarter.com
          Kate R. Buck     on behalf of Creditor    Potomac Edison Company, Toledo Edison Company and West
           Penn Power Company kbuck@mccarter.com
          Kenneth L. Baum     on behalf of Creditor    Clermont Holdings, LLC kbaum@kenbaumdebtsolutions.com,
           fpisano@coleschotz.com
          Keri P. Ebeck     on behalf of Creditor    Guttman Energy, Inc. kebeck@bernsteinlaw.com,
           jbluemle@bernsteinlaw.com
          Kevin Gordon McDonald     on behalf of Creditor    VW Credit Leasing, Ltd. kmcdonald@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Kevin M. Capuzzi     on behalf of Interested Party    Amazon.com Services, Inc., formerly Amazon
           Fulfillment Services, Inc. kcapuzzi@beneschlaw.com,    debankruptcy@beneschlaw.com
```

```
District/off: 0312-2                  User: admin                     Page 4 of 4                    Date Rcvd: May 06, 2019
                                      Form ID: tsntc                  Total Noticed: 54


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Louis A. Curcio    on behalf of Creditor    Santander Bank, N.A. louis.curcio@troutmansanders.com,
               John.Murphy@troutmansanders.com;jonathan.forstot@troutmansanders.com;david.pisciotta@troutmansand
               ers.com
              Mark  Platt    on behalf of Creditor    Omnitracs, LLC mplatt@fbtlaw.com
              Mark B Conlan    on behalf of Plaintiff    New England Motor Freight, Inc. mconlan@gibbonslaw.com
              Mark B Conlan    on behalf of Debtor    New England Motor Freight, Inc. mconlan@gibbonslaw.com
              Mary E. Seymour    on behalf of Creditor Committee    Official Committee Of Unsecured Creditors
               mseymour@lowenstein.com,    echafetz@lowenstein.com
              Melissa A. Pena    on behalf of Creditor    Webster Capital Finance, Inc. mapena@nmmlaw.com,
               pfreda@nmmlaw.com
              Michael D. Sirota    on behalf of Interested Party    Great Dane LLC msirota@coleschotz.com,
               fpisano@coleschotz.com
              Michael R. Caruso    on behalf of Creditor    Wells Fargo Equipment Finance, Inc.
               mcaruso@csglaw.com,    ecf@csglaw.com
              Morris S. Bauer    on behalf of Creditor    East River Energy, Inc, msbauer@nmmlaw.com,
               mmarks@nmmlaw.com,relikens@nmmlaw.com,clcorey@nmmlaw.com
              Norman N Kinel    on behalf of Interested Party    East West Bank norman.kinel@squirepb.com,
               sarah.conley@squirepb.com;elliot.smith@squirepb.com
              Peter M. Knob    on behalf of Creditor    Capital One, N.A. pknob@mccarter.com,
               lrestivo@mccarter.com
              Rebecca Ann Solarz    on behalf of Creditor    VW Credit Leasing, Ltd rsolarz@kmllawgroup.com
              Richard Albuquerque    on behalf of Creditor MICHAEL  SINGLEY richarda@djdlawyers.com
              Richard S. Kanowitz    on behalf of Unknown Role Type    Ad Hoc Group of Tort Claimants
               rkanowitz@cooley.com,    mklein@cooley.com;jindyke@cooley.com;efiling-notice@ecf.pacerpro.com
              Rick Aaron Steinberg    on behalf of Creditor    TOTE Maritime rsteinberg@pricemeese.com
              Robert A. Burke    on behalf of Defendant    Jenny Munson Andress, individually and as the
               Administratrix of the Estate of Herbert Andress rburke@macelree.com
              Robert E. Nies    on behalf of Creditor    Berkley Insurance Company rnies@csglaw.com
              Robert K. Scheinbaum    on behalf of Defendant    New Jersey Manufacturers Insurance Company a/s/o
               Phyllis A. Troy rscheinbaum@connellfoley.com
              Robert K. Scheinbaum    on behalf of Creditor    New Jersey Manufacturers
               rscheinbaum@connellfoley.com
              Rona J. Rosen    on behalf of Creditor    WARN Act Class Plaintiffs and Putative Class
               rrosen@klehr.com,    cbbutler@klehr.com
              Sari Blair Placona    on behalf of Creditor Daryl & Kim  Martin splacona@msbnj.com
              Sari Blair Placona    on behalf of Creditor Jalil  Walters splacona@msbnj.com
              Sari Blair Placona    on behalf of Defendant    Jalil Waters and Rashida Carter splacona@msbnj.com
              Sari Blair Placona    on behalf of Creditor Rasheeda  Carter splacona@msbnj.com
              Sari Blair Placona    on behalf of Creditor    Mercedes Benz Financial Services USA LLC
               splacona@msbnj.com
              Scott J. Freedman    on behalf of Creditor    Corcentric, LLC sfreedman@dilworthlaw.com
              Seoung Y. Lim    on behalf of Creditor    Pantos USA, Inc. joshualim@kcllawfirm.com,
               denisemoreno@kcllawfirm.com,seankwak@kcllawfirm.com,jpark@kcllawfirm.com
              Stephen B. Ravin    on behalf of Creditor    Riggins, Inc. sravin@saul.com,    jgillman@saul.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              Virginia T. Shea    on behalf of Creditor    VFS US LLC vshea@mdmc-law.com,
               sshidner@mdmc-law.com;mtaranto@mdmc-law.com
              Virginia T. Shea    on behalf of Creditor    Volvo Financial vshea@mdmc-law.com,
               sshidner@mdmc-law.com;mtaranto@mdmc-law.com
              Warren Scott Gottlieb    on behalf of Defendant    Consolidated Edison Company of New York, Inc.
               wgottlieb@golawllp.com
                                                                                              TOTAL: 101
```