**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**NEWARK DIVISION**

| | |
|---|---|
| IN RE: § | |
| § | CASE NO. 19-12809-JKS |
| NEW ENGLAND MOTOR FREIGHT INC § | |
| DEBTOR(S) § | |
| § | CHAPTER 11 |
| VW CREDIT, INC. § | |
| CREDITOR § | |

**NOTICE OF WITHDRAWAL OF PROOF OF CLAIM**

**TO THE HONORABLE JUDGE OF SAID COURT:**

Notice is hereby given that **VW Credit, Inc.**, as servicing agent for VW Credit Leasing, Ltd, ("Creditor"), is withdrawing its **Proof of Claim (Claim #13-1)** in the amount of **$19,980.00** filed on **March 24, 2019**. This claim is a duplicate of Claim #10-1 filed on March 24, 2019.

Dated: May 8, 2019

                                                              Respectfully submitted,
                                                              Bonial & Associates, P.C.

                                                              /s/ John Rafferty
                                                              John Rafferty
                                                              14841 Dallas Parkway, Suite 425
                                                              Dallas, Texas  75254
                                                              (972) 643-6600
                                                              (972) 643-6698 (Telecopier)
                                                              Email: POCInquiries@BonialPC.com
                                                              Authorized Agent for VW Credit, Inc.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Bonial & Associates, P.C.
14841 Dallas Parkway
Suite 425
Dallas, Texas 75254
Telephone: (972) 643-6600
POCInquiries@BonialPC.com
Authorized Agent for Creditor

In Re:

New England Motor Freight Inc

Debtor.

Case No : 19-12809-JKS

Chapter: 11

Adv. No.:_____

Hearing Date: _____ at _____

Judge: John K. Sherwood

## CERTIFICATION OF SERVICE

1. I, John Rafferty:

    ☑ represent the Creditor in this matter.

    ☐ am the secretary/paralegal for _____ who represents the

    _____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On May 9, 2019 I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

    - Withdrawal of Proof of Claim

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

May 9, 2019
Date

/s/ John Rafferty
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| New England Motor Freight Inc<br>1-71 North Ave E<br>Elizabeth, New Jersey 07201 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Other: NEF, per D.N.J LBR 5005-1<br>   (As authorized by the Court or by rule.<br>   Cite the rule if applicable *) |
| Donald W Clarke<br>Wasserman, Jurista & Stolz, P.C.<br>110 Allen Road<br>Suite 304<br>Basking Ridge, New Jersey 07920<br>dclarke@wjslaw.com | Debtor's Attorney | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Other: NEF, per D.N.J LBR 5005-1<br>   (As authorized by the Court or by rule.<br>   Cite the rule if applicable.*) |

\*   May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.