**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**Caption in compliance with D.N.J. LBR 9004-1(b)**

DREIFUSS BONACCI & PARKER, PC
JoAnne M. Bonacci (JMB-1354)
26 Columbia Turnpike
Suite 101
Florham Park, New Jersey 07932
-and-
Five Penn Plaza, 23rd Floor
New York, New York 10001
Tel. No. (973) 514-1414
Fax No. (973) 514-5959
E-mail: jbonacci@dbplawfirm.com

**DINSMORE & SHOHL LLP**
Grace Winkler Cranley
227 West Monroe Street
Suite 3850
Chicago, IL 60606
Telephone: (312) 372-6060
Facsimile: (312) 372-6085
Email: grace.cranley@dinsmore.com

*Attorneys for RLI Insurance Company*

| | |
|---|---|
| In Re: | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC., et al.,[1] Debtors. | Hearing Date: May 21, 2019 |
| | Judge: Hon. John K. Sherwood, U.S.B.J. |
| | Chapter 11 |
| | (Jointly Administered) |

**CERTIFICATION OF CONSENT**
**REGARDING CONSENT ORDER**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC (4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMF Logistics, LLC (4666).

   I certify that with respect to the Consent Order Granting Motion of RLI Insurance Company To Lift The Automatic Stay To Cancel Surety Bonds submitted to the Court, the following conditions have been met:

   (a) The terms of the consent order are identical to those set forth in the original consent order;
   (b) The signatures represented by the /s/ on the consent order reference the signatures of consenting parties obtained on the original consent order;
   (c) I will retain the original consent order for a period of 7 years from the date of closing of the case or adversary proceeding.
   (d) I will make the original consent order available for inspection on request of the Court or any party in interest; and

Final paragraph options:

   ☐ (e) *If submitting the consent order and this certification to the Court conventionally,* I acknowledge the signing of same for all purposes, including those under Fed. R. Bankr. P. 9011 (sign certification in pen and ink and the Court will scan);

   x (e) *If submitting the consent order and this certification to the Court electronically via the presiding judge's e mail box, as a registered Participant of the Court's Case Management/ Electronic Files (CM/ECF) System*, I will simultaneously electronically file this certification with the Court, by use of my login and password, thereby signing same for all purposes including those under Fed. R. Bankr. P 9011 (sign certification with a /s/_____).

Dated: May 9, 2019         s/ JoAnne M. Bonacci_____
                  JoAnne M. Bonacci (JMB-1354)
                  DREIFUSS BONACCI & PARKER, PC
                  26 Columbia Turnpike
                  Suite 101
                  Florham Park, New Jersey 07932
                  Tel. No. (973) 514-1414
                  Fax No. (973) 514-5959
                  E-mail: jbonacci@dbplawfirm.com

                  s/ Grace Winkler Cranley
                  Grace Winkler Cranley
                  DINSMORE & SHOHL LLP
                  227 West Monroe St., Suite 3850
                  Chicago, IL 60606
                  Tel. No. (312) 372-6060
                  Fax No. (312) 372-6085
                  Email: grace.cranley@dinsmore.com