UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:

**NEW ENGLAND MOTOR FREIGHT, INC.**, et al.[1]

Debtor.

NOTICE OF APPEARANCE

Case No.: 19-12809-JKS
Chapter 11

**PLEASE TAKE NOTICE** that the undersigned has appeared on behalf of creditor, DANIEL MURTHA, and requests that you serve all papers in this action, including electronic filings, upon the undersigned at the address stated below.

                                            **MAYNARD, O'CONNOR, SMITH
                                            & CATALINOTTO, LLP**

Date:   May 10, 2019            By: /s/ Justin W. Gray, Esq.
                                                  Justin W. Gray, Esq.
                                         **Attorneys for Creditor, Daniel Murtha**
                                         6 Tower Place
                                         Albany, New York 12203
                                         (518) 465-3553 - phone
                                         (518) 465-5845 – fax
                                         gray@moscllp.com – e-mail

TO:    **GIBBONS P.C.**
        Karen A. Giannelli, Esq.
        Mark B. Conlan, Esq.
        Brett S. Theisen, Esq.
        One Gateway Center
        Newark, New Jersey 07102

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC (4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMF Logistics, LLC (4666).

{M0894437 1}