**GIBBONS P.C.**
Karen A. Giannelli, Esq.
Mark B. Conlan, Esq.
Brett S. Theisen, Esq.
One Gateway Center
Newark, New Jersey  07102
Telephone:  (973) 596-4500
Facsimile:  (973) 596-0545
E-mail:  kgiannelli@gibbonslaw.com
          mconlan@gibbonslaw.com
          btheisen@gibbonslaw.com

Counsel to the Debtors
and Debtors-in-Possession

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC., et al.,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 19-12809 (JKS)<br><br>(Jointly Administered) |

**NOTICE OF CANCELLATION OF AUCTION AND SELECTION OF STALKING HORSE BIDDER AS THE SUCCESSFUL BIDDER**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

On April 8, 2019, the United States Bankruptcy Court for the District of New Jersey (the "Bankruptcy Court") entered the *Order (I) Approving Bidding Procedures in Connection with the Sale of Substantially All Assets of Debtors' Eastern Freight Ways, Inc. and Carrier Industries, Inc.; (II) Scheduling an Auction and Hearing to Consider the Sale of Assets; and (III) Approving Form and Manner of Notice Thereof* (the "Bidding Procedures Order") [Docket No. 427].

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows:  New England Motor Freight, Inc. (7697) ("NEMF"); Eastern Freight Ways, Inc. (3461)("Eastern"); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223) ("Carrier"); Myar, LLC (4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMF Logistics, LLC (4666).

The Bidding Procedures Order set the deadline by which Qualified Bids must actually be received by the parties set forth in the Bidding Procedures Order as May 9, 2019, at 4:00 p.m. (ET) (the "Bid Deadline"). The Bidding Procedures Order set the auction for May 14, 2019, at 10:00 a.m. (ET).

The Debtors did not receive any Qualified Bids (other than the bid submitted by Estes Express Lines (the "Stalking Horse Bidder" or "Estes") pursuant to that certain Asset Purchase Agreement by and between among NEMF, Eastern, Carrier and Estes dated April 17. 2019) prior to the Bid Deadline. Accordingly, pursuant to the Bidding Procedures Order, the Debtors will not conduct an auction.

The Debtors have selected the Stalking Horse Bidder as the Successful Bidder and shall seek approval of the sale of the Acquired Assets to the Stalking Horse Bidder at the Sale Hearing.

The Sale Hearing to consider approval of the sale of the Acquired Assets to the Stalking Horse Bidder free and clear of all liens, claims, and encumbrances will be held before The Honorable John K. Sherwood, United States Bankruptcy Judge, on **May 16, 2019, at 10:00 a.m. (E.T.)**. The Sale Hearing may be adjourned by the Debtors from time to time without further notice to creditors or other parties in interest other than by announcement of the adjournment in open court on the date scheduled for the Sale Hearing or by filing a hearing agenda or notice on the docket of the Debtors' chapter 11 cases.

Dated: May 10, 2019

**GIBBONS P.C.**

By: /s/ Karen A. Giannelli
    Karen A. Giannelli, Esq.
    Mark B. Conlan, Esq.
    Brett S. Theisen, Esq.
    One Gateway Center
    Newark, New Jersey 07102
    Telephone: (973) 596-4500
    Facsimile: (973) 596-0545
    E-mail: kgiannelli@gibbonslaw.com
           mconlan@gibbonslaw.com
           btheisen@gibbonslaw.com

*Counsel to the Debtors*
*and Debtors-in-Possession*