**CULLEN AND DYKMAN LLP**
433 Hackensack Avenue
Hackensack, NJ 07601
(201) 488-1300 (Tel)
(201) 488-6541 (Fax)
David Edelberg, Esq. (DE-6258)
Email: dedelberg@cullenanddykman.com
*Counsel for McIntosh Energy Company*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: | CHAPTER 11 |
| NEW ENGLAND MOTOR FREIGHT, INC, et al., | Case No. 19-12809 (JKS) |
| | (Jointly Administered) |
| Debtors | |

**NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF PAPERS**

TO: ALL INTEREST PARTIES

PLEASE TAKE NOTICE that, McIntosh Energy Company, through its counsel, CULLEN AND DYKMAN LLP, hereby appears in the above captioned proceeding and requests that all notices and all papers served or required to be served in these cases be served upon the following:

David Edelberg, Esq.
**CULLEN AND DYKMAN LLP**
433 Hackensack Avenue, 12th Floor
Hackensack, New Jersey 07601
Phone: (201) 488-1300
Telecopier; (201) 488-6541
Email: dedelberg@cullenanddykman.com

CULLEN AND DYKMAN LLP
Counsel for McIntosh Energy Company

Dated: May 9, 2019

By: /s/ David Edelberg
DAVID EDELBERG, ESQ.

F:\EDELBERG\McIntosh Energy\Pleadings\NOTICE APP 4.23.19.doc