**CULLEN AND DYKMAN LLP**
433 Hackensack Avenue
Hackensack, NJ 07601
(201) 488-1300 (Tel)
(201) 488-6541 (Fax)
David Edelberg, Esq. (DE-6258)
Email: dedelberg@cullenanddykman.com
*Counsel for McIntosh Energy Company*

<div style="text-align:center">

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

</div>

| | |
|---|---|
| In Re: | CHAPTER 11 |
| NEW ENGLAND MOTOR FREIGHT, INC, et al., | Case No. 19-12809 (JKS) |
| Debtors | (Jointly Administered) |

<div style="text-align:center">

**REQUEST FOR PAYMENT OF ADMINISTRATIVE CLAIM**

</div>

1. The McIntosh Energy Company, ("McIntosh") the claimant herein, maintains its principal place of business at 1923 Bremer Road, Fort Wayne, Indiana 46803.

2. During the course of the administration of this estate, McIntosh provided fuel to the Debtors' vehicles.

3. There's a balance due to McIntosh in the amount of $1,914.27 on account of such fuel delivery as reflected in the following invoices:

4. Consequently, as of May 8, 2019, the amount of $1,914.27 remains outstanding. Therefore, McIntosh respectfully requests payment of its administrative claim in the amount of $1,914.27

<div style="margin-left:50%">

**Cullen and Dykman, LLP.**
Attorney for the McIntosh Energy Company

By: /s/David Edelberg, Esq.
David Edelberg, Esq.
**Cullen and Dykman, LLP.**
433 Hackensack Avenue
Hackensack New Jersey 07601
Ph: (201) 488-1300

</div>

Dated: May 13, 2019

F:\EDELBERG\McIntosh Energy\Pleadings\req pay admin clm 4.23.19.docx

# Invoice

## McIntosh Energy Company Inc

Created: Wednesday, April 24, 2019

| Invoice Number | Invoice Date | Customer Name | Source | Type | Invoice Total | Location |
|---|---|---|---|---|---|---|
| CFDT-73837 | 02/12/19 | NEW ENGLAND MOTOR FREIGHT | CF Tran | Invoice | 142.59 | Wayne Haven |
| CFDT-74167 | 02/13/19 | NEW ENGLAND MOTOR FREIGHT | CF Tran | Invoice | 141.69 | PPSI Remotes |
| CFDT-74062 | 02/13/19 | NEW ENGLAND MOTOR FREIGHT | CF Tran | Invoice | 245.39 | Wayne Haven |
| CFDT-74304 | 02/14/19 | NEW ENGLAND MOTOR FREIGHT | CF Tran | Invoice | 361.94 | Wayne Haven |
| CFDT-74303 | 02/14/19 | NEW ENGLAND MOTOR FREIGHT | CF Tran | Invoice | 194.41 | Wayne Haven |
| CFDT-74275 | 02/14/19 | NEW ENGLAND MOTOR FREIGHT | CF Tran | Invoice | 122.40 | Wayne Haven |
| CFDT-74510 | 02/15/19 | NEW ENGLAND MOTOR FREIGHT | CF Tran | Invoice | 200.09 | Wayne Haven |
| CFDT-74880 | 02/18/19 | NEW ENGLAND MOTOR FREIGHT | CF Tran | Invoice | 25.25 | PPSI Remotes |
| CFDT-74863 | 02/18/19 | NEW ENGLAND MOTOR FREIGHT | CF Tran | Invoice | 92.98 | PPSI Remotes |
| CFDT-75295 | 02/20/19 | NEW ENGLAND MOTOR FREIGHT | CF Tran | Invoice | 29.21 | PPSI Remotes |
| CFDT-75205 | 02/20/19 | NEW ENGLAND MOTOR FREIGHT | CF Tran | Invoice | 122.94 | Wayne Haven |
| CFDT-75537 | 02/21/19 | NEW ENGLAND MOTOR FREIGHT | CF Tran | Invoice | 27.00 | PPSI Remotes |
| CFDT-75499 | 02/21/19 | NEW ENGLAND MOTOR FREIGHT | CF Tran | Invoice | 36.01 | PPSI Remotes |
| CFDT-75431 | 02/21/19 | NEW ENGLAND MOTOR FREIGHT | CF Tran | Invoice | 134.17 | Wayne Haven |
| CFDT-75765 | 02/22/19 | NEW ENGLAND MOTOR FREIGHT | CF Tran | Invoice | 38.20 | PPSI Remotes |