# CULLENandDYKMANLLP

**DAVID EDELBERG**
PARTNER
dedelberg@cullenanddykman.com

Continental Plaza
433 Hackensack Avenue
Hackensack, New Jersey 07601
Telephone (201) 488-1300 • Facsimile (201) 488-6541

May 13, 2019

*Via Email and Regular Mail:*
kgianelli@gibbonslaw.com
mconlan@gibbonslaw.com
Karen A. Gianelli, Esq.
Mark B. Conlan, Esq.
Gibbons P.C.
One Gateway Center
Newark, New Jersey 07102

Re:    In re: New England Motor Freight, Inc. et al.,
Case No. 19-12809 (JKS) (Jointly Administered)
**DEMAND FOR RECLAMATION**

Dear Karen and Mark:

This firms represents McIntosh Energy Company ("McIntosh"), a creditor of New England Motor Freight, Inc. and its related debtor entities (the "Debtors"). Pursuant to 11 U.S.C. § 546 and Uniform Commercial Code § 2-702, McIntosh hereby demands reclamation with respect to all good received by the Debtors within the twenty (20) day period prior to February 11, 2019, while the Debtors were insolvent. Attached hereto as Exhibit-A is a schedule listing all invoices for which McIntosh asserts its 20-day reclamation rights. Corresponding invoice are available upon request. The total for all goods claimed pursuant to this reclamation demand is $17,008.28.

McIntosh demands that all goods subject to reclamation pursuant to this reclamation demand be immediately segregated from the other goods in the Debtors' possession. Further, McIntosh demands that such goods be returned to McIntosh or otherwise made available for pickup by McIntosh. Please contact me to arrange for such return.

McIntosh expressly reserves all of its rights with respect to the goods subject to this reclamation demand, including, but not limited to, its right to an administrative expense for the value of all goods delivered to the Debtors within twenty (20) days prior to the date that the Debtors filed their bankruptcy petitions, pursuant to 11 U.S.C. § 503(b)(9).

McIntosh reserves the rights to amend and supplement this reclamation demand or to file additional demands or claims, including without limitation, all other claims at law or in equity. McIntosh further reserves all of its other rights with respect to the goods subject to this demand and any other goods it has delivered to the Debtors and all other claims it holds against the Debtors.

*Founded 1850*

ALBANY        LONG ISLAND        MANHATTAN        NEW JERSEY        WASHINGTON, D.C.

*CULLENandDYKMANLLP*

Karen A. Giannelli, Esq.
Mark B. Conlan, Esq.
May 8, 2019
Page Two

Contemporaneously herewith, McIntosh has filed with the Bankruptcy Court its Notice of Demand for Reclamation, a copy of which is enclosed for your convenience.

Please feel free to call me with any questions.

Sincerely,

CULLEN AND DYKMAN LLP

David Edelberg

DE/hq
Encl.
Cc: Edmund P. Kos, Esq. (By Email: ekos@ekoslaw.com)

