UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
**Caption in compliance with D.N.J. LBR 9004-1**

**GIBBONS P.C.**
Karen A. Giannelli, Esq.
Mark B. Conlan, Esq.
Brett S. Theisen, Esq.
One Gateway Center
Newark, New Jersey  07102
Telephone:  (973) 596-4500
Facsimile:   (973) 596-0545
E-mail:  kgiannelli@gibbonslaw.com
         mconlan@gibbonslaw.com
         btheisen@gibbonslaw.com

*Counsel to the Debtors
and Debtors-in-Possession*

In re:

NEW ENGLAND MOTOR FREIGHT, INC., *et al.*,

Debtors.[1]

Chapter 11

Case No. 19-12809 (JKS)

(Jointly Administered)

**Hearing Date:  May 16, 2019 @ 10:00 a.m.**

**Judge:  Hon. John K. Sherwood**

**ADJOURNMENT REQUEST**

1.    I, BRETT S. THEISEN, ESQ.,

    ☒    am the attorney for: New England Motor Freight, Inc. et al., Debtors and Debtors In Possession,

    ☐    am self represented,

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows:  New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC (4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMF Logistics, LLC (4666).

and request an adjournment of the following hearing for the reason set forth below.

Matter: Third Interim Cash Collateral Hearing [Dkt. No. 202]

Current hearing date and time: May 16, 2019 @ 10:00 a.m.

New date requested: June 4, 2019

Reason for adjournment request: The Third Interim Cash Collateral hearing is presently scheduled for May 16, 2019 at 10:00 a.m. and the Debtor has respectfully requested that be adjourned to June 4. In the interim, the Debtors plan to distribute an updated 13-week cash flow projection by May 31, 2019.

2. Consent to adjournment:

☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: May 15, 2019                                /s/ *Brett S. Theisen*
                                                  Brett S. Theisen, Esq.

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted          New hearing date: 6/4/2019 @ 10:00          ☐ Peremptory

☐ Granted over objection(s)   New hearing date: _____   ☐ Peremptory

☐ Denied

2