**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 19-12809 (JKS)<br><br>(Jointly Administered) |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK  )
                   )  ss:
COUNTY OF KINGS    )

I, John Burlacu, declare:

1. I am over the age of 18 years and not a party to these chapter 11 cases.

2. I am employed by Donlin, Recano & Company, Inc., ("DRC"), 6201 15th Avenue, Brooklyn, NY 11219.

3. On the 14th day of May, 2019, at my direction and under my supervision, employees of DRC caused to serve the following documents:

    a. "Debtors' Motion for Entry of Order in Aid of NEMF Auction Sale Order [ECF 434]" (Docket No. 568);

    b. "Application for Order Shortening Time" (Docket No. 569); and

    c. "Order Shortening Time Period for Notice, Setting Hearing and Limiting Notice" (Docket No. 571),

via Electronic Mail upon the parties as set forth on Exhibit 1, attached hereto.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC (4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMF Logistics, LLC (4666).

NEMF00129

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 15th day of May, 2019, Brooklyn, New York.

_____
John Burlacu

Sworn before me this
15th day of May, 2019

_____
Notary Public

SUNG JAE KIM
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01KI6211176
COMM. EXP. September 14, 2021

# EXHIBIT 1

**New England Motor Freight, Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| PETER.J.D'AURIA@USDOJ.GOV | MITCHELL.B.HAUSMAN@USDOJ.GOV | JDIPASQUALE@LOWENSTEIN.COM | MSEYMOUR@LOWENSTEIN.COM |
| RXZA@ELLIOTTGREENLEAF.COM | JMS@ELLIOTTGREENLEAF.COM | FPERETORE@CSGLAW.COM | MCARUSO@CSGLAW.COM |
| KLUSBY@GEBSMITH.COM | BRODYA@GTLAW.COM | JLUBERTAZZI@MCCARTER.COM | PKNOB@MCCARTER.COM |
| GBRESSLER@MDMC-LAW.COM | VSHEA@MDMC-LAW.COM | ASODONO@MSBNJ.COM | CLYNCH@REEDSMITH.COM |
| ELLIOT.SMITH@SQUIREPB.COM | NORMAN.KINEL@SQUIREPB.COM | DAVID.PISCIOTTA@TROUTMAN.COM | LOUIS.CURCIO@TROUTMAN.COM |
| EGOLDSTEIN@UKS.COM | SGROW@WNJ.COM | DCM@YOSTLAWFIRM.COM | NEAL.MODI@FRESHFIELDS.COM |

Case 19-12809-JKS    Doc 578    Filed 05/15/19    Entered 05/15/19 15:54:37    Desc Main
Document      Page 5 of 5

New England Motor Freight, Inc., et al.
Electronic Mail
Exhibit Pages

Page # : 2 of 2                                                                                               05/14/2019 05:17:42 PM

| | | | |
|---|---|---|---|
| SCOTT.TALMADGE@FRESHFIELDS.COM | MARK.LISCIO@FRESHFIELDS.COM | MICHAEL.A.FONDACARO@CHASE.COM | 000118P001-1413S-129<br>ANTHONY SODONO, III, ESQ.<br>SARI B. PLACONA MCMANIMON<br>SCOTLAND & BAUMANN<br>75 LIVINGSTON AVE<br>ROSELAND NJ 07068<br>SPLACONA@MSBNJ.COM |
| 000087P003-1413S-129<br>ELLIOT GREENLEAF<br>R X ZAHRALDDIN- ARAVENA;JONATHAN M STEMERMAN<br>SARAH DENIS<br>1105 MARKET ST STE 1700<br>WILMINGTON DE 19801<br>RXZA@ELLIOTTGREENLEAF.COM | 000087P003-1413S-129<br>ELLIOT GREENLEAF<br>R X ZAHRALDDIN- ARAVENA;JONATHAN M STEMERMAN<br>SARAH DENIS<br>1105 MARKET ST STE 1700<br>WILMINGTON DE 19801<br>JMS@ELLIOTTGREENLEAF.COM | 000087P003-1413S-129<br>ELLIOT GREENLEAF<br>R X ZAHRALDDIN- ARAVENA;JONATHAN M STEMERMAN<br>SARAH DENIS<br>1105 MARKET ST STE 1700<br>WILMINGTON DE 19801<br>SXD@ELLIOTTGREENLEAF.COM | 000112P001-1413S-129<br>LISA BITTLE TANCREDI, ESQ.<br>DAVID FONTANA, ESQ.<br>GEBHARDT & SMITH LLP<br>ONE SOUTH ST, STE 2200<br>BALTIMORE MD 21202-3281<br>LTANCREDI@GEBSMITH.COM |
| 000112P001-1413S-129<br>LISA BITTLE TANCREDI, ESQ.<br>DAVID FONTANA, ESQ.<br>GEBHARDT & SMITH LLP<br>ONE SOUTH ST, STE 2200<br>BALTIMORE MD 21202-3281<br>DFONT@GEBSMITH.COM | 000086P001-1413S-129<br>LOWENSTEIN SANDLER LLP<br>MARY E SEYMOUR;JOSEPH J DIPASQUALE<br>ONE LOWENSTEIN DRIVE<br>ROSELAND NJ 07068<br>MSEYMOUR@LOWENSTEIN.COM | 000086P001-1413S-129<br>LOWENSTEIN SANDLER LLP<br>MARY E SEYMOUR;JOSEPH J DIPASQUALE<br>ONE LOWENSTEIN DRIVE<br>ROSELAND NJ 07068<br>JDIPASQUALE@LOWENSTEIN.COM | 000116P001-1413S-129<br>ROBERT HORNBY, ESQ.<br>MICHAEL R. CARUSO, ESQ.<br>CHIESA SHAHINIAN & GIANTOMASI<br>ONE BOLAND DRIVE<br>WEST ORANGE NJ 07052<br>RHORNBY@CSGLAW.COM |
| 000001P001-1413S-129<br>UNITED STATES TRUSTEE<br>ONE NEWARK CENTER, SUITE 2100<br>1085 RAYMOND BOULEVARD<br>NEWARK NJ 07102<br>jeffrey.m.sponder@usdoj.gov | 000001P001-1413S-129<br>UNITED STATES TRUSTEE<br>ONE NEWARK CENTER, SUITE 2100<br>1085 RAYMOND BOULEVARD<br>NEWARK NJ 07102<br>Mitchell.B.Hausman@usdoj.gov | 000001P001-1413S-129<br>UNITED STATES TRUSTEE<br>ONE NEWARK CENTER, SUITE 2100<br>1085 RAYMOND BOULEVARD<br>NEWARK NJ 07102<br>Peter.J.D'Auria@usdoj.gov | |

Records Printed :    39