**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC., *et al.*, | Case No. 19-12809 (JKS) |
| | (Jointly Administered) |
| Debtors.[1] | |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                     )  ss:
COUNTY OF KINGS      )

I, Ted Tokuda, declare:

1. I am over the age of 18 years and not a party to these chapter 11 cases.

2. I am employed by Donlin, Recano & Company, Inc., ("DRC"), 6201 15th Avenue, Brooklyn, NY 11219.

3. On the 16th day of May, 2019, at my direction and under my supervision, employees of DRC caused to serve the following documents:

    a. "Order (A) Authorizing and Approving (1) the Sale of Substantially All of Debtors' Eastern Freight Ways, Inc. and Carrier Industries, Inc.'s Assets and Certain Assets of New England Motor Freight, Inc. Free and Clear of All Liens, Claims, Encumbrances and Other Interests; and (2) the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection therewith; and (B) Granting Related Relief" (Docket No. 583);

    b. "Order in Aid of NEMF Auction Sale Order [ECF 434]" (Docket No. 584)

    via Electronic Mail upon the parties as set forth on Exhibit 1, and via First Class U.S. Mail upon the parties as set forth in Exhibit 2, attached hereto.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC (4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMF Logistics, LLC (4666).

NEMF00135

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 20th day of May, 2019, Brooklyn, New York.

_____
Ted Tokuda

Sworn before me this
20th day of May, 2019

_____
Notary Public

SUNG JAE KIM
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01KI6211176
COMM. EXP. September 21, 2021

# EXHIBIT 1

Case 19-12809-JKS    Doc 599    Filed 05/20/19    Entered 05/20/19 15:38:51    Desc Main
Document    Page 4 of 7

New England Motor Freight, Inc., et al.
Electronic Mail
Exhibit Page

Page # : 1 of 2                                                                 05/16/2019 04:09:26 PM

