# Core Service List
# New England Motor Freight, Inc., et al.
# Case No. 19-12809

05/13/2019

**COUNSEL TO CAPITAL ONE, N.A.**

MCCARTER & ENGLISH, LLP
PETER KNOB
100 MULBERRY STREET
FOUR GATEWAY CENTER
NEWARK NJ 07102

**COUNSEL TO EAST WEST BANK**

SQUIRE PATTON BOGGS
NORMAN N KINEL
30 ROCKEFELLER PLAZA
NEW YORK NY 10112

**COUNSEL TO LENDER**

GREENBERG TRAURIG
ALAN J. BRODY
500 CAMPUS DRIVE
SUITE 400
FLORHAM PARK NJ 07932

FRESHFIELDS BRUCKHAUS DERINGER
MARK F LISCIO
601 LEXINGTON AVE
31ST FLOOR
NEW YORK NY 10022

**COUNSEL TO SANTANDER BANK**

TROUTMAN SANDERS
DAVID A PISCIOTTA
875 THIRD AVENUE
NEW YORK NY 10022

TROUTMAN SANDERS
LOUIS CURCIO
875 THIRD AVENUE
NEW YORK NY 10022

TROUTMAN SANDERS
ALISSA PICCIONE
875 THIRD AVENUE
NEW YORK NY 10022

**COUNSEL TO TD BANK, N.A.**

GEBHARDT & SMITH LLP
JAMES M SMITH
ONE SOUTH STREET
SUITE 2200
BALTIMORE MD 21202-3281

## Core Service List
## New England Motor Freight, Inc., et al.
## Case No. 19-12809

05/13/2019

| **DEBTOR** | **GOVT. ENTITY** |
|---|---|
| NEW ENGLAND MOTOR FREIGHT, INC.<br>ATTN: PRESIDENT/CEO<br>1-71 NORTH AVENUE EAST<br>ELIZABETH NJ 07201 | SECURITIES EXCHANGE COMMISSION<br>NEW YORK REGIONAL OFFICE<br>ATTN: ANDREW CALAMARI, REGIONAL DIRECTOR<br>BROOKFIELD PLACE<br>200 VESSEY STREET, SUITE 400<br>NEW YORK NY 10281-1022 |
| **GOVT. ENTITY** | ENVIRONMENTAL PROTECTION AGENCY<br>REGION 2<br>290 BROADWAY<br>17TH FLOOR<br>NEW YORK NY 10007-1866 |
| UNITED STATES TRUSTEE<br>ONE NEWARK CENTER, SUITE 2100<br>1085 RAYMOND BOULEVARD<br>NEWARK NJ 07102 | |
| | NEW JERSEY ATTORNEY GENERAL OFFICE<br>DIVISION OF LAW<br>RICHARD J. HUGHES JUSTICE COMPLEX<br>25 MARKET ST<br>TRENTON NJ 08625-0112 |
| UNITED STATES ATTORNEY<br>DISTRICT OF NEW JERSEY<br>PETER RODINO FEDERAL BUILDING<br>970 BROAD STREET, SUITE 700<br>NEWARK NJ 07102 | |
| | NEW JERSEY DIVISION OF TAXATION<br>COMPLIANCE & ENFORCEMENT UNIT<br>BANKRUPTCY UNIT<br>50 BARRACK STREET, 9TH FLOOR<br>TRENTON NJ 08695-0267 |
| INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | |
| | NEW JERSEY MOTOR VEHICLE COMMISSION<br>ADMINISTRATIVE UNIT<br>225 EAST STATE STREET<br>TRENTON NJ 08666 |
| INTERNAL REVENUE SERVICE<br>2970 MARKET STREET<br>MAIL STOP 5-Q30.133<br>PHILADELPHIA PA 19104-5016 | |

## Core Service List
## New England Motor Freight, Inc., et al.
## Case No. 19-12809

05/13/2019

| **GOVT. ENTITY** | **PROPOSED COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS** |
|---|---|
| DEPARTMENT OF ENVIRONMENTAL PROTECTION<br>OFFICE OF RECORDS ACCESS<br>ATTN: BANKR. COORDINATOR<br>PO BOX 402<br>MAIL CODE 401-06Q<br>TRENTON NJ 08625-0402 | LOWENSTEIN SANDLER LLP<br>MARY E SEYMOUR;JOSEPH J DIPASQUALE<br>ONE LOWENSTEIN DRIVE<br>ROSELAND NJ 07068 |

| **OFFICIAL COMMITTEE OF UNSECURED CREDITORS** | **PROPOSED COUNSEL TO THE DEBTORS** |
|---|---|
| AAA COOPER TRANSPORTATION<br>TIFFANY ENGELHUBER<br>1751 KINSEY ROAD<br>DOTHAN AL 36303 | GIBBONS P.C.<br>KAREN A. GIANNELLI, ESQ.<br>ONE GATEWAY CENTER<br>NEWARK NJ 07102 |
| LANDSTAR TRANSPORTATION LOGISTICS, INC.<br>SPRYTE KIMMEY<br>13410 SUTTON PARK DR S<br>JACKSONVILLE FL 32224 | GIBBONS P.C.<br>MARK B. CONLAN, ESQ.<br>ONE GATEWAY CENTER<br>NEWARK NJ 07102 |
| GUTTMAN OIL CO.<br>GREGORY J. CREIGHAN<br>200 SPEERS STREET<br>BELLE VERNON PA 15012 | GIBBONS P.C.<br>BRETT S. THEISEN, ESQ.<br>ONE GATEWAY PLAZA<br>NEWARK NJ 07102 |

# Core Service List
# New England Motor Freight, Inc., et al.
# Case No. 19-12809

05/13/2019

| **PROPOSED COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS** | **TOP 30 UNSECURED CREDITOR; OFFICIAL COMMITTEE OF UNSECURED CREDITORS** |

ELLIOT GREENLEAF
R X ZAHRALDDIN- ARAVENA;JONATHAN M STEMERMAN
SARAH DENIS
1105 MARKET ST STE 1700
WILMINGTON DE 19801

SUPERIOR DISTRIBUTORS CO, INC
MARLENE; RICHARD KLEIN
4 MIDLAND AVE
ELMWOOD PARK NJ 07407

**SHAREHOLDER**

MYRON SHEVELL
C/O NEW ENGLAND MOTOR FREIGHT INC
ZACHARY W. COHEN
1-71 NORTH AVENUE E
ELIZABETH NJ 07201

**SPECIAL COUNSEL TO THE DEBTORS**

WHITEFORD TAYLOR PRESTON LLP
PAUL M NUSSBAUM
7 SAINT PAUL STREET
BALTIMORE MD 21202-1636

**TOP 30 UNSECURED CREDITOR; OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

IAM NATIONAL PENSION FUND
RYK TIERNEY EXEC DIR AND RAYMOND GOAD JR GC
1300 CONNECTICUT AVE
STE 300
WASHINGTON DC 20036