# MASTER SERVICE LIST
## New England Motor Freight, Inc., et al.
## Case No. 19-12809

05/13/2019

CAB EAST LLC,SERVICED BY FORD MOTOR CREDIT CO.,LLC
NATIONAL BANKRUPTCY SERVICE CENTER
P O BOX 62180
COLORADO SPRINGS CO 80921

DAIMLER TRUST
C/O BK SERVICING LLC
ED GEZEL, AGENT
P O BOX 131265
ROSEVILLE MN 55113-0011

JM PARTNERS LLC
JOHN MARSHALL
6800 PARAGON PLACE STE 202
RICHMOND VA 23230-1656

**COUNSEL FOR AMAZON.COM SERVICES INC FORMERLY AMAZON FULFILLMENT SERVICES INC**

BENESCH FRIEDLANDER COPLAN & ARONOFF LLP
KEVIN M CAPUZZI
CONTINENTAL PLAZA II
411 HACKENSACK AVE.,3RD FLOOR
HACKENSACK NJ 07601-6323

OFFICE OF UNEMPLOYMENT COMPENSATION TAX SERVICES
DEB SECREST,AUTHORIZED AGENT
PA-DEPT OF LABOR & INDUSTRY
COLLECTIONS SUPPORT UNIT
851 BOAS ST RM 702
HARRISBURG PA 17121

**COUNSEL FOR BERKLEY INSURANCE COMPANY**

PA- DEPT OF ENVIRONMENTAL PROTECTION
BRIAN GLASS, OFFICE OF THE CHIEF COUNSEL
SOUTHEAST REGIONAL COUNSEL
2 EAST MAIN ST
NORRISTOWN PA 19401-4915

CHIESA SHAHINIAN & GIANTOMASI PC
BETH J ROTENBERG,ESQ
ONE BOLAND DRIVE
WEST ORANGE NJ 07052

PA DEPT OF REVENUE
DENISE A KUHN, SEN DEPUTY ATTORNEY GEN
THE PHOENIX BUILDING
1600 ARCH ST., STE 300
PHILADELPHIA PA 19103

