**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**Caption in compliance with D.N.J. LBR 9004-1(b)**

DREIFUSS BONACCI & PARKER, PC
JoAnne M. Bonacci (JMB-1354)
26 Columbia Turnpike
Suite 101
Florham Park, New Jersey 07932
-and-
Five Penn Plaza, 23rd Floor
New York, New York 10001
Tel. No. (973) 514-1414
Fax No. (973) 514-5959
E-mail: jbonacci@dbplawfirm.com

**DINSMORE & SHOHL LLP**
Grace Winkler Cranley
227 West Monroe Street
Suite 3850
Chicago, IL 60606
Telephone: (312) 372-6060
Facsimile: (312) 372-6085
Email: grace.cranley@dinsmore.com

*Attorneys for RLI Insurance Company*

In Re:

NEW ENGLAND MOTOR FREIGHT, INC., et al.,[1]
Debtors.

Case No.: 19-12809 (JKS)

Hearing Date: May 21, 2019

Judge: Hon. John K. Sherwood, U.S.B.J.

Chapter 11

(Jointly Administered)

Order Filed on May 22, 2019 by
Clerk U.S. Bankruptcy Court
District of New Jersey

DATED: May 22, 2019

Honorable John K. Sherwood
United States Bankruptcy Court

Recommended Local Form

**STIPULATION AND CONSENT ORDER OF RLI INSURANCE
COMPANY TO LIFT THE AUTOMATIC STAY**

The relief set forth on the following

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC (4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMF Logistics, LLC (4666).

1

Upon the Motion of RLI Insurance Company ("RLI") (Grace Winkler Cranley, Esq., appearing) under Sections 362(d)(1) and (2) of Title 11 of the United States Code seeking relief from the automatic stay, and the Debtors (Brett S. Theisen, Esq. appearing), having stipulated and consented to the relief requested in said motion and the within form of order, and for good cause shown:

IT IS on this _____ day of May 2019, ORDERED that:

1. The automatic stay imposed by section 362(d) of the Bankruptcy Code is vacated and annulled to the extent necessary to deem effective notices of cancellations of certain surety bonds issued on behalf of New England Motor Freight, Inc. or affiliated debtors (collectively referred to as "NEMF" or "Debtors"), as principal, which were sent pre-petition as set forth in the Motion.

2. The cancellations of the Surety Bonds (as defined in the Motion) shall be deemed effective as of the termination dates set forth in the cancellation notices.

3. This Order shall be binding in the event of a subsequent conversion of this matter to Chapter 7 or otherwise, and any Plan of Reorganization shall reflect the terms of this Order and the terms of this Order shall supersede any language in the Plan that is inconsistent with the terms of this Order.

4. Notwithstanding the applicability of any of the Bankruptcy Rules, the terms and conditions of this Order shall be effective and enforceable immediately upon its entry.

| | |
|---|---|
| **GIBBONS P.C.**<br>*Attorneys for Debtors and Debtors-in-Possession*<br>One Gateway Center<br>Newark, NJ 07102<br>Tel. No. (973) 596-4500<br><br>By: /s/ Brett S. Theisen<br>    Brett S. Theisen, Esq. | **DINSMORE & SHOHL LLP**<br>*Attorneys for RLI Insurance Company*<br>227 West Monroe St.<br>Suite 3850<br>Chicago, IL 60606<br>Tel. No. (312) 372-6060<br><br>By: /s/ Grace Winkler Cranley<br>    Grace Winkler Cranley, Esq. |