# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC., *et al.*, | Case No. 19-12809 (JKS) |
| | (Jointly Administered) |
| Debtors.[1] | |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                    ) ss:
COUNTY OF KINGS     )

I, Sung Kim, declare:

1. I am over the age of 18 years and not a party to these chapter 11 cases.

2. I am employed by Donlin, Recano & Company, Inc., ("DRC"), 6201 15th Avenue, Brooklyn, NY 11219.

3. At my direction and under my supervision, employees of DRC caused to serve the "Final Order (A) Authorizing the Debtors to (I) Continue Their Cash Management System, (II) Honor Certain Related Prepetition Obligations, (III) Maintain Existing Business Forms, and (IV) Continue to Perform Intercompany Transactions; (B) Authorizing and Directing the Debtors' Banks to Honor All Related Payment Requests; (C) Granting Interim and Final Waivers of the Debtors' Compliance with Section 345(b) of the Bankruptcy Code; (D) Scheduling a Final Hearing; and (E) Granting Related Relief" (Docket No. 603), via Electronic Mail upon the parties as set forth on Exhibit 1 on the 22nd day of May, 2019; and via First Class U.S. Mail upon the parties as set forth in Exhibit 2 on the 22nd day of May, 2019 and upon the parties as set forth in Exhibit 3, attached hereto, on the 23rd day of May, 2019.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC (4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMF Logistics, LLC (4666).

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 24th day of May, 2019, Brooklyn, New York.

*Sung Kim*

Sworn before me this
24th day of May, 2019

*Notary Public*

JOHN BURLACU
Notary Public - State of New York
No. 01BU6378078
Qualified in Nassau County
My Comm. Expires June 4, 2022

2

# EXHIBIT 1

Case 19-12809-JKS    Doc 622    Filed 05/28/19    Entered 05/28/19 10:40:06    Desc Main
Document    Page 4 of 15

New England Motor Freight, Inc., et al.
Electronic Mail
Exhibit Pages

Page # : 1 of 4                                                                                                      05/22/2019 07:16:45 PM

| | | | |
|---|---|---|---|
| 000068P001-1413S-140<br>BENESCH FRIEDLANDER COPLAN & ARONOFF LLP<br>KEVIN M CAPUZZI<br>CONTINENTAL PLAZA II<br>411 HACKENSACK AVE.,3RD FLOOR<br>HACKENSACK NJ 07601-6323<br>KCAPUZZI@BENESCHLAW.COM | 000077P001-1413S-140<br>CHIESA SHAHINIAN & GIANTOMASI PC<br>BETH J ROTENBERG,ESQ<br>ONE BOLAND DRIVE<br>WEST ORANGE NJ 07052<br>BROTENBERG@CSGLAW.COM | 000078P001-1413S-140<br>CHIESA SHAHINIAN & GIANTOMASI PC<br>FRANK PERETORE,ESQ<br>ONE BOLAND DRIVE<br>WEST ORANGE NJ 07052<br>FPERETORE@CSGLAW.COM | 000085P001-1413S-140<br>CHIESA SHAHINIAN & GIANTOMASI PC<br>ROBERT E NIES,ESQ<br>ONE BOLAND DRIVE<br>WEST ORANGE NJ 07052<br>RNIES@CSGLAW.COM |
| 000108P001-1413S-140<br>CHIESA SHAHINIAN & GIANTOMASI PC<br>MICHAEL R CARUSO,ESQ<br>ONE BOLAND DRIVE<br>WEST ORANGE NJ 07052<br>MCARUSO@CSGLAW.COM | 000081P001-1413S-140<br>COLE SCHOTZ PC<br>MICHAEL D SIROTA,ESQ<br>COURT PLAZA NORTH<br>25 MAIN ST<br>HACKENSACK NJ 07601<br>MSIROTA@COLESCHOTZ.COM | 000082P001-1413S-140<br>COLE SCHOTZ PC<br>JACOB S FRUMKIN,ESQ<br>COURT PLAZA NORTH<br>25 MAIN ST<br>HACKENSACK NJ 07601<br>JFRUMKIN@COLESCHOTZ.COM | 010780P001-1413A-140<br>COMDATA<br>AR<br>DEPOSIT DEPT-ACCOUNT #NE377<br>5301 MARYLAND WAY<br>BRENTWOOD TN 37027<br>CASHAPP@COMDATA.COM |
| 000127P001-1413S-140<br>COOLEY LLP<br>RICHARD S KANOWITZ;EVAN M LAZEROWITZ<br>55 HUDSON YARDS<br>NEW YORK NY 10001<br>RKANOWITZ@COOLEY.COM | 000127P001-1413S-140<br>COOLEY LLP<br>RICHARD S KANOWITZ;EVAN M LAZEROWITZ<br>55 HUDSON YARDS<br>NEW YORK NY 10001<br>ELAZEROWITZ@COOLEY.COM | 000147P001-1413S-140<br>CULLEN AND DYKMAN LLP<br>DAVID EDELBERG, ESQ.<br>433 HACKENSACK AVE 12TH FL<br>HACKENSACK NJ 07601<br>DEDELBERG@CULLENANDDYKMAN.COM | 000126P001-1413S-140<br>D'ARCY JOHNSON DAY<br>RICHARD J ALBUQUERQUE,ESQ<br>3120 FIRE ROAD STE 100<br>EGG HARBOR TOWNSHIP NJ 08234<br>RA@DJD.LAW |
| 000109P003-1413S-140<br>DAIMLER TRUST<br>C/O BK SERVICING LLC<br>ED GEZEL, AGENT<br>P O BOX 131265<br>ROSEVILLE MN 55113-0011<br>NOTICES@BKSERVICING.COM | 000075P001-1413S-140<br>DILWORTH PAXSON LLP<br>SCOTT J FREEDMAN<br>457 HADDONFIELD ROAD STE 700<br>CHERRY HILL NJ 08002<br>SFREEDMAN@DILWORTHLAW.COM | 000103P001-1413S-140<br>DINSMORE & SHOHL LLP<br>GRACE WINKLER CRANLEY,ESQ<br>227 WEST MONROE ST.,STE 3850<br>CHICAGO IL 60606<br>GRACE.CRANLEY@DINSMORE.COM | 000100P001-1413S-140<br>DREIFUSS BONACCI & PARKER PC<br>JOANNE M BONACCI<br>26 COLUMBIA TURNPIKE STE 101 NORTH ENTRANCE<br>FLORHAM PARK NJ 07932<br>JBONACCI@DBPLAWFIRM.COM |
| 000101P001-1413S-140<br>DREIFUSS BONACCI & PARKER PC<br>PAUL M MCCORMICK,ESQ<br>26 COLUMBIA TURNPIKE STE 101, NORTH ENTRANCE<br>FLORHAM PARK NJ 07932<br>PMCCORMICK@DBPLAWFIRM.COM | 000087P003-1413S-140<br>ELLIOT GREENLEAF<br>R X ZAHRALDDIN- ARAVENA;JONATHAN M STEMERMAN<br>SARAH DENIS<br>1105 MARKET ST STE 1700<br>WILMINGTON DE 19801<br>RXZA@ELLIOTTGREENLEAF.COM | 000087P003-1413S-140<br>ELLIOT GREENLEAF<br>R X ZAHRALDDIN- ARAVENA;JONATHAN M STEMERMAN<br>SARAH DENIS<br>1105 MARKET ST STE 1700<br>WILMINGTON DE 19801<br>JMS@ELLIOTTGREENLEAF.COM | 000087P003-1413S-140<br>ELLIOT GREENLEAF<br>R X ZAHRALDDIN- ARAVENA;JONATHAN M STEMERMAN<br>SARAH DENIS<br>1105 MARKET ST STE 1700<br>WILMINGTON DE 19801<br>SXD@ELLIOTTGREENLEAF.COM |
| 000020P001-1413S-140<br>FRESHFIELDS BRUCKHAUS DERINGER<br>MARK F LISCIO<br>601 LEXINGTON AVE<br>31ST FLOOR<br>NEW YORK NY 10022<br>MARK.LISCIO@FRESHFIELDS.COM | 000020P001-1413S-140<br>FRESHFIELDS BRUCKHAUS DERINGER<br>MARK F LISCIO<br>601 LEXINGTON AVE<br>31ST FLOOR<br>NEW YORK NY 10022<br>NEAL.MODI@FRESHFIELDS.COM | 000020P001-1413S-140<br>FRESHFIELDS BRUCKHAUS DERINGER<br>MARK F LISCIO<br>601 LEXINGTON AVE<br>31ST FLOOR<br>NEW YORK NY 10022<br>SCOTT.TALMADGE@FRESHFIELDS.COM | 000063P001-1413S-140<br>FRESHFIELDS BRUCKHAUS DERINGER US LLP<br>MARK F LISCIO<br>601 LEXINGTON AVE, 31ST FLOOR<br>NEW YORK NY 10022<br>MARK.LISCIO@FRESHFIELDS.COM |

