UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
**Caption in compliance with D.N.J. LBR 9004-1**

**GIBBONS P.C.**
Karen A. Giannelli, Esq.
Mark B. Conlan, Esq.
Brett S. Theisen, Esq.
One Gateway Center
Newark, New Jersey 07102
Telephone: (973) 596-4500
Facsimile: (973) 596-0545
E-mail: kgiannelli@gibbonslaw.com
mconlan@gibbonslaw.com
btheisen@gibbonslaw.com

*Counsel to the Debtors*
*and Debtors-in-Possession*

**FILED**
JEANNE A. NAUGHTON, CLERK
MAY 28 2019
U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY _____ DEPUTY

In re:

NEW ENGLAND MOTOR FREIGHT, INC., *et al.*,

Debtors.[1]

Chapter 11

Case No. 19-12809 (JKS)

(Jointly Administered)

**ORDER SHORTENING TIME PERIOD FOR NOTICE,
SETTING HEARING AND LIMITING NOTICE**

The relief set forth on the following page is hereby **ORDERED**.

HONORABLE JOHN K. SHERWOOD
UNITED STATES BANKRUPTCY JUDGE

Dated: May 28, 2019

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC (4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMF Logistics, LLC (4666).

Page:     2
Debtors:  New England Motor Freight, Inc., *et al.*
Case No.: 19-12809 (JKS)
Caption:  Order Shortening Time Period for Notice, Setting Hearing and Limiting Notice

---

After review of the application of Brett S. Theisen, Esq. for a reduction of time for a hearing under Fed. R. Bankr. P. 9006(c)(1) on the Motion of New England Motor Freight, Inc. and its affiliated debtors in the above-captioned chapter 11 cases (the "**Debtors**") for entry of an order in aid of the Court's Order (A) Authorizing the Debtors to Sell at Auction Substantially all of Debtor NEMF's Personal Property Assets Free and Clear of All Liens, Claims, Interests and Encumbrances, (B) Approving Auction Procedures Relating to Such Auction Sales, and (C) Granting Related Relief (the "NEMF Auction Sale Order") (Docket No. 434); it is

**ORDERED** as follows:

1. A hearing will be conducted on the matter on May 29, 2019 at 2:00 p.m. (the "**Hearing Date**") in the United States Bankruptcy Court for the District of New Jersey, Martin L. King, Jr. Federal Building, 50 Walnut Street, 3d Floor, Newark, NJ 07102, Courtroom No. 3D.

2. The applicant must serve copies of this Order, the Application and the Motion upon: the Office of the United States Trustee, counsel for Official Committee of Unsecured Creditors, and counsel to each of the Debtors' secured equipment lenders by electronic mail immediately upon entry of this Order. Electronic notice via ECF of entry of this Order shall also be provided to all parties that have requested notice pursuant to Fed. R. Bankr. P. 2002 in the above-captioned chapter 11 cases.

3. A Certification of Service must be filed prior to the Hearing Date.

4. Any objections to the Motion identified above may be presented at the hearing.

5. Court appearances are required to prosecute the Motion and any objections thereto. Parties may request to appear by phone by contacting Chambers no later than ___12:00___ a.m./p.m. on May _29_, 2019.