UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC., *et al.*, | Case No. 19-12809 (JKS) |
| | (Jointly Administered) |
| Debtors.[1] | |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     )  ss:
COUNTY OF KINGS      )

I, Edward A. Calderon, declare:

1. I am over the age of 18 years and not a party to these chapter 11 cases.

2. I am employed by Donlin, Recano & Company, Inc., ("DRC"), 6201 15th Avenue, Brooklyn, NY 11219.

3. On the 28th day of May, 2019, at my direction and under my supervision, employees of DRC caused to serve the following documents:

    a. "Debtors' Motion for Entry of a Second Order in Aid of NEMF Auction Sale Order [ECF 434]" (Docket No. 618);

    b. "Application for Order Shortening Time" (Docket No. 619); and

    c. "Order Shortening Time Period for Notice Setting Hearing and Limiting Notice" (Docket No. 625),

via Electronic Mail upon the parties as set forth on Exhibit 1, attached hereto.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC (4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMF Logistics, LLC (4666).

NEMF00143

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 28th day of May, 2019, Brooklyn, New York.

*Edward A. Calderon*
Edward A. Calderon

Sworn before me this
28th day of May, 2019

*John Burlacu*
Notary Public

JOHN BURLACU
Notary Public - State of New York
No. 01BU6376078
Qualified in Nassau County
My Comm. Expires June 4, 2022

# EXHIBIT 1

**New England Motor Freight, Inc., et al.**
**Electronic Mail**
**Exhibit Page**

Page # : 1 of 3        05/28/2019 01:37:50 PM

| 000000 000-1413S-143 | 000000 000-1413S-143 | 000000 000-1413S-143 | 000000 000-1413S-143 |
|---|---|---|---|
| Peter.J.DAuria@usdoj.gov | mitchell.b.hausman@usdoj.gov | jdipasquale@lowenstein.com | mseymour@lowenstein.com |
| rxza@elliottgreenleaf.com | jms@elliottgreenleaf.com | FPERETORE@CSGLAW.COM | mcaruso@csglaw.com |
| klusby@gebsmith.com | BrodyA@gtlaw.com | JLubertazzi@McCarter.com | PKnob@mccarter.com |
| gbressler@mdmc-law.com | vshea@mdmc-law.com | ASodono@MSBNJ.com | clynch@reedsmith.com |
| elliot.smith@squirepb.com | norman.kinel@squirepb.com | David.Pisciotta@troutman.com | Louis.Curcio@troutman.com |
| EGoldstein@uks.com | SGrow@wnj.com | dcm@yostlawfirm.com | NEAL.MODI@FRESHFIELDS.COM |

Case 19-12809-JKS    Doc 627    Filed 05/28/19    Entered 05/28/19 15:30:23    Desc Main
Document      Page 5 of 6

New England Motor Freight, Inc., et al.
Electronic Mail
Exhibit Page

Page # : 2 of 3                                                                                    05/28/2019 01:37:50 PM

