**McMANIMON, SCOTLAND & BAUMANN, LLC**
75 Livingston Avenue, Suite 201
Roseland, New Jersey 07068
(973) 622-1800
Anthony Sodono, III (asodono@msbnj.com)
Sari B. Placona (splacona@msbnj.com)
*Attorneys for Shauna Jones*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC., et. al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-12809 (JKS)<br><br>Jointly Administered |

**CERTIFICATION OF SERVICE**

1.   I, **BERNADETTE CHILLEMI**:

   ☐ represent _____ in the above-captioned matter.

   ☑ am a paralegal for McManimon, Scotland and Baumann, LLC, counsel to Creditor Shauna Jones in this matter.

   ☐ am the _____ in the above case and am representing myself.

2.   On May 30, 2019, I caused the following documents to be electronically filed with the Court using the Court's Electronic Filing System and served via the Court's CMF/ECF system on the parties that have consented to electronic service of all court filings:

   a.   Notice of Creditor Shauna Jones' Motion for an Order Granting Relief from the Automatic Stay (the "Motion") [Doc No.631];

   b.   Memorandum of Law in Support of the Motion;

---

[1] The Debtors in these Chapter 11 cases and the last four digits of each Debtor's taxpayer identification number as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC (4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMF Logistics, LLC (4666).

      c.      Certification of Shauna Jones in Further Support of the Motion with Exhibits; and

      d.      Proposed Order Granting Stay Relief Motion.

3.      On May 30, 2019, the foregoing documents also were served on the parties listed in the chart below, as noted.

I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: May 30, 2019                                                  */s/ Bernadette Chillemi*
                                                                                 BERNADETTE CHILLEMI

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Peter J. D'Auria, Esq.<br>Office of the United States Trustee<br>One Newark Center, Ste. 2100<br>Newark, NJ 07102 | *Office of the United States Trustee* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified Mail<br>☐ Other: _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| New England Motor Freight<br>Attn: President/CEO<br>1-71 North Avenue East<br>Elizabeth, NJ 07201 | *Debtors* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified Mail<br>☐ Other: _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Karen A. Gianelli, Esq.<br>Mark B. Conlan, Esq.<br>Brett S. Theisen, Esq.<br>Gibbons P.C.<br>One Gateway Center<br>Newark, NJ 07102-5310 | *Counsel for Debtors* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified Mail<br>☐ Other: _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Daniel M. Stolz, Esq.<br>Donald W. Clarke, Esq.<br>Wasserman, Jurista & Stolz, P.C.<br>110 Allen Road, Suite 304<br>Basking Ridge, NJ 07920 | *Counsel for Debtors* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified Mail<br>☐ Other: _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Todd M. Brooks, Esq.<br>Whiteford Taylor & Preston, LLP<br>7 Saint Paul Street<br>Baltimore, MD 21202-1636 | *Counsel for Debtors* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified Mail<br>☐ Other: _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Joseph J. DiPasquale, Esq.<br>Lowenstein Sandler LLP<br>One Lowenstein Drive<br>Roseland, NJ 07068 | *Counsel for the Official Committee of Unsecured Creditors* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified Mail<br>☐ Other: _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Sarah Denis, Esq.<br>Jonathan M. Stemerman, Esq.<br>Rafael X. Zahralddin-Aravena, Esq.<br>Elliott Greenleaf<br>1105 Market Street, Suite 1700<br>Wilmington, DE 19801 | *Counsel for the Official Committee of Unsecured Creditors* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified Mail<br>☐ Other: _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

4839-5337-0520, v. 1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| John Marshall<br>c/o JM Partners LLC<br>6800 Paragon Place, Suite 202<br>Richmond, VA 23230-1656 | *Interested Party* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified Mail<br>☐ Other: _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Deb Secrest<br>Commonwealth of Pennsylvania<br>Department of Labor and Industry<br>Collections Support Unit<br>651 Boas Street, Rom 702<br>Harrisburg, PA 17121 | *On behalf of Creditor, Office of Unemployment Compensation Tax Services (UCTS), Department of Labor and Industry, Commonwealth of Pennsylvania* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified Mail<br>☐ Other: _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Kevin J. Bloom, Esq.<br>Park 80 West – Plaza II<br>250 Pehle Avenue, Suite 200<br>Saddle Brook, NJ 07663-5834 | *Counsel for Mirabito Holdings, Inc.* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified Mail<br>☐ Other: _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Charles Ercole, Esq.<br>Klehr Harrison et al.<br>10000 Lincoln Drive East, Suite 201<br>Marlton, NJ 08053 | *Counsel for Class Plaintiffs, et al.* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified Mail<br>☐ Other: _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| IBM Corporation<br>ATTN: Marie-Josee Dube<br>275 Viger East<br>Montreal, QC H2X 3R7<br>CANADA | *Creditor* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified Mail<br>☐ Other: _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Daimler Trust<br>c/o BK Servicing, LLC<br>PO Box 131265<br>Roseville, MN 55113-0011 | *Creditor* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified Mail<br>☐ Other: _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Albert F. Nasuti, Esq.<br>Thompson, O'Brien, Kemp & Nasuti, P.C.<br>40 Technology Parkway South<br>Suite 300<br>Peachtree Corners, GA 30092 | *Counsel for Mansfield Oil Company* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified Mail<br>☐ Other: _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

4839-5337-0520, v. 1