# Gordon & Gordon
### Attorneys at Law

108-18 Queens Blvd., 6th Floor  
Forest Hills, N.Y. 11375

Phone: (718) 544-7070  
Fax:    (718) 544-0994

Peter S. Gordon, Esq.  
Maris R. Gordon, Esq.

www.gordonesq.com

March 23, 2019



Jeanne Naughton – Clerk  
District of New Jersey  
MLK Jr. Federal Building  
50 Walnut Street  
Newark, NJ 07102

Re: Clever Garcia  
Debtors: New England Motor Freight, Inc.,  
Case No. 19-12809 (JKS)  
Chapter 11

Dear Ms. Naughton;

We have written you several times regarding the enclosed Notice of Bankruptcy please be advised that we dropped the case of Clever Garcia more than a year and half ago and have nothing to do with this matter.

Enclosed is a copy of the drop letter that was sent to Mr. Garcia.

Thank you very much for your attention in this matter.

Very truly yours,  
GORDON & GORDON, P.C.

PETER S. GORDON

PSG/ys  
Enclosure

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19-12809-JKS
Chapter: 11
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
New England Motor Freight, Inc.
1-71 North Ave E
Elizabeth, NJ 07201

Social Security No.:

Employer's Tax I.D. No.:
22-1977697

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable John K. Sherwood on:

Date:      6/20/19
Time:      10:00 AM
Location:  Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
A.ATKINS APPRAISAL CORPORATION

COMMISSION OR FEES
$5000.00

EXPENSES

Creditors may be heard before the applications are determined.

An appearance is not required on an application for compensation unless an objection is filed. Any objection must be filed with the court and served on interested parties not later than 7 days before the scheduled hearing.

Dated: May 14, 2019
JAN: zlh

Jeanne Naughton
Clerk

*Gordon & Gordon*
*Attorneys at Law*

108-18 Queens Blvd., 6th Floor
Forest Hills, N.Y. 11375

Peter S. Gordon, Esq.
Maris R. Gordon, Esq.

Phone: (718) 544-7070
Fax:    (718) 544-0994

www.gordonesq.com

August 3, 2017

Mr. Clever Garcia
382 28TH Street
Copiague, NY 11726

Re: Your Accident of 6/7/17

Dear Mr. Garcia,

I regret to advise you that we will be unable to represent you in connection with the accident in which you were involved on June 7, 2017.

You are not to construe our decision as an opinion as to the merits of your case.

Since your accident occurred on June 7, 2017, in NYC you have three (3) years from the date of the accident to commence a lawsuit against any parties whom you may deem to be responsible. This means that the last day on which you can commence a lawsuit in connection with this incident is June 7, 2020.

If it is your intention to pursue this matter, then I suggest that you retain another attorney *as soon as possible*. The records we have in our possession will be made available at your request.

We hope we can be of service to you in the future.

Very truly yours,
GORDON & GORDON, P.C.

PETER S. GORDON

PSG/tb