| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY<br>**Caption in compliance with D.N.J. LBR 9004-1**<br><br>**GIBBONS P.C.**<br>Karen A. Giannelli, Esq.<br>Mark B. Conlan, Esq.<br>Brett S. Theisen, Esq.<br>One Gateway Center<br>Newark, New Jersey 07102<br>Telephone: (973) 596-4500<br>Facsimile: (973) 596-0545<br>E-mail: kgiannelli@gibbonslaw.com<br>         mconlan@gibbonslaw.com<br>         btheisen@gibbonslaw.com<br><br>*Counsel to the Debtors*<br>*and Debtors-in-Possession* | FILED<br>JEANNE A. NAUGHTON, CLERK<br>MAY 29 2019<br>U.S. BANKRUPTCY COURT<br>NEWARK, N.J.<br>BY _____ DEPUTY |
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC., *et al.*,<br><br>                    Debtors.[1] | Chapter 11<br><br>Case No. 19-12809 (JKS)<br><br>(Jointly Administered) |

## SECOND ORDER IN AID OF NEMF AUCTION SALE ORDER [ECF 434]

The relief set forth on the following pages, numbered two (2) through and including four (4), is hereby **ORDERED**.

5/29/19    /s/ JKS

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC (4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMF Logistics, LLC (4666).

Page: 4
Debtors: New England Motor Freight, Inc., *et al.*
Case No.: 19-12809 (JKS)
Caption: SECOND Order in Aid of NEMF Auction Sale Order [ECF 434]

---

Upon consideration of the Debtors' Motion for Entry of a Second Order in Aid of the NEMF Auction Sale Order (defined below) (the "Motion"), supported by Declaration of Vincent J. Colistra (the "Colistra Declaration"), requesting that the Court enter an Order, in Aid of Order (A) Authorizing the Debtors to Sell at Auction Substantially all of Debtor NEMF's Personal Property Assets Free and Clear of All Liens, Claims, Interests and Encumbrances, (B) Approving Auction Procedures Relating to Such Auction Sales, and (C) Granting Related Relief (the "NEMF Auction Sale Order") (Docket No. 434) to amend the NEMF Sale Order to provide for and authorize the sale of certain personal property owned by Debtors other than NEMF; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the Standing Order of Reference to the Bankruptcy Court Under Title 11 of the United States District Court for the District of New Jersey as amended on September 18, 2012 (Simandle, C.J.); and venue being proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and this matter being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that entry of this Order is authorized under the facts and circumstances and that no affected parties in interest have objected to entry of the Order; and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought by way of the Motion is in the best interests of the Debtors, their estates, creditors and parties in interest; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED as set forth herein.

2. The provisions of paragraph 2 of the NEMF Auction Sale Order are supplemented as follows:

Case 19-12809-JKS    Doc 637    Filed 05/31/19    Entered 06/01/19 00:47:46    Desc
Imaged Certificate of Notice    Page 3 of 10

Page:    3
Debtors: New England Motor Freight, Inc., *et al.*
Case No.: 19-12809 (JKS)
Caption: SECOND Order in Aid of NEMF Auction Sale Order [ECF 434]

    a. to provide that the definition of "Equipment" shall be expanded to include any assets identified in the Engagement Agreement that are owned by a Debtor other than NEMF; and

    b. to provide that the Debtors and T&M are authorized pursuant to sections 363 and 105(a) of the Bankruptcy Code to sell additional personal property assets owned by Debtors other than NEMF, including but not limited to Eastern Freight Ways, Inc., Jans Leasing Corp., and Carrier Industries, Inc. (the "Additional Equipment"), at the Auctions approved under the NEMF Auction Sale Order, notwithstanding that such assets are not identified in the Engagement Agreement. The Additional Equipment shall include, but not be limited to, the assets identified on **Exhibit A** hereto.

3. All terms of the NEMF Auction Sale Order applicable to the sale of property owned by NEMF shall apply to the sale of property, as authorized herein, owned by any other Debtor.

