# Cefalo Law

George G. Oschal, III, Esq.  
Karl J. Kwak, Esq.  
James J. Albert, Esq.  
Andrew K. Shumlas, Esq.

309 Wyoming Avenue  
West Pittston, PA 18643

Phone: (570) 655-5555    Fax: (570) 655-5100

\* Of Counsel

\* Michael J. Cefalo, Esq.  
\* Linda L. Bartlett, Esq.

*[Stamp: U.S. BANKRUPTCY COURT, NEWARK, NJ, 2019 JUN -5 P 3:01, JEANNE A. NAUGHTON, BY: [signature], DEPUTY CLERK]*

Honorable Judge John K Sherwood  
Courtroom 3D  
Martin Luther King Jr. Federal Building  
50 Walnut Street  
Newark NJ  07102

June 3, 2019

RE: Case 19-12809-JKS  
    Our Client: John Vino

Dear Judge Sherwood,

We are in receipt of your correspondence with regards to United States Bankruptcy Court with regard to New England Motor Freight, Inc. Please be advised that we have settled this case within the insurance policy limits. This case is closed, in our office. Thank you for your understanding in the above matter.

Sincerely,

LAW OFFICES OF CEFALO & ASSOCIATES

BY: _____  
    James J. Albert, Esquire

JJA/jy