UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:
NEW ENGLAND MOTOR FREIGHT, INC., et al.,

Case No.: 19-12809 (JKS)
Chapter: 11
Judge: John K. Sherwood

## NOTICE OF PROPOSED PRIVATE SALE

New England Motor Freight, Inc., __Debtors__, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

| Address of the Clerk: | CLERK of the COURT<br>United States Bankruptcy Court for the District of New Jersey<br>Martin Luther King, Jr. Federal Building<br>50 Walnut Street<br>Newark, NJ 07102 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable __John K. Sherwood__ on __July 9, 2019__ at __10:00__ a.m. at the United States Bankruptcy Court, courtroom no. __3D__, __Martin Luther King, Jr. Fed Bldg__. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

Description of property to be sold:
10,000 gallons of surplus fuel from Elkton, MD location

Proposed Purchaser:
Riggins, Inc., 3938 S. Main Road, Vineland, NJ 08360

Sale price:
$14,200 ($1.42 per gallon)[1]

☐ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

Name of Professional:

Amount to be paid:

Services rendered:

---

[1] Price per gallon is based on market price and is, therefore, approximate. The price per gallon may vary by a few cents.

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

| | |
|---|---|
| Name: | ATTN: Mark B. Conlan, Esq., GIBBONS P.C. |
| Address: | One Gateway Center, Newark, New Jersey 07102 |
| Telephone No.: | Phone: (973) 596-4500 E-mail: mconlan@gibbonslaw.com |

*rev.8/1/15*