**GIBBONS P.C.**
Karen A. Giannelli, Esq.
Mark B. Conlan, Esq.
Brett S. Theisen, Esq.
One Gateway Center
Newark, New Jersey 07102
Telephone: (973) 596-4500
Facsimile: (973) 596-0545
E-mail: kgiannelli@gibbonslaw.com
          mconlan@gibbonslaw.com
          btheisen@gibbonslaw.com

*Counsel to the Debtors*
*and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br>Case No. 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: June 11, 2019, 2:00pm ET** |

## NOTICE OF CHANGE OF HEARING TIME

**PLEASE TAKE NOTICE** that the Cash Collateral Hearing in the above-captioned chapter 11 cases set for June 11, 2019 at 10:00 a.m. has been rescheduled to June 11 at 2:00 p.m.

June 7, 2019                              **GIBBONS P.C.**
Newark, New Jersey

                                    By: /s/ *Karen A. Giannelli*
                                         Karen A. Giannelli, Esq.
                                         One Gateway Center
                                         Newark, New Jersey 07102
                                         Telephone: (973) 596-4500
                                         Facsimile: (973) 596-0545
                                         E-mail: kgiannelli@gibbonslaw.com
                                         *Counsel to the Debtors and Debtors in Possession*

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC (4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMF Logistics, LLC (4666).

2733746.1 115719-100281