UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

IN RE:

NEW ENGLAND MOTOR
FREIGHT, INC, et al.

    Debtor(s)

KATHLEEN EVANS

    Creditor

CHAPTER 11

Bankruptcy Case No. 19-12809 (JKS)

## REQUEST FOR NOTICES

PLEASE TAKE NOTICE that the undersigned requests, on behalf of the creditor and party-in-interest in the above- captioned bankruptcy case, and pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, that all notices given or required to be served in this case, whether written or oral, be given to or served upon the undersigned at the address and/or email address below-stated.

PLEASE TAKE FURTHER NOTICE that a request is also made for service of copies of all papers, reports, pleadings, motions and applications (including notices thereof), petitions, plans of reorganization and answer or reply papers, and any amendments thereto, filed in the above-captioned case by mail or otherwise upon the undersigned at the address and/or email address set forth below.

Respectfully Submitted,

_Anthony G. Ross_
ANTHONY G. ROSS, Esquire
Attorney for Creditor
126 South Main Street
Pittston, Pennsylvania 18640
Phone: 570-654-6499
Fax: 570-654-6509
E-mail: tross@tonyrosslaw.com