Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−12809−JKS
Chapter: 11
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  New England Motor Freight, Inc.
  1−71 North Ave E
  Elizabeth, NJ 07201

Social Security No.:

Employer's Tax I.D. No.:
  22−1977697

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 9/3/19 at 02:00 PM

to consider and act upon the following:

*20* − Motion to Use Cash Collateral Filed by Karen A. Giannelli on behalf of New England Motor Freight, Inc.. Hearing scheduled for 2/13/2019 at 10:00 AM at JKS − Courtroom 3D, Newark. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Declaration of Vincent Colistra # 4 Proposed Order) (Giannelli, Karen)

*665* − Third Interim Order (a) Authorizing Use of JPMorgan Chase,N.A. and TD Bank, N.A. Cash Collateral, (b) Granting Adequate Protection, (c)Scheduling A Fourth Interim Hearing, and (d) Granting Related Relief (related document:20 Motion to Use Cash Collateral Filed by Karen A. Giannelli on behalf of New England Motor Freight, Inc.). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 6/11/2019. (mg)

Dated: 6/12/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court