Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−12809−JKS
Chapter: 11
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   New England Motor Freight, Inc.
   1−71 North Ave E
   Elizabeth, NJ 07201

Social Security No.:

Employer's Tax I.D. No.:
   22−1977697

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

   Please be advised that on June 10, 2019, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 662 − 630
Order Granting Application To Allow Attorney Maura P. McIntyre to Appear Pro Hac Vice (Related Doc # 630). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. This order has been mailed to the Treasurer of the New Jersey Lawyer's Fund for Client Protection via US mail. Signed on 6/10/2019. (mg)

   Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: June 10, 2019
JAN: mg

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 19-12809-JKS
New England Motor Freight, Inc.                                       Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2         User: admin              Page 1 of 3        Date Rcvd: Jun 10, 2019
                             Form ID: orderntc        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 12, 2019.
aty           Maura P. McIntyre,    Squire Patton Boggs (US) LLP,    49 Key Tower, 127 Public Square,
               Cleveland, OH  44114

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 12, 2019                              Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 10, 2019 at the address(es) listed below:
              Alan J. Brody    on behalf of Creditor    JP Morgan Chase brodya@gtlaw.com, NJLitDock@gtlaw.com
              Andrew R. Turner    on behalf of Interested Party    Protective Insurance Company
               courts@turnerlaw.net
              Andrew R. Turner    on behalf of Defendant    Protective Insurance Company courts@turnerlaw.net
              Anthony Sodono, III    on behalf of Creditor Jalil  Walters asodono@msbnj.com
              Anthony Sodono, III    on behalf of Creditor    Mercedes Benz Financial Services USA LLC
               asodono@msbnj.com
              Anthony Sodono, III    on behalf of Creditor Rasheeda  Carter asodono@msbnj.com
              Anthony Sodono, III    on behalf of Creditor Shauna  Jones asodono@msbnj.com
              Anthony Sodono, III    on behalf of Defendant    Jalil Waters and Rashida Carter asodono@msbnj.com
              Beth J. Rotenberg    on behalf of Creditor    Berkley Insurance Company brotenberg@csglaw.com,
               ecf@csglaw.com
              Blake D. Roth    on behalf of Creditor    Bridgestone Americas Tire Operations, LLC
               blake.roth@wallerlaw.com,
               chris.cronk@wallerlaw.com;deborah.liles@wallerlaw.com;katie.stenberg@wallerlaw.com
              Brett Steven Theisen    on behalf of Plaintiff    New England Motor Freight, Inc.
               btheisen@gibbonslaw.com
              Brett Steven Theisen    on behalf of Debtor    New England Motor Freight, Inc.
               btheisen@gibbonslaw.com
              Brian Glass    on behalf of Interested Party    PA Department of Environmental Protection
               briaglass@pa.gov, verkanova@pa.gov
              Brian W. Hofmeister    on behalf of Creditor Larry L. Banks bwh@hofmeisterfirm.com
              Catherine L. Corey    on behalf of Creditor    East River Energy, Inc, clcorey@nmmlaw.com
              Chad J. Toms    on behalf of Debtor    New England Motor Freight, Inc. ctoms@wtplaw.com
              Christopher Lynch    on behalf of Creditor    Fifth Third Bank clynch@reedsmith.com
              Christopher John Leavell    on behalf of Plaintiff Mary  Carlin cleavell@klehr.com,
               lclark@klehr.com
              Christopher John Leavell    on behalf of Plaintiff Dan  Webster cleavell@klehr.com,
