UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

SQUIRE PATTON BOGGS (US) LLP
Maura P. McIntyre, Esq.
49 Key Tower, 127 Public Square
Cleveland, OH 44114
Telephone: (216) 479-8715
Facsimile: (216) 479-8780
maura.mcintyre@squirepb.com

In Re:

New England Motor Freight, Inc., et al.

**Order Filed on June 10, 2019 by
Clerk U.S. Bankruptcy Court
District of New Jersey**

Case No.: 19-12809 (JKS)

Adv. No.: _____

Chapter: 11

Judge: John K. Sherwood

**ORDER FOR ADMISSION PRO HAC VICE**

The relief set forth on the following page is **ORDERED**.

**DATED: June 10, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

1

This matter having been brought before the Court on application for an Order For Admission Pro Hac Vice; and the Court having reviewed the moving papers of the applicant, out-of-state attorney, and considered this matter pursuant to Fed.R.Civ.Proc.78, D.N.J. L.Civ.R.101.1 and D.N.J. LBR 9010-1, and good cause having been shown; it is

ORDERED that _____Maura P. McIntyre_____ be permitted to appear pro hac vice; provided that pursuant to D.N.J. L.Civ. R. 101.1(c)(4), an appearance as counsel of record shall be filed promptly by a member of the bar of this Court upon whom all notices, orders and pleadings may be served, and who shall promptly notify the out-of-state attorney of their receipt.  Only an attorney at law of this Court may file papers, enter appearances for parties, sign stipulations, or sign and receive payments on judgments, decrees or orders, and it is further

ORDERED that the applicant shall arrange with the New Jersey Lawyers' Fund for Client Protection for payment of the annual fee, for this year and for any year in which the out-of-state attorney continues to represent a client in a matter pending in this Court in accordance with New Jersey Court Rule 1:28-2 and D.N.J. L. Civ. R. 101.1, said fee to be deposited within twenty (20) days of the date of the entry of this Order, and it is further

ORDERED that the $150.00 fee required by D.N.J. L. Civ. R. 101(c)(3) for pro hac vice admission to the District Court for the District of New Jersey shall also be payable within twenty (20) days of entry of this Order. Payment in the form of a check must be payable to "Clerk, USDC" and forwarded to the Clerk of the United States District Court for the District of New Jersey at the following address:

United States District Court
District of New Jersey
Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, N.J. 07102
*Attention: Pro Hac Vice Admissions*

and it is further  ORDERED that the applicant shall be bound by the Local Rules of the United States District Court for the District of New Jersey and the Local Rules of Bankruptcy Procedure for the District of New Jersey; and it is further

ORDERED that the Clerk shall forward a copy of this Order to the Treasurer of New Jersey Lawyers' Fund for Client Protection within 5 days of its date of entry.

*rev. 8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                                          Case No. 19-12809-JKS
New England Motor Freight, Inc.                                                                 Chapter 11
            Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin            Page 1 of 3             Date Rcvd: Jun 10, 2019
                              Form ID: pdf903        Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 12, 2019.
db          +New England Motor Freight, Inc.,   1-71 North Ave E,   Elizabeth, NJ 07201-2958
aty        #+Brent C. Strickland,   Whiteford, Taylor & Preston L.L.P,   7501 Wisconsin Avenue,Suite 700W,
             Bethesda, MD 20814-6521
aty         +Gibbons, P.C.,   One Gateway Center,   Newark, NJ 07102-5321
aty          Howard A. Cohen,   Gibbons P.C.,   300 Delaware Avenue, Suite 1015,   Wilmington, DE 19801-1671
aty          Jeffrey L. Nagel,   Gibbons P.C.,   One Pennsylvania Plaza, 37th Floor,
             New York, NY 10119-3701
aty         +Todd M. Brooks,   Whiteford, Taylor & Preston L.L.P.,   7 St. Paul Street, Suite 1500,
             Baltimore, MD 21202-1636
aty         +WASSERMAN, JURISTA & STOLZ, P.C.,   110 Allen Road,   Suite 304,
             Basking Ridge,, NJ 07920-4500
aty         +Whiteford Taylor & Preston,   Seven Saint paul St. Ste 1800,   Baltimore, MD 21202-1639

