**CORE SERVICE LIST**
**New England Motor Freight, Inc., et al.**
**Case No. 19-12809**

| | |
|---|---|
| **COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS** | **COUNSEL TO LENDER** |

LOWENSTEIN SANDLER LLP
MARY E SEYMOUR;JOSEPH J DIPASQUALE
ONE LOWENSTEIN DRIVE
ROSELAND NJ 07068

FRESHFIELDS BRUCKHAUS DERINGER
MARK F LISCIO
601 LEXINGTON AVE
31ST FLOOR
NEW YORK NY 10022

**COUNSEL TO CAPITAL ONE, N.A.**

**COUNSEL TO SANTANDER BANK**

MCCARTER & ENGLISH, LLP
PETER KNOB
100 MULBERRY STREET
FOUR GATEWAY CENTER
NEWARK NJ 07102

TROUTMAN SANDERS
DAVID A PISCIOTTA
875 THIRD AVENUE
NEW YORK NY 10022

**COUNSEL TO EAST WEST BANK**

TROUTMAN SANDERS
LOUIS CURCIO
875 THIRD AVENUE
NEW YORK NY 10022

SQUIRE PATTON BOGGS
NORMAN N KINEL
30 ROCKEFELLER PLAZA
NEW YORK NY 10112

TROUTMAN SANDERS
ALISSA PICCIONE
875 THIRD AVENUE
NEW YORK NY 10022

**COUNSEL TO LENDER**

GREENBERG TRAURIG
ALAN J. BRODY
500 CAMPUS DRIVE
SUITE 400
FLORHAM PARK NJ 07932

**CORE SERVICE LIST**
**New England Motor Freight, Inc., et al.**
**Case No. 19-12809**

**COUNSEL TO TD BANK, N.A.**

GEBHARDT & SMITH LLP
JAMES M SMITH
ONE SOUTH STREET
SUITE 2200
BALTIMORE MD 21202-3281

**GOVT. ENTITY**

UNITED STATES ATTORNEY
DISTRICT OF NEW JERSEY
PETER RODINO FEDERAL BUILDING
970 BROAD STREET, SUITE 700
NEWARK NJ 07102

**COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

ELLIOT GREENLEAF
R X ZAHRALDDIN- ARAVENA;JONATHAN M STEMERMAN
SARAH DENIS
1105 MARKET ST STE 1700
WILMINGTON DE 19801

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA PA 19101-7346

INTERNAL REVENUE SERVICE
2970 MARKET STREET
MAIL STOP 5-Q30.133
PHILADELPHIA PA 19104-5016

**DEBTOR**

NEW ENGLAND MOTOR FREIGHT, INC.
ATTN:  PRESIDENT/CEO
1-71 NORTH AVENUE EAST
ELIZABETH NJ 07201

SECURITIES EXCHANGE COMMISSION
NEW YORK REGIONAL OFFICE
ATTN: ANDREW CALAMARI, REGIONAL DIRECTOR
BROOKFIELD PLACE
200 VESSEY STREET, SUITE 400
NEW YORK NY 10281-1022

ENVIRONMENTAL PROTECTION AGENCY
REGION 2
290 BROADWAY
17TH FLOOR
NEW YORK NY 10007-1866

**GOVT. ENTITY**

UNITED STATES TRUSTEE
ONE NEWARK CENTER, SUITE 2100
1085 RAYMOND BOULEVARD
NEWARK NJ 07102

**CORE SERVICE LIST**
**New England Motor Freight, Inc., et al.**
**Case No. 19-12809**

**GOVT. ENTITY**

**OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

NEW JERSEY ATTORNEY GENERAL OFFICE
DIVISION OF LAW
RICHARD J. HUGHES JUSTICE COMPLEX
25 MARKET ST
TRENTON NJ 08625-0112

LANDSTAR TRANSPORTATION LOGISTICS, INC.
SPRYTE KIMMEY
13410 SUTTON PARK DR S
JACKSONVILLE FL 32224

NEW JERSEY DIVISION OF TAXATION
COMPLIANCE & ENFORCEMENT UNIT
BANKRUPTCY UNIT
50 BARRACK STREET, 9TH FLOOR
TRENTON NJ 08695-0267

GUTTMAN OIL CO.
GREGORY J. CREIGHAN
200 SPEERS STREET
BELLE VERNON PA 15012

NEW JERSEY MOTOR VEHICLE COMMISSION
ADMINISTRATIVE UNIT
225 EAST STATE STREET
TRENTON NJ 08666

**PROPOSED COUNSEL TO THE DEBTORS**

GIBBONS P.C.
KAREN A. GIANNELLI, ESQ.
ONE GATEWAY CENTER
NEWARK NJ 07102

DEPARTMENT OF ENVIRONMENTAL PROTECTION
OFFICE OF RECORDS ACCESS
ATTN: BANKR. COORDINATOR
PO BOX 402
MAIL CODE 401-06Q
TRENTON NJ 08625-0402

GIBBONS P.C.
MARK B. CONLAN, ESQ.
ONE GATEWAY CENTER
NEWARK NJ 07102

**OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

AAA COOPER TRANSPORTATION
TIFFANY ENGELHUBER
1751 KINSEY ROAD
DOTHAN AL 36303

GIBBONS P.C.
BRETT S. THEISEN, ESQ.
ONE GATEWAY PLAZA
NEWARK NJ 07102

06/12/2019

**SHAREHOLDER**

MYRON SHEVELL
C/O NEW ENGLAND MOTOR FREIGHT INC
ZACHARY W. COHEN
1-71 NORTH AVENUE E
ELIZABETH NJ 07201

**SPECIAL COUNSEL TO THE DEBTORS**

WHITEFORD TAYLOR PRESTON LLP
PAUL M NUSSBAUM
7 SAINT PAUL STREET
BALTIMORE MD 21202-1636

**TOP 30 UNSECURED CREDITOR; OFFICIAL COMMITTEE OF
UNSECURED CREDITORS**

IAM NATIONAL PENSION FUND
RYK TIERNEY EXEC DIR AND RAYMOND GOAD JR GC
1300 CONNECTICUT AVE
STE 300
WASHINGTON DC 20036

SUPERIOR DISTRIBUTORS CO, INC
MARLENE; RICHARD KLEIN
4 MIDLAND AVE
ELMWOOD PARK NJ 07407