**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC., *et al.*, | Case No. 19-12809 (JKS) |
| Debtors.[1] | (Jointly Administered) |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK      )
                       )  ss:
COUNTY OF KINGS        )

I, John Burlacu, declare:

1.   I am over the age of 18 years and not a party to these chapter 11 cases.

2.   I am employed by Donlin, Recano & Company, Inc., ("DRC"), 6201 15th Avenue, Brooklyn, NY 11219.

3.   On the 12th day of June, 2019, at my direction and under my supervision, employees of DRC caused to serve the "Third Interim Order (A) Authorizing use of JPMorgan Chase Bank, N.A. and TD Bank, N.A. Cash Collateral, (B) Granting Adequate Protection, (C) Scheduling a Fourth Interim Hearing, and (D) Granting Related Relief" (Docket No. 665), via Electronic Mail upon the parties as set forth on Exhibit 1, and via First Class U.S. Mail upon the parties as set forth in Exhibit 2, attached hereto.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC (4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMF Logistics, LLC (4666).

NEMF00151

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge.  Executed this 14th day of June, 2019, Brooklyn, New York.

_____
John Burlacu

Sworn before me this
14th day of June, 2019

Notary Public

SUNG JAE KIM
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01KI6311176
COMM. EXP. September 14, 2021

# EXHIBIT 1

New England Motor Freight, Inc., et al.
Electronic Mail
Exhibit Pages

000110P001-1413S-151
ALAN J. BRODY, ESQ.
GREENBERG TRAURIG, LLP
500 CAMPUS DR, STE 400
FLORHAM PARK NJ 07932-0677
BRODYA@GTLAW.COM

000148P001-1413S-151
ANTHONY G ROSS, ESQ
126 SOUTH MAIN STREET
PITTSTON PA 18640
TROSS@TONYROSSLAW.COM

000118P001-1413S-151
ANTHONY SODONO, III, ESQ.
SARI B. PLACONA MCMANIMON
SCOTLAND & BAUMANN
75 LIVINGSTON AVE
ROSELAND NJ 07068
ASODONO@MSBNJ.COM

000118P001-1413S-151
ANTHONY SODONO, III, ESQ.
SARI B. PLACONA MCMANIMON
SCOTLAND & BAUMANN
75 LIVINGSTON AVE
ROSELAND NJ 07068
SPLACONA@MSBNJ.COM

000068P001-1413S-151
BENESCH FRIEDLANDER COPLAN & ARONOFF LLP
KEVIN M CAPUZZI
CONTINENTAL PLAZA II
411 HACKENSACK AVE.,3RD FLOOR
HACKENSACK NJ 07601-6323
KCAPUZZI@BENESCHLAW.COM

000077P001-1413S-151
CHIESA SHAHINIAN & GIANTOMASI PC
BETH J ROTENBERG,ESQ
ONE BOLAND DRIVE
WEST ORANGE NJ 07052
BROTENBERG@CSGLAW.COM

000078P001-1413S-151
CHIESA SHAHINIAN & GIANTOMASI PC
FRANK PERETORE,ESQ
ONE BOLAND DRIVE
WEST ORANGE NJ 07052
FPERETORE@CSGLAW.COM

000085P001-1413S-151
CHIESA SHAHINIAN & GIANTOMASI PC
ROBERT E NIES,ESQ
ONE BOLAND DRIVE
WEST ORANGE NJ 07052
RNIES@CSGLAW.COM

000108P001-1413S-151
CHIESA SHAHINIAN & GIANTOMASI PC
MICHAEL R CARUSO,ESQ
ONE BOLAND DRIVE
WEST ORANGE NJ 07052
MCARUSO@CSGLAW.COM

000117P001-1413S-151
CHRISTOPHER A. LYNCH, ESQ.
REED SMITH LLP
599 LEXINGTON AVE
NEW YORK NY 10022
CLYNCH@REEDSMITH.COM

000081P001-1413S-151
COLE SCHOTZ PC
MICHAEL D SIROTA,ESQ
COURT PLAZA NORTH
25 MAIN ST
HACKENSACK NJ 07601
MSIROTA@COLESCHOTZ.COM

000082P001-1413S-151
COLE SCHOTZ PC
JACOB S FRUMKIN,ESQ
COURT PLAZA NORTH
25 MAIN ST
HACKENSACK NJ 07601
JFRUMKIN@COLESCHOTZ.COM

000127P001-1413S-151
COOLEY LLP
RICHARD S KANOWITZ;EVAN M LAZEROWITZ
55 HUDSON YARDS
NEW YORK NY 10001
RKANOWITZ@COOLEY.COM

000127P001-1413S-151
COOLEY LLP
RICHARD S KANOWITZ;EVAN M LAZEROWITZ
55 HUDSON YARDS
NEW YORK NY 10001
ELAZEROWITZ@COOLEY.COM

000147P001-1413S-151
CULLEN AND DYKMAN LLP
DAVID EDELBERG, ESQ.
433 HACKENSACK AVE 12TH FL
HACKENSACK NJ 07601
DEDELBERG@CULLENANDDYKMAN.COM

000126P001-1413S-151
D'ARCY JOHNSON DAY
RICHARD J ALBUQUERQUE,ESQ
3120 FIRE ROAD STE 100
EGG HARBOR TOWNSHIP NJ 08234
RA@DJD.LAW

000109P003-1413S-151
DAIMLER TRUST
C/O BK SERVICING LLC
ED GEZEL, AGENT
P O BOX 131265
ROSEVILLE MN 55113-0011
NOTICES@BKSERVICING.COM

000123P001-1413S-151
DAIMLER TRUST
C/O BK SERVICING, LLC
ED GEZEL, AGENT
PO BOX 131265
ROSEVILLE MN 55113-0011
notices@bkservicing.com

000114P001-1413S-151
DAVID A. PISCIOTTA, ESQ.
LOUIS A. CURCIO, ESQ.
TROUTMAN SANDERS
875 THIRD AVENUE
NEW YORK NY 10022
DAVID.PISCIOTTA@TROUTMAN.COM

000114P001-1413S-151
DAVID A. PISCIOTTA, ESQ.
LOUIS A. CURCIO, ESQ.
TROUTMAN SANDERS
875 THIRD AVENUE
NEW YORK NY 10022
LOUIS.CURCIO@TROUTMAN.COM

