# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: ) | |
| ) | |
| NEW ENGLAND MOTOR FREIGHT, INC., ) | NOTICE OF WITHDRAWAL OF CLAIM |
| et al ) | |
| ) | *19-12809* |
| Debtors ) | |

NOTICE IS GIVEN in accordance with Bankruptcy Rule 3006, the undersigned creditor or authorized agent thereof hereby withdraws the following proof of claim filed in this case No 19-12809:

Name of Claimant: Fielding's Oil & Propane, Inc.

Claim No.: 91     Filing Date: March 28, 2019     Amount: $3,396.65

Reason for withdrawal: Creditor filed the claim in error and does not wish to go forward with this account.

Dated: May 1, 2019     Signed: *Caitlin LoCascio-King*

Caitlin LoCascio-King, Esq.
LoCascio-King Law, LLC
P.O. Box 6847
Scarborough, ME 04070
(207) 219-8785
caitlin@locascioking.com

