## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

In re:                                                    )
                                                          )
NEW ENGLAND MOTOR FREIGHT, INC.,    )    **NOTICE OF WITHDRAWAL OF**
et al                                                     )    **CLAIM**
                                                          )
                                                          )    *19-12809*
            Debtors                                   )

NOTICE IS GIVEN in accordance with Bankruptcy Rule 3006, the undersigned creditor or authorized agent thereof hereby withdraws the following proof of claim filed in this case No 19-12809:

Name of Claimant: Fielding's Oil & Propane, Inc.

Claim No.: 92        Filing Date: March 28, 2019        Amount: $6,352.17

Reason for withdrawal: Creditor filed the claim in error and does not wish to go forward with this account.

Dated: May 1, 2019                          Signed: *Caitlin LoCascio-King*

                                            Caitlin LoCascio-King, Esq.
                                            LoCascio-King Law, LLC
                                            P.O. Box 6847
                                            Scarborough, ME 04070
                                            (207) 219-8785
                                            caitlin@locascioking.com

