Douglas T. Tabachnik, Esq.
LAW OFFICES OF DOUGLAS T. TABACHNIK, P.C.
63 West Main Street, Suite C
Freehold, NJ 07728
Tel: 732-780-2760
Fax: 732-780-2761
dtabachnik@dttlaw.com
Counsel for The Rosato Firm, P.C.,
counsel to Rita Alvarado

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In re: | Chapter 11 Case No. 19-12809-JKS |
|---|---|
| New England Motor Freight, Inc. | |
| Debtor. | |

## NOTICE OF CREDITOR RITA ALVARADO'S MOTION FOR AN ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

**PLEASE TAKE NOTICE** that on _____, at 10:00 a.m., or as soon thereafter as counsel may be heard, creditor Rita Alvarado shall move before the Honorable John K. Sherwood, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of New Jersey, Martin Luther King Jr. Building, 50 Walnut Street, Newark, New Jersey 07102, in support of her Motion for an Order Granting Relief from the Automatic Stay and for such other and further relief as the Court deems just and equitable (the "Motion").

---

[1] The Debtors in these Chapter 11 cases and the last four digits of each Debtor's taxpayer identification number as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC (4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMF Logistics, LLC (4666).

**PLEASE TAKE FURTHER NOTICE** that in support of the Motion, Rita Alvarado will rely upon the accompanying Memorandum of Law in Support of the Motion, and the Certification of Rita Alvarado in Support of the Motion, with exhibits annexed thereto.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the relief requested in the Motion shall: (i) be in writing; (ii) state with particularity the basis of the objection; and (iii) be filed with the Clerk of the United States Bankruptcy in accordance with D.N.J. LBR 9013-1.

**PLEASE TAKE FURTHER NOTICE** that unless an objection is timely filed and served, the Motion will be deemed uncontested in accordance with D.N.J. LBR 9013-1(a) and the relief may be granted without a hearing.

**PLEASE TAKE FURTHER NOTICE** that in accordance with D.N.J. LBR 9013-1(b), the undersigned shall request waiver of the stay under Fed. R. Bankr. P. 4001(a)(3).

**PLEASE TAKE FURTHER NOTICE** that an order granting the relief requested herein is submitted herewith and made part of the Motion herein.

Dated: June 14, 2019

LAW OFFICES OF DOUGLAS T. TABACHNIK, P.C.
By:  /s/Douglas T. Tabachnik
Douglas T. Tabachnik
63 West Main Street, Suite C
Freehold, NJ 07728
Tel: 732-780-2760
Fax: 732-780-2761
dtabachnik@dttlaw.com
Counsel to The Rosato Firm, P.C., counsel to Rita Alvarado

2

4842-7494-1591, v. 1