UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

Caption in Compliance with D.N.J. LBR 9004-1(b)

Douglas T. Tabachnik, Esq.
LAW OFFICES OF DOUGLAS T. TABACHNIK,
P.C.
63 West Main Street, Suite C
Freehold, NJ 07728
Tel: 732-780-2760
Fax: 732-780-2761
dtabachnik@dttlaw.com
Counsel for The Rosato Firm, P.C.,
counsel to Rita Alvarado

In Re:

New England Motor Freight, Inc

**FILED**
JEANNE A. NAUGHTON, CLERK

JUN 18 2019

U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY _____ DEPUTY

Case No.: _____19-12809_____

Chapter: _____11_____

Judge: _____John K. Sherwood_____

## ORDER SHORTENING TIME PERIOD FOR NOTICE,
## SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

_____
HONORABLE JOHN K. SHERWOOD
UNITED STATES BANKRUPTCY JUDGE

Dated: June 18, 2019

Rita Alvarado

After review of the application of _____ The Rosato Firm, P.C., counsel to / _____ for the reduction of

time for a hearing on ___Motion for Relief from the Automatic Stay_____

_____ under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on _____ June 25, 2019 _____ at 10:00 a.m. in

the United States Bankruptcy Court, _____ 50 Walnut Street, Newark, New Jersey 07102 _____,

Courtroom No. ___3D___ .

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties:

New England Motor Freight, Inc. (via Gibbons, P.C., its attorneys)_____

_____

by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax,  ☒ overnight mail,  ☐ regular mail,  ☐ email,  ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:

Official Committee of Unsecured Creditors, U.S. Trustee and all parties that filed a notice of appearance

_____

by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax,  ☐ overnight mail,  ☒ regular mail,  ☐ email,  ☐ hand delivery.

4. Service must be made:

☒ on the same day as the date of this order, or

☐ within _____ day(s) of the date of this Order.

5. Notice by telephone:

☐ is not required

☒ must be provided to ___Brett Theisen, Esq., Gibbons, P.C. (counsel for Debtor)___

☒ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

2

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to the motion/application identified above:

    ☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail
    _____ day(s) prior to the scheduled hearing; or

    ☒ may be presented orally at the hearing.

8.  ☒ Court appearances are required to prosecute the motion/application and any objections.

    ☐ Parties may request to appear by phone by contacting Chambers prior to the return date.

*rev.2/1/16*