**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC., *et al.*, | Case No. 19-12809 (JKS) |
| Debtors.[1] | (Jointly Administered) |

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss:
COUNTY OF KINGS      )

I, Edward A. Calderon, declare:

1.  I am over the age of 18 years and not a party to these chapter 11 cases.

2.  I am employed by Donlin, Recano & Company, Inc., ("DRC"), 6201 15th Avenue, Brooklyn, NY 11219.

3.  On the 14th day of June, 2019, at my direction and under my supervision, employees of DRC caused to serve the following documents:

    a)  Debtors' Motion for an Order (I) Establishing a Special Administrative Claims Bar Date for Filing Certain Post-Petition Auto-Related Claims and (II) Approving the Form and Manner of Notice Thereof (Docket No. 667);

    b)  Application for Order Shortening Time (Docket No. 668); and

    c)  Order Shortening Time Period for Notice, Setting Hearing and Limiting Notice (Docket No. 673),

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC (4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMF Logistics, LLC (4666).

NEMF00153

via electronic mail upon the parties as set forth on <u>Exhibit 1</u>, and via First Class U.S. Mail upon the parties as set forth in <u>Exhibit 2</u>, attached hereto.

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 18th day of June, 2019, Brooklyn, New York.

*Edward A. Calderon* (signature)

Edward A. Calderon

Sworn before me this
18th day of June, 2019

*John Burlacu* (signature)

Notary Public

JOHN BURLACU
Notary Public - State of New York
No. 01BU6376078
Qualified in Nassau County
My Comm. Expires June 4, 2022

NEMF00153

# EXHIBIT 1

**New England Motor Freight, Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| PETER.J.D'AURIA@USDOJ.GOV | MITCHELL.B.HAUSMAN@USDOJ.GOV | JDIPASQUALE@LOWENSTEIN.COM | MSEYMOUR@LOWENSTEIN.COM |
| RXZA@ELLIOTTGREENLEAF.COM | JMS@ELLIOTTGREENLEAF.COM | FPERETORE@CSGLAW.COM | MCARUSO@CSGLAW.COM |
| KLUSBY@GEBSMITH.COM | BRODYA@GTLAW.COM | JLUBERTAZZI@MCCARTER.COM | PKNOB@MCCARTER.COM |
| GBRESSLER@MDMC-LAW.COM | VSHEA@MDMC-LAW.COM | ASODONO@MSBNJ.COM | CLYNCH@REEDSMITH.COM |
| ELLIOT.SMITH@SQUIREPB.COM | NORMAN.KINEL@SQUIREPB.COM | DAVID.PISCIOTTA@TROUTMAN.COM | LOUIS.CURCIO@TROUTMAN.COM |
| EGOLDSTEIN@UKS.COM | SGROW@WNJ.COM | DCM@YOSTLAWFIRM.COM | NEAL.MODI@FRESHFIELDS.COM |

Case 19-12809-JKS    Doc 687    Filed 06/19/19    Entered 06/19/19 08:58:31    Desc Main
Document      Page 5 of 9

New England Motor Freight, Inc., et al.
Electronic Mail
Exhibit Pages

Page # : 2 of 3                                                                06/14/2019 12:26:44 PM

