UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**LOWENSTEIN SANDLER LLP**
Joseph J. DiPasquale, Esq.
Mary E. Seymour, Esq.
John P. Schneider, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400
mseymour@lowenstein.com
jdipasquale@lowenstein.com
jschneider@lowenstein.com

- and-

**ELLIOTT GREENLEAF, P.C.**
Rafael X. Zahralddin-Aravena, Esq.
Jonathan M. Stemerman, Esq.
Shelley A. Kinsella, Esq.
1105 Market Street, Suite 1700
Wilmington, DE 19801
Telephone: (302) 384-9400
Facsimile: (302) 384-9399
rxza@elliottgreenleaf.com
jms@elliottgreenleaf.com
sak@elliottgreenleaf.com
*Co-Counsel to the Official Committee of Unsecured Creditors*

**Order Filed on June 18, 2019 by
Clerk U.S. Bankruptcy Court
District of New Jersey**

In re:

New England Motor Freight, Inc., *et al.*,[1]

Debtors.

Case No. 19-12809 (JKS)

Chapter 11

Hon. John K. Sherwood, U.S.B.J.

## STIPULATION AND CONSENT ORDER AMENDING NEMF SALE ORDER

The relief set forth on the following pages, numbered two (2) through four (4), is hereby

**ORDERED.**
**DATED: June 18, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

---

[1] The Debtors in these Chapter 11 cases and the last four digits
New England Motor Freight, Inc. (7697); Eastern Freight
Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier
Hollywood Avenue Solar, LLC (2206); United Express Solar, LL

39197596v2

Case 19-12809-JKS    Doc 688    Filed 06/18/19    Entered 06/19/19 09:37:52    Desc Main
Document    Page 2 of 5
Page 2 of 5
Case No. 19-12809 (JKS)
Debtors: New England Motor Freight, Inc., *et al.*
Caption: Stipulation and Consent Order Amending NEMF Sale Order

New England Motor Freight, Inc. ("NEMF"), and its affiliated debtors, as debtors and debtors in possession (collectively, the "Debtors") in the above-captioned Chapter 11 bankruptcy cases, the Official Committee of Unsecured Creditors (the "Committee") appointed in the Chapter 11 bankruptcy cases of the above-captioned Debtors, and the Secured Lenders,[2] by and through their undersigned counsel, hereby stipulate and agree as follows (the "Stipulation"):[3]

1. The June 17, 2019 Objection deadline set forth in paragraph 12(h) of the *Order (A) Authorizing the Debtors to Sell at Auction Substantially all of Debtor NEMF's Personal Property Assets Free and Clear of all Liens, Claims, Interests, and Encumbrances, (B) Approving Auction Procedures Relating to such Auction Sales, and (C) Granting Related Relief* (the "NEMF Sale Order"),[4] shall be extended through and until August 9, 2019.

2. Nothing contained in this Stipulation shall in any other way alter or affect any other term or provision of the NEMF Sale Order or otherwise affect the rights of any party hereto.

---

[2] The Secured Lenders include the following creditors in these Chapter 11 bankruptcy cases: (i) Capital One Bank, N.A.; (ii) JPMorgan Chase, N.A.; (iii) MBFS USA LLC/Daimler AG; (iv) East West Bank; (v) Fifth Third Bank; (vi) Santander Bank, N.A.; (vii) TD Bank, N.A.; (viii) VFS US LLC; (ix) Webster Capital Finance, Inc.; and (x) Wells Fargo Equipment Finance, Inc.
[3] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Sale Order.
[4] [ECF No. 434].

Case 19-12809-JKS    Doc 688    Filed 06/18/19    Entered 06/19/19 09:37:52    Desc Main
Document    Page 3 of 5

Page 3 of 5
Case No. 19-12809 (JKS)
Debtors: New England Motor Freight, Inc., *et al.*
Caption: Stipulation and Consent Order Amending NEMF Sale Order

**STIPULATED AND AGREED TO BY:**

**GIBBONS P.C.**

*/s/ Lawrence Goldman*
Karen A. Giannelli, Esq.
Mark B. Conlan, Esq.
Brett S. Theisen, Esq.
Lawrence A. Goldman, Esq.
One Gateway Center
Newark, NJ 07102
kgiannelli@gibbonslaw.com
mconlan@gibbonslaw.com
btheisen@gibbonslaw.com
lgoldman@gibbonslaw.com

