Order Filed on June 20, 2019 by
Clerk U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J.LBR 9004-2(c)

A. ATKINS APPRAISAL CORPORATION
122 Clinton Road,
Fairfield, New Jersey 07004
(973) 227-1900

In Re:

NEW ENGLAND MOTOR FREIGHT, INC. et al.,

Debtor.

Case No.: 19-12809

Judge: JKS

Chapter: 11

## ORDER GRANTING ALLOWANCES

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: June 20, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

(Page 2)

| | |
|---|---|
| Debtor: | NEW ENGLAND MOTOR FREIGHT, INC., et al., |
| Case No.: | 19-12809/JKS |
| Caption of Order: | Order Granting Allowances |

The Court finds that the persons named below filed applications for allowances: notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good shown,

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSIONS/FEES | EXPENSES |
|---|---|---|
| A. Atkins Appraisal Corp. | $ 5,000.00 | |