# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC., *et al.*, | Case No. 19-12809 (JKS) |
| | (Jointly Administered) |
| Debtors.[1] | |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
                   )  ss:
COUNTY OF KINGS    )

I, Winnie Yeung, declare:

1. I am over the age of 18 years and not a party to these chapter 11 cases.

2. I am employed by Donlin, Recano & Company, Inc., ("DRC"), 6201 15th Avenue, Brooklyn, NY 11219.

3. On the 26th day of June, 2019, at my direction and under my supervision, employees of DRC caused to serve the Notice of Special Administrative Claims Bar Date for Post-Petition Auto-Liability Claims, a sample of which is attached hereto as Exhibit 1, and the Request for Payment of Post-Petition Auto-Liability Claim as indicated on Exhibit 2 via First Class US Mail upon the parties as set forth on Exhibit 3, attached hereto.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC (4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMF Logistics, LLC (4666).

NEMF00159

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 1st day of July, 2019, Brooklyn, New York.

_____
Winnie Yeung

Sworn before me this
1st day of July, 2019

_____
Notary Public

SUNG JAE KIM
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01KI6211176
COMM. EXP. September 14, 2021

NEMF00159

.

# EXHIBIT 1

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC., et al.,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 19-12809 (JKS)<br><br>(Jointly Administered) |

**NOTICE OF SPECIAL ADMINISTRATIVE CLAIMS BAR DATE**
**FOR POST-PETITION AUTO-LIABILITY CLAIMS**

**TO HOLDERS OF CERTAIN AUTO-LIABILITY CLAIMS ARISING ON OR AFTER FEBRUARY 11, 2019 THROUGH APRIL 9, 2019 AGAINST THE ABOVE-CAPTIONED DEBTORS:**

> **Questions concerning the contents of this Notice and requests for additional Proof of Claim forms should be directed to Donlin, Recano & Company, Inc. ("DRC"), the Debtors' claims and noticing agent toll free at (866) 721-1211 or nemfinfo@donlinrecano.com.**

**A holder of a possible administrative claim against the Debtors should consult an attorney regarding any matters not covered by this notice, such as whether the holder should file a proof of claim form.**

On      June 26     , 2019 the United States Bankruptcy Court for the District of New Jersey (the "Bankruptcy Court") entered an order (Docket No. 700 )   (the   "Special Administrative Claims Bar Date Order") establishing   **August 12**  **, 2019 at 5:00 p.m. (Prevailing Eastern Time)** (the "Special Administrative Claims Bar Date") as the last date for all persons or entities (including, without limitation, individuals, partnerships, corporations, joint ventures and trusts) holding a Post-Petition Auto Liability Claim (as defined below) against the Debtors to file a proof of claim form (included with this Notice) against the Debtors asserting such Post-Petition Auto Liability Claim.

For purposes of this Notice, the term "Post-Petition Auto Liability Claim" shall mean any claims arising on or after February 11, 2019 (the "Petition Date") through and including April 9, 2019

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC (4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMF Logistics, LLC (4666).

against the Debtors and their estates relating to or arising out of the Debtors' trucking and transportation operations, including, but not limited to: (i) personal injuries (including death and damages to property and/or environment); (ii) losses or asserted damages to property or others accepted for transportation by the Debtors pursuant to a bill of lading, shipping contract, shipping receipt or transportation agreement; and (iii) any and all claims caused by operations of a motor vehicle owned and/or operated by the Debtors, including truck, trailer or semi–trailer designed for use on public roads and used in the Debtors trucking and transportation operations.

The Special Administrative Claims Bar Date, and the procedures set forth below for filing proofs of claim, apply to all Post-Petition Auto Liability Claims against Debtors except for those claims listed in Section C below that are specifically excluded from the Special Administrative Claims Bar Date filing requirement.

This Notice is only a summary of the Special Administrative Claims Bar Date Order. All parties in interest should carefully review the Special Administrative Claims Bar Date Order itself and the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure and the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of New Jersey for additional information regarding the filing and treatment of Administrative Claims in the Debtors' chapter 11 cases.

## FILING CLAIMS

**A.** **What to File**

Enclosed with this Notice is a proof of claim form. Additionally, a blank proof of claim form may be downloaded at https://www.donlinrecano.com/Clients/nemf/Index.

