|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**LOWENSTEIN SANDLER LLP**<br>Mary E. Seymour, Esq.<br>Joseph J. DiPasquale, Esq.<br>John P. Schneider, Esq.<br>One Lowenstein Drive<br>Roseland, NJ 07068<br>Telephone: (973) 597-2500<br>Facsimile: (973) 597-2400<br>mseymour@lowenstein.com<br>jdipasquale@lowenstein.com<br>jschneider@lowenstein.com<br><br>*Proposed Co-Counsel to the Official Committee of Unsecured Creditors* |  |
| In re:<br><br>New England Motor Freight, Inc., *et al.*,[1]<br><br>Debtors. | Case No. 19-12809 (JKS)<br><br>Chapter 11<br><br>Hon. John K. Sherwood, U.S.B.J. |

## CERTIFICATION OF SERVICE

1. I, Elizabeth Lawler, pursuant to 28 U.S.C. § 1746, certify as follows:

   ☐   represent _____ in this matter.

   ☒   I am a paralegal employed by the law firm of Lowenstein Sandler LLP, co-counsel to the Official Committee of Unsecured Creditors in the above-captioned cases.

   ☐   am the _____ in this case and am representing myself.

---

[1] The Debtors in these Chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC (4357); Mylon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMF Logistics, LLC (4666).

36527/2
07/03/2019 204591547.1

2. On July 1, 2019, I caused the following document to be electronically filed with the Court, using the Court's Electronic Filing System and served via the court's CM/ECF system on the parties that have consented to electronic service of all court filings:

- *First Interim Fee Application of CohnReznick LLP and CohnReznick Capital Market Securities, LLC For The Period Of February 21, 2019 Through May 31, 2019* [Docket No. 704]

3. On July 1, 2019, I caused the foregoing document to be served on the parties listed on Exhibit A by electronic mail.

3. On July 2, 2019, I caused the following documents to be electronically filed with the Court, using the Court's Electronic Filing System and served via the court's CM/ECF system on the parties that have consented to electronic service of all court filings:

- *First Interim Application of Lowenstein Sandler LLP As Counsel To The Official Committee Of Unsecured Creditors For Compensation For Services Rendered And Reimbursement Of Expenses for The Period From February 21, 2019 Through May 31, 2019* [D.I. 710]

- *First Interim Application of Elliott Greenleaf, P.C. As Co-Counsel To The Official Committee Of Unsecured Creditors For Compensation For Services Rendered And Reimbursement Of Expenses for The Period From February 21, 2019* [D.I. 712]

- *Notice of First Interim Fee Applications* [D.I. 714]

4. On July 2, 2019, I caused the foregoing documents to be served on the parties listed on Exhibit A by electronic mail.

5. On July 3, 2019, I caused all of the foregoing documents to be served upon the parties listed on Exhibit B by first-class mail.

I certify under penalty of perjury that the above-referenced documents were sent using the mode of service indicated.

Date:  July 3, 2019                                        */s/ Elizabeth Lawler*
                                                                   Elizabeth Lawler