Invoice

McIntosh Energy Company Inc

Created: Wednesday, April 24, 2019

| Invoice Number | Invoice Date | Customer Name | Source | Type | Invoice Total | Location |
|---|---|---|---|---|---|---|
| CFDT-69758 | 01/22/19 | NEW ENGLAND MOTOR FREIGHT | CF Tran | Invoice | 104.59 | Wayne Haven |
| CFDT-69757 | 01/22/19 | NEW ENGLAND MOTOR FREIGHT | CF Tran | Invoice | 183.58 | Wayne Haven |
| CFDT-69755 | 01/22/19 | NEW ENGLAND MOTOR FREIGHT | CF Tran | Invoice | 166.58 | Wayne Haven |
| CFDT-69746 | 01/22/19 | NEW ENGLAND MOTOR FREIGHT | CF Tran | Invoice | 118.38 | Wayne Haven |
| CFDT-69743 | 01/22/19 | NEW ENGLAND MOTOR FREIGHT | CF Tran | Invoice | 118.82 | Wayne Haven |
| CFDT-69735 | 01/22/19 | NEW ENGLAND MOTOR FREIGHT | CF Tran | Invoice | 305.43 | Wayne Haven |
| CFDT-69732 | 01/22/19 | NEW ENGLAND MOTOR FREIGHT | CF Tran | Invoice | 73.46 | Wayne Haven |
| CFDT-69731 | 01/22/19 | NEW ENGLAND MOTOR FREIGHT | CF Tran | Invoice | 58.93 | Wayne Haven |
| CFDT-69729 | 01/22/19 | NEW ENGLAND MOTOR FREIGHT | CF Tran | Invoice | 229.33 | Wayne Haven |
| CFDT-69727 | 01/22/19 | NEW ENGLAND MOTOR FREIGHT | CF Tran | Invoice | 14.64 | Wayne Haven |
| CFDT-69726 | 01/22/19 | NEW ENGLAND MOTOR FREIGHT | CF Tran | Invoice | 116.68 | Wayne Haven |
| CFDT-69719 | 01/22/19 | NEW ENGLAND MOTOR FREIGHT | CF Tran | Invoice | 51.57 | Wayne Haven |
| CFDT-69718 | 01/22/19 | NEW ENGLAND MOTOR FREIGHT | CF Tran | Invoice | 217.85 | Wayne Haven |
| CFDT-69717 | 01/22/19 | NEW ENGLAND MOTOR FREIGHT | CF Tran | Invoice | 235.80 | Wayne Haven |
| CFDT-69987 | 01/23/19 | NEW ENGLAND MOTOR FREIGHT | CF Tran | Invoice | 128.49 | Wayne Haven |
| CFDT-69985 | 01/23/19 | NEW ENGLAND MOTOR FREIGHT | CF Tran | Invoice | 173.21 | Wayne Haven |
| CFDT-69983 | 01/23/19 | NEW ENGLAND MOTOR FREIGHT | CF Tran | Invoice | 103.64 | Wayne Haven |
| CFDT-69960 | 01/23/19 | NEW ENGLAND MOTOR FREIGHT | CF Tran | Invoice | 249.22 | Wayne Haven |
| CFDT-69958 | 01/23/19 | NEW ENGLAND MOTOR FREIGHT | CF Tran | Invoice | 214.28 | Wayne Haven |
| CFDT-70323 | 01/24/19 | NEW ENGLAND MOTOR FREIGHT | CF Tran | Invoice | 199.92 | Wayne Haven |
| CFDT-70318 | 01/24/19 | NEW ENGLAND MOTOR FREIGHT | CF Tran | Invoice | 24.12 | Wayne Haven |
| CFDT-70317 | 01/24/19 | NEW ENGLAND MOTOR FREIGHT | CF Tran | Invoice | 88.86 | Wayne Haven |
| CFDT-70313 | 01/24/19 | NEW ENGLAND MOTOR FREIGHT | CF Tran | Invoice | 226.75 | Wayne Haven |
| CFDT-70297 | 01/24/19 | NEW ENGLAND MOTOR FREIGHT | CF Tran | Invoice | 104.49 | Wayne Haven |
| CFDT-70293 | 01/24/19 | NEW ENGLAND MOTOR FREIGHT | CF Tran | Invoice | 197.81 | Wayne Haven |
| CFDT-70373 | 01/25/19 | NEW ENGLAND MOTOR FREIGHT | CF Tran | Invoice | 14.83 | Wayne Haven |
| CFDT-70372 | 01/25/19 | NEW ENGLAND MOTOR FREIGHT | CF Tran | Invoice | 174.69 | Wayne Haven |
| CFDT-70346 | 01/25/19 | NEW ENGLAND MOTOR FREIGHT | CF Tran | Invoice | 169.48 | Wayne Haven |
| CFDT-70335 | 01/25/19 | NEW ENGLAND MOTOR FREIGHT | CF Tran | Invoice | 174.75 | Wayne Haven |
| CFDT-70333 | 01/25/19 | NEW ENGLAND MOTOR FREIGHT | CF Tran | Invoice | 256.43 | Wayne Haven |
| CFDT-70328 | 01/25/19 | NEW ENGLAND MOTOR FREIGHT | CF Tran | Invoice | 236.75 | Wayne Haven |