| | | | |
|---|---|---|---|
| 000110P001-1413S-136<br>ALAN J. BRODY, ESQ.<br>GREENBERG TRAURIG, LLP<br>500 CAMPUS DR, STE 400<br>FLORHAM PARK NJ 07932-0677<br>BRODYA@GTLAW.COM | 000118P001-1413S-136<br>ANTHONY SODONO, III, ESQ.<br>SARI B. PLACONA MCMANIMON<br>SCOTLAND & BAUMANN<br>75 LIVINGSTON AVE<br>ROSELAND NJ 07068<br>ASODONO@MSBNJ.COM | 000118P001-1413S-136<br>ANTHONY SODONO, III, ESQ.<br>SARI B. PLACONA MCMANIMON<br>SCOTLAND & BAUMANN<br>75 LIVINGSTON AVE<br>ROSELAND NJ 07068<br>SPLACONA@MSBNJ.COM | 000117P001-1413S-136<br>CHRISTOPHER A. LYNCH, ESQ.<br>REED SMITH LLP<br>599 LEXINGTON AVE<br>NEW YORK NY 10022<br>CLYNCH@REEDSMITH.COM |
| 000123P001-1413S-136<br>DAIMLER TRUST<br>C/O BK SERVICING, LLC<br>ED GEZEL, AGENT<br>PO BOX 131265<br>ROSEVILLE MN 55113-0011<br>notices@bkservicing.com | 000114P001-1413S-136<br>DAVID A. PISCIOTTA, ESQ.<br>LOUIS A. CURCIO, ESQ.<br>TROUTMAN SANDERS<br>875 THIRD AVENUE<br>NEW YORK NY 10022<br>DAVID.PISCIOTTA@TROUTMAN.COM | 000114P001-1413S-136<br>DAVID A. PISCIOTTA, ESQ.<br>LOUIS A. CURCIO, ESQ.<br>TROUTMAN SANDERS<br>875 THIRD AVENUE<br>NEW YORK NY 10022<br>LOUIS.CURCIO@TROUTMAN.COM | 000087P003-1413S-136<br>ELLIOT GREENLEAF<br>R X ZAHRALDDIN- ARAVENA;JONATHAN M STEMERMAN<br>SARAH DENIS<br>1105 MARKET ST STE 1700<br>WILMINGTON DE 19801<br>RXZA@ELLIOTTGREENLEAF.COM |
| 000087P003-1413S-136<br>ELLIOT GREENLEAF<br>R X ZAHRALDDIN- ARAVENA;JONATHAN M STEMERMAN<br>SARAH DENIS<br>1105 MARKET ST STE 1700<br>WILMINGTON DE 19801<br>JMS@ELLIOTTGREENLEAF.COM | 000087P003-1413S-136<br>ELLIOT GREENLEAF<br>R X ZAHRALDDIN- ARAVENA;JONATHAN M STEMERMAN<br>SARAH DENIS<br>1105 MARKET ST STE 1700<br>WILMINGTON DE 19801<br>SXD@ELLIOTTGREENLEAF.COM | 000120P001-1413S-136<br>EVAN S. GOLDSTEIN UPDIKE<br>KELLY & SPELLACY, P.C.<br>100 PEARL STREET 17TH FLOOR<br>PO BOX 231277<br>HARTFORD CT 06103<br>EGOLDSTEIN@UKS.COM | 000121P001-1413S-136<br>GARY D. BRESSLER, ESQ.<br>MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP<br>300 DELAWARE AVE, STE 770<br>WILMINGTON DE 19801<br>GBRESSLER@MDMC-LAW.COM |
| 000115P001-1413S-136<br>JOSEPH LUBERTAZZI, ESQ.<br>PETER M. KNOB, ESQ.<br>MCCARTER & ENGLISH<br>100 MULBERRY ST FOUR GATEWAY CENTER<br>NEWARK NJ 07102<br>PKNOB@MCCARTER.COM | 000115P001-1413S-136<br>JOSEPH LUBERTAZZI, ESQ.<br>PETER M. KNOB, ESQ.<br>MCCARTER & ENGLISH<br>100 MULBERRY ST FOUR GATEWAY CENTER<br>NEWARK NJ 07102<br>JLUBERTAZZI@MCCARTER.COM | 000112P001-1413S-136<br>LISA BITTLE TANCREDI, ESQ.<br>DAVID FONTANA, ESQ.<br>GEBHARDT & SMITH LLP<br>ONE SOUTH ST, STE 2200<br>BALTIMORE MD 21202-3281<br>LTANCREDI@GEBSMITH.COM | 000112P001-1413S-136<br>LISA BITTLE TANCREDI, ESQ.<br>DAVID FONTANA, ESQ.<br>GEBHARDT & SMITH LLP<br>ONE SOUTH ST, STE 2200<br>BALTIMORE MD 21202-3281<br>DFONT@GEBSMITH.COM |
| 000086P001-1413S-136<br>LOWENSTEIN SANDLER LLP<br>MARY E SEYMOUR;JOSEPH J DIPASQUALE<br>ONE LOWENSTEIN DRIVE<br>ROSELAND NJ 07068<br>MSEYMOUR@LOWENSTEIN.COM | 000086P001-1413S-136<br>LOWENSTEIN SANDLER LLP<br>MARY E SEYMOUR;JOSEPH J DIPASQUALE<br>ONE LOWENSTEIN DRIVE<br>ROSELAND NJ 07068<br>JDIPASQUALE@LOWENSTEIN.COM | 000111P001-1413S-136<br>MARK  LISCIO, ESQ.<br>NEAL MODI, ESQ. / SCOTT TALMADGE, ESQ.<br>FRESHFIELDS BRUCKHAUS DERINGER US LLP<br>601 LEXINGTON AVE, 31ST FL<br>NEW YORK NY 10022<br>MARK.LISCIO@FRESHFIELDS.COM | 000111P001-1413S-136<br>MARK  LISCIO, ESQ.<br>NEAL MODI, ESQ. / SCOTT TALMADGE, ESQ.<br>FRESHFIELDS BRUCKHAUS DERINGER US LLP<br>601 LEXINGTON AVE, 31ST FL<br>NEW YORK NY 10022<br>NEAL.MODI@FRESHFIELDS.COM |
| 000111P001-1413S-136<br>MARK  LISCIO, ESQ.<br>NEAL MODI, ESQ. / SCOTT TALMADGE, ESQ.<br>FRESHFIELDS BRUCKHAUS DERINGER US LLP<br>601 LEXINGTON AVE, 31ST FL<br>NEW YORK NY 10022<br>SCOTT.TALMADGE@FRESHFIELDS.COM | 000113P001-1413S-136<br>NORMAN N. KINEL, ESQ.<br>SQUIRE PATTON BOGGS (US) LLP<br>30 ROCKEFELLER PLAZA, 23RD FLOOR<br>NEW YORK NY 10012<br>NORMAN.KINEL@SQUIREPB.COM | 000116P001-1413S-136<br>ROBERT HORNBY, ESQ.<br>MICHAEL R. CARUSO, ESQ.<br>CHIESA SHAHINIAN & GIANTOMASI<br>ONE BOLAND DRIVE<br>WEST ORANGE NJ 07052<br>RHORNBY@CSGLAW.COM | 000116P001-1413S-136<br>ROBERT HORNBY, ESQ.<br>MICHAEL R. CARUSO, ESQ.<br>CHIESA SHAHINIAN & GIANTOMASI<br>ONE BOLAND DRIVE<br>WEST ORANGE NJ 07052<br>MCARUSO@CSGLAW.COM |

**New England Motor Freight, Inc., et al.**
**Electronic Mail**
**Exhibit Page**

Page # : 2 of 2                                                                                                                    05/16/2019 04:09:26 PM

| 000119P001-1413S-136 | 000001P001-1413S-136 | 000001P001-1413S-136 | 000001P001-1413S-136 |
| STEPHEN B. GROW, ESQ. | UNITED STATES TRUSTEE | UNITED STATES TRUSTEE | UNITED STATES TRUSTEE |
| WARNER NORCROSS + JUDD LLP | ONE NEWARK CENTER, SUITE 2100 | ONE NEWARK CENTER, SUITE 2100 | ONE NEWARK CENTER, SUITE 2100 |
| 111 LYON ST NW # 900 | 1085 RAYMOND BOULEVARD | 1085 RAYMOND BOULEVARD | 1085 RAYMOND BOULEVARD |
| GRAND RAPIDS MI 49503 | NEWARK NJ 07102 | NEWARK NJ 07102 | NEWARK NJ 07102 |
| SGROW@WNJ.COM | jeffrey.m.sponder@usdoj.gov | Mitchell.B.Hausman@usdoj.gov | Peter.J.D'Auria@usdoj.gov |