CHIESA SHAHINIAN & GIANTOMASI PC
ROBERT E NIES,ESQ
ONE BOLAND DRIVE
WEST ORANGE NJ 07052

# MASTER SERVICE LIST
## New England Motor Freight, Inc., et al.
## Case No. 19-12809

**COUNSEL FOR CAB EAST LLC, SERVICED BY FORD MOTOR CREDIT COMPANY**

MORTON & CRAIG LLC
JOHN R MORTON JR, ESQ
110 MARTER AVE STE 301
MOORESTOWN NJ 08057

**COUNSEL FOR CLERMONT HOLDINGS LLC**

LAW OFFICES OF KENNETH L BAUM LLC
KENNETH L BAUM,ESQ
167 MAIN STREET
HACKENSACK NJ 07601

**COUNSEL FOR CAPITAL ONE NA**

MCCARTER & ENGLISH LLP
PETER M KNOB,ESQ
FOUR GATEWAY CENTER
100 MULBERRY ST
NEWARK NJ 07102

MCCARTER & ENGLISH LLP
JOSEPH LUBERTAZZI JR.,ESQ
FOUR GATEWAY CENTER
100 MULBERRY ST
NEWARK NJ 07102

**COUNSEL FOR CORCENTRIC LLC**

DILWORTH PAXSON LLP
SCOTT J FREEDMAN
457 HADDONFIELD ROAD STE 700
CHERRY HILL NJ 08002

**COUNSEL FOR DANIEL RINALDI;JANICE A GOODALL;DANIEL MURTHA**

MAYNARD O'CONNOR SMITH & CATALINOTTO LLP
JUSTIN W GRAY,ESQ
6 TOWER PLACE
ALBANY NY 12203

**COUNSEL FOR CLASS PLAINTIFF'S AND THE PUTATIVE CLASS**

KLEHR HARRISON HARVEY BRANZBURG LLP
CHARLES A ERCOLE;RONA J ROSEN
10000 LINCOLN DRIVE EAST STE 201
MARLTON NJ 08053

**COUNSEL FOR EAST RIVER ENERGY INC**

NORRIS MCLAUGHLIN PA
MORRIS S BAUER,ESQ
400 CROSSING BOULEVARD,8TH FLOOR
BRIDGEWATER NJ 08807

# MASTER SERVICE LIST
## New England Motor Freight, Inc., et al.
## Case No. 19-12809

**COUNSEL FOR EAST RIVER ENERGY INC**

NORRIS MCLAUGHLIN PA
CATHERINE L COREY,ESQ
400 CROSSING BOULEVARD, 8TH FLOOR
BRIDGEWATER NJ 08807

**COUNSEL FOR GREAT DANE LLC**

COLE SCHOTZ PC
JACOB S FRUMKIN,ESQ
COURT PLAZA NORTH
25 MAIN ST
HACKENSACK NJ 07601

**COUNSEL FOR EAST WEST BANK**

SQUIRE PATTON BOGGS (US) LLP
NORMAN N KINEL,ESQ
30 ROCKEFELLER PLAZA, 23RD FLOOR
NEW YORK NY 10112

**COUNSEL FOR JP MORGAN CHASE NA**

GREENBERG TRAURIG LLP
ALAN J BRODY,ESQ
500 CAMPUS DRIVE
FLORHAM PARK NJ 07932

**COUNSEL FOR FIFTH THIRD BANK**

REED SMITH LLP
CHRISTOPHER A. LYNCH
599 LEXINGTON AVE
NEW YORK NY 10022

FRESHFIELDS BRUCKHAUS DERINGER US LLP
MARK F LISCIO
601 LEXINGTON AVE, 31ST FLOOR
NEW YORK NY 10022

**COUNSEL FOR LARRY BANKS**

LAW FIRM OF BRIAN W HOFMEISTER LLC
BRIAN W HOFMEISTER, ESQ
3131 PRINCETON PIKE BUILDING 5,STE 110
LAWRENCEVILLE NJ 08648

**COUNSEL FOR GREAT DANE LLC**

COLE SCHOTZ PC
MICHAEL D SIROTA,ESQ
COURT PLAZA NORTH
25 MAIN ST
HACKENSACK NJ 07601

**MASTER SERVICE LIST**
**New England Motor Freight, Inc., et al.**
**Case No. 19-12809**
05/13/2019

**COUNSEL FOR LUCKY'S ENERGY SERVICE INC**

RIKER DANZIG SCHERER HYLAND & PERRETTI LLP
JOSEPH L SCHWARTZ;MICHAEL TRENTIN
HEADQUARTERS PLAZA
ONE SPEEDWELL AVE
MORRISTOWN NJ 07962-1981