Case 19-12809-JKS    Doc 622    Filed 05/28/19    Entered 05/28/19 10:40:06    Desc Main
Document    Page 5 of 15

New England Motor Freight, Inc., et al.
Electronic Mail
Exhibit Pages

Page # : 2 of 4                                                                                05/22/2019 07:16:45 PM

| | | | |
|---|---|---|---|
| 000063P001-1413S-140<br>FRESHFIELDS BRUCKHAUS DERINGER US LLP<br>MARK F LISCIO<br>601 LEXINGTON AVE, 31ST FLOOR<br>NEW YORK NY 10022<br>NEAL.MODI@FRESHFIELDS.COM | 000063P001-1413S-140<br>FRESHFIELDS BRUCKHAUS DERINGER US LLP<br>MARK F LISCIO<br>601 LEXINGTON AVE, 31ST FLOOR<br>NEW YORK NY 10022<br>SCOTT.TALMADGE@FRESHFIELDS.COM | 000084P001-1413S-140<br>FROST BROWN TODD LLC<br>MARK A PLATT<br>100 CRESCENT COURT STE 350<br>DALLAS TX 75201<br>MPLATT@FBTLAW.COM | 000017P001-1413S-140<br>GEBHARDT & SMITH LLP<br>JAMES M SMITH<br>ONE SOUTH STREET<br>SUITE 2200<br>BALTIMORE MD 21202-3281<br>JSMITH@GEBSMITH.COM |
| 000061P001-1413S-140<br>GEBHARDT & SMITH LLP<br>DAVID V FONTANA,ESQ<br>ONE SOUTH ST STE 2200<br>BALTIMORE MD 21202<br>DFONT@GEBSMITH.COM | 000073P001-1413S-140<br>GEBHARDT & SMITH LLP<br>LISA BITTLE TANCREDI<br>ONE SOUTH STREET<br>SUITE 2200<br>BALTIMORE MD 21202-3281<br>LTANCREDI@GEBSMITH.COM | 000074P001-1413S-140<br>GEBHARDT & SMITH LLP<br>LISA BITTLE TANCREDI<br>1000 N WEST STREET<br>SUITE 1200<br>WILMINGTON DE 19801<br>LTANCREDI@GEBSMITH.COM | 000019P001-1413S-140<br>GREENBERG TRAURIG<br>ALAN J. BRODY<br>500 CAMPUS DRIVE<br>SUITE 400<br>FLORHAM PARK NJ 07932<br>BRODYA@GTLAW.COM |
| 000062P001-1413S-140<br>GREENBERG TRAURIG LLP<br>ALAN J BRODY,ESQ<br>500 CAMPUS DRIVE<br>FLORHAM PARK NJ 07932<br>BRODYA@GTLAW.COM | 000083P001-1413S-140<br>HINMAN HOWARD & KATTELL LLP<br>KEVIN J BLOOM,ESQ<br>PARK 80 WEST -PLAZA II<br>250 PEHLE AVE STE 200<br>SADDLE BROOK NJ 07663-5834<br>KBLOOM@HHK.COM | 000027P001-1413S-140<br>IAM NATIONAL PENSION FUND<br>RYK TIERNEY EXEC DIR AND RAYMOND GOAD JR GC<br>1300 CONNECTICUT AVE<br>STE 300<br>WASHINGTON DC 20036<br>contact@iamnpf.org | 000076P001-1413S-140<br>JM PARTNERS LLC<br>JOHN MARSHALL<br>6800 PARAGON PLACE STE 202<br>RICHMOND VA 23230-1656<br>JMARSHALL@JMPARTNERSLLC.COM |
| 000125P001-1413S-140<br>KIM CHO & LIM LLC<br>JOSHUA S LIM,ESQ<br>460 BERGEN BOULEVARD STE 305<br>PALISADES PARK NJ 07650<br>JOSHUALIM@KCLLAWFIRM.COM | 000079P001-1413S-140<br>KLEHR HARRISON HARVEY BRANZBURG LLP<br>CHARLES A ERCOLE;RONA J ROSEN<br>10000 LINCOLN DRIVE EAST STE 201<br>MARLTON NJ 08053<br>CERCOLE@KLEHR.COM | 000079P001-1413S-140<br>KLEHR HARRISON HARVEY BRANZBURG LLP<br>CHARLES A ERCOLE;RONA J ROSEN<br>10000 LINCOLN DRIVE EAST STE 201<br>MARLTON NJ 08053<br>RROSEN@KLEHR.COM | 000129P001-1413S-140<br>KML LAW GROUP PC<br>REBECCA A SOLARZ,ESQ<br>216 HADDON AVENUE STE 406<br>WESTMONT NJ 08108<br>RSOLARZ@KMLLAWGROUP.COM |
| 000124P001-1413S-140<br>KML LAW GROUP, P.C.<br>KEVIN G. MCDONALD, ESQ.<br>216 HADDON AVE STE 406<br>WESTMONT NJ 08108<br>KMCDONALD@KMLLAWGROUP.COM | 000146P001-1413S-140<br>LAW FIRM OF BRIAN W HOFMEISTER LLC<br>BRIAN W HOFMEISTER, ESQ<br>3131 PRINCETON PIKE BUILDING 5,STE 110<br>LAWRENCEVILLE NJ 08648<br>BWH@HOFMEISTERFIRM.COM | 000130P001-1413S-140<br>LAW OFFICES OF KENNETH L BAUM LLC<br>KENNETH L BAUM,ESQ<br>167 MAIN STREET<br>HACKENSACK NJ 07601<br>KBAUM@KENBAUMDEBTSOLUTIONS.COM | 000086P001-1413S-140<br>LOWENSTEIN SANDLER LLP<br>MARY E SEYMOUR;JOSEPH J DIPASQUALE<br>ONE LOWENSTEIN DRIVE<br>ROSELAND NJ 07068<br>MSEYMOUR@LOWENSTEIN.COM |
| 000086P001-1413S-140<br>LOWENSTEIN SANDLER LLP<br>MARY E SEYMOUR;JOSEPH J DIPASQUALE<br>ONE LOWENSTEIN DRIVE<br>ROSELAND NJ 07068<br>JDIPASQUALE@LOWENSTEIN.COM | 000099P001-1413S-140<br>MAYNARD O'CONNOR SMITH & CATALINOTTO LLP<br>JUSTIN W GRAY,ESQ<br>6 TOWER PLACE<br>ALBANY NY 12203<br>GRAY@MOSCLLP.COM | 000059P001-1413S-140<br>MCCARTER & ENGLISH LLP<br>PETER M KNOB,ESQ<br>FOUR GATEWAY CENTER<br>100 MULBERRY ST<br>NEWARK NJ 07102<br>PKNOB@MCCARTER.COM | 000060P001-1413S-140<br>MCCARTER & ENGLISH LLP<br>JOSEPH LUBERTAZZI JR.,ESQ<br>FOUR GATEWAY CENTER<br>100 MULBERRY ST<br>NEWARK NJ 07102<br>JLUBERTAZZI@MCCARTER.COM |