| | | | |
|---|---|---|---|
| 000000 000-1413S-143<br>SCOTT.TALMADGE@FRESHFIELDS.COM | 000000 000-1413S-143<br>Mark.Liscio@freshfields.com | 000000 000-1413S-143<br>michael.a.fondacaro@chase.com | 000110P001-1413S-143<br>ALAN J. BRODY, ESQ.<br>GREENBERG TRAURIG, LLP<br>500 CAMPUS DR, STE 400<br>FLORHAM PARK NJ 07932-0677<br>BRODYA@GTLAW.COM |
| 000118P001-1413S-143<br>ANTHONY SODONO, III, ESQ.<br>SARI B. PLACONA MCMANIMON<br>SCOTLAND & BAUMANN<br>75 LIVINGSTON AVE<br>ROSELAND NJ 07068<br>ASODONO@MSBNJ.COM | 000118P001-1413S-143<br>ANTHONY SODONO, III, ESQ.<br>SARI B. PLACONA MCMANIMON<br>SCOTLAND & BAUMANN<br>75 LIVINGSTON AVE<br>ROSELAND NJ 07068<br>SPLACONA@MSBNJ.COM | 000117P001-1413S-143<br>CHRISTOPHER A. LYNCH, ESQ.<br>REED SMITH LLP<br>599 LEXINGTON AVE<br>NEW YORK NY 10022<br>CLYNCH@REEDSMITH.COM | 000123P001-1413S-143<br>DAIMLER TRUST<br>C/O BK SERVICING, LLC<br>ED GEZEL, AGENT<br>PO BOX 131265<br>ROSEVILLE MN 55113-0011<br>notices@bkservicing.com |
| 000114P001-1413S-143<br>DAVID A. PISCIOTTA, ESQ.<br>LOUIS A. CURCIO, ESQ.<br>TROUTMAN SANDERS<br>875 THIRD AVENUE<br>NEW YORK NY 10022<br>DAVID.PISCIOTTA@TROUTMAN.COM | 000114P001-1413S-143<br>DAVID A. PISCIOTTA, ESQ.<br>LOUIS A. CURCIO, ESQ.<br>TROUTMAN SANDERS<br>875 THIRD AVENUE<br>NEW YORK NY 10022<br>LOUIS.CURCIO@TROUTMAN.COM | 000087P003-1413S-143<br>ELLIOT GREENLEAF<br>R X ZAHRALDDIN- ARAVENA;JONATHAN M STEMERMAN<br>SARAH DENIS<br>1105 MARKET ST STE 1700<br>WILMINGTON DE 19801<br>RXZA@ELLIOTTGREENLEAF.COM | 000087P003-1413S-143<br>ELLIOT GREENLEAF<br>R X ZAHRALDDIN- ARAVENA;JONATHAN M STEMERMAN<br>SARAH DENIS<br>1105 MARKET ST STE 1700<br>WILMINGTON DE 19801<br>JMS@ELLIOTTGREENLEAF.COM |
| 000087P003-1413S-143<br>ELLIOT GREENLEAF<br>R X ZAHRALDDIN- ARAVENA;JONATHAN M STEMERMAN<br>SARAH DENIS<br>1105 MARKET ST STE 1700<br>WILMINGTON DE 19801<br>SXD@ELLIOTTGREENLEAF.COM | 000120P001-1413S-143<br>EVAN S. GOLDSTEIN UPDIKE<br>KELLY & SPELLACY, P.C.<br>100 PEARL STREET 17TH FLOOR<br>PO BOX 231277<br>HARTFORD CT 06103<br>EGOLDSTEIN@UKS.COM | 000121P001-1413S-143<br>GARY D. BRESSLER, ESQ.<br>MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP<br>300 DELAWARE AVE, STE 770<br>WILMINGTON DE 19801<br>GBRESSLER@MDMC-LAW.COM | 000115P001-1413S-143<br>JOSEPH LUBERTAZZI, ESQ.<br>PETER M. KNOB, ESQ.<br>MCCARTER & ENGLISH<br>100 MULBERRY ST FOUR GATEWAY CENTER<br>NEWARK NJ 07102<br>PKNOB@MCCARTER.COM |
| 000115P001-1413S-143<br>JOSEPH LUBERTAZZI, ESQ.<br>PETER M. KNOB, ESQ.<br>MCCARTER & ENGLISH<br>100 MULBERRY ST FOUR GATEWAY CENTER<br>NEWARK NJ 07102<br>JLUBERTAZZI@MCCARTER.COM | 000112P001-1413S-143<br>LISA BITTLE TANCREDI, ESQ.<br>DAVID FONTANA, ESQ.<br>GEBHARDT & SMITH LLP<br>ONE SOUTH ST, STE 2200<br>BALTIMORE MD 21202-3281<br>LTANCREDI@GEBSMITH.COM | 000112P001-1413S-143<br>LISA BITTLE TANCREDI, ESQ.<br>DAVID FONTANA, ESQ.<br>GEBHARDT & SMITH LLP<br>ONE SOUTH ST, STE 2200<br>BALTIMORE MD 21202-3281<br>DFONT@GEBSMITH.COM | 000086P001-1413S-143<br>LOWENSTEIN SANDLER LLP<br>MARY E SEYMOUR;JOSEPH J DIPASQUALE<br>ONE LOWENSTEIN DRIVE<br>ROSELAND NJ 07068<br>MSEYMOUR@LOWENSTEIN.COM |
| 000086P001-1413S-143<br>LOWENSTEIN SANDLER LLP<br>MARY E SEYMOUR;JOSEPH J DIPASQUALE<br>ONE LOWENSTEIN DRIVE<br>ROSELAND NJ 07068<br>JDIPASQUALE@LOWENSTEIN.COM | 000111P001-1413S-143<br>MARK LISCIO, ESQ.<br>NEAL MODI, ESQ. / SCOTT TALMADGE, ESQ.<br>FRESHFIELDS BRUCKHAUS DERINGER US LLP<br>601 LEXINGTON AVE, 31ST FL<br>NEW YORK NY 10022<br>MARK.LISCIO@FRESHFIELDS.COM | 000111P001-1413S-143<br>MARK LISCIO, ESQ.<br>NEAL MODI, ESQ. / SCOTT TALMADGE, ESQ.<br>FRESHFIELDS BRUCKHAUS DERINGER US LLP<br>601 LEXINGTON AVE, 31ST FL<br>NEW YORK NY 10022<br>NEAL.MODI@FRESHFIELDS.COM | 000111P001-1413S-143<br>MARK LISCIO, ESQ.<br>NEAL MODI, ESQ. / SCOTT TALMADGE, ESQ.<br>FRESHFIELDS BRUCKHAUS DERINGER US LLP<br>601 LEXINGTON AVE, 31ST FL<br>NEW YORK NY 10022<br>SCOTT.TALMADGE@FRESHFIELDS.COM |