4. Nothing herein shall affect the finality of the NEMF Auction Sale Order. All parties' rights are preserved, and nothing in this Order or any action taken to consummate the auction sales shall be deemed to impair, compromise or bind the parties, including without limitation, (i) claims of cross collateralization, (ii) allocation of sales proceeds, (iii) valuation, (iv) deficiency claims against the Debtors, or (v) any other theory relating to the rights to sale proceeds or claims against the Debtors' bankruptcy estates.

5. The Debtors shall serve a copy of this Order by (A) electronic mail, on (i) the Office of the United States Trustee for the District of New Jersey, (ii) counsel to the Official Committee of Unsecured Creditors, (iii) all lenders asserting a lien on the Debtors' Equipment;

Case 19-12809-JKS    Doc 637    Filed 05/31/19    Entered 06/01/19 00:47:46    Desc
Imaged Certificate of Notice    Page 4 of 10

Page:    4
Debtors:  New England Motor Freight, Inc., *et al.*
Case No.: 19-12809 (JKS)
Caption:  SECOND Order in Aid of NEMF Auction Sale Order [ECF 434]

and (B) by ECF electronic notice to all parties that have requested to receive notice pursuant to Bankruptcy Rule 2002 within two (2) business days after the entry of this Final Order.

6. This Court shall retain exclusive jurisdiction over any and all disputes arising under or otherwise relating to the construction, performance, interpretation and enforcement of the terms and provisions of this Order.

# EXHIBIT A

## EFW Assets Scheduled for Auction – As of May 28, 2019

| Type of Equipment | Unit Number | Description | VIN # | Location | YEAR | MAKE | MODEL | Bank Encumbered | EST. LOAN BALANCE |
|---|---|---|---|---|---|---|---|---|---|
| Tractor | 43217 | EFW SLEEPER | 1FUJGHDV1HLHL2177 | TBD | 2017 | FRGHT | CASCADIA | Wells Fargo | $77,237 |
| Tractor | 9361 | TRACTOR EFW | 1M1AA13Y8SW048709 | TBD | 1995 | MACK | CH613 | None | N/A |
| Tractor | 9365 | TRACTOR EFW | 1M1AA13Y3SW049752 | TBD | 1995 | MACK | CH613 | None | N/A |
| Tractor | 9369 | TRACTOR EFW | 1M1AA13Y0SW049756 | TBD | 1995 | MACK | CH613 | None | N/A |
| Vans | L90050 | TRAILER | 1S12S8486TD400203 | BOSTON | 1996 | STRICK | VAN | None | N/A |
| Vans | L90054 | TRAILER | 1S12S8483TD400207 | TBD | 1996 | STRICK | VAN | None | N/A |
| Vans | L90058 | TRAILER | 1S12S8485TD400211 | TBD | 1996 | STRICK | VAN | None | N/A |
| Vans | L90059 | TRAILER | 1S12S8487TD400212 | TBD | 1996 | STRICK | VAN | None | N/A |
| Vans | L90060 | TRAILER | 1S12S8489TD400213 | BOSTON | 1996 | STRICK | VAN | None | N/A |
| Vans | L90062 | TRAILER | 1S12S8482TD400215 | TBD | 1996 | STRICK | VAN | None | N/A |
| Vans | L90063 | TRAILER | 1S12S8484TD400216 | TBD | 1996 | STRICK | VAN | None | N/A |
| Vans | L90071 | TRAILER | 1S12S8483TD400224 | TBD | 1996 | STRICK | VAN | None | N/A |
| Vans | L90075 | TRAILER | 1S12S8480TD400228 | TBD | 1996 | STRICK | VAN | None | N/A |
| Vans | L90081 | TRAILER | 1S12S8486TD400234 | BOSTON | 1996 | STRICK | VAN | None | N/A |
| Vans | L90082 | TRAILER | 1S12S8488TD400235 | TBD | 1996 | STRICK | VAN | None | N/A |
| Vans | L90089 | TRAILER | 1S12S8485TD400242 | TBD | 1996 | STRICK | VAN | None | N/A |
| Vans | L90090 | TRAILER | 1S12S8487TD400243 | TBD | 1996 | STRICK | VAN | None | N/A |
| Vans | L90097 | TRAILER | 1S12S8484TD400250 | TBD | 1996 | STRICK | VAN | None | N/A |
| Vans | L90099 | TRAILER | 1S12S8488TD400252 | TBD | 1996 | STRICK | VAN | None | N/A |
| Vans | 93000 | TRAILER | 1S12S9535TD400153 | TBD | 1996 | STRICK | VAN | None | N/A |
| Vans | 93001 | TRAILER | 1S12S9537TD400154 | TBD | 1996 | STRICK | VAN | None | N/A |
| Vans | 93006 | TRAILER | 1S12S9536TD400159 | TBD | 1996 | STRICK | VAN | None | N/A |
| Vans | 93007 | TRAILER | 1S12S9532TD400160 | TBD | 1996 | STRICK | VAN | None | N/A |