               lclark@klehr.com
              Christopher John Leavell    on behalf of Interested Party    Class Plaintiffs at al
               cleavell@klehr.com, lclark@klehr.com
              Daniel Stolz    on behalf of Debtor    New England Motor Freight, Inc. dstolz@wjslaw.com,
               dstolz@ecf.inforuptcy.com;msousa@wjslaw.com;btorres@ecf.inforuptcy.com
              David Edelberg    on behalf of Creditor    McIntosh Energy Company dedelberg@cullenanddykman.com,
               edelbergdr82964@notify.bestcase.com
              David A. Pisciotta    on behalf of Creditor    Santander Bank, N.A.
               david.pisciotta@troutmansanders.com, john.murphy@troutman.com;alissa.piccione@troutman.com
              David V. Fontana    on behalf of Creditor    TD Bank, N.A. dfont@gebsmith.com,
               ltancredi@gebsmith.com;klusby@gebsmith.com
              Deirdre E. Burke    on behalf of Creditor    Capital One, N.A. dburke@mccarter.com
              Denise A Kuhn    on behalf of Creditor Dept. of Revenue    Commonwealth of Pennsylvania, department
               of revenue dkuhn@attorneygeneral.gov
              Donald W Clarke    on behalf of Debtor    New England Motor Freight, Inc. dclarke@wjslaw.com,
               dclarke@ecf.inforuptcy.com

```
District/off: 0312-2           User: admin              Page 2 of 3                 Date Rcvd: Jun 10, 2019
                               Form ID: orderntc        Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      Douglas J. McGill    on behalf of Creditor    Pilot Thomas Logistics LLC dmcgill@webbermcgill.com, mlynch@webbermcgill.com
      Douglas T Tabachnik    on behalf of Defendant Rita  Alvarado dtabachnik@dttlaw.com, rdalba@dttlaw.com
      Eric  Goldstein    on behalf of Creditor    United HealthCare Services, Inc. egoldstein@goodwin.com, bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com
      Evan S. Goldstein    on behalf of Creditor    Webster Capital Finance, Inc. egoldstein@uks.com
      Frank  Peretore    on behalf of Creditor    Wells Fargo Equipment Finance, Inc. fperetore@csglaw.com
      Gail C. Lin    on behalf of Plaintiff Alice  Waters GL@outtengolden.com, jxh@outtengolden.com;jar@outtengolden.com;rsr@outtengolden.com;kdeleon@outtengolden.com;squinonez@outtengolden.com;tloughran@outtengolden.com
      Gail C. Lin    on behalf of Plaintiff Rich  Richardson GL@outtengolden.com, jxh@outtengolden.com;jar@outtengolden.com;rsr@outtengolden.com;kdeleon@outtengolden.com;squinonez@outtengolden.com;tloughran@outtengolden.com
      Gary D. Bressler    on behalf of Creditor    VFS US LLC gbressler@mdmc-law.com, kdeans@mdmc-law.com;sshidner@mdmc-law.com;dprimack@mdmc-law.com;bkleban@mdmc-law.com
      Gary D. Bressler    on behalf of Creditor    Volvo Financial gbressler@mdmc-law.com, kdeans@mdmc-law.com;sshidner@mdmc-law.com;dprimack@mdmc-law.com;bkleban@mdmc-law.com
      Gary D. Bressler    on behalf of Creditor    Mack Trucks, Inc. gbressler@mdmc-law.com, kdeans@mdmc-law.com;sshidner@mdmc-law.com;dprimack@mdmc-law.com;bkleban@mdmc-law.com
      Jacob  Frumkin    on behalf of Interested Party    Great Dane LLC jfrumkin@coleschotz.com
      JoAnne M. Bonacci    on behalf of Creditor    RLI Insurance Company jbonacci@dbplawfirm.com
      John Phillip Schneider    on behalf of Creditor Committee    Official Committee Of Unsecured Creditors JPSchneider@mdmc-law.com
      John R. Morton, Jr.    on behalf of Creditor    CAB East LLC, serviced by Ford Motor Credit Company LLC ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com
      Joseph  Lubertazzi, Jr.    on behalf of Creditor    Capital One, N.A. jlubertazzi@mccarter.com
      Joseph J. DiPasquale    on behalf of Creditor Committee    Official Committee Of Unsecured Creditors jdipasquale@lowenstein.com