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 12, 2019                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 10, 2019 at the address(es) listed below:
              Alan J. Brody    on behalf of Creditor    JP Morgan Chase brodya@gtlaw.com, NJLitDock@gtlaw.com
              Andrew R. Turner    on behalf of Defendant    Protective Insurance Company courts@turnerlaw.net
              Andrew R. Turner    on behalf of Interested Party    Protective Insurance Company
               courts@turnerlaw.net
              Anthony Sodono, III    on behalf of Creditor Jalil  Walters asodono@msbnj.com
              Anthony Sodono, III    on behalf of Creditor    Mercedes Benz Financial Services USA LLC
               asodono@msbnj.com
              Anthony Sodono, III    on behalf of Creditor Rasheeda  Carter asodono@msbnj.com
              Anthony Sodono, III    on behalf of Creditor Shauna  Jones asodono@msbnj.com
              Anthony Sodono, III    on behalf of Defendant    Jalil Waters and Rashida Carter asodono@msbnj.com
              Beth J. Rotenberg    on behalf of Creditor    Berkley Insurance Company brotenberg@csglaw.com,
               ecf@csglaw.com
              Blake D. Roth    on behalf of Creditor    Bridgestone Americas Tire Operations, LLC
               blake.roth@wallerlaw.com,
               chris.cronk@wallerlaw.com;deborah.liles@wallerlaw.com;katie.stenberg@wallerlaw.com
              Brett Steven Theisen    on behalf of Plaintiff    New England Motor Freight, Inc.
               btheisen@gibbonslaw.com
              Brett Steven Theisen    on behalf of Debtor    New England Motor Freight, Inc.
               btheisen@gibbonslaw.com
              Brian Glass    on behalf of Interested Party    PA Department of Environmental Protection
               briaglass@pa.gov, verkanova@pa.gov
              Brian W. Hofmeister    on behalf of Creditor Larry L. Banks bwh@hofmeisterfirm.com
              Catherine L. Corey    on behalf of Creditor    East River Energy, Inc, clcorey@nmmlaw.com
              Chad J. Toms    on behalf of Debtor    New England Motor Freight, Inc. ctoms@wtplaw.com
              Christopher Lynch    on behalf of Creditor    Fifth Third Bank clynch@reedsmith.com
              Christopher John Leavell    on behalf of Interested Party    Class Plaintiffs at al
               cleavell@klehr.com, lclark@klehr.com

```
District/off: 0312-2               User: admin             Page 2 of 3           Date Rcvd: Jun 10, 2019
                                   Form ID: pdf903        Total Noticed: 8
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Christopher John Leavell   on behalf of Plaintiff Mary  Carlin cleavell@klehr.com, lclark@klehr.com

        Christopher John Leavell   on behalf of Plaintiff Dan  Webster cleavell@klehr.com, lclark@klehr.com

        Daniel  Stolz   on behalf of Debtor   New England Motor Freight, Inc. dstolz@wjslaw.com, dstolz@ecf.inforuptcy.com;msousa@wjslaw.com;btorres@ecf.inforuptcy.com

        David  Edelberg   on behalf of Creditor   McIntosh Energy Company dedelberg@cullenanddykman.com, edelbergdr82964@notify.bestcase.com

        David A. Pisciotta   on behalf of Creditor   Santander Bank, N.A. david.pisciotta@troutmansanders.com,  john.murphy@troutman.com;alissa.piccione@troutman.com

        David V. Fontana   on behalf of Creditor   TD Bank, N.A. dfont@gebsmith.com, ltancredi@gebsmith.com;klusby@gebsmith.com

        Deirdre E. Burke   on behalf of Creditor   Capital One, N.A. dburke@mccarter.com

        Denise A Kuhn   on behalf of Creditor Dept. of Revenue  Commonwealth of Pennsylvania, department of revenue dkuhn@attorneygeneral.gov

        Donald W Clarke   on behalf of Debtor   New England Motor Freight, Inc. dclarke@wjslaw.com, dclarke@ecf.inforuptcy.com

        Douglas J. McGill   on behalf of Creditor   Pilot Thomas Logistics LLC dmcgill@webbermcgill.com, mlynch@webbermcgill.com

        Douglas T Tabachnik   on behalf of Defendant Rita  Alvarado dtabachnik@dttlaw.com, rdalba@dttlaw.com

        Eric  Goldstein   on behalf of Creditor   United HealthCare Services, Inc. egoldstein@goodwin.com, bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com

        Evan S. Goldstein   on behalf of Creditor   Webster Capital Finance, Inc. egoldstein@uks.com