000075P001-1413S-151
DILWORTH PAXSON LLP
SCOTT J FREEDMAN
457 HADDONFIELD ROAD STE 700
CHERRY HILL NJ 08002
SFREEDMAN@DILWORTHLAW.COM

000103P001-1413S-151
DINSMORE & SHOHL LLP
GRACE WINKLER CRANLEY,ESQ
227 WEST MONROE ST.,STE 3850
CHICAGO IL 60606
GRACE.CRANLEY@DINSMORE.COM

000100P001-1413S-151
DREIFUSS BONACCI & PARKER PC
JOANNE M BONACCI
26 COLUMBIA TURNPIKE STE 101 NORTH ENTRANCE
FLORHAM PARK NJ 07932
JBONACCI@DBPLAWFIRM.COM

000101P001-1413S-151
DREIFUSS BONACCI & PARKER PC
PAUL M MCCORMICK,ESQ
26 COLUMBIA TURNPIKE STE 101, NORTH ENTRANCE
FLORHAM PARK NJ 07932
PMCCORMICK@DBPLAWFIRM.COM

Case 19-12809-JKS    Doc 679    Filed 06/17/19    Entered 06/17/19 08:27:56    Desc Main
New England Motor Freight, Inc., et al.
Electronic Mail
Exhibit Pages

Page # : 2 of 5                                                                                                06/12/2019 12:14:41 PM

000087P003-1413S-151
ELLIOT GREENLEAF
R X ZAHRALDDIN- ARAVENA;JONATHAN M STEMERMAN
SARAH DENIS
1105 MARKET ST STE 1700
WILMINGTON DE 19801
RXZA@ELLIOTTGREENLEAF.COM

000087P003-1413S-151
ELLIOT GREENLEAF
R X ZAHRALDDIN- ARAVENA;JONATHAN M STEMERMAN
SARAH DENIS
1105 MARKET ST STE 1700
WILMINGTON DE 19801
JMS@ELLIOTTGREENLEAF.COM

000087P003-1413S-151
ELLIOT GREENLEAF
R X ZAHRALDDIN- ARAVENA;JONATHAN M STEMERMAN
SARAH DENIS
1105 MARKET ST STE 1700
WILMINGTON DE 19801
SXD@ELLIOTTGREENLEAF.COM

000120P001-1413S-151
EVAN S. GOLDSTEIN UPDIKE
KELLY & SPELLACY, P.C.
100 PEARL STREET 17TH FLOOR
PO BOX 231277
HARTFORD CT 06103
EGOLDSTEIN@UKS.COM

000020P001-1413S-151
FRESHFIELDS BRUCKHAUS DERINGER
MARK F LISCIO
601 LEXINGTON AVE
31ST FLOOR
NEW YORK NY 10022
MARK.LISCIO@FRESHFIELDS.COM

000020P001-1413S-151
FRESHFIELDS BRUCKHAUS DERINGER
MARK F LISCIO
601 LEXINGTON AVE
31ST FLOOR
NEW YORK NY 10022
NEAL.MODI@FRESHFIELDS.COM

000020P001-1413S-151
FRESHFIELDS BRUCKHAUS DERINGER
MARK F LISCIO
601 LEXINGTON AVE
31ST FLOOR
NEW YORK NY 10022
SCOTT.TALMADGE@FRESHFIELDS.COM

000063P001-1413S-151
FRESHFIELDS BRUCKHAUS DERINGER US LLP
MARK F LISCIO
601 LEXINGTON AVE, 31ST FLOOR
NEW YORK NY 10022
MARK.LISCIO@FRESHFIELDS.COM

000063P001-1413S-151
FRESHFIELDS BRUCKHAUS DERINGER US LLP
MARK F LISCIO
601 LEXINGTON AVE, 31ST FLOOR
NEW YORK NY 10022
NEAL.MODI@FRESHFIELDS.COM

000063P001-1413S-151
FRESHFIELDS BRUCKHAUS DERINGER US LLP
MARK F LISCIO
601 LEXINGTON AVE, 31ST FLOOR
NEW YORK NY 10022
SCOTT.TALMADGE@FRESHFIELDS.COM

000084P001-1413S-151
FROST BROWN  TODD LLC
MARK A PLATT
100 CRESCENT COURT STE 350
DALLAS TX 75201
MPLATT@FBTLAW.COM

000121P001-1413S-151
GARY D. BRESSLER, ESQ.
MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
300 DELAWARE AVE, STE 770
WILMINGTON DE 19801
GBRESSLER@MDMC-LAW.COM

000017P001-1413S-151
GEBHARDT & SMITH LLP
JAMES M SMITH
ONE SOUTH STREET
SUITE 2200
BALTIMORE MD 21202-3281
JSMITH@GEBSMITH.COM

000061P001-1413S-151
GEBHARDT & SMITH LLP
DAVID V FONTANA,ESQ
ONE SOUTH ST STE 2200
BALTIMORE MD 21202
DFONT@GEBSMITH.COM

000073P001-1413S-151
GEBHARDT & SMITH LLP
LISA BITTLE TANCREDI
ONE SOUTH STREET
SUITE 2200
BALTIMORE MD 21202-3281
LTANCREDI@GEBSMITH.COM

000074P001-1413S-151
GEBHARDT & SMITH LLP
LISA BITTLE TANCREDI
1000 N WEST STREET
SUITE I200
WILMINGTON DE 19801
LTANCREDI@GEBSMITH.COM

000019P001-1413S-151
GREENBERG TRAURIG
ALAN J. BRODY
500 CAMPUS DRIVE
SUITE 400
FLORHAM PARK NJ 07932
BRODYA@GTLAW.COM

000062P001-1413S-151
GREENBERG TRAURIG LLP
ALAN J BRODY,ESQ
500 CAMPUS DRIVE
FLORHAM PARK NJ 07932
BRODYA@GTLAW.COM

000083P001-1413S-151
HINMAN HOWARD & KATTELL LLP
KEVIN J BLOOM,ESQ
PARK 80 WEST -PLAZA II
250 PEHLE AVE STE 200
SADDLE BROOK NJ 07663-5834
KBLOOM@HHK.COM

000027P001-1413S-151
IAM NATIONAL PENSION FUND
RYK TIERNEY EXEC DIR AND RAYMOND GOAD JR GC
1300 CONNECTICUT AVE
STE 300
WASHINGTON DC 20036
contact@iamnpf.org