| | | | |
|---|---|---|---|
| SCOTT.TALMADGE@FRESHFIELDS.COM | MARK.LISCIO@FRESHFIELDS.COM | MICHAEL.A.FONDACARO@CHASE.COM | 000110P001-1413S-153<br>ALAN J. BRODY, ESQ.<br>GREENBERG TRAURIG, LLP<br>500 CAMPUS DR, STE 400<br>FLORHAM PARK NJ 07932-0677<br>BRODYA@GTLAW.COM |
| 000118P001-1413S-153<br>ANTHONY SODONO, III, ESQ.<br>SARI B. PLACONA MCMANIMON<br>SCOTLAND & BAUMANN<br>75 LIVINGSTON AVE<br>ROSELAND NJ 07068<br>ASODONO@MSBNJ.COM | 000118P001-1413S-153<br>ANTHONY SODONO, III, ESQ.<br>SARI B. PLACONA MCMANIMON<br>SCOTLAND & BAUMANN<br>75 LIVINGSTON AVE<br>ROSELAND NJ 07068<br>SPLACONA@MSBNJ.COM | 000117P001-1413S-153<br>CHRISTOPHER A. LYNCH, ESQ.<br>REED SMITH LLP<br>599 LEXINGTON AVE<br>NEW YORK NY 10022<br>CLYNCH@REEDSMITH.COM | 000123P001-1413S-153<br>DAIMLER TRUST<br>C/O BK SERVICING, LLC<br>ED GEZEL, AGENT<br>PO BOX 131265<br>ROSEVILLE MN 55113-0011<br>notices@bkservicing.com |
| 000114P001-1413S-153<br>DAVID A. PISCIOTTA, ESQ.<br>LOUIS A. CURCIO, ESQ.<br>TROUTMAN SANDERS<br>875 THIRD AVENUE<br>NEW YORK NY 10022<br>DAVID.PISCIOTTA@TROUTMAN.COM | 000114P001-1413S-153<br>DAVID A. PISCIOTTA, ESQ.<br>LOUIS A. CURCIO, ESQ.<br>TROUTMAN SANDERS<br>875 THIRD AVENUE<br>NEW YORK NY 10022<br>LOUIS.CURCIO@TROUTMAN.COM | 000087P003-1413S-153<br>ELLIOT GREENLEAF<br>R X ZAHRALDDIN- ARAVENA;JONATHAN M STEMERMAN<br>SARAH DENIS<br>1105 MARKET ST STE 1700<br>WILMINGTON DE 19801<br>RXZA@ELLIOTTGREENLEAF.COM | 000087P003-1413S-153<br>ELLIOT GREENLEAF<br>R X ZAHRALDDIN- ARAVENA;JONATHAN M STEMERMAN<br>SARAH DENIS<br>1105 MARKET ST STE 1700<br>WILMINGTON DE 19801<br>JMS@ELLIOTTGREENLEAF.COM |
| 000087P003-1413S-153<br>ELLIOT GREENLEAF<br>R X ZAHRALDDIN- ARAVENA;JONATHAN M STEMERMAN<br>SARAH DENIS<br>1105 MARKET ST STE 1700<br>WILMINGTON DE 19801<br>SXD@ELLIOTTGREENLEAF.COM | 000120P001-1413S-153<br>EVAN S. GOLDSTEIN UPDIKE<br>KELLY & SPELLACY, P.C.<br>100 PEARL STREET 17TH FLOOR<br>PO BOX 231277<br>HARTFORD CT 06103<br>EGOLDSTEIN@UKS.COM | 000121P001-1413S-153<br>GARY D. BRESSLER, ESQ.<br>MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP<br>300 DELAWARE AVE, STE 770<br>WILMINGTON DE 19801<br>GBRESSLER@MDMC-LAW.COM | 000115P001-1413S-153<br>JOSEPH LUBERTAZZI, ESQ.<br>PETER M. KNOB, ESQ.<br>MCCARTER & ENGLISH<br>100 MULBERRY ST FOUR GATEWAY CENTER<br>NEWARK NJ 07102<br>PKNOB@MCCARTER.COM |
| 000115P001-1413S-153<br>JOSEPH LUBERTAZZI, ESQ.<br>PETER M. KNOB, ESQ.<br>MCCARTER & ENGLISH<br>100 MULBERRY ST FOUR GATEWAY CENTER<br>NEWARK NJ 07102<br>JLUBERTAZZI@MCCARTER.COM | 000112P001-1413S-153<br>LISA BITTLE TANCREDI, ESQ.<br>DAVID FONTANA, ESQ.<br>GEBHARDT & SMITH LLP<br>ONE SOUTH ST, STE 2200<br>BALTIMORE MD 21202-3281<br>LTANCREDI@GEBSMITH.COM | 000112P001-1413S-153<br>LISA BITTLE TANCREDI, ESQ.<br>DAVID FONTANA, ESQ.<br>GEBHARDT & SMITH LLP<br>ONE SOUTH ST, STE 2200<br>BALTIMORE MD 21202-3281<br>DFONT@GEBSMITH.COM | 000086P001-1413S-153<br>LOWENSTEIN SANDLER LLP<br>MARY E SEYMOUR;JOSEPH J DIPASQUALE<br>ONE LOWENSTEIN DRIVE<br>ROSELAND NJ 07068<br>MSEYMOUR@LOWENSTEIN.COM |
| 000086P001-1413S-153<br>LOWENSTEIN SANDLER LLP<br>MARY E SEYMOUR;JOSEPH J DIPASQUALE<br>ONE LOWENSTEIN DRIVE<br>ROSELAND NJ 07068<br>JDIPASQUALE@LOWENSTEIN.COM | 000111P001-1413S-153<br>MARK  LISCIO, ESQ.<br>NEAL MODI, ESQ. / SCOTT TALMADGE, ESQ.<br>FRESHFIELDS BRUCKHAUS DERINGER US LLP<br>601 LEXINGTON AVE, 31ST FL<br>NEW YORK NY 10022<br>MARK.LISCIO@FRESHFIELDS.COM | 000111P001-1413S-153<br>MARK  LISCIO, ESQ.<br>NEAL MODI, ESQ. / SCOTT TALMADGE, ESQ.<br>FRESHFIELDS BRUCKHAUS DERINGER US LLP<br>601 LEXINGTON AVE, 31ST FL<br>NEW YORK NY 10022<br>NEAL.MODI@FRESHFIELDS.COM | 000111P001-1413S-153<br>MARK  LISCIO, ESQ.<br>NEAL MODI, ESQ. / SCOTT TALMADGE, ESQ.<br>FRESHFIELDS BRUCKHAUS DERINGER US LLP<br>601 LEXINGTON AVE, 31ST FL<br>NEW YORK NY 10022<br>SCOTT.TALMADGE@FRESHFIELDS.COM |