*Counsel to the Debtors*

| **LOWENSTEIN SANDLER LLP** | **ELLIOTT GREENLEAF, P.C.** |
|---|---|
| */s/ Joseph DiPasquale* | |
| Joseph J. DiPasquale, Esq. | Rafael X. Zahralddin-Aravena, Esq. |
| Mary E. Seymour, Esq. | Jonathan M. Stemerman, Esq. |
| John P. Schneider, Esq. | Shelley A. Kinsella, Esq. |
| One Lowenstein Drive | 1105 Market Street, Suite 1700 |
| Roseland, NJ 07068       -and- | Wilmington, DE 19801 |
| mseymour@lowenstein.com | rxza@elliottgreenleaf.com |
| jdipasquale@lowenstein.com | jms@elliottgreenleaf.com |
| jschneider@lowenstein.com | sak@elliottgreenleaf.com |

*Co-Counsel to the Official Committee
of Unsecured Creditors*

| **MCCARTER & ENGLISH, LLP** | **GREENBERG TAURIG LLP** |
|---|---|
| */s/ Peter Knob* | */s/ Alan Brody* |
| Peter Knob, Esq. | Alan Brody, Esq. |
| Four Gateway Center | 500 Campus Drive |
| 100 Mulberry Street | Suite 400 |
| Newark, NJ 07102 | Florham Park, NJ 07932 |
| pknob@mccarter.com | brodya@gtlaw.com |
| *Counsel to Capital One Bank, N.A.* | *Counsel to JPMorgan Chase, N.A.* |

Case No. 19-12809 (JKS)
Debtors: New England Motor Freight, Inc., *et al.*
Caption: Stipulation and Consent Order Amending NEMF Sale Order

**MCMANIMON, SCOTLAND
& BAUMANN, LLC**

*/s/ Sari Placona*
Anthony Sodono, Esq.
Sari B. Placona, Esq.
75 Livingston Avenue
100 Mulberry Street
Roseland, NJ 07068
asodono@msbnj.com
splacona@msbnj.com
*Counsel to MBFS USA LLC/
Daimler AG*

**SQUIRE PATTON BOGGS (US) LLP**

*/s/ Norman Kinel*
Norman Kinel, Esq.
30 Rockefeller Plaza
23rd Floor
New York, NY 10112
norman.kinel@squirepb.com
*Counsel to East West Bank*

**REED SMITH LLP**

*/s/ Christopher Lynch*
Christopher Lynch, Esq.
599 Lexington Avenue
New York, NY 10022
clynch@reedsmith.com
*Counsel to Fifth Third Bank*

**TROUTMAN SANDERS LLP**

*/s/ David Pisciotta*
David Pisciotta, Esq.
875 Third Avenue
New York, NY 10022
david.pisciotta@troutman.com
*Counsel to Santander Bank, N.A.*

**GEBHARDT & SMITH LLP**

*/s/ Lisa Tancredi*
Lisa Tancredi, Esq.
One South Street
Suite 2200
Baltimore, MD 21202
ltancredi@gebsmith.com
*Counsel to TD Bank, N.A.*

**MCELROY DEUTSCH MULVANEY
& CARPENTER, LLP**

*/s/ Virginia Shea*
Gary Bressler, Esq.
Virginia Shea, Esq.
1300 Mount Kemble Ave.
Morristown, NJ 07962
gbressler@mdmc.com
vshea@mdmc.com
*Counsel to VFS US LLC*

39197596v2

Case 19-12809-JKS    Doc 688    Filed 06/18/19    Entered 06/19/19 09:37:52    Desc Main
Document    Page 5 of 5

Page 5 of 5
Case No. 19-12809 (JKS)
Debtors: New England Motor Freight, Inc., *et al.*
Caption: Stipulation and Consent Order Amending NEMF Sale Order

| **UPDIKE, KELLY & SPELLACY, P.C.** | **CHIESA SHAHNIAN & GIANTOMASI PC** |
|---|---|
| */s/ Evan Goldstein* | */s/ Michael Caruso* |
| Evan Goldstein, Esq. | Michael Caruso, Esq. |
| 100 Pearl Street | One Boland Drive |
| 17th Floor | West Orange, NJ 07052 |
| Hartford, CT 06103 | mcaruso@csglaw.com |
| egoldstein@uks.com | *Counsel to Wells Fargo* |
| *Counsel to Webster Capital Finance, Inc.* | *Equipment Finance, Inc.* |