All parties must **sign** and **date** proof of claim forms. All proof of claim forms must be **signed** by the claimant, or if the claimant is not an individual, by the claimant's authorized agent. In addition, the proof of claim form must be written in English and denominated in United States Dollars. You should attach to your completed proof of claim form any documents on which the claim is based (or, if such documents are voluminous, include a summary) or an explanation as to why the documents are not available.

**B.** **When and Where to File the Proof of Claim Form**

All proofs of claim must be filed so as to be received **on or before the Special Administrative Claims Bar Date**. All original proofs of claim must be received on or before the Special Administrative Claims Bar Date either (i) electronically with DRC via the interface available on DRC's website at https://www.donlinrecano.com/Clients/nemf/FileAdmExpenseClaim or (ii) via U.S. Mail or other hand delivery method to the following address:

**If Proof of Claim is sent by mail, send to:**

Donlin, Recano & Company, Inc.
Re: New England Motor Freight, Inc., et al.
P.O. Box 199043

2736340.1 115719-100281

Blythebourne Station
Brooklyn, NY 11219

**If Proof of Claim is sent by Overnight Courier or Hand Delivery, send to:**

Donlin, Recano & Company, Inc.
Re: New England Motor Freight, Inc., et al.
6201 15th Avenue
Brooklyn, NY 11219

Proofs of claim shall be deemed filed only when **actually received** by DRC on or before the Special Administrative Claims Bar Date. **Proofs of claim may NOT be delivered by facsimile, telecopy or electronic mail transmission**. Any facsimile, telecopy or electronic mail submissions shall not be accepted and shall not be deemed filed until a proof of claim form is submitted by one of the methods described above.

**C.    Who Need Not File a Proof of Claim Form**

The Special Administrative Claims Bar Date Order provides that the Special Administrative Claims Bar Date will **not** apply to the following claims:

(a)    Any Administrative Claim[2] that is not a Post-Petition Auto Liability Claim;

(b)    any Post-Petition Auto Liability Claim that (i) has been previously paid by the Debtors in the ordinary course of business or (ii) has otherwise been satisfied;

(c)    Claims by a Debtor in these Cases against another Debtor;

(d)    any Post-Petition Auto Liability Claim of a party that has already properly filed a Proof of Claim with respect to such Post-Petition Auto Liability Claim;

(e)    Post-Petition Auto Liability Claims that have been allowed by a prior order of the Court; and

(f)    Post-Petition Auto Liability Claims held by a person, entity or governmental unit that are incurred on or after April 10, 2019.

---

[2] The term "***Administrative Claim***" shall mean, as to or against the Debtors and in accordance with section 101(5) of the Bankruptcy Code: (a) any right to payment, whether or not such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, legal, equitable, secured, or unsecured; or (b) any right to an equitable remedy for breach of performance if such breach gives rise to a right to payment, whether or not such right to an equitable remedy is reduced to judgment, fixed, contingent, matured, unmatured, disputed, undisputed, secured, or unsecured; provided that such right to payment (x) arises under section 503(b) of the Bankruptcy Code and (y) first arose on or after the Petition Date. For the avoidance of doubt, nothing in this Motion shall extend the deadline established by the General Bar Date Order for any party with an administrative expense claim arising under section 503(b)(9) of the Bankruptcy Code for goods delivered and received by the Debtors in the twenty days prior to the Petition Date to file such claims against the Debtors.

**A CLAIMANT SHOULD CONSULT HIS OR HER ATTORNEY IF THE CLAIMANT HAS ANY QUESTIONS, INCLUDING WHETHER SUCH CLAIMANT SHOULD FILE A REQUEST FOR PAYMENT. NEITHER THE DEBTORS' ATTORNEYS, NOR DONLIN RECANO, NOR THE CLERK OF THE COURT CAN ADVISE THE CLAIMANT WHETHER THE CLAIMANT SHOULD FILE A REQUEST FOR PAYMENT.**

For the avoidance of doubt, nothing in the Special Administrative Claims Bar Date Order or this Notice shall extend the deadline established by the General Bar Date Order for any party with an administrative expense claim arising under section 503(b)(9) of the Bankruptcy Code for goods delivered and received by the Debtors in the twenty days prior to the Petition Date, to file such claims against the Debtors.