**EXHIBIT A**

| FIRM/NAME | ATTORNEY NAME | EMAIL ADDRESS | PARTY |
|---|---|---|---|
| TROUTMAN SANDERS | ALISSA PICCIONE | ALISSA.PICCIONE@TROUTMAN.COM | COUNSEL TO SANTANDER BANK |
| THOMPSON O'BRIEN KEMP & NASUTI PC | ALBERT F NASUTI,ESQ | ANASUTI@TOKN.COM | COUNSEL FOR MANSFIELD OIL COMPANY |
| MCMANIMON, SCOTLAND AND BAUMANN, LLC | ANTHONY SODONO, III; SARI PLACONA | ASODONO@MSBNJ.COM; SPLACONA@MSBNJ.COM | LOCAL COUNSEL FOR MERCEDES BENZ FINANCIAL SERVICES USA LLC;JALIL WALTERS AND RASHEEDA CARTER;DARYL MARTIN AND KIM MARTIN |
| PA- DEPT OF ENVIRONMENTAL PROTECTION | BRIAN GLASS, OFFICE OF THE CHIEF COUNSEL | BRIAGLASS@PA.GOV | |
| GREENBERG TRAURIG | ALAN J. BRODY | BRODYA@GTLAW.COM | COUNSEL TO LENDER |
| GREENBERG TRAURIG LLP | ALAN J BRODY,ESQ | BRODYA@GTLAW.COM | COUNSEL FOR JP MORGAN CHASE NA |
| CHIESA SHAHINIAN & GIANTOMASI PC | BETH J ROTENBERG,ESQ | BROTENBERG@CSGLAW.COM | COUNSEL FOR BERKLEY INSURANCE COMPANY |
| GIBBONS P.C. | BRETT S. THEISEN, ESQ. | BTHEISEN@GIBBONSLAW.COM | PROPOSED COUNSEL TO THE DEBTORS |
| LAW FIRM OF BRIAN W HOFMEISTER LLC | BRIAN W HOFMEISTER, ESQ | BWH@HOFMEISTERFIRM.COM | COUNSEL FOR LARRY BANKS |
| KLEHR HARRISON HARVEY BRANZBURG LLP | CHARLES A ERCOLE;RONA J ROSEN | CERCOLE@KLEHR.COM;RROSEN@KLEHR.COM | COUNSEL FOR CLASS PLAINTIFF'S AND THE PUTATIVE CLASS |
| NORRIS MCLAUGHLIN PA | CATHERINE L COREY,ESQ | CLCOREY@NORRIS-LAW.COM | COUNSEL FOR EAST RIVER ENERGY INC |
| REED SMITH LLP | CHRISTOPHER A. LYNCH | CLYNCH@REEDSMITH.COM | COUNSEL FOR FIFTH THIRD BANK |
| IAM NATIONAL PENSION FUND | RYK TIERNEY EXEC DIR AND RAYMOND GOAD JR GC | CONTACT@IAMNPF.ORG | TOP 30 UNSECURED CREDITOR; OFFICIAL COMMITTEE OF UNSECURED CREDITORS |

| FIRM/NAME | ATTORNEY NAME | EMAIL ADDRESS | PARTY |
|---|---|---|---|
| TROUTMAN SANDERS LLP | DAVID A PISCIOTTA,ESQ | DAVID.PISCIOTTA@TROUTMAN.COM | COUNSEL FOR SANTANDER BANK NA |
| WASSERMAN JURISTA & STOLZ PC | DONALD W CLARKE,ESQ | DCLARKE@WJSLAW.COM | PROPOSED CONFLICTS COUNSEL TO DEBTOR |
| CULLEN AND DYKMAN LLP | DAVID EDELBERG, ESQ. | DEDELBERG@CULLENANDDYKMAN.COM | COUNSEL FOR MCINTOSH ENERGY COMPANY |
| GEBHARDT & SMITH LLP | DAVID V FONTANA,ESQ | DFONT@GEBSMITH.COM | COUNSEL FOR TD BANK NA |
| PA DEPT OF REVENUE | DENISE A KUHN, SEN DEPUTY ATTORNEY GEN | DKUHN@ATTORNEYGENERAL.GOV | PA DEPT OF REVENUE |
| WASSERMAN JURISTA & STOLZ PC | DANIEL M STOLZ,ESQ | DSTOLZ@WJSLAW.COM | PROPOSED CONFLICTS COUNSEL TO DEBTOR |
| SHIPMAN & GOODWIN LLP | ERIC S GOLDSTEIN,ESQ | EGOLDSTEIN@GOODWIN.COM | COUNSEL FOR UNITED HEALTHCARE SERVICES INC |
| UPDIKE KELLY & SPELLACY PC | EVAN S GOLDSTEIN, ESQ | EGOLDSTEIN@UKS.COM | COUNSEL FOR WEBSTER CAPITAL FINANCE INC |
| CHIESA SHAHINIAN & GIANTOMASI PC | FRANK PERETORE,ESQ | FPERETORE@CSGLAW.COM | COUNSEL FOR WELLS FARGO EQUIPMENT FINANCE INC |
| MCELROY DEUTSCH MULVANEY & CARPENTER LLP | GARY D BRESSLER,ESQ | GBRESSLER@MDMC-LAW.COM | COUNSEL FOR VOLVO FINANCIAL SERVICES, A DIV OF VFS US LLC;MACK FINANCIAL SERVICES, A DIV OF VFS US LLC;NORTH AMERICAN TRANSACTION SERVICES, A DIV OF VFS US LLC |
| DINSMORE & SHOHL LLP | GRACE WINKLER CRANLEY,ESQ | GRACE.CRANLEY@DINSMORE.COM | COUNSEL FOR RLI INSURANCE COMPANY |
| MAYNARD O'CONNOR SMITH & CATALINOTTO LLP | JUSTIN W GRAY,ESQ | GRAY@MOSCLLP.COM | COUNSEL FOR DANIEL RINALDI;JANICE A GOODALL;DANIEL MURTHA |
| DREIFUSS BONACCI & PARKER PC | JOANNE M BONACCI | JBONACCI@DBPLAWFIRM.COM | COUNSEL FOR RLI INSURANCE COMPANY |