# Invoice

## McIntosh Energy Company Inc

Created: Wednesday, April 24, 2019

| Invoice Number | Invoice Date | Customer Name | Source | Type | Invoice Total | Location |
|---|---|---|---|---|---|---|
| CFDT-70581 | 01/26/19 | NEW ENGLAND MOTOR FREIGHT | CF Tran | Invoice | 191.40 | Wayne Haven |
| CFDT-70580 | 01/26/19 | NEW ENGLAND MOTOR FREIGHT | CF Tran | Invoice | 184.78 | Wayne Haven |
| CFDT-71006 | 01/28/19 | NEW ENGLAND MOTOR FREIGHT | CF Tran | Invoice | 103.13 | Wayne Haven |
| CFDT-70982 | 01/28/19 | NEW ENGLAND MOTOR FREIGHT | CF Tran | Invoice | 98.01 | Wayne Haven |
| CFDT-70981 | 01/28/19 | NEW ENGLAND MOTOR FREIGHT | CF Tran | Invoice | 121.20 | Wayne Haven |
| CFDT-71038 | 01/28/19 | NEW ENGLAND MOTOR FREIGHT | CF Tran | Invoice | 111.19 | Brookwood |
| CFDT-71466 | 01/29/19 | NEW ENGLAND MOTOR FREIGHT | CF Tran | Invoice | 127.06 | Wayne Haven |
| CFDT-71456 | 01/29/19 | NEW ENGLAND MOTOR FREIGHT | CF Tran | Invoice | 107.36 | Wayne Haven |
| CFDT-71452 | 01/29/19 | NEW ENGLAND MOTOR FREIGHT | CF Tran | Invoice | 123.43 | Wayne Haven |
| CFDT-71450 | 01/29/19 | NEW ENGLAND MOTOR FREIGHT | CF Tran | Invoice | 72.22 | Wayne Haven |
| CFDT-71444 | 01/29/19 | NEW ENGLAND MOTOR FREIGHT | CF Tran | Invoice | 151.32 | Wayne Haven |
| CFDT-71425 | 01/29/19 | NEW ENGLAND MOTOR FREIGHT | CF Tran | Invoice | 223.20 | Wayne Haven |
| CFDT-71418 | 01/29/19 | NEW ENGLAND MOTOR FREIGHT | CF Tran | Invoice | 57.96 | Wayne Haven |
| CFDT-71409 | 01/29/19 | NEW ENGLAND MOTOR FREIGHT | CF Tran | Invoice | 236.12 | Wayne Haven |
| CFDT-71408 | 01/29/19 | NEW ENGLAND MOTOR FREIGHT | CF Tran | Invoice | 224.51 | Wayne Haven |
| CFDT-71693 | 01/30/19 | NEW ENGLAND MOTOR FREIGHT | CF Tran | Invoice | 137.67 | Wayne Haven |
| CFDT-71692 | 01/30/19 | NEW ENGLAND MOTOR FREIGHT | CF Tran | Invoice | 281.07 | Wayne Haven |
| CFDT-71679 | 01/30/19 | NEW ENGLAND MOTOR FREIGHT | CF Tran | Invoice | 7.88 | Wayne Haven |
| CFDT-71669 | 01/30/19 | NEW ENGLAND MOTOR FREIGHT | CF Tran | Invoice | 130.54 | Wayne Haven |
| CFDT-71668 | 01/30/19 | NEW ENGLAND MOTOR FREIGHT | CF Tran | Invoice | 124.95 | Wayne Haven |
| CFDT-71842 | 01/31/19 | NEW ENGLAND MOTOR FREIGHT | CF Tran | Invoice | 135.13 | Wayne Haven |
| CFDT-71836 | 01/31/19 | NEW ENGLAND MOTOR FREIGHT | CF Tran | Invoice | 137.68 | Wayne Haven |
| CFDT-71816 | 01/31/19 | NEW ENGLAND MOTOR FREIGHT | CF Tran | Invoice | 121.75 | Wayne Haven |
| CFDT-71815 | 01/31/19 | NEW ENGLAND MOTOR FREIGHT | CF Tran | Invoice | 148.19 | Wayne Haven |
| CFDT-71814 | 01/31/19 | NEW ENGLAND MOTOR FREIGHT | CF Tran | Invoice | 261.68 | Wayne Haven |
| CFDT-72055 | 02/01/19 | NEW ENGLAND MOTOR FREIGHT | CF Tran | Invoice | 80.65 | Wayne Haven |
| CFDT-72047 | 02/01/19 | NEW ENGLAND MOTOR FREIGHT | CF Tran | Invoice | 100.98 | Wayne Haven |
| CFDT-72023 | 02/01/19 | NEW ENGLAND MOTOR FREIGHT | CF Tran | Invoice | 221.61 | Wayne Haven |
| CFDT-72012 | 02/01/19 | NEW ENGLAND MOTOR FREIGHT | CF Tran | Invoice | 3.51 | Wayne Haven |
| CFDT-72011 | 02/01/19 | NEW ENGLAND MOTOR FREIGHT | CF Tran | Invoice | 236.73 | Wayne Haven |
| CFDT-72234 | 02/02/19 | NEW ENGLAND MOTOR FREIGHT | CF Tran | Invoice | 231.77 | PPSI Remotes |