000122P001-1413S-136
VIRGINIA T. SHEA, ESQ.
MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
1300 MOUNT KEMBLE AVE
MORRISTOWN NJ 07962
VSHEA@MDMC-LAW.COM

Records Printed :   **29**

# EXHIBIT 2

**New England Motor Freight, Inc., et al.**
**Exhibit Page**

Page # : 1 of 1                                                                                       05/16/2019  04:07:28 PM

| | | | |
|---|---|---|---|
| 000110P001-1413S-136<br>ALAN J. BRODY, ESQ.<br>GREENBERG TRAURIG, LLP<br>500 CAMPUS DR, STE 400<br>FLORHAM PARK NJ 07932-0677 | 000118P001-1413S-136<br>ANTHONY SODONO, III, ESQ.<br>SARI B. PLACONA MCMANIMON<br>SCOTLAND & BAUMANN<br>75 LIVINGSTON AVE<br>ROSELAND NJ 07068 | 000117P001-1413S-136<br>CHRISTOPHER A. LYNCH, ESQ.<br>REED SMITH LLP<br>599 LEXINGTON AVE<br>NEW YORK NY 10022 | 000123P001-1413S-136<br>DAIMLER TRUST<br>C/O BK SERVICING, LLC<br>ED GEZEL, AGENT<br>PO BOX 131265<br>ROSEVILLE MN 55113-0011 |
| 000114P001-1413S-136<br>DAVID A. PISCIOTTA, ESQ.<br>LOUIS A. CURCIO, ESQ.<br>TROUTMAN SANDERS<br>875 THIRD AVENUE<br>NEW YORK NY 10022 | 000087P003-1413S-136<br>ELLIOT GREENLEAF<br>R X ZAHRALDDIN- ARAVENA;JONATHAN M STEMERMAN<br>SARAH DENIS<br>1105 MARKET ST STE 1700<br>WILMINGTON DE 19801 | 000120P001-1413S-136<br>EVAN S. GOLDSTEIN UPDIKE<br>KELLY & SPELLACY, P.C.<br>100 PEARL STREET 17TH FLOOR<br>PO BOX 231277<br>HARTFORD CT 06103 | 000121P001-1413S-136<br>GARY D. BRESSLER, ESQ.<br>MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP<br>300 DELAWARE AVE, STE 770<br>WILMINGTON DE 19801 |
| 000115P001-1413S-136<br>JOSEPH LUBERTAZZI, ESQ.<br>PETER M. KNOB, ESQ.<br>MCCARTER & ENGLISH<br>100 MULBERRY ST FOUR GATEWAY CENTER<br>NEWARK NJ 07102 | 000112P001-1413S-136<br>LISA BITTLE TANCREDI, ESQ.<br>DAVID FONTANA, ESQ.<br>GEBHARDT & SMITH LLP<br>ONE SOUTH ST, STE 2200<br>BALTIMORE MD 21202-3281 | 000086P001-1413S-136<br>LOWENSTEIN SANDLER LLP<br>MARY E SEYMOUR;JOSEPH J DIPASQUALE<br>ONE LOWENSTEIN DRIVE<br>ROSELAND NJ 07068 | 000111P001-1413S-136<br>MARK LISCIO, ESQ.<br>NEAL MODI, ESQ. / SCOTT TALMADGE, ESQ.<br>FRESHFIELDS BRUCKHAUS DERINGER US LLP<br>601 LEXINGTON AVE, 31ST FL<br>NEW YORK NY 10022 |
| 000113P001-1413S-136<br>NORMAN N. KINEL, ESQ.<br>SQUIRE PATTON BOGGS (US) LLP<br>30 ROCKEFELLER PLAZA, 23RD FLOOR<br>NEW YORK NY 10012 | 000116P001-1413S-136<br>ROBERT HORNBY, ESQ.<br>MICHAEL R. CARUSO, ESQ.<br>CHIESA SHAHINIAN & GIANTOMASI<br>ONE BOLAND DRIVE<br>WEST ORANGE NJ 07052 | 000119P001-1413S-136<br>STEPHEN B. GROW, ESQ.<br>WARNER NORCROSS + JUDD LLP<br>111 LYON ST NW # 900<br>GRAND RAPIDS MI 49503 | 000001P001-1413S-136<br>UNITED STATES TRUSTEE<br>ONE NEWARK CENTER, SUITE 2100<br>1085 RAYMOND BOULEVARD<br>NEWARK NJ 07102 |
| 000122P001-1413S-136<br>VIRGINIA T. SHEA, ESQ.<br>MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP<br>1300 MOUNT KEMBLE AVE<br>MORRISTOWN NJ 07962 | | | |

Records Printed :   17