**COUNSEL FOR MIRABITO HOLDINGS INC**

HINMAN HOWARD & KATTELL LLP
KEVIN J BLOOM,ESQ
PARK 80 WEST -PLAZA II
250 PEHLE AVE STE 200
SADDLE BROOK NJ 07663-5834

**COUNSEL FOR MANSFIELD OIL COMPANY**

THOMPSON O'BRIEN KEMP & NASUTI PC
ALBERT F NASUTI,ESQ
40 TECHNOLOGY PARKWAY SOUTH, STE 300
PEACHTREE CORNERS GA 30092

**COUNSEL FOR NEW JERSEY MANUFACTURES COMPANY**

CONNELL FOLEY LLP
ROBERT K SCHEINBAUM,ESQ
56 LIVINGSTON AVE
ROSELAND NJ 07068

**COUNSEL FOR MCINTOSH ENERGY COMPANY**

CULLEN AND DYKMAN LLP
DAVID EDELBERG, ESQ.
433 HACKENSACK AVE 12TH FL
HACKENSACK NJ 07601

**COUNSEL FOR OMNITRACS LLC**

FROST BROWN TODD LLC
MARK A PLATT
100 CRESCENT COURT STE 350
DALLAS TX 75201

**COUNSEL FOR MICHAEL SINGLEY**

D'ARCY JOHNSON DAY
RICHARD J ALBUQUERQUE,ESQ
3120 FIRE ROAD STE 100
EGG HARBOR TOWNSHIP NJ 08234

**COUNSEL FOR PANTOS USA INC**

KIM CHO & LIM LLC
JOSHUA S LIM,ESQ
460 BERGEN BOULEVARD STE 305
PALISADES PARK NJ 07650

**MASTER SERVICE LIST**
**New England Motor Freight, Inc., et al.**
**Case No. 19-12809**

| | |
|---|---|
| **COUNSEL FOR PROTECTIVE INSURANCE** | **COUNSEL FOR SANTANDER BANK NA** |

TURNER LAW FIRM LLC
ANDREW R TURNER,ESQ
76 SOUTH ORANGE AVE STE 106
SOUTH ORANGE NJ 07079

TROUTMAN SANDERS LLP
LOUIS A CURCIO,ESQ
875 THIRD AVE
NEW YORK NY 10022

**COUNSEL FOR RLI INSURANCE COMPANY**

TROUTMAN SANDERS LLP
DAVID A PISCIOTTA,ESQ
875 THIRD AVE
NEW YORK NY 10022

DREIFUSS BONACCI & PARKER PC
JOANNE M BONACCI
26 COLUMBIA TURNPIKE STE 101 NORTH ENTRANCE
FLORHAM PARK NJ 07932

**COUNSEL FOR TD BANK NA**

DREIFUSS BONACCI & PARKER PC
PAUL M MCCORMICK,ESQ
26 COLUMBIA TURNPIKE STE 101, NORTH ENTRANCE
FLORHAM PARK NJ 07932

GEBHARDT & SMITH LLP
DAVID V FONTANA,ESQ
ONE SOUTH ST STE 2200
BALTIMORE MD 21202

DINSMORE & SHOHL LLP
GRACE WINKLER CRANLEY,ESQ
227 WEST MONROE ST.,STE 3850
CHICAGO IL 60606

**COUNSEL FOR THE AD HOC GROUP OF TORT CLAIMANTS**

COOLEY LLP
RICHARD S KANOWITZ;EVAN M LAZEROWITZ
55 HUDSON YARDS
NEW YORK NY 10001

**COUNSEL FOR TOTE MARITIME**

PRICE MEESE SHULMAN & D'ARMINIO PC
RICK A STEINBERG,ESQ
50 TICE BOULEVARD STE 380
WOODCLIFF LAKE NJ 07677

**COUNSEL FOR VOLVO FINANCIAL SERVICES, A DIV OF VFS US LLC;MACK FINANCIAL SERVICES, A DIV OF VFS US LLC;NORTH AMERICAN TRANSACTION SERVICES, A DIV OF VFS US LLC**

MCELROY DEUTSCH MULVANEY & CARPENTER LLP
GARY D BRESSLER,ESQ
300 DELAWARE AVE STE 770
WILMINGTON DE 19801

**COUNSEL FOR UNITED HEALTHCARE SERVICES INC**

SHIPMAN & GOODWIN LLP
ERIC S GOLDSTEIN,ESQ
ONE CONSTITUTIONAL PLAZA
HARTFORD CT 06103

**COUNSEL FOR VOLVO FINANCIAL SERVICES, A DIV OF VFS US LLC;MACK FINANCIAL SERVICES, A DIV OF VFS US LLC;NORTH AMERICAN TRANSACTION SERVICES, A DIV OF VFS US LLC**

MCELROY DEUTSCH MULVANEY & CARPENTER LLP
VIRGINIA T SHEA,ESQ
1300 MOUNT KEMBLE AVENUE
MORRISTOWN NJ 07962

**COUNSEL FOR UNITED STATES TRUSTEE**

UNITED STATES DEPARTMENT OF JUSTICE
PETER J. D'AURIA,ESQ; MITCHELL HAUSMAN
OFFICE OF THE UNITED STATES TRUSTEE
ONE NEWARK CENTER STE 2100
NEWARK NJ 07102