Case 19-12809-JKS    Doc 622    Filed 05/28/19    Entered 05/28/19 10:40:06    Desc Main
Document    Page 8 of 15

New England Motor Freight, Inc., et al.
Electronic Mail
Exhibit Pages

Page # : 3 of 4                                                                                    05/22/2019 07:16:45 PM

| | | | |
|---|---|---|---|
| 000022P001-1413S-140<br>MCCARTER & ENGLISH, LLP<br>PETER KNOB<br>100 MULBERRY STREET<br>FOUR GATEWAY CENTER<br>NEWARK NJ 07102<br>PKNOB@MCCARTER.COM | 000069P001-1413S-140<br>MCELROY DEUTSCH MULVANEY & CARPENTER LLP<br>VIRGINIA T SHEA,ESQ<br>1300 MOUNT KEMBLE AVENUE<br>MORRISTOWN NJ 07962<br>VSHEA@MDMC-LAW.COM | 000070P001-1413S-140<br>MCELROY DEUTSCH MULVANEY & CARPENTER LLP<br>GARY D BRESSLER,ESQ<br>300 DELAWARE AVE STE 770<br>WILMINGTON DE 19801<br>GBRESSLER@MDMC-LAW.COM | 000093P002-1413S-140<br>MCMANIMON, SCOTLAND AND BAUMANN, LLC<br>ANTHONY SODONO, III; SARI PLACONA<br>75 LIVINGSTON AVE.,STE 201<br>ROSELAND NJ 07068<br>ASODONO@MSBNJ.COM |
| 000093P002-1413S-140<br>MCMANIMON, SCOTLAND AND BAUMANN, LLC<br>ANTHONY SODONO, III; SARI PLACONA<br>75 LIVINGSTON AVE.,STE 201<br>ROSELAND NJ 07068<br>SPLACONA@MSBNJ.COM | 000071P001-1413S-140<br>MORTON & CRAIG LLC<br>JOHN R MORTON JR, ESQ<br>110 MARTER AVE STE 301<br>MOORESTOWN NJ 08057<br>john.morton3@verizon.net | 000106P001-1413S-140<br>NORRIS MCLAUGHLIN PA<br>MORRIS S BAUER,ESQ<br>400 CROSSING BOULEVARD,8TH FLOOR<br>BRIDGEWATER NJ 08807<br>MSBAUER@NORRIS-LAW.COM | 000107P001-1413S-140<br>NORRIS MCLAUGHLIN PA<br>CATHERINE L COREY,ESQ<br>400 CROSSING BOULEVARD, 8TH FLOOR<br>BRIDGEWATER NJ 08807<br>CLCOREY@NORRIS-LAW.COM |
| 000080P001-1413S-140<br>OFFICE OF UNEMPLOYMENT COMPENSATION TAX SERVICES<br>DEB SECREST,AUTHORIZED AGENT<br>PA-DEPT OF LABOR & INDUSTRY<br>COLLECTIONS SUPPORT UNIT<br>851 BOAS ST RM 702<br>HARRISBURG PA 17121<br>RA-LI-UCTS-BANKRUPT@STATE.PA.US | 000102P001-1413S-140<br>PA DEPT OF REVENUE<br>DENISE A KUHN, SEN DEPUTY ATTORNEY GEN<br>THE PHOENIX BUILDING<br>1600 ARCH ST., STE 300<br>PHILADELPHIA PA 19103<br>DKUHN@ATTORNEYGENERAL.GOV | 000095P001-1413S-140<br>PA- DEPT OF ENVIRONMENTAL PROTECTION<br>BRIAN GLASS, OFFICE OF THE CHIEF COUNSEL<br>SOUTHEAST REGIONAL COUNSEL<br>2 EAST MAIN ST<br>NORRISTOWN PA 19401-4915<br>BRIAGLASS@PA.GOV | 000098P001-1413S-140<br>PRICE MEESE SHULMAN & D'ARMINIO PC<br>RICK A STEINBERG,ESQ<br>50 TICE BOULEVARD STE 380<br>WOODCLIFF LAKE NJ 07677<br>RSTEINBERG@PRICEMEESE.COM |
| 000066P001-1413S-140<br>REED SMITH LLP<br>CHRISTOPHER A. LYNCH<br>599 LEXINGTON AVE<br>NEW YORK NY 10022<br>CLYNCH@REEDSMITH.COM | 000096P001-1413S-140<br>RIKER DANZIG SCHERER HYLAND & PERRETTI LLP<br>JOSEPH L SCHWARTZ;MICHAEL TRENTIN<br>HEADQUARTERS PLAZA<br>ONE SPEEDWELL AVE<br>MORRISTOWN NJ 07962-1981<br>JSCHWARTZ@RIKER.COM | 000096P001-1413S-140<br>RIKER DANZIG SCHERER HYLAND & PERRETTI LLP<br>JOSEPH L SCHWARTZ;MICHAEL TRENTIN<br>HEADQUARTERS PLAZA<br>ONE SPEEDWELL AVE<br>MORRISTOWN NJ 07962-1981<br>MTRENTIN@RIKER.COM | 000091P001-1413S-140<br>SHIPMAN & GOODWIN LLP<br>ERIC S GOLDSTEIN,ESQ<br>ONE CONSTITUTIONAL PLAZA<br>HARTFORD CT 06103<br>EGOLDSTEIN@GOODWIN.COM |
| 000018P001-1413S-140<br>SQUIRE PATTON BOGGS<br>NORMAN N KINEL<br>30 ROCKEFELLER PLAZA<br>NEW YORK NY 10112<br>NORMAN.KINEL@SQUIREPB.COM | 000094P001-1413S-140<br>SQUIRE PATTON BOGGS (US) LLP<br>NORMAN N KINEL,ESQ<br>30 ROCKEFELLER PLAZA, 23RD FLOOR<br>NEW YORK NY 10112<br>NORMAN.KINEL@SQUIREPB.COM | 000119P001-1413S-140<br>STEPHEN B. GROW, ESQ.<br>WARNER NORCROSS + JUDD LLP<br>111 LYON ST NW # 900<br>GRAND RAPIDS MI 49503<br>SGROW@WNJ.COM | 000035P002-1413S-140<br>SUPERIOR DISTRIBUTORS CO, INC<br>MARLENE; RICHARD KLEIN<br>4 MIDLAND AVE<br>ELMWOOD PARK NJ 07407<br>MARLENE@SUPERIORDISTRIBUTORSINC.COM |
| 000128P001-1413S-140<br>THOMPSON O'BRIEN KEMP & NASUTI PC<br>ALBERT F NASUTI,ESQ<br>40 TECHNOLOGY PARKWAY SOUTH, STE 300<br>PEACHTREE CORNERS GA 30092<br>ANASUTI@TOKN.COM | 000054P001-1413S-140<br>TROUTMAN SANDERS<br>DAVID A PISCIOTTA<br>875 THIRD AVENUE<br>NEW YORK NY 10022<br>DAVID.PISCIOTTA@TROUTMAN.COM | 000055P001-1413S-140<br>TROUTMAN SANDERS<br>LOUIS CURCIO<br>875 THIRD AVENUE<br>NEW YORK NY 10022<br>LOUIS.CURCIO@TROUTMAN.COM | 000056P001-1413S-140<br>TROUTMAN SANDERS<br>ALISSA PICCIONE<br>875 THIRD AVENUE<br>NEW YORK NY 10022<br>ALISSA.PICCIONE@TROUTMAN.COM |