**New England Motor Freight, Inc., et al.**
**Electronic Mail**
**Exhibit Page**

Page # : 3 of 3                                                                                                          05/28/2019 01:37:50 PM

| 000113P001-1413S-143 | 000116P001-1413S-143 | 000116P001-1413S-143 | 000119P001-1413S-143 |
| --- | --- | --- | --- |
| NORMAN N. KINEL, ESQ. | ROBERT HORNBY, ESQ. | ROBERT HORNBY, ESQ. | STEPHEN B. GROW, ESQ. |
| SQUIRE PATTON BOGGS (US) LLP | MICHAEL R. CARUSO, ESQ. | MICHAEL R. CARUSO, ESQ. | WARNER NORCROSS + JUDD LLP |
| 30 ROCKEFELLER PLAZA, 23RD FLOOR | CHIESA SHAHINIAN & GIANTOMASI | CHIESA SHAHINIAN & GIANTOMASI | 111 LYON ST NW # 900 |
| NEW YORK NY 10012 | ONE BOLAND DRIVE | ONE BOLAND DRIVE | GRAND RAPIDS MI 49503 |
| NORMAN.KINEL@SQUIREPB.COM | WEST ORANGE NJ 07052 | WEST ORANGE NJ 07052 | SGROW@WNJ.COM |
|  | RHORNBY@CSGLAW.COM | MCARUSO@CSGLAW.COM |  |

| 000001P001-1413S-143 | 000001P001-1413S-143 | 000001P001-1413S-143 | 000122P001-1413S-143 |
| --- | --- | --- | --- |
| UNITED STATES TRUSTEE | UNITED STATES TRUSTEE | UNITED STATES TRUSTEE | VIRGINIA T. SHEA, ESQ. |
| ONE NEWARK CENTER, SUITE 2100 | ONE NEWARK CENTER, SUITE 2100 | ONE NEWARK CENTER, SUITE 2100 | MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP |
| 1085 RAYMOND BOULEVARD | 1085 RAYMOND BOULEVARD | 1085 RAYMOND BOULEVARD | 1300 MOUNT KEMBLE AVE |
| NEWARK NJ 07102 | NEWARK NJ 07102 | NEWARK NJ 07102 | MORRISTOWN NJ 07962 |
| jeffrey.m.sponder@usdoj.gov | Mitchell.B.Hausman@usdoj.gov | Peter.J.D'Auria@usdoj.gov | VSHEA@MDMC-LAW.COM |

Records Printed : **56**