2731293.2 115719-100281

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Vans | 93008 | TRAILER | 1S12S9534TD400161 | TBD | 1996 | STRICK | VAN | None | N/A |
| Vans | 93009 | TRAILER | 1S12S9536TD400162 | TBD | 1996 | STRICK | VAN | None | N/A |
| Vans | 93010 | TRAILER | 1S12S9538TD400163 | TBD | 1996 | STRICK | VAN | None | N/A |
| Vans | 93015 | TRAILER | 1S12S9537TD400168 | BOSTON | 1996 | STRICK | VAN | None | N/A |
| Vans | 93018 | TRAILER | 1S12S9537TD400171 | TBD | 1996 | STRICK | VAN | None | N/A |
| Vans | 93022 | TRAILER | 1S12S9534TD400175 | TBD | 1996 | STRICK | VAN | None | N/A |
| Vans | 93024 | TRAILER | 1S12S9538TD400177 | TBD | 1996 | STRICK | VAN | None | N/A |
| Vans | 93025 | TRAILER | 1S12S953XTD400178 | TBD | 1996 | STRICK | VAN | None | N/A |
| Vans | 93026 | TRAILER | 1S12S9531TD400179 | TBD | 1996 | STRICK | VAN | None | N/A |
| Vans | 93027 | TRAILER | 1S12S9538TD400180 | TBD | 1996 | STRICK | VAN | None | N/A |
| Vans | 93030 | TRAILER | 1S12S9533TD400183 | TBD | 1996 | STRICK | VAN | None | N/A |
| Vans | 93033 | TRAILER | 1S12S9539TD400186 | TBD | 1996 | STRICK | VAN | None | N/A |
| Vans | 93034 | TRAILER | 1S12S9530TD400187 | TBD | 1996 | STRICK | VAN | None | N/A |
| Vans | 93036 | TRAILER | 1S12S9534TD400189 | TBD | 1996 | STRICK | VAN | None | N/A |
| Vans | 93040 | TRAILER | 1S12S9536TD400193 | TBD | 1996 | STRICK | VAN | None | N/A |
| Vans | 93042 | TRAILER | 1S12S953XTD400195 | BUFFALO | 1996 | STRICK | VAN | None | N/A |
| Vans | 93043 | TRAILER | 1S12S9531TD400196 | BOSTON | 1996 | STRICK | VAN | None | N/A |
| Vans | 93044 | TRAILER | 1S12S9533TD400197 | TBD | 1996 | STRICK | VAN | None | N/A |
| Vans | 93046 | TRAILER | 1S12S9537TD400199 | TBD | 1996 | STRICK | VAN | None | N/A |
| Miscellaneous | P50 | SNOW PLOW | U686ST4994 | TBD | 1980 | MACK | U686ST | None | N/A |
| Storage Trailers | STL90051 | STORAGE | 1S12S8488TD400204 | COLUMBUS | 1996 | STRICK | VAN | None | N/A |
| Storage Trailers | STL90087 | STORAGE | 1S12S8481TD400240 | COLUMBUS | 1996 | STRICK | VAN | None | N/A |
| Storage Trailers | ST9057 | STORAGE UNIT | 1S12S8483TD400210 | TBD | 1996 | STRICK | VAN | None | N/A |
| Storage Trailers | STL90092 | STORAGE TRAILER | 1S12S8480TD400245 | TBD | 1996 | STRICK | VAN | None | N/A |
| Storage Trailers | ST93012 | STORAGE | 1S12S9531TD400165 | TBD | 1996 | STRICK | VAN | None | N/A |