      Joseph J. McMahon, Jr.    on behalf of Creditor    Pilot Travel Centers LLC jmcmahon@ciardilaw.com, jclarke@ciardilaw.com
      Joseph L. Schwartz    on behalf of Creditor    Lucky's Energy Service, Inc. jschwartz@riker.com, mtrentin@riker.com
      Justin W. Gray    on behalf of Creditor Daniel  Rinaldi gray@maynardoconnorlaw.com, Sweeney@moscllp.com
      Justin W. Gray    on behalf of Creditor Daniel  Murtha gray@maynardoconnorlaw.com, Sweeney@moscllp.com
      Justin W. Gray    on behalf of Creditor Janice A. Goodall gray@maynardoconnorlaw.com, Sweeney@moscllp.com
      Karen A. Giannelli    on behalf of Plaintiff    Apex Logistics, Inc. kgiannelli@gibbonslaw.com
      Karen A. Giannelli    on behalf of Debtor    Myar, LLC kgiannelli@gibbonslaw.com
      Karen A. Giannelli    on behalf of Debtor    Carrier Industries, Inc. kgiannelli@gibbonslaw.com
      Karen A. Giannelli    on behalf of Plaintiff    NEMF Logistics, LLC kgiannelli@gibbonslaw.com
      Karen A. Giannelli    on behalf of Debtor    NEMF World Transport, Inc. kgiannelli@gibbonslaw.com
      Karen A. Giannelli    on behalf of Plaintiff    United Express Solar, LLC kgiannelli@gibbonslaw.com
      Karen A. Giannelli    on behalf of Debtor    Jans Leasing Corp. kgiannelli@gibbonslaw.com
      Karen A. Giannelli    on behalf of Plaintiff    Eastern Freight Ways, Inc. kgiannelli@gibbonslaw.com
      Karen A. Giannelli    on behalf of Plaintiff    Hollywood Avenue Solar, LLC kgiannelli@gibbonslaw.com
      Karen A. Giannelli    on behalf of Debtor    New England Motor Freight, Inc. kgiannelli@gibbonslaw.com
      Karen A. Giannelli    on behalf of Debtor    Hollywood Avenue Solar, LLC kgiannelli@gibbonslaw.com
      Karen A. Giannelli    on behalf of Plaintiff    Myar, LLC kgiannelli@gibbonslaw.com
      Karen A. Giannelli    on behalf of Debtor    Apex Logistics, Inc. kgiannelli@gibbonslaw.com
      Karen A. Giannelli    on behalf of Plaintiff    MyJon, LLC kgiannelli@gibbonslaw.com
      Karen A. Giannelli    on behalf of Debtor    MyJon, LLC kgiannelli@gibbonslaw.com
      Karen A. Giannelli    on behalf of Plaintiff    Jans Leasing Corp. kgiannelli@gibbonslaw.com
      Karen A. Giannelli    on behalf of Debtor    Eastern Freight Ways, Inc. kgiannelli@gibbonslaw.com
      Karen A. Giannelli    on behalf of Debtor    United Express Solar, LLC kgiannelli@gibbonslaw.com
      Karen A. Giannelli    on behalf of Plaintiff    New England Motor Freight, Inc. kgiannelli@gibbonslaw.com
      Karen A. Giannelli    on behalf of Debtor    NEMF Logistics, LLC kgiannelli@gibbonslaw.com
      Karen A. Giannelli    on behalf of Plaintiff    NEMF World Transport, Inc. kgiannelli@gibbonslaw.com
      Karen A. Giannelli    on behalf of Plaintiff    Carrier Industries, Inc. kgiannelli@gibbonslaw.com
      Kate R. Buck    on behalf of Creditor    Potomac Edison Company, Toledo Edison Company and West Penn Power Company kbuck@mccarter.com
      Kate R. Buck    on behalf of Creditor    Connecticut Light & Power Company, NStar Western Massachusetts, Yankee Gas Services Company, Colonial Gas Company, KeySpan Energy Delivery Long Island, Narragansett Electric Company and Niagara Mohawk kbuck@mccarter.com
      Kenneth L. Baum    on behalf of Creditor    Clermont Holdings, LLC kbaum@kenbaumdebtsolutions.com, fpisano@coleschotz.com
      Keri P. Ebeck    on behalf of Creditor    Guttman Energy, Inc. kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com
      Kevin Gordon McDonald    on behalf of Creditor    VW Credit Leasing, Ltd. kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
      Kevin M. Capuzzi    on behalf of Interested Party    Amazon.com Services, Inc., formerly Amazon Fulfillment Services, Inc. kcapuzzi@beneschlaw.com,  debankruptcy@beneschlaw.com