        Frank  Peretore   on behalf of Creditor   Wells Fargo Equipment Finance, Inc. fperetore@csglaw.com

        Gail C. Lin   on behalf of Plaintiff Alice  Waters GL@outtengolden.com, jxh@outtengolden.com;jar@outtengolden.com;rsr@outtengolden.com;kdeleon@outtengolden.com;squinonez@outtengolden.com;tloughran@outtengolden.com

        Gail C. Lin   on behalf of Plaintiff Rich  Richardson GL@outtengolden.com, jxh@outtengolden.com;jar@outtengolden.com;rsr@outtengolden.com;kdeleon@outtengolden.com;squinonez@outtengolden.com;tloughran@outtengolden.com

        Gary D. Bressler   on behalf of Creditor   VFS US LLC gbressler@mdmc-law.com, kdeans@mdmc-law.com;sshidner@mdmc-law.com;dprimack@mdmc-law.com;bkleban@mdmc-law.com

        Gary D. Bressler   on behalf of Creditor   Volvo Financial gbressler@mdmc-law.com, kdeans@mdmc-law.com;sshidner@mdmc-law.com;dprimack@mdmc-law.com;bkleban@mdmc-law.com

        Gary D. Bressler   on behalf of Creditor   Mack Trucks, Inc. gbressler@mdmc-law.com, kdeans@mdmc-law.com;sshidner@mdmc-law.com;dprimack@mdmc-law.com;bkleban@mdmc-law.com

        Jacob  Frumkin   on behalf of Interested Party   Great Dane LLC jfrumkin@coleschotz.com

        JoAnne M. Bonacci   on behalf of Creditor   RLI Insurance Company jbonacci@dbplawfirm.com

        John Phillip Schneider   on behalf of Creditor Committee   Official Committee Of Unsecured Creditors JPSchneider@mdmc-law.com

        John R. Morton, Jr.   on behalf of Creditor   CAB East LLC, serviced by Ford Motor Credit Company LLC ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com

        Joseph  Lubertazzi, Jr.   on behalf of Creditor   Capital One, N.A. jlubertazzi@mccarter.com

        Joseph J. DiPasquale   on behalf of Creditor Committee   Official Committee Of Unsecured Creditors jdipasquale@lowenstein.com

        Joseph J. McMahon, Jr.   on behalf of Creditor   Pilot Travel Centers LLC jmcmahon@ciardilaw.com, jclarke@ciardilaw.com

        Joseph L. Schwartz   on behalf of Creditor   Lucky's Energy Service, Inc. jschwartz@riker.com, mtrentin@riker.com

        Justin W. Gray   on behalf of Creditor Daniel  Rinaldi gray@maynardoconnorlaw.com, Sweeney@moscllp.com

        Justin W. Gray   on behalf of Creditor Daniel  Murtha gray@maynardoconnorlaw.com, Sweeney@moscllp.com

        Justin W. Gray   on behalf of Creditor Janice A. Goodall gray@maynardoconnorlaw.com, Sweeney@moscllp.com

        Karen A. Giannelli   on behalf of Plaintiff   Carrier Industries, Inc. kgiannelli@gibbonslaw.com

        Karen A. Giannelli   on behalf of Plaintiff   Myar, LLC kgiannelli@gibbonslaw.com

        Karen A. Giannelli   on behalf of Plaintiff   Apex Logistics, Inc. kgiannelli@gibbonslaw.com

        Karen A. Giannelli   on behalf of Debtor   Myar, LLC kgiannelli@gibbonslaw.com

        Karen A. Giannelli   on behalf of Debtor   Carrier Industries, Inc. kgiannelli@gibbonslaw.com

        Karen A. Giannelli   on behalf of Plaintiff   NEMF Logistics, LLC kgiannelli@gibbonslaw.com

        Karen A. Giannelli   on behalf of Debtor   NEMF World Transport, Inc. kgiannelli@gibbonslaw.com

        Karen A. Giannelli   on behalf of Plaintiff   United Express Solar, LLC kgiannelli@gibbonslaw.com

        Karen A. Giannelli   on behalf of Debtor   Jans Leasing Corp. kgiannelli@gibbonslaw.com

        Karen A. Giannelli   on behalf of Plaintiff   Eastern Freight Ways, Inc. kgiannelli@gibbonslaw.com

        Karen A. Giannelli   on behalf of Plaintiff   Hollywood Avenue Solar, LLC kgiannelli@gibbonslaw.com

        Karen A. Giannelli   on behalf of Debtor   New England Motor Freight, Inc. kgiannelli@gibbonslaw.com

        Karen A. Giannelli   on behalf of Debtor   Hollywood Avenue Solar, LLC kgiannelli@gibbonslaw.com

        Karen A. Giannelli   on behalf of Debtor   Apex Logistics, Inc. kgiannelli@gibbonslaw.com

        Karen A. Giannelli   on behalf of Plaintiff   MyJon, LLC kgiannelli@gibbonslaw.com

        Karen A. Giannelli   on behalf of Debtor   MyJon, LLC kgiannelli@gibbonslaw.com

        Karen A. Giannelli   on behalf of Plaintiff   Jans Leasing Corp. kgiannelli@gibbonslaw.com

        Karen A. Giannelli   on behalf of Debtor   Eastern Freight Ways, Inc. kgiannelli@gibbonslaw.com

        Karen A. Giannelli   on behalf of Debtor   United Express Solar, LLC kgiannelli@gibbonslaw.com