000076P001-1413S-151
JM PARTNERS LLC
JOHN MARSHALL
6800 PARAGON PLACE STE 202
RICHMOND VA 23230-1656
JMARSHALL@JMPARTNERSLLC.COM

000115P001-1413S-151
JOSEPH LUBERTAZZI, ESQ.
PETER M. KNOB, ESQ.
MCCARTER & ENGLISH
100 MULBERRY ST FOUR GATEWAY CENTER
NEWARK NJ 07102
PKNOB@MCCARTER.COM

000115P001-1413S-151
JOSEPH LUBERTAZZI, ESQ.
PETER M. KNOB, ESQ.
MCCARTER & ENGLISH
100 MULBERRY ST FOUR GATEWAY CENTER
NEWARK NJ 07102
JLUBERTAZZI@MCCARTER.COM

000125P001-1413S-151
KIM CHO & LIM LLC
JOSHUA S LIM,ESQ
460 BERGEN BOULEVARD STE 305
PALISADES PARK NJ 07650
JOSHUALIM@KCLLAWFIRM.COM

Case 19-12809-JKS    Doc 679    Filed 06/17/19    Entered 06/17/19 08:27:56    Desc Main

New England Motor Freight, Inc., et al.
Electronic Mail
Exhibit Pages

Page # : 3 of 5                                                                 06/12/2019  12:14:41 PM

000079P001-1413S-151
KLEHR HARRISON HARVEY BRANZBURG LLP
CHARLES A ERCOLE;RONA J ROSEN
10000 LINCOLN DRIVE EAST STE 201
MARLTON NJ 08053
CERCOLE@KLEHR.COM

000079P001-1413S-151
KLEHR HARRISON HARVEY BRANZBURG LLP
CHARLES A ERCOLE;RONA J ROSEN
10000 LINCOLN DRIVE EAST STE 201
MARLTON NJ 08053
RROSEN@KLEHR.COM

000129P001-1413S-151
KML LAW GROUP PC
REBECCA A SOLARZ,ESQ
216 HADDON AVENUE STE 406
WESTMONT NJ 08108
RSOLARZ@KMLLAWGROUP.COM

000124P001-1413S-151
KML LAW GROUP, P.C.
KEVIN G. MCDONALD, ESQ.
216 HADDON AVE STE 406
WESTMONT NJ 08108
KMCDONALD@KMLLAWGROUP.COM

000146P001-1413S-151
LAW FIRM OF BRIAN W HOFMEISTER LLC
BRIAN W HOFMEISTER, ESQ
3131 PRINCETON PIKE BUILDING 5,STE 110
LAWRENCEVILLE NJ 08648
BWH@HOFMEISTERFIRM.COM

000130P001-1413S-151
LAW OFFICES OF KENNETH L BAUM LLC
KENNETH L BAUM,ESQ
167 MAIN STREET
HACKENSACK NJ 07601
KBAUM@KENBAUMDEBTSOLUTIONS.COM

000112P001-1413S-151
LISA BITTLE TANCREDI, ESQ.
DAVID FONTANA, ESQ.
GEBHARDT & SMITH LLP
ONE SOUTH ST, STE 2200
BALTIMORE MD 21202-3281
LTANCREDI@GEBSMITH.COM

000112P001-1413S-151
LISA BITTLE TANCREDI, ESQ.
DAVID FONTANA, ESQ.
GEBHARDT & SMITH LLP
ONE SOUTH ST, STE 2200
BALTIMORE MD 21202-3281
DFONT@GEBSMITH.COM

000086P001-1413S-151
LOWENSTEIN SANDLER LLP
MARY E SEYMOUR;JOSEPH J DIPASQUALE
ONE LOWENSTEIN DRIVE
ROSELAND NJ 07068
MSEYMOUR@LOWENSTEIN.COM

000086P001-1413S-151
LOWENSTEIN SANDLER LLP
MARY E SEYMOUR;JOSEPH J DIPASQUALE
ONE LOWENSTEIN DRIVE
ROSELAND NJ 07068
JDIPASQUALE@LOWENSTEIN.COM

000111P001-1413S-151
MARK  LISCIO, ESQ.
NEAL MODI, ESQ. / SCOTT TALMADGE, ESQ.
FRESHFIELDS BRUCKHAUS DERINGER US LLP
601 LEXINGTON AVE, 31ST FL
NEW YORK NY 10022
MARK.LISCIO@FRESHFIELDS.COM

000111P001-1413S-151
MARK  LISCIO, ESQ.
NEAL MODI, ESQ. / SCOTT TALMADGE, ESQ.
FRESHFIELDS BRUCKHAUS DERINGER US LLP
601 LEXINGTON AVE, 31ST FL
NEW YORK NY 10022
NEAL.MODI@FRESHFIELDS.COM

000111P001-1413S-151
MARK  LISCIO, ESQ.
NEAL MODI, ESQ. / SCOTT TALMADGE, ESQ.
FRESHFIELDS BRUCKHAUS DERINGER US LLP
601 LEXINGTON AVE, 31ST FL
NEW YORK NY 10022
SCOTT.TALMADGE@FRESHFIELDS.COM

000099P001-1413S-151
MAYNARD O'CONNOR SMITH & CATALINOTTO LLP
JUSTIN W GRAY,ESQ
6 TOWER PLACE
ALBANY NY 12203
GRAY@MOSCLLP.COM

000059P001-1413S-151
MCCARTER & ENGLISH LLP
PETER M KNOB,ESQ
FOUR GATEWAY CENTER
100 MULBERRY ST
NEWARK NJ 07102
PKNOB@MCCARTER.COM

000060P001-1413S-151
MCCARTER & ENGLISH LLP
JOSEPH LUBERTAZZI JR.,ESQ
FOUR GATEWAY CENTER
100 MULBERRY ST
NEWARK NJ 07102
JLUBERTAZZI@MCCARTER.COM

000022P001-1413S-151
MCCARTER & ENGLISH, LLP
PETER KNOB
100 MULBERRY STREET
FOUR GATEWAY CENTER
NEWARK NJ 07102
PKNOB@MCCARTER.COM

000069P001-1413S-151
MCELROY DEUTSCH MULVANEY & CARPENTER LLP
VIRGINIA T SHEA,ESQ
1300 MOUNT KEMBLE AVENUE
MORRISTOWN NJ 07962
VSHEA@MDMC-LAW.COM