**New England Motor Freight, Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

Page # : 3 of 3                                                                                                                          06/14/2019 12:26:44 PM

| | | | |
|---|---|---|---|
| 000113P001-1413S-153<br>NORMAN N. KINEL, ESQ.<br>SQUIRE PATTON BOGGS (US) LLP<br>30 ROCKEFELLER PLAZA, 23RD FLOOR<br>NEW YORK NY 10012<br>NORMAN.KINEL@SQUIREPB.COM | 000116P001-1413S-153<br>ROBERT HORNBY, ESQ.<br>MICHAEL R. CARUSO, ESQ.<br>CHIESA SHAHINIAN & GIANTOMASI<br>ONE BOLAND DRIVE<br>WEST ORANGE NJ 07052<br>RHORNBY@CSGLAW.COM | 000116P001-1413S-153<br>ROBERT HORNBY, ESQ.<br>MICHAEL R. CARUSO, ESQ.<br>CHIESA SHAHINIAN & GIANTOMASI<br>ONE BOLAND DRIVE<br>WEST ORANGE NJ 07052<br>MCARUSO@CSGLAW.COM | 000119P001-1413S-153<br>STEPHEN B. GROW, ESQ.<br>WARNER NORCROSS + JUDD LLP<br>111 LYON ST NW # 900<br>GRAND RAPIDS MI 49503<br>SGROW@WNJ.COM |
| 000001P001-1413S-153<br>UNITED STATES TRUSTEE<br>ONE NEWARK CENTER, SUITE 2100<br>1085 RAYMOND BOULEVARD<br>NEWARK NJ 07102<br>jeffrey.m.sponder@usdoj.gov | 000001P001-1413S-153<br>UNITED STATES TRUSTEE<br>ONE NEWARK CENTER, SUITE 2100<br>1085 RAYMOND BOULEVARD<br>NEWARK NJ 07102<br>Mitchell.B.Hausman@usdoj.gov | 000001P001-1413S-153<br>UNITED STATES TRUSTEE<br>ONE NEWARK CENTER, SUITE 2100<br>1085 RAYMOND BOULEVARD<br>NEWARK NJ 07102<br>Peter.J.D'Auria@usdoj.gov | 000122P001-1413S-153<br>VIRGINIA T. SHEA, ESQ.<br>MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP<br>1300 MOUNT KEMBLE AVE<br>MORRISTOWN NJ 07962<br>VSHEA@MDMC-LAW.COM |