This Notice is being forwarded to numerous persons and entities that have had some relationship with or have done business with the Debtors, but may not have an unpaid claim against the Debtors. **The fact that you have received this Notice does not mean that you have a claim, or that the Bankruptcy Court or the Debtors believe that you have a claim, against the Debtors.**

D.  **Consequences for Failing to Timely File a Proof of Claim Form by the Special Administrative Claims Bar Date**

*ENTITIES THAT ARE NOT EXCEPTED FROM THE REQUIREMENTS OF THE SPECIAL ADMINISTRATIVE CLAIMS BAR DATE ORDER, AS SET FORTH IN SECTION C ABOVE, AND THAT FAIL TO PROPERLY FILE A PROOF OF CLAIM FORM, SHALL BE FOREVER BARRED FROM:*

*a.  ASSERTING SUCH POST-PETITION AUTO LIABILITY CLAIM AGAINST THE DEBTORS AND THEIR ESTATES;*

*b.  ASSERTING ANY CLAIM THAT IS OF A DIFFERENT NATURE OR CLASSIFICATION ON ACCOUNT OF SUCH POST-PETITION AUTO LIABILITY CLAIM; AND*

*c.  PARTICIPATING IN ANY DISTRIBUTION MADE IN THE DEBTORS' CHAPTER 11 CASES ON ACCOUNT OF SUCH POST-PETITION AUTO LIABILITY CLAIM.*

E.  **Reservation of Rights**

The Debtors shall retain the right to: (i) dispute, or assert offsets or defenses against, any filed proofs of claim, or any Post-Petition Auto Liability Claim, whether or not listed or reflected in the Schedules, as to nature, amount liability, classification or otherwise; (ii) subsequently designate any scheduled Post-Petition Auto Liability Claim as disputed, contingent or unliquidated (or any combination thereof); and (iii) otherwise amend or supplement the Schedules. Notwithstanding the foregoing, nothing contained herein shall preclude the Debtors from objecting to any Post-Petition Auto Liability Claim, whether scheduled or filed, on any grounds.

**F.      Additional Information**

Copies of the Special Administrative Claims Bar Date Order are available free of charge at  https://www.donlinrecano.com/Clients/nemf/Index. If you require additional information regarding the filing of a Post-Petition Auto Liability Claim, you may contact DRC at (866) 721-1211. **Please note that DRC's staff is not permitted to give legal advice. You should consult with your own attorney for assistance regarding any other inquiries, such as questions concerning the completion or filing of a Proof of Claim.**

Dated: June 26, 2019

                                     **GIBBONS P.C.**

                              By:  /s/ *Karen A. Giannelli*
                                  Karen A. Giannelli, Esq.
                                  Mark B. Conlan, Esq.
                                  Brett S. Theisen, Esq.
                                  One Gateway Center
                                  Newark, New Jersey  07102
                                  Telephone:  (973) 596-4500
                                  Facsimile:   (973) 596-0545
                                  E-mail:   kgiannelli@gibbonslaw.com
                                                mconlan@gibbonslaw.com
                                                btheisen@gibbonslaw.com

                                  *Counsel to the Debtors and Debtors-in-Possession*

# EXHIBIT 2

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC., *et al.*, | Case No. 19-12809 (JKS) |
| Debtors.[1] | (Jointly Administered) |

**REQUEST FOR PAYMENT OF POST-PETITION AUTO-LIABILITY CLAIM**

> **THIS FORM TO BE USED ONLY FOR CERTAIN ADMINISTRATIVE EXPENSE CLAIMS RELATED TO AUTOMOBILE ACCIDENTS INVOLVING THE DEBTORS (A "POST-PETITION AUTO-LIABILTY CLAIM")[2] OCCURING ON OR AFTER FEBRUARY 11, 2019 THROUGH APRIL 9, 2019.
> FOR CLAIMS ARISING BEFORE FEBRUARY 11, 2019 (AND FOR SECTION 503(B)(9) CLAIMS), USE THE GENERAL PROOF OF CLAIM FORM**

1. Name of claimant: _____

2. Name of Debtor claim asserted against (**check only one per claim form**):

   _____ New England Motor Freight, Inc.
   (Case No. 19-12809)

   _____ Eastern Freight Ways, Inc.
   (Case No. 19-12812)

   _____ Apex Logistics, Inc.
   (Case No. 19-12815)

   _____ Hollywood Avenue Solar, LLC
   (Case No. 19-12818)

   _____ Jans Leasing Corp.
   (Case No. 19-12824)

   _____ NEMF World Transport, Inc.
   (Case No. 19-12826)

   _____ Mylar, LLC
   (Case No. 19-12827)

   _____ MyJon, LLC
   (Case No. 19-12828)

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC (4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMF Logistics, LLC (4666).