| FIRM/NAME | ATTORNEY NAME | EMAIL ADDRESS | PARTY |
|---|---|---|---|
| UNITED STATES TRUSTEE | | JEFFREY.M.SPONDER@USDOJ.GOV; MITCHELL.B.HAUSMAN@USDOJ.GOV; PETER.J.D'AURIA@USDOJ.GOV | GOVT. ENTITY |
| COLE SCHOTZ PC | JACOB S FRUMKIN,ESQ | JFRUMKIN@COLESCHOTZ.COM | COUNSEL FOR GREAT DANE LLC |
| MCCARTER & ENGLISH LLP | JOSEPH LUBERTAZZI JR.,ESQ | JLUBERTAZZI@MCCARTER.COM | COUNSEL FOR CAPITAL ONE NA |
| JM PARTNERS LLC | JOHN MARSHALL | JMARSHALL@JMPARTNERSLLC.COM | JM PARTNERS LLC |
| MORTON & CRAIG LLC | JOHN R MORTON JR, ESQ | JOHN.MORTON3@VERIZON.NET | COUNSEL FOR CAB EAST LLC, SERVICED BY FORD MOTOR CREDIT COMPANY |
| KIM CHO & LIM LLC | JOSHUA S LIM,ESQ | JOSHUALIM@KCLLAWFIRM.COM | COUNSEL FOR PANTOS USA INC |
| RIKER DANZIG SCHERER HYLAND & PERRETTI LLP | JOSEPH L SCHWARTZ;MICHAEL TRENTIN | JSCHWARTZ@RIKER.COM;MTRENTIN@RIKER.COM | COUNSEL FOR LUCKY'S ENERGY SERVICE INC |
| GEBHARDT & SMITH LLP | JAMES M SMITH | JSMITH@GEBSMITH.COM | COUNSEL TO TD BANK, N.A. |
| LAW OFFICES OF KENNETH L BAUM LLC | KENNETH L BAUM,ESQ | KBAUM@KENBAUMDEBTSOLUTIONS.COM | COUNSEL FOR CLERMONT HOLDINGS LLC |
| HINMAN HOWARD & KATTELL LLP | KEVIN J BLOOM,ESQ | KBLOOM@HHK.COM | COUNSEL FOR MIRABITO HOLDINGS INC |
| BENESCH FRIEDLANDER COPLAN & ARONOFF LLP | KEVIN M CAPUZZI | KCAPUZZI@BENESCHLAW.COM | COUNSEL FOR AMAZON.COM SERVICES INC FORMERLY AMAZON FULFILLMENT SERVICES INC |
| GIBBONS P.C. | KAREN A. GIANNELLI, ESQ. | KGIANNELLI@GIBBONSLAW.COM | PROPOSED COUNSEL TO THE DEBTORS |
| KML LAW GROUP, P.C. | KEVIN G. MCDONALD, ESQ. | KMCDONALD@KMLLAWGROUP.COM | COUNSEL FOR VW CREDIT LEASING, LTD. |
| TROUTMAN SANDERS | LOUIS CURCIO | LOUIS.CURCIO@TROUTMAN.COM | COUNSEL TO SANTANDER BANK |
| TROUTMAN SANDERS LLP | LOUIS A CURCIO,ESQ | LOUIS.CURCIO@TROUTMAN.COM | COUNSEL FOR SANTANDER BANK NA |