Invoice

McIntosh Energy Company Inc

Created: Wednesday, April 24, 2019

| Invoice Number | Invoice Date | Customer Name | Source | Type | Invoice Total | Location |
|---|---|---|---|---|---|---|
| CFDT-72193 | 02/02/19 | NEW ENGLAND MOTOR FREIGHT | CF Tran | Invoice | 168.47 | Wayne Haven |
| CFDT-72406 | 02/04/19 | NEW ENGLAND MOTOR FREIGHT | CF Tran | Invoice | 118.37 | Wayne Haven |
| CFDT-72404 | 02/04/19 | NEW ENGLAND MOTOR FREIGHT | CF Tran | Invoice | 159.10 | Wayne Haven |
| CFDT-72395 | 02/04/19 | NEW ENGLAND MOTOR FREIGHT | CF Tran | Invoice | 94.07 | Wayne Haven |
| CFDT-72391 | 02/04/19 | NEW ENGLAND MOTOR FREIGHT | CF Tran | Invoice | 96.51 | Wayne Haven |
| CFDT-72390 | 02/04/19 | NEW ENGLAND MOTOR FREIGHT | CF Tran | Invoice | 91.78 | Wayne Haven |
| CFDT-72370 | 02/04/19 | NEW ENGLAND MOTOR FREIGHT | CF Tran | Invoice | 314.55 | Wayne Haven |
| CFDT-72631 | 02/05/19 | NEW ENGLAND MOTOR FREIGHT | CF Tran | Invoice | 47.00 | Wayne Haven |
| CFDT-72630 | 02/05/19 | NEW ENGLAND MOTOR FREIGHT | CF Tran | Invoice | 113.06 | Wayne Haven |
| CFDT-72625 | 02/05/19 | NEW ENGLAND MOTOR FREIGHT | CF Tran | Invoice | 93.02 | Wayne Haven |
| CFDT-72623 | 02/05/19 | NEW ENGLAND MOTOR FREIGHT | CF Tran | Invoice | 91.82 | Wayne Haven |
| CFDT-72594 | 02/05/19 | NEW ENGLAND MOTOR FREIGHT | CF Tran | Invoice | 231.93 | Wayne Haven |
| CFDT-72589 | 02/05/19 | NEW ENGLAND MOTOR FREIGHT | CF Tran | Invoice | 182.89 | Wayne Haven |
| CFDT-72584 | 02/05/19 | NEW ENGLAND MOTOR FREIGHT | CF Tran | Invoice | 217.54 | Wayne Haven |
| CFDT-72583 | 02/05/19 | NEW ENGLAND MOTOR FREIGHT | CF Tran | Invoice | 182.17 | Wayne Haven |
| CFDT-72879 | 02/06/19 | NEW ENGLAND MOTOR FREIGHT | CF Tran | Invoice | 185.17 | Wayne Haven |
| CFDT-72872 | 02/06/19 | NEW ENGLAND MOTOR FREIGHT | CF Tran | Invoice | 85.72 | Wayne Haven |
| CFDT-72871 | 02/06/19 | NEW ENGLAND MOTOR FREIGHT | CF Tran | Invoice | 82.61 | Wayne Haven |
| CFDT-72856 | 02/06/19 | NEW ENGLAND MOTOR FREIGHT | CF Tran | Invoice | 119.96 | Wayne Haven |
| CFDT-72841 | 02/06/19 | NEW ENGLAND MOTOR FREIGHT | CF Tran | Invoice | 226.63 | Wayne Haven |
| CFDT-72840 | 02/06/19 | NEW ENGLAND MOTOR FREIGHT | CF Tran | Invoice | 225.53 | Wayne Haven |
| CFDT-73119 | 02/07/19 | NEW ENGLAND MOTOR FREIGHT | CF Tran | Invoice | 64.23 | Wayne Haven |
| CFDT-73118 | 02/07/19 | NEW ENGLAND MOTOR FREIGHT | CF Tran | Invoice | 340.52 | Wayne Haven |
| CFDT-73115 | 02/07/19 | NEW ENGLAND MOTOR FREIGHT | CF Tran | Invoice | 110.44 | Wayne Haven |
| CFDT-73113 | 02/07/19 | NEW ENGLAND MOTOR FREIGHT | CF Tran | Invoice | 253.00 | Wayne Haven |
| CFDT-73110 | 02/07/19 | NEW ENGLAND MOTOR FREIGHT | CF Tran | Invoice | 188.60 | Wayne Haven |
| CFDT-73099 | 02/07/19 | NEW ENGLAND MOTOR FREIGHT | CF Tran | Invoice | 227.81 | Wayne Haven |
| CFDT-73094 | 02/07/19 | NEW ENGLAND MOTOR FREIGHT | CF Tran | Invoice | 194.46 | Wayne Haven |
| CFDT-73087 | 02/07/19 | NEW ENGLAND MOTOR FREIGHT | CF Tran | Invoice | 214.93 | Wayne Haven |
| CFDT-73084 | 02/07/19 | NEW ENGLAND MOTOR FREIGHT | CF Tran | Invoice | 225.32 | Wayne Haven |
| CFDT-73329 | 02/08/19 | NEW ENGLAND MOTOR FREIGHT | CF Tran | Invoice | 195.11 | Wayne Haven |