**COUNSEL FOR VW CREDIT LEASING LTD**

KML LAW GROUP PC
REBECCA A SOLARZ,ESQ
216 HADDON AVENUE STE 406
WESTMONT NJ 08108

# MASTER SERVICE LIST
## New England Motor Freight, Inc., et al.
## Case No. 19-12809

| | |
|---|---|
| **COUNSEL FOR VW CREDIT LEASING, LTD.** | **COUNSEL TO CAPITAL ONE, N.A.** |
| KML LAW GROUP, P.C.<br>KEVIN G. MCDONALD, ESQ.<br>216 HADDON AVE STE 406<br>WESTMONT NJ 08108 | MCCARTER & ENGLISH, LLP<br>PETER KNOB<br>100 MULBERRY STREET<br>FOUR GATEWAY CENTER<br>NEWARK NJ 07102 |
| **COUNSEL FOR WEBSTER CAPITAL FINANCE INC** | **COUNSEL TO EAST WEST BANK** |
| UPDIKE KELLY & SPELLACY PC<br>EVAN S GOLDSTEIN, ESQ<br>100 PEARL ST.,17TH FLOOR<br>P O BOX 231277<br>HARTFORD CT 06123-1277 | SQUIRE PATTON BOGGS<br>NORMAN N KINEL<br>30 ROCKEFELLER PLAZA<br>NEW YORK NY 10112 |
| **COUNSEL FOR WELLS FARGO EQUIPMENT FINANCE INC** | **COUNSEL TO LENDER** |
| CHIESA SHAHINIAN & GIANTOMASI PC<br>FRANK PERETORE,ESQ<br>ONE BOLAND DRIVE<br>WEST ORANGE NJ 07052 | GREENBERG TRAURIG<br>ALAN J. BRODY<br>500 CAMPUS DRIVE<br>SUITE 400<br>FLORHAM PARK NJ 07932 |
| CHIESA SHAHINIAN & GIANTOMASI PC<br>MICHAEL R CARUSO,ESQ<br>ONE BOLAND DRIVE<br>WEST ORANGE NJ 07052 | FRESHFIELDS BRUCKHAUS DERINGER<br>MARK F LISCIO<br>601 LEXINGTON AVE<br>31ST FLOOR<br>NEW YORK NY 10022 |

**MASTER SERVICE LIST**
**New England Motor Freight, Inc., et al.**
**Case No. 19-12809**

05/13/2019

| | |
|---|---|
| **COUNSEL TO SANTANDER BANK** | **COUNSEL TO TD BANK, N.A.** |
| | |
| TROUTMAN SANDERS<br>DAVID A PISCIOTTA<br>875 THIRD AVENUE<br>NEW YORK NY 10022 | GEBHARDT & SMITH LLP<br>JAMES M SMITH<br>ONE SOUTH STREET<br>SUITE 2200<br>BALTIMORE MD 21202-3281 |
| TROUTMAN SANDERS<br>LOUIS CURCIO<br>875 THIRD AVENUE<br>NEW YORK NY 10022 | **DEBTOR** |
| | NEW ENGLAND MOTOR FREIGHT, INC.<br>ATTN: PRESIDENT/CEO<br>1-71 NORTH AVENUE EAST<br>ELIZABETH NJ 07201 |
| TROUTMAN SANDERS<br>ALISSA PICCIONE<br>875 THIRD AVENUE<br>NEW YORK NY 10022 | |
| | **GOVT. ENTITY** |
| **COUNSEL TO TD BANK** | UNITED STATES TRUSTEE<br>ONE NEWARK CENTER, SUITE 2100<br>1085 RAYMOND BOULEVARD<br>NEWARK NJ 07102 |
| GEBHARDT & SMITH LLP<br>LISA BITTLE TANCREDI<br>ONE SOUTH STREET<br>SUITE 2200<br>BALTIMORE MD 21202-3281 | |
| | UNITED STATES ATTORNEY<br>DISTRICT OF NEW JERSEY<br>PETER RODINO FEDERAL BUILDING<br>970 BROAD STREET, SUITE 700<br>NEWARK NJ 07102 |
| GEBHARDT & SMITH LLP<br>LISA BITTLE TANCREDI<br>1000 N WEST STREET<br>SUITE 1200<br>WILMINGTON DE 19801 | |