Case 19-12809-JKS    Doc 622    Filed 05/28/19    Entered 05/28/19 10:40:06    Desc Main
Document    Page 8 of 15

New England Motor Freight, Inc., et al.
Electronic Mail
Exhibit Pages

Page # : 4 of 4                                                                                    05/22/2019 07:16:45 PM

| | | | |
|---|---|---|---|
| 000064P001-1413S-140<br>TROUTMAN SANDERS LLP<br>LOUIS A CURCIO,ESQ<br>875 THIRD AVE<br>NEW YORK NY 10022<br>LOUIS.CURCIO@TROUTMAN.COM | 000065P001-1413S-140<br>TROUTMAN SANDERS LLP<br>DAVID A PISCIOTTA,ESQ<br>875 THIRD AVE<br>NEW YORK NY 10022<br>DAVID.PISCIOTTA@TROUTMAN.COM | 000097P002-1413S-140<br>UNITED STATES DEPARTMENT OF JUSTICE<br>PETER J. D'AURIA,ESQ; MITCHELL HAUSMAN<br>OFFICE OF THE UNITED STATES TRUSTEE<br>ONE NEWARK CENTER STE 2100<br>NEWARK NJ 07102<br>PETER.J.D'AURIA@USDOJ.GOV | 000097P002-1413S-140<br>UNITED STATES DEPARTMENT OF JUSTICE<br>PETER J. D'AURIA,ESQ; MITCHELL HAUSMAN<br>OFFICE OF THE UNITED STATES TRUSTEE<br>ONE NEWARK CENTER STE 2100<br>NEWARK NJ 07102<br>MITCHELL.B.HAUSMAN@USDOJ.GOV |
| 000001P001-1413S-140<br>UNITED STATES TRUSTEE<br>ONE NEWARK CENTER, SUITE 2100<br>1085 RAYMOND BOULEVARD<br>NEWARK NJ 07102<br>jeffrey.m.sponder@usdoj.gov | 000001P001-1413S-140<br>UNITED STATES TRUSTEE<br>ONE NEWARK CENTER, SUITE 2100<br>1085 RAYMOND BOULEVARD<br>NEWARK NJ 07102<br>Mitchell.B.Hausman@usdoj.gov | 000001P001-1413S-140<br>UNITED STATES TRUSTEE<br>ONE NEWARK CENTER, SUITE 2100<br>1085 RAYMOND BOULEVARD<br>NEWARK NJ 07102<br>Peter.J.D'Auria@usdoj.gov | 000105P001-1413S-140<br>UPDIKE KELLY & SPELLACY PC<br>EVAN S GOLDSTEIN, ESQ<br>100 PEARL ST.,17TH FLOOR<br>P O BOX 231277<br>HARTFORD CT 06123-1277<br>EGOLDSTEIN@UKS.COM |
| 000057P001-1413S-140<br>WASSERMAN JURISTA & STOLZ PC<br>DANIEL M STOLZ,ESQ<br>110 ALLEN ROAD STE 304<br>BASKING RIDGE NJ 07920<br>DSTOLZ@WJSLAW.COM | 000058P001-1413S-140<br>WASSERMAN JURISTA & STOLZ PC<br>DONALD W CLARKE,ESQ<br>110 ALLEN ROAD STE 304<br>BASKING RIDGE NJ 07920<br>DCLARKE@WJSLAW.COM | 008874S001-1413A-140<br>WEBSTER CAPITAL FINANCE, INC<br>UPDIKE KELLY; EVAN GOLDSTEIN<br>100 PEARL ST 17TH FL<br>P.O. BOX 231277<br>HARTFORD CT 06123-1277<br>EGOLDSTEIN@UKS.COM | 008874S002-1413A-140<br>WEBSTER CAPITAL FINANCE, INC<br>NORRIS MCLAUGHLIN; MELISSA PENA<br>400 CROSSINGS BLVD 8TH FL<br>BRIDGEWATER NJ 08807<br>MAPENA@NORRIS-LAW.COM |
| 000021P003-1413S-140<br>WHITEFORD TAYLOR PRESTON LLP<br>PAUL M NUSSBAUM<br>7 SAINT PAUL STREET<br>BALTIMORE MD 21202-1636<br>PNUSSBAUM@WTPLAW.COM | | | |