2731293.2 115719-100281

2

| Storage Trailers | ST93041 | STORAGE | 1S12S9538TD400194 | TBD | 1996 | STRICK | VAN | None | N/A |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Storage Trailers | STL90069 | STORAGE | 1S12S848XTD400222 | TBD | 1996 | STRICK | VAN | None | N/A |
| Storage Trailers | ST389 | STORAGE | 1S12S8482TD400229 | TBD | 1996 | STRICK | VAN | None | N/A |
| Storage Trailers | ST391 | STORAGE | 1S12S8480TD400231 | TBD | 1996 | STRICK | VAN | None | N/A |

2731293.2 115719-100281

3

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 19-12809-JKS
New England Motor Freight, Inc.                                         Chapter 11
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2         User: admin              Page 1 of 3          Date Rcvd: May 29, 2019
                             Form ID: pdf903          Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 31, 2019.
db           +New England Motor Freight, Inc.,    1-71 North Ave E,    Elizabeth, NJ 07201-2958
aty         #+Brent C. Strickland,    Whiteford, Taylor & Preston L.L.P,    7501 Wisconsin Avenue,Suite 700W,
               Bethesda, MD 20814-6521
aty          +Gibbons, P.C.,    One Gateway Center,    Newark, NJ 07102-5321
aty           Howard A. Cohen,    Gibbons P.C.,    300 Delaware Avenue, Suite 1015,    Wilmington, DE  19801-1671
aty           Jeffrey L. Nagel,    Gibbons P.C.,    One Pennsylvania Plaza, 37th Floor,
               New York, NY  10119-3701
aty          +Todd M. Brooks,    Whiteford, Taylor & Preston L.L.P.,   7 St. Paul Street, Suite 1500,
               Baltimore, MD 21202-1636
aty          +WASSERMAN, JURISTA & STOLZ, P.C.,    110 Allen Road,    Suite 304,
               Basking Ridge,, NJ 07920-4500
aty          +Whiteford Taylor & Preston,    Seven Saint paul St. Ste 1800,    Baltimore, MD 21202-1639