```
District/off: 0312-2                User: admin              Page 3 of 3                  Date Rcvd: Jun 10, 2019
                                    Form ID: orderntc        Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      Louis A. Curcio    on behalf of Creditor    Santander Bank, N.A. louis.curcio@troutmansanders.com, John.Murphy@troutmansanders.com;jonathan.forstot@troutmansanders.com;david.pisciotta@troutmansanders.com
      Mark  Platt    on behalf of Creditor    Omnitracs, LLC mplatt@fbtlaw.com
      Mark B Conlan    on behalf of Defendant    New England Motor Freight, Inc., et al. mconlan@gibbonslaw.com
      Mark B Conlan    on behalf of Debtor    New England Motor Freight, Inc. mconlan@gibbonslaw.com
      Mark B Conlan    on behalf of Plaintiff    New England Motor Freight, Inc. mconlan@gibbonslaw.com
      Mary E. Seymour    on behalf of Creditor Committee    Official Committee Of Unsecured Creditors mseymour@lowenstein.com, echafetz@lowenstein.com
      Melissa A. Pena    on behalf of Creditor    Webster Capital Finance, Inc. mapena@norris-law.com, pfreda@nmmlaw.com
      Michael D. Sirota    on behalf of Interested Party    Great Dane LLC msirota@coleschotz.com, fpisano@coleschotz.com
      Michael R. Caruso    on behalf of Creditor    Wells Fargo Equipment Finance, Inc. mcaruso@csglaw.com, ecf@csglaw.com
      Morris S. Bauer    on behalf of Creditor    East River Energy, Inc, msbauer@nmmlaw.com, mmarks@nmmlaw.com,relikens@nmmlaw.com,clcorey@nmmlaw.com
      Norman N Kinel    on behalf of Interested Party    East West Bank norman.kinel@squirepb.com, sarah.conley@squirepb.com;elliot.smith@squirepb.com
      Peter M. Knob    on behalf of Creditor    Capital One, N.A. pknob@mccarter.com, lrestivo@mccarter.com
      Rebecca Ann Solarz    on behalf of Creditor    VW Credit Leasing, Ltd rsolarz@kmllawgroup.com
      Rene S. Roupinian    on behalf of Plaintiff Rich  Richardson rsr@outtengolden.com
      Rene S. Roupinian    on behalf of Plaintiff Alice  Waters rsr@outtengolden.com
      Richard  Albuquerque    on behalf of Creditor MICHAEL   SINGLEY richarda@djdlawyers.com
      Richard S. Kanowitz    on behalf of Unknown Role Type    Ad Hoc Group of Tort Claimants rkanowitz@cooley.com,  mklein@cooley.com;jindyke@cooley.com;efiling-notice@ecf.pacerpro.com
      Rick Aaron Steinberg    on behalf of Creditor    TOTE Maritime rsteinberg@pricemeese.com
      Robert A. Burke    on behalf of Defendant    Jenny Munson Andress, individually and as the Administratrix of the Estate of Herbert Andress rburke@macelree.com
      Robert E. Nies    on behalf of Creditor    Berkley Insurance Company rnies@csglaw.com
      Robert K. Scheinbaum    on behalf of Defendant    New Jersey Manufacturers Insurance Company a/s/o Phyllis A. Troy rscheinbaum@connellfoley.com
      Robert K. Scheinbaum    on behalf of Creditor    New Jersey Manufacturers rscheinbaum@connellfoley.com
      Rona J. Rosen    on behalf of Creditor    WARN Act Class Plaintiffs and Putative Class rrosen@klehr.com,  cbbutler@klehr.com
      Sari Blair Placona    on behalf of Defendant    Jalil Waters and Rashida Carter splacona@msbnj.com
      Sari Blair Placona    on behalf of Creditor Rasheeda  Carter splacona@msbnj.com
      Sari Blair Placona    on behalf of Creditor    Interstate Towing Recovery Incorporated splacona@msbnj.com
      Sari Blair Placona    on behalf of Creditor    Mercedes Benz Financial Services USA LLC splacona@msbnj.com
      Sari Blair Placona    on behalf of Creditor Shauna  Jones splacona@msbnj.com
      Sari Blair Placona    on behalf of Defendant Shauna  Jones splacona@msbnj.com
      Sari Blair Placona    on behalf of Creditor Daryl & Kim  Martin splacona@msbnj.com
      Sari Blair Placona    on behalf of Creditor Jalil  Walters splacona@msbnj.com
      Scott J. Freedman    on behalf of Creditor    Corcentric, LLC sfreedman@dilworthlaw.com
      Seoung Y. Lim    on behalf of Creditor    Pantos USA, Inc. joshualim@kcllawfirm.com, denisemoreno@kcllawfirm.com,seankwak@kcllawfirm.com,jpark@kcllawfirm.com
      Stephen  B. Ravin    on behalf of Creditor    Riggins, Inc. sravin@saul.com,  jgillman@saul.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
      Virginia T. Shea    on behalf of Creditor    VFS US LLC vshea@mdmc-law.com, sshidner@mdmc-law.com;mtaranto@mdmc-law.com
      Virginia T. Shea    on behalf of Creditor    Volvo Financial vshea@mdmc-law.com, sshidner@mdmc-law.com;mtaranto@mdmc-law.com
      Warren Scott Gottlieb    on behalf of Defendant    Consolidated Edison Company of New York, Inc. wgottlieb@golawllp.com

TOTAL: 114