```
District/off: 0312-2          User: admin              Page 3 of 3           Date Rcvd: Jun 10, 2019
                              Form ID: pdf903          Total Noticed: 8
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

- Karen A. Giannelli    on behalf of Plaintiff    New England Motor Freight, Inc. kgiannelli@gibbonslaw.com
- Karen A. Giannelli    on behalf of Debtor    NEMF Logistics, LLC kgiannelli@gibbonslaw.com
- Karen A. Giannelli    on behalf of Plaintiff    NEMF World Transport, Inc. kgiannelli@gibbonslaw.com
- Kate R. Buck    on behalf of Creditor    Potomac Edison Company, Toledo Edison Company and West Penn Power Company kbuck@mccarter.com
- Kate R. Buck    on behalf of Creditor    Connecticut Light & Power Company, NStar Western Massachusetts, Yankee Gas Services Company, Colonial Gas Company, KeySpan Energy Delivery Long Island, Narragansett Electric Company and Niagara Mohawk kbuck@mccarter.com
- Kenneth L. Baum    on behalf of Creditor    Clermont Holdings, LLC kbaum@kenbaumdebtsolutions.com, fpisano@coleschotz.com
- Keri P. Ebeck    on behalf of Creditor    Guttman Energy, Inc. kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com
- Kevin Gordon McDonald    on behalf of Creditor    VW Credit Leasing, Ltd. kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
- Kevin M. Capuzzi    on behalf of Interested Party    Amazon.com Services, Inc., formerly Amazon Fulfillment Services, Inc. kcapuzzi@beneschlaw.com, debankruptcy@beneschlaw.com
- Louis A. Curcio    on behalf of Creditor    Santander Bank, N.A. louis.curcio@troutmansanders.com, John.Murphy@troutmansanders.com;jonathan.forstot@troutmansanders.com;david.pisciotta@troutmansanders.com
- Mark Platt    on behalf of Creditor    Omnitracs, LLC mplatt@fbtlaw.com
- Mark B Conlan    on behalf of Defendant    New England Motor Freight, Inc., et al. mconlan@gibbonslaw.com
- Mark B Conlan    on behalf of Debtor    New England Motor Freight, Inc. mconlan@gibbonslaw.com
- Mark B Conlan    on behalf of Plaintiff    New England Motor Freight, Inc. mconlan@gibbonslaw.com
- Mary E. Seymour    on behalf of Creditor Committee    Official Committee Of Unsecured Creditors mseymour@lowenstein.com, echafetz@lowenstein.com
- Melissa A. Pena    on behalf of Creditor    Webster Capital Finance, Inc. mapena@norris-law.com, pfreda@nmmlaw.com
- Michael D. Sirota    on behalf of Interested Party    Great Dane LLC msirota@coleschotz.com, fpisano@coleschotz.com
- Michael R. Caruso    on behalf of Creditor    Wells Fargo Equipment Finance, Inc. mcaruso@csglaw.com, ecf@csglaw.com
- Morris S. Bauer    on behalf of Creditor    East River Energy, Inc, msbauer@nmmlaw.com, mmarks@nmmlaw.com,relikens@nmmlaw.com,clcorey@nmmlaw.com
- Norman N Kinel    on behalf of Interested Party    East West Bank norman.kinel@squirepb.com, sarah.conley@squirepb.com;elliot.smith@squirepb.com