000070P001-1413S-151
MCELROY DEUTSCH MULVANEY & CARPENTER LLP
GARY D BRESSLER,ESQ
300 DELAWARE AVE STE 770
WILMINGTON DE 19801
GBRESSLER@MDMC-LAW.COM

000093P002-1413S-151
MCMANIMON, SCOTLAND AND BAUMANN, LLC
ANTHONY SODONO, III; SARI PLACONA
75 LIVINGSTON AVE.,STE 201
ROSELAND NJ 07068
ASODONO@MSBNJ.COM

000093P002-1413S-151
MCMANIMON, SCOTLAND AND BAUMANN, LLC
ANTHONY SODONO, III; SARI PLACONA
75 LIVINGSTON AVE.,STE 201
ROSELAND NJ 07068
SPLACONA@MSBNJ.COM

000071P001-1413S-151
MORTON & CRAIG LLC
JOHN R MORTON JR, ESQ
110 MARTER AVE STE 301
MOORESTOWN NJ 08057
john.morton3@verizon.net

000113P001-1413S-151
NORMAN N. KINEL, ESQ.
SQUIRE PATTON BOGGS (US) LLP
30 ROCKEFELLER PLAZA, 23RD FLOOR
NEW YORK NY 10012
NORMAN.KINEL@SQUIREPB.COM

000106P001-1413S-151
NORRIS MCLAUGHLIN PA
MORRIS S BAUER,ESQ
400 CROSSING BOULEVARD,8TH FLOOR
BRIDGEWATER NJ 08807
MSBAUER@NORRIS-LAW.COM

New England Motor Freight, Inc., et al.
Electronic Mail
Exhibit Pages

06/12/2019 12:14:41 PM

000107P001-1413S-151
NORRIS MCLAUGHLIN PA
CATHERINE L COREY,ESQ
400 CROSSING BOULEVARD, 8TH FLOOR
BRIDGEWATER NJ 08807
CLCOREY@NORRIS-LAW.COM

000080P001-1413S-151
OFFICE OF UNEMPLOYMENT COMPENSATION TAX SERVICES
DEB SECREST,AUTHORIZED AGENT
PA-DEPT OF LABOR & INDUSTRY
COLLECTIONS SUPPORT UNIT
851 BOAS ST RM 702
HARRISBURG PA 17121
RA-LI-UCTS-BANKRUPT@STATE.PA.US

000102P001-1413S-151
PA DEPT OF REVENUE
DENISE A KUHN, SEN DEPUTY ATTORNEY GEN
THE PHOENIX BUILDING
1600 ARCH ST., STE 300
PHILADELPHIA PA 19103
DKUHN@ATTORNEYGENERAL.GOV

000095P001-1413S-151
PA- DEPT OF ENVIRONMENTAL PROTECTION
BRIAN GLASS, OFFICE OF THE CHIEF COUNSEL
SOUTHEAST REGIONAL COUNSEL
2 EAST MAIN ST
NORRISTOWN PA 19401-4915
BRIAGLASS@PA.GOV

000098P001-1413S-151
PRICE MEESE SHULMAN & D'ARMINIO PC
RICK A STEINBERG,ESQ
50 TICE BOULEVARD STE 380
WOODCLIFF LAKE NJ 07677
RSTEINBERG@PRICEMEESE.COM

000060P001-1413S-151
REED SMITH LLP
CHRISTOPHER A. LYNCH
599 LEXINGTON AVE
NEW YORK NY 10022
CLYNCH@REEDSMITH.COM

000096P001-1413S-151
RIKER DANZIG SCHERER HYLAND & PERRETTI LLP
JOSEPH L SCHWARTZ,MICHAEL TRENTIN
HEADQUARTERS PLAZA
ONE SPEEDWELL AVE
MORRISTOWN NJ 07962-1981
JSCHWARTZ@RIKER.COM

000096P001-1413S-151
RIKER DANZIG SCHERER HYLAND & PERRETTI LLP
JOSEPH L SCHWARTZ,MICHAEL TRENTIN
HEADQUARTERS PLAZA
ONE SPEEDWELL AVE
MORRISTOWN NJ 07962-1981
MTRENTIN@RIKER.COM

000116P001-1413S-151
ROBERT HORNBY. ESQ.
MICHAEL R. CARUSO, ESQ.
CHIESA SHAHINIAN & GIANTOMASI
ONE BOLAND DRIVE
WEST ORANGE NJ 07052
RHORNBY@CSGLAW.COM

000116P001-1413S-151
ROBERT HORNBY. ESQ.
MICHAEL R. CARUSO, ESQ.
CHIESA SHAHINIAN & GIANTOMASI
ONE BOLAND DRIVE
WEST ORANGE NJ 07052
MCARUSO@CSGLAW.COM

000091P001-1413S-151
SHIPMAN & GOODWIN LLP
ERIC S GOLDSTEIN,ESQ
ONE CONSTITUTIONAL PLAZA
HARTFORD CT 06103
EGOLDSTEIN@GOODWIN.COM

000018P001-1413S-151
SQUIRE PATTON BOGGS
NORMAN N KINEL
30 ROCKEFELLER PLAZA
NEW YORK NY 10112
NORMAN.KINEL@SQUIREPB.COM

000094P001-1413S-151
SQUIRE PATTON BOGGS (US) LLP
NORMAN N KINEL,ESQ
30 ROCKEFELLER PLAZA, 23RD FLOOR
NEW YORK NY 10112
NORMAN.KINEL@SQUIREPB.COM

000119P001-1413S-151
STEPHEN B. GROW, ESQ.
WARNER NORCROSS + JUDD LLP
111 LYON ST NW # 900
GRAND RAPIDS MI 49503
SGROW@WNJ.COM

000035P002-1413S-151
SUPERIOR DISTRIBUTORS CO, INC
MARLENE; RICHARD KLEIN
4 MIDLAND AVE
ELMWOOD PARK NJ 07407
MARLENE@SUPERIORDISTRIBUTORSINC.COM

000128P001-1413S-151
THOMPSON O'BRIEN KEMP & NASUTI PC
ALBERT F NASUTI,ESQ
40 TECHNOLOGY PARKWAY SOUTH, STE 300
PEACHTREE CORNERS GA 30092
ANASUTI@TOKN.COM