Records Printed :   **56**

# EXHIBIT 2

# New England Motor Freight, Inc., et al.
## Exhibit Pages

Page # : 1 of 2                                                                                                         06/14/2019 12:26:27 PM

| | | | |
|---|---|---|---|
| 000088P001-1413S-153<br>AAA COOPER TRANSPORTATION<br>TIFFANY ENGELHUBER<br>1751 KINSEY ROAD<br>DOTHAN AL 36303 | 000110P001-1413S-153<br>ALAN J. BRODY, ESQ.<br>GREENBERG TRAURIG, LLP<br>500 CAMPUS DR, STE 400<br>FLORHAM PARK NJ 07932-0677 | 000118P001-1413S-153<br>ANTHONY SODONO, III, ESQ.<br>SARI B. PLACONA MCMANIMON<br>SCOTLAND & BAUMANN<br>75 LIVINGSTON AVE<br>ROSELAND NJ 07068 | 000117P001-1413S-153<br>CHRISTOPHER A. LYNCH, ESQ.<br>REED SMITH LLP<br>599 LEXINGTON AVE<br>NEW YORK NY 10022 |
| 044334P001-1413A-153<br>CORP OF G<br>983 NORTHERN BLVD<br>MANHASSET NY 11030 | 044332P001-1413A-153<br>CORPORATE CLAIMS MGMT<br>SUBROGEE FOR PANASONIC CORP<br>TWO RIVER FRONT PLZ<br>NEWARK NJ 07102 | 000123P001-1413S-153<br>DAIMLER TRUST<br>C/O BK SERVICING, LLC<br>ED GEZEL, AGENT<br>PO BOX 131265<br>ROSEVILLE MN 55113-0011 | 000114P001-1413S-153<br>DAVID A. PISCIOTTA, ESQ.<br>LOUIS A. CURCIO, ESQ.<br>TROUTMAN SANDERS<br>875 THIRD AVENUE<br>NEW YORK NY 10022 |
| 044327P001-1413A-153<br>DDP GROUP INC<br>20 CONCHESTER RD<br>GLEN MILLS PA 19342 | 000087P003-1413S-153<br>ELLIOT GREENLEAF<br>R X ZAHRALDDIN- ARAVENA;JONATHAN M STEMERMAN<br>SARAH DENIS<br>1105 MARKET ST STE 1700<br>WILMINGTON DE 19801 | 044338P001-1413A-153<br>ENCOMPASS HOME AND AUTO<br>SUBROGEE FOR JERRY BERGER<br>PO BOX 660187<br>DALLAS TX 75266 | 000120P001-1413S-153<br>EVAN S. GOLDSTEIN UPDIKE<br>KELLY & SPELLACY, P.C.<br>100 PEARL STREET 17TH FLOOR<br>PO BOX 231277<br>HARTFORD CT 06103 |
| 044322P001-1413A-153<br>BRYAN FINLAY<br>1300 MIDLAND AVE C27<br>YONKERS NY 10704 | 000121P001-1413S-153<br>GARY D. BRESSLER, ESQ.<br>MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP<br>300 DELAWARE AVE, STE 770<br>WILMINGTON DE 19801 | 044333P001-1413A-153<br>GEICO SUBROGEE FOR JENNIFER JORDAN<br>PO BOX 9111<br>MACON GA 31208 | 044323P001-1413A-153<br>ANDREW GEIGAN<br>387 INNER CIRCLE DR<br>BOLINGBROOK IL 60490 |
| 000090P001-1413S-153<br>GUTTMAN OIL CO.<br>GREGORY J. CREIGHAN<br>200 SPEERS STREET<br>BELLE VERNON PA 15012 | 000115P001-1413S-153<br>JOSEPH LUBERTAZZI, ESQ.<br>PETER M. KNOB, ESQ.<br>MCCARTER & ENGLISH<br>100 MULBERRY ST FOUR GATEWAY CENTER<br>NEWARK NJ 07102 | 044325P001-1413A-153<br>JRL TRANSPORTATION<br>40 MAPLE ST<br>THOMPSON CT 06277 | 044308P001-1413A-153<br>WAYNE KING<br>5505 IRVING ST<br>PHILADELPHIA PA 19139 |
| 000089P001-1413S-153<br>LANDSTAR TRANSPORTATION LOGISTICS, INC.<br>SPRYTE KIMMEY<br>13410 SUTTON PARK DR S<br>JACKSONVILLE FL 32224 | 044336P001-1413A-153<br>JASON LAUREYS<br>906 ADAMS AVE<br>WAUCONDA IL 60084 | 044321P001-1413A-153<br>LCPL OSBRANY TRUCKING LLC<br>290 BELLEVIEW PIKE<br>N. ARLINGTON NJ 07031 | 000112P001-1413S-153<br>LISA BITTLE TANCREDI, ESQ.<br>DAVID FONTANA, ESQ.<br>GEBHARDT & SMITH LLP<br>ONE SOUTH ST, STE 2200<br>BALTIMORE MD 21202-3281 |
| 000086P001-1413S-153<br>LOWENSTEIN SANDLER LLP<br>MARY E SEYMOUR;JOSEPH J DIPASQUALE<br>ONE LOWENSTEIN DRIVE<br>ROSELAND NJ 07068 | 000111P001-1413S-153<br>MARK LISCIO, ESQ.<br>NEAL MODI, ESQ. / SCOTT TALMADGE, ESQ.<br>FRESHFIELDS BRUCKHAUS DERINGER US LLP<br>601 LEXINGTON AVE, 31ST FL<br>NEW YORK NY 10022 | 044310P002-1413A-153<br>ROLANDO MORALES<br>BEACH STREET<br>PORT CHESTER NY 10573 | 000113P001-1413S-153<br>NORMAN N. KINEL, ESQ.<br>SQUIRE PATTON BOGGS (US) LLP<br>30 ROCKEFELLER PLAZA, 23RD FLOOR<br>NEW YORK NY 10012 |