[2] "Post-Petition Auto Liability Claim" shall mean any claims arising on or after February 11, 2019 (the "Petition Date") through and including April 9, 2019 against the Debtors and their estates relating to or arising out of the Debtors' trucking and transportation operations, including, but not limited to: (i) personal injuries (including death and damages to property and/or environment); (ii) losses or asserted damages to property or others accepted for transportation by the Debtors pursuant to a bill of lading, shipping contract, shipping receipt or transportation agreement; and (iii) any and all claims caused by operations of a motor vehicle owned and/or operated by the Debtors, including truck, trailer or semi–trailer designed for use on public roads and used in the Debtors trucking and transportation operations.

| _____ Carrier Industries, Inc. | _____ United Express Solar, LLC |
|---|---|
| (Case No. 19-12820) | (Case No. 19-12830) |
| _____ NEMF Logistics, LLC | |
| (Case No. 19-12821) | |

3. Nature and description of the claim (you may attach a separate summary):

   _____

4. Date(s) claim arose: _____

5. Amount of claim: _____

6. Documentation supporting the claim must be attached hereto. Documentation should include both evidence of the nature of the administrative expense claim asserted as well as evidence of the date or dates on which the administrative expense claim arose.

**SIGN BELOW:**

| **The person completing this proof of claim must sign and date it. FRBP 9011(b).**<br><br>If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.<br><br>**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.** | *Check the appropriate box:*<br>❑ I am the creditor.<br>❑ I am the creditor's attorney or authorized agent.<br>❑ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.<br>❑ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.<br><br>I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.<br><br>I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.<br><br>I declare under penalty of perjury that the foregoing is true and correct.<br><br>Executed on date (MM/DD/YYYY): _____<br><br>Signature: _____<br><br>**Print the name of the person who is completing and signing this claim:**<br><br>First name: _____ Middle: _____ Last:_____<br><br>Title: _____<br><br>Company (identify the corporate servicer as the company if the authorized agent is a servicer):<br>_____<br><br>Address:<br>_____<br><br>City: _____ State: _____ Zip: _____<br><br>Phone: _____ Email: _____ |

# EXHIBIT 3

New England Motor Freight, Inc., et al.
Exhibit Pages

Page # : 1 of 4                                                                                                                  06/26/2019 05:59:59 PM