| FIRM/NAME | ATTORNEY NAME | EMAIL ADDRESS | PARTY |
|---|---|---|---|
| GEBHARDT & SMITH LLP | LISA BITTLE TANCREDI | LTANCREDI@GEBSMITH.COM | COUNSEL TO TD BANK |
| GEBHARDT & SMITH LLP | LISA BITTLE TANCREDI | LTANCREDI@GEBSMITH.COM | COUNSEL TO TD BANK |
| FRESHFIELDS BRUCKHAUS DERINGER | MARK F LISCIO | MARK.LISCIO@FRESHFIELDS.COM;NEAL.MODI@FRESHFIELDS.COM;SCOTT.TALMADGE@FRESHFIELDS.COM | COUNSEL TO LENDER |
| FRESHFIELDS BRUCKHAUS DERINGER US LLP | MARK F LISCIO | MARK.LISCIO@FRESHFIELDS.COM;NEAL.MODI@FRESHFIELDS.COM;SCOTT.TALMADGE@FRESHFIELDS.COM | COUNSEL FOR JP MORGAN CHASE NA |
| SUPERIOR DISTRIBUTORS CO, INC | MARLENE; RICHARD KLEIN | MARLENE@SUPERIORDISTRIBUTORSINC.COM | TOP 30 UNSECURED CREDITOR; OFFICIAL COMMITTEE OF UNSECURED CREDITORS |
| CHIESA SHAHINIAN & GIANTOMASI PC | MICHAEL R CARUSO,ESQ | MCARUSO@CSGLAW.COM | COUNSEL FOR WELLS FARGO EQUIPMENT FINANCE INC |
| GIBBONS P.C. | MARK B. CONLAN, ESQ. | MCONLAN@GIBBONSLAW.COM | PROPOSED COUNSEL TO THE DEBTORS |
| FROST BROWN TODD LLC | MARK A PLATT | MPLATT@FBTLAW.COM | COUNSEL FOR OMNITRACS LLC |
| NORRIS MCLAUGHLIN PA | MORRIS S BAUER,ESQ | MSBAUER@NORRIS-LAW.COM | COUNSEL FOR EAST RIVER ENERGY INC |
| LOWENSTEIN SANDLER LLP | MARY E SEYMOUR;JOSEPH J DIPASQUALE | MSEYMOUR@LOWENSTEIN.COM;JDIPASQUALE@LOWENSTEIN.COM | COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS |
| COLE SCHOTZ PC | MICHAEL D SIROTA,ESQ | MSIROTA@COLESCHOTZ.COM | COUNSEL FOR GREAT DANE LLC |
| SQUIRE PATTON BOGGS | NORMAN N KINEL | NORMAN.KINEL@SQUIREPB.COM | COUNSEL TO EAST WEST BANK |
| SQUIRE PATTON BOGGS (US) LLP | NORMAN N KINEL,ESQ | NORMAN.KINEL@SQUIREPB.COM | COUNSEL FOR EAST WEST BANK |
| DAIMLER TRUST | C/O BK SERVICING LLC | NOTICES@BKSERVICING.COM | DAIMLER TRUST |
| UNITED STATES DEPARTMENT OF JUSTICE | PETER J. D'AURIA,ESQ; MITCHELL HAUSMAN | PETER.J.D'AURIA@USDOJ.GOV; MITCHELL.B.HAUSMAN@USDOJ.GOV | COUNSEL FOR UNITED STATES TRUSTEE |