# Invoice

McIntosh Energy Company Inc

Created: Wednesday, April 24, 2019

| Invoice Number | Invoice Date | Customer Name | Source | Type | Invoice Total | Location |
|---|---|---|---|---|---|---|
| CFDT-73298 | 02/08/19 | NEW ENGLAND MOTOR FREIGHT | CF Tran | Invoice | 185.15 | Wayne Haven |
| CFDT-73295 | 02/08/19 | NEW ENGLAND MOTOR FREIGHT | CF Tran | Invoice | 296.37 | Wayne Haven |
| CFDT-73293 | 02/08/19 | NEW ENGLAND MOTOR FREIGHT | CF Tran | Invoice | 246.86 | Wayne Haven |
| CFDT-73292 | 02/08/19 | NEW ENGLAND MOTOR FREIGHT | CF Tran | Invoice | 125.43 | Wayne Haven |
| CFDT-73479 | 02/09/19 | NEW ENGLAND MOTOR FREIGHT | CF Tran | Invoice | 240.57 | Wayne Haven |
| CFDT-73476 | 02/09/19 | NEW ENGLAND MOTOR FREIGHT | CF Tran | Invoice | 251.24 | Wayne Haven |
| CFDT-73686 | 02/11/19 | NEW ENGLAND MOTOR FREIGHT | CF Tran | Invoice | 254.52 | Wayne Haven |
| CFDT-73685 | 02/11/19 | NEW ENGLAND MOTOR FREIGHT | CF Tran | Invoice | 121.07 | Wayne Haven |
| CFDT-73684 | 02/11/19 | NEW ENGLAND MOTOR FREIGHT | CF Tran | Invoice | 172.24 | Wayne Haven |
| CFDT-73680 | 02/11/19 | NEW ENGLAND MOTOR FREIGHT | CF Tran | Invoice | 22.13 | Wayne Haven |
| CFDT-73679 | 02/11/19 | NEW ENGLAND MOTOR FREIGHT | CF Tran | Invoice | 197.63 | Wayne Haven |
| CFDT-73662 | 02/11/19 | NEW ENGLAND MOTOR FREIGHT | CF Tran | Invoice | 135.51 | Wayne Haven |
| CFDT-73658 | 02/11/19 | NEW ENGLAND MOTOR FREIGHT | CF Tran | Invoice | 211.43 | Wayne Haven |
| CFDT-73657 | 02/11/19 | NEW ENGLAND MOTOR FREIGHT | CF Tran | Invoice | 18.53 | Wayne Haven |
| CFDT-73656 | 02/11/19 | NEW ENGLAND MOTOR FREIGHT | CF Tran | Invoice | 159.24 | Wayne Haven |