**MASTER SERVICE LIST**
**New England Motor Freight, Inc., et al.**
**Case No. 19-12809**

05/13/2019

| | |
|---|---|
| **GOVT. ENTITY** | **GOVT. ENTITY** |
| INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | NEW JERSEY DIVISION OF TAXATION<br>COMPLIANCE & ENFORCEMENT UNIT<br>BANKRUPTCY UNIT<br>50 BARRACK STREET, 9TH FLOOR<br>TRENTON NJ 08695-0267 |
| INTERNAL REVENUE SERVICE<br>2970 MARKET STREET<br>MAIL STOP 5-Q30.133<br>PHILADELPHIA PA 19104-5016 | NEW JERSEY MOTOR VEHICLE COMMISSION<br>ADMINISTRATIVE UNIT<br>225 EAST STATE STREET<br>TRENTON NJ 08666 |
| SECURITIES EXCHANGE COMMISSION<br>NEW YORK REGIONAL OFFICE<br>ATTN: ANDREW CALAMARI, REGIONAL DIRECTOR<br>BROOKFIELD PLACE<br>200 VESSEY STREET, SUITE 400<br>NEW YORK NY 10281-1022 | DEPARTMENT OF ENVIRONMENTAL PROTECTION<br>OFFICE OF RECORDS ACCESS<br>ATTN: BANKR. COORDINATOR<br>PO BOX 402<br>MAIL CODE 401-06Q<br>TRENTON NJ 08625-0402 |
| ENVIRONMENTAL PROTECTION AGENCY<br>REGION 2<br>290 BROADWAY<br>17TH FLOOR<br>NEW YORK NY 10007-1866 | **LOCAL COUNSEL FOR MERCEDES BENZ FINANCIAL SERVICES USA LLC;JALIL WALTERS AND RASHEEDA CARTER;DARYL MARTIN AND KIM MARTIN**<br><br>MCMANIMON, SCOTLAND AND BAUMANN, LLC<br>ANTHONY SODONO, III; SARI PLACONA<br>75 LIVINGSTON AVE.,STE 201<br>ROSELAND NJ 07068 |
| NEW JERSEY ATTORNEY GENERAL OFFICE<br>DIVISION OF LAW<br>RICHARD J. HUGHES JUSTICE COMPLEX<br>25 MARKET ST<br>TRENTON NJ 08625-0112 | |

# MASTER SERVICE LIST
## New England Motor Freight, Inc., et al.
## Case No. 19-12809

**OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

**PROPOSED COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

AAA COOPER TRANSPORTATION
TIFFANY ENGELHUBER
1751 KINSEY ROAD
DOTHAN AL 36303

LOWENSTEIN SANDLER LLP
MARY E SEYMOUR;JOSEPH J DIPASQUALE
ONE LOWENSTEIN DRIVE
ROSELAND NJ 07068

LANDSTAR TRANSPORTATION LOGISTICS, INC.
SPRYTE KIMMEY
13410 SUTTON PARK DR S
JACKSONVILLE FL 32224

**PROPOSED COUNSEL TO THE DEBTORS**

GIBBONS P.C.
KAREN A. GIANNELLI, ESQ.
ONE GATEWAY CENTER
NEWARK NJ 07102

GUTTMAN OIL CO.
GREGORY J. CREIGHAN
200 SPEERS STREET
BELLE VERNON PA 15012

GIBBONS P.C.
MARK B. CONLAN, ESQ.
ONE GATEWAY CENTER
NEWARK NJ 07102

**PROPOSED CONFLICTS COUNSEL TO DEBTOR**

WASSERMAN JURISTA & STOLZ PC
DANIEL M STOLZ,ESQ
110 ALLEN ROAD STE 304
BASKING RIDGE NJ 07920

GIBBONS P.C.
BRETT S. THEISEN, ESQ.
ONE GATEWAY PLAZA
NEWARK NJ 07102

WASSERMAN JURISTA & STOLZ PC
DONALD W CLARKE,ESQ
110 ALLEN ROAD STE 304
BASKING RIDGE NJ 07920

## MASTER SERVICE LIST
## New England Motor Freight, Inc., et al.
## Case No. 19-12809

**PROPOSED COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

ELLIOT GREENLEAF
R X ZAHRALDDIN- ARAVENA;JONATHAN M STEMERMAN
SARAH DENIS
1105 MARKET ST STE 1700
WILMINGTON DE 19801

**TOP 30 UNSECURED CREDITOR; OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

SUPERIOR DISTRIBUTORS CO, INC
MARLENE; RICHARD KLEIN
4 MIDLAND AVE
ELMWOOD PARK NJ 07407

**SHAREHOLDER**

MYRON SHEVELL
C/O NEW ENGLAND MOTOR FREIGHT INC
ZACHARY W. COHEN
1-71 NORTH AVENUE E
ELIZABETH NJ 07201

**SPECIAL COUNSEL TO THE DEBTORS**

WHITEFORD TAYLOR PRESTON LLP
PAUL M NUSSBAUM
7 SAINT PAUL STREET
BALTIMORE MD 21202-1636

**TOP 30 UNSECURED CREDITOR; OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

IAM NATIONAL PENSION FUND
RYK TIERNEY EXEC DIR AND RAYMOND GOAD JR GC
1300 CONNECTICUT AVE
STE 300
WASHINGTON DC 20036