Records Printed : 85

**EXHIBIT 2**

New England Motor Freight, Inc., et al.
Exhibit Pages

Page # : 1 of 5                                                                                                          05/22/2019 07:16:28 PM

| | | | |
|---|---|---|---|
| 000088P001-1413S-140<br>AAA COOPER TRANSPORTATION<br>TIFFANY ENGELHUBER<br>1751 KINSEY ROAD<br>DOTHAN AL 36303 | 000138P001-1413A-140<br>AGILE PREMIUM FINANCE<br>PO BOX 549<br>NEWARK NJ 07101-0549 | 000001P001-1413A-140<br>BANCO POPULAR<br>CENTRO COMERCIAL PARQUE ESCORIAL<br>65 DE INFANTERIA KM 5<br>CAROLINA PR 00984 | 000002P001-1413A-140<br>BANK OF AMERICA MERRILL LYNCH<br>PO BOX 15284<br>WILMINGTON DE 19850 |
| 000140P001-1413A-140<br>BANKDIRECT CAPITAL FINANCE<br>1122 FRANKLIN AVE<br>STE 200<br>GARDEN CITY NY 11530 | 000068P001-1413S-140<br>BENESCH FRIEDLANDER COPLAN & ARONOFF LLP<br>KEVIN M CAPUZZI<br>CONTINENTAL PLAZA II<br>411 HACKENSACK AVE.,3RD FLOOR<br>HACKENSACK NJ 07601-6323 | 000072P001-1413S-140<br>CAB EAST LLC,SERVICED BY FORD MOTOR CREDIT CO.,LLC<br>NATIONAL BANKRUPTCY SERVICE CENTER<br>P O BOX 62180<br>COLORADO SPRINGS CO 80921 | 000003P001-1413A-140<br>CAPITAL ONE BANK<br>PO BOX 57009<br>NEWARK NJ 07101-5709 |
| 008836P001-1413A-140<br>CATERPILLAR FINANCIAL SVC CORP<br>PO BOX 56347<br>JACKSONVILLE FL 32241-6347 | 000077P001-1413S-140<br>CHIESA SHAHINIAN & GIANTOMASI PC<br>BETH J ROTENBERG,ESQ<br>ONE BOLAND DRIVE<br>WEST ORANGE NJ 07052 | 000078P001-1413S-140<br>CHIESA SHAHINIAN & GIANTOMASI PC<br>FRANK PERETORE,ESQ<br>ONE BOLAND DRIVE<br>WEST ORANGE NJ 07052 | 000085P001-1413S-140<br>CHIESA SHAHINIAN & GIANTOMASI PC<br>ROBERT E NIES,ESQ<br>ONE BOLAND DRIVE<br>WEST ORANGE NJ 07052 |
| 000108P001-1413S-140<br>CHIESA SHAHINIAN & GIANTOMASI PC<br>MICHAEL R CARUSO,ESQ<br>ONE BOLAND DRIVE<br>WEST ORANGE NJ 07052 | 000004P001-1413A-140<br>CITIZENS BANK<br>ROP 450<br>PO BOX 7000<br>PROVIDENCE RI 02940 | 000081P001-1413S-140<br>COLE SCHOTZ PC<br>MICHAEL D SIROTA,ESQ<br>COURT PLAZA NORTH<br>25 MAIN ST<br>HACKENSACK NJ 07601 | 000082P001-1413S-140<br>COLE SCHOTZ PC<br>JACOB S FRUMKIN,ESQ<br>COURT PLAZA NORTH<br>25 MAIN ST<br>HACKENSACK NJ 07601 |
| 010780P001-1413A-140<br>COMDATA<br>AR<br>DEPOSIT DEPT-ACCOUNT #NE377<br>5301 MARYLAND WAY<br>BRENTWOOD TN 37027 | 010781P001-1413A-140<br>COMDATA CORP<br>PO BOX 100647<br>ATLANTA GA 30384 | 010782P001-1413A-140<br>COMDATA FLEETMOVER<br>PO BOX 548<br>BRENTWOOD TN 37024 | 000104P001-1413S-140<br>CONNELL FOLEY LLP<br>ROBERT K SCHEINBAUM,ESQ<br>56 LIVINGSTON AVE<br>ROSELAND NJ 07068 |
| 000127P001-1413S-140<br>COOLEY LLP<br>RICHARD S KANOWITZ;EVAN M LAZEROWITZ<br>55 HUDSON YARDS<br>NEW YORK NY 10001 | 000147P001-1413S-140<br>CULLEN AND DYKMAN LLP<br>DAVID EDELBERG, ESQ.<br>433 HACKENSACK AVE 12TH FL<br>HACKENSACK NJ 07601 | 000126P001-1413S-140<br>D'ARCY JOHNSON DAY<br>RICHARD J ALBUQUERQUE,ESQ<br>3120 FIRE ROAD STE 100<br>EGG HARBOR TOWNSHIP NJ 08234 | 000109P003-1413S-140<br>DAIMLER TRUST<br>C/O BK SERVICING LLC<br>ED GEZEL, AGENT<br>P O BOX 131265<br>ROSEVILLE MN 55113-0011 |
| 008839P001-1413A-140<br>DAIMLER TRUST<br>13650 HERITAGE PKWY<br>FT. WORTH TX 76177 | 008839S001-1413A-140<br>DAIMLER TRUST<br>BK SERVICING LLC<br>P O BOX 131265<br>ROSEVILLE MN 55113-0011 | 008839S002-1413A-140<br>DAIMLER TRUST<br>MCMANIMON SCOTLAND AND BAUMANN LLC<br>ANTHONY SODONO III SARI PLACONA<br>75 LIVINGSTON AVE<br>ROSELAND NJ 07068 | 008839S003-1413A-140<br>DAIMLER TRUST<br>MERCEDES BENZ FINANCIAL SVC USA LLC<br>13650K HERITAGE PKWY<br>FT WORTH TX 76177 |

New England Motor Freight, Inc., et al.
Exhibit Pages

Page # : 2 of 5                                                                                                                                          05/22/2019 07:16:28 PM