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 31, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 29, 2019 at the address(es) listed below:
          Alan J. Brody    on behalf of Creditor    JP Morgan Chase brodya@gtlaw.com, NJLitDock@gtlaw.com
          Andrew R. Turner    on behalf of Defendant    Protective Insurance Company courts@turnerlaw.net
          Andrew R. Turner    on behalf of Interested Party    Protective Insurance Company
               courts@turnerlaw.net
          Anthony Sodono, III    on behalf of Creditor Jalil  Walters asodono@msbnj.com
          Anthony Sodono, III    on behalf of Creditor    Mercedes Benz Financial Services USA LLC
               asodono@msbnj.com
          Anthony Sodono, III    on behalf of Creditor Rasheeda  Carter asodono@msbnj.com
          Anthony Sodono, III    on behalf of Defendant    Jalil Waters and Rashida Carter asodono@msbnj.com
          Beth J. Rotenberg    on behalf of Creditor    Berkley Insurance Company brotenberg@csglaw.com,
               ecf@csglaw.com
          Blake D. Roth    on behalf of Creditor    Bridgestone Americas Tire Operations, LLC
               blake.roth@wallerlaw.com,
               chris.cronk@wallerlaw.com;deborah.liles@wallerlaw.com;katie.stenberg@wallerlaw.com
          Brett Steven Theisen    on behalf of Plaintiff    New England Motor Freight, Inc.
               btheisen@gibbonslaw.com
          Brett Steven Theisen    on behalf of Debtor    New England Motor Freight, Inc.
               btheisen@gibbonslaw.com
          Brian Glass    on behalf of Interested Party    PA Department of Environmental Protection
               briaglass@pa.gov,  verkanova@pa.gov
          Brian W. Hofmeister    on behalf of Creditor Larry L. Banks bwh@hofmeisterfirm.com
          Catherine L. Corey    on behalf of Creditor    East River Energy, Inc, clcorey@nmmlaw.com
          Chad J. Toms    on behalf of Debtor    New England Motor Freight, Inc. ctoms@wtplaw.com
          Christopher Lynch    on behalf of Creditor    Fifth Third Bank clynch@reedsmith.com
          Christopher John Leavell    on behalf of Plaintiff Mary  Carlin cleavell@klehr.com,
               lclark@klehr.com

```
District/off: 0312-2                  User: admin                    Page 2 of 3                    Date Rcvd: May 29, 2019
                                      Form ID: pdf903                Total Noticed: 8


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Christopher John Leavell    on behalf of Plaintiff Dan  Webster cleavell@klehr.com,
               lclark@klehr.com
              Christopher John Leavell    on behalf of Interested Party    Class Plaintiffs at al
               cleavell@klehr.com,  lclark@klehr.com
              Daniel Stolz    on behalf of Debtor    New England Motor Freight, Inc. dstolz@wjslaw.com,
               dstolz@ecf.inforuptcy.com;msousa@wjslaw.com;btorres@ecf.inforuptcy.com
              David Edelberg    on behalf of Creditor    McIntosh Energy Company dedelberg@cullenanddykman.com,
               edelbergdr82964@notify.bestcase.com
              David A. Pisciotta    on behalf of Creditor    Santander Bank, N.A.
               david.pisciotta@troutmansanders.com,  john.murphy@troutman.com;alissa.piccione@troutman.com
              David V. Fontana    on behalf of Creditor    TD Bank, N.A. dfont@gebsmith.com,
               ltancredi@gebsmith.com;klusby@gebsmith.com
              Deirdre E. Burke    on behalf of Creditor    Capital One, N.A. dburke@mccarter.com
              Denise A Kuhn    on behalf of Creditor Dept. of Revenue    Commonwealth of Pennsylvania, department
               of revenue dkuhn@attorneygeneral.gov
              Donald W Clarke    on behalf of Debtor    New England Motor Freight, Inc. dclarke@wjslaw.com,
               dclarke@ecf.inforuptcy.com
              Douglas J. McGill    on behalf of Creditor    Pilot Thomas Logistics LLC dmcgill@webbermcgill.com,