- Peter M. Knob    on behalf of Creditor    Capital One, N.A. pknob@mccarter.com, lrestivo@mccarter.com
- Rebecca Ann Solarz    on behalf of Creditor    VW Credit Leasing, Ltd rsolarz@kmllawgroup.com
- Rene S. Roupinian    on behalf of Plaintiff Rich Richardson rsr@outtengolden.com
- Rene S. Roupinian    on behalf of Plaintiff Alice Waters rsr@outtengolden.com
- Richard Albuquerque    on behalf of Creditor MICHAEL SINGLEY richarda@djdlawyers.com
- Richard S. Kanowitz    on behalf of Unknown Role Type    Ad Hoc Group of Tort Claimants rkanowitz@cooley.com, mklein@cooley.com;jindyke@cooley.com;efiling-notice@ecf.pacerpro.com
- Rick Aaron Steinberg    on behalf of Creditor    TOTE Maritime rsteinberg@pricemeese.com
- Robert A. Burke    on behalf of Defendant    Jenny Munson Andress, individually and as the Administratrix of the Estate of Herbert Andress rburke@macelree.com
- Robert E. Nies    on behalf of Creditor    Berkley Insurance Company rnies@csglaw.com
- Robert K. Scheinbaum    on behalf of Defendant    New Jersey Manufacturers Insurance Company a/s/o Phyllis A. Troy rscheinbaum@connellfoley.com
- Robert K. Scheinbaum    on behalf of Creditor    New Jersey Manufacturers rscheinbaum@connellfoley.com
- Rona J. Rosen    on behalf of Creditor    WARN Act Class Plaintiffs and Putative Class rrosen@klehr.com, cbbutler@klehr.com
- Sari Blair Placona    on behalf of Defendant    Jalil Waters and Rashida Carter splacona@msbnj.com
- Sari Blair Placona    on behalf of Defendant Shauna Jones splacona@msbnj.com
- Sari Blair Placona    on behalf of Creditor Rasheeda Carter splacona@msbnj.com
- Sari Blair Placona    on behalf of Creditor    Interstate Towing Recovery Incorporated splacona@msbnj.com
- Sari Blair Placona    on behalf of Creditor    Mercedes Benz Financial Services USA LLC splacona@msbnj.com
- Sari Blair Placona    on behalf of Creditor Shauna Jones splacona@msbnj.com
- Sari Blair Placona    on behalf of Creditor Daryl & Kim Martin splacona@msbnj.com
- Sari Blair Placona    on behalf of Creditor Jalil Walters splacona@msbnj.com
- Scott J. Freedman    on behalf of Creditor    Corcentric, LLC sfreedman@dilworthlaw.com
- Seoung Y. Lim    on behalf of Creditor    Pantos USA, Inc. joshualim@kcllawfirm.com, denisemoreno@kcllawfirm.com,seankwak@kcllawfirm.com,jpark@kcllawfirm.com
- Stephen B. Ravin    on behalf of Creditor    Riggins, Inc. sravin@saul.com, jgillman@saul.com
- U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
- Virginia T. Shea    on behalf of Creditor    VFS US LLC vshea@mdmc-law.com, sshidner@mdmc-law.com;mtaranto@mdmc-law.com
- Virginia T. Shea    on behalf of Creditor    Volvo Financial vshea@mdmc-law.com, sshidner@mdmc-law.com;mtaranto@mdmc-law.com
- Warren Scott Gottlieb    on behalf of Defendant    Consolidated Edison Company of New York, Inc. wgottlieb@golawllp.com

TOTAL: 114