000054P001-1413S-151
TROUTMAN SANDERS
DAVID A PISCIOTTA
875 THIRD AVENUE
NEW YORK NY 10022
DAVID.PISCIOTTA@TROUTMAN.COM

000055P001-1413S-151
TROUTMAN SANDERS
LOUIS CURCIO
875 THIRD AVENUE
NEW YORK NY 10022
LOUIS.CURCIO@TROUTMAN.COM

000056P001-1413S-151
TROUTMAN SANDERS
ALISSA PICCIONE
875 THIRD AVENUE
NEW YORK NY 10022
ALISSA.PICCIONE@TROUTMAN.COM

000064P001-1413S-151
TROUTMAN SANDERS LLP
LOUIS A CURCIO,ESQ
875 THIRD AVE
NEW YORK NY 10022
LOUIS.CURCIO@TROUTMAN.COM

000065P001-1413S-151
TROUTMAN SANDERS LLP
DAVID A PISCIOTTA,ESQ
875 THIRD AVE
NEW YORK NY 10022
DAVID.PISCIOTTA@TROUTMAN.COM

000097P001-1413S-151
UNITED STATES DEPARTMENT OF JUSTICE
PETER J. D'AURIA,ESQ; MITCHELL HAUSMAN
OFFICE OF THE UNITED STATES TRUSTEE
ONE NEWARK CENTER STE 2100
NEWARK NJ 07102
PETER.J.D'AURIA@USDOJ.GOV

000097P002-1413S-151
UNITED STATES DEPARTMENT OF JUSTICE
PETER J. D'AURIA,ESQ; MITCHELL HAUSMAN
OFFICE OF THE UNITED STATES TRUSTEE
ONE NEWARK CENTER STE 2100
NEWARK NJ 07102
MITCHELL.B.HAUSMAN@USDOJ.GOV

000001P001-1413S-151
UNITED STATES TRUSTEE
ONE NEWARK CENTER, SUITE 2100
1085 RAYMOND BOULEVARD
NEWARK NJ 07102
jeffrey.m.sponder@usdoj.gov

Case 19-12809-JKS    Doc 679    Filed 06/17/19    Entered 06/17/19 08:27:56    Desc Main
Document    Page 8 of 13

New England Motor Freight, Inc., et al.
**Electronic Mail**
**Exhibit Pages**

Page # : 5 of 5                                                06/12/2019 12:14:41 PM

| | | | |
|---|---|---|---|
| 000001P001-1413S-151 | 000001P001-1413S-151 | 000105P001-1413S-151 | 000122P001-1413S-151 |
| UNITED STATES TRUSTEE | UNITED STATES TRUSTEE | UPDIKE KELLY & SPELLACY PC | VIRGINIA T. SHEA, ESQ. |
| ONE NEWARK CENTER, SUITE 2100 | ONE NEWARK CENTER, SUITE 2100 | EVAN S GOLDSTEIN, ESQ | MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP |
| 1085 RAYMOND BOULEVARD | 1085 RAYMOND BOULEVARD | 100 PEARL ST.,17TH FLOOR | 1300 MOUNT KEMBLE AVE |
| NEWARK NJ 07102 | NEWARK NJ 07102 | P O BOX 231277 | MORRISTOWN NJ 07962 |
| Mitchell.B.Hausman@usdoj.gov | Peter.J.D'Auria@usdoj.gov | HARTFORD CT 06123-1277 | VSHEA@MDMC-LAW.COM |
| | | EGOLDSTEIN@UKS.COM | |
| | | | |
| 000057P001-1413S-151 | 000058P001-1413S-151 | 000021P003-1413S-151 | |
| WASSERMAN JURISTA & STOLZ PC | WASSERMAN JURISTA & STOLZ PC | WHITEFORD TAYLOR PRESTON LLP | |
| DANIEL M STOLZ,ESQ | DONALD W CLARKE,ESQ | PAUL M NUSSBAUM | |
| 110 ALLEN ROAD STE 304 | 110 ALLEN ROAD STE 304 | 7 SAINT PAUL STREET | |
| BASKING RIDGE NJ 07920 | BASKING RIDGE NJ 07920 | BALTIMORE MD 21202-1636 | |
| DSTOLZ@WJSLAW.COM | DCLARKE@WJSLAW.COM | PNUSSBAUM@WTPLAW.COM | |

Records Printed :    **103**

# EXHIBIT 2

**New England Motor Freight, Inc., et al.**
**Exhibit Pages**

000088P001-1413S-151
AAA COOPER TRANSPORTATION
TIFFANY ENGELHUBER
1751 KINSEY ROAD
DOTHAN AL 36303

000110P001-1413S-151
ALAN J. BRODY, ESQ.
GREENBERG TRAURIG, LLP
500 CAMPUS DR, STE 400
FLORHAM PARK NJ 07932-0677

000148P001-1413S-151
ANTHONY G ROSS, ESQ
126 SOUTH MAIN STREET
PITTSTON PA 18640

000118P001-1413S-151
ANTHONY SODONO, III. ESQ.
SARI B. PLACONA MCMANIMON
SCOTLAND & BAUMANN
75 LIVINGSTON AVE
ROSELAND NJ 07068

000068P001-1413S-151
BENESCH FRIEDLANDER COPLAN & ARONOFF LLP
KEVIN M CAPUZZI
CONTINENTAL PLAZA II
411 HACKENSACK AVE.,3RD FLOOR
HACKENSACK NJ 07601-6323

000072P001-1413S-151
CAB EAST LLC,SERVICED BY FORD MOTOR CREDIT CO.,LLC
NATIONAL BANKRUPTCY SERVICE CENTER
P O BOX 62180
COLORADO SPRINGS CO 80921