**New England Motor Freight, Inc., et al.**
**Exhibit Pages**

Page # : 2 of 2                                                                                                    06/14/2019  12:26:27 PM

| | | | |
|---|---|---|---|
| 044311P002-1413A-153<br>LUIS A ORTEGA<br>534 138TH STREET APT 303<br>BRONX NY 10454 | 044324P001-1413A-153<br>P&S TRANSPORTATION<br>RISK MANAGEMENT<br>1927 1ST AVE NORTH<br>STE 201<br>BIRMINGHAM AL 35205 | 044337P001-1413A-153<br>PHILADELPHIA INS COMMISSION<br>SUBROGEE FOR CATHOLIC HEALTH SYSTEM<br>PO BOX 950<br>BALA CYNWD PA 19004 | 044335P001-1413A-153<br>RACHEL PLATZ<br>197 EUSTON RD<br>GARDEN CITY NY 11530 |
| 044318P001-1413A-153<br>PONTIA DIXON JOHN PARKER AND MG<br>GEICO<br>PO BOX 9515<br>FREDERICKSBURG VA 22403 | 044319P001-1413A-153<br>PONTIA DIXON JOHN PARKER AND MG<br>LOWENTHAL & ABRAMS PC<br>555 CITY LINE AVE<br>STE 500<br>BALA CYNWYD PA 19004 | 000116P001-1413S-153<br>ROBERT HORNBY, ESQ.<br>MICHAEL R. CARUSO, ESQ.<br>CHIESA SHAHINIAN & GIANTOMASI<br>ONE BOLAND DRIVE<br>WEST ORANGE NJ 07052 | 044431P001-1413A-153<br>STATE FARM SUBROGEE JASON LAUREYS<br>P O BOX 106172<br>ATLANTA GA 30348-6172 |
| 044430P001-1413A-153<br>STATE FARM SUBROGEE OF BRYAN FINLEY<br>P O BOX 106172<br>ATLANTA GA 30348-6172 | 000119P001-1413S-153<br>STEPHEN B. GROW, ESQ.<br>WARNER NORCROSS + JUDD LLP<br>111 LYON ST NW # 900<br>GRAND RAPIDS MI 49503 | 000001P001-1413S-153<br>UNITED STATES TRUSTEE<br>ONE NEWARK CENTER, SUITE 2100<br>1085 RAYMOND BOULEVARD<br>NEWARK NJ 07102 | 044312P001-1413A-153<br>UTICA NATIONAL INS CO<br>SUBROGEE FOR HIGGINS MECHANICAL<br>PO BOX 5310<br>BINGHAMTON NY 13902 |
| 000122P001-1413S-153<br>VIRGINIA T. SHEA, ESQ.<br>MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP<br>1300 MOUNT KEMBLE AVE<br>MORRISTOWN NJ 07962 | 044326P001-1413A-153<br>WESTERN MAIN SUPPLY<br>33 CROSS ST<br>BETHEL ME 04217 | 044320P001-1413A-153<br>ACOSTA PENNA WILSON<br>290 BELLEVILLE PIKE<br>N. ARLINGTON NJ 07031 | |

Records Printed :    43