| | | | |
|---|---|---|---|
| 000088P001-1413S-159<br>AAA COOPER TRANSPORTATION<br>TIFFANY ENGELHUBER<br>1751 KINSEY ROAD<br>DOTHAN AL 36303 | 000148P001-1413S-159<br>ANTHONY G ROSS, ESQ<br>126 SOUTH MAIN STREET<br>PITTSTON PA 18640 | 000068P001-1413S-159<br>BENESCH FRIEDLANDER COPLAN & ARONOFF LLP<br>KEVIN M CAPUZZI<br>CONTINENTAL PLAZA II<br>411 HACKENSACK AVE.,3RD FLOOR<br>HACKENSACK NJ 07601-6323 | 000072P001-1413S-159<br>CAB EAST LLC,SERVICED BY FORD MOTOR CREDIT CO.,LLC<br>NATIONAL BANKRUPTCY SERVICE CENTER<br>P O BOX 62180<br>COLORADO SPRINGS CO 80921 |
| 000077P001-1413S-159<br>CHIESA SHAHINIAN & GIANTOMASI PC<br>BETH J ROTENBERG,ESQ<br>ONE BOLAND DRIVE<br>WEST ORANGE NJ 07052 | 000078P001-1413S-159<br>CHIESA SHAHINIAN & GIANTOMASI PC<br>FRANK PERETORE,ESQ<br>ONE BOLAND DRIVE<br>WEST ORANGE NJ 07052 | 000085P001-1413S-159<br>CHIESA SHAHINIAN & GIANTOMASI PC<br>ROBERT E NIES,ESQ<br>ONE BOLAND DRIVE<br>WEST ORANGE NJ 07052 | 000108P001-1413S-159<br>CHIESA SHAHINIAN & GIANTOMASI PC<br>MICHAEL R CARUSO,ESQ<br>ONE BOLAND DRIVE<br>WEST ORANGE NJ 07052 |
| 000081P001-1413S-159<br>COLE SCHOTZ PC<br>MICHAEL D SIROTA,ESQ<br>COURT PLAZA NORTH<br>25 MAIN ST<br>HACKENSACK NJ 07601 | 000082P001-1413S-159<br>COLE SCHOTZ PC<br>JACOB S FRUMKIN,ESQ<br>COURT PLAZA NORTH<br>25 MAIN ST<br>HACKENSACK NJ 07601 | 000104P001-1413S-159<br>CONNELL FOLEY LLP<br>ROBERT K SCHEINBAUM,ESQ<br>56 LIVINGSTON AVE<br>ROSELAND NJ 07068 | 000127P001-1413S-159<br>COOLEY LLP<br>RICHARD S KANOWITZ;EVAN M LAZEROWITZ<br>55 HUDSON YARDS<br>NEW YORK NY 10001 |
| 044334P001-1413A-159<br>CORP OF G<br>983 NORTHERN BLVD<br>MANHASSET NY 11030 | 044332P001-1413A-159<br>CORPORATE CLAIMS MGMT<br>SUBROGEE FOR PANASONIC CORP<br>TWO RIVER FRONT PLZ<br>NEWARK NJ 07102 | 000147P001-1413S-159<br>CULLEN AND DYKMAN LLP<br>DAVID EDELBERG, ESQ.<br>433 HACKENSACK AVE 12TH FL<br>HACKENSACK NJ 07601 | 000126P001-1413S-159<br>D'ARCY JOHNSON DAY<br>RICHARD J ALBUQUERQUE,ESQ<br>3120 FIRE ROAD STE 100<br>EGG HARBOR TOWNSHIP NJ 08234 |
| 000109P003-1413S-159<br>DAIMLER TRUST<br>C/O BK SERVICING LLC<br>ED GEZEL, AGENT<br>P O BOX 131265<br>ROSEVILLE MN 55113-0011 | 044327P001-1413A-159<br>DDP GROUP INC<br>20 CONCHESTER RD<br>GLEN MILLS PA 19342 | 000075P001-1413S-159<br>DILWORTH PAXSON LLP<br>SCOTT J FREEDMAN<br>457 HADDONFIELD ROAD STE 700<br>CHERRY HILL NJ 08002 | 000103P001-1413S-159<br>DINSMORE & SHOHL LLP<br>GRACE WINKLER CRANLEY,ESQ<br>227 WEST MONROE ST.,STE 3850<br>CHICAGO IL 60606 |
| 000100P001-1413S-159<br>DREIFUSS BONACCI & PARKER PC<br>JOANNE M BONACCI<br>26 COLUMBIA TURNPIKE STE 101 NORTH ENTRANCE<br>FLORHAM PARK NJ 07932 | 000101P001-1413S-159<br>DREIFUSS BONACCI & PARKER PC<br>PAUL M MCCORMICK,ESQ<br>26 COLUMBIA TURNPIKE STE 101, NORTH ENTRANCE<br>FLORHAM PARK NJ 07932 | 000087P003-1413S-159<br>ELLIOT GREENLEAF<br>R X ZAHRALDDIN- ARAVENA;JONATHAN M STEMERMAN<br>SARAH DENIS<br>1105 MARKET ST STE 1700<br>WILMINGTON DE 19801 | 044338P001-1413A-159<br>ENCOMPASS HOME AND AUTO<br>SUBROGEE FOR JERRY BERGER<br>PO BOX 660187<br>DALLAS TX 75266 |
| 044322P001-1413A-159<br>BRYAN FINLAY<br>1300 MIDLAND AVE C27<br>YONKERS NY 10704 | 000063P001-1413S-159<br>FRESHFIELDS BRUCKHAUS DERINGER US LLP<br>MARK F LISCIO<br>601 LEXINGTON AVE, 31ST FLOOR<br>NEW YORK NY 10022 | 000084P001-1413S-159<br>FROST BROWN TODD LLC<br>MARK A PLATT<br>100 CRESCENT COURT STE 350<br>DALLAS TX 75201 | 000061P001-1413S-159<br>GEBHARDT & SMITH LLP<br>DAVID V FONTANA,ESQ<br>ONE SOUTH ST STE 2200<br>BALTIMORE MD 21202 |