| FIRM/NAME | ATTORNEY NAME | EMAIL ADDRESS | PARTY |
|---|---|---|---|
| MCCARTER & ENGLISH LLP | PETER M KNOB,ESQ | PKNOB@MCCARTER.COM | COUNSEL FOR CAPITAL ONE NA |
| DREIFUSS BONACCI & PARKER PC | PAUL M MCCORMICK,ESQ | PMCCORMICK@DBPLAWFIRM.COM | COUNSEL FOR RLI INSURANCE COMPANY |
| WHITEFORD TAYLOR PRESTON LLP | PAUL M NUSSBAUM | PNUSSBAUM@WTPLAW.COM | SPECIAL COUNSEL TO THE DEBTORS |
| D'ARCY JOHNSON DAY | RICHARD J ALBUQUERQUE, ESQ | RA@DJD.LAW | COUNSEL FOR MICHAEL SINGLEY |
| OFFICE OF UNEMPLOYMENT COMPENSATION TAX SERVICES | DEB SECREST,AUTHORIZED AGENT | RA-LI-UCTS-BANKRUPT@STATE.PA.US | OFFICE OF UNEMPLOYMENT COMPENSATION TAX SERVICES |
| COOLEY LLP | RICHARD S KANOWITZ;EVAN M LAZEROWITZ | RKANOWITZ@COOLEY.COM;ELAZEROWITZ@COOLEY.COM | COUNSEL FOR THE AD HOC GROUP OF TORT CLAIMANTS |
| CHIESA SHAHINIAN & GIANTOMASI PC | ROBERT E NIES,ESQ | RNIES@CSGLAW.COM | COUNSEL FOR BERKLEY INSURANCE COMPANY |
| KML LAW GROUP PC | REBECCA A SOLARZ,ESQ | RSOLARZ@KMLLAWGROUP.COM | COUNSEL FOR VW CREDIT LEASING LTD |
| PRICE MEESE SHULMAN & D'ARMINIO PC | RICK A STEINBERG,ESQ | RSTEINBERG@PRICEMEESE.COM | COUNSEL FOR TOTE MARITIME |
| ELLIOT GREENLEAF | R X ZAHRALDDIN-ARAVENA;JONATHAN M STEMERMAN | RXZA@ELLIOTTGREENLEAF.COM;JMS@ELLIOTTGREENLEAF.COM;SXD@ELLIOTTGREENLEAF.COM | COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS |
| DILWORTH PAXSON LLP | SCOTT J FREEDMAN | SFREEDMAN@DILWORTHLAW.COM | COUNSEL FOR CORCENTRIC LLC |
| WARNER NORCROSS + JUDD LLP | STEPHEN B. GROW, ESQ. | SGROW@WNJ.COM | STEPHEN B. GROW, ESQ. |

| FIRM/NAME | ATTORNEY NAME | EMAIL ADDRESS | PARTY |
|---|---|---|---|
| ANTHONY G ROSS, ESQ | ANTHONY G ROSS, ESQ | TROSS@TONYROSSLAW.COM | COUNSEL FOR KATHLEEN EVANS |
| MCELROY DEUTSCH MULVANEY & CARPENTER LLP | VIRGINIA T SHEA,ESQ | VSHEA@MDMC-LAW.COM | COUNSEL FOR VOLVO FINANCIAL SERVICES, A DIV OF VFS US LLC;MACK FINANCIAL SERVICES, A DIV OF VFS US LLC;NORTH AMERICAN TRANSACTION SERVICES, A DIV OF VFS US LLC |