| | | | |
|---|---|---|---|
| 008840P001-1413A-140<br>DE LAGE LANDEN FINANCIAL SERVICES, INC<br>1111 OLD EAGLE SCHOOL RD<br>WAYNE PA 19087 | 000012P001-1413S-140<br>DEPARTMENT OF ENVIRONMENTAL PROTECTION<br>OFFICE OF RECORDS ACCESS<br>ATTN: BANKR. COORDINATOR<br>PO BOX 402<br>MAIL CODE 401-06Q<br>TRENTON NJ 08625-0402 | 000075P001-1413S-140<br>DILWORTH PAXSON LLP<br>SCOTT J FREEDMAN<br>457 HADDONFIELD ROAD STE 700<br>CHERRY HILL NJ 08002 | 000103P001-1413S-140<br>DINSMORE & SHOHL LLP<br>GRACE WINKLER CRANLEY,ESQ<br>227 WEST MONROE ST.,STE 3850<br>CHICAGO IL 60606 |
| 000100P001-1413S-140<br>DREIFUSS BONACCI & PARKER PC<br>JOANNE M BONACCI<br>26 COLUMBIA TURNPIKE STE 101 NORTH ENTRANCE<br>FLORHAM PARK NJ 07932 | 000101P001-1413S-140<br>DREIFUSS BONACCI & PARKER PC<br>PAUL M MCCORMICK,ESQ<br>26 COLUMBIA TURNPIKE STE 101, NORTH ENTRANCE<br>FLORHAM PARK NJ 07932 | 000005P001-1413A-140<br>EASTWEST BANK<br>9300 FLAIR DR<br>STE 106<br>EL MONTE CA 91731 | 018180P001-1413A-140<br>EFS LLC<br>WEX INC<br>JON DOWELL LEGAL DIRECTOR GLOBAL FLEET<br>312 WEST END AVE<br>STE 900<br>NASHVILLE TN 94103 |
| 011597P001-1413A-140<br>EFS TRANSPORTATION SVC<br>CUST #2204501504070<br>P O BOX 630038<br>CINCINNATI OH 45263-0038 | 000087P003-1413S-140<br>ELLIOT GREENLEAF<br>R X ZAHRALDDIN- ARAVENA;JONATHAN M STEMERMAN<br>SARAH DENIS<br>1105 MARKET ST STE 1700<br>WILMINGTON DE 19801 | 000008P001-1413S-140<br>ENVIRONMENTAL PROTECTION AGENCY<br>REGION 2<br>290 BROADWAY<br>17TH FLOOR<br>NEW YORK NY 10007-1866 | 000020P001-1413S-140<br>FRESHFIELDS BRUCKHAUS DERINGER<br>MARK F LISCIO<br>601 LEXINGTON AVE<br>31ST FLOOR<br>NEW YORK NY 10022 |
| 000063P001-1413S-140<br>FRESHFIELDS BRUCKHAUS DERINGER US LLP<br>MARK F LISCIO<br>601 LEXINGTON AVE, 31ST FLOOR<br>NEW YORK NY 10022 | 000084P001-1413S-140<br>FROST BROWN TODD LLC<br>MARK A PLATT<br>100 CRESCENT COURT STE 350<br>DALLAS TX 75201 | 000017P001-1413S-140<br>GEBHARDT & SMITH LLP<br>JAMES M SMITH<br>ONE SOUTH STREET<br>SUITE 2200<br>BALTIMORE MD 21202-3281 | 000061P001-1413S-140<br>GEBHARDT & SMITH LLP<br>DAVID V FONTANA,ESQ<br>ONE SOUTH ST STE 2200<br>BALTIMORE MD 21202 |
| 000073P001-1413S-140<br>GEBHARDT & SMITH LLP<br>LISA BITTLE TANCREDI<br>ONE SOUTH STREET<br>SUITE 2200<br>BALTIMORE MD 21202-3281 | 000074P001-1413S-140<br>GEBHARDT & SMITH LLP<br>LISA BITTLE TANCREDI<br>1000 N WEST STREET<br>SUITE 1200<br>WILMINGTON DE 19801 | 000019P001-1413S-140<br>GREENBERG TRAURIG<br>ALAN J. BRODY<br>500 CAMPUS DRIVE<br>SUITE 400<br>FLORHAM PARK NJ 07932 | 000062P001-1413S-140<br>GREENBERG TRAURIG LLP<br>ALAN J BRODY,ESQ<br>500 CAMPUS DRIVE<br>FLORHAM PARK NJ 07932 |
| 000090P001-1413S-140<br>GUTTMAN OIL CO.<br>GREGORY J. CREIGHAN<br>200 SPEERS STREET<br>BELLE VERNON PA 15012 | 000083P001-1413S-140<br>HINMAN HOWARD & KATTELL LLP<br>KEVIN J BLOOM,ESQ<br>PARK 80 WEST -PLAZA II<br>250 PEHLE AVE STE 200<br>SADDLE BROOK NJ 07663-5834 | 000027P001-1413S-140<br>IAM NATIONAL PENSION FUND<br>RYK TIERNEY EXEC DIR AND RAYMOND GOAD JR GC<br>1300 CONNECTICUT AVE<br>STE 300<br>WASHINGTON DC 20036 | 008851P001-1413A-140<br>IBM CREDIT LLC<br>ONE NORTH CASTLE DR<br>ARMONK NY 10504 |
| 000004P001-1413S-140<br>INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | 000005P001-1413S-140<br>INTERNAL REVENUE SERVICE<br>2970 MARKET STREET<br>MAIL STOP 5-Q30.133<br>PHILADELPHIA PA 19104-5016 | 000076P001-1413S-140<br>JM PARTNERS LLC<br>JOHN MARSHALL<br>6800 PARAGON PLACE STE 202<br>RICHMOND VA 23230-1656 | 000006P001-1413A-140<br>JP MORGAN CHASE<br>PO BOX 1820151<br>COLUMBUS OH 43218-2051 |

# New England Motor Freight, Inc., et al.
## Exhibit Pages

Page # : 3 of 5                                                                                                                                 05/22/2019 07:16:28 PM

| | | | |
|---|---|---|---|
| 000125P001-1413S-140<br>KIM CHO & LIM LLC<br>JOSHUA S LIM,ESQ<br>460 BERGEN BOULEVARD STE 305<br>PALISADES PARK NJ 07650 | 000007P001-1413A-140<br>KING AND YONGE BRANCH<br>55 KING ST W<br>TORONTO ON M5K 1A2<br>CANADA | 000079P001-1413S-140<br>KLEHR HARRISON HARVEY BRANZBURG LLP<br>CHARLES A ERCOLE;RONA J ROSEN<br>10000 LINCOLN DRIVE EAST STE 201<br>MARLTON NJ 08053 | 000129P001-1413S-140<br>KML LAW GROUP PC<br>REBECCA A SOLARZ,ESQ<br>216 HADDON AVENUE STE 406<br>WESTMONT NJ 08108 |
| 000124P001-1413S-140<br>KML LAW GROUP, P.C.<br>KEVIN G. MCDONALD, ESQ.<br>216 HADDON AVE STE 406<br>WESTMONT NJ 08108 | 000089P001-1413S-140<br>LANDSTAR TRANSPORTATION LOGISTICS, INC.<br>SPRYTE KIMMEY<br>13410 SUTTON PARK DR S<br>JACKSONVILLE FL 32224 | 000146P001-1413S-140<br>LAW FIRM OF BRIAN W HOFMEISTER LLC<br>BRIAN W HOFMEISTER, ESQ<br>3131 PRINCETON PIKE BUILDING 5,STE 110<br>LAWRENCEVILLE NJ 08648 | 000130P001-1413S-140<br>LAW OFFICES OF KENNETH L BAUM LLC<br>KENNETH L BAUM,ESQ<br>167 MAIN STREET<br>HACKENSACK NJ 07601 |
| 000086P001-1413S-140<br>LOWENSTEIN SANDLER LLP<br>MARY E SEYMOUR;JOSEPH J DIPASQUALE<br>ONE LOWENSTEIN DRIVE<br>ROSELAND NJ 07068 | 000008P001-1413A-140<br>MANUFACTURERS AND TRADERS TRUST CO<br>PO BOX 22900<br>255 EAST AVE<br>ROCHESTER NY 14692-9964 | 000099P001-1413S-140<br>MAYNARD O'CONNOR SMITH & CATALINOTTO LLP<br>JUSTIN W GRAY, ESQ<br>6 TOWER PLACE<br>ALBANY NY 12203 | 000059P001-1413S-140<br>MCCARTER & ENGLISH LLP<br>PETER M KNOB, ESQ<br>FOUR GATEWAY CENTER<br>100 MULBERRY ST<br>NEWARK NJ 07102 |
| 000060P001-1413S-140<br>MCCARTER & ENGLISH LLP<br>JOSEPH LUBERTAZZI JR.,ESQ<br>FOUR GATEWAY CENTER<br>100 MULBERRY ST<br>NEWARK NJ 07102 | 000022P001-1413S-140<br>MCCARTER & ENGLISH, LLP<br>PETER KNOB<br>100 MULBERRY STREET<br>FOUR GATEWAY CENTER<br>NEWARK NJ 07102 | 000069P001-1413S-140<br>MCELROY DEUTSCH MULVANEY & CARPENTER LLP<br>VIRGINIA T SHEA,ESQ<br>1300 MOUNT KEMBLE AVENUE<br>MORRISTOWN NJ 07962 | 000070P001-1413S-140<br>MCELROY DEUTSCH MULVANEY & CARPENTER LLP<br>GARY D BRESSLER,ESQ<br>300 DELAWARE AVE STE 770<br>WILMINGTON DE 19801 |
| 000093P002-1413S-140<br>MCMANIMON, SCOTLAND AND BAUMANN, LLC<br>ANTHONY SODONO, III; SARI PLACONA<br>75 LIVINGSTON AVE.,STE 201<br>ROSELAND NJ 07068 | 000071P001-1413S-140<br>MORTON & CRAIG LLC<br>JOHN R MORTON JR, ESQ<br>110 MARTER AVE STE 301<br>MOORESTOWN NJ 08057 | 000067P001-1413S-140<br>MYRON SHEVELL<br>C/O NEW ENGLAND MOTOR FREIGHT INC<br>ZACHARY W. COHEN<br>1-71 NORTH AVENUE E<br>ELIZABETH NJ 07201 | 000009P002-1413S-140<br>NEW JERSEY ATTORNEY GENERAL OFFICE<br>DIVISION OF LAW<br>RICHARD J. HUGHES JUSTICE COMPLEX<br>25 MARKET ST<br>TRENTON NJ 08625-0112 |
| 000010P002-1413S-140<br>NEW JERSEY DIVISION OF TAXATION<br>COMPLIANCE & ENFORCEMENT UNIT<br>BANKRUPTCY UNIT<br>50 BARRACK STREET, 9TH FLOOR<br>TRENTON NJ 08695-0267 | 000011P001-1413S-140<br>NEW JERSEY MOTOR VEHICLE COMMISSION<br>ADMINISTRATIVE UNIT<br>225 EAST STATE STREET<br>TRENTON NJ 08666 | 000106P001-1413S-140<br>NORRIS MCLAUGHLIN PA<br>MORRIS S BAUER,ESQ<br>400 CROSSING BOULEVARD,8TH FLOOR<br>BRIDGEWATER NJ 08807 | 000107P001-1413S-140<br>NORRIS MCLAUGHLIN PA<br>CATHERINE L COREY,ESQ<br>400 CROSSING BOULEVARD, 8TH FLOOR<br>BRIDGEWATER NJ 08807 |
| 000080P001-1413S-140<br>OFFICE OF UNEMPLOYMENT COMPENSATION TAX SERVICES<br>DEB SECREST,AUTHORIZED AGENT<br>PA-DEPT OF LABOR & INDUSTRY<br>COLLECTIONS SUPPORT UNIT<br>851 BOAS ST RM 702<br>HARRISBURG PA 17121 | 000102P001-1413S-140<br>PA DEPT OF REVENUE<br>DENISE A KUHN, SEN DEPUTY ATTORNEY GEN<br>THE PHOENIX BUILDING<br>1600 ARCH ST., STE 300<br>PHILADELPHIA PA 19103 | 000095P001-1413S-140<br>PA- DEPT OF ENVIRONMENTAL PROTECTION<br>BRIAN GLASS, OFFICE OF THE CHIEF COUNSEL<br>SOUTHEAST REGIONAL COUNSEL<br>2 EAST MAIN ST<br>NORRISTOWN PA 19401-4915 | 008858P001-1413A-140<br>PEAPACK GLADESTONE BANK<br>LISA GALLO-CONKLIN MANAGING DIRECTOR<br>400 FRANK W BURR BLVD<br>TEANECK NJ 07666 |

# New England Motor Freight, Inc., et al.
## Exhibit Pages

Page # : 4 of 5                                                                                                                        05/22/2019 07:16:28 PM

| | | | |
|---|---|---|---|
| 008859P001-1413A-140<br>PEAPACK GLADSTONE BANK<br>DOUGLAS L KENNEDY PRESIDENT<br>710 RTE 46 EAST<br>STE 306<br>FAIRFIELD NJ 07004 | 000009P001-1413A-140<br>PEOPLE'S UNITED BANK NA<br>2 BURLINGTON SQUARE<br>BURLINGTON VT 05401 | 000010P001-1413A-140<br>PNC BANK<br>ONE FINANCIAL PKWY<br>LOCATOR Z1-YB42-03-1<br>KALAMAZOO MI 49009 | 000098P001-1413S-140<br>PRICE MEESE SHULMAN & D'ARMINIO PC<br>RICK A STEINBERG,ESQ<br>50 TICE BOULEVARD STE 380<br>WOODCLIFF LAKE NJ 07677 |
| 008860P001-1413A-140<br>PUBLIC SVC ELECTRIC AND GAS CO<br>80 PK PLZ<br>NEWARK NJ 07102 | 000066P001-1413S-140<br>REED SMITH LLP<br>CHRISTOPHER A. LYNCH<br>599 LEXINGTON AVE<br>NEW YORK NY 10022 | 000096P001-1413S-140<br>RIKER DANZIG SCHERER HYLAND & PERRETTI LLP<br>JOSEPH L SCHWARTZ;MICHAEL TRENTIN<br>HEADQUARTERS PLAZA<br>ONE SPEEDWELL AVE<br>MORRISTOWN NJ 07962-1981 | 000011P001-1413A-140<br>SANTANDER<br>PO BOX 841002<br>BOSTON MA 02284 |
| 000006P001-1413S-140<br>SECURITIES EXCHANGE COMMISSION<br>NEW YORK REGIONAL OFFICE<br>ATTN: ANDREW CALAMARI, REGIONAL DIRECTOR<br>BROOKFIELD PLACE<br>200 VESSEY STREET, SUITE 400<br>NEW YORK NY 10281-1022 | 000091P001-1413S-140<br>SHIPMAN & GOODWIN LLP<br>ERIC S GOLDSTEIN,ESQ<br>ONE CONSTITUTIONAL PLAZA<br>HARTFORD CT 06103 | 000018P001-1413S-140<br>SQUIRE PATTON BOGGS<br>NORMAN N KINEL<br>30 ROCKEFELLER PLAZA<br>NEW YORK NY 10112 | 000094P001-1413S-140<br>SQUIRE PATTON BOGGS (US) LLP<br>NORMAN N KINEL,ESQ<br>30 ROCKEFELLER PLAZA, 23RD FLOOR<br>NEW YORK NY 10112 |
| 000119P001-1413S-140<br>STEPHEN B. GROW, ESQ.<br>WARNER NORCROSS + JUDD LLP<br>111 LYON ST NW # 900<br>GRAND RAPIDS MI 49503 | 000035P002-1413S-140<br>SUPERIOR DISTRIBUTORS CO, INC<br>MARLENE; RICHARD KLEIN<br>4 MIDLAND AVE<br>ELMWOOD PARK NJ 07407 | 000012P001-1413A-140<br>TD BANK NA<br>PO BOX 1377<br>LEWISTON ME 04243-1377 | 000128P001-1413S-140<br>THOMPSON O'BRIEN KEMP & NASUTI PC<br>ALBERT F NASUTI,ESQ<br>40 TECHNOLOGY PARKWAY SOUTH, STE 300<br>PEACHTREE CORNERS GA 30092 |
| 008869P001-1413A-140<br>TRI STATE CAPITAL BANK<br>JOHN BUGLIONE SVP<br>RARITAN PLZ I<br>110 FIELDCREST AVE MAILBOX 11<br>EDISON NJ 08837 | 008870P001-1413A-140<br>TRI STATE CAPITAL BANK<br>KENNETH ORCHARD PRESIDENT<br>110 FIELDCREST AVE<br>MAIL BOX # 11<br>EDISON NJ 08837 | 000055P001-1413S-140<br>TROUTMAN SANDERS<br>LOUIS CURCIO<br>875 THIRD AVENUE<br>NEW YORK NY 10022 | 000056P001-1413S-140<br>TROUTMAN SANDERS<br>ALISSA PICCIONE<br>875 THIRD AVENUE<br>NEW YORK NY 10022 |
| 000054P001-1413S-140<br>TROUTMAN SANDERS LLP<br>DAVID A PISCIOTTA,ESQ<br>875 THIRD AVENUE<br>NEW YORK NY 10022 | 000064P001-1413S-140<br>TROUTMAN SANDERS LLP<br>LOUIS A CURCIO,ESQ<br>875 THIRD AVE<br>NEW YORK NY 10022 | 000092P001-1413S-140<br>TURNER LAW FIRM LLC<br>ANDREW R TURNER,ESQ<br>76 SOUTH ORANGE AVE STE 106<br>SOUTH ORANGE NJ 07079 | 000002P001-1413S-140<br>UNITED STATES ATTORNEY<br>DISTRICT OF NEW JERSEY<br>PETER RODINO FEDERAL BUILDING<br>970 BROAD STREET, SUITE 700<br>NEWARK NJ 07102 |
| 000097P002-1413S-140<br>UNITED STATES DEPARTMENT OF JUSTICE<br>PETER J. D'AURIA,ESQ; MITCHELL HAUSMAN<br>OFFICE OF THE UNITED STATES TRUSTEE<br>ONE NEWARK CENTER STE 2100<br>NEWARK NJ 07102 | 000001P001-1413S-140<br>UNITED STATES TRUSTEE<br>ONE NEWARK CENTER, SUITE 2100<br>1085 RAYMOND BOULEVARD<br>NEWARK NJ 07102 | 000105P001-1413S-140<br>UPDIKE KELLY & SPELLACY PC<br>EVAN S GOLDSTEIN, ESQ<br>100 PEARL ST.,17TH FLOOR<br>P O BOX 231277<br>HARTFORD CT 06123-1277 | 000057P001-1413S-140<br>WASSERMAN JURISTA & STOLZ PC<br>DANIEL M STOLZ,ESQ<br>110 ALLEN ROAD STE 304<br>BASKING RIDGE NJ 07920 |

**New England Motor Freight, Inc., et al.**
**Exhibit Pages**

Page # : 5 of 5                                                                                      05/22/2019 07:16:28 PM

| | | | |
|---|---|---|---|
| 000058P001-1413S-140<br>WASSERMAN JURISTA & STOLZ PC<br>DONALD W CLARKE,ESQ<br>110 ALLEN ROAD STE 304<br>BASKING RIDGE NJ 07920 | 008873P001-1413A-140<br>WEBSTER CAPITAL<br>MIKE GIUSTO<br>344 MAIN ST<br>KENSINGTON CT 06037 | 008874P001-1413A-140<br>WEBSTER CAPITAL FINANCE, INC<br>LEGAL DEPT MO-325<br>145 BANK ST<br>WATERBURY CT 06702 | 008874S001-1413A-140<br>WEBSTER CAPITAL FINANCE, INC<br>UPDIKE KELLY; EVAN GOLDSTEIN<br>100 PEARL ST 17TH FL<br>P.O. BOX 231277<br>HARTFORD CT 06123-1277 |
| 008874S002-1413A-140<br>WEBSTER CAPITAL FINANCE, INC<br>NORRIS MCLAUGHLIN; MELISSA PENA<br>400 CROSSINGS BLVD 8TH FL<br>BRIDGEWATER NJ 08807 | 008874S003-1413A-140<br>WEBSTER CAPITAL FINANCE, INC<br>344 MAIN ST<br>KENSINGTON CT 06037 | 000013P001-1413A-140<br>WELLS FARGO BANK NA<br>PO BOX 63020<br>SAN FRANCISCO CA 94163 | 000021P003-1413S-140<br>WHITEFORD TAYLOR PRESTON LLP<br>PAUL M NUSSBAUM<br>7 SAINT PAUL STREET<br>BALTIMORE MD 21202-1636 |

Records Printed :   120

# EXHIBIT 3

**New England Motor Freight, Inc., et al.**
**Exhibit Page**

Page # : 1 of 1                                                                                                          05/23/2019 02:19:05 PM

| | |
|---|---|
| 044343P001-1413A-140 | 044344P001-1413A-140 |
| TD CANADA TRUST | UBS MORGAN STANLEY |
| DIANA SHAYKHULISLAMOVA | MICHAL SIDEN 1ST VP WEALTH ADVISOR CORP RE |
| TD TOWER | RETIREMENT DIR, MORGAN STANLEY WEALTH MGMT |
| 55 KING ST WEST 3RD FL | 522 5TH AVENUE 15TH FL |
| TORONTO ON M5K 1A2 | NEW YORK NY 10036 |
| CANADA | |

Records Printed :   2