               mlynch@webbermcgill.com
              Douglas T Tabachnik    on behalf of Defendant Rita  Alvarado dtabachnik@dttlaw.com,
               rdalba@dttlaw.com
              Eric Goldstein    on behalf of Creditor    United HealthCare Services, Inc. egoldstein@goodwin.com,
               bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com
              Evan S. Goldstein    on behalf of Creditor    Webster Capital Finance, Inc. egoldstein@uks.com
              Frank Peretore    on behalf of Creditor    Wells Fargo Equipment Finance, Inc. fperetore@csglaw.com
              Gail C. Lin    on behalf of Plaintiff Alice  Waters GL@outtengolden.com,
               jxh@outtengolden.com;jar@outtengolden.com;rsr@outtengolden.com;kdeleon@outtengolden.com;squinonez
               @outtengolden.com;tloughran@outtengolden.com
              Gail C. Lin    on behalf of Plaintiff Rich  Richardson GL@outtengolden.com,
               jxh@outtengolden.com;jar@outtengolden.com;rsr@outtengolden.com;kdeleon@outtengolden.com;squinonez
               @outtengolden.com;tloughran@outtengolden.com
              Gary D. Bressler    on behalf of Creditor    VFS US LLC gbressler@mdmc-law.com,
               kdeans@mdmc-law.com;sshidner@mdmc-law.com;dprimack@mdmc-law.com;bkleban@mdmc-law.com
              Gary D. Bressler    on behalf of Creditor    Volvo Financial gbressler@mdmc-law.com,
               kdeans@mdmc-law.com;sshidner@mdmc-law.com;dprimack@mdmc-law.com;bkleban@mdmc-law.com
              Gary D. Bressler    on behalf of Creditor    Mack Trucks, Inc. gbressler@mdmc-law.com,
               kdeans@mdmc-law.com;sshidner@mdmc-law.com;dprimack@mdmc-law.com;bkleban@mdmc-law.com
              Jacob Frumkin    on behalf of Interested Party    Great Dane LLC jfrumkin@coleschotz.com
              JoAnne M. Bonacci    on behalf of Creditor    RLI Insurance Company jbonacci@dbplawfirm.com
              John Phillip Schneider    on behalf of Creditor Committee    Official Committee Of Unsecured
               Creditors JPSchneider@mdmc-law.com
              John R. Morton, Jr.    on behalf of Creditor    CAB East LLC, serviced by Ford Motor Credit Company
               LLC ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com
              Joseph Lubertazzi, Jr.    on behalf of Creditor    Capital One, N.A. jlubertazzi@mccarter.com
              Joseph J. DiPasquale    on behalf of Creditor Committee    Official Committee Of Unsecured
               Creditors jdipasquale@lowenstein.com
              Joseph J. McMahon, Jr.    on behalf of Creditor    Pilot Travel Centers LLC jmcmahon@ciardilaw.com,
               jclarke@ciardilaw.com
              Joseph L. Schwartz    on behalf of Creditor    Lucky's Energy Service, Inc. jschwartz@riker.com,
               mtrentin@riker.com
              Justin W. Gray    on behalf of Creditor Daniel  Rinaldi gray@maynardoconnorlaw.com,
               Sweeney@moscllp.com
              Justin W. Gray    on behalf of Creditor Daniel  Murtha gray@maynardoconnorlaw.com,
               Sweeney@moscllp.com
              Justin W. Gray    on behalf of Creditor Janice A. Goodall gray@maynardoconnorlaw.com,
               Sweeney@moscllp.com
              Karen A. Giannelli    on behalf of Plaintiff    Carrier Industries, Inc. kgiannelli@gibbonslaw.com
              Karen A. Giannelli    on behalf of Plaintiff    Myar, LLC kgiannelli@gibbonslaw.com
              Karen A. Giannelli    on behalf of Plaintiff    Apex Logistics, Inc. kgiannelli@gibbonslaw.com
              Karen A. Giannelli    on behalf of Debtor    Myar, LLC kgiannelli@gibbonslaw.com
              Karen A. Giannelli    on behalf of Debtor    Carrier Industries, Inc. kgiannelli@gibbonslaw.com
              Karen A. Giannelli    on behalf of Plaintiff    NEMF Logistics, LLC kgiannelli@gibbonslaw.com
              Karen A. Giannelli    on behalf of Debtor    NEMF World Transport, Inc. kgiannelli@gibbonslaw.com
              Karen A. Giannelli    on behalf of Plaintiff    United Express Solar, LLC kgiannelli@gibbonslaw.com
              Karen A. Giannelli    on behalf of Debtor    Jans Leasing Corp. kgiannelli@gibbonslaw.com
              Karen A. Giannelli    on behalf of Plaintiff    Eastern Freight Ways, Inc. kgiannelli@gibbonslaw.com
              Karen A. Giannelli    on behalf of Plaintiff    Hollywood Avenue Solar, LLC
               kgiannelli@gibbonslaw.com
              Karen A. Giannelli    on behalf of Debtor    New England Motor Freight, Inc.
               kgiannelli@gibbonslaw.com
              Karen A. Giannelli    on behalf of Debtor    Hollywood Avenue Solar, LLC kgiannelli@gibbonslaw.com
              Karen A. Giannelli    on behalf of Debtor    Apex Logistics, Inc. kgiannelli@gibbonslaw.com
              Karen A. Giannelli    on behalf of Plaintiff    MyJon, LLC kgiannelli@gibbonslaw.com
              Karen A. Giannelli    on behalf of Debtor    MyJon, LLC kgiannelli@gibbonslaw.com
              Karen A. Giannelli    on behalf of Plaintiff    Jans Leasing Corp. kgiannelli@gibbonslaw.com
              Karen A. Giannelli    on behalf of Debtor    Eastern Freight Ways, Inc. kgiannelli@gibbonslaw.com
              Karen A. Giannelli    on behalf of Debtor    United Express Solar, LLC kgiannelli@gibbonslaw.com
```

```
District/off: 0312-2          User: admin              Page 3 of 3              Date Rcvd: May 29, 2019
                              Form ID: pdf903          Total Noticed: 8
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Karen A. Giannelli    on behalf of Plaintiff    New England Motor Freight, Inc.
           kgiannelli@gibbonslaw.com
          Karen A. Giannelli    on behalf of Debtor    NEMF Logistics, LLC kgiannelli@gibbonslaw.com
          Karen A. Giannelli    on behalf of Plaintiff    NEMF World Transport, Inc. kgiannelli@gibbonslaw.com
          Kate R. Buck    on behalf of Creditor    Potomac Edison Company, Toledo Edison Company and West
           Penn Power Company kbuck@mccarter.com
          Kate R. Buck    on behalf of Creditor    Connecticut Light & Power Company, NStar Western
           Massachusetts, Yankee Gas Services Company, Colonial Gas Company, KeySpan Energy Delivery Long
           Island, Narragansett Electric Company and Niagara Mohawk kbuck@mccarter.com
          Kenneth L. Baum    on behalf of Creditor    Clermont Holdings, LLC kbaum@kenbaumdebtsolutions.com,
           fpisano@coleschotz.com
          Keri P. Ebeck    on behalf of Creditor    Guttman Energy, Inc. kebeck@bernsteinlaw.com,
           jbluemle@bernsteinlaw.com
          Kevin Gordon McDonald    on behalf of Creditor    VW Credit Leasing, Ltd. kmcdonald@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Kevin M. Capuzzi    on behalf of Interested Party    Amazon.com Services, Inc., formerly Amazon
           Fulfillment Services, Inc. kcapuzzi@beneschlaw.com,   debankruptcy@beneschlaw.com
          Louis A. Curcio    on behalf of Creditor    Santander Bank, N.A. louis.curcio@troutmansanders.com,
           John.Murphy@troutmansanders.com;jonathan.forstot@troutmansanders.com;david.pisciotta@troutmansand
           ers.com
          Mark  Platt    on behalf of Creditor    Omnitracs, LLC mplatt@fbtlaw.com
          Mark B Conlan    on behalf of Defendant    New England Motor Freight, Inc., et al.
           mconlan@gibbonslaw.com
          Mark B Conlan    on behalf of Debtor    New England Motor Freight, Inc. mconlan@gibbonslaw.com
          Mark B Conlan    on behalf of Plaintiff    New England Motor Freight, Inc. mconlan@gibbonslaw.com
          Mary E. Seymour    on behalf of Creditor Committee    Official Committee Of Unsecured Creditors
           mseymour@lowenstein.com,   echafetz@lowenstein.com
          Melissa A. Pena    on behalf of Creditor    Webster Capital Finance, Inc. mapena@norris-law.com,
           pfreda@nmmlaw.com
          Michael D. Sirota    on behalf of Interested Party    Great Dane LLC msirota@coleschotz.com,
           fpisano@coleschotz.com
          Michael R. Caruso    on behalf of Creditor    Wells Fargo Equipment Finance, Inc.
           mcaruso@csglaw.com,   ecf@csglaw.com
          Morris S. Bauer    on behalf of Creditor    East River Energy, Inc, msbauer@nmmlaw.com,
           mmarks@nmmlaw.com,relikens@nmmlaw.com,clcorey@nmmlaw.com
          Norman N Kinel    on behalf of Interested Party    East West Bank norman.kinel@squirepb.com,
           sarah.conley@squirepb.com;elliot.smith@squirepb.com
          Peter M. Knob    on behalf of Creditor    Capital One, N.A. pknob@mccarter.com,
           lrestivo@mccarter.com
          Rebecca Ann Solarz    on behalf of Creditor    VW Credit Leasing, Ltd rsolarz@kmllawgroup.com
          Rene S. Roupinian    on behalf of Plaintiff Rich  Richardson rsr@outtengolden.com
          Rene S. Roupinian    on behalf of Plaintiff Alice  Waters rsr@outtengolden.com
          Richard  Albuquerque    on behalf of Creditor MICHAEL   SINGLEY richarda@djdlawyers.com
          Richard S. Kanowitz    on behalf of Unknown Role Type    Ad Hoc Group of Tort Claimants
           rkanowitz@cooley.com,   mklein@cooley.com;jindyke@cooley.com;efiling-notice@ecf.pacerpro.com
          Rick Aaron Steinberg    on behalf of Creditor    TOTE Maritime rsteinberg@pricemeese.com
          Robert A. Burke    on behalf of Defendant    Jenny Munson Andress, individually and as the
           Administratrix of the Estate of Herbert Andress rburke@macelree.com
          Robert E. Nies    on behalf of Creditor    Berkley Insurance Company rnies@csglaw.com
          Robert K. Scheinbaum    on behalf of Defendant    New Jersey Manufacturers Insurance Company a/s/o
           Phyllis A. Troy rscheinbaum@connellfoley.com
          Robert K. Scheinbaum    on behalf of Creditor    New Jersey Manufacturers
           rscheinbaum@connellfoley.com
          Rona J. Rosen    on behalf of Creditor    WARN Act Class Plaintiffs and Putative Class
           rrosen@klehr.com,   cbbutler@klehr.com
          Sari Blair Placona    on behalf of Defendant    Jalil Waters and Rashida Carter splacona@msbnj.com
          Sari Blair Placona    on behalf of Defendant Shauna  Jones splacona@msbnj.com
          Sari Blair Placona    on behalf of Creditor Rasheeda  Carter splacona@msbnj.com
          Sari Blair Placona    on behalf of Creditor    Interstate Towing Recovery Incorporated
           splacona@msbnj.com
          Sari Blair Placona    on behalf of Creditor    Mercedes Benz Financial Services USA LLC
           splacona@msbnj.com
          Sari Blair Placona    on behalf of Creditor Shauna  Jones splacona@msbnj.com
          Sari Blair Placona    on behalf of Creditor Daryl & Kim  Martin splacona@msbnj.com
          Sari Blair Placona    on behalf of Creditor Jalil  Walters splacona@msbnj.com
          Scott J. Freedman    on behalf of Creditor    Corcentric, LLC sfreedman@dilworthlaw.com
          Seoung Y. Lim    on behalf of Creditor    Pantos USA, Inc. joshualim@kcllawfirm.com,
           denisemoreno@kcllawfirm.com,seankwak@kcllawfirm.com,jpark@kcllawfirm.com
          Stephen  B. Ravin    on behalf of Creditor    Riggins, Inc. sravin@saul.com,   jgillman@saul.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          Virginia T. Shea    on behalf of Creditor    VFS US LLC vshea@mdmc-law.com,
           sshidner@mdmc-law.com;mtaranto@mdmc-law.com
          Virginia T. Shea    on behalf of Creditor    Volvo Financial vshea@mdmc-law.com,
           sshidner@mdmc-law.com;mtaranto@mdmc-law.com
          Warren Scott Gottlieb    on behalf of Defendant    Consolidated Edison Company of New York, Inc.
           wgottlieb@golawllp.com

                                                                                                       TOTAL: 113