000077P001-1413S-151
CHIESA SHAHINIAN & GIANTOMASI PC
BETH I ROTENBERG,ESQ
ONE BOLAND DRIVE
WEST ORANGE NJ 07052

000078P001-1413S-151
CHIESA SHAHINIAN & GIANTOMASI PC
FRANK PERETORE,ESQ
ONE BOLAND DRIVE
WEST ORANGE NJ 07052

000085P001-1413S-151
CHIESA SHAHINIAN & GIANTOMASI PC
ROBERT E NIES,ESQ
ONE BOLAND DRIVE
WEST ORANGE NJ 07052

000108P001-1413S-151
CHIESA SHAHINIAN & GIANTOMASI PC
MICHAEL R CARUSO,ESQ
ONE BOLAND DRIVE
WEST ORANGE NJ 07052

000117P001-1413S-151
CHRISTOPHER A. LYNCH, ESQ.
REED SMITH LLP
599 LEXINGTON AVE
NEW YORK NY 10022

000081P001-1413S-151
COLE SCHOTZ PC
MICHAEL D SIROTA,ESQ
COURT PLAZA NORTH
25 MAIN ST
HACKENSACK NJ 07601

000082P001-1413S-151
COLE SCHOTZ PC
JACOB S FRUMKIN,ESQ
COURT PLAZA NORTH
25 MAIN ST
HACKENSACK NJ 07601

000104P001-1413S-151
CONNELL FOLEY LLP
ROBERT K SCHEINBAUM,ESQ
56 LIVINGSTON AVE
ROSELAND NJ 07068

000127P001-1413S-151
COOLEY LLP
RICHARD S KANOWITZ;EVAN M LAZEROWITZ
55 HUDSON YARDS
NEW YORK NY 10001

000147P001-1413S-151
CULLEN AND DYKMAN LLP
DAVID EDELBERG, ESQ.
433 HACKENSACK AVE 12TH FL
HACKENSACK NJ 07601

000126P001-1413S-151
D'ARCY JOHNSON DAY
RICHARD J ALBUQUERQUE,ESQ
3120 FIRE ROAD STE 100
EGG HARBOR TOWNSHIP NJ 08234

000109P003-1413S-151
DAIMLER TRUST
C/O BK SERVICING, LLC
ED GEZEL, AGENT
P O BOX 131265
ROSEVILLE MN 55113-0011

000114P001-1413S-151
DAVID A. PISCIOTTA, ESQ.
LOUIS A. CURCIO, ESQ.
TROUTMAN SANDERS
875 THIRD AVENUE
NEW YORK NY 10022

000012P001-1413S-151
DEPARTMENT OF ENVIRONMENTAL PROTECTION
OFFICE OF RECORDS ACCESS
ATTN: BANKR. COORDINATOR
PO BOX 402
MAIL CODE 401-06Q
TRENTON NJ 08625-0402

000075P001-1413S-151
DILWORTH PAXSON LLP
SCOTT J FREEDMAN
457 HADDONFIELD ROAD STE 700
CHERRY HILL NJ 08002

000103P001-1413S-151
DINSMORE & SHOHL LLP
GRACE WINKLER CRANLEY,ESQ
227 WEST MONROE ST.,STE 3850
CHICAGO IL 60606

000100P001-1413S-151
DREIFUSS BONACCI & PARKER PC
JOANNE M BONACCI
26 COLUMBIA TURNPIKE STE 101 NORTH ENTRANCE
FLORHAM PARK NJ 07932

000101P001-1413S-151
DREIFUSS BONACCI & PARKER PC
PAUL M MCCORMICK,ESQ
26 COLUMBIA TURNPIKE STE 101, NORTH ENTRANCE
FLORHAM PARK NJ 07932

000087P003-1413S-151
ELLIOT GREENLEAF
R X ZAHRALDDIN- ARAVENA;JONATHAN M STEMERMAN
SARAH DENIS
1105 MARKET ST STE 1700
WILMINGTON DE 19801

000008P001-1413S-151
ENVIRONMENTAL PROTECTION AGENCY
REGION 2
290 BROADWAY
17TH FLOOR
NEW YORK NY 10007-1866

000120P001-1413S-151
EVAN S. GOLDSTEIN UPDIKE
KELLY & SPELLACY, P.C.
100 PEARL STREET 17TH FLOOR
PO BOX 231277
HARTFORD CT 06103

000020P001-1413S-151
FRESHFIELDS BRUCKHAUS DERINGER
MARK F LISCIO
601 LEXINGTON AVE
31ST FLOOR
NEW YORK NY 10022

**New England Motor Freight, Inc., et al.**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000063P001-1413S-151<br>FRESHFIELDS BRUCKHAUS DERINGER US LLP<br>MARK F LISCIO<br>601 LEXINGTON AVE, 31ST FLOOR<br>NEW YORK NY 10022 | 000084P001-1413S-151<br>FROST BROWN  TODD LLC<br>MARK A PLATT<br>100 CRESCENT COURT STE 350<br>DALLAS TX 75201 | 000121P001-1413S-151<br>GARY D. BRESSLER, ESQ.<br>MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP<br>300 DELAWARE AVE, STE 770<br>WILMINGTON DE 19801 | 000017P001-1413S-151<br>GEBHARDT & SMITH LLP<br>JAMES M SMITH<br>ONE SOUTH STREET<br>SUITE 2200<br>BALTIMORE MD 21202-3281 |
| 000061P001-1413S-151<br>GEBHARDT & SMITH LLP<br>DAVID V FONTANA,ESQ<br>ONE SOUTH ST STE 2200<br>BALTIMORE MD 21202 | 000073P001-1413S-151<br>GEBHARDT & SMITH LLP<br>LISA BITTLE TANCREDI<br>ONE SOUTH STREET<br>SUITE 2200<br>BALTIMORE MD 21202-3281 | 000074P001-1413S-151<br>GEBHARDT & SMITH LLP<br>LISA BITTLE TANCREDI<br>1000 N WEST STREET<br>SUITE 1200<br>WILMINGTON DE 19801 | 000019P001-1413S-151<br>GREENBERG TRAURIG<br>ALAN J. BRODY<br>500 CAMPUS DRIVE<br>SUITE 400<br>FLORHAM PARK NJ 07932 |
| 000062P001-1413S-151<br>GREENBERG TRAURIG LLP<br>ALAN J BRODY,ESQ<br>500 CAMPUS DRIVE<br>FLORHAM PARK NJ 07932 | 000090P001-1413S-151<br>GUTTMAN OIL CO.<br>GREGORY J. CREIGHAN<br>200 SPEERS STREET<br>BELLE VERNON PA 15012 | 000083P001-1413S-151<br>HINMAN HOWARD & KATTELL LLP<br>KEVIN J BLOOM,ESQ<br>PARK 80 WEST -PLAZA II<br>250 PEHLE AVE STE 200<br>SADDLE BROOK NJ 07663-5834 | 000027P001-1413S-151<br>IAM NATIONAL PENSION FUND<br>RYK TIERNEY EXEC DIR AND RAYMOND GOAD JR GC<br>1300 CONNECTICUT AVE<br>STE 300<br>WASHINGTON DC 20036 |
| 000004P001-1413S-151<br>INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | 000005P001-1413S-151<br>INTERNAL REVENUE SERVICE<br>2970 MARKET STREET<br>MAIL STOP 5-Q30.133<br>PHILADELPHIA PA 19104-5016 | 000076P001-1413S-151<br>JM PARTNERS LLC<br>JOHN MARSHALL<br>6800 PARAGON PLACE STE 202<br>RICHMOND VA 23230-1656 | 000115P001-1413S-151<br>JOSEPH LUBERTAZZI, ESQ.<br>PETER M. KNOB, ESQ.<br>MCCARTER & ENGLISH<br>100 MULBERRY ST FOUR GATEWAY CENTER<br>NEWARK NJ 07102 |
| 000125P001-1413S-151<br>KIM CHO & LIM LLC<br>JOSHUA S LIM,ESQ<br>460 BERGEN BOULEVARD STE 305<br>PALISADES PARK NJ 07650 | 000079P001-1413S-151<br>KLEHR HARRISON HARVEY BRANZBURG LLP<br>CHARLES A ERCOLE;RONA J ROSEN<br>10000 LINCOLN DRIVE EAST STE 201<br>MARLTON NJ 08053 | 000129P001-1413S-151<br>KML LAW GROUP PC<br>REBECCA A SOLARZ,ESQ<br>216 HADDON AVENUE STE 406<br>WESTMONT NJ 08108 | 000124P001-1413S-151<br>KML LAW GROUP, P.C.<br>KEVIN G. MCDONALD, ESQ.<br>216 HADDON AVE STE 406<br>WESTMONT NJ 08108 |
| 000089P001-1413S-151<br>LANDSTAR TRANSPORTATION LOGISTICS, INC.<br>SPRYTE KIMMEY<br>13410 SUTTON PARK DR S<br>JACKSONVILLE FL 32224 | 000146P001-1413S-151<br>LAW FIRM OF BRIAN W HOFMEISTER LLC<br>BRIAN W HOFMEISTER, ESQ<br>3131 PRINCETON PIKE BUILDING 5,STE 110<br>LAWRENCEVILLE NJ 08648 | 000130P001-1413S-151<br>LAW OFFICES OF KENNETH L BAUM LLC<br>KENNETH L BAUM,ESQ<br>167 MAIN STREET<br>HACKENSACK NJ 07601 | 000112P001-1413S-151<br>LISA BITTLE TANCREDI, ESQ.<br>DAVID FONTANA, ESQ.<br>GEBHARDT & SMITH LLP<br>ONE SOUTH ST, STE 2200<br>BALTIMORE MD 21202-3281 |
| 000086P001-1413S-151<br>LOWENSTEIN SANDLER LLP<br>MARY E SEYMOUR;JOSEPH J DIPASQUALE<br>ONE LOWENSTEIN DRIVE<br>ROSELAND NJ 07068 | 000111P001-1413S-151<br>MARK  LISCIO, ESQ.<br>NEAL MODI, ESQ. / SCOTT TALMADGE, ESQ.<br>FRESHFIELDS BRUCKHAUS DERINGER US LLP<br>601 LEXINGTON AVE, 31ST FL<br>NEW YORK NY 10022 | 000099P001-1413S-151<br>MAYNARD O'CONNOR SMITH & CATALINOTTO LLP<br>JUSTIN W GRAY,ESQ<br>6 TOWER PLACE<br>ALBANY NY 12203 | 000059P001-1413S-151<br>MCCARTER & ENGLISH LLP<br>PETER M KNOB,ESQ<br>FOUR GATEWAY CENTER<br>100 MULBERRY ST<br>NEWARK NJ 07102 |

New England Motor Freight, Inc., et al.
Exhibit Pages

000060P001-1413S-151
MCCARTER & ENGLISH LLP
JOSEPH LUBERTAZZI JR.,ESQ
FOUR GATEWAY CENTER
100 MULBERRY ST
NEWARK NJ 07102

000022P001-1413S-151
MCCARTER & ENGLISH, LLP
PETER KNOB
100 MULBERRY STREET
FOUR GATEWAY CENTER
NEWARK NJ 07102

000069P001-1413S-151
MCELROY DEUTSCH MULVANEY & CARPENTER LLP
VIRGINIA T SHEA,ESQ
1300 MOUNT KEMBLE AVENUE
MORRISTOWN NJ 07962

000070P001-1413S-151
MCELROY DEUTSCH MULVANEY & CARPENTER LLP
GARY D BRESSLER,ESQ
300 DELAWARE AVE STE 770
WILMINGTON DE 19801

000093P002-1413S-151
MCMANIMON, SCOTLAND AND BAUMANN, LLC
ANTHONY SODONO, III; SARI PLACONA
75 LIVINGSTON AVE.,STE 201
ROSELAND NJ 07068

000071P001-1413S-151
MORTON & CRAIG LLC
JOHN R MORTON JR, ESQ
110 MARTER AVE STE 301
MOORESTOWN NJ 08057

000067P001-1413S-151
MYRON SHEVELL
C/O NEW ENGLAND MOTOR FREIGHT INC
ZACHARY W. COHEN
1-71 NORTH AVENUE E
ELIZABETH NJ 07201

000009P002-1413S-151
NEW JERSEY ATTORNEY GENERAL OFFICE
DIVISION OF LAW
RICHARD J. HUGHES JUSTICE COMPLEX
25 MARKET ST
TRENTON NJ 08625-0112

000010P002-1413S-151
NEW JERSEY DIVISION OF TAXATION
COMPLIANCE & ENFORCEMENT UNIT
BANKRUPTCY UNIT
50 BARRACK STREET, 9TH FLOOR
TRENTON NJ 08695-0267

000011P001-1413S-151
NEW JERSEY MOTOR VEHICLE COMMISSION
ADMINISTRATIVE UNIT
225 EAST STATE STREET
TRENTON NJ 08666

000113P001-1413S-151
NORMAN N. KINEL, ESQ.
SQUIRE PATTON BOGGS (US) LLP
30 ROCKEFELLER PLAZA, 23RD FLOOR
NEW YORK NY 10012

000106P001-1413S-151
NORRIS MCLAUGHLIN PA
MORRIS S BAUER,ESQ
400 CROSSING BOULEVARD,8TH FLOOR
BRIDGEWATER NJ 08807

000107P001-1413S-151
NORRIS MCLAUGHLIN PA
CATHERINE L COREY,ESQ
400 CROSSING BOULEVARD, 8TH FLOOR
BRIDGEWATER NJ 08807

000080P001-1413S-151
OFFICE OF UNEMPLOYMENT COMPENSATION TAX SERVICES
DEB SECREST,AUTHORIZED AGENT
PA-DEPT OF LABOR & INDUSTRY
COLLECTIONS SUPPORT UNIT
851 BOAS ST RM 702
HARRISBURG PA 17121

000102P001-1413S-151
PA DEPT OF REVENUE
DENISE A KUHN, SEN DEPUTY ATTORNEY GEN
THE PHOENIX BUILDING
1600 ARCH ST., STE 300
PHILADELPHIA PA 19103

000095P001-1413S-151
PA- DEPT OF ENVIRONMENTAL PROTECTION
BRIAN GLASS, OFFICE OF THE CHIEF COUNSEL
SOUTHEAST REGIONAL COUNSEL
2 EAST MAIN ST
NORRISTOWN PA 19401-4915

000098P001-1413S-151
PRICE MEESE SHULMAN & D'ARMINIO PC
RICK A STEINBERG,ESQ
50 TICE BOULEVARD STE 380
WOODCLIFF LAKE NJ 07677

000066P001-1413S-151
REED SMITH LLP
CHRISTOPHER A. LYNCH
599 LEXINGTON AVE
NEW YORK NY 10022

000096P001-1413S-151
RIKER DANZIG SCHERER HYLAND & PERRETTI LLP
JOSEPH L SCHWARTZ;MICHAEL TRENTIN
HEADQUARTERS PLAZA
ONE SPEEDWELL AVE
MORRISTOWN NJ 07962-1981

000116P001-1413S-151
ROBERT HORNBY, ESQ.
MICHAEL R. CARUSO, ESQ.
CHIESA SHAHINIAN & GIANTOMASI
ONE BOLAND DRIVE
WEST ORANGE NJ 07052

000006P001-1413S-151
SECURITIES EXCHANGE COMMISSION
NEW YORK REGIONAL OFFICE
ATTN: ANDREW CALAMARI, REGIONAL DIRECTOR
BROOKFIELD PLACE
200 VESSEY STREET, SUITE 400
NEW YORK NY 10281-1022

000091P001-1413S-151
SHIPMAN & GOODWIN LLP
ERIC S GOLDSTEIN,ESQ
ONE CONSTITUTIONAL PLAZA
HARTFORD CT 06103

000018P001-1413S-151
SQUIRE PATTON BOGGS
NORMAN N KINEL
30 ROCKEFELLER PLAZA
NEW YORK NY 10112

000094P001-1413S-151
SQUIRE PATTON BOGGS (US) LLP
NORMAN N KINEL
30 ROCKEFELLER PLAZA, 23RD FLOOR
NEW YORK NY 10112

000119P001-1413S-151
STEPHEN B. GROW, ESQ.
WARNER NORCROSS + JUDD LLP
111 LYON ST NW # 900
GRAND RAPIDS MI 49503

000035P002-1413S-151
SUPERIOR DISTRIBUTORS CO, INC
MARLENE; RICHARD KLEIN
4 MIDLAND AVE
ELMWOOD PARK NJ 07407

000128P001-1413S-151
THOMPSON O'BRIEN KEMP & NASUTI PC
ALBERT F NASUTI,ESQ
40 TECHNOLOGY PARKWAY SOUTH, STE 300
PEACHTREE CORNERS GA 30092

000055P001-1413S-151
TROUTMAN SANDERS
LOUIS CURCIO
875 THIRD AVENUE
NEW YORK NY 10022

New England Motor Freight, Inc., et al.

Exhibit Pages

000056P001-1413S-151
TROUTMAN SANDERS
ALISSA PICCIONE
875 THIRD AVENUE
NEW YORK NY 10022

000054P001-1413S-151
TROUTMAN SANDERS LLP
DAVID A PISCIOTTA,ESQ
875 THIRD AVENUE
NEW YORK NY 10022

000064P001-1413S-151
TROUTMAN SANDERS LLP
LOUIS A CURCIO,ESQ
875 THIRD AVE
NEW YORK NY 10022

000092P001-1413S-151
TURNER LAW FIRM LLC
ANDREW R TURNER,ESQ
76 SOUTH ORANGE AVE STE 106
SOUTH ORANGE NJ 07079

000002P001-1413S-151
UNITED STATES ATTORNEY
DISTRICT OF NEW JERSEY
PETER RODINO FEDERAL BUILDING
970 BROAD STREET, SUITE 700
NEWARK NJ 07102

000097P002-1413S-151
UNITED STATES DEPARTMENT OF JUSTICE
PETER J. D'AURIA,ESQ; MITCHELL HAUSMAN
OFFICE OF THE UNITED STATES TRUSTEE
ONE NEWARK CENTER STE 2100
NEWARK NJ 07102

000001P001-1413S-151
UNITED STATES TRUSTEE
ONE NEWARK CENTER, SUITE 2100
1085 RAYMOND BOULEVARD
NEWARK NJ 07102

000105P001-1413S-151
UPDIKE KELLY & SPELLACY PC
EVAN S GOLDSTEIN, ESQ
100 PEARL ST.,17TH FLOOR
P O BOX 231277
HARTFORD CT 06123-1277

000122P001-1413S-151
VIRGINIA T. SHEA, ESQ.
MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
1300 MOUNT KEMBLE AVE
MORRISTOWN NJ 07962

000057P001-1413S-151
WASSERMAN JURISTA & STOLZ PC
DANIEL M STOLZ,ESQ
110 ALLEN ROAD STE 304
BASKING RIDGE NJ 07920

000058P001-1413S-151
WASSERMAN JURISTA & STOLZ PC
DONALD W CLARKE,ESQ
110 ALLEN ROAD STE 304
BASKING RIDGE NJ 07920

000021P003-1413S-151
WHITEFORD TAYLOR PRESTON LLP
PAUL M NUSSBAUM
7 SAINT PAUL STREET
BALTIMORE MD 21202-1636

Records Printed : **96**