New England Motor Freight, Inc., et al.
Exhibit Pages

Page # : 2 of 4                                                                                                                                        06/26/2019 05:59:59 PM

| | | | |
|---|---|---|---|
| 000073P001-1413S-159<br>GEBHARDT & SMITH LLP<br>LISA BITTLE TANCREDI<br>ONE SOUTH STREET<br>SUITE 2200<br>BALTIMORE MD 21202-3281 | 000074P001-1413S-159<br>GEBHARDT & SMITH LLP<br>LISA BITTLE TANCREDI<br>1000 N WEST STREET<br>SUITE 1200<br>WILMINGTON DE 19801 | 044333P001-1413A-159<br>GEICO SUBROGEE FOR JENNIFER JORDAN<br>PO BOX 9111<br>MACON GA 31208 | 044323P001-1413A-159<br>ANDREW GEIGAN<br>387 INNER CIRCLE DR<br>BOLINGBROOK IL 60490 |
| 000062P001-1413S-159<br>GREENBERG TRAURIG LLP<br>ALAN J BRODY,ESQ<br>500 CAMPUS DRIVE<br>FLORHAM PARK NJ 07932 | 000090P001-1413S-159<br>GUTTMAN OIL CO.<br>GREGORY J. CREIGHAN<br>200 SPEERS STREET<br>BELLE VERNON PA 15012 | 000083P001-1413S-159<br>HINMAN HOWARD & KATTELL LLP<br>KEVIN J BLOOM,ESQ<br>PARK 80 WEST -PLAZA II<br>250 PEHLE AVE STE 200<br>SADDLE BROOK NJ 07663-5834 | 000076P001-1413S-159<br>JM PARTNERS LLC<br>JOHN MARSHALL<br>6800 PARAGON PLACE STE 202<br>RICHMOND VA 23230-1656 |
| 044325P001-1413A-159<br>JRL TRANSPORTATION<br>40 MAPLE ST<br>THOMPSON CT 06277 | 000125P001-1413S-159<br>KIM CHO & LIM LLC<br>JOSHUA S LIM,ESQ<br>460 BERGEN BOULEVARD STE 305<br>PALISADES PARK NJ 07650 | 044308P001-1413A-159<br>WAYNE KING<br>5505 IRVING ST<br>PHILADELPHIA PA 19139 | 000079P001-1413S-159<br>KLEHR HARRISON HARVEY BRANZBURG LLP<br>CHARLES A ERCOLE;RONA J ROSEN<br>10000 LINCOLN DRIVE EAST STE 201<br>MARLTON NJ 08053 |
| 000129P001-1413S-159<br>KML LAW GROUP PC<br>REBECCA A SOLARZ,ESQ<br>216 HADDON AVENUE STE 406<br>WESTMONT NJ 08108 | 000124P001-1413S-159<br>KML LAW GROUP, P.C.<br>KEVIN G. MCDONALD, ESQ.<br>216 HADDON AVE STE 406<br>WESTMONT NJ 08108 | 000089P001-1413S-159<br>LANDSTAR TRANSPORTATION LOGISTICS, INC.<br>SPRYTE KIMMEY<br>13410 SUTTON PARK DR S<br>JACKSONVILLE FL 32224 | 044336P001-1413A-159<br>JASON LAUREYS<br>906 ADAMS AVE<br>WAUCONDA IL 60084 |
| 000146P001-1413S-159<br>LAW FIRM OF BRIAN W HOFMEISTER LLC<br>BRIAN W HOFMEISTER, ESQ<br>3131 PRINCETON PIKE BUILDING 5,STE 110<br>LAWRENCEVILLE NJ 08648 | 000130P001-1413S-159<br>LAW OFFICES OF KENNETH L BAUM LLC<br>KENNETH L BAUM,ESQ<br>167 MAIN STREET<br>HACKENSACK NJ 07601 | 044321P001-1413A-159<br>LCPL OSBRANY TRUCKING LLC<br>290 BELLEVIEW PIKE<br>N. ARLINGTON NJ 07031 | 000086P001-1413S-159<br>LOWENSTEIN SANDLER LLP<br>MARY E SEYMOUR;JOSEPH J DIPASQUALE<br>ONE LOWENSTEIN DRIVE<br>ROSELAND NJ 07068 |
| 000099P001-1413S-159<br>MAYNARD O'CONNOR SMITH & CATALINOTTO LLP<br>JUSTIN W GRAY,ESQ<br>6 TOWER PLACE<br>ALBANY NY 12203 | 000059P001-1413S-159<br>MCCARTER & ENGLISH LLP<br>PETER M KNOB,ESQ<br>FOUR GATEWAY CENTER<br>100 MULBERRY ST<br>NEWARK NJ 07102 | 000060P001-1413S-159<br>MCCARTER & ENGLISH LLP<br>JOSEPH LUBERTAZZI JR.,ESQ<br>FOUR GATEWAY CENTER<br>100 MULBERRY ST<br>NEWARK NJ 07102 | 000069P001-1413S-159<br>MCELROY DEUTSCH MULVANEY & CARPENTER LLP<br>VIRGINIA T SHEA,ESQ<br>1300 MOUNT KEMBLE AVENUE<br>MORRISTOWN NJ 07962 |
| 000070P001-1413S-159<br>MCELROY DEUTSCH MULVANEY & CARPENTER LLP<br>GARY D BRESSLER,ESQ<br>300 DELAWARE AVE STE 770<br>WILMINGTON DE 19801 | 000093P002-1413S-159<br>MCMANIMON, SCOTLAND AND BAUMANN, LLC<br>ANTHONY SODONO, III; SARI PLACONA<br>75 LIVINGSTON AVE.,STE 201<br>ROSELAND NJ 07068 | 044310P002-1413A-159<br>ROLANDO MORALES<br>BEACH STREET<br>PORT CHESTER NY 10573 | 000071P001-1413S-159<br>MORTON & CRAIG LLC<br>JOHN R MORTON JR, ESQ<br>110 MARTER AVE STE 301<br>MOORESTOWN NJ 08057 |

**New England Motor Freight, Inc., et al.**
**Exhibit Pages**

Page # : 3 of 4                                                                                                                06/26/2019 05:59:59 PM

| | | | |
|---|---|---|---|
| 000106P001-1413S-159<br>NORRIS MCLAUGHLIN PA<br>MORRIS S BAUER,ESQ<br>400 CROSSING BOULEVARD,8TH FLOOR<br>BRIDGEWATER NJ 08807 | 000107P001-1413S-159<br>NORRIS MCLAUGHLIN PA<br>CATHERINE L COREY,ESQ<br>400 CROSSING BOULEVARD, 8TH FLOOR<br>BRIDGEWATER NJ 08807 | 000080P001-1413S-159<br>OFFICE OF UNEMPLOYMENT COMPENSATION TAX SERVICES<br>DEB SECREST,AUTHORIZED AGENT<br>PA-DEPT OF LABOR & INDUSTRY<br>COLLECTIONS SUPPORT UNIT<br>851 BOAS ST RM 702<br>HARRISBURG PA 17121 | 044311P002-1413A-159<br>LUIS A ORTEGA<br>534 138TH STREET APT 303<br>BRONX NY 10454 |
| 044324P001-1413A-159<br>P&S TRANSPORTATION<br>RISK MANAGEMENT<br>1927 1ST AVE NORTH<br>STE 201<br>BIRMINGHAM AL 35205 | 000102P001-1413S-159<br>PA DEPT OF REVENUE<br>DENISE A KUHN, SEN DEPUTY ATTORNEY GEN<br>THE PHOENIX BUILDING<br>1600 ARCH ST., STE 300<br>PHILADELPHIA PA 19103 | 000095P001-1413S-159<br>PA- DEPT OF ENVIRONMENTAL PROTECTION<br>BRIAN GLASS, OFFICE OF THE CHIEF COUNSEL<br>SOUTHEAST REGIONAL COUNSEL<br>2 EAST MAIN ST<br>NORRISTOWN PA 19401-4915 | 044337P001-1413A-159<br>PHILADELPHIA INS COMMISSION<br>SUBROGEE FOR CATHOLIC HEALTH SYSTEM<br>PO BOX 950<br>BALA CYNWD PA 19004 |
| 044335P001-1413A-159<br>RACHEL PLATZ<br>197 EUSTON RD<br>GARDEN CITY NY 11530 | 044318P001-1413A-159<br>PONTIA DIXON JOHN PARKER AND MG<br>GEICO<br>PO BOX 9515<br>FREDERICKSBURG VA 22403 | 044319P001-1413A-159<br>PONTIA DIXON JOHN PARKER AND MG<br>LOWENTHAL & ABRAMS PC<br>555 CITY LINE AVE<br>STE 500<br>BALA CYNWYD PA 19004 | 000098P001-1413S-159<br>PRICE MEESE SHULMAN & D'ARMINIO PC<br>RICK A STEINBERG,ESQ<br>50 TICE BOULEVARD STE 380<br>WOODCLIFF LAKE NJ 07677 |
| 000066P001-1413S-159<br>REED SMITH LLP<br>CHRISTOPHER A. LYNCH<br>599 LEXINGTON AVE<br>NEW YORK NY 10022 | 000096P001-1413S-159<br>RIKER DANZIG SCHERER HYLAND & PERRETTI LLP<br>JOSEPH L SCHWARTZ;MICHAEL TRENTIN<br>HEADQUARTERS PLAZA<br>ONE SPEEDWELL AVE<br>MORRISTOWN NJ 07962-1981 | 000091P001-1413S-159<br>SHIPMAN & GOODWIN LLP<br>ERIC S GOLDSTEIN,ESQ<br>ONE CONSTITUTIONAL PLAZA<br>HARTFORD CT 06103 | 000094P001-1413S-159<br>SQUIRE PATTON BOGGS (US) LLP<br>NORMAN N KINEL,ESQ<br>30 ROCKEFELLER PLAZA, 23RD FLOOR<br>NEW YORK NY 10112 |
| 044431P001-1413A-159<br>STATE FARM SUBROGEE JASON LAUREYS<br>P O BOX 106172<br>ATLANTA GA 30348-6172 | 044430P001-1413A-159<br>STATE FARM SUBROGEE OF BRYAN FINLEY<br>P O BOX 106172<br>ATLANTA GA 30348-6172 | 000119P001-1413S-159<br>STEPHEN B. GROW, ESQ.<br>WARNER NORCROSS + JUDD LLP<br>111 LYON ST NW # 900<br>GRAND RAPIDS MI 49503 | 000128P001-1413S-159<br>THOMPSON O'BRIEN KEMP & NASUTI PC<br>ALBERT F NASUTI,ESQ<br>40 TECHNOLOGY PARKWAY SOUTH, STE 300<br>PEACHTREE CORNERS GA 30092 |
| 000064P001-1413S-159<br>TROUTMAN SANDERS LLP<br>LOUIS A CURCIO,ESQ<br>875 THIRD AVE<br>NEW YORK NY 10022 | 000065P001-1413S-159<br>TROUTMAN SANDERS LLP<br>DAVID A PISCIOTTA,ESQ<br>875 THIRD AVE<br>NEW YORK NY 10022 | 000092P001-1413S-159<br>TURNER LAW FIRM LLC<br>ANDREW R TURNER,ESQ<br>76 SOUTH ORANGE AVE STE 106<br>SOUTH ORANGE NJ 07079 | 000097P002-1413S-159<br>UNITED STATES DEPARTMENT OF JUSTICE<br>PETER J. D'AURIA,ESQ; MITCHELL HAUSMAN<br>OFFICE OF THE UNITED STATES TRUSTEE<br>ONE NEWARK CENTER STE 2100<br>NEWARK NJ 07102 |
| 000001P001-1413S-159<br>UNITED STATES TRUSTEE<br>ONE NEWARK CENTER, SUITE 2100<br>1085 RAYMOND BOULEVARD<br>NEWARK NJ 07102 | 000105P001-1413S-159<br>UPDIKE KELLY & SPELLACY PC<br>EVAN S GOLDSTEIN, ESQ<br>100 PEARL ST.,17TH FLOOR<br>P O BOX 231277<br>HARTFORD CT 06123-1277 | 044312P001-1413A-159<br>UTICA NATIONAL INS CO<br>SUBROGEE FOR HIGGINS MECHANICAL<br>PO BOX 5310<br>BINGHAMTON NY 13902 | 000057P001-1413S-159<br>WASSERMAN JURISTA & STOLZ PC<br>DANIEL M STOLZ,ESQ<br>110 ALLEN ROAD STE 304<br>BASKING RIDGE NJ 07920 |

**New England Motor Freight, Inc., et al.**
**Exhibit Pages**

Page # : 4 of 4                                                                                                06/26/2019 05:59:59 PM

| 000058P001-1413S-159 | 044326P001-1413A-159 | 044320P001-1413A-159 |
|---|---|---|
| WASSERMAN JURISTA & STOLZ PC | WESTERN MAIN SUPPLY | ACOSTA PENNA WILSON |
| DONALD W CLARKE,ESQ | 33 CROSS ST | 290 BELLEVILLE PIKE |
| 110 ALLEN ROAD STE 304 | BETHEL ME 04217 | N. ARLINGTON NJ 07031 |
| BASKING RIDGE NJ 07920 | | |

Records Printed :   87