### Exhibit B

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| AAA COOPER TRANSPORTATION<br>TIFFANY ENGELHUBER<br>1751 KINSEY ROAD<br>DOTHAN AL 36303 | Committee Member | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other via e-mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| CAB EAST LLC, SERVICED BY FORD MOTOR CREDIT CO., LLC<br>NATIONAL BANKRUPTCY SERVICE CENTER<br>P O BOX 62180<br>COLORADO SPRINGS CO 80921 | Party In Interest | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other via e-mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| CONNELL FOLEY LLP<br>ROBERT K SCHEINBAUM, ESQ<br>56 LIVINGSTON AVE<br>ROSELAND NJ 07068 | Counsel to NJ Manufacturers Company | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other via e-mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| DEPARTMENT OF ENVIRONMENTAL PROTECTION<br>OFFICE OF RECORDS ACCESS<br>ATTN: BANKR. COORDINATOR<br>PO BOX 402<br>MAIL CODE 401-06Q<br>TRENTON NJ 08625-0402 | Government Entity | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other via e-mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| GIBBONS P.C.<br>KAREN A. GIANNELLI, ESQ.<br>ONE GATEWAY CENTER<br>NEWARK NJ 07102 | Counsel to the Debtors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other via e-mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| GUTTMAN OIL CO.<br>GREGORY J. CREIGHAN<br>200 SPEERS STREET<br>BELLE VERNON PA 15012 | Committee Member | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other via e-mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Government Entity | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other via e-mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| INTERNAL REVENUE SERVICE<br>2970 MARKET STREET<br>MAIL STOP 5-Q30.133<br>PHILADELPHIA PA 19104-5016 | Government Entity | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other via e-mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| LANDSTAR TRANSPORTATION LOGISTICS, INC.<br>SPRYTE KIMMEY<br>13410 SUTTON PARK DR S<br>JACKSONVILLE FL 32224 | Committee Member | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other via e-mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| MYRON SHEVELL<br>C/O NEW ENGLAND MOTOR FREIGHT INC<br>ZACHARY W. COHEN<br>1-71 NORTH AVENUE E<br>ELIZABETH NJ 07201 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other via e-mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

10

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| NEW ENGLAND MOTOR FREIGHT, INC.<br>ATTN: PRESIDENT/CEO<br>1-71 NORTH AVENUE EAST<br>ELIZABETH NJ 07201 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other via e-mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| NEW JERSEY ATTORNEY GENERAL OFFICE<br>DIVISION OF LAW<br>RICHARD J. HUGHES JUSTICE COMPLEX<br>25 MARKET ST<br>TRENTON NJ 08625-0112 | Government Entity | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other via e-mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| NEW JERSEY DIVISION OF TAXATION<br>COMPLIANCE & ENFORCEMENT UNIT<br>BANKRUPTCY UNIT<br>50 BARRACK STREET, 9TH FLOOR<br>TRENTON NJ 08695-0267 | Government Entity | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other via e-mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| NEW JERSEY MOTOR VEHICLE COMMISSION<br>ADMINISTRATIVE UNIT<br>225 EAST STATE STREET<br>TRENTON NJ 08666 | Government Entity | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other via e-mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| SECURITIES EXCHANGE COMMISSION<br>NEW YORK REGIONAL OFFICE<br>ATTN: ANDREW CALAMARI, REGIONAL DIRECTOR<br>BROOKFIELD PLACE<br>200 VESSEY STREET, SUITE 400<br>NEW YORK NY 10281-1022 | Government Entity | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other via e-mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| TURNER LAW FIRM LLC<br>ANDREW R TURNER, ESQ<br>76 SOUTH ORANGE AVE STE 106<br>SOUTH ORANGE NJ 07079 | Party In Interest | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other via e-mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| UNITED STATES DEPARTMENT OF JUSTICE<br>PETER J. D'AURIA, ESQ;<br>MITCHELL HAUSMAN<br>OFFICE OF THE UNITED STATES TRUSTEE<br>ONE NEWARK CENTER STE 2100<br>NEWARK NJ 07102 | United States Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other via e-mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |