Form 137 − aplccmpn

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.: 19−12809−JKS
Chapter: 11
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
New England Motor Freight, Inc.
1−71 North Ave E
Elizabeth, NJ 07201

Social Security No.:

Employer's Tax I.D. No.:
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

---

**NOTICE OF HEARING ON APPLICATION FOR COMPENSATION**

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable John K. Sherwood on:

Date: 8/1/19
Time: 10:00 AM
Location: Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

The following applications for compensation have been filed:

---

APPLICANT(S)
CohnReznick LLP

COMMISSION OR FEES
$415,919.00

EXPENSES
$1,081.02

---

Creditors may be heard before the applications are determined.

An appearance is not required on an application for compensation unless an objection is filed. Any objection must be filed with the court and served on interested parties not later than 7 days before the scheduled hearing.

Dated: July 2, 2019
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:
New England Motor Freight, Inc.
Debtor

Case No. 19-12809-JKS
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0312-2 User: admin Page 1 of 267 Date Rcvd: Jul 02, 2019
Form ID: 137 Total Noticed: 10288

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 04, 2019.

db +New England Motor Freight, Inc., 1-71 North Ave E, Elizabeth, NJ 07201-2958
aty +ANTHONY G ROSS, 126 South Main Street, Pittston, PA 18640-1739
aty #+Brent C. Strickland, Whiteford, Taylor & Preston L.L.P, 7501 Wisconsin Avenue,Suite 700W, Bethesda, MD 20814-6521
aty +Charles Ercole, Klehr Harrison et al, 10000 Lincoln Drive East, Suite 201, Marlton, NJ 08053-3105
aty +Charles R Mathis, IV, Levinson Axelrod. P.A., Levinson Plaza, 2 Lincoln Highway, PO Box 2905, Edison, NJ 08818-2905
aty +Elliot M. Smith, SQUIRE PATTON BOGGS (US) LLP, 4900 Key Tower, 127 Public Square, Cleveland, OH 44114-1217
aty +Gibbons, P.C., One Gateway Center, Newark, NJ 07102-5321
aty +Grace Winkler Cranley, Dinsmore & Shohl LLP, 227 W. Monroe Street, Suite 3850, Chicago, IL 60606-5085
aty Howard A. Cohen, Gibbons P.C, 300 Delaware Avenue, Suite 1015, Wilmington, DE 19801-1671
aty Jeffrey L. Nagel, Gibbons P.C., One Pennsylvania Plaza, 37th Floor, New York, NY 10119-3701
aty +Jonathan M. Stemerman, 1105 N. Market Street, Suite 1700, Wilmington, DE 19801-1228
aty +Joshua Eppich, Bonds Ellis Eppich Schafer Jones LLP, 420 Throckmorton Street, Suite 1000, Fort Worth, TX 76102-3727
aty +Keith M. Lusby, Gebhardt & Smith LLP, One South Street, Suite 2200, Baltimore, MD 21202-3281
aty +Kevin J Bloom, Park 80 West- Plaza II, 250 Pehle Avenue, Suite 200, Saddle Brook, NJ 07663-5835
aty +Lisa Bittle Tancredi, Gebhardt & Smith LLP, One South Street, Ste 2200, Baltimore, MD 21202-3281
aty +Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, NJ 07068-1791
aty +Mark F. Liscio, Freshfields Bruckhaus Deringer US LLP, 601 Lexington Avenue, Neew York, NY 10022-4611
aty Maura P. McIntyre, Squire Patton Boggs (US) LLP, 49 Key Tower, 127 Public Square, Cleveland, OH 44114
aty +Sarah Denis, ELLIOT GREENLEAF, 1105 Market Street, Suite 1700, Wilmington, DE 19801-1228
aty +Scott D. Talmadge, Freshfields Bruckhaus Deringer US LLP, 601 Lexington Avenue, New York, NY 10022-4611
aty +Tiffany Strelow Cobb, Vorys, Sater, Seymour and Pease LLP, 52 East Gay Street, Columbus, OH 43215-3161
aty +Todd M. Brooks, Whiteford, Taylor & Preston L.L.P., 7 St. Paul Street, Suite 1500, Baltimore, MD 21202-1636
aty +Vera N. Kanova, General Law Division, 400 Market Street, Harrosbirg, PA 17101-2301
aty +WASSERMAN, JURISTA & STOLZ, P.C., 110 Allen Road, Suite 304, Basking Ridge,, NJ 07920-4500
aty +Whiteford Taylor & Preston, Seven Saint paul St. Ste 1800, Baltimore, MD 21202-1639
sp +Akerman LLP, 666 Fifth Avenue, 20th Fl, New York, NY 10103-0020
cr +Albert F Nasuti, Esq., THOMPSON, OBRIEN, KEMP & NASUTI, P.C., 40 Technology Parkway South, Suite 300, Peachtree Corners, GA 30092-2924
cr +Berkley Insurance Company, c/o CHIESA SHAHINIAN & GIANTOMASI PC, One Boland Drive, West Orange, NJ 07052-3686
cr +CAB East LLC, serviced by Ford Motor Credit Compan, P.O. Box 62180, Colorado Springs, CO 80962-2180
cr +Capital One, N.A., c/o McCarter & English, LLP, Attn: Peter M. Knob, Esq., Four Gateway Center, 100 Mulberry Street, Newark, NJ 07102-4056
op +CohnReznick Capital Market Securities, LLC, 4 Becker Farm Road, Roseland, NJ 07068-1739
cr +Commonwealth of Pennsylvania Department of Labor a, Deb Secrest, 651 Boas Street, Room 702, Harrisburg, PA 17121-0751
cr +Connecticut Light & Power Company, NStar Western M, c/o McCarter & English, LLP, Attn: Kate R. Buck, Esq., Renaissance Centre, 405 N. King Street, 8th Floor, Wilmington, DE 19801-3773
r +Cushman & Wakefield of Florida, LLC, 200 South Biscayne Blvd.., Miami, FL 33131-2310
cr Dept. of Revenue Commonwealth of Pennsylvania, dep, Bureau of Compliance, Dept. 280946, Harrisburg, PA 17128-0946
op +Donlin, Recano & Company, Inc., 6201 15th Ave., Brooklyn, NY 11219-5411
intp Great Dane LLC, Michael D. Sirota, Esq., Cole Schotz P.C., 25 Main Street, Court Plaza North, Hackensack, NJ 07601
cr +Larry L. Banks, 124 Lexington Avenue, Paterson, NJ 07502-1809
cr +Lucky’s Energy Service, Inc., c/o Riker Danzig, One Speedwell Avenue, Morristown, NJ 07960-6838
cr +MICHAEL SINGLEY, 432 West Pine Ave, Wildwood, NJ 08260-2336
cr Marie-Jose Dube, IBM CORPORATION, 275 Viger East, Montreal, QC H2X 3R7, CANADA
cr +McIntosh Energy Company, 1923 Bremer Road, Fort Wayne, IN 46803-3002
cr +New Jersey Manufacturers, c/o Connell Foley (RKS), 56 Livingston Avenue, Roseland, NJ 07068, UNITED STATES 07068-1733
cr +Office of Unemployment Compensation Tax Services (, Deb Secrest, Commonwealth of Pennsylvania, 651 Boas Street, Room 702, Harrisburg,, PA 17121-0751
cr +Omnitracs, LLC, c/o Mark A. Platt, Esq., Frost Brown Todd LLC, 100 Crescent Court, Suite 350, Dallas, TX 75201-2348

intp +PA Department of Environmental Protection, Office of Chief Counsel, 400 Market St, Harrisburg, PA 17101-2301
cr +Pantos USA, Inc., 910 Sylvan Ave., Englewood Cliffs, NJ 07632-3306
cr +Pilot Travel Centers LLC, 5508 Lonas Drive, Knoxville, TN 37909-3221
cr +Potomac Edison Company, Toledo Edison Company and, c/o McCarter & English, LLP, Attn: Kate R. Buck, Esq., Renaissance Centre, 405 N. King Street, 8th Floor, Wilmington, DE 19801-3773
intp +Protective Insurance Company, 3100 North Meridian Street, Indianapolis, IN 46208-4718
cr +Valvoline LLC, 100 Valvoline Way, Lexington, TX 40509-2714
acc +Withumsmith+Brown, 200 Jefferson Park, Suite 400, Whippany, NJ 07981-1070
cr +to Rita Alvarado The Rosato Firm, P.C., counsel, 55 Broadway, 23rd Floor, New York, NY 10006-3734
518078809 +12731 Rte 30 Corp, Whiteford Taylor And Preston Llp, Edward U Lee, Seven Saint Paul St Ste 1500, Baltimore MD 21202-1636
518078810 +1362 Clover Leaf Rd Llp, 1-71 North Avenue East, Elizabeth NJ 07201-2958
518078811 +146 Supply Center, John Deere Dealer, Po Box 209, Millbury MA 01527-0209
518078812 +15 Middletown Ave Corp, Whiteford Taylor And Preston Llp, Edward U Lee, Seven Saint Paul St Ste 1500, Baltimore MD 21202-1636
518078814 +16503 Hunters Green Llc, Brad Fulton, 16503 Hunters Green Pkwy, Hagerstown MD 21740-2190
518078813 16503 Hunters Green Llc, Rachel, Po Box 4217, Hagerstown MD 21741-4217
518078815 +19 Petroleum Distribution Inc, Felix Bruselousky, 79 Rt 520, Englishtown NJ 07726-8475
518078816 1stop Pack And Ship, 330 N Stonestreet Ave, Rockville MD 20850-1623
518078817 +2 K’s Ltd, 2958 Brecksville Rd, Richfield OH 44286-9747
518078818 +200 Club Of Monmouth County, Po Box 6518, Freehold NJ 07728-6518
518078819 +21 Physical Therapy Pc, 27 West Columbia St, Hempstead NY 11550-2429
518078820 21st Century National Ins Co, As Sub Of Socorro Castro, National Doccntrpob 268992, Oklahoma City OK 73126
518078821 21st Century Wine, 181 Essex St, Ste 305, Boston MA 02111-2141
518078822 +242 Terrace Associates Llc, 1041 Glassboro Rd Ste E-2, Williamstown NJ 08094-3545
518078823 +25th District Court, 1475 Cleophus St, Lincoln Park MI 48146-2392
518078824 +2850 Appleton Associates Lp, Pmi, P O Box 622, Lemoyne PA 17043-0622
518078825 +2pl Advisors Llc, Ryan Holland, 82 Ventada St, Rancho Mission Viejo CA 92694-1291
518078826 +345 Walcott Street Llc, 1-71 North Avenue East, Elizabeth NJ 07201-2958
518078827 +3600 Georgetown Corp, Whiteford Taylor And Preston Llp, Edward U Lee, Seven Saint Paul St Ste 1500, Baltimore MD 21202-1636
518078828 +3g Packaging Inc, Amanda, 622 Hollenbeck St, Rochester NY 14621-2239
518078829 +40 West Auto Care And Towing, 284 Montevue Ln, Frederick MD 21702-8212
518078830 407 Etr Concession Co Ltd, Po Box 407 Station D, Scarborough ON M1R 5J8, Canada
518078831 +42gears Mobility Systems Inc, 48521 Warm Spring Bvd, Ste 303, Fremont CA 94539-8380
518078832 +4c Foods Corp, Jennifer Mack, 580 Fountain Ave, Brooklyn NY 11208-6002
518078833 +55 Delta Llc, Whiteford Taylor And Preston Llp, Edward U Lee, Seven Saint Paul St Ste 1500, Baltimore MD 21202-1636
518078834 5ac Associates Inc, Ryan Petryshak, 136 Lazor Rd, Ebensburg PA 15931-3924
518078835 +619 Industrial Rd Llc, 619 Industrial Rd, Carlstadt NJ 07072-1611
518078836 +6867 Schuyler Road Llc, Whiteford Taylor And Preston Llp, Edward U Lee, Seven Saint Paul St Ste 1500, Baltimore MD 21202-1636
518078837 +84 Lumber, Dave Cline, 4000 Freeport Rd, Natrona Height PA 15065-1913
518078838 964oge Hearth And Home, Daryl Letourneau, 196 Route 101 W, Bedford NH 03110-5420
518078839 A 3 K Imports Llc, Anita Ivaturi, 51 Millburn Dr, Hillsborough NJ 08844-2264
518078840 +A And A Ground Maintenance And, Landscaping Llc, Dba Gps Landscaping Joshua Mcconnell, 127 Ellenel Blvd, Spotswood NJ 08884-1132
518078841 +A And A Line And Wire, Mayra Matias, 51-18 Grand Ave Bldg 10, Maspeth NY 11378-3031
518078842 +A And D Maintenance Leasing And, Boni Flieger, Repairs Inc, 118 Wyandanch Ave, Wyandanch NY 11798-4442
518078843 A And E Stores, 1000 Hulyer St, Teterboro NJ 07608-1142
518078845 +A And M Group Enterprises Inc, 197 Kensington Rd, Berlin CT 06037-2623
518078846 +A And M Supply, Abdrew Montgomery, 3010 Impaia Pl, Henrico VA 23228-4206
518078847 +A And M Towing And Road Svc, 1200 S State St, Po Box 115, Girard OH 44420-0115
518078848 +A And P Express, Andre Porter, 1308 Robin Rd, Pikesville MD 21208-3619
518078849 +A And R Body Specialty And Collision, Works Inc, 151 North Plains Ind Rd, Wallingford CT 06492-2332
518078850 +A And R Transportation Corp, P O Box 12346, St Thomas VI 00801-5346
518232611 +A And S Courier Inc, 2559 Brunswick Ave, Linden, NJ 07036-2433
518078851 A And W Products, Karen Danforth, 14 Gardner St, Port Jervis NY 12771-1713
518078852 A C Moore, 130 A C Morre Dr, Berlin NJ 08009-9500
518078853 A Central Ins Co As Subrogee, Of Anthony J Cordaro, 1899 Central Plz East, Edmeston NY 13335-1898
518078854 +A D Mcneil And 24 7 Transporters Llc, Carter Conboy Case Blackmore Et Al, Brian D Carr Esq, 20 Corporate Woods Blvd, Albany NY 12211-2396
518078855 A H Harris And Sons, Claims Dept, 2405 Hermitage Rd, Richmond VA 23220-1308
518078856 A I F, Peter Min, 179-22 149th Rd, Jamaica NY 11434-5608
518078857 A J Jersey, Po Box 416261, Boston MA 02241-6261
518078858 A J Madison, Sarah Lunetta, 3605 13th Ave, Brooklyn NY 11218-3707
518078859 A J Oster Co, Joann Orichio, 150 Lackawanna Ave, Parsippany NJ 07054-1057
518078860 +A Lock And Key Inc, Mike Randall, 239 Serpent Ln, Manahawkin NJ 08050-2039
518078861 +A M Landscape And Design Llc, 585 Ginger Trl, Lake Zurich IL 60047-2523
518078862 +A Perfect Climate Heating And, Cooling Llc, 520 Shady Ln, Greenwood IN 46142-8366
518078863 +A To Z Media, 600 W Chicago Ave, Ste 725, Chicago IL 60654-2522
518078864 +A V G Transport Solu, Po Box 121548, Clermont FL 34712-1548
518078865 +A Way Trucking, 12939 Oxsnard St 3, Van Nuys CA 91401-4109

518078867 +A1 Fleet Maintenance Inc, April, 14728 Crown Ln, Hagerstown MD 21740-2450
518078868 A1 Ice Equipment Distributors, Ed Marks, 1143 Central Ave, Albany NY 12205-5431
518078869 +A1 Lighting Svc Co, 1 Shirley Ave, Revere MA 02151-5109
518078870 +A1 Sanitary Sewer And Drain Serv, Main, P O Box 15551, Fort Wayne IN 46885-5551
518079142 ++AIR PURCHASES INC, 24 BLANCHARD RD, BURLINGTON MA 01803-5196
(address filed with court: Air Purchases, Udarrell Ouellette, 735 E Industrial Pk,
Manchester NH 03109-5611)
518079204 ++++ALCO CAPITAL GROUP RE HOMECLICK LLC, SAUL EWING ARNSTEIN AND LEHR LLP,
S RAVIN AND D PATEL ESQ, 1 RIVERFRONT PLZ STE 1520, NEWARK NJ 07102-5401
(address filed with court: Alco Capital Group Re Homeclick Llc,
Saul Ewing Arnstein And Lehr Llp, S Ravin And D Patel Esq, 1037 Raymond Blvd Ste 1520,
Newark NJ 07102-5426)
518078872 Aaa Cooper, Po Box 935003, Atlanta GA 31193-5003
518078871 Aaa Cooper, Remits, Po Box 935003, Atlanta GA 31193-5003
518078873 Aaa Cooper, Brittani Tison, Po Box 6827, Dothan AL 36302-6827
518078874 Aaa Cooper, Holly Taylor, Po Box 6827, Dothan AL 36302-6827
518078875 Aaa Cooper, Karen Kelly, Po Box 6827, Dothan AL 36302-6827
518078876 Aaa Cooper, Renna Fowler, Po Box 6827, Dothan AL 36302-6827
518078877 Aaa Cooper, Aaron Cornett, 1751 Kinsey Rd, Dothan AL 36303-5877
518078879 Aaa Cooper Transportation, Charlie Prickett Evp And Coo, Po Box 935003,
Atlanta GA 31193-5003
518078878 Aaa Cooper Transportation, Po Box 935003, Atlanta GA 31193-5003
518078880 +Aaa Ins Aso Robyn Rassler And, Levi Rassler, 5142 Rt 30 Ste 135, Greensburg PA 15601-7657
518078881 Aaa Insurance As Sub For, Richard Beardsley, Po Box 24523, Oakland CA 94623-1523
518078882 +Aaa Kam Svc Inc, 125 20 150th Ave, South Ozone Park NY 11420-4144
518078883 +Aaa Polymer Inc, Jenny Alva, 68 Freeman St, Brooklyn NY 11222-1328
518078884 +Aaa Tire Inc, 127 Main St, Wilmington MA 01887-3528
518078885 +Aaf Flanders, Argus, P O Box 4750, Troy MI 48099-4750
518078887 +Aai, Audit Source, Po Box 87, Absecon NJ 08201-0087
518078886 +Aai, George Tsiklidis, 6500 New Venture Gear Dr, East Syracuse NY 13057-1486
518078888 +Aamco Transmission, 780 E Pittsburgh St, Greensburg PA 15601-2637
518078889 +Aapollo Sewer And Plumbing Inc, P O Box 303, Keyport NJ 07735-0303
518078890 +Aaron Posnick And Co Inc, Maria Goncalves, 31 Capital Dr, West Springfield MA 01089-1344
518078892 Ab Wholesale Co, Division Of Ammars Inc, 710 S College Ave, Bluefield VA 24605-1639
518078893 +Ab-con Termite Specialists, 2927 Haddonfield Rd, Pennsauken NJ 08110-1109
518078895 Abaco Steel Products Inc, Jennifer Rivera, 40 Aero Rd Ste 4, Bohemia NY 11716-2900
518078897 #+Abal Material Handlinginc, The Door Doctor, Po Box 11965, Roanoke VA 24022-1965
518078902 +Abb Epis, 41 Woodford Ave, Plainsville CT 06062-2372
518232612 +Abba Porducts, 1301 Central Ave, Hillside, NJ 07205-2642
518078903 +Abbas, Zehra, 374 Oak Tree Ct, Hoffman Estates IL 60169-1650
518078904 +Abbey Fence And Deck Co Inc, Penny Stiles, 4113 Aquarium Pl, Baltimore MD 21215-4301
518078905 Abbott Ball Co, Claims Dept, Po Box 847102, Boston MA 02284-7102
518078906 +Abbott Nutrition, Dmk Svc Inc, Po Box 956, Westerville OH 43086-6956
518078907 +Abbott Nutrition, Kely Green Es-2-106634, 2900 Easton Square Pl, Columbus OH 43219-6225
518078908 +Abbott Nutrition, Marty Febus, 2900 Easton Square Pl, Columbus OH 43219-6225
518232613 +Abbott Rubber Co, 1450 Green Leaf Ave, Elk Grove Village, IL 60007-5523
518078909 Abbott Rubber Co Inc, Lois Landeira, 2143 Lunt Ave, Elk Grove Village IL 60007-5607
518078911 Abc Elastic Fabrics Co, Echo Global, 600 W Chicago Ave Ste, Chicago IL 60654-2801
518078912 +Abc Power Wash Llc, Kelly Thatcher Butler, Owner Accountant, 6305 Jeffers Rd,
Swanton OH 43558-9671
518078913 +Abc Supply Co Inc, 11060 Air Pk Rd, Ashland VA 23005-3430
518078914 +Abco Fire Protection Inc, Abco, Po Box 931933, Cleveland OH 44193-0004
518078917 +Abdul Baloch, 2440 Maclay Ave, Apt 2f, Bronx NY 10461-2930
518078921 +Abe J Peachey, 60 Green St, Po Box 951, Bellville PA 17004-0951
518078922 Abel Womack, Po Box 846031, Boston MA 02284-6031
518078925 Aberdeen Express, 2490b Commerce Blvd, Sharonville OH 45241
518078926 Abetter Pour, Alaura Shcillinger, 6400 W Touhy Ave Unit, Niles IL 60714-4510
518078927 Abf Freight System Inc, Abf, Po Box 1019, New Kingstown PA 17072-1019
518078929 Abr Wholesalers, Helen Lynch, 510 N Goodman St, Rochester NY 14609-6136
518078932 +Abrahami Eurotex, 457 Cortland St, Belleville NJ 07109-3205
518078936 +Abs Business Products, 10855 Medallion Dr, Cincinnati OH 45241-4829
518078937 Absolute Coatings, Ronald Riventhal, 38 Portman Rd, New Rochelle NY 10801-2103
518078943 +Ac And T, Po Box 4217, Hagerstown MD 21741-4217
518078945 +Ac Electric, 3941 Brecksville Rd, Richfield OH 44286-9623
518078946 +Ac Electric Corp, Auburn Marcia Clark, Po Box 1508, Auburn ME 04211-1508
518078947 Ac Tire, 4424 Beech Rd, Temple Hills MD 20748-6702
518078949 +Accela, Po Box 2037, Hagerstown MD 21742-2037
518078950 +Accelerated Transport, Jill Neder, 146-35 167th St, Jamaica NY 11434-5213
518078951 +Accent Construction Inc, 205 Pomponio Ave, Sth Plainfield NJ 07080-1926
518078952 Access Ins Co, Subrogee Of Wilfrida Heredia, Po Box 105143, Atlanta GA 30348-5143
518078953 Acco Brands, Alicia Lacy, 300 Quart Ave, Booneville MS 38829-1011
518078954 Acco Brands Inc, Merv Collins, 101 Oneil Rd, Sidney NY 13838-1055
518078955 +Acco Brands Inc, Merv Collins, Four Corporate Dr, Lake Zurich IL 60047-8924
518078956 +Accountemps, 12400 Collections Ctr Dr, Chicago IL 60693-0124
518232614 #+Accurate Fasterners Inc, 550 E First St, S Boston, MA 02127-1488
518078957 Accurate Logistics, Mandy B, 750 Bloomfield Ave, Clifton NJ 07012-1257
518078958 Accurate Logistics, Mandy B, 130 Moonachie Ave, Carlstadt NJ 07072-2500
518078959 +Acdc Lighting And Electrical, Matt Evans, Po Box 10036, Fort Wayne IN 46850-0036
518078960 +Ace Beverage Co, Echo, 600 W Chicago Ave Ste 725, Chicago IL 60654-2522

518078961 Ace European Group Chubb, Alan Enright, 100 Leadenhall St, London EC3A 3BP, United Kingdom
518078962 #+Ace Hardware, David Kemp, 7000 Hardware Dr, Prince George VA 23875-3041
518078963 Ace Natural, Logistxs Inc, 1500 Route 517 Ste 305, Hackettstown NJ 07840-2717
518078964 +Ace Prs As Sub Of Arnold Ecker, Po Box 1685, Salem VA 24153-0050
518078965 Ace Radiator, Sean Quinn, 4121 Westward Ave, Columbus OH 43228-1043
518078966 Ace Usa, Dept Ch 10678, Palatine IL 60055-0678
518078973 +Ackerman Industrial Equipment, 300 Mill St, Curtice OH 43412-7704
518078976 +Acm, Michael Putziger, 2254 Commonwealth Ave, North Chicago IL 60064-3304
518078977 Acm Technologies Inc, James Baker, 6 Industrial Dr, South Hadley MA 01075-2622
518078978 +Acme Furniture, Tashi Phuntsho, 58-51 52nd Ave, Woodside NY 11377-7423
518078979 Acme Paper And Supply, Claims Dept, 8229 Sandy Ct, Jessup MD 20794-3005
518078980 Acme Stove Co, Claims Dept, 1702 E Market St, Harrisonburg VA 22801-5104
518078981 Aco Polymer, Kathy Stowe, 9470 Pine Cone Dr, Mentor OH 44060-1863
518232615 +Acosta, Juan, Auto Body Jobbers, 245 Pack Ave, Paterson, NJ 07501-2411
518078984 +Acr Of Wny, Po Box 1062, Buffalo NY 14201-6062
518078985 Acr Stone Group Ll, 2205-k Oak Ridge Rd, Ste 158, Oak Ridge NC 27310-9619
518078986 +Acs Copy Llc, P O Box 1199, Clifton Park NY 12065-0804
518078988 +Action Fire And Safety, 2336 Rt 11, Kirkwood NY 13795-1811
518078989 +Action Sports, Paul Kopp, 1384 Montauk Hwy, Oakdale NY 11769-1344
518078990 Action Staffing Group, Nina Borrero, P O Box 75343, Chicago IL 60675-5343
518078991 Active Radiator, Thomas Mourer, 3675 Amber St, Philadelphia PA 19134-2730
518078992 Active Radiator Sply, 3675 Amber St, Philadelphia PA 19134-2730
518078993 +Active Temporaries Ltd, Sheena Mohan, 41 West 33rd St, New York NY 10001-3016
518078994 +Acton Technologies Usa, Rob De Leo, 100 Thompson St, Pittston PA 18640-1437
518078995 Acuity -sub For Jacob Kauffman, Claims Dept, Po Box 58, Sheboygan WI 53082-0058
518078996 Acuity Brands, 1400 Lester Rd, Conyers GA 30012-3908
518078997 Acuity Brands Lighting, Transportation Claims, 1400 Lester Rd Nw, Conyers GA 30012-3908
518078999 +Acushnet Co, Mega Logistics Inc, 300 Wampanoag Trl, Riverside RI 02915-2200
518079001 +Adam Blake And Finkelstein And, Partners As Attorneys, 1279 Rt 300 Po Box 1111, Newburgh NY 12551-1111
518079002 Adam Sassone, 11 Jones Pl, Yorkville NY 13495-1223
518079005 +Adams Express Inc, John Admas, 11 Teakwood Dr, Clifton Park NY 12065-5302
518079006 Adams Manufacturing Corp, Rhonda Catalfamo, Po Box 1, Portersville PA 16051-0001
518079007 Adams Mfg Corp, Rhonda Catalfamo, Po Box 1, Portersville PA 16051-0001
518079026 Adecco Employment Svc, Sonya Otens, Branch Manager, Po Box 371084, Pittsburgh NY 15250-7084
518079028 +Adewale Shekoni And Brian S, Quirk As Atty, 400 Reservoir Ave Ste 1c, Providence RI 02907-3594
518079029 +Adhesive Applications, Pasquale Rettura, 41 O Neill St, Easthampton MA 01027-1103
518079030 +Adhesives And Chemicals, Dianne Mierau, 131 Brown St, Yatesville PA 18640-3722
518079031 +Adi, Alfomso Luma, 1350 N Colorado St, San Antonio TX 78207-1803
518079033 +Adirondack Brewery, Bonnie Decook, 33 Canada St, Lake George NY 12845-1603
518079034 +Adirondack Radiology Associate, Saratoga Imaging Center, 3 Care Ln Ste 100, Saratoga Springs NY 12866-8635
518079035 Adirondack Tire Centers, P O Box 13326, Albany NY 12212-3326
518079036 Adj Sheet Metal, Brad Davidson, 4510 Graphics Dr, White Plains MD 20695-3128
518079038 +Adm Lawn And Landscaping Inc, 110 Chimney Sweep Ct, Goodview VA 24095-2400
518079039 +Adm Logistics, Kristine Woolum, Po Box 1470, Decatur IL 62525-1820
518079040 Admark Graphic Systems Llc, Fonda Meredith, 9700 Metromont Ind Blvd, Charlotte NC 28269-7604
518079041 +Administracion Para El Susteno, De Menores, Po Box 71442, San Juan PR 00936-8542
518079042 Administrator Unemployment, Po Box 2940, Hartford CT 06104-2940
518079043 +Admiral Fire And Safety Inc, 9 Haigis Pkwy, Scarborough ME 04074-7668
518079045 +Adp Inc, Po Box 842875, Boston MA 02284-2875
518079044 Adp Inc, Darlene James, Ass Accountant, Po Box 7247-0372, Philadelphia PA 19170-0372
518079046 Adroptions, 2001 Market St, Two Commerce Square Ste 1100, Philadelphia PA 19103-7044
518079047 +Ads, Il2000, Po Box 8372, Virginia Beach VA 23450-8372
518079048 +Advance Auto Body, 500 Frederick St, Hagerstown MD 21740-6813
518079049 +Advance Auto Parts, Trans Audit, 11 Marshall Rd Ste2d, Wappingers Falls NY 12590-4132
518079050 +Advance Business System, 10755 York Rd, Po Box 627, Cockeysville MD 21030-0627
518079051 Advance Tabco, Brien Pouch, 200 Heartland Blvd, Edgewood NY 11717-8380
518079052 Advance Transp Sys, 10558 Taconic Terrac, Cincinnati OH 45215-1125
518079053 +Advanced Auto Transport Inc, 8603 34th St N, Lake Elmo MN 55042-8442
518079054 Advanced Emergency Products, Emily Mutch, 151 Mill Rock Rd East, Old Saybrook CT 06475-4213
518079055 +Advanced Network Idea Inc, Po Box 670266, Flushing NY 11367-0266
518079056 +Advanced Orthopaedics Pllc, 80-02 Kew Gardens Rd, 5th Floor, Kew Gardens NY 11415-3609
518079057 +Advanced Particulate Tech Inc, Robin Thompson, 66 Donation Rd, Greenville PA 16125-9772
518079058 +Advanced Poly Packaging, Mary Moss, 1360 Exeter Rd, Akron OH 44306-3860
518079059 Advanced Polymer, Carlo Serpe, 400 Paterson Plank Rd, Carlstadt NJ 07072-2306
518079060 +Advanced Radiology, 26999 Network Pl, Chicago IL 60673-1269
518079061 +Advanced Scale Inc, 13 Delta Dr Unit 6, Londonderry NH 03053-2372
518079062 +Advanced Sewer And Drain Inc, P O Box 965, West Springfield MA 01090-0965
518079063 +Advanced Surgery Center Llc, 1608 Lemoine Ave Ste 101, Fort Lee NJ 07024-5636
518079064 +Advanced Wheel Sales, Nicole Chase, 400 W Wilson Bridge Rd Ste 300, Worthington OH 43085-5215
518079065 Advancing Alternatives, Joann Keller Thomsen, 2016 Single Tree Ln, Lancaster PA 17602-1021
518079066 Advancing Eco Agriculture, Laurie Carusone, 4551 Parks West Rd, Middlefield OH 44062-9345

518079068 Advantage Freight Network, Jared Palmer, 2333 Waukegan Rd, Bannockburn IL 60015-5508
518079069 +Advantage Physical Medicine, And Heabilitation Llc, 60 Dunning Rd, Middletown NY 10940-2216
518079070 +Ae Eagle, Cts, 1915 Vaughn Rd, Kennesaw GA 30144-4579
518079071 Aee Solar, Chris Smith, 775 Fiero Ln Ste 200, San Luis Obispo CA 93401-7904
518079072 +Aei Winddown Liquidating Trust Project, Pachulski Stang Ziehl & Jones Llp, Michael R. Seidl, 919 North Market St 17th Floor, Wilmington DE 19801-3034
518079073 Aep, Direct Enegy, Payment Processing, Po Box 371496, Pittsburgh PA 15250-7496
518079075 Aep, Payment Processing, Po Box 371496, Pittsburgh PA 15250-7496
518079074 +Aep, 1 Riverside Plz, Columbus OH 43215-2355
518079077 +Aep Industries Inc, 199 Rosewood Dr, Ste 240, Danvers MA 01923-4523
518079078 +Aerco Heating And Cooling Llc, Gary Z Milak, 65 Washington Ave, Carteret NJ 07008-2625
518079079 Aero Manufacturing, Elsa Ortiz, 310 Allwood Rd, Clifton NJ 07012-1701
518079080 Aeromed Ltd, Josh Morello, 85 Commerce St, Glastonbury CT 06033-2312
518079081 Aerosys Inc, Lu Ann Hammond, 929 Eldridge Dr, Hagerstown MD 21740-6843
518079082 Aerotek Commercial Staffing, William Maddox Harris, Business Operations Associate, Po Box 198531, Atlanta GA 30384-8531
518079083 +Aetna Debra Smith Et Al V, New England Motor Freight Inc, Steven Fronheiser, 767 Marian Dr, Middletown DE 19709-3123
518079084 +Aetna Debra Smith Roscoe Smith, Rawlings And Associates, Brigid A Mcdonough, Po Box 49, Lagrange KY 40031-0049
518079085 +Af Supply Corp, 942 Lafayette Ave, Brooklyn NY 11221-1999
518079086 +Afc, Advanced Fire Co, 210 West Dr, Greensburg PA 15601-1206
518079087 Afc Cable System, Karen Smith, 960 Flaherty Dr, New Bedford MA 02745-2262
518079088 +Afco Heating And Ac, 14 Almond St, Staten Island NY 10312-2202
518079089 Affiliated Engineering Labinc, P O Box 3300, Edison NJ 08818-3300
518079090 +Affiliated Technology, Solutionsllc, Po Box 3300, Edison NJ 08818-3300
518079091 Affinity Beverage, 63 Forest Ave, Locust Valley NY 11560-1734
518079092 Affordable Funeral Supply, Kristen Walters, 128 Brickyard Rd, Mars PA 16046
518079093 Affordable Pharm, Suzan Rata, 58 Teed Dr, Randolph MA 02368-4202
518079094 +Affordable Trailer Solutions, 7231 Northern Blvd, East Syracuse NY 13057-9734
518079095 +Aflac New York, 22 Corporate Woods Blvd, Albany NY 12211-2387
518079096 Afn, Claims, 7230 N Caldwell Ave, Niles IL 60714-4502
518079097 Afni Insurance Svc, Po Box 3068, Bloomington IL 61702-3068
518079098 +Afni-for State Farm Insurance, Subrogation Dept, Po Box 3065, Bloomington IL 61702-3065
518079099 Afs, Angie Franco Claims Dept, 201b West Butler Rd 119, Mauldin SC 29662-2536
518079100 +Afs, Ap, 670 Emberwood Dr, Shreveport LA 71106-7224
518079101 +Afs Logistics, Claims Dept, Po Box 18170, Shreveport LA 71138-1170
518079102 Ag Transportation, Sue Byrner, 910 N Dupage Ave, Lombard IL 60148-1242
518079103 Ag-pro Companies, John Deere Dealer, 219 Columbus Sandusky Rd, Marion OH 43302-8911
518079104 Aga Truck Parts, Echo Global, 600 W Chicago Ave Ste 7, Chicago IL 60654-2801
518079106 +Agcs Marine Insurance Company,, 225 Washington St, Ste 1800, Chicago IL 60606-3458
518079107 Agi, 2655 International Pkwy, Virginia Beach VA 23452-7802
518079108 Agile Premium Finance, Po Box 549, Newark NJ 07101-0549
518079109 Agilex Fragrances, Dana Draper, 300 Elm St Unit 1, Milford NH 03055-4715
518079110 Agility Logistics, 230-59 Intl Airport, Jamaica NY 11413
518079111 +Agility Logistics, Renee Brown, Po Box 965335, Marietta GA 30066-0006
518079112 +Agility Logistics, Patricia Hernandez, Po Box 3768, Lake Havasu City AZ 86405-3768
518079113 +Agility Logistics Fa, 1100 S Tamiami Trl, Ste B, Venice FL 34285-4111
518079114 +Agincourt Wallboard, Dba Wallboard Supply Co, Po Box 184, Londonberry NH 03053-0184
518232616 +Agis, 5 Forge Pkwy, Franklin, MA 02038-3135
518079117 Agri Supply, Kelli Bailey, 1918 E Palmetto St, Florence SC 29506-3605
518079118 +Agri-dairy Products, Claim Dept, 3020 Westchester Ave, Ste 308, Purchase NY 10577-2525
518079119 +Ags Inc, 11234 Air Pk Rd, Ashland VA 23005-3435
518079127 Ah Harris, Richard Bernard, 91 Holmes Rd, Newington CT 06111-1709
518079128 #Ah Harris, Audit Source, Po Box 87, Absecon NJ 08201-0087
518079129 +Ahmad Alfaqih, 20 Ashford Pl, Yonkers NY 10701-6338
518079130 +Ahmedova Yulduz, Attorney For The Plaintiff, Law Off Of Larry Hallock And Associates, 16108 46th Ave Ste 300, Flushing NY 11358-3651
518079132 +Ahram Lee, 167-55 148 Th Ave, Jamaica NY 11434-5248
518079134 #Aiko Importers, Igor Kogan, 1549 Carolina Jasmine Rd, Mount Pleasant SC 29464-7494
518079135 +Aim Nationalease, 4944 Belmont Ave, Ste 301, Youngstown OH 44505-1055
518079136 +Aims Diagnostic Imaging Llc, P O Box 1036, Abescon NJ 08201-5036
518079137 +Air City Warehouse, 153-63 Rockaway Blvd, Jamaica NY 11434-3641
518079138 +Air Control Supply, Craig Morgan, 1580 Lakeland Ave, Bohemia NY 11716-2170
518079140 +Air Ground Express, Erin O’brien, Po Box 438, Clinton PA 15026-0838
518232617 +Air Jet Express, 147 16 181st Street, Jamaica, NY 11413-4012
518079141 +Air Power Intl, Cts, 1915 Vaughn Rd, Kennesaw GA 30144-4579
518079143 Air Purchases Inc, Mary Hanafin, 24 Blanchard Rd, Burlington MA 01803-5126
518079144 +Air Purifiers Inc, John Di Rezze, 1 Pine St, Rockaway NJ 07866-3132
518079145 +Air Tiger Express, May Chen, 149-09 183rd St, Springfield Gardens NY 11413-4042
518079146 Airbridge Usa Corp, 145-43 226th St, Unit B-1, Jamaica NY 11413-3515
518079147 Aire Technologies, Claims Dept, 210 Fifth St, Charleroi PA 15022-1514
518079148 Aireco Supply Inc, Joseph Houck, 1031 Wilso Dr, Baltimore MD 21223-3232
518079149 Aireco Supply Co, David Zimmerman, 1349 Ingleside Rd, Norfolk VA 23502-1914
518079150 Airex Filter Corp, Amie Marion, 17 Executive Dr, Hudson NH 03051-4903
518079151 Airgas, Po Box 534109, Atlanta GA 30353-4109
518079153 Airgas Refrigerants, Afs Logistics, Po Box 18170, Shreveport LA 71138-1170
518079155 Airgas Usa Llc, Flip Erwin, Po Box 802576, Chicago IL 60680-2576
518079157 Airstream Inc, Christina Richard, 420 W Pike St, Jackson Center OH 45334-9727

518079158 +Airway Masonry Construction, Paul B Tremblay, P O Box 5553, Pawtucket RI 02862-5553
518079159 +Ait Worldwide, Account Pay, 701 N Rohlwing Rd, Itasca IL 60143-1348
518079160 Aj Jersey, Megan Yekko, 125 St Nicholas Ave, South Plainfield NJ 07080-1807
518079161 +Aj Logistics, Rose Crocilla, 2744 Hylan Blvd Pmb 524, Staten Island NY 10306-4658
518079162 Aj Madison, Amy Moreno, 3605 13th Ave, Brooklyn NY 11218-3707
518079163 +Aj’s Beer Warehouse, Julie Bielecki, 175 Clay Rd, Rochester NY 14623-3222
518079164 +Ajc Logistic Migdal Ins Co, Oliver Rosca, 600 Valley Rd, Wayne NJ 07470-3535
518079165 +Ajm Enterprises Inc, John Sember, 334 Fairlea Rd, Orange CT 06477-3411
518079166 +Ak Associates, Ralph Anderson, Professional Land Surveyors, 100 North Pk Ave, Rockville Centre NY 11570-4157
518079167 +Akary Nabih, Dba Alana Transport, 81 Grant Ave, Clifton NJ 07011-3522
518079169 +Akerman Llp, Post Office Box 4906, Orlando FL 32802-4906
518079170 Akers Industries, Edna Perlmuster, 115 Shawmut Rd, Canton MA 02021-1438
518079173 +Akron Municipal Court, 217 South High St, Akron OH 44308-1634
518079174 +Aktug Mensur, 28 Park St, Paterson NJ 07503-2644
518079175 +Al Hoffman, 326 State Rt 208, Monroe NY 10950-2874
518079176 +Al Smith Rigging, Michele Lupo, 26 Track Dr, Binghamton NY 13904-2717
518079177 +Al Warren Oil Co Inc, Amanda Sepolio, P O Box 2279, Hammond IN 46323-0279
518079178 +Al’s Garage, 52 E Cathrine St, Binghampton NY 13904-1408
518079179 +Al’s Towing And Repair Llc, Alex Shippee, 282 West Rd, Vernon VT 05354-9551
518079182 Aladdin Bakers Inc, Emilia Sciechowska, 240 25th St, Brooklyn NY 11232-1338
518079183 +Alan Chilcote Jr, 1221 N Manor Rd, Honey Brook PA 19344-9500
518079185 +Albany County Sheriff, 16 Eagle St, Room 79, Albany NY 12207-1019
518079186 +Albany Fire Extinguisher, Sales And Svc Inc, 215 Watervliet Shaker Rd, Watervliet NY 12189-3452
518079188 Albany Medical Center, Dept Of Radiology, 43 New Scotland Ave, Albany NY 12208-3478
518079187 +Albany Medical Center, Health Information Serv--mc-67, 43 New Scotland Ave, Albany NY 12208-3412
518079189 +Albany Spring Svc Inc, 408 North Pearl St, Albany NY 12207-1312
518079190 +Albatrans Inc, Robert Gladstone, 140 Eastern Ave, Chelsea MA 02150-3352
518079191 +Albatrans Inc, Karen Brann, 149-10 183rd Street, Jamaica NY 11413-4035
518079192 Albert Kemperle Inc, Andrew De Nardo, 100 Melrich Rd, Cranbury NJ 08512-3520
518079193 +Albert Kemperle Inc, 1453 North Clinton Ave, Bayshore NY 11706-4051
518079194 +Albert Kobylarz, Main, 53 Mountain View Dr, Clifton NJ 07013-1413
518079195 Albert Russo Trustee, Po Box 933, Memphis TN 38101-0933
518079196 Albert Sisk And Son, Melissa Corbin, Po Box 70, Preston MD 21655-0070
518079203 Alchem Specialties, Katherine Nicholson, 7284 Justin Way, Mentor OH 44060-4881
518079205 Alco Capital Group Re Homeclick Llc, Saul Ewing Arnstein And Lehr Llp, Jeremiah J Vandermark Esq, 1500 Market St 38th Floor, Philadelphia PA 19102-2186
518079206 +Alco Stamping, Charles Cassaday, 500 C Springdale Ave, Somerdale NJ 08083-1000
518079207 Alcoa, Danielle Hunt, 3340 Gilchrist Rd, Mogadore OH 44260-1254
518079208 Alcoa Howmet, Todd Henson, 926 E Lincolnway, La Porte IN 46350-3950
518079209 Alcoa Inc, Tsb, 40 E Emaus St, Middletown PA 17057-1705
518079210 #+Alcoholic Beverages Control Commission, Ryan Melville, 239 Causeway St, Boston MA 02114-2194
518079213 +Aldon Corp, John Heiman, 221 Rochester St, Avon NY 14414-1034
518079215 +Aleen Hira, 72-57 Calamus Ave, Bsmt Apt, Woodside NY 11377-7635
518079216 +Alek Air Mgmt Inc, 701 E Pennsylvania Blvd, Feasterville -trevose PA 19053-7842
518079218 +Alex Trucking Llc, 10694 Independence Ct, Redlands CA 92374-7638
518079219 +Alexander Ocampo, Alexander, 941 Elizabeth Ave, Elizabeth NJ 07201-4621
518079225 +Alexian Brothers Med Cnt, 800 Biesterfield Rd, Elk Grove IL 60007-3396
518079227 +Alexis Fesz, 719 Davol Rd, Stevensville MD 21666-2421
518079229 +Alfonso Mendez And, Joseph I Orlian Pc, 277 Broadway Ste 408, New York NY 10007-2036
518079230 +Alfredo Tavares And P And N Towing, Collision And Paint, 432 West 203rd St, New York NY 10034-3705
518079231 +Alfresco Home, 1000 Armand Hammer Blvd, Pottstown PA 19464-5013
518079232 Alg Admiral Inc, Claims Dept, 745 Dillon Dr, Wood Dale IL 60191-1273
518079235 Alimed Inc, Zinet Bome, 297 High St, Dedham MA 02026-2852
518079236 +Alioune Diao, 176 2nd St, 1st Floor, Albany NY 12210-1511
518079237 +Alisa Carey, 1453 Plymouth Dr, Irwin PA 15642-4017
518079240 +Alk Associates Inc, 1 Independence Way, Ste 400, Princeton NJ 08540-6662
518079241 All Amer Container, Missy Allender D Sztrom, 206 Finley Rd Ste 54, Belle Vernon PA 15012-3824
518079242 +All American Container, Bonnie Thibeault, 4507 Eagle Falls Pl, Tampa FL 33619-9612
518079243 All American Containers, Denise Sztroin, 206 Finley Rd Ste 54, Belle Vernon PA 15012-3824
518079244 +All American Heating And Ac Co, 668 E Northwest Hwy, Mout Prospect IL 60056-3364
518079246 All Bright Janitorial Svc, All Bright, 290 West River Rd, Ste 5, Hooksett NH 03106-2655
518079247 +All Girls Transportation, 800 Roosevelt Rd Bldg C, Ste 300, Glen Ellyn IL 60137-5898
518079248 +All Partitions And Parts Llc, 1411 Combermere Dr, Troy MI 48083-2745
518079249 +All Phase Electric, Matt Kolb, 407 S Main St, Pittsburgh PA 15220-5513
518079250 All Phase Electrical Supp, Roger Albert, 1559 King St, Enfield CT 06082-5844
518079251 +All Points Towing Recovery, And Svc Center, 136 Smith Rd, Jim Thorpe PA 18229-2756
518079252 +All State Medal Coinc, All State Medal, 16 Adams Pl, Lodi NJ 07644-2928
518079253 +All Svc Plumbing Heating, Gas Inc, 310 Salem Rd, Billerica MA 01821-2121
518079254 +All Systems Brake Svc Inc, Anthony Calazza, 110 Wyandanch Ave, Wyandanch NY 11798-4443
518079255 +All Tech Sound, 13 Robbie Rd, Avon MA 02322-1132
518232618 +All Tex Inc, 14093 Balboa Blvd, Sylmar, CA 91342-1090
518079256 All-phased Electric Supply, Matt Kolb, 402 S Main St, Pittsburgh PA 15220-5514
518079258 +Allegheny Engineering Co, Donna Cahillan, 3157 Washington Rd, Mc Murray PA 15317-3158
518079259 Allegheny Petroleum, Luke Wisniewski, 999 Airbrake Ave, Wilmerding PA 15148-1064

518079262 +Allegiant Fire Protection Llc, 2760 Beverly Dr Ste 9, Aurora IL 60502-8604
518079265 +Allen Associates, 60 Saginaw Dr, Rochester NY 14623-3159
518079266 +Allen Distribution, Jennifer Carr, 1532 Commerce Ave, Carlisle PA 17015-9161
518079267 +Allen Fire Equipment, 1977 Stoneman Cir, Lakewood NY 14750-9776
518079268 #+Allen Flavors Inc, 23 Progress St, Edison NJ 08820-1102
518079277 +Allenfarm Fence Co, Stephan Haskell, 18 Autocar Ln, Hermon ME 04401-1338
518079278 Allermuir, 4111 N Jerome Rd, Maumee OH 43537-7100
518079279 Allexcel Inc, Tina Sweeney, 1 Controls Dr, Shelton CT 06484-6153
518079281 +Alliance Court Reporting Inc, 120 East Ave Ste 200, Rochester NY 14604-2579
518079282 +Alliance Design Inc, 434 Union Blvd, Totowa NJ 07512-2562
518079283 +Alliance Door And Hardware Inc, 55 Alliance Dr, Rochester NY 14623-3188
518079284 Alliance Ground, 340 Brewster Rd, Newark NJ 07114
518079285 +Alliance International, Cts, 1915 Vaughn Rd, Kennesaw GA 30144-4579
518079286 +Alliance Plumbing And Mech, Contractors Inc Alliance, P O Box 458,
Woodbridge NJ 07095-0458
518079287 +Allied Acct Svc Inc, 422 Bedford Ave, Bellmore NY 11710-3564
518232619 +Allied Building, 2701 Bells Rd, Richmond, VA 23234-2603
518079288 +Allied Building Products, 120 Whitehall St, Lynbrook NY 11563-1047
518079289 +Allied Building Products Corp, 1 Wholesale Way, Cranston RI 02920-5562
518079290 +Allied Converters, Claims Dept, 64 Drake Ave, New Rochelle NY 10805-1507
518079292 Allied Intl Corp, Heather Adkins, 101 Dover Rd Ne, Glen Burnie MD 21060-6560
518079293 Allied Old English, Dipti Patel, 100 Markley St, Port Reading NJ 07064-1821
518079294 +Allied Pringing Serv, Po Box 850, One Allied Way, Manchester CT 06042-8933
518079295 +Allied Recovery Solution, As Subrogee Of Geico Ins, Po Box 1011,
Port Jefferson Station NY 11776-0711
518079296 +Allied Recovery Solutions, Po Box 1011, Port Jefferson Station NY 11776-0711
518079297 +Allied Spring And Svc, P O Box 117, East Syracuse NY 13057-0117
518079298 Allied Tube And Conduit, Ellen Van Slyke, 11350 Norcom Rd, Philadelphia PA 19154-2304
518079302 Allpower, Claims Dept, 43 West State St, Granby MA 01033-9467
518232620 +Allside, 8423 Sanford Dr, Richmond, VA 23228-2822
518079304 Allstate And Casualty Ins Co, As Subrogee Of Keith Rodney, Pmnt Proc Cntr-pob 650271,
Dallas TX 75265-0271
518079305 Allstate As Sub John Scott, Payment Processing Center, Po Box 650271,
Dallas TX 75265-0271
518079306 Allstate As Sub Of Karen Mason, Payment Processing Center, Po Box 650271,
Dallas TX 75265-0271
518079307 Allstate Aso Rachael Pascall, Po Box 650271, Dallas TX 75265-0271
518079308 Allstate Aso Jacqueline Gomez, Payment Processing Center, Po Box 650271,
Dallas TX 75265-0271
518079309 Allstate Aso Michelle Lorince, Payment Proc Cntr, Po Box 650271, Dallas TX 75265-0271
518079310 Allstate Aso Michelle Tarsi, Payment Processing Center, P O Box 650271,
Dallas TX 75265-0271
518079311 Allstate Aso Rodney Choate, Payment Processing Center, Po Box 650271,
Dallas TX 75265-0271
518079312 Allstate Fire And Casualty Ins, As Subrogee Of Robert Mcclorey, Po Box 650271,
Dallas TX 75265-0271
518079313 +Allstate Fire And Casualty Ins, Co As Subr For Ralph Visceglia, Po Box 660636,
Dallas TX 75266-0636
518079314 Allstate Ins Aso Regina Coyle, Payment Processing Center, Po Box 650271,
Dallas TX 75265-0271
518079315 Allstate Ins Co, As Subrogee For Ivan Cardenas, Pmnt Proc Cntr-po Box 650271,
Dallas TX 75265-0271
518079317 +Allstate Ins Co As Sub For, Alfonso Mendez Ross And Suchoff Llc, 343 Millburn Ave,
Ste 300, Millburn NJ 07041-1318
518079318 Allstate Ins Co As Sub For, Christine Murphy, Po Box 650271, Dallas TX 75265-0271
518079316 Allstate Ins Co As Sub For, Property Cleanouts Plus Llc, Pmnt Proc Cntr Pob 650271,
Dallas TX 75265-0271
518079319 Allstate Ins Co As Sub Of, Daniel Rinaldi, Po Box 572 Attn M Jordan,
Hauppauge NY 11788-3067
518079320 Allstate Ins Co As Subrogee, For Tanya Mitchell, Po Box 650271, Dallas TX 75265-0271
518079321 Allstate Insaso Darlene Vullo, Payment Processing Center, Po Box 650271,
Dallas TX 75265-0271
518079322 Allstate Insco, As Subroge Of Catherine Ogburn, Po Box 650271, Dallas TX 75265-0271
518079323 +Allstate Insurance, Second Look, 1393 Veterans Hwy Ste 200s, Hauppauge NY 11788-3066
518232621 +Allstate Insurance, Subrogee For Kristi Edwards, Po Box 650271, Dallas, TX 75265-0271
518079324 +Allstate Insurance Aso Angela Antonucci, Law Office Of John Trop, Brittany R Uslaner Esq,
73 Market St Ste 375, Yonkers NY 10710-7616
518079325 +Allstate International Inc, All-state Legal, Kathleen Obrien Staff Acct, One Commerce Dr,
Cranford NJ 07016-3508
518079326 +Allstate Intl, 1391 N Wood Dale Rd, Ste 101, Wood Dale IL 60191-1061
518079327 +Allstate Intl Freight Usa Inc, Echo Global, 600 W Chicago Ave St 725,
Chicago IL 60654-2522
518079329 +Allstate National Subro Processing, Po Box 650271, Dallas TX 75265-0271
518079328 +Allstate National Subro Processing, Lizette Valdez, Po Box 660636, Dallas TX 75266-0636
518079330 +Allstate Nj Ins Co, Po Box 250, Pluckemin NJ 07978-0250
518079331 Allstate Nj Prop And Casualty, As Sub For Eileen Weinstein, P O Box 650271,
Dallas TX 75265-0271
518079332 Allstate Nj Property And, Casualty Ins Co As Sub For, Luis Noboa, Po Box 650271,
Dallas TX 75265-0271

518079334 Allstate Payment Proc Center, As Sub Of Maria Gertrudis, Po Box 650271, Dallas TX 75265-0271
518079333 +Allstate Payment Proc Center, As Subrogee Of Wallace Smith, Po Box 650271, Dallas TX 75265-0271
518079335 +Allstate Peterbilt Cleveland, 8650 Brookpark Rd, Brooklyn OH 44129-6808
518079336 Allstate Property And Casualty, As Subrogee Of Anthony Viscuso, Po Box 650271, Dallas TX 75265-0271
518232622 +Allstate Property And Casualty Inc Co, Subrogee For Brenda Trombley, Po Box 660636, Dallas, TX 75266-0636
518079337 Allstate Sub Of Arlene Mele, Po Box 650271, Dallas TX 75265-0271
518079338 Allstate Subof Manuel Montanez, Payment Processing Center, Po Box 650271, Dallas TX 75265-0271
518232623 +Allstate Subrogee For German Alter, Po Box 650506, Dallas, TX 75265-0506
518079339 Allstate-sub Of Maria Mikovsky, Payment Processing Center, Po Box 650271, Dallas TX 75265-0271
518079340 Allstates World Cargo, Barbara Monti, 1 Pelican Dr Ste 1, Bayville NJ 08721-1600
518079342 +Allure Metal Works Inc, Ashley Brennan, 71 Hoffman La, Islandia NY 11749-5007
518079343 +Ally Coffee, Echo Global, 600 W Chicago Ave Ste 725, Chicago IL 60654-2522
518232624 +Almonte, John, 447 Hudson St, Hackensack, NJ 07601-6606
518079352 Alpha Associates, Tom Helle, 145 Lehigh Ave, Lakewood NJ 08701-4527
518079353 +Alpha Card Systems Llc, Po Box 231179, Portland OR 97281-1179
518079354 Alpha Imaging Technologies, Linda Beausoleil, 150 Western Ave Unit 3, Lowell MA 01851-1434
518079355 +Alpha Omega, Plumbingheating And Ac, 2247 State Rte 940, Freeland PA 18224-3230
518079356 Alpha Omega Shelving, Brad Bonifield, 800 Hope Hollow Rd, Carnegie PA 15106-3605
518079357 +Alpha Sure Technologies Llc, De Sec 05187 Fire Fal0146, 101 West 40th St, Wilmington DE 19802-2119
518079358 Alphapointe Assoc Fo, Afs Logistics, Po Box 18410, Shreveport LA 71138-1410
518079360 +Alphonso Gilliam, Att For The Plaintiff Marrone Law Firm, Brian Marchese, 200 South Broad St, Philadelphia PA 19102-3803
518079359 +Alphonso Gilliam, 650 Linda Ln, Norristown PA 19401-3523
518079361 +Alphonso Gilliam V, New England Motor Freight Inc Et Al, Malachi Hampton, 884 Georges Station Rd, Greensburg PA 15601-7196
518079362 +Alphonso Robinson, 7636 Pleasant Ave, Pennsauken NJ 08110-2519
518079363 +Alpine Painting And Sandblasting, Main, 17 Florida Ave, Paterson NJ 07503-2114
518079364 +Alpine Sprinkler Inc, Mary, 77 Ethan Allen Dr, So Birlington VT 05403-5856
518079365 +Alps Professional Servicesinc, 6101 East Molloy Rd, East Syracuse NY 13057-1041
518079366 Als Beverage Co, Tom Fountain, 1-3 Revay Rd, East Windsor CT 06088-9688
518079367 #+Als Maintenance, 328 Jordan Ave, Rochester NY 14606-4118
518079369 +Also Energy Inc, Traci Love, 1750 30th St, Ste 1-193, Boulder CO 80301-1029
518079370 +Alson Thomas, 55 Woodrow Ave, Bridgeport CT 06606-3936
518079371 +Alstar Seating, Joan, 5 First St, Elmwood Park NJ 07407-1508
518232625 +Alstate, Subrogee Kristi Edwards, Po Box 660636, Dallas, TX 75266-0636
518079373 Altaire Pharmaceutical, Paula Young, Po Box 849, Aquebogue NY 11931-0849
518079374 +Altapac, Joe Heller, 2901 E Fourth Ave, Columbus OH 43219-2896
518079375 Alte, Bonny Ethridge, 330 Codman Hill Rd, Boxborough MA 01719-1708
518079376 Alte Store, Tech Logistics, 300 Elm St Unit 1, Milford NH 03055-4715
518079378 +Altro Usa Inc, Lauren Travers, 80 Industrial Way Ste 2, Wilmington MA 01887-4614
518079379 +Altronix Corp, Jacquelin Jospeh, 140 58th St Bldg A 3w, Brooklyn NY 11220-2539
518079380 Aluf Plastics Inc, Avalon Pierre, 2 Glenshaw St, Orangeburg NY 10962-1207
518079390 +Alvin Anderson, 53 C Sherwood Forest, Wappingers Falls NY 12590-5736
518079391 +Always Clean Cleaning Servllc, 9 Miles St, Apt 2, Binghamton NY 13905-1920
518079392 +Am Woodland Outdoor Design, Woodland Outdoor, 585 Ginger Trl, Lake Zurich IL 60047-2523
518079397 +Amanda Graham, 190 Cardinal Dr, Montgomery NY 12549-1709
518079398 +Amanda Pang And, Nicholas Andreson As Attorney, 5 Suburban Rd 807, Worcester MA 01602-4227
518079399 +Amanda Slatter And Fiore And, Barber Llc As Attorneys, 418 Main St Ste 100, Harleysville PA 19438-2350
518079400 +Amanda Velez And Justin C, Freeman As Atty, 90 Brainard Rd Ste 201, Hartford CT 06114-1687
518079401 +Amanda Velez Lynn, 192 Lewis Ave Aprt 2n, Meriden CT 06451-2947
518079404 Amark Logistics, 28915 Clemens Rd, Ste 105, Westlake OH 44145-1122
518079406 Amazoncom, Po Box 80683, Seattle WA 98108-0683
518079407 Amazoncom, Wells Fargo Na, Jay Farnham, Po Box 84171, Seattle WA 98124-5471
518079408 Amb Furniture, Stephanie Ortiz, 10262 Birtcher Dr Ste 101, Mira Loma CA 91752-1827
518079409 +Amber Jenner, 130 White Birch Lake Rd, Windsor NY 13865-2647
518079410 Amco Ins Co As Sub Of, Carlos Putney, 1 Nationwide Gtwy Dept 2019, Des Moines IA 50391-2019
518079411 +Amco Polymrs, Joann Jones, Po Box 935387, Atlanta GA 31193-5387
518079412 +Amcor, Cindy Peura, 1919 S Butterfield Rd, Mundelein IL 60060-9740
518079413 Amcor Pharmaceutical, Transaver Claims Dept, 108 Washington St, Manlius NY 13104-1913
518079414 Amer Air Filter Co, Argus Logistics, P O Box 4750, Troy MI 48099-4750
518079415 Amer Braiding And Mfg, Lara Nelson, 247 Old Tavern Rd, Howell NJ 07731-8814
518079416 Amer Distilling, 31 East High St, East Hampton CT 06424-1021
518079417 +Amer Domestic, Cheryl Koch, 62 Accord Pk Dr, Morwell MA 02061-1645
518079418 Amer Electro Product, Po Box 4129, Waterbury CT 06704-0129
518079419 +Amer Honda Power Equip, Freightquote, 901 W Carondelet Dr, Kansas City MO 64114-4674
518079420 +Amer Hotel Register, 100 S Milwaukee Ave, Vernon Hills IL 60061-4321
518079421 Amer Intl Line-ocean, 147-45 Farmers Blvd, Ste 201, Jamaica NY 11434-5260
518079422 +Amer Ladders And Scaffolds, Claims Dept, 129 Kreiger Ln, Glastonbury CT 06033-2327

518079423 +Amer Power Conversion, Trans Audit, 11 Marshall Rd Ste2d, Wappingers Falls NY 12590-4132
518079424 +Amer Rice, Traff Control, Po Box 18, Dillsburg PA 17019-0018
518079425 Amer Roland, Joseph Stodolak, 1 Industrial Rd Ste 199, Dayton NJ 08810-3501
518079426 Amer Roland, Christina Gawler, 71 West 23rd St, New York NY 10010-4102
518079427 Amer Specialties, Irene Borrani, 441 Saw Mill River Rd, Yonkers NY 10701-4913
518079428 Amer Standard, 14545 J Military, Trail 192, Delray Beach FL 33484-3781
518079429 +Amer Standard, 2105 Elm Hill Pike Ste 105, Arquisia Mcclain, Nashville TN 37210-3978
518079430 +Amer Standard, Melisia Robins, 2105 Elm Hill Pike Ste 105, Nashville TN 37210-3978
518079431 Amer Truck And Rail, Audit, Po Box 278, North Little Rock AR 72115-0278
518079432 +Amerach Lp, Whiteford Taylor And Preston Llp, Edward U Lee, Seven Saint Paul St Ste 1500, Baltimore MD 21202-1636
518079433 Amerex Corp, Thomas Risseeuw, 128 Bauer Dr, Oakland NJ 07436-3111
518079434 Ameri-connect, Jacob Kyprianou, 2 Kenview Blvd, Brampton ON L6T5E4, Canada
518079435 +America’s Best Heating And Air, Conditioning Inc, 4401 Eastern Ave Box 3, Baltimore MD 21224-4403
518079436 American Airlines, Jfk Airport, Jamaica NY 11430
518079437 +American Asphalt Paving Co, Rich, 139 Johnson Rd, Greensburg PA 15601-8535
518079438 American Bankers Ins Co, Po Box 29861, Dept Abic-10111, Phoenix AZ 85038-9861
518079439 +American Bankers Ins Co Of Florida, 11222 Quail Roost Dr, Miami FL 33157-6596
518079440 American Beverage Corp, Traffic Control, Po Box 18, Dillsburg PA 17019-0018
518079441 +American Breadcrumb Co, Stephanie Mc Cabe, 1425 Hanford St, Levittown PA 19057-4709
518079442 +American Cancer Society, Gala Of Hope 2016, One Penny Lane, Latham NY 12110-2608
518079443 +American Cargo Express, Drina Carlos, Po Box 483, Elizabeth NJ 07207-0483
518079444 +American Coffee Svc, Po Box 603120, Cleveland OH 44103-0120
518079445 American Comb Corp, Claims Dept, 22 Kentucky Ave, Paterson NJ 07503-2506
518079446 American Cord And Webbing, Marie Desautels, 88 Century Dr, Woonsocket RI 02895-6161
518079447 +American Cord And Webbing, Logrg, 8500 W 110th St Ste 300, Overland Park KS 66210-1804
518079449 American Distilling, Russell Martin, 31 E High St, East Hampton CT 06424-1021
518079450 American Express Co, Po Box 1270, Newark NJ 07101-1270
518165236 American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701
518079451 +American Fence Professionals, American Fence, 2368 Bradshire Ct, Arlington Heights IL 60004-4367
518079452 +American Group, 25 S Arizona Pl Ste 300, Chandler AZ 85225-8523
518079455 #+American Hotel Register, Cheryl Grantham, 2828 Trade Ctr 120, Carrollton TX 75007-4642
518079456 +American Hotel Registry, 1620 River Rd, Burlington NJ 08016-2145
518079457 +American Independent Ins Co, As Subrogee Of Nicole Harris, Po Box 3000, Plymouth Meeting PA 19462-3000
518079458 +American Keder Inc, Mckayla Baird, Po Box 204, Rindge NH 03461-0204
518079459 +American Lamp Recycling Llc, Daniel Hunter, 55 Riverview Dr, Marlboro NY 12542-5311
518079461 American Made Liner Systems, Ast, P O Box 540, Edenburg PA 15931-0540
518079462 +American Marking Systems, Paterson Stamp Works, 1015 Paulison Ave, Clifton NJ 07011-3610
518079463 +American Metals Supply, Cargo Claims, 2521 Planes Dr, Indianapolis IN 46219-1433
518079464 +American Mobile Glass, Elena, 366 E Main St, Middletown NY 10940-3423
518079466 American Payroll Association, Apa, 660 North Main Ave, Ste 100, San Antonio TX 78205-1217
518079468 +American Security Serv Inc, 1515 S Harlem Ave, Forest Park IL 60130-2655
518079469 +American Shipping Co, Claims Dept, 62 Accord Pk Dr, Norwell MA 02061-1645
518079470 American Specialties, Irene Borrani, 441 Saw Mill River Rd, Yonkers NY 10701-4913
518079471 +American Standard, D And J Associates, 14545 J Military Tra, Delray Beach FL 33484-3781
518079472 +American Standard, Melisia Robins, 2105 Elm Hill Pike Ste 105, Nashville TN 37210-3978
518079473 +American Standard Inc, Logistics Finance, 1 Centennial Ave, Piscataway NJ 08854-3921
518079474 +American States Ins Co, Susan Reiss, Po Box 515097, Los Angles CA 90051-5097
518079475 +American States Ins Co As Sub, Of Kerry K Lynch Safeco Subro, P O Box 10005, Manchester NH 03108-1005
518232626 +American Transit Insurance Co, Subrogee For Martinez Pedro, One Mitrotech Center, Brooklyn, NY 11201-3948
518079476 +American Transit Insurance Co, 5 Broadway, Freeport NY 11520-2820
518079477 +American Transparents, Renee Cedervall, 180 National Rd, Edison NJ 08817-2811
518079478 +American Transport Group, Claims Dept M Putziger, 1900 W Kinzie St, Chicago IL 60622-6266
518079479 American Truck, Po Box 183, Scarsdale NY 10583-0183
518079480 +American Trucking Associations, 950 N Glebe Rd, Ste 210, Arlington VA 22203-4181
518079482 +American Yeast Sales Corp, Michael P Gagnon, 331 Commerce Way, Pembroke NH 03275-3718
518079483 Americana Tire And Wheel, Juanita Beckman, 3380 N Susquehanna Trl, York PA 17406-7917
518079485 +Amerilift Llc, 700 Cedar Ave, Middlesex NJ 08846-2448
518079486 +Amerimax Home Products, Omnimax Intl, 4455 River Green Pkwy, Duluth GA 30096-2565
518079488 Ameriquest Material Handling, Svc Inc, P O Box 824136, Philadelphia PA 19182-4136
518079489 +Amerisan Llc, Shelley Ewing, 1 Chelsea Pkwy, Ste 101-102, Boothwyn PA 19061-1307
518079490 +Ameriwood Industries, Erin Swan, 202 Spaulding St, Dowagiac MI 49047-1452
518079492 Ames Companies, Joseph Notarfrancesco, 465 Railroad Ave, Camp Hill PA 17011-5611
518079493 +Ames Textiles, Marc Bishop, 200 Industrial Dr, Christiansburg VA 24073-2537
518079494 +Ames True Temper, Cts Wendy Meuse, 1915 Vaughn Rd, Kennesaw GA 30144-4579
518079495 +Ametek Drexelbrook, Robin Fox, 205 Keith Vly Rd, Horsham PA 19044-1408
518079496 Ametek Specialty Met, Donna Comeu, 21 Toelles Rd, Wallingford CT 06492-4449
518079497 +Amey’s Clean Rite, 4447 Mountain View Dr, Walnutport PA 18088-9428
518079498 +Amf Reporting Svc Inc, Po Box 823, Latham NY 12110-0823
518079499 +Amherst Investigations Inc, 23 Brompton Cir, Williamsville NY 14221-5917
518232627 +Amhurst St Wine And Liquor, Patrick Fisher, 601 Amherst St, Amhurst, NY 14207-2901
518079500 Amica Aso Johanna Love Joy, Claim Processing, Po Box 9690, Providence RI 02940-9690

518079501 Amica Claims Processing, As Subrogee Of Dennis Gilligan, Po Box 9690, Providence RI 02940-9690
518079502 +Amica Mutual Insurance, Wilber And Associates Pc, 210 Landmark Dr, Normal IL 61761-2119
518079505 +Amity Auto Glass Inc, 60 Merrick Rd, Amityville NY 11701-3484
518079506 +Amp Electrical Inc, Main, 1420 Union St, West Springfield MA 01089-4025
518079512 Amstan Logistics, Justin Glaser, 101 Knightsbridge Dr, Hamilton OH 45011-3166
518079513 +Amtech Coatings Llc, Greg Comeau, Po Box 360, Tilton NH 03276-0360
518079514 +Amtrak, Marrel White, 1401 W St, Washington DC 20018-1212
518079515 Amtrak, Kevin Skinner, 202 Garstang St, Beech Grove IN 46107-1921
518079516 Amtrak, Rdkenyatta Moore, 6220 Churchman Bypass, Indianapolis IN 46203-6117
518079517 Amtrak Logistics, 28915 Clemens Rd 105, Westlake OH 44145-1122
518079518 +Amtrak Material Control, Traffic Manager, Po Box 7797, Philadelphia PA 19101-7797
518079519 Amtrol Inc, Laurette Donovan Claims Dept, 1400 Division Rd, West Warwick RI 02893-2323
518079520 Amware, 19801 Holland Rd, Brook Park OH 44142-1339
518079521 Amwins Brokerage Of Nj Inc, John Dicarlo, Accounting, Po Box 60343, Charlotte NC 28260-0343
518079522 +Amy Guerriero Evashavik, Dilucente And Tetlow Lls As Atty, 310 Grant St Ste 1801, Pittsburgh PA 15219-2335
518079524 +An Deringer, 178 West Service Rd, Champlain NY 12919-4440
518079523 +An Deringer, Debi Troutman, 178 W Service Rd, Champlain NY 12919-4440
518079525 An Deringer, Tyler Lashomb Darby Dion, 835 Commerce Pk Dr, Ogdensburg NY 13669-2209
518079526 +An Deringer Inc, 64-66 North Main St, Saint Albans VT 05478-1682
518079527 Analytical And Combust, 93 South End Plz, New Milford CT 06776-4246
518079531 +Anchor Auto Glass And Mirror, Jean Carlino, 89 F Hancock St, Stoneham MO 02180-2648
518079532 +Anchor Carting Inc, Frank Taylor, 338 N Kaiser Town Rd, Montgomery NY 12549-2303
518079533 +Anchor Fence Co, 906 S Fourth St, Allentown PA 18103-3329
518079535 Andersen Corp, Sharyn Evans, Po Box 4097, Orange CA 92863-4097
518079565 Andersons, Wo Weiss Rohlig, 1601 Estes Ave, Elk Grove Village IL 60007-5409
518079567 +Andmar Realty Llc, 102 North Line Rd, Greene ME 04236-3709
518079568 Andover Healthcare, Violet Elwell, 9 Fanaras Dr, Salisbury MA 01952-1444
518079569 +Andover Healthcare, C T S, Po Box 190, Windham NH 03087-0190
518079572 +Andre D Bland And Bodner Spapiro, Law Group Llc As Attys, 645 Farmington Ave 3 Rd Fl, Hartford CT 06105-2946
518079573 +Andre Smith V, New England Motor Freight Inc Et Al, Dale Marsh, 212 Autumn Ln, Lehighton PA 18235-4259
518079574 +Andrea And David Swicord V, New England Motor Freight Inc Et Al, Jacek Bis, 8-38 Cedar Street, Fair Lawn NJ 07410-1545
518079575 +Andrea Brady, 358 Regan Rd, Middlebury CT 06762-2526
518079576 +Andrea Brady And Herran Law Llc, 176 N Main St 2nd Fl, Southington CT 06489-2541
518079577 Andrea Carrier, 49 Glenview Dr, Skowhegan ME 04976-5255
518079578 +Andrea J Tony Staff Attorney, 300 West Preston St 8481, Baltimore MD 21201-2308
518079579 +Andres L Mosqueira, Law Offices Of Richard A Greifinger, Richard A Greifinger Esq, 17 Academy St, Newark NJ 07102-2928
518079580 +Andres Mosqueira And, Fond Du Lac Cold Storage Llc, Law Off Of L S Baumann K M Courtney Esq, 50 Millstone Rd Building 300 Ste 140, East Windsor NJ 08520-1415
518079583 Andrew Leblanc Co, Claims Dept, 129 Jewett St, Georgetown MA 01833-1833
518079584 +Andrew Leggio, 8 Old Field Dr, Bethel CT 06801-1161
518079585 +Andrew Leggio And Langs Auto Llc, Neil Forlastro, 527 Federal Rd, Brookfiled CT 06804-2016
518079586 +Andrew M Casden Md, 46 Harvest Dr, Scarsdale NY 10583-7729
518079595 +Andy Guzman And Sackstein, Sackstein And Lee As Attorneys, 1140 Franklin Ave Ste 210, Garden City NY 11530-1675
518079596 Andys Equipment Exchange, Gary Staynoff, 1926 Liberty St, Erie PA 16502-2572
518079598 +Angel Troncoso, 1791 Grand Concourse, Apt 4h, Bronx NY 10453-8121
518079599 +Angel’s Fabrication, Main, 15-19 Pollock Ave, Jersey City NJ 07305-1170
518079600 +Angela Doering And Spivak And, Sakellariou Llc As Attorney, 2406 Auburn Ave, Cincinnati OH 45219-2702
518079601 +Angela Evans, Anderson Moschetti And Taffany Pllc, Peter J Moschetti Jr Esq, 26 Century Hill Dr Ste 206, Latham NY 12110-2128
518079602 +Angela Marie Doreing, 1586 Halpin Rd, Clarksville OH 45113-9375
518079603 +Angela Morrison, 303 Vasser Dr, Piscataway NJ 08854-6638
518079605 +Angelo Chiodo Heating, 618 Wolf St, Syracuse NY 13208-1195
518079607 +Angerermiller Trucking Inc, 10591 Dolphin St Sw, Beach City OH 44608-9760
518079608 +Angies, Odw Logistics, 345 Hight St Ste 600, Hamilton OH 45011-6072
518079612 Ann And Hope Inc, Maria Correia, One Ann & Hope Way, Cumberland RI 02864-6918
518079613 +Ann Burrows, 1519 Mccoy St, Dallas TX 75204-5405
518079614 Ann Marie Murray, 490 Brownsburg Rd, New Hope PA 18938-9258
518079615 +Anna M Cabrera Esq, 12 Westchester Ave 1g, White Plains NY 10601-3515
518079619 Ansonia Credit Data, Main, Po Box 12236, Olympia WA 98508-2236
518079620 +Anthony Dupuis, 3018 Middlesex, Toledo OH 43606-3075
518079621 +Anthony Grady, 19201 Euclid Ave, Apt 504, Euclid OH 44117-1364
518079622 +Anthony J Cordaro, 185 Grace St, Buffalo NY 14207-2160
518079623 +Anthony Mcneil, Buttafuoco And Associates Pllc, James S Mccarthy Esq, 144 Woodbury Rd, Woodbury NY 11797-1418
518079630 +Antonino Lo Medico, Mr Lo Medico, 14 Pondcrest Rd, Danbury CT 06811-2814
518079633 +Anytime Truck And Tire Svc, 815 Ninth Ave, Altoona PA 16602-2531
518079636 +Ap Plumbing Inc, Carla Freeman, 1195 Ridgeway Ave, Rochester NY 14615-3711
518079637 Apco Extruders Inc, Renee Cedervall, 180 National Rd, Edison NJ 08817-2811
518079638 +Apex Material Handling Corp, 391 Charles Ct, West Chicago IL 60185-2678
518079639 +Apex Resource Tech, 17 Downing Three, Bldg 1, Pittsfield MA 01201-3966

518079640 +Api Of Nh, Wayne Breau, 301 Second Ave, Waltham MA 02451-1122
518079641 Apiary Llc, Ruarri Miller, 64 Channing Ave, Riverside RI 02915-4731
518079642 +Apl Limited, Freight Cashier, 26 Century Blvd Ste 405, Nashville TN 37214-3683
518079644 Aplicare Inc, Guy Ruocco, 550 Research Pkwy, Meriden CT 06450-7172
518079645 Aplo Extruders Inc, Renee Cedervall, 180 National Rd, Edison NJ 08817-2811
518079646 +Apollo Northeast Serv Inc, 503 S Comrie Ave, Route 30a, Johnstown NY 12095-3223
518079649 Appalachian Power Aep, Po Box 371496, Pittsburgh PA 15250-7496
518079650 Appalachian Power Aep, 1068 Us-60, Milton WV 25541
518079651 Apple Valley Creamery, Eric Dutcher, 540 Germany Rd, East Berlin PA 17316-9479
518079654 Applied Laser Technologies, Gary Rosewell, P O Box 671402, Dallas TX 75267-1402
518079655 Applied Polymer Svc, Michael Barr, 150 Schmitt Blvd, Farmingdale NY 11735-1424
518079656 +April Tucker, Cei, 4850 E St Rd, Ste 220, Trevose PA 19053-6653
518079659 +Aqua Vim Corp, Echo Global, 600 W Chicago Ave Ste 725, Chicago IL 60654-2522
518079660 Aqua-gon Inc, Catherine Baskin, 1728 N Aurora Rd, Naperville IL 60563-4123
518079661 Ar Arena, Claims Dept, 2101 Mt Read Blvd, Rochester NY 14615-3708
518079662 +Ar Traffic Consul, J Jeffrey, Po Box 2110, New York NY 10272-2110
518079663 +Ar Zukowski Plumbing And Heating, 94 High Meadow Dr, West Springfield MA 01089-1663
518079668 +Aramark Refreshments, 234 Ballardvale St Ste 3, Wilmington MA 01887-1089
518079669 Aramark Uniform, Tracey Souther, Accounts Receivable, Po Box 28343,
New York NY 10087-8343
518079670 Aramark Uniform And Career, Apparel Llc, Local, Po Box 731676, Dallas TX 75373-1676
518079671 Aramark Uniform Svc, Aramark, Po Box 28050, New York NY 10087-8050
518079672 +Aramex, Natasha Alli, 182-25 150th Ave, Jamaica NY 11413-9300
518079675 +Arbella Insurance, Lynn Bova, Po Box 699195, Quincy MA 02269-9195
518232628 +Arbella Insurance Co, Subro For Eugene Dejesus, 1100 Crown Colony Dr,
Quincy, MA 02169-0934
518079677 +Arbella Mutual Ins Co, Lea Crampton, Po Box 699195, Quincey MA 02269-9195
518079676 +Arbella Mutual Ins Co, As Subrogee Of Scott Conrad, Po Box 370072, Boston MA 02241-0772
518079678 Arbella Mutual Ins Co As Sub, Lourdes Torres, 1100 Crown Colony Dr, Pob 699195,
Quincy MA 02269-9195
518079679 +Arbella Mutual Ins Co Sub Of, Geoffrey Matherson C O Bolden,
And Bonfiglio Llc 10 Federal St Suite 13, 10 Federal St Ste 1-3, Salem MA 01970-3875
518232629 +Arbella Mutual Insurance Co, 1100 Crown Colony Dr, Po Box 699195, Quincy, MA 02269-9195
518079680 +Arc Earleen Rentz Warehouse Manager, 601 Wade Blvd, Millville NJ 08332-3550
518079681 Arc Intl, Claims Dept, 601 S Wade Blvd, Millville NJ 08332-3550
518079683 +Arcangeles Corp, 149-26 45th Ave, Flushing NY 11355-1709
518079684 +Arcbest Corp As Sub For Abf, Freight System Inc, Po Box 10048, Fort Smith AR 72917-0048
518079687 Arch Insurance Group, Po Box 12909, Philadelphia PA 19176-0909
518079688 Arch Wireless, Po Box 4062, Woburn MA 01888-4062
518079691 Archgate, 8113 Ridgepoint Dr, Ste Efsww, Irving TX 75063-3197
518079694 +Architectural Products, Sylvia Carter, 24 River Rd, Bogota NJ 07603-1535
518079695 +Architectural Woodworking, Alex Schaub, 252c Lake Avenue, Yonkers NY 10701-5710
518079696 +Arco Steel Co, Paula Ribeiro, Po Box 5276, Hillside NJ 07205-5276
518079697 Arconic Fastening, Ips Worldwide, 265 Clyde Morris Blv, Ormond Beach FL 32174-8136
518079698 +Arcor Electronics, David Heuberger, 5689 W Howard St, Niles IL 60714-4011
518079699 +Arctic Coolers, 520 Fellowship Rd, Ste E-501, Mount Laurel NJ 08054-3417
518079700 Arden Equipment Repair, 3116 Tabler Station Rd, Martinsburg WV 25403-5375
518079701 +Arden M Kaisman Md Pc, 141 West 28th St, New York NY 10001-6115
518079702 +Arena Products Co, 2101 Mt Read Blvd, Rochester NY 14615-3708
518079704 Arett Sales, Rebecca Morgan, 9285 Commerce Hwy, Pennsauken NJ 08110-1201
518079706 Argo Logistics Group, Kelsey Choate, Po Box 867, Capitola CA 95010-0867
518079707 +Argo Tea Inc, Echo Logistics, 600 W Chicago Ave Ste 725, Chicago IL 60654-2522
518079708 +Argos Express, 147-27 175th Street, Ste 1b, Jamaica NY 11434-5462
518232630 +Arguetalemus, Jose Pastor, 282 Missouri Ave, Herndon, VA 20170-5421
518079711 +Ari, P Box 5039, Mount Laurel NJ 08054-5039
518079712 +Ari Fleet, As Subrogee For Sears Holdings, Po Box 5039, Mt. Laurel NJ 08054-5039
518079717 Ariens Co, Redwood Scs, 1765 N Elston Ave Ste 216, Chicago IL 60642-1501
518079718 +Aristoboui And Jeminal Magloire, 18 Haskell Ave, Everett MA 02149-5407
518079721 #Arkay Packaging Corp, Trisha O'connor, 100 Marcus Blvd, Ste 2, Hauppauge NY 11788-3749
518079722 +Arket Electric Inc, Summer Stafford, 827 Eastern Ave, Schenectady NY 12308-3207
518079723 Arkman Logistics, Scott Ram, 144-29 156th St, Jamaica NY 11434-4227
518079724 +Arlen Blakeman 1996 Trust, P O Box 6031, Elizabeth NJ 07207-6031
518079725 +Arlen W Blakeman 2000 Subtrust, P O Box 6031, Elizabeth NJ 07207-6031
518079727 +Arlene W Shevell Scholarship, Fund Karol Sullivan, 31 Hathaway Ln,
Essex Fells NJ 07021-1415
518079728 Arm Sheet Metal Corp, Bella Tretyak, 1261 39th St, Brooklyn NY 11218-1932
518079729 Armacell Llc, Transplace Se Claims, Po Box 26277, Greensboro NC 27402-6277
518079730 Armaly Brands, Susan Telep, Po Box 611, Walled Lake MI 48390-0611
518079733 +Armerach Lp, 1-71 North Avenue East, Elizabeth NJ 07201-2958
518079734 +Armistice Urgent Care, 209 Armistice Blvd, Pawtucket RI 02860-3242
518079737 Armstrong Flooring, Dm Transportation, Po Box 621, Boyertown PA 19512-0621
518079745 +Arnold Industrial Equipment, And Svc Inc, 1025 Mt Read Blvd, Rochester NY 14606-2813
518079746 Arnold Industries, Dsi, P O Box 1155, Plymouth MA 02362-1155
518079754 +Arone Lumber And Hardware, 275 Lucerne Rd, Homer City PA 15748-7416
518079756 +Arronco, 5578 Limiaburg Rd, Burlington KY 41005-9399
518079757 +Arrow Chemical Corp, Sherry Bernstein, 28 Rider Pl, Freeport NY 11520-4612
518079758 Arrow Electrical Supply, Natalie Fender, 220 Gateway Dr, Bel Air MD 21014-4200
518079759 +Arrow Paper Corp, Trey Armstrong, 228 Andover St, Wilmington MA 01887-1022
518079760 +Arrow Security Co Inc, P O Box 1250, Springfield MA 01101-1250
518079766 +Art Nitkowski, 36 Castle Way, Basking Ridge NJ 07920-1319

518079767 +Art Store, David Pinkerton, 462 W Main St, Kutztown PA 19530-1608
518079768 Artelle Kaiglerhall V, New England Motor Freight Inc Et Al, Thomas Depasquale, 6874 Cr 50, Rome NY 13440
518079769 +Arthur Monteiro And Nunes Auto, Body And Sales Inc, 840 South Ave, Bridgeport CT 06604-5855
518079770 +Arthur Rothman Md Phd Pa, 211 Essex St, Ste 405, Hackensack NJ 07601-3264
518079771 #+Arthur W Brown Mfg, 49-1 East Industry Ct, Deer Park NY 11729-4711
518079772 #+Arthur W Brown Mfg, Philip Sabatino, 49-1 East Industry Ct, Deer Park NY 11729-4711
518079773 Articlecom, 1010 Raymur Ave, Vancouver BC V6A 3T2, Canada
518079774 Artisan Specialty Foods, Kristee Binder, 2528 S 27th Ave, Broadview IL 60155-3851
518079775 Artskills Inc, Claims Dept, 3935 Rabold Cir St, Bethlehem PA 18020-8988
518079776 +Artsona Usa Inc, 1826 William Penn Way, Lancaster PA 17601-6711
518079777 +Arturo Barrera Crespo V, New England Motor Freight Inc Et Al, Joseph Cleggett, 10 Maple St, Brookfield MA 01506-1526
518079778 +Arturo Paez, Boyle Shaughnessy Law Pc, Michael D Demeola Esq, One North Broadway Ste 410, White Plains NY 10601-2318
518079779 #+Arundel Inspection Svc, 7666 Baltimore Annapolis Blvd, Glen Burnie MD 21060-7424
518079780 As America, Cass, Po Box 67, St Louis MO 63166-0067
518079781 +Asad Abidi, Cargo Claims, 919 Bromton Dr, Westbury NY 11590-5427
518079783 +Asd Lighting Corp, Ken Ciccketti, 625 University Ave, Norwood MA 02062-2642
518079788 Ashad Blackwell, 3 ? Talmage Pl, Norwalk CT 06854
518079789 Ashby Studios, Ashby Carlisle, 29 Cottage St Apt 1, New London CT 06320-5934
518079790 +Ashby Transportation, Consultants Llc, 939 Westcliff Ct, Westminster MD 21158-4419
518079791 Ashco Management, Claims Dept, 1937 Mcdonald Ave, Brooklyn NY 11223-1805
518079792 Ashcrafts Lock And Door, Michelle Cubito, Hardware Co Inc, 6 D’alfonso Rd, Newburgh NY 12550-7203
518079794 +Asher Worldwide, Echo Global, 600 W Chicago Ave Ste 725, Chicago IL 60654-2522
518079795 +Ashford Town Court, 9377 Route 240 Pob 306, West Valley NY 14171-0306
518079796 Ashland, Eh And S Transportation Dept, 5200 Blazer Pkwy, Dublin OH 43017-3309
518079797 +Ashland Inc, Trans Audit Ste 2d, 11 Marshall Rd, Wappingers Falls NY 12590-4123
518079798 Ashland Inc, Po Box 371002, Pittsburgh PA 15250-7002
518079799 +Ashley Barber And Fiore And, Barber Llc As Attorney’s, 418 Main St Ste 100, Harleysville PA 19438-2350
518079800 +Ashley Miller, 106 12th St, Greenville PA 16125-8808
518079802 +Ashlynn Guerriero And Evashavik, Dilucente And Tetlow Lls As Atty, 310 Grant St Ste 1801, Pittsburgh PA 15219-2335
518079804 Asia Sourcing, Brian Schell, 1 West Ave Ste 217, Larchmont NY 10538-2471
518079805 Askco Elec Sply, Claims Dept Peter Berrigan, 14 Cooper St, Glen Falls NY 12801-3751
518079806 +Asmar Madyun, 432 Stelle Ave, Plainfield NJ 07060-2327
518079808 +Aspen Mfg, 1518 Bannard St, Riverton NJ 08077-1805
518079811 +Asphalt Maint Svc, Kyle Miller, Office Manager, 6215 Commodity Ct, Fort Wayne IN 46818-1221
518079812 +Asphalt Roadways Co Of Buffalo, 8630 Greiner Rd, Williamsville NY 14221-4204
518079814 +Assetworks Inc, 998 Old Eagle School Rd, Ste 1215, Wayne PA 19087-1805
518079815 Associated Bag Co, Cathy Hevden, 400 W Boden St, Milwaukee WI 53207-6274
518079816 +Associated Boat Transport, 15209 39th Ave Ne, Marysville WA 98271-8901
518079817 +Associated Brands Franklin, Po Box 100, Ransonville NY 14131-0100
518079818 Associated Brands Inc, Transaver, 108 Washington St, Manlius NY 13104-1913
518079820 Associated Buyers, Shawn St Pierre, Po Box 399, Barrington NH 03825-0399
518079819 +Associated Buyers, Jessica Perkins, 50 Commerce Way, Barrington NH 03825-3544
518079821 +Associated Grocers, P O Box 6000, Pembroke NH 03275-6000
518079822 +Associated Truck Parts, Karen L Rohrbach, 1075 E Philadelphia Ave, Gilbertsville PA 19525-9518
518079825 +Astar Heating And Air Llc, Aman Kaur, 36 Wes Warren Dr, Middletown NY 10941-1747
518079826 Astor Chocolate Corp, Caitlin Justice, 651 New Hampshire Ave, Lakewood NJ 08701-5452
518079827 +Astra Supply Chain, 11971 Nw 37th St, Pompano Beach FL 33065-2500
518079829 At And T, Global Legal Demand Center, 11760 Us Highway 1 Ste 600, North Palm Beach FL 33408-3029
518079831 At And T, Jnr Adjustment Co Inc, Pob 27070, Minneapolis MN 55427-0070
518079837 +Atech Fire And Security Llc, Doug Patterson, Cet, 600 Shoemaker Aveunit 5, Columbus OH 43201-2985
518079838 +Atg Llc, Dba Atlantic Technology Group, 966 Hungerford Drst 26a, Rockville MD 20850-1741
518079839 #+Athletic Specialties, Ann Rgan, 240 Industrial Dr, Wauconda IL 60084-1077
518079840 +Ati Container Svcs Llc, 11700 Nw 36th Ave, Hialeah FL 33167-2914
518079846 Atkore International, Ellen Van Slyke, 11350 Norcom Rd, Philadelphia PA 19154-2304
518079847 +Atlantic Brewing, Bill Stringham, 350 Hopping Brook Rd, Holliston MA 01746-1458
518079848 Atlantic City Electric, Claims Dept 63ml23, Po Box 597, Mays Landing NJ 08330-0597
518079850 Atlantic Gasket, Kinetic Supply Chain, 5 Village Ct, Hazlet NJ 07730-1530
518079851 +Atlantic Great Dane Inc, 1 Hemco Rd, South Portland ME 04106-6217
518079852 Atlantic Import And Export, John Zareva, 220 Meister Ave, Branchburg NJ 08876-6045
518079853 +Atlantic Importing, Bill Stringham, 350 Hopping Brook Rd, Holliston MA 01746-1458
518079854 Atlantic Ingredients, Redwood Multimodal, 1765 N Elston Ave Ste 3, Chicago IL 60642-1501
518079855 Atlantic Lighting, Loriann Ponte, 231 Commerce Dr, Fall River MA 02720-4761
518079856 +Atlantic Packing Co Inc, Tom Leland, President, 1027 Ludlow Ave, Cincinatti OH 45223-2621
518079857 Atlantic Plbg Sply, Derek Pimentel, 702 Joline Ave Ave, Long Branch NJ 07740-5833
518079858 Atlantic Plywood Corp, Michael Ascoli, P O Box 380, Guilderland Center NY 12085-0380
518079859 +Atlantic Polymers Corp, Echo Global, 600 W Chicago Ave Ste 725, Chicago IL 60654-2522
518079860 +Atlantic Star Trailers, 405 Industrial Ave, Cheshire CT 06410-1502
518079861 +Atlantic Time Systems, Po Box 589, Minotola NJ 08341-0589

518079862 +Atlantic Tire Inc, 48 Armento St, Johnston RI 02919-2747
518079863 Atlantic Towers, Judith Broomall, 235 Hickory La, Bayville NJ 08721-2114
518079864 Atlantic Tractor, Claims Dept, 150 Whiteside Dr, Oxford PA 19363-1216
518079865 Atlantic Tractor, P O Box 1125, Clayton DE 19938-1125
518079866 +Atlantic Tractor, James Torbert, 720 Wheeeler School Rd, Whiteford MD 21160-1108
518079867 Atlantic Tractor, 621 Morgnec Rd, Chestertown MD 21620-3104
518079868 +Atlantic Tractor, John Deere Dealer, 5449 Chateau Rd, East New Market MD 21631-1682
518079869 +Atlantic Tractor, Claims Dept, 31415 John Deere Dr, Salisbury MD 21804-1413
518079870 Atlantic Tractor, Shaun Tyre Jeff Dolbow, 7321 Ocean Hwy, Pocomoke City MD 21851-3901
518079871 +Atlantic Tractor, John Deere Dealer, Po Box 579, Cecilton MD 21913-0579
518079872 Atlas Commercial Products, Claire Stevens, 16200 Commerce Way, Cerritos CA 90703-2324
518079873 +Atlas Copco Usa Holdings Inc, 34 Maple Ave, Po Box 2028, Pine Brook NJ 07058-9394
518079874 +Atlas Pharmac Llc, 92-13 Jamaica Ave, Wodhaven NY 11421-2108
518079875 +Atlas Spine And Interventional, Medicine, 8901 Kennedy Blvd Ste 1w, North Bergen NJ 07047-5393
518079876 Atlas Supply, Lise Lothroe, 47 Lincoln St, Lewiston ME 04240-7720
518079877 Atlas Toyota, Dawn Tippit, 1850 Touhy Ave, Elk Grove Villagil NJ 60007-5314
518079878 +Atlastar, Po Box 436, Fishkill NY 12524-0436
518079879 +Atlaz, Andre Zalta, 298 Lawrence Ave, Lawrence NY 11559-1268
518079880 +Atomic Professional Audio Inc, 364a Innovation Drive, North Claredon VT 05759-9436
518079881 +Atris Health Inc, Po Box 370083, Boston MA 02241-0783
518079882 Atrium Books, Carol Collins, 35 Mile Dr, Chester NJ 07930-2805
518079883 Ats Inc, Dls Worldwide, 10558 Taconic Terr, Cincinnati OH 45215-1125
518079884 Ats Logistics, Donna Vonderhaar, 10558 Taconic Terr, Cincinnati OH 45215-1125
518079885 +Ats Logistics, 725 Opportunity Dr, Saint Cloud MN 56301-5886
518079886 +Attorney General’s Office, Consumer Protection And Antitrust Bureau, 33 Capitol St, Concord NH 03301-6310
518079887 +Attorney General’s Office, Consumer Protection Section, 30 East Broad St, 17th Fl, Columbus OH 43215-3414
518079888 +Atts, Sharon Hatz Claims Dept, Po Box 1058, Lake Zurich IL 60047-1058
518079890 +Aubrey Eugene Shores Iii, 120 S Villa Ave, Annapolis MD 21401-3634
518079891 +Aubuchon Hardware, 138 Main St, Norway ME 04268-5643
518079892 +Auburn City Court, 153 Genessee St, Auburn NY 13021-3465
518079893 Auburn Mfg, Joyce Brooks, Po Box 220, Mechanic Falls ME 04256-0220
518079894 Audi Financial Svc, P O Box 5215, Carol Stream IL 60197-5215
518079895 +Audi Freehold, 3561 Route 9 North, Freehold NJ 07728-8532
518079896 +Audi Of Freehold, Brittney Fabrizzio, A Ray Catena Dealership, 3561 Us 9 North, Freehold NJ 07728-8532
518079897 #Audit Source, Debbie Jones Grant Duffield, P O Box 87, Absecon NJ 08201-0087
518079905 +Auptix, 240 S Cedros Ave Ste B, Solana Beach CA 92075-2085
518079907 Aus Toledo-detroit Mc Lockbox, Aramark, 26550 Network Pl, Chicago IL 60673-1265
518079908 Austin Hardware, Transportatiom Insight, 310 Main Ave Way Se, Hickory NC 28602-3513
518079912 +Austrade Inc, Denise Gaglia, 3309 Northlake Blvd Ste 201, Palm Beach Gardens FL 33403-1705
518079913 +Autiello Plumbing And Heating, Autiello, 25 Starline Way Ste 1, Cranston RI 02921-3408
518079916 Automann Inc, Peter Cassotis, 850 Randolph Rd, Somerset NJ 08873-1288
518079917 Automated Svc, April Burrows, 145 Pepes Farm Rd, Milford CT 06460-3671
518079918 +Automotive Equipment Warehouse, 7689 Corporate Blvd, Plain City OH 43064-7560
518079919 +Automotive Of York, Charles Edwards, 5373 Lincoln Hwy E, Gap PA 17527-9498
518079920 Automotive Supply, Claims Dept, 129 Manchester St, Concord NH 03301-5118
518079923 +Ava Somerville, 445 Artisan Way, Somerville MA 02145-1232
518079924 Aveda, Nikki Ness, 3860 Pheasant Ridge Dr, Blaine MN 55449-5142
518079926 +Avenel Truck Equipment, Po Box 167, Avenel NJ 07001-0167
518079927 +Aventis Systems Inc, Aventis, 189 Cobb Pkwy North, Marietta GA 30062-3578
518079928 +Avenue Gourmet, Jen Crowe, 1601 Knecht Ave, Halethorpe MD 21227-1500
518079929 Avery Weightronix Llc, 75 Remittance Dr Ste 1982, Chicago IL 60675-1982
518079931 Avg Transport, Laura Buonincontri, 4327 Hwy 27 S Ste 414, Clermont FL 34711-5349
518079932 +Avicore Reporting, 814 Elm St Ste 400, Manchester NH 03101-2109
518079933 +Avid Medical, Riverside Logistics, Po Box 7899, Richmond VA 23231-0399
518079937 Aviva Insurance Co Of Canada, 10 Aviva Way, Ste 100, Markham ON L6G 0G1, Canada
518079938 +Avp Exterminators Inc, Avp, 488 Arnold Ave, West Babylon NY 11704-6918
518079939 +Aw Perry, 35 Pond Pk Rd, Unit 4, Hingham MA 02043-4352
518079940 +Awida Penna, 229 B Prt Ave, Elizabeth NJ 07206-4009
518079942 +Axalta Coating System, Trans Audit, 11 Marshall Rd Ste2d, Wappingers Falls NY 12590-4132
518079943 +Axeman-anderson Co, Amie Holt, 300 E Mountain Ave, South Williamsport PA 17702-7733
518079944 +Axiom Office Imaging Inc, Axiom, Po Box 1082, Jamestown NY 14702-1082
518079954 Ayr Motor Express Inc, 46 Poplar St, Woodstock NB E7M 4G2, Canada
518079958 +Az Container Freight Station, 2001 Lower Rd, Linden NJ 07036-6548
518079961 +Azko Nobel, Goodman Reichwald Co, Po Box 26067, Milwaukee WI 53226-0067
518079962 Aztec Tool Supply, Robin Herman, 180 Rodeo Dr, Brentwood NY 11717-8317
518079964 +B And B Towing, 40 Terminal St, Westbrook ME 04092-4760
518079965 +B And D Lock Coinc, 6000 Williamson Rd, Roanoke VA 24012-1246
518079966 B And F Ceramics, Bob Westall, 2005 International Pkwy, Fredericksburg VA 22406-1211
518079967 +B And H Securities, Main, 10 Progress St, Union NJ 07083-8115
518079968 +B And I Imaging, 27037 Network Pl, Chicago IL 60673-1270
518079969 +B And L Towing, 500 Milik St, Carteret NJ 07008-1114
518079970 +B And O Railroad Museum And, Stefanie Fay, Affiliates- 901 West Pratt St, Baltimore MD 21223-2644
518079971 +B And W Towing Llc, 701 Addison Rd, Painted Post NY 14870-8538
518079972 +B E Active Corp, Main, 41 West 33rd St, New York NY 10001-3016

518079973 B E Unique Designwear, Diane J Brustowicz, 278 Cranbury Half Acre Rd, Monroe Twp NJ 08831-3746
518079975 +Babco Llc, 1-71 North Avenue East, Elizabeth NJ 07201-2958
518079976 +Babco Llc, Whiteford Taylor And Preston Llp, Edward U Lee, Seven Saint Paul St Ste 1500, Baltimore MD 21202-1636
518079979 Bac Sales, Heather La Rock, 1871 County Rte 9h, Hudson NY 12534-3374
518079983 +Backup Beverage Llc, Chris Turner, 4600 Wedgewood Blvd, Frederick MD 21703-7167
518079984 Backyard Products, Pat Ferguson, 1000 Ternes Ave, Monroe MI 48162-5224
518079985 +Backyard Storage Solutions Llc, 1000 Ternes Dr, Monroe MI 48162-5224
518079988 Bactolac Pharmaceutical, Michelle Casey, 7 Oser Ave, Hauppauge NY 11788-3811
518079991 +Baerga And Quintana, Union Plaza Bldg Suite 810, 416 Ponce De Leon Ave, San Juan PR 00918-3443
518079999 +Bailey Pottery Equipment, Howie Jones, 62-68 Tenbroeck Ave, Kingston NY 12401-3910
518080008 +Baileys Autobody Llc, 16818 Us Rt 15, Allenwood PA 17810-9161
518080010 +Bain Pest Control Svc Inc, Jeffrey Bain, 1320 Middlesex St, Lowell MA 01851-1220
518080015 Bairs Inc, 316 Franklin St, Linesville PA 16424-9774
518080017 +Baker Enterprises, Pam Baker, 1660 E Main St 112, Plainfield IN 46168-1863
518080018 +Baker Properties Ltd, One West Red Oak Lane, White Plains NY 10604-3615
518080019 +Baker Roofing Of Richmond, Linda Vaughan, 1800 Battery Dantzler Rd, Chester VA 23836-2579
518080035 +Bakers Garage Doors Llc, Baker’s, 3825 Sulphur Springs Rd, Owego NY 13827-6415
518080036 +Bakery And Party House, Iris Mendez, 1757 Ave Jesus Pinero, San Juan PR 00920-5408
518080037 Baking Steel Co, Andris Lagsdin, 183 So Main St, Cohasset MA 02025-2008
518080038 +Bakker Svc, 1615 Mcdonald St, Bronx NY 10461-2312
518232631 +Baksht, Farail, 725 Valley Rd, Montclair, NJ 07043-1525
518080040 +Baldom Usa Harbor Ingredient, Kimberly Greco, 500 Redland Ct Ste 200, Owings Mills MD 21117-3266
518080042 +Baldwin And Lyons, 111 Congressional Blvd, Ste 500, Carmel IN 46032-5663
518080043 +Baldwin And Lyons Inc As Sub Of, Tld Logistics Serv Inc, 111 Congressional Blvd Ste 500, Carmel IN 46032-5663
518080044 Baldwin Richardson Foods, Diane Vorndran, 4949 State Rte 104, Williamson NY 14589-9326
518080045 Baldwin Richardson Foods, Echo Global, 600 W Chicago Ave Ste 7, Chicago IL 60654-2801
518080046 +Baldwin, George, 11scott Rd, Terryville CT 06786-5715
518080050 +Baleco Intl Inc, Angela Walston, 3200 State Line Rd, North Bend OH 45052-9731
518232632 +Balik, Oguz, 604 York Ct Apt 812, Edgewater Prk, NJ 08010-3582
518080053 +Ballard Mack Sales And Svc, Kenneth Petit, 280 Scituate Ave, Johnston RI 02919-3130
518080061 +Baltimore City Parking Fines, Office, Po Box 13227, Baltimore MD 21203-3227
518080062 Baltimore County Automated, Photo Enforcement Program, Pob 2095, Baltimore MD 21203-2095
518080063 +Baltimore County Maryland, Tax Collector, Po Box 64281, Baltimore MD 21264-4281
518080064 +Baltimore County Office Of, Budget And Finance Violation, 400 Washington Ave Rm 151, Towson MD 21204-4610
518080065 +Baltimore Countymaryland, Tax Collector, Po Box 64281, Baltimore MD 21264-4281
518135428 +Baltimore Gas and Electric Co., PO Box 1475, Baltimore, MD 21203-1475
518080067 Banco Popular, Centro Comercial Parque Escorial, 65 De Infanteria Km 5, Carolina PR 00984
518080070 Bangor Water District, Po Box 1129, Bangor ME 04402-1129
518040088 +Bank Direct Capital Finance, 150 N Field Drive, Ste 190, Lake forest IL 60045-2594
518080071 +Bank Of America Merrill Lynch, Po Box 15284, Wilmington DE 19850-5284
518080072 +Bankdirect Capital Finance, 1122 Franklin Ave, Ste 200, Garden City NY 11530-1602
518080073 +Bankdirect Capital Finance, Richard Twardowski, 150 N Field Dr Ste 190, Lake Forest IL 60045-2594
518080080 +Banyan International, Cheryl Lzu, 24 Central Dr, Farmingdale NY 11735-1202
518080082 +Barabra B Kommatas, And Gerber And Gerber Pllc, 26 Court St Ste 1405, Brooklyn NY 11242-1114
518080083 Barakat Foods, Claims Dept, 13897f Willard Road, Chantilly VA 20151-2947
518080085 +Barbara Jaquish, 80 E North St, Ilion NY 13357-1248
518080090 Barcelona Nut Co, Michelle Ocheltree, 502 South Mount St, Baltimore MD 21223-3400
518080092 +Barclay Brand Ferdon, Po Box 341, South Plainfield NJ 07080-0341
518080096 +Barcoding Inc, Debbie 166, Ar Dept, 2220 Boston St 2nd Fl, Baltimore MD 21231-3205
518080098 +Bargain Outlet, 20 Pilla Dr, Warwick RI 02886-1113
518080099 Bargain Outlet, Floyd Smith, 71 Fuller Rd Tin Rd, Albany NY 12205
518080100 +Bargainhunter1000 Llc, Scott Lane, 317 W Broad St Ste 1, Bethlehem PA 18018-5580
518232633 +Bargan Outlets 6294, 20 Pilla St, Warwick, RI 02886-1113
518080101 +Bariatrix Nutrition, 308 Industrial Pk Rd, Fairfax VT 05454-4414
518080102 +Bariatriz Nurtition, Mark Waldron, 308 Industrial Pk Rd, Georgia VT 05454-4414
518080122 +Barnwell House Of Tires Inc, Kristy Dibernard, 112 Lehigh Dr, Fairfield NJ 07004-3013
518080123 Baron’s Billiards, 1127 Union Ave, Laconia NH 03246-2126
518080127 Barrett Dist Ctr, D Whitby Kwalberg S Day, 15 Freedom Way, Franklin MA 02038-2586
518080134 Barrette Outdoor Living, 545 Tilton Rd, Egg Harbor City NJ 08215-5136
518080141 Barry Beers, 2647 White Deer Pike, White Deer PA 17887
518080147 Bartlett Consolidated Inc, Park, Po Box 810ten Aldrin Rd, Plymouth Ind Park, Plymouth MA 02362-0810
518080148 Bartlett Consolidated Llc, Po Box 810, Plymouth, MA 02362-0810
518080154 Bartron Supply, Po Box 150 Road 2, Route 92, Tunkhannock PA 18657-6907
518080155 Basco Manufacturing, Valerie Privett Brooke Cox, 7201 Snider Rd, Mason OH 45040-9601
518080157 +Base Corp, 25 Middlesex Essex Trpk, Iselin NJ 08830-2721
518080159 Basf, Goodman-reichawald, Po Box 26067, Milwaukee WI 53226-0067
518080161 +Basf Corp, Devika Naraine, 100 Park Ave, Florham Park NJ 07932-1049
518080162 +Basf Corp, Trans Audit Inc, 11 Marshall Rd, Wappingers Falls NY 12590-4123
518080160 Basf Corp, Claims Dept, 1900 Brannan Rd Ste 300, Mcdonough GA 30253-4324
518080163 +Basf Corportation, 2301 Wilroy Rd, Suffolk VA 23434-2021
518080175 +Bastian Tire Sales, 430 Washington Blvd, Williamsport PA 17701-5298

518080177 Baswa, Amark Logistics, 28901 Clemens Rd Ste 105, Westlake OH 44145-1166
518080180 Bath Authority, Mschiele Asmith, 75 Hawk Rd, Warminster PA 18974-5102
518080181 +Bath Supply Co, Avery Weber, 457 Race St, Bath PA 18014-1030
518080188 +Battenkill Fibers Phantom La, Echo Global, 600 W Chicago Ave Ste 725, Chicago IL 60654-2522
518080200 Baumer Foods Inc, Karrie Gonsoulin, 2424 Edenborn Ave Ste 5, Metairie LA 70001-1845
518232634 +Baxter, Percival, 1110 Furth St, Valley Stream, NY 11581-2534
518232635 +Bay Area Mover Inc, One Victory Court, Portsmouth, VA 23702-1833
518080205 Bay Insulation Of Pa, Trista Schlies, Po Box 9229, Green Bay WI 54308-9229
518080206 +Bay Sales, Alexis Roseman, 113 Fillmore St, Bristol PA 19007-5409
518080207 Bay State Elevator Companyinc, Po Box 5, Dalton MA 01227-0005
518080208 +Bay State Plumbing And Heating, Claims Dept, 15 Mill St, Springfield MA 01108-1018
518080209 Bay State Pool Supply, Rachel Willey, 26 Smith Pl, Cambridge MA 02138-1008
518080210 Baycliff Co, Linda Hoynes, 242 E 72nd St, New York NY 10021-4574
518080212 Bayfront Convention Center, 1 Sassafras Pier, Erie PA 16507-2011
518080213 Baylink Shipping Inc, Worldwide Express, 2323 Victory Ave Ste 16, Dallas TX 75219-7657
518080214 +Baystate Frankling Medical, Po Box 3619, Boston MA 02241-3619
518080215 +Baystate Noble Hospital, 115 W Silver St, Westfield MA 01085-3693
518080216 Baystate Pool Supplies, V Martin Lisa Mason, 411 Feheley Dr, King Of Prussia PA 19406-2657
518080217 Baystate Pool Supply, Lisa Mason, 650 Belleville Tpke, Kearny NJ 07032-4409
518080218 Baystate Pool Supply, Lisa Mason, 11 Newton Pl, Hauppauge NY 11788-4751
518080219 Baystate Wine And Spirits, Michael Baranowski, 40 Robbie Rd Unit A, Avon MA 02322-1162
518080220 Bazemore, Jordan, Address Intentionally Omitted
518232636 +Bd Carriers, 24 Sunset Cir, E Wing, KY 41039-9067
518080223 Bdp International, Bonnie Kinsella, 510 Walnut St, Philadelphia PA 19106-3619
518080224 +Bdp International Inc, Joann Boula, 179-02 150th Ave, Jamaica NY 11434-5622
518080225 +Beacon Sales Co, 730 Wellington Ave, Cranston RI 02910-2941
518080229 +Beam Distributing, 8510 Sanford Dr, Richmond VA 23228-2813
518080232 Bean, Jordan, Address Intentionally Omitted
518080234 +Beanitos, Echo Logistics, 600 W Chicago Ave Ste 725, Chicago IL 60654-2522
518080235 Bear Industrial Inc, P O Box 9174, Newark DE 19714-9174
518080236 +Bear Tracks Distributing, Po Box 69, Steamburg NY 14783-0069
518080237 Bear Tracks Distributors, Jenna Bristol, 1970 W Perimeter Rd, Steamburg NY 14783-9617
518080249 +Beausoleil And Sons Inc, Cassie Proulx, Office Manager Assistant, 287 Main St, Cranston RI 02831-1901
518080251 +Beavers Petroleum Equip Co Inc, Beavers, 88 B Ridge Rd, Horseheads NY 14845-1763
518080263 Becks Classic Mfg, Diann Deida, 55 Emjay Blvd Ste 14, Brentwood NY 11717-3300
518080264 Bed Bath And Beyond, Claims Dept, 700 Liberty Ave, Union NJ 07083-8107
518232637 +Bed Bath And Beyond, 850 Third Ave, Brooklyn, NY 11232-1521
518080265 +Bed Bath And Beyond, Berman Blake, Po Box 9202, Old Bethpage NY 11804-9002
518080266 +Bed Bath And Beyond, Trans Audit Inc, 11 Marshall Rd Ste 2d, Wappingers Falls NY 12590-4123
518080268 +Bedemco Inc, 3 Barker Aven, Ste 325, White Plains NY 10601-1524
518080273 +Beef Brothers, Brad Quint, 10155 Baltimore National, Ellicott City MD 21042-3671
518080278 +Beer And Wine Hobby, Gennaro Cataldo, 155 T New Boston St, Woburn MA 01801-6297
518080281 #Behr Process Corp, Rose Guzman, 3400 W Segerstrom Ave, Santa Ana CA 92704-6405
518080283 Beiersdorf Inc, Amanda Bauer J Centers, 5232 E Provident Dr, Cincinnati OH 45246-1040
518080285 Beistle Co, Annette Weyant, 1 Beistle Plz, Shippensburg PA 17257-9684
518080288 Bel Ray, Paula Vicari, 1201 Bowman Ave, Wall NJ 07719
518080289 Bel Ray Co, Keith Maurer, Po Box 526, Farmingdale NJ 07727-0526
518080290 Belcam Inc, Kristin Taylor, 27 Montgomery St, Rouses Point NY 12979-1041
518080292 +Belgrade Parts And Svc Inc, 2748 E Butler St, Philadelphia PA 19137-1404
518080295 Bell Flavors And Fragrances, Marisol Mercado, 500 Academy Dr, Northbrook IL 60062-2419
518080296 Bell Llc As Agents Of State, Farm Ins Co Bell Subrogation, Services -p O Box 24538, Tampa FL 33623
518080297 +Bell Simons Co, Alan Charron, 1127 S Main St, Palmer MA 01069-1884
518080298 +Bell Supply, 7221 Rt 130, Pennsauken NY 08110-1597
518080313 +Bells Security Sales Inc, 426 Bloomfield Ave, Bloomfield NJ 07003-4838
518080314 +Bellview Pump Sales And Svc, Rosemary Lorah, 4654 Lehigh Dr, Walnutport PA 18088-9474
518080315 +Belmont And Minnesota Terminal, Partnership, 8463 Castlewood Dr, Indianapolis IN 46250-4588
518080316 +Belmont And Minnesota Terminal, Partnership Providence Development Llc, Liz Yoho, 8463 Castlewood Dr, Indianapolis IN 46250-4588
518080323 Belts Intermodal Corp, Peggy Zulkowski, 1820 Portal St, Baltimore MD 21224-6512
518080324 +Beltway Intl Trucksinc, Beltway, 1800 Sulphur Springs Rd, Baltimore MD 21227-2549
518080326 Bem Wireless Llc, Ja Nationwide, 1202 S Rte 31, Mchenry IL 60050
518080327 +Ben Elias Industries Inc, 100 Inip Dr, Inwood NY 11096-1011
518080331 Benchmark Trade Solutions, David Roberge, 3615 Laird Rd Unit 20, Mississauga ON L5L5Z86602, Canada
518080332 +Benco Dental, Abora, 62 Accold Perk Dr, Norwell MA 02061-1645
518080333 Benco Dental, Jerry Phillips, 295 Centerpoint Blvd, Pittston PA 18640-6136
518080340 Benjamin P Forbes Co, Cheryl Vozar, 800 Ken Mar Industrial Pk, Broadview Heights OH 44147-2922
518080341 +Benjamin Scalia Ii, 5613 Bridgetown Rd, Cincinatti OH 45248-4372
518080345 +Benners Auto Body And Joseph, Sanelle, 606 South Ave East, Cranford NJ 07016-3207
518080357 +Bentley Samuels, 745 East 31st St Apt 3d, Brooklyn NY 11210-3152
518080358 +Bentley Samuels, Wallerstein And Associates Pc, Hedva Wellerstein Esq, 6045 Eliot Ave, Maspeth NY 11378-3546
518080371 +Bergey’s Ford, 700 N Bethelehem Oike, Ambler PA 19002-2697

518080372 +Bergeys Electric, Bk Roberts, 2880 Penn St, Hatfield PA 19440-2348
518080373 +Bergeys Lincoln Mercury Inc, 1201 N Broad St, Landsdale PA 19446-1105
518080376 Berk-tek, Sherry Kirkner, 132 White Oak Rd, New Holland PA 17557-8303
518080378 +Berkley Mid Atlantic Group Asf, Total Asphalt Maintenance Inc, Po Box 27707, Richmond VA 23261-7707
518080379 Berkley Packaging, Linda Fieldson, 49 Virginia Ave, Uniontown PA 15401-4929
518080380 Berkley Surgical, Linda Fieldson, 49 Virginia Ave, Uniontown PA 15401-4929
518080382 +Berkowitz And Clancey Ps, 136 Franklin Corner Rd, Floor 1, Lawrenceville NJ 08648-2586
518080383 Berkshire Manufactured Prod, Kathy Chirco, 116 Parker St, Newburyport MA 01950-4008
518080384 +Berlin Packaging, Susan Terzian, 19 Cobham Dr, Orchard Park NY 14127-4101
518080391 Berry Global, Paul Dlugosh, 200 E Main St, Macedon NY 14502-8977
518080392 +Berry Global Inc, Fka Berry Plastics Corp, 101 Oakley St Pob 959, Evansville IN 47706-0959
518080403 Berwick Offray, Cargo Claims, 20 Union Ln, Bloomsburg PA 17815
518080404 +Berwick Offray, Hatfield And Associates, 5100 Poplar Ave Ste 3119, Memphis TN 38137-3106
518080409 Best Beverage, Lesa Carroll, 5 Carpenter St Ste 2, Pawtucket RI 02860-1785
518080410 Best Dressed, Linda Fieldson Annette Cooper, 641 Lowther Rd, Lewisberry PA 17339-9527
518080411 +Best Nest Inc, Zachary Kappesser, 4000 Mc Mann Rd, Cincinnati OH 45245-2049
518080412 +Best Tile, Lisa Fisher, 25 Mc Neil Way, Dedham MA 02026-2650
518080413 Best Tile Dist, Edward Jeffries, 11040 Perry Hwy, Wexford PA 15090-8331
518080414 Best Way Electric, Ruben Movsisyan, 6124 Hunt Club Rd, Elkridge MD 21075-5518
518080417 +Bestpass Inc, Lockbox 941, 555 Patroon Creek Blvd, Albany NY 12206-5007
518080418 +Beta Graphics And Printing, Beta Systems Inc, 1720 Tall Oak Ln, Toms River NJ 08755-2175
518200631 Bethany Heller, 150 South Sixty Street, Lehighton, PA 18235
518080420 +Bethany Heller, Attorney For The Plaintiff, Munley Law, 227 Penn Ave, Scranton PA 18503-1921
518080421 +Bethany Heller V, New England Motor Freight Inc Et Al, William Young, 6219 Ward Rd, Wheatfield NY 14132-9368
518080422 +Bethany Reagan, 3093 Stunk Rd, Jamestown NY 14701-9026
518080424 +Bethel Prayer Ministries Intl And, Byron Baah Williams, Donohue Law Firm Pc Robert D Donohue Esq, 745 5th Ave 5th Floor, New York NY 10151-0502
518080427 +Bethlehem Twp Municipal Ct, 405 Mine Rd, Asbury NJ 08802-1107
518080430 Better Home Plastics, Claims Dept, 439 Commercial Ave, Palisades Park NJ 07650-1226
518080433 Bev-tech Inc, Claims Dept, P O Box 479, Eliot ME 03903-0479
518080437 Bfg Supply Co, Afs Logistics, Po Box 18410, Shreveport LA 71138-1410
518080436 Bfg Supply Co, Afs Logistics, Po Box 18170, Shreveport LA 71138-1170
518080438 Bfpe International, Po Box 791045, Baltimore MD 21279-1045
518080439 Bge, Po Box 13070, Philadelphia PA 19101-3070
518080440 +Bge, 100 Constellation Way, Baltimore MD 21202-4890
518080441 +Bgr Radiator, Erin L Lamirand, Accounting And Projects Dept, 25 Center Pkwy, Plainfield CT 06374-2054
518080442 #Bhdm Design, Jennifer Rosenthal, 1201 Broadway Ste 611, New York NY 10001-5405
518080443 +Bhf Express Llc, 1719 Ashley Ct Ste 16, Ste 16, Bowling Green KY 42104-5833
518080444 Bia Store, Samantha Rougeux, 2345 Route 52 Ste 1a, Hopewell Junction NY 12533-3219
518080449 Bible Baptist Church, Michael Durham, 6181 Ridge Rd, Sodus NY 14551-9741
518080456 Bierer Law Group Pa, P O Box 41667, Baltimore MD 21203-6667
518080458 Biermann Svc, 77 Fuller Rd, Chicopee MA 01020-3705
518080460 +Big Blue Bug Rich, 161 O’connel St, Providence RL 02905-4812
518080461 Big John Corp, Scott Gray, Devin Mc Kay, 526 E Rolling Ridge Dr, Bellefonte PA 16823-8138
518080462 +Big Js Towing And Recovery Llc, 737 Bays Dr, Charleston WV 25306-6701
518232638 +Big M Transport, 67 Love Ln, Netcong, NJ 07857-1013
518080463 +Big M Transportation, 6341b Hwy 15 N, Blue Mountain MS 38610-9678
518080464 +Big Mouth Inc, Michael, 655 Winding Brook Dr Ste 304, Glastonbury CT 06033-4337
518080465 +Big R Taxidermy, 358 Matney Rd, Cedar Bluff VA 24609-8530
518080466 Big Valley Nursery, 532 Cedar Swamp Rd, Glen Head NY 11545-2238
518080468 +Bike Usa Inc, Owen Nagle, 2811 Brodhead Rd, Bethlehem PA 18020-8941
518080469 +Bikeland Ii, Steve Koeberle, 146 Main St, Chatham NJ 07928-2418
518080472 +Bilcar Signs, 2131 Morris Ave, Union NJ 07083-6044
518080473 Bilcare Research, Transplace Cargo Claim, Po Box 518, Lowell AR 72745-0518
518080475 #+Bill Carpenter Svc Inc, 9638 Mcwhorter Rd, Po Box 462, Dansville NY 14437-0462
518080477 Bill Westervelt Asphalt Paving, Christine, Po Box 6674, Edison NJ 08818-6674
518080478 +Bill’s Glass Co, 432 Park Ave, Woonsocket RI 02895-5340
518080481 +Billows Electric, Claims Dept, 1813 Underwood Blvd, Riverside NJ 08075-1232
518080482 Billows Electric Sply, Nexterus Inc, 802 Far Hills Dr, New Freedom PA 17349-8428
518080483 +Bills Appliance Center, Dwight Harris, 2098 Lycoming Creek Rd, Williamsport PA 17701-1130
518080487 +Binex Line Chicago, Echo Global, 600 Wchicago Ave Ste 725, Chicago IL 60654-2522
518080489 Bio Nuclear Of Puerto Rico, Sharon Rodriguez, Simon Madera Ave 3 Esq, San Juan PR 00924-3911
518080490 Bio Serv, Joanne Davie, 3 Foster La, Flemington NJ 08822-7226
518080491 +Bio-clinical Labs, Alpha Industrial Pk, 15 Ave A, Phillipsburg NJ 08865-4085
518080492 +Biofit Engineered Products, Chris Hughes, 15500 Biofit Way, Bowling Green OH 43402-9290
518080493 Biofit Engineered Products, Po Box 109, Waterville OH 43566-0109
518080495 +Bionuclear, Urb Villa Prades, Simon Madera Ave 3, Rio Piedras PR 00924-2200
518080501 +Bisco Ind Geofftumang, 1500 Lakeview Loop, Anaheim CA 92807-1819
518080502 Biscotti Brothers, Barbara Hoak, 5142 Rte 30 Ste 190, Greensburg PA 15605-2500
518080513 +Bjorkman Industrial Power Corp, 70 Finnell Dr, Weymouth MA 02188-1198
518080514 +Bjs Wholesale Club, Ryan Gove, 869 Quaker Hwy, Uxbridge MA 01569-2252
518080515 Bjs Wholesale Club Inc, Freight Accounting, Po Box 3755, Boston MA 02241-3755
518080516 +Bk Brands, David Ivey, 1409 Avenue M, Brooklyn NY 11230-5212

518080517 +Bk Electric, Michael O'neill, Po Box 3656, Cranston RI 02910-0656
518080518 +Bkg Truck Repair Llc, Leslie, P O Box 434, Salamanca NY 14779-0434
518232639 +Black Nose Pet Resort, 11015 Dude Ranch Rd, Glen Allen, VA 23059-1633
518080520 Black Swan, Francine Litchten, 4540 W Thomas St, Chicago IL 60651-3318
518080527 +Blackman Plumbing, Claims Dept, 444 Cr 39a, Southampton NY 11968-5257
518080528 Blackmount Equipment, Claims Dept, 2924 Dartmouth College, North Haverhill NH 03774-4534
518080542 +Blanchard Street Llc, 1-71 North Avenue East, Elizabeth NJ 07201-2958
518080543 +Blanchard Street Llc, Whiteford Taylor And Preston Llp, Edward U Lee, Seven Saint Paul St Ste 1500, Baltimore MD 21202-1636
518080557 +Bloomingdale's, Macys Account Payable, Po Box 8251, Mason OH 45040-5251
518080558 +Blossman Propane Gas, And Appliances Inc, 1088 Moneta Rd, Bedford VA 24523-3475
518080561 +Blq Corp, Sun Sun Restaurant, 239 Water St, Randolph ME 04346-5211
518080563 +Blue Air One, Agata Zmuda, 508 W Elizabeth Ave, Linden NJ 07036-4278
518080564 +Blue Gavel Press, Dana Fortin, Cust Svs, 3210 8th St, Rock Island IL 61201-5624
518080565 Blue Grace Logistic, Casey Nye, Po Box 6116, Hermitage PA 16148-0916
518080566 Blue Mountain Health System, Hospital, 211 N 12th St, Lehighton PA 18235-1138
518080567 Blue Ridge Beverage, Po Box 700, 4446 Barley Dr, Salem VA 24153-8542
518080568 +Blue Ridge Mountain, Larry Bakner, Po Box 70, Waynesboro PA 17268-0070
518080569 +Blue Rock Industries, Brian Genest, 737 Spring St, Westbrook ME 04092-3844
518080570 Blue Star Inc, Joe Winstel, 3345 Point Pleasant Rd, Hebron KY 41048-9711
518080571 +Blue360 Media Llc, Barbara, 2750 Rasmussen Rd Ste 107, Park City UT 84098-5531
518080573 +Bluergace, Cargo Claims, Po Box 6116, Hermitage PA 16148-0916
518080574 Bluestar Inc, Steve Mersch, 3345 Point Pleasant Rd, Hebron KY 41048-9711
518080575 Bluestar Usa, Joe Winstel, 3345 Point Plesant Rd, Hebron KY 41048-9711
518080576 Blujay Solutions Inc, Po Box 842467, Boston MA 02284-2467
518080578 Bmc Software Inc, Jason Poole, Po Box 301165, Dallas TX 75303-1165
518080579 +Bmw Financial Svc, Gold Fein Attorneys At Law, Po Box 1418, Hillard OH 43026-6418
518080580 Bna, Po Box 17009, Baltimore MD 21297-1009
518080581 Bns Shipping Inc, Paul Shin, 179-22 149th Road, Jamaica NY 11434-5608
518080582 Bnx Shipping, Danny Kim, 147-32 Farmers Blvd, Jamaica NY 11434-5218
518080583 Bnx Shipping Inc, Alicia Lee, 300 E Touhy Ave Ste A, Des Plaines IL 60018-2611
518080585 +Bob Calhoun, 826 Lawrence Dr, Wadsworth OH 44281-8479
518080586 Bob Sumerel Tire Co Inc, Po Box 633096, Cincinnati OH 45263-3096
518080587 Bob's Mobile Air Conditioning Svc, 47 Henry St, Cheektowaga NY 14227-1826
518080588 Bob's Stores, Fred Wissburn, 160 Corporate Ct, Meriden CT 06450-7177
518080591 Bobrick Washroom, Claims, Po Box 513172, Los Angeles CA 90051-1172
518080592 Bobrick Washroom, Roy Krull, 6901 Tujunga Ave, North Hollywood CA 91605-6213
518080593 Bobrow Distributing, Robert Loviza, Po Box 624, Clifton Park NY 12065-0624
518080594 +Bobs Garage Llc, Bob, 766 Paint Creeck Rd, Hansford WV 25103-8004
518080596 Bobs Stores, Natasha Gonzalez, 160 Corporate Ct, Meriden CT 06450-7177
518080595 Bobs Stores, Data2logistics, Po Box 6105, For Myers FL 33906-1050
518080602 Bodecker Brewed, Todd Hale, 2045 Midland Ave, Toronto ON M1P3E2, Canada
518080615 Boise Cascade, Lauri Buchanan, 270 Ocean Rd, Greenland NH 03840-2442
518080617 +Bolden And Bonfiglio Llc, As Attorneys For State Farm, 10 Federal St Ste 13, Salem MA 01970-3875
518080623 +Bolus Truck Parts And Sales, 922 Sanderson St, Throop PA 18512-1408
518080626 Bombergers Store Inc, John Deere Dealer, 555 Furnace Hills Pike, Lititz PA 17543-6912
518080628 Bon Ton Stores, Pts, Po Box 297, Fredonia KS 66736-0297
518080629 #Bon-ton Stores Trans, Claims Dept, 3585 South Church St, Whitehall PA 18052-2417
518080646 +Bonton Stores, Helen Gomez, 3585 S Church St, Whitehall PA 18052-2417
518080657 Boones Power Equip, John Deere Dealer, 1050 Diamond Mill Rd, Brookville OH 45309-9395
518080659 +Boots And Hanks Towing And Rec, 1500 N Keyser Ave, Scranton PA 18504-9737
518080660 Boral Building Products, Joanne Dula, 29797 Beck Rd, Wixom MI 48393-2834
518080662 +Bordentown Municipal Ct, 1 Municipal Dr, Bordentown NJ 08505-2109
518080669 +Born Shoe Co, 124 W Putnam Ave, Greenwich CT 06830-5317
518080670 +Borough Of Lehighton, Municipal Bldg, Po Box 29, Lehighton PA 18235-0029
518080671 +Borough Of Mechanicsburg, Police Dept, 36 West Allen St, Mechanicsburg PA 17055-6257
518080672 +Borough Of Phoenixville, 351 Bridge St, Phoenixville PA 19460-3355
518080673 +Borough Of Pitcairn, Annette Dietz Boro Mg, 582 Sixth St, Pitcairn PA 15140-1200
518080674 Borough Of Riverdale, Pma Companies-premium Opts, 6990 Snowdrift Rdbldg A S100, Allentown PA 18106
518080676 +Borough Of South Plainfield, 2480 Plainfield Ave, South Plainfield NJ 07080-3531
518080675 +Borough Of South Plainfield, Tax Collector, 2480 Plainfield Ave, South Plainfield NJ 07080-3531
518080679 Borrow Distributing, Robert Loviza, Po Box 624, Clifton Park NY 12065-0624
518080681 Bortek Industries Inc, 4713 Old Gettysburg Rd, Mechanicsburg PA 17055
518080682 +Borthwick Emerg Physicians Llc, Po Box 37907, Philadelphia PA 19101-0503
518080684 +Bosch Automotive, Transaudit Inc, 11 Marshall Rd Ste 2d, Wappingers Falls NY 12590-4123
518080685 Bosch Thermotechnology Corp, Courtney Carey, 50 Wentworth Ave, Londonderry NH 03053-7475
518080686 +Boscos Automotive Inc, 4 Simon Rd, Enfield CT 06082-5902
518080687 +Boscov's Dept Stores, John Van Etten, 4500 Perkiomen Ave, Reading PA 19606-3202
518080688 Boscovs Dept Store, Sheila Kuhn, Po Box 4116, Reading PA 19606-0516
518080690 Boshart Ind Inc, Brad Lichty, Po Box 310, Milverton ON N0K1M06505, Canada
518080693 Bosma Industries For The Blind, Langham, 5335 W 74th St, Indianapolis IN 46268-4180
518080694 Boss Precision, 2440 S Union St, Spencerport NY 14559-2230
518080699 #+Boston Homebrew Supply, Claims Dept, 1378 B Beacon St, Brookline MA 02446-2834
518080700 Boston Mutual, Po Box 740518, Atlanta GA 30374-0518
518080701 Boston Red Sox, P O Box 415171, Boston MA 02241-5171
518080704 Bottcher America, Steve Gibson, 4600 Mercedes Dr, Belcamp MD 21017-1223
518080705 Botticelli Foods, Kathy Prag Sandy Yom, 59 Mall Dr, Commack NY 11725-5703

518080707 +Bottle Solutions, Monica O Neill, 12201 Elmwood Ave, Cleveland OH 44111-5903
518080708 Bottom Line Logistics, Joseph Connoly, Po Box 444, Somerset MA 02726-0444
518080710 +Boucher Cleaning Svc, 57 Curtis Ave, Burlington VT 05408-2407
518080714 Boulet’s Truck Svc, Brian Boulet, P O Box 357, Fairfield ME 04937-0357
518080715 +Bounce Logistics, 5838 W Brick Rd, Ste 102, South Bend IN 46628-8420
518080725 +Boves Of Vermont, Thomas Keene, 8 Catamount Dr, Milton VT 05468-3212
518080726 +Bow Plumbing And Heating Corp, 3 Bow Bog Rd, Bow NH 03304-4301
518080740 +Bowman Murray Fulk Group Inc, Phyllis Turner, Napa Auto Parts, 601 W John St, Martinsburg WV 25401-2242
518080741 Bowman Sales And Equipment Inc, Po Box 433, Williamsport MD 21795-0433
518080742 +Bowman Trailer Leasing, Mark Denham, Po Box 433, Williamsport MD 21795-0433
518080751 Box Partners Llc, Chrissy Coduto, 2650 Galvin Dr, Elgin IL 60124-7893
518080752 Boy Scouts Of America, 2016 Leadership Award, 1 Saddle Rd, Cedar Knolls NJ 07927-1901
518080753 Boyajian Inc, Christine Decosta, 144 Will Dr, Canton MA 02021-3704
518080756 +Boychucks Llc, 701 Addison Rd, Painted Post NY 14870-8538
518080761 Boyer Candy Co, Angel Bowser, 821 17th St, Altoona PA 16601-2074
518080762 +Boyer’s Food Market, 1165 Centre Tpk, Orwigsburg PA 17961-9343
518080766 Boyko’s Petroleum Svc Inc, Barry, 4171 Chestnut St, Whitehall PA 18052-2001
518080768 +Boyles Motor Sales Inc, 2955 Strunk Rd, Jamestown NY 14701-9786
518080771 +Br Plumbing And Heating Inc, 2263 Morrison Ave, Union NJ 07083-5248
518080772 +Brach Eichler Llc, 101 Eisenhower Pkwy, Roseland NJ 07068-1053
518080777 +Bradley Corp, Jane Dolato, W142 N9101 Fountain Blvd, Menomonee Falls WI 53051-2348
518080778 +Bradley Corp Mills Co, Julie Koeppen, 3007 Haring Hwy E Bldg 201, Marion OH 43302-2575
518080779 +Bradley Mechanical Co Llc, Main, P O Box 745, Chesterfield VA 23832-0011
518080780 +Bradley T Knott, 9702 Hillridge Dr, Kensington MD 20895-3225
518080791 Braintree Laboratories, Alicia Watkins, Po Box 850929, Braintree MA 02185-0929
518080790 Braintree Laboratories, Susan Rota, 58 Teed Dr, Randolph MA 02368-4202
518080795 Brand Buzz Llc, Rivka Bensalmon, 139 Ocean Ave Fl 3, Lakewood NJ 08701-3668
518080804 +Bravo Wine Imports, Sam Mcnett, 1780 Dealton Ave, Harrisonburg VA 22801-2723
518232640 +Breakstone, Joseph, 87 Cedarhurst Ave, Point Lookout, NY 11569-3013
518080810 +Brechts Towing, Po Box 129, Dryden NY 13053-0129
518080815 +Breezy Point Truck Repairinc, Breezy Point Garage, Po Box 1298, Stratford CT 06615-8761
518080818 Bren-tronics, Megan Nargetino, 10 Brayton Ct, Commack NY 11725-3104
518080819 +Brenae Bushrod, 3911 Lausanne Rd, Randallstown MD 21133-4511
518080820 #+Brendon Casey, 570 S Main St, Manchester CT 06040-7037
518080824 +Bresslers Garage Inc, 2994 E Vly Rd, Loganton PA 17747-9168
518080825 +Brethren Mutual Insas Sub For, Charles R Moore, 149 North Edgewood Dr, Hagerstown MD 21740-6503
518080826 +Breton Electric, 12 Armory St, Wakefield MA 01880-2900
518080828 +Brett Matthews, 39 Wildcat Rd, Sod WV 25564-9673
518080829 +Brett Wilderman V, New England Motor Freight Inc Et Al, Mathew A Williams, 27401 Westown Blvd, Westlake OH 44145-4573
518080830 +Bretz And Co, 6596 Spring Rd Ste 1, Shermans Dale PA 17090-8672
518080832 +Breville, Geodis, Po Box 2208, Brentwood TN 37024-2208
518080837 +Brewery Irish Imports, Echo Global, 600 W Chicago Ave Ste 725, Chicago IL 60654-2522
518080839 +Brian Bell, 11 Brookland Farms Rd, Poughkeepsie NY 12601-5820
518080840 +Brian Fanniff, Brian, 180 Forts Ferry Rd, Latham NY 12110-1234
518080842 +Brian Harp, 113 W 3rd St S, Fulton NY 13069-1543
518080843 +Brian Mcardle, 508 Woods Rd, Solvay NY 13209-1654
518080844 +Brian Mullen And John T Zogby, Alexander G Tyler Building, 291 Main St Po Box 859, Milford MA 01757-0859
518080845 Brian Nallen, I-71 North Ave East, Elizabeth NJ 07201
518080846 +Brian Roth, 7 Woodcrest Dr, Wheeling WV 26003-4959
518080847 +Brianna Mayes Jessica Forbes, Alilah Baldwin Jourdin Senior, Att For Defendents Weber And Rubano Llc, Louis Rubano 401 Center St, Wallingford CT 06492-4206
518080851 Bridgeport Equipment, John Deere Dealer, 1504 Oakhurst Dr, Charleston WV 25314-2442
518080852 +Bridgeport Equipment And Tool, John Deere Dealer, 1200 S Bridge St, New Martinsville WV 26155-1526
518080853 #Bridgeport Equipment And Tool, John Deere Dealer, 668 Pinecrest Dr, Bidwell OH 45614-9275
518080854 Bridgeport Fitting, Roseann Tedesco, 200 Long Beach Blvd, Stratford CT 06615-7313
518080856 +Bridgestone Americas Tire Operations, Waller Lansden Dortch And Davis, Blake D Roth, 511 Union St Ste 2700, Nashville TN 37219-1791
518080857 Bridgestone Americas Tire Operations Llc, Len Albuquerque, P O Box 73418, Chicago IL 60673-7418
518080858 Bridgestone Americas Tire Ops Llc, Len Albuquerque, Po Box 73418, Chicago IL 60673-7418
518080859 +Briggs And Stratton Genco, Cindy Mueggenburg, 12301 W Wirth St, Wauwatosa WI 53222-2110
518080863 Bright House Networks, Po Box 790450, Saint Louis MO 63179-0450
518080864 +Bright Sky Cleaning Group, Po Box 147, Bensenville IL 60106-0147
518080868 +Brink’s Welding, 258 Streigbeigh Ln, Montoursville PA 17754-2526
518080872 +Brinkmanns True Value, 226 Railroad Ave, Sayville NY 11782-2712
518080875 Briscon Electric, Bill Rogan, P O Box 145, Auburn MA 01501-0145
518080876 Bristol Myers Squibb, Transaver Kim Edgar, 108 Washington St, Manlius NY 13104-1913
518080877 +Bristol Transport Inc, 1 W Lake St, Northlake IL 60164-2423
518080879 British Delights Inc, Stephen Murray, 63 Power Rd Unit 2, Westford MA 01886-4110
518080882 +Brittney Tallie And Plaxen And, Adler As Attys, 10211 Wincopin Circleste 620, Columbia MD 21044-3431
518080887 +Broad Mountain Emerg Physpllc, Po Box 37956, Philadelphia PA 19101-0556
518080888 +Broad Sky Networks Llc, 750 Nw Charbonneau St 201, Bend OR 97703-7047
518080892 +Broadspire, 5335 Triangle Pkwy, Peachtree Corners GA 30092-2599

518080893 +Broadspire Claim 188818186-001, 1503 Lbj Fwy, Ste 600, Dallas TX 75234-9700
518080894 +Broadspire Svc Inc, Po Box 404325, Atlanta GA 30384-4325
518080895 Brock Llc, Echo Global, 600 W Chicago Ave Ste 7, Chicago IL 60654-2801
518080901 Broder Bros, 365 West Passaic St, Intellaudit Ste 235, Rochelle Park NJ 07662-3017
518080902 +Broderick Data System, 64 East Main St, Lexington OH 44904-1264
518080903 Brody Trailer, Po Box 4441, Baltimore MD 21223-0441
518080905 +Broich, Odw Logistics, 345 High St Ste 600, Hamilton OH 45011-6072
518080906 +Broleco Inc, Mary Young, 200 Sutton St Ste 226, North Andover MA 01845-1651
518080909 +Brookfield Svc, Ap, P O Box 47, Northfield VT 05663-0047
518232641 +Brooks, Linell, 604 Red Horse Ln, Virginia Beach, VA 23462-1517
518080924 Brothers International Food, Alicia Holmes, 1175 Lexington Ave, Rochester NY 14606-2903
518080930 Brown Campbell Co, Tabitha Klonne, 555 Qualiaty Blvd, Fairfield OH 45014-2294
518080931 +Brown Electric Co Inc, Jane Brown, 440 Shunpike Rd, Williston VT 05495-9585
518080932 Brown Supply Co Inc, John Deere Dealer, 2888 Rte 31, Acme PA 15610
518080977 +Bruce Crocker, 1256 Fox Chapel Rd, Pittsburgh PA 15238-1812
518080988 +Bruner Corp, Po Box 75683, Cleveland OH 44101-4201
518080992 +Brunos Automotive Inc, Dee Soldinger, 101 Fifth Ave, Bay Shore NY 11706-7330
518080995 +Brush Creek Sales And Rental, John Deere Dealer, 1335 N Shoop Ave, Wauseon OH 43567-2222
518080999 +Bryan Gere And Maryia Simonchyk, 229 Butler Ave, Staten Island NY 10307-1208
518081000 +Bryan Hoard, 7915 Clovernook Ave, Cincinnati OH 45231-3301
518081012 +Bryson Construction, Dale Bryson, Po Box 962, Augusta WV 26704-0962
518081013 +Bsh Home Appliances, Transaudit Ste 2d, 11 Marshall Rd, Wappingers Falls NY 12590-4123
518081029 Buckeye Packaging Co, 12223 Marlboro Ave, Mt Union OH 44601-9772
518081032 Budget Boats, Craig Allen, 2024 Battlefield Blvd N, Chesapeake VA 23324-2925
518232642 +Budget Rental Truck, 2230 Broad Rock Blvd, Richmond, VA 23224-4810
518081033 +Budget Truck Rental, 168029157, Po Box 932906, Cleveland OH 44193-0026
518081036 Buffalo Emergency Associates, Po Box 637765, Cincinnati OH 45263-7765
518081037 +Buffalo Envelope, Martha Zimmermann, 2914 Walden Ave, Depew NY 14043-2694
518081038 +Buffalo Spring And Equip, 1850 Dale Rd, Buffalo NY 14225-4956
518081041 +Bug Doctor Termite And Pest Cont, 585 Winters Ave, Paramus NJ 07652-3900
518081042 Builders Surplus, Kevin Van Avery, 2457 Post Rd, Warwick RI 02886-2214
518081043 +Builders Wholesale, Claims Dept, 7938 Veterans Blvd, Chester WV 26034-1791
518081044 +Builders’ Hardware, 2002 West 16th St, Erie PA 16505-4834
518232643 +Builders, Dock Area, 115 Wright Ave, Cockeysville, MD 21030-6500
518081046 +Bulent Muftahi, 99 Kero Rd, Carlstadt NJ 07072-2604
518081053 +Bullet Lock And Safe Co Inc, 181 Broadway, Long Branch NJ 07740-7005
518081061 Bunzl, Kara Kelly Nicole Brown, 10814 Northeast Ave, Philadelphia PA 19116-3447
518081062 Bunzl Cincinnati, Valerie Mcdaniel, 6021 Union Centre Blvd, Fairfield OH 45014-2290
518081063 Bunzl Distribution, Joyce Shull, 702 Potential Pkwy, Scotia NY 12302-1011
518081064 +Bunzl Distribution, Veronica Bolt, 7481 Coca Cola Dr Ste 4, Hanover MD 21076-2281
518081065 Bunzl Indianapolis, Joni Heugel, 7034 Brookville Rd, Indianapolis IN 46239-1006
518081066 +Bunzl Metro, Lois Barberis, 27 Distribution Way, Monmouth Junction NJ 08852-3001
518081067 Bunzl New England, Geraldine Dobeck, 180 Shrewsbury St, West Boylston MA 01583-2106
518081068 Bunzl Papercraft, Gerald Walker, 601 Riverside Pl, Leetsdale PA 15056-1040
518081069 Bunzl Processor Division, La Trece Houston, 5710 Nw 41st St, Riverside MO 64150-7831
518081070 Bunzl Scotia, Colleen Moon, 702 Potential Pkwy, Scotia NY 12302-1011
518081071 Burch Materials Co, Kearn Pelkey, 380 Lapp Rd, Malvern PA 19355-1210
518081080 +Bureau For Child Support Enf, Po Box 247, Charleston WV 25321-0247
518081081 Bureau Of Income Tax, Po Box 2501, San Juan PR 00903
518232644 +Burger, Edward, 18 Corie Ct, Port Jefferson, NY 11777-2106
518232645 +Burhmann, Detective Michael J, Criminal Investigation Division, West Whiteland Township Pd, 101 Commerce Dr, Exton, PA 19341-2726
518081089 Burke Distributors, Michael Murphs, 89 Teed Dr, Randolph MA 02368-4201
518081090 +Burke Supply Co Inc, Becky Velazquez, Ar, 255 Route 1 & 9, Jersey City NJ 07306-6727
518081101 +Burlington City Police, 1 North Ave, Burlington VT 05401-5202
518081102 Burlington Coat Factory, Amy Battiste, 4287 Route 130 South, Edgewater Park NJ 08010-3015
518081103 +Burlington County Board Of, Social Svc Bcbss, 795 Woodlane Rd Attn Fiscal, Mount Holly NJ 08060-3832
518081104 +Burlington Public Schools, 123 Cambridge St, Burlington MA 01803-3798
518081105 Burlington Stores, Acct Payable, 2006 Us 130 South, Edgewater Park NJ 08010
518081106 Burmax Co Inc, Natasha Rivera, 28 Barrett Ave, Holtsville NY 11742-2102
518081107 +Burmont Llc, 1-71 North Avenue East, Elizabeth NJ 07201-2958
518081108 +Burmont Llc, Whiteford Taylor And Preston Llp, Edward U Lee, Seven Saint Paul St Ste 1500, Baltimore MD 21202-1636
518081111 +Burnham Commercial, Nexterus Inc, 802 Far Hills Dr, New Freedom PA 17349-8428
518081120 Burnt Hills Hardware, Earl Olsen, 217 Kingsley Rd, Burnt Hills NY 12027-9572
518232646 +Burress, Josh, Operations Director, 241 Fort Evans Ne Ste 241, Leesburg, VA 20176-4039
518081125 Burrows Packaging, Transplace, P O Box 518, Lowell AR 72745-0518
518081126 Burt Rigid Box Inc, Linda Donnell, 58 Browne St, Oneonta NY 13820-1061
518081132 Bush Industries, Po Box 460, Jamestown NY 14702-0460
518081133 +Bush Logistics Servivces, Tlearn Ewalchack, 2455 Robinson Rd, Erie PA 16509-4675
518081134 Bush Wholesalers Inc, Sandy Buono, 637 Sackett St, Brooklyn NY 11217-3116
518081139 Busse Hospital Disp, Sabrina Vasquez, 75 Arkay Dr, Hauppauge NY 11788-3707
518081140 +Busse Hospital Disp, Echo Global, 600 W Chicago Ave Ste 725, Chicago IL 60654-2522
518081141 +Busse Medical Disposables, Claims Dept, 75 Arkay Dr, Hauppauge NY 11788-3707
518081145 +Butler County Court 3 Court, 9577 Beckett Rd, Ste 300, West Chester OH 45069-5050
518081151 Butternut Mountain Farm, Adam Darling, 37 Industrial Pk Dr, Morrisville VT 05661-8533
518081152 Butternuts Beer And Ale, Charles Williamson, 4021 State Hwy 51, Garrattsville NY 13342-1705
518081157 +Buy-wise Auto Parts, 2091 Springfield Ave, Vaux Hall Union NJ 07088-1298

518081158 Buzz Sales Co, Lisa Standley, Po Box 463, Crystal Lake IL 60039-0463
518081160 +Bwb Inc, Greg Sholly, Owner, 400 Frank S Brown Blvd, Steelton PA 17113-1855
518081165 Byk Usa Inc, Gwandeh Magnus, 524 South Cherry St, Wallingford CT 06492-4453
518081166 Byk-chemie Usa, Claims Dept, 524 S Cherry St, Wallingford CT 06492-4453
518081170 +Byron E Najera Osorio, And Xiomara Mendoza Lopez Atty For The, Plaintiff’s Resin And Rosenstein Llp, C Rosenstein 6200 Baltimore Ave Ste 400, Riverdale Park MD 20737-1054
518081171 +Bzs Transport, Rivky Mittelman, 816 Myrtle Ave, Brooklyn NY 11206-5560
518081172 Bzs Transport, Echo Global, 600 W Chicago Ave Ste 7, Chicago IL 60654-2801
518081173 +C And C Wildlife Management, Joseph Cea, Owner, 489 Kenwood Ave, Delmar NY 12054-1818
518232647 +C And C Automotive, 130 Woodside Ave, Briarcliff Manor, NY 10510-1739
518081174 +C And C Fiberglass, Robert Pompey, 75 Ballou Blvd, Bristol RI 02809-2729
518081176 +C And J Industries Inc, Sandra Barretta, Po Box 499, Meadville PA 16335-0499
518081177 +C And J Trailer And Towing, Kevin, Po Box 343, Fairfield ME 04937-0343
518081178 +C And J Trailer Repair And Towing, Main, P O Box 343, Fairfield ME 04937-0343
518081179 C And L Containers Inc, Lori Eanes, 911 Live Oak Dr Ste 108, Chesapeake VA 23320-2500
518081180 +C And L Rivet Co, Percy Butler, 220 Jacksonville Rd, Hatboro PA 19040-2721
518081181 +C And S Wholesale, Erika Armenic, 100 King Springs Rd, Windsor Locks CT 06096-1137
518081182 +C And S Wholesale Grocers, Nate Wassmann, Po Box 821, Brattleboro VT 05302-0821
518081183 C And S Wholesale Grocers Inc, Po Box 414270, Boston MA 02241-4270
518081184 +C And V Enterprises, 15 Whitmanville Rd, Westminster MA 01473-1047
518081185 +C Basil Ford Inc, Barb Peiffer, 1540 Walden Ave, Cheektowaga NY 14225-4904
518081186 +C Evan Rollins, Evan Rollins, Rollins And Dellmyer, 135 North St, Elkton MD 21921-5534
518081187 C H Robinson Freight, 65 E Jackson Dr, Cranford NJ 07016-3516
518081188 C L Ward And Family, Brenda Bakaitus, 210 5th St, Charleroi PA 15022-1514
518081189 +C Marino Inc, 72 Second Ave, Paterson NJ 07514-2006
518332937 C Matthew Haynes, 501 South 5th Street, Richmond VA 23219-0501
518081190 C T S I Global, 5100 Poplar Ave, Memphis TN 38137-4000
518081191 +C-mac Construction Mgt Inc, Chris Macartur, Po Box 322, Saratoga Springs NY 12866-0322
518081443 #++++CAROLYN JACK V, NEW ENGLAND MOTOR FREIGHT INC ET AL, RAFAEL SILVA, 405 RIDGE RD APT D, NORTH ARLINGTON NJ 07031-5326
(address filed with court: Carolyn Jack V, New England Motor Freight Inc Et Al, Rafael Silva, 405 D Ridge Rd, North Arlington NJ 07031)
518082277 ++COLUMBIA GAS, 290 W NATIONWIDE BLVD 5TH FL, BANKRUPTCY DEPARTMENT, COLUMBUS OH 43215-4157
(address filed with court: Columbia Gas, 290 W Nationwide Blvd, Unit 114, Columbus OH 43215-1082)
518082307 ++COMFORTROL INC, 3155 LAMB AVE, COLUMBUS OH 43219-2344
(address filed with court: Comfortrol Inc, 3135 E 17th Ave, Columbus OH 43219)
518082820 ++++CUSTOM CAMERA COLLECTION, 172 IMBODEN DR STE 5, WINCHESTER VA 22603-5799
(address filed with court: Custom Camera Collection, 172-5 Imboden Drive, Winchester VA 22603)
518232648 +Cab East Llc, 2975 Breckenridge Blvd, Duluth, GA 30096-4977
518081194 Cabbage Cases Inc, Mark Gardner, 1166-c Steelwood Rd, Columbus OH 43212-1356
518081196 Cablevision Lightpath Inc, Lightpath, Po Box 360111, Pittsburgh PA 15251-6111
518081203 Cabvi, Sandra Colosimo, 2270 Dwyer Ave, Utica NY 13501-1108
518081204 Cac Associates, Randy Combs, 251 Fairway Dr, Harrisonburg VA 22802-8773
518081205 Cac Associates Inc, Ryan Perryshak, 136 Lazor Rd, Ebensburg PA 15931-3924
518081206 +Cac China, Patty Tai, 30 Camptown Rd, Maplewood NJ 07040-3034
518081208 +Cadence Premier Cargo Inc, 2250 S Chicago St, Joliet IL 60436-3126
518081210 Caic Primary, Po Box 890846, Charlotte NC 28289-0846
518081215 Caitlin Concannon And Vincent, J Cieka As Attorney, 5709 Westfield Ave Pob 560, Pennsauken NJ 08110-0560
518081216 +Caitlin Murano, 162 Liberty St, Deer Park, NY 11729-2718
518081225 +Caleast Nat Llc, Northamerican Terminals Managements Inc, General Counsel, 201 West St Ste 200, Annapolis MD 21401-3401
518081223 +Caleast Nat Llc, Amanda Longworth, Accounts Receivable, Bank Of America 1808 Swift Dr Ste A, Oak Brook IL 60523-1591
518081224 +Caleast Nat Llc, Amanda Longworth Ar, Bank Of America, 1808 Swift Dr Ste A, Oak Brook IL 60523-1591
518081226 +Caleast Nat, Llc, Bank Of America, 1808 Swift Dr, Ste A, Oak Brook IL 60523-1591
518081229 #Calico Industrial Supply, David George, 9045 Junction Dr, Annapolis Junction MD 20701-1155
518081231 +Calico Industries, Lamonica Herbst And Maniscalco Llp, H Holecek And M Rozea Esqs, 3305 Jerusalem Ave Ste 201, Wantagh NY 11793-2028
518081230 #+Calico Industries, Connie Tressler, 9045 Junction Dr, Annapolis Junction MD 20701-1155
518081232 California Freight, Po Box 365, Ripon CA 95366-0365
518081233 +California Scents, 1901 William Flynn Highway, Glenshaw PA 15116-1742
518081242 Calumet Carton Co, Worldwide Logistics, 1213 Remington Blvd, Romeoville IL 60446-6504
518081243 Calumet Specialty Products, Stephanie Segura, 15021 Katy Fwy Ste, Houston TX 77094-1911
518081244 Calvert County Md, Automated Speed Enforcement, Po Box 5046, Hagerstown MD 21741-5046
518081245 +Calvin Brown Sr And, Denise W Garnick Pc As Atty, 801 Old York Rd Ste 219, Jenkintown PA 19046-1611
518081246 +Calvin Durham And Brian Lee, Law Firm Pllc As Atty, 18 Division St Ste 102, Saratoga Springs NY 12866-2197
518081247 #+Calvin Wilson, 49 Fourteenth St, Apt 1, Norwich CT 06360-2823
518232649 +Calvo, Richard, 4578 161st St Apt 3, Flushing, NY 11358-3156
518081250 +Cam Office Svc Inc, 30 Cummings Pk, Woburn MA 01801-2122
518081251 Cam Logistics, Andrew Conley, 7800 Robinet Way, Canal Winchester OH 43110-8165
518081256 Cambria Mack Trucks Inc, Po Box 34038, Newark NJ 07189-0001
518081257 Cambridge Valley, Po Box 160, Cambridge NY 12816-0160

518081258 Camco Chemical Co, Ryan Gavin, 8145 Holton Dr, Florence KY 41042-3009
518081259 +Cameron Blattner, 25 Herkomer St, New Hyde Park NY 11040-4908
518081266 Cammps Hardware, Claims Dept, 2168 Route 206, Belle Mead NJ 08502-4008
518081267 +Camp Auto And Truck Parts Inc, Camp Auto, 9 Whitmore Ave, Wayne NJ 07470-7249
518081268 +Camp Hill Auto Parts, Marianne, 1440 State St, Camp Hill PA 17011-5538
518081269 +Camp Hill Emergency Physicians, Po Box 13693, Philadelphia, PA 19101-3693
518081270 +Camp Hill Terminal Llc, P O Box 6031, Elizabeth NJ 07207-6031
518081271 +Camp Hill Terminal Llc, Whiteford Taylor And Preston Llp, Edward U Lee, Seven Saint Paul St Ste 1500, Baltimore MD 21202-1636
518081275 Campania Intl, Mgn Logistics, 161 Washington St, East Walpole MA 02032-1196
518232650 +Campbell Supply, 1015 Cranberry South River Rd, S. Brunswick, NJ 08831-3408
518081286 +Campise Reporting Inc, 504 Rt 130 North Ste 284, Cinnaminson NJ 08077-3385
518081288 Campofresco Corp, State Rd 55km 03, Santa Isabel PR 00757
518081291 +Camps Hardware And Lawn, Cargo Claims, 2168 Rt 206, Belle Mead NJ 08502-4008
518081292 Can-am Merchandising, Claims Dept, 70 Shields Ct, Markham ON L3R 9T5, Canada
518081293 Canandaigua Wine, Matt Hutson, 5102 North Rd, Canandaigua NY 14424-8054
518081294 +Canastota Village Court, 205 S Peterboro St, Canastota NY 13032-1364
518081297 +Candlewic Co, Ellyn Daniels, 3765 Old Easton Rd, Doylestown PA 18902-1126
518081298 +Candy Dynamics, Sandra Fulwilder, 9700 N Michigan Rd, Carmel IN 46032-9610
518081304 Canns Bilco Dist, Barry Eckhart, 125 E Penn Ave, Alburtis PA 18011-9571
518081305 +Canoe Creek Llc, 70 Betton St, Brewer ME 04412-2602
518081306 Canon, Ntc, 4130 Cahuenga Blvd, North Hollywood CA 91602-2887
518081309 +Canteen Vending, Acct Payable, 2401 Bellwood Rd, Richmond VA 23237-1309
518081315 Cape Cod Express, Kate Hardsog, 1 Express Dr, Wareham MA 02571-5028
518081318 +Caperton Furniture, Allen Micheal, 5270 Valley Rd, Berkeley Springs WV 25411-4253
518081319 Capital Adhesives, Kane Neese, 1260 S Old State Rd 67, Mooresville IN 46158-8243
518081320 +Capital Auto Glass Inc, 4270 Wertzville Rd, Enola PA 17025-1458
518081321 +Capital Driver Leasing Llc, Brenda Shields-dean, 104 Moody St, Ludlow MA 01056-1270
518081322 Capital Forest, Meggan Bridgeman, Po Box 6213, Annapolis MD 21401-0213
518081323 +Capital One, Margaret Kot Vp, 499 Thornal St, 11th Fl, Edison NJ 08837-2267
518081324 +Capital One, Robert Harvey, 499 Thornal St, 11th Floor, Edison NJ 08837-2267
518081327 Capital One Bank, Commercial Loan Servicing, Po Box 57009, Newark NJ 07101-5709
518081325 Capital One Bank, Po Box 57009, Newark NJ 07101-5709
518081326 +Capital One Bank, Arlene S Pedovitch Svp, 499 Thornall St, 11th Fl, Edison NJ 08837-2267
518081329 +Capital One, Na, 275 Broadhollow Rd, Melville NY 11747-4823
518081330 +Capital Realty Llc, 1019 Farm Haven Dr, Rockville MD 20852-4247
518081331 +Capital Region Orthopaedic, 1367 Washington Ave Ste 200, Albany NY 12206-1048
518081332 +Capital Trans Logistics, Po Box 12497, Newark NJ 07101-3476
518081333 +Capital Trans Solutions Llc, 1915 Vaughn Rd, Kennesaw GA 30144-4579
518081334 +Capital Trans Svc Inc, Kim Garneau, Po Box 248, Windham NH 03087-0248
518081335 +Capital Valley Glass, 1330 Central Ave, Albany NY 12205-5228
518081336 #+Capitaland Logistics Llc, Main, 22 Winnie St, Albany NY 12208-2012
518081338 +Capitaland Tire Mart Inc, 9 Northway Ln North, Latham NY 12110-2233
518081339 +Capitol Business Interiors, 711 Indiana Ave, Charleston WV 25302-5300
518081340 +Capitol Express Inc, 8125 Stayton Dr, Jessup MD 20794-9383
518081341 +Capo Brothers Inc, 1971 Lakeland Ave, Ronkonkoma NY 11779-7417
518081346 +Capstone Logistics, Robyn N Holland, 30 Technology Pkwy S Ste 200, Peachtree Corners GA 30092-2925
518081347 +Captain Lawrence Brewing, Randy Shull, 444 Saw Mill River Rd, Elmsford NY 10523-1030
518081350 Car Freshner Corp, Stephen Roberts, 22619 Fisher Rd, Watertown NY 13601-5861
518081349 Car Freshner Corp, Tamie Montalvo, 21205 Little Tree Dr, Watertown NY 13601-5861
518081358 +Carbon County Auto Parts, Auto Parts, Lehighton Napa, 90 Blakeslee Blvd E, Lehighton PA 18235-9045
518081359 +Carbon County Emergency, Management Agency, 1264 Emergency Ln, Nesquehoning PA 18240-1802
518081361 +Cardello Electric, Scott Wood, 125 Seco Rd, Monroeville PA 15146-1461
518081364 +Cardinal Dist, 11 Centeni, Peabody MA 01960-7901
518081365 Cardinal Health, Aswathy Sivarajan, Po Box 3813, Dublin OH 43016-0419
518081366 Cardinal Health, Goodman-reichewald, Po Box 26067, Milwaukee WI 53226-0067
518081367 +Cardinal Health, Po Box 70303, Chicago IL 60673-0303
518081368 Cardinal Healthcare, Claims Dept, Po Box 982279, El Paso TX 79998-2279
518081369 +Cardinal Laundry Equipment, Croy Steele, 3328 Melrose Ave, Roanoke VA 24017-5900
518081370 Cardinal Pain, Melissa Sibits, 34 Harmer St, Warren PA 16365
518081371 Cardinal Trans Sol, Rick Clarkston, 6209 Mid Rivers Mall Drs210, Saint Charles MO 63304-1102
518081372 +Cardinal Transportation, Jennifer Bell, 6209 Mid Rivers Mall Dr, Ste 210, Saint Charles MO 63304-1102
518081378 +Caremount Medical Pc, Po Box 65042, Baltimore MD 21264-5042
518081379 +Careworkscomp, Amy Graham, Accounting Dept, P O Box 8101, Dublin OH 43016-2101
518081380 +Carex Health Brands, Sherry Clausen, Po Box 1745, Sioux Falls SD 57101-1745
518081385 +Cargo Alliance, Brian Byun, 175-11 148th Rd Sre 202, Jamaica NY 11434-5500
518081386 Cargois Inc, Don Chung, 10700 Seymour Ave, Franklin Park IL 60131-1236
518081387 Cargoline Express, Inona Kiednowski, 369 Haynesmeier Rd, Wood Dale IL 60191-2614
518081388 Caribbean Environmental Protection Div, City View Plaza Ii, Ste 7000 48 Rd Km 12, Guaynabo PR 00968-8069
518081390 +Carilion Clinic, Po Box 824579, Philadelphia PA 19182-4579
518081391 +Carilion Medical Center Dba, Carilion Roanoke Memorial, 315 West Church Ave Sw 2nd Fl, Roanoke VA 24016-5024
518081392 +Carilion Medical Center Dba, Carilion Roanoke Memorial Hosp, Po Box 11566, Roanoke VA 24022-1566

518081393 +Carilion Roanoke Mem Hospital, 1906 Belleview Ave, Roanoke VA 24014-1838
518081395 +Carl Bowser, 283 Vogel Rd, Butler PA 16002-3845
518081396 Carl Cradotavitch, 77 Weedon Rd, Randolph NY 14772
518081397 Carl M Bates Trustee, Po Box 1433, Memphis TN 38101-1433
518081398 Carl Stanley, 148-23 221 St, Springfield Garden NY 11413
518081399 +Carlin Transportation Inc, John R Lauzier, 188 Grotton Ave, P O Box 5807, Pawtucket RI 02862-5807
518081401 Carlisle Canada Ulc, Walter Berry, 205 Brunswick Boul, Pointe-claire QC H9R1A5, Canada
518081402 +Carlisle Companies, National Traffic Svc, 151 John James Audubon, Amherst NY 14228-1185
518081403 Carlisle Construction, 128 Ritner Hwy, Carlisle PA 17013
518081404 +Carlisle Construction Material, Dana Heppner, 9 Hudson Crossing Dr, Montgomery NY 12549-2854
518081406 Carlisle Construction Material, Lindsey Wolf, P O Box 5000, Carlisle PA 17013-0541
518081405 Carlisle Construction Material, Gail Foor, 1603 Industrial Dr, Carlisle PA 17013-0541
518081408 +Carlisle Syntec Inc, Nat’l Traffic, 151 J James Audubon, Amherst NY 14228-1185
518081409 Carlisle Syntec Systems, Gail Foor, 1295 Ritner Highway, Carlisle PA 17013-9381
518081411 +Carlos Arevalo, Trolman Glaser And Lichtman Pc, Dennis Bellovin Esq, 747 Third Ave, New York NY 10017-2844
518081412 Carlos Arevalo V Shea Nassau, Suffolk Delivery Corp, Law Office Of Andrea G Sawyers, Jennifer M Belk Esq Po Box 2903, Hartford CT 06104-2903
518081413 +Carlos Diaz, Harmon Linder And Rogowsky, Mark J Linder Esq, 3 Park Ave Ste 2300, New York NY 10016-5908
518081414 +Carlos Diaz V, New England Motor Freight Inc, Antonio Aprile, 52 N Wilson Ave, Milltown NJ 08850-1257
518081415 +Carlotta Battle And Park Ave, Auto Center, 236 Park Ave, Newark NJ 07107-2349
518081422 +Carman Callahan And Inghame Llp, And Liberty Mutual Ins Co, 266 Main St, Farmingdale NY 11735-2618
518081423 +Carmela Monachino Timothy Bellavia Esq, Atty Plaintiff Parisi And Bellavia Llp, The Powers Bldg 16 West Main St Ste 141, Rochester NY 14614-1601
518081424 +Carmela Monachino V, New England Motor Freight Inc Et Al, Terry Conrow, 7053 Salmon Creek Rd, Williamson NY 14589-9598
518081426 +Carmille A Stokes, 182 California Ave, Providence RI 02905-4324
518081427 Carnation Plastic In, 53 Jeanne Dr, Newburgh NY 12550-1702
518081428 +Carnell Jackson, 35 Linden Ave, Irvington NJ 07111-2597
518081433 +Carney, Melinda, 2021 Via Florence Rd, Charlottesville VA 22911-3559
518081435 Caro Trans, Miq Logistics, Po Box 7924, Overland Park KS 66207-0924
518081436 +Carol Harris Staffing Llc, Cindy Red, 2703 Mosside Blvd, Monroeville PA 15146-2741
518081437 #+Carol Nolan Michael Nolan And, Vlasic And Shmaruk Llc As Atty, 467 Middlesex Ave, Metuchen NJ 08840-1460
518081438 +Carol Y Kim And Davis, Saperstein And Salomon Pc As Aty, 375 Cedar Ln, Teaneck NJ 07666-3433
518081439 Carolina Industrial Sales Inc, 2500-c Neudorf Rd, Clemmons NC 27012-8944
518081440 +Caroline Implement Co Inc, W 6013 County Road Be, Shawano WI 54166-5326
518081442 Carolyn Jack, Farmers Insurance, National Document Center, Po Box 268992, Oklahoma City OK 73126-8992
518081444 +Caron’s Collision Center, 4772 Shelburne Rd, Shelburne VT 05482-6695
518081447 +Carotrans, 100 Walnut Ave, 202, Clark NJ 07066-1247
518081448 +Carotrans Claims Dept, Cindy Rafart, 7200 Nw 19th St Ste 505, Miami FL 33126-1214
518081449 Carotrans International, Miq Logistics, Po Box 7926, Shawnee Mission KS 66207-0926
518081450 Carow Packaging, Ja Nationwide, 1202 S Rte 31, Mchenry IL 60050
518081458 +Carquest, Claims Dept, 4091 Jeffrey Blvd, Blasdell NY 14219-2338
518081465 Carranza Pena, Salvador, Address Intentionally Omitted
518081470 +Carrie Lynn Wheeler Lauer, 506 5th Ave, Oxford PA 19363-2404
518081471 Carrier Credit Svc Inc, 5350 W Hillsboro Blvdd, Ste 107, Coconut Creek FL 33073-4396
518081472 Carrier Enterprise, Kenneth Kaplan, 70 Meadows St, Hartford CT 06114-1505
518081473 Carrier Enterprise, Brian Dyson, 595 Grand Ave, New Haven CT 06511-5003
518081474 Carrier Enterprise, Johniece Blankenship, 212c Industrial Ct, Fredericksburg VA 22408-2442
518081475 #Carrier Enterprise, Brett Hawkins, 2300 Westmoreland St, Richmond VA 23230-3234
518081476 +Carrier Enterprise 2ma, Oscar Hutchinson, 1545 Crossways Blvd Ste J&k, Chesapeake VA 23320-0205
518081477 +Carrier Enterprise Ne, James Robbins, 1401 Erie Blvd East, Syracuse NY 13210-1274
518081478 +Carrier Mid Atlantic, Oscar Hutchison, 66 Allen White La, Saint Albans WV 25177-3566
518081479 Carrier Mid-atlantic, Oscar Hutchinson Bhawkins, 2300 Westmoreland St, Richmond VA 23230-3234
518081480 +Carrier Transicold, 8330 State Rd, Philadelphia PA 19136-2915
518081481 +Carrier Transicold Nj, 8330 State Rd, Philadelphia PA 19136-2915
518081482 +Carrier Transicold Of Upstate, New York, 8330 State Rd, Philadelphia PA 19136-2915
518081483 +Carrier Transicold Southern Ne, Main, 1601 Page Blvd, Springfield MA 01104-1752
518081484 +Carriere Inc, Peter Carriere, 50 Winter St, North Reading MA 01864-2203
518232651 #+Carriers, Dakota, 4000 N National Ave, Sioux Falls, SD 57104-5566
518081495 Carrolls Equipment, John Deere Dealer, 17723 Three Notch Rd, Dameron MD 20628-3005
518081500 +Carter Mcleod Paper, Diana Tobin, 136 Wayside Ave, West Springfield MA 01089-1318
518081517 +Carubba Collision Nfb, 1500 Niagara Falls Blvd, Tonawanda NY 14150-8432
518081523 Cary Co, Mary Kawalek, 1195 W Fullerton Ave, Addison IL 60101-4303
518081524 Cas, Jfk Intl Airport, Jamaica NY 11430
518081525 #+Casabella Holding, Po Box 249, Congers NY 10920-0249
518081529 +Cascade School Supplies, Tj Maselli, 1 Rown St, North Adams MA 01247-3318
518081530 Cascade Tissue Group, Christina Crowley, 148 Hudson River Rd, Waterford NY 12188-1908
518081531 #+Casco Bay Lawn Care Inc, Was Pkg Plus, 10 Ardora Cir, Scarborough ME 04074-9734

518081533 +Casestack Inc, Ruthlyn Bautista, 300 Ocean Blvd, Santa Monica CA 90402
518081534 Casestack Inc, Jamaica Mae Escudero, 3000 Ocean Pk Blvd, Santa Monica CA 90405-3020
518081537 +Casestack Inc, Maria Liwag, 3000 Ocean Pk Blvd Ste 1000, Santa Monica CA 90405-3070
518081535 Casestack Inc, Mark Baldonado, 3000 Ocean Pk Blvd, Santa Monica CA 90405-3020
518081536 +Casestack Inc, Marvin Tubiera, 3000 Ocean Pk Blvd Ste 1000, Santa Monica CA 90405-3070
518081532 +Casestack Inc, Pei Ching Ling, 3000 Ocean Pk Blvd Ste 1000, Santa Monica CA 90405-3070
518081538 Casestack Inc, S Belgira Maxie Valdez, 3000 Ocean Pk Blvdste 1000, Santa Monica CA 90405-3020
518081542 +Caseys Truck Salvage Worldin, 5651 Transit Rd, Po Box 29, Dupew NY 14043-0029
518081543 +Cash 2 U Financial Svc, Of Va Llc, 400n 9th St Rm 203, Richmond VA 23219-1540
518081557 +Cassich Walker, 903 Delaware Ave, Suffolk VA 23434-6205
518081560 #+Cassone Leasing Inc, Maggie, 1950 Lakeland Ave, Ronkonkoma NY 11779-7400
518232652 +Castillo, Aryeals, 644 Linwood St, Brooklyn, NY 11208-3543
518081565 Castle Valley Mill, Frances Fischer, 1730 Lower State Rd, Doylestown PA 18901-7033
518081572 +Castronovo And Mckinney Llc, 71 Maple Ave, Morristown NJ 07960-5299
518081573 Casual Marketplace, Patricia Smagala, 400 Hockessin Corner, Hockessin DE 19707-9586
518081574 Cat Financial Capital Solution, 29997 Network Pl, Chicago IL 60673-0681
518081579 Catania Oils, Marc Picariello, 3 Nemco Way, Ayer MA 01432-1539
518081580 Catania Spagna, Marc Picariello, 3 Nemco Way, Ayer MA 01432-1539
518081581 +Catbird, Darla Taylor, 109 South 5th St, Ste 300, Brooklyn NY 11249-5273
518081585 +Catherine Darden And Mary Copeland, Jimmie J Jenkins Attorney For, Plaintiff, 1507 E 53rd St 418, Chicago IL 60615-4573
518081586 +Catherine Darden Et Al V, New England Motor Freight Inc, A Jahanban Att For The Def Tressler Llp, 233 South Wacker Dr 61st Fl, Chicago IL 60606-6359
518081587 +Catherine Darden Et Al V, New England Motor Freight Inc, Ralph D Gallup, 207 E Main St, Reddick IL 60961-5611
518081588 Catherine Ogburn, 22005 93rd Ave, Queens Village NY 11428-1805
518081589 Cathy Vargo, 148 Rock Haven Ln, Pittsburgh PA 15228-1800
518081591 +Catman Electric Llc, Richard Niger, 34 Robin St, Rochester NY 14613-2128
518232653 +Cavanaugh, Kelly, 6 Cara Ln, Westfield, MA 01085-1769
518081601 +Cayuga Landscaping Co, 2712 North Triphammer Rd, Ithaca NY 14850-8556
518081602 Cazenovia Equipment, Claims Dept John Deere Dealer, 2 Remington Pk Dr, Cazenovia NY 13035-9469
518081603 Cazenovia Equipment, John Deere Dealer, 809 E Genesse St, Chittenango NY 13037-1327
518081604 Cazenovia Equipment, 5570 Shady Ave, Lowville NY 13367-1636
518081605 Cazenovia Equipment, 7443 State Hwy 23, Oneonta NY 13820-6507
518081606 +Cb Fleet, Margie Dawson, 4615 Murray Pl, Lynchburg VA 24502-2235
518081607 Cb Fleet, Geodis, Po Box 2208, Brentwood TN 37024-2208
518081608 +Cb Shooting, Chuck Brady, 111 Southdown Rd, Edgewater MD 21037-1618
518081609 +Cba Svc Inc, Po Box 628, Scotch Plains NJ 07076-0628
518081610 Cbc International, Cts, P O Box 441326, Kennesaw GA 30160-9527
518081611 Cbc Lighting, Claims Dept, 3025a Bates Rd, Montreal QC H3S2W8, Canada
518081613 +Cca Income Tax, 205 St Clair Ave, Cleveland OH 44113-1503
518232654 +Ccap Auto Lease Ltd, Po Box 961272, Fort Worth, TX 76161-0272
518081614 Ccc Heavy Duty Truck Parts Co, 75 Remittance Dr 1286, Chicago IL 60675-1286
518081615 Ccm, Gail Foor, 1603 Industrial Dr, Carlisle PA 17013-7930
518081616 +Ccw Ritner Hwy, A Dock, 1275 Ritner Hwy, Carlisle PA 17013-9381
518081617 Cdw Direct Llc, Po Box 75723, Chicago IL 60675-5723
518081619 +Cea Sales Llc, P O Box 101, Succasunna NJ 07876-0101
518081622 Ced, Mary Heath, 254 Sheep Davis Rd, Concord NH 03301-5752
518081623 Ced, Jamie Burt, 4 Calkins Ct, South Burlington VT 05403-6001
518081624 Ced, Robert Huskins, 2317 S Union Ave, Alliance OH 44601-5054
518081625 Ced Baldwin-hall, Candice Burgun, 6552 Ridings Rd, Syracuse NY 13206-1201
518081626 Ced Consolidated, Tammy Hays, 2101 S High St, Columbus OH 43207-2428
518081627 +Ced Efengee, Amanda Dinkelman, 2801 Busse Rd, Elk Grove Village IL 60007-6103
518081628 +Ced GIlman Electric, Harry Mcgarth, 25 Eastward Ln, Ellsworth ME 04605-1746
518081629 Ced Gilman Electric, Kelly Rowell, P O Box 98, Newport ME 04953-0098
518081630 +Ced Gilman Electrical Supply, Kelly Jo Rowell, 53 Main St, Newport ME 04953-3006
518081631 Ced Twin State, Cheryl Mcmahon, 79 Carl Dr, Manchester NH 03103-2373
518081632 +Ced Twin State Electric, Laurie Burnett, 207b Randbury Rd, Rutland VT 05701-4722
518081633 +Ced Wallingford, John Civitello, 39 No Plains Ind Rd, Wallingford CT 06492-2346
518081634 Cedar Graphics, 77 Schmiot Blvd, Farmingdale NY 11735-1403
518081635 Cedar Ridge Hoa, Victory Mgmt Inc, Pob 1200-k Leddy-prop Mgr, Stevensville MD 21666
518081638 +Cedric Simmons, 2034 E 56 Th St Apt 2, Brooklyn NY 11234-4723
518081640 +Cei Smith And Associates Llc, 150 So Turnpike Rd Fl 2, Wallingford CT 06492-4320
518081641 +Cei Subrogation Svc, 4850 Street Rd, Ste 220, Trevose PA 19053-6653
518081643 Celil Cavusoglu, Pob 4290, Windham NH 03087-4290
518081644 +Celltreat Scientific Prod, Randall Leclerc, 20 Mill St Unit 130, Pepperell MA 01463-1670
518081645 +Cellucap Mfg, Michelle Lower, 4626 N 15th St, Philadelphia PA 19140-1109
518081646 +Centco Metals, David Shaw, 523 Spring St, East Bridgewater MA 02333-1802
518081648 Center Point Tank Svc Inc, 536 E Benjamin Franklin Hwy, Douglasville PA 19518-9543
518081649 Center Rock, Po Box 307, Berlin PA 15530-0307
518081650 Centerline Driversllc, Accounting, Po Box 31001-1431, Pasadena CA 91110-1431
518081651 Centerra Co-op, Alicia Swires, 16 W Market St, Seville OH 44273-8920
518232655 Centimark,, 219 Industrial Dr, Franklin, OH 45005
518081652 Centor, Claims Dept, 5091 County Rd 120, Millersburg OH 44654-9231
518081653 +Central Business Systems, Alicia Joyner, 1219 Walt Whitman Rd, Melville NY 11747-3010
518081654 +Central Distributors Inc, Renee Barriault, Po Box 1936, Lewiston ME 04241-1936
518081655 Central Fan Co, Jeff Rautiola, 3890 Mystic Vly Pkwy, Medford MA 02155-6903

518081656 Central Garden And Pet, Barbara Ann Tamplin, Po Box 290, Madison GA 30650-0290
518081657 +Central Garden And Pet, Cargo Claims, Po Box 290, Madison GA 30650-0290
518081658 Central Hudson Gas And Electric, 284 South Ave, Poughkeepsie NY 12601-4839
518081660 +Central Ins Co, Pob 353, Van Wert OH 45891-0353
518081661 Central Jersey Equip, John Deere Dealer, 670 Rte 40, Elmer NJ 08318-2768
518081662 Central Jersey Equip Llc, 670 Route 40, Elmer NJ 08318-2768
518081663 Central Jersey Equipment, John Deere Dealer, 2885 Route 206 S, Columbus NJ 08022-1367
518081664 +Central Jersey Equipment, 100 Us Rte 206, Hammonton NJ 08037-3003
518081665 +Central Jersey Garage Inc, 1614 Stelton Rd, Piscataway NJ 08854-5998
518081666 +Central Jersey Health Care Pc, 240 Williamson St, Ste 305, Elizabeth NJ 07202-3672
518081667 Central Maine Power Co, Po Box 847810, Boston MA 02284-7810
518081669 +Central Maryland International, Trucks Llc, 12835 Salem Ave, Hagerstown MD 21740-3547
518081670 Central Metal Parts Corporate, Frank Swierzbin, 230 S Fehr Way, Bay Shore NY 11706-1208
518081671 +Central Mun Ct Bergen County, 71 Hudson St, Hackensack NJ 07601-6901
518081672 +Central Municipal Court Of, Bergen County, 71 Hudson St, Hackensack NJ 07601-6901
518081673 +Central Ohio Forklifts Inc, Danielle Dougherty, 4150 Perimeter Dr, Columbus OH 43228-1049
518081674 +Central Pet, Attn:diane Pedroza, 13227 Orden Dr, Santa Fe Springs CA 90670-6332
518081675 Central Pet Distribu, Associated Traf Srv, 861 Village Oaks Dr, Covina CA 91724-3673
518081676 Central Restaurant Products, Claims Dept, 7750 Georgetown Rd, Indianapolis IN 46268-4135
518081677 +Central Sales Co, Ken Teed, 200 Price Industrial La, Huntington WV 25705-1773
518081678 +Central Tire Co, Po Box 152, Sanford ME 04073-0152
518081679 +Central Vermont Truck Repair, 96 Cleveland Ave, Rutland VT 05701-2718
518081680 +Centralized Infraction Bureau, Po Box 1140, Hartford CT 06143-1140
518081681 Centralized Infractions Bureau, Po Box 5044, Hartford CT 06102-5044
518081682 Centric Business Systems Inc, Po Box 75222, Baltimore MD 21275-5222
518081683 Centurion Medical Products, Jose Hernandez, 2001 Gehman Rd, Harleysville PA 19438-3612
518081684 #Centurion Medical Products, Dana Schultz, 4520 Le Saint Ct, Fairfield OH 45014-5640
518081685 Century 21 Dept Stores, Marvia Laylor, 22 Cortlandt St, New York NY 10007-3107
518081686 +Century Carriers, 55 Engineers Ln, Farmingdale NY 11735-1207
518081687 +Century Packaging Inc, 42 Edgeboro Rd, East Brunswick NJ 08816-1637
518081689 +Cenveo, Williams And Associates, 405 E 78th St, Bloomington MN 55420-1299
518081690 Cenveo Corp, Commercial Envelope Products, P O Box 802035, Chicago IL 60680-2035
518081691 +Cenvo, Williams And Associates, 405 E 78th St, Bloomington MN 55420-1299
518081692 Cep Technologies, 763 Saw Mill River, Yonkers NY 10710-4001
518081697 Cerasis, Justin Mack, Po Box 21248, Eagan MN 55121-0248
518081698 +Cerebral Palsy Of North Jersey, 220 South Orange Ave, Ste 300, Livingston NJ 07039-5800
518081700 Certain Teed, Mike Flanherty, 231 Ship Canal Pkwy, Buffalo NY 14218-1026
518081701 +Certainteed Ceilings, Susan Taylor, 20 Moores Rd, Malvern PA 19355-1114
518081702 Certainteed Corp, Steven Cupp, 12487 Plaza Dr, Cleveland OH 44130-1056
518081703 Certainteed Siding, Intune Logistics, 208 Adley Way, Greenville SC 29607-6511
518081704 +Certapro Painters, 228 A Collins Rd, Fort Wayne IN 46825-5394
518081705 Certified Claims Prof, Accreditation Council Inc, Membership, Po Box 550922, Jacksonville FL 32255-0922
518081706 +Certified Floorcovering Installations, Scott, 730 Pasadena Dr, Erie PA 16505-1078
518081707 +Certified Protection, 28 Northfield Ave, Po Box 6374, Edison NJ 08818-6374
518081708 +Cesar Urada, 317 Furman St, Schenectady NY 12304-1117
518081709 +Cesar Uraga And Melivette Uraga, Kouler And Rush Pc, Brad S Rush Esq, Sentry Office Plz 216 Haddon Ave Ste 506, Westmont NJ 08108-2813
518081712 +Ch Bradshaw Co Inc, Ben Slack, 2004 Hendrix Dr, Grove City OH 43123-1215
518081713 +Ch Robinson, Meghan Hughes, 201 Laurel Rd 5th Fl, Voorhees NJ 08043-2329
518081714 #+Ch Robinson, Amanda Ramcharran, 230-59 Int’l Airport Ctr, Jamaica NY 11413-4106
518081715 +Ch Robinson, Claims Dept, 800 Yard St Ste 100, Columbus OH 43212-3882
518081716 +Ch Robinson, Lori Robertson, 7261 Engle Rd Ste 400, Middleburg Heights OH 44130-3479
518081718 Ch Robinson, 14800 Charlson Rd Ste 2100, Eden Prairie MN 55347-5051
518081717 +Ch Robinson, Amanda Ward, 14800 Charlson Rd Ste 2100, Eden Prairie MN 55347-5051
518081719 Ch Robinson, Jade Solis, 1501 N Mittel Blvd Ste B, Wood Dale IL 60191-1055
518081720 +Ch Robinson Co, Brennan Mcavoy, 300 Airborne Pkwy Ste 220, Buffalo NY 14225-1491
518081721 +Ch Robinson Worldwide, Brittany Hennessey, 101 West Mulberry St 220, Savannah GA 31407-3508
518081723 +Ch Robinson Worldwide, Hannah Leidal, 2325 Sw State St Ste A, Ankeny IA 50023-7135
518081730 #Ch Robinson Worldwide, Angel Crespo Keith Obiala, 1840 N Marcey St, Chicago IL 60614-4820
518081733 +Chace Properties Llc, Po Box 775, Dayville CT 06241-0775
518081736 +Chad Lee Oxenrider, 350 Nicholson Rd, Baltimore MD 21221-6608
518232656 +Chad Little John Deere, 181 Pleasant St, Brunswick, ME 04011-2212
518081737 Chad Little Outdoor Equip, Claims Dept, 181 Pleasant St, Brunswick ME 04011-2212
518081738 +Chad Little Outdoor Power, Equipment, Ap, 7 Glasgow Rd, Scarborough ME 04074-8781
518081744 Chaim Braun, 7 Elm St Ste 212, Spring Valley NY 10977-8324
518081746 Challenger Motor Freight Inc, 300 Maple Grove Ave, Cambridge ON N3E1B7, Canada
518081749 +Cham Elbaum, 1742 45 Th St, Brooklyn NY 11204-1272
518081751 +Chambersburg Hospital, 760 E Washington St, Chambersburg PA 17201-2751
518081752 +Chambersburg Imaging Assoc, 25 Penncraft Ave, Chambersburg, PA 17201-1649
518081754 +Champion Container, Po Box 90, Avenel NJ 07001-0090
518081755 Champion Plastics, 220 Clifton Blvd, Clifton NJ 07011-3645
518081756 Champion Sports, Tina Kromelbein, One Champion Way, Marlboro NJ 07746-1457
518081757 +Champlain Cable Corp, Chris Padgett, 175 Hercules Dr, Colchester VT 05446-5925
518081760 +Chang Ju Lee, 189-04 64th Ave 11k, Fresh Meadows NY 11365-3847
518081761 Channellock Inc, Jamie Sopher, 1306 S Main St, Meadville PA 16335-3035
518081762 +Chap’s Svc, Raymond Chaparro, 495 High St, Long Branch NJ 07740-5507
518081763 +Chaplin And Gonet, 5211 West Broad St Ste 100, Richmond VA 23230-3000
518081770 Chapter 13 Standing Trustee, Lauren A Helbling Trustee, Po Box 593, Memphis TN 38101-0593

518081771 Chapter 13 Trusteejohn Hauber, Po Box 2405, Memphis TN 38101-2405
518081774 Charkit Chemical, Po Box 90, Norwalk CT 06856-0090
518081775 Charles B Davis, Jennifer Young, Po Box 58, Waterville ME 04903-0058
518081776 Charles Boggini Co, 733 Bread And Milk St, Coventry CT 06238-1014
518081777 #+Charles Bohland, 5760 Erhart Rd, Medina OH 44256-9130
518081778 Charles Chips, Karen Lucious M Lozada, 3535 Route 66 Ste 2a, Neptune NJ 07753-2624
518081779 +Charles Cowan And Kenneth P, Namnoum Jr As Attorney, 887 Asylum Ave, Hartford CT 06105-1976
518081780 +Charles Dykes, 8599 Sparta Hwy, Crossville TN 38572-7250
518081781 +Charles Gee Faison, Po Box 5643, Virginia Beach VA 23471-0643
518081782 +Charles J Dehart Esquire, Po Box 7005, Lancaster PA 17604-7005
518081783 +Charles Miller, Atty For Plaintiff Richard Tropiano Jr, Balzano & Tropiano Pc, 321 Whitney Ave, New Haven CT 06511-3716
518081784 +Charles Miller And Jason Vargas V, Eastern Freight Ways Inc, Solimene And Secondo Llp, 1501 East Main St Ste 204, Meriden CT 06450-2860
518081785 Charles Miller And Jason Vargas V, Eastern Freight Ways Inc, Daniel Neiger, 91 B Carpenter St, Milford NJ 08848-1310
518081786 +Charles Nelson Presti, 312 Lambeth Rd, Catonsville MD 21228-1840
518081787 +Charles Presti And Mcgowan And, Cecil Llc As Atty, 319 Main St 3rd Fl C Rosso, Laurel MD 20707-4129
518081788 #+Charles Richard, 56 Deer Run Ter, East Longmeadow MA 01028-3158
518081789 Charles S Trezvant And Michael, Warshaw Esq And Roystonmueller, Et Al 102 W Pennsylvania Ave, Ste 600, Towson MD 21240
518081790 +Charles T Sitrin Health Care, Senter Inc, 2050 Tilden Ave, New Hartford NY 13413-3613
518081791 +Charlesbois Truck Parts, 950 Rt 7 South, Milton VT 05468-3820
518081792 +Charlies Repair Svc Llc, 795 North Duke St, York PA 17404-2520
518081793 +Charlotte Fire And Rescue Serv, Po Box 85, Charlotte VA 05445-0085
518081794 Charnstrom, 5391 12th Ave E, Shakopee MN 55379-1896
518081796 Charter Communication, Transportation Insight, 310 Main Ave Way Se, Hickory NC 28602-3513
518081797 +Charter Communications, P O Box 223085, Pittsburgh PA 15251-2085
518081798 +Charter Link Logistics Group, 14729 182nd St 2nd Fl, Springfield Gardens NY 11413-4028
518081799 Charter Plastics Inc, John Pete Madden, Po Box 770, Titusville PA 16354-0770
518081800 +Chartfast, 4850 Sugarloaf Pkwy, Ste 209-207, Lawrenceville GA 30044-2859
518081802 +Chase Bank, Lester Pataki, Managing Director Region Manager, 250 Pehle Ave Ste 105, Saddle Brook NJ 07663-5832
518081803 Chase Cardmember Svc, P O Box 1423, Charlotte NC 28201-1423
518232657 +Chase Carriers, 5045 Oakton St, Skokie, IL 60077-2992
518081804 +Chase Carriers Inc, Roxana Borza, 11s360 Madison St, Burr Ridge IL 60527-6862
518081805 +Chase Products Llc, Laura Simoes, 237 E Aurora St, Waterbury CT 06708-2044
518081806 +Chase Specialty Coat, Tbb Global L9ogistics, 802 Farmhills Dr, New Freedom PA 17349-8429
518081810 Chason Hamilton And Carbutti, Law Firm Llc As Attys, 19 South Main St, Wallingford CT 06492
518081815 Chautauqua County Sheriffs, Office, 1 North Erie St Po Box 128, Mayville NY 14757-0128
518081817 +Chavant Inc, Howard Cullen, 5043 Industrial Rd, Farmingdale NJ 07727-3651
518081819 +Chaz Brooks, Mr Brooks, 14665 Poplar Hill Rd, Waldorf MD 20601-4283
518081821 +Cheap Accident Kits, Luke Cortez, Po Box 4695, Winchester VA 22604-4695
518081823 +Checkadvanceusanet, Wlcc, P O Box 170, Provo UT 84603-0170
518081824 +Checker Distributors, Paul Closs, 400 W Dussel Dr Ste B, Maumee OH 43537-1636
518081825 +Checkmate Security Systems Inc, Checkmate, 65 John St, Babylon NY 11702-2940
518081827 Chef Specialties, Amy Pierotti, 411 West Water St, Smethport PA 16749-1170
518081828 +Chelsea Brincato, 38 Macarthury Dr, Edison NJ 08837-2830
518081829 Chelsea Green Publishing, Sandi Eaton, 425 Eashington St, Claremont NH 03743-5541
518081830 +Chelsea Milling Co, Claims Dept, Po Box 460, Chelsea MI 48118-0460
518081831 +Chem Pak Inc, Pattie Tetreault, 242 Corning Way, Martinsburg WV 25405-2589
518081832 Chem Tainer Ind, James Decker, 361 Neptune Ave, West Babylon NY 11704-5818
518081833 Chemcoat Inc, Michael Hatt, 2790 Canfields La, Montoursville PA 17754-9463
518081834 Chemours, Global Post Audit, 2 Eastwick Dr Ste 101, Gibbsboro NJ 08026-1225
518081835 Chemsolv Inc, Melissa Patsel, 1140 Industry Ave, Roanoke VA 24013-2908
518081836 +Chemtool Inc, 7161 Solutions Ctr, Lockbox 777161, Chicago IL 60677-7001
518081837 Chemtreat Inc, Will Smart, 5640 Cox Rd, Glen Allen VA 23060-9297
518081840 +Cherryman Ind, Teresita Azpeitia, 2100 E Grand Ave Ste 600, El Segundo CA 90245-5150
518081841 +Cheryl Mccue, 4209 Ella Ln, Johnsburg IL 60051-5433
518081842 +Chesapeake Landscapes Llc, Brad Georg, P O Box 119, Forest Hill MD 21050-0119
518081843 +Chesapeake Merchandising, Bianca Rugno, 4615 B Wedgewood Blvd, Frederick MD 21703-7120
518081844 #+Chesapeake Pump And Electric Llc, Fred Craig, 309 Lock St, Chesapeake City MD 21915-1030
518081849 +Chessie Federal Credit Union, H Gregory Skidmore, Po Box 360, Cumberland MD 21501-0360
518081851 +Chesterfield General District Court, P O Box 144, Chesterfield VA 23832-0910
518081856 +Chicago Metropolitan Fire, Prevention Co, Po Box 566, Elmhurst IL 60126-0566
518081857 +Chicago Tire, 16001 S Van Drunen Rd, South Holland IL 60473-1284
518081858 +Chick's Towing Svc, 1135 Capital Highway, Pennsauken NJ 08110-2403
518232658 Chick, Arturo, Mahwah, NJ 07430
518081859 Chief Equipment Inc, 400 W Old Country Rd, Hicksville NY 11801-4110
518081860 Child Support Enforcement, Sdu Tribal Order Payee, Po Box 14059, Lexington KY 40512-4059
518232659 +Childs Play, 250 Minot Ave, Auburn, ME 04210-4861
518081865 Chincoteague Seafood, Len Rubin, P O Box 88, Parsonsburg MD 21849-0088
518081869 +Chippenhan And Johnston-willis, Hospitalsinccity Of Richmond, 400 North 9th St, Richmond VA 23219-1549
518081870 +Chirag Sutha, Attorney For The Plaintiff Griffith Law, Christopher Coyne, 256 Seaboard Ln, Franklin TN 37067-2893

518081871 +Chirag Sutha V, New England Motor Freight Inc Et Al, Alan Shoemaker, 970 Silver Lake Rd, Lewisberry PA 17339-9716
518081875 +Chl Business Interiors, Paula Grant Ste 325, 801 17th St Nw, Washington DC 20006-3934
518081877 Cho And Lee AC Ace American, Fire Koreakais System Bldg, 10th Fl118 Seochojungangro, Seocho-gu, Seoul 06634, Korea
518081880 +Choice Brands, Fideliton, 1260 Karl Ct, Wauconda IL 60084-1094
518081882 +Chol Sung Na Kyung Sook Na And, The Ferrera Law Firm Llc, 601 Longwood Ave, Cherry Hill NJ 08002-2871
518081883 Choptank Transport, Bill Reynolds Gwen Roth, Po Box 99 J White, Preston MD 21655-0099
518232660 +Chouake, Benjamin, 245 Hutchinson Rd, Englewood, NJ 07631-4406
518232661 +Chowohry, Mohammad, 5 Hemsing Dr, Lumberton, NJ 08048-3018
518081884 +Chr Ltc, 2325 Sw State St, Ste A, Ankeny IA 50023-7135
518081885 Chr Ltl, 14800 Charlson Rd, Ste 2100, Eden Prairie MN 55347-5051
518081887 +Chris Abrams, Attorney For The Plaintiff, Donald Werner, 744 Broad St Ste 522, Newark NJ 07102-3803
518081888 +Chris Bolte Lawn Care Llc, Chris Bolte, 9756 Princeton Flendale Rd, Cincinnati OH 45246-1015
518081889 +Chris Dykes, 8599 Sparta Hwy, Crossville TN 38572-7250
518081890 +Chris Ortolani, 16 Mt Pleasant St, North Billerica MA 01862-1212
518081891 +Chris S Tools, 1014 Pear Rd Unit 1, Walnutport PA 18088-9735
518081892 +Chris Serfass, 1663 Mahoning Mtn Rd, Lehighton PA 18235-8723
518081895 +Christian Torres And Anapol, Weiss As Attys, 1 Logan Square, 130 N 18th St Ste 1600, Philadelphia PA 19103-2768
518081896 Christians Fitness, Cameron Martin, 409 Granite Run Dr, Lancaster PA 17601-6809
518081898 +Christina Colussi, Po Box 9332, Catonsville MD 21228-0332
518081899 +Christina Myers, Daniel Myers, 3123 Peters Mauntain Rd, Halifax PA 17032-9518
518081900 +Christine Ciorciari, 58 Sagamore, Island Pk NY 11558-1413
518081901 +Christine Duquette And Ford, Quinn And Desmarais Llc As Attys, 1365 Main St, Springfield MA 01103-1633
518081902 +Christine Lawless, 3 Lookout Pl, Stony Point NY 10980-2713
518081903 +Christine Smith, 15 Presidential Dr, Kinderhook NY 12106-1711
518081906 +Christopher Brivio Prop Mall Mgr, 630 Old Country Rd, Garden City NY 11530-3467
518081907 +Christopher T Micale, P O Box 750, Memphis TN 38101-0750
518081911 +Chubb North American Claims, Urcilla Ramautar, Po Box 5122, Scranton PA 18505-0554
518081912 +Chuck Frasca, 705 Liberty St, Braintree MA 02184-7335
518081917 Church Communities, Echo Clobal, 600 W Chicago Ave Ste 72, Chicago IL 60654-2801
518081918 +Church Oil Co Inc, P O Box 1272, Plattsburg NY 12901-0017
518081930 Cigna Aso Jeffrey P Smith, Conduent, Po Box 3008, Naperville IL 60566-7008
518081931 #+Cil Forwarding Llc, 2855 Faye Rd, Jacksonville FL 32226-2336
518081932 +Cillo Chiropractic Center, 10 Woodlane Dr, Blackwood NJ 08012-4507
518081934 Cimetra Llc, Cindy Bruneau, 8396 State Rte 9, West Chazy NY 12992-2718
518081935 +Cincinnati Lab And Pet, Jeremy Mullin, 11385 Sebring Dr, Cincinnati OH 45240-2796
518081936 +Cincinnati Lab And Pet Supply, Transportation Mgmt, 23 Creekside Dr, Florence KY 41042-9338
518081937 #+Cindy Townsley, 7832 E Collinghame Dr, Apt F, Dundalk MD 21222-2527
518081938 Cintas Corp, Traffic Srvs Of Cin, Po Box 32006, Cincinnati OH 45232-0006
518081940 Cintas Corp, Po Box 630803, Cincinnati OH 45263-0803
518081939 +Cintas Corp, Po Box 630910, Cincinnati OH 45263-0910
518081941 Cintas Corp 011, Po Box 630910, Cincinnati OH 45263-0910
518081943 Cintas Corp 2, Po Box 631025, Cincinatti OH 45263-1025
518081944 Cintas Corp 616, P O Box 630803, Cincinnati OH 45263-0803
518081945 Cintas Corp 782, P O Box 630910, Cincinnati OH 45263-0910
518081946 Cintas Corp T90, Cintas Centralized AR, Po Box 630910, Cincinnati OH 45263-0910
518232662 Ciox Health, Po Box 1812, Alpharetta, GA 30023-1812
518081950 +Ciox Health, P O Box 409740, Atlanta GA 30384-9740
518081955 Citation Processing Center, Po Box 55890, Boston, MA 02205-5890
518081956 +Citations Processing Center, Forest Heights Md, Po Box 7200, Beverly MA 01915-0096
518081958 +Citimedical I Pllc, 1963 Grand Concourse 2nd Fl, Bronx NY 10453-4995
518081959 +Citizen Cider, Caitlin Jenness, 316 Pine St Ste 114, Burlington VT 05401-4740
518232663 +Citizens Asset Finance Inc, 480 Jefferson Blvd, Warwick, RI 02886-1359
518081960 +Citizens Bank, Rop 450, Po Box 7000, Providence RI 02940-7000
518081962 Citizens Energy Group, Citizens, Po Box 7056, Indianapolis IN 46207-7056
518081961 Citizens Energy Group, Po Box 7056, Indianapolis IN 46207-7056
518081963 +City Auto Radiator Co, Steve Or Donna, 1115 Cherry St, Toledo OH 43608-2903
518081964 City Clerk City Of Rochester, License Permits Room 100a, 30 Church St, Rochester NY 14614-1285
518081965 City Coin Machine, 258 Murray Ave, Bridgeville PA 15017-1959
518081966 City Court Of New Rochelle, P O Box 5090, White Plains NY 10602-5090
518081967 City Court Of White Plains, Parking Violations, Pob 6500, White Plains NY 10602-6500
518081968 City Court-parking Violations, City Of White Plains, Pob 6500, White Plains NY 10602-6500
518081969 +City Electric, Andrew De Haas, 164 Mushroom Blvd, Rochester NY 14623-3204
518081971 City Electric Co Inc, Claims Dept, 23763 Ny Rte 12, Watertown NY 13601-2303
518081972 City Electric Supply, Joshua Ybarzabal, 11794 Parklawn Dr, Rockville MD 20852-2533
518081973 +City If Chicago, Dept Of Finance, Pob 88298, Chicago IL 60680-1298
518081974 +City Medical Of Upper Eastside, 1345 Rxr Plz, Uniondale NY 11556-1301
518081975 City Of Akron, Income Tax Division, 1 Cascade Plz, 11th Fl, Akron OH 44308-1100
518081976 +City Of Albany, Red Light Camera Tickets, 24 Eagle St Rm 203, Albany NY 12207-1912
518081977 City Of Alexandria, Po Box 1423, Alexandria VA 22313-1423
518081979 +City Of Baltimore, A Public Safety Program, 200 Holiday St, Baltimore MD 21202-3618
518081980 +City Of Baltimore, Parking Fine Section, Po Box 13327, Baltimore MD 21203-3327

518081978 City Of Baltimore, Director Of Finance, Po Box 17535, Baltimore MD 21297-1535
518081981 +City Of Baltimore, Revenue Collections, Po Box 17535, Baltimore MD 21297-1535
518081982 +City Of Bangor, Treasury Dept, 73 Harlow St, Bangor ME 04401-5118
518081983 +City Of Bayonne Municipal, Court, 630 Avenue C, Bayonne NJ 07002-3878
518081984 City Of Bedford Tax Dept, Po Box 72450, Cleveland OH 44192-0002
518081987 +City Of Boston, Po Box 55801, Boston MA 02205-5801
518081986 City Of Boston, Po Box 55800, Boston MA 02205-5800
518081985 City Of Boston, Po Box 52258, Boston MA 02205-2258
518081988 +City Of Bowling Green, Income Tax Division, Po Box 189, Bowling Green OH 43402-0189
518081989 City Of Bristol, Bristol Tax Collector, Po Box 1040, Bristol CT 06011-1040
518081990 +City Of Brookpark Tax Dept, 6161 Engle Rd, Brookpark OH 44142-2197
518081991 +City Of Brunswick Tax Dpt, Po Box 0816, Brunswick OH 44212-0816
518081992 City Of Cambridge, Po Box 399113, Cambridge MA 02139-9114
518081993 +City Of Chelsea, Processing Center, Po Box 70, Medford MA 02155-0001
518081994 +City Of Chicago, Dept Of Revenue, Po Box 88290, Chicago IL 60680-1290
518081995 City Of Cincinnatti Tax Bureau, Po Box 634580, Cincinnatti OH 45263-4580
518081996 City Of Concord, Acct L45600, Po Box 9582, Manchester NH 03108-9582
518081997 +City Of Concord, Gen Svc, 311 N State St, Concord NH 03301-3228
518081998 +City Of Cuyahoga Falls, 2310 2nd St, Cuyahoga Falls OH 44221-2583
518081999 City Of East Liverpool, Photo Speed Division, Hamilton OH 45011
518082000 +City Of Elizabeth, 50 Winfield Scott Plz, Elizabeth NJ 07201-2408
518232664 +City Of Elmira, 400 E Church St, Elmira, NY 14901-2834
518082001 +City Of Evanston, Collector’s Office, 2100 Ridge Ave, Evanston IL 60201-2716
518082002 +City Of Falls Church, District Court, 300 Park Ave, Falls Church VA 22046-3301
518082003 City Of Falls Church, Intersection Safety Program, Po Box 742503, Cincinnati OH 45274-2503
518082004 +City Of Forest Park Income Tax, 1201 West Kemper Rd, Forest Park OH 45240-1696
518082005 +City Of Fulton, 141 S 1st St, City Hall, Fulton NY 13069-1772
518082006 City Of Hagerstown, Water And Wastewater, Po Box 1498, Hagerstown MD 21741-1498
518082007 +City Of Hamilton Tax Dept, 345 High St Ste 310, Hamilton OH 45011-2859
518082008 +City Of Huntington, 800 Fifth Ave, Pob 1659 Attnpublic Works, Huntington WV 25717-1659
518082009 +City Of Indianapolis, Indianapolis Fire Depart, Office Of Finance And Mngmt, 200 E Washington Stroom 2260, Indianapolis IN 46204-3330
518082010 +City Of Ithaca, Traffic Violation Bureau, 108 E Green St, Ithaca NY 14850-5614
518082011 City Of Laurel Md, Automated Speed Enforcement, Po Box 5046, Hagerstown MD 21741-5046
518082012 +City Of Manassas, Treasurer Office, 9027 Center St, Manassas VA 20110-5462
518082014 City Of Mount Vernon, Traffic Intersection Safety, Program Po Box 742503, Cincinnati OH 45274-2503
518082015 +City Of New Haven, Violations Proc Center, Po Box 1802, New Haven CT 06507-1802
518082016 +City Of New Haven, 815 Lincoln Hwy East, New Haven IN 46774-1422
518082017 City Of New Rochelle, Red Light Traffic Safety Prg, Po Box 5046, Hagerstown MD 21741-5046
518082018 +City Of Newark, Alderman Court, 220 South Main St, Newark DE 19711-4562
518082019 City Of Norfolk, Citation Collection Svc, Po Box 80239, Indianapolis IN 46280-0239
518082020 +City Of North Royalton, Darlene Thomasmayors Office, 14600 State Rd, North Royalton OH 44133-5120
518082021 City Of Parma, Po Box 94734, Cleveland OH 44101-4734
518082022 +City Of Parma Heights, 6281 Pearl Rd, Parma Heights OH 44130-3084
518232666 +City Of Patterson, 155 Market St, Patterson, NJ 07505-1417
518082023 +City Of Pawtucket, Collections Division, 137 Roosevelt Ave, Pawtucket RI 02860-2129
518082024 +City Of Pawtucket Rhode Island, Tax Collections, Po Box 554, Pawtucket RI 02862-0554
518082025 +City Of Pawtucket Ri, Tax Collections, Po Box 554, Pawtucket RI 02862-0554
518082030 +City Of Richmond Dept Of, Public Utilities, 400 North 9th St Rm 203, Richmond VA 23219-1540
518082031 City Of Richmond Finance Dept, P O Box 31800, Henrico VA 23294-1800
518082032 +City Of Rochester Fire Dept, Accounts Receivable, 185 Exchange Blvd Ste 663, Rochester NY 14614-2125
518082034 City Of Sharonville Tax Office, 11641 Chester Rd, Sharonville OH 45246-2803
518082035 +City Of Springfield, 36 Court St Rm 112, Sringfield MA 01103-1687
518082036 City Of Staunton, Finance Dept, P O Box 58, Staunton VA 24402-0058
518082037 City Of Summersville, Joey Seabolt, 1002 Arbuckle Rd, Summersville WV 26651-1753
518082038 City Of Toledo, Division Of Taxation, 1 Government Ctr Ste 2070, Toledo OH 43604-2280
518082040 +City Of Trenton, Trenton Police Dept-records, 225 North Clinton Ave, Trenton NJ 08609-1091
518082039 +City Of Trenton, 11 East State St, Trenton OH 45067-1762
518082041 +City Of Washington Court House, 117 N Main St, Washington OH 43160-1330
518082043 City Of Wilmington, Po Box 2308, Wilmington DE 19899-2308
518082042 City Of Wilmington, Dept Of Finance, Po Box 15377, Wilmington DE 19850-5377
518082044 City Of Woonsocket, Po Box 8879, Cranston RI 02920-0879
518082045 City Of Yonkers, Red Light Traffic Safety Prog, Po Box 29934, New York NY 10087-9934
518082046 +City Printing Co, 122 Oak Hill Ave, Youngstown OH 44502-1428
518082049 City Treasurer Rochester Ny, Water Payments, Po Box 14270, Rochester NY 14614-0270
518082050 City Utilities, Po Box 4632, Carol Stream IL 60197-4632
518082051 +City Wide Towing Inc, 131 Goffle Rd, Hawthorne NJ 07506-3617
518082052 Cj Logistics Usa Corp, Min Wook Kim, 3700 W Morse Ave, Lincolnwood IL 60712-2618
518082053 #Cj Solutions Group, Jennifer Joslyn, 10155 Sage Hill Way, Escondido CA 92026-6608
518082054 Cjs Violations Svcs, 1421 Hamlin Hwyet, Lake Ariel PA 18436
518082057 +Cl Enterprises, Chris Livermore, Po Box 190, Shortsville NY 14548-0190
518082056 +Cl Enterprises, Po Box 190, Shortsville NY 14548-0190
518082058 Cl Imaging, Steve Bron, 27 Selvage St, Irvington NJ 07111-4722
518082059 +Clabber Girl, Langham Logistics, 5335 W 74th St, Indianapolis IN 46268-4180

518082060 +Claimfox, 905 Marconi Ave, Ronkonkoma NY 11779-7211
518082061 Claire Co, Claims Dept, 7257 Solution Ctr, Chicago IL 60677-7002
518082062 Clamola Seafood Compamy, Claims Dept, Px Box 418077, Boston MA 02241-8077
518082068 Clark Air Systems, Alex Johnson, 7174 State Fair Blvd, Syracuse NY 13209-1835
518232667 +Clark Distributors, 11700 Mexica Farms Dr, Cumberland, MD 21502-6488
518082087 Clarkstown Intl Collision, 5 Rt 304, Nanuet NY 10954
518082088 +Clasquin Usa, Cts, Po Box 441326, Kennesaw GA 30160-9527
518082089 #+Class A Recruiting Inc, 591 Verona Way, Centerton AR 72719-7714
518232668 +Classic Carriers Inc, 151 Industrial Pkwy, Versailles, OH 45380-9756
518082091 Classic Wines, Bartosz Pomykala, 52 Poplar St, Stamford CT 06907-2705
518082102 +Clc Locksmiths Inc, 2103 Branch Pike Unit 5, Cinnaminson NJ 08077-3044
518082103 Clc Trailer Leasing, 1 Corporate Pl So, Ste 201, Piscataway NJ 08854-6116
518082104 +Clean Fuels Associates Inc, Heather Mcmanus, Staff Accountant,
7666-a Baltimore Annapolis Blv, Glen Burnie MD 21060-7424
518082105 +Clean Harbors Inc, 1501 Washington St, Braintree MA 02184-7535
518082106 Clean Harbors Inc, Po Box 3442, Boston MA 02241-3442
518082107 +Clean Machine Powerwash Inc, Po Box 463, West Springfield MA 01090-0463
518082108 Clean Way Waste, Po Box 105, Readville MA 02137-0105
518082109 Cleancoating, Michael Holbert, 34 Brewerytown Ct, Philadelphia PA 19121-4431
518082110 +Cleaning Specialists Of Wny, 167 Young St, Tonawanda NY 14150-2321
518082111 +Cleannet Of Illinois Inc, 9861 Broken Land Pkwy, Ste 208, Columbia MD 21046-1185
518082112 +Cleannet Of New Jersey, 20 Commerce Dr, Ste 126, Cranford NJ 07016-3617
518082113 +Clear Water Mfg, 900 Wells Rd, Wethersfield CT 06109-2417
518082114 Clearfreight Inc, Chen Ya Pao, Jfk Intl Airport 250 Bldg 75, Jamaica NY 11430-1814
518082117 +Cleburne Ford Inc, 3800 N Main St, P O Box 57, Cleburne TX 76033-0057
518082125 Cleo Communications, Cleo, Po Box 775662, Chicago IL 60677-5662
518082126 +Clerk Of Circuit Courts, 14 W Jefferson St, Rm 212, Joliet IL 60432-4300
518082127 +Clerk Of Courts, Beaver County Courthouse, 810 Third St, Beaver PA 15009-2100
518082128 Clerk Of Family Court, Ri Child Suport Pmnt Serv, Po Box 5073, Hartford CT 06102-5073
518082129 Clerk Of Superior Court, Superior Court Ga 9, 1 Court St Ste 1, Middletown CT 06457-3348
518082130 +Clerk Of Superior Court, Danbury, 146 White St, Danbury CT 06810-6810
518082131 Clerk Of Superior Court, Po Box 971, Trenton NJ 08625-0971
518082132 +Clerk Of The Civil Court, Queens County, 89-17 Sutphin Blvd, Jamaica NY 11435-3724
518082133 +Clermont Holdings Llc, 901 Adams Crossing, Cincinnati OH 45202-1685
518082134 +Clermont Holdings Llc, Jerry Ziegelmeyer, 9309 Montgomery Rd, Cincinnati OH 45242-7701
518082135 +Clever Garcia, Attorney For The Plaintiff, Gordon And Gordon, 10818 Queens Blvd 6th Fl,
Forest Hills NY 11375-4748
518082136 #+Clever Garcia V, Eastern Freight Ways Inc Et Al, Justin Burkett, 18 Lawton Rd,
Bradford PA 16701-3438
518082138 Clif Bar Inc, Fst Logistics, 2040 Atlas Dr, Columbus OH 43228-9645
518082137 Clif Bar Inc, Fst Logistics, 3035 Charter St, Columbus OH 43228-4638
518082139 +Climatemp Svc Group Llc, 2315 Gardner Rd, Broadview IL 60155-3700
518082140 Cline Products Inc, Margaret Sandifer, 1100 E Business Ctr Dr,
Mount Prospect IL 60056-6053
518082142 +Clinton County Municipal Court, 69 North South St, Po Box 71, Wilmington OH 45177-0071
518082143 +Clinton Electric And Plumbing, Neil Gilmore, Po Box 748, Wilmington OH 45177-0748
518082147 Closetmaid Corp, Cindy Griggs, 650 S W 27th Ave, Ocala FL 34471-2034
518082151 +Clover Supply, Thomas Deegan, 960 East Ridge Rd, Rochester NY 14621-1908
518082152 Cls Worldwide Chauffeured Srvs, Po Box 8000, Dept 937, Buffalo NY 14267-0002
518082153 +Club Colette, 215 Peruvian Ave, Palm Beach FL 33480-4635
518082154 Clx Logistics, Mary Ellen Mc Kay, 960 Harvest Dr Bldg A, Blue Bell PA 19422-1900
518082156 +Clyde Bacon, 144 Woods Crossings, Saylorsburg PA 18353-8709
518082157 +Cme Wire And Cable, Leticia Gonzalez, 1109 At&t Ctr Pkwy, Ste 116,
San Antonio TX 78219-2401
518082158 Cmf, 3622 Kennedy Rd, Po Box 339, South Plainfield NJ 07080-0339
518082159 +Cmp Global Inc, Darrick Lemaster, 2572 Horse Pasture Rd, Virginia Beach VA 23453-2963
518082160 +Cmr Claims Dept, Po Box 60770, Oklahoma City, OK 73146-0770
518082161 Cms Orders Llc, Meir Spitzer, 1245 Airport Rd Unit 1, Lakewood NJ 08701-6998
518082162 +Cna, Claim Imaging Claim E2e14100, 333 S Wabash Ave, Chicago IL 60604-4107
518082163 +Cnc Associated Inc, Noah Nathanson, 101 Kentile Rd, South Plainfield NJ 07080-4805
518082164 Cnc Cabinets, Noah Nathanson, 101 Kentile Rd, South Plainfiled NJ 07080-4805
518082165 +Cnk Machine Manufacturinginc, 615 Moorefield Pk Dr, N. Chesterfield VA 23236-3685
518082166 Cnt Logistics, 6923 Maynardville Pi, Ste N 364, Knoxville TN 37918-5346
518082167 +Cny Diagnostic Imaging Assoc, The Hill Medical Center, 1000 E Genesee St Ste 100,
Syracuse NY 13210-1853
518082168 +Cny Family Care, Po Box 370, East Syracuse NY 13057-0370
518082169 Co C, Tech Logistics, 300 Elm St Unit 1, Milford NH 03055-4715
518082170 +Co Wrench, 4805 Scooby Ln, Carroll OH 43112-9446
518082171 +Coady’s Garage And Towing Serv, 139 Marston St, Lawrence MA 01841-2298
518082174 Coast To Coast Carriers, Sk Cargo Claims, Po Box 110994, Brooklyn NY 11211-0994
518082175 +Coast To Coast Computer Produc, 4277 Valley Fair St, Simi Valley CA 93063-2940
518082176 Coastal Equipment, Katherine Eschmann, 142 Presumpscot St, Portland ME 04103-5221
518082177 Coastal Industries, 77 Newark St, Haverhill MA 01832-1399
518082178 +Coastal International Trucks, 17 O’keefe Ln, Warwick RI 02888-1022
518082179 Coates Toners, Bill Gribble, 555 Country Club Rd, Dallas PA 18612-9241
518082183 +Cochran Wholesale Parts Center, Joy Veltri, 2 Acee Dr, Natrona Heights PA 15065-9700
518082188 +Cockers Towinginc, 355 Hershey Rd, Elizabethtown PA 17022-9795
518082192 +Coffee Factory, 55 Crystal Ave, Unit 1, Derry NH 03038-1702
518082193 +Coffee Holding Co, 3475 Victory Blvd, Staten Island NY 10314-6785
518082198 +Cohen Steel Supply Inc, 10 Basin St, Concord NH 03301-3410

518082201 +Cohen, Susan S, 40 E 84th St, New York NY 10028-1115
518082210 +Colbert Electrical Co Inc, 99 Haverhill St, Reading MA 01867-1998
518082214 +Cole Electric, Paula Steingas, 205 Church La, East Thetford VT 05043-4438
518082215 +Cole Haan, Rabdee Lewis, 150 Ocean Rd, Greenland NH 03840-2467
518082216 +Cole Roofing Co Inc, 3915 Coolidge Ave, Baltimore MD 21229-5506
518082217 +Cole Stanley, 366 Shadow Ln, Etna ME 04434-3249
518082238 Colettas Downtown Auto Svc, 283 Allens Ave, Providence RI 02905
518082240 Colgate Palmolive Co, Transplace Cargo Claims, P O Box 518, Lowell AR 72745-0518
518082242 +Colin O'gallagher, 35 Clinton Pl 6e, New Rochelle NY 10801-6372
518082259 +Colm O?callaghan, 22 Barnes Ave, Weymouth MA 02190-3406
518082268 Colonial Electric, Matthew Seiple, 201 West Church Rd, King Of Prussia PA 19406-3229
518082269 Colonial Williamsburg, Dm Transportation, Po Box 621, Boyertown PA 19512-0621
518082270 Colony Ford Lincoln Sales Inc, 300 Queen St East, Brampton ON L6V 1C2, Canada
518082271 Color Tree, Doug Ainsworth, 8000 Villa Pk Dr, Richmond VA 23228-6500
518082272 Colours Inc, David Decker, 1137 Hanover St, Hanover Township PA 18706-2009
518082273 +Columbia Casualty Co, 113 S Service Rd, Jericho NY 11753-1046
518082274 +Columbia County Clerk Of Court, Columbia County Courthouse, 35 West Main St, Bloomsburg PA 17815-1702
518082275 +Columbia Fleet Svc Inc, Sarah Strawderman, P O Box 1038, Jessup MD 20794-1038
518082280 Columbus City Treasurer, Emp Witholding Tax, Po Box 182489, Columbus OH 43218-2489
518082282 +Columbus City Treasurer Fire, 90 West Broad St, Columbus OH 43215-9000
518082283 +Columbus Freight Pay, 226 N 5th St, Columbus OH 43215-2656
518082284 +Columbus Imaging Center Llc, 481 N 13st, Newark NJ 07107-1317
518082285 +Columbus Joint Clutch, Po Box 14805, Columbus OH 43214-0805
518082286 +Columbus Radiology, Po Box 713999, Cincinnati OH 45271-3999
518082287 +Columbus Terminal Llc, Po Box 6031, Elizabeth NJ 07207-6031
518082288 +Columbus Terminal Llc, Whiteford Taylor And Preston Llp, Edward U Lee, Seven Saint Paul St Ste 1500, Baltimore MD 21202-1636
518082290 Colyer Truck Svc, Patty Hiteman, Powertrain Truckpro Llc, 28435 Metwork Pl, Chicago IL 60673-1284
518082300 +Comdata, Ar, Deposit Dept-account NE377, 5301 Maryland Way, Brentwood TN 37027-5595
518082301 +Comdata Corp, Po Box 100647, Atlanta GA 30384-0647
518082302 +Comdata Fleetmover, Po Box 548, Brentwood TN 37024-0548
518082306 +Comfort Suites, 2880 Us 1 North, North Brunswick NJ 08902-4315
518082308 Command Nutritional, Shyvonne Grimes, 10 Washington Ave, Fairfield NJ 07004-3843
518082311 +Commerce Ins Aso Christopher J Rossi, 11 Gore Rd, Webster MA 01570-6817
518082312 +Commercial Compactor, Gary R, And Baler Svc Llc, 12 Simos Ln, West Haven CT 06516-4856
518082313 +Commercial Lighting Ltd, Jon Farling, Business Development, P O Box 775, Grove City OH 43123-0775
518082314 Commercial Mower Depot, 9232f Warren St, Silver Spring MD 20910
518082315 Commissioner Of Revenue, Svc State Of Ct, Po Box 2936, Hartford CT 06104-2936
518082316 Commissioner Of Revenue Ser, Dept Of Revenue Svc, Po Box 2929, Hartford CT 06104-2929
518082318 +Commonwealth Of Ma Dept Of Revenue, Po Box 7010, Boston MA 02204-7010
518082319 +Commonwealth Of Mass, Dept Of Fire Svc, Po Box 1025 State Rd, Stow MA 01775-0748
518082320 +Commonwealth Of Mass, Dept Of Revenue, Po Box 7046, Boston MA 02204-7046
518082322 Commonwealth Of Mass, Po Box 417440, Boston, MA 02241-7440
518082321 Commonwealth Of Mass, Dept Enviromental Protection, Po Box 3982, Boston MA 02241-3584
518082323 Commonwealth Of Massachusetts, Dept Of Revenue, Electronic Transfers, Po Box 55141, Boston MA 02205-5141
518082324 Commonwealth Of Massachusetts, Underground Storage, Po Box 7089, Boston MA 02241-7089
518082325 Commonwealth Of Massachusetts, Boiler Inspection Program, Po Box 417599, Boston MA 02241-7599
518082327 Commonwealth Of Massachusetts, Ezdrivema Payment Proc Cntr, P O Box 847840, Boston MA 02284-7840
518082326 Commonwealth Of Massachusetts, Cru - Casualty Recovery, Po Box 417811, Boston MA 02241-7811
518082329 Commonwealth Of Pa, Ust Indemnification Fund, Po Box 747034, Pittsburgh PA 15274-7034
518082330 +Commonwealth Of Pa, Mag Dist 27-2-01, 68 East Pike Stsuite 205, Canonsburg PA 15317-1375
518082331 +Commonwealth Of Pa, Magdistrict 06204, 732 Worth St, Corry PA 16407-8517
518082332 +Commonwealth Of Pa, Magdistcourt 04301, 117court Street Ste C, Elkland PA 16920-1465
518082333 +Commonwealth Of Pa, Magisterial Court 09-1-03, 98 South Enola Drivesuite 1, Enola PA 17025-2704
518082334 Commonwealth Of Pa, Po Box 68593, Harrisburg PA 17106-8593
518082328 Commonwealth Of Pa, Stormwater General Permi, Dep Clean Water Program, 208 W 3rd St North Central Reg, Williamsport PA 17701-6441
518082335 Commonwealth Of Pa, Magistdistrict 11303, 5 S Main St Ste 6, Sugarloaf PA 18249
518082336 +Commonwealth Of Pa, Magisterial District 60-3-02, 106 Shook Rd Ste 100, Hawley PA 18428-7059
518082337 Commonwealth Of Pa, Bureau Of Unclaimed Property, Po Box 8500-53473, Philadelphia PA 19178-3473
518082338 +Commonwealth Of Pa Md 05211, 371 Lincoln Highway, N Versailles PA 15137-1680
518082339 +Commonwealth Of Pa Mdj-23-3-04, Honorable Gail M Greth, 110 W Arch St Ste 118, Fleetwood PA 19522-1321
518082340 +Commonwealth Of Pa Mdj-31-2-03, 106 Main St, Emmaus PA 18049-4009
518082341 +Commonwealth Of Pa-comptroller, Ops Ar Penndot Nonapras, P O Box 15758, Harrisburg PA 17105-5758
518082342 +Commonwealth Of Pamdj11203, 1460 San Sauci Pkwy, Hanover Township PA 18706-6026
518082343 +Commonwealth Of Pamdj32244, County Of Delaware, 1028 Lincoln Ave, Prospect Park PA 19076-2218

518082344 Commonwealth Of Pennsylania, Southwest Regional Office, 400 Waterfront Dr, Pittsburgh PA 15222-4745
518082345 Commonwealth Of Pennsylvania, Ms Rochelle Gaugler, Dep Cleanup And Brownfields, 909 Elmerton Ave, Harrisburg PA 17110-8200
518082347 +Commonwealth Of Pennsylvania, Mdj-03-02-11, 1214 Stefco Blvd, Betlehem PA 18017-6675
518082346 +Commonwealth Of Pennsylvania, County Of Snyder, 2025 Us 522, Mag Dist Mdj-17-3-03, Selinsgrove PA 17870-8728
518082348 +Commonwealth Of Puerto Rico, Commissioner Of Financial Institutions, Unclaimed Property Division, Po Box 11855, San Juan PR 00910-3855
518082349 +Commonwealth Of Virginia, Va Dot--fiscal Div-cash Rec, 1401 E Broad St, Richmond, VA 23219-2052
518082350 +Commonwealth Of Virginia, Dept Of Labor And Industry, 600 East Main St Ste 207, Richmond VA 23219-2430
518082351 +Commonwealth Trailer Partsinc, Chris Glatfelter, 100 West Crone Rd Ste D, York PA 17406-9768
518082352 +Community Care Physicians, Tammy Central Records, 711 Troy-schenectady Rd, Latham NY 12110-2461
518082353 +Community Discount, 680 E Tremont Ave, Bronx NY 10457-4929
518082354 +Community Emergency Med Assoc, Po Box 6081, Parsippany NJ 07054-7081
518082355 +Community Radiology Pllc, 908 Niagara Falls Blvd Ste, Ste 208, N. Tonawanda NY 14120-2019
518082356 +Comp Care Partners Llc, Amy Z, 80 Scenic Dr, Ste 3, Freehold NJ 07728-5211
518082357 +Compact Industries, Nationwide Trans, 1999 W 75th St Ste 200, Woodridge IL 60517-2610
518082358 +Compass Forwarding, Echo Global, 600 W Chicago Ave Ste 725, Chicago IL 60654-2522
518082359 Compass Health, Tfm, 5905 Brownsville Rd, Pittsburgh PA 15236-3507
518082360 #Compass Health Brands, Brittany Maras Lana Bowers, 921 E Amidon St, Sioux Falls SD 57104-0909
518082361 +Compass Logistics, Karen Thompson, Po Box 667, Snellville GA 30078-0667
518082362 +Compass Sign Co, Terry Nightlinger, 1505 Ford Rd, Bensalem PA 19020-4505
518082363 +Compliance Testing Svc, Janice, Po Box 715, N Dighton MA 02764-0715
518082364 +Comply First Llc, Alaine Kamin-mack, Vp Ops, 500 Campus Dr Ste 202, Morganville NJ 07751-1284
518082365 +Component Systems, Linda Dailey, 2245 W 114th St, Cleveland OH 44102-3517
518082366 +Comprehensive Spine Care, P O Box 631, Westwood NJ 07675-0631
518082367 #Compressor World, Steve Bergamesca, 32 Riverside Dr, Pembroke MA 02359-1937
518082372 +Comptroller Of Maryland, Corp Tax-voluntary Disclosure, 301 West Preston St Rm 203, Baltimore MD 21201-2326
518082371 +Comptroller Of Maryland, Unclaimed Property Unit, 301 W Preston St Rm 310, Baltimore MD 21201-2394
518082370 Comptroller Of Maryland, Sales Tax, 80 Calvert St, Po Box 466, Annapolis MD 21404-0466
518082373 Comptroller Of Maryland, Revenue Administration Div, 110 Carroll St, Annapolis MD 21411-0001
518082374 +Comptroller Of Maryland Revenue, Revenue Administration Center, 80 Calvert St, Annapolis MD 21401-1907
518082375 +Comptroller Of The Treasury, Revenue Admin Division, Po Box 2601, Annapolis MD 21404-2601
518082376 +Computechsale, 20 Troy Rd Unit 1, Whippany NJ 07981-1600
518082377 +Computerized Risk Management, Computerized Risk, And Consulting Llc, 800 Research Parkwaysuite 336, Oklahoma City OK 73104-3601
518082379 Comtran Corp, Lou Gaudreau, 330 A Turner St, South Attleboro MA 02703-7714
518082380 Conair Corp, Sue Rivera Todd Jagemann, 150 Milford Rd, East Windsor NJ 08520-6124
518082381 +Conair Corp, Trans Acct Network, Po Box 1269, Placentia CA 92871-1269
518082383 Concord Foods, Derek Jefferson, 10 Minuteman Way, Brockton MA 02301-7508
518082384 Concord Foods Inc, Carolyn White Gail Green, 10 Minuteman Way, Brockton MA 02301-7508
518082386 +Concord Terminal Llc, Whiteford Taylor And Preston Llp, Edward U Lee, Seven Saint Paul St Ste 1500, Baltimore MD 21202-1636
518082387 Concord Trans, 96 Disco Rd, Etobicoke ON M9W 0A3, Canada
518082388 Concord Trans, Geraldine Sahadeo, 96 Disco Rd, Etobicoke ON M9W0A3, Canada
518082391 +Confires Fire Protserv Llc, 910 Oak Tree Ave, South Plainfield NJ 07080-5137
518082392 +Congregation Beth Mordecai, 224 High St, Perth Amboy, NJ 08861-4461
518082400 Conn Spring And Stamping, Lynn Perotti, 48 Spring Ln, Farmington CT 06032-3140
518082402 +Conneaut Municipal Court, 290 Main St, Conneaut OH 44030-2650
518082403 +Connecticut Attorney General, George C Jepsen, 55 Elm St, Hartford CT 06106-1774
518082404 +Connecticut Dept Of Labor, Commissioner, 200 Folly Brook Blvd, Wethersfield CT 06109-1153
518082405 +Connecticut Dept Of Revenue Svc, Sales Tax, 450 Columbus Blvd, Ste 1, Hartford CT 06103-1837
518082406 Connecticut Insurance Guaranty, Association, 1 Bowdoin Square 2nd Fl, Boston MA 02114-2916
518082407 +Connecticut Insurance Guaranty Assoc, Guaranty Fund Management Svc, Dawne M Mills Claims Manager, One Bowdoin Square, Boston MA 02114-2916
518082408 +Connecticut Off Of The State Treasurer, Unclaimed Property Division, Po Box 5065, Hartford CT 06102-5065
518082409 +Connecticut State Marshall, Barbara Coffey, P O Box 497, South Glastonbury CT 06073-0497
518082410 +Connecticut Tank Removal Inc, Joann Hermanson, 118 Burr Ct, Bridgeport CT 06605-2210
518082411 Connecticut-ccspc, Po Box 990032, Hartford CT 06199-0032
518082412 +Connector 2000 Association, Svc Cntr-violations, P O Box 408, Piedmont SC 29673-0408
518082413 +Connell Foley Llp, 85 Livingston Ave, Roseland NJ 07068-3790
518082423 Conroy Foods Inc, Kathy Yuto - Claims Dept, 100 Chapel Harbor Dr Ste 2, Pittsburgh PA 15238-4136
518082428 +Conserv Fs Inc, Linda Christiansen, 97791 Eagle Way, Chicago IL 60678-0977
518082429 +Conservative Environmental, Svc Inc, P O Box 745, Mechanicsburg PA 17055-0745

518082430 +Consolidated Edison Co Of New York Inc, Gottlieb Ostrager Llp, Warren S Gottlieb Esq, 333 Westchester Ave Ste S2205, White Plains NY 10604-2928
518082432 +Consolidated Shoe Co, 22290 Timerlake Rd, Lynchburg VA 24502-7305
518082433 +Constant Contact, Accounts Receivable, 1601 Trapelo Rd Ste 329, Waltham MA 02451-7357
518082434 Constellation Newenergy Inc, Po Box 4640, Carol Stream IL 60197-4640
518082435 Constitution State Serv Llc, As Sub Consolidated Electrical, Po Box 660339 Travelers Claim, Dallas TX 75266-0339
518082436 Construction Wholesale Solutio, Roger Hauptman, 2490 Black Rock Tpkeste 315, Fairfield CT 06825-2400
518082437 Consumer Protection, Food Safety And Consumer Protection, 116 State St, Drawer 20, Montpelier VT 05620-2901
518082438 +Containerport Group, 1340 Depot St, Cleveland OH 44116-1741
518082441 +Continental Insurance Co Of New Jersey, 151 North Franklin St, Chicago IL 60606-1915
518082442 Continental Logistics, Tammy Durrett, 180 Raritan Ctr Pkwy, Ste 205, Edison NJ 08837-3646
518082443 +Continental Research, 1180 Central Ind Dr, Saint Louis MO 63110-2306
518082444 +Continental Signs, 350 South Albemarle St, York PA 17403-2584
518082445 Continental Tape Printers, Eric Steinzor, 92 Brook Ave Ste 2, Deer Park NY 11729-7237
518082446 Continental Tire North America, Linda, P O Box 60049, Charlotte NC 28260-0049
518082447 +Continental Trophies, 7920 Stage Hills Blvd, Bartlett TN 38133-4016
518082448 Contract Pharmacal, Donna Labarca Claims Dept, 135 Adams Ave, Hauppauge NY 11788-3633
518082449 +Contractors Sales Co, Sean Murphy, 12 Access Rd, Albany NY 12205-4744
518082450 +Control Brand Llc, Katherine Waing, Po Box 1299, Syosset NY 11791-0490
518082451 Control Group Inc, 530 Walnut St, Norwood NJ 07648-1343
518082452 +Control Svc, 763 Duck Hollow, Victor NY 14564-9581
518082453 +Convenience Kits Intl, Echo Global, 600 W Chicago Ave Ste 725, Chicago IL 60654-2522
518082454 +Conveyor Handling, Translogistics, 321 N Furance St Ste 300, Birdsboro PA 19508-2061
518082455 Conviber Inc, Po Box 301, 644 Garfield St, Springdale PA 15144-1510
518082456 +Convoy Safety Technologies Llc, Michelle Weaver, 23101 Lake Centre Dr 180, Lake Forest CA 92630-2875
518082457 +Convoy Technologies Inc, Michelle Weaver, 23101 Lake Ctr Dr, Ste 180, Lake Forest CA 92630-2875
518082458 Conway Power Equipment, Michael Conway, 1614 E Strasburg Rd, West Chester PA 19380-6418
518082469 +Cooks Complete Car Care Inc, 500 Center St, Chardon OH 44024-1004
518082471 Cool Roofing Network, Tom, P O Box 100044, Palm Bay FL 32910-0044
518082473 +Cooper Business Machines Inc, Cooper, 3304 State St, Erie PA 16508-2830
518082474 Cooper Crouse Hinds, Global Post Aud, 2 Eastwick Dr S-101, Gibbsboro NJ 08026-1225
518082475 Cooper Electric Supply, Po Box 415925, Boston MA 02241-5925
518082476 Cooper Electric Supply, Allen Halls, 1121 Hwy 74 S, Cranbury NJ 08512
518082477 Cooper Electric Supply Co, Rachel Jackson, 1 Matrix Dr, Monroe Township NJ 08831-3702
518082479 Cooper Lighting, Global Post Audit, 2 Eastwick Dr, Giggsboro NJ 08026-1225
518082480 Cooper Lighting, Allen Halls, 1121 Hwy 74 South, Peachtree City GA 30269-3019
518082481 Cooper Tire And Rubber, Ruth Harry, Po Box 550, Findlay OH 45839-0550
518082482 +Cooper Univ Emergency Med, Po Box 6039, Bellmawr NJ 08099-6039
518082499 +Cooperative Feed Dealers, Ed Kozloski-cargo Claims, 380 Broome Corp Pkwy, Conklin NY 13748-1512
518082501 Cope Farm Equipment Inc, John Deere Dealer, 24915 State Rte 62, Alliance OH 44601-8205
518082502 Copeco Inc, L-3594, Columbus OH 43260-3594
518082504 Copier Resource Inc, Stephen Wakefield, 68 S Main St, Assonet MA 02702-1710
518082505 +Copirite Inc, 2251 Highway 33, Hamilton Twp NJ 08690-1717
518082506 +Copper And Oak Craft, Spirits, 739 High St, Portsmouth VA 23704-3425
518082507 +Coppersmith Global, C T S, Po Box 441326, Kennesaw GA 30160-9527
518082508 +Copy King, 1162 W 8th St, Erie PA 16502-1109
518082509 +Copymaster, 82 North James St, Woodbridge NJ 07095-2918
518308981 +Corcentric, LLC, c/o Dilworth Paxson LLP, 457 Haddonfield Road, Suite 700, Cherry Hill, New Jersey 08002-2201, Attn: Scott J. Freedman
518232669 +Cordero, Caroline, 518 Hadley West Dr, Haaverhill, MA 01832-3672
518232670 +Core Business, 2224 Pawtucket Ave, E. Providence, RI 02914-1711
518082515 +Core Covers, Echo Global, 600 W Chicago Ave Ste 725, Chicago IL 60654-2522
518082516 +Corell Electrical Contractors, Po Box 4213, Roanoke VA 24015-0213
518082517 +Corelle Brands, Stephanie Creager, 12000 Molly Pitcher Hwy, Ste R, Greencastle PA 17225-9047
518082518 Corey Gadson, 1 Riverview Dr, Apt G2, South River NJ 08882
518082519 Corey Nutrition Co, Dereck Wood, 136 Hodgson Rd, Fredericton NB E3C2G4, Canada
518082524 +Cornea Consultants Of Albany, Accounting, Terry, 9 Vista Blvd Ste 100, Slingerlands NY 12159-2183
518082525 +Cornell Hall Care And Rehab, Windsor Healthcare Communities, 234 Chestnut St, Union NJ 07083-9409
518082527 Cornerstone Logistics, Helen Kioulafofski, 85 Northpointe Pkwy Ste 6, Amherst NY 14228-1886
518082528 Cornerstone Logistics, Helen Kioulafofski, 2180 Budkingham Rd Ste 204, Oakville ON L6H6H1, Canada
518082529 +Cornerstone Mechanicals, Aldo Dibacco, 65 Cook Ave, Meriden CT 06451-4112
518082532 +Corning Inc, Traffic Svc Bureau, 7800 B Allentown Blvd, Harrisburg PA 17112-3759
518082533 +Cornwell Tools, Bill Strubinger, Dealer - Independent Owner, 475 N8th St, Lehighton PA 18235-1212
518082535 +Corporacion Del Fondo Del, Seguro Del Estado, Oficina Regional De San Juan, P O Box 42006, San Juan PR 00940-2206
518082536 Corporate Freight, Connie Kaff, 4403 15th Ave, Brooklyn NY 11219-1604
518082537 Corporate Lodging Consultants, Po Box 534722, Atlanta GA 30353-4722

518082540 Correa France, Javier, Address Intentionally Omitted
518082548 Cortland Wholesale Electric, Paula Shippey, 201 Homer Ave, Cortland NY 13045-1059
518082556 Cosco Enterprises Inc, Claims Dept, 1930 Troutman St, Ridgewood NY 11385-1020
518082559 Cosmos Food Products Inc, Bonnie Hutchinson, 200 Callegari Dr, West Haven CT 06516-6234
518082565 Costco Wholesale Membership, Po Box 34783, Seattle WA 98124-1783
518082566 Costco Wholesale Retail Serv, Capital One Commercial, Po Box 5219, Carol Stream IL 60197-5219
518082568 Cota Logistics Corportation, Micahel Tory, 27 West St Ste 25, Red Bank NJ 07701-1168
518082576 Country Juntion, 6565 Interchange Rd, Lehigton PA 18235-5420
518082577 +Country Parlour Ice Cream, Chris Williams, 12905 York Delta Dr Unit C, North Royalton OH 44133-3551
518082579 +Country Suburban Heating And, Air Cond And Sons Inc, 5674 Horatio St, Utica NY 13502-1402
518082580 +Countrywide Ins, Jaffe And Velaszquez As Atty, 40 Wall St 12th Fl, New York NY 10005-1470
518082581 +Countrywide Inssub For Lila, Hodges Jaffe Koumourdas, As Atty, 40 Wall St 3rd Fl, New York NY 10005-1348
518082583 +County Of Bergen, Dept Of Health Svc, 220 E Ridgewood Ave, Paramus NJ 07652-4142
518082584 +County Of Berks, Dept Of Emergency Svc, 2561 Bernville Rd, Reading PA 19605-9611
518082585 +County Of Carbon, Attn:pauline Fianna Homm, 471 Stewart Creek Rd, Lehighton PA 18235-9562
518082586 +County Of Rockland, Office Of The Sheriff, 55 New Hempstead Rd, New City NY 10956-3627
518082587 +County Treasurer, 2 North Main St Ste 110, Greensburg PA 15601-2488
518082589 +Courier Systems, 180 Pulaski St, Bayonne NJ 07002-5051
518082590 +Court Of 2 Sisters, Claims, 613 Royal St, New Orleans LA 70130-2115
518082591 Court Pittsburgh Municipal, Traffic Division, 05003 660 First Ave, Pittsburgh PA 15219
518082592 +Courtney’s Garage, 1528 Route 660, Mansfield PA 16933-8845
518082594 +Courtyard Penfield, Kellyn Kaiser, 1000 Linden Pk, Rochester NY 14625-2321
518082595 +Courville’s Garage, Po Box 262, Montville CT 06353-0262
518082597 Cove Run Free Methodist Church, 345 Yauger Hollow Rd, Lemont Furnace PA 15456-1217
518082598 Covenant Transport Inc, Main, Po Box 841944, Dallas TX 75284-1944
518082599 Coverall North America Inc, 2955 Momentum Pl, Chicago IL 60689-5329
518082600 +Coverall Svc Company-roc, 8965 Guilford Rd Ste 100, Columbia MD 21046-2399
518082601 Covert Transportation, Jeff Salkin, 2517 Hwy 35 Bldg K Ste, Manasquan NJ 08736-1918
518082604 +Covidien, Condata Global, 9830 W 190th St Ste M, Mokena IL 60448-5603
518082606 Cowan Systems Llc, Megan Eberz, 4555 Hollins Ferry Rd, Baltimore MD 21227-4610
518082609 Cowles Tool, Lori Boyer, 185 N Four Mile Run Rd, Austintown OH 44515-3006
518082610 Coworx Staffing Svc Llc, George Karpiw, Jan2013r Credit And Collections, Po Box 417543, Boston MA 02241-7543
518082611 Cox Communications-roanoke, Po Box 771908, Detroit MI 48277-1908
518082612 Cox Comunications, Cox, Dept 781110, Po Box 78000, Detroit MI 48278-1110
518082624 Cpi Radant Technologies Div, John Dansin, 255 Hudson Rd, Stow MA 01775-1446
518082625 +Cps Inc, Ron Klinker, 5645 W 82nd St Ste 100, Indianapolis IN 46278-1323
518082627 +Craft Beer Guild Of Ny, Anthony Kousoulos D Maliwacki, 12-14 S Putt Corners Rd, New Paltz NY 12561-1602
518082628 Craft Bilt Manufacturing, Sean Maguire, 53 Souderton Pike, Souderton PA 18964-1913
518082629 Craft Brewers, Kristen Marchbank Claims Dept, 170 Market St, Everett MA 02149-5808
518082630 +Craft Collective Inc, Mike Savage, 378 Page St Ste 13, Stoughton MA 02072-1124
518082631 Craft Wine And Spirits, Steve Hinton Cargo Claims, 6612 Virginia Manor Rd, Beltsville MD 20705-1255
518082633 +Craftech Ind Inc, Deborah Dier, 5 Dock St, Hudson NY 12534-2002
518082635 +Craig Bennett V Bp Watertown Etc Et Al, Attorney For Gap Inc, Michael P Bianta, 60 State St 23rd Fl, Boston MA 02109-1800
518082636 +Craig Bennett V Bp Watertown Etc Et Al, Atty For 3 Party Defendant Kevin Holley, Gunning And Lafazia Inc, 33 College Hill Rd Ste 258, Warwick RI 02886-2783
518082637 Craig Envelope Corp, Howard Katelansky, 220 Miller Pl, Hicksville NY 11801-1826
518082638 Craig Shopneck, Chapter 13 Trustee, P O Box 593, Memphis TN 38101-0593
518082642 +Crain Custodial Llc, 36 Collias Rd, Charleston WV 25320-7701
518082644 Crains, New Yourk Business, Po Box 433279, Palm Coast FL 32143-3279
518082646 +Cranbury Township Municipal, Court, 641 Plainsboro Rd, Plainsboro NJ 08536-2094
518082654 +Crawford And Co, Jean Crumbley, Po Box 100458, Fort Worth TX 76185-0458
518082661 Crc Insurance Svcs Inc, Po Box 95236, Grapevine TX 76099-9752
518082662 +Creative Food Ingredients, Jim Reinhart, 1 Lincoln Ave, Perry NY 14530-1605
518082663 +Creative Office Pavilion, Staine Moynihan, One Design Center Pl, Ste 734, Boston MA 02210-2335
518082664 +Creative Solutions, Investigative Svc Llc, Po Box 701, Morris Plains NJ 07950-0701
518082665 +Creative Transportation Serv, Badam Abbate, 21001 San Ramon Vly, San Ramon CA 94583-3469
518082669 +Creoh Usa, Cargo Claims, 1771 Madison Ave Ste 7, Lakewood NJ 08701-1267
518082671 Creps United Publication, Kevin Weiland, 4185 Rt 286 Hwy W, Indiana PA 15701-5727
518082672 Crescent Cardboard, Claims Dept, 100 W Willow Rd, Wheeling IL 60090-6522
518082673 +Crescent Industries Inc, Ellen Russell, 70 E High St, New Freedom PA 17349-9664
518082674 +Crescent Mc Connell Supply, Jenny Mills, 1100 Greene St, Marietta OH 45750-2413
518082675 Cresson Ridge, 8267 Adminral Peary, Cresson PA 16630
518082682 +Crisafulli Bros, Plumbing And Heating Contractors, 520 Livingston Ave, Albany NY 12206-2440
518232671 +Cromartie, Tiffany, 250 K Vlg Creek Cir, Winston- Salem, NC 27104-4742
518082693 +Crop Production Svc, Darla Morehead, Po Box 800, Milton NY 12547-0800
518082694 #+Crop To Cup Coffee, Karilyn Bolin, 541a 3rd Ave, Brooklyn NY 11215-6754
518082698 +Cross County Pool Svc Inc, Claims Dept, 2848 Springdale Rd, Cincinnati OH 45251-1717
518082699 +Cross Town Radiator Inc, Roma, Dba Associated Auto Radiator, 97-20 Sutphin Blvd, Jamaica NY 11435-4721
518082706 +Crossroads Svc Group Llc, 4980 East Beverly Rd, Phoenix AZ 85044-5403

518082709 Crowley, Logistics Inc, Po Box 2684, Carol Stream IL 60132-2684
518082710 Crowley Puerto Rico Serv Inc, Lockbox 2684, Carol Stream IL 60132-2684
518232672 +Crown Lift Trucks, 2 Presidential Way, Woburn, MA 01801-1041
518082714 +Crown Prince Inc, Jeanmarye Stobaugh, P O Box 3568, City Of Industry CA 91744-0568
518082715 +Crown Prince Inc, Jeanmarye Stobaugh, 18581 Railroad St, City Of Industry CA 91748-1316
518082716 +Crown Towing Svc Inc, 1615 Mcdonald St, Bronx NY 10461-2312
518082717 Crozer Chester Medical Center, One Medical Center Blvd, Upland PA 19013-3995
518082731 +Crw Parts, 8346 Washington Blvd, Jessup MD 20794-9664
518082732 Cryomax Usa Inc, Michelle Huang, 3732 Cook Blvd Ste 104, Chesapeake VA 23323-1632
518082733 +Cryovation Llc, 9 B Mary Way, Hainesport NJ 08036-2729
518082735 +Crystal Infosystems Llc, John Lauria, 980 Magnolia Ave Ste 5, Larkspur CA 94939-1000
518082736 +Crystal Pearl-moore And, Oconnor Acciani And Levy Atty, 600 Vine St Ste 1600, Cincinnati OH 45202-1133
518082737 Crystal Rock Bottled Water, P O Box 660579, Dallas TX 75266-0579
518082738 +Crystal Run Healthcare Llp, 155 Crystal Run Roadd, Middletown NY 10941-4057
518082739 +Crystal Vest, 32 Carter Rd, Warwick RI 02889-5324
518082740 Crystalware, Eddie T, 600 James St, Lakewood NJ 08701-4023
518082742 +Crystorama Lighting, Christine Balacki, 95 Cantiague Rock Rd, Westbury NY 11590-2800
518082743 Cs Automation, Laurie Hanson, 6319 Dean Pkwy, Ontario NY 14519-8939
518082744 Csa Transportation, Oliver Wong, 355 Horner Ave, Toronto ON M8W1Z72315, Canada
518082745 Csaa Affinity Ins Co As Sub, Deborah Coatsworth, Po Box 24523, Oakland CA 94623-1523
518082746 +Csaa General Insurance Co, Po Box 5483, Mt Laurel NJ 08054-5483
518082748 Csc, Corp Svc Co, 251 Little Falls Dr, Wilmington DE 19808-1674
518082749 Csf Imports, Cherilyn Pfingst, 3920 Cook Blvd, Chesapeake VA 23323-1626
518082750 Csf Inc, Trish Windley, 3920 Cook Blvd, Chesapeake VA 23323-1626
518082751 +Csi International, Debbie De Fosse, 70 Hansen Ave, Essington PA 19029-1541
518082753 +Ct Clean Room Corp, Hitul Patel, Po Box 840, Bristol CT 06011-0840
518082754 Ct Dept Of Environment Protection, 79 Elm St, Hartford CT 06106-5127
518082755 +Ct Heart Physicians Inc Ekg, Po Box 262, Windsor CT 06095-0262
518082756 +Ctl Aerospace Inc, 5616 Spellmire Dr, Cincinnati OH 45246-4898
518082757 +Ctl Usa, Cts, 1915 Vaughn Rd, Kennesaw GA 30144-4579
518082758 +Cts, Alfredo Salazar, 1915 Vaughn Rd, Kennesaw GA 30144-4579
518082759 +Cts, Odyssey Logistics, 1915 Vaughn Rd, Kennesaw GA 30144-4579
518082760 +Ctuco1pc-doctors Express Of, Danbury, Po Box 10417, Holyoke MA 01041-2017
518082761 +Ctw International, Lee Freeman, P O Box 926, Campton NH 03223-0926
518082771 Cumberland County, Lepc Hazmat Connie Heckard, 1 Public Safety Dr, Carlisle PA 17013-7300
518082770 +Cumberland County, Tax Bureau, 21 Waterford Dr Ste 201, Mechanicsburg PA 17050-8268
518082772 +Cumberland County Conservation, District Clean Water Fund, 310 Allen Rd, Ste 301, Carlisle PA 17013-9101
518082773 +Cumberland County Tax Bureau, Cctb-delinquent Accounts, 21 Waterford Dr, Mechanicsburg PA 17050-8268
518082774 +Cumberland Ins Group As Sub, For Stephen Vogdes P Conforti, Po Box 556, Bridgeton NJ 08302-0486
518082775 Cumberland Packing, Marie Stigall, 23374 Network Pl, Chicago IL 60673-0002
518082776 Cumberland Packing Corp, Marie Stigall, 2 Cumberland St, Brooklyn NY 11205-1040
518082777 +Cumberland Packing Corp, Cargo Claims, 23374 Network Pl, Chicago IL 60673-1233
518082779 +Cumberland Pkg Corp, Cargo Claims, 23374 Networks Pl, Chicago IL 60673-1233
518082778 +Cumberland Pkg Corp, Claims Dept, 23374 Network Pl, Chicago IL 60673-1233
518082781 Cummins Filtration, Transplace Cargo Claims, Po Box 518, Lowell AR 72745-0518
518082782 Cummins Metropower Inc, Block Box 510277, Philadelphia PA 19175-0277
518082783 Cummins Northeast Inc, Pobox 419404, Boston MA 02241-9404
518082784 Cummins Power Systems Llc, Robert, Acc Recv, Po Box 786567, Philadelphia PA 19178-6567
518082785 +Cundiff Svc Co Inc, Main, Po Box 7369, Roanoke VA 24019-0369
518082791 Cuny And Guerber Inc, David Jost, 2100 Kerrigan Ave, Union City NJ 07087-2123
518082794 Curd, Dennis, Bldg C Unit 2, North Kingstown RI 02852
518082799 Curran Taylor Inc, Bonnie Bouchard, 300 Houston Sq, Canonsburg PA 15317-1483
518082800 +Current Component, Scott Mosso, 203 A East Main St, Middletown MD 21769-7930
518082801 +Current Office Solutions, Dennis Polter, 211 W High St, Bryan OH 43506-1613
518082802 +Curreri Collision Center Inc, 2160 Hartford Ave, Johnston RI 02919-1701
518082806 +Curtis Byrd, 15 Westend Ave, Nyack NY 10960-1613
518082809 +Curvature Inc, Curvature, 14416 Collections Ctr Dr, Chicago IL 60693-0001
518082810 Curved Glass, Suzanne Rafferty, 72 Chapel St, Derby CT 06418-2130
518082812 Cushman And Wakefield, Nw Ste B1, Washington DC 20005
518082813 +Custard Insurance Adjusters, Po Box 921329, Norcross GA 30010-1329
518082816 +Custom Adpro Inc, 9715 W Broward Blvd, Ste 168, Plantation FL 33324-2351
518082817 +Custom Av Rack Llc, P O Box 19422, Raleigh NC 27619-9422
518082821 Custom Companies, Claims Dept, 317 West Lake St, Northlake IL 60164-2433
518082822 +Custom Companies, Echo Global, 600 W Chicago Ave Ste 725, Chicago IL 60654-2522
518082823 +Custom Door And Mirror, Eileen Laine, 148 Milbar Blvd, Farmingdale NY 11735-1425
518082824 +Cuyahoga County Court, Common Pleas Cleveland, 1200 Ontario St, Cleveland OH 44113-1678
518082825 Cvs Pharmacy, Dennis Berard, 1 Cvs Dr, Woonsocket RI 02895-6146
518082826 +Cynthia Dennison, 109 Ridgeland Ave, Apt 310, South Portland ME 04106-4153
518082829 +Cytec Industries, Frank Valendo, 5 Garret Mountain Plz, Woodland Park NJ 07424-3317
518082833 +D And Bs Copy Systems Inc, Matt Burrell, 14419 Lima Rd, Fort Wayne IN 46818-9576
518082834 +D And C Auto Body, 59 W Mahan St, Tenafly NJ 07670-1737
518082835 D And G Electrical Supply, Thomas Mc Millan, 62 Railroad Ave West, Garnerville NY 10923-1218
518082836 +D And L Autobody And Towing Inc, 1219 Berlin Turnpike, Berlin CT 06037-3228
518082837 +D And M Petroleum Inc, D And M, 654 Bristol Rd, Bristol VT 05443-9319
518082838 +D And M Steel Sales, Douglas Shamonsky, 146 S Hilltop Rd, New Ringgold PA 17960-8508

518082839 +D And R Repair, 568 Central Ave, Bridgewater NJ 08807-3285
518082840 D And W Diesel, Dave Slato, 1503 Clark St, Auburn NY 13021-9526
518082842 D B Group America, Nathan Liu, 150-16 132nd Ave Ste200, Jamaica NY 11434-3500
518082843 +D Elia Restaurant Equipment, 115 North Rd, Windam CT 06280-1311
518082844 +D H L Supply Chain, 260 Salem Church Rd, Mechanicsburg PA 17050-2895
518082845 D H L Transport, 2260n 5th St, Ste 400, Columbus OH 43215
518082846 D H Marvin And Son, John Deere Dealer, 359 S Main St, Colchester CT 06415-1427
518082847 D J Fabricators, 94 Turnpike Rd, Ipswich MA 01938-1047
518082848 +D Kent Gilliam, Chesterfield Gen District Crt, 9500 Courthouse Rd Pob 144, Chesterfield VA 23832-0910
518082850 D M Bowman Inc, P O Box 37683, Baltimore MD 21297-3683
518083464 ++DOMINION VIRGINIA POWER, PO BOX 26666, 18TH FLOOR, RICHMOND VA 23261-6666
(address filed with court: Dominion Virginia Power, Po Box 26543, Richmond VA 23290-0001)
518082852 Da Lubricant, David Boyles, 801 Edwards Dr, Lebanon IN 46052-8896
518082853 +Da Lubricant Co, Jf Strfford, 300 Chase River Rd, Waterbury CT 06704-1440
518082859 Daf Products, Patricia Merck, 420 Braen Ave, Wyckoff NJ 07481-2949
518082862 Daikin American Inc, N Candoni, 20 Olympic Dr, Orangeburg NY 10962-2511
518082863 +Daikin Applied, Dylan Handelman, 43-24 21st St, Long Island City NY 11101-5094
518082864 +Daikin Applied, Samantha Buckner, 2915 Needmore Rd, Dayton OH 45414-4303
518082867 +Daimler Truck Financial Mercedes, Brian Kochakji, Senior District Finance Manager, 1002 Burnt Tavern Rd, Point Pleasant NJ 08742-3915
518082868 +Daimler Trucks North America, Teresa Whiting, 5745 Challenge Dr, Memphis TN 38115-5013
518142414 Daimler Trust, c/o BK Servicing, LLC, PO Box 131265, Roseville, MN 55113-0011
518082873 Dal-tile Corp, John Pemberton, Po Box 2139, Calhoun GA 30703-2139
518082874 +Dalahie Garcia V, New England Motor Freight Inc Et Al, John William D’amico, 3265 Hatting Pl, Bronx NY 10465-4017
518082876 +Dale Deahn Md, 401 Main St, Arcade NY 14009-1185
518082877 +Dale Lultz, Attorney For The Plaintiff, Andrew M Korduba, 669 West Liberty St, Medina OH 44256-2225
518082878 #+Dale Lultz V, New England Motor Freight Inc Et Al, Jeffrey Chapman, 25300 Rockside Rd Apt 212, Bedford Hts OH 44146-1903
518082883 Dalko Resources Inc, P O Box 98, Sharpsville PA 16150-0098
518082886 Dalton Enterprises, 131 Willow St, Cheshire CT 06410-2732
518082887 Dalton Enterprises, Michael Hallbach, 131 Willow St, Cheshire CT 06410-2732
518082888 +Dalton Radiology Pc, P O Box 130348, Springfield Gardens NY 11413-0348
518082891 +Damage Recovery, Po Box 801770, Kansas City MO 64180-1770
518082892 Damage Recovery Unit, Po Box 801770, Kansas City MO 64180-1170
518082894 #+Dan Degrazia, 274 Clearview Ave, Somerset MA 02726-3803
518082896 +Dana Bixler, 640 New Buckley St, Bristol PA 19007-3929
518082897 +Dana Turner, Po Box 1572, Auburn ME 04211-1572
518082899 +Danaher, Trans Audlt, 11 Marshall Rd St 2d, Wappingers Falls NY 12590-4123
518082900 +Danaher, Terri Norton, 2800 Crystal Dr, Hatfield PA 19440-1944
518082901 +Danaher - Chemtreat, Trans Audit, 11 Marshall Rd Ste 2d, Wapingers Falls NY 12590-4123
518082902 +Danaher Gems Sensors, Trans Audit, 11 Marshall Rd Ste2d, Wappingers Falls NY 12590-4132
518082903 +Danaher Hach, Transaudit Ste 2d, 11 Marshall Rd, Wappingers Falls NY 12590-4123
518082904 +Danaher Matco, Trans Audit, 11 Marshall Rd Ste2d, Wappingers Falls NY 12590-4132
518082905 +Danbury Plumbing, Tracy Hill, 28 Fiance Dr, Danbury CT 06810-4132
518082906 +Danby Products, Nichole Alge, 1800 Production Dr, Findlay OH 45840-5445
518082907 +Dancing Deer Baking, Lucy Perry, 65 Sprague St West A, Boston MA 02136-2098
518082908 +Dancona Contracting, 6 Munsell Rd Ts, Medford NY 11763-2224
518082909 Dandrea Wine And Liquor, John Dandrea, 670 Rodi Rd, Pittsburgh PA 15235-4574
518082911 +Danesi Caffe Usa, Michael Gagrcia, 25 Drexel Dr, Bay Shore NY 11706-2234
518082912 Danfreight Systems Inc, 1400 Chemin Lasalle, Joliette QC J6E 0L8, Canada
518082915 +Daniel Kogan, 289 Mayfair Dr North, Brooklyn NY 11234-6715
518082916 +Daniel Murtha, Att For The Plaintiff Peter Karayiannis, Bradley Denkovich And Karayiannia Pc, 853 Fairfield Ave, Bridgeport CT 06604-3703
518082917 +Daniel Oest Pt Mpt, 17 W John St, Hicksville NY 11801-1045
518082918 +Daniel Polatsch, 210 E 64th St, New York NY 10065-7471
518082920 +Daniel Rinaldi, Law Offices Of John Trop, Patrick T Finnegan Esq, 94 New Karner Rd Ste 209, Albany NY 12203-7302
518082919 +Daniel Rinaldi, Maynard Oconnor Smith And, Catalinotto Llp Adam T Mandell Esq, Po Box 180, Saugerties NY 12477-0180
518082921 +Daniel Warren, 303 Lothian Way Unit 203, Abingdon MD 21009-3098
518082925 +Danielle J Barganier, Attorney For The Plaintiff, Hyatt And Goldbloom Llc, 1 South St Ste 1200, Baltimore MD 21202-7302
518082928 +Danny Lynch, 164 Poplar Ave, Coal Center PA 15423-1004
518082929 +Dara’s Caterers, 454 Elmora Ave, Elizabeth NJ 07208-1518
518082934 +Dari Herman, 192 Long Lots Rd, Westport CT 06880-4019
518082936 +Darius Nowak Md, 515 North Wood Ave, Ste 302, Linden NJ 07036-4173
518082938 #+Daron Fashions Inc, Charo Arocho, 52 Walters St, Rahway NJ 07065-3811
518082939 +Daryl And Kim Martin V Nemf, Ryan Smith And Carbine Ltd, Mark Werle And Charles Romeo Esqs, 98 Merchants Row, Rutland VT 05701-5942
518082940 +Daryl Martin And Kim Martin, Biggam Fox And Skinner, Patrick L Biggam Esq, 453 Stone Cutters Way, Montpelier VT 05602-4433
518082941 Dashing Dan Puzzles Llc, Julie Pritchard, 5 Mitchell Dr, Foxboro MA 02035-2701
518082945 Dat Solutions Llc, Po Box 783801, Philadelphia PA 19178-3801
518082946 +Data Label, Cargo Claims, 204 Airport Blvd, Doylestown PA 18902-1005
518082947 Data Paper, Duane Hughes, 468 Industrial Pk Rd, Muncy PA 17756-8131
518082948 +Datamatx, 10430 Lakeridge Pkwy, Ashland VA 23005-8124
518082949 +Datastor Inc, 4201 Eubank Rd, Richmond VA 23231-4328

518082950 Datum Storage Solutions, Kathkeen Potter, 89 Church Rd, Emigsville PA 17318-2007
518082954 +Dave Bias And Debbie Bias, 1100 Piney Hill Ln, Harrisburg PA 17112-9212
518082955 +Dave Newton, 71 Spink Rd, Valley Falls NY 12185-1731
518082956 +Dave Spiegel, 1802 Biebel Ave, Erie PA 16509-2626
518082958 +Dave’s Automotive Svc And, Big Truck, 37925 Route 187, Rome PA 18837-8227
518082959 +Dave’s Heavy Towing, 87 Old Camplain Rd, Hillsborough NJ 08844-4227
518232673 +Dave’s Small Engine, 910 Main St, Oxford, ME 04270-3563
518082960 Davenport Associates, Jeff La Conte, 14 Fairfield Blvd, Wallingford CT 06492-1827
518082962 +Daves Cleaning Svc, Lisa, 60 Sand Hill Rd, Milton PA 17847-8312
518082963 +Daves Tristate Truck Servllc, 20886 Rt 19, Cranberry Township PA 16066-5902
518082964 +Daves Truck Repair, 1023 Page Blvd, Springfield MA 01104-1639
518082965 +David A Smith Printing Inc, 742 South 22nd St, Harrisburg PA 17104-2773
518082966 +David Bender, 12 Cherry Rd, Bayville NY 11709-1705
518082967 +David Burgess--d And B Fleet Maint, 11101 Mosteller Rd, Sharonville OH 45241-1868
518082968 +David Condon, David Conlon, 2700 North Brook Dr, Apt Q200, Mckinney TX 75072-3655
518082970 +David Dalessandro Jr, 1095 South St, Coventry CT 06238-3215
518082971 +David Griffin, 35 Linwood Ave, Melrose MA 02176-5405
518082972 +David Johnson, 4244 Packard Dr, Hilliard OH 43026-1033
518082973 +David L Mazaroli As Attorney, For Chubb, 50 Park Ave 7th Fl, New York NY 10016-3075
518082974 +David Lenko, 1690 Weisstown Rd, Boyertown PA 19512-8969
518082975 +David M Israel - Atty For Lipa, 111john St Ste 1115, New York NY 10038-3119
518082976 David M Mailhot Enterprises, 65 Manor Rd, Concord NH 03303-1920
518082977 +David Strand, Mr Strand, 38 Heritage Ct, Cohoes NY 12047-4851
518082978 +David W Spatz, 4f Tanglewood Dr, Shillington PA 19607-3370
518082980 +Davide Mueller, 4880 Hunt Rd, Blue Ash OH 45242-6938
518082989 +Davinci Imports, Gaetano Sarnataro, 4992 Euclid Rd Ste 1, Virginia Beach VA 23462-5800
518082990 +Davion Inc, Crystina Herrera, 2 Progress Rd, North Brunswick NJ 08902-4324
518082991 +Davis And Geck Caribe Ltd, 212 Blackhorse La, North Brunswick NJ 08902-4319
518082992 Davis Frost, Casey Mccoy, 3416 Candler’s Mount, Lynchburg VA 24502-2214
518083033 +Dawson Truck Lines Inc, 1007 Cherokee St Ne, Roanoke VA 24012-8006
518083034 +Dawson’s Home Center Llc, John Deere Dealer, 99 Business Pk Cir,
Berkeley Springs WV 25411-3400
518083041 +Dc Auto Body Llc, Chris Bean, 835 W Trindle Rd, Mechanicsburg PA 17055-4077
518083042 Dc Treasurer, Po Box 37038, Washington DC 20013-7038
518083043 +Dc Treasurer Adjudication Serv, Po Box 2014, Washington DC 20013-2014
518083044 +Dcam Distributing, Jeff Lienemann, 8510 Sanford Dr, Richmond VA 23228-2813
518083045 +De Fili Solutions, 170 E Sunrise Hwy, Valley Stream NY 11581-1312
518083046 De Lage Landen Financial Serv, P O Box 41602, Philadelphia PA 19101-1602
518083055 #+Dean Croll, 1945 Glencrest Dr, Monroeville PA 15146-3843
518083056 Dean Foods, Pro Star Logistics, 5160 Wiley Post Way, Salt Lake City UT 84116-2833
518083057 +Dean Kenneth Meyers And, Crandall And Katt As Attorneys, 366 Elm Ave Sw,
Roanoke VA 24016-4028
518083058 +Dean Ulsh, Authorized Matco Tools Dist, 232 Forest Stpo Box 384, Auburn PA 17922-0384
518083059 +Dean’s Quality Auto And Truck, 528 Curran Hwy, Po Box 1042, North Adams MA 01247-1042
518083063 Death Wish Coffee, 1900 Wood Rd Ste, Round Lake NY 12151
518083064 Deb Deliveries Inc, William Kiss, 25504 Appleby Dr, Ocean NJ 07712
518083065 Debbies Staffing Servicesinc, P O Box 203430, Dallas TX 75320-3430
518083067 +Debjo Sales Llc, 103 Notch Rd, Oak Ridge NJ 07438-8841
518083069 +Debra Clayton, 153 Melrose St, Manchester NH 03109-4330
518083070 +Debra Pastrana, Attorney For Plaintiff, Brian J Mongelluzzo, 1336 West Main St Suite 1b,
Waterbury CT 06708-3130
518083071 Decardy Diecasting, 3935 W Shakespeare, Chicago IL 60647-3430
518083073 +Decarolis Truck Rental Inc, 333 Colfax St, Rochester NY 14606-3188
518083075 Decker Tape Products, 6 Stewart Pl, Fairfield NJ 07004-2202
518083082 +Decore Ative Specialties Inc, Decore, 2772 S Peck Rd, Monrovia CA 91016-5005
518083085 +Dedicated Logistics, Mary Beth Schrudder, 2900 Granada La N, Saint Paul MN 55128-3607
518083086 Dee Logistics, Jessica Fiorio, Po Box 8707, Cranston RI 02920-0707
518083087 +Deer Country Farm And Lawn Inc, 2710 Mt Joy Rd, Manheim PA 17545-9669
518083090 Deer Country Farm And Lawn, P O Box 4573, Lancaster PA 17604-4573
518083088 Deer Country Farm And Lawn, John Deere Dealer, 6670 Ruppsville Rd,
Allentown PA 18106-9315
518083089 +Deer Country Farm And Lawn, John Deere Dealer, Pob 456--claims Dept,
Adamstown PA 19501-0456
518083092 +Deere And Co, Williams And Assoc, 405 East 78th St, Bloomington MN 55420-1299
518083093 Deere And Co, John Deer Waterloo Work, 21159 Network Pl, Chicago IL 60673-1211
518083094 Deere And Co, Anton, 3400 80th St 2nd Flr, Moline IL 61265-5884
518083097 +Defender Industries, Lori Gallo, 42 Great Neck Rd, Waterford CT 06385-3334
518083098 +Defili Solutions, Genesis Martinez, 7001 Anpesil Dr, North Bergen NJ 07047-4517
518083099 +Deflecto, Kevin Jones, 303 Oxford St, Dover OH 44622-1977
518083100 Deflecto, Judity Ventura, 7035 E 86th St, Indianapolis IN 46250-1547
518083101 Degania Silicone Inc, 14 Thurber Rd, Ste A, Smithfield RI 02917-1858
518083103 +Degraff Memorial Hospital, Lataundra Lowry, Po Box 8000 Dept 002, Buffalo NY 14267-0002
518083105 +Dehal Persaud, 24935 145 Th Ave, Rosedale NY 11422-2503
518083106 +Dehaven Transportation Co Inc, Karen Dehaven Shelton, 7033 Walrond Dr,
Roanoke VA 24019-3251
518083108 Deimling Jeliho Plastics, Pat Valentine, 4010 Bach Buxton Rd, Amelia OH 45102-1048
518083109 +Deirdre Behea And Newman, Anzalone And Newman Llp As Atty, 9525 Queens Blvd 11th Fl,
Rego Park NY 11374-4509
518083110 +Deitz Nationwide Court, Reporting, 100 Merrick Rd Ste 320w,
Rockville Centre NY 11570-4827

518083111 +Dejah Petsch, 148 Seckar Rd, Ashford CT 06278-1036
518083116 Del Grosso Foods, Gary Weaver, 632 Sauce Factory Dr, Tipton PA 16684
518083122 Delande Supply Co, Karen Gaudet, Po Box 707, Peabody MA 01960-7707
518083123 Delaware Dept Transportation, Ez Pass Violations Center, P O Box 697, Dover DE 19903-0697
518083124 +Delaware Div Of Child Support, Enforcement, Po Box 12287, Wilmington DE 19850-2287
518083127 Delaware E-zpass Violations, Po Box 697, Dover DE 19903-0697
518083128 Delaware Secretary Of State, Div Of Corporations, Po Box 5509, Binghamton NY 13902-5509
518083129 Delaware Township Tax Colector, Jean Kline, 75 Cherry St Rear, Dewart PA 17730
518083130 Delaware Township Tax Colector, Jean Kline Pob 55, 75 Cherry St Rear, Dewart PA 17730
518083131 Delco Wire And Cable, Terry Brown, 1 Saramia Ct, Concord ON L4K3S6, Canada
518083138 +Delhaize America Dist Llc, Debbie Glanville, Sr Strategic Sourcing Analyst, P O Box 198135, Atlanta GA 30384-8135
518083146 +Delmar Products Inc, James Innes, Po Box 504, Berlin CT 06037-0504
518083148 Delmarva Power, 500 N Wakefield Dr Fl 2, Newark DE 19702-5440
518083153 Delta Cargo, Jfk Intl Airort, Jamaica NY 11430
518083154 Delta Dental, Delta Dental Plan Of Nj Inc, Po Box 36483, Newark NJ 07188-6483
518083155 #+Delta Sheet Metal Corp, 39-35 Skillman Ave, Lic NY 11104-3706
518083156 Delta Warwick, Richard Valois, 56 Dewey Ave, Warwick RI 02886-2432
518083158 +Deluxe Home And Office Cleaning, Jeff Weeks, 428 South Main Streetste 101, North Syracuse NY 13212-2896
518083159 +Deluxe Intl Trucks Inc, Maria Bill, 600 So River St, Hackensack, NJ 07601-6673
518232674 +Dema Expressllc, 14107 Susana Ln, Frisco, TX 75035-5312
518083163 Demanko Hlc Logistics, Brian Collins, 1c Commons Dr Ste 14, Londonderry NH 03053-3441
518083168 Demco Inc, Freight Claims Dept, 4810 Forest Run Rd, Madison WI 53704-7336
518083169 +Demets Candy, Cargo Claims, 1 Turtle Cir, Horseheads NY 14845-1000
518083171 +Demilio Inc, Demilio, 1825 Franklin St, Greensburg PA 15601-5510
518083182 Denney Electric Supply, John Mc Cormick, 28635 Dupont Blvd, Millsboro DE 19966-4784
518083183 +Dennis Clay, 1038 Middletown &warwick Rd, Middletown DE 19709-9094
518083184 Dennis K Burke Inc, Pobox 3639, Boston MA 02241-3629
518083185 +Dennis M Ogrady Plumbing, And Heating Llc, 333 Sherwood Rd, Union NJ 07083-7518
518083186 +Dennis Morse, Alexander 7 Catalano Llc, Peter J Addonizio Esq, 6713 Collamer Rd, East Syracuse NY 13057-9814
518083187 +Dennis Smith, 12 13 120th St, College Point NY 11356-1652
518083191 Denso Products And Svc, Dian Marianatha, 3900 Via Oro Ave, Long Beach CA 90810-1868
518083192 Denso Products And Svc, Trans Acct Network, P O Box 1269, Placentia CA 92871-1269
518083195 +Dentsply Trubyte, Kathleen Krebs, 470 W College Ave, York PA 17401-3810
518083196 Department Of Environmental Protection, Office Of Records Access, Bankr. Coordinator, Po Box 402 Mail Code 401-06q, Trenton NJ 08625-0402
518083201 +Depolink Court Reporting And, Litigation Support Svc, 100 Eagle Rock Ave Ste 140, East Hanover NJ 07936-3149
518083202 Dept Of Assessments, And Taxation, 301 West Preston St Rm 801, Baltimore MD 21201-2395
518083203 +Dept Of Attorney, Consumer Protection Unit, 150 South Main St, Providence RI 02903-2907
518083204 Dept Of Consumer Affairs Jose Antonio, Alicia Rivera Secretary, Minillas Station Po Box 41059, Santruce PR 00940-1059
518083206 Dept Of Environmental, Protectionattnm Foster, 155 State House Station, Augusta ME 04333-0155
518083207 +Dept Of Environmental, Protection-fiscal Svc AR, 601 57th St Se, Charleston WV 25304-2300
518083208 Dept Of Environmental Conserv, Waste Mngmt And Preventinon Div, One National Life Drdavis 1, Monpelier VT 05620-3705
518083209 Dept Of Finance, City Of Wilmington, Po Box 15377, Wilmingotn DE 19850-5377
518083210 +Dept Of Fire Prevention, 123 Maple Ave, South Plainfield NJ 07080-3406
518083211 +Dept Of Human Svc, Iv-d Cashier, Po Box 1098, Augusta ME 04332-1098
518083212 Dept Of Labor And Industry, Bureau Of Pennsafe, Po Box 68571, Harrisburg PA 17106-8571
518083213 +Dept Of Motor Vehicle, 60 State St, Wethersfield CT 06161-0001
518083214 +Dept Of Motor Vehicles, Po Box 27412, Richmond VA 23269-7412
518083215 +Dept Of Public Safety, Hsf -div Of Fire Safety, 1311 Us Rte 302 Ste 600, Bare VT 05641-2395
518083216 +Dept Of Public Safety, Ginny Murphy, 47 Mill Hill Rd, Colchester CT 06415-1638
518083217 Dept Of Public Utilities, Ohio Building, P O Box 10017, Toledo OH 43699-0017
518083218 Dept Of Revenue Svc, Po Box 5089, Hartford CT 06102-5089
518083219 +Dept Of Taxation Lorain, City Of Lorain, 605 W 4th St, Lorain OH 44052-1605
518083220 +Deran Lamp And Shade Co, Cargo Claims, Po Box 23, Belmont MA 02478-0913
518083221 +Derby Office Equipment, Jason Berry, 1040 State Hwy 29a, Gloversville NY 12078-5831
518083224 +Deroche Canvas, Kevin, 283 County Roaute 519, Po Box 443, Belvidere NJ 07823-0443
518083226 +Deronde Tire Supply, John Cesari, 2010 Elmwood Ave, Buffalo NY 14207-1904
518083229 +Derrick Corp, 590 Duke Rd, Cheektowaga NY 14225-5171
518083230 +Derrick Knightjeanette Knight, And Jabin And Fleming Llcas Attys, 530 Hwy 18, East Brunswick NJ 08816-3089
518083235 Des- Unemployment Tax, Az Dept Of Economic Security, Po Box 52027, Phoenix AZ 85072-2027
518083236 +Desantis Dispatch Corp, Anthony, 590 Belleville Tpke, Building 30, Kearny NJ 07032-4241
518083239 Descartes Systems usa Llc, Po Box 404037, Atlanta GA 30384-4037
518083242 +Desco Vacuum Cleaner, Supply Co Inc, 75 Oser Ave, Hauppauge NY 11788-3808
518083246 +Designer Protein, Worldwide Express, 2323 Victory Ave, Dallas TX 75219-7657
518083249 +Desma Casimir-fatal, 74 Locust St, Bridgeport CT 06610-1718
518083250 +Desmarais Law Group, 831 Union St, Manchester NH 03104-3149
518083251 +Desperate Enterprise, Custom Transit Solution, 800 Ridgewood Blvd, Hudson OH 44236-1686
518083253 +Destex Inc, Tom Despart, 1080 Broadway, Albany NY 12204-2530
518083254 +Details Fleetwash, 2 Alewive Pk Rd, Kennebunk ME 04043-6134
518083255 +Details Pressure Wash Svc, Valerie Dawn, 19 Ranger Dr, Kittery ME 03904-1055
518083257 Detergent Marketing Systems, Jomae Stephens, 300 N Lake St, Montgomery IL 60538-1241

518083258 +Detlan Equipment Inc, John Deere Dealer, Po Box 200, Silverdale PA 18962-0200
518083262 +Deutscher And Daughter, Tony Scalfani, 155-04 Liberty Ave, Jamaica NY 11433-1038
518083263 +Devin Delves, 10 Sunset Ave, North Providence RI 02911-2027
518083264 Devin Hollands, Mr Hollands, 106 Lincoln Pkwy, East Rochester NY 14445-1450
518083270 #+Devon Gidley, 7419 Brenish Dr, Gaithersburg MD 20879-4745
518083274 +Dewolf Chemical, Maria Jorges, 300 Jefferson Blvd Ste 206, Warwick RI 02888-3860
518083275 +Dews Door Co, Po Box 485, Cumberland ME 04021-0485
518083276 +Dexter A Lewis And, Goldin And Rivin As Attorneys, 225 Broadway Ste 1015, New York NY 10007-3782
518083277 +Dexter Dry Wall And Paint, 4886 Blue Mountain Rd, Saint Regis Falls NY 12980-3513
518083278 Dexter-russell Inc, Susan Taro, 44 River St, Southbridge MA 01550-1834
518083279 +Df Stauffer Biscuit Co, Donna Stambaugh, Po Box 12002, York PA 17402-0672
518083280 Dhl, Karen Cline, 260 Salem Church Rd, Mechanicsburg PA 17050-2895
518083281 Dhl Global Forwarding, Marie Almeida, 33 Washington St 16th Fl, Newark NJ 07102-3107
518083282 +Dhl Global Forwarding, Andrea Banks, 570 Polaris Pkwy, Westerville OH 43082-7902
518083283 +Dhl Global Forwarding, James Volk, 940 Apollo Rd, Eagan MN 55121-2155
518083284 +Dhl Global Forwarding, Christy Roberts, 301 S Adams St, Peoria IL 61602-1528
518083286 +Diallo Mamadou, 765 Courtland Ave, 16d, Bronx NY 10451-4337
518083287 Diamond Foods Inc, Claims Dept, 310 Main Ave Se, Hickory NC 28602
518232675 +Diamond Reporting And Legal Video, 16 Court St, Ste 907, Brooklyn, NY 11241-1001
518083288 +Diamond Reporting Inc, 16 Court St, Ste 907, Brooklyn NY 11241-1001
518083289 Diamond Wholesale, Hortensia Akerman, 30 Congress Dr, Moonachie NJ 07074-1406
518083290 +Diana Horten, 881 Cambria St, Cresson PA 16630-1712
518083291 +Diane E Hewitt, 8 Omley Pl, New City NY 10956-3209
518083293 +Diaz Landscape Design, And Tree Svc Llc, Yamil Diaz, Po Box 8305, Piscataway NJ 08855-8004
518083320 Dickinson Fleet Svc Llc, Rob Siemers, 7717 Solution Ctr, Chicago IL 60677-7007
518083321 +Dickinson Town Court, 531 Old Front St 4, Binghamton NY 13905-1565
518083322 +Dickman Supply, Dale Mangen, 1425 Sater St, Greenville OH 45331-1672
518083327 +Didax, 395 Main St, Rowley MA 01969-1207
518083330 +Diesel Direct Inc, P O Box 135, Randolph MA 02368-0135
518232676 +Digirolamo, Bj, 25 Spinner Ln, Commack, NY 11725-3243
518083345 +Dimplex, Rose Villapando, 221 S Franklin Rd, Indianapolis IN 46219-7735
518083347 +Dingmans Dairy, 191 Pennsylvania Ave, Paterson NJ 07503-2118
518083350 Diode In Lighting Llc, Claims Dept, 322a Malletts Bay Ave, Winooski VT 05404-1724
518083351 +Dion Security Inc, 92 North St, Burlington VT 05401-5132
518083357 +Dir Salon Furniture, Bina Flam, 24 Woodward Ave, Ste C, Ridgewood NY 11385-1022
518083359 Direct Chassislink Inc, P O Box 603061, Charlotte NC 28260-3061
518083360 #+Direct Coast To Coast Llc, Jenna Lipariti, 19 Crows Mill Rd, Keasbey NJ 08832-1004
518083361 +Direct Distributors, Megan Pickard, 100 Partlo Dr, Garner NC 27529-3367
518083362 Direct Energy, Jonathan Love, P O Box 32179, New York NY 10087-2179
518083363 Direct Energy Business, Po Box 905243, Charlotte NC 28290-5243
518083364 Direct Energy Business Llc, P O Box 70220, Philadelphia PA 19176-0220
518083365 Direct Global Supplies, Mike Gulani, 1 Madison St Unit F10, East Rutherford NJ 07073-1605
518083366 +Direct Metals, And Instant Freight Solutions, Po Box 420529, Atlanta GA 30342-0529
518083367 +Director Employment Security, State Of Il Dept Of Emp Sec, 33 So State St, Chicago IL 60603-2808
518083368 Director Of Finance, Municipal License Tax Division, Mun Of Guaynabo Call Box 7885, Guaynabo PR 00970
518083369 +Director Of Finance, City Of Baltimore, Po Box 13327, Baltimore MD 21203-3327
518083370 +Director Of Finance, Howard County Red Light, Po Box 37236, Baltimore MD 21297-3236
518083371 Director Of Finance, City Of Baltimore, Po Box 17535, Baltimore MD 21297-1535
518083372 Directv, Po Box 5006, Carol Stream IL 60197-5006
518083374 +Discount Towing, Po Box 204, Carmel ME 04419-0204
518083377 Display Designs, Harvey Hacker, 55 Progess Pl, Jackson NJ 08527-3060
518083378 +Display Technologies, Edwin Navarro, 1111 Marcus Ave Ste M68, New Hyde Park NY 11042-2041
518083379 Displays2go, Tina Loureiro, 81 Commerce Dr, Fall River MA 02720-4743
518083380 +Disponzio Lawyer Svc, 85-27 152nd Street, Jamaica NY 11432-2514
518232677 +Distillery, Lockhouse, 41 Columbia St, Buffalo, NY 14204-2133
518083381 +Distributor Corp New England, Francis Senesi, 767 Eastern Ave, Malden MA 02148-5910
518083382 +District 15 447, 652 Fourth Ave, Brooklyn NY 11232-1003
518083383 +District Court Of Maryland, For Cecil County, 170 E Main St, Elkton MD 21921-5933
518083384 +District Court Of Suffolk, County, 400 Carleton Ave, Central Islip NY 11722-4504
518083388 +Diversified Air Sys, Claims Dept Rita Ross, 4760 Van Epps Rd, Cleveland OH 44131-1014
518083389 +Diversified Dairy, Tina Fursback, 496 Kennedy Rd, Cheektowaga NY 14227-1032
518083390 +Diversified Foods Inc, Jane Duvernay, 3115 6th St, Metairie LA 70002-2044
518083391 Diversified Labeling Solutions, Lisa Shulkin, 1285 Hamilton Pkwy, Itasca IL 60143-1150
518083392 Diversified Trans, 19829 Hamilton Ave, Dts 938191, Torrance CA 90502-1341
518083393 +Diversifield Distribution, Laurie Tessier, 128 Singleton St, Woonsocket RI 02895-1884
518083395 +Division Of Consumer Affairs, Dept Of Law And Public Safety, P.o. Box 45027, Newark NJ 07101-8002
518083396 Dixie Ford Sales Limited, 5495 Dixie Rd, Mississauga ON L4W 1E6, Canada
518083397 Dixon Valve And Coupling, 800 High St, Chestertown MD 21620-1105
518083405 +Djs Associates Inc, 1603 Old York Rd, Abington PA 19001-1808
518083408 +Dk Drilling, 214 41 42nd St, Flushing NY 11361-2963
518083409 Dls Worldwide, Tom Nykiel, 1000 Windham Pkwy, Bolingbrook IL 60490-3507
518083411 Dm Express Inc, Urb Garden Hills, Calle Meadow Lane As, Guaynabo PR 00966
518083412 +Dm Kolodziet Realty Llc, 11 Joyce Rd, Peabody MA 01960-4809
518083413 +Dm Towing And Transportation, 254 Old Lyman Rd, South Hadley MA 01075-2653

518083414 +Dm Transportation, Po Box 621, Boyertown PA 19512-0621
518083415 #+Dmc Insurance, 10475 Crosspoint Blvd, Ste 220, Indianapolis IN 46256-3387
518083416 Dmt Transport Inc, Pmb 564, 1353 Rd 19, Guaynabo PR 00966
518083417 +Dmx Logistics Llc, Trisha Beringer, 140 Epping Rd, Exeter NH 03833-4559
518083418 Dnow, Vicky Brossette, 1808 Engineers Rd, Belle Chasse LA 70037-3123
518083419 Do It Best Corp, Po Box 868, Fort Wayne IN 46801-0868
518083425 Doca, 9245 Old Keene Mill Rd, Ste 100, Burke VA 22015-4202
518083426 +Dock And Door Handling Systems, Carl, 29 Spring Hill Rd, Saco ME 04072-9650
518083428 +Doctors United Inc, 1 Bridge St, Ardsley NY 10502-2136
518083432 Dohrn Transfer, 625 3rd Ave, Rock Island IL 61201-8351
518083434 +Doing Better Business Inc, Holly Brandt, Wps Inc, 14500 Byers Rd, Hagerstown MD 21742-1326
518083435 +Dol-osha, Us Dept Of Labor, 420 Madison Ave Ste 600, Toledo OH 43604-1271
518083436 +Dolan Fire Protection Supply, 1195 Airport Rd, Unit B6-2, Lakewood NJ 08701-5970
518083437 +Dole Packaged Foods, Dennis Rihn, 2900 E La Palma Ave, Anaheim CA 92806-2616
518083440 Dollar General, Ann Melinda Burns, 100 Mission Ridge Rd, Goodlettsville TN 37072-2171
518083441 +Dollar Plus Store, Terry Au, 60 Merrick Ave, Merrick NY 11566-3431
518083443 +Dollar Tree Stores Inc, 500 Volvo Pkwy, Chesapeake VA 23320-1604
518083444 Dolliff And Co, 128 Eastern Ave, Chelsea MA 02150-3371
518083445 +Dolores Demarinis, 1548 N Jersusalem Rd, N. Merrick NY 11566-1039
518083446 +Dolores Walch, 19 North Pleasant St, Natick MA 01760-2005
518083447 +Dom And Al, Pino, 1553 State Rte 903, Jim Thorpe PA 18229-2770
518083452 Dome Publishing Co, Debra Kirkman, 10 New England Way, Warwick RI 02886-6904
518083454 Domestic Freightways, Debi Jackson-rz, 1265 Sunrise Hwy Ste 110, Bayshore NY 11706-5925
518083461 +Dominick Dalbo, Bootay Bevington And Nichols Llc, Travis Dunn Esq, 6 Clairton Blvd, Pittsburgh PA 15236-3911
518083462 +Dominick Dalbo V Nemf, Meyer Darrah Buckler Benek And Eck Pllc, Edward G Brandenstein Esq, 600 Grant St Us Steel Tower Ste 4950, Pittsburgh PA 15219-2702
518083463 +Dominicks Auto Body, 999 Township Line Rd, Phoenixville PA 19460-1878
518232679 Dominion Power, 56 Canal Ctr Plz, Alexandria, VA 22314
518232678 +Dominion Power, 801 Fentress Airfield Rd, Chesapeake City, VA 23322-1367
518083465 +Dominion Virginia Power, 120 Tredegar St, Richmond VA 23219-4306
518083470 +Don Gary, 342 Sager Pond Rd, Friedens PA 15541-7207
518083471 Don J Urie Associates, Craig Urie, 3905 N Delsea Dr, Vineland NJ 08360-1664
518083472 +Don Longo Inc, Po Box 479, Gladstone NJ 07934-0479
518083475 +Donald Cipriano-state Marshall, 45 Freight St Ste 1, Waterbury CT 06702-1814
518083476 +Donald K Jagunia And Coia, And Lepore Ltd As Attys, 226 South Main St, Providence RI 02903-7105
518083477 Donald Mcsherry, 12 Buck Dr, Freehold NJ 07728-8001
518083478 Donald Walsh, R 818 Meadow Ave, Scranton PA 18505
518083482 Donegal Insurance Group As Sub, Of Randy And Dianna Kerr, 195 River Rd Pob 302, Marietta PA 17547-0302
518083483 Donegal School District, Po Box 37827, Baltimore MD 21297-7827
518083485 +Donna And John Furino, 35 Roger Dr, Port Washington NY 11050-2514
518083486 +Donna Bociek, 279 Baxter St, Pawtucket RI 02861-1619
518083487 +Donna M Graham, 1716b Twin Crest Dr, Lehighton PA 18235-9183
518083488 Donna Spratt, 23 Samantha Dr, Coram NY 11727-3069
518083489 +Donnellon Mccarthy Enterprises, Donnellon, 10855 Medallion Dr, Cincinnati OH 45241-4829
518083491 +Donofrio’s Body And Paint Shop, 301 Factory Ave, Syracuse NY 13208-1444
518083497 Dons Furniture, Jason Moore, 1118 East Main St, Lancaster OH 43130-4055
518083501 +Door Medic, Main, P O Box 45, Boones Mill VA 24065-0045
518083506 Dorma Usa Inc, Thomas Gockley, 1 Dorma Dr, Reamstown PA 17567
518083507 Dorma Usa Inc, Jim Hume, P O Box 10200, Matthews NC 28106-0220
518083508 +Dorothy Griffith, 92 Depot St, Danby VT 05739-9606
518083509 +Dorothy Griffith V, New England Motor Freight Inc, Dennis Donnelly, 2024 State St, Schenectady NY 12304-2140
518083510 +Dorothy Karp, 2931 Pittston Ave, Scranton PA 18505-3139
518083511 +Dorr Co, 209 Riverside Heights, Manchester Center VT 05255-9275
518083518 +Doshi Diagnostic Img Svc, 560 South Broadway, Ste 101, Hickisville NY 11801-5013
518083522 Double Aught Lumber Inc, Debra Jones, 1024 Owego Rd, Candor NY 13743-2333
518083529 +Douglas Bottomley, 2061 Broadway, Darien NY 14040-9790
518083530 +Douglas Frosch, 124 Hannastown Rd, Butler PA 16002-9028
518083531 +Douglas J Ward, 43 Westhill Rd, Vestal NY 13850-3639
518083532 Douglas Stephens Plastics, Nancy Sadkin, Po Box 2775, Paterson NJ 07509-2775
518083539 +Dover Electric, Chris Whitney, 1631 S Dupont Hwy, Dover DE 19901-5119
518083541 +Dow Chemical Co, Xpo Supply Chain, Po Box 2688, Portland OR 97208-2688
518083542 Dow Chemical Usa, Schneider Logistics Inc, Po Box 78158, Milwaukee WI 53278-8158
518083548 +Downforce Air Solutions Llc, 1805 Loucks Rd Ste 800, York PA 17408-7902
518232680 +Downingtown Municipal Building, 10 West Lancaster Ave, Downingtown, PA 19335-2825
518083551 Doyle Security Systems Inc, Po Box 28460, New York NY 10087-8460
518083555 Dp Tool And Machine, Debbie Quinter, 5638 Tec Dr, Avon NY 14414-9548
518083556 +Dpr Enterprises Inc, Hampton Inn, Po Box 2005, Hagerstown MD 21742-2005
518083557 Dr Hauschka Skin Care, Daniel Roos, 20 Industrial Dr E, South Deerfield MA 01373-7301
518083558 +Dr Powledge Occ Med, 512 B Mcdowell Ave Ne, Roanoke VA 24016-1532
518083559 +Dr Taylor, 500 Chase Pkwy, Waterbury CT 06708-3346
518083560 +Dr Vincenzo Sellaro Lodge 2319, R Grahm Journal Chairperson, 53 Brooksite Dr, Smithtown NY 11787-3474
518083561 +Draft Cargoways Indi, C T S, Po Box 441326, Kennesaw GA 30160-9527
518083564 +Drain Doctors, 8 Cedar Cliff Dr, Camp Hill PA 17011-7601
518083565 +Drake Lawn And Garden, 9570 County Rd, Clarence Center NY 14032-9239

518083566 +Drake Loeb Heller Kennedy, Gogerty Gaba And Rodd Pllc, 555 Hudson Vly Ave Ste 100, New Windsor NY 12553-4749
518083567 +Drake Tractor, 9570 County Rd, Clarence Center NY 14032-9239
518083571 +Drapemasters, Peter Roumel, 3801 Vernon Blvd, Long Islans City NY 11101-6286
518083577 Dressel Welding Supply Inc, Po Box 69016, Baltimore MD 21264-9016
518083578 +Drew And Rogers Inc, Drew, 30 Plymouth St, Fairfield NJ 07004-1622
518083581 Driving Ambition Inc, Laura Gibson, Marquette Finance, Nw 6333 Po Box 1450, Minneapolis MN 55485-6333
518083582 Drl Transport, Donna Vars, Po Box 248, Windham NH 03087-0248
518083583 +Drogens Electric Sup, Edith Aylesworth, 244 River St, Oneonta NY 13820-2242
518083585 +Drt Transportation, 850 Helern Dr, Lebanon PA 17042-7456
518083586 Drug Plastics And Glass, Dm Transportation, Po Box 621, Boyertown PA 19512-0621
518083587 Drum Rock Products, Monette Hinger, 44 Fullerton Rd, Warwick RI 02886-1422
518083593 +Dry Bridge Commerce Park Llc, 376 Dry Bridge Rd, Building C Unit 2, North Kingstown RI 02852-5249
518083594 Dryden Lawn And Recreation, North St Box 605, Dryden NY 13053-0605
518083596 Ds Machine Llc, Bill Lapp, 238b Old Leacock Rd, Gordonville PA 17529-9501
518083597 +Dsc Logistics, Michael Winslow, 400 Nestle Way, Breingsville PA 18031-1520
518083598 Dsc Logistics, Christina Baldassarra, 1750 South Wolf Rd, Des Plaines IL 60018-1924
518083599 +Dsi Door Svc Inc, Dsi, Po Box 8772, Portland ME 04104-8772
518083600 +Dsv, 3900 Olympic Blvd, Ste 250, Erlanger KY 41018-3516
518083601 +Dsv Air, 230-39 Intl Airport Center Blvd, Ste 1000, Springfield Gardens NY 11413-4104
518083603 Dsv Air And Sea Inc, Mayte Cobos, 5420 W Southern Ave, Indianapolis IN 46241-5599
518083604 Dsv Road Inc, 4460 44th St Se, Ste G, Grand Rapids MI 49512-4096
518083605 Dsv Road Inc, Gail Shryock, Po Box 1685, Medford OR 97501-0130
518083606 +Dsv Transport, Jacob Andersson, 100 Walnut Ave Ste 405, Clark NJ 07066-1247
518083607 +Dt Fields, Po Hbox 243, Glenelg MD 21737-0243
518083608 Dti, Po Box 936158, Atlanta GA 31193-6158
518083609 +Duane Filchner, 585 East 12th St, Northampton PA 18067-1732
518083623 +Dugan Landscaping Inc, 8438 Haines Rd, Pennsauken NJ 08110-3316
518083627 +Duka Corp-brunswick Pizza, 2750 Hwy 27, North Brunswick NJ 08902-1042
518083634 +Dulles Electric, Robert Hindes, 22570 Shaw Rd Ste 150, Dulles VA 20166-4393
518083635 +Dulles Greenway, 45305 Catalina Ct, Ste 102, Sterling VA 20166-2337
518232681 Dulles Toll Road Administration, 8500 Toll Plz Ln, Mclean, VA 22102
518083637 +Dumond Chemicals Inc, Donna Herkert, 1475 Phoenixville Pike Ste 18, West Chester PA 19380-1439
518083639 +Dunarex Corp, Patti Ricci, 10 Glenshaw St, Orangeburg NY 10962-1207
518083644 Dundas Jafine Inc, 11099 Broadway St, Alden NY 14004-9517
518083652 Dunn Electric, Nathan Cator, 76 Robinson St, Binghamton NY 13901-2522
518083660 +Dunphey Smith, Jeffrey Clayton, 224 Hwy 71, Manasquan NJ 08736-2804
518083662 +Duplicating Consultants Inc, 315 Creekside Dr, Amherst NY 14228-2076
518083663 Dupont Nutrition Usa Inc, Rhonalyn Arsenal, 974 Centre Rd, Wilmington DE 19805-1269
518083664 +Dupont Sourcing Loss And Damage, Patti Welsh, 974 Centre Rd, Crp 721 S-1100 1189, Wilmington DE 19805-1269
518083671 +Dura Bar Metal Svc, 90 Grumbacher Rd, York PA 17406-8420
518083673 Dura Bilt Products, Doug Beard, Po Box 188, Wellsburg NY 14894-0188
518083674 Dura Plastics, Gary Walter, 600 S Line St, Frackville PA 17931-2407
518083675 +Durable Corp, 75 N Pleasant St, Norwalk OH 44857-1218
518083676 Durable Packaging Inc, Deb Rabin, 750 Northgate Pkwy, Wheeling IL 60090-2660
518083677 Durakleen Usa Inc, Marjorie Cedeno, 458 East 101 St, Brooklyn NY 11236-2106
518083680 Duratech Group, 435 Oehler Pl, Carlstadt NJ 07072-2703
518083681 Duravent, Maria Arteaga, 10 Jupiter La, Albany NY 12205-4947
518083686 Durkee Mower Inc, 2 Empire St, Lynn MA 01902-1815
518083687 Durkee Mower Inc, Edie Harris, 2 Empire St, Lynn MA 01902-1815
518083689 Duro Hilex, M33 Claims, P O Box 26277, Greensboro NC 27402-6277
518083691 +Dust Inc, Oscar Alm, 1500 Thames Stm Unit 302, Baltimore MD 21231-3467
518083694 +Dutchess Overhead Doorsinc, 40 Arlington Ave, Poughkeepsie NY 12603-1660
518083696 +Dutys Locksafe And Security, 3101 Gettysburg Rd, Camp Hill PA 17011-7208
518083700 +Dws Dba Selection Unlimited, Jerome Mendicino, 102 Kimball Ave Unit 2, South Burlington VT 05403-6800
518083701 +Dws Inc, Jerome Mendicino, 102 Kimball Ave- Ste 2, South Burlington VT 05403-6800
518083702 +Dws Pallet Inc, Marie Guntis, 89 N Industry Ct, Deer Park NY 11729-4601
518083703 Dws Printing, Marie Guntis, 89 N Industry Ct, Deer Park NY 11729-4601
518083704 Dwt, David Walsh, Po Box 790, Chanhassen MN 55317-0790
518083709 +Dychem International Inc, 560 North 500 West, Salt Lake City UT 84116-3429
518083716 #+Dylan Ziemkiewicz, 6301 Northbrook Ln Apt 1, Toledo OH 43612-4767
518083717 +Dynacorn International, Eddie Nassan, 5905 Brownsville Rd, Pittsburgh PA 15236-3507
518083718 +Dynacorn International Llc, Stacy Eagle, 4030 Via Pescador, Camarillo CA 93012-5044
518083719 Dynamic, 7373 Western Ave, North Bergen NJ 07047
518083720 Dynamic Design Inc, Steve Bruno, 3280 W 37th St, Hollywood FL 33021
518083721 +Dynamic Dock And Door Inc, Po Box 372, East Longmeadow MA 01028-0372
518083722 +Dynamic Dock And Door Inc, 64 Lowell St, West Springfield MA 01089-3507
518083723 Dynamic Warehousing, 21 Lawrence Paquette, Champlain NY 12919-4857
518083724 Dynapower Co, Joanne Gordon, 85 Meadowland Dr, South Burlington VT 05403-4401
518083725 Dynarex Corp, Claims Dept, 10 Glenshaw St, Orangeburg NY 10962-1207
518083726 Dynarex Corp, Patti Ricci Lori Aldoroty, 10 Glenshaw St, Orangeburg NY 10962-1207
518083727 +Dynasty Worldwide Logistics, 160-19 Rockaway Blvd, Jamaica NY 11434-5100
518083730 +E And M Truck And Trailer Repair Inc, 7 Colwell Rd, Harrisville RI 02830-1804
518083731 +E C Barton And Co, Kevin Mc Fadden, Po Box 16360, Jonesboro AR 72403-6705
518083733 +E I Dupont, Trans Audit Inc, 11 Marshall Rd, Wappingers Falls NY 12590-4123

518083734 +E Young And Co Llc, 190 Fairfield Ave, West Caldwell NJ 07006-6418
518083735 +E-z Pass Maryland, State Of Maryland, Po Box 17600, Baltimore MD 21297-1600
518089150 ++ENTERSOLAR LLC, 805 3RD AVE, FL 20, NEW YORK NY 10022-7575
(address filed with court: Maxsolar Llc, Lindsey Boyer, 805 Third Ave, 20th Floor, New York NY 10022)
518084272 ++++EXTREME CW SYSTEMS, 137 GENESEE ST, ONEIDA NY 13421-2702
(address filed with court: Extreme Cw Systems, 28 Genesee, Oneida NY 13421)
518083736 +Ea Logistics, Cts, 1915 Vaughn Rd, Kennesaw GA 30144-4579
518083740 +Eagle Hauling Inc, 5 Clearview Ave, Selden NY 11784-3703
518083741 +Eagle Home Products Inc, Elma Steinberg, 1 Arnold Dr, Huntington NY 11743-3981
518083742 +Eagle Systems Inc, 2421 Harlem Rd, Buffalo NY 14225-4513
518083743 +Eagle Towing And Recovery Inc, Po Box 542, Milesburg PA 16853-0542
518232682 +Ean Holdings Llc, 14002 East 21st St, Tulsa, OK 74134-1424
518083749 Earth Friendly Prod, Claims Dept, 50 Lackawa Natreet, Norwood NJ 07648-2002
518083750 Earthlink Business, Customer Care, Po Box 2252, Birmingham AL 35246-1058
518083751 Earthwise Bags, Naomi Lazar, 2819 Burton Ave, Burbank CA 91504-3224
518083752 #+Easco Laundry Systems, Misty Fields, Po Box 3461, Salisbury MD 21802-3461
518083753 East Brunswick Municipal Court, Po Box 1081, East Brunswick NJ 08816-1081
518083754 East Coast Ces Corp, P O Box 21022, New York NY 10087-1022
518083755 +East Coast Chair And Barstool, Claudia Porter, 966 Perry Hwy, Mercer PA 16137-3622
518083756 East Coast Electronic Material, Helen Bell, 1662 Elm St, Manchester NH 03101-1243
518083757 East Coast Glove And Supply, Ralph Milano, 1525 Ocean Ave Ste A4, Bohemia NY 11716-1928
518083758 +East Coast Warehouse, Translogistics, 321 N Furnace St Ste 300, Birdsboro PA 19508-2061
518083759 East Hampton Town Hall, Justice Court, 159 Pantigo Rd, East Hampton NY 11937-2697
518083760 East Penn Manufacturing Coinc, Po Box 784191, Philadelphia PA 19178-4191
518083761 East River Energy Inc, E River, Po Box 388, Guilford CT 06437-0388
518083762 East River Energy Inc, Po Box 388, Guilford CT 06437-0388
518120903 +East River Energy, Inc., 401 Soundview Road, Guilford, CT 06437-2971
518083765 +East West Bank, Saad Khawaja Vp-portfolio Manager, 535 Madison Ave, 8th Fl, New York NY 10022-4285
518083768 East West Bank, Andrew Ross Svp, 533 Madison Ave, 8th Floor, New York NY 10022
518083764 East West Bank, Rhonda Lee Svp, 533 Madison Ave, 8th Fl, New York NY 10022
518083766 +East West Bank, Po Box 1406, Alpharetta GA 30009-1406
518083763 +East West Bank, David Mills Fvp-realtionship Manager, 1826 North Wolcott Ave, Chicago IL 60622-1004
518083767 East West Bank, Kelly Yang, Po Box 60020, City Of Industry CA 91716-0020
518083769 +East West Equipment Finance, Jon Mercer Vp Credit Underwriter, 2475 Northwinds Pkwy, Ste 330, Alpharetta GA 30009-4809
518083772 Easterly Wine, Dan Tarr, 30 Washington St, Belfast ME 04915-6629
518083774 Eastern Boats Inc, Skip Wolfe, 31 Industrial Way, Milton NH 03851-4335
518083775 +Eastern Burlap And Trading, Jason Chandler, 834 W 25th St, Norfolk VA 23517-1111
518083776 Eastern Copy Product, Terrance Nelson, 1224 West Genesee St, Syracuse NY 13204-2104
518083777 Eastern Fire Svc Inc, Eastern Fire, 170 Kittyhawk Ave, Po Box 1582, Auburn ME 04211-1582
518083778 +Eastern Lift Truck, P O Box 307, Maple Shade NJ 08052-0307
518083780 +Eastern Mountain Sports, Natasha Conzalez, 160 Corporate Ct, Meriden CT 06450-7177
518083781 +Eastern Office Supply Co, 139 Erie Blvd, Schenectady NY 12305-2204
518083782 Eastern Pa Supply, Claims Dept, 700 Scott St, Wilkes Barre PA 18705-3626
518083784 Eastern Tea, Kathleen Pajak, 1 Engelhard Dr, Monroe Township NJ 08831-3722
518083786 Easton Auto Body, 1328 Elm St, Easton PA 18042-4724
518083787 +Eastwest Bank, 9300 Flair Dr, Ste 106, El Monte CA 91731-2850
518083788 +Eastwood Towing Inc, Ray, 3080 E Main St, Waterbury CT 06705-3422
518083789 Easy Gardner, Mindy Whiteley, Po Box 21025, Waco TX 76702-1025
518083790 +Easy Street, 364 Route 108, Somersworth NH 03878-1590
518083791 Easy Way Trading, John Jun Lee, 10700 Seymour Ave, Franklin Park IL 60131-1236
518083792 +Easyway Dba Cargois Inc, Don Chung, 850 Dillen Dr, Wood Dale IL 60191-1269
518083793 +Eaton Electrical, Trans Audit, 11 Marshall Rd Ste2d, Wappingers Falls NY 12590-4132
518083794 +Eaton Hydraulics, Trans Audit, 11 Marshall Rd Ste2d, Wappingers Falls NY 12590-4132
518083795 +Eaton Lighting, Trans Audit Inc, 11 Marshall Rd 2d, Wappingers Falls NY 12590-4123
518083796 +Eaton Lighting, Allan Halls, 1121 Hwy 74 S, Peachtree City GA 30269-3019
518083797 +Eaton Municipal Court, 1199 Preble Dr, Eaton OH 45320-9398
518083798 +Eaton Truck, Trans Audit, 11 Marshall Rd Ste2d, Wappingers Falls NY 12590-4132
518083801 Ebco Absorbents Inc, 17 Friars Dr 15, Hudson NH 03051-4926
518083802 Eberl Iron Works Inc, Jonathan Schanne, 128 Sycamore St, Buffalo NY 14204-1448
518083804 +Eblens Casual, Donna Fracusso, 299 Industrial Ln, Torrington CT 06790-2326
518083805 +Ebukas Auto Center Eac Inc, 1651 Utica Ave, Brooklyn NY 11234-1524
518083809 +Echo Global Logistic, 600 W Chicago Ave, Ste 830, Chicago IL 60654-2801
518083813 +Eckart America, 830 E Erie St, Po Box 747, Painesville OH 44077-0747
518083814 +Ecker Corp, Eric Rubin, Po Box 186, Oakhurst NJ 07755-0186
518083819 +Ecks Garage, 3074 Lycoming Mall D, Muncy PA 17756-6634
518083821 +Ecmc, Lockbox 7096, P O Box 16478, St Paul MN 55116-0478
518083823 Ecological Fibers, Doreen Arsenault, 730 York Ave, Pawtucket RI 02861-2846
518083824 Ecometics Inc, Joanne Takacs, 19 Concord St, South Norwalk CT 06854-3706
518083826 Economy Decor, Mendel Rochlitz, 1361-51st, Brooklyn NY 11219
518083827 +Ecotec Rtd, Ctsi Global, 5100 Poplar Ave 15th, Memphis TN 38137-4000
518083828 +Ecowater Systems, Franes Klock, 2026 E College Ave, State College PA 16801-7201
518083829 +Ecp, Tracie Nickley, 11210 Katherines Crossing, Woodridge IL 60517-4043
518083830 +Ecton And Son Svc And Repair, 14045 Mercersburg Rd, Greencastle PA 17225-8637
518083831 Ecu Worldwide, Calex Hernandez, 2401 Nw 69th St, Miami FL 33147-6883
518083832 Ed And Ed Business Technology, Po Box 280, Westmoreland NY 13490-0280

518083833 +Ed And Son Glass Inc, 619 East Main St, Maple Shade NJ 08052-1309
518083834 +Ed Cunius, 623 Sugar Bridge Rd, West Chester PA 19380-1664
518083835 +Ed Goddard, Ed, 11 Ira Allen Dr, Essex Junction VT 05452-2909
518083836 +Ed Lachance, Mr Lachance, 532 Wilet Ave, Riverside RI 02915-2655
518083837 Ed Logistics, Laura Davis, 1 Solutions Way, Waynesboro VA 22980-1971
518083838 +Eda Fragrances, Claims Dept, 1 Ackerman Ave, Clifton NJ 07011-1501
518083839 Edco Supply, Krista Dyer, 323 36th St, Brooklyn NY 11232-2503
518083840 Eddington Thread, 3222 Knights Rd, Bensalem PA 19020-2825
518083843 +Edgemate Products, Nick Benjamin, 213 Smith Transport Rd, Roaring Spring PA 16673-2248
518083844 +Edible Arrangements-121, Melonman, 220 Ryders Ln, Milltown NJ 08850-1353
518083846 +Edison Ibanez, 530 W Pk Ave, Long Beach NY 11561-3016
518083847 +Edison Municipal Court, 100 Municipal Blvd, Edison NJ 08817-3302
518083848 Edison Nj Environmental Center, 2890 Woodbridge Ave, Edison NJ 08837-3679
518083849 Edison Radiology Group Pa, Po Box 3271, Indianapolis IN 46206-3271
518083852 +Edith Garcia Torres And Roberto, Vega Individually And As, Husband And Wife, 300 Tresser Blvd Apt 3g, Stamford CT 06901-3214
518083853 +Edlong Corp, RK Logistics, Po Box 0668, Palatine IL 60078-0668
518083859 +Edward Brizard, 12 Orchard St 1st Fl, North Providence RI 02911-2535
518083860 Edward Don And Co, Alan Hoffman, 2550 Paysphere Cir, Chicago IL 60674-0001
518083861 +Edward Guyette, 39 Oneida River Rd, Pennelleville NY 13132-3153
518083862 Edward Joy, Carl Ruediger, 905 Canal St, Syracuse NY 13210-1203
518083863 Edward Joy Co, Amanda Perrine, Po Box 6967, Syracuse NY 13217-6967
518083864 +Edward Oldenburgjr, 298 Center Deen Ave, Aberdeen MD 21001-2043
518083865 Edward R Hamilton, Nygren Associates, 147 Route 7 S, Falls Village CT 06031-1603
518083866 +Edwards Councilor, Airport Ind Park, 1427 Baker Rd, Virginia Beach VA 23455-3321
518083867 +Edwards Vacuum, Mark Saunders, 6416 Inducon Dr W, Sanborn NY 14132-9019
518083881 +Edwin And Elisc Daymonde, Balzano And Tropiano Pc, 321 Whitney Ave, New Haven CT 06511-3716
518083882 +Edwin Ridenhour, 20 State St, Ossining NY 10562-4608
518083883 +Eeoc Chicago District Office, Julianne Bowman Director, 500 West Madison St, Ste 2000, Chicago IL 60661-2592
518083884 +Eeoc Indianapolis District Office, Michelle Eisele Director, 101 West Ohio St Ste 1900, Indianapolis IN 46204-4239
518083885 +Eeoc New York District Office, Kevin J Berry Director, 33 Whitehall St, 5th Floor, New York NY 10004-2167
518083886 Eeoc Philadelphia District Office, Jamie Williamson Director, 801 Market St Ste 1300, Ste 1300, Philadelphia PA 19107-3127
518083887 Eetertape Polymer Group, Raj Gosal, 9999 Cavendish Blvd Ste, St-laurent QC H4M2X5, Canada
518083888 Efax Corporate, J2 Global Communicationsinc, Po Box 51873, Los Angeles CA 90051-6173
518083889 Efco Products Inc, Gail Gitlin, Po Box 991, Poughkeepsie NY 12602-0991
518083890 +Efficient Lighting Consultants, 31 Pecks Ln Unit 2, Newtown CT 06470-5312
518083891 +Efren Segura And Sackstein, Sackstein And Lee As Attorneys, 1140 Franklin Ave Ste 210, Garden City NY 11530-1675
518083892 +Efs Llc, Wex Inc, Jon Dowell Legal Director Global Fleet, 312 West End Ave Ste 900, Nashville TN 37205
518083893 Efs Transportation Svc, Cust 2204501504070, P O Box 630038, Cincinnati OH 45263-0038
518083895 +Ehis Odia, 147 E Fulton Rd, Wilmington DE 19803-1549
518083896 Ehl Imports, Joe Abadi, 148 W 37th St Fl 8, New York NY 10018-6979
518083898 Ehsa Outdoor Power Products, Leslie Benedict, 1303 State Rte 37, Hoganburg NY 13655-1832
518083901 +Eimc Llc, AC Migdal Insurance, 111 Town Square Pl S, Jersey City NJ 07310-1723
518083902 +Eimskip Logistics, Dave Balli, 147-60 175th St, Jamaica NY 11434-5415
518083906 +Eklund Sys For Business Inc, 6532 Fremont Rd, East Syracuse NY 13057-9453
518083908 +El Mar Media And Publishing Inc, New Vesnik Nj, 2024 Fair Lawn Ave 2nd Fl, Fair Lawn NJ 07410-2327
518083909 El Mustee And Sons Inc, Pat Miller, 5431 W 164th St, Cleveland OH 44142-1511
518083911 +Elaine Lewis, Susan J Pappas Attorney, 205 W Randolph St, Chicago IL 60606-1867
518083912 +Elaine Lewis And Susan J Pappas, As Attorney, 205 W Randolph St, Chicago IL 60606-1867
518232683 +Elam, Karn, 1406 Chicago Ave, Evanston, IL 60201-4727
518083915 Elantas Pdg Inc, Nancy Clark, 1405 Buffalo St, Olean NY 14760-1139
518083916 Elberon First Aid And Rescue Squ, Po Box 2325, Elberon NJ 07740-2325
518083917 +Elder Ag And Turf Equip, John Deere Dealer, 4488 Greenville Sandy Lak, Stoneboro PA 16153-1714
518083918 +Elder Ag And Turf Equip, John Deere Dealer, 8522 Olean Trl, Fairmount City PA 16224-4040
518083924 +Electric Battery Co Llc, 178-15 Eveleth Road, Jamaica NY 11434-3498
518083925 Electric Connection Inc, Daniel Smith, 800 Greenville Ave, Staunton VA 24401-4940
518083926 +Electric Inc, Electric, 140 Mill St, Newburgh NY 12550-5837
518083927 +Electric Insurance Co, 75 Sam Fonzo Dr, Beverly MA 01915-1000
518083928 +Electric Supply Center, Matt Moore, 205 Wildwood Ave, Woburn MA 01801-2025
518083929 Electrical Distributing Co, Joann Galdieri, 637 Luzerne St, Scranton PA 18504-2626
518083930 Electrical Supply, Lisa Ashworth, 594 Depot St Ne, Christiansburg VA 24073-2014
518083931 Electrical Supply Of Milford, Kevin Simoneau, 318 South St, Milford NH 03055-3734
518083932 Electrical Wholesalers, Claims Dept, 970 Wellington Ave, Cranston RI 02910-3721
518083933 +Electrico Inc, Paul Guest, 1300 Racquet Rd, Baltimore MD 21209-2138
518083934 Electro Diagnostic Pmr, 5822 B Broadway, Bronx NY 10463
518083935 +Electrolux, Dm Transportation, Po Box 621, Boyertown PA 19512-0621
518083936 Elektrisola, Jill Heggs, 126 High St, Boscawen NH 03303-2808
518083937 Elementis Specialtie, Nina Norman, 469 Old Trenton Rd, East Windsor NJ 08520
518083938 Elementis Specialties Inc, Schneider Logistics, Po Box 2666, Green Bay WI 54306-2666
518083939 +Elements Distinctive Lighting, 227 Glen Cove Rd, Carle Place NY 11514-1221

518083940 +Elements Specialties Inc, Schneider Logistics, Po Box, Milwaukee WI 53278-0001
518083941 +Eleno Cruz, 332 Ardmore Ave, Trenton NJ 08629-1803
518083942 +Elevator Interior Design, 100 Marine Blvd, Lynn MA 01905-3046
518232684 +Elevator Interior Design, Marc Scannelli Purchasing Mgr, 100 Marine Blvd, Lynn, MA 01905-3046
518083944 +Elise Daymonde And Balzano And, Tropiano Pc As Attys, 321 Whitney Ave, New Haven CT 06511-3716
518083946 +Elite Automotive, 125 Park St, Bristol CT 06010-6052
518083947 +Elite Brands, Suzanne Mule, 61 E Industry Ct, Deer Park NY 11729-4725
518083948 +Elite Cleaning Co, 25 Daggett St, Portland ME 04103-4304
518083949 +Elite Envelope, 280 Pond St, Randolph MA 02368-2668
518083950 Elite Express, Jim Lombardi, 30 Village Ct, Hazlet NJ 07730-1533
518083951 +Elite Power Systems, Kcalore, Po Box 361, Medford NJ 08055-0361
518083952 Elite Spice, Tfm, 5905 Brownsville Rd, Pittsburgh PA 15236-3507
518083953 Elite Spice Inc, Tabitha Stewart, 7151 Montevideo Rd, Jessup MD 20794-9308
518083954 Elite Spice Inc, Tabitha Stewart, 1415 Magellan Rd, Hanover MD 21076-1757
518083955 Elite Studio E, Triboro Installers, 1863 New Hwy, Farmingdale NY 11735
518083956 +Elizabeth Arden, Patrick Wiley, 1751 Blue Hills Dr Ne, Roanoke VA 24012-8602
518083957 +Elizabeth Arden, Amer Truck And Rail, Po Box 278, North Little Rock AR 72115-0278
518083958 Elizabeth Arden And M Tricoci, Michael Tablante, 390 N Medinah Rd, Roselle IL 60172-4321
518083959 +Elizabeth Auto Wrecking Co, 450 Route 1 North, Elizabeth NJ 07202-3652
518083960 Elizabeth Coalition To, Linda Flores-tober, House The Homeless, 118 Division St, Elizabeth NJ 07201
518083961 Elizabeth Electric Supply, Stephen Posa, Po Box 328, Elizabeth PA 15037-0328
518083962 Elizabeth Gibbons, Jeffrey Yelen Esq, Attorney For Plaintiff Yelen Law Offices, 1000 Citizens Bank Ctr 8 West Market St, Wilkes - Barre PA 18701
518083963 +Elizabeth Gibbons V, New England Motor Freight Inc Et Al, Roger A Balliet, 2856 Church Hill Rd, Lehighton PA 18235-4323
518083964 +Elizabeth Municipal Court, One Police Plaza, Elizabeth NJ 07201-2300
518083967 +Elizabethtown Gas, 1085 Morris Ave, Ste 150, Union NJ 07083-7136
518083969 +Elk East Llc, 1-71 North Avenue East, Elizabeth NJ 07201-2958
518083970 +Elk East Llc, Whiteford Taylor And Preston Llp, Edward U Lee, Seven Saint Paul St Ste 1500, Baltimore MD 21202-1636
518083971 +Elk Lighting Inc, 12 Willow Ln, Nesquehoning PA 18240-1228
518083972 Elkind And Dimento, 2090 East Rte 70, Cherry Hill NJ 08003-1250
518083977 +Elleen Gomez, 5 Catoctin Ct, Silver Spring MD 20906-2084
518083979 +Ellicottville Brewing Co, Kurt Gutshall, Po Box 1421, Ellicottville NY 14731-1421
518083980 +Elliot And Frantz Inc, John Deere Dealer, Po Box 1215, Jessup MD 20794-1215
518083981 +Elliot J Fishman Pc As Atty, For Samuil Shuteris, 104 West 40th St Ste 444, New York NY 10018-3617
518083982 +Elliott Jasper Auten And Shkolar, Attys For S And R Michalenoick, 831 Union St, Manchester NH 03104-3149
518083984 +Ellis Hospital, 1101 Nott St, Schenectady, NY 12308-2489
518083990 +Ellsworth Electric Inc, Md, 88 West Lee St, Hagerstown MD 21740-6031
518232685 +Elly Poston Interior And Clair Florence, 376 Oyster Bay Rd, Locast Valley, NY 11560-2304
518083992 +Elmers Auto Body Shop Inc, 201-209 Route 130, West Collingswood Heights NJ 08059-1904
518083994 +Els Products Corp, 94 Jefryn Blvd East, Unit D, Dear Park NY 11729-5728
518083996 +Elt Arco, 6835 Cochran Rd, Ste C, Solon OH 44139-3927
518083998 +Elvy Decoo, 3066 E St, Philadelphia PA 19134-3020
518084000 +Em Kutz Inc, 2456 Morgantown Rd, Reading PA 19607-9631
518084001 +Ema-kimball Emergency Medical, Po Box 6192, Parsippany NJ 07054-7192
518232686 +Embassy Creations, Manton Industrials, 120 Manton Ave, Providence, RI 02909-3367
518084003 +Emco Express Llc, Sean Desrosiers, Po Box 146, Deerfield NH 03037-0146
518084004 +Emera Maine, Po Box 11008, Lewiston ME 04243-9459
518084005 Emerald Document Imaging, Stephen Hurley, 100 Milbar Blvd, Farmingdale NY 11735-1425
518084006 +Emerald Island Supply Co, 1135 Station Rd, Medford NY 11763-4426
518084007 +Emerald Resources, 320 Gateway Pk Dr, North Syracuse NY 13212-3737
518084008 +Emergency Assoc Woonsocket, 66 West Gilbert St, Red Bank NJ 07701-4947
518084009 +Emergency Care Svc Of Ny, Po Box 635578, Cincinnati OH 45263-5578
518084010 Emergency Phy Assoc No Jersey, Po Box 635551, Cincinnatti OH 45263-5551
518084011 +Emergency Physicians Assoc Of, North Jersey Pc, Po Box 740021, Cincinnati OH 45274-0021
518084014 +Emerson Healthcare, Geodis, Po Box 2208, Brentwood TN 37024-2208
518084015 Emerson Healthcare, Ohl, P O Box 2208, Brentwood TN 37024-2208
518084016 +Emerson Liebert Corp, Nvision Global, 1900 Brannan Rd, Ste 300, Mcdonough GA 30253-4324
518084017 Emerson Swan Inc, Andy Stephens, 55 Pacella Pk Dr, Randolph MA 02368-1755
518084018 Emi Yoshi Inc, Natalia Solano, 1200 Jersey Ave, North Brunswick NJ 08902-1716
518084019 Emilamerica, Dave Bouchard, 22701 Dulles Summit Ct, Dulles VA 20166-9575
518084022 Emilie Langford, 856 Lost Nation Rd, Groveton NH 03582-4504
518084023 Emj Metals, Jeanne Roy, 59 South St, Hopkinton MA 01748-2212
518084027 Emp Of New Haven County Llc, 848307n, Po Box 848307, Belfast ME 04915
518084028 +Emp Of Samaritan Pllc, Po Box 18920, Belfast ME 04915-4084
518084029 +Emp Of Suffolk County Pllc, Po Box 848436, Boston MA 02284-8436
518084030 +Empaco Equipment Corp, 2 K’s Ltd, 2958 Brecksville Rd, Richfield OH 44286-9747
518084031 +Empire Commercial Svc Lp, Empire Commercial Servic, 543 Cary Ave, Staten Island NY 10310-1942
518084032 Empire Distributing, Julie Potter, 7406 Route 98, Arcade NY 14009-9713
518084033 +Empire Freight Logis, 6567 Kinne Rd, Syracuse NY 13214-1923
518084034 +Empire Freight Logistics, Jill Thomas, 6567 Kinne Rd, Dewitt NY 13214-1923
518084035 Empire Freight Logistics, Jill Thomas, 2521 Busse Rd, Elk Grove Village IL 60007-6118
518084036 +Empire International, 225 Meadowlands Pkwy, Secaucus NJ 07094-2316

518084037 +Empire Led Solutions, Dianne Reitberger, Senior Project Manager, 120 Toledo St, Farmingdale NY 11735-6625
518084038 +Empire Merchants Llc, 16 Bridgewater St, Brooklyn NY 11222-3804
518084039 Empire Pools Inc, Kevin Soterion, 655 Mast Rd, Manchester NH 03102-1203
518084040 Empire State Mine, 408 Sylvia Lake Rd, Gouverneur NY 13642-3597
518084041 Empirical Group, Catherine Hernandez, 155 Chestnut Ridge Rd, Montvale NJ 07645-1156
518084042 +Employment Group Inc, 4625 Beckley Roadbuilding 200, Battle Creek MI 49015-7957
518084043 Emsco Group, Nancy Bottom, 617 Church St, Girard PA 16417-1515
518084045 +Enchante Accessories, Waleska Ivelissa Soto, 500 Kennedy Dr, Sayreville NJ 08872-1472
518084046 +Enco Diagnostic Laboratory, 1857 86th St, Brooklyn NY 11214-3108
518238161 +Encompass Insurance Company a/s/o Jerry Berger, 721 US Highway 202-206, Bridgewater, NJ 08807-1760
518084047 Encon Group Inc, P O Box 8839, Postal Stationafront St, Toronto ON M5W 1P6, Canada
518084051 +Endurance American Specialty Ins Co, 1221 Ave Of The Americas, New York NY 10020-1001
518084052 +Enerco Group Inc, Kevin Jones, 4560 W 160th St, Cleveland OH 44135-2628
518084053 Enercon Technologies, Angela Williams, 25 Northbrook Dr, Gray ME 04039-9451
518084054 Energizer, Bonnie Green, 401 Gage St, Bennington VT 05201-2515
518084055 +Energy Electric Co Inc, 740 Quaker Highway, Uxbridge MA 01569-2227
518084056 +Energy Gases Inc, 5851 Butternut Dr, East Syracuse NY 13057-9515
518084058 Engineered Matl Solution, 39 Perry Ave, Attelboro MA 02703-2417
518084059 +Engineered Plastics, Gary Judd, 300 International Dr St, Williamsville NY 14221-5783
518084060 Enginuity Llc, 203 Lynndale Ct, Mechanicsburg PA 17050-2893
518084061 England Logistics Inc, Lindsey Johnson, 1325 South 4700 West, Salt Lake City UT 84104-4431
518084062 +England’s Stove Work, Tony Barger, 100 W Progress Ln, Madison Heights VA 24572-3769
518084063 England, David, Address Intentionally Omitted
518084064 Englands Stove Works Inc, Molly Massie, Po Box 7, Monroe VA 24574-0007
518084069 +Englefield Inc, Amy Ybarra, 1935 James Pkwy, Heath OH 43056-4000
518084068 +Englefield Inc, Brian Barnes, Territory Manager, 1935 James Pkwy, Heath OH 43056-4000
518084072 English, Jordan, Address Intentionally Omitted
518084073 Eni Usa R And M Co Inc, Linda Cottage, 539 Marwood Rd, Cabot PA 16023-9526
518084076 +Enoc H Alvarado, 9136 98th St, Woodhaven NY 11421-2732
518084080 +Ent Center Of New Jersey, 115 Franklin Ave, Nutley NJ 07110-2924
518084081 +Entec Polymers, Joann Jones, Po Box 934329, Atlanta GA 31193-4329
518084082 +Enterprise Fm Exchange, 355427, Po Box 16805, St Louis MO 63105-1405
518084083 +Enterprise Rent A Car, 21503 Spring Plz Dr, Ste 100, Spring TX 77388-1419
518084084 +Envelope 1 Inc, Brian Regal, 41969 State Rt 344, Columbiana OH 44408-9421
518084085 Envirochem, Maureen Tinitigan, 425 Whitehead Ave, South River NJ 08882-2536
518084086 +Enviromaster Svc Of, Central Ny, Po Box 12350, Charlotte NC 28220-2350
518084087 +Environmental Awareness Corp, 244 East Broad St, Tamaqua PA 18252-2049
518084088 Environmental Devices, Richard Kelm, 15 Mt Prospect Ave, Clifton NJ 07013-1915
518084090 +Environmental Protection Agency, 5 Post Office Square, Ste 1100, Boston MA 02109-3943
518084091 Environmental Protection Agency, 290 Broadway, New York NY 10007-1866
518084094 Environmental Protection Agency, Region 2, 290 Broadway, 17th Floor, New York NY 10007-1866
518084092 +Environmental Protection Agency, 1650 Arch St, Philadelphia PA 19103-2087
518084089 +Environmental Protection Agency, Office Of General Counsel, Ariel Rios Building, 1200 Pennsylvania Ave Nw Mail Code 2310a, Washington DC 20460-0001
518084093 +Environmental Protection Agency, 77 West Jackson Blvd, Chicago IL 60604-3608
518084095 +Environmental Specialists, Environmental Specialist, Of Columbus Inc, 1000 Andrews Ave, Youngstown OH 44505-2946
518084096 +Environmental Svc Inc, P O Box 1478, South Windsor CT 06074-7478
518084097 +Epic, 2405 Satellite Blvd, Ste 200, Duluth GA 30096-9022
518084098 Epiroc Drilling Tool, Transp Insight, P O Box 540850, Omaha NE 68154-0850
518084101 +Eppley Court Reporting Llc, Eppley Court Reporting, Post Office Box 382, Hopedale MA 01747-0382
518084103 Equinox Industries, Arlette Chaudouet, 401 Chrislind St, Winnipeg MB R2C5G4, Canada
518084104 Equipment Depot Ohio Inc, Main, Po Box 8500-8352, Philadelphia PA 19178-8352
518084105 Equipment Depot Pa Inc, Po Box 8500-7647, Philadelphia PA 19178-7647
518084106 Equitable Steel Corp, Michael Benyah, 4044 Park Ave, Bronx NY 10457-7330
518084107 +Era Wire Inc, 19-25 Locust St, West Haven CT 06516-2022
518232687 +Erb, 1400 Seneca St, Buffalo, NY 14210-1792
518084114 Ergomotion Inc, Schneider Logistics, Po Box 78158, Milwaukee WI 53278-8158
518084115 +Eric Amend, 405 Jerrerson St, Franklin Sq NY 11010-2047
518084116 +Eric Colombel, 100 Fox Hollow Rd, Rhinebeck NY 12572-3640
518084117 Eric Lankin, 2310 Sandhurst Dr, Jamison PA 18929-1450
518084118 +Eric Saenz And A And C Auto Body, 740 River Dr, Garfield NJ 07026-3771
518084119 +Erick Saenz, 45 Belmont Ave C6, Garfield NJ 07026-3247
518084121 +Erico Rodriguez, 51 Sunset Hill, Fall River MA 02724-3740
518084123 +Erie Ins Aso Theresa Janosko, 301 Commonwealth Dr, Warrendale PA 15086-7508
518084124 Erie Ins As Sub For Orville F, Williams Jr And Julia Williams, Po Box 4409, Silver Spring MD 20914-4409
518084125 +Erie Ins As Sub Of Paris Blake, 301 Commonwealth Dr, Warrendale PA 15086-7508
518084126 Erie Ins As Subro Of Sandra M, And Joseph E Varsik, 301 Commonwealth Dr, Warrendale PA 15086-7508
518084128 +Erie Ins Group As Sub For, Jenine R Brown And David L Brown, 301 Commonwealth Dr, Warrendale PA 15086-7508
518084127 +Erie Ins Group As Sub For, Ronald A And Mary M Dicarlo, 301 Commonwealth Dr, Warrendale PA 15086-7508

518084130 +Erie Ins Group As Sub Of, Ashley Philips And Derrick Smith, 301 Commonwealth Dr, Warrendale PA 15086-7508
518084129 +Erie Ins Group As Sub Of, Scott Goff And Staci Goff, 301 Commonwealth Dr, Warrendale PA 15086-7508
518084131 +Erie Ins Group As Subrogee, Darshin Kakaria, 301 Commonwealth Dr, Warrendale PA 15086-7508
518084132 Erie Ins Harrisburg Branch, Beth Shultz -subro Specialist, 301 Commonwealth Dr, Warrendale PA 15086-7508
518084133 +Erie Ins Sub For Cathy Vargo, 301 Commonwealth Dr, Warrendale PA 15086-7508
518232688 +Erie Insurance, Daryle Williams Claims Specialists, 4901 Louise Dr Rossmoyne Business Ctr, Po Box 2013, Mechanicsburg, PA 17055-0710
518084134 +Erie Insurance Exchange Sub, Of Julio Gutirrez, 409 Washington Ave Ste 610, Towson MD 21204-4903
518084135 +Erie Insurance Group As Sub Of, Mark Stoner, 301 Commonwealth Dr, Warrendale PA 15086-7508
518084136 +Erin Shelton, 1539 Kelchner Rd Ave, Bethlehem PA 18018-1536
518084137 +Erlsp, Po Box 1783, Baltimore MD 21203-1783
518084138 +Ernesto Cabrera Goya Foods Inc Et Al, Smith Mazure Director Young Et Al, Gamaliel Delgado Esq, 111 John St, New York NY 10038-3111
518084140 +Ernie Papay, 341 Mitchell Rd, W. Middlesex PA 16159-3325
518084144 Erts Emergency Response, And Training Solutions, Po Box 72333, Cleveland OH 44192-0002
518084145 +Ervin Markline, 625 Mckenzie St, York PA 17401-3117
518084148 +Esco Fasteners Co, Larry Engelson, 7500 New Horizons Blvd, Amityville NY 11701-1151
518084149 Esco Ltd, Dm Transportation, Po Box 621, Boyertown PA 19512-0621
518084152 +Eshipper Usa, Vanessa Mazzocca, 1490 Sunshadow Dr Ste 1, Casselberry FL 32707-9051
518084153 Eshipping Llc, Emily Purvis, Po Box 14126, Parkville MO 64152-0626
518084155 +Esmeralda Ramirez, Hecht Kleeger And Damashek Pc, Judd F Kleeger Esq, 19 West 44th St Ste 1500, New York NY 10036-6101
518084156 Esotec Ltd, Thomas Bover, 21 North St, Saugerties NY 12477-1039
518084162 +Esposito And Sons Freightlines, 6 Graham Dr, Plattsburgh NY 12901-5942
518084166 +Essendant, Trans Audit Ste 2d, 11 Marshall Rd, Wappingers Falls NY 12590-4123
518084167 +Essendant Co, Corporate Carrier Rela1, 1 Parkway N Ste 100, Deerfield IL 60015-2559
518084168 +Essential Ingredients, Jamil Padilla, 2408 Tech Ctr Pkwy S, Lawrenceville GA 30043-1351
518084169 Essex Equipment, 26 Kellogg Rd, Essex Junction VT 05452-2806
518084171 Estee Lauder, Bob Andersen, 80 Ruland Rd, Melville NY 11747-4211
518084172 +Estee Lauder, Icc Logistics Svc, 960 South Broadway Ste 110, Hicksville NY 11801-5028
518232689 +Estes Express, 6848 Mt Herman Rd, Morrisville, NC 27560-9260
518084175 Esther B Morton And Cse And K As, Attorneys, 347 North Charles St, Baltimore MD 21201-4327
518084182 Esurance, As Subrogee Of Rasheeda Carter, Po Box 742754, Los Angeles CA 90074-2754
518084183 Esurance Property And Casualty, As Sub Of James Morrison Jr, Njs-0079429, Pob 742754, Los Angeles CA 90074-2754
518084184 +Esurance Ins Co As Sub Of, Rosa Peralta C O Second Look, 1393 Veterans Hwy 200 South, Hauppauge NY 11788-3066
518084185 Et Browne, Land Link Traffic System, Po Box 1066, Point Pleasant NJ 08742-1066
518084187 Eternal Beverages Inc, Schneider Logistics In, Po Box 78158, Milwaukee WI 53278-8158
518084188 +Ethan Allen Inc, Carmen Santos, 1 Market St, Passaic NJ 07055-7364
518084190 Ethnic Fancy Foods, Po Box 312, Ayer MA 01432-0312
518084191 +Eti Tech Inc, 75 Holiday Dr, Englewood OH 45322-2706
518232690 +Ettore, Daddi, 552 77th St, Brooklyn, NY 11209-3308
518084195 +Euclid Municipal Court, Clerk Of Courts-garnishment, 555 East 222nd St, Euclid OH 44123-3321
518084196 +Euro Usa Trading Co, Charlene Adams, 41 Norwich Westerly Rd, North Stonington CT 06359-1713
518084202 +Evans Mechanical Svc Co, 8596 Erie Rd, Angola NY 14006-9618
518084217 +Evanton Insurance Co, 10 Pkwy North, Deerfield IL 60015-2526
518084218 +Evashavik Dilucente And Tetlow, 310 Grant St Ste 1801, Pittsburgh PA 15219-2335
518084220 +Evelyn Vincenzo, Evelyn, 697 Watson Spruce Corner Rd, Ashfield, MA 01330-9737
518084221 +Event Furniture Source, Echo Global, 600 W Chicago Ave Ste 725, Chicago IL 60654-2522
518084222 Ever Dixie Usa, David Batalion, 300 Liberty Ave, Brooklyn NY 11207-2923
518084223 Everett J Prescott Inc, P O Box 350002, Boston MA 02241-0502
518084225 +Evergreen America Corp, New York Office, 1 Evertrust Plz, Jersey City NJ 07302-3051
518084226 +Evergreen Commons, 1070 Luther Rd, East Greenbush NY 12061-4023
518084227 Everhard Products Inc, Janet Zartman, 1016 9th St Sw, Canton OH 44707-4108
518084228 +Everson Dist, Bob Everson, 150 Industrial Rd, Leominster MA 01453-1640
518084230 Eversource, Po Box 56002, Boston MA 02205-6002
518084236 Everything Plus Inc, Yitzchok Friedman, 1 Us 22, Hillside NJ 07205
518084237 Everything Rubbermaid, Scott Moreland, 115 S Market St, Wooster OH 44691-4838
518084238 +Evident Title Agency, Tirgan Sahakyan, 150 Broadway Ste 812, New York NY 10038-4307
518084239 +Evil Genius Beer Co, Trevor Hayward, 160 Stine Dr, Collegeville PA 19426-2672
518084240 Evolution Logistics, Kassandra Guzman, 3350 Sw 148th Ave Ste 4, Miramar FL 33027-3257
518084242 #Ew Kauffman, Cindy Murphy, 140 Wharton Rd, Bristol PA 19007-1622
518084243 Ewc Controls Inc, Wayne Koehler, 385 Hwy 33, Englishtown NJ 07726-8306
518084245 +Exact Direct, 2774 N Cobb Pkwy Ste 109-214, Kennesaw GA 30152-3469
518084246 +Exact Direct, Milton Atkisson, 8113 Ridgepoint Dr Ste 200, Irving TX 75063-3166
518084247 +Examworks Clinical Solutions, Examworks, 2397 Huntcrest Way, Ste 200, Lawrenceville GA 30043-6309
518084248 +Examworks Inc, 4 Becker Farm Rd, Roseland NJ 07068-1737
518084249 +Excel Surgery Center Llc, 321 Essex St, Hackensack NJ 07601-2066
518084250 +Excel Termite And Pest Control, Excel, 84 Grand Ave, River Edge NJ 07661-1914

518084251 +Excel Truck Group Roanoke Va, 267 Lee Hwy, Roanoke VA 24019-8568
518084252 +Excelsior Integrates, Po Box 128, Lenox MA 01240-0128
518084253 Exchange Ambulance Of The Isli, Robert Stadelman, 190 Carleton Ave, East Islip NY 11730-1609
518084254 +Exclusive Repair And Tire Serv, 77a Jersey St, West Babylon NY 11704-1228
518084256 +Exfreight Zeta, 2290 10th Ave N, Ste 501, Lake Worth FL 33461-6618
518084257 +Exhibit Express Inc, 537 Driggs Ave, Brooklyn NY 11211-2909
518084258 Expeditors Cargo Insurance, Martin Li, 1015 Third Ave 12th Fl, Seattle WA 98104-1184
518084259 +Expolanka, Asif Javaid, 1975 Linden Blvd Ste 200, Elmont NY 11003-4004
518084260 +Exponents, 149 Commonwealth Dr, Menlo Park CA 94025-1133
518232692 Export, 60170 Linden Ave, Linden, NJ 07036
518084261 +Express Billing And Collection, P O Box 740020, Rego Park NY 11374-0020
518084262 +Express Billing And Collecton, P O Box 740020, Rego Park NY 11374-0020
518232693 +Express Contracting, 983 Northern Blvd, Manhasset, NY 11030-2915
518084263 +Express Logistics, Corviva Llc, Po Box 628, Waukee IA 50263-0628
518084264 +Express Save Industries Inc, Erin Quinones, 130 Falso Dr, Syracuse NY 13211-2101
518084265 Express Steel, Sue Dressler, 9240 Old State Rd 37 N, Martinsville IN 46151-7662
518084267 +Express Truck Tax, 202 E Main St, Rock Hill SC 29730-4542
518084268 +Expressway Rentacar Inc, 1547 56 St, Brooklyn NY 11219-6417
518084269 Exspin Corp, 310 Cornell Dr, Ste B4, Wilmington DE 19801-5769
518084271 +Extra Driver Leasing Llc, Nicole Mohan, P O Box 1345, Jackson NJ 08527-0345
518084273 +Extreme Pallet Inc, Maria, 315 Astor St, Newark NJ 07114-2822
518232694 +Exxon Gas, 321 Midway Rd, Bethel, PA 19507-9103
518084274 Exxon Mobil, Processing Center, Po Box 78001, Phoenix AZ 85062-8001
518084275 Eye Associates Pc, 172 Cambridge St, Burlington MA 01803-2985
518084276 Ez Clean Products, Carolyn Solchak, 2025 W 12th St, Erie PA 16505-4802
518084277 +Ez Finishes Inc, Denise Brown, Po Box 895, Hudson OH 44236-5895
518084279 +Ezra Peisach, 4-53 Plz Rd, Fairlawn NJ 07410-3862
518084280 +F And E Check Protector Sales Co, P O Box 315, Yonkers NY 10703-0315
518084281 F And M Electrical Supply, Tim Kennen, 29 Federal Rd, Danbury CT 06810-5010
518084282 F And M Supply, 2295 Molly Pitcher, Chambersburg PA 17202-9202
518084283 F And M Supply Inc, Chris Coblentz, 2295 Molly Pitcher Hwy, Chambersburg PA 17202-9202
518084284 #F And M Tool And Plastic, 163 Pioneer Dr, Leominster MA 01453-3499
518232695 F And M Transport, Rt 46 47 Valley St, Delaware, NJ 07833
518084285 +F And M Transportation Inc, Mary, Po Box 103, Delaware NJ 07833-0103
518084286 +F B Glass Inc, 530 Scottsville Chili Rd, Scottville NY 14546-9603
518084287 F B Washburn Candy, Jennifer Saunders, 137 Perkins Ave, Brockton MA 02302-3850
518084288 +F M Howell And Co, Natl Traffic Svc, 151 John James Audob, Amherst NY 14228-1185
518084289 +F N Weeb, 160 Middlesex Tpke, Bedford MA 01730-1416
518084290 F Nelson Blount Inc, Claims Dept, Po Box 609, Barnegat Light NJ 08006-0609
518084291 +F S Lopke Contracting Inc, 3430 State Rte 434, Apalachin NY 13732-1299
518084292 +F W Webb, 160 Middlesex Tpke, Bedford MA 01730-1416
518084471 ++FIFTH THIRD BANK, MD# ROPS05 BANKRUPTCY DEPT, 1850 EAST PARIS SE, GRAND RAPIDS MI 49546-6253
(address filed with court: Fifth Third Bank, 38 Fountain Square Plz, Md10904a, Cincinnati OH 45263)
518084293 +Fabian Oil Inc, Po Box 99, Oakland ME 04963-0099
518084295 Fabri-cal Corp, Alison Underwood, 1102 Piedmont Hwy, Piedmont SC 29673-9195
518084296 Fabri-kal, Alan Hart, 1321 Piedmont Hwy, Piedmont SC 29673-8545
518084297 Fabri-kal Corp, Deborah Brazuk, 955 Oak Hill Rd Crestw, Mountain Top PA 18707-2142
518232696 +Fahy, Michael, 5 English St, Salem, MA 01970-5361
518084301 +Fair Terminal Corp, Whiteford Taylor And Preston Llp, Edward U Lee, Seven Saint Paul St Ste 1500, Baltimore MD 21202-1636
518084302 +Fairborn Equipment Co Inc, 225 Tarhe Trl, P O Box 123, Upper Sandusky OH 43351-0123
518084303 +Fairborn Mid Atlantic, Main, 2201 Green Ln Unit 6, Levittown PA 19057-4112
518084304 +Fairborne Northeast, One Corporate Park, Ste 8, Derry NH 03038-2276
518084306 Fairfield Electric, Joel Most, 711 Post Rd, Fairfield CT 06824-6231
518084307 +Fairfield Income Tax Division, Po Box 73852, Cleveland OH 44193-0002
518084308 +Fairfield Municipal Court, Judge Joyce A Campbell, 675 Niles Rd, Fairfield OH 45014-3601
518084309 +Fairpoint Cmr Claims Dept, Po Box 60553, Oklahoma City OK 73146-0553
518084310 Fairview Fittings, Bob Haymes, 3777 Commerce Ct, Wheatfield NY 14120-2024
518232697 +Fak, Jamie Ann, 403 Donin Dr Apt 307, Antioch, IL 60002-2519
518084314 Falcon Safety Prod, Claims Dept, 25 Imclone Dr, Branchburg NJ 08876-3903
518084316 Falcone Electric, Gail Stacy, 385 W Main St, Batavia NY 14020-1232
518084318 +Falconer Central School, Po Box 5011, Buffalo NY 14240-5011
518084322 Falls Farm And Garden, Claims Dept, 1115 Dix Ave, Hudson Falls NY 12839-1274
518084321 +Falls Farm And Garden, John Deere Dealer, 1115 Dix Ave, Hudson Falls NY 12839-1274
518084323 +Fallston Volunteer Fire And, Ambulance Co, 2201 Carrsmill Rd, Fallston MD 21047-1802
518084324 +Falon Page, Attorney For The Plaintiff, Harmon Linder And Rogowsky, 3 Park Ave 23rd Fl Suite 2300, New York NY 10016-5908
518084325 +Falon Page V, New England Motor Freight Inc Et Al, Keith Williams, 235 East 8th Ave, Roselle NJ 07203-2033
518084327 +Family Healthcare Of Elkton, 111 W High St Ste 214, Elkton MD 21921-8611
518084328 +Family Medicine Medical Serv, Medbest Med, Po Box 4738, Syracuse NY 13221-4738
518084329 +Family Promise Carbon County, Hoops For Hope Tournament, 167 S 3rd St, Lehighton PA 18235-2029
518084330 Family Support Registry, P O Box 1800, Carrolton GA 30112-1800
518084331 +Familycare Medical Group Pc, Medical Records, 4820 West Taft Rd Ste 108, Liverpool NY 13088-4865
518084332 Famous Target Corp, Eric Lee, 167-39 175th St Ste 215, Jamaica NY 11434

518084334 Fancy Heat, Joanna Masci, 40 Veronica Ave, Somerset NJ 08873-3417
518084340 +Farfaras And Son Plumbing And, Heating Co Inc, 6b Dunham Rd, Billerica MA 01821-5727
518084344 +Farma International, Donna Thomas, 9400 S Dadeland Blvd, Miami FL 33156-2841
518084346 +Farmerboy Ag Systems Inc, Translogistics, 321 N Furnace St Ste 300, Birdsboro PA 19508-2061
518084347 +Farmers Ins As Sub Glen Bailey, National Document Center, Po Box 268992, Oklahoma City OK 73126-8992
518084348 +Farmers Ins As Sub Of, Ashlynn Guerriero, Natl Doc Center, Pob 268992, Oklahoma City OK 73126-8992
518084349 Farmers Ins As Sub Of Arnold, And Sons Enterprises Llc, Natl Doc Cntr, Pob 268994, Oklahoma City OK 73126-8994
518084350 Farmers Insurance As Subrogee, Of Kenneth Chester, Natl Doc Cntr, Po Box 268994, Oklahoma City OK 73126-8994
518084351 +Farmers Insurance Exchange, P O Box 1724, Grand Rapids MI 49501-1724
518084352 Farmerstown Shoe N Gift, Mark Yoder, 2730 State Rte 557, Baltic OH 43804-9617
518084353 Farmington Valley Equipment, John Deere Dealer, 242 Colt Hwy, Farmington CT 06032-3029
518084354 +Farms For City Kids, Foundation Inc, 44 South Bayles Ave, Port Washington NY 11050-3767
518084364 Farruh Rahmonov, 2250 East St, Brooklyn NY 11223
518084365 +Farruh Rahmonov And Tatiana, Bookwalter As Atty, 1529 Dahill Rd Ste D-11, Brooklyn NY 11204-3516
518084366 +Faruk Tulun, 14 Eagle Chase, Woodbury NY 11797-2909
518084368 +Fastbolt Corp, C T L, Po Box 1010, Nashua NH 03061-1010
518084370 +Fastenal Co, Po Box 1286, Winona MN 55987-7286
518084371 +Fastspring, 801 Garden St, Ste 201, Santa Barbara CA 93101-7501
518084372 +Fatboys Wrecker Svc Inc, Main, 1316 Purcell Ave, Roanoke VA 24012-6137
518084379 Favorite Foods Inc, Kathleen Gustafson, 29 Interstate Dr, Somersworth NH 03878-1210
518084380 +Faxon Sales, Sean O’ Brien, 90 Progress Dr, Manchester CT 06042-2212
518084381 +Fazekas Greco Inc, Fazekas Greco, Po Box 529, Colmar PA 18915-0529
518084382 +Fazzino Auto Parts Inc, 120 No Colony St, Wallingford CT 06492-3651
518084383 Fci, 77 Phillsworth Rd, Unit 1, Bolton ON L7E 4G4, Canada
518084384 Fearson Education, Eva Garcia, 200 Old Tappan Rd, Old Tappan NJ 07675-7033
518084388 Fedex, Po Box 371461, Pittsburgh PA 15250-7461
518084389 Fedex Freight Inc, Po Box 223125, Pittsburgh PA 15251-2125
518232698 +Fedex Ground, 29 Toelles Rd, Wallingford, CT 06492-4419
518084390 +Fedex Ground, Fxg Financial Receivable, 1000 Fedex Dr, Moom Township PA 15108-9373
518084391 Fedex Trade Networks, 150-18 132nd Ave, 1st Floor, Jamaica NY 11434-3500
518084392 Fedex Trade Networks, Michael Biddle, 2820 B St Nw Ste 101, Auburn WA 98001-1736
518084394 Fedway Associates, Logistxs Inc, 1500 Route 517 Ste 305, Hackettstown NJ 07840-2717
518084395 +Feece Oil Co, Jill Feece, 517 Twin Rail Dr, Minooka IL 60447-9462
518084404 Feldman And Feldman Llp, Atty For Progressive Aso Ford, 811 W Jericho Tnpk Ste 201w, Smithtown NY 11787
518084405 +Feldman And Feldman Llp As Atty, Aso Jaedah Carty, For Progressive Casualty Ins, 811 W Jericho Tpk, Smithtown NY 11787-3227
518232699 +Feltner, James, 3117 Myers Rd, Carlisle, KY 40311-9109
518084411 +Fender Auto Collision Inc, 3810 22nd St, Long Island City NY 11101-3606
518084414 +Fenichey Llc, 20 N Plains Ind Rd, Pob 4484-claims Dept, Wallingford CT 06492-7565
518084416 +Fenwal Ryder System, Arrier Refunds, 6000 Windward Pkwy, Alpharetta GA 30005-4181
518084417 Ferazzoli Imports, Claims Dept, 241 Middle St, Middletown CT 06457-7517
518084418 Ferguson Enterprises, Randolph Duffer, 4712 Baxter Rd, Virginia Beach VA 23462-4402
518084419 Ferguson Enterprises, Claims Dept, 12500 Jefferson St, Newport News VA 23602-4314
518084424 +Ferma Flooring Inc, Mona Elrouby, 83 Mayfield Ave, Edison NJ 08837-3820
518232700 +Fermin Calderon Dujarric, 2029 Buckingham Dr, Mars, PA 16046-7155
518232701 +Fernandez, David Almonte, 79 Van Siclen Ave Apt 3, Brooklyn, NY 11207-2601
518084436 +Fernando Paiva, 44 Palomina Way, Wethersfield CT 06109-3900
518084442 Ferrellgas, Stephanie Magers, P O Box 173940, Denver CO 80217-3940
518084444 +Ferris Foster And 1usa Collision, Care, 1931 Point Breeze Ave, Philadelphia PA 19145-2611
518084447 Festa Intl Radon Sup, Tech Co, 47 A Progress Ave, Cranberry Township PA 16066-3553
518084448 +Fetch For Cool Pets, Miriam Stern, 115 Kennedy Dr, Sayreville NJ 08872-1459
518084451 +Fetije Mahmudi, 20 Kime Ave, Wayne NJ 07470-6518
518084452 Fetrow Electric Inc, Po Box 162, Camp Hill PA 17001-0162
518084454 Fhi Llc, P O Box 890949, Charlotte NC 28289-0949
518084455 Fhi Logistics Llc, P O Box 890949, Charlotte NC 28289-0949
518084456 +Fi Con Cement Contractors, 9999 Good Luck Rd, Glenn Dale MD 20769-9701
518084460 +Fiba Technologies Inc, David Falzone, 53 Ayer Rd, Littleton MA 01460-1007
518084461 +Fibre Processing, Dm Transportation, Po Box 621, Boyertown PA 19512-0621
518084462 +Fidelitone Logistics, Chad Paul, 1260 Karl Ct, Wauconda IL 60084-1086
518084464 Fielding’s Oil, And Propane Coinc, 420 Us Rt 1po Box 364, Scarborough ME 04070-0364
518084468 +Fifth Third Bank, Esther Westphal, 142 W 57 St, Ste 1600, New York NY 10019-3300
518084469 +Fifth Third Bank, John Shea Asst Vice President, 580 Walnut St, Cinncinnati OH 45202-3127
518084472 Fifth Third Bank, Randy Willoughby, Po Box 635188, Cincinnati OH 45263-5188
518084483 +Filmtech Inc, David Wiederman, 581 Mc Donald Ave, Brooklyn NY 11218-3807
518084484 Filter Equipment Co, Maria Fucetola, 1440 Highway 34, Wall Township NJ 07753-6807
518084485 +Filter Process And Supply, Jack Eichenlaub, 45 Stouts Ln Unit 3, Monmouth Junction NJ 08852-1914
518084486 #Filter Products Co, Claims Dept, Po Box 13068, Richmond VA 23225-0068
518084487 +Filters Unlimited, Gregory White, Po Box 12932, Wilmington DE 19850-2932
518084488 Finch Svc, 9 Venture Way, Eldersburg MD 21784-6936
518084489 +Finch Svc Inc, John Deere Dealer, 1127 Littlestown Pike, Westminster MD 21157-3005
518084490 Findlay Implement Co, John Deere Dealer, 1640 North Ridge Rd, Findlay OH 45840-1902

518084491 +Findlay Municipal Court, 318 Dorney Plz Rm 206, P O Box 826, Findlay OH 45839-0826
518084492 +Fine Terroir Selections, Sara Sanchez, 34 E Putnam Ave Ste 100, Greenwich CT 06830-5450
518084493 +Finger Lakes Envirotech Llc, Shelby L Bierwiler, 691 Addison Rd, Painted Post NY 14870-8539
518084494 Fingerlakes Electric Supply, Diane Miller, 802 W Seneca St, Ithaca NY 14850-3336
518084495 +Fingers Radiator Hospital Inc, 2006 Rt 1 North, North Brunswick NJ 08902-4418
518084496 +Finishline Vehicle Repair And, Maintenance, 3400 W Mound Rd, Joliet IL 60436-9016
518084508 Fire Alarm And Safety, Leonard Daniels, 122 Bridge St, Pelham NH 03076-3403
518084509 +Fire Safety Equipment Supply, 606 West Race St, Po Box 638, Martinsburg WV 25402-0638
518084510 +Fire-x Corp Of Virginia, Po Box 9757, Richmond VA 23228-0757
518084511 +Fireball Transport Llc, John, P O Box 6, Fairfax VT 05454-0006
518084512 +Firematic And Safety Equipment Co Inc, Kim, 450 River Dr, Garfield NJ 07026-3218
518084513 +Fireplace Products, Ashley Moniger, 2201 B Lakeside Blvd, Edgewood MD 21040-1136
518084514 #+Fireprotec, 226 South Oak Cir, Colchester VT 05446-5812
518084515 Firestone Building Products, Gl 8002333 PC 10, Po Box 93661, Chicago IL 60673-3661
518084516 +First Baptist Church, Cargo Claims, 10956 S Lake Rd, Pavilion NY 14525-9701
518084517 +First Choice Scanning And Copy, Svc Inc, 1490 William Floyd Pkwy, Ste 105, East Yaphank NY 11967-1820
518084518 First Order Llc, Jack Shoemaker, 4383 Hecktown Roadsuite B, Bethlehem PA 18020
518084519 +First Place Welding Inc, 183 East County Rd, Rutland MA 01543-2061
518084520 First Preference Prod, William Schwaikert, Po Box 630c, Lakeville CT 06039-0782
518084521 First Protection Svc Inc, Po Box 7209, Scarborough ME 04070-7209
518084522 +First Quality Power Place, Dan Johnson, 16891 Kinsman Rd, Middlefield OH 44062-9483
518084523 +First Quality Products, Dan Adams, 121 North Rd, Mc Elhattan PA 17748-9601
518084524 First Quality Tissue, Michael Renninger, 655 E Pk St, Lock Haven PA 17745-2901
518084525 First Source Llc, Kathleen Brown, 3612 La Grange Pkwy, Toano VA 23168-9347
518232702 +First Student Bus, 8775 Alexander Rd, Batavia, NY 14020-9580
518084526 +First Transit Inc Vilneuve Mesine, Attorney For The Plaintiff Park, 6301 Ivy Ln Ste 600, Greenbelt MD 20770-6315
518084527 +First Transit Inc Vilneuve Mesine V, New England Motor Freight Inc, Malik Grooms, 4625 Shamrock Ave, Baltimore MD 21206-6630
518084528 Fischer Paper Products, Alison Pacheco, 179 Ida Ave, Antioch IL 60002-1838
518084529 Fischer Skis, Stephen Mcadams, 60 Dartmouth Dr, Auburn NH 03032-3981
518084532 Fish And Wildlife, Daniel Azzato, 4100 Sunrise Hwy, Oakdale NY 11769-1013
518084534 Fisher And Father Inc, John Deere Dealer, 2449 State Rte 257, Cranberry PA 16319-3123
518084535 Fisher Scientific, Denise Yaria, 300 Industry Dr, Pittsburgh PA 15275-1001
518084536 +Fisher Scientific, Commercial Traffic, 12487 Plaza Dr, Parma OH 44130-1084
518084544 +Fishers Collision Repair, 12685 Ford Dr, Fishers IN 46038-2825
518084545 Fiskars Brands Inc, Kevin Ruwadi, 1330 Campus Pkwy, Wall NJ 07719
518084546 +Fiss Chiropractic, 381 Sunrise Highway, Lynbrook NY 11563-3040
518084547 +Fit Foundation, Special Events Office, 227 West 27th St C204, New York City NY 10001-5902
518084548 Fitch Co, 2201 Russell St, Baltimore MD 21230-3198
518084551 #Fitzmark Inc, P O Box 68847, Indianapolis IN 46268-0847
518084562 Five Star Equipment, 6500 East Taft Rd, East Syracuse NY 13057-9637
518084559 Five Star Equipment, Denise Witkowski, Po Box 985, Orchard Park NY 14127-0985
518084560 +Five Star Equipment, John Deere Dealer, 284 Ellicott Rd, West Falls NY 14170-9777
518084561 +Five Star Equipment, John Deere Dealer, Po Box 176, Dunmore PA 18512-0176
518084563 Five Star International Llc, Rob K Weaver, Po Box 64006, Baltimore MD 21264-4006
518084565 Fjn Fine Wines Dba Best, Belelesa Carroll, 5 Carpenter St, Pawtucket RI 02860-1785
518084566 Fjords, Matt Lebron, 1200 Route 523, Flemington NJ 08822-7097
518084567 Fl Merrill Construction Inc, F L Merrill, 35 Veterans Dr, Loudon NH 03307-4400
518084570 Flanders Corp, Brenda Torres Pamela Tyler, P O Box 1658, Smithfield NC 27577-1658
518084571 Flanders Corp, Argus Logistics, Po Box 4750, Troy MI 48099-4750
518084572 Flanders Precisionaire, Pamela Tyler Brenda Torres, Po Box 1658, Smithfield NC 27577-1658
518084575 +Flat World Supply Chain, Loroco Industries, 2342 Technology Dr Ste, O Fallon MO 63368-7200
518084578 +Flatwoods Lawn And Garden, John Deere Dealer, Po Box 38, Flatwoods WV 26621-0038
518084579 +Flauzino Transport Inc, 9 Summmer St, Hudson MA 01749-2307
518084580 +Fleco, Dawn Samsel, 11 Sea Pave Rd, South Windsor CT 06074-4156
518084581 Fleco Industries, Afs Logistics, Po Box 18170, Shreveport LA 71138-1170
518084582 Fleet Charge Inc, Jill Mattson, Accnt Rep, Po Box 844508, Dallas TX 75284-4315
518084583 +Fleet Enterprises Inc, Carole Pizzuti, 1000 John R Ste 110, Troy MI 48083-4317
518084584 +Fleet Equipment Inc, Box 110, 107 Beeno Rd, Darragh PA 15625-0110
518084585 +Fleet Parts And Svc Inc, Kristi Dolan, 563 Cortlandt St, Belleville NJ 07109-3329
518084586 Fleet Pride, Po Box 847118, Dallas TX 75284-7118
518084587 Fleet Pride Inc, Debra, Po Box 847118, Dallas TX 75284-7118
518084588 Fleet Response, 6450 Rockside Woods Blvd South, Cleveland OH 44131-2237
518084589 +Fleetpride Inc, 269 State St, North Haven CT 06473-2131
518084590 +Fleetsource Leasing, Lori Ritz, Po Box 352, Freehold NJ 07728-0352
518084591 Fleetwash Inc, P O Box 36014, Newark NJ 07188-6014
518084593 Fleishmann’s Vinegar, Terry Ortiz Heather Sipes, 4754 Route 414, North Rose NY 14516-9704
518084601 +Flex Membrane Intl, Claims Dept Ste 400, 2670 Leisczs Bridge Rd, Leesport PA 19533-9433
518084602 Flexi Van Leasing, Po Box 3228, Boston MA 02241-3228
518084603 Flexon Industries, 1 Flexon Plz, Newark NJ 07114
518084604 +Flexport Llc, 760 Market St, 9th Fl, San Francisco CA 94102-2310
518084610 Floor Systems Inc, Danielle Murphy, 15 Oxford Way, Huntingtown MD 20639-3315
518084612 #+Florence County Family Court, Box Msc-i County Complex, 180 N Irby St, Flo SC 29501-3456
518232703 +Flores, Edgar, 2687 Colonial Dr, Elgin, IL 60124-5512
518084619 Florida Dot Toll-by-plate, P O Box 105477, Atlanta GA 30348-5477

518084620 Florida Fillet Tables, John Beaudry, 5931 Ravenswood Rd, Unit A3, Fort Lauderdale FL 33312-6646
518084621 Florida Unemployment, 5050 W Tennessee St, Tallahassee FL 32399-0180
518084622 +Florists Mutual Insas Sub For, Floral Svc Subrogation, Key Floral Inc And Integrated, Pob 8043, Stevens Point WI 54481-8043
518084623 Flow Control, Justin Curtin, 2 Enterprise Ct, Sewell NJ 08080-4112
518084624 Flower City Of Habitat For, Humanity, 2199 E Henrietta Rd Petronio, Rochester NY 14623-4505
518084626 +Flynn’s Omar Tire, Liz Kinney, Credit Man, Po Box 1050, Hermitage PA 16148-0050
518084629 +Fm Brown, Translogistics Inc, 321 N Furance St, Birdsboro PA 19508-2057
518084630 +Fm Generator Inc, Kathy Powers, Accounts Payable Specialist, 35 Pequit St, Canton MA 02021-2585
518084631 +Fmc Biopolymer, Rhonalyn Arsenal, 2929 Walnut St, Philadelphia PA 19104-5054
518084632 +Fmp Lakeside Associates Lp, First Montgomery Group 34, 902 Valley Rd-34 clubhouse, Melrose Station PA 19027-3234
518084633 Focal Point Llc, 4141 S Pulaski Rd, Chicago IL 60632-3414
518084636 Foland Sales Inc, Charles Foland, 6424 E Taft Rd, East Syracuse NY 13057-9643
518084640 +Foley Lift Inc, 855 Centennial Ave, Piscataway NJ 08854-3912
518084642 Follett Corp, Ericka Simmons, 777 Elsbree St, Fall River MA 02720-7307
518084647 Food Handler Inc, Lesley Tamayo, 2301 Lunt Ave, Elk Grove Village IL 60007-5625
518084648 +Food Haulers Inc, 505 Division St, Po Box 506, Elizabeth NJ 07207-0506
518084649 Food Ireland, 230 E 3rd St, Mount Vernon NY 10553-5133
518084650 +Foodguys, Eshippipng Llc, Po Box 14126, Parkville MO 64152-0626
518084651 +Foot Joy, Mega Logistics, 300 Wampanoag Trl, Riverside RI 02915-2200
518084652 Forbes Candies Inc, Marion Lawton, 1300 Taylor Farm Rd, Virginia Beach VA 23453-3141
518084653 Forbes Chocolate, Kelly Clifford, 800 Ken Mar Ind Pk, Broadview Heights OH 44147-2922
518084657 +Ford Business Machines, 700 Laurel Dr, Connellsville PA 15425-3879
518084658 Ford Gum, Dale Scroger, 18 Newton Ave, Akron NY 14001-1030
518084659 Ford Gum, Barbara Deleon, 640 Margate Dr, Lincolnshire IL 60069-4247
518084670 Foremost Groups, Winky Li, 906 Murray Rd, East Hanover NJ 07936-2202
518084671 +Forensic Consultants Of North, America Llc, 520 Fellowship Rd Ste E504, Mt Laurel NJ 08054-3417
518084672 Forensic Resolutions Inc, 222 Haddon Ave, Ste 302, Westmont NJ 08108-2827
518084673 Foreside Home And Garden, Carole Wood, 815 Chapman Way, Newport News VA 23608-1301
518084674 +Forest Drapery Hardware, Vickie Bramblett, 2500 Donn Dr, Cartersville GA 30120-2672
518084675 Forest Park Garage, Dan Ore, 3339 Wast Lake Rd, Erie PA 16505
518084685 +Fort Wayne Terminal Llc, Whiteford Taylor And Preston Llp, Edward U Lee, Seven Saint Paul St Ste 1500, Baltimore MD 21202-1636
518084689 +Fortive Jacobs Vehicle, Trans Audit, 11 Marshall Rd Ste2d, Wappingers Falls NY 12590-4123
518084690 +Fortive Matco, Trans Audit, 11 Marshall Rd Ste2d, Wappingers Falls NY 12590-4132
518084691 +Fortress Door Co, Cathy Hovey, Po Box 4991, Martinsville VA 24115-4991
518084693 +Fortune Plastics Inc, Transplace Se Claims, Po Box 26277, Greensboro NC 27402-6277
518232704 +Fortunes True Value, 66 Main St, Tupper Lake, NY 12986-1296
518084695 +Fosdick, Po Box 5012, Wallingford CT 06492-7512
518084696 +Foster Corp, Cargo Claims, 45 Ridge Rd, Putman CT 06260-3034
518084697 Foster F Wineland Inc, Claims Dept, P O Box 227, Martinsburg PA 16662-0227
518084702 +Foto Electric Supply Co, Claims Dept, 1 Rewe St, Brooklyn NY 11211-1707
518084703 +Fougera Pharmaceuticals, Darryl Jackson, 60 Baylis Rd, Melville NY 11747-3838
518084704 +Foundation Radiology Group, 75 Remittance Dr 3310, Chicago, IL 60675-3310
518084705 +Four In One Llc, Casandra Wetherbee, 12 Alpha Rd, Chelmsford MA 01824-4102
518084706 +Four Quarters Plumbing, Heating And Air Conditioning, 2601 River Rd Unit 4, Cinnaminson NJ 08077-1623
518084707 +Four Season Acupuncture Pc, 27 West Columbia St, Hempstead NY 11550-2429
518084708 +Four Star Transportation, Drawer 1373po Box 7077, Troy MI 48099
518084710 Fox Fence Co Inc, 2637 Lockport Rd, Niagara Falls NY 14305-2226
518084711 Fox Rothschild Llp, Accounts Rec-74, Po Box 5231, Princeton NJ 08543-5231
518084712 +Fox Run Brands, Jim Mc Anally, 1907 Stout Dr Christine Moore, Ivyland PA 18974-3869
518084713 +Fox Towing And Truck Serv Inc, 29 West Curry Rd, Wilmington OH 45177-1769
518084714 +Fox Towing Inc, Main, 8741 North Gilmore Rd, Fairfield OH 45014-2105
518084716 +Fp Woll And Co, Kathy Mcdonough, 10060 Sandmeyer Ln, Philadelphia PA 19116-3502
518084717 Fppf Chemical Co, Freight Management Plu, Po Box 101495, Pittsburgh PA 15237-8495
518084718 Fr Conversions, Tatiana Mets, 1231 Tech Ct, Westminster MD 21157-3029
518084719 +Fradkin And Weber Pa, For Lendmark Financial Svc, 200 E Joppa Rd Ste 301, Towson MD 21286-3108
518084721 +Fran Rock Inc, 230 West Nyack Rd, West Nyack NY 10994-1767
518084722 France, Richard, Address Intentionally Omitted
518084723 +Francine Rena Lee And Law Office, Of Peter T Nicholl As Atty, 36 So Charles St Ste 1700, Baltimore MD 21201-3101
518084724 Francis And Kathrine Boyle, 6 Ashlynn Rd, Malvern PA 19355
518084725 +Francis Beck And Kimberly Beck, Attorney For The Plaintiffs Handler, Henning And Rosenberg Llp, Andrew C Spears 1300 Linglestown Rd, Harrisburg PA 17110-2840
518084727 +Francis Beck Et Al V, New England Motor Freight Et Al, Mark Sellers, 317 Whiskey Spring Rd, Dillsburg PA 17019-9001
518084726 Francis Beck Et Al V, New England Motor Freight Et Al, Swartz Campbell Llc Kevin Canavan, Two Liberty Pl 50 S 16th St Fl 28, Philadelphia PA 19102
518084730 +Franco Vago Intl Inc, Asuka Meiki Fl 2, 145-68 228th St, Springfield Gardens NY 11413-3901
518084732 +Frank B Fuhrer Wholesale, Thomas Smith, 3100 E Carson St, Pittsburgh PA 15203-2129
518084733 +Frank Gmc, 325 Orient Way, Lynhurst NJ 07071-2008
518084734 +Frank J Zottola Construction, Pauline Williams, 595 Pittsburgh Rd, Butler PA 16002-7659

518084735 Frank Lowe, Lissette Norton, 44 Ramsey Rd, Shirley NY 11967-4704
518084736 Frank M Peeschapter13 Trustee, Dept 781158, Po Box 78000, Detroit MI 48278-1158
518084737 Frank Moran And Sons, 1508 Joh Ave, Halethorpe MD 21227-1000
518084738 +Frank Pecoraro, 20 Berks Ct, New Castle DE 19720-3752
518084742 +Frankie And Dylan’s Collision, 10360 State Rt 43, Streetsboro OH 44241-4946
518084743 +Franklin Center For Rehab, And Nursing, 142-27 Franklin Ave, Flushing NY 11355-2629
518084744 Franklin Cnty Area Tax Bureau, Richard Fahnestocktax Officer, 443 Stanley Ave, Chambersburg PA 17201-3600
518084745 Franklin County Municipal, Court, 375 South High St, Columbus OH 43215-4520
518084746 Franklin County Treasurer, Po Box 742538, Cincinnati OH 45274-2538
518084747 Franklin Electric, Jonathan Walker, 10 Twosome Dr, Moorestown NJ 08057-1366
518084748 +Franklin Griffith, Lynn Oscar, 5 Second St, Trenton NJ 08611-2231
518084749 Franklin Paint Co, George Gildawie, 259 Cottage St, Franklin MA 02038-3006
518084750 Franklin Traffic Svc, Claims Dept, Po Box 100, Ransomville NY 14131-0100
518084751 Franklin Trailers, Claims Dept, 500 Springdale, Somerdale NJ 08083-1000
518084754 +Franks Of Amsterdam, 185 W Main St, Amsterdam NY 12010-3118
518084755 +Frasco Fuel Oil, 2383 Westfield St, West Springfield MA 01089-2090
518084756 +Fraser Ais, 320 Penn Ave, West Reading PA 19611-1127
518084762 Frbbermaid Commerical Produce, Sherry Singhas, 3124 Valley Ave, Winchester VA 22601-2636
518084765 Fred Ott Inc, John Deere Dealer, 5640 Berkey Southern Rd, Berkey OH 43504-9655
518084764 +Fred Ott Inc, John Deere Dealer, Po Box 1, Berkey OH 43504-0001
518084766 +Fred Outt Inc, John Deere Dealer, Po Pox 1, Berkey OH 43504-0001
518084767 +Freddie Carroll, The Pisanchyn Law Firm, Michael Pisanchyn And Bradley Moyer Esqs, 524 Spruce St, Scranton PA 18503-1829
518084768 +Freddy Auto Body, 147 North 6th St, Newark NJ 07107-1613
518084769 +Frederick Electric Co, Claims Dept, 1786 N Market St, Frederick MD 21701-4349
518084770 Frederick Noland, Jerri Spahr Palak, 600 S Market St, Frederick MD 21701-6513
518084776 +Freedom Materials, 12144 Sussex Highway, Greenwood DE 19950-5414
518084777 #+Freedom Taxi Cab Llc, 6801 Bradford Pl, Laurel MD 20707-3205
518084778 Freehold Soil Conservtion Dist, 4000 Kozloski Rd, Po Box 5033, Freehold NJ 07728-5033
518232705 +Freeman Expositions Inc, 9900 Business Pkwy, Lanham, MD 20706-1847
518084785 Freeway Warehouse Inc, 30 Southard Ave, Farmingdale NY 07227
518084786 +Freight Center Inc, 34125 Us 19 N, Ste 130, Palm Harbor FL 34684-2112
518084787 +Freight Management Inc, Mr Bob Walter, 2900 East La Palma St, Anaheim CA 92806-2616
518084788 Freight Management Plus, Sray Felter, 4074 Mount Royal Blvd, Pittsburgh PA 15237
518084789 +Freight Mgmt Logistics, Echo, 600 W Chicago Ave Ste 7, Chicago IL 60654-2801
518084790 Freight Motion, Kyle Scheumack, 11900 Jollyville Rd, Austin TX 78720-5001
518084791 Freight Run, P O Box 250, Brookfield CT 06804-0250
518084792 +Freight Specialists Inc, Box 503, Syracuse NY 13209-0503
518084793 Freightcom, Aisha Chaudhry, 77 Pills Worth Rd Unit, Bolton ON L7E4G4, Canada
518084794 Freightera Logistics, 8036 200375 Water St, Vancouver BC V6B 01M9, Canada
518084795 Freightliner Of Harrisburg, Alan Caston, 4400 Chambershill Rd, Harrisburg PA 17111-2403
518084796 +Freightliner Of Hartford Inc, Jim Dilauro, 199 Roberts St, East Hartford CT 06108-3605
518084797 +Freightliner Of Maine, Po Box 1169, Bangor ME 04402-1169
518084798 +Freightliner Of New Hampshire, P O Box 1440, Londonderry NH 03053-1440
518084801 Freightquotecom, Courtney Jefferson, Po Box 7001, Overland Park KS 66207-0001
518084800 Freightquotecom, Erica Daniels C Jefferson, PO Box 7001 A Coyle, Overland Park KS 66207-0001
518084802 +Freightsnap Llc, Kevin, 7907 Bond, Lenexa KS 66214-1557
518084808 +Frey Electric, 100 Perrce Ave, Tonawanda NY 14150-6796
518084812 Friant And Associates, Hellen Nguyen, Po Box 2037, San Leandro CA 94577-0313
518084814 +Friedman Electric, Ryan Johannes, 258 Armstrong Rd, Pittston PA 18640-9607
518084816 #+Friendly Acupunture Pc, P O Box 520028, Flushing NY 11352-0028
518084820 Frito Lay Inc, Mail Stop 4a-403 Dinah Elmore, 7701 Legacy Dr, Plano TX 75024-4002
518084825 From Spain, Teddi Benjamin, 61 Crescent St, Stamford CT 06906-1815
518084826 Fromm Elec Supply Corp, Lewis Law, 2101 Center Ave, Reading PA 19605-2872
518084831 +Frontier, Claims Dept, 726 W Sheidan, Oklahoma City OK 73102-2412
518084833 +Frontier Tank Center Inc, Christy, 3800 Congress Pkwy, Richfield OH 44286-9745
518084834 +Frontrunner Network Systems, Karen, 300 Main St Ste 22, East Rochester NY 14445-1717
518084838 +Fry’s Fire Systems Llc, Po Box 3155, Williamsport PA 17701-0155
518084841 +Frys Plastic, Douglas Alexander, 560 Rabbitown Rd, Pennsdale PA 17756-7189
518084842 Fs Industries, David Goodwin, 20 Technolgy Way, West Greenwich RI 02817-1710
518084844 #+Fsl Group Inc, The, Donna E Henson, 300 Corporate Center Ct, Stockbridge GA 30281-6360
518084843 +Fsl Group Inc, The, Po Box 405, Stockbridge GA 30281-0405
518084845 +Fsl Management Consulting Inc, 200 Corporate Ctr Dr, Ste B, Stockbridge GA 30281-6317
518084846 +Fst Logistics, Tonya Curry, 4417 Equity Dr, Columbus OH 43228-3856
518084847 +Fts Intl Express, Dina Xikis, 1900 Hempstead Tpke Ste 400, East Meadow NY 11554-1702
518084848 Fuchs North America, Kristina Fisher, 3800 Hampstead Mexico Rd, Hampstead MD 21074-1787
518084850 +Fuji, Translogistics, 321 N Furnace St Ste 30, Birdsboro PA 19508-2061
518084851 Fuji Photo Film, Transp Accnt Netw, Po Box 1269, Placentia CA 92871-1269
518084852 Fuji Photo Film Usa, Sherri Yonkee, 850 Central Ave, Hanover Park IL 60133-5422
518084857 +Fulmer Recovery And Transport, Brett Fulmer, Po Box 114, Wysox PA 18854-0114
518084858 +Fulton County Ema, Fulton, 8848 St Rt 108 Ste 105, Wauseon OH 43567-9176
518084859 +Fulton Tool, 802 W Broadway, Fulton NY 13069-1522
518084861 Funiture Inc, Dm Transportation, P O Box 621, Boyertown PA 19512-0621
518084869 +Furniture Designhouse, Ron Torriani, 23 Brandywine Rd, Ho Ho Kus NJ 07423-1610
518084873 +Futa Deposit, Payroll Wires Only, Po Box 804521, Cincinnati OH 45280-4521
518084874 Future Foam, Erin Lorensini, 259 Canal Rd, Fairless Hills PA 19030-4305
518084875 +Future Tire Co, Claims Dept, 202 Bethpage Sweet Hollow, Old Bethpage NY 11804-1315
518084877 Future Tire Co, Dave Thomas, 381 Rotterdam Industrail Ave, Bldg 3, Schenectady NY 12306

518084876 Future Tire Co, Franco Cusumano, 2235 E Castor Ave, Philadelphia PA 19134-2701
518084878 Futures Rehabilitation Center, David Rinfrette, 1 Futures Way, Bradford PA 16701-1866
518084880 +Fw Webb Co, Linda De Melle, 150 Postal Service Way, South Portland ME 04106-3264
518084881 +Fyda Freightliner Cincinnati, 1 Freightliner Dr, Cincinnati OH 45241-6418
518084882 +Fyda Freightliner Columbusinc, 1250 Walcutt Rd, Columbus OH 43228-9355
518084883 +G And B International, Echo Global, 600 W Chicago Ave Ste 725, Chicago IL 60654-2522
518084884 +G And G Transportation Svc Inc, Ed Grote, Manager, 7130 Dillward Ave, Cincinnati OH 45216-1814
518084885 G And H Equipment, John Deere Dealer, 314 Old Maple Ave, North Haven CT 06473-3248
518084886 G And H Equipment And Sale, Gerard Adinolfi, 314 Old Maple Ave, North Haven CT 06473-3248
518084887 +G H Harris, Delinquent Tax Collector, Po Box 216, Dallas PA 18612-0216
518084888 G Joannu Cycle, Denise Ekiert, 151 Ludlow Ave, Northvale NJ 07647-2305
518084889 G M Z, 4929 Solution Ctr, West Chester OH 45069
518085486 ++++GRAYBAR ELECTRIC, JODY RODRIGUES, 21 CONCORD ST # 200, WILMINGTON MA 01887-2131 (address filed with court: Graybar Electric, Jody Rodrigues, 21a Concord St, Wilmington MA 01887)
518084890 Ga 23 Courthouse, 146 White St, Danbury CT 06810-6853
518084891 Gabriel Logan Llc, Nancy Cox, 1689 E Front St, Logan OH 43138-9290
518084895 +Gabrielli Kenworth Of Nj Llc, Noreen Li, 2306 Us Highway 130, Dayton NJ 08810-1411
518084899 +Gagne And Sons, Michael Bardier, 28 Old Rte 27 Rd, Belgrade ME 04917-3708
518084900 Gagne Inc, Kim Prentice, 41 Commercial Dr, Johnson City NY 13790-4111
518084902 Gail Gray Llc, 2960 Valley Ctr Pkwy Ste, Ste 712, Center Valley PA 18034
518232706 +Gaines, Danarene, 59 Presidential Dr, Sicklerville, NJ 08081-1313
518232707 +Galaviz, Jose, 11 Payan St, Warwick, RI 02893-4634
518084912 Galdierie Electrical Dist, Joann Galdieri, 637 Luzerne St, Scranton PA 18504-2626
518084915 +Galina Poklonsky And Sergei, Orel As Atty, 2125 Center Ave Ste 310, Fort Lee NJ 07024-5874
518084916 +Gallagher And Bassett Serv Inc, Nancy Mortell Barbara Amato, Client Financial Svc, 15763 Collections Ctr Dr, Chicago IL 60693-0001
518084917 +Gallagher And Bassett Svc Inc, Barbara Amato, 15763 Collections Ctr Dr, Chicago IL 60693-0001
518084918 +Gallagher Bassett Brianna White, Po Box 2934, Clinton LA 52733-2934
518084919 +Gallagher Bassett Svc, As Subrogee Of Crown Equipment, Po Box 2934, Clinton LA 52733-2934
518084920 +Gallagher Bassett Svc, Client Financial Svc, Two Pierce Place 3rd Floor, Itasca IL 60143-1203
518232708 +Gallagher Sharp, Todd Haemmerle, 1501 Euclid Ave, 6th Floor, Cleveland, OH 44115-2132
518084921 +Gallagher Sharp Attorneys, 1501 Euclid Ave, Cleveland OH 44115-2131
518084922 Gallagher Tire, Alan Fluet, 1901 Hartel Ave, Levittown PA 19057-4505
518084933 +Gallo And Iacovangelo Llp, 180 Canal View Blvd, Ste 100, Rochester NY 14623-2831
518084934 Galloway Trucking Inc, Po Box 809, Platstow NH 03865-0809
518084937 +Galster Enterprises, 1655 Martin Rd, Jamestown NY 14701-9280
518084943 Gampp Inc, John Deere Dealer, 2229 State Rte 140, Portsmouth OH 45662-8649
518084945 +Gamut Systems And Solutions Llc, Laura Builta Gamutss, Po Box 562357, Charlotte NC 28256-2357
518084946 +Gann Law Books, One Washington Park, Ste 1500, Newark NJ 07102-3116
518084948 Gar Products, Kdl, Po Box 752, Carnegie PA 15106-0752
518232709 +Garcia, Marcos, 4196 Gleane St B7, Elmhurst, NY 11373-2618
518084966 +Garden City Treatment Center, 1150 Reservoir Ave, Cranston RI 02920-6057
518084967 +Garden State Food Group Llc, Louise Salerno, 160 Frontage Rd, Newark NJ 07114-3712
518084968 +Garden State Orthopaedics Asso, 28-04 Broadway, Fair Lawn NJ 07410-3920
518084969 Gardiner Outdoor Products, Claims Dept, 11740 Vernon Rd, Waldorf MD 20601-2903
518084971 +Gardner Denver Inc, Miq Logistics, Po Box 11250, Overland Park KS 66207-1250
518232710 +Gardner, Kerri, 91 South St, Waltham, MA 02453-3533
518084980 +Garner’s Towing, Garner Family Enterprises Inc, Tina Bland, P O Box 334, Fortville IN 46040-0334
518084995 +Garrity Graham Murphy Garofalo, And Flinn Pc-attorney Trust Accn, 72 Eagle Rock Ave Ste 350, Pob 438, East Hanover NJ 07936-0438
518084999 Garston Inc, Julie Kelly, 570 Tolland St, East Hartford CT 06108-2662
518085001 +Gary A Jurak Jr, Gary, 26309 W Riverbend Ln, Channahon IL 60410-8791
518085002 +Gary Hewitt, 1765 S Collegeville Rd, Collegeville PA 19426-2962
518085003 +Gary Liepper, 7 The Sepentine, Rosyln NY 11576-1727
518085007 +Gaskell And Giovannini Llc, 945 Park Ave Ste 101, Cranston RI 02910-2721
518085008 +Gaskells Towing Inc, 2555 Gar Highway, Swansea MA 02777-3340
518085009 Gasko Meyer, Jeff Nober, 6636 State Rte 52, Lake Huntington NY 12752
518085017 +Gateway Distribution, Claims Dept, 11755 Lebanon Rd Mc 237, Cincinnati OH 45241-2038
518085018 Gateway Paint And Chemical, Claims Dept, 2929 Smallman St, Pittsburgh PA 15201-1522
518085029 Gcp, Odyssey Logistics, 4235 S Stream Blvd Ste, Charlotte NC 28217-4588
518085030 +Gcp Applied Tech, Transaudit Ste 2d, 11 Marshall Rd, Wappingers Falls NY 12590-4123
518085031 Gcr Tire Centers, Dean Wheeler, P O Box 910530, Denver CO 80291-0530
518085032 +Ge Lighting, Condata, 9830 W 190th St Ste M, Mokena IL 60448-5603
518085035 Gebruder Weiss, Yuliana Lavayen, 33 Wood Ave S, Iselin NJ 08830-2735
518085036 +Gecio Aso Angel Perez, Pob 88, Woodbury NY 11797-0088
518085038 +Gefco Forwarding, Richard Fabre, 2600b Main St Ext, Sayreville NJ 08872-1462
518085039 +Geico, Ttnn Subpoena Req, 8000 Lincoln Dr East, Ste 300, Marlton NJ 08053-1542
518085040 Geico, Sub Of Luther R Munoz, Po Box 88, Woodbury NY 11797-0088
518085041 Geico, Cashiers, Po Box 96008, Washington DC 20090-6008
518085042 +Geico, Po Box 96008, Washington DC 20090-6008
518232712 +Geico, Nicole Reeves Claims Dept, Po Box 9515, Fredericksburg, VA 22403-9515
518232711 +Geico, Lauren K Claims Dept, Po Box 9111, Macon, GA 31208-9111

518085043 +Geico, Po Box 9111, Macon GA 31208-9111
518085044 +Geico Aso Dale Milton, Cashiers, Po Box 96008, Washington DC 20090-6008
518085045 +Geico Aso Fersch, Attorney For Plaintiff, Cohen And Wolf Pc, 158 Deer Hill Ave, Danbury CT 06810-7798
518085046 +Geico Aso Herlentz Mesidor, Cashiers, Po Box 96008, Washington DC 20090-6008
518085047 +Geico - Sub Of Vivian Anderson, Cashiers, Po Box 96008, Washington DC 20090-6008
518085048 +Geico A S O Fersch V, New England Motor Freight Inc Et Al, Ricky Commo, 16 Ganny Ter, Enfield CT 06082-3006
518085049 +Geico A S O Kenneth J Fersch, Attorney For The Plaintiff, Law Office Of Dennis Mcmanus, 433 South Main St, West Hartford CT 06110-1670
518085050 +Geico A S O Kenneth J Fersch V, New England Motor Freight Inc Et Al, Ricky Commo, 16 Ganny Ter, Enfield CT 06082-3006
518085051 +Geico As, Cashiers, As Subrogee For Asen Doykin, Po Box 88, Woodbury NY 11797-0088
518085052 +Geico As Sub For, Matthew Barbalato, Cashiers, P O Box 96008, Washington DC 20090-6008
518085053 +Geico As Sub For Alan Gerstel, Cashiers, Po Box 96008, Washington DC 20090-6008
518085054 +Geico As Sub For Amitha Smith, Cashiers, Po Box 96008, Washington DC 20090-6008
518085055 Geico As Sub For Chol S Na, Cashiers, Po Box 96008, Washington DC 20090-6008
518085056 Geico As Sub For Teddy Lubis, Cashiers, Po Box 96008, Washington DC 20090-6008
518085057 +Geico As Sub Of Bruce Lower, Cashiers, Po Box 96008, Washington DC 20090-6008
518085058 +Geico As Sub Of Carlos Diaz, Cashiers, Po Box 96008, Washington DC 20090-6008
518085059 +Geico As Sub Of Felica Grassie, Cashiers, Po Box 96008, Washington DC 20090-6008
518085060 Geico As Sub Of Jhovanny Gomez, Po Box 9111, Macon GA 31208-9111
518085061 +Geico As Sub Of Roberto Vega, Cashiers, Po Box 96008, Washington DC 20090-6008
518085062 +Geico As Sub Of Scott Turcci, Cashiers, P 9o Box 88, Woodbury NY 11797-0088
518085063 Geico As Sub Of Susan Young-o, Cashiers, Po Box 96008, Washington DC 20090-6008
518085064 Geico As Sub Oflyvbov Dalayda, Cashiers, Po Box 96008, Washington DC 20090-6008
518085065 Geico As Subrogee Of, Esmeralda Ramirez, Praxis Consulting, Po Box 5, Muncie IN 47308-0005
518085066 +Geico Aso Fersch V Nemf Et Al, Solimene And Secondo Llp, 1501 East Main St, Ste 204, Meriden CT 06450-2860
518085067 +Geico Aso Michele Randi Rovind, Thomas W Kavanagh, 4608 Willard Ave, Bethesda MD 20815-4606
518085068 +Geico Choice Ins Co As Sub Of, Ebony Scott, Cashiers, Po Box 88, Woodbury NY 11797-0088
518085069 +Geico Choice Insco As Sub Of, Angela Doering, Cashiers, Pob 96008, Washington DC 20090-6008
518085070 +Geico Direct, One Geico Blvd, Fredericksburg VA 22412-0001
518232713 +Geico Employees Insurance Co, Subrogee Candice Yip, Buffalo New Jersey Claims, Po Box 9515, Fredericksburg, VA 22403-9515
518085071 Geico General Ins Aso, Joseph C Miranda, Cashiers, Po Box 96008, Washington DC 20090-6008
518085072 +Geico General Ins Co Aso, Irene Gordon, Cashiers, Pob 88, Woodbury NY 11797-0088
518085073 +Geico General Ins Co A S O, Cashiers, A J Nuesipopoter, Pob 88, Woodbury NY 11797-0088
518085074 Geico General Ins Co As Sub, Of Allan And Patricia Warrings, Cashiers, Po Box 96008, Washington DC 20090-6008
518085075 +Geico General Ins Co As Sub Of, Debra Craft, Cashiers, Po Box 88, Woodbury NY 11797-0088
518085076 +Geico General Ins Coas Sub, Of Corrine Rooney, Cashiers, Po Box 88, Woodbury NY 11797-0088
518085077 +Geico General Ins Com A S O, Susan Yung, Po Box 96008, Washington DC 20090-6008
518085078 +Geico General Insco As Sub Of, Katie Macdougall, Cashiers, Po Box 88, Woodbury NY 11797-0088
518232714 +Geico General Insurance Co, Subrogee For Samuel Muller, Po Box 9111, Macon, GA 31208-9111
518085079 +Geico General Insurance Company, As Subrogee Of Martin Daly & Karen Daly, Law Office Of Ricky Lucyk James Donovan, 2 Huntington Quadrangle Ste 2n01, Melville NY 11747-4508
518085080 Geico In Co Aso Karleen, Cashiers, Aso Karleen Daostino, Po Box 96008, Washington DC 20090-6008
518085081 +Geico Inc Gloria Springer, Beveridge Claims, Po Box 9505, Fredericksburg VA 22403-9504
518085082 +Geico Indemity Co For John Garzillo, Law Offices Of Ricky Jlucyk, Alexandra Hintz Esq, 2 Huntington Quadrangle Ste 2n01, Melville NY 11747-4508
518085083 +Geico Indemnity Co, Cashiers, As Surbogee Of Erick Saenz, Po Box 96008, Washington DC 20090-6008
518085084 +Geico Indemnity Co As Sub For, Tanola Ennis, Cashiers, Po Box 88, Woodbury NY 11797-0088
518085085 +Geico Indemnity Co For Val Mayo, Law Offices Of Ricky Jlucyk, Kathleen A Garveson Esq, 2 Huntington Quadrangle Ste 2n01, Melville NY 11747-4508
518085086 +Geico Indemnity Co For Zoraida Miranda, Law Offices Of Ricky Jlucyk, Kathleen A Garveson Esq, 2 Huntington Quadrangle Ste 2n01, Melville NY 11747-4508
518085087 +Geico Ins, Po Box 9111, Macon GA 31208-9111
518085088 +Geico Ins Aso James Costello, Cashiers, P O Box 96008, Washington DC 20090-6008
518085089 Geico Ins Co As Sub Of, David Dalessandro, Cashiers, Po Box 96008, Washington DC 20090-6008
518085090 +Geico Ins Co As Sub Of Anthony, Frino Office Of R Raskas, 371 Hoes Ln, Piscataway NJ 08854-4143
518085091 +Geico Ins Sub Of Tomas Arocho, Cashiers, Po Box 96008, Washington DC 20090-6008
518085092 +Geico Insurance Co For Annamaria Maiakis, Law Offices Of Ricky Jlucyk, Kathleen A Garveson Esq, 2 Huntington Quadrangle Ste 2n01, Melville NY 11747-4508
518085093 +Geico Insurance For Anh Hue Diec, Law Offices Of Ricky Jlucyk, James N Donovan Esq, 2 Huntington Quadrangle Ste 2n01, Melville NY 11747-4508

518085094 +Geico Insurance For Courtney Dittmar, Law Offices Of Ricky Jlucyk, James N Donovan Esq, 2 Huntington Quadrangle Ste 2n01, Melville NY 11747-4508
518085095 +Geico Obo Ali Hansen, P O Box 88, Woodbury NY 11797-0088
518085096 +Geico Sub Catherine Oconnor, Cashiers, Po Box 96008, Washington DC 20090-6008
518085097 Geico Sub Of Francie Rena Lee, Thomas W Kavanagh, 4608 Willard Ave, Bethesda MD 20815-4600
518085098 +Geico Subrogee Of Cary Bisgyer, Cashiers, P O Box 96008, Washington DC 20090-6008
518085099 +Geico V David Wood Et Al, Tango Dickinson Lorenzo Mcdermott Et Al, William Hahn Esq, 75 Main St Po Box 192, Millburn NJ 07041-0192
518085100 +Geico-as Sub Michael Singley, Cashiers, Po Box 96008, Washington DC 20090-6008
518085101 Geico-for Michael Vanleesten, Cashiers, Po Box 96008, Washington DC 20090-6008
518085102 Geico-sub For Michael Brinkman, Cashiers, Po Box 96008, Washington DC 20090-6008
518085103 +Geico-sub For Onekka A Kimble, Cashiers, Po Box 96008, Washington DC 20090-6008
518085104 Geico-sub Of Joshua Southworth, Cashiers, Po Box 96008, Washington DC 20090-6008
518085106 +Geisinger Community Medical, Center-radiology Dept, 1800 Mulberry St, Scranton PA 18510-2369
518085107 +Geisinger Holy Spirit, 503 N 21st St, Camp Hill PA 17011-2204
518085108 Gel Spice Co Inc, Jacob Hertz, 48 Hook Rd, Bayonne NJ 07002-5007
518232715 +Gelco Corp, 3 Capital Dr, Eden Prarie, MN 55344-3890
518085110 +Gem Plumbing And Heating Co Inc, One Wellington Rd, Lincoln RI 02865-4411
518085111 Gemaire Dst, Krystal Daniels, 1609 Roseneath Rd, Richmond VA 23230-4433
518085112 +Gemini Fiber Corp, Jenn Menninger, 11145 Industrial Pkwy, Bolivar OH 44612-8993
518232716 +Gems Pet Grooming, 333 Gray Rd, Falmouth, ME 04105-2550
518085113 +Gemtor Inc, One Johnson Ave, Matawan NJ 07747-2595
518085114 Gen Li, 950 Morris Rd Apt 4, Kent OH 44240-5300
518085116 +Genco Claim Management, Sharon Pingel, 1400 Lombardi Ave Ste 204, Green Bay WI 54304-3922
518085117 +Gene Davis Sales And Svc, 1119 Payne Ave, Erie PA 16503-1741
518085118 General Cable, Julie Webster, 4 Tesseneer Dr, Highland Heights KY 41076-9167
518085119 General Electric, Condata, 9830 W190th St Ste M, Mokena IL 60448-5603
518085121 +General Mills, Unyson Logistics, 2000 Clearwater Dr, Oak Brook IL 60523-8809
518085122 +General Oil Equipment Co Inc, 60 John Glenn Dr, Amherst NY 14228-2118
518085123 General Partitions, Claims Dept, 1702 Peninsula Dr, Erie PA 16505-4243
518085124 +General Parts Inc, 2635 E Millbrook Rd, Raleigh NC 27604-2989
518085125 +General Svc Of Va Inc, P O Box 6617, Chesapeake VA 23323-0617
518085126 +General Trucking Repair Llc, 745 Route 17 North 2nd Flr, Carlstadt NJ 07072-1740
518085127 +General Welding And Fabricating, 991 Maple Rd, Elma NY 14059-9530
518085128 Generation Brands, Amanda Mcdonough, 6 Campus Dr, Burlington NJ 08016-2280
518085131 +Genior Inc, Dba Sette Mezzo, 969 Lexington Ave, New York NY 10021-5114
518085134 +Genuine Parts Co, Napa, 5959 Collections Cntr Dr, Chicago IL 60693-0059
518085135 Genworth Life Ins, Po Box 30830, Los Angeles CA 90030-0830
518085136 Geodis, Eric Simangan, 75 Northfield Ave, Edison NJ 08837-3806
518085137 +Geodis, 205 Regency Exec Dr, Charlotte NC 28217-3989
518085138 Geodis Wilson, Melissa Goncalves, 75 Northfield Ave Bldg B, Edison NJ 08837-3806
518085139 George Geigner, Mr Geigner, 1521 Blue Hill Rd, Germantown NY 12526-5230
518085140 +George Hildebrandt Inc, Lynette Pulver, 412 Stone Mill Rd, Hudson NY 12534-4244
518085141 +George James Baines And, Ingerman And Horwitz Llp, 20 Park Ave, Baltimore MD 21201-3423
518085143 George Mason University, Risk Mgmt, 4400 University Dr Msn 6d6, Fairfax VA 22030-4444
518085144 #+George R Cooper, Po Box 45, Howe Caves NY 12092-0045
518085145 George Sepenthal, 1045 North West Blvd Lot 136, 2 Lakeview Dr, Quakerstown PA 18951
518085150 Georgia Pacific, Sharon Pingel, Po Box 281523, Atlanta GA 30384-1523
518085151 Georgia-pacific, Mindy Berger, 1919 S Broadway St, Green Bay WI 54304-4905
518085154 +Gerald Fasnacht, Att Mr Fasnacht, 3549 Pheasant Hill Dr, Allentown PA 18104-8851
518085155 +Gerald Gastiger And Steven, Heisler As Atty, 1011 N Calvert St, Baltimore MD 21202-3823
518085156 Gerald Jean-pierre, 544 West 8th St, Plainfield NJ 07060-2306
518085157 +Gerard P Mcgrath, 59 Parker Ave, Tewksbury MA 01876-4463
518085160 Gerber Electronics, Ben Spiegel, 78 Astor Ave, Norwood MA 02062-5099
518085161 +Gerber Life Insurance Company, 1311 Mamaroneck Ave, White Plains NY 10605-5226
518085164 Gerharz Equipment, Mike Lytle, 6146 East Mulloy Rd, East Syracuse NY 13057-1020
518085165 +Geri Care Pharmaceutical Corp, Avi Heisler, 1650 63rd St, Brooklyn NY 11204-2713
518085166 +German A Alfaro Asn His Atty, Brosco And Brosco, 312 South Main St, Providence RI 02903-7118
518085167 +German Gallagher And Murtagh, The Bellevue-ste 500, 200 S Broad St, Philadelphia PA 19102-3898
518232717 +German Gallaher And Murtagh Pc, Gary R Gremminger Esq, 200 S Broad St, The Bellevue Ste 500, Philadelphia, PA 19102-3814
518085168 +Germano Kokot, 291 Lincoln St, Franklin Square NY 11010-2217
518085170 +Gerrick Van Deusen Attorney, For Stephanie Lombardi As, Exclusive Payee, 225 Broadway, Providence RI 02903-3017
518085171 +Gerry O'brien, 15712 La Paz Ct, Oak Forest IL 60452-2925
518085172 +Gerry Volunteer Fire Dept Inc, Jean, Po Box 182, Gerry NY 14740-0182
518085177 Getloaded Corp, P O Box 936198, Atlanta GA 31193-6198
518085180 Gghs Pnglc, P O Box 123, Akron PA 17501-0123
518085181 Ghent Manufacturing Inc, Claims Dept Cory Bowers, 2999 Henkle Dr, Lebanon OH 45036-9260
518232718 +Gianesin, Adrienne, 100 West Susquehanna Ave, Towson, MD 21204-4721
518085199 +Gilbarco Veeder-root, 12249 Collections Ctr Dr, Chicago IL 60693-0001
518085200 Gilbert Auto Parts, Claims Dept, 1 Armstrong St, Dublin VA 24084
518232719 +Gilberto, Arqueta, 425 64th Apt 1, West New York, NJ 07093-2309
518085208 +Gildan Garments, Po Box 1247, Eden NC 27289-1247
518085218 Gilman Brothers Co, Sandra Brunet, 38 Gilman Rd, Gilman CT 06336-1006
518085219 Gilman Electric, Joanne Ruch, 87 St James St, Portland ME 04102-2728

518085220 Gilman Electric, Kelly Rowell, Po Box 98, Newport ME 04953-0098
518085221 Gilman Electric Supply, 128 B Ctr St, Auburn ME 04210-5287
518085222 Gilmer Industries, Kathy Halterman, Po Box 1247, Harrisonburg VA 22803-1247
518085228 +Gina Cinelli, 1714 Park Ave, New Hyde Park NY 11040-4058
518085229 Gina Rossi, 30 Strawberry La, Cranston RI 02921-1216
518085232 +Gino And Monika Gultekinoglu, And Vespi Law Firm Llc As Atty, 547 Union Blvd 2nd Fl, Totowa NJ 07512-2480
518085233 Ginsey Home Solution, Kelly Wood, 2078 Center Sq Rd, Swedesboro NJ 08085-1703
518085236 +Girard Municipal Court, 100 N Market St, Girard OH 44420-2557
518085237 +Girardi Distributors Corp, 40 Downing Industrial Pkwy, Pittsfield MA 01201-3806
518085241 Givens Logistics, Michael Fairchild, 1720 S Military Hwy, Chesapeake VA 23320-2612
518085243 +Gkg Law Pc, Gkg, 1055 Thomas Jefferson St, Washington DC 20007-5256
518085244 Gl And V, Baysate Logistics, Po Box 547, Leominster MA 01453-0547
518085245 Gl And V Usa Inc, Kim Butland, 1 Cellu Dr ? Ste 200, Nashua NH 03063-1008
518085246 Gladhill Tractor Mart, Laura Ramsburg, 5509 Mt Zion Rd, Frederick MD 21703-4500
518085247 +Gladhill Tractor Mart, John Deere Dealer, P O Box 777, Frederick MD 21705-0777
518085248 Gladieux Trading And Marketing, 4133 New Haven Ave, Fort Wayne IN 46803-1643
518232720 +Glamour Pools, 2 Lisbon Rd, Lisbon, ME 04250-6017
518085249 Glanbia Performance Nutrition, Transplace Texas Lp, Po Box 518, Lowell AR 72745-0518
518085250 Glasfloss Ind, Joanne King, 310 Main Ave Way Se, Hickory NC 28602-3513
518085251 Glasfloss Industries, Joanne King, 310 Main Ave Way Se, Hickory NC 28602-3513
518085253 +Glass Reconditioners Llc, Po Box 505, Northville MI 48167-0505
518085254 +Glassboro Violations Bureau, 1 South Main St, Glassboro NJ 08028-2539
518085257 +Glen Cove Hospital-northwell, J Radiaology Dept, 101 St Andrews Ln, Glen Cove NY 11542-2254
518085258 Glenmark Genetics, 750 Corporate Dr, Mahwah NJ 07430-2009
518085259 +Glenn Corp, Greg Isaacs, 300 Jefferson Ave, Warwick RI 02888-3860
518085260 Glenn Corp, Cargo Claims, 300 Jefferson Ave, West Warwick RI 02893
518085261 +Glenn Reed, 4 Douglas Ave, Yorkville NY 13495-1805
518085262 Glenn Stearns Chapter 13, Trustee, P O Box 2368, Memphis TN 38101-2368
518085264 +Glens Falls Brewing, Bob Craven, 1043 Us Rte 9, Queensbury NY 12804-1374
518085265 +Glens Falls Hospital, Medical Imaging Dept, 100 Park St, Glens Falls NY 12801-4413
518085266 +Glens Towing And Road Serv Llc, 251 Dunn Dr, Beckley WV 25801-2213
518085267 Glissen Chemical Co, Dawn Dimino, 1321 58th St, Brooklyn NY 11219-4530
518085268 +Global Alliance Logistics Inc, 1525 Nw 82nd Ave, Doral FL 33126-1019
518085269 +Global Beer Network, 30 Log Bridge Rd Ro Villani, Bldg 300 Unit 301, Middleton MA 01949-2285
518085270 +Global Capacity, P O Box 674041, Dallas TX 75267-4040
518085271 Global Equip Co, Global, 29833 Network Pl, Chicago IL 60673-1298
518085272 Global Equipment, Claims Dept Smelissa Capps, 2505 Mill Ctr Pkwy, Buford GA 30518-3700
518085273 +Global Industrial, Salicia Hale, 2505 Mill Ctr Pkwy Ste 100, Buford GA 30518-3700
518085274 Global Ingredients, Griffith Jones, 317 9th Ave, Paterson NJ 07514-2310
518085275 +Global Liberty Ins Co, As Subrogee Of Albert Fritzner, Po Box 100, Plainview NY 11803-0100
518085276 +Global Logistics, Darren Hansen, 9400 Sw Barnes Blvd Ste 500, Portland OR 97225-6662
518085277 +Global Merchants, Echo Global, 600 W Chicago Ave 725, Chicago IL 60654-2522
518085278 +Global Montello Group Corp, Global, Po Box 3372, Boston MA 02241-3372
518085279 Global Shipping Svc, Teddy Tadesse, 1304 Sewell Farm Dr, Baltimore MD 21075
518085280 +Global Transport Logistics, Kimberly Roth, 208 Harristown Rd Ste 201, Glen Rock NJ 07452-3306
518085281 +Global Transportation Svc, Jeannie Sargent, 18209 80th Ave S Ste A, Kent WA 98032-2505
518085283 +Global Tranz, Besa Nesimi, Po Box 6348, Scottsdale AZ 85261-6348
518085282 +Global Tranz, Gt Freight Audit Pymt, Po Box 6348, Scottsdale AZ 85261-6348
518085285 +Global Wines, Noah Stevens, 11890 Old Baltimore Pike Ste S, Beltsville MD 20705-1245
518085286 Global Wrap, Lola Fernando, 2 Carlton Ave, East Rutherford NJ 07073-1646
518085288 Globe Equipment Co, Betty Malinowski, 235 Ash St, Bridgeport CT 06605
518085289 +Globetrans Network Inc, Natia Micalizzi, 1140 Bay St Ste 2c, Staten Island NY 10305-4910
518085290 +Gloria Taylor, 295 Hamilton St Apt 72, Geneva NY 14456-2934
518085291 Glory Days Transportation, Mike Mouser, 80 Burr Ridge Pkwy 135, Burr Ridge IL 60527-0832
518085292 +Gloster Furniture, Wendy Thomason, P O Box 738, South Boston VA 24592-0738
518085298 +Glt, 4995 Nw 72nd Ave, Ste 200, Miami FL 33166-5643
518232721 +Gluckenheimer, 450 West 33rd St, Manhattan, NY 10001-2603
518085299 +Gluefast Co, Melissa Shomo, 3535 Route 66 Bldg 1, Neptune NJ 07753-2623
518085301 Glyptal Inc, Joan Houg, 305 Eastern Ave, Chelsea MA 02150-3344
518085302 +Gmb North America, 100 Herrod St, Dayton NJ 08810-1528
518085303 +Gmz, Patricia Paul J Wilson, 225 Pictoria Dr Ste 550, Cincinnati OH 45246-2377
518085304 +Gnaden Huetten Memorial Hosp, Jennifer Hawk, 211 North 12th St, Lehighton PA 18235-1138
518085305 +Gnh Trucking Inc, Po Box 204, Farmington PA 15437-0204
518085307 +Go-jo Industries, Commerical Traffic, 12487 Plaza Dr, Cleveland OH 44130-1084
518085308 Goal Sporting Goods, Claims Dept, Po Box 236, Essex CT 06426-0236
518085320 Goetz Energy Corp, Po Box A, Buffalo NY 14217-0305
518085321 +Goetzes Candy Co Inc, 3900 E Monument St, Baltimore MD 21205-2980
518085327 Gojo Industries, Gojo Claims Administration, Po Box 991, Akron OH 44309-0991
518085328 Gold Star, 167-14 146th Road, Jamaica NY 11434-5251
518085329 Golden Artist Colors, Pj Borreli, 188 Bell Rd, New Berlin NY 13411-3616
518085330 +Golden Artist Colors, Echo Global, 600 W Chicago Ave Ste 725, Chicago IL 60654-2522
518085332 +Golden Bridge, Rebecca Jiang, 733 9th Ave, City Of Industry CA 91745-1416
518085333 +Golden Pyramid Enterprises Inc, Brian Duffy, 2854 W Vermont St, Blue Island IL 60406-1870
518085334 +Goldfarb Electric, Larry Hilliard, Po Box 3319, Charleston WV 25333-3319
518232722 Gonzalez, David, 2929 Lone Oak Rd, Eagan, MN 55121

518085370 Good Food Inc, Chester Millisock, 4960 Horseshoe Pike, Honey Brook PA 19344-1361
518085371 +Good Friend Electric, 265 Route 37 East, Toms River NJ 08753-5596
518085372 Good Samaritan Hospital, Patient Account Cashier, 1000 Montauk Hwy, West Islip NY 11795-4958
518085373 +Goodfellow Distribution Inc, Andrew Agoon, 368 Pepsi Rd, Manchester NH 03109-5303
518085375 Gooding Co Inc, David Carver, 5568 Davidson Rd, Lockport NY 14094-9090
518085376 +Goodless Electric Co, Po Box 925, 100 Memorial Ave, West Springfield MA 01089-4004
518085377 Goodman Dist, Jessica Germani, 6070 Hillcrest Dr, Valley View OH 44125-4620
518085378 +Goodman Distribution 126, Dorothe Bennett, 5561 Webster St, Dayton OH 45414-3516
518085380 Goodman-reichwald, John Deere Co, Po Box 26067, Milwaukee WI 53226-0067
518085381 Goodman-reichwald-do, John Deere Co, Po Box 26067, Moline IL 61265
518085388 Goodyear Tire And Rbr Co, Logistic Concepts, Po Box 362, Cuyahoga Falls OH 44222-0362
518085389 Goodyear Tire And Rubber, Karen Ratcliff, Po Box 277808, Atlanta GA 30384-7808
518085391 Gordon Corp, Stacy Norton, 170 Spring St, Southington CT 06489-1514
518085392 +Gordon Fire Equipment Llc, Michael E Hein, 3199 Rt 9w, Highland NY 12528-2633
518085393 Gordon Food Svc Inc, Morgan Goodell, Po Box 1787, Grand Rapids MI 49501-1787
518085394 +Gordon Lacky, 9300 Lawyers Rd, Spotsylvania VA 22551-5502
518085395 Gordon Logistics, Erik Young, Eld Ave, Edison NJ 08837
518085397 Gordon Paper, Claims Dept, 5713 Ward Ave, Virginia Beach VA 23455-3310
518085396 Gordon Paper, Kathy Higgins, 5713 Ward Ave, Virginia VA 23455-3310
518085398 +Gordon Terminal Serv Co Of Pa, Po Box 313, Mckees Rocks PA 15136-0313
518085418 +Goulds Pumps, Itt Gis, 2 Corporate Dr, Palm Coast FL 32137-4712
518085419 Goulds Pumps Inc, Kristi Calabrese, 240 Fall St, Seneca Falls NY 13148-1590
518085421 +Gpa, Lisa Navarro, 8701 W 47th St Ste A, Mc Cook IL 60525-3700
518085422 +Gr Sponaugle And Sons, Sara George, Po Box 4456, Harrisburg PA 17111-0456
518085423 +Grabber Construction Product, Patrick Deveno, 120 Newberry Rd, East Windsor CT 06088-9544
518085429 Gracies Kitchens Inc, Greg Gorski, 211 Food Terminal Plz, New Haven CT 06511-5911
518085438 +Grainful, Cargo Claims, 950 Danby Rd Ste 180, Ithaca NY 14850-5663
518085440 Grand Lake Truck And Trailer, Kara Williams, 7446 Howick Rd, Celina OH 45822-9345
518085441 Grand Usa Transport, 400 B Saxony Dr, Mount Laurel NJ 08054
518085444 Grange Ins As Subrogee For, Noreen Roman, Po Box 183238, Columbus OH 43218-3238
518085445 Grange Mutual Casualty Sub For, Patrick Brown, Po Box 183238, Columbus OH 43218-3238
518085446 +Granite City Electric, Tara Gervais, 19 Quincy Ave, Quincy MA 02169-6709
518085447 Granite City Electric, Bill Hazard, 250 Revelutionary Dr, East Tauntoon MA 02718-1392
518085448 Granite City Electric, Todd Bubier, 435 Morse Rd, Bennington VT 05201-1662
518085449 Grant Electrical, Chris Cho Chris Kim, 39-15 21st Street, Long Island City NY 11101-6121
518085450 Grant Industries Inc, John Granatell, 125 Main Ave, Elmwood Park NJ 07407-3203
518085451 Grant Supplies, Lenny Naas, 411 Alfred Ave, Teaneck NJ 07666-5755
518085452 Grant Usa Inc, Dawn Noorlag, 2750 Constitution Blvd, Beaver Falls PA 15010-1275
518085463 Graphic Controls, Anna Hall, 400 Exchange St, Buffalo NY 14204-2064
518085464 +Graphic Impressions Inc, Shannon Wolfe, AR, Po Box 856, Garden City KS 67846-0856
518085466 Grate Wall Of Fire, 219 Wheeler Rd, Litchfield CT 06759-2825
518085487 Graybar Electric, Kmurphy Bdyer, 305 John Hancock Rd, Taunton MA 02780-7370
518085488 Graybar Electric, Robin Gosselin, 29 W Commercial St, Portland ME 04101-4631
518085489 +Graybar Electric, Vicki Palmer, 6605 Deere Rd, Syracuse NY 13206-1312
518085490 Graybar Electric, Tammy Reformat, 425 Cayuga Rd Ste 100, Cheektowaga NY 14225-1946
518085491 Graybar Electric, Robert Crowley, 43 Boulden Blvd, New Castle DE 19720-2065
518085493 Graybar Electric, Lyn Sonnenlitter, 1450 Geoffrey Trl, Youngstown OH 44509-4018
518085494 +Graybar Electric Co, Claims Dept, 31 Pearson Way, West Springfield MA 01089-4093
518085495 #Graybar Electric Co, Patricia Tansey W Safran, 229 Church St, Albany NY 12202-1060
518085496 Graybar Electric Co, Sandra Dooley, 350 Metro Pk, Rochester NY 14623-2614
518085497 Graybar Electric Co, John Leech, 900 Ridge Ave, Pittsburgh PA 15212-6005
518085498 +Graybar Electric Co, 34 N Meramec Ave, Clayton MO 63105-1678
518085499 +Graybar Electric Co Inc, Po Box 414426, Boston MA 02241-4426
518085500 +Graybill Properties, Po Box 781, Old Lyme CT 06371-0781
518085503 +Grb Tree Cutters, Bruce Belanger, 258 New Hanover Ave, Meriden CT 06451-6246
518085504 +Great American Assurance Co, 301 E Fourth St, Cincinnati OH 45202-4257
518085506 +Great Dane Llc, Joe Marino, 1155 Four Star Drive, Lancaster PA 17552-8884
518085505 +Great Dane Llc, Joe Marino, 1155 Fourt Star Dr, Lancaster PA 17552-8884
518085507 Great Dane Trailers, Carol, 25768 Network Pl, Chicago IL 60673-1257
518085508 +Great Lakes, Tony Muhlenkamp, 750 Cross Pointe Rd Ste X, Gahanna OH 43230-6693
518085509 +Great Lakes Brookside Llc, Michael Reiser, 9400 Meech Ave, Cleveland OH 44105-4148
518085510 +Great Lakes Fulfillment, 41 Canal St, Lewiston ME 04240-7785
518085511 Great Lakes Higher Education, Guaranty Corp, P O Box 83230, Chicago IL 60691-0230
518085512 +Great Lakes Orthodontics, Heather Quin, 200 Cooper Ave, Tonawanda NY 14150-6607
518085513 +Great West Casualty Aso, Kevin Bassett, Po Box 94, South Sioux City NE 68776-0094
518085514 +Great West Casualty Co As, Subro Of Love Freightways Inc, Po Box 94, South Sioux City NE 68776-0094
518085515 +Great West Casualty Co As Sub, Load To Ride Transportation, 1100 West 29th St Pob 94, South Sioux City NE 68776-0094
518085516 +Great West Casualty On Behalf, Of Ttl Expedited Serv Llc, C Burnett, Pob 94, South Sioux City NE 68776-0094
518085517 Greater Cincinnati Water Works, Po Box 5487, Carol Stream IL 60197-5487
518085519 +Greeley’s Garage, 741 Washington St, Auburn ME 04210-3893
518085520 Green Bay Packaging, Superior Transport, P O Box 28346, Green Bay WI 54324-0346
518085521 +Green Energy, Shawn Tefft, 2 Northgate Dr, Windsor Locks CT 06096-1205
518085522 +Green Guard, Becky Ward, 4159 Shoreline Dr, St Louis MO 63045-1217
518085523 +Green Island Town Court, 69 Hudson Ave, Green Island NY 12183-1192
518085524 Green Mountain Feeds, Tamara Miller, 65 Main St, Bethel VT 05032
518085525 Green Mountain Power Corp, Po Box 1611, Brattlesboro VT 05302-1611

518085527 +Green Mountain Tile Inc, Dba Bennington House Of Tile, 1267 Harwood Hill Rd, Bennington VT 05201-8047
518085547 +Greenbaum Rowe Smith And Davis, Po Box 5600, Woodbridge NJ 07095-0988
518085554 +Greenline Svc Co, John Deere Dealer, 11417 Tidewater Trl, Fredericksburg VA 22408-2036
518085555 +Greeno Supply, 54 Heywood Ave, West Springfield MA 01089-3708
518085556 Greens World, Schneider Logistics In, Po Box 78158, Milwaukee WI 53278-8158
518085557 +Greenseam Industries, Brenda Bakaitus, 210 Fifth St, Charleroi PA 15022-1514
518085558 Greenway Equipment, John Deere Dealer, 58 Bangor Rd, Ellsworth ME 04605-3315
518085559 Greenway Equipment Sales, Gary Whittington, 1701 Hammond St, Bangor ME 04401-1112
518085560 +Greenwich Municipal Court, 50 Municipal Dr, Phillipsburg NJ 08865-7800
518085561 +Greers Supply Co Inc, 2401-a Plantation Rd, Roanoke VA 24012-7831
518085563 +Greg Kluchurosky, 9870 Firestone Ln, Macedonia OH 44056-1546
518085567 +Gregory Mitrakas, L And S Boule Insurance, J Santos, 158 Main St, Marlborough MA 01752-3865
518085569 +Gregson Clark Spray, Randy Dawley, 3213 Lehigh St, Caledonia NY 14423-1073
518085576 +Gretchen Washington, 2200 Arch St Unit 1104, Philadelphia PA 19103-1345
518085582 +Griffin Greenhouse, P N G L C, Po Box 123, Akron PA 17501-0123
518085587 +Griffith Severin, 236 Parkwood Cir, Canonsburg PA 15317-9545
518085595 +Grm Document Management, Roi Rpocessing, 2002 South East St, Indianapolis IN 46225-2800
518085596 #+Grocery Haulers Inc, Jim Mulcahey, 581 Main St Ste 510, Woodbridge NJ 07095-1144
518085597 +Groco, Ginger Morrell, 450 Marion Quimby Dr, Stevensville MD 21666-2532
518085601 +Grone’s Wrecker And Recovery, Grone’s Towing, 2337 Route 9, Toms River NJ 08755-1219
518085610 +Ground Logistics And Trans, Carlos Velez, 4995 Nw 72 Ave Ste 200, Miami FL 33166-5643
518085611 Groundhawg, Lori Arredondo, 6565 N Avondale, Chicago IL 60631-1782
518085612 +Groundhog Auto Parts, Brian Smith, 110 S Gilpin St, Punxsutawney PA 15767-2069
518085613 Groundwater And Environmental Svc Inc, 440 Creamery Way Ste 500, Exton PA 19341-2577
518085614 +Grove Textile, 150 E Grove St, Scranton PA 18510-1200
518085620 Growmark Fs Llc, Kathleen Bowers, 980 Loucks Mill Rd, York PA 17402-1973
518085627 Gsi Llc, 3086 Momentum Pl, Chicago IL 60689-5330
518085628 +Gsk, Chrltl, 14800 Charlson Rd, Eden Prairie MN 55347-5042
518085629 Gt And S Inc Mg Industries, Po Box 382000, Pittsburgh PA 15250-8000
518085630 +Gt Automotive Inc, 6481 Collamer Rd, East Syracuse NY 13057-1031
518085631 Gtt Communications, Gtt, Po Box 842630, Dallas TX 75284-2630
518085634 +Guaranteed Subpoena Serv Inc, Po Box 2248, Union NJ 07083-2248
518232723 +Guaranteed Subpoena Svc Inc, Po Box 2248, Union, NJ 07083-2248
518085636 Guardian Life Ins Co, Po Box 824454, Philadelphia PA 19182-4454
518085647 +Guide Dogs Of America, District Lodge 15, 37 Pierce St 2nd Fl, Northborough MA 01532-1935
518085648 +Guide Dogs Of America, District 15- M Desantis, 652 4th Ave, Brooklyn NY 11232-1003
518085649 +Guide Dogs Of America, Las Vegas Charity Banquet, 13445 Glenoaks Blvd, Sylmar CA 91342-2049
518177198 +Gulf Oil Limited Partnership, 80 Williams Street, Suite 400, Wellesley Hills, MA 02481-3705, Attn: Kayla costa
518085655 Gulf Oil Limited Partnership, Doug Moore, 80 William St, Ste 400, Wellesley Hills MA 02481-3705
518085661 +Gunning And Lafazia Inc, 33 College Hill Rd, Ste 25b, Warwick RI 02886-2783
518232724 +Gunning And Lafazia Inc, Kevin Holley, 33 College Hill Rd, Ste 2b, Warwick, RI 02886-2783
518085672 Guthrie Clinic Ltd, Guthrie Square, Sayre PA 18840
518085677 Guttman Oil Co, Greg C, Po Box 536250, Pittsburgh PA 15253-5904
518085678 Guttman Oil Co, Greg Colicchie, Po Box 536250, Pittsburgh PA 15253-5904
518085679 +Guy Touma, 220 West St, Po Box 324, Plantsville CT 06479-0324
518232725 +Guzman, Omar Persomo, 1077 Nepperhan Ave, Yonkers, NY 10703-1415
518085687 +Gypsum Express Ltd, Lightning Loading Svc, 8280 Sixty Rd, Baldwinsville NY 13027-1211
518085688 +H And A Transmitions, 8727 Rochester Ave, Rancho Cucamonga CA 91730-4908
518085689 +H And Friends, Claims Dept, 145-43 226th St, Springfield Gardens NY 11413-3515
518085691 H And R Construction, Franklin Global, P O Box 100, Ransomville NY 14131-0100
518085692 +H And S Towing Serv Inc, Main, 4180 Chambers Hill Rd, Harrisburg PA 17111-2462
518085693 +H King Hartman Md Ltd, 516 Pellis Rd, Greensburg PA 15601-4592
518085694 +H Todd Goodman - Process One, Rear Suite, 647 Franklin Ave, Garden City NY 11530-5746
518085695 +H2 Only, Po Box 972, Acton MA 01720-0972
518086333 ++HOME DYNAMIX, 100 PORETE AVE, NORTH ARLINGTON NJ 07031-5418 (address filed with court: Home Dynamix, Robyn Hudson, 1 Carol Pl, Moonachie NJ 07074-1318)
518085697 Haas Intl Group, Odyssey Logistics, Po Box 19749 Dept 123, Charlotte NC 28219-9749
518085701 +Haass Plumbing Llc, Darla Haass, 80 Clearview Ave, North East MD 21901-3309
518085702 Hab-dit er, Po Box 995, Bangor PA 18013-0995
518085703 +Hab-eit, Po Box 900, Bangor PA 18013-0900
518085706 +Habegger Corp, Jill Boucher, 3079 Silver Dr, Columbus OH 43224-3945
518085708 +Habegger Corp, Mary Ashworth, 5525 Cloverleaf Pkwy, Valley View OH 44125-4814
518085707 +Habegger Corp, Jill Boucher, 250 Hopetown Rd, Chillicothe OH 45601-9449
518085709 Hackaging Wholesalers, Julie West, 1717 Gifford Rd, Elgin IL 60120-7534
518085710 Hackensack Surgery Center Llc, 19 Katie Pl, Hackensack NJ 07601
518085715 Haddon Emergency Physicians, Po Box 41541, Philadelphia PA 19101-1541
518085720 Hagemeyer, Tsg, 8700 W Trl Lake Dr, Memphis TN 38125-8205
518085722 +Hagerstown Automotive Inc, 71 West Lee St, Hagerstown MD 21740-6090
518085723 +Hagerstown Metal Fab, Robert Hyatt, Po Box 2887, Hagerstown MD 21741-2887
518085724 +Haggerty Buick Gmc, 300 W Roosevelt Rd, Villa Park IL 60181-3506
518085728 +Hagy’s Garage, Main, P O Box 263, Meadowview VA 24361-0263
518085732 +Haines Jones And Cadbury, Melissa Bilbrey, 517 Mica Cir, Crossville TN 38572-6900
518085733 +Haines Towing Inc, Po Box 144, Bordentown NJ 08505-0144

518085738 +Hajoca Corp, Peabody Sales Bldg G, 15 Sharpners Pond Rd, North Andover MA 01845-5716
518085741 +Hale Trailer And Brake And Wheel, P O Box 1400, Voorhees NJ 08043-7400
518085742 +Hale Trailer Brake And Wheel, 5361 Oakview Dr, Allentown PA 18104-9205
518085743 +Hale Trailer Inc, Po Box 1400, Voorhees NJ 08043-7400
518085746 Hall Implement Co, Claims Dept, 1 John Deere Rd, Windham ME 04062-4836
518085753 Hall, Jordan, Address Intentionally Omitted
518085767 +Hamilton Home Prods, Kelly Lambert, 8260 Howe Industrial Pkway, Canal Winchester OH 43110-7851
518085768 Hamilton Marine Inc, Attn:michael Cox, 155 East Main St, Searsport ME 04974-3322
518085778 Hammacher Schlemmer, Dm Transportation, Po Box 621, Boyertown PA 19512-0621
518085781 +Hammers Towing Llc, Po Box 80282, Toledo OH 43608-0282
518085783 Hammond, Mjh, 139 Grand River St N, Paris ON N3L 2M4, Canada
518085784 +Hammond Lumber Co, Po Box 500, Belgrade ME 04917-0500
518085785 Hammond Mfg, Kathy Jakubowski, 475 Cayuga Rd Ste 100, Cheektowaga NY 14225-1309
518085786 Hammond Tractor Co, P O Box 30, Fairfield ME 04937-0030
518085791 +Hampshire Fire Protection Co, 8 North Wentworth Ave, Londonderry NH 03053-7438
518085792 Hampshire Paper, Css Industries Inc, Po Box 428, Berwick PA 18603-0428
518085793 Hampshire Paper, Tina Cornell, Po Box 428, Berwick PA 18603-0428
518085794 +Hampton County Clerk Of Court, P O Box 7, Hampton SC 29924-0007
518085795 +Hampton Dive Center, 369 Rt 24, Riverhead NY 11901-3725
518085796 Hampton Farms, Denise Dunlow, P O Box 149, Severn NC 27877-0149
518085802 +Hancock Eastbrook Llp, 1500 Axa Tower 1, 100 Madison St, Syracuse NY 13202-2701
518085803 #+Hancock Lumber Co Inc, 4 Edes Falls Rd, Po Box 299, Casco ME 04015-0299
518085804 +Hand Surgery Association, 166 East Main St, Huntington NY 11743-2948
518085806 +Handy Store Fixtures, Heidi Robertozzi, 337 Sherman Ave, Newark NJ 07114-1507
518085810 +Handylee Enterprises Corp, 5530 58 Th St, Maspeth NY 11378-1112
518085811 +Handyside Inc, Main, 587 Old York Rd, Etters PA 17319-9553
518085815 +Hankook Tire, Cynthia Taylor, 333 Commerce Ave Ste 50, Nashville TN 37201-1836
518085816 Hankook Tire Usa, Claims Dept, 1450 Valley Rd, Wayne NJ 07470-2039
518085818 +Hankyu Hanshin, Tavares Carter, 640 Airport S Pkwy Ste 200, Atlanta GA 30349-8616
518085824 +Hanover Circuit Court, P O Box 39, Hanover VA 23069-0039
518085825 Hanover Foods, Po Box 334, Hanover PA 17331-0334
518232726 +Hanover Insurance Co, Subrogee For Reno Machine Co Inc, Auto Physical Damage Unit, Po Box 15145, Worcester, MA 01615-0145
518085826 Hanover Terminal, Denise Wherley, Po Box 77, Hanover PA 17331-0077
518085830 +Hapaglloydamericainc, 3030 Warrenville Rd Ste 500, Lisle IL 60532-3641
518085832 Happy International Corporati-, Helen Xu, On 147-31 176th St Fl 2, Jamaica NY 11434-5406
518085834 +Harbor Hill, 2 Footbridge Rd, Belfast ME 04915-7206
518085838 Hardrock Development Co Inc, Barbara Dadson, 5607 Grove Ave, Richmond VA 23226-2101
518085840 Hardwood Products Co, Ruth London, P O Box 149, Guilford ME 04443-0149
518085861 Harleysville Inscoas Sub For, Colonie Mechanical Contractor, 1100 Locust St Dept 2019, Des Moines IA 50391-2019
518085862 Harleysville Preferred Inssub, Of Richard And Rita Tillbrook, Nationwide Ins Trust Team, 1100 Locust St, Des Moines IA 50391-2019
518085863 Harmac Medical Products, Franklin Traffic Svc, Po Box 100, Ransomville NY 14131-0100
518085869 +Harmony Printing, 2290 West County Line Rd, Ste Ll6, Jackson NJ 08527-2267
518085871 +Haro Bicycle Corp, Kelly Carrasco, 1230 Avenida Chelsea, Vista CA 92081-8315
518085873 +Harold F Fisher And Sons Inc, 875 Industrial Hwy Unit 8, Cinnaminson NJ 08077-1944
518085874 Harold Karschner, 111 Bridge St, Galeton PA 16922
518085875 +Harold M Dannell Iii, 105 Westin Ridge Dr, Thaxton VA 24174-2609
518085876 Harold Vergchleiser, Williams Systems, 65 Roosevelt Ave, Valley Stream NY 11581-1151
518085877 +Harold’s New York Deli, Cathy, 3050 Woodbridge Ave, Edison NJ 08837-3460
518085885 +Harriette Gzelman, As Attorney For Geico, 225 Roslyn Rd, Roslyn Heights NY 11577-1339
518085887 +Harrington Industrial Plastic, Lois Skapura, 6675a Santa Barbara Rd, Elkridge MD 21075-5844
518085891 +Harris Cleaning Svc, Shawn Harris, 932 Circlewood Dr, Richmond VA 23224-1606
518085892 +Harris Fire Protection Co Inc, 50 Kane St, Baltimore MD 21224-1748
518085893 Harris Tea Co, Kristin Van Pelt, 344 New Albany Rd, Moorestown NJ 08057-1167
518085912 #+Harrisburg Office Furniture, 3300 Hartzdale Dr, Ste 101, Camp Hill PA 17011-7236
518085917 +Harrs Auto Glass Inc, Todd W White, 2630 Parsons Ave, Columbus OH 43207-3048
518085918 +Harsco Minerals, Echo Global, 600 W Chicago Ave Ste 725, Chicago IL 60654-2522
518085920 +Hart And Cooley, Mary Nykamp, 5030 Corporate Exchange, Grand Rapids MI 49512-5506
518085925 +Hartford Financial Svc, Lisa Bunnell, Po Box 7247-7744, Philadelphia PA 19170-0001
518085926 Hartford Fire Insurance Co, One Hartford Plz, Hartford CT 06155-0001
518085927 Hartford Fire Insurance Co, As Subrogee Of John O Hara, Po Box 7247-7744, Philadelphia PA 19170-7744
518085928 +Hartford Hospital, Attn:joanne, 80 Seymore St, Hartford CT 06102-8000
518085929 Hartford Hospital, Po Box 310911, Newington CT 06131-0911
518085930 +Hartford Hospital Professional, Services, Po Box 415933, Boston MA 02241-5933
518085931 Hartford Ins Co Of The Midwest, Flood Ins Processing Center, Po Box 731178, Dallas TX 75373-1178
518085933 Hartley And Parker Llc, Echo Global, 600 W Chicago Ave Ste 7, Chicago IL 60654-2801
518085940 +Harts Road Svc, 935 Airport Rhodhiss Rd, Hickory NC 28601-7101
518085942 Hartville Hardware, John Deere Dealer, 1315 Edison St Nw, Hartville OH 44632-9046
518085943 +Hartz Mountain Corp, Robert Miller, 400 Plaza Dr, Secaucus NJ 07094-3688
518085945 +Harvest Equipment, John Deere Dealer, 64 Harvest Ln, Williston VT 05495-8928
518085946 +Harvest Equipment Co, John Deere Dealer, 14668 Seneca Trl North, Lewisburg WV 24901-5812
518085949 +Harwiner Singh, 143 Salzer Heights, W. Henrietta NY 14586-9678
518085952 +Hasbro Inc, Paula Aldcroft, 200 Narragansett Pk Dr, Pawtucket RI 02861-4338
518085951 +Hasbro Inc, Paula Aldcroft, One Hasbro Place, Providence RI 02903-1849

518085960 Hatfield And Associates, 5100 Poplar Ave, Ste 3119, Memphis TN 38137-3106
518085961 +Hatfield Brothers Truck Serv, Po Box 139, Fishkill NY 12524-0139
518085969 +Hauser’s Truck Svc Inc, 850 Church St, Catasauqua PA 18032-1125
518085970 +Havac, 3018 Appleford Dr, Chester VA 23831-8801
518085971 +Haverhill Housing, 25 Washington St, Haverhill MA 01832
518085972 Havtech, Andrew Neal, 9505 Berger Rd, Columbia MD 21046-1514
518085976 +Hawkins Fire Extinguisher Svc, 4234 Walden Ave, Lancaster NY 14086-9767
518085992 +Hazleton Equipment Co, Main, 441 S Church St, Hazleton PA 18201-7607
518085993 Hazleton Oil And Environmental, 300 S Tamaqua St, Hazleton PA 18201-7913
518085994 +Hazlitt 1852 Vineyards, Ann Mac Williams, Po Box 207, Hector NY 14841-0207
518085995 +Hd Supply, Emine Cinar, 1100 John Galt Way, Burlington NJ 08016-2140
518085996 +Hd Supply, Nicole Malizia, 17 Commercial Ave, Albany NY 12205-5703
518085998 Hd Supply, Morgan Gayles, 2400 Cumberland Blvd 7th Flr, Atlanta GA 30339-4161
518085997 +Hd Supply, Fm Freight Claims, 3400 Cumberland Blvd 7t, Atlanta GA 30339-4435
518085999 +Hd Supply Hardware Solutions, Robert Lam, 3710 Atlanta Ind Pkwy Ste A, Atlanta GA 30331-1052
518232727 +Hd Supply Roslyun Jackson, 2500 Glen Ctr St, Richmond, VA 23223-2341
518086000 +Hd Supply White Cap, 9474 Sutton Pl, Hamilton OH 45011-9698
518086001 +Hd Transportation Llc And, Jaspinderpal Kaur Maxum Indemnity Ins, 3655 North Poin, Ste 500, Alpharetta GA 30005-2027
518086007 +Health Alliance Broadway, Po Box 64336, Baltimore MD 21264-4336
518086008 +Health Max Pharmacy, 80-07 Jamaica Ave, Woodhaven NY 11421-1902
518086009 +Health Plan Svc Inc, Boston Mutual Med, Po Box 31215, Tampa FL 33631-3215
518086010 Healthport, Po Box 409740, Atlanta GA 30384-9740
518086011 +Healthsource, 922 Main St Ste 201, Paterson NJ 07503-2602
518086012 Healthtrust Purchasing Group, Hpg C O Wells Fargo090143067, For Mold Rite Plastics, P O Box 751576, Charlotte NC 28275-1576
518086013 +Healthworkswny Llp, Po Box 8000, Dept Number 425, Buffalo NY 14267-0002
518086015 +Hearth And Home, Williams And Associates, 405 E 78th St, Bloomington MN 55420-1299
518086016 Hearthlink International, Globaltranz, Po Box 6348, Scottsdale AZ 85261-6348
518086017 +Hearthlink Intl, Patricia Mayer, 9 Maple St, Randolph VT 05060-1314
518086018 Hearthstone Quality, Janet Paine, 317 Stafford Ave, Morrisville VT 05661-8695
518086020 +Heat Shock Llc, Victor Lopez Jr, 91 Blossom Way, Southington CT 06489-1878
518086026 +Heating And Cooling Products, Eho Global, 600 W Chicago Ave Ste 725, Chicago IL 60654-2522
518086027 Heatland Express, 901 N Kansas Ave, North Liberty IA 52317-4726
518086029 Heavy Duty Diesel Repair, Ryan Gray, 33221 Route 187, Rome PA 18837-7926
518086030 Heavy Duty Parts, Ar, 29787 Network Pl, Chicago IL 60673-1787
518086038 Hefenfinger, Jordan, Address Intentionally Omitted
518232728 +Heininger, John, 2603 Davies Ave, Pennsauken, NJ 08109-3114
518232729 +Heitz, Bonnie, Po Box 404, Canaan, NY 12029-0404
518086049 Helco Electric Inc, Steve Tracchia, Zero Centennial Dr, Peabody MA 01960
518086051 +Hellers Gas Inc, Lewisburg, 500 North Poplar St, Berwick PA 18603-1526
518086053 #Hellmann Worldwide, 117 Sunfield Ave, Edison NJ 08837-3822
518086054 +Helmsman Management Svc, Tpa For Ups, Po Box 9111, Weston MA 02493-9111
518086055 Help Systems Llc, Judy, Nw 5955, P O Box 1450, Minneapolis MN 55485-5955
518086056 Help Systemsil Inc, Nw 5955, Po Box 1450, Minneapolis MN 55485-5955
518086068 Hennemuth Metal Fab, Ann Hennemuth, 101 N Branch Rd, Oakdale PA 15071-1506
518086070 Henrico Circuit Court, Po Box 90775, Henrico VA 23273-0775
518086072 +Henrico Doctors Hospital, 1602 Skipwith Rd, Richmond VA 23229-5298
518086073 Henrico Jdr Court, Po Box 90775, Henrico VA 23273-0775
518086075 Henry Co, Veronica Diera, 3802 Miller Pk Dr, Garland TX 75042-7525
518086076 +Henry Hanger, 110 East Hollis St, Nashua NH 03060-6370
518086077 Henry Jaskulski, Robb Leonard Mulvihill Llp, R Sean Oconnell Esq, Bny Mellon Ctr 500 Grant St Ste 2300, Pittsburgh PA 15219
518086086 +Herbert Little, 14 Granite St Unit 602, Haverhill MA 01832-5613
518086088 +Herbstreith And Fox Inc, Vita Salvatore, 570 Taxter Rd, Elmsford NY 10523-2311
518086089 +Hercules Enterprises Llc, Chuck, 53 Welsh Rd, Lebanon NJ 08833-4317
518086090 +Hercules Storage Containers, Sean, P O Box 462, Durango CA 81302-0462
518086091 +Hercules Truck And Trailer Repair, 2 New St, East Rutherford NJ 07073-1027
518086095 +Heritage Maintenance Prod Llc, P O Box 2178, Blue Bell PA 19422-0509
518086096 Heritage Stone, April Nicholson, County Road 140, Sugarcreek OH 44681
518086097 Heritagecrystal Clean Llc, 13621 Collections Ctr Dr, Chicago IL 60693-0136
518086098 +Herman H Braim Jr Inc, Dba Braims Refrigeration And Ac, 33 Warrior Run Blvd, Turbotville PA 17772-8662
518086099 +Herman Katz Cangemi And Clyne, 538 Broadhollow Rd, Ste 307, Melville NY 11747-3638
518086126 +Hershocks, 3501 N 6th St, Po Box 5800, Harrisburg PA 17110-0800
518086128 Hertz Furniture, Stacey Forbes, 170 Williams Dr, Ramsey NJ 07446-2907
518086129 Hesc, P O Box 645182, Cincinnati OH 45264-5182
518232730 +Hewitt, Diane, 8 Omley Pl, New Yor, NY 10956-3209
518086139 Hexel Corp And Ship Trac, Annette Carl, 47 N Duke St, York PA 17401-1204
518086141 +Hfc Prestige, Ramon Cordova, 10123 Alliance Rd, Ste 320, Cincinnati OH 45242-4714
518086142 Hfc Prestige Intl, Brhonda Mc Gwier, 13599 Park Vista Blvdbox 38, Fort Worth TX 76177
518086144 Hh Brown Shoe Co Inc, Anthony Tumio, 124 Putnam Ave, Greenwich CT 06830-5317
518086145 +Hhp Inc, Po Box 489, Henniker NH 03242-0489
518086146 +Hi De Liners Inc, Terry Allen, 131 W Main St, Orange MA 01364-1150
518086147 Hi Logistics Nj Inc, Christian Kim, 910 Sylvan Ave, Englewood Cliffs NJ 07632-3306
518086148 +Hi Logistics Nj Inc, Claims Dept AR Dept, Po Box 21174, New York NY 10087-1174
518086149 +Hiawatha Fasteners, 6312 East Taft Rd, North Syracuse NY 13212-3399
518086152 Hicks, Chad, Address Intentionally Omitted

518086156 Hicksville Water District, 4 Dean St, Po Box 9064, Hicksville NY 11802-9064
518086165 +High Point Ins Co, As Subrogee Of Craig Primus, Po Box 920, Lincroft NJ 07738-0920
518086166 +High-tech Auto Machine Shop, David Cressley, Owner, 404 Bridge St, Weissport PA 18235-2214
518086168 Higher Educatio Student Asst, Authority, Po Box 529, Newark NJ 07101-0529
518086169 +Higher Information Group Llc, 400 N Blue Ribbon Ave, Harrrisburg PA 17112-2451
518086170 Highland Sugarworks, Jill Tremblay, 49 Parker Rd, Barre VT 05641-9106
518086171 +Highpiains Llc, 16 High St, Plainville MA 02762-1011
518086172 +Hight Point Insurance Co, As Subrogee Of Joseph Bonanni, P O Box 920, Lincroft NJ 07738-0920
518086173 +Hight Point Insurance Co, As Subrogee Of Philip Kropoth, Po Box 920, Lincroft NJ 07738-0920
518086175 +Highview Properties One, 33 Cotter Ln, East Brunswick NJ 08816-2002
518086176 +Highway Motors Inc, 5307 Peters Creek Rd, Roanoke VA 24019-3849
518086177 +Hilario’s Svc Ctr Inc, 131 Mt Pleasant Rd, Rte 6, Newtown CT 06470-1438
518086184 +Hill Phoenix, Deneese Brannam, 9393 Princeton-glendale Rd, Hamilton OH 45011-9707
518086185 +Hill Rivkins Llp, 45 Broadway Ste 1500, New York NY 10006-3793
518086186 Hill’s Pet Nutrition, Sales Inc, Po Box 842257, Dallas TX 75284-2257
518086199 Hillcrest Foods Inc, Geri Kancyr, 217 Edie Rd, Saratoga Springs NY 12866-6803
518086200 Hillcrest Holsteins, 6763 County Rte 78, Henderson NY 13650-2019
518086203 +Hilliard, Leancor Supply Group, 1420 College Ave, Elmira NY 14901-1153
518086205 +Hilliard Corp, Leancor Supply Group, 7660 Turfway Rd, Florence KY 41042-1367
518086210 +Hillside Auto Sales And Svc, Main, 304 Paddock Rd, Springfield VT 05156-9129
518086211 +Hillside Fidelco Llc, 333 Cedar Ave - Ste 1, Middlesex NJ 08846-2400
518086212 +Hillside Warehouse, Wally Hults, 20 Northfield, Edison NJ 08837-3861
518086213 Hilltop Sales And Svc, 158 Falcone Rd, Bangor PA 18013-9290
518086214 Hilman Inc, Po Box 45, Marlboro NJ 07746-0045
518086216 +Hilton Garden Inn Grove City, 3928 Jackpot Rd, Grove City OH 43123-8636
518086217 +Him Montefiore, Health Info Management, 111 East 210 St, Bronx NY 10467-2401
518086224 Hinkley Lighting Inc, Lee Ann Eschbacher, 33000 Pin Oak Pkwy, Avon Lake OH 44012-2641
518086235 Hire Edge Consulting Inc, James Davis, President, Po Box 826818, Philadelphia PA 19182-6818
518086237 +Hirschbach Motor Lines Inc, 2460 Kerper Blvd, Dubuque IA 52001-2224
518086238 +Hitachi Cable, Tech Logistics, 300 Elm St Unit 1, Milford NH 03055-4715
518086240 Hite Co, Mark Seasoltz, 3029 Beale Ave, Altoona PA 16601
518086242 Hitouch Business Svc Llc, Fred Sigrist, Po Box 32192, New York NY 10087-2192
518086244 +Hix Wrecker Svc Inc, 3200 Bluff Rd, Indianapolis IN 46217-3202
518086248 Hjellegjerde, Matt Lebron, 1200 Route 523, Flemington NJ 08822-7097
518086249 +Hl Bowman Inc, Bowman, 2259 Woodlawn St, Harrisburg PA 17104-2771
518086250 Hl Dempsey Co, William Dempsey, 103 Baldwin St, West Springfield MA 01089-5000
518086251 +Hms Host, 75 Merrick Rd, Trenton NJ 08691-3903
518086253 Hni Corporaton, Schneider Logistics, Po Box 78158, Milwaukee WI 53278-8158
518086254 +Ho Penn Mack Co Inc, Penn Mack Co Inc, 122 Noxon Rd, Poughkeepsie NY 12603-2940
518086257 Hobart Corp, Brenda Hyland, 3775 Lake Pk Dr, Covington KY 41017-9603
518086259 +Hobbytyme Dist, Denise Martin, 64-c Oakland Ave, East Hartford CT 06108-4042
518086260 +Hoboken Municipal Court, 100 Newark St, Hoboken NJ 07030-4510
518086269 +Hodosh Lyon And Hammer Ltd, 41 Comstock Pkwy, Ste 101, Cranston RI 02921-2061
518086272 +Hoffman Collision Center, 5200 Jonestown Rd, Harrisburg PA 17112-2991
518086273 +Hoffman Svc Inc, 55-57 East Bigelow St, Newark NJ 07114-1625
518086279 +Hogan Tire Inc, 135 Bangor St, Houlton ME 04730-3001
518086282 Hohmann And Barnard Sandell, 30 Rasons Ct, Hauppauge NY 11788-4206
518086284 +Holbrook Properties Llc, 5 Mear Rd, Holbrook MA 02343-1329
518232731 +Holden Storage, 789 Wachusett St, Holden, MA 01520-6514
518086290 +Holiday Inn, Buffalo Int l Airport, 4600 Genesee St, Cheektowaga NY 14225-2406
518232732 +Holiday Inn Express, 1835 Ulster Ave, Lake Katrine, NY 12449-5427
518086293 +Holkenborg Equipment, John Deere Dealer, 9513 Us Hwy 250 N, Milan OH 44846-9574
518086294 Holland Co, Timothy Kopenac, 153 Howland Ave, Adams MA 01220-1110
518086295 Holland Mfg Co Inc, Brian Allanson, 15 Main St, Succasunna NJ 07876-1729
518086296 Holland, Justin, Address Intentionally Omitted
518232733 +Hollils, Janielle Garrett, 1686 Beaver Ridge Dr B, Kettering, OH 45429-4034
518086298 +Hollinger Metal, Echo Global, 600 W Chicago Ave Ste 725, Chicago IL 60654-2522
518086302 +Hollywood Avenue Solar Llc, Po Box 6031, Elizabeth NJ 07207-6031
518086303 +Hollywood Corp, 310 Hollywood Ave, So. Plainfield NJ 07080-4202
518086304 +Hollywood Corp, Whiteford Taylor And Preston Llp, Edward U Lee, Seven Saint Paul St Ste 1500, Baltimore MD 21202-1636
518086305 +Hollywood Golf Club, 510 Roseld Ave, Deal NJ 07723-1439
518086308 +Holmberg Inc, Hunter Sager, 4155 Berkshire Ln N, Minneapolis MN 55446-3814
518086309 +Holmes Oil Distributing, Mike Hummel, Po Box 148, Millersburg OH 44654-0148
518086316 Holographic Finish, Po Box 597, Ridgefield NJ 07657-0597
518086320 +Holy Spirit Hospital, 503 N 21st St, Camp Hill PA 17011-2288
518086321 +Homan And Homan, 59-11 Central Ave, Farmingdale NY 11735-6902
518086324 +Homans Associates, Brian Nadeau, 250 Ballardvale St, Wilmington MA 01887-1058
518086325 +Homans Associates, Daniel Stone, 78 River St, Braintree MA 02184-3320
518086326 +Home Depot, 7239 Browing Rd, Pennsauken NJ 08109-4602
518232735 +Home Depot, 11260 W Broad St, Henrico, VA 23060-5815
518086327 Home Depot, Condata Global, 9830 West 190th St Ste M, Mokena IL 60448-5603
518086328 Home Depot Credit Svc, Dept 5313, Po Box 78047, Phoenix AZ 85062-8047
518232736 Home Depot Supply, 110 Pegnassi Prt, Glen Allen, VA 23059
518086329 +Home Depot Usa, Sedgwick, 4200 University Ave Ste 317, West Des Moines IA 50266-5945
518086331 +Home Depot Usa Inc, 2455 Paces Ferry Rd, Building C20, Atlanta GA 30339-6444

518086330 Home Depot Usa Inc, Shannon Campbell, 2455 Paces Ferry Rd D16, Atlanta GA 30339-6444
518086332 Home Depot-receivables, Claims Dept, Po Box 7247-7491, Philadelphia PA 19170-0001
518086334 Home Essentials And Beyond, Karen Meima, 200 Theodore Conrad Dr, Jersey City NJ 07305-4616
518086335 Homeclick, Frank Muniz, 777 New Durham Rd Ste D, Edison NJ 08817-2859
518086336 Homer Laughlin China Co, Jackie Barrett, 672 Fiesta Dr, Newell WV 26050-1077
518086339 +Honest Weight Food Co-op, Rick Mausert, 100 Watervliet Ave, Albany NY 12206-2024
518086340 Honey Cell Inc, Claims Dept, 600 Bridgeport Ave, Shelton CT 06484-4715
518086346 +Hop And Wine Beverage, Lrg, 8500 W 110th St Ste 300, Overland Park KS 66210-1804
518086350 +Hopping Green And Sams Pa, As Atty For Upright Prs, Case 17cc009260ste 300, 119 S Monroe St, Tallahassee FL 32301-1591
518086354 +Horizon Medical Group, Po Box 36363, Newark NJ 07188-6306
518086355 +Horizon Star Customs, 600 E Palisade Ave, Ste 4, Englewood Cliffs NJ 07632-1826
518086358 Hornings Supply, Kathy Miller, 23 Park La, Hegins PA 17938-9089
518086359 +Horo Trucking Co Inc, Betty Bellanca, Office Mngr, Po Box 468, Avenel NJ 07001-0468
518086361 +Horseless Carriage, Carriers Inc, 61 Iowa Ave, Paterson NJ 07503-2516
518232737 +Hotel, Marriot, 235 E Main St, Norfolk, VA 23510-1668
518086379 House Of Cans, Karen Zieske, 7060 N Lawndale Ave, Lincolnwood IL 60712-2610
518232738 +Houser Mike Levy Llc, 3013 Arizona Ave, Parkville, MD 21234-4101
518086382 +Houser Newman Associates, 37 Medical Crossing Rd, Tamaqua PA 18252-5565
518086383 +Houston Center Swagelok, Chris Kapacinskas, 10110 Fairbanks N Houston, Houston TX 77064-3414
518086386 +Howard B Kook Pc, 1955 Springfield Ave, Maplewood NJ 07040-3441
518086387 +Howard Foods, Claims Dept, Po Box 2072, Danvers MA 01923-5072
518086388 +Howard Johnson Inc, John Deere Dealer, Po Box 3733, Peace Dale RI 02883-0393
518086390 Howard W Elliott, 3510 Georgetown Rd, Baltimore MD 21227-1604
518086404 +Howland Pump And Supply, Dl Griffith, 7611 State Hwy 68, Ogdensburg NY 13669-4443
518086411 +Hphc Insurance Company Inc, 93 Worcester St, Wellesley MA 02481-3609
518086412 Hsm Of America, Ryan Weis, 12 S State St, Downingtown PA 19335-3043
518086413 Hss Equipment, Claism Dept, 1325 Atlantic Ave, Brooklyn NY 11216-2810
518086415 Hub City Terminals, Cargo Claims, 36258 Treasury Ctr, Chicago IL 60694-0001
518086416 Hub City Terminals, Raymond Lamadrid, 36258 Treasury Ctr, Chicago IL 60694-0001
518086417 Hub Food Corp, Raymond Di Giovanni, 36 Auburn St, Chelsea MA 02150-1825
518086418 Hub Group, James Schwarber, 2000 Clearwater Dr, Oak Brook IL 60523-8809
518086419 Hubbard Hall Inc, Tammy Fleischer, Po Box 790, Waterbury CT 06720-0790
518086420 Hubbard Tool And Die Corp, Jodi Yaworski, Rome Industrial Center, Rome NY 13440
518086422 +Hubbard, Diane, 100 Muron Ave, Bellingham MA 02019-2112
518232739 +Hubbard, Teofilo, 14942 117th St, Ozone Park, NY 11420-3907
518086425 +Hubbell Dist, 28591 Network Pl, Chicago IL 60673-1285
518086426 +Hubbell Distribution, Transaudit Ste 2d, 11 Marshall Rd, Wappingers Falls NY 12590-4123
518086427 +Hubbell Lighting, Trans Audit, 11 Marshall Rd, Wappingers Falls NY 12590-4123
518086430 Hubert, Beverly Ertel, 9555 Dry Fork Rd, Harrison OH 45030-1906
518086431 +Hubert, Acs Traff Svc, 7108 Pippin Rd, Cincinnati OH 45239-4605
518086432 Hubmar Intl, Joe Benamor, 1200 Beaulac, St-laurent QC H4R1R7, Canada
518086434 +Hudson Crossing Surgery Center, 2 Executive Dr, Fort Lee NJ 07024-3308
518086435 +Hudson Extrusions, Po Box 255, Hudson OH 44236-0255
518086436 +Hudson Hupaco, 1341 West Broad St, Stratford CT 06615-5761
518086437 +Hudson Loading Svc Inc, 412 Stone Mill Rd, Hudson NY 12534-4244
518086438 +Hudson Paper Co, Tom Turaj, 1341 W Broad St, Stratford CT 06615-5761
518086439 +Hudson Radiology Center Llc, 657-659 Broadway, Bayonne NJ 07002-4710
518086440 Hudson River Tractor, Jhon Deere Dealer, 3021 State Highway 5 South, Fultonville NY 12072-1814
518086441 +Hudson Valley Imaging, 575 Hudson Vly Ave, New Windsor NY 12553-4746
518086442 +Hudson Valley Office Furniture, D’ambrosio And D’ambrosio Pc, 42 Main St, Irvington NY 10533-1516
518086443 +Hudson Vista Physician Svc, Po Box 4068, Albany NY 12204
518086447 Hueter Toledo, Kathleen Thompson, 605 E Ctr St, Bellevue OH 44811-1712
518086461 Huhtamaki, Transplace Texas, Po Box 518, Lowell AR 72745-0518
518086465 Hull Electric, Brenda Teclak, Po Box 542, Bradford PA 16701-0542
518086469 +Hung Giang, 948 Washington Ave, Portland ME 04103-2750
518086479 Hunter Truck Sales And Svc, Kathy Riedl, Dept 105, P O Box 820849, Philadelphia PA 19182-0849
518086480 +Hunter’s Ambulance Svc Inc, Po Box 150454, Hartford CT 06115-0454
518086486 +Huntington Brake Svc, Darrell Anderson, 448 E Jericho Tpk, Huntington Station NY 11746-7312
518086487 +Huntington Hospital, Po Box 950007450, Philadelphia PA 19195-0001
518086488 Huntington Plbg Supp, Claims Dept, 310 Broadway, Hutington NY 11743
518086492 +Hurley And David Inc, Hurley And David, 90 Fisk Ave, Springfield MA 01107-1071
518086494 +Hurleys Garage Inc, 509 Rte 40, North Troy NY 12182-3880
518086495 +Hurricane Fence, 2467 New Columbia Rd, New Columbia PA 17856-9316
518086496 Hurricane Fence Co, Melissa Davis, Po Box 27527, 020717, Richmond VA 23261-7527
518086499 Huseby Inc, Po Box 6180, Hermitage PA 16148-0922
518086516 Hvac Distributors, Angela Ward, Po Box 160, Mount Joy PA 17552-0160
518086517 Hw Farren, Sydney Corbisiero, 1 Bell Dr, Ridgefield NJ 07657-2118
518086518 #Hyatts Graphic Supply, Peter W Hyatt, 910 Main St, Buffalo NY 14202-1403
518086519 #+Hycrete Inc, 409 Main St, Little Falls NJ 07424-1207
518086520 +Hydac Corp, Rainer Josting Mambruster, 90 Southland Dr, Bethlehem PA 18017-8925
518086522 Hydrotech Systems Ltd, Edmound Kapper, 13 Green Mountain Dr, Cohoes NY 12047-4807
518086523 Hygrade, Eva Schwimmer, 30 Warsoff Pl, Brooklyn NY 11205-1638
518086524 Hynes Electrical Supply, Lisa Morrow, 2 Hammond Ln Ste 200, Plattsburgh NY 12901-2006

518086525 +Hypertherm, 9 Reat Hollow Rd, Hanover NH 03755-3122
518086526 +Hyundai Merchant Marine Co, Deborah Zannu, 1755 Wittington Pl, Ste 100, Farmers Branch TX 75234-1933
518232740 +I And A Construction, 10023 Olde Kent Dr, Spotsylvania, VA 22551-4524
518086529 +I And A Merchandise, Claims, 1000 Alabama Ave, Brooklyn NY 11207-8327
518086530 I Health Inc A Division, Richard Gardner, 551 Marshall Phelps Rd, Windsor CT 06095-1769
518086531 +I Park, 2070 Rt 52 Building 320, Hopewell Jct NY 12533-3507
518086532 +I Ray Zimmerman, Electrical Contractors, 1100 Hockley Hill Rd, Turbotville PA 17772-8618
518086533 +Iam Crest Metropolitan Inc, 38-38 Crescent St, Long Island City NY 11101-3602
518086534 +Iam National Pension Fund, Kimberly Monnig Controller, 1300 Connecticut Ave Ste 300, Washington DC 20036-1707
518086536 +Iam National Pension Fund, Ryk Tierney Exec Dir And, Raymond Goad Jr, 1300 Connecticut Ave Ste 300, Washington DC 20036-1707
518086535 Iam National Pension Fund, P O Box 791129, Baltimore MD 21279-1129
518086537 +Iamaw, William W Winpisinger-edu Cnt, 24494 Placid Harbor Way, Hollywood MD 20636-2812
518086539 Iap Inc, Michael Silverstein, 11 Distribution Blvd, Edison NJ 08817-6005
518086542 +Ibex Intl, Cts, Po Box 441326, Kennesaw GA 30160-9527
518086543 Ibm Corp, Po Box 645670, Pittsburgh PA 15264-5254
518086544 +Ibm Credit Llc, One North Castle Dr, Armonk NY 10504-1725
518086547 Icat Logistics, Cindy Carey, 1900 Brannan Rd Ste 300, Mcdonough GA 30253-4324
518086548 Iconex, Tim Mcmullan, 2600 Bi State Dr, Kansas City KS 66103-1309
518086549 Icp Construction, Chuck Steinbrecher, 150 Dascomb Rd, Andover MA 01810-5873
518086550 Icp Industrial Inc, Saul Velazquez, 1600 Glenlake Ave, Itasca IL 60143-1005
518086551 +Ict, 699 Kapkowski Rd, Elizabeth NJ 07201-2122
518086552 +Icynene, Geodis, P O Box 2208, Brentwood TN 37024-2208
518086553 +Ideal Stair Parts, Mary Flourde, 225 W Main St, Little Falls NY 13365-1800
518086554 Idj Now, Victor Tognella, 100 Christopher St, Ronkonkoma NY 11779-6955
518232741 +Idl Techniedge, 30 Boright Ave, Kenilworth, NJ 07033-1087
518086555 +Idw Llcid Wholesaler, Todd Tollberg, 5830 Nw 163rd St, Miami Lakes FL 33014-5600
518086556 +Iesha Jenkins And Fodera And Long, As Attys, 1500 Walnut St Ste 900, Philadelphia PA 19102-3518
518086558 Ifa Ins Co, 35 Walnut Ave, Clark NJ 07066
518086559 Ifa Insurance Co Sub Of, Erick Mayorga, 14 Walnut Ave, Clark NJ 07066
518086561 Ifs Industries Inc, 400 Orrton Ave, Reading PA 19603
518086562 +Igor Gomozov, 1147 Edgewood Ln, Fort Lee NJ 07024-4228
518086563 Igus Inc, P O Box 14349, East Providence RI 02914-0349
518086564 +Ih; Ah; Ah - As Minors, Vital & Vital Lc, Matthew R. Oliver, Esq., 536 5th Ave, Huntington WV 25701-1908
518086565 Ih; Ah; Ah - As Minors V Nemf, Robinson & Mcelwee, Stephen F Gandee Esq., Po Box 128 140 West Main St Ste 300, Clarksburg WV 26302-0128
518086566 Iix, Insurance Information Exchange, General Post Office Pob 27828, New York NY 10087-7828
518086570 Ilinois Dept Of Agriculture, Bureau Of Weights And Measures, Po Box 19281, Springfield IL 62794-9281
518086572 Illinois, Sales Tax, Po Box 19044, Springfield IL 62794-9044
518086574 +Illinois Attorney General, Consumer Protection Division, 100 West Randolph St, Chicago IL 60601-3271
518086573 +Illinois Attorney General, Lisa Madigan, James R Thompson Center, 100 W Randolph St, Chicago IL 60601-3220
518086575 +Illinois Dept Of Labor, Director, 160 N Lasalle St, 13th Floor Ste C-1300, Chicago IL 60601-3130
518086578 Illinois Dept Of Revenue, Retailers Occupation Tax, Springfield IL 62796-0001
518086580 Illinois Environmental Protection Agency, 1021 North Grand Ave East, Po Box 19276, Springfield IL 62794-9276
518086581 +Illinois Instruments, 2401 Hiller Ridge Rd, Johnsburg IL 60051-7451
518086582 +Illinois Secretary Of State, Irp Audit Unit, Room 235 Howlett Building, Springfield IL 62756-0001
518086583 Illinois State Treasurer’s Office, Unclaimed Property Division, Po Box 19495, Springfield IL 62794-9495
518086584 +Illinois Tollway, Po Box 5544, Chicago IL 60680-5491
518086585 +Illinois Union Insurance Co, 525 West Monroe St, Chicago IL 60661-3647
518086588 +Image Fleet Graphics, 4410 Dell Ave, North Bergen NJ 07047-2637
518086589 +Image Tech, Pauld Steinberg, 70 Shawmut Rd, Canton MA 02021-1411
518086590 Imagine This Co, Jeff Bell, 5331 Distributor Dr, Richmond VA 23225-6103
518086591 +Imaging Subspecialists Of Nj, 504 Valley Rd, Wayne NJ 07470-3534
518086593 +Iman Dawsonguardian Of The, Property Of Minor Jsd, Attorney Bifferafco Gentilotti Llc, 4250 Lancaster Pike Ste 130, Wilmington DE 19805-1520
518086595 +Imedview Inc, 380 Lexington Ave, 17th Floor, New York NY 10168-1799
518086596 Imer Usa Inc, Frank Kazior, 221 Westhampton Pl, Capitol Heights MD 20743-3521
518086598 Impact Plastics, Elizabeth See, 950 Tollgate Rd, Elgin IL 60123-9313
518086599 Imperial Bag And Paper, 255 U S Rte 1&9, Jersey City NJ 07306-6727
518086600 Imperial Dist Inc, 33 Sword St, Auburn MA 01501-2146
518086601 Imperial Manufacturing, Francisco Alejo, 1128 Sherborn St, Corona CA 92879-2089
518086602 +Impex Gls Inc, Nick Yum, 155-04 145th Ave, Jamaica NY 11434-4236
518086603 +Imported Foods, Anthony Pompeo, 474 Dorchester Ave, South Boston MA 02127-2736
518086604 Ims Trading, Ashley Dyson, 965 Cranbury South River, Jamesburg NJ 08831-3407
518086606 In Full Bloom, Nancy Fritsche, 70 Motor Ave, Farmingdale NY 11735-4028
518086607 +Ince Motor Freight Inc, 7202 Northern Blvd, East Syracuse NY 13057-5080
518086608 Income Tax Div-city Of Akron, 1 Cascade Plz, 11th Floor, Akron OH 44308-1100
518086609 Indeed Inc, Claudia Benitez, Mail Code 5160, Po Box 660367, Dallas TX 75266-0367

518086610 Independent Chemical, Elizabeth Reszler, 70 30 79th Pl, Glendale NY 11385-7511
518086611 Independent Chemical, Pablo Gomez, 17-19 80th St Ste 8-202, Glendale NY 11385-7738
518086612 +Independent Concrete Construction, Diane Vitali Bookeeper, 216 Cass Ave, Buffalo NY 14206-1954
518086613 Independent Electric, Whitney Lincoln, 41 Inner Belt Rd, Somerville MA 02143-4417
518086614 India Garments Inc, Nita Vaidya, 485 Barell Ave, Carlstadt NJ 07072-2809
518086615 +Indian Town Association, P O Box 147, Old Saybrook CT 06475-0147
518086616 +Indiana Attorney General, Curtis T Hill Jr, Indiana Government Center South, 302 West Washington St 5th Fl, Indianapolis IN 46204-4701
518086617 +Indiana Dept Of Environmental Mgmt, Office Of Air Quality Compliance, 100 N Senate Ave, Mail Code 50-01, Indianapolis IN 46204-2222
518086618 +Indiana Dept Of Labor, Commissioner, 402 West Washington St, Room W195, Indianapolis IN 46204-2745
518086621 Indiana Dept Of Revenue, Sales Tax, Po Box 1685, Indianapolis IN 46206-1685
518086625 +Indiana Dept Of Revenue, Motor Carrier Serv Div-ste M, C Denny, 7811 Millhouse Rd, Indianapolis IN 46241-9611
518086626 +Indiana Dept Of Workforce Development, 10 North Senate Ave, Indianapolis IN 46204-2277
518086629 Indiana Michigan Power Co, Main, Po Box 371496, Pittsburgh PA 15250-7496
518086627 Indiana Michigan Power Co, Po Box 371496, Pittsburgh PA 15250-7496
518086628 +Indiana Michigan Power Co, 1 Riverside Plz, Columbus OH 43215-2355
518086630 +Indiana Occupational Safety And, Health Administration Iosha, 402 West Washington St Room W195, Indianapolis IN 46204-2745
518086631 Indiana State Central, Collection Unit Insccu, Po Box 6219, Indianapolis IN 46206-6219
518086632 +Indiana Unclaimed Property, 302 W Washington St, Indianapolis IN 46204-4701
518086635 +Industrial Control Specialist, Timothy Peters, 8 Delta Dr Unit C, Londonderry NH 03053-2349
518086636 Industrial Furnace, Echo Global, 600 W Chicago Ave Ste 7, Chicago IL 60654-2801
518086637 +Industrial Motors Inc, 31 Link St, Pawtucket RI 02861-1013
518086638 +Industrial Parts Co, Eva Ron Larry, 163 Belmont Ave, Garfield, NJ 07026-2336
518086639 +Industrial Plas Tech, 108 Grove St, Worcester MA 01605-2651
518086640 Industrial Products, Dan Cockerham, 5717 Salmen St, New Orleans LA 70123-2249
518086641 +Industrial Warehouse Supplies, Louise Saucedo, P O Box 5803, Orange CA 92863-5803
518086642 +Industrial Welders Supply, 396 Manton Ave, Providence RI 02909-4100
518086643 +Infinity Global Inc, Maureen Belko, 501 Bridge St Ste D, Danville VA 24541-1405
518086644 Infor Global Solutions, Cash Applications, Nw 7418, Po Box 1450, Minneapolis MN 55485-7418
518086645 +Inform Decisions, Rms, 30162 Tomas Ste 101, Rancho Santa Margarita CA 92688-2124
518086649 +Ingredient Resources, Patrice Kelly, 125 Schmitt Blvd, Farmingdale NY 11735-1403
518086650 Ink It Design, Avi Perlstein, 644 Cross St Unit 19, Lakewood NJ 08701-4654
518086651 +Inka Crops, Vern Wells, 7011 Sylvan Rd Ste B, Citrus Heights CA 95610-3800
518086652 Inline Plastics Corp, Lezlie Storch, 42 Canal St, Shelton CT 06484-3223
518086654 +Inn At Hyde Park, 4171 Albany Post Rd, Hyde Park NY 12538-1720
518086655 Inndure Technologies Inter-nat, Ional Claims Dept, 1761 Country Club Dr, Cherry Hill NJ 08003-3364
518086656 Inno-pak Inc, Heidi Green, 1932 Pittsburgh Dr, Delaware OH 43015-3868
518086658 Innovative Consumer Goods Inc, Mark Blechner, 52 Clinton Rd, Brookline MA 02445-5813
518086659 +Innovative Distribution Serv, 2015 Congress St, Portland ME 04102-1905
518086660 +Innovative Logistics, Deborah Fought, Po Box 1446, Elyria OH 44036-1446
518086661 +Innovel Solutions, Echo, 600 W Chicago Ave, Chicago IL 60654-2801
518086662 +Innovex, 11 Powder Hill Rd, Lincoln RI 02865-4407
518086663 Innovive Inc, Maryjayne Agonis, 10019 Waples Ct, San Diego CA 92121-2962
518232742 +Inocensio, Santana, 340 Kentshire Dr, Lancaster, PA 17603-8852
518086665 +Inolex Chem Co, 2101 S Swanson St, Philadelphia PA 19148-3497
518086666 +Insinger Performance, 11278 Route 220, Dushore PA 18614-7417
518086667 +Inspections By Bhumphreys, Robert L Humphreys, 429 Greentree Cir, Abingdon MD 21009-3085
518086668 +Inspired Beauty Brands, 21 Distribution Blvd, Edison NJ 08817-6005
518086669 Inspired Beauty Brands, Felipe Quiroz, 300 Seventh Ave 16th Fl, New York NY 10001-6005
518086670 Inspired Beauty Brands, Echo Global, 600 W Chicago Ave Ste 7, Chicago IL 60654-2801
518086671 +Instant Again, Kathy Pfeffer, 1277 Mt Read Blvd, Rochester NY 14606-2850
518086672 +Instant Express, 1277 Mt Read Blvd, Rochester NY 14606-2850
518086673 +Insurance Subrogation Group, Scott L Dildine, 959 Concord St Ste 200, Framingham MA 01701-4682
518086674 Intact Ins Co, As Subrogee For Hi Motor, 6925 Century Ave Ste 900, Mississauga ON L5N 0E3, Canada
518086675 Integra Development Group, 34-35 St, Brooklyn NY 11232
518086676 +Integrated Communications Inc, Main, 220 Horizon Dr, Ste 117, Raleigh NC 27615-4928
518086677 +Integrated Logistics, Morgan Carr, Po Box 25189, Farmington NY 14425-0189
518086678 +Integrated Office Solutions, 126 Hall St Ste J, Concord NH 03301-3490
518086679 #+Integrated Transportation Management Llc, Mike, 8585 E Hartford Dr Ste 102, Scottsdale AZ 85255-5472
518086680 +Integrity Copy Systems, Jill Mundis, 1150 N Sherman St Ste 100, York PA 17402-2123
518086681 +Integrity Graphics, John Pastuszak, 21 Mazzeo Dr, Randolph MA 02368-3448
518086682 +Integrity Towing, 6516 Rte 22, Plattsburg NY 12901-4904
518086684 Intelliseal Inc, Carol Giannuzzi, 160-31 91st St, Howard Beach NY 11414-3404
518086685 +Intelogistix Llc, Po Box 219, West Nyack NY 10994-0219
518086686 +Intensive Supervision Program, Probation Svc, P O Box 974, Trenton NJ 08625-0974
518086687 +Inter City Tire, 777 Dowd Ave, Elizabeth NJ 07201-2118
518086688 +Intercargo Logistics Inc, Glen Kim, 145-40 157th St Fl2, Jamaica NY 11434-4242
518086689 Interchange Parts, Danny Henderson, 4588 Business 220, Bedford PA 15522-7745
518086690 +Interchez Logistics Systems, Aaron Swope, Po Box 2115, Stow OH 44224-0115

518086691 Intercontinental Chemical Co, Paul Shaver, 4660 Spring Grove Ave,
Cincinnati OH 45232-1920
518086692 +Interdel Logistics, Albert Chen, 167-14 146th Rd Floor 1, Jamaica NY 11434-5224
518086693 Intergrated Logistics, Po Box 25189, Farmington NY 14425-0189
518086694 Interline Brands, Kecia Woods, 701 San Marco Blvd, Jacksonville FL 32207-8175
518086695 Interline Brands, Angela William, 1100 N Lombars Rd, Lombard IL 60148-1252
518086696 Intermodal Equipment Parts, Po Box 257, Elizabeth NJ 07207-0257
518086697 +Internal Medicine Associates, 77 Nelson St, Ste 310, Auburn NY 13021-1990
518086706 +International Aluminum Corp, 767 Monterey Pass Rd, Monterey Park CA 91754-3606
518086707 International Beverage Holding, Tina Le, 309 4th Ave Ste 200, San Francisco CA 94118-2405
518086708 +International Forwarders, Cts Cargo Claims, 1915 Vaughn Rd, Kennesaw GA 30144-4579
518086709 International Paint, Goodman Reichwald, P O Box 26067, Milwaukee WI 53226-0067
518086710 +International Spice, Noah Gross, 501 Prospect St Unit 111, Lakewood NJ 08701-5071
518086711 Interpolymer Corp, Judith Bragg, 200 Dan Rd, Canton MA 02021-2843
518086712 Interstate Battery, Ruan Transportation, Po Box 9319, Des Moines IA 50306-9319
518086713 +Interstate Emergency Svc, 171 Transport St, Bedford PA 15522-7732
518086714 Interstate Gourmet Coffee, Catherine Morton, 43 Norfolk Ave, South Easton MA 02375-1190
518086715 +Interstate Mechanical Svc, Main, 292 Page St, Unit B, Stoughton MA 02072-1136
518236247 +Interstate Towing & Recovery Incorporated, c/o McManimon, Scotland & Baumann, LLC,
75 Livingston Avenue, 2nd Floor, Roseland, NJ 07068-3737
518086716 +Interstate Towing And Recovery, Matt, 1120 Saint Johns Rd, Camp Hill PA 17011-7804
518086717 +Interstate Towing And Transport, Specialist Inc, 1655 Highland Rd,
Twinsburg OH 44087-2218
518086718 +Interstate Towing Inc, 1660 Westover Rd, Chicopee MA 01020-2819
518086719 Intertape Polymer, Transpace Cargo Claims, Po Box 518, Lowell AR 72745-0518
518086720 Intertape Polymer Group, Raj Gosal, 9999 Cavendish Blvd Ste 200, St-laurent QC H4M2X55548,
Canada
518086721 Intralin, Darlene Luick, 2200 Winchester St, Baltimore MD 21216-4526
518086722 Io New Jersey One Llc, Corey Lamay, Cust Svs Manager, P O Box 28078,
New York NY 10087-8078
518086723 Iod Inc, Po Box 19072, Green Bay WI 54307-9072
518086724 +Ipack Express, 120 Nassau Ave, Inwood NY 11096-1618
518086726 #+Ipc Usa Inc, Dahlia Hockless, P O Box 3250, Ellicot City MD 21041-3250
518086725 +Ipc Usa Inc, Nicholas P Blazevich, National Sales Representative, P O Box 3250,
Ellicot City MD 21041-3250
518086729 Ipromoteucom Inc, Main, P O Box 200896, Pittsburg PA 15251-0896
518086730 Ips Industries Inc, Grace Tsai, 12641 166th St, Cerritos CA 90703-2101
518086731 +Ips Worldwide Llc, For Jmc Steel, 265 Cluyde Morris Blvd, Ormond Beach FL 32174-8137
518086732 +Ips Worlwide Llc, Covidien Tyco Healthcare, Po Box 730668, Ormond Beach FL 32173-0668
518086733 Ipsco, Dean Zelenski, 103 Good St, Roscoe PA 15477
518086735 +Irc Inc Aso 00 Wadhams, Pob 5837, Somerset NJ 08875-5837
518086736 Ireland, Brian, Address Intentionally Omitted
518086737 Ireland, Jesse, Address Intentionally Omitted
518086740 Iron Horse Beverage, Clifton Morello, 68 S Service Rd 100, Melville NY 11747-2350
518086741 Iron Mountain, Echo Global, 600 W Chicago Ave Ste 7, Chicago IL 60654-2801
518086742 Iron Mountain Data Centers Llc, Main, Po Box 28078, New York NY 10087-8079
518086743 +Ironshore Specialty Insurance Co, 75 Federal St, 5th Fl, Boston MA 02110-1913
518086744 +Irr Supply, 118 Salina St, Liverpool NY 13088-5520
518086745 +Irr Supply Center, David Wiesenmiller, 59 Chenango Bridge Rd, Binghamton NY 13901-1233
518086746 Irr Supply Co, David Wiesenmiller, 59 Chenango Bridge Rd, Binghamton NY 13901-1233
518086752 +Isaac Swenson Rei 057, Claims Dept, 375 Cochituare Rd, Framingham MA 01701-4653
518086755 Isabel C Balboa Esq, Chapter 13 Trustee, Po Box 1978, Memphis TN 38101-1978
518086756 +Isaia Cirpaci, 4819 Gainsborough Dr, Fairfax VA 22032-2313
518086757 +Isaiah Bugaku, 8213 Linton Hall Rd, Gainesville VA 20155-2997
518086758 Ise Farms, 110 Good Springs Rd, Broadway NJ 08808
518086762 +Island Eye Surgicenter Llc, 1500 Jericho Turnpike, Westbury NY 11590-1045
518086763 +Island Fire Sprinkler Nycllc, Justine Newburgh, 630 Broadway Ave Ste 1,
Holbrook NY 11741-4900
518086764 Island Natural Inc, Alex Moll, 42-07 20th Ave, Long Island City NY 11105-1215
518086765 +Island Pump And Tank Corp, Yvonne Siaens, 40 Doyle Ct, East Northport NY 11731-6405
518086769 +Israel Benitez And, Duane Lueders As Atty, 12 North Main St Ste 112,
West Hartford CT 06107-1932
518086770 +Issac Gross, 5314 16th Ave, Brooklyn NY 11204-1425
518086771 +It Palace Real Estate Corp, Barbarita Henriquez, Po Box 30286, New York NY 10011-0103
518086772 +Itech Solutions Group Llc, Patrick Nip, 27 Mill Plain Rd, Ste 3, Danbury CT 06811-7101
518086774 +Itg Intl Transport, Lisa Wison, 6 Kimball Ln, Lynnfield MA 01940-2682
518086775 +Ithaca Beer Co Inc, Sam Hale, 122 Ithaca Beer Dr, Ithaca NY 14850-8813
518086776 +Itr America, Leslie Law, 248 North Pearson Rd, Pearl MS 39208-4428
518086778 Itsimplify, Po Box 32192, New York NY 10087-2192
518086779 Itt Csti Global, 5100 Poplar Ave, Memphis TN 38137-4000
518086780 +Itt - Tds, 2 Corporate Dr, Palm Coast FL 32137-4712
518086781 +Itt Gis, S Hiatt, 2 Corporate Dr, Palm Coast FL 32137-4712
518086782 +Itt Industries, Trans Audit, 11 Marshall Rd Ste2d, Wappingers Falls NY 12590-4132
518086783 +Itw, Carl Svenson, 5 Malcolm Hoyt Dr, Newburyport MA 01950-4017
518086784 +Itw Evercoat, David Jaehnen, 6600 Cornell Rd, Cincinnati OH 45242-2033
518086785 Itw Food Equipment Group, Brenda Hyland, 3775 Lake Pk Dr, Covington KY 41017-9603
518086786 Itw Hobart, Mandy Mc Elwee, 1495 N High St, Hillsboro OH 45133-8203
518086787 Itw Polymers Adhesives, Greg Sheppard, 30 Endicott St, Danvers MA 01923-3712
518086788 +Itw Polymers And Sealants, Darla Martin, 111 S Nursery Rd, Irving TX 75060-3153

District/off: 0312-2 User: admin Page 63 of 267 Date Rcvd: Jul 02, 2019
Form ID: 137 Total Noticed: 10288

518086789 +J And A Freight Systems, Marsha Mitchell, 4704 W Irving Pk Rd Ste 8, Chicago IL 60641-2748
518086790 J And B Importers, Brian Le Lievie, 1440 Rotterdam Ind Bldg14 Bay4, Schenectady NY 12306-1988
518086791 +J And B International Trucksinc, 964 Hercules Dr, Colchester VT 05446-5840
518086793 +J And C Enterprises, Joel Sander, Po Box 426, Tallman NY 10982-0426
518086792 +J And C Enterprises, Jack, Po Box 8134, Erie PA 16505-0134
518086794 +J And E Tire Center Inc, 4835 S Harding St, Indianapolis IN 46217-9560
518232743 +J And H Aitcheson, 315 So St Se, Leesburg, VA 20175-3715
518086795 +J And J Motor Svc Inc, Mary Kay Kinnerk, 2338 S Indiana Ave, Chicago IL 60616-2445
518086796 +J And J Warehouse, 150-18 132nd Avenue, Jamaica NY 11434-3500
518086797 J And J Wholesalers, Stephanie Jones, 571 Hwy 7 N, Oxford MS 38655-7703
518086798 +J And K Backflow Svc, Backflow, Po Box 708, Howells NY 10932-0708
518086799 +J And M Reporting Agency, 3474 Stratford Rd, Wantagh NY 11793-3060
518086800 +J And N Painting And Trucking Corp, 65 Meadow Ln, Modena NY 12548-5130
518086801 J B Hunt, Po Box 682, Lowell AR 72745-0682
518086802 +J Daniels Hvac And Plumping Inc, James Daniels, 19 Executive Cir, Roanoke VA 24012-8982
518086803 +J F Martin Inc, 4170 Richmond St, Philadelphia PA 19137-1908
518086804 +J Kings Food Svc, Evelyn Mccabe, 700 Furrows Rd, Holtsville NY 11742-2001
518086805 J Kings Svc, Evelyn Mccabe, 700 Furrow Rd, Holtsville NY 11742-2001
518086806 +J Kuhl Metals Co, Cargo Claims, 24 Ann St, Kearny NJ 07032-5823
518086807 +J Maurice Contracting Llc, Justin Maurice, 323 Raccoon Hill Rd, Salisbury NH 03268-5408
518086808 J P P Express Logistics, 388 Harris Hill Rd, Ste 201, Williamsville NY 14221
518086809 J P Rivard Trailer Sales Inc, Main, 1 Ward Way, North Chelmsford MA 01863-1216
518086810 +J Ross Express Inc, 3160 E 79th St, Cleveland OH 44104-4325
518086811 +J S Helwig And Son Llc, 222 Metro Dr, Terrell TX 75160-9169
518086812 +J W F Inc, 210 Lolite Ave, Johnstown PA 15901-1416
518087168 ++JOHNSON AND TOWERS INC, 2021 BRIGGS ROAD, MT LAUREL NJ 08054-4618
(address filed with court: Johnson And Towers Inc, 500 Wilson Pt Rd, Baltimore MD 21220)
518040658 +JPMORGAN CHASE BANK, NA, 1111 POLARIS PKWY, STE A-3, COLUMBUS, OH 43240-2050
518086813 +Ja Anderson Realty Llc, 61 Clinton St, Malden MA 02148-2604
518086814 Ja Nationwide, Maxzone, 1202 S Rte 31, Mchenry IL 60050-7414
518086816 +Jackie Colaitis, 23 Overbrooke Ln, Glen Head NY 11545-2795
518086817 +Jacklyn Pullum V Nemf, German Gallaher And Murtagh Pc, Gary R Gremminger Esq, 200 S Broad St The Bellevue Ste 500, Philadelphia PA 19102-3814
518086818 +Jackson Janitorial Svc, 2981 West Lydius St, Schenectady NY 12303-4837
518086819 Jackson Oil And Solvents Inc, Cindy Crouch, 75 Remittance Dr Dept 6988, Chicago IL 60675-6988
518086820 +Jackson Welding Supply Co, 1421 West Carson St, Pittsburgh PA 15219-1094
518086821 +Jackson Welding Supply Co Inc, 4 Pixley Industrial Pkwy, Rochester NY 14624-2323
518232744 +Jackson, Kiesha, 57 Stewart Ave, Irvington, NJ 07111-1724
518086844 +Jacksons Locksmithing, Jackson’s, 79 Linwood Ave, Jamestown NY 14701-8300
518086845 Jaclyn Pullum For Johen Lestate Clavey, Mcnees Wallace And Nurick Llc, Guy H Brooks Esq, 100 Pine St Po Box 1166, Harrisburg PA 17108-1166
518086846 +Jacobs And Dow Llc, 350 Orange St, New Haven CT 06511-6448
518086852 Jacqueline Mok, 2452 W Belmont Ave, Chicago IL 60618-5925
518086857 +Jafray Realty Inc, 51 Delta Dr, Pawtucket RI 02860-4546
518086858 Jag Specialty Foods, Mary Krozymski, 115-05 15th Ave, College Point NY 11356-1528
518086861 Jagro Air, 100 E Jefryn Blvd, Deer Park NY 11729-5729
518086862 +Jaidinger Maunfacturing Comp, Judith Szesko, 1921 W Hubbard St, Chicago IL 60622-6239
518086865 +Jak Construction Corp, A Diamond Construction, 35 Beaverson Blvd Ste 12c, Brick NJ 08723-7870
518086870 Jalil Walters And Rashida Carter, Mette Evans And Woodside, Thomas A Archer Esq, 3401 North Front St Po Box 5950, Harrisburg PA 17110-0950
518086871 +Jalil Walters And Rashida Carter V, Nemf Etal German Gallaher And Murtagh Pc, Gary R Gremminger Esq, 200 S Broad St The Bellevue Ste 500, Philadelphia PA 19102-3814
518148934 +Jalil Walters and Rasheeda Carter, c/o McManimon, Scotland & Baumann, LLC, 75 Livingston Avenue, 2nd Floor, Roseland, NJ 07068-3701
518086873 +Jamas Enterprises Llc, Joanne Getman, 404 North Midler Ave 6, Syracuse NY 13206-1833
518086875 +James Best, 9632 Invanhoe Ave Unit 2, Schiller Pk IL 60176-2443
518086876 James Capozzi, 113 Ellen St, Fulton NY 13069
518086877 +James Cox, 239 South Edgewood Ave, Hamilton OH 45013-2509
518086878 +James Crosby, 854 Armbrust Hecla Rd, Pittsburg T-65 PA 15666-3533
518086879 +James E Morris Esq, 120 Corporate Woods Ste 240, Rochester NY 14623-1455
518086880 +James Farren, 763 Vanderbilt Dr, Monroeville PA 15146-1923
518086881 +James Fox, Mr Fox, 4425 William Penn Hwy, Murrysville PA 15668-1917
518086882 +James Kelly And Lukes Auto Body, 22 Maple Ave, Haverstraw NY 10927-1824
518086883 +James M Travers, 10 Paul St, Burlington MA 01803-2534
518086884 +James Merrell, 16236 Broadfording Rd, Hagerstown MD 21740-1108
518086885 +James P Bisceglia, James Bisceglia, 6 Rockridge Rd, Hopedale, MA 01747-1452
518086886 +James Perkins And Associates, Attorney For Plaintiff, 30 Lucy St, Woodbridge CT 06525-2214
518086887 +James R Ewen, 51 Woodthrush Trl, Medford NJ 08055-9105
518086888 +James R Rosencrantz And Sons, John Deere Dealer, Po Box 130, East Kingston NH 03827-0130
518086889 +James Richardson, 465 North Rd, Milton VT 05468
518086890 +James Rinaldi, 49 Hourigan Dr, Meriden CT 06451-3674
518086891 James River Equip, John Deere Dealer, 2055 S Bostpn Rd, Danville VA 24540-5527
518086892 +James River Logistics Llc, 1515 Wallace St, Richmond VA 23220-6061
518086894 James River Petroleum Inc, Kaiti Mallard, Dept 720067, Charlotte NC 28201-1335
518086893 James River Petroleum Inc, Dept 720067, P O Box 1335, Charlotte NC 28201-1335

518086895 +James Rowe, 205 Chews Landing Rd, Haddonfield NJ 08033-3837
518086896 +James Serra, Choppers Barber Shop, 1575 Thomaston Ave Ste 3, Waterbury CT 06704-1043
518086905 Jamestown Boiler And Mfg Co Inc, Jamestown Steel Svc Center, 95 Jones & Gifford Ave, Jamestown NY 14701-2828
518086906 +Jamestown Container, Accounting, Po Box 8, Jamestown NY 14702-0008
518086907 +Jamestown Electric, Gregg Smith, Po Box 549, Jamestown NY 14702-0549
518086908 +Jamestown Fabricated Steel, And Supply Inc, 1034 Allen St, Jamestown NY 14701-2302
518086909 +Jamestown Macadam Inc, Ar, Po Box 518, Celoron NY 14720-0518
518086910 Jamestown Metal Products, Debre Ceci, 178 Blackstone Ave, Jamestown NY 14701-2204
518086911 +Jamestown Radiologists Pc, Po Box 788, Jamestown NY 14702-0788
518086912 +Jamie Aguirre, 20 Ave A, Port Washington NY 11050-2456
518086913 +Jamie Kelly Trustee Sup Court, Po Box 69, New Brunswick NJ 08903-0069
518086914 +Jamie P Skurka Dc, 3 School St, Glen Cove NY 11542-2590
518086915 Jamis Bicycles, Desnise Ekiert, 151 Ludlow Ave, Northvale NJ 07647-2305
518086916 +Jan D Pottle, 9844 Blue Spring Rd, Mercersburg PA 17236-8732
518086917 Janco Inc, Cindy Merrill, 50 Goowin Rd, Rollinsford NH 03869
518086920 +Janelle Fay, 30 South Conger Ave, Congers NY 10920-2202
518086921 +Janera Walton, 337 E Grand Ave Apt 6a, Rahway NJ 07065-4526
518086922 +Janera Walton And Union, Collision, 640 Rahway Ave, Union NJ 07083-6632
518086923 +Jani-king Of Richmond, C And C Franchising Inc, 9701 A Metropolitan Ct, Richmond VA 23236-3690
518086924 +Jani-king Of Roanoke Lynchburg, 5068 S Amherst Hwy Ste 102, Madison Heights VA 24572-2462
518086925 +Janice A Goodall, Anderson Law Firm Pc, Christopher P Anderson, 82 Chelsea Harbor Dr, Norwich CT 06360-5727
518086926 +Janice Amorosi, 67 Old County Rd 1, Kingston NY 12401-8529
518086927 +Janice Goodall V Nemf Et Al, Robinson And Cole Llp, Jeff White And Kendra Berardi Esqs, 280 Trumbull St, Hartford CT 06103-3597
518086928 Janico Inc, John Mc Adams Shaul Leiser, 88 Industrial Ct, Freehold NJ 07728-8898
518086929 +Janie Marazo, Janie, 25h Foxboro Lane, West Milford, NJ 07480-4917
518086930 +Janine Mccraken, 64-28 65th Lane, Queens NY 11379-1612
518086932 +Jannel Manufacturing, Karen Bere, 5 Mear Rd, Holbrook MA 02343-1329
518086933 Jans Farmhouse Crips, Kara Calabresi, 70 S Winooksi Ave, Burlington VT 05401-3898
518086935 Jar Baker’s, 12 Crow Pt Rd, Lincoln RI 02865-3259
518086936 +Jarden Home Brands, Po Box 774, Freeport IL 61032-0774
518086943 Jarrett Logistics, Lora Rufener, 1347 N Main St, Orrville OH 44667-9761
518086948 +Jason Briggs, 35 Spring St, 2nd Floor, Westerly RI 02891-2320
518086949 +Jason Ji And Ideal Auto Collisio, Collision, 129 34 St, Brooklyn NY 11232-2303
518086950 +Jason M Gallina Md Pc, 820 2nd Ave 7th Fl, New York NY 10017-4528
518086951 +Jason Vargas, Attorney For The Plaintiff, Andrea Truppa Llc, 24 Stearns St, Danielson CT 06239-2922
518086954 +Jay B Spirt Pa, 3205 B Corporate Ct, Ellicott City MD 21042-2247
518086955 +Jay Bee Machine Works Inc, 400 Pike Rd, Huntingdon Valley PA 19006-1627
518086956 +Jay Martin, Attorney For The Plaintiff, 1704 Locust St 3rd Fl, Philadelphia PA 19103-6177
518086958 +Jayne Ekstrom, 139 Euclid Ave, Jamestown NY 14701-3123
518086959 +Jb Cundiff Jr Contract Hauling, Sandi Heatwole, Po Box 182, Boones Mill VA 24065-0182
518232745 +Jb Hayes Mechanical Contrat, 4 Newport Dr Ste 1, Forest Hill, MD 21050-1647
518232746 +Jb Hunt, 615 Jb Hunt Corporate Dr, Lowell, AR 72745-9143
518086960 Jb Hunt Transport, Hailey Clausing, Po Box 598, Lowell AR 72745-0598
518086961 Jbc Safety Plastics, Bruce Mironov, 81 Kingbridge Rd, Piscataway NJ 08854-3920
518086962 +Jbm Svc Inc, 686 Patriots Rd, Templeton MA 01468-1243
518086963 +Jcl Properties Llc, Lou Batelli, 118 Tall Grass Dr, Wayne NJ 07470-3742
518086964 +Jcr Fairfield Llc, 2490 Black Rock Tpk, Box 250, Fairfield CT 06825-2400
518086965 Jd Equipment, John Deere Dealer, 1660 Us Rte 42 North, London OH 43140
518086966 Jd Equipment, John Deerer Dealer, 4394 Northpointe Dr, Zanesville OH 43701-5968
518086967 +Jd Equipment, John Deere Dealer, 7550 Us 68 N, Wilmington OH 45177-9517
518086968 +Jd Equipment Inc, 1662 Us Highway 62 Sw, Washington Court House OH 43160-8849
518086969 +Jdc Demolition Co Inc, 60 Gerard St, Boston MA 02119-2963
518086971 +Je Servis, Plumbing And Heating Co Inc, 19 West Main St, Falconer NY 14733-1611
518086972 +Jean John De Servien kenwood, 55 Grandview Pl, Montclair NJ 07043-2422
518086973 +Jean M Kline Tax Collector, Po Box 55, Dewart PA 17730-0055
518086978 +Jeanette D Giroux, 2287 Robinson Rd, Martville NY 13111-3140
518086979 +Jeannine Speirs, Po Box 53, West Chester PA 19381-0053
518086981 Jedwards Intl Inc, Brooke Ferguson, 141 Campanelli Dr, Braintree MA 02184-5206
518086982 Jeen International Corp, Teresa Messina Rick Ludlow, 24 Madison Rd, Fairfield NJ 07004-2309
518086983 +Jeff Merolla, 50 Beaver St, Franklin MA 02038-1804
518086986 +Jefferson Radiology, Po Box 950003655, Philadelphia PA 19195-0001
518086989 +Jeffery Searfoss And Wentz Auto Body, 521 Oak St, Jim Thorpe PA 18229-2110
518086991 +Jeffrey And Marcia Blodgett, 69 Park Ave, Natick MA 01760-2037
518086992 +Jeffrey Bloch, 305 Veterans Blvd, Carlstadt NJ 07072-2708
518086993 Jeffrey Court Inc, Brian Morgan, 7248 Industrial Blvd, Allentown PA 18106-9372
518086994 +Jeffrey Fennell And Kenny Ross, Collision Center, 104 Blackhills Rd Po Box 269, Adamsburg PA 15611-0269
518086995 +Jeffrey Hudon, Jeff, 96 Juniper Ave, Attleboro MA 02703-6354
518086996 Jeffrey M Kellner, Chapter 13 Trustee, 1722 Solutions Ctr, Chicago IL 60677-1007
518086997 +Jeffrey M Spivak Md Pc, 180 East Prospect Ave, Mamaroneck NY 10543-3709
518086999 +Jeffrey Sager, 28 Evans Ave, Elmont NY 11003-2614
518087000 +Jeffrey Smith, 32 Countryside Dr, Monroe CT 06468-2224
518087001 +Jeffrey Wilson, 206 Grove St, Walbridge OH 43465-1119
518087016 +Jennifer Chavez, 29 Tall Timber Trl, North Smithfield RI 02896-7818

518087017 +Jennifer De Leon, 61 Feronia Way, Rutherford NJ 07070-2007
518087018 +Jennifer Hazelip, 107 Squire Ct, Summerville SC 29485-8043
518087024 +Jenny Lee, 1824 Middlebridge Dr, Silver Spring MD 20906-5815
518087025 +Jenny Munson Andress Administratrix Of, The Estate Of Herbert Andress, Timothy F Rayne Esq Tiffany M Shrenk Esq, 211 East State St, Kennett Square PA 19348-3111
518087026 Jenny Munson Andress Etc V, New England Motor Freight Inc, K Canavan Atty For Defendents S Campbell, Two Liberty Pl 50 South 16th St, Pniladelphia PA 19102
518306087 +Jenny Munson Andress Indiv, Timothy F Rayne, Esquire, Tiffany M. Shrenk, Esquire, 211 E. State Street, Kennett Square, PA 19348-3111
518087028 +Jeremy Steven Crawford, 7902 Layne Ct, Roanoke VA 24019-1846
518087030 Jerich Usa Inc, Gregory Coleman, 1 Industrial Rd Ste 102, Dayton NJ 08810-3501
518087031 Jerith Mfg Co, Elizabeth Rowan, 14400 Mcnulty Rd, Philadelphia PA 19154-1108
518087033 Jerome Cutting Mills, 2 Cortland St, 2nd Floor, Mount Vernon NY 10550-2706
518087034 Jerome Fire Equipment, Richard Dupre, 8721 Caughdenoy Rd, Clay NY 13041-9663
518087035 +Jerome Florists Inc, 1379 Madison Ave, New York NY 10128-0711
518087037 +Jerry Weber, 8265 Baltimore Annapolis Blvd, Pasadena MD 21122-1237
518087038 +Jerrys Chevrolet Collision, Center, 1940 E Joppa Rd, Parkville MD 21234-2730
518087039 +Jersey Cape Marine, Paula Zeiss, 656 Rte 9, Cape May NJ 08204-4639
518087040 Jersey City Municipal Court, 365 Summit Ave, Jersey City NJ 07306-3112
518087041 Jersey Italian Gravy, Echo Global, 600 W Chicago Ave Ste 7, Chicago IL 60654-2801
518232747 +Jersey Shore Provisions Inc, 510 7th Ave, Belmar, NJ 07719-2210
518087042 Jes Restaurant Equipment, Stacy Higginbotham, 2108 Highway 72 W, Greenwood SC 29649-8582
518087043 Jesco Equipmentinc, Michael Scorer, 1790 Rte 38 S, Lumberton NJ 08048-2257
518087044 +Jesco Inc, John Deere Dealer, 110 Jeffryn Blvd E, Deer Park NY 11729-5714
518087046 +Jesco Inc, Jhon Deere Dealer, 8200 Cryden Way, District Heights MD 20747-4500
518087049 +Jespy House, 102 Prospect St, South Orange NJ 07079-2112
518232748 +Jessica Blais District Secretary, Plainview Water District, 10 Manetto Hill Rd, Plainview, NY 11803-1309
518087051 +Jessica Guadron, 141 Conery St, Brentwood NY 11717-5025
518087052 +Jessica Sandusky, 8077 Roll Rd, E Amherst NY 14051-1973
518087053 +Jessica Small, 126 Pleasant St, Freedom ME 04941-3123
518087054 +Jessica Smith, 3301 West 22nd St, Indianapolis IN 46222-4809
518232749 +Jessica Sweeney Transportation Mgr, Clarks America Inc, 355 Kindig Ln, Hanover, PA 17331-1712
518087055 +Jessica Wenner, 1236 Cross Creek Dr, Mechanicsburg PA 17050-8336
518087056 #+Jessica Worley, Jessica, 1043 Fieldstone Dr, North Huntingdon PA 15642-2609
518087057 +Jessie Valentine-geyer, Jessie, 2943 Levans Rd, Coplay PA 18037-2215
518087060 Jet Aviation Flight Svc, Victoria Duffy, Po Box 536402, Pittsburgh PA 15253-5906
518087061 +Jet Electric Motor Co, 688 School St, Pawtucket RI 02860-5711
518087062 +Jetro Cash And Carry, 15-24 132nd St, College Point NY 11356-2440
518087067 +Jfv Trucking, 37 Maple Ave, Dover NJ 07801-3507
518087068 +Jg Parks And Son Inc, 24360 Ocean Gtwy, Po Box 416, Mardela Springs MD 21837-0416
518087069 +Jgb Enterprises, 115 Metropolitan Dr, Liverpool NY 13088-5389
518087070 Jh Paper Co Inc, Po Box 2112, Livingston NJ 07039-7712
518087071 +Jill Ann Gradle, 451 University Ave, Buffalo NY 14223-3039
518087072 +Jim Holzer Plumbing Inc, Jim Holzer, 625 Depot St, Latrobe PA 15650-1618
518087074 +Jim Sloan, 25 Hanover Rd, Hewitt NJ 07421-3808
518087075 +Jim Yaro Ii, 163 Birch Dr, Lehighton PA 18235-9245
518087085 +Jimmie Mckenzie, 1440 Harbor Ct, Virginia Beach VA 23454-1319
518087086 +Jimmy Gionti, 422 N Brown St, Titusville PA 16354-1955
518087087 +Jimmy J Kuttiyara, 8 Manchester Rd, Yonkers NY 10710-4408
518087090 Jit Packaging, 1717 Gifford Rd, Elgin IL 60120-7534
518087089 +Jit Packaging, Christine Rarresi, 1717 Gifford Rd, Elgin IL 60120-7534
518087091 +Jit Toyota-lift, 52 S Pearl St, Po Box 613, Frewsburg NY 14738-0613
518087092 #+Jj International Llc, James Chen, 2615 Three Oaks Rd Ste 2a2, Cary IL 60013-6124
518087093 Jj Keller And Associates, Po Box 6609, Carol Stream IL 60197-6609
518087094 +Jkl Specialty Foods, James Mckenna, Po Box 4607, Stamford CT 06907-0607
518087095 Jkpm Transportation Consulting, R Bowden, 5205 Chesterwood Way, Somerset NJ 08873-5907
518087096 +Jl Landscaping, Po Box 6, New London OH 44851-0006
518087097 +Jls Svc Bureau, 150 Broad Hollow Re Ste 300, Melville NY 11747-4901
518087098 +Jm Disanto Partnership, Dauphin County Prothonotary, 101 Market St Rm 101, Harrisburg PA 17101-2026
518087099 +Jm Mills Npl Site Escrow, De Maximis Inc, 450 Montbrook Ln, Knoxville TN 37919-2705
518087100 +Jm Smuckers Co, 6670 Low, Bloomsburg PA 17815-8613
518087101 +Jm Walker D B A Riverside, Johnathan, 1613 Lands End Dr, Huron OH 44839-9501
518087102 Jmb Trucking Co, Claims Dept, 199 Lee Ave Ste 440, Brooklyn NY 11211-8919
518087103 +Jmc Imports, Juan Cabral, 225 Water St Ste A226, Plymouth MA 02360-4079
518087104 +Jmk Landscape Pennsylvania Llc, Jmk, Po Box 607, New Cumberland PA 17070-0607
518087105 +Joan Andors, 46 Roger Dr, Port Washington NY 11050-2528
518087106 +Joan Terry, Po Box 163, Southwest Harbor ME 04679-0163
518087107 +Joanne M Schielzo, And Cozzi And Cozzi As Attorneys, 314 Stuyvesant Ave, Lyndhurst NJ 07071-2122
518087108 +Joc Construction Llc, John O Conner Jr, 204 Sulphur Springs Rd, Owego NY 13827-6205
518087110 +Joe Mays Inc, 3031 Sr 72, Jonestown PA 17038-8106
518087111 +Joe’s Tool Sales, Joe Macaluso, 188 W 27th St, Bayonne NJ 07002-1714
518087112 +Joelen Cheverria, 49 S Alton St, Manchester CT 06040-4040
518087115 John A Bendo Md, 862 Park Ave, New York NY 10075
518087116 John A Lepito Jr, P O Box 305, New Britain CT 06050-0305
518087117 +John A Vassilaros And Sons Inc, 2905 120th St, Flushing NY 11354-2505

518087118 +John Adams Bares Et Al V Nemf Et Al., Robinson And Cole Llp,
Jeff White And Kendra Berardi Esqs, 280 Trumbull St, Hartford CT 06103-3597
518087119 +John Adams Bares Jane Marie Marron Et Al, Cooper Sevillano Llc, Jeffrey Cooper Esq,
1087 Broad St 4th Floor, Bridgeport CT 06604-4261
518087120 John Alba, 4 Hillside Rd, Windham NH 03087-1433
518087121 +John Betlem Inc, 898 Clinton Ave South, Rochester NY 14620-1493
518087122 John Cortses, 9 Kenwood Ave, Stoneham MA 02180-2748
518087123 +John D Rodems Jr And Janssen, Law Center As Attorneys, 333 Main St, Peoria IL 61602-1313
518087124 John Deere Claims, Megan Deutmeyer, 300 Data Ct, Dubuque IA 52003-8963
518087125 John Deere Co, Goodman-reichwald, Po Box 26067, Milwaukee WI 53226-0067
518087126 John Deere Davenport, Claims Dept, 1175 E 90th St, Davenport IA 52807-9371
518087127 John Deere Waterloo Works, Att Accounting, 3801 W Ridgeway Ave, Waterloo IA 50701-9010
518087128 John Deere Waterloo Works, John Deere Dealer, 21159 Newtwork Pl, Chicago IL 60673-0002
518087129 +John Dougherty, 164 Iceland Dr, Huntington Station NY 11746-4263
518087130 +John F Kennedy Med Ctr, P O Box 11913, Newark NJ 07101-4913
518087131 +John Fenner, 853 Bennett St, Luzern PA 18709-1121
518087132 John Hancock Life Insurance Co, Po Box 7247-0274, Philadelphia PA 19170-0274
518087133 +John Harding, 8813 Goshen Mill Ct, Gaithersburg MD 20882-4237
518087134 +John J Flatley Co, 45 Dan Rd, Ste 320, Canton MA 02021-2876
518087135 John L Carter Sprinkler Co Inc, 9 Dunklee Rd, Bow NH 03304-3304
518087136 +John Lesnicki, 10 Jaymia Ct, Lemont IL 60439-4609
518087137 +John Marinelli, John, 8585 Cazenovia Rd, Manilus NY 13104-9719
518087139 +John P Pow Co Inc, Fred Pow, 49 D St, Boston MA 02127-2401
518087140 +John P Stabile C O Maif, P O Box 6310, Baltimore MD 21230-0310
518087141 +John P Stevens, Hall Of Honor C O J Miller, 855 Grove Ave, Edison NJ 08820-2201
518087142 John Paterna And, Elkind And Dimento, 2090 East Rte 70, Cherry Hill NJ 08003-1250
518177745 +John Quick, P.O. Box 2415, Glen Burnie, MD 21060-4415
518087143 John R Jenkins, John Jenkins, Natl Account Exec, 20782 Waterscape Way,
Noblesville IN 46062-8362
518087144 +John Riddle Enterprises, John Riddle, 123 Town Farm Rd, Chester NH 03036-4225
518087145 +John Ritzenthaler, 40 Portland Rd, West Conshohocken PA 19428-2714
518087146 +John Roberts, 6806 General Lafayette Way, Gainsville VA 20155-1422
518087147 +John Sprague, 342 Gros Rd, Fort Plain NY 13339-5402
518087148 John Sullivan As Attorney For, Alexis Ellis, 55 Ginty Blvd, Haverhill MA 01830-6105
518087149 John Sullivan As Attorney For, Dorothy Wright, 55 Ginty Blvd, Haverhill MA 01830-6105
518087150 +John Vino And Cefalo And Assoc, As Attys, 309 Wyoming Ave, West Pittston PA 18643-2824
518087151 +John W Danforth Svc Inc, 300 Colvin Woods Pkwy, Tonawanda NY 14150-6976
518087152 +John W Kennedy Co Inc, 990 Waterman Ave, Po Box 14217, East Providence RI 02914-0217
518087153 John Witte, Mr Witte, 214 Manchester Way, Middletown DE 19709-2132
518087154 John Zalewski, Mr Zalewski, 1098 Hillside Dr, Olean NY 14760-9675
518087155 John Zidian Co, Art Cioffi, 574 Mcclurg Rd, Boardman OH 44512-6405
518087156 +John’s Body Shop, 1451 Front St, Binghamton NY 13901-1140
518087157 John’s Garage, Rte 7 North Po Box 156, Bainbridge NY 13733
518087158 +John’s Mobile Repair Svc, 1511 Commerce Ave, Carlisle PA 17015-9166
518087159 +John’s Towing Heavy And Light, 1121 Sheridan Dr, Tonawanda NY 14150-8044
518087160 +John’s Trucking, Terri, 415 Silver St, Agawam MA 01001-2921
518087161 +John’s Wrecker Svc, Po Box 293, Concord NH 03302-0293
518087162 Johnathan Pushee, 2 Debbie Marie Ct, Schenectady NY 12309-1947
518087164 +Johnnys Selected Seeds, Claims Dept, 955 Benton Ave, Winslow ME 04901-2601
518087165 +Johns Auto Restoration, John Ramsey, 7934 Old Floyd Rd, Rome NY 13440-0433
518087167 +Johnson And Jordan Inc, 18 Mussey Rd, Scarborough ME 04074-9553
518087169 Johnson Controls, Trans Intl, N93 W16388 Megal Drive, Menomonee Falls WI 53051
518087170 Johnson Controls, American Truck And Rail, Po Box 278, Orth Little Rock AR 72115-0278
518087171 +Johnson Electric Supply, Colette Urenas, 157 State Rd, Sagamore Beach MA 02562-2415
518087172 +Johnson Scale Co, 36 Stiles Ln, Pine Brook NJ 07058-9529
518087173 +Johnson’s Collision Center, 1240 Owl Creed Rd, Lehighton PA 18235-6153
518087239 +Johnsons Pools And Spas Llc, Ashley Foley, 1088 Route 434, Owego NY 13827-1758
518087240 +Johnsons Tire Svc Inc, Main, 10426 Route 6, Clarendon PA 16313-4404
518087243 Johnstone Supply, Lisa Roy, 590 Center St, Chicopee MA 01013-1508
518087244 +Johnstone Supply, Andrew Zitofsy, 156 Magee Ave, Stamford CT 06902-5908
518087245 Johnstone Supply, Cindy Siebert, 1548 Pennsylvania Ave, Monaca PA 15061-1842
518087246 +Johnstone Supply, Scott Lute, 1628 Roseytown Rd, Greensburg PA 15601-7583
518087247 +Johnstone Supply, Echo Global, 600 W Chicago Ave Ste 725, Chicago IL 60654-2522
518087248 Johnstone Supply Co, Paul Nesher Lamar Jones, 73 Ash Cir, Warminster PA 18974-4800
518087249 +Johnstown Auto Parts, Jeff Lehner, 208 N Perry St, Johnstown NY 12095-1722
518087250 +Jolene Goodell, 3 Aiken Ave, Rensselaer NY 12144-2903
518087253 +Jolt Electric, And Oil Burner Servicellc, Po Box 474, Hudson NH 03051-0474
518087254 +Jon Don, William Israel, 835b Wheeler Way, Langhorne PA 19047-1790
518087255 +Jon Oliver Matthews And Ashly, Matthews, 303 Belgrade Rd, Mt. Vernon ME 04352-3212
518087256 +Jon Oliver Matthews Et Al V, New England Motor Freight Inc Et Al, Angelo Fresilli,
45 Misty Ct, South Kingstown RI 02879-1631
518087258 +Jon S Corp, Whiteford Taylor And Preston Llp, Edward U Lee, Seven Saint Paul St Ste 1500,
Baltimore MD 21202-1636
518087259 +Jonaitis Plowing, 4 Burnham St, South Portland ME 04106-4209
518087261 +Jones Cleaning Systems, 1688 Clayburn Cir, Cincinnati OH 45240-1546
518087262 +Jones Performance Products Inc, P O Box 808, 1 Jones Way, West Middlesex PA 16159-0808
518087310 +Jordan Elbridge Tax Collector, Po Box 1150, Jordan NY 13080-1150
518087311 Jordan, David, Address Intentionally Omitted
518087312 Jordan, Dillion, Address Intentionally Omitted
518087313 Jordan, Donyale, Address Intentionally Omitted

518087314 Jordan, Germel, Address Intentionally Omitted
518087315 Jordan, Jamille, Address Intentionally Omitted
518232750 +Jordan, Kimyada, 1978 Marland Ave Apt A, Columbus, OH 43219-4904
518087316 Jordan, Lynn, Address Intentionally Omitted
518087317 Jordan, Marcus, Address Intentionally Omitted
518087318 Jordan, Michael, Address Intentionally Omitted
518087319 Jordan, Micheal, Address Intentionally Omitted
518087320 Jordan, Tavon, Address Intentionally Omitted
518087321 Jordan, Terrance, Address Intentionally Omitted
518087322 +Jordano Electric Inc, 200 Hudson St, Hackensack NJ 07601-6840
518087323 +Jorden Brown, 24 Underwood Ave, East Hampton MA 01027-1252
518087324 +Jorge Meza, 123-03 25 Rd, Flushing NY 11354-1020
518087326 +Jos H Sola, 1471 Liberator Ave, Allentown PA 18103-4735
518087327 +Jose Cruz, Attorney For Plaintiff, John F Wynne Jr, Buckley Wynne & Parese 685 State St, New Haven CT 06511-6509
518087328 +Jose Cruz V Eastern Freight Ways Inc, Solimene And Secondo Llp, 1501 East Main St, Ste 204, Meriden CT 06450-2860
518087329 +Jose L Ferrer, Weiss And Rosenbloom Pc, Barry Weiss Esq, 27 Union Square West Ste 307, New York NY 10003-3305
518087330 +Jose M Cacador, 530 York Ave, Pawtucket RI 02861-3484
518087331 +Jose Polo, 7 Alexander Dr, Monroe Twp NJ 08831-2904
518087332 +Jose R Hernandez, 2001 Gehman Rd, Harleysville PA 19438-3612
518087333 +Joseph Adams Corp, Kathleen Wotowiee, Po Box 583, Valley City OH 44280-0583
518087334 +Joseph And Joseph Co Lpa, 155 West Main St, Ste 200, Columbus OH 43215-5093
518087335 +Joseph Angelo Jr, 4123 Scotts Mill Ct, Saugus MA 01906-4551
518087336 +Joseph Burke, 720 County St, New Bedford MA 02740-5405
518087337 +Joseph Carney, Finkelstein Ad Partners Llp, David E Gross Esq, 1279 Route 300 Po Box 1111, Newburgh NY 12551-1111
518087338 Joseph Carney Frank B Lacovangelo Et Al., Hancock Estabrook, Timothy P Murphy Esq, 1500 Axa Tower I 100 Madison St, Syracuse NY 13202
518087339 +Joseph Csansone Co, Karla Borst, 18040 Edison Ave, Chesterfield MO 63005-3702
518087340 +Joseph Dourado And Orabona Law, Office Pc As Atty Masonic, Temple Bdge -129 Dorrance St, Providence Ri 2903 RI 02903-2806
518087341 +Joseph E Hake, 3027 Ellsworth Ave, Erie PA 16508-1119
518087342 +Joseph Lawton, 2 Springwood Cir Apt 2 J, Hyde Park NY 12538-1975
518087343 #+Joseph Sinico, 271 Cold Spring Ave, Apt 1, West Springfield MA 01089-3468
518087345 +Joseph Varsik Jr, Finkelstein & Partners, Llp, James Shuttleworth, 1279 Route 300, Newburgh NY 12550-2909
518087344 +Joseph Varsik Jr, Finkelstein And Partners Llp, David E Gross Esq, 1279 Route 300 Po Box 1111, Newburgh NY 12551-1111
518087349 Josephs Wayside Market, Richard Joseph, 7276 Eelpot Rd, Naples NY 14512-9132
518087351 +Josh Tracy, 21 Cathedral Dr, Steep Falls ME 04085-6868
518087352 +Jottan Inc, Po Box 166, Florence NJ 08518-0166
518087353 +Jotul North America, 55 Hutcherson Dr, Gorham ME 04038-2644
518087354 Jotul North America, Chuck Porter, 55 Hutcherson Dr, Gorham ME 04038-2644
518087356 Joy Cone Co, Nick Clepper, 3435 Lamor Rd, Hermitage PA 16148-3050
518087357 +Joy Gobal, 2101 W Pike St, Houston PA 15342-1154
518087359 +Joyce Bonnell, 8774 Tunnel Hill, Mineral City OH 44656-8748
518087362 +Jp Harris Associates Llc, Po Box 226, Mechanicsburg PA 17055-0226
518087365 +Jp Morgan Chase, Michael Fondacaro, 250 Pehle Ave, Ste 105, Saddlebrook NJ 07663-5832
518087364 +Jp Morgan Chase, Richard Baldwin Vp, 250 Pehle Ave, Ste 105, Saddlebrook NJ 07663-5832
518087363 Jp Morgan Chase, Po Box 1820151, Columbus OH 43218-2051
518087366 +Jp Morgan Chase Bank, Herman Dodson Sr Vp, 250 Pehle Ave, Ste 105, Saddlebrook NJ 07663-5832
518087367 +Jp Reporters Inc, Po Box 6958, East Brunswick NJ 08816-6958
518087368 +Jp Research Inc, 5050 West El Camino Real, Ste 204, Los Altos CA 94022-1526
518087370 Jpmorgan Chase Bank, Na, Po Box 33035, Louisville KY 40232-3035
518087371 Jps Granite Llc, 2909 Pulaski Hwy, Edgewood MD 21040-1312
518087372 +Jr Metal Frames, Aris Bergeron, Po Box 503, Belgrade ME 04917-0503
518232751 +Jr, Michael Joseph Simone, 1521 Arbor View Rd, Sliver Springs, MD 20902-1406
518232752 +Jr, Richard Swarts, 1851 Levelwoods Rd, Campbellsville, KY 42718-7930
518087373 +Jssjr Enterprises Inc, Berkshire Septic Village Truck, 800 Cheshire Rd, Lanesborough MA 01237-9775
518087374 +Juan Freile, 364 Schuyler Ave, Kearny NJ 07032-4021
518087375 Juarez Bernabe, Jordan, Address Intentionally Omitted
518087378 Judge Charles J Vallone, Ms Ann Marrero Apt 6j, Scholarship Fund, 2541 30th Rd6j, Astoria NY 11102
518087380 Judicial Bureau, Po Box 607, White River Junction VT 05001-0607
518087381 +Judy Ruth Bayliss, 12841 Little Elliot Dr Apt 8, Hagerstown MD 21742-0006
518087382 +Judy Santiago, 422 Penn St Apt 4, Reading PA 19602-1011
518087385 Jughandle Inc, Cargo Claims, Rt 73 & Fork Landing Rd, Cinnaminson NJ 08077
518087386 +Jukonski Truck Sales And Svc, 66 Thomas St, Middletown CT 06457-3006
518087388 +Julie Loh, 52 Boyd St, Newton MA 02458-1602
518087389 +Julie Mcdonough, 69 Whiteman Ave, Uniontown PA 15401-4328
518087390 Juliet Music, Alan Lin, 9609 69th Ave, Forest Hills NY 11375-5139
518087391 Julius Silvert Inc, Claims Dept, 231 E Luzerne St, Philadelphia PA 19124-4219
518087393 +Jungle Jims, Claims Dept, 5440 Dixie Hwy, Fairfield OH 45014-7426
518087394 +Juniper Auto Body, 1116 N West End Blvd, Quakertown PA 18951-4120
518087395 +Juniper Elbow Co Inc, Bayame Mujo, Po Box 790148, Middle Village NY 11379-0148
518087399 Just Inventory Solutions, P O Box 283, Guilderland Center NY 12085-0283

518087400 +Justice, Echo Global, 600 W Chicago Ave Ste 725, Chicago IL 60654-2522
518087401 +Justice Court-garden City, 349 Stewart Ave, Garden City NY 11530-4529
518087406 +Jx Enterprises Inc, Lynn Cullen, 1320 Walnut Ridge Dr, Ste 100, Hartland WI 53029-8320
518087407 +K And G Delivery Svc Inc, 8 Taylor Rd, Edison NJ 08817-2531
518087408 K And H Precision, George Renners, 45 Norton St, Honeoye Falls NY 14472-1032
518087410 +K Neal International Trucks, 5000 Tuxedo Rd, Hyattsville MD 20781-1213
518087411 +K-b Corp, Po Box 449, Milford ME 04461-0449
518087674 ++++KINGSPAN INSULATION, 200 KINGSPAN WAY, WINCHESTER VA 22603-4664
(address filed with court: Kingspan Insulation, 172 Pactiv Way, Winchester VA 22603-4626)
518087412 +Kabes Fencing, 2369 Wilawana Rd, Elmira NY 14901-9434
518087416 +Kadant Solutions, Beth Ruthledge, 35 Sword St, Auburn MA 01501-2146
518087418 Kag Leasing Inc Danaher, Lagnese Pc, 21 Oat St, Hartford CT 06106
518087420 +Kailee M Knecht, 25 South Green St, Nazareth PA 18064-2010
518087422 +Kaitlan Pantin, Wingate Russotti Shapiro And, Halperin Llp Joseph Stoduto Esq,
420 Lexington Ave Ste 2710, New York NY 10170-2799
518087423 +Kaitlan Pantin, Banilov And Associates, Nick Banilov Esq, 2566 86th St Ste 5315,
Brooklyn NY 11214-4438
518087425 Kal-lite, Brian Barker, 168 River Rd, Bow NH 03304-3353
518087426 Kal-pac Inc, C Stoner Mbaynes M Wright, 10 Factory St, Montgomery NY 12549-1202
518087428 Kalmbach Feeds Inc, Leah Ludwig, 5968 State Hwy 199, Carey OH 43316-9422
518087430 Kaman, Echo Global Logistics, 600 W Chicago Ave 7, Chicago IL 60654-2801
518087434 Kane Is Able, Brian Morgan, 7248 Industrial Blvd, Allentown PA 18106-9372
518087439 +Kanter Physical Medicine And, Rehab Pc, 10509 Jamaica Ave Ste C,
Richmond Hill NY 11418-2014
518087440 Kao Brands Co, Sue Stowe, 2535 Spring Grove Ave, Cincinnati OH 45214-1729
518087441 Kao Usa Inc, Claims Dept, 2535 Spring Grove Ave, Cincinnati OH 45214-1729
518087443 +Kaplan’s Of Hancock Inc, 751 West Main St, Hancock NY 13783-1701
518087446 +Kapstone Container Corp, Gail Ison, 100 Palmer Ave, West Springfield MA 01089-4019
518087451 +Kareem A Mills, Block O’toole And Murphy Llp, Michael J Hurwitz Esq, One Penn Plaza 5315,
New York NY 10119-5315
518087453 Karen Leeper, 14 Washington Ave, Hamden CT 06518
518087454 +Karen Mason And Howard M Kahalas, Pc As Atty, 6 Beacon St Ste 1020, Boston MA 02108-3816
518087455 +Karen Proulx And Coastal, Collision Inc, 540 Pawtucket Ave, Pawtucket RI 02860-6024
518087456 +Karen S Catherwood, 114 Meadow Brooke Pl, Winchester VA 22602-6529
518087458 +Kari-out Co, Angela Moreno, 690 Union Blvd, Totowa NJ 07512-2208
518087460 Karnak Corp, Michael Brehm, 330 Central Ave, Clark NJ 07066-1108
518087461 Karol Brown, 261 Royalston Rd, Baldwinville MA 01436-1504
518087462 +Karol Brown And Custom Auto Body, Of Gardner Inc, 179 West St, Gardner MA 01440-2121
518087463 +Karol Lee, 1572 63rd St, Brooklyn NY 11219-5418
518232753 +Karosewica, Dariusz, 8335 139th St, Briarwood, NY 11435-1600
518087464 +Karps East National Hardware, Alan Talman, 2 Lakefield Rd, East Northport NY 11731-1802
518087467 +Kathleen Evans, Att For Plaintiff Anthony G Ross Esq, 126 South Main St,
Pittston PA 18640-1739
518087468 +Kathleen Evans V, New England Motor Freight Inc Et Al, Wayne Steigerwalt, 1110 Hemlock Dr,
Lehighton PA 18235-9569
518087469 +Kathryn Bujan, 231 Iona Ave, Narberth PA 19072-2022
518087471 +Katie Mac Dougall V, New England Motor Freight Inc Et Al, Brian Cyr, 222 Reidel Rd,
Amsterdam NY 12010-6350
518087474 Katz Americas, Trudy Thompson, 3685 Lockport Rd, Sanborn NY 14132-9404
518087478 +Kay Dee Designs, Charles Donnell, Co-owner, 177 Skunk Hill Rd,
Hope Valley RI 02832-1211
518087481 +Kayla Wilkerson, Blue Grace Logistics, 2846 S Falkenburg Rd, Riverview FL 33578-2563
518087482 #+Kcc Transport Sys, June Youn, 149-40 182nd St, Jamaica NY 11413-4024
518087483 Kdl, Po Box 752, Carnegie PA 15106-0752
518087484 Kdl Freight Management, A Mcintyre M Pattison Conway, 800 N Bell Avebldg 6ste 100,
Carnegie PA 15106-4300
518087485 Kdl Freight Management, Ashley Mc Intyre, 111 Ryan Ct, Pittsburgh PA 15205-1310
518087486 Kdl Frieght Management, Coleman Willison Holly Wright, 800 N Bell Ave Bldg 6,
Carnegie PA 15106-4300
518087487 Kdm Products, Carin Zinke, 820 Commerce Pkwy, Carpentersville IL 60110-1721
518087488 +Kdt Towing And Repair Inc, 628 Leighton Rd, Augusta ME 04330-7808
518087490 +Keane Fire And Safety Co Inc, 1500 Main St, Waltham MA 02451-1635
518087498 Kedco, David Wimdt, 564 Smith St, Farmingdale NY 11735-1115
518087499 Kee World Trading, Douglas Klimek, 365 Eustace Rd, Stafford VA 22554-3723
518087501 +Keeler Webb Associates, Consulting Engineers, 486 Gradle Dr, Carmel IN 46032-2536
518087506 +Kehe Distributors, Christopher Buckley, Receiving Clerk Dc15, 860 Nestle Way Ste 250,
Breinigsville PA 18031-4128
518087507 +Keiana Ennis Dilley, 8514 Putnam Ct, Breinigsville PA 18031-1580
518087512 +Keith E Farkas, 392 Riverview St, Canal Fulton OH 44614-1033
518087514 +Keith Regan, 37 Summerfield Dr, Holtsville NY 11742-2503
518087515 +Keith Z Rogalski, Keith, Po Box 333, Flagler Beach FL 32136-0333
518087518 Keller Products, Marcia Trombly, 41 Union St, Manchester NH 03103-6319
518087519 Keller Products, Marica Trombly, 170 River Rd, Bow NH 03304-3353
518087520 +Keller Weber Trucking Inc, Main, 20 Village Square Dr, Marietta PA 17547-9734
518087523 +Kelleta Zadu, 2910 Stockholm Way, Woodbridge VA 22191-4298
518087525 +Kellman Brown Academy, Tribute Dinner, 1007 Laurel Oak Rd, Voorhees NJ 08043-3515
518087526 +Kellogg Co, Transplace Cargo Claims, Po Box 518, Lowell AR 72745-0518
518087527 +Kelly Generator And Equipment, Diane Bustin, 1955 Dale Ln, Owings MD 20736-4323
518087541 Kelsen, Dolores Mc Grath, Po Box 844238, B0ston MA 02284-4238
518087542 +Kelsen Inc, Dolores Mcgrath, 40 Marcus Dr Ste 101, Melville NY 11747-4200

518087543 +Kelsie Walker, Attorney For The Plaintiff, Thomas E Badway And Assoc Llc, Pobox 6426, Providence RI 02940-6426
518087544 +Kelsie Walker, New England Motor Freight Inc, Juan Rodrigiuz Almonte, 5 Trues Pkwy, Sandown NH 03873-2713
518087547 +Kemira, Jennifer O Hara, 1000 Parkwood Cir Ste 5, Atlanta GA 30339-2130
518087548 Kemira Chemical, Odyssey Logistics, Po Box 19749 Dpt 123, Charlotte NC 28219-9749
518232754 +Kemsco Construction And Equipment Co, 139 Harper St, Newark, NJ 07114-2803
518087552 +Ken Blair, 40 Hudson St, S Glens Falls NY 12803-4760
518087553 +Ken Teitlbaum, 3 Nikia Dr, Islip NY 11751-2630
518087554 +Kenco Hydraulics Inc, Main, 2280 Amber Dr, Hatfield PA 19440-1969
518087555 Kenco Logistic Svc Llc, Agnes Grochowska, P O Box 742563, Atlanta GA 30374-2563
518087556 Kencove Farm Fence, Linda Smith, 344 Kendall Ln, Blairsville PA 15717-8707
518087557 +Kencove Farm Fence, Leanna Galey, 11409 E 218th St, Peculiar MO 64078-2524
518087559 +Kenison Law Office Pllc, The Pickering Building, 913 Elm St Ste 603, Manchester NH 03101-2015
518087560 +Kenmore Mercy Hospital, 2950 Elmwood Ave, Kenmore NY 14217-1390
518087561 Kenn Feld Group Llc, John Deere Dealer, 10305 Liberty Union Rd, Van Wert OH 45891-9178
518087563 +Kennedy Transport Svc Llc, Emily Catanzaro, Accounting Dept, 95a Inip Drive, Inwood NY 11096-1027
518087575 Kenneth Crosby Inc, Rebecca Garcia, 103 South St, Hopkinton MA 01748-2206
518087576 +Kenneth L Friedman, 190 Foxhunt Crescent, Syosset NY 11791-1706
518087578 +Kenneth Martin, 276 Temple Hill Rd, New Winsor NY 12553-6841
518087579 +Kenneth S Frohnapfel Jr, Ksf Trucking Inc, 100 Lilyan St, Waldwick NJ 07463-1347
518087580 +Kenneth Strickland, 347 Onrad St, Toledo OH 43607-3625
518087581 +Kenney Mfg Co, Claims Dept, 1000 Jefferson Blvd, Warwick RI 02886-2200
518087582 Kenseal, The Audit Source, P O Box 87, Absecon NJ 08201-0087
518087583 Kenseal Construction, Rico Nieves, 1301 Ingleside Rd, Norfolk VA 23502-1943
518087584 Kenseal Contruction, Joseph Mcnichol Jr, 1540 Delmar Dr, Folcroft PA 19032-2102
518087585 +Kenstan Lock Co, 101 Commercial St Ste 100, Plainview NY 11803-2408
518087588 +Kenworth Northeast Group Inc, Claire, 100 Commerce Dr, Lackawanna NY 14218-1041
518087591 Keough Installation, Steve Keough, Sa Bryant St, Woburn MA 01801
518087595 Kermit K Kistler I, 7886 Kings Highway, New Tripoli PA 18066-4516
518087602 Ketchum And Walton Co, Patti Bowers, 3046 Brecksville Rd, Richfield OH 44286-9399
518087604 Kevane Grant Thornton Llp, 33 Calle Bolivia, Ste 400, San Juan PR 00917-2013
518087605 +Kevin E Wright Md, 51 East 25th St, 6th Floor, New York NY 10010-8207
518087606 +Kevin Henderson Trust Account, Henderson Law Offices, Po Box 249, Ruffs Dale PA 15679-0249
518087607 +Kevin Schauman, 4 Valleyview Ave, Jamestown NY 14701-8413
518087608 Kevin T Piwoski, 103 Wall St, Belvidere NY 07823-1005
518087609 +Kevin Ware And Dunbar And Fowler, Pllc As Attorneys, Po Box 123, Parkersburg WV 26102-0123
518087610 +Kewill, Jessica, 1 Executive Dr, Chelmsford MA 01824-2564
518087611 Key Parts Inc, Jen Holzhauser, 22290 Timberlake Rd, Lynchburg VA 24502-7305
518087615 +Keystone Collections, Delinquent Tax Collector, Po Box 499, Irwin PA 15642-0499
518087616 +Keystone Foods, Len Selanikio, 3767 Hecktown Rd, Easton PA 18045-2350
518087617 +Keystone Municipal Collection, 546 Wendel Rd, Irwin PA 15642-7539
518087618 +Keystone Oil Products Corp, Main, 1600 Hummel Ave, Po Box 157, Camp Hill PA 17001-0157
518087619 +Keystone Petroleum Equip, 981-b Trindle Rd W, Mechanicsburg PA 17055-4521
518087620 +Keystone Scale Inc, 1847 Liberty Dr, Williamsport PA 17701-1127
518087621 +Keystone Trailer Svc Inc, 100 W Crone Rd, Ste A, York PA 17406-9768
518087622 Kforce Inc, P O Box 277997, Atlanta GA 30384-7997
518087626 +Kherri Francis, 1662 College Green Dr, Elgin IL 60123-6824
518087629 +Kia Jeffrey Court, Brian Morgan, 7248 Industrial Blvd, Allentown PA 18106-9372
518087630 +Kia Wholesale Parts, Brian Sheppard, 1 Park Of Commerce Blvd, Savannah GA 31405-7413
518087636 Kidde Fenwal, Suzanna Cardenas, 400 Main St, Ashland MA 01721-2150
518087642 Killer Bee Erie Dearie, Neil Holley, 555 Bayview Ave, Biloxi MS 39530-2418
518087643 Kills Boro Brewing Co, Patrick Wade, 60 Van Dozer St, Staten Island NY 10301-3226
518087645 +Kim, David, 188 Washington Ave, Fort Lee NJ 07024-7825
518087646 Kimball Midwest, Department L-2780, Columbus OH 43260-2780
518087649 #+Kimberly And Charles Trezvant, 6940 Hanover Pkwy Apt 300, Greenbelt MD 20770-2217
518087650 +Kimberly Richards, And The Perry Law Firm Llc, 305 Linden St, Scranton PA 18503-1432
518087654 Kinetic Supply Chain, Suzanne Lim, 5 Village Ct, Hazlet NJ 07730-1530
518087656 Kinetic Supply Chain Servllc, 5 Village Ct, Hazlet NJ 07730-1530
518087655 +Kinetic Supply Chain Servllc, For Biria, 5 Village Ct, Hazlet NJ 07730-1530
518087657 Kinetic Supply Chain Servllc, For Atlantic Paste And Glue, 5 Village Ct, Hazlet NJ 07730-1530
518087658 King And Yonge Branch, 55 King St W, Toronto ON M5K 1A2, Canada
518087659 +King Pallet Inc, 1112 Hengemihle Ave, Baltimore MD 21221-3310
518087660 King Wire, A Munoz, 11 Self Blvd, Carteret NJ 07008-1005
518087661 King Wire Inc, Arnuflo Munoz, 2500 Commonwealth Ave, North Chicago IL 60064-3307
518087671 +Kingdom Global Logistics, Mario Betancur, 3645 Se 5th Ct, Cape Coral FL 33904-5202
518087673 +Kingsgate Transportation Serv, David Beckham, 9100 West Chester Town Centre, West Chester OH 45069-3108
518087675 Kinney Drugs, Kph Health Care, 520 E Main St, Gouverneur NY 13642-1561
518087676 +Kinsgate Transportation Serv, Dbeckham Jbeckham, 9100 West Chester Towne, West Chester OH 45069-3106
518087679 Kintetsu World Express, Tyrell Duncan, 145-68 228th Strk Un, Springfield Gardens NY 11413
518087681 +Kirbys Custom Cleaninginc, Kirbys, 14520 Heavenly Acres Ridge, Hancock MD 21750-1909
518087684 Kirkendall, Jordan, Address Intentionally Omitted
518087686 +Kirkpatrick Electric Inc, Main, 96 Moyer Rd, Telford PA 18969-1522

518232755 +Kirshbaum, Amy, 2702 Snowberry Pl, Oingy, MD 20832-1546
518087691 +Kiss Logistics Inc, Janit, 2504 Appleby Dr, Ocean NJ 07712-4642
518087692 #+Kiss Nail Products Inc, Mr Peter Kim, 57 Seaview Blvd, Port Washington NY 11050-4660
518087693 #Kiss Products Inc, Thmoas Triola Alexandre Chan, 57 Seaview Blvd, Port Washington NY 11050-4660
518087698 Kitchen Collection, Rohona Lemaster, 71 E Water St, Chillicothe OH 45601-2535
518087702 Kittredge Equipment, Timothy Savoy, 100 Bowles Rd, Agawam MA 01001-2901
518087705 +Kj Electric, Jessica Durst, 5894 East Molloy Rd, Syracuse NY 13211-2108
518087706 +Kl Logistic Corp, Peter Oh, 145-07 156th St, Jamaica NY 11434-4207
518087709 +Klatt Equipment Inc, 6001 S Pennsylvania Ave, Po Box 100118, Cudahy Milwaukee WI 53110-6101
518087710 +Klauber Bros, Jack Sivlerman, 974 Chancellor Ave, Irvington NJ 07111-1238
518087712 Kleerfax Inc, Nebie Bajrami, 750 New Horizons Blvd, North Amityville NY 11701-1130
518232756 +Klein, Tehila, 150 Pine Cir Dr, Lakewood, NJ 08701-2943
518087713 Kleinschmidt Inc, Po Box 7158, Deerfield IL 60015-7158
518087721 +Klk Trucking Co Inc, Susan Krystopik, 265 Ryan St, South Plainfield NJ 07080-4208
518087728 +Kms Consulting Svc Inc, Suzzanne Muller, 92 Broadway, Greenlawn NY 11740-1328
518087735 Knight Marketing Corp, 48-50 54th Ave, Maspeth NY 11378
518087738 +Knight, Joanne C, Po Box 106172, Atlanta GA 30348-6172
518087743 +Knights Bridge Supply, Claims Dept, Po Box 109, Branford CT 06405-0109
518087748 +Knowlton Municipal Court, 628 Rte 94, Columbia NJ 07832-2526
518087755 Koch Filter Corp, Traci Vance Bobby, 8401 Air Commerce Dr, Louisville KY 40219-3503
518087760 +Koehler Instrument, Niko Karavakis, 1595 Sycamore Ave, Bohemia NY 11716-1732
518087762 +Koenig Equipment, John Deere Dealer, 3130 Us Rt 36e, Urbana OH 43078-9736
518087763 Koenig Equipment, John Deere Dealer, 2535 Dayton Pike, Germantown OH 45327-9663
518232757 +Kohl, Ryan, 623 Mercer Rd, Beaver Falls, PA 15010-8547
518087765 Koke Inc, 582 Queensbury Ave, Queensbury NY 12804-7612
518087769 Kols Containers, Tammy Reeping, 3101 Wilmarco Dr, Baltimore MD 21223-3231
518087771 Komatsu Northeast, Armand Pizza, 2820 Hamilton Blvd, South Plainfield NJ 07080-2518
518087772 Kommerling Usa, Courtney Bombard H Nehring, 3402 Stanwood Blvd, Huntsville AL 35811-9021
518087774 Kona Surf Co, Nick Ceccoi, 160 W Rio Grande Ave, Wildwood NJ 08260-1518
518087775 Konica Minolta Bus Solutions, Robin, Dept2366, Po Box 122366, Dallas TX 75312-2366
518087776 Konica Minolta Business, 550 Marshall Phelps Rd, Windsor CT 06095-1701
518087780 +Kooltrontic Inc, 30 Pennington Hopewell Rd, Pennington NJ 08534-3612
518087782 +Koons Tysons Toyota, John Kim, 8610 Leesburg Pike, Vienna VA 22182-2225
518087783 Koorsen Fire And Security, Tony Vance, Accnt Manager, 2719 N Arlington Ave, Indianapolis IN 46218-3322
518087789 +Kore Insurance Holdings Llc, 354 Eisenhower Pkwy, Plaza 1, Livingston NJ 07039-1022
518087790 +Kore Insurance Holdings Llc, Leo Travers, 354 Eisenbhower Pkwy, Plaza I, Livingston NJ 07039-1022
518232758 +Kossolf, Robin Beth, 274 Morris Ave, Inwood, NY 11096-2016
518087802 Kostas Aganis, Attorney For The Plaintiff, Mark E Salolmone, 176 State St Ste 200, Springfield MA 01103
518087803 +Kostas Aganis V Eastern Freight Ways Inc, Attorney For The Defendant Kevin Holley, Gunning And Lafazia Inc, 33 College Hill Rd Ste 258, Warwick RI 02886-2776
518087805 Kotap America Ltd, Cargo Claims, 10 Bayview Ave, Lawrence NY 11559-1026
518232759 +Koulik, Tianna, 791 Manada Bottom Rd, Harrisburg, PA 17112-8817
518087809 Kovalsky Carr Elec, Denise Cedeno, 208 St Paul St, Rochester NY 14604-1120
518087816 Kpi Logistics, 12651 High Bluff Dr, Ste 200, San Diego CA 92130-2024
518087817 Kpm Exceptional, Sharon Bellis, One Exceptional Way, Landing NJ 07850-1540
518087821 Kratzer, Chad, Address Intentionally Omitted
518087824 +Kreamer Brothers Glass Inc, 1714 Hummel Ave, Camp Hill PA 17011-5529
518087825 Kreher's Farm Fresh, Po Box 410, Clarence NY 14031-0410
518087828 +Kresl Power Inc, Denise Klinger, 900 Kingsland Dr, Batavia IL 60510-2286
518087830 +Krieger And Prager Llp, Paula Merkle, As Attorneys, 39 Broadway Ste 920, New York NY 10006-3079
518232760 +Krishna Groceries, 2300 South Rd, Poughkeepsie, NY 12601-5587
518087831 Kriska Holdings Limited, Po Box 879, 850 Sophia St, Prescott ON K0E 1T0, Canada
518087833 +Kristen Weiss, 10 Lee Pk, Hamilton MA 01982-2802
518087841 Kronos, Po Box 845748, Boston MA 02284-5748
518087842 Kronos, Po Box 743208, Atlanta GA 30374-3208
518087847 +Krueger Nortan Sugarhouse, Patricia Nortan, 780 Button Hill Rd, Shrewsbury VT 05738-4422
518087848 Krugg Reflections Usa Llc, Schneider Logistics, P O Box 78158, Milwaukee WI 53278-8158
518087854 Ktm Repair, Schneider Logistics, Po Box 78158, Milwaukee WI 53278-8158
518087855 Ktm Repair, Schneider Logistics, Po Box 2666, Greenbay WI 54306-2666
518087859 Kuebix Llc, 5 Mill And Main Pl, Ste 400, Maynard MA 01754-2653
518087861 +Kuester Implement Co, 47690 Reservoir Rd, Saint Clairsville OH 43950-9153
518087869 +Kulmanns Automotive, John Kulmann, 1411 Meriden Rd, Wolcott CT 06716-3123
518087877 +Kuriyama Of America Inc, 360 E State Pkwy, Schaumburg IL 60173-5335
518087878 +Kurowski And Wilson Llc, Cheryl Spier, 2201 North Front St, Ste 200, Harrisburg PA 17110-1027
518087879 Kurt S Adler Inc, Claims Dept, 15 Kimberly Rd, East Brunswick NJ 08816-2010
518087881 Kurtz Brothers, Stuart Raddings, Po Box 392, Clearfield PA 16830-0392
518232761 +Kusek, Mary, 825 Lord Leighton Way, Virginia Beach, VA 23454-2912
518087887 Kutol Products, Bob Martin, 100 Partnership Way, Cincinnati OH 45241-1571
518087889 +Kyle Hatch, 3690 Dug Rd, Millport NY 14864-9604
518087892 +Kyzer's Lawn And Odd Jobs, Walter E Kyzer Jr, 4017 Virgil Ct, Henrico VA 23231-6579
518087893 +Kzm Properties, 427 Washington St, Claremont NH 03743-5542
518087894 +L And H Mechanical And Electrical, Svc Inc, Angela Holzer, 1290 Old Harrisburg Rd, Gettysburg PA 17325-8146

518087895 +L And J Appliance Svc Inc, Jessica, 85 Lawrence St, Hackensack NJ 07601-4128
518087896 +L And L Auto Supply, 3008 Rt 39, W Arcade NY 14009-9002
518087897 L And M Supply, Cathy Nix, Po Box 640, Willacoochee GA 31650-0640
518087898 L P Paper Inc, Catherine Cloutier, Po Box 96, Southbridge MA 01550-0096
518087899 #+L T International, 200 Centennial Ave, Ste 200, Piscataway NJ 08854-3950
518087900 L'oreal - Paris, Kathy Oldak, 35 Broadway Rd, Cranbury NJ 08512-5411
518088477 ++++LONG IRELAND BEER CO, GREG MARTIN, 723 PULASKI ST, RIVERHEAD NY 11901-3039
(address filed with court: Long Ireland Beer Co, Greg Martin, 817 Pulaski St, Riverhead NY 11901)
518087901 La Aloe, Echo Global, 600 W Chicago Ave Ste 7, Chicago IL 60654-2801
518087902 +La Rose Industries, Estefania Grijalua, 1578 Sussex Tpk, Randolph NJ 07869-1833
518087903 La Squista Food Corp, John Covais, 2 South St, Mount Vernon NY 10550-1708
518087904 +La Tienda Inc, Elaine Azznara, 3601 La Granga Pkwy, Toano VA 23168-9387
518087905 Laars Heating Systems, Mgn Logistics, 161 Washington St, East Walpole MA 02032-1196
518087908 +Labbate Balkan Colavita And, Contini Llp, 1001 Franklin Ave, Garden City NY 11530-2901
518087909 +Labchem Inc, Richard Jesih, 1010 Jacksons Pointe Ct, Bldg 1000, Zelienople PA 16063-2826
518087910 +Labcorp, Po Box 2240, Burlington NC 27216-2240
518087913 +Labelmaster, Po Box 46402, Chicago IL 60646-0302
518087917 +Labor Ready Inc, Po Box 820145, Philadelphia PA 19182-0145
518087918 +Labor Ready Mid Atlantic Inc, Labor Ready, 1015 A St, Tacoma WA 98402-5122
518087919 Laboratory Sales, Echo Global, 600 W Chicago Ave Ste 7, Chicago IL 60654-2801
518087922 +Lacey Electric Inc, Andrew Lacey, 1060 Old Bernville Rd, Reading PA 19605-9601
518087929 Lacorte Farm And Lawn, John Deere Dealer, 522 Edwards Ave, Calverton NY 11933-1636
518087934 +Laddawn Inc, Nicole Ore, 155 Jackson Rd, Devens MA 01434-5614
518087935 Laddawn Products, Nicola Ore, 155 Jackson Rd, Devens MA 01434-5614
518087936 +Lady And Taylor Body Shop Inc, Dba Penn Fire Apparatus, 2293 Heidlersburg Rd, Gettysburg PA 17325-7681
518087943 Lagasse Inc, Corporate Carrier, 1 Parkway N Ste 100, Deerfield IL 60015-2559
518087944 Lagasse Inc, Isabel Kelly, 1525 Kuebel St, New Orleans LA 70123-6623
518087949 +Lagrou Distribution, Claeven Ltd, Po Box 2651, Orland Park IL 60462-1031
518087953 +Lahey Clinic, 41 Mall Rd, Burlington MA 01805-0002
518087956 Lak Warehouse, Lori Koffman, 106 Kenny Pl, Saddle Brook NJ 07663-5938
518087957 Lake Erie Lawn And Garden, John Deere Dealer, 7833 Munson Rd, Mentor OH 44060-3701
518087958 Lake George Brew House, Robert Craven, 1043 Route 9, Queensbury NY 12801
518087960 +Lakeland Equipment, John Deere Dealer, Po Box 248, Avon NY 14414-0248
518087961 Lakeland Equipment Co, John Deere Dealer, Box 265, Hall NY 14463-0265
518087962 +Lakeland Equipment Corp, John Deere Dealer, 4751 County Rd 5, Hall NY 14463-9000
518087963 +Lakeland Equipment Corp, John Deere Dealer, 185 Macedon Ctr Rd, Macedon NY 14502-9126
518087964 Lakeline, Diego Barrera, 2100 Greenleaf St, Evanston IL 60202-1084
518087965 +Lakes Region Environmental, Contractors, P O Box 1236, Belmont NH 03220-1236
518087966 Lakeview Hardware Inc, John Deere Dealer, 8793 Rd 239, Lakeview OH 43331
518087977 Lambro Industries, Denise Cataldo, 115 Albany Ave, Amityville NY 11701-2632
518087980 +Lamountain Bros, 37 Federal Hill Rd, Oxford MA 01540-1301
518087982 +Lana Bonacassio, 131 Brush Hill Rd, Middletown CT 06457-6104
518087984 +Lancaster County Treasurer, 2018 County Municipal Tax Bill, Po Box 3894, Lancaster PA 17604-3894
518087983 +Lancaster County Treasurer, Po Box 3894, Lancaster PA 17604-3894
518087985 Lancaster Parking Authority, Po Box 866, Lancaster PA 17608-0866
518087987 +Lance Grice, 9370 Stony Brook, Cincinnati OH 45231-3863
518087991 Lanco Manufacturing Corp, Luis Ramon, Urb Aponte No 5, San Lorenzo PR 00754
518087993 Lander Enterprises Llc, Lander, 7565 Route 30, Irwin PA 15642-7519
518087996 +Landmark Commercial Realty Inc, 20 Erford Rd 215, Lemoyne PA 17043-1154
518087997 +Landmark Medical Center, Billing Office, 115 Cass Ave, Woonsocket RI 02895-4705
518087999 +Landpro Equipment, John Deere Dealer, 3517 Railroad Ave, Alexander NY 14005-9766
518088000 Landpro Equipment, 7615 Lewiston Rd, Oakfield NY 14125-9733
518088001 Landpro Equipment, John Deere Dealer, 336 Vaughn St, Springville NY 14141-9603
518088002 Landpro Equipment, John Deere Dealer, 4751 County Rd 5, Hall NY 14463-9000
518088003 Landpro Equipment, John Deere Dealer, 1756 Lindquist Dr, Falconer NY 14733-9710
518088004 +Landpro Equipment, John Deere Dealer, 13521 Cambridge Rd, Edinboro PA 16412-2841
518088005 +Landry And Martin Corp Inc, 362 Central Ave, Pawtucket RI 02860-2354
518088006 +Landsberg Nj, 1 Capital Dr, Cranbury NJ 08512-3264
518088007 Landstar Global Logistics Inc, P O Box 784302, Philadelphia PA 19178-4302
518088008 Landstar Logistics, George Routhier, 1 Heritage Ln, Saugus MA 01906-3188
518088009 Landstar Logistics, Thomas Mc Sweeney, 13410 Sutton Pk Dr South, Jacksonville FL 32224-5270
518088015 Langer Juice Co, Adriana Benitcz, 16195 Stephens St, City Of Industry CA 91745-1718
518088016 Langham Logistics, Deanne Jackson, 5335 W 74th St, Indianapolis IN 46268-4180
518088019 +Langschwager Electric Corp, 725 Buffalo Rd, Rochester NY 14611-2088
518232762 +Lanier, Kent, 305 West 20th St, New York, NY 10011-9308
518088022 #Lannett Co, Claims Dept Dan Nestor, 13200 Townsend Rd, Philadelphia PA 19154-1014
518088025 +Lanovara Specialty Foods, Echo Logistics, 600 W Chicago Ave, Chicago IL 60654-2801
518088026 +Lanxess Corp, Odyssey, Po Box 19749, Charlotte NC 28219-9749
518088030 Lapp Usa Inc, 29 Hanover Rd, Florham Park NJ 07932-1408
518088043 +Laroche Towing And Recovery, Paul Beede Jr, President, Po Box 20, Barre VT 05641-0020
518088046 +Larrabees Tire Serv Llc, Tim, 17 Hunt Creek Rd, Nichols NY 13812-3502
518088047 +Larry Mccusker, Larry, 421 Mullica Hill Rd, Mullica Hill NJ 08062-2663
518088048 +Larry Press Inc, 2284 Flatbush Ave, Brooklyn NY 11234-4598
518088049 +Larry W Crabtree, 103 Bernice Dr, Bear DE 19701-2040
518088050 Larry Weaver, 22 Nakato Ct, Baltimore MD 21220

518088058 Laser Sales, Matt Seth, 2008 E 33rd St, Erie PA 16510-2566
518088064 +Latham Pool Product, Tech Logistics, 300 Elm St Unit 1, Milford NH 03055-4715
518088065 +Latham Pool Products, Backhaul Direct, 1 Virginia Ave Ste 400, Indianapolis IN 46204-3616
518088066 Latham Water District, Memorial Town Hall, Po Box 508, Newtonville NY 12128-0508
518088068 +Laticrete Intl Inc, Claims Dept, 91 Amity Rd, Bethany CT 06524-3423
518088069 Laticrete Intl Inc, Trans Audit Inc, 11 Marshall Rd S-2d, Wappingers Falls NY 12590-4132
518088070 Laticrete Intl Inc, Ips Worldwide, 265 Clyde Morris Blvd, Ormond Beach FL 32174-8136
518088071 Latrobe Steel, Robert Kirchner, 1551 Vienna Pkwy, Vienna OH 44473-8703
518088078 +Laundrylux, 461 Doughty Blvd, Inwood NY 11096-1344
518088080 +Laurel Self Storage, 9735 Washington Blvd N, Laurel MD 20723-1315
518088081 +Lauren J Siegel, Ljs Health Mgmt Inc, Pmb 239 208 Lenox Ave, Westfield NJ 07090-5120
518088082 +Lauren Long And Liberty, Collision Llc, 117 Richmond St, Philadelphia PA 19125-4145
518232763 +Lavelle, Bridget, 583 Indian Run Dr, Hummelstown, PA 17036-8739
518088088 +Law Firm Of Russell R Johnson Iii Plc, Russell R Johnson Iii John M Craig,
2258 Wheatlands Dr, Manakin-sabot VA 23103-2168
518088089 +Law Offices Of James Laman Llc, Stephen P Taylor, 1235 Weslakes Drivesuite 295,
Berwyn PA 19312-2413
518088090 +Law Offices Of Jan Meyers, Attorney Trust Account, 1029 Teaneck Rd 2nd Fl,
Teaneck NJ 07666-4514
518088091 Law Offices Of Weaver And Fitzpatrick, 131west Patrick St, Frederick MD 21701
518224259 +Lawrence Banks, c/o Law Firm of Brian W. Hofmeister, LLC,
3131 Princeton Pike, Building 5, Suite 1, Lawrenceville, NJ 08648-2201
518088094 +Lawrence W Banks, Grant And Grant Attorneys, T Blake Orner, 9247 N Meridian St Ste 310,
Indianapolis IN 46260-1976
518088103 +Lawton Realty Ltd Partnership, 571 Middle Rd, Colchester VT 05446-7310
518088110 Lb Electric Supplies, Cliams Dept, 5202 New Utrecht Ave, Brooklyn NY 11219-3828
518088111 +Lb Smith Ford, Lbsmith, 12th & Market Streets, Po Box 138, Lemoyne PA 17043-0138
518088113 Ld Carlson Co, Cody Milneix, 463 Portage Blvd, Kent OH 44240-7286
518088119 +Leader Intl Express, 1200 N Arlington Heights, Ste 200, Itasca IL 60143-3143
518088120 +Leader Mutual, Cts, 1915 Vaughn Rd, Kennesaw GA 30144-4579
518088121 +Leaf Funding Inc, Po Box 742647, Cincinnati, OH 45274-2647
518088124 +Leanlogistics Inc, 1351 Waverly Rd, Holland MI 49423-8570
518232764 +Learing Links, 26 Haypress Rd, Cranbury, NJ 08512-3401
518088128 +Lease Plan Risk Mgmt Serv As, Sub Of Konecranes 18000572816, 5350 Keystone Ct,
Rolling Meadows IL 60008-3812
518232765 +Lease Plan Usa Lt, 1165 Sanctuary Pkwy, Alpharetta, GA 30009-4797
518088129 Leavitt Corp, Janine Le Fave, 100 Santilli Hwy, Everett MA 02149-1938
518088132 +Leberge And Curtisinc, 5984 County Rte 27, Canton Russell Rd, Canton NY 13617-3727
518088135 +Led Lighting Enterprises Llc, Sarah Kaiser, 1062 Barnes Rd Ste 208,
Wallingford CT 06492-6013
518088140 +Lee And Dawn Slota, 9625 Stephen Decatur Hwy, Ocean City MD 21842-9311
518088141 +Lee Distributors, Hassibe Mann, 303 Stanley Ave, Brooklyn NY 11207-7608
518088142 +Lee Electric Supply, Claims Dept, 240 Hickory St, Scranton PA 18505-1135
518088143 Lee L Dopkin, Gilbert Monck, 2100 West Cold Spring Ln, Baltimore MD 21209-4809
518088144 Lee Supply, Walter Stelma, 305 1st St, Charleroi PA 15022-1427
518232766 +Lee, Marian, 76 Sylvan Dr, Morris Plains, NJ 07950-1944
518088156 Lee, Taiwan, Address Intentionally Omitted
518088157 +Leeds Builders, Mark Naishtein, 101 N Washington Ave Ste 3a, Margate City NJ 08402-1195
518088159 Leefson Tool And Die, 800 Henderson Blvd, Folcroft PA 19032
518088163 +Legacy, Mark Alderman, 421 Parkview Rd, Floyd VA 24091-4094
518088164 +Legends Ltd, 8901-a Yellow Brick, Baltimore MD 21237-2349
518088169 +Lehco Lp, Whiteford Taylor And Preston Llp, Edward U Lee, Seven Saint Paul St Ste 1500,
Baltimore MD 21202-1636
518088170 +Lehigh Carbon Community Colege, 4525 Education Pk Dr, Schnecksville PA 18078-2598
518088171 Lehighton Ambulance Assn, Po Box 82, Lehighton PA 18235-0082
518088172 +Lehighton Area Memorial, Library, 124 North St, Lehighton PA 18235-1589
518088173 +Lehighton Borough Parks And, Recreation Board, 1 Constituton Ave, Lehighton PA 18235-2088
518088174 +Lehighton Fire Dept, 140 South Third St, Lehighton PA 18235-2002
518088175 Lehighton Ford Inc, Blakeslee Blvd, Lehighton PA 18235
518088176 Leidos Engineering Llc, Po Box 223058, Pittsburgh PA 15251-2058
518088181 Leisure World Pools, 1245 Airport Pkwy, South Burlington VT 05403-5805
518088185 +Lem Products Sales, Autumn Weiss, 4440 Muhlhauser Rd Ste 300, West Chester OH 45011-9767
518088186 Leman Usa, 67 Walnut Ave, Clark NJ 07066-1640
518088188 +Lemans Corp, 10 Mccrea Hill Rd, Ballston Spa NY 12020-5515
518088189 Lemans Corp, Misty Jacobson, 3501 Kennedy Rd, Janesville WI 53545-8884
518088193 Lenape Ind Inc, Kathy Hartman, 600 Plum St, Trenton NJ 08638-3349
518088195 +Lenco Lumber Corp, 1445 Seneca St, Buffalo NY 14210-1794
518088204 +Lennox Industries, Gerald Johnson, 1001 Executive Blvd, Chesapeake VA 23320-3829
518088205 Lennox Industries, Liz Stout Derek Barnhill, 3750 Brookham Ave, Grove City OH 43123-4850
518088206 Lennox Industries, Kurt Steuer, 860 W Crossroads Pkwy, Romeoville IL 60446-4332
518088207 +Lennox Industries, Hector Jaramillo, 2140 Lake Pk Blvd, Richardson TX 75080-2290
518088208 Lenox, Andrea Kearney, 301 Chestnut St, East Longmeadow MA 01028-2742
518088209 +Lenox Hill Radiology, 1184 Broadway, Hewlet NY 11557-2322
518088211 +Leon I Higbee, 390 Payne Ave, Apt 2, North Tonawanda NY 14120-6955
518088212 +Leon I Higbee Um Claim, John J Fromen, 4367 Harlem Rd, Synder NY 14226-4400
518088213 +Leon Kosko, 103 Bear Hill Rd, Chichester NH 03258-6203
518088214 +Leonard Emmans, 43 Myrtle Ave, Danbury CT 06810-6351
518088215 +Leonard’s Copy Systems Inc, Leonard’s Copy Systems I, 1225 Washington Ave,
Vinton VA 24179-1843

518088218 +Leonardo Buenoevelyn Espiritu, And Stephen S Berowitz As Atty, 299 Glennwood Ave, Bloomfield NJ 07003-2445
518088220 Leoni Wire Inc, Claims Dept, 301 Griffith Rd, Chicopee MA 01022-2129
518088221 Lepco, Joana Bugano De Alcantar, 1475 River Rd, Marietta PA 17547-9401
518088225 +Leroy Gillin, 3207 Willard, Longs SC 29568-7331
518088226 +Leroy Holding Co Inc, Todd Cylkoff, 26 Main St, Albany NY 12204-2631
518088228 +Lesa Webber, 6560 Joellen Dr, Goshen OH 45122-9418
518088229 Leslie Equipment Co, John Deere Dealer, 6248 Webster Rd, Cowen WV 26206-8723
518088230 +Leslie Equipment Co, John Deere Dealer, 105 Tennis Ctr Dr, Marietta OH 45750-9765
518088232 +Leslieann Ramirez And Jose Valdez, 829 North 2nd St, Reading PA 19601-2501
518088233 +Leslies Poolmart, Echo Logistics, 600 W Chicago Ave Ste 725, Chicago IL 60654-2522
518088235 +Lessors Inc, 1056 Gemini Rd, Eagan MN 55121-2205
518088241 +Levco Communications, 141 East 26th St, Erie PA 16504-1082
518088245 Levinsohn Textile, Sandra Harris, 230 Fifth Ave, New York NY 10001-7704
518088249 +Lewis Gale Medical Center, 1900 Electric Rd, Salem VA 24153-7494
518232767 +Lewis, Peter L, 241 Grand Ave, Rutherford, NJ 07070-1822
518088264 Lexis Nexis, P O Box 9584, New York NY 10087-4584
518088265 Lexisnexis, Relx Inc, Po Box 9584, New York NY 10087-4584
518088266 Lexisnexis Risk Solutions Inc, Vickie Jones, 28330 Network Pl, Chicago IL 60673-1283
518088267 Lexus Financial Svc, Po Box 4102, Carol Stream IL 60197-4102
518088268 Leyman Manufacturing Corp, Po Box 776373, Chicago IL 60677-6373
518232768 +Leynes, Ronlee, 365 West View St, Hoffman Estates, IL 60169-3057
518088269 Lf Trottier And Son, Claims Dept, 401 Dairy Hill, S Royalton VT 05068-5260
518088270 +Lfs Logistics, 3105 Nw 107th Ave Ste 124, Miami FL 33172-2215
518088271 Lg Electronics, Hyojin Seol, 1000 Sylvan Ave, Englewood Cliffs NJ 07632-3302
518088272 Lg Electronics, Jenny Choi, 910 Sylvan Ave, Englewood Cliffs NJ 07632-3306
518088273 Lg Electronics, AR Dept, Po Box 21174, New York NY 10087-1174
518088274 +Lgh Medical Group, Po Box 18834, Belfast ME 04915-4083
518088275 +Lh Medical Records Management, 1930 Veterans Hwy Ste 12-230, Islandia NY 11749-1599
518088276 +Li Jewish Valley Stream, 900 Frnaklin Ave, Valley Stream NY 11580-2145
518088281 +Liberty Autoglass Llc, Betsy Bloom, 509 North 1st St, Lehighton PA 18235-1415
518088282 +Liberty Glass Techs Inc, Nabil, 1550 W Fullerton Ave, Unit D, Addison IL 60101-3028
518088283 Liberty Glove And Safety, Cynthia Hsu, 433 Cheryl Ln, City Of Industry CA 91789-3023
518088284 Liberty Ind, 133 Commerce St, P O Box 508, East Berlin CT 06023-0508
518088285 +Liberty Insurance Underwriters Inc, 55 Water St, 23rd Fl, New York NY 10041-0024
518088286 +Liberty Intl Trucks Of Nh Llc, Derek Sawyer, 1400 South Willow St, Manchester NH 03103-4024
518088287 Liberty Mutual, Claims Financial Opt, Po Box 2825, New York NY 10116-2825
518088288 +Liberty Mutual, Arnold E Reda, Po Box 515097, Los Angeles CA 90051-5097
518088290 Liberty Mutual As Sub For, For Dexter Lewis, Po Box 66539attn Claim Fin, St Louis MO 63166-6539
518088291 +Liberty Mutual As Sub For Jj, Sullivan Plumbing And Heating, Po Box 2397, Portland OR 97208-2397
518088292 Liberty Mutual As Sub Of, James E Rollins, Atn:claims Fin Ops-pox 10006, Manchester NH 03108-1006
518088293 +Liberty Mutual As Sub Of Laino, Enterprises, Po Box 2397, Portland OR 97208-2397
518088294 +Liberty Mutual Fire Insurance, Carman Callahan And Ingham Llp, Jami C Amarasinghe Esq, 266 Main St, Farmingdale NY 11735-2618
518088295 #Liberty Mutual Ins, As Subrogee Of Alan Feldstein, Po Box 10006, Manchester NH 03108-1006
518088296 Liberty Mutual Ins, As Subrogee Of Irina Stone, 5050 W Tighman St Ste 200, Allentown PA 18104-9154
518088297 +Liberty Mutual Ins, As Subrogee Of Norman Burke, 5050 West Tilghman St Ste 200, Allentown PA 18104-9154
518088298 +Liberty Mutual Ins, Loss Recovery Unit, Po Box 2397, Portland OR 97208-2397
518088300 Liberty Mutual Ins As Sub For, Donald Jagunla, Po Box 10006 Attnclaims Fin, Manchester NH 03108-1006
518088299 +Liberty Mutual Ins As Sub For, Leon Bramson C Oliberty Mutual, Po Box 10006 Claims Fin Ops, Manchester NH 03108-1006
518088301 Liberty Mutual Ins As Sub For, Leonid Plotkin, 5050 W Tilghman St Ste 200, Allentown PA 18104-9154
518088302 Liberty Mutual Ins As Sub Of, John P Wineburg, Pob 10006 Claims Fin Ops, Manchester NH 03108-1006
518088304 +Liberty Mutual Ins As Sub Of, Niles V Reker, Claims Fin Ops, Pob 10006, Manchester NH 03108-1006
518088305 Liberty Mutual Ins As Sub Of, Dennis A Ouellette, Po Box 66539, St Louis MO 63166-6539
518088306 Liberty Mutual Ins As Sub Of, Salah Hassan, Claims Fin Operations, Po Box 66539, St Louis MO 63166-6539
518088303 +Liberty Mutual Ins As Sub Of, Zilka And Co Llc Mon Valley, Bakery Supply, Pob 2397, Portland OR 97208-2397
518088307 +Liberty Mutual Ins As Subr Of, Cynthia Licciardi, 5050 W Tilghman St Ste 200, Allentown PA 18104-9154
518088308 +Liberty Mutual Ins Co A S O, Raymond Kolacek And Erin Kolacek, 5050 Tilghman St Ste 200, Allentown PA 18104-9154
518088309 Liberty Mutual Ins Co As Sub, Michael A Fuco, Po Box 515097, Los Angeles CA 90051-5097
518088310 Liberty Mutual Ins Co As Subro, Thomas George Assoc, Arnold Sabino Marianne Sabino, Po Box 30, East Northport NY 11731-0030
518088311 +Liberty Mutual Insas Sub Of, Wayne Anderson Bolden And, Bonfiglio Llc, 10 Federal St, Ste 1-3 Salem MA 01970-3875
518088312 Liberty Mutual Insas Sub Of, Cristina Bennett, 5050 W Tilghman St Ste 200, Allentown PA 18104-9154

518088313 Liberty Mutual Insthomas, George Assoc Ltd Ins Rec Div, Po Box 30, East Northport Ny NY 11731-0030
518088314 #Liberty Mutual Insurance, As Subrogee Of Paul Corbett, P O Box 10006, Manchester NH 03108-1006
518088315 Liberty Mutual Insurance, As Subrogee For Louiz A Mena, 5050 W Tighman St Ste 200, Allentown PA 18104-9154
518088316 +Liberty Mutual Insurance Co, As Sub For Sherene Ng, Claims Fin, Po Box 10006, Manchester NH 03108-1006
518088317 #Liberty Mutual Insurance Co, Po Box 2027, 3-508113-0000, Keene NH 03431-7027
518088318 +Liberty Mutual Megan Payne Subro Dept, Po Box 515097, Los Angeles CA 90051-5097
518088320 Liberty Utilities, 75 Remittance Dr, Ste 1032, Chicago IL 60675-1032
518088322 Liberty Utilities, Customer Svc, Nh, 75 Remittance Dr Ste 1032, Chicago IL 60675-1032
518088323 Liberty Water Co, Po Box 371852, Pittsburgh PA 15250-7852
518088326 +Lido Design, 71 Commerce Dr, Brookfield CT 06804-3405
518088328 Liechty Farm Equip, John Deere Dealer, 2773 Us Hwy 6, Edgerton OH 43517-9704
518088329 Liechty Farm Equip, John Deere Dealer, 20 Interstate Dr, Napoleon OH 43545-9713
518088331 +Lif Industries, Ricardo Ramos, 11-05 Clintonville St, Whitestone NY 11357-1813
518088332 Lif Industries Inc, John Clougher, 5 Harbor Pk Dr, Port Washington NY 11050-4698
518088333 +Life Storage Lp 535, Kendra Vankoslegal Comp, 6467 Main St, Buffalo NY 14221-5856
518232769 +Lifebridge Health Inc, 2401 W Belvedere Ave, Baltimore, MD 21215-5216
518088334 +Lifefactory, Echo Global, 600 W Chicago Aveste 725, Chicago IL 60654-2522
518088335 +Lifoam Industries, Victoria Milanese, 9999 E 121st St, Fishers IN 46037-9727
518088337 Lift Rite, John Sponable, 22 S Canal St, Greene NY 13778
518088338 +Lift Truck Parts And Svc, Kathleen Brown, 20 Parkside Dr, West Springfield MA 01089-3443
518088339 +Liftech Equipment Companies, Kimberly M Dingley, 6847 Ellicott Dr, East Syracuse NY 13057-1095
518088340 +Light Cone Logistics, 147-06 176th St, Jamaica NY 11434-5417
518088343 +Lighting By The Sea, 87 Lafayette Rd, Po Box 10, Hampton Falls NH 03844-0010
518088344 Lighting Maintenance Inc, Michelle Goodwin, 295 Racetrack Rd, Mcdonough GA 30252-6834
518088345 +Lightning Loading Svc, 8280 Sixty Rd, Baldwinsville NY 13027-1211
518088346 Lights Of America, Randy Pascua, 611 Reyes Dr, Walnut CA 91789-3033
518088350 +Lil Pepis, Dm Transportation, Po Box 621, Boyertown PA 19512-0621
518088351 Lillys Wholesale, Liz King, 367c Bayshore Rd, East Northport NY 11731
518088352 Lillys Wire, Liz King, 367c Bayshore Rd, Deerpark NY 11729-7244
518088357 Lime Energy, Dept 20-7016, Po Box 5997, Carol Stream IL 60197-5997
518088358 +Lime Energy, Tommie Rae Mills, Sub Ap Specialist Collections, 1758 Orange Tree Ln, Redlands CA 92374-2856
518088359 Lime Energy Svc Co, Lauren R Seilheimer, Program Coordinator, Dept 20-7016 Po Box 5997, Carol Stream IL 60197-5997
518028804 Lincoln Automotive Financial Services, Dept 55953, P O Box 55000, Detroit MI, 48255-0953
518088361 Lincoln Automotive Financial, Box 220564, Pittsburgh PA 15257-2564
518088362 +Lincoln Automotive Financial Svcs, Aka Cab East Llc, Deborah Eisenhauer, Po Box 62180, Colorado Springs CO 80962-2180
518088363 +Lincoln Fine Ingredients, Vicki Fester, 50 Industrial Cir, Lincoln RI 02865-2612
518088364 #+Lincoln Waste Solutions Llc, Barbara Rodegher, 2075 Silas Deane Hwy, Ste 101, Rocky Hill CT 06067-2338
518088365 +Lincoln Waste Solutions Llc, Barbara Rodegher, Account Manager, 2075 Silas Deane Hwy Ste 101, Rocky Hill CT 06067-2338
518088366 +Linda Gonell, 4188 Electric Way, Port Charlotte FL 33980-2126
518088367 +Linda Iannone And Gair Gair, Conason Et Al As Attoneys, One Gateway Center Ste 2600, Newark NJ 07102-5323
518088368 +Linda James, 74 Division Ave, Massapequa NY 11758-7101
518088369 +Linda James Et Al V, New England Motor Freight Inc Et Al, Jason Wisham, 204 Mattituck Ct, Melville NY 11747-5308
518088370 +Linda James State Farm, State Farm, Po Box 106170, Atlanta GA 30348-6170
518088372 Lindemann Chimney Supply, Jamie Dunvage, 2 Van Buren Blvd Bldg 1, Guilderland Cent NY 12085-7703
518088373 +Linden Municipal Court, 301 Northwood Ave, Linden NJ 07036-7218
518088374 Linden Warehouse, 1300 Lower Rd, Linden NJ 07036-6523
518088377 #+Lindquist Steels Inc, Jeff Strong, 1050 Woodend Rd, Stratford CT 06615-7341
518088380 +Lindsey Equipment, Po Box 602, Port Crane NY 13833-0602
518088381 Lindsey Equipment, John Deere Dealer, 237 Sunrise Ave, Honesdale PA 18431-1029
518088382 Lindsey Huntington, 29 Jarvis Gray Rd, Harborside ME 04642-3216
518088383 Lindsey Lawn And Garden, 346 Main St, New Milford PA 18834-2306
518088384 +Lindsey Lawn And Garden Inc, John Deere Dealer, P O Box 602, Port Crane NY 13833-0602
518088386 +Line Of Credit Now, P O Box 959, Wood Dale IL 60191-0959
518088391 Linotrade Ltd, Claims Dept, 742 William St, Montreal QC H3C 1P1, Canada
518088392 Lint Tile, Dawn Bailley, Po Box 216, Wendel PA 15691-0216
518088393 +Linx Industries, Mary Miller, 2600 Airline Blvd, Portsmouth VA 23701-2701
518088394 +Lionel Stocks, 103 Cohansey St, Bridgeton NJ 08302-1955
518088396 +Lisa Degraff, 189 Oak Ridge Rd Apt B, Oak Ridge NJ 07438-8911
518088397 +Lisa Hines, Bisogno And Meyerson Llp, George D Silva Esq, 7018 Fort Hamilton Pkwy, Brooklyn NY 11228-1104
518088398 +Lisa Kochenour, 4 Mountain Rd, Lewisberry PA 17339-9758
518088399 +Lisa’s Hand Car Wash, 481 Spring St, Elizabeth NJ 07201-1946
518088402 +Lisis Towing Svc Inc, Anthony Lisi, 3402 Danbury Rd, Brewster NY 10509-4504
518088403 Lite Gauge Metals Inc, Wendy Straka, 1195 Moore Rd, Avon OH 44011-1011
518088406 +Little Ferry Boro Municipal Ct, 215-217 Liberty St, Little Ferry NJ 07643-1726
518088409 Littlestown Foundry Inc, Susan Cluck, Po Box 69, Littlestown PA 17340-0069

518088411 +Liverpool Physical Therapy, 718 Old Liverpool Rd, Liverpool NY 13088-6035
518088412 +Livingston International, Adam Jones, 74 Southwoods Pkwy Ste 600, Atlanta GA 30354-3750
518088413 +Livingston International Inc, 670 Young St, Tonawanda NY 14150-4103
518088414 +Livingston Municipal Court, 357 S Livingston Ave, Livingston NJ 07039-3927
518088416 +Ljs Health Management Inc, Pmb239, 208 Lenox Ave, Westfield NJ 07090-5120
518088420 +Ll Kurtz Inc, 2227 E 33rd St, Erie PA 16510-2555
518088422 Lloyd’s Syndicates Lockton Co Llp, The St Botolph Bldg 138 Houndsditch, London EC3A 7AG, United Kingdom
518088426 Lms Intellibound Inc, Judy Gillon, 3086 Momentum Pl, Chicago IL 60689-5330
518088427 Lms Intellibound Llc, 3086 Momentum Pl, Chicago IL 60689-5330
518088428 Lnk International, Amanda Lowth, 60 Arkay Dr, Hauppauge NY 11788-3708
518088429 Lnr Tool And Supply, Rosanne Weissert, 79 Otis St, West Babylon NY 11704-1405
518088430 Load Delivered Logistics, Amanda Pawlak, 640 N La Salle 5th Fl, Ste 555, Chicago IL 60654-3781
518088440 +Lockton Companies, Tim Harper, 1185 Avenue Of The Americas, New York NY 10036-2601
518088441 +Locomote Express Llc, E Keith Earles, P O Box 2693, Huntington WV 25726-2693
518088442 +Lodge 447 Fringe Benefit Trust, Benefits Svc, 140 Sylvan Ave Ste 303, Englewood Cliffs NJ 07632-2560
518088443 +Lodge No 447 Annuity Fund, Trust Fund, 140 Sylvan St Ste 303, Englewood Cliffs NJ 07632-2560
518088445 Logan Clutch, Judith Ventura, 28855 Ranney Pkwy, Cleveland OH 44145-1173
518088449 +Logistic Concepts, Karen Porter, Po Box 362, Cuyahoga Falls OH 44222-0362
518088450 Logistick Inc, 19880 State Line Rd, South Bend IN 46637-1545
518088451 #+Logistics Freight Solutions, Erika Quijano, 3105 Nw 107th Ave Ste 5, Miami FL 33172-2216
518088452 #+Logistics Freight Solutions, Erika Quijano, 3105 Nw 107th Ave Ste 504, Miami FL 33172-2216
518088453 Logistics Plus, Kristen Rzodkiewicz, 1406 Peach St 3rd Fl, Erie PA 16501-1879
518088454 +Logistics Resources, 10000 College Blvd, Ste 235, Overland Park KS 66210-1473
518088455 +Logistxs Inc, 1500 Rt 517 Ste 305, Hackettstown NJ 07840-2717
518088460 Lohmann And Barnard, James Hall, 30 Rasons Ct, Hauppauge NY 11788-4206
518088462 #Lola Products Corp, Kathy Rosenblatt, 343 S River St, Hackensack NJ 07601-6838
518088464 Lombardi Design, Lester Skigicki, 100 Doxsee Dr, Freeport NY 11520-4716
518232770 +Londos, Melinda, 27 Pamela Ct, Depew, NY 14043-2137
518232771 +Londos, Melinda, Wayne C Felle Pc, Wayne C Felle Esq, 6024 Main St, Williamsville, NY 14221-6833
518088473 +Lonewolf Transport Llc, 47 Stockton Rd, Kendall Park NJ 08824-1211
518088475 +Long Branch Pba, Local 10 Station B, Po Box 4044, Long Branch NJ 07740-4044
518088476 +Long Fence Fencing Direct, Tim Long, 1910 Betson Ct, Odenton MD 21113-1124
518088478 Long Island Fireproof Door, Jclougher Jbrottenberg, 5 Harbor Pk Dr, Port Washington NY 11050-4698
518088479 +Long Island Psychological, Consulting Pc, 68-01 43rd Ave, Woodside NY 11377-5154
518088480 +Long Island Staple Division, North Side Power Transmission Corp, 410 Atlantic Ave, East Rockaway NY 11518-1433
518088481 #+Long Island Truck Parts, Kay Crocco, P O Box 457, Medford NY 11763-0457
518088482 Long Trail Brewing Co, Marie Ledue, 5520 Us Rt 4, Bridgewater Corners VT 05035-9600
518088495 Lonza Inc, Odyssey Logistics And Tec, Po Box 19749 Dept123, Charlotte NC 28219-9749
518088496 +Lonzy’s Radiator, Po Box 511, Bridgeport NY 13030-0511
518088529 +Lords Valley Towing, Joseph, 500 Route 739, Lords Valley PA 18428-6019
518088531 Loreal, Kathy Oldak, 35 Broadway Rd, Cranbury NJ 08512-5411
518088532 Loreal, Trans Solutions, 530 Maryville Centre Ste 220, Saint Louis MO 63141-5825
518088533 +Loreal Usa, Condata Global, 9830 West 190th St Ste M, Mokena IL 60448-5603
518088534 Loreal Usa Products, Ed Lusk-freight Claims, 10345 Philipp Pkwy, Streetsboro OH 44241-4066
518088535 +Loreal Usa Products, Sheer Trans, 530 Maryville Centre Dr Ste220, Saint Louis MO 63141-5825
518088537 +Lorenzo Soto And Carter Mario, Injury Lawyers, 158 Cherry St, Milford CT 06460-3446
518088539 Lorestack, Shella Ilagan, 3000 Ocean Pk Blvd St, Santa Monica CA 90405-3020
518232772 +Los Mercedes Home Appliance, 250 Broadway, Lawrence, MA 01840-1052
518088542 +Losh And Khoshlesan Llp, Client Trust Account, 8889 W Olympic Blvd, Beverly Hills CA 90211-3628
518088544 Lost Nation Brewing, Allen Van Anda, 87 Old Creamery Rd, Morrisville VT 05661-6152
518088547 +Louie Pagano, 31 Colonial Dr, Farmingdale NY 11735-3151
518088548 +Louis H Natale, 10 Wilmot St, East Brunswick NJ 08816-2149
518088549 +Louis Henry Inc, 1021 Windrim Ave, Philadelphia PA 19141-4098
518088550 Louis M Gerson, Kimberly Brown, 16 Commerce Blvd Ste D, Middleboro MA 02346-1085
518088554 +Lourdes Hospital, 169 Riverside Dr, Binghamton NY 13905-4198
518088555 +Love Vaddi, 32 Baird St 2, Dorchester MA 02124-2871
518088556 Love2brew, Claims Dept, 1583 Livingston Ave Unit 2, North Brunswick NJ 08902-1833
518088560 +Loves Travel Stops And Country Stores, Kristina, Po Box 26210, Oklahoma City OK 73126-0210
518088561 +Loving Pets Corp, Melissa Genito, 110 Melrich Rd Ste 1, Cranbury NJ 08512-3524
518088562 +Lowe And Moyer Garage Inc, 731 Church St, Fogelsville PA 18051-1610
518088563 +Lowell General Hospital, Po Box 1819, Lowell MA 01853-1819
518088564 Lowen Corp, Wendy Lankow, P O Box 1528, Hutchinson KS 67504-1528
518088565 +Lower Allen Township, 2233 Gettysburg Rd, Camp Hill PA 17011-7302
518088566 Lower Allen Township Treasurer, 2233 Gettysburg Rd, Camp Hill PA 17011-7302
518088572 +Lpm Electric Inc, 200 Vine St, Wilder KY 41076-9711
518088574 Lsi Industries, Sandy Moore, 10000 Alliance Rd, Cincinnati OH 45242-4706
518088575 Lsl Industries Inc, Terry Collins, Po Box 352, Northbrook IL 60065-0352
518088576 +Lt International Co, Mark Thienvanich, Po Box 155, Prosper TX 75078-0155

518088577 +Lts Enterprises Of Cny Llc, 7362 Eastman Rd, North Syracuse NY 13212-2508
518088578 +Lubrizol, Marie Shiderly, 207 Lowell St, Wilmington MA 01887-2941
518088579 Lubrizol, Garret Gembala Ryle Krempa, 9911 Brecksville Rd, Brecksville OH 44141-3201
518088580 +Lucas County Lepc, 2144 Monroe St, Toledo OH 43604-7122
518088585 Luchille Sabin, Kenilworth Nj 07033-1631, 21 So 24 Th St, Kenilworth NJ 07033-1631
518169004 +Lucky’s Energy Service, Inc., c/o David Luchtman, 16N012 High Ridge lane, Hampshire, IL 60140-7435
518263823 +Luckys Energy Service, Inc., 16N012 High Ridge Lane, Hampshire, IL 60140-7435
518088592 +Luckys Energy Svc Inc, Lisa Luchtman, 6801 W 73rd St, Bedford Park IL 60499-9201
518088591 +Luckys Energy Svc Inc, Dave Luchtman, 6801 W 73rd St, Box 637, Bedford Park IL 60499-9201
518088593 +Luckys Trailer Sales Inc, 402 Vt Rte 107, South Hroyalton VT 05068-5110
518088594 +Ludlow Composites Corp, Dianne Witter, 2100 Commerce Dr, Fremont OH 43420-1048
518088595 +Ludsin Associates, 62 Clinton Rd, Fairfield NJ 07004-6216
518088599 +Luis A Mora, 70-10 30th Ave, Jackson Heights NY 11370-1407
518088600 +Luis Rodriquez, Cargo Claim, 32 Obara Dr, Windham CT 06280-1116
518088605 Lumat Usa Inc, Jennifer Turner, 4590 Vawter Ave, Richmond VA 23222-1412
518232773 +Lumber, Blue Ridge, 12 Jacksonburg St, Blairtown, NJ 07825-9615
518088606 Lumenate, Murphy Marketta, Po Box 203896, Dallas TX 75320-3896
518088612 +Lund Valve Testing, Mary, Po Box 420, Ridge NY 11961-0420
518088619 Lusby Motor Co, John Deere Dealer, 155 Main St, Prince Frederick MD 20678-9301
518088620 +Luscinia Research Llc, Roger Nightingale, 1028 Starlight Dr, Durham NC 27707-2134
518088621 Luster Products Inc, Accounts Receivable ld Raney, 1104 W 43rd St, Chicago IL 60609-3342
518088627 Lydia Meyer Trustee, P O Box 190, Memphis TN 38101-0190
518088630 +Lykins Oil Co, Jim Huber, 5163 Wolfpen Pleasant Hill Rd, Milford OH 45150-9632
518232774 +Lynch, Sharon, 66 Whipstick Rd, Ridgefield, CT 06877-5029
518088640 +Lynn D Tucker Jrretirement, Iamaw Executive Plaza Iii, 135 Merchant St Ste 265, Cincinnati OH 45246-3734
518088643 +Lyons Doughty And Veldhuis Pa, P O Box 1269, Mt Laurel NJ 08054-7269
518088649 +M A Connell Funeral Home, 934 New York Ave, Huntington Station NY 11746-1297
518088651 M And G Duravent, Jennifer Haywood, 10 Jupiter Ln, Albany NY 12205-4947
518088652 +M And K Mobile Svc, 8308 Spencer Lake Rd, Medina OH 44256-7547
518088653 +M And K Trailer Centers, P O Box 268, Byron Center MI 49315-0268
518088654 +M And L Trucking, Kerina Smith, 1 Revere Pk, Rome NY 13440-5568
518088655 M And L Trucking Svc, Cargo Claims, Po Box 4140, Rome NY 13442-4140
518088656 M And L Trucking Svc, Bob Daminski, 9100 Zimmerman Rd, Boston NY 14025-9730
518088657 M And L Worldwide Log, Po Box 4140, Rome NY 13442-4140
518088658 +M And M Electric, Darren Giles, 363 Tacoma Ave, Tallmadge OH 44278-2716
518088659 M And M Electrical Supplly, Chris Miele, 17 Lowell St, Nashua NH 03064-2247
518088660 +M And M Forwarding, Alison Hull, 600 Main St, Tonawanda NY 14150-3723
518088661 +M And N Sales Co Inc, Shannon Sbarro, 415 Keim Blvd, Burlington NJ 08016-1405
518088662 M And R Sports And Mower Inc, Eoghan Mc Gee Nphillips, 2014 Cranebrook Dr, Auburn NY 13021-9510
518088663 +M And S Auto Body, Quality Auto Body, 811 New Brunswick Ave, Rahway NJ 07065-3838
518088664 +M And S Logistics Inc, 17 Lakeside Dr, Winterville Plt ME 04739-6210
518088665 +M B Maintenance Inc, 218 River Rd, New Boston NH 03070-3707
518088666 M Block And Sons Inc, Donna Churms, 5020 W 73rd St, Bedford Park IL 60638-6612
518088667 M E Dey And Co Inc, 161 Washington St, 300, Milwaukee WI 53204-1549
518088668 +M Holland Co, Echo Global, 600 W Chicago Ave Ste 725, Chicago IL 60654-2522
518088669 M P S, 163 James Madison Hwy, Gordonsville VA 22942
518088670 +M T I Inspections Svc, Po Box 6999, Colorado Springs, CO 80934-6999
518088671 +M Young Freight Systems, 9300 Lottsford Rd 3408, Largo MD 20774-4901
518174329 +MANSFIELD OIL COMPANY, c/o Albert F. Nasuti, Esq., THOMPSON, OBRIEN, KEMP & NASUTI, P.C., 40 Technology Parkway South, Suite 300, Peachtree Corners, Georgia 30092-2924
518089508 ++MERCEDES BENZ FINANCIAL SERVICES, 13650 HERITAGE PARKWAY, FORT WORTH TX 76177-5323 (address filed with court: Mercedes-benz Financial, Po Box 5261, Carol Stream IL 60197-5261)
518089688 ++++MIDWEST PROMOTIONS GROUP, DAVIDF PROFFITT, 211 S FRONTAGE RD, BURR RIDGE IL 60527-5871 (address filed with court: Midwest Promotions Group, Davidf Proffitt, 16w211 S Frontage Rd, Burr Ridge IL 60527)
518088672 +Ma Dept Of Environment Protection, One Winter St, Boston MA 02108-4746
518088673 Ma Division Of Unemployment, Assistance, Po Box 3269, Boston MA 02241-3269
518088674 +Ma Ferrauilo Plumbing And Heat, Michael Ferrauilo, 1600 Jay St, Rochester NY 14611-1072
518088679 +Mac Truck Parts And Equipment, 2463 Peck Settlement Rd, Jamestown NY 14701-9296
518232775 +Macaluso, Marissa, 7 Crestwood Blvd, Farmingdale, NY 11735-5304
518088680 Macaran Printed Prod, 18 New Cortland St, Cohoes NY 12047-2628
518088681 +Maccaferri Inc, Tricia Harnish, 10303 Governor Ln Blvd, Williamsport MD 21795-3115
518088686 Mach 1 Global Svc, Ao Acct Payable, 1530 W Broadway Rd, Tempe AZ 85282-1131
518088687 +Mach 1 Gobal Svc, Jennifer Strand, 1530 W Broadway Rd, Tempe AZ 85282-1131
518088691 +Machinists Money Purchase, Pension Fund, 140 Sylvan Ave Ste 303, Englewood Cliffs NJ 07632-2560
518088695 Mack Chiropractic Pc, 685 Ridge Rd, Webster NY 14580
518088696 Mack Financial Svc, Po Box 7247-0236, Philadelphia PA 19170-0236
518088697 Mack Molding, Robert Bleau, 608 Warm Brook Rd, Arlington VT 05250-8570
518088708 +Macy’s Front Row Benefit, 170 O’farrell St, 11th Floor, San Francisco CA 94102-2202
518088709 +Macys, Macys Accounts Payable, Po Box 8251, Mason OH 45040-5251
518088712 +Madden S Garage Towing And, Recovery, 187 River St Po Box 251, Saranac Lake NY 12983-0251
518088714 +Madelin Bosques, 1997 Davidson Ave Apt B4, Bronx NY 10453-8321
518088715 +Madeline Neu, 4 Weather Hill, Lebanon NJ 08833-5028
518088717 +Madison County Common Pleas, London -one North Main St, P O Box 557, London OH 43140-0557

518088718 +Madison County Sheriffs Office, Civil Div Sheriffs16000166, P O Box 16,
Wampsville NY 13163-0016
518088719 +Madison Security Group Inc, 31-37 Kirk St, Lowell MA 01852-1028
518088721 Maersk Inc, P O Box 744448, Atlanta GA 30384-4448
518088722 Maestranzi Bros Inc, Richard Maestranzi, 58 Dunham Rd, Beverly MA 01915-1844
518088723 +Maffey's Security Group, 1172 E Grand St, Elizabeth, NJ 07201-2324
518088724 +Mag Dist Mdj-37-2-01, Honorable Raymond F Zydonik, 333 Hickory St, Warren PA 16365-2230
518088727 +Maggie Giberson, 96 Depot Rd, Boxford MA 01921-2419
518088728 +Maggio Data Forms, 1735 Expressway Dr N, Hauppauge NY 11788-5312
518088729 Maggy Marketplace, Carol Waldron, 1165 Route 374, Dannemora NY 12929
518088730 +Magic City Motor Corp, 809 Williamson Rd, Roanoke VA 24016-1598
518088731 +Magic Fountain, 300 Williamson St, Elizabeth NJ 07202-3639
518088732 +Magic Transport, Gladys Gomez Rodriguez, Po Box 360729, San Juan PR 00936-0729
518088733 +Magissterial District 43-2-01, 823-a Ann St, Pocono Outlet Complex,
Stroudsburg PA 18360-1639
518088734 +Magisterial Dist Crt 56-3-02, 401 Delaware Ave, Palmerton PA 18071-1946
518088735 +Magisterial District 03-3-01, Commonwealth Of Pa, 4330 Lehigh Dr Ste 2,
Walnutport PA 18088-9524
518088736 +Magisterial District 10-3-11, 2320 Mt Pleasant Rd, Mt Pleasant PA 15666-2491
518088737 +Magisterial District 11-1-04, 35 Broad St, Pittston PA 18640-1825
518088738 +Magisterial District 25-3-02, Beech Creek Ave, Po Box 174, Mill Hall PA 17751-0174
518088739 +Magisterial District 27-3-05, 1929a Rt 519 South, Cannonsburg PA 15317-5128
518088740 +Magisterial District 31-1-05, 1007 Union Blvd, Allentown PA 18109-1923
518088741 Magisterial District 31-3-02, Green Hills Commerce Ctr, 5025 Tilghman St,
Allentown PA 18104
518088742 +Magisterial District 43-2-01, 823-a Ann Street, Stroudsburg PA 18360-1639
518088743 +Magisterial District 56-3-04, 200 Carbon St, Weatherly PA 18255-1419
518088744 +Magisterial District 60-03-02, 106 Shook Rd Ste 100, Hawley PA 18428-7059
518088745 #+Magisterial District Court, 10-3-05, 4066 Route 66, Apollo PA 15613-1526
518088746 +Magisterial District Court, 17-3-01, 103 South Second St, Lewisburg PA 17837-1903
518088747 +Magisterial District Court, 11-3-06, 321 Mountain Bld, Mountain Top PA 18707-1915
518088748 +Magisterial District Ct, 26-3-03, 400 Fisher Ave, Catawissa PA 17820-1022
518088749 Magisterial District No, 31301 106 S Walnut St, Slatington PA 18080
518088751 Magna Legal Svc Llc, Po Box 822804, Philadelphia PA 19182-2804
518088752 Magna Manufacturing Inc, Myleto Stewart, Po Box 279, Fort Walton Beach FL 32549-0279
518088754 Maguire Equipment Inc, Po Box 13, Readville MA 02137-0013
518088760 +Mahoning Township, 2685 Mahonning Dr East, Lehighton PA 18235-9723
518088759 +Mahoning Township, Pauline F Homm, 471 Stewart Creek Rd, Lehighton PA 18235-9562
518088761 +Mahoning Township Municipal, Authority, Po Box 609, Lehighton PA 18235-0609
518088762 +Mahoning Valley Ambulance, 902 Mill Rd, Lehighton PA 18235-9667
518088764 +Mahoning Valley Volunteer Fire, 2358 Mahoning Dr West, Lehighton PA 18235-9500
518088765 +Mahwah Tire Svc, Debbie, 430 Route 17 N, Po Box 541, Mahwah NJ 07430-0541
518088766 +Mailender Inc, Jim Fleissner, 9500 Glades Dr, Hamilton OH 45011-9400
518088767 Mailfinance, Cust Svc, Dept 3682, Po Box 123682, Dallas TX 75312-3682
518088769 +Mailroom Systems Inc, Mailroom, 340 Buttonwood St, West Reading PA 19611-1116
518088770 +Main Line Mower, 526 Lancaster Ave, Berwyn PA 19312-1635
518088771 Main Source, 9014 Junction Dr, Annapolis Junct MD 20701-1131
518088772 Main Tire Exchange, 9384 Main St, Dansville NY 14437-8926
518088773 Maine, Sales Tax, Po Box 9107, Augusta ME 04332-9107
518088774 +Maine Attorney General, Janet T Mills, 6 State House Station, Augusta ME 04333-0006
518088775 +Maine Backflow Prevention, Nick Derrig, 1 Talbot St, Portland ME 04103-2918
518088776 Maine Bureau Of Mv, Secretary Of State, 29 State House Station, Augusta ME 04333-0029
518088777 Maine Dept Of Environmental Protection, 17 State House Station, Augusta ME 04333-0017
518088778 Maine Dept Of Labor, Commissioner, 54 State House Station, Augusta ME 04332
518088779 Maine Dept Of Labor, Collections, 47d Satte House Station, Augusta ME 04333-0047
518088780 Maine Distributors, Peter Clair, 5 Coffey St, Bangor ME 04401-5757
518088782 +Maine Employers' Mutual, Po Box 11409, Portland ME 04104-7409
518088783 +Maine Employers' Mutual, Insurance Co, Po Box 6900, Lewiston ME 04243-6900
518088784 +Maine Health, Patient Financial Servicers, Po Box 16023, Lewiston, ME 04243-9503
518088785 +Maine Oxyacetylene Supply Co, 100 Washington St, Auburn ME 04210-4863
518088786 +Maine Port Authority, 16 State House Station, Augusta ME 04333-0016
518088788 Maine Revenue Svc, Po Box 9101, Augusta ME 04332-9101
518088787 +Maine Revenue Svc, 24 State House Station, Augusta ME 04333-0024
518088789 +Maine Turnpike Authority, Violation Processing Cntr, 2360 Congress St,
Portland ME 04102-1908
518088790 Mainfreight, Interclaims, 5901 W Century Ste, Los Angeles CA 90045-5411
518088791 Mainfreight Usa, Nancy Sanchez, 300 Ed Wright La Ste L, Newport News VA 23606-4384
518088792 +Mainfreight Usa, 2350 E Riverview Dr, Ste 130, Pheonix AZ 85034-6845
518088794 +Maintenance Inc, Terry Mann, 1051 W Liberty, Wooster OH 44691-3307
518088797 +Major Supply, Karen Sosna, 5400 Nw 35th Terr Ste 104, Ft Lauderdale FL 33309-6321
518088798 +Major Supply, Alex Sironen, 825 Lindbergh Ct Ste 460, Hebron KY 41048-8162
518088800 Major, Zaire, Address Intentionally Omitted
518088802 Makdad Supply, Robin Hammond, 1227 9th Ave, Altoona PA 16602-2410
518088810 +Malco Landscape Inc, Malco, Po Box 4256, Harrisburg PA 17111-0256
518088811 +Malco Products, A F S, Po Box 18410, Shreveport LA 71138-1410
518088812 +Malco Products Inc, Doris Matuch, 361 Fairview Ave, Barberton OH 44203-2774
518232776 +Maldonado, Cynthia, 15 Franklin St, Poughkeepsie, NY 12601-4307
518088821 +Mall View Motors Llc, 449 East Main St, Waterbury CT 06702-1702
518088826 Malone Auto Racks, Meghan Des Jardins, 81 County Rd, Westbrook ME 04092-3827
518088831 +Mals Auto And Truck Repair Inc, Po 586, Old Saybrook CT 06475-0586

518088832 +Malt Products Corp, Michele Straub, Po Box 898, Saddle Brook NJ 07663-0898
518088833 +Maltz Sales Co Inc, Jen Kulda, 67 Green St, Foxboro MA 02035-3824
518088834 +Mana Construction Group Ltd, 501 Winding Rd, Old Bethpage NY 11804-1336
518088835 +Managed Pharmacy Programs, 10860 N Mavinee Dr, Oro Valley AZ 85737-9514
518088836 +Managed Prescription Program, 10860 Mavinee Dr, Oro Valley, AZ 85737-9526
518088837 +Management Dept, Puerto Rico 88, 1026 Carr 28, San Juan PR 00920-1115
518088839 Mancini, Cardinal Trans Sol, 6209 Mid Rivers Mall Dr, Saint Charles MO 63304-1102
518088840 +Mane Inc Ods, Rick Moats, 2501 Henkle Dr, Lebanon OH 45036-7794
518088841 +Manel Excavating, Michelle, Po Box 26816, Rochester NY 14626-0816
518088843 +Manhattan Associates, Donna Morano, Po Box 405696, Atlanta GA 30368-0001
518088844 +Manhattan North Tvb harlem, 159 East 125 St 3rd Fl, New York NY 10035-1752
518088845 +Manhattan South Traffic, Violations Tvb, 2 Washington St, New York NY 10004-1008
518088847 Manitoulin, Yvonne Bailey, Po Box 390, Gore Bay ON POP1HO, Canada
518088848 Manitoulin Transport, Yvonne Bailey, Po Box 390, Gore Bay ON POP1H02190, Canada
518088849 Manitoulin Transport Ltd, Po Box 390, Gore Bay ON P0P 1H0, Canada
518088852 +Manleau Inc, Dba Servpro Of Concord, Sandra Nemeth Office Mgr, P Box 4044,
Concord NH 03302-4044
518088857 +Manna Organics Llc, 4650 Western Ave, Lisle IL 60532-1543
518232777 +Manoo, Navin, 64 Brighton 1st Pl, Brooklyn, NY 11235-7415
518088865 +Manpower Inc, 117 Great Oaks Blvd, Albany NY 12203-7925
518088866 Manpower Us Inc, 21271 Network Pl, Chicago IL 60673-1212
518088869 Mansfield Oil Co, Of Gainesville Inc, Po Box 733706, Dallas TX 75373-3706
518088868 Mansfield Oil Co, Of Gainesville Inc, Robyn Lee, Po Box 733706, Dallas TX 75373-3706
518088870 Mansfield Paper Co, Sandy Calabrise, 380 Union St, West Springfield MA 01089-4127
518088873 Mansonite, Joyce Westfall, 3250 Old Springfield Rd, Vandalia OH 45377-9599
518088877 +Manuel Coelho, 136 Roosevelt Ave, Mineola NY 11501-3048
518088878 +Manufacturer Express Inc, Rudy Yang, 7a Donna Dr, Wood Ridge NJ 07075-1915
518088882 +Manzi Bonanno And Bowers Atty, 280 Merrimach St, Ste B, Methuen MA 01844-6435
518088884 +Map Cargo, Cts, 1915 Vaughn Rd, Kennesaw GA 30144-4579
518088885 +Mapcargo, Johnathan Martins, 440 Mc Clellan Hwy, East Boston MA 02128-1101
518088886 Mapcargo Intl, Amoreno Correa, 254 Henry St, Inwood NY 11096-1426
518088887 Maperior Nut Co Inc, Rm Panzini, Po Box 410400, Cambridge MA 02141-0004
518088888 +Mapfre Ins, Rudy Bergeron Claim Rep, 11 Gore Rd, Webster MA 01570-6817
518088889 Mapfre Ins As Sub For, Joseph P Carguilo, Makw24, 11 Gore Rd, Webster MA 01570-6817
518088890 +Mapfre Ins As Sub Of, Paula Andrea Hinman, 11 Gore Rd, Webster MA 01570-6817
518088891 +Mapfre Ins As Subrogee For, Kathleen J Yurewicz, 11 Gore Rd, Webster MA 01570-6817
518088892 +Mapfre Ins As Subrogee For, Leslee G Carsewell, 11 Gore Rd, Webster MA 01570-6817
518088893 +Mapfre Ins As Subrogee For, Wieslaw Winkiewicz, 11 Gore Rd, Webster MA 01570-6817
518088894 +Mapfre Ins As Subrogee Of, Sheila E Gaffey, 11 Gore Rd, Webster MA 01570-6817
518088895 +Mapfre Ins Aso Anthony Ajayi, Second Look Inc, Po Box 5227, Hauppauge NY 11788-0111
518088897 +Mapfre Ins Co As Sub Of, Garret W Haggett, 11 Gore Rd, Webster MA 01570-6817
518088896 +Mapfre Ins Co As Sub Of, Margaret J Giberson, 11 Gore Rd, Webster MA 01570-6817
518088898 +Mapfre Ins Sub Karen Levrault, 11 Gore Rd, Webster MA 01570-6817
518088899 +Mapfre Ins Sub Of Andy M Wu, 11 Gore Rd, Webster MA 01570-6817
518088900 +Mapfre Insas Sub Of Johnny W, Hazboun Claims Dept, 11 Gore Rd, Webster MA 01570-6817
518088901 +Mapfre Insurance, Linda Brewer, 11gore Rd, Webster MA 01570-6817
518232778 +Mapfre Insurance, Subrogee For Gordon A King, 11 Gore Rd, Webster, MA 01570-6817
518088902 +Mapfre Insurance As Sub For, Violet Duncan, 11 Gore Rd, Webster MA 01570-6817
518088903 +Mapfre Insurance As Sub Of, Susan E Mattina, 11 Gore Rd, Webster MA 01570-6817
518088904 +Mapfre Insurance Co As Sub, Of Mahammad Salmassi, 11 Gore Rd, Webster MA 01570-6817
518088905 +Maplecrest Lincoln Mercury Inc, 2800 Springfield Ave, Po Box 303, Vauxhall NJ 07088-0303
518088906 +Mar Flex Waterproofing, Susan Willis, 500 Business Pkwy, Carlisle OH 45005-6337
518088913 +Marc Chernoff Md, Stony Brook Medical Park, 2500 Nesconset Hwy Bldg 20a,
Stony Brook NY 11790-2564
518232779 +Marcel, Ingrid, 2909 Stillwood Cir Apt 402, Falls Church, VA 22042-1186
518232780 +Maree, Michael, 550 Mt Zion Rd Apt 223, Florence, KY 41042-4737
518088919 +Margaret Fried, 811 S Hutchinson St, Philadelphia PA 19147-2719
518088920 +Maria Gertrudis, 2 Sunnyside Dr Apt 7c, Yonkers NY 10705-1716
518088921 +Maria Pastorell, 56 Roosevelt Dr, West Haverstraw NY 10993-1030
518088922 +Maria Sardis, 76 Adams St, Garden City NY 11530-3918
518088924 +Mariam Niveditha And Raju George, 1331world Ave, Elmont NY 11003-2643
518308091 +Marianne T. O’Toole, Ch 7 Trustee of Calico Ind., c/o LaMonica Herbst and Maniscalco, LLP,
3305 Jerusalem Ave., Wantagh, NY 11793-2028
518088925 +Marilyn Carvalho, 86 Hoadley St, Naugatuck CT 06770-3735
518088927 Marine Enterprises, Edward Beksinski, 8800 Kelso Dr Ste A, Baltimore MD 21221-3125
518088928 +Marineland Boating Center, Steve Dickerson, 5098 S Loop 340, Waco TX 76706-4638
518088929 +Mariner Beverage, Neil Carroll, 166 Riverside Industrial, Portland ME 04103-1492
518088930 +Mario L Collins And Cellino And, Barnes Pc As Attys, 16 W Main St 6 Fl,
Rochester NJ 14614-1602
518088931 +Mario Sousa, 59 Bark St, Swansea MA 02777-4803
518088932 +Mario T Rubio And The Jaffe, Law Firmpc As Attys, 11260 Roger Bacon Dr Ste 504,
Reston VA 20190-5249
518088933 +Marion D Thomas And Leorn, Matchin Esq As Atty, 50 Us Hwy 9 Ste 202,
Morganville NJ 07751-1558
518088934 +Marion Rada Jones, 487 Chauncey St 1r, Brooklyn NY 11233-2440
518088938 +Mark A Duckworth, 1535 Woodland Ave, Indianapolis IN 46203-1256
518088939 +Mark Donathan, 145 Hight St, St Clairsville OH 43950-1601
518088940 Mark Godaire As Admin And, Maley And Maley Pllc As Attys, Pob 443 30 Main St Ste 450,
Burlington VT 05402-0443
518088941 +Mark S Kirk Dc, 700 North Broad St, Elizabeth NJ 07208-2310

518088942 #+Mark Stair, 27 Butler Dr, Apt 201, Fairfax VT 05454-9806
518088943 Mark W Swimelar Trustee, Po Box 1633, Memphis TN 38101-1633
518088944 +Markal Products Corp, Vernon Graphics, One Promotion Place, Dept C Pob 600, Newton IA 50208-2066
518088947 +Market Street Surgical Center, P O Box 523, Saddlebrook NJ 07663-0523
518088952 +Marko Radiator Inc, 725 West Coal St, Shenandoah PA 17976-1415
518088957 Marlborough Country, 45 North Main St, Marlborough CT 06447-1309
518088958 +Marleen Demarco, 10629 Mitchell Mill Rd, Chardon OH 44024-9608
518088959 Marlite, Rose Zwick, Po Box 842223, Boston MA 02284-2223
518088960 +Marlite, Rose Zwick, 1 Marlite Dr, Dover OH 44622-2361
518088961 +Marlite, Claims Dept, Po Box 3678, Carol Stream IL 60132-3678
518088962 Marlite 1505, Afs Logistics Llc, 670 Emberwood Dr, Shreveport LA 71106-7224
518088963 Marlow Candy, Aideen Kird, 65 Honeck St, Englewood NJ 07631-4125
518088964 Maron Aerospace And Defense, James Knight, 680 Hayward St, Manchester NH 03103-4420
518088965 Maroon Inc, David Higgins, 1390 Jaycox Rd, Avon OH 44011-1317
518088973 +Mars Electric, Monica Russman, 6655 Beta Dr Ste 200, Mayfield Village OH 44143-2380
518088974 +Mars Nick Chambers, 295 Brown St, Elizabethtown PA 17022-2127
518088976 Marsh Canada Limited, Joanna Lam, 120 Bremner Blvd Ste 80, Toronto ON M5J0A8, Canada
518088978 Marshall Pet Products, Christine Gallo, 5740 Limekiln Rd, Wolcott NY 14590-9354
518088984 Marte, Israel, Address Intentionally Omitted
518088985 +Martell Motor Express Inc, 5a Trader Circle, Tyngsboro MA 01879-1443
518088986 +Marten Transport Ltd, 129 Marten St, Mondovi WI 54755-1700
518088987 Martin And Jones Inc, Jack Tuckwiller, 422 Edgar Ave, Ronceverte WV 24970-1714
518088988 +Martin Brown, 17401 Redland Rd, Derwood MD 20855-1237
518088989 +Martin Cobb And Denise Garnick, As Atty Noble Plaza, 801 Old York Rd Ste 219, Jenkintown PA 19046-1611
518088990 +Martin Plumbing And Heating, 3908 Waverly Rd, Owego NY 13827-2839
518088991 +Martin Water Condition, Greg Sammet, 740 E Lincoln Ave, Myerstown PA 17067-2219
518089031 +Martins Farm Supply, Melvin Martin, 860 Cty Rte 47, Potsdam NY 13676-3360
518089033 Martys Fine Wint, Martin Siegal, 675 Washington St, Newton MA 02458-1261
518089034 Marukan Vinegar, Robert Shelley, 500 University Ct, Blackwood NJ 08012-3230
518089035 Marukan Vinegar, Joan Barrios, 7755 E Monroe St, Paramount CA 90723-5020
518089036 +Marvin Martinez, 54 Greenwich St Apt 3a, Hempstead NY 11550-5605
518089037 +Mary Mooney, 218 Cross St, Harrison NJ 07029-2614
518089038 +Mary Pomerantz Advertising, 300 Raritan Ave, Highland Park NJ 08904-2719
518089040 +Maryland Attorney General, Brian Frosh, 200 St Paul Pl, Baltimore MD 21202-2029
518089041 Maryland Child Support Account, Po Box 17396, Baltimore MD 21297-1396
518089042 Maryland Comptroller, Payroll Tax Deposit, Po Box 466, Annapolis MD 21404-0466
518089043 Maryland Comptroller, Revenue Administration Division, 110 Carroll St, Annapolis MD 21411-0001
518089044 Maryland Dept Of Environment, Po Box 1417, Baltimore MD 21203-1417
518089045 +Maryland Dept Of Labor, Licensing And Regulation, Secretary, 500 N Calvert St Ste 401, Baltimore MD 21202-3659
518089046 +Maryland Dept Of Natural Resources, 580 Taylor Ave, Tawes State Office Building, Annapolis MD 21401-2352
518089047 +Maryland Dept Of The Environment, 1800 Washinton Blvd, Baltimore MD 21230-1717
518089048 Maryland District Court, Traffic Processing Center, Po Box 6676, Annapolis MD 21401-0676
518089049 +Maryland Elevator Servicesinc, Elevator Svc, 2147 Priest Bridge Dr, Crofton MD 21114-2478
518089050 +Maryland Financial Investors Inc, Scott Cherry, 2800 Quarry Lake Dr, Ste 340, Baltimore MD 21209-3764
518089051 +Maryland Occupational Safety, And Health Mosh, 10946 Golden West Dr Ste 160, Hunt Valley MD 21031-1308
518089052 Maryland Plastics, Po Box 472, Federalsburg MD 21632-0472
518089053 +Maryland Transit Admin, Transit Claims Group, 1515 Washingon Blvd Ste 2600, Baltimore MD 21230-1707
518089054 +Maryland Transit Administratio, Summons Control Office, 6 St Paul St Lobby Level, Baltimore MD 21202-6806
518089055 +Maryland Treasuere’s Office, Unclaimed Property Division, Goldstein Treasury Bldg, 80 Calvert St, Annapolis MD 21401-1907
518089056 Maryland Unemployment, Ins Div, Po Box 1683, Baltimore MD 21203-1683
518089057 Maryland Unemployment Ins, Litigaton Unit, P O Box 41628, Baltmore MD 21203-6628
518089058 Marysville Marine, Steven Chafee, 1275 S Danbury Rd, Port Clinton OH 43452-3997
518089059 +Marzen Feed And Hardware, 75 Harrity Rd, Lehighton PA 18235-9425
518089062 Masco Cabinetry, Cindy Myers, 641 Maddox Dr, Culpeper VA 22701-4100
518089064 +Masco Cabinetry, Cindy Myers, 4600 Arrowhead Dr, Ann Arbor MI 48105-2773
518089063 +Masco Cabinetry, Ratelinx, Po Box 77065, Madison WI 53707-1065
518089065 +Mascot Sharpening And Sales, Elam Fisher, 434b Newport Rd, Rocks PA 17572-9719
518089066 Masda Corp, Worldwide Express, 2323 Victory Ave Ste 16, Dallas TX 75219-7657
518089067 Masergy Communications Inc, Blaine Criss, Accounts Receivable Analyst, Po Box 733938, Dallas TX 75373-3938
518089068 Masis Staffing Solutions Llc, Po Box 204653, Dallas TX 75320-4653
518089069 #Maskcara Cosmetics, Stephen Hepner, 1987 S 2940 E, Saint George UT 84790-5111
518232781 +Mason, April, 13320 Roosevelt Ave Apt 5a, Queens, NY 11354-5202
518089072 Masonite, Jasper Chiguma, 970 New York Rte 11, Kirkwood NY 13795-1649
518089073 +Masonite, Joyce Westfall, 3250 Old Srpingfield Rd, Vandalia OH 45377-9599
518089074 +Masonite Marshfield Door Sys, Candace Emerson, 1401 E 4th St, Marshfield WI 54449-4555
518089075 +Masonschilling And Mason Co Lpa, 5181 Natorp Blvd Ste 202, P O Box 498367, Concinnati OH 45249-7367
518089077 +Mass Dept Of Transportation, 668 South Ave, Weston MA 02493-1120
518089078 +Mass Dot, Po Box 138, Weston MA 02493-0005

518089081 +Massachusetts, Sales Tax, 100 Cambridge St, Boston MA 02114-2518
518089083 +Massachusetts Attorney General, Consumer Protection Division, Mccormack Bldg, One Ashburton Pl, Boston MA 02108-1518
518089082 +Massachusetts Attorney General, Maura Healy, One Ashburton Pl, Boston MA 02108-1518
518089084 Massachusetts Beverage Allianc, Echo Global, 600 W Chicago Ave Ste 7, Chicago IL 60654-2801
518147462 Massachusetts Department of Revenue, Bankruptcy Unit, P. O. Box 9564, Boston, MA 02114-9564
518089085 +Massachusetts Dept Of Labor And, Work Force Development, Director, 1 Ashburton Pl Rm 2112, Boston MA 02108-1518
518089089 Massachusetts Dept Of Revenue, Carol A Fayan Esq, Office Of Appeals, Po Box 9551, Boston MA 02114-9551
518089087 +Massachusetts Dept Of Revenue, Po Box 7049, Boston MA 02204-7049
518089088 Massachusetts Dept Of Revenue, Po Box 7089, Boston MA 02204-7089
518089086 Massachusetts Dept Of Revenue, Child Support Enforcement Div, Po Box 55140, Boston MA 02205-5140
518089090 +Massachusetts Fire Equipment, 57 York St, Po Box 8, West Springfield MA 01090-0008
518089091 +Massachusetts Fire Technlogies, Po Box 8, West Springfield MA 01090-0008
518089092 +Massachusetts State Treasurer, Unclaimed Property Division, One Ashburton Pl, 12th Fl, Boston MA 02108-1518
518089099 +Master Machine Inc, Ar, 235 Carter St, Falconer NY 14733-1409
518089100 #+Master Mechanical Corp, 75 Verdi St, Farmingdale NY 11735-6319
518089101 +Master Motor, Rebuilders, 1204 National Ave, Addison IL 60101-3131
518089102 Master Products Corp, Bo Cadeloria, Road 2 206, Toa Baja PR 00949
518089103 +Mastercraft Auto Body, 527 Spring St, Windsor Locks CT 06096-1106
518089104 Masterman’s Llp, 11c St Bldg 10, Auburn Ind Park Po Box 411, Auburn MA 01501-0411
518089106 Mastro Electric Supply, Gary Michael, 555 Elmwood Ave, Providence RI 02907-1810
518089109 +Mat Industries Sanborn Manu, Evie Grausam, 118 W Rock St, Springfield MN 56087-1315
518089111 +Matamoros, Froilan, 12 Irving St, Apt 2, Jersey City NJ 07307-2544
518089113 +Matco Norca, Debbie Krivak, Po Box 27, Brewster NY 10509-0027
518089116 +Material Handling Exchange, Katie Herbert, 1800 Churchman Ave, Indianapolis IN 46203-2920
518089120 +Matilde Peguero And Krevat Law, Office, 159 Derby St, Salem MA 01970-5637
518089124 +Matrix Communications, 126 Dwight Pk Cir, Syracuse NY 13209-1067
518089125 +Mats Inc, Victoria Gravel C Wilcox Jr, 179 Campanelli Pkwy, Stoughton MA 02072-3743
518089127 +Matt’s Svc Center, 300 Maple Ave, Saratoga Springs NY 12866-1800
518089129 Mattel Inc, M Rikimaru Mailstop M10604, 333 Continental Blvd, El Segundo CA 90245-5032
518089132 Matthew Bender And Co Inc, Po Box 9584, New York NY 10087-4584
518089133 +Matthew Fahy V, New England Motor Freight Inc Et Al, Miguel Iraheta, 164 New York Ave Apt 1, Jersey City NJ 07307-1625
518089134 +Matthew Nelson, Att For The Plaintiff Dave Frissora Esq, Law Offices Of Dave Frissora, 4656 Executive Dr Ste 201b, Columbus OH 43220-3692
518089135 +Matthew Nelson V, New England Motor Freight Inc, Jared Galyon, 42 East Main St Po Box 201, Harveysburg OH 45032-0201
518089136 Matthews Lubricants, Jill Monti, Rt 50 W, Clarksburg WV 26302
518089141 Maurice Electrical, Karen Centivany, 6500a Sheriff Road, Landover MD 20785-4362
518089142 +Maurice Schwartz And Sons Inc, 585 Shrewsbury Ave, Shrewsbury NJ 07702-4163
518232782 Mavis Tire Center, 3050 Rockaway Tpke, Lawrence, NY 11559
518089145 Maxell Corp Of America, Transport Account, Po Box 1269, Placentia CA 92871-1269
518089146 #+Maxim Svc Llc, Wanda Daugherty, 6550 N Guion Rd, Indianapolis IN 46268-4891
518089147 +Maximum Computer Systems, 3285 Veterans Memorial Hwy, Ste A13, Ronconkoma NY 11779-7669
518089148 +Maximus Auto Sales, 508 Main St, Leominster MA 01453-2939
518089149 +Maxlite, Fiorella Villon Jesus Gomar, 1148 N Ocean Cir, Anaheim CA 92806-1939
518232783 +Maxwell Schmidtke, 401 Cumberland Ave Apt 710, Portland, ME 04101-2874
518089153 +Maxzone, Poyao Yang, 24 Kilmer Rd, Edison NJ 08817-2422
518089154 +May Kaimal Fine Indian Foods, Worldwide Express, 2323 Victory Ave Ste 1600, Dallas TX 75219-7696
518089157 +Maybank And Owings Llc, As Attys For Usaa Casualty, Po Box 80669, Charleston SC 29416-0669
518089160 Mayer Brown Llp, Main, 2027 Collection Ctr Dr, Chicago IL 60693-0020
518089166 +Maynards Electric, Christine Baker, Po Box 23868, Rochester NY 14692-3868
518089170 Mayra Castor, 95 Roosevelt Ave, Jersey City NJ 07304
518089171 Mayrich Co, Li Chu, 1010 Sesame St, Franklin Park IL 60131-1340
518089172 Mays Chemical, Aronzo Holland, 5611 E 71st St, Indianapolis IN 46220-3920
518089173 Maytex Mills, Sue Ellen Jones, 261 Fifth Ave 17th Fl, New York NY 10016-7701
518089185 +Mc Ardle And Walsh Inc, Claims Dept, 2015 Greenspring Dr, Timonium MD 21093-4115
518089186 +Mc Cormick, Williams And Associates, 405 E 78th St, Bloomington MN 55420-1299
518089187 Mc Coys Equipment, Claims Dept, 2573 Quaker Vly Rd, New Paris PA 15554-8626
518089189 +Mc Creadys Hearth And Home, Coleen Aaron, 2601 Cambridge Bltwy, Cambridge MD 21613-2970
518089190 +Mc Dermott Metals Works, Brian Carberry, 4 Industrial Dr, Lakeville MA 02347-1450
518089192 Mc Gaw Graphics, Tanya Mazza, 6378 Route 7a, Arlington VT 05250-8487
518089194 Mc Ilhenny, Mark Roman, Po Box 974546, Dallas TX 75397-4546
518089198 Mc Master Carr, Po Box 7690, Chicago IL 60680-7690
518089200 +Mc Quade And Bannigan, James Gray, 1300 Stark St, Utica NY 13502-4448
518089211 +Mcburney Electric Inc, Main, 130 Benedict St, Pawtucket RI 02861-3108
518089220 +Mccandlish Holton Pc, P O Box 796, Richmond VA 23218-0796
518089224 +Mccarter And English Llp, Kate R Buck William F Taylor Jr, Shannon D. Humiston, 100 Mulberry St, Newark NJ 07102-4056
518089225 Mccarthy Svc Coinc, Po Box 1125, Wilkes-barre PA 18703-1125
518089243 +Mccormick And Co, Williams And Associates, 405 E 78th St, Bloomington MN 55420-1299
518089244 +Mccormick Fitzpatrickkasper, Burchard Pc, Po Box 638, Burlington VT 05402-0638

518089248 +Mccourt Label Cabinet Co, 20 Egbert Ln, Lewis Run PA 16738-3802
518089254 +Mccue Corp, Steve Mooney, 125 Water St, Danvers MA 01923-3727
518089255 Mccue Corp, Steve Mooney, 13 Centennial Dr, Peabody MA 01960-7901
518089260 Mccutcheon Enterprises Inc, Po Box 74807, Cleveland OH 44194-4807
518089290 Mcgill Hose And Coupling, Po Box 408, East Longmeadow MA 01028-0408
518089297 #+Mcgrath Office Equipment, Janet, Po Box 932, Joliet IL 60434-0932
518089311 +Mchenry Township Fire, Protection District, 3610 West Elm St, Mchenry IL 60050-4356
518089313 +Mcintosh Energy Co Inc, Jeanette Hyndman, Comptroller, 1923 Bremer Rd, Fort Wayne IN 46803-3002
518089328 Mclane Northeast, Per Dorothy, Po Box 6131, Temple TX 76503-6131
518089341 +Mcmanus Merchants, Brenda Sheffle, 410 Unity St Ste 260, Latrobe PA 15650-1349
518089342 +Mcmanus Richter Adams And, Apostolakos Pllc, 48 Wall St 25 Fl, New York NY 10005-2920
518089343 Mcmaster Carr, Dave See, Po Box 7690, Chicago IL 60680-7690
518089344 Mcmaster Carr Supply, Cargo Claim Dave See, Po Box 7690, Chicago IL 60680-7690
518089353 Mcnees, Wallace And Nurick Llc, Po Box 1166, Harrisburg PA 17108-1166
518089355 +Mcneilly Wood Products Inc, Ann Mcneilly, 120neelytown Road, Campbell Hall NY 10916-2807
518089361 Mcs Life Insurance Co, Finance Dept, Po Box 193310, San Juan PR 00919-3310
518089362 Mctmt Processing Center, Metropolitan Commuter, Transportation Mobility Tax, Po Box 15163, Albany NY 12212-5163
518089365 Md Cline Metal Fabricating, David Cline, 832 Penn View Rd, Blairsville PA 15717-6649
518089366 +Md Complete, Echo Global, 600 W Chicago Ave Ste 7200, Chicago IL 60654-2801
518089367 Md Comptroller Of The Treasury, Alcohol And Tobacco Unit, Po Box 2999, Annapolis MD 21404-2999
518089368 +Md Transportation Authority, Acct Rec Ins Recovery, 2310 Broening Hwy 2nd Fl, Baltimore MD 21224-6639
518089369 +Mds Auto Body, 369 Thomas St, Newark, NJ 07114-2810
518089370 +Mea Elk Grove Llc, Po Box 740023, Cincinnati OH 45274-0023
518089371 +Mea Training Center, Mechanics Education Associatio, 1805 Springfield Ave, Maplewood NJ 07040-2901
518089373 +Mead And Mead Maple Syrup, Jude Mead, 37 Tobey Hill Rd, Canaan CT 06018-2306
518089379 #+Meadowland Ford Trk Sales Inc, 330 County Ave, Po Box 2218, Secaucus NJ 07096-2218
518089380 +Meadowlands Fire Protection, John Carnemolla, 348 Newcounty Rd, Secaucus NJ 07094-1622
518089381 +Meadowlands Hospital Medical, Evelyn Genao Med Rec, 55 Meadowlands Pkwy, Secaucus NJ 07094-2977
518089382 +Meadows Construction Inc, 266 Little New York Rd, Rising Sun MD 21911-1930
518232784 +Meashawn Brand, 340 Riverstone Dr, Covington, GA 30014-5023
518089388 #Mecco, Lisa Doucette, 135 Amercian Legion Hwy, Revere MA 02151-2405
518089389 +Mechanical Equipment Sales, Keith Cooke, 5025 Euclid Rd, Virginia Beach VA 23462-2522
518089390 +Mechanical Forensics, Engineering Svc Llc, 179 Cross Rd, Rochester NH 03867-5115
518089391 +Mechanical Heating Sply, Sandra Douglas, 476 Timpson Pl, Bronx NY 10455-4908
518232785 +Mechanical, Ashley, 27 Emerick St, Kingston, NY 12401-3009
518089392 Med Access Ny Llc, 5822 -b Broadway, Bronx NY 10463
518089393 +Med Quest Evaluators Llc, Po Box 234, Lewis Center OH 43035-0234
518089394 +Med Request Solutions Inc, P O Box 23, South River NJ 08882-0023
518089395 #Med Web, Ahmad Osta, 137 W 61st St, Westmont IL 60559-2617
518089396 +Medaid Llc, Po Box 1117, Orange CT 06477-7117
518089398 +Medallocators, Lavonia Whitlow, 2397 Huntcrest Wayste 200, Lawrenceville GA 30043-6309
518089401 +Medelco Inc, Diance Kardos, 54 Washburn St, Bridgeport CT 06605-1848
518089402 +Medexpress Billing, 7958j, Po Box 7964, Belfast ME 04915-7900
518089403 Medexpress Billing, Po Box 7964, Belfast ME 04915-7900
518089404 Medexpress Urgent Care, Pc Virginia, Po Box 7962, Belfast ME 04915-7900
518089405 Medexpress Urgent Care Nh, Po Box 719, Dellslow WV 26531-0719
518089406 Medexpress Urgent Care Pc Ma, Po Box 7958, Belfast ME 04915-7900
518089407 +Medfirst Urgent Care Pllc, Po Box 8000 Dept 168, Buffalo NY 14267-0002
518089411 +Medical Imaging Center, Po Box 2004, East Syracuse NY 13057-4504
518089412 +Medical Management Group Of Ny, 1 Corporate Dr, Ste 104, Bohemia NY 11716-2663
518089413 +Medical Request Svc Inc, 15 Bloomfield Ave, Verona NJ 07044-2700
518089414 +Medicare, Msprc Liability, Po Box 138832, Oklahoma City OK 73113-8832
518089415 +Medicenter, 234 W Jericho Tpke, Huntington Station, NY 11746-3628
518089416 Medimark, Tfm, 5905 Brownsville Rd, Pittsburgh PA 15236-3507
518089424 +Mediterranean Shipping, 700 Watermark Blvd, Mount Pleasant SC 29464-5729
518089425 +Medium Rare Industries, Michael O Donnell, 125 Ranch Rd, Newtown PA 18940-3624
518089427 +Medstar Med Group Ii Llc, Po Box 418597, Boston MA 02241-8597
518089428 Medtronic, Patricia Moreno-claims Dp, Autopista San Isidro Km 17, Santo Domingo 11505, Dominican Republic
518089429 Medworld Supply Inc, Henrey Greenfeld, 168 10th St, Brooklyn NY 11215-3803
518089434 Megsys International, Claims Dept, 45h Industrial Park Rd, Tolland CT 06084-2839
518089435 +Mehmet And Fatima Sabancelebi, 6954 182nd St, Fresh Meadows NY 11365-3534
518089436 +Meier Supply Co Inc, Stephen Urda, 275 Broome Corporate Pkwy, Conklin NY 13748-1511
518089437 Meier Supply Co Inc, Charles Page, 2031 W 12th St, Erie PA 16505-4802
518089438 Meier Supply Co Inc, Sean Vahey, 2810 Pleasant Vly Blvd, Altoona PA 16602-4304
518089440 Meijer 802, Adriaan Vankempen E Hileman, 2929 Walker N W, Grand Rapids MI 49544-6402
518089441 +Meijer 90, Dianne Nichol, 2929 Walker Nw, Grand Rapids MI 49544-6402
518089442 Meijer 92, Rachel Stephens, 2929 Walker Nw, Grand Rapids MI 49544-6402
518089443 Meijer 93, Kerry Johnson, 2929 Walker Nw, Grand Rapids MI 49544-6402
518089444 Meijer Corporate, Cargo Claim, Po Box 74008449, Chicago IL 60674-0001
518089445 +Meiko America Inc, Kae Takeshita, 888 Aec Dr, Wood Dale IL 60191-1122
518089453 +Melaine Klein, 265 Stevens Ave Apt 1, Portland ME 04103-2627
518089459 Melissa Walker For Henry Walker, Block O’toole And Murphy Llp, S Joseph Donahue Esq, One Pennsylvania Plaza Ste 5315, New York NY 10119

518089460 Melissa Walker For Khalil Walker, Block O'toole And Murphy Llp, S Joseph Donahue Esq, One Pennsylvania Plaza Ste 5315, New York NY 10119
518089461 Melitta Usa, Claims Dept, 13925 58th St N, Clearwater FL 33760-3721
518089462 Melitta Usa, Standard Forwarding, Ll 3100 69th Ave Ste 1, Moline IL 61265-9711
518089463 Melitta Usa Inc, Mihlfeld And Assoc, Po Box 3928, Springfield MO 65808-3928
518089464 +Mell Davies, Dm Transportation, Po Box 621, Boyertown PA 19512-0621
518089471 +Melvin York And Goldstein Ballen, O'rourke And Wildstien As Atty, One Howe Ave 2nd Floor, Passaic NJ 07055-4087
518089472 +Memorial Hospital Of Ri, Po Box 418999, Boston MA 02241-8999
518089473 +Memorial Hospital Of Ri, 111 Brewster St, Pawtucket RI 02860-4499
518089491 Menlo Worldwide, Jim Joslyn, Po Box 2688, Portland OR 97208-2688
518089493 Menshen Packaging Usa, Julie Orr, 25 Industrial Pk, Waldwick NJ 07463-1514
518089496 +Mep Health Llc, P O Box 645424, Concinnati OH 45264-5424
518089497 +Merari Lima, 169 3rd St Apt 1, Elizabeth NJ 07206-1955
518089506 Mercam Inc, Steven Fliegelman, 3520 Hargale Rd Ste 200, Oceanside NY 11572-5804
518089507 Mercantile Development, Pia Giordano, 10 Waterview Dr, Shelton CT 06484-4300
518089510 +Mercer Bucks Orthopaedics, Medical Records Dept, 2501 Kuser Rd 3rd Fl, Hamilton NJ 08691-3386
518089515 Merchandise Inc, Claims Dept, 5929 State Rte 128, Miamitown OH 45041
518089518 +Merchants Ins Group As Sub Of, Drum Point Road Llc, Po Box 78 250 Main St, Buffalo NY 14240-0078
518089519 +Merchantville Pennsauken, Water Comm, 6751 Westfield Ave, Pennsauken NJ 08110-1519
518089520 +Mercohen Corp, Whiteford Taylor And Preston Llp, Edward U Lee, Seven Saint Paul St Ste 1500, Baltimore MD 21202-1636
518089521 +Mercury Consulting Corp, 15 Spinning Wheel Rd, Ste 125, Hinsdale IL 60521-2941
518232786 +Mercury Insurance Group, Subroee For Chantel Woodard, 685 Hwy 202/206 Ste 301, Bridgewater, NJ 08807-1775
518089522 Mercury Paint Corp, John Van Hansberger, 4808 Farragut Rd, Brooklyn NY 11203-6612
518089523 Mercy Hospital, P O Box 1801, Portland ME 04104-1801
518089524 Mercy Hospital, P O Box 531862, Atlanta GA 30353-1862
518089525 +Mercy Medical Center, Po Box 531862, Atlanta GA 30353-1862
518089526 +Mercy Medical Ctr, 1000 North Vlg, Rockville NY 11570-1000
518089528 +Meri Properties Llc, 1-71 North Ave East, Elizabeth NJ 07201-2958
518089529 +Meri Properties Llc, Whiteford Taylor And Preston Llp, Edward U Lee, Seven Saint Paul St Ste 1500, Baltimore MD 21202-1636
518089530 +Meriden Tax Collector, 142 East Main St, Meriden CT 06450-5605
518089532 +Merissa Cohen 1996 Trust, P O Box 6031, Elizabeth NJ 07207-6031
518089533 +Merissa L Cohen 2000 Subtrust, P O Box 6031, Elizabeth NJ 07207-6031
518089534 +Merit Medical, Mark Faw, 12701 Kingston Ave, Chester VA 23836-2700
518089535 Meritor, Farida Mishreky, 2135 Wast Maple Rd, Troy MI 48084
518089536 Meritor Penske Logisitics, Darida-tms Transportation, 2135 W Maple Rd, Troy MI 48084-7121
518089537 +Meritus Medical Center, Billing Office, 11116 Medical Campus Rd, Hagerstown MD 21742-6710
518089538 +Merj Fleet Svc Inc, Main, 1560 Harlem Rd W5, Buffalo NY 14206-1953
518089539 Merola Tile, Tatyana Tsodikov, 217 County Rd 522, Manalapan NJ 07726-8813
518089540 +Merola Tile, 20 Reed Pl, Amityville NY 11701-2633
518089541 +Merola Tile Somertile, 217 County Rd 522, Manalapan NJ 07726-8813
518089543 +Merrick Enterprises, Po Box 13, Richfield OH 44286-0013
518089546 Merrimac Industrial Sales, Ann Foster, 111 Neck Rd, Haverhill MA 01835-8027
518089547 +Merrimack Sheet Metal, 119 Hall St, Concord NH 03301-3497
518089548 Merrimack Sheet Metal Inc, Hvac Metal Fabricators, 119 Hall St, Concord NH 03301-3497
518089549 +Merrimack Valley Business, Geoff Miller, 4 Kennedy Dr, North Chelmsford MA 01863-1536
518089550 +Merrimack Valley Pla, And Worldwide Express, 2323 Victory Ave 16, Dallas TX 75219-7657
518232787 Merry Go Round Playhouse Inc, 6861 E Lake Rd, Auburn, NY 13021
518089554 Mervat Youssef, M Youssef, 14 Saw Mill La, Rockland MA 02370-1296
518089556 +Mesca Freight Svc, Po Box 70000, Newark NJ 07101-0047
518089561 Met Life, Po Box 8500-3895, Philadelphia PA 19178-3895
518232789 +Met Life Auto And Home, Northeast Field Claim Office, Po Box 2205, Charlotte, NC 28241-2205
518089562 +Met Life Insurance Co, Po Box 37652, Philadelphia PA 19101-0652
518089563 +Metal Cladding, 230 S Niagara St, Lockport NY 14094-1927
518089564 +Metal Power Prods, Tanner St, Po Box 580, Ridgway PA 15853-0580
518089566 +Methodist Towers, 160 W 8th St Ofc, Erie PA 16501-1051
518089568 Metlife, Po Box 41800, Philadelphia PA 19101-1800
518089569 Metlife Aso Non Van Nguyen, Pob 2204, Charlotte NC 28241-2204
518089570 Metlife Aso Richard Plante, Pob 2204, Charlotte NC 28241-2204
518089573 Metlife Auto And Home As Sub Of, Jessica Storozuk, Po Box 2204, Charlotte NC 28241-2204
518089574 Metlife Auto And Home As Subroge, Nina Keska And Michael Keska, Po Box 2204, Charlotte NC 28241-2204
518089576 +Metokote Corp, 5477 Evergreen Pkwy, Sheffield Lake OH 44054-2400
518089577 Metpar Corp, Bladimir Guevara, 95 State St, Westbury NY 11590-5006
518089578 +Metro Fuel Injection Svc, 1 Seidel Ct, Bollingbrook IL 60490-3517
518089579 +Metro Group Maritime, Eileen Friberger, 61 Broadway, Ste 905, New York NY 10006-2724
518089580 +Metro Hydraulic Jack Nj, 1271 Mccarter Hwy, Po Abox 9410, Newark NJ 07104-0410
518089582 +Metro Logistics Inc, Jeff Siegel, 670 White Plain Rd, Scarsdale NY 10583-5027
518089581 +Metro Logistics Inc, Jerffrey Siegel, Po Box 730, Speonk NY 11972-0730
518089583 +Metro Urgent Care Of Queens, Suite 104, 484 Temple Hill Rd, New Windsor NY 12553-5529
518089585 Metropolitan Life Insurance Co, P O Box 360229, Pittsburgh PA 15251-6229
518089586 +Metropolitan Medical Surgical, 2076 East 13 St, Brooklyn NY 11229-3304
518089587 +Mettler Packaging, Lisa Garreffa, 90 Nem State Hwy Ste 11, Raynham MA 02767-5461

518089590 #+Metzger Specialty Brands, Patricia Pietzak, 161 W 54th St Ste 802, New York NY 10019-5360
518089592 Mevotech Lp, 240 Bridgeland Ave, Toronto ON M6A1Z4, Canada
518232790 +Meyer Darrah Buckler Benek And Eck Pllc, Edward G Brandenstein Esq, 600 Grant St Us Steel Tower, Ste 4950, Pittsburgh, PA 15219-2702
518089593 #Meyer Plastics, Michael Stewart, 5167 E 65th St, Indianapolis IN 46220-4816
518089597 +Mg Roanoke Plantation Llc, 5607 Grove St, Richmond VA 23226-2101
518089598 +Mg Roanoke Plantation Llc, Hardrock Development Co, Tee Richardson Vp Development, 5607 Grove Ave, Richmond VA 23226-2101
518089599 +Mga Research Corp, Ellen Joachimiak, 12790 Main Rd, Akron NY 14001-9777
518089600 Mgn Logistics, Katie Winclechter, 161 Washington St, East Walpole MA 02032-1196
518089601 +Mh Logistics, Shregas Patel, 1026 W Elizabeth Ave, Linden NJ 07036-6341
518089602 Mhokan Inc, Nancy Dow, 268 Broadhead Rd, West Shokan NY 12494-5311
518089603 +Mi Young Steves And Kwen Sam Mun, 4000 Creek View Cir, Apt 4112, Cranberry Twsp PA 16066-1146
518089604 Miami Bay Beverage, Trimino, 75 Ycamore Way, Branford CT 06405
518089605 +Miami Corp, Mike Maisonet, 4294 Albany St Ste 2, Albany NY 12205-4621
518089606 Miami-dade County Tax Collect, Po Box 13701, Miami FL 33101-3701
518089608 Mica Corp, Alphonse Aconfora, 9 Mountain View Rd, Shelton CT 06484-6404
518089610 +Michael And Kristina Descenza, 36 North St Apt 2, Haverhill MA 01830-4940
518089611 Michael Bigg Jr Inc, Route 32, Box 181, Vails Gate NY 12584
518089612 +Michael C Fina, 3301 Hunters Pt A, Long Island City NY 11101-2528
518089613 +Michael D De Vaudreuil, 12 Idlewood Crossing, Cumberland Center ME 04021-3448
518089614 +Michael Dugan, 8438 Haines Rd, Pennsauken NJ 08110-3316
518089615 +Michael Fridland, 2600 East 21st St, 4g, Brooklyn NY 11235-2928
518089616 +Michael Gerred, Po Box 837, Bel Air MD 21014-0837
518089617 +Michael Heffron And Nemf, Ward Greenberg Heller And Reidy Llp, Scott Jeannette Esq, 1800 Bausch & Lomb Pl, Rochester NY 14604-2713
518089618 +Michael J Stack, 7 Cooper Ave, Troy NY 12180-2703
518089619 +Michael Ladzinski And Herran Law, Office Llc As Atty, 176 N Main St 2nd Fl, Southington CT 06489-2541
518089620 +Michael Mcready, 65 Sams Rd, Arundel ME 04046-8152
518089621 +Michael Oliver, Mike, P O Box 434, Derby VT 05829-0434
518089622 +Michael Payne, 129 Queensbury Cicle, Goose Creek SC 29445-5525
518089623 +Michael R Brownell, 366 Colebrook Rd, Ganesvoort NY 12831-2422
518089624 +Michael R Brownell And Brian, Lee Law Firm Pllc As Atty, 18 Division St Ste 102, Saratoga Springs NY 12866-2197
518089625 +Michael Ritzel, 8211 Town Ctr Dr, Nottingham MD 21236-5904
518089626 +Michael S Worch, 6328 Booth Rd, Ravenna OH 44266-9238
518089627 +Michael Saber, 7 Allen Pl, Sloatsburg NY 10974-1339
518089628 +Michael Schmid, 228 Pulaski St, Dunellen NJ 08812-1420
518089629 +Michael Singley, D’arcy Johnson Day, Richard J Albuquerque Esq, 3120 Fire Rd Ste 100, Egg Harbor Township NJ 08234-5886
518089630 +Michael Stolberg, 8445 Fleet Ct, Middle Village NY 11379-2451
518089631 +Michael Turner, 184 Green Meadow Way, Apt 184j, Largo MD 20774-1150
518089632 +Michael Wayne Investment Co, Virginia Beach Gen Dist Ct, 2425 Nimmo Pkwy, Virginia Beach VA 23456-9122
518232791 +Michael Williams, 46 Laventhal Ave, Irvington, NJ 07111-2842
518089633 Michael Young, Attorney For The Plaintiff, Simon And Simon Pc, 1815 Market St Ste 2000, Philadelphia PA 19103
518089637 +Michaela Hughes And Vital, And Vital Lc As Attys, 536 5th Ave, Huntington WV 25701-1908
518089638 +Michaela Hughes As Guardian Of, Tabitha Hughes A Protected, Person Vital And Vital As Atty, 536 5th Ave, Huntington WV 25701-1908
518089645 +Michel Chauvin, 610 Newark St 4f, Hoboken NJ 07030-6082
518089648 Michelin North America Inc, Pam Parker, Po Box 100860, Atlanta GA 30384-0860
518089647 Michelin North America Inc, Po Box 100860, Atlanta GA 30384-0860
518089649 +Michelle Ameden, P O Box 38, Manchester Center VT 05255-0038
518089651 Michelles Dvd Inc, Sales And Distribution, 140 58th St Unit 6a, Brooklyn NY 11220-2523
518089652 Michigan Disbursement Unit, Misdu P O Box 30350, Lansing MI 48909-7850
518089656 Mid Atlantic Logistics, 8501 River Rd, Pennsauken NJ 08110-3325
518089657 +Mid Atlantic Truck Centre, Lisa, 525 Linden Ave West, Linden NJ 07036-6507
518232792 Mid Post Cleaning, 28 Fast Ave, Monroe, NY 10950
518089658 Mid-america Bldg, Meghan Barry, 29797 Beck Rd, Wixom MI 48393-2834
518089659 Mid-atlantic Waste, Nexterus Inc, 802 Far Hills Dr, New Freedom PA 17349-8428
518089660 Mid-century Ins Co As Sub Of, Teresa Mcleod, Po Box 268994, Oklahoma City OK 73126-8994
518089661 +Mid-states Packaging, Sydney Kaeck, 12163 State Rte 274, Lewistown OH 43333-9707
518089663 Middle Sis Inc, Marion Ohara, 177-25 Rockaway Blvd, Jamaica NY 11434-6207
518089665 Middlesex Emergency Physicians, Po Box 740021, Cincinnati OH 45274-0021
518089666 +Middlesex Gases And Technologies, 292 Second St, Po Box 490249, Everett MA 02149-0004
518089667 Middletown Tractor Sales, John Deere Dealer, 910 Hendersen Ave, Washington PA 15301-6027
518089668 +Middletown Tractor Sales, John Deere Dealer, 655 Pittsburgh Rd, Uniontown PA 15401-2215
518089669 Middletown Tractor Sales, John Deere Dealer, 2050 Boyers Rd, Fairmont WV 26554-8475
518089670 +Middletown Violations Bureau, 1 Kings Highway, Middletown NJ 07748-2502
518089671 +Midlakes Trailer Sales Llc, Mark Sersenig, 1595 Yale Farm Rd, Romulus NY 14541-9761
518089672 +Midmark Corp, Sandy Kunkler, 60 Vista Dr, Versailles OH 45380-9488
518089673 +Midrange Performance Group, 100 Arapahoe Ave Ste 14, Boulder CO 80302-5862
518089674 +Midrange Solutions Inc, Midrange, 200 Sheffield St, Ste 103, Mountainside NJ 07092-2315
518089675 +Midstate Auto, 587 North Colony St, Meriden CT 06450-2287
518089676 Midstate Medical Center, Po Box 310912, Newington CT 06131-0912
518089677 +Midstate Printing Co, 4707 Dey Rd, Liverpool NY 13088-3510
518089678 +Midstate Radiology Assoc Llc, 101 N Plains Ind Rd Bldg 1a, Wallingford CT 06492-2360

518089679 Midstate Tractor And Equipmen, John Deere Dealer, 562 South Main St, Middletown CT 06457-4215
518089680 Midtel, Don Snoop, 103 Cliff St, Po Box 191, Middleburgh NY 12122-0191
518089681 Midwest Air Tech, Jim Appelhans, 6700 Wildlife Way, Long Grove IL 60047-2430
518089682 +Midwest Garage Door Systems, 437 E Stop 18 Rd, Greenwood IN 46143-9537
518089683 +Midwest Mobile Maintenance, 2323 Golfview Dr, Joliet IL 60435-8564
518089684 +Midwest Motor Express, Kasaundra Jones, 314 N 27th St, Fargo ND 58102-4041
518089685 Midwest Motor Express, Ellen Anderson, Po Box 1058, Bismarck ND 58502-1058
518089686 Midwest Motor Express, Kristin Jangula, Po Box 1058, Bismarck ND 58502-1058
518089687 +Midwest Motor Express Inc, Po Box 1496 5015 East Main, Bismarck ND 58502-1496
518089689 Midwest Shuttle Svc Inc, Tab Bank On The Account Of Sts, Po Box 150445, Ogden UT 84415-0445
518089690 +Midwest Truck And Trailer Repair, Marty Kehr, 5119 Enterprise Blvd, Toledo OH 43612-3806
518089695 +Mig Express, 45 Pearl St, Portsmouth NH 03801-3946
518089696 +Miguel Azucena, 10 Prospect St, Rockport MA 01966-2132
518089698 +Mike Ancell, 3201 Gapland Rd, Rohrersville MD 21779-1204
518089699 +Mike Egan, Mr Egan, 110 John Haley Rd, Brimfield MA 01010-2196
518089700 +Mike Ellis, Mike, 1599 Forge Pond Rd, Brick NJ 08724-2858
518089701 +Mike Murphy Rentals, Dauphin County Prothonotary, 101 Market St Rm 101, Harrisburg PA 17101-2026
518089702 +Mike’s Auto And Towing Inc, Chris Joyce, 160 Windsor Ave, Windsor CT 06095-4536
518089703 +Mikes Towing And Recovery Inc, 58 Chambers Brook Rd, Branchburg NJ 08876-3551
518089705 +Milagrost Bullock, 894 Harned St Apt 3e, Perth Amboy NJ 08861-1727
518089706 Milby Co, Clive Thompson, 6201 S Hanover Rd, Elkridge MD 21075-5651
518089713 Milicent A Mitchell, 466 Pudding St Rr2, Carmel NY 10512-3941
518089716 Mill Supply, Bill Shega, 19801 Miles Rd, Cleveland OH 44128-4117
518089718 Millcreek Motor Freight Lp, 101 Earl Thompson Rd, Ayr ON NOB 1EO, Canada
518089719 Millennium Garage Corp, P O Box 3784, New York NY 10008-3784
518089720 +Millennium Medical Imagingpc, Po Box 130, Latham NY 12110-0130
518089721 +Miller Brick Co Inc, Stephen Lynch, 734 Ridgeway Ave, Rochester NY 14615-3214
518089722 +Miller Bros Furniture Inc, Matthew B Talady, Attorney At Law, 528 Liberty Blvd, Dubois PA 15801-2410
518089723 +Miller Bros Garden Center, John Deere Dealer, 2111 State St, Erie PA 16503-1846
518089724 +Miller Builders Supply Co Inc, 900 Mt Home Rd, Sinking Spring PA 19608-9373
518089725 Miller Chemical, Gina Swope, Po Box 333, Hanover PA 17331-0333
518089726 +Miller Construction Svc, 201 North Main St, Middleton MA 01949-1655
518089727 +Miller Holding Llc, 167 Huttleston Ave, Fairhaven MA 02719-4620
518089728 +Miller’s Towing, Main, P O Box 26217, Akron OH 44319-6217
518089764 +Millers Truck Sales And Repair, Dawn Sylvia, 145 Higginson Ave, Lincoln RI 02865-2700
518089768 +Milliken Millwork, Dave Branditz, 400 Circle Fwy, Cincinnati OH 45246-1214
518089769 +Milliken Millwork, Kole Gojcaj, 6361 Sterling Dr North, Sterling Heights MI 48312-4553
518089770 Milliken Millwork, Echo Global, 600 W Chicago Ave Ste 7, Chicago IL 60654-2801
518089772 +Mills Co, Julie Koeppen, 3007 Harding Hwy E Bldg, Marion OH 43302-8370
518089773 Mills Electrical Supply Inc, Claims Dept, 739 Erie Blvd West, Rome NY 13440-3913
518089778 +Milton Area School District, Po Box 4871, Lancaster PA 17604-4871
518089779 #Milton Bleier, Adrrienne Pletman, 885 Waverly Ave, Holtsville NY 11742-1109
518089780 +Milton Borough Tax Collector, Gary Fullmer, 47 Broadway, Milton PA 17847-1129
518089781 +Milton Properties Lp, 1-71 North Avenue East, Elizabeth NJ 07201-2958
518089782 +Milton Properties Lp, Whiteford Taylor And Preston Llp, Edward U Lee, Seven Saint Paul St Ste 1500, Baltimore MD 21202-1636
518089783 +Milton Regional Waste Water, Sewer Authority, Po Box 725, Bloomburg PA 17815-0725
518089788 +Mine Safety Appliances, Judy Colfer, 3880 Meadowbrook Rd, Murrysville PA 15668-1753
518089790 +Ming Fei Huang, 230 West 129 St Apt 7b, New York NY 10027-1909
518089794 Minimoves, Echo Global, 600 W Chicago Ave Ste 7, Chicago IL 60654-2801
518089801 +Minooka Grain Lumber And Supply, 404 West Mondamin St, Minooka IL 60447-9875
518089804 Mintx, Claims Dept, 20-48 119th Street, College Point NY 11356-2123
518089805 +Miq Global, Mig Logistics, Po Box 11250, Overland Park KS 66207-1250
518089806 +Miq Logistics, Po Box 7926, Shawnee Mission KS 66207-0926
518089807 +Mir M Kamal, 8822 Parson Blvd, Apt 25, Jamaica NY 11432-3854
518089808 +Mirabito Fuel Group, The Metrocenter, 49 Court St, Po Box 5306, Binghamton NY 13902-5306
518089811 Mirabito Holdings Inc Dba, Valley Wholesale, Hinman Howard And Kattell, Park 80 W Plaza 2 250 Pehle Ae Ste 200, Saddle Brook NJ 07663-5834
518089810 +Mirabito Holdings Inc Dba, Valley Wh0lesale, Ann B Cianflone, 49 Court St Po Box 5306, Binghamton NY 13902-5306
518089813 +Mirak Chevrolet Inc, Bill Crowley, 1125 Massachusetts Ave, Arlington MA 02476-4316
518089814 +Miranda Sizemore And Orabona Law, Office Pc As Atty Masonic, Temple Bdge, 129 Dorrance St, Providence RI 02903-2806
518089817 Miriam Wellerstein, 694 Myrtle Ave Apt 214, Brooklyn NY 11205
518089818 Mirion Technologies, 315 Daniel Zenker Dr, 204 1st Ctr, Horseheads NY 14845-1008
518089820 +Mishi Box, 4429 Corral Rd, Warrenton VA 20187-5820
518089822 Mistucky Creek Homebrew, Michelle Brigham, 116 Wood Rd, Westtown NY 10998-3409
518089823 +Mit Lincoln Lab, 244 Wood St, Lexington MA 02421-6426
518089824 +Mitch Bookbinder, Mitch, 179 Lelak Ave, Springfield NJ 07081-3307
518089825 +Mitch Taylor, 72 Highway Ave, P O Box 294, Congers NY 10920-0294
518089836 Mitsubishi Intl Food, Dana Mckinney Ste 400, 5080 Tuttle Crossing Blvd, Dublin OH 43016-3540
518089837 Mitsui Foods Inc, Matthew Landes Gary Sweeney, 35 Maple St, Norwood NJ 07648-2003
518089838 +Mitsui Sumitono Marine, Management Usa Inc, Po Box 5435, Cincinnati OH 45201-5435
518089839 +Mj Fish Llc, 302 West Main, Ste 115, Avon CT 06001-4306

518089840 +Mj Judge Monument Co, 700 Wilkes-barre Township Blvd, Wilkes-barre PA 18702-6126
518089841 Mjb Technology Solutions Llc, Michael Barchard, Pobox 527, Raynham Center MA 02768-0527
518089842 +Mjfish Llc, M Fish, 302 West Main St Ste 155, Avon CT 06001-4307
518089843 +Mjs Engineering, 261 Greenwich Ave, Goshen NY 10924-2028
518089844 Mkj Logistics, Linda Mc Lean, 1776 Chalker Hill, Glastonbury CT 06033-2643
518089845 +Mll Logistics Llc, Berry Plastics, 18250 Fresh Lake Way, Boca Raton FL 33498-1949
518089846 +Mm Collins Real Estate Co, 1950 Street Rd, Ste 301, Bensalem PA 19020-3751
518089847 Mme Global Lines, Kasaundra Olsen, 1302 40th St N, Fargo ND 58102-2814
518089848 #+Mmta, 12 Post Office Square, 6th Floor, Boston MA 02109-3925
518089849 +Mmta - Maryland, Motor Truck Association, 9256 Bendix Rd Ste 203, Columbia MD 21045-1848
518089850 Mmta Svc Inc, 142 Whitten Rd, Po Box 857, Augusta ME 04332-0857
518089851 +Mo Trucking Inc, 21 Picone Blvd, Farmingdale NY 11735-1715
518089854 +Mobern Lighting, Christian Klipp, 8200 Stayton Dr Ste 500, Jessup MD 20794-9692
518089855 +Mobern Lighting, Afs Logistics, Po Box 1986, Shreveport LA 71166-1986
518089857 +Mod Pac, Franklin Traffic Svc, Po Box 100, Ransomville NY 14131-0100
518089858 +Mod Pac Corp, Dan Gore Jennifer Innus, 1801 Elmwood Ave, Buffalo NY 14207-2496
518089859 Mode Transportation, Robert Skulsky, 100 Steward Ln, Chalfont PA 18914-1834
518089860 Mode Transportation Llc, Deborah Lapinne, James Schwarber, 2000 Clearwater Dr, Oak Brook IL 60523-8809
518089861 +Modern Controls, Lisa Hicken, 7 Bellecor Dr, New Castle DE 19720-1763
518089862 +Modern Handling Equip Co, 2501 Durham Rd, Bristol PA 19007-6923
518089863 Modern Handling Equipment Co, Po Box 95000-5770, Philadelphia PA 19195-5770
518089864 Modern Lighting, 8200 Stayton Dr, Jessup MD 20794-9692
518089865 +Modern Lighting, Afs Logistics, Po Box 1986, Shreveport LA 71166-1986
518089866 Modern Tire And Auto Svc, Steve Cohen, Controller, Po Box 310186, Newington CT 06131-0186
518089867 +Modernist Pantry, Echo, 600 W Chicago Ave Ste 725, Chicago IL 60654-2522
518089868 +Modular Comfort Systems, Melissa Schmitt, 5860 Belle Isle Rd, Syracuse NY 13209-9623
518089869 +Modway Furniture, 138 George Rd, Dayton NJ 08810-1514
518089871 Moen Inc, Justine Petchler, Po Box 8022, North Olmsted OH 44070-8022
518089876 +Mohammad Maqbool, 141 Lanza Ave, Bldg 1A, Garfield NJ 07026-3541
518089877 +Mohawk Ambulance Svc, 357 Kings Rd, Schenectady NY 12304-3696
518089878 Mohawk Distribution, Christina Smith, 26b Eagle Dr, Hogansburg NY 13655
518089879 Mohawk Global Logistics, Wayne Wolfe, 123 Air Cargo Rd, Syracuse NY 13212-3917
518089880 +Mohawk Hospital Equipment, 335 Columbia St, Utica NY 13502-4270
518089885 Mojo Organics, 101 Hudson St, Ste 2100, Jersey City NJ 07302-3929
518089886 Mol America Inc, 7573, Po Box 7247, Philadelphia PA 19170-7573
518089887 +Mold Rite Plastics, Denise Trow, 1 Plant St, Plattsburgh NY 12901-3738
518089888 +Moldamatic, 29 Noeland Ave, Pendal PA 19047-5288
518089893 Momentive, Condata, 9830 West 190th St Ste M, Mokena IL 60448-5603
518089894 +Momentive Performance Material, Odyssey Logistics, Po Box 19749 Dept 123, Charlotte NC 28219-9749
518089895 +Mona Electric Group Inc, Rachelle Ritter, 7915 Malcolm Rd, Clinton MD 20735-1732
518089896 Monaco, Michelle, Address Intentionally Omitted
518089897 Monaghan Medical, 5 Latour Ave, Suite 1600, Plattsburgh NY 12901-7271
518089905 +Monmouth Beach Fire Co, Po Box 92, Monmouth Beach NJ 07750-0092
518089906 +Monmouth Hose And Hydraulics, 745 Shrewsbury Ave, Shrewsbury NJ 07702-4306
518089907 Mono Systems Inc, Maya Eden, 4 International Dr, Rye Brook NY 10573-1065
518089908 +Monogram Snacks, Retrans, Po Box 171118, Memphis TN 38187-1118
518089909 Monoprice Inc, Po Box 740417, Los Angeles CA 90074-0417
518089910 +Monro Inc, Risk Management Dept, 200 Holleder Pkwy, Rochester NY 14615-3808
518089911 +Monroe Asphalt Co Llc, Brenda, 1508 Matzinger Rd, Toledo OH 43612-3829
518089912 +Monroe County Dept Of Weights, And Measures-director Of Finance, 145 Paul Rd Bldg 2, Rochester NY 14624-5138
518089913 +Monroe County Sheriff, Civil Bureau Room 100, 130 South Plymouth Ave, Rochester NY 14614-2209
518089914 +Monroe County Treasurer, Po Box 14420, Rochester NY 14614-0420
518089915 +Monroe Tax Office, Po Box 629, Monroe OH 45050-0629
518089919 +Montague Bros Inc, 73 Hunter St, Ossining NY 10562-5441
518089920 +Montaj Inc, Al Berger, 3520 Hargale Rd Ste 200, Oceanside NY 11572-5804
518089927 Montefiore Medical Center, Radiology Records Dept, 111 East 210 St, Bronx NY 10467-2490
518089931 +Montgomery County Maryland, Po Box 10549, Rockville MD 20849-0549
518089932 Montgomery County Md, Parking Citation Svc, Pobox 1426, Rockville MD 20849-1426
518089939 +Montour County Clerk Of Court, Probation Office-county Court, 253 Mill St Third Fl, Danville PA 17821-2225
518089940 +Montrose Ford, 3960 Medina Rd, Akron OH 44333-2495
518089942 +Montvale Surgical Center, 6 Chestnut Ridge Rd, Montvale NJ 07645-1802
518089943 #+Monty Motors Inc, Steven Monteleone, 213 Valley St, So Orange NJ 07079-2803
518089946 +Moody’s Collision Centers, 495 Presumpscot St, Portland ME 04103-5237
518089948 +Moog Components Group, Tessa Allison, 115 Jack Guynn Dr, Galax VA 24333-2536
518089953 +Moore Svc, Alan Lawrence, 29500 Aurora Rd, Solon OH 44139-7214
518232793 +Moore, Benjamin, 360 Us 206, Flanders, NJ 07836-9577
518089978 +Morales, Claudia, 32 Pearl St, Patterson NJ 07501-2221
518089995 Moreno Ny Inc, Joy Co, 75 Modular Ave, Commack NY 11725-5705
518089998 Morgan Melhuish Abrutyn, 651 Old Mt Pleasant Ave Ste200, Livingston NJ 07039
518090011 +Morningstar Packing, Amelia Blanes, 13448 S Volta Rd, Los Banos CA 93635-9785
518090013 Morre Tec Ind, Matthew Santos, 1 Gary Rd, Union NJ 07083-5527
518232794 +Morris County College, Music Tech Building, 214 Center Grove Rd, Randolph, NJ 07869-2007
518090014 +Morris County Joint Ins Fund, D And H Alternative Risk Sol, Claim 053170, Po Box 68, Newton NJ 07860-0068

518090025 +Morrison Mahoney Llp, 250 Summer St, Boston MA 02210-1181
518090029 +Morristown Medical Center, Medical Frecord Svc, 100 Madison Ave Box 22, Morristown NJ 07960-6136
518090032 +Morse Repair, 943 North Branch St, Bennington VT 05201-2743
518090036 Morton Salt Inc, Deot Ch 19973, Palatine IL 60055-9973
518090038 Mosaic Logistics, Gary Marsh, 1049 Crawford Dr, Peterborough ON K9J6X6, Canada
518090039 Mosaic Tile Co, Jen Barrett, 107200 Richmond Hwy Ste F, Lorton VA 22079-2622
518090040 +Mosco Construction Companyllc, James Mosco President, Po Box 451, Dayton NJ 08810-0451
518090053 +Mosteller Investments Llc, Nisbet Property Holdings, 8041 Hasbrook Rd Ste 206, Cincinnati OH 45236-2934
518090055 Mothers Bears Candy, Franklin Fisher, 1544 Route 61 Hwy So St, Pottsville PA 17901
518090056 +Motion Inds, I T C, 6140 Central Church, Douglasville GA 30135-3300
518090057 +Motivated Security Svc, 24 West Main St, Ste 204, Somerville NJ 08876-2203
518090059 +Motolas Paving Inc, Dante Angelus, 252 Fairyland Rd, Lehighton PA 18235-9022
518090063 +Mount Morris Village Court, 117 Main St, Mt.morris NY 14510-1289
518090064 +Mount Vernon Neighborhood, Health Center, 107 West Fourth St, Mount Vernon NY 10550-4002
518090065 Mountain High Organics, Tracy Witherell, Po Box 1450, New Milford CT 06776-1450
518090066 +Mountain State Fleet Svc, Paul Coon, Co Owner, 3043 Lens Creek Rd, Hernshaw WV 25107-8563
518090067 Mountain Tarp, Bill Christie, 2580 E Sharon Rd, Sharonville OH 45241-1847
518090068 +Mountain Top Portable, Top Portable Toilets, Toilets And Septic Svc, Po Box 405, West Sand Lake NY 12196-0405
518090069 +Mountain Valley Sprinkler, Systems Inc, 474 Shunpike Rd, Williston VT 05495-9585
518090070 Mountain View Equip, John Deere Dealer, 4041 State Rte 11, Malone NY 12953-4301
518090072 Mountain View Equipment, John Deere Dealer, 8092 Route 9, Plattsburgh NY 12901-5364
518090074 +Movin On Sounds And Security Inc, Mark Rock, General Manager, 636 Hempstead Tpke, Franklin Square NY 11010-4326
518090082 Mps, 16365 James Madison Hwy, Gordonsville VA 22942-8501
518090083 Mps Janet Hall, 16364 James Madison, Gordonsville VA 22942
518090084 +Mr Gizmos, Salvatore Buccieri, 189 Brickett Hill Cir, Haverhill MA 01830-1585
518090085 +Mr Whiskers, Winston May, 247 Hwy 61 S, Natchez MS 39120-5218
518232795 Mr Z’s Trucking, 17902 100 Ave, Queens, NY 11434
518090086 +Mrc Global, Claims Dept, 1900 Brannan Rd Ste 300, Mcdonough GA 30253-4324
518090087 Mrl Transport, Jim Lucas, 7 Wall St, Windham NH 03087-1663
518090088 +Mro, Po Box 61507, King Of Prussia PA 19406-0907
518090089 +Mrz Trucking Co, 147-38 182nd St, Jamaica NY 11413-4017
518090090 +Ms International, Monika Takats, 45 Brunswick Ave, Edison NJ 08817-2588
518090091 Ms International, Lisa Drake, 2095 N Batavia St, Orange CA 92865-3101
518090092 +Ms Reed Inc, 141 Stonehill Rd, Freehold NJ 07728-9103
518090093 Msc Industrial Supply Co, Tammy Hall, Po Box 953635, Saint Louis MO 63195-3635
518090094 +Msd, Lynn Ostrom, 800 Technology Ctr Dr, Stoughton MA 02072-4721
518090095 +Mt Vernon Plastics, Dean Gentile, 460 Ogden Ave, Mamaroneck NY 10543-2225
518090096 Mta B And T, Violation Processing Center, P O Box 15186, Albany NY 12212-5186
518090097 Mtd Distribution Center, Kathy Fidler, 701 Theo Moll Dr, Willard OH 44890-9289
518090098 +Mtd Products, Kathy Fidler, 701 Theo Moll Dr, Willard OH 44890-9289
518090099 +Mtd Products Inc, Louise Unterzuber, Po Box 368022, Cleveland OH 44136-9722
518090100 Mts, Ben Wonnell Janet Shriner, 7100 Industrial Dr, Temperance MI 48182-9105
518232796 +Mudd, Thomas, 8410 Megan Ln, Port Tabacco, MD 20677-2071
518090105 +Muetzel Plumbing And Heating Co, Main, 1661 Kenny Rd, Columbus OH 43212-2263
518090107 +Mugnone Trucking, 85 Hoover Ave, Bloomfield NJ 07003-5228
518090120 +Mullally Tractor Inc, John Deere Dealer, Po Box 633, Jeffersonville NY 12748-0633
518090130 +Multalloy, Lisa Townsend, 4520 Le Saint Cir 3, Fairfield OH 45014-5640
518090131 Multi Plastics Inc, Claims Dept, 210 Commodore Dr, Swedesboro NJ 08085-1292
518090132 +Multi-pak, 241 Clinton Rd, West Caldwell NJ 07006-6603
518090133 Multi-service Supply, Ferry Street & Ave C, Leetsdale PA 15056-1141
518090135 Mumpower Sigh Supply, Ike Mumpower, 4257 Gate City Hwy, Bristol VA 24202-1203
518090136 +Mundo Alarm Supply, Celra Canel, 1273 Jesus T Pinero Ave, San Juan PR 00920-5501
518232797 +Muni Tech Inc, 344 John Dietsch Blvd Unit 3, North Attleboro, MA 02763-1073
518090140 +Municipal And School Income Tax, 2790 West Fourth St, Williamsport PA 17701-4137
518090141 +Municipal Authof Westmoreland, Po Box 800, Greensburg, PA 15601-0800
518090142 +Municipal Court, 100 Fairway Dr, North Kingstown RI 02852-6202
518090143 +Municipal Court Englewood, 73 So Van Brunt St, Englewood NJ 07631-3426
518090144 +Municipal Court Of Fort Lee, 309 Main St, Fort Lee NJ 07024-4705
518090145 +Municipal Court Of Hackensack, 227 Phillips Ave, So Hackensack NJ 07606-1624
518090146 +Municipal Court Of Newark, 31 Green St, Newark NJ 07102-3614
518090147 +Municipal Court Of Rahway, Automated Enfrcement Program, 1 City Plz Hall, Rahway NJ 07065-5022
518090148 +Municipal Court Of Ringwood, 60 Margaret King Ave, Ringwood NJ 07456-1703
518090149 +Municipal Court-violations, 710 Hermann Rd, North Brunswick NJ 08902-2850
518090150 +Municipal Ct Carneys Pt, 303 Harding Hwy, Carneys Point NJ 08069-2248
518090160 #+Muratec America Inc, 3301 E Plano Pkwy 100, Plano TX 75074-7226
518090165 Murphy Tractor, John Deere Dealer, 60611 Hulse Rd, Cambridge OH 43725-8937
518090166 Murphy Tractor, John Deere Dealer, 590 E Western Reserve Rd, Poland OH 44514-3354
518090167 Murphy Tractor And Equip, John Deere Dealer, 1015 Industrial Pk Dr, Vandalia OH 45377-3117
518090168 Murphy Tractor And Equip, John Deere Dealer, 5255 N Deere Rd, Park City KS 67219-3308
518232798 +Muschiano, Raymond, 10 East Grote Dr, Coventry, RI 02816-6450
518090190 +Mustangs Unlimited, Robert Sharp, 440 Adams St, Manchester CT 06042-2767
518090191 Mutal Sales, Steve Scruto, 2 Corporate Pk Dr, Derry NH 03038-2275
518090194 +Mutual Pharmaceutica, 7722 Dungan Rd, Philadelphia PA 19111-2779

518090195 +Mutual Sales, Steve Scruto, 2 Corporate Pk Dr, Derry NH 03038-2275
518090199 +Mvp Group, Echo Global, 600 W Chicago Ave Ste 725, Chicago IL 60654-2522
518090200 +Mw Roosevelt And Son Inc, 210 Erie Blvd, Canajoharie NY 13317-1109
518090201 +Mw Transportation Systems Inc, Po Box 388077, Chicago IL 60638-8077
518090203 +Mybar Labor Svc, Maria Freschi, Po Box 5178, North Branch Station, Somerville NJ 08876-1302
518090219 Myron Corp, Po Box 660888, Dallas TX 75266-0888
518090220 +Myron Hickman, 920 Metcalf Ave, Apt 18, Bronx NY 10473-4007
518090221 +Myron Shevell, New England Motor Freight Inc, Zachary W. Cohen, 1-71 North Avenue E, Elizabeth NJ 07201-2958
518090223 N C Dept Of Revenue, Payment Proc-garnishment, P O Box 27431, Raleigh NC 27611-7431
518090224 N Syracuse Lawn And Snow, 8279 Rte 11, Cicero NY 13039
518090225 +N W Grainger Inc, 401 S Wright Rd, Janesville WI 53546-8729
518090304 ++NATIONAL FUEL GAS DISTRIBUTION CORPORATION, ATTN BANKRUPTCY DEPT, 6363 MAIN STREET, WILLIAMSVILLE NY 14221-5887
(address filed with court: National Fuel, Po Box 371835, Pittsburg PA 15250-7835)
518090482 ++++NEW HARVESTOR COFFEE, 999 MAIN ST UNIT 108, PAWTUCKET RI 02860-7816
(address filed with court: New Harvestor Coffee, 1005 Main St 108, Pawtucket RI 02860)
518090226 +Nac, Katherine Bertram, 300 Apollo Dr, Lino Lakes MN 55014-3018
518090227 Nac-mays Landing, 5 Pinewood Blvd, Mays Landing NJ 08330
518090231 Nafco Products, Gail Robeck, 5600 N Hwy 169, New Hope MN 55428-3027
518090234 +Nahanco, Po Box 818, 276 Water St, North Bennington VT 05257-0818
518090236 Naigai Nitto America Inc, Main Cheng, 55 Broad St, 28th Fl, New York NY 10004-2501
518090238 Nailor Industries, Elizabeth Bruce, 98 Toryork Dr, Toronto ON M9L1X6, Canada
518090237 Nailor Industries, Aaron Gronz, 98 Toryork Dr, North York ON M9L1X6, Canada
518090240 +Nalco Co, Odyssey Log And Tech, Po Box 19749 Dept 4, Charlotte NC 28219-9749
518090242 +Nampac, Po Box 1806, Cidra PR 00739-1806
518090245 +Nancy Blakeman 2002 Trust, P O Box 6031, Elizabeth NJ 07207-6031
518090246 +Nancy Blakeman Grantor Trust, P O Box 6031, Elizabeth NJ 07207-6031
518090247 +Nancy Napoleon, Nancy, 13 Talbot St, Malden MA 02148-5303
518090248 +Nancy Sb Corp, Whiteford Taylor And Preston Llp, Edward U Lee, Seven Saint Paul St Ste 1500, Baltimore MD 21202-1636
518090249 +Nancy Shevell Mccartney 2016, Non-gst Trust, P O Box 6031, Elizabeth NJ 07207-6031
518090251 +Naomi Chapman, 12 Cogswell Ct, Essex MA 01929-1407
518090252 +Napa Auto Part, 3030 Jacksrun Rd, Rt 48, Whiteoak PA 15131-2508
518090254 +Napa Auto Parts, Charles Morscher, 401 Leigh Gap St, Walnutport PA 18088-1538
518090255 +Napa Canonsburg, 27 S Central Ave, Canonsburg PA 15317-1516
518090256 +Napa Home And Garden, Carole Wood, 815 Chapman Way, Newport News VA 23608-1301
518090257 +Napac Inc, David Keddy, 229 Southbridge St, Worcester MA 01608-2045
518090258 Napoleon Lynx, Barb Butler Karen Schmidt, 111 Weires Dr, Archbold OH 43502-9153
518090260 +Nappgrecco Co, 1500 Mccarter Blvd, Newark NJ 07104-3996
518232799 +Naridoef, Mark, 300 Pleasant St, N. Hampton, MA 01060-3917
518090267 +Nas Security Systems Inc, 13 Bedford Ave, Middletown NY 10940-6401
518090273 +Nashua Logistics And Trans Svc, Diana Tobin, 22 Concord St, Nashua NH 03064-2360
518090274 Nashua Outdoor Power Equip, 332 Amherst St, Nashua NH 03063-1720
518090275 Nassau Candy, 300 Duffy Ave, Hicksville NY 11801-3612
518090276 +Nassau County Clerk’s Office, 240 Old Country Rd, Mineola NY 11501-4249
518090277 +Nassau County Dept Of Health, John L Lovejoy 140500 Bep x1, 200 County Seat Dr, Mineola NY 11501-4807
518090278 +Nassau County Ny, Red Light Camera Division, 998 Eold Country Rd Ste C, Pmb 260, Plainview NY 11803-4936
518090279 +Nassau County Ny Red Light Div, 998 East Old Country Rd, Ste Cpmb 260, Plainview NY 11803-4936
518090280 Nasstrac, Department 3002, Washington DC 20042-3002
518090281 Nat, Geodis, 7101 Executive Ctr Dr, Brentwood TN 37027-5236
518090283 +Natalie Mcelroy, 38 Rogers Dr, Port Washington NY 11050-2515
518090284 Natco Products, Charlotte Smith, 155 Brookside Ave, West Warwick RI 02893-3800
518090285 +Nate Blair, Po Box 204, Fairfield ME 04937-0204
518090287 +Nathan Peck, 202 Deer Run Trl, Manchester CT 06042-2495
518090288 +Nathan Spearman V, New England Motor Freight Inc, Atty For The Defendant Kevin J Holley, Gunning & Lafazia 33 College Hill Rd 25b, Warwick RI 02886-2783
518090291 +National Arbitration And, Mediation Inc, 990 Stewart Ave First Fl, Garden City NY 11530-4838
518090292 +National Book, 34 Main St, Plymouth MA 02360-8308
518090293 +National Business Equipment, National Business, 505 Bradford St, Albany NY 12206-1729
518090294 National Business Furniture, Echo Global, 600 W Chicago Ave Ste 7, Chicago IL 60654-2801
518090295 National Checking Co, Echo Global, 600 W Chicago Ave Ste 7, Chicago IL 60654-2801
518232800 +National Commercial Svc, 6644 Valjean Ave Ste 100, Van Nuys, CA 91406-5816
518090296 +National Consolidation Svc, Silvia Perez, 465 West Crossroads Pkwy, Bollingbrook IL 60440-4937
518090297 +National Dcp Llc, Transplace Cargo Claims, Po Box 518, Lowell AR 72745-0518
518090298 +National Distributors, Cargo Claims, 116 Wallace Ave Rd, South Portland ME 04106-6144
518090299 +National Electronic Transit, P O Box 128, Rutherford NJ 07070-0128
518090300 National Employers Council, David H Johnson X 249, Po Box 4816, Syracuse NY 13221-4816
518090301 National Fire And Marine Insurance Co, 1314 Douglas St, Ste 1400, Omaha NE 68102-1944
518090302 National Foods Packaging, Eve Halkias, 8200 Madison Ave, Cleveland OH 44102-2727
518090303 National Freight Svc, Joel Katz, 34 Franklin Ave, Brooklyn NY 11205-1524
518232801 +National General, Subrogation Dept, Po Box 89476, Cleveland, OH 44101-6476
518090306 National General Ins As Sub Of, Alioulin Diao, Po Box 1623, Winston Salem NC 27102-1623
518090307 National General Ins Sub Of, Troy Little, P O Box 89476, Cleveland OH 44101-6476

518090308 National General Insurance As, Subrogee Of Jeffrey Smith, Po Box 89476,
Cleveland OH 44101-6476
518090309 +National Grange Mutual Ins Co, 27b Midstate Dr Ste 100, Auburn MA 01501-1896
518090311 +National Grid, 40 Sylvan Rd, Waltham MA 02451-1120
518090315 National Grid, Julie Brown, Po Box 11735, Newark NJ 07101-4735
518090313 National Grid, Po Box 11735, Newark NJ 07101-4735
518090316 National Grid, Julie Brown, Po Box 11737, Newark NJ 07101-4737
518090319 National Grid, Kim, Po Box 11791, Newark NJ 07101-4791
518090314 National Grid, Po Box 11791, Newark NJ 07101-4791
518090318 National Grid, Julie Brown, Po Box 11742, Newark NJ 07101-4742
518090312 National Grid, Po Box 11742, Newark NJ 07101-4742
518090317 National Grid, Julie Brown, Po Box 11739, Newark NJ 07101-4739
518090310 National Grid, Po Box 11739, Newark NJ 07101-4739
518090320 National Grid, Pob 29793, New York NY 10087-9793
518090321 National Gypsum Com, Tsb, 40 Emaus St, Middletown PA 17057-1705
518090322 +National Iam, Benefit Trust Lodge, Po Box 64607, Baltimore MD 21264-4607
518090323 National Motor Freight, Traffic Association Inc, 1001 North Fairfax St Ste 600,
Alexandria VA 22314-1798
518090324 National Packaging Corp, Jerry Cantone, 1000 New Country Rd, Secaucus NJ 07094-1643
518090325 +National Pen Co Llc, 12121 Scripps Summit Dr, Ste 200, San Diego CA 92131-4609
518090326 +National Police Defense, Membership Processing Center Foundation, Po Box 318,
Englishtown NJ 07726-0318
518090327 National Polymers, Rachel Baldwin Mate, 9 Guttman Ave, Charleroi PA 15022-1016
518090328 National Public Seating, Sasha Santo, 149 Entin Rd, Clifton NJ 07014-1424
518090329 National Retail Systems, 1624 16th St, North Bergen NJ 07047
518090330 +National Retail Transportation, Po Box 2697, Secaucus NJ 07096-2697
518090331 +National Subrogation, 100 Crossways Pk West, Ste 415, Woodbury NY 11797-2012
518090332 +National Surety Corp, 225 W Washington St, Ste 1800, Chicago IL 60606-3458
518090333 National Tobacco, Langham Logistics, 5335 W 74th St, Indianapolis IN 46268-4180
518090335 National Union Fire Ins Co Of, Pittsburgh Pa As Sub Of State Of Wv, Po Box 105795,
Atlanta GA 30348-5795
518090336 +National Wrecker Svc, 295 West Rd, Portsmouth NH 03801-8640
518232803 +Nationwide, Subrogee Sarah Helmick, Trust Dept, 1200 Locust St Dept 6176,
Des Moines, IA 50391-6176
518090337 Nationwide Aso Esther Morton, Trust Dept, 1100 Locust St Dept 2019,
Des Moines IA 50391-2019
518090338 +Nationwide Auto Recycling, Larry Rintoul, 1340 Lunenburg Rd, Lancaster MA 01523-2719
518090339 +Nationwide Ins, Trust Dept, 1100 Locust St Dept 2019, Des Moines IA 50391-2019
518090340 Nationwide Ins Co As Sub Of, Paula Disabatino--trust Dept, 1100 Locust St Dept 2019,
Des Moines IA 50391-2019
518090341 Nationwide Ins Co Sub Of, Justin R Pastor, 1100 Locust Stdept 2019,
Des Moines IA 50391-2019
518090342 Nationwide Insas Sub Of, Anthony Torio- Attn:trust Dept, 1100 Locust St Dept2019,
Des Moines IA 50391-2019
518090343 Nationwide Inscorpas Sub Of, Ncb Inc Trust Dept, 1100 Locust St Dpt 2019,
Des Moines IA 50391-2019
518090344 Nationwide Mutual Ins Co, As Sub For Barbara A Barker, 1100 Locust St Dept 2019,
De Moines IA 50391-2019
518090345 Nationwide Prop And Casualty Ins, As Sub For America’s Best, Heating And Air,
1100 Locust St, Des Moines IA 50391-2019
518090346 Nationwide Trans, 1999 W 75th St, Ste 100, Woodridge IL 60517-2666
518090347 +Nationwide Truck Repair Center, Wade Pete, 95 Iron Mountain Rd, Mine Hill NJ 07803-2312
518090349 +Natl Coatings And Supplies, Leonard Jackson, 6539 Arlington Blvd,
Falls Church VA 22042-3001
518090350 +Natl Metals Llc, 5-47 47th Rd, Long Island City NY 11101-6296
518090351 Natl Public Seating, Ivette Mendez Sasha Santo, 149 Entin Rd, Clifton NJ 07014-1424
518090352 Natl Refrigeration, Janelle Carr, 539 Dunksferry Rd, Bensalem PA 19020-5908
518090353 Natural Essentials, Stephanie Cole, 115 Lean Dr, Aurora OH 44202-9202
518090354 Natural Foods, Matthew Nania, 3040 Hill Ave, Toledo OH 43607-2931
518090355 Natural Ingredient Corp, 155 N Lake Ave Fl 8, Laurena Xu Ste 808, Pasadena CA 91101-1849
518090356 Natural Nydegger Tra, 29 West 30th St, 12th Floor, New York NY 10001-4454
518090357 +Natural Source Nutition, 11135 Walden Ave, Walden NY 14004-8539
518232804 +Natural Source Nutrition, 11135 Walden Ave, Alden, NY 14004-8539
518090359 +Natures Bounty, Commerical Traffic, 12487 Plaza Dr, Cleveland OH 44130-1084
518090363 +Navada Davis, 1515 Baird Blvd, Camden NJ 08103-2837
518090368 Navigational Logistics Inc, Joanna Kousteris, 147-35 183rd Street, Jamaica NY 11405-0001
518090369 Naylor Candies Inc, Craig Naylor, 289 Chestnut St, Mount Wolf PA 17347-7502
518090372 +Nazia Zaman, 38 Crispus Attucks Pla, Roxbury MA 02119-1909
518090373 +Nb Mgmt, 7373 Westside Ave, North Bergen NJ 07047-6455
518090374 Nbf, Echo Global, 600 W Chicago Ave Ste 7, Chicago IL 60654-2801
518090375 +Nbimc, 201 Lyons Ave, Newark NJ 07112-2027
518090376 Nc Child Support, Centralized Collections, Po Box 900012, Raleigh NC 27675-9012
518090377 Nc Dept Of Revenue, Po Box 25000, Raleigh NC 27640-0520
518090378 Nc Dept Of Revenue, Withholding Section, Po Box 25000, Releigh NC 27640-0615
518090379 +Nc Dmv, Fiscal Section, Po Box 29615, Raleigh NC 27626-0615
518090380 Nc State Highway Patrol, Motor Carrier Enforcement, 4231 Mail Service Ctr,
Raleigh NC 27699-4231
518090381 Ncdor, Po Box 25000, Raleigh NC 27640-0520
518090382 +Nch Corp, Julia Oglesby Jane Dugyon, 2727 Chemsearch Blvd, Irving TX 75062-6454
518232805 +Ndiaye, Babacar, 414 E 119th St Apt 4fw, New York, NY 10035-3623

518090385 Ne Tire Wholesale, Bob Bodnaru, 54 Winter St, Malden MA 02148-1426
518090391 +Neals Radiator Svc Inc, 116 Grand Island Blvd, Tonawanda NY 14150-6604
518090392 Nebert Bristol, Mr N Bristol, 679 Autumn Ave, Brooklyn NY 11208-3911
518090393 #Necco, Lisa Douchette, 135 American Legion High, Revere MA 02151-2405
518090396 +Needham Electric Supply, Michael Gordon, 5 Shawmut Rd, Canton MA 02021-1408
518090397 Neenah Foundry Co, Colleen Reeves, Senior Billing Clerk, Po Box 74007026, Chicago IL 60674-7026
518090402 Nehemiah Mfg Co, Jennifer Meyer, 1130 Findlay St, Cincinnati OH 45214-2052
518090405 +Neil Gopal, 9109 210th St, Queens Village NY 11428-1020
518090406 +Neiman Brothers, Jamie Kmiecik, 3322 W Newport Ave, Chicago IL 60618-5510
518090410 +Nelson Lanchero, 613 4th St, Fairlawn NJ 07410-1444
518090411 Nelson Paint Co, Claims Dept, Po Box 2040, Kingsford MI 49802-2040
518090412 +Nelson Vasquez, The Bongiorno Law Firm, Richard M Bongiorno Esq, 1415 Kellum Pl Ste 205, Garden City NY 11530-1604
518090422 +Nemf Logistics Llc, P O Box 6031, Elizabeth NJ 07207-6031
518090424 Neofunds By Neopost, Po Box 6813, Carol Stream IL 60197-6813
518090425 +Neopost Northeast, Neopost, 30 Batterson Pk Rd Ste 100, Farmington CT 06032-2557
518090426 +Neopost Usa Inc, Billing, 6 Campus Dr, Parsippany NJ 07054-4406
518090427 Neopost Usa Inc, Dept 3689, Po Box 123689, Dallas TX 75312-3689
518090428 Neovia Logistics, Echo Global, 600 W Chicago Ave Ste 72, Chicago IL 60654-2801
518090429 +Neros Auto Bodyllc, Nero’s Auto Body, 927 Foxton Rd, East Haven CT 06513-1842
518090430 Nes Georgia Inc, Po Box 277329, Atlanta GA 30384-7329
518090435 Neshaminy Electric, Tony Crooks, 1700 Byberry Rd, Bensalem PA 19020-4532
518090437 +Nestle Waters North America, Nestle, Dba Nestle Pure Life, Po Box 856192, Louisville KY 40285-6192
518090438 +Nestle Waters poland Spring, 109 Poland Spring Dr, Poland Spring ME 04274-5327
518090441 Netjets Aviation Inc, Po Box 631196, Dept 1196, Cincinatti OH 45263-1196
518090442 +Netrush, Allan Randell, 2762 Circleport Dr, Erlanger KY 41018-1079
518090443 +Nets Trailer Leasing Of Pa Lp, Lauren Houser, 1810 River Rd, Burlington NJ 08016-2132
518090444 #+Netwatch Usa Llc, Main, 90 Oak St, Newton MA 02464-1439
518090445 Network Fob, P O Box K, Two Harbors MN 55616-0511
518090447 #Neuco, Ginny Mudgett, 5101 Thatcher Rd, Downers Grove IL 60515-4029
518090449 +Neurosensory Center Of Eastern, Pennsylvania, 250 Pierce St Ste 317, Kingston PA 18704-5149
518090450 +Neurosurgery Orthopedics And, Spine Specialists, 500 Chase Pkwy, Waterbury CT 06708-3346
518090451 +Neuw Ventures Llc, 23 Nutemeg Vly Rd, Wolcott CT 06716-2621
518090454 +New Age Transportation, Paul Hoban Vp Of Sales And Operations, Distribution And Warehousing Inc, 220 N Smith St Ste 102, Palatine IL 60067-2415
518090455 New Alliance Insurance Agency, Mariangie Bras Coo, P O Box 195555, San Juan PR 00919-5555
518090456 New Baltimore Garage, Harold Douglas, 5340 Lee Hwy, Warrenton VA 20187-9349
518090457 New Brunswick Lamp Shade Co, Elaine Basset, 7 Terminal Rd, New Brunswick NJ 08901-3615
518090458 +New Energy Solutions Llc, P O Box 550, Standish ME 04084-0550
518090459 +New England Closets, Raffi Iskenderian, 287 Salem St, Woburn MA 01801-2034
518090460 New England Container Co, Craid Bertrand, 1 Lemnah Dr, Saint Albans VT 05478-2327
518090462 +New England Electric Llc, Johnathan Quong, 277 Blair Pk, Ste 210, Williston VT 05495-7885
518090463 New England Kenworth, Concord Office, Mark Bailey, 24 Hall St, Concord NH 03301-3414
518090464 +New England Kenworth, Kevin Warren, Svc Manager, 42 Wallace Ave, South Portland ME 04106-6142
518090465 New England Kustom And Collision, P O Box 1611, Hillsboro NH 03244-1611
518090466 +New England Motor Freight, Inc, 171 N Ave East, Elizabeth NJ 07201
518090467 +New England Natural Bakers, 74 Fairview St East, Greenfield MA 01301-9654
518090468 New England Power Equip, John Deere Dealer, 400 Boston Post Rd, Old Saybrook CT 06475-1550
518090469 +New England Remediation, Svc Llc, 180 Hoit Rd, Concord NH 03301-1806
518090470 New England Resins, Richard O’connor, 316 New Boston St, Woburn MA 01801-6212
518090471 #New England Sign Supply, Kyle Berube, 7 Roessler Rd, Woburn MA 01801-6208
518090472 +New Enterprise Stone And Lime, Co Inc, Pob77, 3912 Brumbaugh Rd, New Enterprise PA 16664-9137
518090473 New Hampshire Attorney General, Joseph A Foster, Nh Dept Of Justice, 33 Capitol St, Concord NH 03301-6397
518090474 +New Hampshire Ball Bearing, Tech Logistics, Po Box 431, Milford NH 03055-0431
518090475 New Hampshire Dept Of, Environmental Svc, 29 Hazen Dr, Po Box 95, Concord NH 03302-0095
518090477 +New Hampshire Dept Of Rev Admin, 109 Pleasant St, Concord NH 03301-3852
518090478 New Hampshire Ins Co, ASO Interior Moving, Po Box 105795, Atlanta GA 30348-5795
518090479 +New Hampshire Peterbilt Inc, Chris Liz, 1548 Route 3a, Bow NH 03304-4032
518090480 +New Hampshire Treasurer, Unclaimed Property Division, 25 Capitol St, Room 121, Concord NH 03301-6312
518090481 +New Hampshire Troopers Assoc, 111 Lock St, Nashua NH 03064-2842
518090483 New Haven Body Inc, Michael Casey, 89 Stoddard Dr, North Haven CT 06473-2526
518090484 +New Horizon Surgical Cntr Llc, 680 Broadway Ste 201, Paterson NJ 07514-1527
518090485 New Jersey American Water, Box 371331, Pittsburgh PA 15250-7476
518090486 +New Jersey Attorney General, Gurbir S Grewal, Richard J Hughes Justice Complex, 25 Market St 8th Fl West Wing, Trenton NJ 08611-2148
518090487 +New Jersey Attorney General Office, Division Of Law, Richard J. Hughes Justice Complex, 25 Market St, Trenton NJ 08611-2148
518090488 New Jersey Dept Of Labor, Commissioner, 1 John Fitch Plz, Po Box 110, Trenton NJ 08625-0110
518090489 New Jersey Dept Of The Treasury, Sales Tax, Po Box 002, Trenton NJ 08625-0002
518090490 +New Jersey Division Of Motor, Vehicles, 225 East State St Cn0013, Trenton NJ 08666-0001

518090493 +New Jersey Family Support, Payment Center, Cn 4880, Trenton NJ 08650-4880
518090494 +New Jersey Manufacturers, Joyce Reiser, 301 Sullivan Way, West Trenton NJ 08628-3406
518090495 +New Jersey Manufacturers Ins Co, 301 Sullivan Way, West Trenton NJ 08628-3496
518090496 +New Jersey Motor Vehicle Commission, Administrative Unit, 225 East State Street, Trenton NJ 08666-0001
518090497 +New Jersey Telecom Exchange, 375 Mccarter Hwy, Newark NJ 07114-2562
518232806 +New Jersey Turnpike Authority, Po Box 5042, Woodbridge, NJ 07095-5042
518090498 New Jersey Unclaimed Property Division, Po Box 214, Trenton NJ 08695-0214
518090499 +New London Hospitality Llc, Attorney For Plaintiff, Mcnamara And Mcnamara, 100 Pennsylvania Ave, Niantic CT 06357-2510
518090500 +New London Hospitality Llc V Nemf, Elycia D Solimene, 1501 East Main St Ste204, Meriden CT 06450-2860
518090501 +New Paltz Rescue Squad, Po Box 10606, Newburgh NY 12552-0606
518090502 +New Penn Motor Express Inc, Marty Raguckas, 625 South 5th Ave, Lebanon PA 17042-7728
518090503 New Pig Corp, John Walls Jr, One Pork Avenue, Tipton PA 16684
518090504 New Virginia Tractor, John Deere Dealer, 12524 James Madison Hwy, Orange VA 22960-2804
518090505 New World Pasta, Traffic Control Svc, Po Box 18, Dillsburg PA 17019-0018
518090506 New York Attorney General, Letitia James, Dept Of Law, The Capitol 2nd Floor, Albany NY 12224-0341
518090507 New York City Criminal Court, 1 Centre St16th Fl, Room 1604, New York NY 10007
518090508 +New York City Dept Of Finance, 1 Centre St Municipal Bldg 500, New York NY 10007-1612
518090509 +New York Dept Of Labor, Commissioner, State Campus Building 12 Room 500, Albany NY 12240-0001
518090510 New York Dept Of Tax And Finance, Bankruptcy Section, Po Box 5300, Albany NY 12205-0300
518090511 +New York Downtown Orthopaedic, Associates, 170 William St, New York NY 10038-2612
518090512 +New York Friars Club, 57 East 55th St, New York NY 10022-3403
518090513 +New York Oncology Hematology, 3 Crossing Blvd Ste 1, Clifton Park NY 12065-4172
518090514 +New York Pain Management, 9 Old Plank Rd Ste 100, Clifton Park NY 12065-3107
518090515 +New York Police Chief’s, Benevolent Association Inc, 2570 N Jerusealem Rd Ste 301, North Bellmore NY 11710-1100
518090516 +New York Presbyterian Queens, 56-45 Main Street, Flushing NY 11355-5045
518090517 +New York Spine Institute, 761 Merrick Ave, Westbury NY 11590-6608
518090518 +New York Spine Specialist, 2001 Marcus Ave W Ste 170, Lake Success NY 11042-2042
518090519 +New York State, Consumer Protection Board, 5 Empire State Plz, Ste 2101, Albany NY 12223-1500
518090520 +New York State Bridge Authorit, Po Box 1010, Highland NY 12528-8010
518090521 +New York State Comptroller, Office Of Unclaimed Funds, 110 State St, Albany NY 12207-2027
518090522 +New York State Comptroller, Office Of Unclaimed Funds, 110 State St 8th Fl, Albany NY 12236-0001
518090523 +New York State Dept Of, Environmental Conservation, 625 Broadway, Albany NY 12207-2942
518090524 New York State Dept Of Tax, And Finance Corp-v, P O Box 15163, Albany NY 12212-5163
518090525 +New York State Dot- Ucr, 50 Wolf Rd, Pod 53, Albany NY 12205-2645
518090526 +New York State Income Tax, Payroll Tax Deposit, Office Of Comptroller, 110 State St, Albany NY 12207-2027
518090527 New York State Income Tax, Po Box 15119, New York NY 12212-5119
518090528 New York State Thruway, Po Box 189, Albany NY 12201-0189
518090529 +New York Truck Parts Inc, Gary Mann, 12 O’gorman Rd, Wurtsboro NY 12790-5405
518090530 New Yorkers Boiler Co, Nexterus Inc, 802 Far Hills Dr, New Freedom PA 17349-8428
518090531 +Newark Lick Cty Mun Court, 40 West Main St, Newark OH 43055-5531
518090535 +Newburgh Enlarged City School District, 124 Grand St, Newburgh NY 12550-7301
518090536 +Newell Brands, Freight Settle, 29 E Stephenson St, Freeport IL 61032-4235
518090537 +Newell Rubbermaid, 29 E Stepehnson St, Freeport IL 61032-0943
518090541 Newly Weds Foods, Rosio Ruiz Tony Marchok, 4140 W Fullerton Ave, Chicago IL 60639-2106
518090542 +Newman And Andriuzzi, Aso For State Farm, 1200 Rt 46 West 2nd Fl, Clifton NJ 07013-2440
518090548 +Newmans Own, Global Trans Log, 208 Harristown Rd, Glen Rock NJ 07452-3308
518090549 Newmont Slate Co, Robert Williams, 1075 Ferncliff Rd, Poultney VT 05764-9166
518090550 Newpro Containers, Anthony Mackovic, 16460 Southpark Dr, Westfield IN 46074-8396
518090552 +Newtechwood Ltd, Evelyn Boutte, 19111 Wadden Forest Dr Ste B, Humble TX 77346-6010
518090553 +Newton Distributing Co, Craig Fulone, Account Manager, 245 West Central St, Natick MA 01760-3774
518090558 Newtown Foods Usa, John Mc Donald, 6 Penns Tr Ste 215, Newtown PA 18940-1889
518090559 Nexans Canada Inc, Rosina Hewitt, 140 Allstate Pkwy, Markham ON L3R0Z7, Canada
518090560 +Nexans Energy Usa, Roman Matos, 25 Oakland Ave, Chester NY 10918-1011
518090561 +Nexeo Solutions, Transaudit Ste 2d, 11 Marshall Rd, Wappingers Falls NY 12590-4123
518090562 +Nexeo Solutions, Cass Information System, Po Box 17600, Saint Louis MO 63178-7600
518090563 Nexgistics, Audrey Muscarella, 425 Cayuga Rd, Buffalo NY 14225-1946
518090564 +Next Day Toner Supplies Inc, Next Day Plus, 11411 W 183rd St Ste A, Orland Park IL 60467-9451
518090567 +Nextow Towing And Recovery Inc, Po Box 97, Maugansville MD 21767-0097
518090569 +Nfada Whse Dist, Paul Dubiukas, 1144 Wehrle Dr, Williamsville NY 14221-7748
518090570 +Nfi Global, 220 Laurel Rd, Voorhess Town Center, Voorhees NJ 08043-2362
518090571 Nfi Industries, 1515 Burnt Mill Rd, Cherry Hill NJ 08003-3637
518090572 Nfi Industries For AC Hain, Jon Peterson, 1515 Burnt Hill Rd, Cherry Hill NJ 08003-3637
518090573 +Nfi Transportation, Sean Nelson, 1515 Burnt Mill Rd, Cherry Hill NJ 08003-3637
518090574 Nfi Transportation, Sean Nelson, 10 Martingale Rd Ste 61, Schaumburg IL 60173-2099
518090575 +Ng, Joyce, Po Box 9111, Macon GA 31208-9111
518090576 Ngm Insurance Comp, Pursuit Group, Po Box 40569, Jacksonville FL 32203-0569
518090578 +Ngt Dba Coverall Serv Co-hbg, 8965 Guilford Rd Ste 100, Columbia MD 21046-2399
518232807 +Nguyen, Paulo, 457 1 Sequoia Dr, Harrisburg, PA 17109-5139
518090580 Nh Child Support Regional, Processing Ctr, Po Box 9501, Manchester NH 03108-9501

518090581 Nhdot E-pass, Processing Center, 54 Regional Dr, Concord NH 03301-8502
518090582 +Nhti- Concord's Community, College, 31 College Dr, Concord NH 03301-7425
518090583 Niagara Fiberboard, Cargo Claims, 140 Vanburren, Lockport NY 14094-2437
518090585 +Nic Federal dot, P O Box 219907, Kansas City MO 64121-9908
518090588 +Nicholas B Strange, 131 New Rd, Ridgefield CT 06877-3404
518090589 +Nicholas Manzie, 1 Iowa Ct, Jackson NJ 08527-1637
518090598 +Nicholson Lumber Co Inc, Bruce Herron, Po Box 310, Nicholson PA 18446-0310
518090600 Nick Witko, 2307 Springtown Rd, Hellertown PA 18055
518090603 +Nicks Towing Svc Inc, 158 E Passaic Ave, Rutherford NJ 07070-2043
518090604 +Nickson Industries, Courtney Holyst, 336 Woodford Ave, Plainville CT 06062-2447
518090606 +Nicole Boyd, Christine Lasalvia, Attorny For The Plaintiff, 614 W Superior Ave 820, Cleveland OH 44113-1335
518090607 +Nicole Boyd V Nemf Et Al, Todd Maemmerle Esq, 1501 Euclid Ave, Sixth Fl Bulkley Bldg, Cleveland OH 44115-2113
518090608 Nicor Gas, Po Box 5407, Carol Stream IL 60197-5407
518090611 Nidico Group Inc, Shashi Khanna, 775 American Dr, Bensalem PA 19020-7342
518090613 +Nielsen Media Research, Cindy Kunkel, 7351 Coca Cola Dr Ste F, Hanover MD 21076-1922
518232808 +Nienann, Roy, 102 Halane St, Crafton, PA 15205-2913
518090618 Nilit America Inc, Helen Boyd, 420 Industrial Pk, Ridgeway VA 24148-4439
518090620 Ninos Equiptment, Susan Lawrence, 1110 Mitchell Rd, Schenectady NY 12303-2254
518090621 +Nippon Express, 3545 Ellicott Mills, Ste 309, Ellicott City MD 21043-4517
518090625 +Nirmal Debnath, Law Offices Of John Tropp, Renee Odwyer Esq, 73 Market St Ste 375, Yonkers NY 10710-7616
518090624 +Nirmal Debnath, 1105 Christopher Ct, West Hempstead NY 11552-4348
518090626 Nissin Intl Transport, Jessica Cheng, 172-47 Baisley Blvd, Jamaica NY 11434-2614
518090628 +Nivert Metal Supply Inc, James M Griffiths, Accounting, 1100 Marshwood Rd, Throop PA 18512-1426
518090630 Nj Bia, Njm Bank, Po Box 1728, West Trenton NJ 08628-0925
518090631 +Nj Dept Of Environmental Protection, Mark N Mauriello, 401 E State St, 7th Floor East Wing, Trenton NJ 08608-1501
518090632 +Nj Dept Of Labor And Workforce, Workforce Dev, Po Box 392, Trenton NJ 08625-0392
518090633 Nj Dept Of Treasury, Division Of Revenue, Po Box 417, Trenton NJ 08646-0417
518090634 Nj Division Of Fire Safety, Po Box 809, Trenton NJ 08625-0809
518090635 +Nj Division Of Revenue, Annual Report Review Unit, Po Box 302, Trenton NJ 08646-0302
518090637 Nj Employment Security, State Of Nj Nj-927, Po Box 632, Trenton NJ 08646-0632
518090638 +Nj Manufactuers Insur Co V Nemf Et Al, Robinson And Cole Llp, Jeff White And Kendra Berardi Esqs, 280 Trumbull St, Hartford CT 06103-3597
518090639 Nj Manufacturers Insco, Po Box 70167, Philadelphia PA 19176-0167
518090640 +Nj Manufacturers Insur Co For Phyllis A, Troy Lynch Traub Keefe And Errante Pc, Donn A Swift Esq, 52 Trumbull St, New Haven CT 06510-1002
518090641 +Nj Motor Truck Assoc, 160 Tices Ln, East Brunswick NJ 08816-2083
518090642 +Nj Motor Veh Comm-ifta Section, Main, 225 E State St, Po Box 133, Trenton NJ 08666-0133
518090643 Nj Motor Veh Comm-irp Section, 120 South Stockton St, P O Box 133, Trenton NJ 08666-0133
518090644 Nj Motor Vehicle Svc, Business Lic Serv Pif Pff, Lorri, Po Box 680, Trenton NJ 08666-0680
518090645 Nj Mvc-special Serv Titles, Po Box 008, Trenton NJ 08646-0008
518232809 +Nj Turnpike Authority, Po Box 5042, Woodbridge, NJ 07095-5042
518090646 #+Njbiz, 220 Davidson Ave Ste 302, Somerset NJ 08873-4144
518090647 +Njm Ins Co As Sub For, Kenneth B Holman, 301 Sullivan Way, West Trenton NJ 08628-3406
518090648 +Njm Ins Aso Ricardo Henriques, 301 Sullivan Way, West Trenton NJ 08628-3406
518090649 +Njm Ins Co As Sub For Prime, Uniform Supply, 301 Sullivan Way, West Trenton NJ 08628-3406
518090651 +Njm Ins Group As Sub For, Suzanne And Robert P Gironda, 301 W Sullivan Way, West Trenton NJ 08628-3406
518090650 +Njm Ins Group As Sub For, For Ashley G Calderini, 301 Sullivan Way, West Trenton NJ 08628-3406
518090652 +Njm Ins Group As Subrogee For, Dominik Krzysik, 301 Sullivan Way, West Trenton NJ 08628-3406
518090653 +Njm Insurance Group As Sub For, James Sloan, 301 Sullivan Way, West Trenton NJ 08628-3406
518090654 +Njmta, 160 Tices Ln, East Brunswick NJ 08816-2016
518090655 +Njmta Pec, Njmta- President's Club, 160 Tices Ln, East Brunswick NJ 08816-2016
518090657 Nmtc Inc, Dba Veronica Brown, 4403 Allen Rd, Stow OH 44224-1033
518090659 Nnr Global Logistics, Cargo Claims, 145 Hook Creek Blvd Unit, Valley Stream NY 11581-2299
518090662 Noblelift North America, Echo Global, 600 W Chicago Ave, Ste 7, Chicago IL 60654-2801
518090665 Noco Energy Corp, Noco Energy Corp Fuel, Dept116218 Po Box 5211, Binghamton NY 13902-5211
518090666 Noco Energy Corp, Po Box 401, Tonawanda NY 14151-0401
518090668 Noise Suppresion Technologies, Randy Knapp, 4182 Fischer Rd, Columbus OH 43228-1024
518090670 Noland Co, Brian Lobban, 307 Ridge St, Charlottesville VA 22902-5553
518090674 +Nomid Realty, 2350 Turnpike St Bldg B, North Andover MA 01845-6347
518090675 +Nonnis Foods, Echo Global, 600 W Chicago Ave Ste 725, Chicago IL 60654-2522
518090676 +Noonan Brothers Petroleum, Products Inc, 415 West St Po Box 400, W Bridgewater MA 02379-0400
518090677 +Nora Systems Inc, Denise Taylor, 9 Northeastern Blvd, Salem NH 03079-1996
518232810 +Norek, Edith, 86 Garrison Dr, Elliot, ME 03903-1626
518090678 +Norfolk And Dedham Mutual, Aso John Cortese, 222 Ames St, Dedham MA 02026-1850
518090680 +Norma Ramirez, 244e 13 St Apt 5, New York NY 10003-5611
518090681 +Norman E Buck And Sons, 200 Main St, Watsontown PA 17777-1631
518090684 Nortec, An Deringer Inc, 835 Commerce Pk Dr, Ogensburg NY 13669-2209
518090685 North Amer Composites, Brenda Duethman, 300 Apollo Dr, Lino Lakes MN 55014-3018
518090686 +North American Composites, Lockbox 774330, 4330 Solutions Ctr, Chicago IL 60677-4003

518090687 +North American Filter Corp, Jerry Dusharm, 200 Westshore Blvd, Newark NY 14513-1258
518090688 North American Kelp, Foster Stroup, 41 Cross St, Waldoboro ME 04572-5634
518090689 +North American Terminals, 23348 W Eames, Channahon IL 60410-3236
518090690 +North Ave East Llc, 1-71 North Avenue East, Elizabeth NJ 07201-2958
518090691 +North Avenue East Llc, Whiteford Taylor And Preston Llp, Edward U Lee, Seven Saint Paul St Ste 1500, Baltimore MD 21202-1636
518090692 +North Bergen Municipal Court, 4225 Bergen Turnpike, North Bergen NJ 07047-2511
518090693 North Carolina Dept Of Revenue, Po Box 25000, Raleigh NC 27640-0520
518090694 North Carolina State Highway, Patrolmotor Carrier Enforcem, Section 4231 Mail Sercenter, Raleigh NC 27699-4231
518090695 North Country Organics, Deb Zambon, 203 Depot St, Bradford VT 05033-9001
518090696 North Country Tractor Inc, John Deere Dealer, 149 Sheep Davis Rd, Pembroke NH 03275-3710
518090698 North East Fire Companyinc, 210 S Maulden Ave, P O Box 770, North East MD 21901-0770
518090699 +North Haven Electric, 12 Susan Ln, North Haven CT 06473-1929
518090700 +North Haven Paint And Hardware, Main, 87 Quinnipiac Ave, North Haven CT 06473-3670
518090701 +North Huntingdon Township, Municipal Authority, 11265 Center Hwy, North Huntingdon, PA 15642-2018
518090702 +North Jersey Trailer And Truck, Svc Inc, 975 Belmont Ave, North Haledon NJ 07508-2548
518090704 +North Reading Auto Baystate, North Towing, 112 Haverhill St, North Reading MA 01864-2577
518090705 +North Reading Fire Dept, 152 Park St, North Reading MA 01864-2590
518090706 +North Red Truck Corp, Whiteford Taylor And Preston Llp, Edward U Lee, Seven Saint Paul St Ste 1500, Baltimore MD 21202-1636
518090707 +North Shore Agency, P O Box 9205, Old Bethpage NY 11804-9005
518090708 +North Shore Lij Health System, 450 Lakeville Rd, Lake Success NY 11042-1117
518090709 +North Shore Lij Medical Pc, Po Box 5051, New York NY 10087-5051
518090710 +North Shore Power Electronics Llc, 7 Lane L, Huntington NY 11743-1813
518090711 North Shore Transportation, John Graf, 2262 A Landmeier Rd, Elk Grove Village IL 60007-2644
518090712 North Shore University At, Plainview, Po Box 95000 7465, Plainview NY 11803
518090713 +North Side Plumbing And Heating Co Inc, Tara Hartman, Vice President, 2234 North Clinton St, Fort Wayne IN 46805-3206
518090714 +North Star Ranch Inc, Contact, 3575 W Grand River Ave, Howell MT 48855-7604
518090715 North Star Supply Co, Tcheppard Pwilde Sskuza, 55 Thielman Dr, Buffalo NY 14206-2365
518090716 +North State Supply, 1122 Military Rd, Po Box 70, Buffalo NY 14217-0070
518090717 North Timber Cabinet, Ivy Herr Claims Dept, 10 Panas Rd, Foxboro MA 02035-1068
518090718 North Timber Cabinetry, Claims Dept, 10 Panas Rd, Foxboro MA 02035-1068
518090719 +North Turbo Corp, Whiteford Taylor And Preston Llp, Edward U Lee, Seven Saint Paul St Ste 1500, Baltimore MD 21202-1636
518090720 +North Union Township, 7 South Evans Station Rd, Lemont Furnace PA 15456-1077
518090722 Northampton Peanut Co, Denise Dunlow, Po Box 149, Severn NC 27877-0149
518090723 Northbridge Commercial Ins As, Sub For Transport Serge Beauregard, 1000 Rue De La Gauchetiere Ouest, Montreal QC H3B 4W5, Canada
518090725 Northeast Beverage Of Ct, Michelle Meenagh Claims Dept, 32 Robinson Blvd, Orange CT 06477-3622
518090726 +Northeast Electric Dist, Po Box 415931, Boston MA 02241-5931
518090727 Northeast Electrical, Melissa Michel, 560 Oak St, Brockton MA 02301-1346
518090728 +Northeast Great Dane, Frank Korn Vp, 315 Sunnymeade Rd, Hillsborough NJ 08844-4638
518090729 +Northeast Great Dane Llc, Frank Korn, 315 Sunnymeade Rd, Hillsborough NJ 08844-4638
518090730 +Northeast Industrial Batteries, 2300 David Crive, Bristol PA 19007-2042
518090731 Northeast Lumber, Frances Juskevizius, 140 Golden St, Meriden CT 06450-2313
518090732 +Northeast Petroleum Technology, Vicki Hoover, 2940 Curry Rd, Schenectady NY 12303-2825
518090733 +Northeast Poly Bag, 2 Northeast Blvd, Sterling MA 01564-2338
518090734 Northeast Series Of Lockton, Companies Llc Boa, Po Box 3207, Boston MA 02241-3207
518090735 Northeast Stihl, Robert Bonvini, 2 Patriots Way, Oxford CT 06478-1274
518090736 +Northeast Svc, Of Jamestown Llc, James Marucci, 78 Clifton Ave, Jamestown NY 14701-2008
518090737 Northeast Water Works, 106 South Main St, Po Box 528, Northeast MD 21901-0528
518090738 +Northeastern Equipment, Unlimited Inc, Po Box 1620, 640 Love Ln, Mattituck NY 11952-0903
518090739 +Northeastern Supply Co, Sherry Davis, 504 Advantage Ave, Aberdeen MD 21001-1146
518090740 +Northern Business Machinesinc, 24 Terry Ave, Burlington MA 01803-2516
518090741 +Northern Landscaping All Your, Property Needs Llc, 98 Ashburnham Rd, New Ipswich NH 03071-4028
518090742 Northern Lights And Candles, 3474 Andover Rd, Wellsville NY 14895-9525
518232811 +Northern Nurseries, David Willenbrock, 487 Elizabeth Ave, Somerset, NJ 08873-1205
518090743 +Northern Ohio Peterbilt, Main, 3993 E Royalton Rd, Broadview Heights OH 44147-2929
518090744 Northern Supply Inc, Po Box 69, 2959 Ashman Rd, Bloomfield NY 14469-9341
518090746 Northland Industrial Truck, Po Box 845534, Boston MA 02284-5534
518090747 +Northstar Auto And Salvage, Scott Shoen, 28722 Nys Rt 37, Evans Mills NY 13637-3145
518090748 +Northumberland County, Haz Mat Lepc Account, 911 Greenough St Ste 2, Sunbury PA 17801-1555
518090749 +Northway Trans Refrigeration, Arnie Hoch, Svc Manager, 1601 Page Blvd, Springfield MA 01104-1752
518090750 Northwest Tractor, John Deere Dealer, 799 Us 224, Ottawa OH 45875-9238
518090751 +Northwest Trailer Sale And Serv, Diane Mcghee, 120 W Alexis Rd, Toledo OH 43612-3604
518090755 +Nortrax Inc, John Deere Dealer, Po Box 433, Clifton Park NY 12065-0433
518090756 Nortrax Northeast, John Deere Dealer, 98 Sheep Davis Rd, Pembroke NH 03275-3709
518090757 +Nortrax Northeast, John Deere Dealer, 106 North St, Houlton ME 04730-1841
518090758 Nortrax Northeast, 375 Engineers Dr, Williston VT 05495-8955
518090762 +Nours Auto Sales, Abelqader Elyoubi, 5375 Allentown Pike, Temple PA 19560-1257

518090763 Novelis, Condata, 9830 West 190th St, Mokena IL 60448-5602
518090764 +Novelis Inc, Becky Meaker, 3560 Lenox Rd Ste 2000, Atlanta GA 30326-4271
518090765 Novelty Crystal Corp, Jason Michaeli, 30-15 48th Ave, Long Island City NY 11101-3419
518090766 Novolex Accutech, Transplace Se, Po Box 518, Lowell AR 72745-0518
518090767 +Novolex Durobag, Transplace Ce, Po Box 26277, Greensboro NC 27402-6277
518090768 +Novolex Durobag, Transplace Se, Po Box 518, Lowell AR 72745-0518
518090769 +Novolex Fortune Plastics Inc, Transplace Claims, Po Box 518, Lowell AR 72745-0518
518090770 Novolex Heritage Bag, Transplace, Po Box 518, Lowell AR 72745-0518
518090771 +Novolex Shields Llc, Karen Edwards, 101 E Carolina Ave, Hartsville SC 29550-4213
518090774 +Np Foods, 3845 Stern Ave, Saint Charles IL 60174-5401
518090775 Nrf Dist, Echo Global, 600 W Chicago Ave Ste 7, Chicago IL 60654-2801
518090776 +Nrf Distributors, Po Box 2467, Augusta ME 04338-2467
518090777 +Nrt, 2701 16th St, North Bergen NJ 07047-1561
518090778 +Nti Global, Randy Ramundo, 50 Willow St, Amsterdam NY 12010-4219
518090779 Nu Products Seasoning, Lisa Olwell, 20 Potash Rd, Oakland NJ 07436-3100
518090780 +Nu-way Transportation Svc, Melissa Stich, 2 Access Way, Boomington IL 61705-4121
518090781 +Nucor Steel Connecticut, Tracy Guyette, 35 Toelles Rd, Wallingford CT 06492-4419
518090784 #+Number One Parts, Ryan Brannen, 486 Main St, Forest Park GA 30297-1849
518090785 +Nunes Auto Body And Sales, Dba Sensible Car Rental, 840 South Ave,
Bridgeport CT 06604-5855
518090788 Nunez, Salvador, Address Intentionally Omitted
518090792 +Nutmeg International, 130 Brainard Rd, Hartford CT 06114-1696
518090793 Nutra Food Ingredients, Janet Friske, 4683 50th St Se, Kentwood MI 49512-5403
518090795 Nutrablend Foods, Jennifer Kempston, 3805 Walden Ave, Lancaster NY 14086-1407
518090796 Nutrivo Llc, Jennifer Higuera Jestrell, 1785 N Edgelaw Dr, Aurora IL 60506-1078
518090798 +Nuvida Plastic Tech, Kristin Grasso, 925 George Rd, Monmouth Junction NJ 08852-3061
518090799 +Nuvora, Jerry Gin, 3350 Scott Blvd 502, Santa Clara CA 95054-3108
518090800 +Nuzzo Heating And Cooling Inc, Dave Nuzzo, 518 Franklin Ave, Unit B,
Nutley NJ 07110-1756
518090802 Nvision Global, 1900 Brannan Rd 300, Mcdonough GA 30253-4324
518090803 +Ny Marine And Gen Ins Aso, Mullen Ind Prosight Specialty, 412 Mt Kemble Ave Ste 300c,
Morristown NJ 07960-6666
518090804 +Ny Medical Imaging Associates, 165 East 84th St, New York NY 10028-2049
518090805 +Ny State Council Of Machinists, Ronald J Werner, 9017a Main St Po Box 221,
Rushford NY 14777-0221
518090806 +Ny State Insurance Fund, Feldman And Feldman, 225 Oak St, Buffalo NY 14203-1609
518090808 Nyc Dept Of Finance, General Corp Tax, Po Box 3922, New York NY 10008-3922
518090809 Nyc Dept Of Finance, School Zone Camera Unit, Pob 3641church Ststation,
New York NY 10008-3641
518090811 +Nyc Dept Of Finance, Oath Hearing Division, 66 John St, New York NY 10038-3728
518090810 +Nyc Dept Of Finance, Hearing By Mail Unit, Po Box 29021, Brooklyn NY 11202-9021
518090812 Nyc Dept Of Finance Parking Violations, Church St Station, Po Box 3600,
New York NY 10008-3600
518090813 Nyc Dept Of Finance Red Light, Lane Camera Unit, Po Box 3641 Church St Station,
New York NY 10008-3641
518232812 +Nyc Dept Of Homeless Svc, 33 Beaver St, New York, NY 10004-2736
518090814 Nyc Fire Dept, Po Box 412014, Boston MA 02241-2014
518090815 Nyc Fire Dept, Nyc Fire, Church Street Station, Po Box 840, New York NY 10008-0840
518090816 +Nyc Transit, 130 Livingston St, Brooklyn NY 11201-5190
518090818 +Nyetech, Po Box 24398, Rochester NY 14624-0398
518090821 +Nyp Of Michigan Inc, 7001 North Locust Ste 230, Gladstone MO 64118-2531
518090822 Nys Assessment Receivables, Po Box 4127, Binghamton NY 13902-4127
518090823 Nys Child Support Processing Center, Po Box 15363, Albany NY 12212-5363
518090825 +Nys Dept Of Taxation And Finance, Sales Tax, Finance Bldg, 9 W A Harriman Campus,
Albany NY 12227-0001
518090826 +Nys Dmv queens South Tvb, 168-35 Rockaway Blvd, 2nd Floor, Jamaica NY 11434-5221
518090827 +Nys Dot, Grady Davis-reg Dam Rec, 100 Seneca St, Buffalo NY 14203-2933
518090828 Nys Tax Dept, Rpc Hut, Po Box 15166, Albany NY 12212-5166
518090829 Nys Unemployment Ins, Po Box 4301, Binghamton NY 13902-4301
518090830 +Nysdec Region 4, 1130 North Westcott Rd, Schenectady NY 12306-2014
518090831 Nysdec Region 9, 270 Michigan Ave, Buffalo NY 14203-2999
518090832 +Nysdec-region 7, 615 Erie Blvd West, Syracuse NY 13204-2483
518090833 +Nysdec-region 8, 6274 E Avon Lima Rd, Avon NY 14414-9516
518090836 +Nyshesc, Awg Lockbox, Po Box 645182, Cincinnati OH 45264-2307
518090837 +Nysmta Trucking Association Of Ny, Mark, AR, 7 Corporate Dr, Clifton Park NY 12065-8612
518090838 Nyu Langone Health, Radiology File Room Suite, 5800 3rd Fl, Brooklyn NY 11220
518090839 +Nyu Langone Infectious Disease, 530 First Ave, Hcc Ste 7f, New York NY 10016-6402
518090840 +O And K Truck Reapirs Ltd, 350 Grand Island Blvd, Tonawanda NY 14150-6505
518090853 O I A Global Logistics, 2100 5 W River Pkway, Ste 800, Portland OR 97201
518090863 O’hara Machinery, John Deere Dealer, 1289 Chamberlain Rd, Auburn NY 13021-6501
518090867 Oak Harbor Freight, Carrie Hull, Po Box 1469, Auburn WA 98071-1469
518090864 Oak Harbor Freight, Misty Gablehouse, Po Box 1469, Auburn WA 98071-1469
518090865 Oak Harbor Freight, Teri Ramsdell, Po Box 1469, Auburn WA 98071-1469
518090866 Oak Harbor Freight, Teri Ramsdell J Mc Cracken, Po Box 1469, Auburn WA 98071-1469
518090869 +Oaks Auto Truck Svc Llc, 1706 Pittsburg St, Cheswick PA 15024-1526
518090871 +Oatka Milk Prod, Claims Dept, Po Box 718, Batavia NY 14021-0718
518090872 +Obadiahs Wood Stoves, Annette Chain, 1660 Whalebone Dr, Kalispell MT 59901-7341
518090878 Occupational Health Centers, Po Box 8750, Elkridge MD 21075-8750
518090879 +Occupational Health Centers, Po Box 18277, Baltimore MD 21227-0277
518090880 +Occupational Health Centers Of, The Southwest, Po Box 20127, Cranston RI 02920-0920

518090881 +Occupational Health Centers Of, The Southwest Pa, Po Box 488, Lombard, IL 60148-0488
518090883 +Occupational Safety And Health Admin, 201 Varick St, Room 670, New York NY 10014-7444
518090884 +Occupational Safety And Health Admin, The Curtis Center Ste 740 West, 170 S Independence Mall West, Philadelphia PA 19106-3323
518090885 +Occupational Safety And Health Admin, Sam Nunn Atlanta Federal Center, 61 Forsyth St Sw, Atlanta GA 30303-8931
518090886 +Occupational Safety And Health Admin, John C Kluczynski Federal Bldg, 230 South Dearborn St Room 3244, Chicago IL 60604-1694
518090882 Occupational Safety And Health Admin, Jfk Federal Bldg, 25 New Sudbury St Room E340, Boston MS 2203
518090888 Ocean Accessories Llc, Chris Beaudry, 2415 Boston Post Rd, Guilford CT 06437-4348
518090889 +Ocean Computer Group Inc, Joni Wojdylak, 90 Matawan Rd, Ste 105, Matawan NJ 07747-2624
518090890 +Ocean State Jobbers Inc, As Subrogee Of Ppg Paints, 375 Commerce Pk Rd, N Kingstown RI 02852-8420
518090891 Oceanair Inc, Mark Butler, 186a Lee Burbank Hwy, Revere MA 02151-4000
518090892 +Ochi Logistics Inc, Eric Ochi, 445 Broad Hollow Rd Ste 25, Melville NY 11747-3645
518232813 +Ockrin, John, 1940 Snyder Ln Po Box 50, Dauphin, PA 17018-0050
518090896 Oconnor Gmc, Jason Knowlan, 187 Riverside Dr, Augusta ME 04330-4133
518090900 Odw Logistics Inc, Nate Parsons, 345 High St Ste 600, Hamilton OH 45011-6072
518090901 +Odyssey Transportllc, Cts, 1915 Vaughn Rd, Kennesaw GA 30144-4579
518090902 +Oesco Inc, Kerry Williamson, 8 Ashfield Rd, Conway MA 01341-9786
518090903 +Office Equipment Source Inc, Office Equipment Source, 227 Wwater St, Elmira NY 14901-2912
518090904 +Office Leader Corp, P Landau F Schwartz, 199 Lee Ave Ste 134, Brooklyn NY 11211-8919
518090905 +Office Of Budget And Finance, 400 Washington Ave, Rm 152, Towson MD 21204-4607
518090906 Office Of Chapter 13 Trustee, Po Box 290, Memphis TN 38101-0290
518090907 Office Of Chapter 13 Trustee, Keith L Rucinski Trustee, 3600 Momemtum Pl, Chicago IL 60689-5336
518090908 Office Of Child Support, Po Box 1310, Williston VT 05495-1310
518090909 Office Of Parking Management, Po Box 230157, Hartford CT 06123-0157
518090912 +Office Of The Attorney General, Consumer Protection Division, 6 State House Station, Augusta ME 04333-0006
518090911 +Office Of The Attorney General, Consumer Protection Division, 200 Saint Paul Pl, 16th Fl, Baltimore MD 21202-2029
518090913 Office Of The Attorney General, Consumer Protection Division, 812 Quarrier St 6th Floor, Po Box 1789, Charleston WV 25326-1789
518090910 +Office Of The Attorney General, Consumer Protection Division, 302 W Washington St, 5th Fl, Indianapolis IN 46204-4701
518090914 +Office Of The Indiana Attorney, General Unclaimed Property Div, 35 South Pk Blvd, Greenwood IN 46143-8838
518090915 +Office Of The Sheriff, 320 Veeder Ave, Schenectady NY 12307-1304
518090916 +Office Of The Sheriff, County Of Oneida Civil Div, 200 Elizabeth St, Utica NY 13501-2220
518090917 +Office Team, 12400 Collections Ctr Dr, Chicago IL 60693-0124
518090918 Offix Lc, 13525 Wellington Ctr, 1 Julie Johnson, Gainesville VA 20155-4062
518090919 +Oficina Regional De San Juan, Po Box 42006, San Juan PR 00940-2206
518090921 +Ofs Fitel Llc, Retrans, P O Box 907, Mocksville NC 27028-0907
518090924 +Ohio Air Quality Development Authority, 50 W Broad St, Ste 1718, Columbus OH 43215-5985
518090925 +Ohio Attorney General, Mike Dewine, State Office Tower, 30 E Broad St 14th Fl, Columbus OH 43215-3414
518090926 +Ohio Business Gateway, Office Of The Program Director, Sales Tax, 30 E Broad St 19th Fl, Columbus OH 43215-3414
518090927 +Ohio Business Systems, Mike Russel, 2309 W Dublin Granville, Worthington OH 43085-2706
518090928 +Ohio Child Support Payment Cen, Po Box 182394, Columbus OH 43218-2394
518090929 +Ohio Commercial Door Co, Ohio Commercial Door, 962 Freeway Dr North, Columbus OH 43229-5445
518090930 Ohio Dept Of Commerce, Director, 77 South High St 23rd Floor, Columbus OH 43215-6123
518090931 Ohio Dept Of Commerce, Division Of Unclaimed Funds, 77 South High St, 20th Fl, Columbus OH 43215-6108
518090933 Ohio Dept Of Natural Resources, 2045 Morse Rd, Building D, Columbus OH 43229-6693
518090936 Ohio Dept Of Taxation, Po Box 530, Columbus OH 43216-0530
518090934 +Ohio Dept Of Taxation, Po Box 1090, Columbus OH 43216-1090
518090938 Ohio Dept Of Taxation, Po Box 16158, Columbus OH 43216-6158
518090939 Ohio Dept Of Taxation, Po Box 181140, Columbus OH 43218-1140
518090935 +Ohio Dept Of Taxation, Po Box 182402, Columbus OH 43218-2402
518090937 Ohio Dept Of Taxation, Po Box 182101, Columbus OH 43218-2101
518090940 Ohio Division- Unclaimed Funds, 77 South High St, 20th Floor, Columbus OH 43215-6108
518090941 +Ohio Dot, Brenna K Smathers, 1980 West Broad St 4th Fl, Columbus OH 43223-1102
518090942 +Ohio Environmental Protection Agency, Office Of The Director, 50 West Town St Ste 700, Columbus OH 43215-4173
518090943 Ohio Epa-fiscal Administration, Dawn Trovato, 50 Wtown Stste 700, Columbus OH 43215
518090944 Ohio Mutual Ins Group As Sub, For Nicholas Lombardi, 1725 Hopley Ave Pob 111, Bucyrus OH 44820-0111
518090945 +Ohio Overnight Express Llc, Matthew Wright, 3201 Alberta St, Columbus OH 43204-2029
518090946 +Ohio Transport Inc, Po Box 826, Bath OH 44210-0826
518090947 +Ohio Turnpike And Infrastructure, Commission-comptrollers Office, Po Box 75517, Cleveland OH 44101-4200
518090948 +Ohio Turnpike Commission, Comptroller’s Office, Po Box 75517, Cleveland OH 44101-4200
518090949 Ohio Valley Flooring, Paula Madden, 4333 Bethany Rd, Mason OH 45040-9659
518090950 +Ohio Valley Flooring, Ohio Valley, 3079 Solutions Ctr, Chicago IL 60677-3000
518090951 Ohiopyle Prints Inc, Susan Snyder, 410 Dinner Bell Rd, Ohiopyle PA 15470-1002
518090952 +Ohl Fuel Oilinc, 400 Interchange Rd, Lehighton PA 18235-9368

518090953 Ohl International, Donna Rizzo, 390 Franklin Ave, Franklin Square NY 11010-1256
518090954 +Ohserase Manu Llc, 393 Frogtown Rd, Hogansburg NY 13655-3138
518090956 Oklahoma Sound Corporatio, Sasha Santo, 149 Entin Rd, Cliton NJ 07014-1424
518090959 +Old Beth Llc, Whiteford Taylor And Preston Llp, Edward U Lee,
Seven Saint Paul St Ste 1500, Baltimore MD 21202-1636
518090960 +Old Bridge Twp Municipal Court, One Old Bridge Plaza, Old Bridge NJ 08857-2497
518090961 Old Dominion Freight Line Inc, P O Box 415202, Boston MA 02241-5202
518090962 +Old Mill, Unishippers, 2323 Victory Ave, 1600, Dallas TX 75219-7696
518090978 +Oliverie Funeral Home, Lori Eanes, 2925 Ridgeway Rd, Manchester NJ 08759-4713
518090979 +Olivia Mclellan, 5 Zakelo Rd, Harrison ME 04040-4121
518232814 +Olszewski, James, 3499 Ruhl Rd, New Freedom, PA 17349-9243
518090985 Olympia Sports, K Wood, 5 Bradley Dr, Westbrook ME 04092-2013
518090986 Olympic Adhesives Inc, Mark Corndell, 670 Canton Ave, Norwood MA 02062-2671
518090987 #+Olympic Color Rods Inc, Maria Pazmino, Po Box 9240, Seattle WA 98109-0240
518090988 Omega Acquisition Corp, Nexterus Inc, 802 Far Hills Dr, New Freedom PA 17349-8428
518090989 Omega Moulding Co, Dee Dee Long, 1 Sawgrass Dr, Bellport NY 11713-1547
518090990 +Omega Plumbing Inc, 521 Oak Leak Ct Unit A, Joliet IL 60436-1030
518090991 +Omega Sign And Lighting Inc, Yesco Chicago, 100 West Fay Ave, Addison IL 60101-5108
518090994 Omin Finishing Inc, Donna Foster, 163 Railroad Dr, Warminster PA 18974-1456
518090996 Omni Svc Inc, Po Box 350016, Boston MA 02241-0516
518090997 Omnimax International, Donna Golder, 4455 River Green Pkwy, Duluth GA 30096-2565
518090998 Omnipak Import, Elisabetta Plantera, 29-16 120th St, Flushing NY 11354-2506
518090999 Omnitracs Llc, Sherion Bishop, File No 54210, Los Angeles CA 90074-4210
518091000 Omnitrans Inc, Quest, 4300 Rue Jean-talon, Montreal QC H4P1W5, Canada
518091001 Omron Healthcare, Echo Global, 600 W Chicago Ave Ste 7, Chicago IL 60654-2801
518091002 Once Again Nut And Butter, Scott Owens, 12 S State St, Nunda NY 14517-0429
518091003 Once Again Nut Butter, Mc Intyre Jmontgomery Sowens, 12 S State St, Nunda NY 14517
518091005 +One Call Now, 6450 Poe Ave, Ste 500, Dayton OH 45414-2648
518091006 +One Fitness And Wellness, 6 Collins Dr, Queensbury NY 12804-1493
518091007 +One Stop Auto, 2920 Orange Ave, Roanoke VA 24012-6339
518091009 +Oneida Healthcare Center, Po Box 350, Plainview NY 11803-0350
518091010 +Oneida Medical Imaging Ctr, 321 Genesee St, Oneida NY 13421-2699
518091011 +Onemain Financial Group Llc, 600 Baltimore Ave, Ste 208, Towson MD 21204-4084
518091012 Onondaga County Sheriff’s, Civil Division, Pobox 5252, Binghamton NY 13902-5252
518091013 Onondaga County Water Auth, Po Box 4949, Syracuse NY 13221-4949
518091014 +Open Mri And Imaging Of Rochelle Park, 251 Rochelle Ave, Rochelle Park NJ 07662-3914
518091015 Opentext Inc, Nefeli Topouza, Jp Morgan Lockbox, 24685 Network Pl,
Chicago IL 60673-1246
518091017 Optiline Enterprises, 157 Main Dunstable R, Ste 202, Nashua NH 03060-3641
518091018 +Optima Environmental Svc, Lee Ann Femenella, Ar Manager, 92 Stewart Ave,
Newburgh NY 12550-6618
518091019 +Optivia, 3574 E Kemper Rd, Cincinnati OH 45241-2009
518091020 Oraceutical Llc, Susan Shields, 815 Pleasant St, Lee MA 01238-9325
518091022 +Orange And Rockland Utilities Inc, Savo Schalk Gillespie O’grodnick,
And Fisher Michael Ogrodnick Esq, 77 North Bridge St, Somerville NJ 08876-1918
518091023 Orange County Clerk’s Office, 4 Glenmere Cove Rd, Goshen NY 10924
518091024 +Orange County Sheriff’s Office, Carl E Dubois Sheriff, 110 Wells Farm Rd,
Goshen NY 10924-6740
518091025 +Orange Emergency Svc Pc, Po Box 731584, Dallas TX 75373-1584
518091026 +Orange Radiology Associates Pc, 505 Route 208, Monroe NY 10950-1607
518091027 +Orange Regional Medical, 707 East Main St, Middletown NY 10940-2667
518091028 +Orange Truck Corp, Whiteford Taylor And Preston Llp, Edward U Lee,
Seven Saint Paul St Ste 1500, Baltimore MD 21202-1636
518091036 Orgill Inc, P O Box 140, Memphis TN 38101-0140
518091038 Orlando Products, Donna Tribull, 2639 Merchant Dr, Baltimore MD 21230-3306
518091050 +Ors Nasco, Returns, 907 S Detroit Ave Ste 400, Tulsa OK 74120-4289
518091057 +Orthopedics Ny Llp, Po Box 102594, Atlanta GA 30368-2594
518232815 +Ortiz, Nerita, 1215 Dogwood Ct, New Brunswick, NJ 08901-3912
518091074 +Oscar Valiente, Frank J Lane Pc, 440 South Oyster Bay Rd, Plainview NY 11801-3515
518091075 +Oserase Manufacturing Llc, Brittany Smythe, 26 Eagle Dr, Hogansburg NY 13655-3235
518091076 +Osha - Us Dept Of Labor, 1000 Liberty Ave Rm 905, William S Moorhead Building,
Pittsburgh PA 15222-4108
518091077 +Osheas Repair, 531 Mt Hermon Station Rd, Northfield MA 01360-9508
518091083 Osram Sylvania, Debbie Fleming, 835 Washington St, St Marys PA 15857-3605
518091089 +Ostrolenkfabergerb And Soffen, 1180 Avenue Of The Americas, New York NY 10036-8443
518091090 +Ostrom Electrical Plumbing, Heating Air, Jennifer Dollman, 1530 Plantation Rd,
Roanoke VA 24012-5717
518091091 +Ostrom Enterprises Inc, Main N, 2459 Falconer-frewsburg Rd, Jamestown NY 14701-9252
518091092 +Oswald Enterprises Inc, Po Box 126, Belford NJ 07718-0126
518091098 +Ottomanson Inc, 100 Industrial Rd, Carlstadt NJ 07072-1614
518091105 +Our Lady Of Lourdes Med C, Po Box 822099, Philadelphia PA 19182-2099
518091106 +Our Lady Of Lourdes Medcenter, Po Box 828315, Philadelphia PA 19182-8315
518091107 +Our Lady Of Lourdes Memorial Hospital, 169 Riverside Dr, Binghamton NY 13905-4198
518091108 Ourpets Co Accting, 1300 East St, Fairport Harbor OH 44077-5573
518091112 +Outsource Freight, Susan Mc Carthy, 72 Sharp St C11, Hingham MA 02043-4328
518091114 +Overall Supply Inc, 823 East Gate Dr Unit 2, Mt Laurel NJ 08054-1247
518091116 Overhead Door Auburn Syracuse, Main, Po Box 107, Cortland NY 13045-0107
518091117 +Overhead Door Co Of, Concord Inc, Po Box 3388, Concord NH 03302-3388
518091118 +Overhead Door Co Of, Harrisburg-york, 576 Grandview Dr, Lewisberry PA 17339-9212
518091119 +Overhead Door Co Of Lycoming, 633 West Third St, Williamsport PA 17701-5913

518091123 +Owego Apalachin Schools, Tax Collector, Po Box 9, Owego NY 13827-0009
518091124 +Owego Auto Parts, P O Box 106, Owego NY 13827-0106
518091126 Owens And Minor Inc, Diane Teefey, Po Box 27626, Richmond VA 23261-7626
518091127 Owens Corning, Freight Claims, Box 9158, Canton MA 02021-9158
518091128 +Owens General Contractor Inc, 142 Jarvis Ave, Holyoke MA 01040-1208
518091142 +Ozburn-hessey Logistics, Jace Martin, 7101 Executive Ctr Dr, Ste 333, Brentwood TN 37027-3283
518091143 +P B Consultants Inc, Po Box 8567, Albany NY 12208-0567
518091144 +P Flanigan And Sons Inc, 2444 Loch Raven Rd, Baltimore MD 21218-5491
518091805 ++++PLANET HARDWOOD, MARIN MELCHIOR, 157 BARBER RD # C, ST GEORGE VT 05495-8015 (address filed with court: Planet Hardwood, Marin Melchior, 401 Barber Rd Unit C-d, Saint George VT 05495)
518091857 ++POLEN IMPLEMENT INC, 42255 OBERLIN ELYRIA RD, ELYRIA OH 44035-7413 (address filed with court: Polen Implement Inc, John Deere Dealer, 42255 Oberlin-elyria Roa, Elyria OH 44035)
518091145 +Pa Dept Of Transportation, Comptroller Ops Ar Nonapras, Po Box 15758, Harrisburg PA 17105-5758
518091146 +Pa Fire Recovery Svc Llc, 7260 Periwinkle Dr, Macungie PA 18062-8960
518091147 Pa Dep, Bureau Of Clean Water Ch92a, Po Box 8466, Harrisburg PA 17105-8466
518091148 Pa Dep, Division Of Storage Tanks, Po Box 8762, Harrisburg PA 17105-8762
518091149 +Pa Dept Of Agriculture, Food Safety, 2301 N Cameron St, Harrisburg PA 17110-9405
518091150 Pa Dept Of Labor And Industry B, Po Box 68572, Harrisburg PA 17106-8572
518091152 Pa Dept Of Revenue, Dept 280414, Harrisburgh PA 17128-0414
518091153 Pa Dept Of Revenue, Po Box 280403, Harrisburg PA 17128-0403
518091151 Pa Dept Of Revenue, Sales And Use Tax, Po Box 280437, Harrisburg PA 17128-0437
518091154 +Pa Leone And Sons Inc, 208 Basin St, Syracuse NY 13208-2043
518091155 Pa Scdu, Po Box 69112, Harrisburg PA 17106-9112
518232816 +Pa Turnpike Authority, Po Box 67676, Harrisburg, PA 17106-7676
518091156 +Pablo Arteta Md Pc, 426-57th Street, West New York NJ 07093-2120
518091158 Pac Strapping Product, Logisource, Po Box 10200, Matthews NC 28106-0220
518091159 +Paccar Inc, Sharon Campbell, 3001 Industry Rd, Lancaster PA 17603-4025
518091160 Paccar Parts, Sharon Campbell, 3001 Industry Dr, Lancaster PA 17603-4025
518091162 Pacer Svc Center, Po Box 71364, Philadelphia PA 19176-1364
518091168 +Pacific Alaska Freightwaysinc, 2812-70th Ave E, Fife WA 98424-3604
518091170 Pacific Best Inc, Brian Hubbard, 715 Fenway Ave Ste E, Chesapeake VA 23323-3333
518091169 Pacific Best Inc, Brian Yu, 10725 E Rush St, South El Monte CA 91733-3433
518091171 +Pacific Logistics Co, 7255 Rosemeade Blvd, Pico Rivera CA 90660-4047
518091172 +Pacific Rail Svc Llc, 1131 Sw Klickitat Way, Seattle WA 98134-1108
518091173 Package All, Andrea Condon, 655 Church St, Bayport NY 11705-1098
518091174 +Packaging Graphics, Trans Insight, Po Box 1227, Plymouth MA 02362-1227
518091175 Packaging Wholesalers, Carrie Poidomani, 1717 Gifford Rd, Elgin IL 60120-7534
518091176 +Packard Building Corp, Sherman Parkard, 70 Old Dairy Rd, Londonderry NH 03053-2218
518091178 Packship Usa, Nicole Klotzle, 1347 N Main St, Orrville OH 44667-9761
518091179 +Pacoa, Rosa Lanas, 7 Habor Pk Dr, Port Washington NY 11050-4655
518091180 Pad Print Machinery, Keith Carpenter, 201 Tennis Way, East Dorest VT 05253-9649
518091181 +Paddawn Inc, Marissa La Cruz, 155 Jackson Rd, Devens MA 01434-5614
518091182 +Padiant Pools, Marilyn Sinco, 440 N Pearl St, Albany NY 12207-1320
518091187 +Padula Bros Inc, John Deere Dealer, 191 Shelburne Rd, Greenfield MA 01301-9624
518091188 Padula Brothers Inc, John Deere Dealer, 700 Fort Pond Rd, Lancaster MA 01523-3224
518091189 Paetec Communications Inc, Windstream, Po Box 9001013, Louisville KY 40290-1013
518091192 Page Seed, Rita Smith, 1a Green St, Greene NY 13778-1108
518091197 +Pai Warehouse, 145-45 156th Street, Jamaica NY 11434-4207
518091198 +Paia Ltl Freight, Claims Dept, Po Box A Station 1, Houma LA 70361-5901
518091199 Paige Electric, Cathy Piwowarczyk, 1160 Springfield Rd, Union NJ 07083-8121
518091200 Paige Equipment Sales And Serv, Mark Bennett, Po Box 272, East Williamson NY 14449-0272
518091201 +Paint Perfect Inc, Main, P O Box 91, East Longmeadow MA 01028-0091
518091203 Pak Solutions, Troy Johnson, 16 Page Hill Rd, Lancaster NH 03584-3618
518091204 +Pal Trucking, 145-45 156th St, Jamaica NY 11434-4207
518091205 Paladone, Angela Shipley, 120 Resource Ave, Mountain Lake Park MD 21550-6973
518091209 +Palisades Safety And Ins Aso, Joseph Afflitto, Po Box 920, Lincroft NJ 07738-0920
518091210 +Palko Truck And Trailer Shopinc, Dba Gary’s Truck Repair, Sara O’brien, P O Box 1774, Greensburg PA 15601-6774
518091211 +Pallet Corp, 3200 James Street, Baltimore MD 21230-1037
518091213 +Palm Beach Yacht Club, 800 North Flagler Dr, West Palm Beach FL 33401-3706
518091224 +Palmerton Auto Parts, 406 Delaware Ave, Palmerton PA 18071-1909
518091225 +Palmerton Community Ambulance, 501 Delaware Ave, P O Box 2, Palmerton PA 18071-0002
518091226 +Palmerton Garage Doors Inc, 3785 Forest Inn Rd, Palmerton PA 18071-5857
518091227 +Palmieri Food Porducts, Greg Gorski, Po Box 8696, New Haven CT 06531-0696
518232817 +Palovick, Anthony, 831 Huff Ave, Manville, NJ 08835-2433
518091233 Pan-pa Association Of Notaries, One Gateway Center Suite 401, 420 Fort Duquesne Blvd, Pittsburgh PA 15222-1498
518091234 Panadyne Inc, Joseph Mitros, 516 Stump Rd, Montgomeryville PA 18936-9619
518232818 +Panarei, Robert, 3 English St, Salem, MA 01970-5205
518091240 Pantos Usa Inc, Cargo Claims, 910 Sylvan Ave, Englewood Cliffs NJ 07632-3306
518091241 Pantos Usa Inc, Ar Dept, Po Box 21174, New York NY 10087-1174
518091242 +Panzitta Enterprises Inc, Panzitta, 72 George Ave, Wilkes-barre PA 18705-2512
518091243 +Papco Companies, Francine Kusnir, Po Box 457, Sharon Center OH 44274-0457
518091244 +Papco Inc, Main, 4920 Southern Blvd, Virginia Beach VA 23462-5314
518091246 +Paper Enterprises Inc, 770 E 132nd St, Bronx NY 10454-3429
518091247 +Paper Solutions, Cargo Claims, 465 Main St, East Haven CT 06512-2745

518232819 +Paper, Sappi Fine, 1329 Waterville Rd, Skowhegan, ME 04976-4908
518091248 +Papillon Ag Co, Jo A Ebling, 30 N Harrison St 204, Easton MD 21601-3169
518091249 Papillon Agricultural Co, Sherry Plummer, 129 N West St, Easton MD 21601-2774
518091251 +Par Contractors Inc, Engineers Contractors, 370 Commack Rd Ste F, Deer Park NY 11729-5516
518091252 +Para-plus Translations Inc, 2 Coleman Ave Fl1, Cherry Hill NJ 08034-3595
518091253 +Paradigm Plumbing Heating And, Air Conditioning Inc, 8 Industrial Pk Dr Unit 12, Hooksett NH 03106-1806
518091254 Paradiigm Llc, Nihar Sinha, 5904 Montell Dr, Alexandria VA 22310-1303
518091255 +Paragon Enviromental Construction Inc, 5664 Mud Mill Rd, Brewerton NY 13029-8661
518091256 +Parallel Employment Group, Of New York Inc, 6925 S 6th Stste 300, Oak Creek WI 53154-1499
518091258 Paramount Group, Dwight Fry, 176 N West St, Versailles OH 45380-1210
518091259 +Paramus Chevrolet Inc, Main, 194 Route 17 North, Paramus NJ 07652-2957
518091260 +Paramus Mri, 30 West Century Rd, Ste 100, Paramus NJ 07652-1421
518091261 +Paramus Violations Bureau, P O Box 187, Paramus NJ 07653-0187
518091263 +Parcel Delivery Express Inc, Dba Pdx Inc, 6525 Washington Blvd, Elkridge MD 21075-5533
518091268 +Pardello Electric, Amy Nolan, 401 N Pt Dr, Pittsburgh PA 15233-2141
518091272 Pariatrix Nutrition, Mark Waldron, 4905 Fairway, Lachine QC H8T1B7, Canada
518091273 Paricon Inc, Ted Morton, Po Box 157, South Paris ME 04281-0157
518091274 +Paris Blake, 44 Benkert Ave, Baltimore MD 21229-3740
518091275 Paris Business Products, Diane Hackney, 800 Highland Dr, Westampton NJ 08060-5109
518091276 Paris Corp Of New, Jersey, 800 Highland Dr, Westampton NJ 08060-5109
518091277 +Paris Court Reporting, 270 Hixville Rd, Dartmouth MA 02747-1936
518091280 +Pariser Industries, Bella Biondi, 91 Michigan Ave, Paterson NJ 07503-1807
518091282 Parissa Laboratories, Vincent Samson, 2400 Dollarton Hwy, North Vancouver BC V7H1A8, Canada
518091283 +Park Ave Assoc In Radiology, 32 36 Harrison St, Johnson City, NY 13790-2181
518232820 +Park, Hansol, 146 Queen Victoria St, Culpepper, VA 22701-4017
518091284 +Parker And Bailey, Brian Coffey, 4 Walpole Pk S, Walpole MA 02081-2562
518091285 Parker Lab Inc, Diana St George, 286 Eldridge Rd, Faifield NJ 07004-2509
518091286 Parker Labs, Casey Rodenberg, 4 Sperry Rd, Fairfield NJ 07004-2016
518232821 Parker, John, 30 West Rock St, Kipley, MS 38663
518091299 +Parkers Classic Auto Works, 18a Chaplin Ave, Rutland VT 05701-4801
518091302 Parking Clerk, City Of Cambridge, Po Box 399113, Cambridge MA 02139-9113
518091303 Parking Clerk, Town Of Brookline, Po Box 470708, Brookline MA 02447-0708
518091304 Parking Clerk, Po Box 6746, Portsmouth NH 03802-6746
518091305 +Parking Violations Office, 888 Washington Blvd 1st Fl, Stamford CT 06901-2902
518091309 +Parkway Plastics Inc, 561 Stelton Rd, Piscataway NJ 08854-3868
518091310 Parlor City Paper, Po Box 756, Binghamton NY 13902-0756
518091311 Parlux Fragrances, Jeanette Sarisky, 1000 Riverside Dr Ste D, Keasbey NJ 08832-1213
518091312 +Parolvini Us Corp, Giuliano Parolin, 88 Long Hill Corss Rd, Shelton CT 06484-4783
518232822 +Parrish, Eric, 140 Wells Ave, Dorchester, MA 02124-2582
518091314 Parrott Implement Co, John Deere Dealer, 396 E Blagrove St, Richwood OH 43344-1054
518091318 Partac Peat Corp, Kim Engle, 1 Kelsey Pk, Great Meadows NJ 07838-2616
518091320 Partner Ship Llc, 500 E Lorain, Oberlin OH 44074-1238
518091321 +Parts Authority Llc, 37 Rutgers St, Belleville NJ 07109-3148
518232823 Party City, 700 Jefferson Rd, Henrietta, NY 14623
518091322 Party City, 10999 Red Run Blvd, Ste 117, Owings Mills MD 21117-3263
518091324 +Pasadena Auto Body, 7970 Long Hill Rd, Pasadena MA 21122-1053
518091325 +Pascale Svc Corp, Corinne, 51 Delta Dr, Pawtucket RI 02860-4546
518091326 +Pasquale Iannone, 55 Dilks Rd, Monroeville NJ 08343-1839
518091327 Pasquale Mascaro, 2650 Audubon St, Norristown PA 19403-2400
518091328 #+Pasqualichio Brothers Inc, Domnick Pasqualichio, 115 Franklin Ave, Scranton PA 18503-1935
518091332 Pastene, Mgn Logistics, 161 Washington St, East Walpole MA 02032-1196
518091333 +Pat Forshas Truck And Auto, Collision, 2716 Kenmore Ave, Tonawanda NY 14150-7707
518091334 Pat Mooney Saws, Cassie Collings, 116 W Official Rd, Addison IL 60101
518091335 #+Patapsco Valley Sales, Teresa Marshall, 2700 Hollins Ferry Rd, Baltimore MD 21230-2998
518091337 +Paterson Municipal Court, 111 Broadway, Paterson NJ 07505-1100
518091338 +Paterson Papers, Rosemary Broadfield, 730 Madison Ave, Paterson NJ 07501-2407
518091339 Pathway Lighting Prod, Betty Oslander, Po Box 591, Old Saybrook CT 06475-0591
518091340 +Patience Gyamfi And Bob-boyd, Lincoln Of Columbus, 2445 Billingsley Rd, Columbus OH 43235-1925
518091341 +Patient First Aberdeen, Po Box 758952, Baltimore MD 21275-8952
518091343 +Patricia Bradley And Her Atty, Robert S Leiken Co Lpa, 23611 Chargin Blvd Ste 225, Beachwood OH 44122-5540
518091344 +Patricia Ellis, 19020 Gunpowder Rd, Manchester MD 21102-2602
518091345 Patricia Obrien, 316 1 2 Market St, Lykens PA 17048
518091346 +Patrick And Anna Raziano, 42 Roger Dr, Port Washington NY 11050-2528
518091347 +Patrick Falconi, 10 Page St, Berryville VA 22611-1152
518091351 +Patriot Engineering And, Environmental Inc Katie Bechman, Geo Nv Group, 6150 E 75th Steet, Indianapolis IN 46250-2783
518091352 +Patriot Freightliner, Alexandra Jarrin Ar, Western Star Llc, 6243 Us Rte 5, Westminster VT 05158-9689
518091354 +Pats Transcription Svc, 504 Forest Ct, Williamstown NJ 08094-2044
518091364 +Paul Hamilton And Nemf, German Gallaher And Murtagh Pc, Gary R Gremminger Esq, 200 S Broad St The Bellevue Ste 500, Philadelphia PA 19102-3814
518091365 +Paul C Steck Inc, 25 Brown Ave, Springfield NJ 07081-2991
518091366 +Paul Gilbert, 200 Point Township Dr, Northumberland PA 17857-8701
518091367 +Paul Klein And Paul S Szumeida, 35 Mulberry Dr, Tuxedo Park NY 10987-4814
518091368 +Paul Lerner Md, 1575 Hillside Ave, Ste 100, New Hyde Park NY 11040-2501
518091369 +Paul O’shea, Paul, 5 Corey Dr, W. Peabody MA 01960-3717

518091371 Paulaur Corp, Douglas Montesano, 105 Melrich Rd, Cranbury NJ 08512-3512
518091376 +Pauls Auto And Truck Svc Inc, 202 High St, Ipswich MA 01938-1248
518091377 +Pauls Motors, 6 Fairview Ave, Poughkeepsie NY 12601-1312
518091381 +Pavxpress Inc, 499 River Rd, Clifton NJ 07014-1520
518091382 +Pawtucket Fence And Iron Works, Two Ledge Road, Lincoln RI 02865-4515
518091383 Pawtucket Water Supply, Po Box 1111, Providence RI 02901-1111
518091386 +Payeur Asphalt Llc, Mike Payeur, 7 Carter Farm Rd, Saco ME 04072-9365
518091387 Payless Auto Glass, Dept 105003, Po Box 150432, Hartford CT 06115-0432
518091388 Payne Electric Co Inc, 4945 W Raymond St, P O Box 421339, Indianapolis IN 46242-1339
518091391 Pb Heat Llc, Barry Walsh, 225 South 7th St, Bally PA 19503
518091392 +Pbs Brake And Supply Corp, 6044 Corporate Dr, East Syracuse NY 13057-1080
518091393 Pc Connection Sales Corp, Po Box 536472, Pittsburgh PA 15253-5906
518091394 +Pca Engineering New England Ll, 7 West End Way, Norwell MA 02061-1718
518091395 +Pcg Inc, Pat Graney, 412 Tennessee Ave, Charleston WV 25302-2338
518091396 +Pcginc, Investment Co, Pat Graney Presidentfounder, 412 Tennessee Ave,
Charleston WV 25302-2338
518091397 +Pcm Salesinc, Bank Of America-file 55327, 2706 Media Ctr Dr, Los Angeles CA 90065-1733
518091398 Pcp Champion, Joal Gibson, 1311 S 22nd St, Ripley OH 45167
518091399 +Pcs Technologies Inc, Pcs, 4250 Wissahickon Ave, Philadelphia PA 19129-1215
518091400 Pcx Aerostructures, M Kozlowski-without Prejudice, 300 Fenn Rd, Newington CT 06111-2277
518091401 Pd And E Electronic Llc, 180 Lafayettee Rd, North Hampton NH 03862-2448
518091403 +Pdcn Emergency Ambulance, Po Box 416659, Boston MA 02241-6659
518091404 +Pdq Auto Supply, 240 N 1st Ave, Manville NJ 08835-1303
518091405 +Pdq Door Sales, 805 Us Hwy 50, Milford OH 45150-9513
518091407 Pds Medical Management, 6860 Kinderkamack Rd, Oradell NJ 07649
518091406 +Pds Medical Management, Surgery Center Of Oradell, 680 Kinderkamack Rd,
Oradell NJ 07649-1600
518091408 Peabody Sales And Svc, 15 Sharpners Pond Rd, Nomid Bus Pk Bldg G,
North Andover MA 01845-5716
518091409 +Peabody Sales And Svc, National Traffic, 151 John James Audob, Amherst NY 14228-1185
518091410 Peabody Sales And Svc 459, 15 Sharpners Pond Rd, Nomid Bus Park Bldg G Kphyles,
North Andover MA 01845-5716
518091411 Peace Industries, Ingrid Whowell, 1100 Hicks Rd, Rolling Meadows IL 60008-1016
518091415 +Peapack Gladestone Bank, Lisa Gallo-conklin Managing Director, 400 Frank W Burr Blvd,
Teaneck NJ 07666-6841
518091416 +Peapack Gladstone Bank, Douglas L Kennedy President, 710 Rte 46 East, Ste 306,
Fairfield NJ 07004-1576
518232824 +Pearl, Asher, 1438 East 13th St, Brooklyn, NY 11230-6604
518091419 Pearson Education, Eva Garcia, 258 Prospect Palins Rd, Cranbury NJ 08512-3605
518232825 +Peck, Deborah, 231 Bushwick Ave, Merrick, NY 11566-2938
518232826 +Peck, William, 317 South St, Lykens, PA 17048-1602
518091432 +Pecks Graphics Llc, Gregory Peck, 1310 Crooked Hill Rd, Ste 200,
Harrisburg PA 17110-9719
518091436 Peerless Clothing, Elizaflor Arenas, 200 Industrial Pk Rd, Saint Albans VT 05478-1881
518091437 Peerless Inc, 100 Floral Ave, Union NJ 07083
518091438 #+Pegasus Transtech Corp, Joni Johnston, 4301 Boy Scout Blvd Ste 550, Tampa FL 33607-5720
518091439 +Pegton’s Property, Peter, 7 Brewer Pky, South Burlington VT 05403-7326
518091448 +Pellicano Specialty Foods, Bridget Lutz, 211 Reading St, Buffalo NY 14220-2159
518232827 +Pellman, Darren L, 4410 Spring Dawn, Trotwood, OH 45426-3870
518091451 Pemco Lighting, Trans Logistics, 321 N Furnace St, Birdsboro PA 19508-2057
518091452 Pen Tele Data, Payment Processing Cntr, Po Box 401, Palmerton PA 18071-0401
518091456 Penco Corp, Claims Dept Frank Caldro, 1503 West Stein Hwy, Seaford DE 19973-1198
518091457 +Pencor Svc Inc, Pencor Hydraulics, Po Box 215, Palmerton PA 18071-0215
518091458 +Penda Corp, Sandy Becker, Po Box 74590, Cleveland OH 44194-0002
518091459 +Penda Corp, Susan Wiersma, 29145 Network Pl, Chicago IL 60673-1291
518232828 Pendot, 48 Lunger Rd, Bloomsburg, PA 17815
518091462 +Penguin Ramdom House, Kate Lambert, 400 Bennett Cerf Dr, Westminster MD 21157-4685
518091463 +Penn Detroit Diesel, 8330 State Rd, Philadelphia PA 19136-2986
518091464 +Penn Hazle Equipment Co, 441 So Church St, Hazleton PA 18201-7607
518091465 #+Penn Jersey Diesel And Trailer, Andy, 501 Cambria Ave 400, Bensalem PA 19020-7213
518091466 Penn National Insas Sub Of, The Standard Group, Po Box 1670 Atn:recovery Unit,
Harrisburg PA 17105-1670
518091467 Penn Panel And Box Co, Bob Renneberg, Po Box 1458, Collingdale PA 19023-8458
518091468 +Penn Power Group, Bruce Hartman, 355 Sipe Rd, York Haven PA 17370-9219
518091469 +Penn Power Systems, 8330 State Rd, Philadelphia PA 19136-2915
518091470 +Penn Terminals Inc, Angie Brown, One Saville Avehue, Eddystone PA 19022-1527
518232829 +Penndot, 1782 E 3rd St, Williamsport, PA 17701-3862
518091472 +Pennington Seed Inc, Ats Ste 200, 861 South Vlg Oaks Dr, Covina CA 91724-3673
518232830 Pennisula Saw, 360 Netherby Rd, Welland, ON L3B 5P7, Canada
518091474 +Pennsa Corp, Whiteford Taylor And Preston Llp, Edward U Lee, Seven Saint Paul St Ste 1500,
Baltimore MD 21202-1636
518091475 +Pennsauken Ems, 5605 N Cresent Blvd, Pennsauken NJ 08110-1834
518091476 +Pennsauken Fire Dept, 4700 Westfield Ave, Pennsauken NJ 08110-2902
518091477 Pennsauken Sewerage Authority, Po Box 518, Pennsauken NJ 08110-0518
518091478 +Pennsauken Spine And Rehab, 4307 Westfield Ave, Pennsauken NJ 08110-3023
518091479 Pennsdale Safety Consultants, Charles H Snyder, 1190 Lime Bluff Rd,
Pennsdale PA 17756-7843
518232831 +Pennsylvani Turnpike Commission, Po Box 67676, Harrisburg, PA 17106-7676
518091480 Pennsylvania American Water, Pennsylvania Water, Po Box 371412, Pittsburgh PA 15250-7412

518091482 +Pennsylvania Attorney General, Bureau Of Consumer Protection, 16 Floor Strawberry Square, Harrisburg PA 17120-0001
518091481 +Pennsylvania Attorney General, Josh Shapiro, 1600 Strawberry Square, 16th Floor, Harrisburg PA 17120-0001
518091483 Pennsylvania Bureau Of Business, Trust Fund Taxes, Sales Tax, Po Box 280905, Harrisburg PA 17128-0905
518091484 +Pennsylvania Dept Of, Environmental Protection, Rachel Carson State Office Bldg, 400 Market St, Harrisburg PA 17101-2301
518091485 Pennsylvania Dept Of Conservation, And Natural Resources, Rachel Carson State Office Bldg, 6th Floor, Harrisburg PA 17105-8522
518091486 +Pennsylvania Dept Of Labor And Industry, Secretary, 651 Boas St, Room 1700, Harrisburg PA 17121-0725
518091488 Pennsylvania Dept Of Revenue, Dept 280414, Harrisburg PA 17128-0414
518091489 Pennsylvania Dept Of Revenue, Po Box 280403, Harrisburg PA 17128-0403
518091487 Pennsylvania Dept Of Revenue, Payroll Tax Deposit, Po Box 280414, Harrisburg PA 17128-0414
518091490 +Pennsylvania Dept Of Revenue, 11 Strawberry Square, Harrisburg PA 17128-0001
518091491 +Pennsylvania Higher Education, Assistance Agency, Po Box 1463, Harrisburg PA 17105-1463
518091492 +Pennsylvania Motor Trk Assoc, 910 Linda Ln, Camp Hill PA 17011-6409
518091493 +Pennsylvania State Treasury, Office Of Unclaimed Property, Po Box 1837, Harisburg PA 17105-1837
518091494 +Pennsylvania Tpk Commission, Po Box 67676, Harrisburg PA 17106-7676
518091495 Pennsylvania Turnpike Comm, Po Box 67676, Harrisburg PA 17106-7676
518091496 Pennsylvania Unemployment, Compensation Fund, Po Box 68568, Harrisburg PA 17106-8568
518091497 +Pennwest Industrial Trucksllc, Pennwest Toyota Lift, 168 Westec Dr, Mount Pleasant, PA 15666-2758
518091498 Pennwood Products, Nexterus Inc, 802 Far Hills Dr, New Freedom PA 17349-8428
518165935 +Penske Truck Leasing Co LP, POB 563, Reading, PA 19603-0563
518091500 Penske Truck Leasing Co Lp, Po Box 532658, Atlanta GA 30353-2658
518091501 Penske Truck Leasing Co Lp, Po Box 802577, Chicago IL 60680-2577
518091502 Penske Truck Leasing Colp, Po Box 827380, Philadelphia PA 19182-7380
518091503 +Penske Truck Leasing Inc, Terice Washington, 8685 Washington Blvd, Jessup MD 20794-9604
518091504 +Pensotti Llc, Po Box 3358, Brewer ME 04412-3358
518091506 +Pep Brainin, Tech Logistics, 300 Elm St Unit 1, Milford NH 03055-4715
518091507 +Pepperell Braiding Co, 22 Lowell St, Pepperell, MA 01463-1703
518091508 Peppers Inc, Ellen Parris, 215 S George St, Cumberland MD 21502-3082
518091510 Pepsi Logistics Co, Alicia Owens, 5340 Legacy Dr, Plano TX 75024-3178
518091511 Pepsi Logistics Co Inc, Cass Information System, Po Box 17600, Saint Louis MO 63178-7600
518091512 Pepsico, Condata Global, 9830 W190th St Ste M, Mokena IL 60448-5603
518091513 Pepsico Beverage And Food, Hg Supka, Po Box 4097, Orange CA 92863-4097
518091514 Pequa Industries, Robert Matthles, 431 Brook Ave, Deer Park NY 11729-7222
518232832 +Pereira Electrical, 205 Liberty St, Metuchen, NJ 08840-1217
518091543 #+Perfecta Wine, Joanne Bobichaud, 174 S Maple St, Manchester NH 03103-5744
518091544 +Performance Food Group, Gallagher Bassett Svc, 1630 Des Peres Rd Ste 140, St. Louis MO 63131-1871
518091546 Performance Freight, Liz Kennow, 2040 W Oklahoma Ave, Milwaukee WI 53215-4444
518091545 Performance Freight, Remits, Janine Olson, 2040 W Oklahoma Ave, Milwaukee WI 53215-4444
518091547 +Performance Lubricants, 7460 Lancaster Pike Ste 4, Hockessin DE 19707-9276
518091548 Perfumeria Munagorry, Luis Munqgory, Urb Pereyp C24 Ramon, Humacao PR 00791
518091549 Perio Inc, Shane Shearer, 6156 Wilcox Rd, Dublin OH 43016-1265
518091550 Perio Inc, Barbasol Llc, 2011 Ford Dr, Ashland OH 44805-1277
518091551 Perkins Paper Co, Mary Jo O’brien, 630 John Hancock Rd, Taunton MA 02780-7380
518091557 Perkins, Jordan, Address Intentionally Omitted
518091563 +Perksvc, Barry Smith, 2043 Holland Ave 1d, Bronx NY 10462-2935
518091565 +Perma Inc, 605 Springs Rd, Bedford MA 01730-1195
518091567 Pernod Ricard, 7401 Hwy 45 South, Fort Smith AR 72916-9393
518091572 +Perreaults Radiator Shop Inc, 553 West Main St, Meriden CT 06451-2709
518091578 +Perry County Probation Dept, P O Box 239, New Bloomfield PA 17068-0239
518091579 +Perry Road Llc, Whiteford Taylor And Preston Llp, Edward U Lee, Seven Saint Paul St Ste 1500, Baltimore MD 21202-1636
518091580 +Perry Township Small Claims, Court Judgement Clerk, 4925 South Shelby St, Indianapolis IN 46227-4221
518091585 +Perrysburg Municipal Court, 300 Walnut St, Perrysburg OH 43551-1455
518091591 Pet Products, Claims Dept Pablo De Jesus, State Road 1 Km25, San Juan PR 00926-9518
518091592 +Pet Supplies Plus, Transplace Texas Lp, Po Box 518, Lowell AR 72745-0518
518091593 +Pete E Graziotto, 137 Hidden Vly Rd, Mcmurray PA 15317-2603
518091595 +Peter Blunt And John James, Attorney For Plaintiff Blunt, Trantolo And Trantolo Llc, 50 Russ St, Hartford CT 06106-1598
518091596 +Peter Blunt Et Al V, New England Motor Freight Inc, Paul Smith, 155 Fernwood Dr, East Longmeadow MA 01028-1384
518091597 +Peter Blunt Et Al V Nemf, Elycia D Solimene, 1501 East Main St Ste204, Meriden CT 06450-2860
518091598 Peter C Herman, Tina Marie Shoemaker, 5395 Skinner Rd, Marion NY 14505-9406
518091599 +Peter D Capotosto Ms Crc, 515 Packetts Landing, Building C, Fairport NY 14450-1551
518091600 +Peter Daleo, 443 Oak Tree Ave, South Plainfield NJ 07080-4431
518091601 +Peter Decore, Peter, 1824 St Clair Ln, Hanover Park IL 60133-6749
518091602 +Peter J And Margaret A Neary, 276 West Pl, Washington Township NJ 07676-4737
518091605 +Peter M O’brien, Main, 317 Cambridge St, Burlington MA 01803-2046
518091606 +Peterbilt Of Connecticut Inc, Dba Peterbilt Of Rhode Island, 11 Industrial Ln, Johnston RI 02919-3124

518091609 +Peters Heat Treating Inc, 5790 West Rd, Mckean PA 16426-1564
518091610 +Petersburg Gen District Court, 35 East Tabb St, Petersburg VA 23803-4518
518091611 Petersen Alum Corp, Christine Apicella, 9060 Junction Dr, Annapolis Junction MD 20701-1123
518091622 Petersons Automotive Inc Rs756, 114 Newbury St Us Rt 1 South, West Peabody MA 01960
518091623 +Petes Tire Barns Inc, 275 East Main St, Orange MA 01364-1291
518091630 +Petro Lube Svc Truck, 1855 West Curtis St, Larmie WY 82070-8401
518091631 Petrochoice, Candace Williams, Customer Svc, Po Box 829604, Philadelphia PA 19182-9604
518091632 +Petroleum Management Svc, Kathleen Sullivan, Office Manager, Po Box 368, Reading MA 01867-0668
518091633 Petroleum Products Llc, Ramiro Ibarra, P O Box 644283, Pittsburgh PA 15264-4283
518091634 Petroleum Traders Corp, Julie Penkunas, Po Box 2571, Fort Wayne IN 46801-2357
518091635 Petroleum Traders Corp pPetrol Intl Llc, Julie Penkunas Sr Credit Analyst, Po Box 2357, Ft Wayne IN 46801-2357
518091640 +Petty Cash-fort Wayne, Mike Bickel, 2532 Bremer Rd, Fort Wayne IN 46803-3015
518091643 Pexco, Echo Global, 600 W Chicago Ave Ste 725, Chicago IL 60654-2522
518091645 Pez Candy, Land Link Traffic, Po Box 1066, Point Pleasant NJ 08742-1066
518091646 Pez Candy Inc, Maria Ward, 35 Prindle Hill Rd, Orange CT 06477-3616
518091647 +Pfaltz And Bauer Inc, Betty Collette, 172 E Aurora St, Waterbury CT 06708-2041
518091648 Pfizer Inc, Paul Johnson Ms8260- 1603, 445 Eastern Pt Rd, Groton CT 06340-5157
518091649 +Pfm Express Lube Inc, Dba Pfm Car And Truck Care Cntr, Jenn Turner, 4900 W 106th St, Zionsville IN 46077-8717
518232833 +Pgt Inc, 4200 Industrial Blvd, Aliquippa, PA 15001-4890
518091650 +Pgt Trucking Inc, 4200 Industrial Blvd, Aliquippa PA 15001-4890
518091654 Pheaa Transworld Systems, P O Box 15109, Wilmington DE 19850-5109
518091656 +Philadelphia Indemnity Ins Co, Subrogee Groton School, One Bala Plaza Suite 100, Bala Cynwyd PA 19004-1401
518091657 Philadelphia Ins Co As Sub Of, Bridgeville Borough, Po Box 950, Bala Cynwyd PA 19004-0950
518232834 +Philadelphia Insurance Co, Subrogation Examiner, Po Box 3622, Bala Cynwyd, PA 19004-3622
518091658 Philadelphia Parking Authority, Red Light Camera Program, Po Box 597, Baltimore MD 21203-0597
518091659 Philadelphia Traffic Court, 800 Spring Gdn St, Po Box 56301, Philadelphia PA 19130-6301
518091661 +Philip B Spalding, 22 Goldenchain Ct, Penfield NY 14526-2608
518091662 +Philip Dorbert, 282 Hillside Ter, Baltimore MD 21225-3015
518091663 Philips Lighting, Lee Ann Lacey, 1111 Northshore Dr Ste, Knoxville TN 37919-4005
518091664 Philips Lightolier, Linda Freire, 631 Airport Rd, Fall River MA 02720-4722
518091665 Philips Ryder, Norma Locklear, 13599 Park Vista Blvd, Fort Worth TX 76177-3237
518091666 +Phillips Office Solutions, Phillips, Document Management, Po Box 61020, Harrisburg PA 17106-1020
518091667 +Phillips Packaging, Scott Phillips, 1633 N Main St, Palmer MA 01069-1041
518091668 +Phillips Supply House Inc, P O Box 61020, Harrisburg PA 17106-1020
518091682 +Phils Lockshop Inc, 186 Hall Ave, Meriden CT 06450-7758
518091684 +Phoenix Color, Robert Reynolds, 18249 Phoenix Dr, Hagerstown MD 21742-1351
518091685 +Phoenix Data Inc, Daniel Voneida, 8813 Route 405 Hwy, Montgomery PA 17752-9587
518091686 Phoenix Life Insurance Co, P O Box 55967, Boston MA 02205-5967
518091687 +Phoenix Loss Control Inc, Po Box 271504, Littleton CO 80127-0026
518091688 +Phoenix Metals, Michael Schroen, 1920 Portal St, Baltimore MD 21224-6513
518091689 +Phonezone, 609 Foote Avenue, Jamestown NY 14701-8208
518091690 Photo Enforcement Program, Po Box 577, Bedford Park IL 60499-0577
518091691 Photo Enforcement Program, 75 Remittance Dr Ste 6658, Chicago IL 60675-3298
518091692 +Phyllis Dufrene, 4892 St Rt 410, Castorland NY 13620-2332
518091693 +Physical Medicine And Rehab, Of Ny Pc, 95-20 Queens Blvd, Rego Park NY 11374-1136
518091694 +Physicians Immediate Care, Po Box 8799, Carol Stream IL 60197-8799
518091695 +Piad Corp, 112 Industrial Pk, Greensburg PA 15601-6990
518091704 +Pid Floors, Echo Global, 600 W Chicago Ave Ste 725, Chicago IL 60654-2522
518091706 +Piedmont Fleet Svc Inc, 201 Mill Ridge Rd, Lynchburg VA 24502-4346
518091707 +Piedmont Power Llc, Legal Dept, 11695 Johns Creek Pkwy, Ste 350, Johns Creek GA 30097-1855
518091718 Pierre Fabre, Gayle Sanders, 8 Campus Dr Fl 2, Parsippany NJ 07054-4416
518091729 Pike Industries Inc, Main, Po Box 416812, Boston MA 02241-6812
518091738 +Pilot Travel Centers Llc, Pilot Receivables Dept, 5500 Lonas Dr Ste 260, Knoxville TN 37909-3200
518091740 +Pilot Travel Centers Llc, Tonya Vaughn, Pilot Receivables Dept, 5500 Lonas Dr Ste 260, Knoxville TN 37909-3200
518091739 +Pilot Travel Centers Llc, Tonya Vaughn, 5508 Lonas Dr Ste 260, Knoxville TN 37909-3221
518091742 Piluso’s Svc, 121 Mohawk St, Po Box 342, Whitesboro NY 13492-0342
518091746 +Pinckney Hugo Group, 760 West Genesee St, Syracuse NY 13204-2306
518091748 +Pine Shop Inc, Timothy Ashe, 5382 State Hwy 7, Oneonta NY 13820-2076
518091750 +Pine State Svc Inc, Kilian Griffith, 3 Eisenhower Dr, Westbrook ME 04092-2002
518091751 Pine Tree Farms Inc, Elizabeth Catchings, 3714 Cayuga St, Interlaken NY 14847-9607
518091759 Pinnacle Fleet Solutions, Patty Seidelman, P O Box 742294, Atlanta GA 30374-2294
518091758 Pinnacle Fleet Solutions, Steve Fallows, P O Box 742294, Atlanta GA 30374-2294
518091760 +Pinnacle Intl Freight, Chris Brothers, 2700 Avenger Dr Ste 108, Virginia Beach VA 23452-7394
518091761 Pinnacle Manufacturing Llc, Rich Marvich, 512 W Henderson Rd, Boaz AL 35957-1009
518091762 +Pinnacle Technology Partners, 83 Morse St, Unit 6b, Norwood MA 02062-4350
518091763 Pinnacle Workforce Log Llc, 3086 Momentum Pl, Chicago IL 60689-5330
518091764 Pinnacle Workforce Logistics, Dawn Mendoza, Ar Credit And Collections, Dept 9637, Los Angeles CA 90084-9637
518091765 Pinnacle Workforce Solutions, 3086 Momentum Pl, Chicago IL 60689-5330

518091771 +Pioneer Elec Supply, Jed Hancock, Po Box 348, Franklin PA 16323-0348
518091773 Pioneer Photo Albums Inc, Monica Barlow, 1400 Cavalier Blvd Ste A, Chesapeake VA 23323-1628
518091775 #+Pipe Creek Wines, Nick Zoulias, 1176 Long Vly Rd, Westminster MD 21158-4149
518091776 +Pipeline Packaging, 30310 Emerald Vly, Ste 500, Glenwillow OH 44139-4362
518091777 Piping Rock, Rich Foley, 2010 Smith Town Ave, Ronkonkoma NY 11779
518091784 +Pitco Frialator, And Tech Logistics, 39 Sheep Davis Rd, Pembroke NH 03275-3705
518091785 Pitco Frialator Inc, Tech Logistics, 300 Elm St Unit 1, Milford NH 03055-4715
518091786 Pitney Bowes, Pitney Power, Purchase Power, Po Box 371874, Piisburgh PA 15250-7874
518091787 Pitney Bowes Global Fin Llc, Po Box 317887, Pittsburgh PA 15250-7887
518232835 +Pitt Ohio, 209 Whitehead Rd, Hamilton, NJ 08619-3250
518091790 +Pitt Plastics Inc, Ann Keller, Po Box 356, Pittsburg KS 66762-0356
518091795 Pittsburgh Design, Po Box 469, Carnegie PA 15106-0469
518091796 Pittsburgh Glass Block, Mary Mondock, 300 Poplar St, Pittsburgh PA 15223-2219
518091797 +Pittsburgh Mun Court 05-0-03, 660 First Ave, Pittsburgh PA 15219-3134
518091798 Pittsburgh Parking Court, Po Box 640, Pittsburgh PA 15230-0640
518091799 Pittsfield Lawn And Tractor, 1548 West Housatonic St, Pittsfield MA 01201-7516
518091800 Pizza Spice Packet Llc, Claims Dept, 170 Ne 2nd St 491, Boca Raton FL 33429-5020
518091801 +Pj Sousa And Sons Masonry Llc, Rosa Sousa, 334 Hortonville Rd, Swansea MA 02777-3613
518091802 +Pk Songer Plumbing, Pk Songer, 44 Walnut St, Montgomery NY 12549-2230
518091803 +Pkny Intl, Anthony Kim, 1 Caesar Pl, Moonachie NJ 07074-1702
518091804 Plainview Water District, Po Box 9113, Plainview NY 11803-9013
518091806 Planet Inc, Echo Global, 600 W Chicago Ave Ste 7, Chicago IL 60654-2801
518091807 +Plastag Holdings Llc, 1800 Greenleaf, Elk Grove IL 60007-5502
518091809 +Plasterer Equipment, 2550 E Cumberland St, Lebanon PA 17042-9207
518091811 Plasterer Equipment, David Campbell, 400 Stoke Pk Rd, Bethlehem PA 18017-9403
518091810 Plasterer Equipment, John Durning, 3215 State Rd, Sellersville PA 18960-1655
518091812 Plastic Bottles Inc, John Groves, 14 N Long St, Williamsville NY 14221-5312
518091813 +Plastic Express, 667 Lehigh Ave, Union NJ 07083-7625
518091814 Plasticade Products, Claims Dept, 7700 N Austin Ave, Skokie IL 60077-2603
518091815 +Plasticplace, 687 Prospect St, Ste 450, Lakewood NJ 08701-4699
518091816 +Plastirun Corp, Veronica Zavala, 70 Emjay Blvd, Brentwood NY 11717-3394
518091817 Plastpro, Dan Decker, 4737 Kister Ct, Ashtabula OH 44004-8975
518091818 +Platinum General Construction, Platinum General Svc, 1462 Roosevelt Ave, Carteret NJ 07008-1330
518232836 +Platt, David, 240 East 72nd St, New York, NY 10021-4503
518091821 Plaze Aeroscience, Char Layton, 1025 Integram Dr, Pacific MO 63069
518091822 +Pleasant Hill Road Llc, 1-71 North Avenue East, Elizabeth NJ 07201-2958
518091825 +Pls Financial Solutions Of Il, 800 Jorie Blvd, Oak Brook IL 60523-2132
518091826 Pls Logistics, Jeanne Pietropola, 3120 Unionville Rd Bg110 St100, Cranberry Twp PA 16066-3437
518091828 +Plunske’s Garage, 915 North Colony Rd, Wallingford CT 06492-2437
518091830 +Ply Gem Stone, Karen Brown, 2600 Grand Blvd, Ste 900, Kansas City MO 64108-4626
518091833 Plymouth Rk Aso Sury Feliz-contrras, Pob 9112, Boston MA 02112-9112
518091834 +Plymouth Roc Assurance Corp, Aso Edward Donlan Boland, And Bonfiglio Llc Ste 13, 10 Federal St, Salem MA 01970-3860
518091835 Plymouth Rock Assurance, As Subrogee For Ramon Batista, Po Box 9112, Boston MA 02112-9112
518091836 +Plymouth Rock Assurance As Sub, Of Rene Renzi-justis, Po Box 902, Lincroft NJ 07738-0902
518091837 +Plymouth Rock Assurance Corp, Claims Dept, Po Box 9112, Boston MA 02112-9112
518091838 Pma Companies, Premium Ops Suite 100, 6990 Snowdrift Rd Bldg A, Allentown PA 18106
518091839 +Pmi Exact Direct, 2774 N Cobb Pkwy, Ste 109-214, Kennesaw GA 30152-3469
518091840 +Pmt Forklift Corp, 275 Great East Neck Rd, West Babylon NY 11704-7601
518091841 +Pmta, Pa Motor Truck Association, 910 Linda Ln, Camp Hill PA 17011-6409
518091842 +Pmxf Systems Inc, 183 27th St, Brooklyn NY 11232-1624
518091843 +Pnc Bank, One Financial Pkwy, Locator Z1-yb42-03-1, Kalamazoo MI 49009-8003
518091844 +Png Logistics, Po Box 123, Akron PA 17501-0123
518091846 Pnglc, Eric Murphy, Po Box 123, Akron PA 17501-0123
518091845 Pnglc, Shannon Burns, P O Box 123, Akron PA 17501-0123
518091851 +Point Pleasant Brick Radiology, Po Box 3131, Point Pleasant NJ 08742-6131
518091855 Polar Tech Industries, Mason Hollandbeck, 415 E Railroad Ave, Genoa IL 60135-1248
518091860 +Pollak Dist, Abraham Jacob Rosner, 1200 Babbit Rd, Euclid OH 44132-2704
518091867 Poly Plastic Films, Dawn Rousseau, P O Box 427, Grand Island NY 14072-0427
518091869 Polylok Inc, Angela La Mora, 3 Fairfield Blvd, Wallingford CT 06492-1828
518091870 #Polymer Concentrates, Daunne Miller, Po Box 42, Clinton MA 01510-0042
518091871 Polymer Technologies, Claims Dept, 420 Corporate Blvd, Newark DE 19702-3330
518091872 +Polyone Corp, Carol Jenkins, 2513 Highland Ave, Bethlehem PA 18020-8942
518091873 Polyone Corp, Schneider Logistics Inc, Po Box 78158, Milwaukee WI 53278-8158
518091874 Polyset Co, April Mullen, 65 Hudson Ave, Mechanicville NY 12118
518091875 Polyurethane Machinery Corp, Joseph Matkowski, 2 Komo Dr, Lakewood NJ 08701-5922
518091876 Polyvinyl Films, Evita Saad, Po Box 753, Sutton MA 01590-0753
518091878 +Pomps Tire Svc Inc, Penny, 1123 Cedar St, Green Bay WI 54301-4703
518091883 +Pontius Landscape And Lawn Care, 1295 Centennial Rd, Po Box 188, Mifflinburg PA 17844-0188
518091887 Poornima Kamath, 16 Parkview Cir, Carmel NY 10512-1827
518091888 +Popchips Inc, Shella Ilagan, 5510 Lincoln Blvd Ste 425, Playa Vista CA 90094-2065
518091889 +Pope Drayer French And Heeler, As Atty Kbuck Sfrench, 10 Grant St Ste B, Clarion PA 16214-1062
518091898 +Por Products Inc, Claims Dept, 38 Portman Rd, New Rochelle NY 10801-2103
518232837 +Port Authority Of Ny And Nj, 4 World Trade Ctr, 150 Greenwich St, New York, NY 10007-2366

518091900 Port Authority Of Ny And Nj, Violations Processing Center, Po Box 15186, Albany NY 12212-5186
518091901 +Port City Pretzels Llc, Echo Global, 600 W Chicago Ave Ste 725, Chicago IL 60654-2522
518091902 Portage County Municipal Court, Civil Div J Fankhauser-clerk, P O Box 958, Ravenna OH 44266-0958
518091916 +Portland North Truck Center, Jennifer Potter, 110 Gray Rd, Falmouth ME 04105-2018
518091917 Portland Water District, Po Box 6800, Lewiston ME 04243-6800
518091918 +Ports Petroleum Co Inc, Po Box 1046, Wooster OH 44691-7046
518091919 +Portsmouth Regional Hospital, Po Box 740760, Cincinnati OH 45274-0760
518091920 +Portugal Express Inc, Denise Horta, 460 So Broad St, Elizabeth NJ 07202-3502
518091921 Posco Inc, 310 Ballardvale St, Wilmington MA 01887-1012
518232838 +Positech International, 170 N 17th St, Wheeling, WV 26003-7073
518091922 +Positive Solution Staffing Llc, 14271 Fern Ave, Chino CA 91710-9063
518091924 +Possibilities For Design, Kortney Sheely, 600 Elati St, Denver CO 80204-4536
518091925 +Postmaster Of Elizabeth, 310 Nbroad St, Elizabeth NJ 07207-6900
518091926 Potential Poly Bag Inc, Naomi Baum, 1253 Coney Island Ave, Brooklyn NY 11230-3520
518091938 +Poulin Grain, Sarah Bingham, 24 Railroad Sw, Newport VT 05855-2154
518232839 +Powell, Johnathan, 618 N Maple Ave, East Orange, NJ 07017-4637
518091944 +Power Distributors, Michaeline Owsley, 20 Empire State Blvd, Castleton NY 12033-9751
518091945 Power Distributors, Daniel Harvey, 3700 Paragon Dr, Columbus OH 43228-9750
518091946 +Power Drives Inc, Cristina Palczak, Assistant Controller, 801 Exchange St, Buffalo NY 14210-1434
518091947 +Power Electric I Nick, 10-22 7th St, Belleville NJ 07109-4199
518091948 Power Freight Svc, 10600 West 143rd, Ste 4, Orland Park IL 60462-1988
518091950 Power Place Inc, John Deere Dealer, 297 Rte 22 East, Whitehouse NJ 08888
518091951 +Power Pro Equipment, Claims Dept, 6515 B Memorial Rd, Allentown PA 18106-9362
518091952 +Power Washer Sales, Thomas Bellomd, Po Box 1542, Littleton MA 01460-4542
518091953 +Powerco Inc, 7247 Penn Dr, Allentown PA 18106-9311
518091954 Powers Auto Parts, Dexter James, 201 N Market St, Petersburg VA 23803-3207
518091955 +Powers Equipment, Echo Global, 600 W Chicago Ave Ste 725, Chicago IL 60654-2522
518091958 +Powmat Ltd, Acct Payable, 321 Ushers Rd, Ballston Lake NY 12019-1561
518091961 +Pp And L, 2 North 9th St Cpc Genni, Allentown PA 18101-1179
518091963 +Pp And L, Credit, 2 North 9th St Cpc-genni, Allentown PA 18101-1139
518091962 Pp And L, Two North Ninth St Lehigh, Allentown PA 18101-1179
518091964 +Ppc, Trans Insight, Po Box 23000, Hickory NC 28603-0230
518091965 Ppg Architectural Coatings, Matt Tessaro, 400 Bertha Lamme Dr, Cranberry Township PA 16066-5229
518091966 Ppg Architectural Finishes, Ppg, Po Box 536864, Atlanta GA 30353-6864
518091967 Ppg Industries, Claims Dept, Bldg 28 Ne Ind Pk, Guilderland Center NY 12085-0240
518091968 Ppg Paints, Martin Pinkham, 973 Congress St, Portland ME 04102-2715
518091969 #+Ppg Paints, Robert Rothert, 1130 Perry Hwy, Pittsburgh PA 15237-2145
518091970 Ppg Pmc Chesapeake 9969, Larry Best, 1416 Kelland Dr Ste F, Chesapeake VA 23320-4447
518232840 +Ppl, Two North Ninth St, Allentown, PA 18101-1179
518091971 Ppl Corp, Po Box 25222, Lehigh Valley PA 18002-5222
518091974 +Pratt And Smith Electrical Inc, 578 Route 7 South, Milton VT 05468-3809
518091978 Praxair Distribution Inc, P O Box 382000, Pittsburgh PA 15250-8000
518091977 Praxair Distribution Inc, Praxair, Cust Svc, Dept Ch 10660, Palatine IL 60055-0660
518091979 Praxair Distribution Inc, Po Box 120812 Dept 0812, Dallas TX 75312-0812
518091981 Precept Medical, Angie Jackson, 4830 Eubank Rd, Henrico VA 23231-4400
518091983 Precept Medical Products, Pat Smith, 370 Airport Rd, Arden NC 28704-9202
518091984 +Precise Packaging, Dawn Lopez, 300 Riggen Bach Rd, Fall River MA 02720-4738
518091986 +Precision Devices Inc, 55 North Plains Industrial Rd, Wallingford CT 06492-5841
518091987 +Precision Engine And Machine Inc, Main, 97 Lister Ave, Falconer NY 14733-1441
518091988 +Precision Machinery, 635 Hay St, York PA 17403-1379
518091989 +Precision Medical, 300 Held Dr, Northampton PA 18067-1150
518091992 +Precision Transmissions, 9400 Rt 130 North, Pennsauken NJ 08110-1304
518091993 Precision Truck Center, Mark Pieroni, President, 10 N Gougar, New Lenox IL 60432
518091994 +Pred Materials, Alexis Behnke, 60 E 42nd St Ste 1456, New York NY 10165-1427
518091996 Preferred Foam Products, Carol Carlson, Po Box 942, Clinton CT 06413-0942
518091997 +Preferred Mutual, As Subrogee Of James F Burke, One Preferred Way, New Berlin NY 13411-1800
518091998 +Preferred Petroleum Products, 192 Clifford St, Newark NJ 07105-1903
518091999 +Preferred Plastics And Pkg Inc, Jennifer Santana, 1099 Wall St W Ste 200, Lyndhurst NJ 07071-3628
518092000 Preferred Pump And Equipment, Jon Tackett, 561 East Leffel Ln, Springfield OH 45505-4748
518092001 Preferred Seed, Rebecca Bartels, 575 Kennedy Rd, Buffalo NY 14227-1040
518092002 +Pregis Corp, William Greene, 300 Lower Warren St, Glenns Falls NY 12804
518092003 #+Premier Brands Of America, Jenny Ruiz, 31 South St Ste 25, Mount Veron NY 10550-1748
518092004 Premier Logistics Partners, Katrina Pobanz, 9810a Medlock Bridge Rd, Johns Creek GA 30097-2016
518092005 +Premier Printing And Embroidery, Terry Verville, Po Box 2069, Hillsboro NH 03244-2069
518092007 +Premier Warehousing Ventures, Premier, Po Box 7927, Rocky Mount NC 27804-0927
518092008 +Premiere Credit Of North, America Llc, P O Box 19309, Indianapolis IN 46219-0309
518092009 +Premium Outlet Partners Lp, One Premium Outlets Blvd, Ste 100, Wrentham MA 02093-1571
518092011 Prepass, P O Box 52774, Phoenix AZ 85072-2774
518092014 +President And Fellows Of Harvard, M Frazier Claims And Loss Prev, 1033 Massachusetts Aveste 360, Cambridge MA 02138-5319
518092015 +President Container Lines, William Shea, 510 Thornall St Ste 390, Edison NJ 08837-2204
518092016 Presidio Networked Solutions Group Llc, Edward Mnyawami, Po Box 677638, Dallas TX 75267-7638

518092017 +Prestar Packaging Inc, Taylor Chrisman, Po Box 266, Christiansburg VA 24068-0266
518092022 +Prevue Pet Products, G Jimenez, 224 N Maplewood Ave, Chicago IL 60612-2110
518092024 +Price Master, 57-07 31st Ave, Woodside NY 11377-1210
518092025 Price Master, Sameera Khatkhatay, 5707 31st Ave, Woodside NY 11377-1210
518092026 Price Wholesale, David Price, 3195 Virginia Ave, Collinsville VA 24078-2242
518092040 +Pride Of India, Akshat Jain, 329 Summit Ave Ste 7, Brighton MA 02135-7508
518092042 Primary Colors, D Patterson, 9 Millennium Dr, No Grafton MA 01536-1862
518092043 +Primary Freight, Cts, 1915 Vaughn Rd, Kennesaw GA 30144-4579
518092044 +Prime Collision Center, Dominick, 155 Rivermoor St, West Roxbury MA 02132-4905
518092045 +Prime Inc, Jeff Chism, Po Box 4208, Springfield MO 65808-4208
518092046 Prime Wire, Steven Teixetra, 16220 Carmenita Rd, Cerritos CA 90703-2213
518092048 +Primepak, Irene Himsel, 133 Cedar Ln, Teaneck NJ 07666-4489
518092049 Primex Plastics Corp, Fernando Barboto, 65 River Dr, Garfield NJ 07026-3145
518092050 +Prince George Truck Repairinc, 4214 Takach Rd, Prince George VA 23875-2409
518092051 +Prince George’s County, Automated Enforcement Program, Pob 13286, Baltimore MD 21203-3286
518092052 Prince Of Peace, Heidi Ly, 3536 Arden Rd, Hayward CA 94545-3908
518092056 +Princess Good, 11 Colatosti Pl Aprt 5, Albany NY 12208-1171
518092057 +Principal Life Insurance, Fbr Group-attn: B Gimelson, 103 Eisenhower Pkwy, Roseland NJ 07068-1031
518092058 Principal Truck Supply Inc, 4015 Fondorf Dr, Columbus OH 43228-1025
518092061 Printers Oil Supply Co, Erik Anderson, 310 Ballardvale St, Wilmington MA 01887-1012
518092064 +Priority 1, Maranda Agar, 3307 Northland Dr Ste 360, Austin TX 78731-4943
518092065 Priority One Inc, Po Box 398, North Little Rock AR 72115-0398
518092066 Priority Wire And Cable, Amanda Crutchfield, Po Box 398, North Little Rock AR 72115-0398
518092067 +Private Label, World Class Log Man, 425 Watertown St Ste 103, Newton MA 02458-1131
518092068 Private Label Foods, James Collins, 1686 Lyell Ave, Rochester NY 14606-2312
518092069 +Prizm Medical Resources Ltd, 1528 Walnut St, Ste 1804, Philadelphia PA 19102-3612
518092070 +Pro Auto, 11 Stadium Dr, Uniontown PA 15401-6519
518092071 Pro Star Logistics, Darlene Cook, 5160 Wiley Post Way, Salt Lake City UT 84116-2833
518092072 +Pro Tapes And Specialties, Benjamin Roman, 621 Rte 1 S Unit B, North Brunswick NJ 08902-6302
518092073 +Pro Tech Heating Inc, Svc And Instalation, 517 Turkey Hill Rd, Orange CT 06477-2220
518092074 +Pro Temp Staffing Llc, Nancy Newell, Po Box 567, 316 S Main St, Concord NH 03301-3468
518092075 +Pro-kleen Svc, Po Box 1162, Jackson NJ 08527-0252
518092076 +Pro-mobile Alignment Specialis, Po Box 12, Red Lion PA 17356-0012
518092078 +Process One, P O Box 8024, Garden City NY 11530-0824
518092079 Prochem Inc, Suzanne D’angelico, Po Box 977, Elliston VA 24087-0977
518092080 +Procon, Professional Construction Svcs, Po Box 1, Kingston OH 45644-0001
518092084 Prodrivers, Po Box 102409, Atlanta GA 30368-2409
518092085 Producers Peanut Co, Claims Dept, 337 Moore Ave, Suffolk VA 23434-3819
518092086 +Professional Audio Accociates, Stu Buchan, 14 Everberg Rd, Woburn MA 01801-1043
518092087 +Professional Fire Svc, 56 Shore Dr South, Copiaque NY 11726-5302
518092089 +Professional Petroleum Svc, Sheri Davis, 2500 New Lawn Ave, Williamsport PA 17701-1493
518092092 +Profix, Professional Trailer Repair In, 51 Evergreen St, Bayonne NJ 07002-4352
518092094 +Progress Advance Ins Co Tuo, B Tallie And Md Johnson As Aty, 1 N Charles St Ste 2300, Baltimore MD 21201-3759
518092095 Progress Supply Inc, Kevin Eyre, 1434 Fields Ave, Columbus OH 43211-2635
518232841 Progressive, Weltman Weinberg And Reis, 233 W Lakeside Ave, Ste 200, Cleveland, OH 44113
518092096 +Progressive, Leslie Cooprider, Subrogation Payment Processing Center, 24344 Network Pl, Chicago IL 60673-1243
518092097 Progressive Aso Selimaj Mujo, 2344 Network Pl, Chicago IL 60673-1243
518092098 Progressive Aso Tony J Hobson, 24344 Network Pl, Chicago IL 60673-1243
518092099 Progressive Direct Ins Co As, Sub Of Douglas Starbird, 24344 Network Pl, Chicago IL 60673-1243
518092100 +Progressive V, Eastern Freight Ways Inc Et Al, Megan Metz, 113 Zeigler Ave, Butler PA 16001-6128
518092101 +Progressive Advance Ins Co, As Sub For Nathanael Manzer, 24344 Network Pl, Chicago IL 60673-1243
518092102 +Progressive As Sub Dong Mullin, Subrogation Pmnt Proc Cntr, 24344 Network Pl, Chicago IL 60673-1243
518092103 +Progressive Business Publicati, 370 Technology Dr, Po Box 3019, Malvern PA 19355-0719
518092106 Progressive Casualty Ins Co, As Sub Of Elizabeth Monforte, 24344 Network Place-proc Cntr, Chicago IL 60673-1243
518092105 Progressive Casualty Ins Co, As Sub Of Jumar Ramirez, 24344 Network Pl, Chicago IL 60673-1243
518092104 Progressive Casualty Ins Co, As Subrogee Of Terry Long, 24344 Network Pl Subro Pmnt, Chicago IL 60673-1243
518092108 +Progressive Direct Ins Co, 24344 Network Pl, Chicago IL 60673-1243
518092107 Progressive Direct Ins Co, As Sub For Aurelia F Lopes, 24344 Network Pl, Chicago IL 60673-1243
518092109 +Progressive Emergency, Physicians, Po Box 414469, Boston MA 02241-4469
518092110 Progressive Garden State Ins, As Sub Of Caitlin Concannon, 24344 Network Pl, Chicago IL 60673-1243
518092112 Progressive Garden State Ins, As Sub Of Claro M Platero, 24344 Network Pl, Chicago IL 60673-1243
518092111 Progressive Garden State Ins, As Sub Of Rosalind Mcmillian, 24344 Network Pl, Chicago IL 60673-1243
518092113 Progressive Garden State Ins, Aso Leonardo Bueno, Subro Pmnt, 24344 Network Pl, Chicago IL 60673-1243

518092114 Progressive Garden State Is, As Sub Of Michel Chauvin, 24344 Network Pl,
Chicago IL 60673-1243
518092115 +Progressive Ins, 811 West Jericho Tpk, Ste 201w, Smithtown NY 11787-3227
518092116 Progressive Ins As Sub Of, Bryan Miller Trucking, Acesubro Pmnt, 24344 Network Pl,
Chicago IL 60673-1243
518092117 Progressive Insas Sub For, Stephanie Cheff-subro Proc Cnt, 24344 Network Pl,
Chicago IL 60673-1243
518092118 Progressive Insas Sub Of, Lee Hune-subro Pmnt Processing, 24344 Network Pl,
Chicago IL 60673-1243
518092119 Progressive Logistics Svc, Progressive Logistics, A Capstone Logistics Co,
3086 Momentum Pl, Chicago IL 30092-3353
518092120 Progressive Max Ins Co As Sub, Gabrielle Battista, 24344 Network Pl,
Chicago IL 60673-1243
518092121 Progressive Max Insurance Co, As Sub Of Nelvin Diaz, 24344 Network Pl,
Chicago IL 60673-1243
518092122 Progressive Motorsports, Claims Dept, 3058 State Rte 4, Hudson Falls NY 12839-9631
518092123 Progressive Northern Ins Co, As Sub Of Paul Kelleysub Proc Ctr, 24344 Network Pl,
Chicago IL 60673-1243
518092124 Progressive Northern Ins Co, As Subrogee Of Ryan Carroll, 24344 Network Pl,
Chicago IL 60673-1243
518092125 +Progressive Packaging, Progressive, Po Box 405, Pine Brook NJ 07058-0405
518092126 +Progressive Products, Echo Logistics, 600 W Chicago Ave Ste 725, Chicago IL 60654-2522
518092127 +Progressive Radiologist Serv, P O Box 678398, Dallas TX 75267-8398
518092128 Progressive Specialty Ins Co, As Subrogee Of Joseph Belford, 24344 Network Pl,
Chicago IL 60673-1243
518092129 Progressive Sub For Jonathan, Ratti - Subro Dept, 24344 Network Pl,
Chicago IL 60673-1243
518092130 Progressive Universal Ins Co, As Sub Of May Akouri, 24344 Network Pl,
Chicago IL 60673-1243
518092131 Prohealth Care Assoc, 2800 Marcus Ave, New Hyde Park NY 11042-1113
518092132 +Prohealth Care Associates, 2800 Marcus Ave, Lake Success NY 11042-1113
518232842 +Prokapzya, Richard, 253 Highpoint Dr, Saylorsburg, PA 18353-8003
518092136 +Prolift Of New Jersey Inc, Keith Sahlin, 1808 Brielle Ave, Ocean NJ 07712-3927
518092137 Prologistix, P O Box 116834, Atlanta GA 30368-6834
518092138 Promotion In Motion, Sue Doelling, 25 Commerce Dr, Allendale NJ 07401-1617
518092139 Prompt Logistics, 212 Second St 205a, Lakewood NJ 08701-3683
518092140 +Property Protection Monitoring, 176 Walker St, Lowell MA 01854-3126
518092141 +Property Tax Consultants Ltd, Gulfstream Plaza, 1484 E Hallandale Beach Blvd,
Hallandale FL 33009-4617
518092142 +Prophase Labs Inc, Debbie Whalen, 621 N Shady Retreat Rd, Doylestown PA 18901-2514
518092144 +Proshred Security, Proshred, 152 Eagle Rock Ave, Roseland NJ 07068-1320
518092145 +Prosource Glass Intl, Claims Dept, Po Box 996, Andover MA 01810-0017
518092146 Protection One, Alarm Monitoring Inc, Po Box 219044, Kansas City MO 64121-9044
518092147 Protective Coating Co, Nicole Altemos, 221 South Third St, Allentown PA 18102-4922
518092148 Protective Ins Co, 111 Congressional Blvd Ste 500, Carmel IN 46032-5663
518232843 Protective Insurance, 1099 North Meriden, Hanover, PA 21076
518092149 Protective Life Insurance Co, P O Box 2224, Birmingham AL 35246-0030
518092150 Protective Lining Co, Claims Dept, 601 39th St, Brooklyn NY 11232-3101
518092151 Protrans International Inc, Bobbi Martin, 8311 No Perimeter Rd,
Indianapolis IN 46241-3628
518092152 Protrans International Inc, Po Box 8766, Carol Stream IL 60197-8766
518092154 +Provia Stone Llc, Tj Mummert, 1550 Country Rd 140, Sugarcreek OH 44681-9204
518092155 Providence Municipal Court, 325 Washington St, Providence RI 02903-3238
518092156 +Providence Rescue Ambulance, Svc Provider, Po Box 845316, Boston MA 02284-5316
518092159 Prtc, Po Box 70366, San Juan PR 00936-8366
518092167 +Pse And G, 24 Brown Ave, Springfield NJ 07081-2988
518092168 +Pse And G Solar Loan Program, Greg Pizarek, Renewables And Energy Solutions,
80 Park Plz T8, Newark NJ 07102-4109
518092169 +Pseg Li, Aka Lipa, Geralyn Clinch, 15 Park Dr, Melville NY 11747-3035
518092172 +Psegli, 80 Park Pl, Newark NJ 07102-4194
518092171 +Psegli, 80 Park Plz, Newark NJ 07102-4194
518092170 +Psegli, Po Box 9039, Hicksville NY 11802-9039
518092174 +Pts Intl Express, Deana Petkovits, 1900 Hempstead Tpk Ste 400, East Meadow NY 11554-1702
518092175 +Public Storage, Allan Caloza, 701 Western Ave, Glendale CA 91201-2349
518092178 +Public Svc Electric And Gas Co, 80 Park Pl, Newark NJ 07102-4109
518092176 +Public Svc Electric And Gas Co, 80 Pk Plz, Newark NJ 07102-4109
518092177 Public Svc Electric And Gas Co, Po Box 14444, New Brunswick NJ 08906-4444
518092181 +Puco Fiscal Division, 180 East Broad St, 4th Floor, Columbus OH 43215-3793
518092184 Puerto Rico Attorney General, Wanda V?zquez Garced, Calle Olimpo Esq Axtmayer,
Pda 11 Miramar, San Juan PR 00907
518092185 Puerto Rico Biomedical, Villa Asturias, C34 Bldg 28-1, Carolina PR 00983
518092186 +Puerto Rico Dept De Hacienda, Po Box 9024140, San Juan PR 00902-4140
518092187 +Puerto Rico Dept Of Labor Secretary, Edificio Prudencio Rivera Martinez Ave,
Mu?os Rivera 505, Po Box 195540 Hato Rey, San Juan PR 00919-5540
518092188 +Puerto Rico Dept Of Natural And, Environmental Resources, Po Box 366147,
San Juan PR 00936-6147
518092189 Puerto Rico Hospital Supply, Carretera 860 Kmo 1, Bmgonzalez Esreyes, Carolina PR 00987
518092190 Puerto Rico Manufacturers Ass, Po Box 195477, San Juan PR 00919-5477

518092191 +Puerto Rico Occupational Safety And, Health Administration Pr Osha, Prudencio Rivera Martinez Bldg 20th Fl, 505 Munoz Rivera Ave 20th Fl, Hato Rey PR 00918-3352
518092194 +Pullens Truck Center, 2763 Erie Dr, Weedsport NY 13166-3208
518092197 +Pulp Dent Corp, Po Box 780, Watertown MA 02471-0780
518092198 Pulpdent Corp, Allison Millian, 80 Oakland St, Watertown MA 02472-2202
518092199 +Pulse Tv, Michele Chojnowski, 8500 185th St, Tinley Park IL 60487-9293
518092203 +Puran Ragonandan V, Eastern Freight Ways Inc Et Al, Javon Loney, 61 Burnwood Dr, Bloomfield CT 06002-2235
518092206 +Pure Functional Foods, Julie Stuerwald Claims Dept, 267 Route 89 S, Savannah NY 13146-9711
518092207 +Purity Wholesale Grocers, G T S, 5876 Darrow Rd, Hudson OH 44236-3864
518092208 +Purity Wholesale Grocers Inc, Christine Wyman, 5300 Broken Sound Blvd Nw, Ste 110, Boca Raton FL 33487-3519
518092213 +Push And Pull Auto Body, 4749 Grammers Rd, Allentown PA 18104-9305
518092215 +Pushpinder Singh Medical, 944 N Broadway 208, Yonkers NY 10701-1317
518092217 +Pwi, Po Box 67 211 Lincolnway West, New Oxford PA 17350-0067
518092219 Q Air Inc, Priority 1 Inc, Po Box 398, North Little Rock AR 72115-0398
518092221 +Qmc Technologies, 4388 Broadway, Depew NY 14043-2998
518092223 +Quad Express, Claims Dept, 1415 W Diehl Rd Ste 300, Naperville IL 60563-1153
518092224 +Quad Graphics, Kevin Neis, 1415 W Diehl Rd Ste 300, Naperville IL 60563-1153
518092225 +Quad Logistics, 655 Engineering Dr Ste 310, Norcross GA 30092-2843
518092226 +Quadgraphics, Cargo Claims, 1000 Remington Blvd, Bolingbrook IL 60440-5114
518092227 +Quaker City Auctioneers Inc, Rose Cecola, Admin Assistant, 2860 Memphis St, Philadelphia PA 19134-4226
518092228 Quaker Oats Co, Condata Global, 9830 West 190th St, Mokena IL 60448-5602
518092229 +Qual-craft Industries, Christine Stewart, Po Box 36, Mansfield MA 02048-0036
518092230 +Quality Auto Glass Inc, 2300 South Clinton Ave, South Plainfield NJ 07080-1498
518092231 +Quality Brand Products, Marcy Powers, 12570 Rt 30, Irwin PA 15642-1323
518092232 Quality Castings, Jarrett Logistics, 1347 N Main St, Orrville OH 44667-9761
518092233 +Quality Collision And Paint Inc, 79 East 26th St, Paterson NJ 07514-1615
518092234 Quality Containers, 247 Portland St 300, Yarmouth ME 04096-8130
518092235 +Quality Equipment, Robin Ivey, 70 John Deere Rd, Henderson NC 27537-8273
518092236 Quality Foam Products, Renee Salvo, 137 Gardner Ave, Brooklyn NY 11237-1107
518092237 +Quality King Distributors, Beth Peters, 35 Sawgrass Dr Ste 1, Bellport NY 11713-1576
518092238 +Quality Mobile Washing Svc, Danny Cassello, 31 Carroll Rd, East Hartford CT 06108-3003
518092239 +Quality Overhead Door Inc, Amy Roth, 4655 South Ave, Toledo OH 43615-6420
518092241 +Quality Pressure Washing Corp, Walter Brzoska, P O Box 288, Oak Lawn IL 60454-0288
518092243 +Qudus Kafo And Brian S Quirk, As Atty, 400 Reservoir Ave Ste 1c, Providence RI 02907-3594
518092244 +Queen City Candy, Tracie Leek, 601 Rudolph Way, Greendale IN 47025-8377
518092248 +Quest Workspaces 515 N Flagler, 515 North Flagler Dr, Ste P-300, West Palm Beach FL 33401-4326
518092250 +Quick Dry Foods, Keith Larsen, 2011 Swanson Ct, Gurnee IL 60031-1221
518092251 Quick Fuel, Flyers Energy Llc, Dept 34516 Po Box 39000, San Francisco CA 94139-0001
518092252 Quick Fuel Fleet Svc, Box 88249, Milwaukee WI 53288-0249
518092253 Quick Logistics, Po Box 610, Bloomingdale IL 60108-0610
518092254 Quick Plug Na, Deborah O’regan, 165 Pleasant Ave Unit B, South Portland ME 04106-6226
518092255 Quick Transfer Inc, Mimi Karmel, P O Box 110526, Brooklyn NY 11211-0526
518092256 +Quick Transfer Inc, Leah Lichter Leah Weiss, 331 Rutledge St, Brooklyn NY 11211-7546
518092257 +Quick Wash Plus, Main, 480 Town Ctr Dr N, Ste B230, Mooresville IN 46158-1379
518232844 Quickway, 1 71 Sringtown Rd, Grove City, OH 43123
518092261 +Quincy Mutual Aso Andrew W Dacy, 57 Washington St, Quincy MA 02169-5303
518092262 +Quincy Mutual Group As Sub Of, Douglas P Bennett, 57 Washington St, Quincy MA 02169-5303
518092264 Quinn Supply, Misty Grimm, 4265 East Pike, Zanesville OH 43701-9530
518092270 Quinones, Israel, Address Intentionally Omitted
518232845 +Quizhpiquizhpi, Carlos E, 611 Abbington Dr Apt D35, E. Windsor, NJ 08520-5431
518092273 +R And B Supply Coinc, Beverly, 1891 Goodyear Ave Ste 603, Ventura CA 93003-8003
518092274 +R And D Coatings, Don Eshenbaugh, 1320 Island Ave, Mckees Rocks PA 15136-2518
518092275 R And L Carriers Inc, Rebecca Nichols, 600 Gillam Rd Po Box 271, Wilmington OH 45177-0271
518092276 +R And R Lawn Svc Llc, 22653 Stevenson Rd, Smithsburg MD 21783-1349
518092277 +R And R Marine Supply, John Deere Dealer, 550 E Portage Ave, Sault Sainte Marie MI 49783-2004
518092278 +R And R Truck Sales, P O Box 7309, Akron OH 44306-0309
518092279 +R And W Oil Products Llc, 700 Atlantic Ave, Mckeesport PA 15132-3720
518092280 R Argento And Sons Inc, John Deere Dealer, 1 Prospect Ave, White Plains NY 10607-1657
518092281 +R Brooks Mechanical Inc, R Brooks Machanical Inc, Po Box 1090, Rising Sun MD 21911-4090
518092282 R C Fuller Inc, Sheridan Whse, 145 Western Ave, West Springfield MA 01089-3455
518092283 +R Doucette Svc Llc, P O Box 816, Hebron CT 06248-0816
518092284 +R E I, Birddog Solutions, Po Box 540850, Omaha NE 68154-0850
518092285 R F Fager Co, Ak Sprecht, 2058 State Rd, Camp Hill PA 17011-5926
518092286 R H Reny Inc, Jeff Pendelton Deborah Barnes, 731 Route 1, Newcastle ME 04553-3923
518092287 +R J Murray Co, Martha Beattie, 7 Northway La, Latham NY 12110-4810
518092288 +R R Donnelley Moore, Goodman Reichwald D, Po Box 26067, Milwaukee WI 53226-0067
518092289 R R Donnelly Logistics, Claims Dept, 1000 Windham Pkwy, Bolingbrook IL 60490-3507
518092290 +R W Earhart Co, Vickie, P O Box 39, Troy OH 45373-0039
518092291 +R-g Svc, Po Box 333, Richfield OH 44286-0333
518092292 +R2 Logistics Inc, Claims Dept, 10739 Deerwood Pk Blvd, Jacksonville FL 32256-4838
518092293 R3 Chicago, Diana Berdecia, 2301 Lunt Ave, Elk Grove Village IL 60007-5625
518092294 +R3 Metro, Adolfo Velez, 1000 Amboy Ave, Perth Amboy NJ 08861-1953

518060228 ++++RIGGINS, INC., C/O STEPHEN B. RAVIN, 1 RIVERFRONT PLZ STE 1520, NEWARK NJ 07102-5401
(address filed with court: Riggins, Inc., c/o Stephen B. Ravin,
1037 Raymond Blvd., Suite 1520, Newark, New Jersey 07102)
518092295 +Ra Security Systems Inc, Tammy Pearce, Po Box 609, Milford NJ 08848-0609
518092296 +Ra Strauss Electric, Susan Isaac, 4300 Superior Ave, Cleveland OH 44103-1134
518092297 +Raceway Park, Tbg Usdtn Pres By Etc And Xdp, 230 Pension Rd, Englishtown NJ 07726-8408
518092298 #+Rachel Dauteuil, 16 Upland Rd Apt 5f, Lisbon ME 04250-6852
518092299 +Rad Woodwork Co Inc, Chuck Purosky, Sales Manager, Po Box 531, Nescopeck PA 18635-0531
518092300 +Radavantage Apc, Lockbox 9452 Po Box 8500, Philadelphia PA 19178-0001
518092303 +Radiance Auto Body Inc, 267 Bayshore Rd, Deer Park NY 11729-7101
518092304 Radiant Global Logis, Po Box 3627, Bellevue WA 98009-3627
518092305 Radiant Pools, Marilyn Sirco, 440 N Pearl St, Albany NY 12207-1320
518092306 Radici Plastics, Randy Steele, 960 Seville Rd, Wadsworth OH 44281-8316
518092307 +Radiologic Associates Pc, Po Box 3840, Peoria IL 61612-3840
518092309 +Radiology Assoc Of Richmond, Po Box 13343, Richmond VA 23225-0343
518092314 +Rafferty Aluminum And Steel Co, Po Box 1507, 1 Spratt Technology Dr,
Sterling MA 01564-2341
518092318 Rags Inc, Dm Trans Mangmnt, Po Box 621, Boyertown PA 19512-0621
518092321 Rahway Steel Drum Co, 26 Brick Yard Rd, Cranbury NJ 08512-5002
518092323 +Railside Environmental Svc Llc, Kim Foley, 1dexter Rd, East Providence RI 02914-2033
518092329 +Rajendra Manche, 40 Reinharat Way, Bridgewater NJ 08807-5710
518092330 +Rajendranauth Dataram Et Al, Alvin H Broome And Associates Pc, 225 Broadway, Ste 630,
New York NY 10007-3708
518092331 +Rajendranauth Dataram Et Al V, Armstrong Flooring, Gibbons Pc Dale Barney Esq,
One Gateway Ctr 21st Floor, Newark NJ 07102-5310
518232846 +Rakowski, Jeff, 14002 E 21st St, Tulsa, OK 74134-1425
518092333 Ralph Friedland And Bros, Adam Caplan, 17 Industrial Dr, Cliffwood Beach NJ 07735-6113
518092336 Ram Ind, Karen Dickerson, 2850 Appleton St Ste D, Camphill PA 17011-8036
518092337 +Ram Tool, Claims Dept Cesar Oviedo, 1901 Roseneath Rd, Richmond VA 23230-4311
518092338 +Ramada Plaza Newark Airport, Ramada, 160 Frontage Rd, Newark NJ 07114-3782
518092346 +Ramon Hernandez, 206 Cuyler St, Newark NY 14513-1819
518092348 +Ramonea S Harris, Attorney For Plaintiff, Tobin Kessler Greenstein,
Caruso Wiener Konray 136 Central Ave, Clark NJ 07066-1142
518092349 +Ramonea S Harris V, Eastern Freight Ways Inc Et Al, Andrew Lund, Po Box 3,
Amherst NY 14226-0003
518092363 +Ramsey Elhosn Md, 2 Executive Pk Dr, Albany NY 12203-3700
518092367 Rand Mcnally, Po Box 674311, Dallas TX 75267-4311
518092368 +Randall E Loy, Randall Loy, 5732 E Muriel Dr, Scottsdale AZ 85254-6411
518092369 +Randall V Ehrlich Md Pc, 777 Westchester Ave, Ste 101, White Plains NY 10604-3520
518092371 +Randallreillyllc, Po Box 2029, Tuscaloosa AL 35403-2029
518092379 Randstad North America Inc, Randstad Us Lp, Jessica Owens, P O Box 2084,
Carol Stream IL 60132-2084
518092380 Randstad Us Lp, Alex Eklind, Account Svc Representative, P O Box 7247-6655,
Philadelphia PA 19170-6655
518092381 +Randy Abraham, 9 Pringle Ln, Fairchance PA 15436-1201
518092382 Randy Kissel And Franklin Saving, Bank, Po Box 181, Greenwood ME 04255-0181
518092383 +Randy Merrit, Attorney For The Plaintiff, Law Off Of Goffer And C Michael Goffer,
1603 Monsey Ave, Scranton PA 18509-1990
518092384 Randy Merrit V Nemf Et Al, Kevin Canavan, Swartz Campbell Llc,
Two Liberty Pl 50 S 16th St Fl 28, Philadelphia PA 19102
518092385 +Randy Roberts Trucking, 3141 Sam Moss Hayes Rd, Oxford NC 27565-7233
518092386 +Randy Workman, 7960 Kessler Fredrick Rd, Tipp City OH 45371-9689
518092387 +Randys Greenhouse Llc, 562 Riverside Dr, Athens PA 18810-9379
518092389 +Ransome International Llc, Administration Office, 2975 Galloway Rd,
Bensalem PA 19020-2327
518092391 Rapid Cool Trading Usa, Catherine Spennacchio, 2001 S Main St Ste 1,
Blacksburg VA 24060-6667
518092392 +Rapid Recovery Towing, 159 West Montauk Hwy, Hampton Bays NY 11946-2382
518092394 Rappahannock Supply Co, Paul Foster, Po Box 32, Church View VA 23032-0032
518092396 +Raritan Bay Medical Center, Po Box 650292, Dallas TX 75265-0292
518092399 +Rasha Egirgis Hany Moussa And, Raymond P Vivino Esq As Atty, 401 Hamburg Turnpike Ste 201,
Wayne NJ 07470-2139
518092407 +Raul Almodovar, 254 Van Houten St 2nd Fl, Paterson NJ 07501-2008
518092408 +Raul G Gil, 875 Longfellow Ave, Aptl 5g, Bronx NY 10474-4842
518092413 +Ray Catena Lexus, 18 Cindy Ln, Ocean NJ 07712-7250
518092414 +Ray Catena Motor Car Corp, 910 Route 1, Edison NJ 08817-4848
518092415 +Ray Catena Motor Car Corp, Krista, 123 South Main St, Edison NJ 08837-2920
518092416 +Ray Catena Of Union Llc, Pam, 95 Progress St, Union NJ 07083-8157
518092417 Ray Hoskins, Ray Hoskins, 104 S Second Ste St, Wormleysburg PA 17043
518092418 Ray Kerhaerts Garage Inc, Ray Kerhaert’s, 1396 Ridge Rd W, Rochester NY 14615-2418
518092419 Ray Murray Inc, Bob Tenbroeck, 50 Limestone Rd, Lee MA 01238-9621
518092420 Ray Murray Inc, Claims Dept, 1443 Wells Dr, Bensalem PA 19020-4469
518092421 +Ray Sands And Son Mobile Glass, 3315 Chili Ave, Rochester NY 14624-5324
518092425 +Rayhaven Group Inc, 3842 Congress Pkwy a, Richfield OH 44286-9745
518092426 Raymond Corp, Tod Williamson, 6650 Kirkville Rd, East Syracuse NY 13057-9520
518092428 Raymond Corp, Michele Kralovic, 1 Wheeler St, Greene NY 13778-3467
518092427 +Raymond Corp, John Sponable, Po Box 130, Greene NY 13778-0130
518092429 Raymond Hadley Corp, Lynne Hickey, 89 Tompkins St, Spencer NY 14883-9759
518092430 +Raymond J Noonan Llc As Atty, For Grange Ins Co Aso, Streamline Cargo, 170 Worth St,
Brick NJ 08724-3417

518092431 +Raymond Jedrzejewski, 229 Bethel Rd, N Huntingdon PA 15642-1834
518092432 Raymond Nicholas, 10 Heron Ln, Pennsauken T-60 NJ 08075-1638
518092433 +Raymond Of New Jersey Llc, Robert Rubinfeld, Collections Rep, 1000 Brighton St, Union NJ 07083-6805
518092436 +Rays Truck Svc, 305 Bradley St, Saco ME 04072-3105
518092437 +Razaq Afolabi Ibrahim, 15702 Haynes Rd, Laurel MD 20707-3304
518092438 +Rc Foster Truck Sale Inc, Aaron Barlow, 1200 West Troy, Indianapolis IN 46225-2250
518092440 +Reading Municipal Light Dept, Po Box 30, Reading MA 01867-0030
518092441 +Realty Landscaping Corp, 2585 Second St Pike, Newtown PA 18940-9667
518092442 +Rebecca Anne Shores, 1643 Ballenger Creek, Pike Point Of Rocks MD 21777-2005
518092443 +Rebecca Desimone, 6804 State Hwy 5, Ft Plain NY 13339-1727
518092444 +Rebecca Gorman, 235 Applegate Dr Unit 52, Bennington VT 05201-1787
518092445 +Rebecca Hirschwerk, 44 Roger Dr, Port Washington NY 11050-2528
518092446 +Rebecca Smith Campaign, Ad Morgan, 716 N Renellie Dr, Tampa FL 33609-1119
518092448 +Rebuildex Of Plymouth County, 6 Commerce Way, Carver MA 02330-1080
518092449 Receiver General, Canada Revenue Agencyintl Tax, 102 A 2204 Walkley Rd, Ottawa ON K1A 1A8, Canada
518092450 +Recino Enterprise, Matthew Recino, 123 Pin Oak Ln, Rochester NY 14622-2383
518092452 Reclaim Canada, Joanna Lam, 120 Bremmer Blvd Ste 800, Toronto ON M5J0A8, Canada
518092453 Recon Logistics, 284 Inverness Pkwy, Ste 270, Englewood CO 80112-5821
518092454 +Record Reproduction Svc, 600 N Jackson St, Ste 104, Media PA 19063-2561
518092456 Recreational Equipment Inc, Claims Dept Zach Sutula, 6100 Dobbin Rd Ste B, Columbia MD 21045-5804
518092457 +Recsource Glass Intl, Claims Dept, 9 Lamancha Way, Andover MA 01810-4205
518092458 Rectorseal Corp, Angiela Smith, 2601 Spenwick Dr, Houston TX 77055-1035
518092459 +Recycle Inceast, 20a Harmich Road, Po Box 340, South Plainfield NJ 07080-0340
518092460 Red Bull North America, Geodis, Po Box 2208, Brentwood TN 37024-2208
518092461 Red Door Spas, Michael Tablante, 2820 Glavin Dr, Elgin IL 60124-7859
518092462 Red Hawk Fire And Security Llc, Unnita Chambers, Account Manager, Po Box 970071, Boston MA 02297-0071
518092463 +Red Light Photo Enforcement, Parking Violations Bureau, 42 South Ave, Rochester NY 14604-1794
518092464 +Red Line Freight Systems Inc, 109-111 York Ave, Randolph MA 02368-1846
518092465 Red’s Towing And Svc Center, 1528 Riverdale St, West Springfield MA 01089-4640
518092466 Redco Tech Logistic, 300 Elm Sr Unit 1, Milford NH 03055-4715
518092467 Redco Foods Inc, Tech Logistics, 300 Elm St Unit 1, Milford NH 03055-4715
518092468 #Redco Foods Inc, Heather Perry, One Hansen Island, Little Falls NY 13365-1916
518092472 +Redhawk Global, Cargo Claims, 2642 Fisher Rd Ste B, Columbus OH 43204-3565
518092473 +Redman Fleet Svc, 7300 Telegraph Square Dr, Lorton VA 22079-1566
518092476 +Redstone Logistics Llc, 8500 W 110th St, Ste 300, Overland Park KS 66210-1804
518092477 +Redstone Logistics Llc, Jim Ritchie, 8500 W 110th St, Overland Park KS 66210-1874
518092478 Redwood Scs, Elizabeth Fellwock, 1765 N Elston Ave Ste 216, Chicago IL 60642-1501
518092479 Reed Lane, Logistxs Inc, 1500 Route 17 Ste 305, Hackettstown NJ 07840
518092495 +Reenough Packaging, Joe Sacco, 54 Heywood Ave, West Springfield MA 01089-3708
518092508 Refrig-it, Mike Pilo, 80 Campus Dr, Kearny NJ 07032-6511
518092509 +Regency Inc, Rephaela Bot Yaisrael, 2375 Romig Rd, Akron OH 44320-3824
518092510 Regency Warehousing And Distri, John Christopher, 500 University Ct, Blackwood NJ 08012-3230
518092512 Regional International, Mark Brennan, 2425 Walden Ave, Buffalo NY 14225-4746
518092513 +Regional International Corp, 1007 Lehigh Station Rd, Henrietta NY 14467-9311
518092514 Regional Sewer Svc Invoice, Camden County Mua, Po Box 1105, Bellmawr NJ 08099-5105
518092515 +Regional Truck Svc, Rt 17 M North St, Po Box 847, Middletown NY 10940-0847
518092520 Rei, Greg Swanson, 22 Chapel View Blvd, Cranston RI 02920-3062
518092521 Rei, Julie Carlsen, 1400 Country Ridge Rd, Bedford PA 15522-6724
518092522 Rei, John Stewart, 2300 Fashion Ctr Blvd, Newark DE 19702-3240
518092523 Rei, Chris Magers, 6100 Dobbin Rd Ste B, Columbia MD 21045-5804
518092524 Rei, Nick Whatley, 11950 Grand Commons Ave, Fairfax VA 22030-8613
518092525 Rei, Ali Mc Knight, 2020 Old Brick Rd, Glen Allen VA 23060-5834
518092526 Rei, Leah Williams, 350 Independance Blvd, Virginia Beach VA 23462-2802
518092527 Rei, Jennifer Dumore, 888 Willow Rd, Northbrook IL 60062-6803
518092528 Rei, Linda Adams, 1700 45th St E, Sumner WA 98352-0002
518092529 +Rei 0057, Isaac Swanson, 375 Cochituate Rd, Framingham MA 01701-4653
518092530 +Rei 142, Chris Jessiman, 303 Lafayette St, New York NY 10012-2702
518092531 Rei 166, Greg Howell, 350 Independence Blvd, Virginia Beach VA 23462-2802
518092532 Rei 26, Paul Doucette, 279 Salem St, Reading MA 01867-1961
518092533 +Rei Asset Protection Recoverie, Matt Saxon, 6750 S 228th St, Kent WA 98032-4803
518092534 +Reid Building Svc Llc, P O Box 843, Concord NH 03302-0843
518092540 Reily Foods Co, Stacey Arabie, 640 Magazine St, New Orleans LA 70130-3406
518092541 +Reine Abita And, John J Sheptock Llc As Atty, 2424 Morris Ave Ste 302, Union NJ 07083-5710
518092543 Reinhart Foodservice Llc, 32 Thompson Dr, P O Box 8654, Essex VT 05451-8654
518092547 +Reliable Material, Jesus Ramirez, Handling Installation Llc, 286 Leswig Dr, Brick NJ 08723-6872
518092548 Reliable Trailer Svc Inc, Cindy Powell, 601 Commerce Rd, Bldg 17, Richmond VA 23224-5415
518092549 +Reliance Bottle Gas Co Inc, Jim, 6025 Secor Rd, Toledo OH 43613-1061
518092550 Reliastar Bankers Security, Life Insurance, 4691 Paysphere Cir, Chicago IL 60674-0046
518092552 Rema Foods, Anthony Montuori, 140 Sylvan Ave, Englewood Cliffs NJ 07632-2514
518232847 +Remache, Edgar, 36 Euclid Ave 1st Fl, Hackensack, NJ 07601-4510
518092553 +Remaly Manufacturing Co Inc, 211 Cedar St, Tamaqua PA 18252-2098

518092557 +Remington Lamp, Russ Haley, 2500 Gettysburg Ave, Camp Hill PA 17011-7228
518092559 Rems Distributors, Tammy Parker, 141 W Davis Ave, Wildwood NJ 08260
518092564 +Renee Hartson, Spadafora And Verrastro Llp, Kathy Verrastro, 2 Symphony Cir, Buffalo NY 14201-1340
518092565 +Renee Hartson V, New England Motor Freight Inc Et Al, Francisco Gomez-bueno, 179 Vermont Ave, Providence RI 02905-4329
518092570 +Rent A Center Corp Office, 5700 Tennyson Pkwy, Plano TX 75024-3583
518092572 +Renzi Family Medicine Llc, 1217 North Church St, Moorestown NJ 08057-1143
518092573 +Reo Logistics, Laura Davis, 1 Solutions Way, Waynesboro VA 22980-1971
518092574 +Repacorp Inc, Repacorp Label Products, 31 Industry Pk Ct, Tipp City OH 45371-3060
518092576 +Replacement Auto Rental Inc, 540 Pawtucket Ave, Pawtucket RI 02860-6024
518092577 +Reppen Industries Inc, 5 Malke Dr, Ocean NJ 07712-3370
518092578 Republic Tobacco, Martin Trujillo, 2301 Ravine Way, Glenview IL 60025-7627
518092579 Resilite Sports Prod, William Heller, 200 Point Township Dr, Northumberland PA 17857-8701
518092580 Resource Center, Michael Winship, 75 Jones & Gifford Ave, Jamestown NY 14701-2828
518092582 Retail Industry Leaders Assoc, Pobox 418421, Boston MA 02241-8421
518092583 Retail Therapy, Echo Global, 600 W Chicago Ave Ste 7, Chicago IL 60654-2801
518092584 +Retrans, Cargo Claims, Po Box 907, Mocksville NC 27028-0907
518092585 +Retrans Freight Inc, 420 Airport Rd, P O Box 9490, Fall River MA 02720-0015
518092587 Reverie, Echo Global, 600 W Chicago Ave Ste 7, Chicago IL 60654-2801
518092590 Rexel, Kristine Codega, 350 Myles Standish Blvd Ste204, Taunton MA 02780-7387
518092591 Rexel Consolidated, Afs Logistics, Po Box 18170, Shreveport LA 71138-1170
518092604 Reynolds Farm Equip, John Deere Dealer, 2155 Bellbrook Ave, Xenia OH 45385-4043
518092614 Rg And E, Po Box 847813, Boston MA 02284-7813
518092616 +Rga Tire And Auto Repair, Main, 9 Ledge Rd, Pelham NH 03076-2612
518092617 +Rgm Distribution, Colette King, Po Box 40221, Brooklyn NY 11204-0221
518092619 Rheudin Harris, 233 North York Ave, Apt 702, Atlantic NJ 08401
518092620 +Rheudine Harris, Goldenberg Mackler Sayegh Mintz Et Al, Allison E Weiner Esq, 1030 Atlantic Ave, Atlantic City NJ 08401-7427
518092622 +Rhode Island Attorney General, Peter Kilmartin, 150 S Main St, Providence RI 02903-2907
518092623 +Rhode Island Dept Employment Security, Po Box 1029, Providence, RI 02901-1029
518092624 Rhode Island Dept Of, Environmental Management, 235 Promenade St, Providence RI 02908-5767
518092625 +Rhode Island Dept Of Labor And Training, Director, 1511 Pontiac Ave, Cranston RI 02920-4407
518092627 +Rhode Island Division Of Taxation, One Capitol Hill, Providence RI 02908-5803
518092626 +Rhode Island Division Of Taxation, Sales Tax, One Capitol Hill, Providence RI 02908-5816
518092628 +Rhode Island Novelty, Christie Fernandes, 350 Commerce Dr, Fall River MA 02720-4746
518092629 Rhode Island Textile, Baystate Logistics, Po Box 547, Leominster MA 01453-0547
518092630 +Rhode Island Textile, Cargo Claims, 35 Martin St, Cumberland RI 02864-5361
518092631 Rhode Island Traffic Tribunal, 670 New London Ave, Cranston RI 02920-3081
518092632 Rhode Island Treasury Office, Unclaimed Property Division, State House, Room102, Providence RI 02903
518092633 +Rhode Island Trucking, Association Inc, 660 Roosevelt Ave, Pawtucket RI 02860-1008
518092637 +Rhonda Hines And Lisa Hines, 300 Sullivan Pl Apt B10, Brooklyn NY 11225-2934
518092638 Rhsh, Pnglc, Po Box 123, Akron PA 17501-0123
518092639 +Ri Dept Employment Security, Po Box 1029, Providence, RI 02901-1029
518092641 Ri Dept Of Labor And Training, Occupational Safety Division, 1511 Pontiac Avepo Box 20157, Cranston RI 02920-0942
518092642 +Ri General Treasurer, Annual Ripdes Fee, 235 Promenade St, Providence RI 02908-5734
518092643 Ri Textile, Chutchinson L Vigneau, 35 Martin St, Cumberland RI 02864-5361
518092646 +Ribcraft Usa, 88-100 Hoods Lane, Marblehead MA 01945-2576
518092648 +Ricardo Louis, 1869 Virginia Ave, Elmont NY 11003-4904
518092649 +Riccelli Enterprises Inc, Po Box 6418, Syracuse NY 13217-6418
518092667 Riceland Foods, 2120 Park Ave, Stuttgart AR 72160-6822
518092670 +Richard Bedell, 42 Willis Ave, Amityville NY 11701-2939
518092671 +Richard C Genabith Officer, Post Office Box 317, Berkeley Heights NJ 07922-0317
518092672 +Richard E Adams Electric, And Svc Inc, 4301 Stanley Ave, Erie PA 16504-2343
518092673 +Richard E Brown, Jardines De Country Club, Aj4 Calle 41, Carolina PR 00983-1721
518092674 +Richard J Connelly, 20 Willowood Ct, Westhampton NY 11977-1012
518092675 +Richard M Fry-state Marshall, P O Box 302, Derby CT 06418-0302
518092676 +Richard Milerson, Dominick W Lavelle Esq, 100 Herricks Rd, Ste 201, Mineola NY 11501-3652
518092677 +Richard Nast, 4 Willow Brook Ct, Randallstown MD 21133-1527
518092686 Richardson Brands, Nickie Ordendorff, 101 Erie Blvd, Canajoharie NY 13317-1148
518092704 Richburg, Chad, Address Intentionally Omitted
518092707 Richmond International Forest, Products, 4050 Innslake Dr Ste 100, Glen Allen VA 23060-3327
518092708 +Richmond Motor Sales And Rentals, Po Box 9043, Providence RI 02940-9043
518092709 +Richmond Terminal Llc, P O Box 6031, Elizabeth NJ 07207-6031
518092710 +Richmond Terminal Llc, Whiteford Taylor And Preston Llp, Edward U Lee, Seven Saint Paul St Ste 1500, Baltimore MD 21202-1636
518092711 +Richmond Towing Inc, Richmond Towing, 9932 Jefferson Davis Hwy, Richmond VA 23237-3536
518092714 +Rickelle Davis And Bob Huff, Colliision Repair, 915 East Marshall St, Wytheville VA 24382-3416
518092719 Ricoh Americas Corp, Transportation RIcoh, 70 Valley Stream Pkwy, Malvern PA 19355-1407
518092720 Ricoh Production, Print Solutions Llc, Po Box 644225, Pittsburgh PA 15264-4225
518092722 Ricoh Usa Inc, P O Box 827577, Philadelphia PA 19182-7577
518092721 Ricoh Usa Inc, Transportation Insight, 310 Main Ave Way Se, Hickory NC 28602-3513
518092723 Ricola Usa Inc, 6 Campus Dr 2nd Flr, Parsippany NJ 07054-4406

518092727 +Rides 4 Less Llc, 7468 South Stat St, Lowville NY 13367-1715
518092729 +Ridgefield Municipal Court, 604 Broad Ave, Ridgefield Boro NJ 07657-1695
518092731 +Ridot, P O Box 576, Jamestown RI 02835-0576
518092737 Riggins Inc, Saul Ewing Arnstein And Lehr, Stephen B Ravin,
1 Riverfront Plz 1520 1037 Raymond Blvd, Newark NJ 07102
518092736 +Riggins Inc, P O Box 150, Milville NJ 08332-0150
518092738 +Riggins Inc, Paul Riggins, P O Box 150, Milville NJ 08332-0150
518092739 +Right At Home, 14 Holman Blvd, Hicksville NY 11801-2829
518092740 +Rigidized Metals, Patty Hann, 658 Ohio St, Buffalo NY 14203-3122
518092741 +Rikon Power Tools, Tech Log, 300 Eslm St Unit 1, Milford NH 03055-4715
518092750 +Rim Logistics, 200 N Gary Ave, Roselle IL 60172-1683
518092751 Rimaco Inc, Marginal Buchanan, P O Box 8895, San Juan PR 00910-0895
518092761 +Rip Van Winkle Bridge, P O Box 286, Catskill NY 12414-0286
518092762 +Ripon Miah, 88-20 179 Place, Queens NY 11432-4779
518092768 +Rist Transport Ltd, Safety, 369 Bostwick Rd, Phelps NY 14532-9309
518092769 +Rita Alvarado, The Rosato Firm, Paul A Marber Esq, 55 Broadway 23rd Floor,
New York NY 10006-3734
518092770 Rita Income Tax, Po Box 94736, Cleveland OH 44101-4736
518092771 +Ritba, Toll Administration Dept, Po Box 576, Jamestown RI 02835-0576
518092777 Rite Aid Corp, Majorie Hier Damarys Ayala, 30 Hunter Ln, Camp Hill PA 17011-2400
518092775 Rite Aid Corp, Lock Box 4252, Po Box 8500, Philadelphia PA 19178-4252
518092776 Rite Aid Corp, Tonya Lloyd, 325 Welltown Rd, Winchester VA 22603-4627
518092778 Ritemade, Tim Mcmullan, 2600 Bi State Dr, Kansas City KS 66103-1309
518092780 Riteway Crack Repair, Cargo Claims, 4 Sycamore Way Unit 7a, Branford CT 06405-6535
518092781 Ritter Disposables, Dana Harper, 4155 Mid America Blvd, Marion AR 72364
518092785 +River Casino And Resort, 1 Rush St, Schenectady NY 12305-1013
518092786 +River Edge Inn, Betty Felton, 30 Colonial Ave, Colonial Beach VA 22443-2202
518092810 +Riverside Realty, Pob 4436, Baltimore MD 21223-0436
518092811 +Riverview Medical Center, Po Box 416940, Boston MA 02241-6940
518092812 Riviana Foods, T C S, Po Box 18, Dillsburg PA 17019-0018
518092813 +Riviana Foods Inc, Jennifer Phillips, 85 Shannon Rd, Harrisburg PA 17112-2799
518092814 +Rix Pool And Spa, 138 Ridgedale Ave, East Hanover NJ 07936-1207
518232849 Rizzo, Dianne, 1735 R Jefferson Ave, Glenview, IL 60025
518092816 +Rj Distributing, Ras Jayawadena, 241 W Wyoming Ave, Philadelphia PA 19140-1529
518092817 Rj Schinner, Claims Dept, 2120 Spillman Dr, Bethlehem PA 18015
518092818 +Rj Schinner, July Wellman, 4001 Gantz Rd Ste E, Grove City OH 43123-4833
518092819 +Rjs Sales, Patrick Seymore, 13507 E Boundary Rd Ste C, Midlothian VA 23112-3939
518092820 Rjw Logistics Inc, 11240 Katherines Cr, Ste 400, Woodbridge IL 60517-5150
518092821 +Rka Petroleum Companies Inc, Judy, 28340 Wick Rd, Romulus MI 48174-2639
518092823 +Rlf Ia Spe Llc, Realterm Nat, Paul Underwood Svp Portfolio Management,
201 West St Ste 200, Annapolis MD 21401-3401
518092822 +Rlf Ia Spe Llc, Shannon Singleton, 201 West St, Ste 200, Annapolis MD 21401-3401
518092825 Rli Insurance Co, Amra Pasagic, Po Box 3961, Peoria IL 61612-3961
518092824 +Rli Insurance Co, 9025 N Lindbergh Dr, Peoria IL 61615-1499
518092826 +Rm Thornton Mechanical, 120 Westhampton Ave, Capitol Heights MD 20743-3516
518092827 Rmh Emergency Svc Llc, Rmh, Po Box 826755, Philadelphia PA 19182-6755
518092828 +Rmlc Logistics, Po Box 204, Oxford MA 01540-0204
518092829 +Ro Cars 75 Inc Auto, 170-30 Douglas Ave, Jamaica NY 11433-1221
518092833 +Road Con Inc, 902 Camaro Run Dr, West Chester PA 19380-4281
518092834 Roadnet Technologies Inc, Ups Supply Chain Solutio, Po Box 840720, Dallas TX 75284-0720
518092835 +Roadrunner Enterprises Llc, John Gomm, 21 E 6th St Apt 1b, Clifton NJ 07011-1166
518092836 +Roadside Rescue And Diesel Serv, 46 Jiminy Cricket Dr, St George ME 04860-5085
518092837 +Roanoke Claims Svc, Marissa Mielke, 1475 E Woodfield Rd Ste 500, Schaumburg IL 60173-4903
518092838 +Roanoke Valley Wine, Matthew Koster, 1250 Intervale Dr, Salem VA 24153-6411
518092839 Roar Logistics, Barbara Davis, Po Box 82940, Phoenix AZ 85071-2940
518092840 Roaring Spring Blank Book, Susan Kolinchak, Po Box 35, Roaring Spring PA 16673-0035
518092841 Roaring Spring Paper Productio, Susan Kolinchak, Po Box 35, Roaring Spring PA 16673-0035
518092844 +Rob Sampson, 276 Bound Line Rd, Wolcott CT 06716-2538
518092845 Rob’s Automotive And Collision, Po Box 1619, Levittown PA 19058-1619
518092846 +Robbins Lumber Inc, 53 Ghent Rd, Po Box 9, Searsmont ME 04973-0009
518092850 +Robert ’mac’ Walker, Nemf Properties, 141 E 26th St, Erie PA 16504-1082
518092851 +Robert Bosch Llc A, Williams And Associate, 405 E 78th St, Bloomington MN 55420-1299
518092852 +Robert Connor And Hamelwaxler, Allen And Collins P C, 7 North Sixth St,
New Bedford MA 02740-6125
518232850 +Robert Deveraux Corp, 10 Emerson Pl, Boston, MA 02114-2204
518092853 +Robert E Little Inc, John Deere Dealer, 221 Boot Rd, Downingtown PA 19335-3402
518092854 Robert E Little Inc, John Deere Dealer, Box 51 Rte 29, Zieglerville PA 19492
518092855 +Robert F Walker, 6014 Longwood Dr, Erie PA 16505-1019
518092856 +Robert Green Auto And Truck, P O Box 8002, Rock Hill NY 12775-8002
518092857 +Robert K Solodare Officer, Po Box 270, Chatham NJ 07928-0270
518092858 +Robert Knapp Md, 199 Parrish St, Canandaigua NY 14424-1788
518092859 +Robert Macrae, 114 Locust Hill, Stelburne VT 05482-6384
518092860 +Robert Marcouiller, 2979 Hickory St, Allison Park PA 15101-2315
518092861 +Robert Mcclorey And Ann Ballpc, As Attorney, 357 Veterans Memorial Hwy,
Commack NY 11725-4330
518092862 +Robert Nethercott, 1124 Brookdale Ave, N Bayshore NY 11706-1829
518092863 +Robert Packer Hospital, 1 Guthrie Square, Sayre PA 18840-1698
518092865 +Robert Stone, Robert, 3226 Deer Path Dr, Grove City OH 43123-4101
518092866 +Robert T Gray, 417 Young Dr, Lodi OH 44254-1235
518092867 +Robert Torgbor And Stanley, Marcus Esq, 50 Park Pl 11th Fl, Newark NJ 07102-4301

518092868 +Robert W Molinari Md, 6 Merryhill Ln, Pitsford NY 14534-1865
518092870 +Robert Young’s Auto And Truck Inc, Robert Young’s, 210 Carver Ave Ne, Roanoke VA 24012-5112
518092873 +Roberto Vega, 300 Tresser Blvd, Stamford CT 06901-3201
518092874 +Roberts And Son Inc, Roberts And Son, 20 Jewell St, Garfield NJ 07026-3709
518092875 +Roberts Chemical, Elizabeth Hoffman, 330b Victor Rd, Attleboro MA 02703-6294
518092876 Roberts Logistics, Michelle Bricker, 5501 Rt 89, North East PA 16428-5054
518092877 Roberts Logistics Svc, Alicia Baker Mmenosky, 5501 Rt 89, Northeast PA 16428-5054
518092878 +Roberts Towing And Recovery, 722 South Pearl St, Albany NY 12202-1016
518092879 +Roberts Towing And Recovery, Kenny, 722 South Pearl St, Albany NY 12202-1016
518092893 +Robertshaw Industrial Products, 14575 Collections Ctr Dr, Chicago IL 60693-0001
518092894 Robertson Heating Supply, Marc Torgersen, 2155 W Main St, Alliance OH 44601-2190
518092900 Robin Enterprises Co, Ryan Anderson, 111 N Otterbein Ave, Westerville OH 43081-5703
518092901 +Robin Gayle, 1574 Blue Church Rd, Coopersburg PA 18036-3018
518092902 +Robin Meadow, 142 Dutton Ct, New Castle DE 19720-5415
518232851 +Robinson And Mcelwee, Stephen F Gandee Esq, Po Box 128, 140 West Main St Ste 300, Clarksburg, WV 26301-2914
518092904 +Robinson And Mcelwee Pllc, Accts Rec Mgr, Po Box 1791, Charleston WV 25326-1791
518092924 +Roca Usa, Erika Hernandez M Bustamante, 11190 Nw 25th St Ste 100, Miami FL 33172-1918
518092926 +Rocheleau Tool And Die, 117 Industrial Rd, Fitchburg MA 01420-4697
518092927 +Rochester Fire Equipment Inc, 64 Marshall St, Rochester NY 14607-3525
518092928 +Rochester Power Wash, Main, 517 West Comercial St, East Rochester NY 14445-2255
518092929 Rochester Truck Repair, 549 U S Highway 1 Bypass, Portsmouth NH 03801-4131
518092930 Rock-n-rescue, Je Weinel Inc, 300 Delwood Rd, Butler PA 16001-2068
518092932 +Rocket Power Washing, Dave Mcwhinnie, 4340 Holly Hill Rd, Toledo OH 43614-3258
518092933 +Rocket Software Inc, David Smith, Acc Manager, P O Box 842965, Boston MA 02284-2965
518092934 +Rockville Auto, 8073 Snouffer School Rd, Gaithersburg MD 20879-4706
518092935 +Rockwell American, Joanne King, 310 Main Ave Way Se, Hickory NC 28602-3513
518092936 Rockwell Equipment And Supply, Dino Piccilino, 216 4th St, Wilmerding PA 15148-1004
518092937 Rockwood Mfg Co, Jennifer Tiuch, 300 Main St, Rockwood PA 15557-1023
518092938 Rockwood Mfg Co, Odyssey Logistics, Po Box 19749 Dept 123, Charlotte NC 28219-9749
518092939 +Rocky Mountain Data Svc, Po Box 5746, Denver CO 80217-5746
518092972 Rodriguez, Israel, Address Intentionally Omitted
518092998 +Roehl Transport Safety Subrogation, Po Box 750, Marshfield WI 54449-0750
518093000 +Roetzel, 222 S Main St, Akron OH 44308-1500
518093003 +Roger E Maher, 23 83rd St, Brooklyn NY 11209-2818
518093004 +Roger Laramee, Po Box 43, West Burke VT 05871-0043
518093005 +Roger Williams Medical Center, 825 Chalkstone Ave, Providence RI 02908-4735
518093006 Rogers Corp, Baystate Logistics, Po Box 547, Leominister MA 01453-0547
518093007 +Rogers Premier Enterprises Llc, Po Box 7927, Rocky Mount NC 27804-0927
518093015 Rohlig Usa, 1601 Estes Ave, Elk Grove Village IL 60007-5409
518093017 +Roland Food Corp, Cargo Claims, 71 West 23, New York NY 10010-4102
518093021 +Rolf C Hagen, Total Logistix, 191 Woodport Rd Ste 204, Sparta NJ 07871-2641
518093022 Rolf C Hagen Usa Corp, Pursuit, 130 New Boston St, Woburn MA 01801-6275
518093023 +Rolf Griffin, Svc Experts Co, 1702 Fairfield Ave, Fort Wayne IN 46802-5108
518093024 +Rolfe Emergency Physicians, Po Box 3794, Philadelphia PA 19125-0794
518093025 Roli Retreads Inc, Laura Lavender, Controller, 1002 Route 109, Farmingdale NY 11735
518093026 Roll Bond Converting, Paul Haslett, 28 Track Dr, Binghamton NY 13904-2717
518093028 +Rollins And Dellmyer Pa, Rollins, 135 North St, Elkton MD 21921-5534
518093043 +Romon Romero-reyes, Harmon Linder And Rogowsky, Mark J Linder Esq, 3 Park Ave 23rd Floor Suite 2300, New York NY 10016-5908
518093044 +Ron Sturgeon, Ron, 7389 S Co Rd 650e, Plainfield IN 46168-8650
518093045 +Ron’s Collision Cntr And Auto, 918 Stoystown Rd, Somerset PA 15501-6825
518093046 +Ronald Reeser, 679 Breezewood Rd, Lehighton PA 18235-9141
518093047 +Ronald A Dicarlo Dmd, 1408 E Carson St, Pittsburgh PA 15203-1512
518093048 +Ronald Clark, 1216 Huson Ave, Stillwater NY 12170-3437
518093049 +Ronald Dixon, Pobox 138, East Berlin PA 17316-0138
518093050 +Ronald Kopinetz, 758 Forest Ln, Pottsville PA 17901-8319
518093051 #Ronald S Walkowski, 3843 Old William Penn Hwy, Murrysville PA 15668-1842
518093054 Ronda Winnecour, Chapter 13 Trustee Wdpa, P O Box 84051, Chicago IL 60689-4402
518093055 +Rong Cai, 16 Coolidge Ave, Roslyn Hts NY 11577-2028
518093056 Ronpak, Paola Nieves, 4301 New Brunswick Ave, South Plainfield NJ 07080-1205
518093057 +Ronpak, Transplace Se, Po Box 26277, Greensboro NC 27402-6277
518093058 +Ronpak, Transplace Se, Po Box 518, Lowell AR 72745-0518
518093060 +Roof Management Svc, 9 Ferry Rd, Lewiston ME 04240-1005
518093063 Roppe, Marilyn Peiffer, 1500 E Sandusky St, Fostoria OH 44830-2753
518093064 +Roppel Industries Inc, Toledo Oh 43612, 5625 Enterprise Blvd, Toledo OH 43612-3862
518093070 +Rosa Andrea Guzman And Sackstein, Sackstein And Lee As Attorney, 1140 Franklin Ave Ste 210, Garden City NY 11530-1675
518093071 +Rosa Ilda Vidal, Il Lugano, 300 Seminole Ave 6c, Palm Beach FL 33480-3772
518093072 +Rosa Mora Reyna, Attorney For The Plaintiff, Ganim Legal Pc, 2370 Park Ave, Bridgeport CT 06604-1617
518093073 +Rosa Mora Reyna V, New England Motor Freight Inc Et Al, Alden Donaldson, 67 Beechwood Ave, Mt. Vernon NY 10553-1314
518093074 +Rosa Mora Reyna V Nemf Et Al, Solimene And Secondo Llp, 1501 East Main St, Ste 204, Meriden CT 06450-2860
518093075 +Rosa Mora-reyna, 146 Magnolia St, Bridgeport CT 06610-1720
518093076 +Rosa Peralta V, New England Motor Freight Inc Et Al, Derrick Roberts, 254 South Main St, Seabrook NH 03874-4621
518093082 +Rosanna Visceglia, 924 Kings Craft, Cherry Hill NJ 08034-1113

518232852 +Rosario, Brenda, 181 Sherbrook St Apt 20, Bristol, CT 06010-7262
518093094 +Rose Paving Llc, Rose, 7300 W 100th Pl, Bridgeview IL 60455-2414
518093102 +Rosenthal Furniture, Tracy Gratton, 15400 28th Ave N, Plymouth MN 55447-2083
518093104 Rosmini Graphic Supply, Gigi Cusimano, 1375 Bangor St, Copiage NY 11726-2911
518093105 Ross Body And Frame Works Inc, 1046 N Gilmore St, Allentown PA 18109-3211
518093112 +Rosyak, Bruce J, 2541 Scotch Hill Rd 1, North Huntingdon PA 15642-9561
518093118 +Roto-rooter, Plumbing And Drain Svc, 1911 S Salina St, Syracuse NY 13205-1354
518093119 +Roto-rooter Plumbing Svc, H2olek Plumbing Inc, Po Box 24770, Rochester NY 14624-0770
518093120 +Rotorooter Svc Co, 5672 Collections Ctr, Chicago IL 60693-0056
518093122 +Rouse Tire Sales Inc, Po Box 902, Middlebury VT 05753-0902
518093123 +Route 19 Heavy Truck Repair, Ar, 4645 Route 19, Cochranton PA 16314-4333
518093124 +Route Transportation, Po Box 14306, Bradenton FL 34280-4306
518093125 Routes Transport Int, Kenny Falardeau, 2823 Bristol Cir Ste 3, Oakville ON L6H6X5, Canada
518093127 +Roy Auble And Nemf, Ward Greenberg Heller And Reidy Llp, Scott Jeannette Esq, 1800 Bausch & Lomb Pl, Rochester NY 14604-2713
518093128 Roy H Binder And Associates Llc, Attys For Njm ASO Chin, Vennemeyer 401 Hamburg Trnpk, Ste 303, Wayne NJ 07470
518093129 Roy Umbarger And Sons, Donald Watson Whoffman, 111 N Baldwin St, Bargersville IN 46106-9605
518093133 Royal Aquatic, Danielle Barnett Taj Anderson, 2215 Kenmore Ave Ste 10, Buffalo NY 14207-1369
518093134 Royal Building Products, April Williams Cpennington, Po Box 610, Marion VA 24354-0610
518093135 Royal Chemical, Barry Martin, 1336 Crowe Rd, East Stroudsburg PA 18301
518093136 Royal Crest Home, Rita Asoyan, 170 Fair St, Palisades Park NJ 07650-1222
518093137 +Royal Donuts, Metro Logistics, Po Box 730, Speonk NY 11972-0730
518093138 +Royal Global Express Inc, Kevin Jackson, Corp Accts Manager, 1901 Raymer Ave, Fullerton CA 92833-2512
518093139 Royal Group, 111 Royal Group Cres, Woodbridge ON L4H1X9, Canada
518093140 Royal Industries, John Novotny, 4100 W Victoria St, Chicago IL 60646-6727
518093141 +Royal Messenger Svc, 9 Indian Neck Ave, Branford CT 06405-4615
518093142 Royal Mouldings, Kandi Vaught, Po Box 610, Marion VA 24354-0610
518093143 +Royal Paper Products, Russ Glazer, Po Box 62824, Baltimore MD 21264-2824
518093144 Royal Supply Co, Martin Bodek, 70 Franklin Ave, Brookyn NY 11205-1504
518093150 +Rpc Driveline And Auto Supply, Main, 7929 River Rd, Pennsauken NJ 08110-2434
518093151 +Rpc Packaging Supply, Bob Joyal, 45 Independence Dr, Taunton MA 02780-1090
518093152 Rpc Superfos, Steve Brill, 120 Valley St, Cumberland MD 21502-2141
518093153 Rr Charlebois Inc, R R Charlebois Inc, 950 Rt 7th South, Milton VT 05468
518093154 Rr Donnelley, Po Box 842307, Boston MA 02284-2307
518093155 Rr Donnelley, Cindy Kunkel, 700 Nestle Way Ste 200, Breingsville PA 18031-1522
518093156 Rr Donnelley, Sales Rep 08209 Perry David, Po Box 538602, Atlanta GA 30353-8602
518093157 +Rr Donnelley, Rachel Furr, 3801 Gantz Rd Ste A, Grove City OH 43123-4915
518093158 Rta Store, Samantha Rougeux, 2345 Route 52 Ste 1a, Hopewell Junction NY 12533-3219
518093159 Rta Wood Cabinets, Phil Wulliger, 1825 Swarthmore Ave Ste, Lakewood NJ 08701-4570
518093160 Rts Packaging, Kerry Fusco, 16 Washington Ave, Scarborough ME 04074-8311
518093161 Rts Packaging, Gary Kuphal, 869 State Highway 12, Frenchtown NJ 08825-4223
518093162 Rubbermaid Commercial Prod, Sherry Singhas, 3124 Valley Ave, Winchester VA 22601-2636
518093165 +Rubies Costume Co, Sandra Gonzalez, 1770 Waltwhitman Rd, Melville NY 11747-3068
518093167 +Rubinos, 16635 S Oak Pk Ave, Tinley Park IL 60477-1754
518093170 +Rudden Plumbing And Heating, 680 Roosevelt Ave, Lindenhurst NY 11757-5820
518093177 Ruger Llc, Amir Frydman, 4207 Bradley Ln, Chevy Chase MD 20815-5234
518093178 Ruggieri Entllc Dba Spherion, Ruggieri Enterprisesllc, Po Box 667, Bedford PA 15522-0667
518093188 +Rulon International, Ronni Mungin, 2000 Ring Way Rd, St Augustine FL 32092-4745
518093190 Rumsey Electric, Jackie Cossaboone, 15 Colwell Ln, Conshohocken PA 19428-1805
518093193 +Rush Pierce, 4388 Number 9 Rd, Stanley NY 14561-9559
518093194 +Rush Truck Centers, 4655 S Central Ave, Chicago IL 60638-1547
518093195 +Rush Truck Centers Of Ohioinc, Pam Soltis, Sales Admin, Po Box 34630, San Antonio TX 78265-4630
518093198 +Russell Petit, 62 Hill Beach Rd, Biddeford ME 04005-9530
518093199 #+Russell Stein, 4575 Bahia St, Cocoa FL 32926-2548
518093206 +Russells Trailer Repair Inc, 2341 S West St, Indianapolis IN 46225-2065
518093210 +Rustoleum, Amer Truck And Rail, Po Box 278, North Little Rock AR 72115-0278
518093211 Rustoleum Corp, Josh Transberg, 11 Hawthorn Pkwy, Vernon Hills IL 60061-1402
518093212 +Ruston Paving Co Inc, Shirley, 10967 Richardson Rd, Ste F, Ashland VA 23005-3467
518093213 Rusty’s Towing And Recovery, Russell Drew Sr, Po Box 187, Tilton NH 03276-0187
518093214 +Rustys Towing Svc Inc, 4845 Obetz-reese Rd, Columbus OH 43207-4831
518093215 +Rutan Poly Industries, Joy Ferracane Cvan Walleghem, 39 Siding Pl, Mahwah NJ 07430-1828
518093216 +Ruth Lestina, 2465 Citation Ct, Wexford PA 15090-7960
518232853 +Rutkowski, Vincent, 380 Mt Eve Rd, Goshen, NY 10924-7017
518232854 +Rutrovsky, Sam, 8902 Atlantic Ave, Zone Park, NY 11416-1420
518093220 Rwj Physician Enterprise Pa, P O Box 826412, Philadelphia PA 19182-6412
518093221 Ryan Buisness System, Kathleen Ryan, 455 Governor’s Hwy, South Windsor CT 06074-2510
518093226 +Ryanaire Hvac Svc, Pat Ryan, 279 Troy Rd, Ste 9, Rensselaer NY 12144-9499
518093228 +Rycandon Mechanical Inc, 541-1 Sand Road, Colchester VT 05446-7692
518093229 Ryder, Norma Locklear R Mc Gwier, 13599 Park Vista Blvd, Fort Worth TX 76177-3237
518093230 Ryder Domtar Claims, Bnorma Locklear, 13599 Park Vista Blvd, Fort Worth TX 76177-3237
518093231 +Ryder Exxonmobil, Latasha Wiltz, 580 Westlake Pk Blvd Ste 950, Houston TX 77079-2613
518093232 Ryder Procter And Gamble, Rhonda Mcgwier, 13599 Park Vista Blvd Box 3, Fort Worth TX 76177-3237
518093233 +Ryder Shared Svc Center, 6000 Windward Pkwy, Alpharetta GA 30005-8882

518093234 Ryder System, 800 Phillips Rd, Bldg 210 South, Webster NY 14580-9720
518093235 +Ryder Systems Inc, 39550 W 13 Mile Rd Ste 103, Novi MI 48377-2360
518232856 +Ryder Truck Rental, 329 Jefferson Rd, Rochester, NY 14623-2426
518093238 Ryder Xerox Claims Dept, Norma Locklear, 13599 Park Vista Blvd, Fortworth TX 76177-3237
518093242 Ryerson, Glenda Burks, 232 Quarry Rd, Pounding Mill VA 24637-4004
518232857 +Rynne, Colin, 9008 48th Pl, College Park, MD 20740-2023
518093243 Rynone Manufacturing, Danielle Porter, 11 Rt 34 Bldg 9, Waverly NY 14892
518093244 Rynone Mfg Corp, Claims Dept, 128 North Thomas Ave, Sayre PA 18840-2126
518093246 +S And B Pallet Co Inc, 1348 S Second St, Plainfield NJ 07063-1203
518093247 +S And F Radiator Svc Inc, 1022 Tonnelle Ave, North Bergen NJ 07047-1515
518093248 +S And J General Contractors, Scott, Owner, 608 Cayuta Ave, Waverly NY 14892-1566
518093249 +S And N Enterprises, Jackie Kemper, 1400 Ingram Ave, Richmond VA 23224-6968
518093250 +S And W Svc Inc, Eastern Petroleum Equipment, 6057 Corporate Dr,
East Syracuse NY 13057-1068
518093251 S Freedman And Sons, James Lahocki, 3322 Pennsy Dr, Landover MD 20785-1641
518093252 +S Perry Inc, Scott Perry, 11 Greenbrier Ln, Scotch Plains NJ 07076-2706
518093253 +S Q P, Tech Transport, 300 Elm St 1, Milford NH 03055-4715
518093254 S Q P Tech Logistic, 300 Elm St Unit, Milford NH 03055-4715
518093255 S Walter Packaging Corp, Lisa Fields, 2900 Grant Ave, Philadelphia PA 19114-2310
518093965 ++SHRINK PACKAGING SYSTEMS CORP, 15 PROGRESS STREET, EDISON NJ 08820-1183
(address filed with court: Shrink Packaging Systems, Zenas Gochez, 15 Progress St,
Edison NJ 08820)
518090491 ++STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245,
TRENTON NJ 08646-0245
(address filed with court: New Jersey Division Of Taxation, Bankruptcy Section, Po Box 245,
Trenton NJ 08695-0245)
518093256 +Sa Bogans Plumbing Inc, 1302 Continental Dr, Abingdon MD 21009-2334
518093261 Sabert Corp, Claims Dept Bridget Baner, 2288 Main St Ext, Sayreville NJ 08872-1476
518093262 Sabert Corp, Cargo Claims, Po Box 827615, Philadelphia PA 19182-7615
518093265 +Sabuj Mia, 3419 90th St Apt 41c, Jackson Heights NY 11372-3670
518093266 +Sachin Dheer Md, 12 Forrest Hills Dr, Voorhees NJ 08043-3906
518093270 Saegertown Beverages, Iris Geer, Po Box 54, Saegertown PA 16433-0054
518093272 Safco Products Co, Gail Robeck, 5600 N Highway 169, New Hope MN 55428-3027
518093273 Safelite Glass Corp, Po Box 633197, Cincinnati OH 45263-3197
518093274 +Safetarp Corp, 1950 Sr 16, St Augustine FL 32084-0810
518093275 Safety Environmental, Tabitha Lacroix, 7 Knowlton St, Marlborough NH 03455-2120
518093276 Safety Ins Aso Fabian Landono, Po Box 704, Boston MA 02117-0704
518093277 +Safety Ins Aso Robert F Carter, 20 Custom House St, Boston MA 02110-3513
518093278 +Safety Insurance Co, L Redington Thomas Francis, Seven Liberty Square,
Boston MA 02109-5819
518093279 Safety Insurance Group, As Subrogee Of Paul A Mydelski, Po Box 704, Boston MA 02117-0704
518093281 +Safety Zone, Claims Dept, 385 Long Hill Rd, Guilford CT 06437-1800
518093282 Safeway Inc, Trucking Corp, Po Box 21006, New York NY 10087-1006
518093284 Saftey Ins, Pob 704, Boston MA 02117-0704
518093285 +Sage Software Inc, Sage, 14855 Collection Ctr Dr, Chicago IL 60693-0001
518093287 Sager Electronics, Transp Insight, Po Box 23000, Hickory NC 28603-0230
518093289 +Saia Inc, Cargo Claims, Po Box A Station 1, Houma LA 70361-5901
518093290 +Saia Inc, P O Box 730532, Dallas TX 75373-0532
518093291 +Saia Inc, Sarmona B Miller, Traffic Credit Manager, P O Box 730532,
Dallas TX 75373-0532
518093292 Saia Ltl Freight, Kourtny Le Boeuf, Po Box A Station 1, Houma LA 70361-5901
518093293 +Saia Motor Freight, Maie Xiong, 11465 Johns Creek Pkwy Ste 400, Johns Creek GA 30097-1572
518093297 +Sail Loft Marina, 2802 High St, Port Norris NJ 08349-3126
518093298 +Saint Charles Trading Inc, Rubi Hernandez, 1400 Madeline La, Elgin IL 60124-7829
518093299 #+Saint George Warehouse, 2001 Lower Rd, Linden NJ 07036-6548
518093300 +Saint George’s Warehouse, 5 Logistics Dr, South Kearny NJ 07032-6550
518093301 +Saint Gobain, Nina Chow, 175 Industrial Dr, Northhampton MA 01060-2326
518093302 Saint Gobain, Britton Erickson, 11 Sicho Dr, Poestenkill NY 12140-3102
518093303 Saint Gobain Abrasives, Intune Logistics Claims Dept, 208 Adley Way,
Greenville SC 29607-6511
518093304 Saint Gobain Adfors, Intune Logistics, 208 Adley Way, Greenville SC 29607-6511
518093305 +Saint Josephs Medical Center, Dept Of Radiology, 127 South Broadway,
Yonkers NY 10701-4006
518093306 +Saint Marys Hospital, Po Box 74008788, Chicago IL 60674-8788
518093308 Sal And Jerrys Bakery, Gianni Cracchiolo, 53 Mahan St, West Babylon NY 11704-1303
518093309 +Sal Devito, 24 Caskey Ln, Middletown NY 10940-3505
518093315 +Salem State University, Processing Center, Po Box 2052, Tarrytown NY 10591-9052
518093316 +Salem Truck, Truck King International, 9505 Ave D, Brooklyn NY 11236-1810
518093325 Sally Beauty Co, Donald Rahn, 3001 Colorado Blvd, Denton TX 76210-6802
518232858 +Sally Beauty Store 1986, 290 Dw Highway, Nashua, NH 03060-5705
518093326 +Sally Beauty Supply, Kellie Hoyle, 3001 Colorado Blvd, Denton TX 76210-6802
518093330 Salov North America, Matilde Leon, 125 Chubb Ave Fl 1, Lyndhurst NJ 07071-3504
518093333 +Salton Enterprises, Michael Hallbach, 131 Willow St, Cheshire CT 06410-2732
518232859 +Salvatore, Liucci, 3104 Route 44 55, Gardiner, NY 12525-5031
518093335 +Salzman Group, 2200 Brighton Henrietta, Town Line Rd, Rochester NY 14623-2706
518093336 +Sam’s Svc Station, 7 Sullivan Ave, Liberty NY 12754-2205
518093337 Sam-son Distribution Inc, Mindy Oehm, 203 Eggert Rd, Buffalo NY 14215-3503
518093338 Samaritan Emer Medical Svc, Po Box 950006545, Philadelphia PA 19195-6545
518093339 +Samaritan Hospital, 2215 Burdett Ave, Troy NY 12180-2475
518093341 +Sammy Zacharia, 1112 Stones Run, Berlin MD 21811-9408

518232860 +Sampson, Antoni, 285 Plantation St, Worcester, MA 01604-7701
518093349 +Samr Inc, 1950 Rutgers University Blvd, Lakewood NJ 08701-4537
518093350 +Sams Club 4855, 261 Wilson Ave, Hanover PA 17331-1400
518093351 +Sams Septic Inc, 663 3rd St, Albany NY 12206-2221
518093352 Samsung C And T America Inc, Clara Choe, 35 Henry St, Secaucus NJ 07094-2103
518093354 +Samuel Justis And Schatz And, Steinberg Pc As Attys, 1500 John F Kennedy Blvd, Philadelphia PA 19102-1710
518093355 +Samuel K Mwangi, 405 Maple Ln, Claymont DE 19703-1824
518093356 +Samuel Milan, 325 Speen St Apt 601, Natick MA 01760-1566
518093357 +Samuel Strapping, Echo Global, 600 W Chicago Ave Ste 725, Chicago IL 60654-2522
518093358 +Samuel Tepp Associates, Brian England, 11 Leonard St, Metuchen NJ 08840-1219
518093362 +Samy Mohamed, 92 Roehrs Dr, Wallington NJ 07057-2115
518093363 +San Gregory Cartage Inc, 293 Hall St, Tiffin OH 44883-1495
518093364 San J Int’l Inc, Joshua Sullivan, 6200 Gorman Rd, Henrico VA 23231-6037
518093388 +Sanctus Rejuvenation Spa And Salon, 5048 Rt 982, Latrobe PA 15650-3425
518093407 Sandt Products Inc, Jim Richards, 1275 Loop Rd, Lancaster PA 17601-3113
518093408 +Sanel Auto Parts Inc, 129 Manchester St, Concord NH 03301-5100
518093410 +Sanford E Sheftel, State Marshall, 370 Brownstone Ridge, Meriden CT 06451-3626
518093412 +Sanjay Pallets Inc, Deana, 424 Coster St, Bronx NY 10474-6811
518232861 +Sanjeev, Nischal, 1756 Aladdin Ave, New Hyde Park, NY 11040-4012
518093415 +Santader Bank, Minh Persaud Senior Relationship Asst, 200 Pk Ave, Ste 100, Florham Park NJ 07932-1026
518093416 +Santana Santos, Basement, 719 West 180th St, New York NY 10033-5655
518093426 +Santander Bank, Brian Braungard Vp, 200 Park Ave, Ste 100, Florham Park NJ 07932-1026
518093422 +Santander Bank, Patrick Mcmullan, Vice President Credit Officer, 200 Pk Ave Ste 100, Florham Park NJ 07932-1026
518093424 +Santander Bank, Timothy Maher Senior Vice President, 200 Pk Ave, Ste 100, Florham Park NJ 07932-1026
518093423 +Santander Bank, Robert Vandervalk Senior Vive President, 45 E 53 St, New York NY 10022-4604
518093425 +Santander Bank, Po Box 14655, Reading PA 19612-4655
518153626 +Santander Bank, N.A., c/o Troutman Sanders LLP, Attn: David A. Pisciotta, 875 Third Avenue, New York, NY 10022-7254
518093427 +Santander Bank, Na, 450 Penn St, Reading PA 19602-1011
518093439 +Santmyer Oil Co Inc, Jeremy, 3000 Old Airport Rd, Wooster OH 44691-9520
518093447 +Sapa Extrusions, Afs Logistics Llc, Po Box 18170, Shreveport LA 71138-1170
518093449 Sapphire Manufacturing, Yuda Zafir, 9 Cotters La, East Brunswick NJ 08816-2002
518093450 Sara Lee Corp, Wendy Topp, 3470 Rider Trl South, Earth City MO 63045-1109
518093451 +Sarah Perry And Carter Mario, Injury Lawyers, 158 Cherry St, Milford CT 06460-3446
518093452 +Sarah Wells Llc, Ms Wells, 3224 Amberley La, Fairfax VA 22031-2702
518093455 +Saratoga County, Office Of The Sheriff, 6010 County Farm Rd, Ballston Spa NY 12020-2207
518093456 Saratoga Spring Water Co, Marc Horwitz, 11 Geyser Rd, Saratoga Springs NY 12866-9038
518093457 +Saratoga Zymurgist, 112 Excelsior Ave, Saratoga Springs NY 12866-8550
518093458 +Saratogs Food Specialties, Claims Dept, 771 W Crossroads Pkwy, Bolingbrook IL 60490-3513
518093462 #+Saros Electrical Contractors, 406 Chestnut St, Union, NJ 07083-9306
518093468 +Sas Group Inc, Julie Pallin, 220 White Plains Rd, Tarrytown NY 10591-5823
518093469 Sas Safety Corp, George Williams, 3031 Gardenia Ave, Long Beach CA 90807-5215
518093470 +Satellite Pros Inc, Satellite, 148 Main St, Whitehouse Station NJ 08889-3692
518093472 Saturn Freight Systems, Claims Dept, Po Box 680308, Marietta GA 30068-0006
518093473 Sauder Woodworking, Julia Mc Clain, Po Box 156, Archbold OH 43502-0156
518093475 +Saull Law Offices Llc, 106 South Sandusky Ave, Upper Sandusky OH 43351-1424
518093485 +Savasort Inc, 300 Windmill Drv Ste B, Columbia Falls MT 59912-9095
518093486 Savereisen Inc, Sschrumberger, 160 Gamma Dr, Pittsburgh PA 15238-2920
518093489 Savitransport, Mirajana Busatto, 4 Englehard Ave, Avenel NJ 07001-2205
518093490 Savoury Systems International, Jody Scalisi, 230 Industrial Pkwy Uni, Branchburg NJ 08876-3580
518093495 Sb Specialty Metals, 1101 Avenue H East, Arlington TX 76011-7725
518093496 +Sbars Inc, Deneed Lamancusa, 14 Sbar Blvd, Moorestown NJ 08057-1057
518093497 Sc And A Inc, 2200 Wilson Blvd, Ste 300, Arlington VA 22201-5411
518093499 Sc Johnson, Exel Inc, 570 Polaris Pkwy, Westerville OH 43082-7900
518093502 +Scarborough Rescue, Ambulance Svc Provider, 8 Turcotte Memorial Dr, Rowley MA 01969-1706
518093503 +Scarborough Sanitary District, 415 Black Pt Rd, Scarborough ME 04074-8660
518093505 +Scarsdale Village Court, 1001 White Plains Post Rd, Scarsdale NY 10583-9908
518093509 Scg Logistics, Jeff Noggle, 818 Park Vlg Dr, Louisville OH 44641-8443
518093511 +Schaedler Yesco Dist, Catherine Schaedler, Po Box 4990, Harrisburg PA 17111-0990
518093512 Schaefer Plbg Supply, Daniel Richards, 146-160 Clinton St, Buffalo NY 14203-2023
518093513 Schaefer Supply, Al Short, 132 Blackstone Ave, Jamestown NY 14701-2204
518093521 +Scherner Sybert And Rhoad Llc, 153 South Liberty St, Powell OH 43065-7619
518232862 +Schewell Furniture, 725 North Loudown St, Winchester, VA 22601-4945
518093526 +Schilli Distribution Svc, Veronica Gorney, P O Box 351, Remington IN 47977-0351
518093527 Schindler Elevator Corp, Patrick Bergin, Po Box 93050, Chicago IL 60673-3050
518093532 +Schlegel Excavating Inc, 17745 Old Turnpike Rd, Millmont PA 17845-9337
518093533 +Schleichers Inc, 681 West Lizardcreek Rd, Lehighton PA 18235-4119
518093535 +Schlier’s 24 Hr Towing, Wreckers International Inc, Po Box 465, Tannersville PA 18372-0465
518093536 +Schlotterbeck And Foss, 3 Ledgeview Dr, Westbrook ME 04092-3939
518093539 +Schmidt Equipment, John Deere Dealer, Po Box 578, North Oxford MA 01537-0578
518093540 Schmidt Equipment, 2397 Gar Hwy Rte 6n, Swansea MA 02777-3323
518093545 Schneider Electric, Justice Traffic Serv, Po Box 18368, Fairfield OH 45018-0368

518093546 +Schneider Electric Systems Usa, Karen Dupes, 14575 Collections Ctr Dr, Chicago IL 60693-0001
518093547 +Schneider Electric Usa Inc, David Gramley, 201 Cumberland Pkwy, Mechanicsburg PA 17055-5664
518093548 +Schneider Janitorial Inc, 26 Jensen Dr, Fallsington PA 19054-1413
518093549 Schneider Logistics, Claims Dept, Po Box 78158, Milwaukee WI 53278-8158
518093551 +Schnieder Elec, Justice Traff, Po Box 18368, Fairfield OH 45018-0368
518093555 +Schoenberg Salt Coinc, And Subsidiary A And S Salt Co, P O Box 128, Oceanside NY 11572-0128
518093556 +Schoharie County Sheriff’s, P O Box 689, 157 Depot Ln, Schoharie NY 12157-0689
518093560 School District Income Tax, Po Box 182837, Columbus OH 43218-2837
518093561 School Outfitters, Kevin Roesch, 3736 Regent Ave, Cincinnati OH 45212-3724
518093562 School Specialty, Cds, Po Box 4828, Wheaton IL 60189-4828
518093566 +Schuchman Schwarz And, Zoldanleite Llp, 28 Liberty St 39th Fl, New York NY 10005-1451
518093570 +Schuler Hass Electric, Kyle Krick, 240 Commerce Dr, Rochester NY 14623-3506
518093573 +Schulmanwiegmann And Associates, New Market Crossings, 216 Stelton Rd Ste C-1, Piscataway NJ 08854-3284
518093577 +Schuyler Rd Corp, Whiteford Taylor And Preston Llp, Edward U Lee, Seven Saint Paul St Ste 1500, Baltimore MD 21202-1636
518093578 +Schuyler Road Llc, 1-71 North Avenue East, Elizabeth NJ 07201-2958
518093579 +Schuyllkill Valley Sports, Michael Haring, 118 Industrial Dr, Pottstown PA 19464-3462
518093591 +Scml Logistics, Covidien Medtronict, 5944 Coral Ridge Dr 261, Coral Springs FL 33076-3300
518093590 +Scml Logistics, Steven Huntley, 5944 Coral Ridge Dr 261, Coral Springs FL 33076-3300
518093592 +Scml Logistics, For Magic Transport, 5944 Coral Ridge Dr 261, Coral Springs FL 33076-3300
518093596 +Scopelitisgarvinlight, Scopelitis, Hanson And Feary, 10 West Market St Ste 1400, Indianapolis IN 46204-2909
518093598 +Scott Brazeau, Scott, 314 West Shore Rd, Warwick RI 02889-1136
518093599 Scott Electric, Po Box S, Greensburg PA 15601-0899
518093600 +Scott Electric Bloomsburg, 647 Railroad St, Bloomsburg PA 17815-1580
518093601 +Scott Harsh, 7977 Elizabethtown Rd, Elizabethtown PA 17022-8466
518093602 +Scott V Roth, 282 Lincoln Ave, Sayville NY 11782-1402
518093603 +Scott Wells, 37 Shores Dr, S, Tolland CT 06084-2555
518093626 Scranton Collision Repair Cntr, 1121 Wyoming Ave, Scranton PA 18509
518093628 Scrubway Inc, Main, 64 E Uwchlan Ave, Pmb 203, Exton PA 19341-1203
518093629 +Scullin Oil, P O Box 8, Mountaintop PA 18707-0008
518093630 +Sdi, Surbrogee For Swift Transport, 136 South Main St, Spranish Fork UT 84660-2001
518093631 +Sdi Insured Extra Space Storage, 136 South Main St, Spanish Fork UT 84660-2001
518093633 #Sdi Technologies, Victor Rodriguez, 1330 Goodyear Dr, El Paso TX 79936-6420
518093634 +Sea 3 Inc, 190 Shattuck Way, Newington NH 03801-7868
518093635 +Sea Link, 260 Kellogg St, Port Newark NJ 07114-3037
518093636 Sea Link, Express Port Plaza Bldg 1160, Unit 3, Elizabeth NJ 07201
518093637 +Sea Ltd, Po Box 932837, Cleveland OH 44193-0023
518093638 Sea Watch International, Sally Kisch, 8978 Glebe Pk Dr, Easton MD 21601-7004
518093639 Seaboard Products, 17 Collins St, Danvers MA 01923-2601
518093642 Seabreeze North Corp, Empaco Equipment Corp, Mark Pawuk, Po Box 535, Richfield OH 44286-0535
518093641 +Seabreeze North Corp, Po Box 535, 2958 Brecksville Rd, Richfield OH 44286-9747
518306049 +Seabreeze North Corporation, PO Box 535, Richfield, Ohio 44286-0535
518232863 +Seabrook, Kevin, 423 Lower Alden Dr, Rahway, NJ 07065-3741
518093645 Seal And Design, Claims Dept, 4015 Casillio Pkway, Clarence NY 14031-2047
518093646 Sealand Chemical, Pam Sweitzer, 821 West Pt Pkwy, Westlake OH 44145-1545
518093647 Sealed Unit Parts, Transportation, Po Box 23000, Hickory NC 28603-0230
518093648 +Sealed Unit Parts Co, Donna Brescia, Po Box 21, Allenwood NJ 08720-0021
518093649 Sealstrip Corp, Translogistics, Ste 300-321 N Furnace St, Birdsboro PA 19508-2057
518093652 +Sean Boyle, 53 Fairview Ave, High Bridge NJ 08829-1505
518093653 +Sean Durgin, 5980 Amherst Cove D302, Naples FL 34112-8890
518093654 +Sean Roberts Industries Llc, 247 Sarah Wells Trl, Campbell Hall NY 10916-3341
518093659 +Seasonal Landscape Llc, Main, 19 Glen Oaks Dr, Rochester NY 14624-1442
518093661 +Secco, 1111 Primrose Ave, Camp Hill PA 17011-6900
518093662 Secluded Acres Farm, Diane Frank Mills, 1024 Route 47 S, Rio Grande NJ 08242-1508
518093663 #+Second Look Inc, 1393 Veterans Memorial Hwy, Ste 200 S, Hauppauge NY 11788-3066
518093664 +Seconn Automation, 147 Cross Rd, Waterford CT 06385-1216
518093665 Seconn Fabrication, Jeffrey Reinhart K Rivera, 180 Cross Rd, Waterford CT 06385-1215
518093667 Secretario De Hacienda, Deptdel Trabajo, Po Box 1020, San Juan PR 00919-1020
518093668 Secretary Of State, Reporting Sectionbureau Corp, 101 State House Station, Augusta, ME 04333-0101
518093669 +Secretary Of State, Dept Of Business Svc, 501 S 2nd St, Sprinfield IL 62756-1000
518093674 Securitas Security Svc, Usa Inc, Po Box 403412, Atlanta GA 30384-3412
518093676 Security Lock Distributors, Worldwide Express, 2323 Victory Ave Ste 16, Dallas TX 75219-7657
518093677 Security Mutual Life Ins Of Ny, Security Mutual Bldg, 100 Court St Po Box 1625, Binghamton NY 13902-1625
518093678 +Security Transport And Delivery, Service Inc, Sheryl S Mccormack, Po Box 12244, Roanoke VA 24024-2244
518093680 +Sedgwick Claims Mgmt, Darron Smith, Po Box 14670, Lexington KY 40512-4670
518093682 See All Industries, Suzanne Qwens, 3623 S Laflin Pl, Chicago IL 60609-1304
518232864 +Seel, Jeffrey, 214 Ann St, Cumberland, RI 02864-7218
518093686 Seghal International Llc, Domingo Lozano, 1012 Decker Dr, Baytown TX 77520-4435
518093695 Seko Dosing Systems, Chris Pinkas, 913 William Leigh Dr, Tullytown PA 19007-6312
518093697 +Select Nutrition, Tech Logistics, 300 Elm St 1, Milford NH 03055-4715

518093698 Select Office Systems Inc, Jack Waters, Po Box 11777, Burbank CA 91510-1777
518093699 Selective Ins Aso Franklin, Interiors, J Eisenberg, Two Gateway Center Ste 1673, Pittsburgh PA 15222
518093700 +Selective Ins Co Of America, As Suborgee For Walsh Sheet, Po Box 7268, London KY 40742-7268
518093701 +Selective Ins Co Of America As, Sub Of Mps Enterprises Llc, Po Box 7268, London KY 40742-7268
518093702 +Selective Ins Co Of American, As Subrogee Of George Thomas, Patrick Thidemann, Pob 7268, London KY 40742-7268
518093703 +Selective Inscoof America, As Sub For Alpha Tech Telecom, Etdeale, Po Box 7268, London KY 40742-7268
518232865 +Selective Insurance Co Of South Carolina, Dan Moyet, Po Box 7268, London, KY 40742-7268
518093706 Selig Sealing Product, Claims Dept, 342 E Wabash Ave, Forrest IL 61741-9500
518093707 +Selking International And Idealease, Tina Jason, P O Box 369, Stony Ridge OH 43463-0369
518093708 Selkirk, Mary Nykamp, 5030 Corporate Exchange, Grand Rapids MI 49512-5506
518093721 +Senator Group, Janet Franklin, 4111 N Jerome Rd, Maumee OH 43537-7100
518093722 +Senco Products, Gail Tuckers, 8450 Broadwell Rd, Cincinnati OH 45244-1612
518093723 #+Seneca Falls Town Court, 81 West Bayard St, Seneca Falls NY 13148-1807
518093724 +Seneca Insurance Co Inc, 160 Water St, 16th Floor, New York NY 10038-4963
518093725 +Seneca Mineral Co, 8431 Edinboro Rd, Erie PA 16509-4250
518093729 +Senthilkumar Guhan, 333 Lancaster Ave, Malvern PA 19355-1830
518093730 +Sentry Court Reporting And, Litigation Svc, 100 Hanover Ave Ste 202, Cedar Knolls NJ 07927-2020
518093731 Sentry Security Svc Inc, Po Box 60089, Charlotte NC 28260-0089
518093734 +Seppic Inc, Diane Cummings, 30 Two Bridge Rd Ste 210, Fairfield NJ 07004-1555
518093739 +Sequoia Financial Svc, 28632 Roadside Dr Ste 110, Agoura Hills CA 91301-6074
518093742 +Serengeti Systems, Serengeti, 1108 Lavaca Stste 110 Pmb 431, Austin TX 78701-2110
518093745 +Sergio Pereira And New Lusitana, Auto Body, 556 Market St, Newark NJ 07105-2908
518093754 +Serv-us, Po Box 325, Hackettstown NJ 07840-0325
518093757 +Servermonkeycom, 2130 W Sam Houston Pkwy N, Houston TX 77043-2306
518093759 +Servpro Of Catonsville, Weitzel Brandy, And Reisterstown, 10 Azar Ct, Baltimore MD 21227-1503
518093760 +Servpro? Of Rockville, Rodrigo Martinez, Po Box 1772, Rockville MD 20849-1772
518093763 +Seth Dinowitz, 3314 Longpoint Dr, Toms River NJ 08753-4827
518093764 +Seto Consulting Llc, 16 Mount Bethel Rd 116, Warren NJ 07059-5604
518093766 +Seven Cities Electric, Jason Roadcap, Po Box 64818, Virginia Beach VA 23467-4818
518093767 +Seven D Wholesale, Michael Reynolds, 145 Dividend Rd, Rocky Hill CT 06067-3778
518093768 +Seven Springs Farm, Claims DepT Eric Sharp, 426 Jerry La Ne, Check VA 24072-3255
518093777 +Sf Systems Ltd, Bill Tan, 167-10 S Conduit Ave Ste 205, Jamaica NY 11434-4811
518093778 +Sfoglini, Scott Ketchum, 25 Vermilyea La, West Coxsackie NY 12192-1700
518093779 Sg Reed Truck Svc Inc, 287 Washington St, Po Box 989, Claremont NH 03743-0989
518093780 +Sg Sales, Ashley De Oliveria, 4021 Avenida De La Plata, Oceanside CA 92056-5849
518093781 +Sg Torrice Co, Pat Fahey, 80 Industrial Way, Wilmington MA 01887-4614
518093782 +Sg Torrice Co, Patrick Fahey, 300 Niantic Ave, Providence RI 02907-3144
518093785 +Shades Of Green, 14032 Fairview Rd, Clear Spring MD 21722-1141
518093786 +Shades Of Green Inc, Fax 908 7699455, Po Box 150, Berkeley Heights NJ 07922-0150
518232866 +Shafer, Carrie, 38 Linden Ave, Verona, NJ 07044-2539
518093794 +Shahira Rodruguez V, New England Motor Freight Inc, Rafael Amerson, 1814 Harrison St, Philadelphia PA 19124-2808
518093795 +Shahla Islam, 5401 Quance Ln, Woodbridge VA 22193-4581
518093796 Shaker Group Inc, 862 Albany Shaker Rd, Latham NY 12110-1416
518093797 +Shaker Workshops, 14 S Pleasant St, Ashburnham MA 01430-1649
518093801 +Shamy Heating And Air, Conditioning Inc, 6226 American Rd, Toledo OH 43612-3903
518093803 #+Shane Trucking Llc, 9634 River Rd, Marcy NY 13403-2075
518093806 +Shanks Lawn Equipment, Robert Shank, 4900 Molly Pitcher Hwy, Chambersburg PA 17202-8198
518093807 +Shannon Fire Protection Llc, 127 Salem Ave, Bldg B, West Deptford NJ 08086-2076
518093808 +Shannon Seward And Karon And, Dalimont Llp, 85 Devonshire St Ste 1000, Boston MA 02109-3572
518093810 #+Shapiro Plumbing, Heating And AC, David Shapiro, 28 Bridle Path, Newburgh NY 12550-2913
518093812 +Sharaha Perryman And Attorneys, Rawson Merrigan And Litner Llp, 185 Devonshire St Ste 1100, Boston MA 02110-1449
518093815 Sharp Electronics Corp, Dba Sharp Business Systems, Dept Ch 14404, Palatine IL 60055-4404
518093816 +Sharp Electronisc, Transp Acctg Netw, Po Box 1269, Placentia CA 92871-1269
518093821 +Sharper Image Landscaping, Bryan Krejczyk, Owner, Po Box 732, Lockport IL 60441-0732
518093827 +Shauna Jones, Ryan S Goldstein Esq, 43 Westchester Ave, Ste 2a, Bronx NY 10461-3551
518093826 Shauna Jones, 3816 Barnes Ave Apt 5, Bronx NY 10467-5361
518093828 +Shauntrice Guiford, 9 Stratford Rd, Buffalo NY 14216-1803
518093829 +Shaw And Tenney, Cargo Claims, Po Box 213, Orono ME 04473-0213
518093836 +Shawn Duchscherer, 5844 Goodrich Rd, Clarence NY 14032-9248
518093837 +Shawn Gable, 1440 Fireline Rd, Palmerton PA 18071-5709
518093838 Shaws Supermarkets Inc, John Kane, Safeway, Po Box 742918, Los Angeles CA 90074-2918
518093839 +Shaya Iskowitz, 1 Carlton Rd Unit 213, Monsey NY 10952-2518
518093840 +Shayna Royal And Cooper And Schall, Pc As Attorneys, 2000 Market St Ste 1400, Philadelphia PA 19103-3214
518093841 +Shea Trucking, 174 Cabot St, West Babylon NY 11704-1121
518093848 +Shear Magic Corp, Gregory Vosbikian, Po Box 246, Mount Laurel NJ 08054-0246
518093849 Shearer Equipment, John Deere Dealer, 3500 Copley Rd, Copley OH 44321-1609
518093850 Shearer Equipment, John Deere Dealer, 7762 Cleveland Rd, Wooster OH 44691-7700
518093851 Shearer Equipment, Larry Bohn John Deere Dealer, 13 Fort Monroe Ind Pk, Monroeville OH 44847-9411

518093852 Shearer Equipment, John Deere Dealer, 2715 W 4th St, Mansfield OH 44906-1212
518093856 +Shears, Tiffany, Emroch And Kildorf Llp, 3600 West Broad St, Ste 700, Richmond VA 23230-4915
518093861 Sheffield Pharmaceuticals, Christopher Deblasio, 170 Broad St, New London CT 06320-5313
518093864 Sheliah Wheeler And Rosisin, Barker, Po Box 201, Hinsdale NH 03451-0201
518093866 +Shelley Buchanan,tax Collector, Township Of No Huntingdon, 11279 Ctr Hwy, No Huntingdon PA 15642-5312
518093867 +Shelley Buchanantax Collector, Township Of No Huntingdon, 11279 Center Hwy, No Huntingdon PA 15642-5312
518093868 +Shelter Point Life, Po Box 220727, Great Neck NY 11022-0727
518093874 +Shenk Athletic, P O Box 1099, Mechanicsburg PA 17055-1099
518232867 +Shepard, Rodney, 1525 Jackson St, Christiansburg, VA 24073-1309
518093877 Shepher Dist And Sales Corp, Richard Monchik, 2300 Linden Blvd, Brooklyn NY 11208-4844
518093878 +Shepherd Electric, Steve Ochab, 7401 Pulaski Hwy, Baltimore MD 21237-2529
518093883 +Sher Del Transfer And Relocation, Svc Inc, 140 Varick Ave, Brooklyn NY 11237-1219
518093885 +Sheridan Soft Water, Svc Coinc, 460 Kennedy Rd, Cheektowaga NY 14227-1032
518093886 Sheridan Trucking, Lj Normand, 145 Western Ave, West Springfield MA 01089-3455
518093887 +Sheriff Of Nassau County, 240 Old Country Rd, Mineola NY 11501-4245
518093888 +Sheriff Of Oswego County, 39 Churchill Rd, Oswego NY 13126-6659
518093889 +Sheriff Of Suffolk County, Civil Bureau, 360 Yaphank Ave, Yaphank NY 11980-9652
518093890 +Sheriff’s Office, Middlesex County Sheriff, Po Box 1188, New Brunswick NJ 08903-1188
518093891 #+Sherlen Pinckney, 38 Macarthur Dr, Edison NJ 08837-2830
518093892 +Sherlene Pickney, Bramnick Rodriguez Attorneys At Law, Brent Bramnick, 1827 East Second St, Scotch Plains NJ 07076-1735
518093893 +Sherlene Pickney V, New England Motor Freight Inc, James Ryan, 1400 Haven Rd Apt G21, Hagerstown MD 21742-3084
518093896 +Sherwin Williams, 349 Main St, Reading MA 01867-3616
518093897 +Sherwin Williams, 285 Newport Ave, Pawtucket RI 02861-4123
518093898 +Sherwin Williams, 1134 Hooksett Rd, Hooksett NH 03106-1026
518093899 +Sherwin Williams, Store 5225, 149 Loundon Rd, Concord NH 03301-5610
518093900 +Sherwin Williams, 226 Talmadge Rd, Edison NJ 08817-2824
518093901 +Sherwin Williams, 193 Troy Schenectady Rd, Latham NY 12110-5446
518093902 Sherwin Williams, 130 Wolf Rd, Albany NY 12205-1148
518093903 Sherwin Williams, 3 Lewis St, Binghamton NY 13901-2702
518093904 Sherwin Williams, 830 Emerson St, Rochester NY 14613-1804
518093905 Sherwin Williams, 2315 Ridge Rd W, Rochester NY 14626-2812
518093906 +Sherwin Williams, Kirk Welch, 610 Connecticut Ave, Roanoke VA 24012-5750
518093907 Sherwin Williams, 3062 Monroe St, Toledo OH 43606-4696
518093908 Sherwin Williams, 101 Prospect Ave, 720 Gujudith Johnson, Cleveland OH 44115-1093
518093909 +Sherwin Williams, Commercial Traffic, 12487 Plaza Dr, Parma OH 44130-1084
518093910 +Sherwin Williams 5051, 1306 Linden Ave, Arbutus MD 21227-2434
518093911 Sherwin Williams Co, 166 Us Rt 1, Scarborough ME 04074-9072
518093912 +Sherwin Williams Co, 1404 Route 300, Newburgh NY 12550-2993
518093913 +Sherwin Williams Co, 2702 W 26th St, Erie PA 16506-3038
518093914 +Sherwin Williams Co, Commercial Traffic, 12487 Plaza Dr, Cleveland OH 44130-1084
518093917 Shevell Family 2016 Dynasty Trust, Whiteford Taylor & Preston Llp, Paul Nussbaum, Seven Saint Paul St, Baltimore MD 21202-1636
518093916 +Shevell Family 2016 Dynasty Trust, South Dakota Trust Company Llc, Frances R Becker, Trustee, 4020 Jackson Blvd Ste 3, Rapid City SD 57702-0823
518093918 +Shevell Family 2016 Gst Exempt, Trust, P O Box 6031, Elizabeht NJ 07207-6031
518093921 Shevell, Myron P, Whiteford Taylor & Preston Llp, Paul M Nussbaum, Seven Saint Paul St, Baltimore MD 21202-1636
518093923 Shi International Corp, Po Box 952121, Dallas TX 75395-2121
518232868 +Shimon Peretz General Manager, Applebees, 1721 Morris Ave, Union, NJ 07083-3580
518093927 Ship Usa, Nicole Klotzle, 1347 N Main St, Orville OH 44667-9761
518093928 +Shipco Air Jfk, 120 Nassau Ave, Inwood NY 11096-1618
518093929 Shipco Transp Inc, Craig Cannizzaro, 699 Kapkowski Rd, Elizabeth NJ 07201-2122
518093930 +Shipco Transport, 699 Kapkowski Rd, Elizabeth NJ 07201-2122
518093931 Shipco Transport Inc, Nhan Tran, 1 Harbor St, Boston MA 02210-2359
518093932 +Shipco Transport Inc, Justin Askew, 1235 North Loop W Ste 450, Houston TX 77008-4724
518093934 +Shipley Fuels Marketing Llc, Andrew Graver, Po Box 15052, York PA 17405-7052
518093933 +Shipley Fuels Marketing Llc, Po Box 15052, York PA 17405-7052
518093936 +Shiplify Llc, Blanton C Winship Sr, 1425 Ellsworth Industrial Blvd, Ste 24, Atlanta GA 30318-4154
518093937 Shipman Print Solutions, Kathy Jo Faiola, 6120 Lendell Rd, Sanborn NY 14132-9455
518093938 +Shipman Printing Industries, Irene Schmidt, 6120 Lendell Dr, Sanborn NY 14132-9455
518093941 +Shippers Supplies, Jeremy, P O Box 337, Bellville OH 44813-0337
518093944 +Shirleyan Ebert, 300 Rowland St, Ballston Spa NY 12020-2605
518093945 Shiseido, Tps Logistics, Po Box 490, Troy MI 48099-0490
518093946 Shiseido America, Mayumi, 336 Princeton Heightstown Rd, East Windsor NJ 08520
518093952 +Shop Factory Direct, Stephanie Bayse, 1277 N Semoran Blvd, Orlando FL 32807-3573
518093954 +Shore Business Solutions, Jeffrey Pruden, Po Box 2428, Farmingdale NJ 07727-2428
518093955 Short Path Distillery, Matthew Kurtzman, 71 Kelvin St, Everett MA 02149-1923
518093964 Shred-it Usa Llc, 28883 Network Pl, Chicago IL 60673-1288
518093977 Shurtech Brands, Nick Huber, 32150 Just Inagine Dr, Avon OH 44011-1355
518093979 Shuttle Logistics, Jeffrey Smith, 94 E Seneca St 61 C, Sherrill NY 13461-1026
518093988 Sidari Italian Foods, Joseph Sidari, 3820 Lakeside Ave E, Cleveland OH 44114-3848
518093994 +Siemon Co, Lynnco Scs, 2448 E 81st St Ste 2600, Tulsa OK 74137-4212
518093999 Signode Corp, Claims Dept, 1900 Brannon Rd, Mcdonough GA 30253-4324
518094003 +Silco Fire Protection Co, 10765 Medallion Dr, Cincinnati OH 45241-4828

518094004 Silco Inc, Erin Frank, 7635 St Clair Ave, Mentor OH 44060-5235
518094008 Silovich, Jordan, Address Intentionally Omitted
518094009 +Silpro Llc, Mark Howard, 2 New England Way, Ayer MA 01432-1514
518094018 Silver Creek Landscaping, Po Box 1387, South Plainfield NJ 07080-7387
518094019 Silver Deals, Claims Dept, 110 Industial Rd Unit C, New Windsor NY 12553-6240
518094020 +Silver Palate Kitchen, Jesusa Umali, 211 Knickerbocker Ave, Cresskill NJ 07626-1830
518094021 Silver Palate Kitchens, Jesusa Umali, 211 Knickerbocker Rd, Cresskill NJ 07626-1830
518094022 +Silver Trucking Co Llc, Kimberly Silver, 5731a Crain Hwy Ste 211,
Upper Marlboro MD 20772-4101
518094025 +Simard And Sons Inc, 3 Trident Dr, Lewiston ME 04240-3547
518094043 +Simone Heyward And, Richard A Greifinger Esq, 17 Academy St, Newark NJ 07102-2923
518094044 +Simone Phillips, 1640 Sterling Pl, Apt 1e, Brooklyn NY 11233-4916
518094047 +Simoniz Usa, 235 Dividend Rd, Rocky Hill CT 06067-3736
518094050 +Simple Transportation Inc, Donald W Mackey, 432 E Major Dr, Northlake IL 60164-1821
518094052 Simplified Logistics, Brian Damiani, 76 East State St, Doylestown PA 18901-4362
518094053 Simplified Logistics, Claims Processing, Po Box 40088, Bay Village OH 44140-0088
518094054 +Simply Unique Snacks, Steve Hofford, 4420 Haight Ave, Cincinnati OH 45223-1705
518094068 +Simtek Fence, Miguel Arias, 38 Adamson St, West Easton PA 18042-6167
518094073 Singh, Leon, 107-39 122nd St, Queens NY 11419-2817
518094076 +Singleton Reels, 11783 Timber Pointe Trl, Mantua OH 44255-9694
518094081 Sinkro, Ladeira Mcgee, 1005 Meta Dr, Cincinnati OH 45237-5007
518094082 +Sino-am Marine Co, C T S, Po Box 441326, Kennesaw GA 30160-9527
518094084 +Sipala Landscape Svc Inc, Sipala, 8 Mac Niece Pl, Dix Hills NY 11746-6212
518094085 +Sir Ds Catering Inc, 149 Geary Ave, New Cumberland PA 17070-2036
518232869 Sitao, Justin, 9 Woodview Way Unit A21, Hopkinton, MA 01748
518094089 Siteone Branch 655, Cardinal Logistics, 5333 Davidson Hwy, Concord NC 28027-8478
518094093 +Sj Inc, Schneider Janitorial Inc, Bldg Maint 26 Jnsen Dr, Fallsington PA 19054-1413
518094094 Skechers Usa Inc, Transp Svc, 5040 Joanne Kearney Blvd, Tampa FL 33619-8605
518094095 +Skeeter Snacks, Echo Global, 600 W Chicago Ave Ste 725, Chicago IL 60654-2522
518094097 Skh Food Distributors, Wayne Goodman, 813 Lititz Pike, Lititz PA 17543-8629
518094099 +Skinner Diesel Svc Inc, P O Box 14805, Columbus OH 43214-0805
518094102 +Sklar Law Llc, 1200 Laurel Oak Rd Ste 102, Voorhees NJ 08043-4317
518094104 Sky Hervan, Attorney For The Plaintiff, Rosenberg And Gluck, Nicole Ivory 1176 Portion Rd,
Holtsville NY 11742
518094105 #+Sky Hervan V, Eastern Freight Ways Inc Et Al, Michael Paul Waldemarson,
16882 Us Hwy 6 And 19, Saegertown PA 16433-4840
518094106 +Sky’s The Limit Logistics Inc, Fleischer, 65 Meadow Ln, Modena NY 12548-5130
518094107 Skyline Building Systems, Echo Logistics, 600 W Chicago Ave, Chicago IL 60654-2801
518094108 +Sla Sales, 149 Joe Cole Ln, Winthrop ME 04364-4244
518094117 +Sledd Transport Llc, 128 Broadway Rd, Cranbury NJ 08512-5412
518094120 +Slocum Brands Adhesives, Emma Simpson, 2500 Carroll Ave, Lynschburg VA 24501-5924
518094122 Slonik Inc, Alex Tsodicov, 252 Jerome Ave, Staten Island NY 10305-4436
518094125 Slybenn Production Llc, Arthur Snyder, 130 Cornell Rd, Bala Cynwyd PA 19004-2146
518094126 +Small Engine Barn, 347 Fairgrounds Rd, Plymouth NH 03264-3230
518094127 +Small Valley Milling, Elaine Steigman, 1188 Mountain House Rd, Halifax PA 17032-9208
518094133 Smart Warehousing, Transportation Insight, 310main Ave Way Se, Hickory NC 28602-3513
518094134 +Smartdrive Systems Inc, Smartdrive, Po Box 80452, City Of Industry CA 91716-8402
518094135 Smarties Candy Co, Wendy Petullo, 1091 Lousons Rd, Union NJ 07083-5029
518094136 +Smartwatt Energy Inc, Kyle Burke, Copaccountant, 3 Rosell Dr,
Ballston Lake NY 12019-1400
518094137 +Smc, Po Box 2040, Peachtree City GA 30269-0040
518094139 +Smg Security Holdings Llc, Smg, 120 King St, Elk Grove Village IL 60007-1111
518094142 Smith Office Systems, Darcy Dore, Manager, Po Box 597, Scarborough ME 04070-0597
518094143 Smith System Driver, Improvement Institute Inc, Po Box 64495, Baltimore MD 21264-4495
518094144 +Smith’s Implements, John Deere Dealer, 3213 Black Gap Rd, Chambersburg PA 17202-9732
518094145 Smith’s Implements, John Deere Dealer, 13115 Cearfoss Pike, Hagerstown MD 21740-1611
518094180 Smith, Jordan, Address Intentionally Omitted
518232870 +Smith, Tonjga, 3916 West Dr, Petersburg, VA 23803-6608
518094221 +Smiths Power Wash Llc, Tony Smith, Po Box 187, Hurricane WV 25526-0187
518094222 +Smmco Inc, Sm Miller Construction Inc, 5755 Beatty Rd, Grove City OH 43123-9669
518094223 Smok Haus, Et Voumvourakis, 159 Manhasset Woods Rd, Manhasset NY 11030-2625
518094225 +Sms Systems Maintenance, Svc Inc, 14416 Collections Ctr Dr, Chicago IL 60693-0001
518094226 +Smuckers Sales And Dis, Jarrett Logistics, 1347 N Main St, Orrville OH 44667-9761
518094231 +Snap On Tools, Claims Dept, 265 S Church St, Robesonia PA 19551-1601
518094232 +Snap On Tools Inc, Transportation Dept, 3011 Il Rte 176, Crystal Lake IL 60014-2256
518094233 Sne Spice Co, Diane Kirby, 35 Lawrence Plain Rd Rt 47, Hadley MA 01035-9721
518094234 Sni Companies, Jill Mok, Po Box 840912, Dallas TX 75284-0912
518094238 Snowbandit Manufacturing, Claims Dept, 183 E County Rd, Rutland MA 01543-2061
518094239 +Snyder Tire Co, Snyder Tire Inc, 103 E Penn St, Lehighton PA 18235-2502
518094246 +Snyders Lance, Joanne King, 310 Main Ave Way Se, Hickory NC 28602-3513
518094245 +Snyders Lance, Trans Insight, Po Box 23000, Hickory NC 28603-0230
518094247 +Sobel Tinari Economics Group, 293 Eisenhower Pkwy, Ste 190, Livingston NJ 07039-1711
518094249 +Soc St Joseph Campus, 2605 Harlem Rd, Cheektowaga NY 14225-4018
518094253 +Socratise Torres, 110 Dwight St 2fl, New Britain CT 06051-2333
518094254 +Sodexo, 700 Sysvan Ave, Englewood Cliffs NJ 07632-3113
518094255 +Soe, Stone’s Office Equipment, 5604 W Broad St, Richmond VA 23230-2615
518094256 Soho Studio Corp, Amanda Tvizer Fmonteiro, 15 Hoover St, Inwood NY 11096-1317
518094261 Solar Atmospheres, 30 Industrial Rd, Hermitage PA 16148-9028
518094262 Solarwinds, Po Box 730720, Dallas TX 75373-0720
518094263 +Solenis Llc, Trans Audit, 11 Marshall Rd St 2d, Wappingers Falls NY 12590-4123

518094265 +Soley's Towing, 1844 W Penn Pike, New Ringgold PA 17960-8936
518094267 +Solid Waste Svc Of West Virginia Inc, Albert A Degennaro Esq, 2650 Audubon Rd, Audobon PA 19403-2400
518094268 +Solimene And Secondo Llp, 1501 East Main St Ste 204, Meriden CT 06450-2860
518232871 +Solimene And Secondo Llp, Elycia Solimene, 1501 East Main St, Ste 204, Meriden, CT 06450-2860
518094274 Solo Inc, Daisey Taylor, 5100 Chestnut Ave, Newport News VA 23605-2110
518094275 #+Solomon Halioua Md, 22 Madison Ave, Paramus NJ 07652-2721
518094282 +Solvay Inc, Trans Audit, 11 Marshall Rd Ste2d, Wappingers Falls NY 12590-4132
518094283 +Soma Labs Inc, Sharon Moore, 248-252 Wagner St, Middlesex NJ 08846-2501
518094285 +Somalabs Inc, Eric Rothy, 44 Miller Ln Ste 10, Williston VT 05495-7513
518094286 +Somerville Brewing, Cargo Claims, 15 Ward St, Somerville MA 02143-4228
518094287 +Somerville Parking Clerk, Po Box 9102, Somerville MA 02143-9102
518094290 +Sondra J Pfeffer Md, 39 Gramercy Pk North 4e, New York NY 10010-6309
518094293 Sonnax Industries, Christopher Rourke, 5 Industrial Dr, Bellows Falls VT 05101
518094294 +Sonoco, Condata Global, 9830 W 190th St Ste M, Mokena IL 60448-5603
518094295 +Sonoco Corp, Global Post Auditing, 2 Eastwick Dr Ste 101, Gibbsboro NJ 08026-1225
518094303 +Sos Gases Inc, Dick Kramer, 1100 Harrison Ave, Kearny NJ 07032-5922
518094304 +Sos Of Connecticut, Denise W Merrill, 30 Trinity St, Hartford CT 06106-1634
518094305 +Sos Of Illinois, Jesse White, 213 State Capitol, Springfield IL 62756-0001
518094306 +Sos Of Indiana, Connie Lawson, 200 W Washington St, Room 201, Indianapolis IN 46204-2731
518094307 Sos Of Maine, Matthew Dunlap, 148 State House Station, Augusta ME 00433-0148
518094308 +Sos Of Maryland, John C Wobensmith, Fred L Wineland Building, 16 Francis St, Annapolis MD 21401-1772
518094309 Sos Of Massachusetts, William Francis Galvin, One Ashburton Pl, Room 1611, Boston MA 02108-1512
518094310 +Sos Of New Hampshire, William M Gardner, 107 N Main St Rm 204, State House, Concord NH 03301-4951
518094311 +Sos Of New Jersey, Kim Guadagno, 225 W State St, Po Box 001, Trenton NJ 08625-0001
518094312 +Sos Of New York, Rossana Rosado, One Commerce Plz, 99 Washington Ave, Albany NY 12210-2822
518094313 +Sos Of Ohio, Jon Husted, 180 East Broad St, 16th Floor, Columbus OH 43215-3726
518094314 +Sos Of Pennsylvania, Robert Torres, 302 North Office Building, Harrisburg PA 17120-0102
518094315 Sos Of Puerto Rico, Rosello Nevares, La Fortaleza, Po Box 9020082, San Juan PR 00902-0082
518094316 +Sos Of Rhode Island, Nellie M Gorbea, 82 Smith St, State House Room 217, Providence RI 02903-1120
518094317 Sos Of Vermont, Jim Condos, 26 Terreace St, Montpelier VT 05609-1101
518094318 +Sos Of Virginia, Kelly Thomasson, Po Box 1475, Richmond VA 23218-1475
518094319 Sos Of West Virginia, Mac Warner, Bldg 1 Ste 157-k, 1900 Kanawha Blvd East, Charleston WV 25305-0770
518094333 Souhegan Wood Products, Carmel Boucher, 10 Souhegan St, Wilton NH 03086-0120
518094334 +Soult Wholesale Co, Claims Dept, Po Box 1112, Clearfield PA 16830-5112
518094336 +Source Alliance, Paula Gower, 2023 W Carroll Ave c20, Chicago IL 60612-1682
518094337 Source Atlantique, Chloa Sunga, 140 Sylvan Ave, Englewood Cliffs NJ 07632-2514
518094338 +South Bloomfield Tax Dept, 5023 S Union St, S Bloomfield OH 43103-1035
518094341 +South Brunswick Township, 540 Ridge Rd Po Box 190, Municipal Building, Monmouth Junction NJ 08852-0190
518094339 +South Brunswick Township, 540 Ridge Rd Po Box 190, Municipal Bldg, Monmouth Junction NJ 08852-0190
518094340 South Brunswick Township, Water And Sewer Revenue, Po Box 190, Monmouth Junction NJ 08852-0190
518094343 +South Dakota Trust Co Llc, 201 South Phillips Ave, Ste 200, Sioux Falls SC 57104-6449
518094344 +South Jersey Eye Physicians Pa, 509 S Lenole Rd, Moorestown NJ 08057-1556
518094345 +South Jersey Radiology Assoc, 1307 White Horse Rd, Ste A-102, Voorhees NJ 08043-2100
518094346 South Shore Office Products, South Shore, 60 Enter Ln, Islandia NY 11749-4811
518094349 #Southern Electric Corp, Amy Walge, 818 Greenville Ave, Staunton VA 24401-4940
518094350 +Southern New England Spice Co, Diane Kirby, 35 Lawrence Plain Rd, Hadley MA 01035-9721
518094351 Southern Radiology Assocof Me, P O Box 17767, Portland ME 04112-8767
518094352 Southern Refrigeration Corpora, Matt Pugh, 9020d Euclid Ave, Manassas VA 20110-5347
518094353 +Southern States, S Gholson, Po Box 26234, Richmond VA 23260-6234
518094354 +Southern States Cooperative, Hope Vass, Po Box 459, Cloverdale VA 24077-0459
518094355 Southern Tier Brewing, Matthew Clark, 2072 Stoneman Cir, Lakewood NY 14750-9779
518094356 +Southern Tier Custom Fabri, Art Morrell, 1322 College Ave, Elmira NY 14901-1156
518094357 +Southern Tier Electric Supply, Tom Hall, 123 N Clark St, Olean NY 14760-3733
518094358 +Southern Tier Lift, 124 Walters Rd, Whitney Point NY 13862-2313
518094359 +Southern York Turf And Tractor, 4290 W Market St, York PA 17408-5936
518094360 +Southgate Associates Llc, 2721 Transit Rd Ste 114, Elma NY 14059-9037
518094361 Southpointe Wholesale, Mitchell Kobran, 321 Matthews Mill Rd, Glasgow KY 42141-7923
518094362 +Southside Trailer Svc Inc, Po Box 2300, Blasdell NY 14219-0500
518094364 Southwest Commercial, Michelle Bizzell, 2436 Ludelle St, Fort Worth TX 76105-1017
518094365 Southwest General Health, P O Box 632701, Cincinnati OH 45263-2701
518094366 +Southworthmilton Inc, Milton Cat, 100 Quarry Dr, Milford MA 01757-1751
518094367 +Sowle Auto Body Inc, 3956 State Hwy 30a, Fultonville NY 12072-2104
518094368 +Sp Richards, Kathie Biurgren, 336 New Albany Rd, Moorestown NJ 08057-1162
518094369 +Sp Richards Co, Lori Reichal, 24 West Warren Dr, Middletown NY 10941-1770
518094370 +Spagnoli Excavating Inc, Spagnoli, 47 South Plank Rd, Newburgh NY 12550-3937
518094373 +Span Alaska Transportationllc, 3815 W Vly Hwy N, Auburn WA 98001-2440

518094374 +Span Enterprises Llc, Bryan Hinson, Acct Manager, 202 E Main St, Rock Hill SC 29730-4542
518094375 +Spangler Candy, Teresa Hug, 400 N Portland St, Bryan OH 43506-1200
518094380 +Sparkle Wash Central Indiana, 13662 Thistlewood Dr E, Carmel IN 46032-5132
518094382 Sparrow Enterprises, 98r Condor St, East Boston MA 02128-1306
518094383 +Sparta Twp Municipal Court, 65 Main St, Sparta NJ 07871-1903
518094384 Spartan Motors Usa Inc, Spartan, 75 Remittance Dr Dept 6925, Chicago IL 60675-6925
518094385 +Spartan Re Coveries Llc, 25 Orville Dr, Ste 101, Bohemia NY 11716-2510
518232872 +Spartan Realty Maintenance Corp, 417 Neponset St, Canton, MA 02021-1912
518094389 +Speakeasy Svc Corp, 21 Mereland Rd, New Rochelle NY 10804-2517
518094392 Specialmade Goods And Svc, Cargo Claims, 141 Marcel Dr, Winchester VA 22602-4844
518094393 +Specialty Beverage, Liam Jones, 5401 Eubank Rd, Sandston VA 23150-1943
518094394 Specialty Industries, Kim Shyder, 175 East Walnut St, Red Lion PA 17356-2523
518094395 Specialty Lamps, Theresa Wiliams, 6325 Spector St, Meridian MS 39307-9586
518094396 Specialty Store Svc, Karen Stupca, 454 Jarvis Ave, Des Plaines IL 60018-1912
518094397 Specified Air, 5franklin Global Str, Po Box 100, Ransomville NY 14131-0100
518094398 +Spectra Wood, Kathy Camin, 2625 Carolean Dr, State College PA 16801-7506
518094399 Spectrio, Po Box 890271, Charlotte NC 28289-0271
518094400 Spectro Oils Of America, Judy Beliveaj, 993 Federal Rd, Brookfield CT 06804-1108
518094401 Spectrotel, Ken Gilbertson, Director Major Accounts, Po Box 1949, Newark NJ 07101-1949
518094402 Spectrum, 341 East 150th St, Bronx NY 10451-5101
518094403 Spectrum Chemicals, Freight Management, 2900 E La Palma Ave, Anaheim CA 92806-2616
518094404 +Spectrum Plus, Main, 663 Old Willets Path, Hauppauge NY 11788-4117
518094405 +Spectrum Trans, Wayne Yee, 361 South Main St, Fall River MA 02721-5312
518094406 Speed Global Svc, Alexi Koehne, 2299 Kenmore Ave, Buffalo NY 14207-1311
518094407 #+Speedpro Imaging, 75 Utley Dr Ste 110, Camphill PA 17011-8000
518094416 +Spg Jfk Ii Llc, 147-35 Farmers Blvd, Jamaica NY 11434-5250
518094417 Spherion Staffing Llc, Leslie Swiger, Client Svc Manager, 62929 Collection Ctr Dr, Chicago IL 60693-0629
518094418 Spi Pharma Inc, George Marchack, 503 Carr Rd Ste 210, Wilmington DE 19809-2864
518094419 +Spice Mill, Melanie Warrington, 191 Adams St, Manchester CT 06042-1919
518094423 +Spindle City Auto Glass, Main, 483 Bedford St, Fall River MA 02720-4803
518094424 +Spindrift Soda, Logistxs Inc, 1500 Route 517 Ste 305, Hackettstown NJ 07840-2717
518094425 +Spine Metrics, 520 Huber Pk Ct, Weldon Spring MO 63304-8621
518094428 +Spinning Wheels Express, Cheryl Johnson, 152 Lynnway Ste 2d, Lynn MA 01902-3420
518094430 +Spirit And Sanzone, Christine Rudnick, 6495 Fly Rd, East Syracuse NY 13057-9671
518094431 +Spirit Svc Inc, Spirit Svc, 15801 Lockwood Rd, Williamsport MD 21795-4059
518094432 +Spirited Shipper, Bruce Cappels, 35-14 Crescent St, Astoria NY 11106-3920
518094433 +Spivack And Spivack Llc For, John Rider, 1528 Walnut St Ste 710, Philadelphia PA 19102-3607
518094435 Splash Shield, Linda Fieldson, 49 Virginia Ave, Uniontown PA 15401-4929
518094437 +Sport Zone, Dm Transportation, Po Box 621, Boyertown PA 19512-0621
518094438 +Sports Alley, 7385 Baltimore Annapolis Blvd, Ste D, Glen Burnie MD 21061-3278
518094439 +Spot Freight Inc, Tanisha Smith, 141 S Meridian St Ste 200, Indianapolis IN 46225-1029
518094441 +Spotless Cleaning, And Maid Svc, 13 New Broadway, Westfield MA 01085-5106
518232873 +Sprague Energy, 183-185 International Dr, Portsmouth, NH 03801-6836
518094445 Sprague Operating Resource Llc, Sprague, Po Box 347514, Pittsburgh PA 15251-4514
518094449 Spray Foam Distributors, Chasity Lacroix-bail, 1366 Daniel Webster Hwy, North Woodstock NH 03262-2860
518094454 +Springfield Auto Machine, 602 Center St, Chicopee MA 01013-1589
518094455 Springfield Corrugated Box, Bern Goodman, 74 Moylan Ave, Agawam MA 01001-4606
518094456 Springfield Spring, Nathan Gaudet, Po Box 505, East Longmeadow MA 01028-0505
518094457 +Springfield Terminal Corp, Whiteford Taylor And Preston Llp, Edward U Lee, Seven Saint Paul St Ste 1500, Baltimore MD 21202-1636
518094459 +Springleaf Financial Svc, Of America Inc Courthouse, Box 41 111 South Street, Farmville VA 23901-0041
518094460 #+Springtime Coffee, 6900 River Rd, Pennsauken NJ 08110-2611
518094464 +Sps Commerce Inc, Po Box 205782, Dallas TX 75320-5782
518094465 +Sps Temporaries, 135 Delaware Ave, Buffalo NY 14202-2496
518094466 +Sqp Inc, Tech Transport, 300 Elm St Unit 1, Milford NH 03055-4715
518094468 +Sr Medical Consultants Corp, Po Box 925, Newtown Square PA 19073-0925
518094469 #+Sra Medical Imaging Llc, Po Box 3, Clifton Springs, NY 14432-0003
518094471 +St Anthony Community Hospital, 15 Maple Ave, Warwick NY 10990-1059
518094472 +St Boniface Brewing Co, Nathaniel Rook, 1701 West Main St, Ephrata PA 17522-1106
518094473 +St Gabriel Organics, Janice Sisk, 14044 Litchfield Dr, Orange VA 22960-2571
518094474 +St George Logistics, 5 Logistics Dr Ste 100, S Kearny NJ 07032-6550
518094475 St John Properties Inc, St John Prop-g, Po Box 62771, Baltimore MD 21264-2771
518094476 +St Joseph Hospital, Po Box 950006575, Philadelphia PA 19195-0001
518094478 +St Josephs Medical Pc, Po Box 842255, Boston MA 02284-2255
518094479 +St Killian Importing, Brian Pineo, 170 Market St, Everett MA 02149-5808
518094480 +St Luke’s Cornwall Hospital, 19 Laurel Ave, Cornwall NY 12518-1499
518094481 +St Lukes Miners, P O Box 784161, Philadelphia PA 19178-4161
518094482 +St Marys Chevrolet, Donna, Accounting, 864 South St Marys Rd, St Marys PA 15857-2863
518094483 St Paul Fire And Marine Insurance Co, 201 County Blvd, Ste 505, Brampton ON L6W 4L2, Canada
518094484 St Paul Protective Ins Co, As Subrogee Of Robert Danehy, Po Box 660339, Dallas TX 75266-0339
518094485 St Paul Protective Ins Co As, Travelers Claims Hartford, Sub Vincent J Matarazzo, Pob 660339, Dallas TX 75266-0339
518094486 +St Vincents Hospital Westchest, Medical Record Dept, 275 North St, Harrison NY 10528-1140

518094487 St Vincents Medical Center, 7800 Main St, Bridgeport CT 06606
518094491 +Stadium Intl Sales And Svc, Chris, P O Box 2848, Syracuse NY 13220-2848
518094493 Stafast Building Prod, Debra Hayes, 7095 Americana Pkwy, Reynoldsburg OH 43068-4118
518094494 +Stage 3 Collision, Phillip, 38 Herriot Pl, Yonkers NY 10701-4824
518094498 Stahl Usa, James Dailey, 13 Corwin St, Peabody MA 01960-5107
518094503 +Stamford Superior Court-ga 1, Clerk Of Superior Court, 123 Hoyt St, Stamford CT 06905-5700
518094505 +Stand-up Mri Of Brooklynn, 306 5th Ave, Brooklyn NY 11215-2420
518094506 +Stand-up Mri Of Manhattan, Bill Miller, 110 Marcus Dr, Melville NY 11747-4228
518094507 Standard Air And Lite, Tim Doyle, 2406 Woodmere Dr, Pittsburgh PA 15205-1839
518094508 +Standard Distributing, Ap, 100 Mews Dr, New Castle DE 19720-2792
518094509 Standard Electric, Brendan O’riordan, 14 Jewel Dr, Wilmington MA 01887-3361
518094510 +Standard Envelopes, 220 Huff Ave Ste 600, Greensburg PA 15601-5376
518094512 +Standby Power Inc, Main, P O Box 422, West Suffield CT 06093-0422
518094517 +Stanley Black And Decker Inc, Transp Acctg Netw, Po Box 1269, Placentia CA 92871-1269
518094519 +Stanley Paving, Levi Stanley, 156 Overlook Rd, Little Falls NY 13365-5704
518094520 Stanley Security Solutionsinc, Dept Ch 10651, Palatine IL 60055-4210
518094521 +Stanley Steemer, 1960 E College Ave, Bellefonte PA 16823-7640
518094522 +Stanley Steemer Of Albany, County Inc, 41 Albany Ave, Green Island NY 12183-1011
518094523 +Stanley Williams And Murray M, Blum As Attorney, 1123 W 36 Th St, Baltimore MD 21211-2469
518094524 Stanley, Jordan, Address Intentionally Omitted
518094525 Stanpac, Claims Dept, 2790 Thompson Rd, Smithville ON L0R 2A0, Canada
518094526 Stanpac Inc, Brett Poziomka, 2790 Thompson Rd, Smithville ON L0R2A0, Canada
518094527 Stanton Equipment Inc, 2a Gandolfo Drive, Canaan CT 06018-2431
518094529 Staples, Susan Grupposo, 500 Staples Dr, Framingham MA 01702-4478
518094530 Staples, Po Box 102411, Columbia SC 29224-2411
518094531 +Staples Business Advantage, Po Box 70242, Philadelphia PA 19176-0242
518094532 Staples Corp, Susan Cullen, 500 Staples Dr, Framingham MA 01702-4478
518094533 Staples Credit Plan, Dept 0001191337, Po Box 9001036, Louisville KY 40290-1036
518094534 Staples Print Solutions, James Cercone, 2840 Sprouse Dr, Richmond VA 23231-6039
518094535 Star Children Dress, 9120 Pridesville Rd, Amelia Court House VA 23002-4862
518094536 +Star Interpreting Inc, 138 Larchmont Ave Ste 3, Larchmont NY 10538-2852
518094538 +Star Pressure Cleaning Inc, P O Box 181281, Fairfield OH 45018-1281
518094539 Star Stainless Screw, Darlene Pantoja, 30 N West End Rd, Totowa NJ 07512-1406
518094540 +Star Stainless Screw Co, Kate Jenusaitis, 284 Prestige Pk Rd, East Hartford CT 06108-1924
518094541 +Star-lite Propane, Fran, 111 South Fourth St, Bay Shore NY 11706-1230
518094542 Starbucks Coffee, Yesenia Rosario, 1 Ny Plz, New York NY 10004
518094543 Starbucks Corp, Condata, 9830 West 190th St Ste M, Mokena IL 60448-5603
518094544 +Starbucks Corp, Accts Rec Ms Ste, 2401 Utah Ave S, Seattle WA 98134-1436
518094545 +Stark Carpet, Cheryl Ciriello, 200 Boling Industrial Way, Calhoun GA 30701-3650
518094551 Starlite Svc, Janice Walsh, 1165 Crossroads Pkwy, Romeoville IL 60446-1166
518094552 +Starnet Solutions Inc, Stella Skinner, P O Box 313, Farmingdale NJ 07727-0313
518094553 Starplast Usa Llc, Robert Hughes, 9 Finderne Ave, Bridgewater NJ 08807-3354
518094557 +Stat Imaging, Garden State Medical Center, 100 Brick Rd Ste 101, Marlton NJ 08053-2146
518094559 State Corp Commission, Clerk’s Office, Po Box 1197, Richmond VA 23218-1197
518094560 State Disbursement Unit, Po Box 5400, Carol Stream IL 60197-5400
518094561 +State Electric Supply Comp, Rachel Gray, Po Box 5397, Huntington WV 25703-0397
518094563 +State Farm, Pappas Cox Kimpel Dody Levine Pc, 614 James St, Ste 100, Syracuse NY 13203-2683
518094562 +State Farm, Po Box 106172, Atlanta GA 30348-6172
518094565 +State Farm Auto Claims, Chris Meyer Claims, Po Box 52250, Phoenix AZ 85072-2250
518094564 +State Farm Auto Claims, Po Box 52250, Phoenix AZ 85072-2250
518232874 +State Farm Auto Claims, Subrogee For Sara Malvey, Po Box 52250, Phoenix, AZ 85072-2250
518094566 State Farm Claims As Sub For, For Grace Boyd C O Vwi, Po Box 4155, Sarasota FL 34230-4155
518094567 +State Farm Deanna Platt, Po Box 106172, Atlanta GA 30348-6172
518094568 State Farm Fire And Casualty Co, Sub For Arum Tover Habercorn, Subro Serv, Pob 106172, Atlanta GA 30348-6172
518094569 State Farm Indemnity Co As Sub, For Roosen Carroll, Po Box 106172, Atlanta GA 30348-6172
518094570 State Farm Indemnity Coas Sub, For Wendie Brock, Subro Servs, Po Box 106172, Atlanta GA 30348-6172
518094571 +State Farm Ins, Cynthia Walling, Po Box 106172, Atlanta GA 30348-6172
518094572 State Farm Ins Co, As Sub For Jessica Guadron, Po Box 106172, Atlanta GA 30348-6172
518094573 State Farm Ins Co As Sub Of, Elliott Grubman, Po Boxc 106172, Atlanta GA 30348-6172
518094574 +State Farm Ins Co As Sub Of, Wiber And Assoicates P C, Barbara A Buchman, 210 Landmark Dr, Normal IL 61761-2119
518094575 State Farm Insas Sub Of, Hung K Giang, Subro Servs, Pob 106172, Atlanta GA 30348-6172
518094576 +State Farm Insurance, Attorney For Plaintiff, Wilber And Associates Pc, Marie Hernandez 210 Landmark Dr, Normal IL 61761-2119
518232875 +State Farm Insurance Auto Claimsa, Subrogee For Joanna Kimura, Po Box 52250, Phoenix, AZ 85072-2250
518094577 +State Farm Mutual Auto Ins, Po Box 8021, Ballston Spa NY 12020-8021
518094578 +State Farm Mutual Auto Ins As, Subrogee Of Margaret Carney, Po Box 8021, Ballston Spa NY 12020-8021
518094580 State Farm Mutual Auto Ins Co, As Sub Of Paul C Nickalls, Subro Serv, Pob 106172, Atlanta GA 30348-6172
518094582 State Farm Mutual Auto Ins Co, As Subrogee For Erica Clanton, Po Box 106172, Atlanta GA 30348-6172
518094579 +State Farm Mutual Auto Ins Co, As Subrogee For Jenny Andress, Po Box 106172, Atlanta GA 30348-6172

518094583 State Farm Mutual Auto Ins Co, As Subrogee Of Roxann Smith, Subro Serv, Po Box 106172, Atlanta GA 30348-6172
518094581 State Farm Mutual Auto Ins Co, Sub For Michael D Devaudreuil, Po Box 106172, Atlanta GA 30348-6172
518094584 +State Farm Mutual Auto Insur Co, Vice A Sabella Esq, Po Box 9006, 114 Old Country Rd Ste 500, Mineola NY 11501-4410
518094586 +State Farm Mutual Auto Insur Co, Pappas Cox Kimpel Dodd And Levine Pc, P Douglas Dodd Esq, 614 James St Ste 100, Syracuse NY 13203-2683
518094585 +State Farm Mutual Auto Insur Co, For Derek Dowdell, Pappas Cox Kimpel Dodd And Levine Pc, P Douglas Dodd Esq 614 James St Ste 100, Syracuse NY 13203-2683
518094587 State Farm Mutual Automobile, As Subrogee Of Katie L Walls, Po Box 106172, Atlanta GA 30348-6172
518094589 State Farm Mutual Automobile, As Subrogee Of Shawn French, Subro Serv, Po Box 106172, Atlanta GA 30348-6172
518094590 State Farm Mutual Automobile, Ins Co As Sub Robert Kimmerly, Subrogation Serv, Pob 106172, Atlanta GA 30348-6172
518094588 State Farm Mutual Automobile, Inscoas Sub Tammie Lclouser, Sub Servs, Po Box 106172, Atlanta GA 30348-6172
518094591 +State Farm Mutual Automobile Co, Aso Catherine Darden, Simon And Mcclosky, 120 W Madison Ste 1100, Chicago IL 60602-4145
518094592 +State Farm Mutual Automobile Ins, Po Box 106172, Atlanta GA 30348-6172
518192119 +State Farm Mutual Automobile Insurance Company, c/o Rathbone Group, LLC, 1100 Superior Ave., E., Suite 1850, Cleveland, Ohio 44114-2544
518094593 State Farmsub William Walters, Po Box 106172, Atlanta GA 30348-6172
518094594 +State Highway Administration, Of Md, Po Box 1636, Baltimore MD 21203-1636
518094595 State Marshall-keith D, Niziankiewicz, Po Box 280054, East Hartford CT 06128-0054
518094598 +State Of Connecticut, Dep Of Environmental Protectio, 79 Elm St, Hartford CT 06106-5127
518094597 State Of Connecticut, Withholding Tax Division, Unit 700, Hartford CT 06150-0225
518094602 State Of Delaware, Justice Of Thr Peace Court, Po Box 7039, Dover DE 19903-7039
518094601 +State Of Delaware, Div Of Corporations, Cash Mngnt Dept, Po Box 898, Dover DE 19903-0898
518094603 State Of Florida Disbursement, Po Box 8500, Tallahassee FL 32314-8500
518094605 State Of Maine, Treasurer Me Sales And Use Tax, Po Box 1060, Augusta ME 04332-1060
518094604 State Of Maine, Office Of The State Treasurer, Unclaimed Property, 39 State House Station, Augusta ME 04333-0039
518094606 State Of Maine Income Tax Div, Income Tax Section, Po Box 1061, Augusta ME 04332-1061
518094607 +State Of Maine Revenue Svc, Voluntary Disclosure Program, Po Box 1060, Augusta ME 04332-1060
518094608 +State Of Maryland, Maryland Safezones, Po Box 17648, Baltimore MD 21297-1648
518232876 +State Of Maryland Dept Of Transportation, Prince Georges County, 7201 Corporate Ctr Dr, Hanover, MD 21076-1415
518094609 State Of Massachusetts, Carol A Fayan Esq, Office Of Appeals, Po Box 9551, Boston MA 02114-9551
518094610 State Of New Hampshire, Dept Of Employment Security, Po Box 2058, Concord NH 03302-2058
518094611 State Of New Hampshire, Dept Of Labor, Po Box 2160, Concord NH 03302-2160
518094613 State Of New Jersey, Treasurer Unclaimed Property, Po Box 214, Trenton NJ 08625-0214
518094614 +State Of New Jersey, Dept Of Labor, Po Box 429, Trenton NJ 08625-0429
518094612 State Of New Jersey, Income Tax Division, Po Box 555, Trenton NJ 08647-0555
518094615 State Of New Jersey, Dca Bfce Dores, P O Box 663, Trenton NJ 08646-0663
518094617 State Of New Jersey - Tgi, Div Of Taxation-rev Proc Cntr, Po Box 248, Trenton NJ 08646-0248
518094618 State Of New York, Dmv Revenue Accounting, Po Box 2409, Albany NY 12220-0409
518094619 State Of New York, Office Of Ag Attnkathy Rider, The Capitol Civil Rec Bureau, Albany NY 12224
518094620 State Of Njcbt, Div Taxation Corporation Tax, Po Box 666, Trenton NJ 08646-0666
518094621 +State Of Ny Dmv, Brooklyn North Tvb, 625 Atlantic Ave, Brooklyn NY 11217-2169
518094623 State Of Rhode Island, Division Of Taxation, One Capitol Hill, Providence RI 02908-5800
518094622 State Of Rhode Island, Division Of Taxation, Dept 90-po Box 9702, Providence RI 02940-9702
518094624 +State Of Ri, Division Of Taxation, One Capitol Hill, Providence RI 02908-5800
518094625 State Of Tennessee, Tre Hargettsecretary Of State, 312 Rosa Parks Ave 6th Fl, Nashville TN 37243-1102
518094627 State Of Vermont, Dept Of Taxes, Po Box 588, Montpelier VT 05601-0588
518094628 State Of West Virginia, Dept Of Revenue Abc Admin, 900 Pennsylvania Ave4th Fl, Charleston WV 25302
518094629 +State Trooper Coalition, Membership Processing Center, Po Box 318, Englishtown NJ 07726-0318
518094631 +Statewide Ins Fund D And H, Alternative Risk Solutions Inc, Po Box 68, Newton NJ 07860-0068
518094639 Stauffers Of Kissel Hill, Wayne Goodman, 813 Lititz Pike, Lititz PA 17543-8629
518094640 Stavi, Ryan Hertlein, 719 Lake St, Elmira NY 14901-2538
518094642 Stealth Interntional, Worldwide Express, 2323 Victory Ave Ste 16, Dallas TX 75219-7657
518094643 Stealth Intl, Robin Krause, 75 Commercial Ave, Garden City NY 11530-6450
518094647 +Steel And Wire, Suzann O Brien, Po Box 446, Baltimore MD 21203-0446
518094648 +Steel And Wire Products, Chelsea Murray, 6901 Quad Ave, Baltimore MD 21237-2403
518232877 +Steel, Sherwood, 805 N Wilson Ave Unit 302, Bristol, PA 19007-4529
518094651 Steele Canvas Basket Corp, Michelle Freeman, 201 Williams St, Chelsea MA 02150-3805
518094655 +Steele, Robert, 14445 Wisperwood Ct, Dumfries VA 22025-1133
518094659 Stefanie Karpinski, 324 10th St, Dracut MA 01826-5661
518094661 +Stego Saws Inc, Claims Dept, 1005 8th Ave, Glenshaw PA 15116-1733

518094673 Steinmart, 1624 16th St, North Bergen NJ 07047
518094676 +Stengel Brothers Inc, 1105 Sumner Ave, Whitehall PA 18052-6937
518094678 Step 2, Amrate, 19801 Holland Rd, Brookpark OH 44142-1339
518094679 Step 2, Global Logistics, 9400 Sw Barnes Blvd, Portland OR 97225-6608
518094680 +Stephen E Gertler-law Office, Atty For State Farm, 1350 Campus Parkway-pob 1447, Wall NJ 07719-1447
518094681 +Stephen J Gulino, Stephen, 235 Laverne Ave, Holbrook NY 11741-3316
518094682 +Stephen Musanto, 2154 Keen, Toledo OH 43611-1886
518094683 +Stephen Peroutka 1114, 8028 Ritchie Hwy S-300, Pasadena MD 21122-1075
518094684 Stephen Ross, Attorney For Defendant, Roetzel And Andress Lpa, Philip S Heebsh One Sea Gate Suite 1700, Toledo OH 43604
518094685 +Stephen Ross V, New England Motor Freight Inc Et Al, Terry Keaton, 1264 Sugar Grove Rd, Lancaster OH 43130-4860
518094687 Stephens Auto Supply, Sharon Claire, 7450 Sence Rd N, Hornell NY 14843-9652
518232878 +Stephens, Michael, 133 Rhode Island Ave, East Orange, NJ 07018-2445
518094693 +Stereoshop Inc, Harold Ulery, 201 E Pittsburgh St, Greensburg PA 15601-3303
518094694 Sterilite Corp, Joseph Bouley, 30 Scales Ln, Townsend MA 01469-1010
518094695 Sterling Info Systemsinc, P O Box 35626, Newark NJ 07193-5626
518094696 +Sterling Tech, 10047 Keystone Dr, Lake City PA 16423-1061
518094697 #Sterling Transport Serv, Richard Graber, 1273 Bound Brook Rd Ste 12a, Middlesex NJ 08846-1490
518094698 Stern Cohen Llp, Chartered Accountants, 45 St Clair Ave West, Toronto ON M4V 1L3, Canada
518094699 Sterry Street Towing, Main, 24 Rice St, South Attleboro MA 02703-8140
518094700 Stett Transportation, Stacie Dickens, 224 Grandview Dr, Fort Mitchell KY 41017-2702
518094701 +Steve Ames, 149 Joe Cole Ln, Winthrop ME 04364-4244
518094702 Steve And Robin Finkelstein, 40 Rodeo Dr, Syosset NY 11791-2209
518094703 +Steve Hapeman, 30 Clover Pl, Cheektowaga NY 14225-3304
518094704 +Steve J Fink And Assoc Pc, 25 E Washington St, Ste 1233, Chicago IL 60602-1876
518094705 +Steve Jensen Inc, Po Box 12891, Newport News VA 23612-2891
518094706 +Steve Santi, Steve, 615 Callero Ct, Roselle IL 60172-3076
518094707 +Steven Abatangelo, 904 Mill Pl, Montgomery NY 12549-1265
518094708 +Steven And Mary Mcbath, 14 Addison Ave, Howell NJ 07731-1300
518094709 +Steven Andino And Ruth Andino, 4735 Ramona Ave, Philadelphia PA 19124-2468
518094710 +Steven Simon Jr And Allen Allen, Allen And Allen As Attorney, 3504 Plank Rd, Fredericksburg VA 22407-6896
518094711 +Steven W Rickard And Assoc, 173 Hammocks Landing Dr, Ponte Vedra FL 32081-0584
518094712 Steven Willand, Shawn Davenport, 23 Rte 206 9, Augusta NJ 07822-0009
518094713 Stevens Global Logistics, Po Box 729, Lawndale CA 90260-0729
518094725 Steves Appliance And Furniture, Lakes Region Self Storage Llc, Penske Agent 6 Pond Rd, Sidney ME 04330
518094728 +Stewart And Stevenson Power Products Llc, Mary Elizabeth Rao, P O Box 950, Lodi NJ 07644-0950
518094729 +Stewart Filmscreen, Pei, 598 Red Oak Rd, Stockbridge GA 30281-4366
518094734 +Stickel Packaging Supply, Gary Petrizzo, 1991 Rutgers University Blvd, Lakewood NJ 08701-4538
518094736 +Stihl Inc, Matt Balsly, 536 Viking Dr, Virginia Beach VA 23452-7316
518094740 Stillfried Wien, Michael Trubrig, 40 Walker St, New York NY 10013-3999
518094741 +Stillman And Associates Pc, As Attorneys For Plymouth Rock, 51 Mill St Ste 11, Hanover MA 02339-1652
518094744 +Stjosephs Hsp, 301 Prospect Ave, Syracuse NY 13203-1899
518094745 Stlukes Hospital, 211 North 12th St, Lehighton PA 18235-1138
518094754 +Stone Creek Veneer, Tom Mott, 1610 Weisel Rd, Quakertown PA 18951-3793
518094755 +Stone River Pharmacy Solutions, Po Box 17124, Memphis TN 38187-0124
518094761 +Stonetown Logistics Inc, Bob Ottens, Po Box 4058, Wayne NJ 07474-4058
518094762 Stonewall Kitchen, Nancy Goyette, 17 Stonewall Dr, Doverster NH 03820-5531
518094763 Stonewall Kitchen, David Rousseau, 2 Stonewall Ln, York ME 03909-1662
518094764 Stoney Ridge Fencing Llc, Russell Morrison, 260 Timberlakes Ln, Clear Brook VA 22624-1605
518094765 +Storage Post, 3325 Atlantic Ave, Brooklyn NY 11208-2028
518094767 +Storms Industries, Echo Global, 600 W Chicago Ave Ste 725, Chicago IL 60654-2522
518094773 Stoughton Steel Co, Pam Ryan, 347 Circuit Rd, Hanover MA 02339-2036
518094778 Stover And Co, Kristina Hill, Po Box 188, Cheswick PA 15024-0188
518232879 +Stover, Natasha A, 39 Chestnut Ave, Irvington, NJ 07111-4602
518232880 +Strack, Katherine, 315 Woodhaven Blvd Sw, Bayville, NJ 08721-2769
518094784 +Strader-ferris Intl, Josh Kirkby, 808 Commerce Pk Dr, Ogdensburg NY 13669-2208
518094785 Stradis, Tfm, 5905 Brownsville Rd, Pittsburgh PA 15236-3507
518094786 +Straightnclearllc, Shirley Swartz, 3551 State Rte 156, Ste A, Avonmore PA 15618-1188
518094788 +Strata Furniture, Echo Global, 600 W Chicago Ave Ste 725, Chicago IL 60654-2522
518094789 +Strategic Commerce, Po Box 617877, Chicago IL 60661-7872
518094790 +Stratford Family Physicians, 1000 Remington Blvd Ste 200, Boilingbrook IL 60440-5125
518094793 +Strauss Factor Laing And Lyons, File 85161, One Davol Square, Ste 305, Providence RI 02903-4755
518232881 +Stravitz Law Firm, Eric Stravitz, 4300 Forbes Blvd, Ste 100, Lanham, MD 20706-4337
518094794 +Stravitz Law Firm Pc, 4300 Forbes Blv, Ste 205, Lanham MD 20706-4337
518094807 +Strive Physical Therapy, And Sports Rehabilitation Llc, 224 Strawbridge Dr Ste 100, Moorestown NJ 08057-4602
518094814 +Strollo Bros And Sons Inc, Strollo’s Towing, 1525 Highland Ave, Cheshire CT 06410-1252
518094815 Strong Memorial Hospital Sp, Po Box 5325, New York NY 10087-5325
518094820 +Structural Preservation System, 6955 San Tomas Rd, Elkridge MD 21075-6218
518094822 +Struthers Municipal Court, 6 Elm St, Struthers OH 44471-1972

518094823 #+Sts Logistic Svc Inc, 80 Sheridan Blvd, Inwood NY 11096-1800
518094824 +Sts Truck Equipment Trailer, 3496 Court St, Syracuse NY 13206-1051
518094825 Stuart-lippman And Associates, As Sub For Geico, 5447 E 5th Ste 110, Tucson AZ 85711-2345
518094845 +Subaru Of America, Maricel Avalos, 2020 Rt 130, Burlington NJ 08016-9716
518094846 +Subaru Of New England, 95 Morse St, Norwood MA 02062-4623
518094847 +Subrogation Division Inc, 136 South Main St, Spanish Fork UT 84660-2001
518094848 +Suburban Auto Seat Co, 35 Industrial Rd, Lodi NJ 07644-2607
518094853 +Suburban Propane, Po Box 290, Whippany NJ 07981-0290
518094854 Suburban Propane, Po Box F, Whippany NJ 07981-0405
518094850 +Suburban Propane, P O Box 270, Whippany NJ 07981-0270
518094849 +Suburban Propane, Po Box 270, Whippany CT 07981-0270
518094855 Suburban Propane, Po Box G, Whippany NJ 07981-0406
518094851 +Suburban Propane, Po Box 160, Whippany NJ 07981-0160
518094852 +Suburban Propane, Po Box 260, Whippany NJ 07981-0260
518094856 +Suburban Propane Inc, Phyllis Whitlow, Custrelations Specialist, Po Box 889248,
Atlanta GA 30356-1248
518094857 Suburban Propane Lp, Po Box 300, Whippany NJ 07981-0300
518094858 +Suburban Propane Lp, Lisa, Po Box J, Whippany NJ 07981-0409
518094860 +Suchawn Choi, 13673 Sweet Woodruff Ln, Centerville VA 20120-2602
518094862 +Suddath Relocation Systems Md, 3850 Pen Belt Pl, Forestville MD 20747-4732
518094863 Suditack Electric, John Chon, 425 N Broad St, Elizabeth NJ 07208-3366
518094864 Sudz Hot Wash And Detail, A Div Of Hayley Enterprise Llc, 17441 Cindy Ln,
Hagerstown MD 21740-1642
518094865 +Suffolk County Clerk’s Office, 310 Center Dr, Riverhead NY 11901-3392
518232882 +Suffolk County Dpw Trnsp, 335 Yaphank Ave, Yaphank, NY 11980-9736
518094866 +Suffolk County Meghan Lavery, Public Health Sanitarian, Office Of Pollution Control,
15 Horseblock Pl, Farmingville NY 11738-1204
518094867 Suffolk County Treasurer, Red Light Safety Program, Po Box 778, Baltimore MD 21203-0778
518094868 #Suffolk County Water Auth, Po Box 3147, Hicksville NY 11802-3147
518094869 +Suffolk County Water Authority, 4060 Sunrise Hwy, Po Box 38, Oakdale NY 11769-0901
518094870 Sugar Foods Corp, Mark Dershowitz, 24799 Network Pl, Chicago IL 60673-1247
518094875 +Sullivan Tire Co, 81 Concord St, North Reading MA 01864-2601
518094876 +Sullivan Town Court, Town Hall, 7507 Lakeport Rd, Chittenango NY 13037-9515
518094884 +Sum Realty Llc, 369 Lexington Ave, 12th Fl, New York NY 10017-6506
518094887 +Summit Communications Inc, 5818 Wilmington Pike, 218, Centerville OH 45459-7004
518094888 +Summit Fire And Security Llc, P O Box 91, Colchester VT 05446-0091
518094889 +Summit Handling Systems, Jack, 11 Defco Pk Rd, North Haven CT 06473-1126
518094890 +Summit Logistics Solutions Inc, 3649 St Rt 150, East Greenbush NY 12061-3550
518094891 +Summit Rx, Claims Dept, 926 Newark Ave, Jersey City NJ 07306-6336
518094892 +Sumner Printing, 433 Rte 108, Somersworth NH 03878-2043
518094893 Sumner Printing Inc, Tapitha Boyle David Rondinone, 433 Rt 108, Somersworth NH 03878-2018
518232883 +Sun Dial, 11 Ranick Dr, Amityville, NY 11701-2823
518094894 +Sun Environmental Corp, Rachel Decker, 4655 Crossroads Pk Dr, Liverpool NY 13088-3515
518094895 +Sun Logistics Nyc Inc, 46-60 55th Avenue, Maspeth NY 11378-1025
518094896 Sunbury Textile, P O Box 768, Sunbury PA 17801-0768
518094897 +Suncom Industries Inc, Po Box 46, Northumberland PA 17857-0046
518094898 Sundance Logistics, Pete Griego, 6801 W Side Ave, North Bergen NJ 07047-6441
518094899 +Sundia Corp, Anne Thys, 25 Orinda Way Ste 300a, Orinda CA 94563-4402
518094900 Sundial Brands, Teresa Demicco, 11 Ranick Drrive South, Amityville NY 11701-2823
518094901 +Sunlife Systems - Midwest, 1951 Television Pl, Kansas City MO 64126-3092
518094902 Sunlight Transport, Echo Global, 600 W Chicago Ave Ste 7, Chicago IL 60654-2801
518094903 +Sunny Sky Products, Jeromo Mondicino, 102 Kimball Ave Unit 2,
South Burlington VT 05403-6800
518094904 +Sunnyside Corp, 225 Carpenter Ave, Wheeling IL 60090-6095
518094905 Sunoco, Wex Bank, P O Box 4337, Carol Stream IL 60197-4337
518094906 Sunoco Llc, Po Box 206458, Dallas TX 75320-6458
518094907 Sunray Electric Supply Com, Patraci Procacina, 711 Walnut St, Mckeesport PA 15132-2809
518094908 Sunrun Inc, Irvin Jaramillo Jose Llanos, 1227 Striker Ave Ste 200,
Sacramento CA 95834-1179
518094909 +Sunset Office Supply, 40-14 24th Street, Long Island City NY 11101-3912
518094910 +Sunshine Ford, 40 Rt 17k Po Box 307b, Newburgh NY 12550-3914
518094911 +Sunshine Lighting, David Steinmetz, 744 Clinton St, Brooklyn NY 11231-2101
518094914 +Suntek Transport, Rina Rojahn, 4500 Salisbury Rd Ste 305, Jacksonville FL 32216-8057
518094915 +Suntek Transport, 11000 Frisco St, Ste 100, Frisco TX 75033-2033
518094916 +Super Enterprises, 126 Spagnoli Rd, Melville NY 11747-3502
518094917 +Super Trucking Inc, Po Box 93488, City Of Industry CA 91715-3488
518094918 +Superglass Windshield Repair, Po Box 1536, Linden NJ 07036-0005
518094919 +Superior Auto Supply Inc, Jennifer Burton, 43 E Main St, North East PA 16428-1340
518094920 Superior Court Ga19, 20 Park Ave, Rockville CT 06066-3212
518094921 +Superior Distributors Co Inc, Drew Jordan, 4 Midland Ave, Elmwood Park NJ 07407-3115
518094922 +Superior Distributors Co, Inc, Marlene; Richard Klein, 4 Midland Ave,
Elmwood Park NJ 07407-3115
518094923 #+Superior Electric, Lisa Gill, 9445 West Ridge Rd, Elyria OH 44035-4534
518094924 +Superior Fence, 8233 Aarons Fork Rd, Elkview WV 25071-6147
518094925 +Superior Group Inc, 9 Meadow St, Bayonne NJ 07002-4511
518094926 +Superior Nut Co Inc, Rm Pamzini, Po Box 410400, Cambridge MA 02141-0004
518094927 +Superior Plus Energy Svc, Superior Plus, Po Box 1365 Dept 3, Buffalo NY 14240-1365
518094928 +Superior Plus Energy Svc, Po Box 128, Montoursville PA 17754-0128
518094929 +Superior Pool Products, Bill Dorflinger, 1277 Berea Industrail Pkwy, Berea OH 44017-2928
518094930 Superior Printing, Alan Penner, 800 Sherman Ave, Hamden CT 06514-1147

518094931 +Superior Wash, Wilmer Medina, Account Receivables Collections Dept, 320 S Flamingo Rd Pmb 116, Pembroke Pines FL 33027-1770
518232884 +Supermarkets Village, 733 Mountain Ave, Springfield, NJ 07081-3223
518094932 +Supervalu C O Transaver Llc, Dana Mcallister, 108 Washington St, Manlius NY 13104-1913
518094933 +Supervisor Town Of Montgomery, Town Government Center, 110 Bracken Rd, Montgomery NY 12549-2600
518094934 +Supervisor, Town Of Montgomery, 110 Bracken Rd, Montgomery NY 12549-2600
518094937 +Supply Kick Llc, Ryan Culver, 600 E Ohio St, Indianapolis IN 46202-3811
518094938 +Supplytek Intl, Echo Global, 600 W Chicago Ave Ste725, Chicago IL 60654-2522
518094939 Support Payment Clearinghouse, P O Box 52107, Phoenix AZ 85072-2107
518094940 +Supreme Specialty Advertising, 34 Mulberry Ln, Mount Arlington NJ 07856-1383
518094941 +Sur La Table, Kathy Terando, 901 Northfield Dr Ste 200, Brownsburg IN 46112-2532
518094942 Surefoot Hardscape Products, Ed Berg, 180 Steeles Ave W ste 206, Thornhill ON L4J2L1, Canada
518094943 +Sureship, 9001 Hampton Overlook, Capitol Heights MD 20743-3826
518094944 +Sureway Printing And Graphics, Christopher Sustak, 338 Wall St, Princeton NJ 08540-1518
518094945 +Surgical Associate Of Richmond, Chesterfield Gen District Ct, 9500 Courthouse Rd Pob 144, Chesterfield VA 23832-0910
518094946 +Surgicore Of Jersey City, 550 Newark Ave, Jersey City NJ 07306-1326
518094948 +Surplus Giant Inc, Nancy Landau, 900 E Atlantic Ave Ste, Delray Beach FL 33483-6954
518094949 +Susan Cohen 2000 Trust, P O Box 6031, Elizabeth NJ 07207-6031
518094950 +Susan Cohen 2002 Trust, P O Box 6031, Elizabeth NJ 07207-6031
518094951 +Susan Cohen Grantor Trust, P O Box 6031, Elizabeth NJ 07207-6031
518094952 +Susan Mattina, 3 Sutton Ct, Amherst MA 01002-2841
518094953 Susan O Young And Metzger, Wickershamrsham Pc, 2321 Paxton Church Rd, Pob 69200, Harrisburg PA 17106-9200
518094954 +Susan S Cohen 2016 Non Gst, Trust, P O Box 6031, Elizabeth NJ 07207-6031
518094955 +Susan Volpe, Kramer Dillof Livingston And Moore, John Cagney Esq, 217 Broadway, New York NY 10007-2998
518094958 +Susquehanna Fire Equipment Co, Jennifer Persun, Po Box 209, 2122 Main St, Dewart PA 17730-0209
518094959 Susquehanna Valley, Worldwide Express, 2323 Victory Ave 16, Dallas TX 75219-7657
518094960 +Sussex County Plg And Htf Sply, Gray Mitchell, Po Box 178, Newton NJ 07860-0178
518094966 Suzanne E Wade Trustee, P O Box 983, Memphis TN 38101-0983
518094967 +Suzanne Smith, 321 Hedge Run, Highland Park IL 60035-5006
518094968 Svb Food And Beverage, Crystal Smith C Laing, 717 Corning Way, Martinsburg WV 25405-2518
518094969 Svc Experts, 1702 Fairfield Ave, Fort Wayne IN 46802-5108
518094970 +Svc Partner Gutter Supply, Joseph Coppola, 8026 Woodland Dr, Indianapolis IN 46278-1349
518094971 +Svc Pumping And Drain Coinc, 5 Hallberg Pk, North Reading MA 01864-2611
518094972 Svc Tire Truck Centers, 2255 Avenue A, Bethlehem PA 18017-2107
518094973 +Svc Transfer Inc, 4101 Wilcox St, Chesapeake VA 23324-1057
518232885 +Swartz Campbell Llc, Kevin Canavan, Two Liberty Pl, 50 S 16th St 28th Fl, Philadelphia, PA 19102-2519
518094981 #+Swartz Campbell Llc, Two Liberty Place, 50 S 16th St 28th Fl, Philadelphia PA 19102-2519
518094987 Swedish Match, Holly Wahl, Po Box 986, Owensboro KY 42302-0986
518094991 +Sweetheart Cup, Dart Container, 500 Hogsback Rd, Mason MI 48854-9547
518094992 Sweetners Plus, Melissa French, 5768 Sweetners Blv, Lakeville NY 14480-9741
518094993 Sweetworks, Donna Stack, 3500 Genesee St, Buffalo NY 14225-5015
518094994 Sweigert, Chad, Address Intentionally Omitted
518094998 Swift Transport, Po Box 71963, Chicago IL 60694-1963
518232886 Swift Trucking, 6500 W Airport Rd, Gary, IN 46406
518094999 Swimways Corp, Cargo Claims, 5816 Ward Ct, Virginia Beach VA 23455-3313
518095003 +Swissco, 38 E 32nd St, 12th Floor, New York NY 10016-5559
518095018 +Syn-tech Systems Inc, Sandy Pagano, AR, Po Box 5258, Tallahassee FL 32314-5258
518095019 Syncb Amazon, Berger Gary, P O Box 530958, Atlanta GA 30353-0958
518095020 Synergistics Management, Nvision Global, 1900 Brannan Rd Ste 300, Mcdonough GA 30253-4324
518095021 Synnex, Accounts Payable, 44201 Nobel Dr, Fremont CA 94538-3178
518095022 +Synter Resource Group, Heather Helmuth, 5935 Rivers Ave Ste 102, Charleston SC 29406-6071
518095023 +Synter Resource Group Llc, Po Box 62016, North Charleston SC 29419-2016
518095024 +Synthasys Llc, 8126 Lakewood Main St, Ste 202, Lakewood Ranch FL 34202-5067
518095025 Syntiche Mabuaka, 10375 Forest Ave Apt G3, Portland ME 04103
518095026 +Syracuse Label, Warren Wolfson, 100 East Washington St Ste 206, Syracuse NY 13202-1611
518095027 +Syracuse Thermal Products Inc, John Koenig, 6750 Old Collamer Rd, East Syracuse NY 13057-1121
518095028 +Syracuse Truck And Equipmentllc, Chris Pomeroy, P O Box 425, Manlius NY 13104-0425
518095029 Syracuse Wineworks, Robert Maynard, 3787 Milton Ave, Camillus NY 13031-1557
518095030 #+Syriana Transportation Llc, 729 Plymouth St, Allentown PA 18109-2352
518095031 +Sysco Central Whse, Claims Dept, P O Box 790, Fond Du Lac WI 54936-0790
518095032 +Sysco Guest Supply, Returns Group, 409 Kennedy Dr, Sayreville NJ 08872-1436
518095033 System Aire Supply, 1185 Meriden-waterbury Tpke, Southington CT 06489
518095034 +System4 Of Boston, Main, 99 Derby St, Ste 300, Hingham MA 02043-4216
518095035 Systematic Filing, Thomans Kenly, 701 Montour Blvd, Danville PA 17821-9185
518095036 Systems Inc, Po Box 309, Germantown WI 53022-0309
518095037 +Systems Plus, Office Serviceinc L Sheeler, 102 W Franklin St, Steelton PA 17113-2156
518095038 Sz15 Logistics, Gerrie Cyrus, Po Box 698, Carlisle PA 17013-0698
518095045 Szy Holdings Llc, 300 Liberty Ave, Brooklyn NY 11207-2923
518095046 +T And R Towing And Svc, Shelby, 691 Addison Rd, Painted Post NY 14870-8539
518095047 +T And R Towing Servive Llc, 7774 Industrial Pk Rd, Hornell NY 14843-9673
518095048 +T And T Inc Of Ny, 74 Main St, Cohoes NY 12047-3068
518095052 +T M I Llc, Keystone Dedicated, 800 N Bell Ave Bldg, Carnegie PA 15106-4300

518095053 T O C Logistics, 2601 Fortune Cir, Ste 201b, Indianapolis IN 46241-5527
518095054 +T Pilesky Enterprise, Po Box 313, Weare NH 03281-0313
518095055 T V C Communications, Cargo Claims, 800 Airport Rd, Annville PA 17003-9002
518095513 ++++TOM'S OF MAINE, CLAIMS DEPT, 2 STORER ST STE 302, KENNEBUNK ME 04043-6883
(address filed with court: Tom's Of Maine, Claims Dept, 302 Lafayette Ctr, Kennebunk ME 04043-1754)
518095598 ++TOWN OF HAMDEN TAX COLLECTOR, 2750 DIXWELL AVE, HAMDEN CT 06518-3320
(address filed with court: Town Of Hamden, 2750 Dixwell Ave, Hamden CT 06518)
518095056 Ta Industries, Brit-ne Barton, 300 Principio Pkwy W, Northeast MD 21901-2916
518095057 Taa Tools Inc, Ellen Wente, President, 2660 Superior Dr, Rochester MN 55901-8383
518095059 Tabb, Jordan, Address Intentionally Omitted
518095061 Tablecraft Products, Lindsay Stanford, 801 Lakeside Dr, Gurnee IL 60031-2489
518095063 Taconic Wire, Janine Latella, 250 Totoket Rd, North Branford CT 06471-1035
518095064 +Taeffner Truckingllc, 488 Ridge Rd, Monmouth Junction NJ 08852-3043
518095067 +Talatrans Worldwide, Po Box 835, Itasca IL 60143-0835
518095069 Tall Tree Lumber Co, 481-2 Morden Rd, Oakville ON L6K 3W6, Canada
518095070 +Talley Inc, Julio Torres, 12976 Sandoval St, Santa Fe Springs CA 90670-4061
518095071 +Talley Petroleum Enterprises, Julie Talley, Credit Manager, 10046 Allentown Blvd, Grantville PA 17028-8712
518095073 +Tallmadge Tire, 224 East Arterial Hwy, Binghamton NY 13901-1674
518095075 +Talus Corp, 299 Presumpscot St, Portland ME 04103-5224
518095076 +Tam Enterprises Inc, Rosanna, 114 Hartley Rd, Goshen NY 10924-6511
518095078 +Tamco Electric Inc, Tamco, Po Box 219, Bath OH 44210-0219
518232887 +Tanger Outlet, 6800 Oxenhill Rd, Oxenhill, MD 20745-4700
518095080 +Tanknology Inc, Po Box 201567, Austin TX 78720-1567
518095081 +Tannin Corp, Jason Nac Nicholl, 65 Walnut St, Peabody MA 01960-5625
518095082 +Tanola R Ennis, Attorney For The Plaintiff, Sanders Sanders Block Woycik Viener, And Grossman Pc 100 Harricks Rd, Mineola NY 11501-3637
518095083 +Tanola R Ennis V, New England Motor Freight Inc Et Al, Brent Bomia, 98 Ellenel Blvd, Spotswood NJ 08884-1131
518232888 Tanya Delone Horne, 6006 N Englewood Dr, Capitol Heights, MD 20743
518095084 Tapco, Emily Mcgehee Maria Ibanez, 29797 Beck Rd, Wixom MI 48393-2834
518095085 +Tapco Companies, Paul Culbertson, 10721 S Water St Ext, Meadville PA 16335-9097
518095086 +Tapco Companies, Janet Kerr, Po Box 457, Sharon Center OH 44274-0457
518095087 Tapetel Electronics Inc, Po Box 774, Clark NJ 07066-0774
518095089 Tarantin Industries, Kenneth Weeks, 86 Vanderveer Rd, Freehold NJ 07728-8800
518095090 Tarantin Tank, Jeff Gonnello, 86 Vanderveer Rd, Freehold NJ 07728-8800
518095092 +Target, 120 Matthew Dr, Uniontown PA 15401-8418
518095093 +Target Automotive Llc, 258 Cartpath Dr, Meriden CT 06450-7037
518095094 Target Corptarget Frght Paym, Unloading Allowance, 1000 Nicollet Malltps 0855, Minneapolis MN 55403
518095095 +Target Freight, 5905 Brownsville Rd, Pittsburgh PA 15236-3507
518095096 +Tark Inc, Gregory Salvati, 35 Dunham Rd, Billerica MA 01821-5704
518095101 +Taste Of Nature Inc, Arthur Ramirez, 2828 Donald Douglas Loop, Santa Monica CA 90405-2966
518095102 Tate And Hill Inc, Claims Dept, 2812 Decatur St, Richmond VA 23224-3676
518095107 +Tavares Cleaning Svc Inc, Po Box 73093, Providence RI 02907-0547
518095110 +Tawana Huggins, Attorney For The Plaintiff, Martin F Kronbert Pc, 2414 Morris Ave Suite 215, Union NJ 07083-5708
518095111 +Tawana Huggins V, Eastern Freight Ways Inc Et Al, Peter Jermyn, 10 High St 3rd Floor, Salem MA 01970-3309
518095112 +Tax Admonistrator, Po Box 3649, Akron OH 44309-3649
518095113 +Tax Assessment Xperts Inc, 500 N Broadway, Ste 128, Jericho NY 11753-2130
518095114 Tax Collectortown Of Nhaven, Po Box 900, Hartford CT 06143-0900
518095115 #Taylor And Francis, Tracy Koor, 7625 Empire Dr, Florence KY 41042-2919
518095116 +Taylor And Friedberg Llc, 60 Washington St, Morristown NJ 07960-6844
518095117 Taylor And Messick, John Deere Dealer, 325 Walt Messick Rd, Harrington DE 19952-3300
518095118 Taylor Made Custom Products, Il 2000, Po Box 8372, Virginia Beach VA 23450-8372
518095119 +Taylor Northeast Inc, Main, 931 Hemlock Rd, Morgantown PA 19543-9767
518095120 +Taylor Rental, James Falcone, 301 Russell St, Hadley MA 01035-3535
518095121 +Taylor Shooting Sports, Wally Taylor, 6225 Lords Crossing Rd, Hurlock MD 21643-3211
518095145 Taylors Do It Best, Margaret Jones, 6439 Centralia Rd, Chesterfield VA 23832-6556
518095148 Tazmanian Freight, Roberto Sosic, Po Box 811090, Cleveland OH 44181-1090
518095149 +Tbl Svc, Po Box 3838, Allentown PA 18106-0838
518095151 +Tcr Warehouse Inc, 705 Route 73, Palmyra NJ 08065-1755
518095152 +Tcs, 100 Sonwil Dr, Buffalo NY 14225-5514
518095153 Td Bank, P O Box 16027, Lewiston ME 04243-9513
518095157 Td Insurance, Dan Fernando 9th Floor, 3650 Victoria Pk Ave, North York ON M2H 3P7, Canada
518095158 +Tdi Repair Facility Llc, 50 Babbie Blvd, Swanton VT 05488-4445
518095159 +Tds, Caroline Krier, 550 Village Cntr Dr, Saint Paul MN 55127-2048
518095160 Te Connectivity, Caitlin Nelson, Po Box 3608, Harrisburg PA 17105-3608
518095161 +Teachers Insurance Co, As Subrogeeof Simone Heyward, Po Box 920, Lincroft NJ 07738-0920
518095162 +Teachers Insurance Plan Of Nj, Debra Hart, Jennifer L Parsons Esq, 303 Fellowship Rd Ste 300, Mt. Laurel NJ 08054-1295
518095166 Tech Logistics, 300 Elm St, Unit 1, Milford NH 03055-4715
518095167 Tech Roofing Svc Inc, Tech Roofing, 267 Page Bulevard Po Box 948, Springfield MA 01101-0948
518095168 +Tech Warehousing, Po Box 503, Glens Falls NY 12801-0503
518095169 Technic Inc, Al Antos, 1 Spectacle St, Cranston RI 02910-1032
518095170 #+Technical Papers, Alex Hermanson, 65 Sprague St, Hyde Park MA 02136-2062

518095171 Technical Traffic, Claims Dept, 30 Hemlock Dr, Congers NY 10920-1402
518095172 Technipaq Inc, Jan Bryant, 975 Lutter Dr, Crystal Lake IL 60014-8190
518095173 +Techr2, 48 Klema Dr N, Reynoldsburg OH 43068-9691
518095174 Teconnect, Odyssey Logistics, Po Box 19749 Dept 123, Charlotte NC 28219-9749
518095175 Tecstone Granite, Bradley Stelzer, 2400 Landmark Way, Columbus OH 43219-3658
518095176 +Ted Lemay, Site One, 1 Shoreline Dr, Guilford CT 06437-2978
518095177 +Ted Van Galen, Body And Fender Shop, 116 West St, Albany NY 12206-2303
518095178 +Teddy Roy, 151-10 35th Ave, Flushing NY 11354-3952
518095181 +Teds Of Fayville Inc, 300 Turnpike Rd, Southborough MA 01772-1709
518095182 +Teds Towing Svc Inc, 4920 Hazelwood Ave, Baltimore MD 21206-2259
518095183 Tee Pee Olives, Tish Conley, 2842 Cromwell Rd, Norfolk VA 23509-2408
518095185 +Telescope Casual, Tech Logistics, 300 Elm St Unit 1, Milford NH 03055-4715
518095188 Telogis Inc, Po Box 844183, Los Angeles CA 90084-4183
518095191 +Temp Tech Inc, Kevin Wagner, 926 State St, Lemoyne PA 17043-1543
518095192 Temperatsure Inc, 10606 South 144th St, Omaha NE 68138-3818
518095193 +Temperpack, Riverside Logistics, Po Box 7899, Richmond VA 23231-0399
518095195 +Tennant, Po Box 71414, Chicago IL 60694-1414
518095198 +Tennessee Child Support, Receipting Unit, Po Box 305200, Nashville TN 37229-5200
518095199 +Tennessee Dept Of Revenue, Andrew Jackson St Office Bldg, 500 Deaderick St, Nashville TN 37242-0001
518095200 +Tennis Roofing And Asphalt Inc, Main, 250 West Wylie Ave, Washington PA 15301-2287
518095201 +Tenpoint Crossbow Tech, Kyle Hayes, 1325 Waterloo Rd, Suffield OH 44260-9608
518095202 +Tenstreet Llc, 5121 S Wheeling 200, Tulsa OK 74105-6421
518095203 Tentandtablecom, Afs Logistics, Po Box 18410, Shreveport LA 71138-1410
518095206 +Teresa Ackerknecht, 185 Palasade Ave Apt 18, Bridgeport CT 06610-2234
518095207 +Teresa And Emmanuella Ashkinazi, 4 Apollo Dr, Wayne NJ 07470-3443
518095208 +Teresa M Mcleod, 8430 Zenith Dr, Baldwinsville NY 13027-9344
518095209 +Teresa Mcleod And Alexander And, Catalano Llc, 6713 Collamer Rd Ste 1, East Syracuse NY 13057-9814
518095210 #+Teresa Smith, 12 Stecker Mill Rd, Danville PA 17821-6801
518095211 +Termanal Corp, Gail Murphy, 7825 B Rappahannock Ave, Jessup MD 20794-9474
518095212 +Terminal Properties Exchange, Po Box 6687, Richmond VA 23230-0687
518095213 Terminix Processing Center, P O Box 742592, Cincinnati OH 45274-2592
518095214 +Terra Site Construct, Allah Josselyn, 900 Shenandoah Shore, Front Royal VA 22630-6417
518095216 #+Terri Baker, Terry Baker, 13918 North Pt Rd, Midlothian VA 23112-2032
518095217 +Terriann White, 1408 Gaston St, Wantagh NY 11793-3025
518095218 +Terrik Sparks, Law Office Of Alan C Glassman, Adam D Glassman Esq, 34 Atlantic Ave Ste 200, Lynbrook NY 11563-3060
518095219 +Terry Dibello, Terry, 205 Beechwood Dr, Roaring Brook Township PA 18444-7606
518095220 +Terry Ecker, Claims Office, 5322 Wheeler Rd, Jordan NY 13080-9510
518095225 +Tertech Inc, 401 Rinker Way Bay 2, Lake Worth FL 33461-3818
518095227 +Testa Steel Constructors Inc, Po Box 51, Channahon IL 60410-0051
518095229 Tetra Medical Supply, Elizabeth Vargas, 6364 W Gross Pt, Niles IL 60714-3916
518095232 Texpress, Claims Dept, Box 87552 300 John St, Thornhill ON L3T5W4, Canada
518095233 +Textile Tapes, 104 Pickering Rd, Rochester NH 03867-4604
518095234 +Tf Logistics, Jeff Mills, P O Box 983, Indianapolis IN 46206-0983
518095235 Tfc Llc, Nick Basso, 1457 Raritan Rd Ste 20, Clark NJ 07066-1252
518095236 Tfh Publications, Danielle Pimienta, 85 W Sylvania Ave, Neptune City NJ 07753-6775
518095237 Tfh Publications Inc, Associated Traf Srv, 1064 Calle Carrillo, San Dimas CA 91773-4321
518095238 +Tgr Transport, Heather Chamberlain, 13990 Fir St, Oregon City OR 97045-8906
518095241 Thang Tran, Adam S Getson Esq, Wapner Newman 2000, Market Street Suite 2750, Philadelphia PA 19103
518095242 #Thang Tran V, New England Motor Freight Inc, Russell D Lore, 453 Washington Ter, Audubon NJ 08106-2143
518095243 +The Arbella Mutual Ins Co, As Subrogee Of Brianna Smith, 101 Edgewater Dr, Wakefield MA 01880-1261
518095244 +The Ashley Lauren Foundation, The Ashley Lauren Founda, 309 Morris Ave Ste D, Spring Lake NJ 07762-1359
518095245 +The Auto Barn Inc, 2930 James St, Baltimore MD 21230-1137
518095246 The Auto Ins Co Of Hartford, As Sub For Jonnie Knighton, Po Box 660339, Dallas TX 75266-0339
518095248 +The Borough Of Etna, 437 Butler St, Etna PA 15223-2186
518095249 +The Borough Of Sewickley Kevin Flannery, Mgr, 601 Thorn St, Po Box 428, Sewickley PA 15143-0428
518095250 +The Boys And Girls Club Of Metro, Queens, 110-04 Atlantic Ave, Richmond Hill NY 11419-1026
518095252 +The Cei Group Inc, 4850 East St Rd, Ste 220, Trevose PA 19053-6653
518095251 +The Cei Group Inc, As Subrogee For Richard, 4850 East St Rd Ste 220, Trevose PA 19053-6653
518095253 +The Cei Group Inc As Sub For, Element, 4850 East St Rd Ste 220, Trevose PA 19053-6653
518095254 +The Center Of Health, 25 Ulster Ave, Saugerties NY 12477-1212
518232889 +The Cheer House, 317 Midland Ave, Garfield, NJ 07026-1718
518095255 +The Cincinnati Ins Co, As Subrogee Of Daniel Murtha, Po Box 2019, Meriden CT 06450-1119
518095256 +The City Of Frederick, 101 North Ct St, Frederick MD 21701-5440
518095257 +The City Of New York Fire Dept, Room 5e 5 Revenue Mng, 9 Metrotech Ctr, Brooklyn NY 11201-5431
518095258 +The Classified Guys, Todd Holze, 12 Bates Pl, Danbury CT 06810-6803
518095259 The Co-operators As Subrogee, For Stoneface Dolly’s, 5550-1st Street Sw, Calgary AB T2H0C8, Canada
518095260 +The Commerce Ins Co As Sub, Antonio B Pereira, 11 Gore Rd, Webster MA 01570-6817

518095261 The Crash Lab Inc, Po Box 850, Hampton NH 03843-0850
518095262 +The Davinci Group Llc, Lou Najera, 40 East Main St, Ste 250, Newark DE 19711-4639
518095263 +The Dirt Doctors Llc, Christina Theriault, Christinadirtdoctorsnhcom, 709 Keith Ave, Pembroke NH 03275-3721
518095264 +The Distribution Center, 9014 Junction Dr, Annapolis Junction MD 20701-1131
518095265 The Elm Group Inc, 345 Wall St Research Pk, Princeton NJ 08540-1512
518095266 +The Frey Wheelman Inc, 805 Rein Rd, Cheektowaga NY 14225-2431
518095267 +The George David Co, Yuri Seresin, 11 Whiting St, Plainville CT 06062-2218
518095268 +The Handsfree Co Llc, 18173 Edison Ave, Ste A, Chesterfield MO 63005-3722
518095269 +The Hanover Ins Aso Hudson, D'ambrosio And D'ambrosio As Aty, Valley Office Furniture Inc, 42 Main St, Irvington NY 10533-1516
518095270 The Hanover Ins Group As Sub, For Hamilton Marine Inc, Po Box 15149, Worcester MA 01615-0149
518095271 The Hartford, Hartford Financial Servinc, Po Box 415738, Boston MA 02241-5738
518095272 The Hartford, Johnstone Supply-cp0017457585, P O Box 7247-7744, Philadelphia PA 19170-7744
518095273 The Hartford Group Benefits, P O Box 783690, Philadelphia PA 19178-3690
518095274 +The Hite Co, Charlotte Dillen, 2900 Beale Ave, Altoona PA 16601-1710
518095276 +The Hose Shop, 100 New England Ave, Piscataway NJ 08854-4144
518095277 +The Hospital Of Central Ct, 100 Grand St, New Britian CT 06052-2016
518095278 The Hudson River Tractor, 11853 State Rte 40, Schaghticoke NY 12154-2307
518095279 +The Jansen Group Inc, 366 N Broadway Phe 6, Jericho NY 11753-2005
518095280 +The John E Ruth Co Inc, Main, 5621 Old Frederick Rd, Baltimore MD 21228-1554
518095281 The Journal Of Commerce, P O Box 847193, Dallas TX 75284-7193
518095282 +The Law Offices Of, Stephen E Gertler, 1350 Campus Pkwy, Wall NJ 07753-6821
518095283 +The Maintenance Connection Inc, Mike Randall, P O Box 6637, Scarborough ME 04070-6637
518095284 +The Maryland Zoo In Baltimore, Nina Schoonover Staff Accountant, 1876 Mansion House Dr, Baltimore MD 21217-4474
518095285 The Miriam Hospital, Po Box 1202, Providence RI 02901-1202
518095286 #+The Ohio Trucking Association, 21 East State St, Ste 900, Columbus OH 43215-3318
518095287 +The People Of The State Of New York, Corp Counsel, City Of New York, 100 Church St, New York NY 10007-2668
518095288 +The Perrin Asphalt And Concrete Co Inc, Pamela Perrin, 525 Dan St, Akron OH 44310-3907
518095289 #The Persimmon Group Inc, Persimmon, 4425 W Airport Frwy Ste 340, Irving TX 75062-5853
518095290 The Phillips Group, Po Box 61020, Harrisburg PA 17106-1020
518095291 +The Public Utilities, Commission Of Ohio, 180 E Broad St - Fourth Fl, Columbus OH 43215-3763
518095292 +The Pump Doctor, 2706 Hemlok Rd, Eden NY 14057-1346
518095293 The Rawlings Co Llc, Subrogation Divison, Po Box 2000, Lagrange KY 40031-2000
518095294 #+The Sherwin Williams Co, 555 Valley St, Manchester NH 03103-4907
518095295 The Sherwin Williams Co, 303 Route 211 E, Middletown NY 10940-2804
518095296 The Sherwin Williams Co, 610 Broadhollow Rd 3d, Melville NY 11747-5000
518095297 +The Sherwin Williams Co, 2380 Erie Blvd East, Syracuse NY 13224-1194
518095298 The Sherwin Williams Co, 1815 Peach St, Erie PA 16501-2107
518095309 +The Sherwin Williams Co, 5258c Simpson Ferry Rd, Mechaniscburg PA 17050-3531
518095299 +The Sherwin Williams Co, 6785 Business Pkwy 105, Elkridge MD 21075-6353
518095300 +The Sherwin Williams Co, 118 Railway Ln, Hagerstown MD 21740-6929
518095301 The Sherwin Williams Co, 6516 Hull St, Richmond VA 23224-2636
518095302 +The Sherwin Williams Co, 2043 Stringtown Rd, Grove City OH 43123-2930
518095303 +The Sherwin Williams Co, Jeannine Burdsall, District Credit Processor, 1301 Hill Rd N Ste 200, Pickerington OH 43147-7201
518095304 +The Sherwin Williams Co, Store, 106 Ealexis Rd, Toledo OH 43612-3703
518095310 +The Sherwin Williams Co, Judith Johnson, 101 Prospect Ave 720, Cleveland OH 44115-1068
518095305 +The Sherwin Williams Co, 2872 Center Rd, Brunswick OH 44212-2356
518095307 The Sherwin Williams Co, 3404 Illinois Rd, Fort Wayne IN 46802-4942
518095308 The Sherwin Williams Co, Sherwin Williams, 5421 Meijer Dr, Fort Wayne IN 46835-9487
518095311 +The Sherwin-williams Co, 927 N Colony Rd, Wallingford CT 06492-2477
518095312 The Sherwin-williams Co, 508 North Main St, North Syracuse NY 13212-1608
518095313 The Sherwin-williams Co, 8712 Norwin Ave, North Huntington PA 15642-2745
518095314 +The Sherwinwilliams Co, 835 Memorial Ave, West Springfield MA 01089-3512
518095315 +The Sherwinwilliams Co, 77 Walnut St, Warwick RI 02888-2184
518095316 The Sherwinwilliams Co, Store, 1255 E 2nd St, Jamestown NY 14701-1910
518095317 +The Spine And Health Center Jc, 574 Summit Ave - 5th Fl, Jersey City NJ 07306-2799
518095318 +The Spine Institute Of, Southern Nj, 512 Lippincott Dr, Marlton NJ 08053-4803
518095319 The Standard, Po Box 5980, Portland OR 97228-5980
518095320 The Standard Fire Ins Co As, Sub For Joann King, Po Box 660339, Dallas TX 75266-0339
518095321 The Standard Fire Ins Co As, Sub For Kenneth Schoppmann, Po Box 660339, Dallas TX 75266-0339
518095322 The Standard Fire Ins Co As, Sub For Robert N Bisaillon, Po Box 660339, Dallas TX 75266-0339
518095323 The Standard Fire Ins Co Aso, Stuart Raifman-travelers Claim, Hartford, Po Box 660339, Dallas TX 75266-0339
518095324 The Stubblebine Co, David Stubblebine, Ste 103one Cranberry Hill, Lexington MA 02421
518095325 +The Svc Team Inc Dba, Country Junction, 6565 Interchange Rd, Lehighton PA 18235-5420
518095326 The Times News Llc, Po Box 288, Palmerton PA 18071-0288
518095327 +The Toledo Municipal Court, 555 North Erie St, Toledo OH 43604-3391
518095328 +The Trailer Doctors Llc, 2740 Cincinnati Dayton Rd, Middletown OH 45044-8960
518095329 +The Transportation Specialists, Group Inc, 460 Briscoe Blvd Ste 303, Lawrenceville GA 30046-6741
518095330 The Travelers Casualty Ins Co, As Sub Of Css Inc, P O Box 660339, Dallas TX 75266-0339

518095332 +The Wall Street Journal, 200 Burnett Rd, Chicopee MA 01020-4615
518095333 +Thea And Schoen Inc, 380 Allwood Rd, Clifton NJ 07012-1702
518095340 #+Theresa M Janosko, 240 Charles St Apt 11, Littlestown PA 17340-1433
518095341 Thermo Fisher, Clay Ellis, 8365 Valley Pike, Middletown VA 22645-1905
518095342 +Thermo King East Inc, 650 Dell Rd, Carlstadt NJ 07072-2212
518095343 Thermo King-central Carolinas, P O Box 538509, Atlanta GA 30353-8509
518095344 Thermo Products Inc, Nexterus Inc, 802 Far Hills Dr, New Freedom PA 17349-8428
518095345 Thermobind Inc, 43 Byron St, New Bedford MA 02740-1443
518095352 Thomas Adams And Cassandra Adams, 444 Elsie Ave, So Plainfield NJ 07080-2762
518095353 Thomas George Associates Ltd, As Subrogee For Liberty Mutual, Post Office Box 30, East Northport NY 11731-0030
518095355 +Thomas Jefferson Univ Hospital, Image Library, 132 S 10th St 780ca, Philadelphia PA 19107-5244
518095356 +Thomas Killian Maintenance Director, 44 Donaldson Rd, Tremont PA 17981-1424
518095357 +Thomas M Kolb Md, 307 E 60th St, New York NY 10022-1505
518095358 +Thomas N Guay, Thomas Guay, 12 Twin Birch Ln, Morrisonville, NY 12962-9778
518095359 +Thomas O?neill, 22 Hyacinth Ct, Holmdel NJ 07733-2902
518095360 +Thomas Oneill And Red Bank Volvo, 100 E Newman Springs Rd, Red Bank NJ 07701-1517
518095361 Thomas Publishing Co, Dept Ch 14193, Palatine IL 60055-4193
518095362 +Thomas Royds, 479 Colonial Pk, Springfield PA 19064-3404
518095363 +Thomas Rurak, 78 Sutton St, North Andover MA 01845-1609
518095364 Thomas Scientific Inc, Steve Barber, 1654 High Hill Rd, Swedesboro NJ 08085-1780
518095413 +Thor Performance, Echo Global, 600 W Chicago Ste 725, Chicago IL 60654-2522
518095414 +Thor Performance Products, Sabrena Valvik, Po Box 25, Mountainville NY 10953-0025
518095417 +Thorne B Donnelley, 4 Via Vizcaya, Palm Beach FL 33480-4926
518095418 +Thornton Construction Svc, Evan Thornton, 11581 Old Columbus Rd, South Vienna OH 45369-9586
518095425 +Thread Works Llc, Claim Po1226, 192 Anawan St, Fall River MA 02721-1562
518095426 +Throgs Neck Multi Care Pc, 3058 East Tremont Ave, Bronx NY 10461-5726
518095427 +Thru View Llc, 1-71 North Avenue East, Elizabeth NJ 07201-2958
518095428 +Thru View Llc, Whiteford Taylor And Preston Llp, Edward U Lee, Seven Saint Paul St Ste 1500, Baltimore MD 21202-1636
518095429 +Thruway Super Svc, 10798 Bennett Rd, Dunkirk NY 14048-3568
518095432 +Tibor V Czanik, Professional Maintenance, 1243 Kenmore Ave, Kenmore NY 14217-2856
518095435 Tiendas La Gloria Inc, Iris Irizarry, Po Box 160, Mayaguez PR 00681-0160
518095436 +Tifco Industries Inc, P O Box 40277, Houston TX 77240-0277
518095437 Tiffany And Co, Po Box 121193, Dept 1193, Dallas TX 75312-1193
518095438 Tiffin Ag And Turf, John Deere Dealer, 2000 W Cr 54, Tiffin OH 44883-9747
518095439 Tiger Brand Jack Post, Paul Culbertson, 10721 S Water St Ext, Meadville PA 16335-9097
518095440 Tiger Brand Jack Post, Francine Kusnir, Po Box 457, Sharon Center OH 44274-0457
518095441 +Tiger Frieght Intl, Jason Lin, 136-20 38th Avenue Ste 11th, Flushing NY 11354-4277
518095442 Tiger Medical, Claims Dept, 27 Selvage St, Irvington NJ 07111-4722
518095443 Tigerdirect Inc, Hernando Castaneda, Corporate Sales Account Manage, Po Box 935313, Atlanta GA 31193-5313
518095444 Tighe Warehousing, Marc Romano, 481 Wildwood Ave, Woburn MA 01801-2027
518095446 Tilcon Connecticut Inc, Fashley Oteng, Po Box 416789, Boston MA 02241-6789
518095448 +Tile America, Dana Bristol, 115 Federal Rd, Brookfield CT 06804-2554
518095449 +Tile Bar, Deena Goldberg, 800 Snediker Ave, Brooklyn NY 11207-7606
518095450 +Tile Wholesale Of Rochester, Cargo Claims, 1136 E Ridge Rd, Rochester NY 14621-1904
518095453 Tillett Textiles, 1373 Boardman St, Sheffield MA 01257-9519
518095454 Tilley Chemical Co, Mary Schneider, 501 Chesapeake Pk Plz, Baltimore MD 21220-4203
518095455 Tilley Chemical Co, Miranda Burris, 501 Chesapeake Pk Plz, Middle River MD 21220-4203
518095458 Tilo Industries, Keith Bingaman, 2738 Buffalo Rd, Lewisburg PA 17837-7726
518095460 +Time Warner Cable, Joanne King, 310 Main Ave Way Se, Hickory NC 28602-3513
518095461 Time Warner Cable Of Nyc, Po Box 223085, Pittsburgh PA 15251-2085
518095464 +Timemasters, 3235 San Fernando Rd 1d, Los Angeles CA 90065-1434
518232890 +Timmerman, Casey, 318 Monreo St Apt 4, Hoboken, NJ 07030-6678
518095466 #+Timothy Shiles And George Eager, Esqeager Stengel Quinn And Sofilka, 715 Florin Ave, Mount Joy PA 17552-3146
518095468 +Tina Feeser, 5214 Babylon Rd, Taneytown MD 21787-1420
518095469 +Tina Gervasi, 1322 Veronica Ln, Phonenixville PA 19460-2325
518095471 +Tioga County Sanitary Svc, 5450 Waits Rd, Owego NY 13827-6713
518095472 +Tioga County Sheriffs Dept, 103 Corporate Dr, Owego NY 13827-3249
518095473 +Tipsy Elves Llc, Sheppard Mullin Richter And Hampton Llp, Travis J Anderson Esq, 12275 El Camino Real Ste 200, San Diego CA 92130-4092
518095475 Tire Rack, Echo Global, 600 W Chicago Ave Ste 720, Chicago IL 60654-2801
518232891 +Tire Warehouse, Shawn Burgess Manager, 1170 Oaklawn Ave, Cranston, RI 02920-2627
518095481 Tj Sheehan Dist, Brandon Davis, 225 Commerce Blvd, Liverpool NY 13088-4541
518095482 +Tku Inc, Craig Wolin, Dba Sun-Shine Svc, 3420 Upton Ave, Toledo OH 43613-5147
518095483 Tmc, Steve Jones, Po Box 1774, Des Moines IA 50306-1774
518095484 +Tmi Plastic, Claims Dept, 28 Wythe Ave, Brooklyn NY 11249-1036
518095485 Tmw Systems Inc, Holly Worley, Client Operations Support Analyst, Po Box 203455, Dallas, TX 75320-3455
518095486 Tn Printing, Scheffler Renee, P O Box 239, Lehighton PA 18235-0239
518095487 +Tnt Powerwash Inc, Jonda Cheuvront, Account Specialist, 3220 Toy Rd, Groveport OH 43125-9297
518095489 #+Tobey Chiropractic Wellness Pc, 18 Lake St, Monroe NY 10950-3504
518095491 +Tocci And Associates Inc, 5459 Hunnington Mill Dr, Flowery Branch GA 30542-5577
518095495 +Toledo Fire And Rescue Dept, Fpb Remittancecity Of Toledo, One Government Ctr Ste 1710, Toledo OH 43604-2230

518095496 +Toledo Photo Enforce Program, Po Box 76698, Cleveland OH 44101-6500
518095497 +Toledo Spring, Main, 5015 Enterprise Blvd, Toledo OH 43612-3839
518095498 +Toledo Terminal Llc, Po Box 6031, Elizabeth NJ 07207-6031
518095499 +Toledo Terminal Llc, Whiteford Taylor And Preston Llp, Edward U Lee,
Seven Saint Paul St Ste 1500, Baltimore MD 21202-1636
518095506 Tolls By Mail Payment Proc Cnt, P O Box 15183, Albany NY 12212-5183
518095507 +Tom E Webber, Tom, 104 Forest Ridge Rd, Winchester VA 22602-6600
518095508 +Tom Ford, Tom’s Ford, 200 Hwy 35, Keyport NJ 07735-1498
518095509 +Tom Myers, Tom, 1148 Eaton Dr, Akron OH 44312-4094
518095510 Tom Rechtin Heating And Air, Po Box 73026, Bellevue KY 41073-0026
518095511 +Tom Ringwood, Tom, 2351 East Lake Rd, Skaneateles, NY 13152-9039
518095512 Tom Vaughn Standing Trustee, P O Box 588, Memphis TN 38101-0588
518095515 +Tomas Arocho And Gloria Cosare, Levinson Axelrod Pa, Erin M Kolodziejczyk Esq,
2 Lincoln Hwy Po Box 2905, Edison NJ 08818-2905
518095518 +Toms Of Maine, Renee Bertrand, 2 Storer St Ste 302, Kennebunk ME 04043-6883
518095519 +Tonawanda Town Clerk, 2919 Delaware Ave, Kenmore NY 14217-2393
518095520 +Tonawanda Town Clerk, Room 16 Municipal Building, 2919 Delaware Ave,
Kenmore NY 14217-2393
518095523 Tony Corrado, 74-19b 260th St, Glen Oaks NY 11004
518095524 +Tonya Mitchell And Rosenberg, Fayne And Raden As Attys, 5400 Kenilworth Ave,
Riverdale Pk MD 20737-3119
518095525 +Tonys Road Side Svc Inc, 721 Bullis Rd, Elma NY 14059-9636
518095526 +Tonys Trailer Svc Inc, Sarah Blackledge, 3011 W Morris St, Indianapolis IN 46241-2716
518095530 #+Top Container Line Inc, Nick Maczmarek, 450 E Devon Ave Ste 195, Itasca IL 60143-1201
518095531 +Top Dawg Group Llc, Toni Koleno, 220 Eastview Dr Ste 102, Brooklyn Heights OH 44131-1040
518095532 +Top Notch Logistics, Steve Varshine, 2811 Glenmore Ave, Pittsburgh PA 15216-2123
518095534 Top-line Process, Andrew Munch, 21 Hunt Rd, Lewis Run PA 16738-9715
518095536 +Topaz Lighting Co, Tom Dunleavy, 905 Wheeler Way, Langhorne PA 19047-1705
518095537 +Tops Products, Williams And Associates, 405 E 78th St, Bloomington MN 55420-1299
518095559 Torrey S Crane Co, Cargo Claims, 492 Summer St, Plantsville CT 06479-1123
518095561 Total Electrical Dist, Lenore Schwartz D Grizzetti, 388 South Ave,
Staten Island NY 10303-1411
518095562 Total Packaging Solutions Llc, Wayne Cunningham, Po Box 1083, South Windsor CT 06074-7083
518095563 +Total Packaging Svc, Sherrie Taylor, Po Box 7529, Henrico VA 23231-0029
518095564 +Total Performance Collision, 8951 Hamilton Blvd, Breinigsville PA 18031-1230
518095568 +Total Svc Packaging Llc, Tim, 128 Beaty Swamp Rd, Po Box 47, Monroe TN 38573-0047
518095569 +Total Tank Works Llc, Po Box 492, Evans City PA 16033-0492
518095571 Tote Maritime Puerto Rico Llc, Joseph Giorgio, P O Box 409363, Atlanta GA 30384-9363
518095570 Tote Maritime Puerto Rico Llc, Pamela Lewis, P O Box 409363, Atlanta GA 30384-9363
518095573 Touch Of Color Flooring Inc, Kimberly Nissel, 820 Plaza Blvd, Lancaster PA 17601-2738
518095576 +Tow Away Llc, 87 Crawford Ln, Hudson Falls NY 12839-4310
518095577 +Towanda Creek Emergency, Physicians Llc, Po Box 80037, Philadelphia PA 19101-1037
518095578 Tower Laboratories, Stormy Swanson, Po Box 306, Centerbrook CT 06409-0306
518095579 +Tower Paper Co, 1216 Brunswick Ave, Far Rockaway NY 11691-3920
518095580 Town Clerk, 26 Central St Ste 8, West Springfield MA 01089-2779
518095581 +Town Court Of Hagerstown, Hagerstown Town Hall, 49 E College St, Hagerstown IN 47346-1299
518095582 +Town Of Babylon, Receiver Of Taxes, 200 East Sunrise Hwy, Lindenhurst NY 11757-2512
518095583 +Town Of Billerica, Collector Of Taxes, 365 Boston Rd, Billerica MA 01821-1892
518095585 Town Of Billerica, Town Hall Room 101, 365 Boston Rd, Billerica MA 01821-1885
518095584 Town Of Billerica, Water Sewer Billing, Po Box 369, Medford MA 02155-0004
518095586 +Town Of Cicero Ny, Town Court, 8236 Brewrton Rd, Cicero NY 13039-6401
518095587 +Town Of Cicero Tax Collector, 8236 Brewerton Rd, Cicero NY 13039-6401
518095588 +Town Of Colonie, Dept Of Fire Svc, 347 Old Niskayuna Rd, Latham NY 12110-2213
518095590 +Town Of Colonie Tax Collector, Memorial Town Hall, Po Box 508, Newtonville NY 12128-0508
518095589 +Town Of Colonie Tax Collector, Po Box 508, Newtonville NY 12128-0508
518095591 Town Of Dewitt Tax Collector, 5400 Butternut Dr, East Syracuse NY 13057-8509
518095592 +Town Of Dewitt Water District, 5400 Butternut Dr, East Syracuse NY 13057-8510
518095593 +Town Of Elbridge Tax Collector, Po Box 568, Jordan NY 13080-0568
518095594 +Town Of Elbridge Tax Collector, Route 31, Po Box 568, Jordan NY 13080-0568
518095596 +Town Of Elkton, Finance Director, 100 Railroad Ave Pob 157, Elkton MD 21921-5537
518095595 +Town Of Elkton, Finance Director, Po Box 157, Elkton MD 21922-0157
518095597 Town Of Ellicott, Receiver Of Taxes, Po Box 5011, Buffalo NY 14240-5011
518095600 +Town Of Middleboro Gas And, Electric Dept, 37 Wareham St, Middleboro MA 02346-2480
518095601 +Town Of Montgomery, Water And Sewer Dept, 110 Bracken Rd, Montgomery NY 12549-2600
518232892 +Town Of New Hyde Park, 1420 Jerhico Tpke 1, New Hyde Park, NY 11040-4684
518095602 +Town Of New Windsor, Tax Collector, 555 Union Ave, New Windsor NY 12553-6140
518095603 +Town Of North Reading, 235 North St, North Reading MA 01864-1260
518095604 +Town Of North Reading, Sealer Of Weights And Measures, Leonard Rose, 235 North St,
North Reading MA 01864-1217
518095605 Town Of North Reading, Clerk’s Office, 235 North St Town Hall, North Reading MA 01864
518095606 +Town Of North Reading Water, 235 North St, North Reading MA 01864-1260
518095607 Town Of Northeast Md, Anne F Barker, Po Box 528, North East MD 21901-0528
518095608 +Town Of Owego, Tax Collector, 2354 State Rte 434, Apalachin NY 13732-1010
518095609 Town Of Oyster Bay, Tax Collect-paid Under Protest, 74 Audrey Ave,
Oyster Bay NY 11771-1539
518095610 +Town Of Pennsauken, 5605 No Crescent Blvd, Pennsauken NJ 08110-1834
518095611 Town Of Scarborough - Tax, Collector, Town Hall Po Box 360, Scarborough ME 04070-0360
518095612 +Town Of Tonawanda, Room 14 Municipal Building, 2919 Deleware Ave, Kenmore NY 14217-2393
518095614 +Town Of Williamstown-dpw, 675 Simonds Rd, Williamstown MA 01267-2105
518095615 +Town Of Williston, 7900 Williston Rd, Williston VT 05495-7900

518095618 +Toyota Motor Sales, Keith Shell, 6710 Baymedow Dr, Glen Burnie MD 21060-6402
518095619 Toyota Motor Sales, Trans Accounting Ntwrk, Po Box 1269, Placentia CA 92871-1269
518095620 +Tp And S Wine Grapes, Tina Figueroa, 62 Brooklyn Terminal Market, Brooklyn NY 11236-1510
518095621 +Tpg Staffing Llc, Michelle Severini, Recruiter, 300 Raritan Ave, Highland Park NJ 08904-2719
518095623 +Tra-serv, 5211 Krieger Ct, Columbus OH 43228-3652
518095625 +Trac Intermodal, Customer Svc, Us Bank, Po Box 952064, St Louis MO 63195-2064
518095626 +Tracey Carto Diversified Ceilings, 2121 Fries Mill Rd, Williamstown NJ 08094-3315
518095634 Tradebe Environmental Serv Llc, Kathy Noury, Contracts Administrator, P O Box 674037, Dallas TX 75267-4037
518095635 Tradex Intl, Anna Montanez, 5300 Tradex Pkwy, Cleveland OH 44102-5887
518095636 Tradin Organics Usa Inc, Echo Global, 600 W Chicago Ave Ste 7, Chicago IL 60654-2801
518095637 +Traffic Consultants, Gl 21730000, 8 North 4th St, Coplay PA 18037-1320
518095638 Traffic Processing Center, Po Box 6676, Annapolis MD 21401-0676
518095639 +Traffic Safety And Equipment Inc, Peter Simpson, 457 Route 17n, Mahwah NJ 07430-2143
518095640 Traffic Tech Inc, Robyn Lis, 6665 Cote-de-liesse, Montreal QC H4T 1Z5, Canada
518095641 Traffic Tech Inc, Krista Crevier Bowen, 16711 Trans Canada Hwy, Kirkland QC H9H3L1, Canada
518095642 Traffic Violations Bureau, Division Plea Unit, Po Box 2950esp, Albany NY 12220-0950
518095645 +Tran, Thang And Yen Lam, 320 Belmont Dr, Cherry Hill NJ 08002-1903
518095646 +Tran, Thang And Yen Lam, Wapner Newman Wigrizer Et Al., Adam S Getson, Esq., 2000 Market Street Suite 2750, Philadelphia PA 19103-3220
518095648 +Trans Audit, 11 Marshall Rd, Ste 2d, Wappingers Falls NY 12590-4123
518095649 Trans Border Global Freight, Yateen Patel, 2103 Route 9, Round Lakes NY 12151-1711
518095650 Trans Continental Hardware, Karl Stefaniak, 1370 William St Ste 4, Buffalo NY 14206-1818
518095651 Trans Insight, Tyler Vaughn, 310 Main Ave Way Se, Hickory NC 28602-3513
518095652 +Trans-clean Corp, 45 Mayfair Pl, Stratford CT 06615-7125
518095653 +Transamerica Life Fbr Group, B Gimelson, 103 Eisenhower Pkwy, Roseland NJ 07068-1031
518095654 +Transaver Inc, 108 Washington St, Manlius NY 13104-1913
518095655 Transaxle, Po Box 83082, Chicago IL 60691-3010
518095656 +Transchicago Truck Group, Mark Vacha, 776 N York Rd, Elmhurst IL 60126-1356
518095657 +Transcontainer Usa Inc, One Harmon Plaza, Secaucus NJ 07094-2800
518095658 +Transedge Truck Centers, Transedge, 1407 Bulldog Dr, Allentown PA 18104-1972
518095659 Transflo Express Llc, Box 88322, Milwaukee WI 53288-0322
518095660 +Transforce, Accounts Receivable, 5520 Cherokee Ave Ste 200, Alexandria VA 22312-2319
518095661 +Transgard Systems, 204 St Charles Way, Box 361e, York PA 17402-4645
518095662 Transgroup, Po Box 69207, Seattle WA 98168-9207
518095663 +Translogistics Inc, Translogistics, 321 N Furnace St Ste 300, Birdsboro PA 19508-2061
518095664 Transmodal Corp, 48 South Franklin Tpke, Ste 202, Ramsey NJ 07446-2558
518095665 +Transnow Inc, 1158 North Ave, Beacon NY 12508-2535
518095666 +Transplace Southeast, Refunds, Po Box 27127, Greenville SC 29616-2127
518095667 +Transport America, Caron Tweet Claims, 1715 Yankee Doodle Rd, Eagan MN 55121-1793
518095668 +Transport Corportation Of, America Inc Attnk Rainville, 1715 Yankee Doodle Rd, Eagan MN 55121-1697
518095669 +Transport Distribution Svc, Shunter Sager, 550 Village Ctr Dr, Saint Paul MN 55127-2048
518095670 +Transport Players Alliance Tpa, Jack Chambers, 45 Shrewsbury Dr, Livingston, NJ 07039-1511
518095671 +Transport Security Inc, 820 South Pine St, Waconia MN 55387-9538
518095672 +Transport Svc Inc, 10499 Royalton Rd, Cleveland OH 44133-4432
518095673 Transport Topics, Po Box 182, Congers NY 10920-0182
518095674 +Transport Topics, Accounts Receivable, 950 N Glebe Rd Ste 210, Arlington VA 22203-4181
518095675 Transportation Cabinet, Div Of Motor Carriers, Po Box 2004, Frankfort KY 40602-2004
518095676 +Transportation Cost Mngt, Cheryl Johnson, 101 N Plains Ind Rd, Bldg 1a 2nd Fl, Wallingford CT 06492-5837
518095677 +Transportation Costing Group, 1355 Piccard Dr, Ste 310, Rockville MD 20850-4336
518095678 Transportation One, Katie Gyurcsik, 770 N Halsted St, Ste 50, Chicago IL 60642-5999
518095680 +Transportation Repair Serv Inc, 7314 Schuyler Rd, E Syracuse NY 13057-9737
518095681 Transx Group Of Companies, Sariah Peters, 2595 Inkster Blvd, Winnipeg MB R3C 2E6, Canada
518095682 +Tranzact Technologies Inc, 3020 Commission, 360 West Butterfield Rd, Elmhurst IL 60126-5068
518095683 +Tranzlations Llc, 450 7th Ave Ste 1001, New York NY 10123-1001
518095685 +Travel Centers Of America, 108 Ocean Rd, Greenland NH 03840-2408
518095686 +Travelcenters Of America Llc, P O Box 641906, Cincinnati OH 45264-1906
518095687 Traveler Personal Security Ins, Subrogee Of Janine M Mccracken, Po Box 660339 Claims Hartford, Dallas TX 75266-0339
518095688 Travelers, Bank Of America, 91287 Collections Ctr Drv, Chicago IL 60693-1287
518095689 Travelers The Phoenix Ins Co, As Subrogee For North Jersey, Endodontics Inc, Pob 5076, Hartford CT 06102-5076
518095690 Travelers Casualty Ins Of Amer, Aso Rg Mearn Co Inc, P O Box 660339, Dallas TX 75266-0339
518095691 +Travelers Claims Harford Auto, As Subrogee For Devon Gidley, Po Box 660339, Dallas TX 75266-0339
518095692 Travelers Claims Hartford As, Subrogee For Wendy Cbartlett, Po Box 660339, Dallas TX 75266-0339
518095693 Travelers Claims-hartford Prop, P O Box 660339, Dallas TX 75266-0339
518095694 Travelers Commercial Ins Co, As Sub Of Thomas M Brown, Po Box 5076, Hartford CT 06102-5076
518095695 Travelers Home And Marine Ins, As Sub Of Christopher Hagan, Po Box 660339, Dallas TX 75266-0339

518095696 Travelers Home And Marine Ins Co, As Subrogee For Helen Peterson, P O Box 660339, Dallas TX 75266-0339
518095697 Travelers Home And Marine Ins Co, As Subrogee Of Michael Saber, Po Box660339, Dallas TX 75266-0339
518095698 #+Travelers Indemnity Co Of Ct Et Al, Ellis Boxer And Blake Pllc, Stephen Ellis And Christina Rainville, One Lawson Lane Ste 200h, Burlington VT 05401-8472
518095699 +Travelers Indemnity Co Of Ct Et Al, V Nemf Ryan Smith And Carbine Ltd, Mark Werle And Charles Romeo Esqs, 98 Merchants Row, Rutland VT 05701-5942
518095700 Travelers Ins, Third Party Deductible U, One Tower Square, Hartford CT 06183-9048
518095701 +Travelers Personal Insurance Co, Po Box 430, Buffalo NY 14240-0430
518095703 +Travis Cole, 37 Roosevelt St, Islip Terrance NY 11752-2226
518095707 Trc Environmental Corp, Po Box 536282, Pittsburgh PA 15253-5904
518095711 Treasurer Arlington County, Po Box 1750, Merrifield VA 22116-1750
518095712 Treasurer Chesterfield County, Dept Of Utilities, Po Box 26725, Richmond VA 23261-6725
518095713 +Treasurer City Of Columbus, Office Of Weights And Measures, 4252 Groves Rd, Columbus OH 43232-4103
518095715 +Treasurer City Of Jamestown, Board Of Public Utilities, 200 East Third St, First Floor, Jamestown NY 14701-5433
518095716 Treasurer City Of Jamestown, Board Of Public Utilities, Po 700, Jamestown NY 14702-0700
518095714 Treasurer City Of Jamestown, Board Of Public Utilities, Po Box 700, Jamestown NY 14702-0700
518095718 Treasurer North Haven, Sewer Use Fees, Po Box 1109, Hartford CT 06143-1109
518095719 +Treasurer Of Cecil County, 200 Chesapeake Blvd17, Ste 1100, Elkton MD 21921-6652
518095722 +Treasurer Of State Of Ohio, Dot Budget And Forecasting, 1980 E Broad St 4th Fl, Columbus OH 43209
518095723 +Treasurer Of Virginia, Division Of Unclaimed Property, Po Box 2478, Richmond VA 23218-2478
518095725 Treasurer State Of Maine, Maine Rev Serv, P O Box 9101, Augusta ME 04332-9101
518095726 Treasurer State Of Maine, Prof And Fin Regulation-boiler, 35 State House Station, Augusta ME 04333-0035
518095727 Treasurer State Of New Jersey, Div Of Risk Management, Po Box 620, Trenton NJ 08625-0620
518095728 Treasurer State Of New Jersey, Nj Dep, Po Box 417, Trenton NJ 08646-0417
518095729 +Treasurer State Of Nh, 25 Capitol St Rm 205, Concord NH 03301-6312
518095730 Treasurer State Of Nh, Po Box 1265, Concord NH 03302-1265
518095731 +Treasurer State Of Ohio, Ohio Tort Recovery Unit, 350 Worthington Rd Ste G, Westerville OH 43082-6099
518095732 Treasurer State Of Ohio, Dept Of Taxation, Po Box 181140, Columbus OH 43218-1140
518095733 Treasurer State Of Ohio Epa, P O Box 77005, Cleveland OH 44194-7005
518095734 +Treasurer State Of Vermont, Vermont Agency Of Trans Ar, One National Life Dr, Montpelier VT 05602-3377
518095735 Treasurer State Of Vermont, Decwaste Management Division, 1 Natl Life Dr Davis 1, Montpelier VT 05620-3704
518095740 Trek Bicycle, Teresa De Blare, 425 Resort Dr, Johnson Creek WI 53038
518095745 +Tressler Llp, 233 S Wacker Dr, Fl 22, Chicago IL 60606-6359
518232893 +Tressler Llp, Matthew Devereux, 233 South Wacker Dr, 22nd Floor, Chicago, IL 60606-6359
518095746 +Trev Csg Danbury Lp Justin Gaboury, Property Manager, Hillcroft Villagemngmt Office, 10 Clapboard Ridge Riad, Danbury CT 06811-4500
518095747 +Tri City Collision Inc, 1361 East State St, Sharon PA 16146-3202
518095748 +Tri County Equipment Inc, Cargo Claims, 415 Biebel Rd, Caro MI 48723-9172
518095749 +Tri Par Die And Mold Corp, 670 Sundown Rd, S.elgin IL 60177-1144
518232894 +Tri Par Die And Mold Corp, 670 Sundown Rd, South Elgin, IL 60177-1144
518095750 +Tri State Capital Bank, John Buglione Svp, Raritan Plz I, 110 Fieldcrest Ave Mailbox 11, Edison NJ 08837-3626
518095751 +Tri State Capital Bank, Kenneth Orchard President, 110 Fieldcrest Ave, Mail Box 11, Edison NJ 08837-3626
518095752 +Tri State Light And Energy Inc, Lisa Meehan, 855 Sussex Blvd, Lower Level, Broomall PA 19008-4310
518095753 Tri State Rentals Inc, 105 Sparta Ave, Newton, NJ 07860-2631
518095754 Tri State Supply, Micheal Trusler, 371 West Chestnut St, Washington PA 15301-4615
518095755 +Tri State Tire Inc, 136 Dudley Ave, Wallingford CT 06492-4448
518095756 +Tri Supply And Equipment Inc, Greg Stanley, 110 Columbia Rd, Salisbury MD 21801-3308
518095757 Tri Tech Labs, Rhonda Overstreet, 1000 Robins Rd, Lynchburg VA 24504-3516
518095758 +Tri Valley Beverage, Jamie Matt, 4925 Route 233, Westmoreland NY 13490-1309
518095759 Tri-k Industries, Madeline Tran, 8 Willow St 2, Salem NH 03079-2185
518095760 Tri-lift Inc, 1471 Jersey Ave, North Brunswick NJ 08902-1622
518095761 Tri-state Envelope, Lisa Llewellyn, 20th & Market St, Ashland PA 17921-0125
518095762 Tri-tex Co Inc, 1001 Boul Industrial, St-eustache QC J7R6C3, Canada
518095763 Triangle Communications Inc, 940 West Main St, New Holland PA 17557-9391
518095764 +Triangle Tube, Phil Hornberger, 1240 Forest Pkwy, Ste 100, West Deptford NJ 08066-1719
518095765 Triangle Tube, Phillip Hornberger, 1240 Forest Pkwy Ste 10, West Deptford NJ 08066-1719
518095769 Trident Seafood Corp, Marc Romano, 5303 Shilshole Ave Nw, Seattle WA 98107-4021
518095770 +Trigas Oil Co Inc, P O Box 465, 3941 Federalsburg Hwy, Federalsburg MD 21632-2620
518095771 +Triglia Transportation Co, Rosemary Lynch, Po Box 218, Delmar DE 19940-0218
518095772 Trikeenan Tileworks, Richard Coleman, 40 Shawnut Pk Dr, Hornell NY 14843
518095773 +Trilift Nc Inc, 2905 Manufacturers Rd, Greensboro NC 27406-4605
518095774 Trimark Ss Kemp, Pam Becker, 6551 Grant Ave, Cleveland OH 44105-5639
518095775 +Trimark United East, Sharon Stanton, 505 Collins St, South Attleboro MA 02703-8039
518095776 Trimble Transportation, Enterprise Solutions Inc, Rose Anderson, Po Box 203455, Dallas TX 75320-3455
518095777 +Trinitas Hospital, Po Box 15069, Newark NJ 07192-5069

518095778 +Trinitas Hospital Occupational, Medicine -lockbox 7541, Po Box 8500, Philadelphia PA 19178-8500
518095779 +Trinitas Regional Medical, 225 Williamson St, Elizabeth NJ 07202-3625
518095780 Trinity Glass International, Samantha Zayan, 33615 1st Way South, Federal Way WA 98003-4558
518095781 Trinity Logistics, 50 Fallon Ave, Po Box 1620, Seaford DE 19973-8920
518095782 Trinity Logistics, Beckie Savino, Po Box 1620, Seaford DE 19973-8920
518095783 +Trinity Transport, 10380 N Ambassador Dr, Ste 102, Kansas City MO 64153-1499
518095784 +Triple K Fleet Svc Inc, 7800 Linglestown Rd, Harrisburg PA 17112-9391
518095785 Triple S Inc, Po Box 71548, San Juan PR 00936-8648
518095786 +Triple S Sporting, 325 Creekside Dr, Amherst NY 14228-2073
518095787 Tristate Camera Exchange, Sam Jacobi Claims Dept, 150 Sullivan St, Brooklin NY 11231-1113
518095789 +Tristate Loadmaster Inc, Po Box 245, Downingtown PA 19335-0245
518095790 +Triton Fleet Svc Inc, Kyle, 350 Walcott St, Pawtucket RI 02860-3247
518095791 Triumph Plastics, James Collins, 99 Bartley Flanders Rd, Flanders NJ 07836-9642
518095792 +Trividia Manufacturing, James Smith, 89 Bridge St, Lancaster NH 03584-3103
518095793 +Triweld Indinc, 65 South Second St, Bay Shore NY 11706-1001
518095797 Trombold Equipment, Claims Dept, Po Box 897, Mars PA 16046-0897
518095798 +Trooper Foods, 9602 Glenwood Rd, Brooklyn NY 11236-2632
518095799 Trophy Nut, Lori Baker, 320 N Second St, Tipp City OH 45371-1912
518095800 Trover Solutions Inc As Sub, Samsung Fire And Marine, Po Box 36220, Louisville KY 40233-6220
518095802 +Troy Behm, 207 Southeast Dr, Hamburg PA 19526-8337
518095803 +Troy Container Lines, 27 West St, Wall St Corp Center, Red Bank NJ 07701-1169
518095805 +Tru Arc, 1535 Northwood Dr, Salisbury MD 21801-3301
518232895 +Truchan Iii, Daniel, Director Of Operations, Walt Whitman Shops, 160 Walt Whitman Rd Ste 1101, Huntington Station, NY 11746-4160
518095806 +Truck Center Inc, 120 Universal Dr, North Haven CT 06473-3630
518095807 Truck Enterprises Inc, Ann Welton, 8900 Burge Ave, Richmond VA 23237-2962
518095808 +Truck Enterprises Roanoke Inc, 4700 Kenworth Rd, Roanoke VA 24019-3048
518095809 +Truck It Away Assoc Lp, 945 Summit Ave, Bronx NY 10452-5001
518095810 +Truck King International, Lou, 191 Cabot St, West Babylon NY 11704-1101
518095811 +Truck Lite Co Llc, Julie Oakes, 310 E Elmwood Ave, Falconer NY 14733-1421
518095813 +Truck Tire Svc Corp, Lawrence J Townsend, Po Box 1265, Saugus MA 01906-0565
518095814 +Truck-lite Co Llc, Marcia Bretz-accounting, 310 E Elmwood Ave, Falconer NY 14733-1421
518095815 +Truckdrivercom, 3700 Westport Ave, 2519, Sioux Falls SC 57106-6360
518095816 +Truckers America Llc, P O Box 1052, North Kingstown RI 02852-0615
518095817 Truckpro Inc, 29787 Network Pl, Chicago IL 60673-1284
518095826 +Trust Account Of Court Officer, John H Franklinct Officer, P O Box 39, Somerdale NJ 08083-0039
518095827 +Trust Account Of Mcmickle, Kurey And Branch Llp, 200 South Main St, Alpharetta GA 30009-1914
518095828 Trustpoint Reporting, Po Box 101920, Atlanta GA 30392-1920
518095829 Tsg, 350 Town Ctr Ave, Ste 201, Suwanee GA 30024-6914
518095830 Tsg Llc, Jonathan Stephens, 1130 King Georges Post Rd, Edison NJ 08837-3731
518095832 +Tsw Automation Inc, 6301 Robertson Ave, Nashville TN 37209-1748
518095833 Ttec Usa, Angel Ogando, 11555 Route 62, North Collins NY 14111-9607
518095834 +Tts Svc Inc, 515 Bay St, Po Box 600, St.johnsbury VT 05819-0600
518095849 +Tulpehocken Spring Water, 750 Point Township Dr, Northumberland PA 17857-8885
518095850 +Tuminos Towing Inc, 37 Emerson St, Ridgefield Park NJ 07660-2008
518095856 Turkey Hill Dairy In, Alyssa Kennedy, 2601 River Rd, Conestoga PA 17516-9327
518095857 Turkish Airlines, Jfk Airport, Jamaica NY 11430
518095868 +Turtle And Hughes, Julie Press, 87 Union St, New Haven CT 06511-5741
518095869 Turtle And Hughes, Melanie Sciarrillo, 188 Foothill Rd, Bridgewater NJ 08807-3076
518095870 Turtle And Hughes, Jeff Johnston, 1000 Prime Pl, Hauppauge NY 11788-4821
518095871 Tuscan Wine Imports, 3794 Jefferson Blvd, Virginia Beach VA 23455-1638
518095872 +Tutti Frutti, Cargo Claims, 580 Lakest 7, Shrewsbury MA 01545-4643
518095875 Tw Cable Llc, David Specht, 81 Executive Blvd, Farmingdale NY 11735-4720
518232896 +Twilight Investigations Inc, 1360 Clifton Ave, Pmb 225, Clifton, NJ 07012-1453
518095879 +Twilight Investigations Inc, 1360 Clifton Ave 225, Clifton NJ 07012-1453
518095880 +Twin Data Corp, 623 Eagle Rock Ave Unit 145, West Orange NJ 07052-2948
518095881 Twin Tier Paint, Jeff Longwell, 1323 College Ave, Elmira NY 14901-1133
518095882 +Twin Towing Inc, 35 Mill St, Belleville NJ 07109-3050
518095883 +Twincraft Inc, Angela Smith, 2 Tigan St, Winooski VT 05404-1326
518095885 Two Rivers Coffee, Emily Denapoli, 101 Kentile Rd, South Plainfield NJ 07080-4805
518095887 Tx Child Support Sdu, Po Box 659791, San Antonio TX 78265-9791
518095888 Tyco Electronics, Caitlin Nelson, Po Box 3608, Harrisburg PA 17105-3608
518095889 Tyco Electronics, Condata, 9830 West 190th St, Mokena IL 60448-5602
518095890 Tyco Healthcare, Condata Global, 9830 West 190th St Ste M, Mokena IL 60448-5603
518095891 Tyco Integrated Security Llc, Po Box 371967, Pittsburgh PA 15250-7967
518095892 +Tydenbrooks, Missy Hamer, 16036 Collection Ctr Dr, Chicago IL 60693-0160
518095893 +Tyler Mason And Howard M Kahalas, Pc As Atty, 6 Beacon St Ste 1020, Boston MA 02108-3816
518095897 Tytan International, Raymond Rodriguez, 801 Carpenters Crossing, Folcroft PA 19032-2020
518095898 +U K O Logis, 145-02 156th St, Jamaica NY 11434-4208
518095899 U P Special Delivery Inc, Po Box 78914, Milwaukee WI 53278-8914
518095900 U Pol, Roberta Allen, 108 Commerce Way, Stockertown PA 18083
518095901 U S Dept Of Treasury, Debt Management Svc, Pos Office Box 979101, St Louis MO 63197-9000
518095902 U S Special Delivery, Tracy Brolin, Po Box 207, Iron Mountain MI 49801-0207
518095904 Uc Coating Corp, Paulette Welker, Po Box 1066, Buffalo NY 14215-6066
518095905 +Ucb Logistics Inc, 19401 S Main St 102, Gardena CA 90248-4634

518095907 +Ufcw Local 23, Katie Kaufman, 345 Southpointe Blvd, Canonsburg PA 15317-8571
518095908 +Ufp Technologies, Acct Payable, 100 Hale Str, Newburyport MA 01950-3504
518095911 +Ugl, Ann Golden, 1396 Jefferson Ave, Dunmore PA 18509-2415
518095913 Uic Inc, Po Box 56007, Monteverde FL 34756
518095919 +Ultimate Pest Control Of, Monroe County, 52a Holworthy St, Rochester NY 14606-1313
518095920 +Ultimate Physical Therapy Llc, 922 Main St, Paterson NJ 07503-2602
518095921 Ultra Seating Co Inc, Donna Rishel, Vice President Finance, Po Box 737, Somerset PA 15501-0737
518095922 +Ultra Towing And Transport, Main, 3340 Leonardtown Rd, Waldorf MD 20601-3623
518095923 +Ultra Wash Of Philadelphia Inc, Susan Jelesiewicz, Owner, P O Box 1130, N Cape May NJ 08204-8130
518095925 +Umbra Management Ltd, Lindsey Atkins, 180 Pleasant St Ste 2, Easthampton MA 01027-1297
518095928 Unbeatable Sales, 195 Lehigh Ave, Ste 5, Lakewood NJ 08701-4555
518095929 +Unbeatablesalecom, Avi Perlstein, 195 Lehigh Ave Ste 5, Lakewood NJ 08701-4555
518095930 Uncle Anthonys Cookies, Anthony Passaro, 1069 Main St, Holbrook NY 11741-1618
518095931 Uncommon Carrier Inc, Reliable Product, 40 Campus Dr, Kearny NJ 07032-6511
518095932 Uncommon Logistics Inc, Jennifer Caraballo, 40 Campus Dr, Kearny NJ 07032-6511
518095933 +Underland Architectural System, 20318 S Torrence Ave, Lynnwood IL 60411-7600
518095934 Underwood Electrical Contract, Wayne Underwood, 1804 Cherry Hill Rd, Dumfries VA 22026-2933
518095937 Unemployment Compensation Div, Wv Bureau Of Employment, Po Box 106, Charleston WV 25321-0106
518095938 +Ungerman Electric Inc, Ungerman, 395 Sheridan Ave, Albany NY 12206-2919
518095939 +Uni Urgent Care Center, 11236 Robinwood Dr Ste 101, Hagerstown MD 21742-6800
518095940 Unicarriers Americas Corp, Cindi Krogfoss, Supervisor Cash Management, P O Box 70700, Chicago IL 60673-0700
518095941 +Unicom Systems Inc, 15535 San Fernando Mission, Unicom Plaza Ste 310, Mission Hills CA 91345-1343
518095942 +Unicorn Shipping Line, Echo Global, 600 W Chicago Ave Ste 725, Chicago IL 60654-2522
518095943 +Unifirst Corp, Po Box 650481, Dallas TX 75265-0481
518095944 #+Unifirst First Aid, 4159 Shoreline Dr, St Louis MO 63045-1217
518095945 Uniform Intermodal Interchange, Agreement, Po Box 79445, Baltimore MD 21279-0445
518095946 Union Beer Dist, Alicia Tasch, 1213 Grand St, Brooklyn NY 11211-1800
518095947 +Union County Sheriff’s Office, Garnishments, 10 Elizabethtown Plz, Elizabeth NJ 07202-3451
518095948 +Union Hospital Cecil County, 106 Bow St, Elkton, MD 21921-5596
518095949 +Union Specialties Inc, Dianne Braley, 3 Malcolm Hoyt Dr, Newburyport MA 01950-4017
518095950 +Unique Advertising, 90 13th Ave, Ronkonkoma NY 11779-6818
518095951 +Unique Expediters Inc, 147-48 182nd St, Springfield Gardens NY 11413-4021
518095952 Unique Industries, William Barry, 4750 League Island Blvd, Philadelphia PA 19112-1222
518095953 Unishippers, 81-28 Margaret Pl, Glendale NY 11385-8045
518095954 +Unishippers, Maria Pizzo, 7309 Airport Rd, Bath PA 18014-8808
518095955 Unishippers, Pamela Stewart, 4225 30th Ave S, Moorhead MN 56560-6024
518095956 Unishippers Central, Po Box 6047, Kennewick WA 99336-0047
518095957 Unisource, Data Freight Inc, 907 Ne Colbern Rd, Lees Summit MO 64086-5471
518095958 Unisource Shipping, Esty Scheartz Raizy Baum, 4711 Fort Hamilton Pkwy, Brooklyn NY 11219-2927
518095959 Unistrut, Jonathan Schanne, 128 Sycamore St, Buffalo NY 14204-1448
518095960 +United Ac Refrigeration, Plumbing And Heating Inc, 299 Washington St, Newburgh NY 12550-5432
518095961 +United Aluminum Corp, Claims Dept, 100 United Dr, North Haven CT 06473-3218
518232897 +United Builders Supply, 30 Oak St, Westerly, RI 02891-1759
518095962 United Business Systems, 316 Seneca St, Buffalo NY 14204-2056
518095963 United Cargo, Ewr Airport, Newark NJ 07114
518095964 +United Citrus, Clare Marchese, 185 Constitution Dr, Taunton MA 02780-7388
518095965 United Commerical Suppy, Jacqueline Boff, 6348 Library Rd, South Park PA 15129-8550
518095966 United Electric Supply, Claims Dept, 12045 Trade Zone Ct, Waldorf MD 20601-3501
518095967 +United Express Lines Inc, Whiteford Taylor And Preston Llp, Edward U Lee, Seven Saint Paul St Ste 1500, Baltimore MD 21202-1636
518095968 +United Express Solar Llc, P O Box 6031, Elizabeth NJ 07207-6031
518095969 +United Fiberglass Of America, 2145 Airpark Dr, Springfield OH 45502-7931
518095970 United Foods Corp, Kelly Gonzci, Po Box 188, Milltown NJ 08850-0188
518095971 United Gilsonite Lab, Kathy Metschulat, 1396 Jefferson Ave, Dunmore PA 18509-2415
518051496 +United HealthCare Services, Inc., c/o Shipman & Goodwin LLP, One Constitution Plaza, Hartford, CT 06103-1803
518095972 United Healthcare, 22703 Network Pl, Chicago, IL 60673-1227
518095973 +United Healthcare Insurance Co, 450 Columbus Blvd, Hartford CT 06103-1835
518095974 United Industries, Lisa Hoffman, 1900 E Central Ave, Bentonville AR 72712-5611
518095975 +United Mechanical Resources, Main, 125 Research Pkwy, Meriden CT 06450-7124
518095976 +United Motor Parts Inc, 1130 Teaneck Rd, Teaneck NJ 07666-4895
518095977 +United Packaging Supply, United, 102 Wharton Rd, Bristol PA 19007-1622
518095978 +United Refrigeration, 96 Commerce Way, Woburn MA 01801-1008
518095979 United Refrigeration, Michelle Wood, 230 John Hancock Rd, Taunton MA 02780-7320
518095980 United Refrigeration, Todd Ewing, 301 N Black Horse Pike, Mount Ephraim NJ 08059-1314
518095981 United Refrigeration, Joe Scafiro, 1601 John Tipton Blvd, Pennsauken NJ 08110-2317
518095983 United Restaurant Equipment, George Zaharoolis, 1 Executive Pk Dr, North Billerica MA 01862-1318
518095984 +United Shippers Alliance, 6371 Riverside Dr, Ste 110, Dublin OH 43017-5446
518095986 +United States Fire Insurance Co, 305 Madison Ave, Morristown NJ 07960-6117
518095987 +United States Gypsum Co, Billie Rodriguez, 550 West Adams 15th Fl, Chicago IL 60661-3678

518095988 +United Stationers, Trans Audit, 11 Marshall Rd Ste 2d, Wappingers Falls NY 12590-4123
518095989 United Stationers, Barbara Dasch, 7441 Candlewood Rd, Hanover MD 21076-3102
518095990 United Stationers, Data 2 Logistics, Po Box 6105, Fort Myers FL 33906
518095991 United Stationers, Marie Mateja, 810 Kimberly Dr, Carol Stream IL 60188-1875
518095992 +United Transportation, 1500 Country Rd 517, Ste 305, Hackettstown NJ 07840-2717
518095993 Unither Manu Inc, Debra Felton, 331 Clay Rd Dock 1, Rochester NY 14623-3226
518095994 Unitil Concord Electric Co, Po Box 981010, Boston MA 02298-1010
518095995 Unitil Concord Electric Co, 6 Liberty Lane West, Hampton NH 03842-1720
518095996 +Unitrans Consolidated Inc, Cargo Claims, 1030 W Irving Pk Rd, Bensenville IL 60106-1814
518095997 +Univar Usa Inc, Theresa L Hensel, 3709 River Rd, Tonawanda NY 14150-6507
518095998 +Univar Usa Inc, 627 Sugar Run Rd, Altoona PA 16601-7920
518095999 +Univar Usa Inc, Williams And Associates, 405 E 78th St, Bloomington MN 55420-1299
518096000 Univar Usa Inc, Mike Wiley, 8500 W 68th St, Bedford Park IL 60501-1844
518096001 Univar Usa Inc, Amer Truck And Rail, Po Box 278, North Little Rock AR 72115-0278
518232898 +Universal Broaching Inc, 1203 Pagni Dr, Elk Grove Village, IL 60007-6604
518096002 #+Universal Drilling, 974 N Du Page Ave, Lombard IL 60148-1244
518096003 Universal Filing Systems Inc, Irma Martinez Ocasio, P O Box 3923, Guaynabo PR 00970-3923
518096004 Universal Joint Serv And Supply, Main, 166 Route 17, Rutherford NJ 07070
518096005 +Universal Logistics Solutions, International Cts, 1915 Vaughn Rd, Kennesaw GA 30144-4579
518096006 +Universal Shipping, Cts, 1915 Vaughn Rd, Kennesaw GA 30144-4579
518096007 +Universal Trading Inc, 1359 N Meacham Rd, Schaumburg IL 60173-4805
518096008 Universal Traffic Svc, Po Box 888470, Grand Rapids MI 49588-8470
518096009 +University Emergency Med, Po Box 9484, Providence RI 02940-9484
518096010 +University Of Maryland, Hartford Memorial Hospital, P O Box 418701, Boston MA 02241-8701
518096011 +University Of Pa Health System, Accts Payable, Po Box 60256, Philadelphia PA 19102-0256
518096012 University Of Rochester, Medical Center, P O Box 382096, Pittsburgh PA 15251-8096
518096013 +University Of Texas At Dallas, Candace Dominickm S Wt11, 800w Campbell Rd,
Richardson TX 75080-3021
518096014 +University Of The Sciences, Brian Smeltzer, 4140 Woodland Ave,
Philadelphia PA 19104-4546
518096015 University Of Virginia, Oplrm, P O Box 400205, Charlottesville VA 22904-4205
518096016 +University Orthopedics Of Ny, P O Box 5159, Long Island City NY 11105-5159
518096017 University Radiology Group, Po 371863, Pittsburg PA 15250-7863
518096018 University Wire Co, 198 Fenwick Dr, Port Matilda PA 16870-7533
518096019 +Unknown, 375 Bog Hollow Rd, Wassaic NY 12592-2530
518232903 +Unknown Name, 221 Hallene Rd, Warwick, RI 02886-2449
518232899 +Unknown Name, 512 Walnut St, Ridgefield, NJ 07657-1823
518232901 Unknown Name, 1200 Indian Creek Ct, Beltsville, MD 20705
518232900 +Unknown Name, 1170 Kings Hwy Bldg 13, King George, VA 22485-6541
518232902 +Unknown Name, 4501 S Laburnan Ave, Richmond, VA 23231-2482
518096020 +Unwin Overhead Doors Inc, 657 Meadow St, Chicopee MA 01013-1819
518096021 +Unyson Logistics, Brittany Jones, 36258 Treasury Ctr, Chicago IL 60694-6200
518096022 +Unyson Logistics, Connie Navarrete, B Jones, 1801 Park 270 Dr Ste 500,
Saint Louis MO 63146-4015
518096023 +Upaco Adhesives, Vqlane Redmond, 4105 Castlewood Rd, Richmond VA 23234-2707
518096024 Update International, Linda Yuan, 5801 S Boyle Ave, Los Angeles CA 90058-3926
518096025 +Upmc Emergency Medicine Inc, Po Box 371601, Pittsburg PA 15251-0001
518096026 Upmc Physician Svc, Po Box 371472, Pittsburg PA 15250-7472
518096028 Upper Chesapeake Emerg Help, Po Box 37810, Philadelphia PA 19101-0110
518096029 Upper Valley Press, Kevin Shelton, Po Box 459, North Haverhill NH 03774-0459
518096031 +Ups, Accnts Payable Dept, 2240 Outer Loop, 2nd Floor, Louisville KY 40219-3565
518096032 Ups - Scs Claims, Larry Johnson, 35 Glenlake Parkway Ste 320, Atlanta GA 30328-3475
518096033 +Ups Cargo Claims Accounting, 700 Keystone Industrial, Dunmore PA 18512-1529
518096034 Upscia Cargo Claims Subrogate, Claims Dept, Po Box 100458, Fort Worth TX 76185-0458
518096035 +Upstate Equipment Co Inc, 1417 Crane St, Schenectady NY 12303-1805
518096036 +Upstate Piping Products, Bob La Fountain, Po Box 321, Waterford NY 12188-0321
518096037 +Upstate Refractory, Echo Global, 600 W Chicago Ave Ste 725, Chicago IL 60654-2522
518096038 +Upstate Thermo King, 1023 Buffalo Rd, Rochester NY 14624-1888
518096047 Us Boiler Co Inc, Nexterus Inc, 802 Far Hills Dr, New Freedom PA 17349-8428
518096048 Us Chocolate, Claims Dept, 4801 1st Ave, Brooklyn NY 11232-4208
518096049 Us Dept Of Education, Po Box 105081, Atlanta GA 30348-5081
518096050 +Us Dept Of Labor, 200 Constitution Ave Nw, Washington DC 20210-0001
518096051 Us Dept Of Labor Osha, Osha Region 1, Jfk Federal Building Room E340, Boston MA 02203
518096052 +Us Dept Of Labor Osha, Osha Region 2, 201 Varick St Room 670, New York NY 10014-7444
518096053 +Us Dept Of Labor Osha, Osha Region 3, The Curtis Center Ste 740 West,
170 S Independence Mall West, Philadelphia PA 19106-3323
518096054 Us Environmental Protection, Agency, P O Box 979077, St Louis MO 63197-9000
518096055 +Us Foods Ces, Allison Ellinghuysen, Po Box 64177, Saint Paul MN 55164-0177
518096057 Us Healthworks Medical Group, Of New Jersey Pc, Po Box 404490, Atlanta GA 30384-4490
518096056 Us Healthworks Medical Group, Po Box 404490, Atlanta GA 30384-4490
518096058 +Us Logistics, 350 Benigno Blvd, Bellmawr NJ 08031-2512
518096059 +Us Medgroup Pa Pc, Po Box 8960, Elkridge, MD 21075-8960
518096060 Us Nonwovens, Stephanie Toro, 360 Moreland Rd, Commack NY 11725-5707
518096061 +Us Pavement Svc Inc, Sian Strobridge, 39 Industrial Pkwy, Woburn MA 01801-1944
518096062 Us Polychem, Maryanne Mc Carthy, 584 Chestnut Ridge Rd, Chestnut Ridge NY 10977-5646
518096063 Us Postal Service hasler, Cmrs-tms, Po Box 7247-0217, Philadelphia PA 19170-0217
518096064 Us Premium Finance, Diana Lee, P O Box 630035, Cincinnati OH 45263-0035
518096065 +Us Prosthetics Trubyte, Kathy Krebs, 470 W College Ave, York PA 17401-3810
518096066 +Us Regional Ii Of Nj Dba, Worknet Obom, Po Box 827929, Philadelphia, PA 19182-7929
518096067 Us Security Associates Inc, Diana Lee, Po Box 931703, Atlanta GA 31193-0647

518096068 +Us Supply, Laurie Sullivan, P O Box 367, W. Conshohocken PA 19428-0367
518096069 Us Truck Parts And Svc, 231 St Nicholas Ave, So Plainfield NJ 07080-1809
518096070 +Usa Bluebook, Marnika Gordon, 3781 Burwood Dr, Waukegan IL 60085-9101
518096071 Usaa - Sub For Larry K Wallace, Subrogation Dept, Po Box 659476, San Antonio TX 78265-9476
518096072 Usaa As Sub For Steven R Simon, Subrogation Dept, Po Box 659476, San Antonio TX 78265-9476
518096073 Usaa As Sub Of Henry Bones, Usaa Subrogation Dept, Po Box 659476, San Antonio TX 78265-9476
518096074 Usaa As Sub Of Kimberly Sue, Edwards, Subro Dept, Pob 659479, San Antonio TX 78265-9476
518096075 Usaa As Subrogee Of, Richard H Newkirk Subro Dept, Po Box 659476, San Antonio TX 78265-9476
518096076 Usaa As Subrogee Of Jason Luo, Subrogation Dept, Po Box 659476, San Antonio TX 78265-9476
518096077 +Usaa Aso David Marcus Orohena, 9800 Fredericksburg Rd, San Antoinio TX 78288-0002
518096078 Usaa Aso Thomas R Brandewiede, Subrogation Dept, Po Box 659476, San Antonio TX 78265-9476
518096080 +Usaa Ins Co, Kimberly Menchaca, Po Box 33490, San Antonio TX 78265-3490
518096079 +Usaa Ins Co, Chad Smith Subro Dept, Po Box 659476, San Antonio TX 78265-9476
518096081 +Usaa Ins Co, Kimberly Pintirshc Subro, Po Box 659476, San Antonio TX 78265-9476
518232904 +Usaa Insurance Subrogation, Po Box 659476, San Antonio, TX 78265-9476
518232905 +Usaa Insurance Subrogee For Erika Opfell, 9800 Fredericksburg Rd, San Antonio, TX 78288-0002
518096082 Usaa Subrogation Dept As Sub, Of Adrian S Washington, Po Box 659476, San Antonio TX 78265-9476
518096083 Usaa Subrogation Dept As Sub, Of Michael J Cuddy, Po Box 659476, San Antonio TX 78265-9476
518096084 +Usesi Inc, Claims Dept, 701 Middle St, Middletown CT 06457-1547
518096085 +Usesi Us Electrical, Bruce Caya, 100 Campanelli Pkwy, Stoughton MA 02072-3788
518096086 +Usherwood Copier Products, 1005 West Fayette St, Syracuse NY 13204-2861
518096087 +Usupfitters Inlad Truck And, Van Equipment, 2918 Ritchie Rd, District Heights MD 20747-3751
518096088 +Ut Freight Svc Usa Ltd, 161-15 Rockaway Blvd, Ste 219, Jamaica NY 11434-5136
518096089 Uti Transport Solutions, Gabrielle Ervin, Po Box 1685, Medford OR 97501-0130
518096090 +Uti Worldwide, 230-39 International Airport, Center Boulevard Ste 1000, Springfield Gardens NY 11413-4104
518096091 +Utica General Truck Co Inc, Dba Utica General Peterbilt, 5636 Horation St, Utica NY 13502-1467
518096092 +Utica Valley Elec, Kathy Buckley, Po Box 230, Yorkville NY 13495-0230
518096093 Utica Valley Electric, Kathy Buckley Claims Dept, Po Box 230, Yorkville NY 13495-0230
518096094 Utility Mfg, Steve Shuster, 700 Main St, Westbury NY 11590-5020
518096095 +Utility Trailer Sales Of, New Jersey Inc, 589 Nassau St, North Brunswick NJ 08902-2938
518096096 +Uts, Universal Traffic, Po Box 888470, Grand Rapids MI 49588-8470
518096099 +V And M Towing, 81 Berkley Pk Rd, Reading PA 19605-9264
518096100 +V Billing Experts, 230-32 57th Road, Oakland Gardens NY 11364-2023
518096101 +V Eugene Kilmore Jr Md, Kilmore Eye Associates, 890 Century Dr, Mechanicsburg PA 17055-4375
518096238 ++VENGROFF WILLIAMS INC, PO BOX 4155, SARASOTA FL 34230-4155
(address filed with court: Vengroff Williams Inc, 2211 Fruitville Rd, Sarasota FL 34237)
518096324 ++++VILLAGE COURT OF GREAT NECK, PO BOX 220440, GREAT NECK NY 11022-0440
(address filed with court: Village Court Of Great Neck, Plaza Po Box 440, Great Neck NY 11022)
518096390 ++VITAL RECORDS INC, P O BOX 688, FLAGTOWN NJ 08821-0688
(address filed with court: Vital Records Inc, 563 New Ctr Rd, Po Box 688, Flagtown NJ 08821)
518138556 +VW Credit Leasing, Ltd, c/o VW Credit, Inc., PO Box 9013, Addison, Texas 75001-9013
518096102 Va Stone And Brick Designs, Darren Lucas, 1709 N Lee Hwy, Pulaski VA 24301-2203
518232906 +Vachawski, Anna, 2 Canyon Dr, Coventry, RI 02816-7700
518232907 +Vacuum, Shop, 10 Mcfadden Rd, Easton, PA 18045-7817
518096105 +Vag Inc, 7460 Lancaster Pike, Ste 4, Hockessin DE 19707-9276
518096116 +Valentina Gonzalez And, Herschel Kulefsky Esq As Atty, 111 John St Ste 1230, New York NY 10038-0076
518096121 +Valerias Cleaning And Care Llc, 401 Buttonwood St Apt B, Delanco NJ 08075-4415
518096127 Valley Ag And Turf, 2818 Earlystown Rd, Centre Hall PA 16828-9108
518096128 #Valley Ag And Turf, John Deere Dealer, 817 Tobias Rd, Halifax PA 17032-9422
518096129 Valley Ag And Turf, 5809 William Penn Way, Mifflintown PA 17059-7356
518096130 Valley Ag And Turf, John Deere Dealer, 141 Dyers Ln, Watsontown PA 17777
518096131 #+Valley Fire Protection Svc, 101 North Raddant Rd, Batavia IL 60510-2203
518096132 +Valley Forge Insurance Co, Aso Mtg Claim E3853555, Po Box 956692, St. Louis MO 63195-6692
518096133 +Valley Hino Truck Inc, Dba Valley Isuzu Truck, 5025 Gateway Dr, Medina OH 44256-7929
518096134 Valley Lighting, Bob Larmore, 601-u N Hammonds Ferry Rd, Linthicum Height MD 21090-1321
518096135 +Valley Malt, Andrea Stanley, 27 Middle St, Hadley MA 01035-9702
518096136 +Valley Power Inc, 850 Davisville Rd, Willow Grove PA 19090-1521
518096137 +Valley Restaurant Equipment, Claims Dept, 542 E Main St, Little Falls NY 13365-1423
518096138 +Valley Tire Co Inc, 1002 Arentzen Blvd, Charleroi PA 15022-1003
518096139 +Valley Tire Inc, 4401 Stoutfield S Dr, Indianapolis IN 46241-4062
518096140 +Valley View Auto Center, Main, 1736 W Main St, Ephrata PA 17522-1105
518096141 Value Part, Susan Harriman, 5375 Wegman Dr, Valley City OH 44280-9700
518096142 +Valuepart, 259 Industrial Blvd, Rincon GA 31326-3306
518096145 Valvoline, Lindsay Montgomery, 100 Valvoline Way, Lexington KY 40509-2714
518096146 +Valvoline Llc, Transaudit Ste 2d, 11 Marshall Rd, Wappingers Falls NY 12590-4123

518096147 Valvoline Llc, Leeza Prather, P O Box 360155, Pittsburgh PA 15251-6155
518096148 +Van Air, Po Box 62744, Baltimore MD 21264-2744
518096149 +Van Auken Express Inc, Lena M Savino, Po Box 339, Greenville NY 12083-0339
518096151 Van Brunt And Son Inc, John M Barry, 7 Apple Ln, Califon NJ 07830-3122
518096152 +Van Eerden Coating Co Llc, Glenn Van Eerden, Po Box 206, Fort Washington PA 19034-0206
518096157 +Van Wick Window Fashions Inc, Marty Lamm, 21-27 Borden Ave, Long Island City NY 11101-4519
518096160 +Vance Retail Llc, Deb Knittel, 4250 Alum Creek Dr, Obetz OH 43207-4517
518096168 +Vanguard, 300 Middlesex Ave, Carteret NJ 07008-3479
518096169 +Vanguard, C T S, 1915 Vaughn Rd, Kennesaw GA 30144-4579
518096170 +Vanguard Cleaning Systems, Mary Alice Shupp, Of Cincinnati, 7370 Kingsgate Way Ste H, West Chester OH 45069-2486
518096171 +Vanguard Logistics Svc, Gary Lyons Suite 200, 5000 Airport Plz Dr, Long Beach CA 90815-1271
518096179 Vapco Inc, Thomas Mac Neil, 51 S Canal St, Lawrence MA 01843-1500
518096180 Varco, 7489 Mason King Ct, Manassas VA 20109-5220
518232908 +Vaughn, Belinda Levern, 111 Paterson Ave, Hoboken, NJ 07030-6012
518096205 +Vcmr Truck Svc, 6 Bower St, Linden NJ 07036-2614
518096206 +Vdot-violation Porcessing Cntr, P O Box 1234, Clifton Forge VA 24422-0724
518096207 Vecenie Dist Co, Janine Vecenie, 140 North Ave, Pittsburgh PA 15209-2572
518096208 +Veconinter Usa Llc, 7205 Nw 19th St, Ste 303, Miami FL 33126-1229
518096210 Veeco Holdings, Aurora Lorenzo, 6801 West Side Ave, North Bergen NJ 07047-6441
518096211 Veeco Sundance Logistics, Angel Ogando, 6801 West Side Ave, North Bergen NJ 07047-6441
518096212 +Veeco Svc Inc, 6801 West Side Ave, North Bergen NJ 07047-6441
518096226 Velazquez, Salvador, Address Intentionally Omitted
518096227 +Velcro Usa, Tech Logistics, 300 Elm St Unit 1, Manchester NH 03101-2701
518096228 +Velcro Usa Inc, Tech Logistics, 300 Elm St Unit 1, Milford NH 03055-4715
518096233 Velux, Karen Averill, 754 Rainbow Rd Ste A, Windsor CT 06095-1004
518096234 Velux America Inc, Karen Averill, 754 Rainbow Rd Ste A, Windsor CT 06095-1004
518096235 Velux America Inc, Shane Newbauers, 80 13th Ave Unit 3b, Ronkonkoma NY 11779-6812
518096237 +Vengrof Williams Inc As Subro, Of State Farm Ins And Paola Vega, Po Box 4155, Sarasota FL 34230-4155
518096240 Ventana Usa, David Zack, 6001 Enterprise Dr, Export PA 15632-8969
518096248 +Verdant Field, 1702 Hempstead Rd, Ste 102, Lancaster PA 17601-6706
518096251 +Verdictsearch, 755 Wavely Ave Ste 306, Holtsville NY 11742-1125
518096253 +Verisma Systems Inc, P O Box 556, Pueblo CO 81002-0556
518096254 Veritext Corp, P O Box 71303, Chicago IL 60694-1303
518096255 +Veritiv, Ronald Nelson, 3 Charles Blvd, Guilderland NY 12084-9512
518096257 Veritiv, Chad Lichliter, 3091 Governors Lake Dr, Norcross GA 30071-1143
518096256 +Veritiv, Chad Lichliter, 6600 Governors Lake Pkwy, Norcross GA 30071-1114
518096258 Veritiv, Tina Bonds, 2201 Reeves Rd, Plainfield IN 46168-5683
518096259 Veritiv Data Freigh, 907 Ne Colbern Rd, Lees Summit MO 64086-5471
518096260 Veritiv Corp, Debbie Smith, 5786 Collett Rd, Farmington NY 14425-9536
518096264 Verizon, Law Office Of R S Fudge, M Kennedy, Po Box 60872, Oklahoma City OK 73146-0872
518096266 +Verizon, Mark Pollick Attorney, 3525 Del Mar Heights Rd 769, San Diego CA 92130-2199
518096267 +Verizon Cmr Claims Dept, 726 W Sheridan, Oklahoma City OK 73102-2412
518096268 +Verizon C O Cmr Claims Dept, Po Box 60553, Oklahoma City OK 73146-0553
518096269 +Verizon Cmr Claims Dept, Po Box 60553, Oklahoma City OK 73146-0553
518232909 +Verizon Communications, Corporate Office, 13101 Columbia Pike, Silver Springs, MD 20904-5248
518096272 +Verma Woodly-laverne, 335 Beach 54th St, Far Rockaway NY 11692-1749
518096273 +Vermont Agency Of Natural Resources, Executive Office Of Governor, Peter Shumlin, 109 State St, Montpelier VT 05609-0002
518096274 Vermont Attorney General, Tj Donovan, Pavillion Office Bldg, 109 State St, Montpelier VT 05609-1001
518096275 Vermont Country, Carol Abbenzeller, 401 Innovation Dr, North Clarendon VT 05759-9230
518096276 Vermont Dept Of Employment And Labor, Po Box 488, Montpelier VT 05601-0488
518096277 +Vermont Dept Of Labor And Industry, Commissioner, National Life Bldg Drawer 20, Montpelier, VT 05620-0001
518096280 Vermont Dept Of Taxes, Sales Tax, Po Box 1881, Montpelier VT 05601-1881
518096283 +Vermont Elevator Inspection, Svc Inc, 8 Pvt Dunnack Dr, W. Topsham VT 05086-9794
518096284 Vermont Gas Systems Inc, Payment Processing Center, Po Box 22082, Albany NY 12201-2082
518096286 +Vermont Mechanical Inc, 211 Blair Pk Rd, P O Box 728, Williston VT 05495-0728
518096287 +Vermont Occupational Safety And, Health Administration Vosha, Po Box 488, 5 Green Mountain Dr, Montpelier VT 05602-2708
518096288 Vermont Office Of The State Treasurer, Unclaimed Property Division, 109 State St, Fl 4, Montpellier VT 05609-6200
518096289 Vermont State Treasurer’s, Office Unclaimed Property Div, 109 State Street4th Fl, Montpelier VT 05609-6200
518096290 +Vermont Wine Merchants, Jenn Clayton, 240 Battery St, Burlington VT 05401-5214
518096292 Vernons Penn Supply, Tony O’hare, 618 E State St, Trenton NJ 08609-1104
518096294 +Versatex Building Products Llc, 400 Steel St, Aliquippa PA 15001-5420
518096295 Vertellus, Odeyssey Logistics, 4235 South Stream Blvd, Charlotte NC 28217-4588
518096296 Vertex China, Quin Thompson, 30 Corporation Row, Edison NJ 08817-6004
518096297 Vertex China, Claims Dept Qthompson, 1793 West 2nd St, Pomona CA 91766-1253
518096298 +Vertiv, Transaudit Ste 2d, 11 Marshall Rd, Wappingers Falls NY 12590-4123
518096302 Vfs Us Llc, Jackie Inge, North American Transaction Ser, Po Box 7247-6171, Philadelphia PA 19170-6171
518096301 Vfs Us Llc, North American Transaction Ser, P O Box 7247-6171, Philadelphia PA 19170-6171
518096300 +Vfs Us Llc, Po Box 26131, Greensboro NC 27402-6131

518096303 +Vi Sco Inc, Gianluea Morrone, 85 Hazel St, Glen Cove NY 11542-3691
518096304 +Vicente’s Supermarket, 160 Pleasant St, Brockton MA 02301-3842
518096308 +Victor Lopez, Po Box 277, Napanoch NY 12458-0277
518096309 Victor Vasquez, 205 Malcom Blvd, Apt 1b, Brooklyn NY 11221
518096312 +Vielka Almonte And Law Office, Of Michael T Van Der Veen, 1219 Spruce St, Philadelphia PA 19107-5607
518096316 Vigon Intl Inc, Lisa Shaughnessy, 146 Airport Rd, East Stroudsburg PA 18301-9629
518096318 +Viking Client Svc Llc, Po Box 59207, Minneapolis MN 55459-0207
518096319 +Viking Termite And Pest Control, Po Box 4070, Warren NJ 07059-0070
518232910 +Villadiego, Sherry, 33 Robertson Ave, Hawthorne, NJ 07506-1033
518096322 Village Candle, Diane Levesque, 90 Spencer Dr Unit 2, Wells ME 04090-5548
518096323 Village Cannery Inc, Claims Dept, 698 South Barre Rd, Barre VT 05641-8108
518096325 +Village Forge Inc, 51 Industrial Dr, Readville MA 02136-2355
518096326 +Village Hearth And Home Dist, Daryl Letourneau, 196 Route 101 W, Bedford NH 03110-5420
518096327 +Village Of Bollingbrook, 375 W Briarcliff Rd, Bolingbrook IL 60440-3829
518096328 +Village Of Channahon, Business License Renewal, 24555 S Navajo Dr, Channahon IL 60410-3334
518096329 +Village Of Elk Grove Village, Finance Dept, 901 Wellington Ave, Elk Grove Village IL 60007-3456
518096330 +Village Of Fredonia Ems, Po Box 90, Danville PA 17821-0090
518096331 +Village Of Great Neck, 61 Baker Hill Rd, Great Neck NY 11023-1510
518096332 +Village Of North Syracuse, 600 South Bay Rd, North Syracuse NY 13212-3163
518096334 Village Of Summit, Po Box 7732, Carol Stream IL 60197-7732
518096336 +Village Treasurer, One Depot Plaza, Tarrytown NY 10591-3605
518096345 +Vima Melara Perez, 47 Junipter Rd Apt B, Port Washington NY 11050-1451
518096346 +Vin Access Intl, 8 Snowberry Ct, San Rafael CA 94901-1592
518096347 +Vin Distributors, Andrei Birsan, 175 Circuit Ave Ste A, West Springfield MA 01089-4014
518096349 +Vincent Cozzo, 560 South Rd, E Greenwich RI 02818-1436
518096350 +Vincent Elias, 5060 North 7th St, Philadelphia PA 19120-3104
518096351 +Vincent Oliveri, 1842 East 29th St, Brooklyn NY 11229-2519
518096357 +Vineyard Creek, Metro Logistics, Po Box 730, Speonk NY 11972-0730
518096360 Violation Processing Center, Nj Ez Pass Violations, Po Box 52005, Newark NJ 07101-8205
518096361 Violations Bureau, Po Box 480, Lewiston ME 04243-0480
518096362 Virginia Artesian Bottling, Nick Brown, 4300 Spring Run Rd, Mechanicsville VA 23116-6639
518096363 +Virginia Attorney General, Mark R Herring, 202 North Ninth St, Richmond VA 23219-3424
518096365 +Virginia Dare, Jose Morales, 882 Third Ave 7th Fl, Brooklyn NY 11232-1902
518096366 +Virginia Dept Of Agriculture, And Consumer Svc, Division Of Consumer Protection, 102 Governor St, Richmond VA 23219-3676
518096368 +Virginia Dept Of Labor And Industry, Commissioner, 13 South Thirteenth St, Richmond VA 23219-4180
518096371 +Virginia Dept Of Taxation, Voluntary Disclosure Program, Po Box 5640, Richmond VA 23220-0640
518096374 +Virginia Dept Of Treasury, Unclaimed Property Division, 101 North 14th St, Richmond VA 23219-3665
518096375 Virginia Dept Taxation, Po Box 27407, Richmond VA 23261-7407
518096376 +Virginia Employment Commission, Po Box 1358, Richmond VA 23218-1358
518096377 Virginia Gift Brands, Dwane Morris, 1000 Dillard Dr, Forest VA 24551-2760
518096378 +Virginia Occupational Safety And Health, Vosh Headquarters Main Street Centre, 600 East Main St Ste 207, Richmond VA 23219-2430
518096379 Virginia Rubber Corp, Chris Felt, 7489 Mason King Ct, Manassas VA 20109-5220
518096381 Virginia Storage Systems, James Bryant, Po Box 5606, Chesapeake VA 23324-0868
518096382 Virginia Tax, Office Of Customer Svc, Sales Tax, Po Box 1115, Richmond VA 23218-1115
518096383 Virginia Tractor, John Deere Dealer, 10413 Dumfries Rd, Manassas VA 20110-7959
518096384 Virtual Freight Inspections, Don Barranco, President, Po Box 1106, Menomonee Falls WI 53052-1106
518096386 Vision Lighting Inc, Echo Global, 600 W Chicago Ave Ste 7, Chicago IL 60654-2801
518096388 +Vista Underwriting Partners, 1400 N Providence Rd, Building 2 Ste 4050, Media PA 19063-2058
518096389 +Visual Pak Logistics, Bill Boylan Eric Tewes, 1909 S Waukegan Rd, Waukegan IL 60085-6709
518096392 Vitamin World Store, Dhl, 570 Polaris Pkwy, Westerville OH 43082-7900
518096393 Vitec Viedo Com, Lockbox 75040, Charlotte NC 28275-0040
518096394 Vito Marcello Gourmet Food, Jill Flint Barber, Po Box 2232, North Conway NH 03860-2232
518096396 Viz Pro Llc, Victoria Clarke, 118 Colebrook River Rd, Winsted CT 06098-2241
518096397 +Vml Ins Programs As Sub For, The Town Of Leesburg, Po Box 3239, Glen Allen VA 23058-3239
518096400 +Vogt Warehouse, Lori Hayward, 1440 W 8th St, Cincinnati OH 45203-1009
518096401 +Vogt Warehouse, Specialty Logistics Inc, 1440 W 8th St, Cincinnati OH 45203-1009
518096403 +Volk Packaging Corp, 11morin St, Biddeford ME 04005-4498
518096405 +Volodymyr Dudar, 1147 Chesworth Rd, Philadelphia PA 19115-2024
518096406 +Volpe And Sons Automotive Inc, 806 South Main St, Plantsville CT 06479-1539
518096408 Volvo Financial Svc, Po Box 7247-0236, Philadelphia PA 19170-0236
518096407 +Volvo Financial Svc, David Stevens, 7025 Albert Pick Rd, Ste 105, Greensboro NC 27409-9519
518096413 Vortek International, 19 Greentree Ln, Chester NY 10918-4024
518096414 Voss Brothers Sales, John Deere Dealer, 10136 Sawmill Rd, Powell OH 43065-7664
518096416 Vp Logistics, 1909 S Waukegan Rd, Waukegan IL 60085-6709
518096417 +Vp Supply Corp, Claims Dept Christine Baker, 3445 Winton Rd, Rochester NY 14623-2950
518096418 Vp Supply Corp, Cargo Claims Chris Baker, Po Box 23868, Rochester NY 14692-3868
518096419 Vt Agency Of Natural Resources, Dep Environmental Conservation, Watershed Div Main Bldg 2nd Fl, 1 Nat’l Life Dr, Montpelier VT 05620-3522

518096420 Vt Dept Of Environmental Conservation, Commisioner’s Office, Alyssa B Schuren, 1 National Life Dr Davis 2, Montpelier VT 05620-3520
518096421 +Vt Wine Merchants, Jennifer Clayton, 255 S Champlain, Burlingotn VT 05401-7703
518096422 +Vulcan Corp, Elaine Edwards, 2006 Northwestern Pkwy, Louisville KY 40203-1000
518096423 +Vulcan Hart Co, Mike Haas, 2006 Northwestern Pkwy, Louisville KY 40203-1000
518096425 +Vuono And Gray Llc, 2310 Grant Bldg, 310 Grant St, Pittsburgh PA 15219-2247
518096427 W N A Comet East Inc, Igor Shevchenko, 6 Stuart Rd, Chelmsford MA 01824-4108
518096428 +W Walsh Co Inc, Main, 32 Walton St, Attleboro MA 02703-1408
518096429 +W2 Logistics Inc, 1100 North Ellis St, Bensenville IL 60106-1117
518096431 Wac Lighting, Nina Chou, 44 Harbor Pk Dr, Port Washington NY 11050-4652
518096432 +Wade Nesbitt, Wade, 6694 Morningside Dr, Lewis Center OH 43035-6057
518096438 Wageworks, Po Box 870725, Kansas City MO 64187-0725
518096439 +Wagner Madrid, 87 Harold St, 1st Floor, Providence RI 02908-5420
518096442 Wagon Masters Inc, Po Box 1390, Scarborough ME 04070-1390
518096446 +Wakefern Food Corp, Ann Sims Sf115, 236 Raritan Ctr Pkwy, Edison NJ 08837-3610
518096448 +Wal-mart Stores, Cargo Claims Dept, 1301 Se 10th St, Bentonville AR 72712-7998
518096451 +Walcott St Llc, Whiteford Taylor And Preston Llp, Edward U Lee, Seven Saint Paul St Ste 1500, Baltimore MD 21202-1636
518096453 +Walden Ambulance Corp, 8610 Main St, Williamsville NY 14221-7455
518096454 +Walden Farms, Amita Ponich, 1209 W St Georges Ave, Linden NJ 07036-6117
518096455 Waldo Brothers, Mike Dacey, 202 Southampton St, Boston MA 02118-2716
518096458 Wales, Garrett, Address Intentionally Omitted
518096459 +Walgreen Co, 300 Wilmot Rd, Ms 3301, Deerfield IL 60015-4600
518096461 +Walgreen Co, 16797 Collections Ctr Dr, Chicago IL 60693-0001
518096460 +Walgreen Co, Property Subrogation, 1901 E Voorhees St Ms 665, Danville IL 61834-4509
518096463 +Walker Intl Transportation Llc, 70 East Sunrise Hwy Ste 611, Valley Stream NY 11581-1233
518096464 Walker Products, Stephen Dee, 80 Commerce St, Glastonbury CT 06033-2354
518096476 +Walkers Shortbread, Claims Dept, 170 Commerce Dr, Hauppauge NY 11788-3944
518096479 +Wallace Computer, Condata, 9830 W 190th St Ste M, Mokena IL 60448-5603
518096480 Wallace Computer Srv, Condata Global, 9830 West 190th St Ste M, Mokena IL 60448-5603
518096481 Wallace Eannace Assoc, Marlene Bauer, 779 Susquehanna Ave, Franklin Lakes NJ 07417-1321
518096482 Wallace Smith, Po Box 98, Greenvale NY 11548-0098
518096492 Wallington Plumbing, Mark Vanvlaanderen, 2396 Hamburg Tpke, Wayne NJ 07470-6298
518096493 Wallover Oil, Lori Brueggemann, 21845 Drake Rd, Strongsville OH 44149-6610
518096496 +Wally?s Express Trucking Inc, 267 Laburnum Ave Apt 3, Richmond VA 23223-3135
518096497 Walmart, Claims, Po Box 500629, Saint Louis MO 63150-0001
518096498 +Walmart Distribution Center, 31 Alfred Plourde Pkwy, Lewiston ME 04240-1010
518096499 Walmart Stores, Bank Of America, Po Box 504803, Saint Louis MO 63150-4803
518096500 +Walmart Stores, Financial Recovery, 1301 Se 10th St, Bentonville AR 72712-7998
518096501 +Walsh Engineering Associates, William Walsh Iii, One Karen Drive Suite 2a, Westbrook ME 04092-1917
518096504 +Walters Svc Inc, Walters Prtable Toilets, Po Box 340, Grantville PA 17028-0340
518232911 +Ward Greenberg Heller And Reidy Llp, Scott Jeannette Esq, 1800 Bausch And Lomb Pl, Rochester, NY 14604-2713
518096517 Ward Greenberg Heller And Reldy, 1800 Bausch And Lomb Pl, Rochester NY 14604-2713
518096518 +Ward Truck And Trailer, Donnie, 19 Noeland Ave, Penndel PA 19047-5258
518096526 +Warehouse Store Fixture, Claims Dept, 84 Progress Ln, Waterbury CT 06705-3860
518096527 +Warehouse Svc No 4 Llc, Po Box 608, Mt Vernon IN 47620-0608
518096531 Warnco Associates, Andrew Ellison, 1021 Dillard Dr, Forest VA 24551-2628
518096533 +Warner Graham, Stephanie Hack, 160 Church Ln, Cockeysville MD 21030-4921
518096539 Warning Lights And Scaffolding, Svc Inc, 16 Park Dr, Hamden CT 06517
518096541 +Warrell Corp, Dmontesano, 105 Melrich Rd, Cranbury NJ 08512-3512
518096542 Warrell Corp, 130 Slate Hill Rd, Camphill PA 17011-8011
518096543 Warren County Svc, John Deere Dealer, 228 Route 94, Columbia NJ 07832-2766
518096544 +Warren Fire Equipment, Kate Stout, 6880 Tod Ave Sw, Warren OH 44481-8628
518096545 +Warren Tire Inc, 420 Broadway, Pawtucket RI 02860-1307
518096547 +Warren, Brittany, Parker Waichman Llp, 6 Harbor Park Dr, Port Washington NY 11050-4647
518096548 +Warrior Run School District, Po Box 4891, Lancaster PA 17604-4891
518096552 +Washburn Candies, Jen Saunders, 137 Perkins Ave, Brockton MA 02302-3850
518232912 +Washburn, Brandalyn, 14 Bluebird Terr, Fort Edward, NY 12828-2441
518096554 +Washburn, Brandalyum, 14 Bluebird Tier, Fort Edward NY 12828-2441
518096557 Washington County Md, Automated Speed Enforcement, Po Box 5046, Hagerstown MD 21741-5046
518096559 +Washington County Treasurer, Hagerstown Regional Airport, 18434 Showalter Rd, Hagerstown MD 21742-1381
518232913 +Wasserman, Gerard, 164 7th St, Hoboken, NJ 07030-4048
518096566 Water Source Llc, Ashley Bodell, 330 Milan Ave, Norwalk OH 44857-1158
518096568 +Waterloo Container, Chris Cook, 2311 Route 414, Waterloo NY 13165-9440
518096569 +Waters Edge Hoa, 3321 Eastwind Way, Canandaigua NY 14424-2379
518096572 Waterville Hardware, Joh Knollman, 30 North 3rd St, Waterville OH 43566-1492
518232914 +Waterville Public School, 25 Messalonski Ave, Waterville, ME 04901-5206
518096573 +Waterworks Group Inc, 81 West Hills Rd, Huntington Station NY 11746-2355
518096581 Watson Inc, Otilio Perez Colon, 301 Heffernan Dr, West Haven CT 06516-4151
518096582 +Watson Supply Inc, 4021 N 6th St, Harrisburg PA 17110-1608
518096592 Watson-marlow Inc, 37 Upton Technology, Wilmington MA 01887-1018
518096598 Waxman Consumer Group, Brian Davy, 5920 Green Pt Dr S, Groveport OH 43125-1182
518096601 Wayne Hall’s Heating Svc, Po Box 6544, Scarborough ME 04070-6544
518096602 +Wayne Township Police Dept, 475 Valley Rd, Wayne NJ 07470-3584
518096603 Wayne Water Systems, Transportation Insight, 310 Main Ave Way Se, Hickory NC 28602-3513
518096605 Wb Mason, Po Box 981101, Boston MA 02298-1101
518096606 Wca Hospital, Po Box 840, Jamestown NY 14702-0840

518096607 We Cork, Nicole Valliere, 16 Kingston Rd Unit 6, Exeter NH 03833-4300
518096608 +We Got Soccer, Elizabeth Seavey, 99 Washington St, Foxboro MA 02035-1357
518096609 Weaber Lumber, Julie Kritikos, 11117 Skyline Dr, Titusville PA 16354-1375
518096611 +Weathersfield Twsp, Po Box 932961, Cleveland OH 44193-0028
518096612 Weaver Materiel Svc, Matt Bowman, 1089 Allen St, Jamestown NY 14701-2327
518096616 +Weavertown Environmental Group, Rochelle Digiorno, 2 Dorrington Rd, Carnegie PA 15106-1615
518096624 +Webbycards Llc, Webbycards, Po Box 753, Roanoke TX 76262-0753
518096625 +Weber Electric Supply Co, Po Box 585, Erie PA 16512-0585
518096628 +Webster Capital, Mike Giusto, 344 Main St, Kensington CT 06037-2631
518096629 Webster Capital Finance Inc, Po Box 330, Hartford CT 06141-0330
518096631 +Webster Capital Finance, Inc, 344 Main St, Kensington CT 06037-2631
518096630 +Webster Capital Finance, Inc, Legal Dept Mo-325, 145 Bank St, Waterbury CT 06702-2211
518103633 Webster Capital Finance, Inc., c/o Evan S. Goldstein, Esq., Updike, Kelly & Spellacy, P.C., 100 Pearl St., 17th Fl., PO Box 231277, Hartford CT 06123-1277
518096638 Weg, Heather Clark, Tsg, 6655 Sugarloaf Pkwy, Duluth GA 30097-4907
518096639 Weg Tsg, 350 Town Ctr Ave, Ste 201, Suwanee GA 30024-6914
518096640 Wegmans Food Markets Inc, Accnts Receivable, P O Box 23150, Rochester NY 14692-3150
518096646 +Weiler Labeling Sys, 1256 N Church St, 7, Moorestown NJ 08057-1129
518096649 +Weinstein Supply, Lore Angarola, 3155 Terwood Rd, Willow Grove PA 19090-1436
518096650 Weinstein Supply, Deborah Spinosa, 3865 Ridge Pike, Collegeville PA 19426-3121
518096651 +Weis Truck And Trailer Repair, Ar, 1600 Lexington Ave, Rochester NY 14606-3000
518232915 Weisman, Celeste, Central Ave, Amagansett, NJ 11930
518096654 Weiss-rohlig Usa Llc, Ryan Murphy, Lauren Coglioz, 1601 Estes Ave, Elk Grove Village IL 60007-5409
518096656 +Wel Companies, Lindsay Allen, 1625 S Broadway, De Pere WI 54115-9264
518096658 Welch Allyn, Christy Leubner, 4341 State St Rd, Skaneateles Falls NY 13153-5300
518096659 Welch Allyn, Precise Freight Audit, Po Box 14402, Springfield MO 65814-0402
518096660 Welch Allyn, Claims Dept, 6950 Creditview Rd Unit 4, Mississauga ON L5N0A6, Canada
518096661 Welch Allyn Inc, Joshua Stuper, 4341 State St Rd, Skaneateles Falls NY 13153-5300
518096662 Welch Holme And Clark, William Dugan, 7 Ave L, Newark NJ 07105-3805
518096663 +Welch’s North East P, Mode Transportation, 1435 54th St a, Columbus GA 31904-4998
518096666 +Welco International Llc, 330 Shevchenko Ave, South Plainfield NJ 07080-1207
518096667 +Weld-tec Svc And Sales Inc, 2026 Misner Rd, Williamsport PA 17701-1182
518096668 +Welders Supply, Ron, 47 Winsor St, Jamestown NY 14701-6965
518096669 +Well Fargo Equipment Finance, Patrick Scatuorchio Territory Manager, 190 River Rd, Summit NJ 07901-1444
518096673 Wells Fargo, North Nj 78589 Mac J2153-022, 190 River Rd 2nd Fl, Summit NJ 07901-1444
518096674 +Wells Fargo, Equipment Finance Inc, Nw8178 Po Box 1450, Minneapolis MN 55485-1450
518096675 +Wells Fargo Bank Na, Po Box 63020, San Francisco CA 94163-0001
518096676 +Wells Fargo Bank National Association, 310 Madison Ave 3rd Fl, Morristown NJ 07960-6967
518096677 Wells Fargo Bank, National Association, Mac C7300-033, 1700 Lincoln St, Denver CO 80203-4500
518096678 +Wells Fargo Equipment Finance, Douglas C Latour, 83 Wooster Heights, 4th Floor, Danbury CT 06810-7548
518096693 Welmed, Afn Llc, 7230 N Caldwell Ave, Niles IL 60714-4502
518096696 Welspun, Gwen Mitchell, 3901 Gantz City, Grove City OH 43123-4914
518096700 +Wendie Brock, 1 Lincoln Pl Apt J, No. Brunswick NJ 08902-4004
518096701 +Wendy R Olinsky Esq, 380 Merrimack St Ste 2e, Methuen MA 01844-5871
518096702 +Wendy Shilensiky, 37 Rogers Dr, Port Washington NY 11050-2514
518096704 Wengers Of Myerstown, P O Box 409, Myerstown PA 17067-0409
518096706 +Wentworth Trk And Trl Repair Llc, 89 Newark St, Haverhill MA 01832-1348
518096713 +Werok Llc, Kimberly Payton, 18b Ford Products Rd, Valley Cottage NY 10989-1238
518096714 +Wes Kochel Inc, Larry Kochel, 1850 Moen Ave, Rockdale IL 60436-9022
518096715 +Wesco, Cargo Claim, 35 Otis St, Westborough MA 01581-3311
518096716 Wesco, Richard Lavier, Po Box 390, East Syracuse NY 13057
518096717 +Wesco Distribution, Kin Hauschild, 2080 Winners Cir, Dayton OH 45404-1130
518096722 West Central Equip Llc, 2555 Cove Mountain Rd, Martinsburg PA 16662-7806
518096724 West Central Equipment, 729 Red Goose Rd, Somerset PA 15501-9369
518096723 +West Central Equipment, John Deere Dealer, 729 Red Goose Rd, Somerset PA 15501-9369
518096725 West Central Equipment, Claims Dept, Po Box 455, New Alexandria PA 15670-0455
518096726 West Central Equipment, John Deere Dealer, 4952 Admiral Perry Ste 2, Ebensburg PA 15931-1960
518096727 +West Central Equipment Llc, John Deere Dealer, 170 Pittsburgh Rd, Butler PA 16001-3226
518096728 +West Chester Holdings, Callie Learley, 11500 Canal Rd, Cincinnati OH 45241-1862
518096729 West Chester Rpotective Gear, Callie Clearley, 11500 Canal Rd, Cincinnati OH 45241-1862
518096730 +West End Power Equip, John Deere Dealer, 56 Beaver Brook Rd, Danbury CT 06810-6282
518096731 +West Herr Collision Center, 3580 Southwestern Blvd, Orchard Park NY 14127-1724
518096735 +West Penn Supply Co, Leroy, 1348 West Penn Pike, New Ringgold PA 17960-8503
518096736 +West Springfield Auto Parts, Marie X 1162, 945 Main St, West Springfield MA 01089-3941
518096737 +West Supply, 7315 Marshall Rd, Upper Darby PA 19082-4819
518096738 +West Virginia, Sales Tax, 10 Hale St Third Fl, Charleston WV 25301-2830
518096739 West Virginia Attorney General, Patrick Morrisey, State Capitol Complex, Bldg 1 Room E-26, Charleston WV 25305-0220
518096740 +West Virginia Dept Of, Environmental Protection, 601 57th St, Charleston WV 25304-2300
518096741 +West Virginia Dept Of Revenue, 1206 Quarrier St, Charleston WV 25301-1843
518096742 West Virginia Division Of Labor, Commissioner, Bureau Of Commerce State Capitol Complex, Building 6 Room B749, Charleston WV 25305
518096743 +West Virginia Electric Supply, Jean Marie Long, P O Box 6668, Huntington WV 25773-6668

518096744 West Virginia Parkways Auth, Wvpa-customer Svc Center, P O Box 1469,
Charleston WV 25325-1469
518096745 West Virginia State Tax Dept, Tax Accnt Admin Division, Po Box 11751,
Charleston WV 25339-1751
518096753 Western Branch Diesel Inc, Matthew Campbell, P O Box 7788, Portsmouth VA 23707-0788
518096754 +Western Carriers Inc, 2220 91st St, North Bergen NJ 07047-4726
518096755 +Western Express Inc, Timi Roberts, Po Box 280958, Nashville TN 37228-0958
518096756 +Western Lumber Co Llc, 2240 Tower East Ste 200, Medford OR 97504-7286
518096757 +Western Mass Environmental Llc, Main, 93 Wayside Ave, West Springfield MA 01089-1317
518096758 +Western Regional Delivery Ser, Yvonne Serrano, 1424 S Raymond Ave,
Fullerton CA 92831-5235
518096759 Western Virginia Water, Authority, P O Box 17381, Baltimore MD 21297-1381
518096760 Westfield Ins Co As Sub For, Jeffrey And Shelly Williams, One Park Circle Pob 5005,
Westfield Center OH 44251-5005
518096761 +Westfield Memorial, 189 East Main St, Westfield NY 14787-1104
518096762 +Westinghouse Lighting, Jihee Kim, 12401 Mcnulty Rd, Philadelphia PA 19154-1004
518096763 +Westminster Cracker Co, Cargo Claims, One Scale Ave Ste 81 Bldg 14, Rutland VT 05701-4458
518096764 +Westmoreland County Emergency, Response Fund--attn:sara Title, 911 Public Safety Rd,
Greensburg PA 15601-9283
518096765 +Westmoreland County Treasurer, Weights And Measures, 2 N Main St,
Greensburg PA 15601-2405
518096767 Westmorr Culb, 10 Westmore Ln, Nantucket MA 02554-2100
518096768 Westport Corp, Jody Seidel, Po Box 2002, Pine Brook NJ 07058-2002
518096769 Westwood Products, Eric Van Someren, Po Box 610, South River NJ 08882-0610
518096770 Weswood Specialties, Alfie Lomaglio, 4 Potomac St, Rochester NY 14611-1616
518096772 +Wf Fisher And Son Inc, Ann Falduto, 220 Evans Way, Somerville NJ 08876-3880
518096774 +Whc Physicians Group Llc, Po Box 417480, Boston MA 02241-7480
518096777 +Wheeler Brothers, Dawn Will, 409 Drum Ave, Somerset PA 15501-3404
518096780 Wheels Inc, As Subrogee For Ann Harding, Po Box 5046, Des Plaines IL 60017-5046
518096781 Wheels Inc As Sub Vishal Shah, Po Box 5046, Des Plaines IL 60017-5046
518096783 Whirley Industries, Nancy Franham, Po Box 642576, Pittsburgh PA 15264-2576
518096811 +Whited Ford Truck Center Inc, 207 Perry Rd, Bangor ME 04401-6721
518096812 +Whiteford Taylor And Preston, Robert Mwright Paul Nussbaum, Seven Saint Paul St,
Baltimore MD 21202-1636
518096815 +Whitemarsh Corp, 80 Baekeland Ave, Middlesex NJ 08846-2603
518096816 Whiterose Freight Ll, Mordechai Rosen, Po Box 191153, Brooklyn NY 11219-7153
518096817 Whites Lumber, Dustin Keefer, 945 James St, Clayton NY 13624-3120
518096818 +Whitfield Foods Inc, Kendra Wallace, 1101 N Ct St, Montgomery AL 36104-2011
518096824 Whitney Bros Co, P O Box 644, Keene NH 03431-0644
518096833 +Wholesale Cabinet Supply, Echo Global, 600 W Chicago Ave Ste 725, Chicago IL 60654-2522
518096834 +Wholesome Sweeteners, Continental St 205, 180 Raritan Ctr Pkwy, Edison NJ 08837-3630
518096835 +Wi Clark Co, John Deere Dealer, 30 Barnes Industrial Rd S, Wallingford CT 06492-2438
518096836 +Wi Clark Co, John Deere Dealer, 17 Eagle Rd, Danbury CT 06810-4127
518096838 Wickett And Craig, 120 Cooper Rd, Curwensville PA 16833-1542
518096845 +Wiese Usa Inc, Main, P O Box 60106, St Louis MO 63160-0106
518096847 +Wiffle Ball, Po Box 193, Shelton CT 06484-0193
518096850 Wil Estate Investment, Wilnis Louis, 309 Bowen Dr, Warner Robins GA 31088-7931
518096851 +Wilber And Associates Pc, 210 Landmark Dr, Normal IL 61761-2119
518096852 #+Wilbert Turner, 2773 Monticello Ln, Harrisburg PA 17112-3757
518096855 +Wilcox Svc Center Inc, 3120 Ash Rd, Vestal NY 13850-2092
518096858 Wild Birds Unlimited, Lois Geshiwlm, 3084 Route 50 Ste 1, Saratoga Springs NY 12866-2907
518096874 +Will Beckner Plumbing And, General Maintenance, 5250 Victoria St, Roanoke VA 24017-4210
518096875 Willamette Valley Co, Lori Mc Isaac, 6662 Marbut Rd, Lithonia GA 30058-5234
518096883 William E Poken, 516 East Front St, Hancock NY 13783-1173
518096884 +William Ansell, 4 Gold Post Rd, Dover NH 03820-5210
518096885 +William Bernstein Co, 155 West 72nd St, New York NY 10023-3250
518096886 +William Duggan Co Inc, 3 Industrial Rd, Walpole MA 02081-1304
518096888 +William Esford, German Gallaher And Murtagh Pc, Gary R Gremminger Esq,
200 S Broad St The Bellevue Ste 500, Philadelphia PA 19102-3814
518096887 +William Esford, Yearout And Traylor Pc, William P Taylor Iii Esq,
3300 Cahaba Rd Ste 35223, Birmingham AL 35223-2623
518096889 #+William Everett, 190 Liborio Dr, Middletown DE 19709-3104
518096890 +William Fernaandez And Lurie, Ilchertmacdonnell And Ryanllp, As Atty, 475 Park Ave South,
New York NY 10016-6901
518096891 +William J Krouse, 35 Allerage Way, Sayre PA 18840-7921
518201384 +William Outlaw, Att: Ilene Schafer, 123 S Broad St, Ste 2170,
Philadelphia, PA 19109-1022
518096892 William R Hill And Co, Po Box 646, Richmond VA 23218-0646
518096893 +William Sheldrick And Sons, Bill, 640 Orchard Dr, Bridport VT 05734-9611
518096894 William Washington And Sandman, Levy And Petrich As Attorneys, 134 North Lasalle St9th Fl,
Chicago IL 60602
518232916 +Williams, Brandon James, 103 Old House Ct, Pikesville, MD 21208-6352
518096899 Williams, Chad, Address Intentionally Omitted
518232917 +Williams, Jenolee, 8846 163rd St Apt 46e, Jamaica, NY 11432-4066
518232918 +Williams, R, 13400 Ramblewood Dr, Chester, VA 23836-5531
518096969 +Willie J Murphy And, Shirley J Smith As Atty, 139 N Market St,
East Palestine OH 44413-2018
518096970 +Willie Murphy, 412 Jefferson St, Newell WV 26050-1112
518232919 +Willis, Ray, 53 Railroad Ave, Westerly, RI 02891-1814
518096975 +Williston Fire Dept, Fire Dept, 645 Talcott Rd, Williston VT 05495-2079

518096976 +Williston Water Dept, 7900 Williston Rd, Williston VT 05495-7900
518096977 +Willow Group Ltd, 34 Clinton St, Batavia NY 14020-2899
518096978 Wilmar, Claims, Po Box 404284, Atlanta GA 30384-4284
518096979 +Wilsbach Distributors Inc, Nick Bowers, 905 Katie Ct, Harrisburg PA 17109-5945
518232920 +Wilson Jr, Curtis L, 20 Cummings St Apt 3, Irvington, NJ 07111-7516
518096981 +Wilson Partitions, Worldwide Express, 2323 Victory Ave Ste 16, Dallas TX 75219-7696
518097010 +Wilton Truck Center, Main, 215 Ballard Rd, Gansevoort NY 12831-1596
518097016 +Win-holt Equip Corp, 900 Ellison Ave, Westbury NY 11590-5142
518097017 +Winchester Medical Center, 1840 Amherst St, Po Box 4070, Winchester VA 22604-4070
518097018 Winco Dwl Industries, Alice Hooi, 65 Industrial Rd, Lodi NJ 07644-2607
518097019 +Windofts Auto And Truck Parts, 208 West 4th St, Jamestown NY 14701-4902
518097020 Window Tech Systems, Tracy Carpenter, 15 Old Stonebreak Rd, Malta NY 12020-4900
518097021 Windstream, Po Box 9001908, Louisville KY 40290-1908
518097023 +Wine And Spirits Logistics, Gary Lasar, 131 Park St Ne Ste 8b, Vienna VA 22180-4642
518097024 Wine Beer Imports, Pete Milicevic, 1384 East 40th St, Cleveland OH 44103-1102
518097025 +Wine Enthusiast, 200 Sunnit Lake Ave, 4th Fl, Valhalla NY 10595-1335
518097028 Wing It Inc, Steven Robinson, P O Box 673, Falmouth MA 02541-0673
518097029 +Wing Sale Inc, Hank Chang, 99 Grand St Ste 19, Moonachie NJ 07074-1631
518097034 +Wings Worldwide, Claims Dept, 210 Summit Ave a1, Montvale NJ 07645-1526
518097035 Winholt Equipment, Gina Toman, 7028 Snowdrift Rd, Allentown PA 18106-9274
518097036 +Winn Street Svc, 25 Wall St, Burlington MA 01803-4759
518232921 +Winn Supply, 177 Cash St, S. Portland, ME 04106-6205
518097040 +Winsome Martin, Fredric S Masure Esq, 1932 Ralph Ave, Brooklyn NY 11234-5302
518097041 +Winsor Staffing Of Ny, Nicole Thomas, 521 Green St, Iselin NJ 08830-2618
518097043 Winston Brands, Jill Thomas, 2521 Busse Rd, Elk Grove Village IL 60007-6118
518097044 +Winsupply, John Maurer, 651 S Mill Rd, Absecon NJ 08201-4801
518097045 Winsupply, Odw Logistics, 345 High St Ste 600, Hamilton OH 45011-6072
518097048 +Winwars Express Inc, Mildred, P O Box 597, Atkinson NH 03811-0597
518097049 +Wire Belt Co, 154 Harvey Rd, Londonderry NH 03053-7473
518097050 Wisdom Us, Edwin Perdomo, 175 Briad St, Carlstadt NJ 07072-2002
518097066 +Without A Doubt Truck Repair, 3240 Poduction Dr, Fairfield OH 45014-4230
518097067 +Withumsmith And Brown Pc, Ruth Hurley, Firm Administrative Assistant, P O Box 5340, Princeton NJ 08543-5340
518097071 +Wjb And Sons Trucking Inc, 8 Orchard Ave, Dracut MA 01826-2934
518097072 #+Wk Webster Overseas Ltd, John Meyers, 80 Maiden Ln Ste 601, New York NY 10038-4952
518097073 Wm Electro Minerals Co, Claims Dept, P O Box 423, Niagara Falls NY 14302-0423
518097074 Wms Sales, Shelly Di Giacomo, 9580 County Rd, Clarence Center NY 14032-9239
518097075 Wna Chelmsford, Igor Shevchenko, 6 Stuart Rd, Chelmsford MA 01824-4108
518097076 Wna Inc, 50 E River Ctr Blvd, Ste 650, Covington KY 41011-1656
518097077 +Wna Novolex, 50 E River Ctr Blvd, Ste 650, Covington KY 41011-1656
518097080 Wolberg Electrical Sply, Kevin Foley, 35 Industrial Pk Rd, Albany NY 12206-2021
518097081 Wolf Steel, Todd Holder Bobbi Bigl, 24 Napoleon Rd, Barrie ON L4M0G87560, Canada
518097088 Wolfes Borough Coffee Inc, James Clark, 16 Burleigh Rd, Center Tuftonboro NH 03816
518097089 Wolff Brothers, Jennifer Lawrence, 6078 Wolff Rd, Medina OH 44256-9487
518097092 +Wolo Manu Corportation, Irenee Cavagnaro, 1 Saxwood St, Deer Park NY 11729-4731
518097096 +Wood County Court Common Pleas, One Courthouse Square, Bowling Green OH 43402-2427
518097097 +Wood County Implement, John Deere Dealer, 13051 Kramer Rd, Bowling Green OH 43402-9698
518097098 Wood Pro Inc, Michael Benvenuti, Po Box 363, Auburn MA 01501-0363
518097099 +Wood Ridge Boro, Municipal Court, 85 Humboldt St, Wood Ridge NJ 07075-2344
518232922 +Wood, Kathlee E, 859 Harrison St, West Hempstead, NY 11552-3636
518097110 +Woodburners, Tami Sarm, 11 N Market St, Hatfield PA 19440-2553
518097111 +Wooden Wonders, Echo Global, 600 Wchicago Ave Ste 725, Chicago IL 60654-2522
518097114 +Woodland International, Hector Borja, 1979 Marcus Ave Ste 214, Lake Success NY 11042-1002
518232923 +Woodrow Crafton, 6600 S Adams St Apt 2, Bartonville, IL 61607-2835
518097116 +Woods Svc Centers Inc, 418 Washington Ave, Vinton VA 24179-4518
518097128 +Woodside Synagouge, 9001 Georgia Ave, Silver Spring MD 20910-2247
518097131 Woodstream Corp, Po Box 1200, Lititz PA 17543-7012
518097135 +Woody?s Tire Svc, 80 Garden St, Everett, MA 02149-4520
518232924 +Wooley, Robert, 1223 Woodale Rd, Pt. Pleasant, NJ 08742-3722
518097141 +Work Horse Vintage, 7820 Highway 24, Taylor MO 63471-2232
518097142 +Work N Gear, 2300 Crown Colony Dr Ste 300, Quincy MA 02169-0902
518097143 +Work Street Llc, Whiteford Taylor And Preston Llp, Edward U Lee, Seven Saint Paul St Ste 1500, Baltimore MD 21202-1636
518097144 +Workfit Medicalllc, Workfit, 1160 Chili Ave, Ste 200, Rochester NY 14624-3035
518097145 Workplace, Tech Logistics, 300 Elm St Unit 1, Milford NH 03055-4715
518097146 Workrite Ergonomics Canada, Shelley Matheson, 950 Warden Ave, Toronto ON M1L4E3, Canada
518097147 +Worksright Software Inc, Po Box 1156, Madison MS 39130-1156
518097148 +World Centric, Echo Global, 600 W Chicago Ave Ste 725, Chicago IL 60654-2522
518097149 World Class Industries, Amanda Krumrei, 925 N 15th Ave, Hiawatha IA 52233-2207
518097151 World Fulfillment Loc, Jamie Sanzone S Baumach, Po Box 1005, Farmington CT 06034-1005
518097152 +World Kitchen Inc, Stephanie Creager, 12000 Molly Pitcher Why, Greencastle PA 17225-9047
518097153 World Marketing Of America, Malinda Oswald, Po Box 192, Mill Creek PA 17060-0192
518097154 +World Of Fax And Copiers, World, 162 Grandview Ave, Nanuet NY 10954-3119
518097155 +World Technology Corp, Echo Global, 600 W Chicago Ave Ste 725, Chicago IL 60654-2522
518097156 +World Truck Towing And Recovery, 4970 Park Ave West, Seville OH 44273-9376
518097157 +World Way Freight Transport, 1021 N Wood Dale Rd, Wood Dale IL 60191-1080
518097158 Worldwide Delivery, Linda Bruno, 1650 Sycamore Ave Ste 33, Bohemia NY 11716-1731
518097159 Worldwide Express, Paul Castellani, 6 Wilkens Dr Ste 103, Plainville MA 02762-5019
518097161 #+Worldwide Express, Angel Rodriguez, 286 Washington Ave Ext Ste100, Albany NY 12203-6320
518097162 Worldwide Express, 19015 Perry Hwy, Mars PA 16046-9401

518097163 +Worldwide Express, Michelle White, 5388 Discovery Pk, Williamsburg VA 23188-8218
518097164 +Worldwide Express, Danielle Jenkins, 2420 Mall Dr Ste 200, North Charleston SC 29406-6527
518097165 +Worldwide Express, Ashley Tassin, 3000 Town Ctr, Ste 25, Southfield MI 48075-1144
518097166 +Worldwide Express, 2323 Victory Ave Ste 1600, Dallas TX 75219-7696
518097167 +Worldwide Express, Jp Ryan, 1610 Arden Way 275, Sacramento CA 95815-4051
518097168 Worldwide Express-bv, 2420 Mall Dr Ste 200, North Charleston SC 29406-6527
518097169 Worldwide Logistics, Kay Badillo, 80 Router 4 E, Paramus NJ 07652
518097170 Worldwide Logistics, Po Box 297, Groveport OH 43125-0297
518097171 Worldwide Logistics, Michale Surges, 1213 Remington Blvd, Romeoville IL 60446-6504
518097173 Worthen Ind Inc, Baystate Logistics, Po Box 547, Leominster MA 01453-0547
518097175 Worthington Cylinders, Brad Kushinski, 200 Old Wilson Bridge Rd, Worthington OH 43085-2247
518097176 Worthington Ind, George Evans, 530 Henry St, Rome NY 13440-5639
518097177 Worthington Industries, Brad Kushinski, 200 Old Wilson Bridge Rd, Worthington OH 43085-2247
518097179 Wortzman Furniture, Amy Di Salvo, 309 Ellicott St, Batavia NY 14020-3601
518097180 Wow Usa Inc, Lisa Genaro, 9408 Gunston Cove Rd, Ste C, Lorton VA 22079-2302
518097181 +Wr Meadows Of Pa, Michelle Kessler, 2150 Monroe St, York PA 17404-5568
518097182 Wraptite Inc, Azeb Young, 6200 Cochran Rd, Solon OH 44139-3308
518097183 +Wrdc, Mgmt Office, 12 Fashion Ctr Mall, Paramus NJ 07652-3610
518232925 Wrecker, Bull Dog, 8 Frelinghuysen Ave, Newark, NJ 07114
518097184 +Wright Media Llc, P O Box 696, Anninston AL 36202-0696
518097199 Ws Badger Co, Livia Cavallaro, Po Box 58, Gilsum NH 03448-0058
518097200 Ws Packaging, Ryan Transportation, 9350 Metcalf Ave, Overland Park KS 66212-1463
518097201 Wsib, Po Box 4115, Toronto ON M5W 2V3, Canada
518097202 #Wsp Inc, Donna Cabral, 466 Division St, Pawtucket RI 02860-4504
518097203 +Wtc Gas Field Svc Inc, 16993 St Rt 403n, Clymer PA 15728-7419
518097204 +Wtg, Tts Llc, 11000 Frisco St Suit, Frisco TX 75033-2032
518097206 Wurth Baer Supply, Claims Dept, 909 Forest Edge Dr, Vernon Hills IL 60061-3106
518097207 +Wurth Revcar Fasteners, Tony Myers, 3845 Thirlane Rd, Roanoke VA 24019-3016
518097210 Wusthof-trident, Brian Harick, 355 Wilson Ave, Norwalk CT 06854-4616
518097211 Wv Dept Of Tax And Revenue, Tax Accnt Admin Div, Po Box 11751, Charleston WV 25339-1751
518097213 +Wv Spring And Radiator Co, J Jarvis, P O Box 550, Nitro WV 25143-0550
518097214 Wv State Tax Dept, Tax Account Administration Div, Po Box 1667, Charleston WV 25326-1667
518097215 Wv State Tax Dept, Revenue Division, Po Box 2745, Charleston WV 25330-2745
518097217 +Ww Industries Inc, Dba Ww Glass And Mirror, 627 Main St, Wakefiled MA 01880-5218
518097218 +Wwex, Jennifer Bryant, 124 Grove St Ste 320, Franklin MA 02038-3156
518097219 +Wwex, Cheetah Express, 2323 Victory Ave 16, Dallas TX 75219-7696
518097220 Wwrd, Diane Schnurr, 1330 Campus Pkwy, Wall NJ 07719-9478
518097221 Wwrd Us Llc, Po Box 1454, Wall NJ 07719-1454
518097222 +Wyandot Tractor, John Deere Dealer, 10264 County Hwy 121, Upper Sandusky OH 43351-9798
518097228 +X-plo E-Z Sto, X-plo, 1080 Military Turnpikesuite 1, Plattsburgh NY 12901-5961
518280879 +XPO Logistics fka Con-Way Freight, c/o RMS Bankruptcy Recovery Services, P.O. Box 19253, Minneapolis, MN 55419-0253
518097230 +Xecunet, Debra Harris, 5744 Industry La, Frederick MD 21704-7285
518097231 +Xerox, Norma Locklear, 800 Phillips Rd, Webster NY 14580-9720
518097233 Xerox Corp, Bonnie Wood, 4855 Brookside Ct, Norfolk VA 23502-2054
518097232 +Xerox Corp, Apex Analytix, 1501 Highwoods Blvd, Greensboro NC 27410-2050
518097234 +Xl Excavatinginc, Po Box 9736, Erie PA 16505-8736
518097235 Xl Screw Corp, Dawn Mueller Jcardwell, 14700 Foltz Pkwy, Strongsville OH 44149-4723
518097236 +Xl Specialty Ins Co As Sub Of, Paul Corbett, 505 Eagleview Blvd A Hoffman, Exton PA 19341-1199
518097238 Xodus Medical, Daniel Evans, 702 Prominence Dr, New Kensington PA 15068-7052
518097239 Xpedx, Tina Bonds, 2201 Reeves Rd Ste 106, Plainfield IN 46168-5683
518097240 +Xpo Logistics, Angie Blankenship A Peiffer, 5165 Emerald Pkwy Ste 300, Dublin OH 43017-1063
518232926 +Xpo Logistics, 3200 Industries Rd, Richmond, VA 47374-1383
518097241 +Xpo Logistics, Lavada Biglow, 18300 S Wilmington Ave Ste 100, Rancho Dominguez CA 90220-5926
518097242 Xpo Logistics Llc, Jim Joslyn Richard Oakman, Po Box 2688, Portland OR 97208-2688
518097243 Xpress Global, Alexa Parker, Po Box 24628, Chattanooga TN 37422-4628
518097244 Xray Optical, Aileen Muller, 62977 Collectons Ctr Dr, Chicago IL 60693-0629
518097245 Xrs Corp, Po Box 847170, Dallas TX 75284-7170
518097246 +Xse Group, Translogistics, 321 N Furnace St Ste 30, Birdsboro PA 19508-2061
518097247 Xylem, Pat Stonehouse, 8200 Austin Ave, Morton Grove IL 60053-3205
518097248 +Xylem Inc, Claudia Karasinski, 2881 E Bayard St, Seneca Falls NY 13148-8745
518097251 Yale Cordage, Scott Rossi, 77 Industrial Pk Rd, Saco ME 04072-1804
518232927 +Yamilee Rivera Eyes, 322 Santer St, Rochester, NY 14613-2134
518097253 +Yandow Sales And Svc, John Deere Dealer, Po Box 119, North Ferrisburg VT 05473-0119
518097252 Yandow Sales And Svc, Po Box 119, North Ferrisburg VT 05473-0119
518097256 +Yang Ming America Corp, Per Diem, 13131 Dairy Ashford Rdste 300, Sugar Land TX 77478-4531
518097257 +Yankee Auto Electric, 156 Division St, Pawtucket RI 02860-4353
518097258 +Yankee Candle Co Inc, Envista Tyler Hill, 11555 N Meridian St, Carmel IN 46032-6934
518097259 +Yankee Casting, Po Box 813, Enfield CT 06083-0813
518097260 +Yankee Clipper Distribution, 2400 Us Hwy 1 North, North Brunswick NJ 08902-4303
518097264 +Yard Truck Specialist Inc, 1510 Ford Rd, Po Box 421, Bensalem PA 19020-0421
518097270 Yaun Co Inc, Janet Hubert, 240 Chestnut St, Liberty NY 12754-1624
518097274 +Yellow Dog Reports, Beth, Po Box 879, Royse City TX 75189-0879
518097275 +Yenkin Majestic Paint, Lisa Maleszewski, 1920 Leonard Ave, Columbus OH 43219-2514
518097277 +Yerecic Label Co, Helen Mc Elwain, 701 Hunt Vly Rd, New Kensington PA 15068-7076

518232928 +Yerkes, Jonathan, 131 Wisner Ave, Middletown, NY 10940-3716
518097279 Yesco Inc, Michael Moss, 1142 N Meridian Rd, Youngstown OH 44509-1017
518097280 +Yesenia Valle, 695 Spruce Rd, North Brunswick NJ 08902-2648
518097281 +Yeuell Nameplate And Label, Paula Carbone, 17 Gill St, Woburn MA 01801-1768
518097282 +Yevgeny Duvidzon, 114 Oceanside Ave, Staten Island NY 10305-4519
518097283 #Yf Logistics Llc, 5 Boxal Dr, Cranbury NJ 08512-3521
518097290 +Yoke H Wong, 90 Flagg Pl, Staten Island NY 10304-1119
518097295 York Manufacturing, Shelly Patch, 43 Community Dr, Sanford ME 04073-5809
518097296 +York Risk Svc, Energi Ins Svc Inc, 10 Centennial Dr Ste 201, Peabody MA 01960-7900
518097297 +York Risk Svc As Sub Of, Energi Ins Svc Inc, East Coast Petroleum Inc, 10 Centennial Dr, Peabody MA 01960-7900
518097298 York Risk Svc Group, Echo Global, 600 W Chicago Ave Ste 7, Chicago IL 60654-2801
518097299 York Wallcoverings, Amy Burgard, 750 Linden Ave, York PA 17404-3364
518097302 +Yosef Pilchick, 22 Rena Ln, Lakewood NJ 08701-5275
518097305 #Young Ko Transportation Co, Sora Choi, 450 Monroe Tpk Ste 106, Monroe CT 06468-2343
518097328 +Youngsang Lee, 2034 Westgate Dr Apt D7, Bethlehem PA 18017-7437
518097329 +Your Other Warehouse, Shannon Campbell, 2455 Paces Ferry Rd D16 Trans, Atlanta GA 30339-6444
518097330 Your Special Delivery Svc, Schneider Logistics In, Po Box 78158, Milwaukee WI 53278-8158
518097332 Yusen Logistics Americas, Centdanny Wu, Inc230-79 Intl Airport, Springfield Gardens NY 11413
518097333 Yyy Trade Llc, Ying Chen, 825 Dawson Dr Ste 8, Newark DE 19713-3438
518097334 +Z And M Ag And Turf, John Deere Dealer, 1756 Lindquist Dr, Alexander NY 14733-9710
518097335 +Z And Z Electric Inc, John Or Sharon, 5419 N Detroit Ave, Toledo OH 43612-3513
518097336 Z Axis, Greg Lynch, 1916 State Rte 96, Phelps NY 14532-9705
518097339 +Zach Corp, Whiteford Taylor And Preston Llp, Edward U Lee, Seven Saint Paul St Ste 1500, Baltimore MD 21202-1636
518097340 +Zachary Baltz V, New England Motor Freight Inc, William Cappuccino, 9 Cranberry Dr, Tinton Falls NJ 07753-7845
518097341 +Zachary Cohen 1996 Trust, P O Box 6031, Elizabeth NJ 07207-6031
518097342 +Zachary Cohen 2000 Subtrust, P O Box 6031, Elizabeth NJ 07207-6031
518097345 +Zahm And Matson Inc, 1756 Lindquist Dr, Falconer NY 14733-9720
518097346 +Zahner, John, 115 Deerwood Ln, Grand Island NY 14072-1973
518097347 +Zaida S Cassell, 5945 Roanoke Rd, Troutville VA 24175-6878
518097355 +Zarik Stephanion, 10 Linda Ln, Coatsville PA 19320-1998
518097362 #+Zeller Tire Of Newburg Llc, Diane, 952 Homestead Ave, Maybrook NY 12543-1343
518097366 +Zenith Freight Lines, Po Box 969, Conover NC 28613-0969
518097367 Zenith Prod Corp, Anne Daverst Crystal Neal, 400 Lukens Dr, New Castle DE 19720-2728
518097375 +Ziegler Tire And Supply Co Inc, Grismer Ziegler Tire, P O Box 678, Massillon OH 44648-0678
518097378 +Zim American Integrated Shipping Co Inc, Treasury Dept, 5801 Lake Wright Dr, Norfolk VA 23502-1863
518097382 Zimmerman’s Landscaping Co, Rr 1 Box 179, Winfield PA 17889
518097388 +Zimmermans Plumbing Heating And, 110 East Allen St, Mechanicsburg PA 17055-3383
518232930 +Zip Car, 17404 Meridian, Puyalluup, WA 98375-6234
518097392 Zipline Logistics Llc, Jon Butler, 2300 W 5th Ave Ste 100, Columbus OH 43215-1003
518097393 Zippo Mfg Co, Heather Watson, 33 Barbour St, Bradford PA 16701-1973
518097395 +Zoom Drain New England, 3 Eisenhower Dr, Westbrook ME 04092-2002
518232931 +Zufall, Sara, 111 Marigold Pl, Mt Pleasant, PA 15666-2483
518097398 +Zulily, Carol Pomeroy, 2601 Elliott Ave, Ste 200, Seattle WA 98121-1389
518097402 Zurich American Ins Co, 62024 Collections Dr, Chicago IL 60693-0620
518097403 +Zwicky Processing And Recycling, David Gibson, 220 Buena Vista Rd, Fleetwood PA 19522-8533
518148901 +c/o McManimon Scotland & Baumann, LLC, 75 Livingston Avenue, 2nd Floor, Roseland, NJ 07068-3701

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty +E-mail/Text: sak@elliottgreenleaf.com Jul 02 2019 23:32:02 ELLIOTT GREENLEAF, P.C, 1105 Market Street, Suite 1700, Wilmington, DE 19801-1228
aty +E-mail/Text: rxza@elliottgreenleaf.com Jul 02 2019 23:32:01 Rafael X Zahralddin-Aravena, Elliot Greenleaf, 1105 North Market Street, Wilmington, DE 19801-1216
smg E-mail/Text: cio.bncmail@irs.gov Jul 02 2019 23:30:52 Dist Dir of IRS, Insolvency Function, PO Box 724, Springfield, NJ 07081-0724
smg E-mail/Text: usanj.njbankr@usdoj.gov Jul 02 2019 23:31:18 U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534
smg +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 02 2019 23:31:13 United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235
app +E-mail/Text: atkinsappraisal@aol.com Jul 02 2019 23:31:00 A. Atkins Appraisal Corp,, 122 Clinton Road, Fairfiled, NJ 07004-2900
intp E-mail/Text: jmarshall@jmpartnersllc.com Jul 02 2019 23:31:08 John Marshall, c/o JM Partners LLC, 6800 Paragon Place Suite 202, Richmond,, VA 23230-1656
518078844 E-mail/Text: accounting@aiproducts.com Jul 02 2019 23:31:58 A And I Products, Tina Vasquez, 1020 22nd Ave, Rock Valley IA 51247-1442
518078987 +E-mail/Text: bknotify@acsi.net Jul 02 2019 23:31:16 Acsi, P O Box 17423, Nashville TN 37217-0423
518078998 E-mail/Text: special_collections@acushnetgolf.com Jul 02 2019 23:31:05 Acushnet Co, Rosemary Alexandre, 333 Bridge St, Fairhaven MA 02719-4905
518079004 +E-mail/Text: rlbrown@acrmc.com Jul 02 2019 23:31:40 Adams County Regional Med Ctr, 230 Medical Ctr Dr, Seaman OH 45679-8002

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

518079024 +E-mail/Text: bcampbell@aos.biz Jul 02 2019 23:32:10 Add On Systems Inc, 100 Nw 63rd St, Ste 215, Oklahoma City OK 73116-8208
518079076 +E-mail/Text: aepcreditdept@aepinc.com Jul 02 2019 23:31:37 Aep Industries, 95 Chestnut Ridge Rd, Montvale NJ 07645-1801
518079152 E-mail/Text: ndiv.bkrpt.notice@airgas.com Jul 02 2019 23:31:08 Airgas East, Po Box 827049, Philadelphia PA 19182-7049
518079154 E-mail/Text: julia.devitt@airgas.com Jul 02 2019 23:31:46 Airgas Safety, Angie Devine, 2501 Green La, Levittown PA 19057-4146
518079156 E-mail/Text: sflack@airliteplastics.com Jul 02 2019 23:32:01 Airlite Plastics, 2860 Bath Pike, Nazareth PA 18064-8898
518079181 E-mail/Text: dhrcscbu@dhr.alabama.gov Jul 02 2019 23:30:52 Alabama Child Support Payment, Center, Po Box 244015, Montgomery AL 36124-4015
518079260 E-mail/Text: bankruptcy@firstenergycorp.com Jul 02 2019 23:31:21 Allegheny Power, Po Box 3687, Akron OH 44309-3687
518079261 E-mail/Text: bankruptcy@firstenergycorp.com Jul 02 2019 23:31:20 Allegheny Power, 76 South Main St, Akron OH 44308-1890
518079291 +E-mail/Text: ap@allied-eq.com Jul 02 2019 23:31:58 Allied Equipment Svc Corp, 4420 Sam Jones Expwy, Indianapolis IN 46241-5260
518079344 E-mail/Text: ally@ebn.phinsolutions.com Jul 02 2019 23:30:42 Ally Financial, Payment Processing Center, Po Box 9001951, Louisville KY 40290-1951
518079345 E-mail/Text: ally@ebn.phinsolutions.com Jul 02 2019 23:30:42 Ally Financial, Payment Processing Center, Po Box 9001952, Louisville KY 40290-1952
518079453 +E-mail/Text: idaleeo@americanhose.net Jul 02 2019 23:31:44 American Hose And Hydraulic, 700 21th Ave, Paterson NJ 07513-1145
518079454 E-mail/Text: bankruptcy@americanhotel.com Jul 02 2019 23:30:32 American Hotel Register, Jason Edger, 100 S Milwaukee Ave, Vernon Hills IL 60061-4322
518079460 E-mail/Text: jharris@americanleather.com Jul 02 2019 23:32:06 American Leather, Frank Boardman, 4501 Mountain Creek Pkwy, Dallas TX 75236-4600
518079481 +E-mail/Text: gmumbach@americanwiretie.com Jul 02 2019 23:30:47 American Wire Tie, Amelia Jarzynski, 2073 Franklin St, North Collins NY 14111-9636
518079484 +E-mail/Text: cashnotices@gmail.com Jul 02 2019 23:31:44 Americash Loans Llc, P O Box 184, Des Plaines IL 60016-0003
518079487 +E-mail/Text: aheather@corcentric.com Jul 02 2019 23:32:07 Ameriquest Business Svc, Byron Lay, Road Rescue, 62861 Collections Ctr Dr, Chicago IL 60693-0001
518079508 E-mail/Text: collections@amscan.com Jul 02 2019 23:31:35 Amscan Inc, Felicia Delia, 80 Grasslands Rd, Elmsford NY 10523-1100
518079566 +E-mail/Text: rachell_fox@andersonsinc.com Jul 02 2019 23:32:12 Andersons Inc, Kristen Lawecki, Po Box 119, Maumee OH 43537-0119
518079720 E-mail/Text: bankruptcynotices@azdor.gov Jul 02 2019 23:30:42 Arizona Dept Of Revenue, Po Box 29085, Phoenix AZ 85038-9085
518079832 E-mail/Text: g17768@att.com Jul 02 2019 23:30:44 At And T, Po Box 5083, Carol Stream IL 60197-5083
518079833 E-mail/Text: g20956@att.com Jul 02 2019 23:31:42 At And T, Po Box 6463, Carol Stream IL 60197-6463
518079830 E-mail/Text: g17768@att.com Jul 02 2019 23:30:44 At And T, Po Box 5019, Carol Stream IL 60197-5019
518079828 E-mail/Text: g17768@att.com Jul 02 2019 23:30:44 At And T, Po Box 105503, Atlanta GA 30348-5503
518079834 E-mail/Text: g20956@att.com Jul 02 2019 23:31:43 At And T Mobility, Po Box 6463, Carol Stream IL 60197-6463
518079836 E-mail/Text: rcalaway@atcoflex.com Jul 02 2019 23:31:05 Atco Rubber Products, Jessica Worthington, 7101 Atco Dr, Fort Worth TX 76118-7029
518079835 +E-mail/Text: rcalaway@atcoflex.com Jul 02 2019 23:31:05 Atco Rubber Products, 7101 Atco Dr, Fort Worth TX 76118-7098
518079849 E-mail/Text: m.rao@ssss.com Jul 02 2019 23:31:32 Atlantic Detroit Diesel Llc, Po Box 950, Lodi NJ 07644-0950
518080055 +E-mail/Text: mbb@ballatolaw.com Jul 02 2019 23:31:25 Ballato Law Firm, 3721 Westerre Pkwy a, Henrico VA 23233-1332
518080104 +E-mail/Text: sam@barmoresellstrom.com Jul 02 2019 23:31:39 Barmore Sellstrom Inc, 1403 East 2nd St, Jamestown NY 14701-1995
518080426 +E-mail/Text: chris_foltz@trihealth.com Jul 02 2019 23:32:02 Bethesda Hospital Inc, 10500 Montgomery Rd, Cincinnati OH 45242-4402
518080572 +E-mail/Text: knewberry@bluegracegroup.com Jul 02 2019 23:32:10 Bluegrace Logistics, Nathali Najera, 2846 S Falkenburg Rd, Riverview FL 33578-2563
518080910 +E-mail/PDF: gecsedi@recoverycorp.com Jul 02 2019 23:34:28 Brooks Brothers, 100 Phoenix Ave, Enfield CT 06082-4441
518081015 +E-mail/Text: ar@bsptransinc.com Jul 02 2019 23:31:00 Bsp Trans Inc, Michelle D Laroche, 2500 Liberty Dr, Po Box 1387, Londonberry NH 03053-1387
518081014 E-mail/Text: ar@bsptransinc.com Jul 02 2019 23:31:00 Bsp Trans Inc, Michelle D Laroche, Po Box 1387, Londonderry NH 03053-1387
518081175 +E-mail/Text: donna@cnclifttruck.com Jul 02 2019 23:32:13 C And C Lift Truck, Ron, 30 Parkway Pl, Edison NJ 08837-3718
518082026 E-mail/Text: megan.harper@phila.gov Jul 02 2019 23:31:36 City Of Philadelphia, Dept Of Revenue, Po Box 8040, Philadelphia PA 19101-8040
518081192 E-mail/Text: BankruptcyNotices@dcss.ca.gov Jul 02 2019 23:30:48 Ca State Disbursement Unit, Po Box 989067, West Sacramento CA 95798-9067
518081234 E-mail/Text: ppetrocelli@calisebakery.com Jul 02 2019 23:31:11 Calise And Sons Bakery Inc, Oliver Cardoso, 2 Quality Dr, Lincoln RI 02865-4266

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

518081262 E-mail/Text: lfournier@camerota.com Jul 02 2019 23:31:30 Camerota Truck Parts, Kevin, Po Box 1134, Enfield CT 06083-1134
518081263 +E-mail/Text: cameronpackaging@gmail.com Jul 02 2019 23:30:44 Camerson Packaging Inc, 250 E Hanthorn Rd, Lima OH 45804-2344
518081328 E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 02 2019 23:34:29 Capital One Bank Usa Na, P O Box 71083, Charlotte NC 28272-1083
518081362 E-mail/Text: plummer.stacy@gmail.com Jul 02 2019 23:32:15 Cardello Electric Supply, Joe Czernics, 401 N Pt Dr, Pittsburgh PA 15233-2141
518081407 E-mail/Text: creditdept@carlisleccm.com Jul 02 2019 23:30:59 Carlisle Syntec, Nancy Gutshall, Po Box 7000, Carlisle PA 17013-0925
518081430 E-mail/Text: libby@carneyandsloan.com Jul 02 2019 23:32:00 Carney And Sloan, Kristin Sloan, 518 Main St, Wheeling WV 26003-2524
518081489 E-mail/Text: reggie.clark@carrollfuel.net Jul 02 2019 23:30:58 Carroll Independent Fuel Llc, Robin Barsotti, P O Box 64686, Baltimore MD 21264-4686
518081552 +E-mail/Text: bplemmons@cassinfo.com Jul 02 2019 23:31:46 Cass Info System, B Lorenz, 2675 Corporate Excha, Columbus OH 43231-1662
518081592 E-mail/Text: ckunze@ormc.org Jul 02 2019 23:30:59 Catskill Regional Medical, 68 Harris - Bushville Rd, Harris NY 12742
518081668 +E-mail/Text: cmpbankruptcy@cmpco.com Jul 02 2019 23:31:12 Central Maine Power Co, 83 Edison Dr, Augusta ME 04336-0001
518081688 E-mail/Text: bmg.bankruptcy@centurylink.com Jul 02 2019 23:31:25 Centurylink, Po Box 1319, Charlotte NC 28201-1319
518081711 +E-mail/Text: donna.broadhurst@cfeequipment.com Jul 02 2019 23:32:06 Cfe Equipment Corp, 818 Widgeon Rd, Norfolk VA 23513-3050
518081731 +E-mail/Text: chuck.walter@tchek.com Jul 02 2019 23:31:04 Ch Robinson Worldwide, Michelle Blachfeiner, 14800 Charlson Rd Ste 1, Eden Prairie MN 55347-5046
518081729 +E-mail/Text: chuck.walter@tchek.com Jul 02 2019 23:31:04 Ch Robinson Worldwide, Tyler Smith Claims Dept, 14800 Charlson Rdste 2100, Eden Prairie MN 55347-5051
518081724 +E-mail/Text: chuck.walter@tchek.com Jul 02 2019 23:31:04 Ch Robinson Worldwide, A De Mott Judy Ernst J Lenz, 14800 Charlson Rd Ste 1450, Eden Prairie MN 55347-5046
518081728 +E-mail/Text: chuck.walter@tchek.com Jul 02 2019 23:31:04 Ch Robinson Worldwide, Jay Pennington T Schreifels, 14800 Charlson Rd Ste 2100, Eden Prairie MN 55347-5051
518081725 +E-mail/Text: chuck.walter@tchek.com Jul 02 2019 23:31:04 Ch Robinson Worldwide, Jason Burns Mblachfeiner, 14800 Charlson Rd Ste 1450, Eden Prairie MN 55347-5046
518081732 +E-mail/Text: chuck.walter@tchek.com Jul 02 2019 23:31:04 Ch Robinson Worldwide, David Barry Jason Burns, 14800 Charlson Rd Ste 2100, Eden Prairie MN 55347-5051
518081726 +E-mail/Text: chuck.walter@tchek.com Jul 02 2019 23:31:04 Ch Robinson Worldwide, Justin Jorgenson, 14800 Charlson Rd Ste 2100, Eden Prairie MN 55347-5051
518081727 +E-mail/Text: chuck.walter@tchek.com Jul 02 2019 23:31:04 Ch Robinson Worldwide, Tina Schreifels, 14800 Charlson Rd Ste 2100, Eden Prairie MN 55347-5051
518081801 +E-mail/Text: bk.notifications@jpmchase.com Jul 02 2019 23:31:03 Chase Auto Finance, Mail Code: Tx11300, 14800 Frye Rd, Fort Worth TX 76155-2732
518081850 E-mail/Text: mayfieldi@chesterfield.gov Jul 02 2019 23:31:52 Chesterfield County Treasurer, Carey A Adams Treasurer, Po Box 70, Chesterfield VA 23832-0906
518081942 E-mail/Text: sancheza@cintas.com Jul 02 2019 23:31:57 Cintas Corp 2, Dba Cintas Fire Protection, Po Box 636525, Cincinnati OH 45263-6525
518081952 +E-mail/Text: accounting@focalpointproducts.com Jul 02 2019 23:31:57 Circular Focus, Jennifer Wyatt, 9706 Nanticoke Business, Greenwood DE 19950-5455
518232665 +E-mail/Text: pteixeira@fallriverma.org Jul 02 2019 23:30:42 City Of Fall River, 1 Government Ctr, Fall River, MA 02722-7700
518082027 +E-mail/Text: bankruptcy@philapark.org Jul 02 2019 23:31:54 City Of Philadelphia, Parking Violations Branch, Po Box 41818, Philadelphia PA 19101-1818
518082028 +E-mail/Text: bankruptcy@philapark.org Jul 02 2019 23:31:55 City Of Philadelphia, Parking Violations Branch, Po Box 41819, Philadelphia PA 19101-1819
518082029 +E-mail/Text: becky@cityofportsmouth.com Jul 02 2019 23:31:37 City Of Portsmouth, Parking Clerk’s Office, 1 Junkins Ave, Portsmouth NH 03801-4583
518082033 +E-mail/Text: ashley.padgett@cityofrochester.gov Jul 02 2019 23:31:43 City Of Rochester-treasurer, Environmental Serv-engineering, 30 Church St Rm 012a, Rochester NY 14614-1291
518082047 +E-mail/Text: ashley.padgett@cityofrochester.gov Jul 02 2019 23:31:43 City Treasurer, Property Tax, 30 Church St, Rochester NY 14614-1206
518082048 +E-mail/Text: ashley.padgett@cityofrochester.gov Jul 02 2019 23:31:43 City Treasurer, City Hall Room 100a Prop Tax, 30 Church St, Rochester NY 14614-1206
518082281 E-mail/Text: Water_Bankruptcy@columbus.gov Jul 02 2019 23:30:26 Columbus City Treasurer, Water And Sewer Svc, Po Box 182882, Columbus OH 43218-2882
518082296 E-mail/Text: documentfiling@lciinc.com Jul 02 2019 23:30:33 Comcast, Po Box 3001, Southeastern PA 19398-3001
518082298 E-mail/Text: documentfiling@lciinc.com Jul 02 2019 23:30:33 Comcast, Po Box 37601, Philadelphia PA 19101-0601
518082299 E-mail/Text: documentfiling@lciinc.com Jul 02 2019 23:30:33 Comcast, Po Box 70219, Philadelphia PA 19176-0219
518082297 E-mail/Text: documentfiling@lciinc.com Jul 02 2019 23:30:33 Comcast, Po Box 1577, Newark NJ 07101-1577
518082303 E-mail/Text: comedbankruptcygroup@exeloncorp.com Jul 02 2019 23:31:43 Comed, Po Box 6111, Carol Stream IL 60197-6111
518082304 +E-mail/Text: comedbankruptcygroup@exeloncorp.com Jul 02 2019 23:31:43 Comed, 10 S Dearborn St, Chicago IL 60603-2300

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

518082385 +E-mail/Text: bankruptcy@crhc.org Jul 02 2019 23:31:09 Concord Hospital, 250 Pleasant St, Concord NH 03301-2598
518082478 +E-mail/Text: legal-dept@cooperhealth.edu Jul 02 2019 23:32:15 Cooper Hospital Umc, One Cooper Plaza, Camden NJ 08103-1489
518082483 +E-mail/Text: legal-dept@cooperhealth.edu Jul 02 2019 23:31:18 Cooper University Radiology, Po Box 6054, Bellmawr NJ 08099-6054
518082623 +E-mail/Text: AccountsReceivable@coyote.com Jul 02 2019 23:31:16 Coyote Logistics, Ted Crawford, 960 North Pt Pkwy Ste 150, Alpharetta GA 30005-4123
518082689 +E-mail/Text: billing@criticalhub.com Jul 02 2019 23:31:47 Critical Hub Networks Inc, Marta M Avil?s, Po Box 11278, San Juan PR 00910-2378
518082712 E-mail/Text: CROWNESC@AOL.COM Jul 02 2019 23:30:45 Crown Electric Supply, Debra Hanlon, Po Box 86, Union Hill NY 14563-0086
518082747 E-mail/Text: BANKRUPTCYNOTICE@CSCINFO.COM Jul 02 2019 23:30:42 Csc, Corp Svc Co, Po Box 13397, Philadelphia PA 19101-3397
518082767 E-mail/PDF: gecsedi@recoverycorp.com Jul 02 2019 23:34:40 Culligan, Po Box 90, Endicott NY 13761-0090
518082792 +E-mail/Text: lflowers@curbell.com Jul 02 2019 23:31:38 Curbell Plastics Inc, Lisa Bregard, 6805 Crossbow Dr, East Syracuse NY 13057-1006
518082819 E-mail/Text: IBARATA@CUSTOMBANDAG.COM Jul 02 2019 23:31:54 Custom Bandag Inc, Jack Ventura, 401 East Linden Ave, Linden NJ 07036-2411
518082818 E-mail/Text: IBARATA@CUSTOMBANDAG.COM Jul 02 2019 23:31:54 Custom Bandag Inc, Neliza X133, 401 East Linden Ave, Linden NJ 07036-2411
518083047 E-mail/Text: litigation.recoverybkmailbox@dllgroup.com Jul 02 2019 23:30:37 De Lage Landen Financial Services, Inc, 1111 Old Eagle School Rd, Wayne PA 19087
518095724 E-mail/Text: bankruptcy@dss.virginia.gov Jul 02 2019 23:31:07 Treasurer Of Virginia, Div Of Child Support, Po Box 570, Richmond VA 23218-0570
518082869 +E-mail/Text: M74banko@daimler.com Jul 02 2019 23:32:07 Daimler Trust, 13650 Heritage Pkwy, Ft. Worth TX 76177-5323
518082872 E-mail/Text: credit.legal@daltile.com Jul 02 2019 23:30:47 Dal Tile Corp, Transportation Dept, 7834 Cf Hawn Frwy, Dallas TX 75217-6529
518083147 E-mail/Text: bankruptcy@pepcoholdings.com Jul 02 2019 23:30:56 Delmarva Power, Po Box 13609, Philadelphia PA 19101-3609
518076865 E-mail/Text: bankruptcy@pepcoholdings.com Jul 02 2019 23:30:56 Delmarva Power, Bankruptcy Division, Mail Stop 84CP42, 5 Collins Drive, Suite 2133, Carneys Point, NJ 08069-3600
518083194 +E-mail/Text: judy.cunningham@dentsplysirona.com Jul 02 2019 23:31:50 Dentsply Intl, 38 W Clark Ave, Milford DE 19963-1805
518083323 E-mail/PDF: gecsedi@recoverycorp.com Jul 02 2019 23:34:39 Dicks Sporting Goods, Lynn Henry, 345 Court St, Corapolis PA 15108-3817
518083340 +E-mail/Text: bankruptcy@dillonsupply.com Jul 02 2019 23:31:04 Dillon Supply Co, Robert Mc Laughin, 1551 N Liberty St, Harrisonburg VA 22802-4514
518083438 +E-mail/Text: accounts.receivable@doleintl.com Jul 02 2019 23:31:55 Dole Packaged Foods Llc, Claims, Po Box 842345, Dallas TX 75284-2345
518083602 +E-mail/Text: cathy.crowther@us.dsv.com Jul 02 2019 23:31:56 Dsv Air And Sea Inc, Rasmus Haaning, 100 Walnut Ave Ste 405, Clark NJ 07066-1247
518083628 E-mail/Text: lynn.colombo@duke-energy.com Jul 02 2019 23:31:48 Duke Energy, Po Box 1326, Charlotte NC 28201-1326
518083629 +E-mail/Text: lynn.colombo@duke-energy.com Jul 02 2019 23:31:48 Duke Energy, 550 S Tryon St, Charlotte NC 28202-4200
518083668 +E-mail/Text: kburkley@bernsteinlaw.com Jul 02 2019 23:31:49 Duquesne Light Co, 411 Seventh Ave, Md16-1, Pittsburgh PA 15219-1942
518083732 E-mail/Text: ed@ehaberlielectric.com Jul 02 2019 23:30:31 E Haberli Electric Llc, Edward G Haberli, 125 Research Pkwy, Meriden CT 06450
518089150 E-mail/Text: lboyer@entersolar.com Jul 02 2019 23:30:40 Maxsolar Llc, Lindsey Boyer, 805 Third Ave, 20th Floor, New York NY 10022
518083771 +E-mail/Text: kevink@fun-world.net Jul 02 2019 23:31:28 Easter Unlimited, 80 Voice Rd, Carle Place NY 11514-1500
518083773 +E-mail/Text: PCHOLLET@EASTERNBAG.COM Jul 02 2019 23:32:07 Eastern Bag And Paper Co, 200 Research Dr, Milford CT 06460-2880
518083810 +E-mail/Text: jshort@echo.com Jul 02 2019 23:30:48 Echo Global Logistics, Smulholland Tdavidson, 600 W Chicago Ave Ste 725, Chicago IL 60654-2522
518083811 +E-mail/Text: jshort@echo.com Jul 02 2019 23:30:48 Echo Global Logistics, Gorgina Cordova, 600 W Chicago Ave Ste 725, Chicago IL 60654-2522
518083822 +E-mail/Text: bankruptcynotices@ecolab.com Jul 02 2019 23:31:08 Ecolab Inc, Wendi Rodewald Euc 3, 370 Wabasha St N, Saint Paul MN 55102-1334
518083965 E-mail/Text: astreeter@ercopco.com Jul 02 2019 23:32:14 Elizabeth River Tunnels, 700 Port Centre Pkwy Ste 2b, Portsmouth VA 23704-5901
518134794 +E-mail/Text: g2sogasbnkr@southernco.com Jul 02 2019 23:30:24 Elizabethtown Gas, 544 S. Independence Blvd., Virginia Beach, VA 23452-1104
518083966 E-mail/Text: g2sogasbnkr@southernco.com Jul 02 2019 23:30:24 Elizabethtown Gas, Po Box 5412, Carol Stream IL 60197-5412
518084002 +E-mail/Text: Legal.Bankruptcy@emcins.com Jul 02 2019 23:32:00 Emc Insurance, 717 Mulberry St, Des Moines IA 50309-3810
518084235 +E-mail/Text: bankruptcynotices@eversource.com Jul 02 2019 23:31:45 Eversource, P O Box 650034, Dallas TX 75265-0034
518084232 E-mail/Text: bankruptcynotices@eversource.com Jul 02 2019 23:31:45 Eversource, Po Box 56005, Boston MA 02205-6005

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

518084234 +E-mail/Text: bankruptcynotices@eversource.com Jul 02 2019 23:31:45 Eversource, Claims And Ins Dept, 1580 Elm Pob 330, Manchester NH 03105-0330
518084231 +E-mail/Text: bankruptcynotices@eversource.com Jul 02 2019 23:31:45 Eversource, 300 Cadwell Dr, Springfield MA 01104-1742
518084233 E-mail/Text: bankruptcynotices@eversource.com Jul 02 2019 23:31:45 Eversource, Tihui Letourneau, Cust Svc, Po Box 56005, Boston MA 02205-6005
518232691 +E-mail/Text: bankruptcynotices@eversource.com Jul 02 2019 23:31:45 Eversource, Claims Dept, Po Box 270, Hartford, CT 06141-0270
518084266 +E-mail/Text: rhonda.lingle@expresspros.com Jul 02 2019 23:31:45 Express Svc Inc, Employment Professionals, Po Box 535434, Atlanta GA 30353-6220
518084830 E-mail/Text: bankruptcynotification@ftr.com Jul 02 2019 23:32:04 Frontier, Po Box 20550, Rochester NY 14602-0550
518084339 E-mail/Text: farberplastics@aol.com Jul 02 2019 23:30:47 Farber Plastics, Yori Oratz, 162 Hanse Ave, Freeport NY 11520-4644
518084369 +E-mail/Text: legal@fastenal.com Jul 02 2019 23:31:00 Fastenal Co, Ah Vang Hr Auto 2010124204, 2001 Theurer Rd, Winona MN 55987-1500
518084564 +E-mail/Text: crystal.patterson@fivestaruc.com Jul 02 2019 23:32:08 Five Star Urgent Care Cicero, Po Box 248, Ellicottville NY 14731-0248
518084569 E-mail/Text: OGCBankruptcy@floridarevenue.com Jul 02 2019 23:30:37 Fl- Dept Of Revenue, Christopher Thomas, Po Box 8045, Tallahassee FL 32314-8045
518084568 E-mail/Text: OGCBankruptcy@floridarevenue.com Jul 02 2019 23:30:37 Fl- Dept Of Revenue, Frederick F Rudzik Esq, Po Box 6668, Tallahassee FL 32314-6668
518084618 E-mail/Text: OGCBankruptcy@floridarevenue.com Jul 02 2019 23:30:38 Florida Dept Of Revenue, 5050 W Tennessee St, Tallahassee FL 32399-0120
518084799 E-mail/Text: creditdepartment@freightquote.com Jul 02 2019 23:31:23 Freightquotecom, 901 W Carondelet Dr, Kansas City MO 64114-4674
518084832 E-mail/Text: bankruptcynotification@ftr.com Jul 02 2019 23:32:04 Frontier Communications, Po Box 740407, Cincinnati OH 45274-0407
518085526 E-mail/Text: credit@greenmountainpower.com Jul 02 2019 23:30:31 Green Mountain Power Corp, 163 Acorn Ln, Colchester VT 05446
518084925 +E-mail/Text: MOHAMED@GALWEIN.COM Jul 02 2019 23:31:05 Gallant And Wein, 31 National Rd, Edison NJ 08817-2808
518084970 E-mail/Text: creditdept@gardnerinc.com Jul 02 2019 23:31:11 Gardner Connell Llc, Paul Ochab, 125 Constitution Blvd, Franklin MA 02038-2584
518084972 E-mail/Text: creditdept@gardnerinc.com Jul 02 2019 23:31:11 Gardner Inc, Daryl Deffenbaugh, 3641 Interchange Rd, Columbus OH 43204-1499
518085183 E-mail/Text: elenasmith@giantbicycle.com Jul 02 2019 23:31:03 Giant Bicycle, Nicole Whaley, 3587 Old Conejo Rd, Newbury Park CA 91320-2122
518085284 +E-mail/Text: credit@globaltranz.com Jul 02 2019 23:30:46 Global Tranz, 7350 N Dobson Dr, Ste 130, Scottsdale AZ 85256-2713
518085287 +E-mail/Text: credit@globaltranz.com Jul 02 2019 23:30:46 Globaltranz, 7350 Ndobson Rd, Scottsdale AZ 85256-2711
518085331 E-mail/Text: selenewu@goldenbeachinc.net Jul 02 2019 23:30:41 Golden Beach Inc, Sheila Guevara, 2510 W 237th St Ste 102, Torrance CA 90505-5234
518085337 +E-mail/Text: patricemeyer@pricechopper.com Jul 02 2019 23:31:11 Golub Corp, Traffic-mb17 B Roberts, 501 Duanesburg Rd, Schenectady NY 12306-1058
518085492 +E-mail/Text: rod.morgan@graybar.com Jul 02 2019 23:30:58 Graybar Electric, Emily Tran, 2501 Distribution Dr, Richmond VA 23231-5411
518085690 +E-mail/Text: kwijnands@hmwagner.com Jul 02 2019 23:32:15 H And M Wagner And Sons Inc, 7204 May Wagner Ln, Glen Burnie MD 21061-2859
518086428 E-mail/Text: lchamplin@hubbell-ltg.com Jul 02 2019 23:30:35 Hubbell Lighting, Claims Dept Carlo Pinilla, 701 Millennium Blvd, Greenville SC 29607-5251
518085745 +E-mail/Text: andrew@halffullbrewery.com Jul 02 2019 23:32:12 Half Full Brewery, Thomas Price, 43 Homestead Ave, Stamford CT 06902-7262
518085966 +E-mail/Text: memigholz@thehaunedge.com Jul 02 2019 23:31:33 Haun Welding Supply Inc, 5921 Court St Rd, Syracuse NY 13206-1742
518086071 +E-mail/Text: bankruptcy@co.henrico.va.us Jul 02 2019 23:31:34 Henrico County, General District Court, Po Box 90775, Henrico VA 23273-0775
518086125 E-mail/Text: dougb@hersheyicecream.com Jul 02 2019 23:31:23 Hershey Creamery Co, Marlene Smith, 301 S Cameron St, Harrisburg PA 17101-2815
518086143 +E-mail/Text: allison@oakpointpartners.com Jul 02 2019 23:31:11 Hh And P Llc, 700 Northshore Dr, Hartland WI 53029-8358
518086204 +E-mail/Text: lsalyerds@hilliardcorp.com Jul 02 2019 23:30:48 Hilliard Corp, Ethan Stearns, 100 West 4th St Plant 2, Elmira NY 14901-2148
518232734 +E-mail/PDF: gecsedi@recoverycorp.com Jul 02 2019 23:34:39 Home Deport, 1370 Huffville Rd, Deptford, NJ 08096-3818
518086514 +E-mail/Text: bnotice@huttig.com Jul 02 2019 23:31:42 Huttig Building Products, Al Vick, 370 Creble Rd, Selkirk NY 12158-2121
518086577 E-mail/Text: rev.bankruptcy@illinois.gov Jul 02 2019 23:31:14 Illinois Dept Of Revenue, James R Thompson Center Concourse Level, 100 West Randolph St, Chicago IL 60601-3274
518086579 E-mail/Text: rev.bankruptcy@illinois.gov Jul 02 2019 23:31:14 Illinois Dept Of Revenue, P O Box 19045, Springfield IL 62794-9045
518086576 E-mail/Text: rev.bankruptcy@illinois.gov Jul 02 2019 23:31:14 Illinois Dept Of Revenue, Po Box 19447, Springfield IL 62794-9447
518086619 +E-mail/Text: shash@sos.in.gov Jul 02 2019 23:31:09 Indiana Dept Of Natural Resources, 402 West Washington St, Indianapolis IN 46204-2756
518086623 E-mail/Text: DORBANKRUPTCYCOURTNOTICES@DOR.IN.GOV Jul 02 2019 23:32:11 Indiana Dept Of Revenue, P O Box 1674, Indianapolis IN 46206-1674

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

518086620 E-mail/Text: DORBANKRUPTCYCOURTNOTICES@DOR.IN.GOV Jul 02 2019 23:32:11
Indiana Dept Of Revenue, Po Box 7221, Indianapolis IN 46207-7221
518086624 E-mail/Text: DORBANKRUPTCYCOURTNOTICES@DOR.IN.GOV Jul 02 2019 23:32:11
Indiana Dept Of Revenue, Po Box 7226, Indianapolis IN 46207-7226
518086622 +E-mail/Text: DORBANKRUPTCYCOURTNOTICES@DOR.IN.GOV Jul 02 2019 23:32:11
Indiana Dept Of Revenue, Bankruptcy Section Ms 108, 100 North Senate Ave Room N240, Indianapolis IN 46204-2231
518086634 E-mail/Text: iplbankruptcyprocessing@aes.com Jul 02 2019 23:31:44
Indianapolis Power And Light Co, 2102 North Illinois St, Indianapolis IN 46202-1330
518086633 E-mail/Text: iplbankruptcyprocessing@aes.com Jul 02 2019 23:31:44
Indianapolis Power And Light Co, Po Box 110, Indianapolis IN 46206-0110
518086750 E-mail/Text: IECreditRecoverTeam@irvingoil.com Jul 02 2019 23:30:25 Irving Oil Corp, Accnt 0018518005604, Po Box 11012, Lewiston ME 04243-9463
518086777 +E-mail/Text: asnavely@indianatollroad.org Jul 02 2019 23:31:09 Itr Concession Co Llc, 52551 Ash Rd, Granger IN 46530-7226
518087047 +E-mail/Text: bonnies@jesco.us Jul 02 2019 23:30:55 Jesco Inc, John Deere Dealer, 8411 Pulaski Hwy, Baltimore MD 21237-3003
518087045 E-mail/Text: bonnies@jesco.us Jul 02 2019 23:30:55 Jesco Inc, Daniel Shafer, 497 Fishkill Ave, Beacon NY 12508-1252
518087048 +E-mail/Text: bonnies@jesco.us Jul 02 2019 23:30:55 Jesco Inc, John Deere Dealer, 118 Saint Nicholas Ave, South Plainfield NJ 07080-1808
518087163 +E-mail/Text: gmiller@johnnyonthespot.com Jul 02 2019 23:30:57 Johnny On The Spot, 3168 Bordentown Ave, Old Bridge NJ 08857-9703
518087678 E-mail/Text: account@kintcorp.com Jul 02 2019 23:31:01 Kint Beverage Concepts, Jennifer Leonard, Fire Protection, Po Box 60490, Harrisburg PA 17106-0490
518087683 +E-mail/Text: pennie_wical@knl.cc Jul 02 2019 23:31:07 Kirk Nationalease Co, Peggy, Po Box 4369, Sidney OH 45365-4369
518087860 +E-mail/Text: knna-us.credit@kuehne-nagel.com Jul 02 2019 23:31:30 Kuehne And Nagel Inc, 10 Exchange Pl, 19th Floor, Jersey City NJ 07302-4935
518088112 +E-mail/Text: compliance@lctcb.org Jul 02 2019 23:31:31 Lctcb, 1845 William Penn Way, Ste 1, Lancaster PA 17601-6713
518088289 +E-mail/Text: bankruptcies@libertymutual.com Jul 02 2019 23:31:16
Liberty Mutual Agency Markets, As Sub Of Gary Rhines And Elaine, Rhines, Po Box 461, St Louis MO 63166-0461
518088321 +E-mail/Text: karenanne.sinville@libertyutilities.com Jul 02 2019 23:31:39 Liberty Utilities, 11 Northeastern Blvd, Salem NH 03079-1953
518088417 +E-mail/Text: jxquigg@lkqcorp.com Jul 02 2019 23:31:33 Lkq Corp, 655 Grassmere Pk Dr, Nashville TN 37211-3659
518088418 +E-mail/Text: jxquigg@lkqcorp.com Jul 02 2019 23:31:33 Lkq Heavy Truck Maryland, Amanda Keaton, 29368 Matthewstown Rd, Easton MD 21601-7112
518088419 E-mail/Text: jxquigg@lkqcorp.com Jul 02 2019 23:31:33 Lkq Thruway Auto Parts, 201 State Rd, Parryville PA 18244
518088644 E-mail/Text: jim@lyonselectricalsupply.com Jul 02 2019 23:30:26 Lyons Electrical Supply, Lisa Bechtolt, 915 Webster St, Dayton OH 45404-1531
518088879 E-mail/Text: camanagement@mtb.com Jul 02 2019 23:31:00 Manufacturers And Traders Trust Co, Po Box 22900, 255 East Ave, Rochester NY 14692-9964
518088781 +E-mail/Text: mmessore@memic.com Jul 02 2019 23:30:39 Maine Employers Mutual Ins Co, Po Box 11409, Portland ME 04104-7409
518088912 +E-mail/Text: ahadden@marbleheadelectric.com Jul 02 2019 23:31:54
Marblehead Municipal Light Dpt, 80 Commercial St, Po Box 369, Marblehead MA 01945-0369
518088937 +E-mail/Text: GABRIEL@MARJAM.COM Jul 02 2019 23:32:00 Marjam Supply Co, Karen Happe, 885 Conklin St, Farmingdale NY 11735-2400
518088983 E-mail/PDF: gecsedi@recoverycorp.com Jul 02 2019 23:34:53 Marshalls, Doris Bagley, 770 Cochituate Rd, Framingham MA 01701-4666
518147462 E-mail/Text: DOREBN@DOR.STATE.MA.US Jul 02 2019 23:30:32
Massachusetts Department of Revenue, Bankruptcy Unit, P. O. Box 9564, Boston, MA 02114-9564
518089509 +E-mail/Text: M74banko@daimler.com Jul 02 2019 23:32:07 Mercedes-benz Financial Svc Usa Llc, 13650 Heritage Pkwy, Ft. Worth TX 76177-5323
518232788 +E-mail/Text: litigationintake@metlife.com Jul 02 2019 23:31:50 Met Life, Subrogation, Po Box 2204, Charleston, NC 28241-2204
518089567 E-mail/Text: litigationintake@metlife.com Jul 02 2019 23:31:51 Metlife, Po Box 371888, Pittsburgh PA 15250-7888
518089571 +E-mail/Text: litigationintake@metlife.com Jul 02 2019 23:31:51 Metlife Auto And Home, As Subrogee Of Charles Cowan, Po Box 2204, Charlotte NC 28241-2204
518089572 E-mail/Text: litigationintake@metlife.com Jul 02 2019 23:31:51 Metlife Auto And Home, As Subrogee For John Grubbs, Po Box 2204, Charlotte NC 28241-2204
518089575 +E-mail/Text: litigationintake@metlife.com Jul 02 2019 23:31:51 Metlife Ins Co, Ryan Donahue Adjuster, Po Box 2204, Charlotte NC 28241-2204
518089607 E-mail/Text: mdtcbkc@miamidade.gov Jul 02 2019 23:31:09 Miami-dade Tax Collector, 140 W Flager St, Miami FL 33130-1575
518089809 +E-mail/Text: jeff.pilarchik@mirabito.com Jul 02 2019 23:31:12 Mirabito Fuel Group, The Metrocenter 49 Court St, Binghamton NY 13901-4640
518090180 +E-mail/Text: tmcallister@murraysdubois.com Jul 02 2019 23:30:43 Murrays Freightliner, 1844 Rich Hwy, Du Bois PA 15801-3970
518090253 E-mail/Text: bankruptcy@genpt.com Jul 02 2019 23:31:04 Napa Auto Parts, Po Box 414988, Boston MA 02241-4988

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

518090264 E-mail/Text: LTORTOLANI@narrabay.com Jul 02 2019 23:31:54 Narragansett Bay Commission, Po Box 9668 Dept25, Providence RI 02940-9668
518090305 +E-mail/Text: Bankruptcy@natfuel.com Jul 02 2019 23:31:16 National Fuel, 6363 Main St, Williamsville NY 14221-5887
518232802 +E-mail/Text: apbankruptcy@us.ngrid.com Jul 02 2019 23:32:11 National Grid, Non Utility Builling, 300 Erie Blvd, Syracuse, NY 13202-4201
518090334 E-mail/Text: aleksandra.fish@AIG.com Jul 02 2019 23:31:45 National Union Fire Ins Co, Of Pittsburg Pa, 175 Water St, New York NY 10038-4969
518090476 +E-mail/Text: midge.mudge@dol.nh.gov Jul 02 2019 23:30:35 New Hampshire Dept Of Labor, Commissioner, 95 Pleasant St, Concord NH 03301-3852
518090566 E-mail/Text: kkuster@nexterus.com Jul 02 2019 23:32:12 Nexterus, 802 Far Hills Dr, New Freedom PA 17349-8428
518090584 +E-mail/Text: apbankruptcy@us.ngrid.com Jul 02 2019 23:32:11 Niagara Mohawk Power Corp, Dba National Grid, 300 Erie Blvd West, Syracuse NY 13202-4250
518090609 +E-mail/Text: bankrup@aglresources.com Jul 02 2019 23:30:25 Nicor Gas, 1844 W Ferry Rd, Napperville IL 60563-9600
518090623 +E-mail/PDF: nipscobankruptcymailbox@nisource.com Jul 02 2019 23:45:10 Nipsco, 801 E 86th Ave, Merrillville IN 46410-6272
518090622 E-mail/PDF: nipscobankruptcymailbox@nisource.com Jul 02 2019 23:45:10 Nipsco, Po Box 13007, Merrillville IN 46411-3007
518090636 +E-mail/Text: Jerry.Bogar@conduent.com Jul 02 2019 23:32:14 Nj E-z Pass, Violations Processing Center, Po Box 4971, Trenton NJ 08650-4971
518090679 E-mail/Text: ebn@exchange.nscorp.com Jul 02 2019 23:31:35 Norfolk Southern Railway Co, Po Box 532797, Atlanta GA 30353-2797
518090703 E-mail/Text: whunter@nmc-nic.com Jul 02 2019 23:32:13 North Metal And Chemical Comp, Sandie Eckenrode, Po Box 1985, York PA 17405-1985
518090724 E-mail/Text: lhast@northeastbattery.com Jul 02 2019 23:31:57 Northeast Battery And Alternator, Laura Hast, P O Box 842238, Boston MA 02284-2238
518090754 +E-mail/Text: &css_customermaintenance@nortrax.com Jul 02 2019 23:31:30 Nortrax Inc, John Deere Dealer, 375 Engineers Dr, Williston VT 05495-8955
518090807 +E-mail/Text: crystal.patterson@fivestaruc.com Jul 02 2019 23:32:08 Ny Urgent Care Practice Pc, Po Box 500, Ellicottville NY 14731-0500
518090834 E-mail/Text: callcenter_bteam@nyseg.com Jul 02 2019 23:31:48 Nyseg, Po Box 847812, Boston MA 02284-7812
518090835 +E-mail/Text: callcenter_bteam@nyseg.com Jul 02 2019 23:31:47 Nyseg, James A Carrigg Center 18 Link Dr, Binghamton NY 13904-3222
518094513 E-mail/Text: mail@13ritrustee.com Jul 02 2019 23:30:32 Standing Chapter 13 Trustee, District Of Rhode Island, 400 Westminster St Box 12, Providence RI 02903
518090887 +E-mail/Text: osha.dcat@dol.gov Jul 02 2019 23:31:33 Occupational Safety And Health Admin, Office Of Chief Counsel, 200 Constitution Ave Nw, Washington DC 20210-0001
518090932 E-mail/Text: uibankruptcy@jfs.ohio.gov Jul 02 2019 23:31:31 Ohio Dept Of Job And Family Serv, Po Box 182404, Columbus OH 43218-2404
518091021 +E-mail/Text: ccd@oru.com Jul 02 2019 23:31:04 Orange And Rockland, 390 West Rt 59, Spring Valley NY 10977-5345
518091982 E-mail/Text: fallen@preceptmed.com Jul 02 2019 23:30:26 Precept Medical Products, Debbie Hyatt, Po Box 2400, Arden NC 28704-4400
518091257 +E-mail/Text: pmcdonagh@paralleltech.com Jul 02 2019 23:32:04 Parallel Technologies Inc, 4868 Blazer Pkwy, Dublin OH 43017-3302
518091402 +E-mail/Text: accounting@pdaorg.net Jul 02 2019 23:30:23 Pda Inc, Po Box 471909, Fort Worth TX 76147-1909
518091418 +E-mail/Text: bankruptcy@pearson.com Jul 02 2019 23:31:32 Pearson Education, Eva Garcia, 200 Old Tappan Rd, Old Tappan NJ 07675-7005
518091505 +E-mail/Text: creditreconciliation@peoples.com Jul 02 2019 23:31:17 People’s United Bank Na, 2 Burlington Square, Burlington VT 05401-4412
518091749 +E-mail/Text: cfo@pinestatetrading.com Jul 02 2019 23:32:08 Pine State Beverage, 100 Enterprise Ave, Gardiner ME 04345-6249
518263822 +E-mail/Text: info@pfllc.com Jul 02 2019 23:30:57 Pioneer Funding Group II, LLC, Greeley Square Station, P.O. Box 20188, New York, NY 10001-0006
518091788 +E-mail/Text: dearly@pittohio.com Jul 02 2019 23:31:28 Pitt Ohio Express Inc, 15 27th St, Pittsburgh PA 15222-4729
518091789 E-mail/Text: dearly@pittohio.com Jul 02 2019 23:31:28 Pitt Ohio Express Llc, Po Box 643271, Pittsburgh PA 15264-3271
518091868 E-mail/Text: croppelt@polyrnd.com Jul 02 2019 23:31:15 Poly Scientific, Robert Molinari, 70 Cleveland Ave, Bayshore NY 11706-1224
518091915 E-mail/Text: peter.micoleau@portlandglass.com Jul 02 2019 23:31:25 Portland Glass, Po Box 10700, Portland ME 04104-6100
518091929 E-mail/Text: bankruptcy@firstenergycorp.com Jul 02 2019 23:31:19 Potomac Edison, Po Box 3615, Akron OH 44309-3615
518091930 E-mail/Text: bankruptcy@firstenergycorp.com Jul 02 2019 23:31:19 Potomac Edison, 76 South Main St, Akron OH 44308-1890
518091949 +E-mail/Text: sara@powerplaceinc.com Jul 02 2019 23:31:09 Power Place Inc, John Deere Dealer, 319 Us Highway 46, Rockaway NJ 07866-3833
518092006 E-mail/Text: credit@premier-us.net Jul 02 2019 23:32:12 Premier Trailer Leasing Inc, Corp Office, P O Box 206553, Dallas TX 75320-6553
518092018 +E-mail/Text: bankruptcy@gopfs.com Jul 02 2019 23:31:49 Prestige Financial Svc Inc, P O Box 26707, Salt Lake City UT 84126-0707
518092047 E-mail/Text: lilyc@primewirecable.com Jul 02 2019 23:31:47 Prime Wire And Cable, 280 Machlin Ct, 2nd Floor, Walnut CA 91789-3026

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

518092083 +E-mail/Text: bemis@prodatacomputer.com Jul 02 2019 23:30:46 Prodata Computer Svc Inc, 2809 South 160th St, Ste 401, Omaha NE 68130-1755
518092093 E-mail/Text: rcarvalho@profootcare.com Jul 02 2019 23:32:13 Profoot Inc, Carmen Berrios, 74 20th St, Brooklyn NY 11232-1101
518298725 +E-mail/Text: BKRMailOps@weltman.com Jul 02 2019 23:31:23 Progressive Advanced Insurance Co, c/o Weltman Weinberg & Reis Co., LPA, 323 W Lakeside Ave, Ste 200, Cleveland, OH 44113-1009
518092202 +E-mail/Text: HENRY.SMITH@PUMPINGSERVICES.COM Jul 02 2019 23:32:11 Pumping Svc Inc, Po Box 117, Middlesex NJ 08846-0117
518092308 +E-mail/Text: jrodgers@4rai.com Jul 02 2019 23:31:53 Radiology Affiliates Imaging, Lawrence Executive Cntr, 3120 Princeton Pike, Lawrenceville NJ 08648-2325
518092474 E-mail/Text: brausch@redneck-trailer.com Jul 02 2019 23:32:13 Redneck Trailer Supplies, Doug Fare, 51 Wood Rd, Round Lake NY 12151-1708
518092480 +E-mail/Text: chrisj@reedoil.com Jul 02 2019 23:30:57 Reed Oil Co, 511 Montgomery Ave, New Castle PA 16102-1111
518092516 +E-mail/Text: rwabankruptcy@rwater.com Jul 02 2019 23:31:35 Regional Water Authority, Po Box 981102, Boston MA 02298-1102
518092615 E-mail/Text: rgebankruptcy@rge.com Jul 02 2019 23:31:56 Rg And E, 89 East Ave, Rochester NY 14649-0001
518092640 +E-mail/Text: sarah.gousie@dem.ri.gov Jul 02 2019 23:31:34 Ri Dept Of Environ Mgmt, Office Of Management Svc, 235 Promenade St, Providence RI 02908-5734
518092869 +E-mail/Text: rwjebn@rwjbh.org Jul 02 2019 23:32:01 Robert Wood Johnson Univ, 1 Robert Wood Johnson Pl, New Brunswick NJ 08901-1966
518093147 E-mail/Text: Support@ROYBALFIRE.COM Jul 02 2019 23:32:04 Roybal And Sons Fire Equip Co, Dreamers Unlimited Inc, Po Box 204, Middlefield CT 06455-0204
518232855 +E-mail/Text: eag@rsclaw.com Jul 02 2019 23:32:02 Ryan Smith And Carbine Ltd, Mark Werle And Charles Romeo Esqs, 98 Merchants Row, Rutland, VT 05701-5942
518093222 +E-mail/Text: eag@rsclaw.com Jul 02 2019 23:32:02 Ryan Smith And Carbine Ltd, 98 Merchants Row, Mead Building Pob 310, Rutland VT 05701-5942
518093236 E-mail/Text: jennifer_morris@ryder.com Jul 02 2019 23:30:52 Ryder Transportation Inc, Po Box 96723, Chicago IL 60693-6723
518093237 E-mail/Text: jennifer_morris@ryder.com Jul 02 2019 23:30:52 Ryder Truck Rental, Po Box 96723, Chicago IL 60693-6723
518090565 E-mail/Text: appebnmailbox@sprint.com Jul 02 2019 23:31:10 Nextel Communications, Po Box 4181, Carol Stream IL 60197-4181
518094461 E-mail/Text: appebnmailbox@sprint.com Jul 02 2019 23:31:10 Sprint, Po Box 4181, Carol Stream IL 60197-4181
518094874 E-mail/Text: greg.meallo@sullivantire.com Jul 02 2019 23:30:31 Sullivan Tire Co, P O Box 370, Rockland MA 02370
518093280 E-mail/Text: bankruptcy@safety-kleen.com Jul 02 2019 23:30:54 Safety Kleen Corp, New 800 81910205, Po Box 382066, Pittsburgh PA 15250-8066
518093421 +E-mail/Text: DeftBkr@santander.us Jul 02 2019 23:31:07 Santander, Po Box 841002, Boston MA 02284-1002
518093498 E-mail/Text: bankruptcy@sctax.org Jul 02 2019 23:31:36 Sc Dept Of Revenue, Taxable Processing Center, P O Box 101105, Columbia SC 29211-0105
518093670 E-mail/Text: bankruptcy@hacienda.pr.gov Jul 02 2019 23:32:03 Secretary Of The Treasury, Returns Processing Bureau, Po Box 9022501, San Juan PR 00902-2501
518093675 +E-mail/Text: nyrobankruptcy@sec.gov Jul 02 2019 23:31:18 Securities Exchange Commission, New York Regional Office, Andrew Calamari, Regional Director, Brookfield Pl 200 Vessey St Ste 400, New York NY 10281-8004
518093799 +E-mail/Text: whcd@verizon.net Jul 02 2019 23:31:08 Shamrock Utility Trailersinc, 500 North Ctr Ave, New Stanton PA 15672-9415
518093985 E-mail/Text: rtumsuden@sidharvey.com Jul 02 2019 23:30:26 Sid Harvery Industries, Christine Klug, 1052 Hanover St, Wilkes Barre PA 18706-2000
518093986 E-mail/Text: rtumsuden@sidharvey.com Jul 02 2019 23:30:26 Sid Harvey Ind, Thomas Pimlott, 93 Entin Rd, Clifton NJ 07014-1500
518093987 +E-mail/Text: rtumsuden@sidharvey.com Jul 02 2019 23:30:26 Sid Harvey Industries, Jay Mack, 605 Locaust St, Garden City NY 11530-6531
518093992 +E-mail/Text: arodriguez@sidhal.com Jul 02 2019 23:30:55 Sidhal Industries, 176 Front St, Hempstead NY 11550-3816
518094051 E-mail/Text: bankruptcy@simplexgrinnell.com Jul 02 2019 23:31:26 Simplexgrinnell Lp, Dept Ch 10320, Palatine IL 60055-0320
518094251 +E-mail/Text: newyork.bnc@ssa.gov Jul 02 2019 23:31:33 Social Security Administration, Po Box 3430, Philadelphia PA 19122-0430
518094250 +E-mail/Text: newyork.bnc@ssa.gov Jul 02 2019 23:31:33 Social Security Administration, 20 South Broadway, Ste 1000, Yonkers NY 10701-3750
518094342 E-mail/Text: bankruptcy@sctax.org Jul 02 2019 23:31:36 South Carolina Dept Of Revenue, Taxable Processing Center, Po Box 101105, Columbia SC 29211-0105
518094348 E-mail/Text: SCGBankruptcy@soconngas.com Jul 02 2019 23:31:50 Southern Connecticut Gas, Po Box 9112, Chelsea MA 02150-9112
518094477 +E-mail/Text: HEATHER@SJIA.ORG Jul 02 2019 23:31:52 St Joseph’s Imaging Associates, P O Box 10258, Peoria IL 61612-0258
518094518 +E-mail/Text: sue.hughson@stanleymaterialhandling.com Jul 02 2019 23:30:32 Stanley Material Handling, 8094 Saintsville Rd, Kirkville NY 13082-9325
518094537 +E-mail/Text: KEITH.DIXON@STARLEASING.COM Jul 02 2019 23:32:00 Star Leasing Co, Po Box 76100, Cleveland OH 44101-4204
518094554 +E-mail/Text: bankruptcy@starrcompanies.com Jul 02 2019 23:31:33 Starr Indemnity And Liability Co, 399 Pk Ave, 2nd Fl, New York NY 10022-5294

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

518094558 E-mail/Text: CAM@stateindustrial.com Jul 02 2019 23:31:05 State Chemical, Po Box 74189, Cleveland OH 44194-0268
518094596 E-mail/Text: dena.wood@dfa.arkansas.gov Jul 02 2019 23:30:31 State Of Arkansas, Dept Of Finance Misc Tax Sctn, Po Box 896 Room 2340, Little Rock AR 72203-0896
518094600 E-mail/Text: REV_Bankruptcy_General@state.de.us Jul 02 2019 23:31:17 State Of Delaware, Division Of Revenue, Po Box 830, Wilmington DE 19899-0830
518035028 E-mail/Text: OGCBankruptcy@floridarevenue.com Jul 02 2019 23:30:37 State of Florida - Department of Revenue, Post Office Box 6668, Tallahassee, FL 32314-6668
518094632 +E-mail/Text: nailda@centralcreditaudit.com Jul 02 2019 23:32:09 Statewide Tax Recovery Inc, Po Box 752, 100 North Third St, Sunbury PA 17801-2367
518094650 E-mail/Text: roberta@steelsalesinc.com Jul 02 2019 23:31:12 Steel Sales Inc, Roberta Kerwin, 8085 State Highway 12, Sherburne NY 13460
518094656 +E-mail/Text: ezinn@steelmantransport.com Jul 02 2019 23:31:40 Steelman Transportation Inc, Donna Underwood, 2160 N Burton Ave, Springfield MO 65803-5311
518094674 +E-mail/Text: abolin@steinmart.com Jul 02 2019 23:30:39 Steinmart, Transportation, 1200 Riverplace Blvd, Jacksonville FL 32207-1809
518094727 E-mail/Text: m.rao@ssss.com Jul 02 2019 23:31:32 Stewart And Stevenson, Joe Gormley, 300 Smith St, Middletown CT 06457-1741
518094806 E-mail/Text: smerker@strivelogistics.com Jul 02 2019 23:32:06 Strive Logistics, John Mc Cracken, 3008 N Lincoln Ave, Chicago IL 60657-4208
518094912 +E-mail/Text: stgbilling@suntecktransport.net Jul 02 2019 23:31:59 Sunteck Transport Group, Julie Lawson, 4500 Salisbury Rd Ste 305, Jacksonville FL 32216-8057
518095050 E-mail/Text: bankruptcy@td.com Jul 02 2019 23:31:22 T D Bank Na, Po Box 605, Bellmawr NJ 08099-0605
518095049 E-mail/Text: bankruptcy@td.com Jul 02 2019 23:31:22 T D Bank, 6000 Atrium Way, Mount Laurel NJ 08054
518095154 E-mail/Text: bankruptcy@td.com Jul 02 2019 23:31:22 Td Bank, Bethany Buitenhuys Vp, 1000 Macarthur Blvd, Mahwah NJ 07430
518095155 E-mail/Text: bankruptcy@td.com Jul 02 2019 23:31:22 Td Bank Na, Po Box 1377, Lewiston ME 04243-1377
518095156 E-mail/Text: bankruptcy@td.com Jul 02 2019 23:31:22 Td Bank, Na, 1701 Rte 70 East, Cherry Hill NJ 08034
518095199 +E-mail/Text: tdor.bankruptcy@tn.gov Jul 02 2019 23:30:40 Tennessee Dept Of Revenue, Andrew Jackson St Office Bldg, 500 Deaderick St, Nashville TN 37242-0001
518095231 E-mail/Text: ridpacer@twc.state.tx.us Jul 02 2019 23:31:39 Texas Workforce Commission, Po Box 149037, Austin TX 78714-9037
518095275 +E-mail/PDF: gecsedi@recoverycorp.com Jul 02 2019 23:34:52 The Home Depot, Cedric Handy- Re: 20170887452, 2455 Paces Ferry Rd Bldg C20, Atlanta GA 30339-6444
518095331 E-mail/Text: bankruptcy@uinet.com Jul 02 2019 23:30:39 The United Illuminating Co, Po Box 9230, Chelsea MA 02150-9230
518095346 E-mail/Text: mheitlinger@frostking.com Jul 02 2019 23:30:25 Thermwell Products, Tani Mazzie, 420 Rte 17 South, Mahwah NJ 07430-2135
518095459 E-mail/Text: DL-ICOMSBankruptcy@charter.com Jul 02 2019 23:31:36 Time Warner Cable, Po Box 70872, Charlotte NC 28272-0872
518095462 E-mail/Text: DL-ICOMSBankruptcy@charter.com Jul 02 2019 23:31:36 Time Warner Cable-northeast, Business Class Billing S, Po Box 0901, Carol Stream IL 60132-0901
518095492 E-mail/Text: bankruptcy@firstenergycorp.com Jul 02 2019 23:31:20 Toledo Edison, Po Box 3687, Akron OH 44309-3687
518095494 E-mail/Text: bankruptcy@firstenergycorp.com Jul 02 2019 23:31:20 Toledo Edison, Main, Po Box 3687, Akron OH 44309-3687
518095493 E-mail/Text: bankruptcy@firstenergycorp.com Jul 02 2019 23:31:19 Toledo Edison, 76 South Main St, Akron OH 44308-1890
518095535 E-mail/Text: nancy.edwards@topaz-usa.com Jul 02 2019 23:31:00 Topaz Lighting Co, Mildre Boehning, 925 Waverly Ave, Holtsville NY 11742-1109
518095565 E-mail/Text: jwells@tql.com Jul 02 2019 23:31:34 Total Quality Logistics, Niki Philpot, 1701 Edison Dr, Milford OH 45150-2728
518095566 E-mail/Text: jwells@tql.com Jul 02 2019 23:31:34 Total Quality Logistics Inc, J Ziemer, Po Box 799, Milford OH 45150-0799
518095599 +E-mail/Text: sfirozvi@kearnynj.org Jul 02 2019 23:30:46 Town Of Kearny, Violations Bureau, 404 Kearny Ave, Kearny NJ 07032-2604
518095613 E-mail/Text: krobrien@townofwestspringfield.org Jul 02 2019 23:30:39 Town Of West Springfield, 26 Central St Ste 9, West Springfield MA 01089-2778
518095617 +E-mail/Text: bernadette.wroblak@twp.woodbridge.nj.us Jul 02 2019 23:32:02 Township Of Woodbridge, Automated Enforcement Program, 1 Main St, Woodbridge NJ 07095-3352
518095627 +E-mail/Text: mscullion@traceyroad.com Jul 02 2019 23:31:03 Tracey Road Equipment, 6803 Manlius Ctr Rd, East Syracuse NY 13057-3904
518095717 E-mail/Text: jonathan.craft@roanokeva.gov Jul 02 2019 23:31:37 Treasurer City Of Roanoke, Po Box 1451, Roanoke VA 24007-1451
518095720 E-mail/Text: bsteude@co.lucas.oh.us Jul 02 2019 23:31:54 Treasurer Of Lucas County, One Government Ctr 500, Toledo OH 43604-2253
518095721 E-mail/Text: bsteude@co.lucas.oh.us Jul 02 2019 23:31:54 Treasurer Of Lucas County, One Government Center 500, Toledo OH 43604-2253
518095812 E-mail/Text: accounting@sandhills.com Jul 02 2019 23:31:07 Truck Paper, Po Box 85673, Lincoln NE 68501-5673
518095821 +E-mail/Text: tbyrd@tacenergy.com Jul 02 2019 23:31:24 Truman Arnold Companies, Shirley Allen, 701 S Robison Rd, Texarkana TX 75501-6747

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

518095831 E-mail/Text: jpatchen@tstimpreso.com Jul 02 2019 23:31:59 Tst Impreso, Tj Gomez, Po Box 506, Coppell TX 75019-0506
518095874 E-mail/Text: kbalmer@tvcinc.com Jul 02 2019 23:31:24 Tvc Communications, Cargo Claims Dulcie Adams, 800 Airport Rd, Annville PA 17003-9002
518095910 E-mail/Text: bkrcy@ugi.com Jul 02 2019 23:31:46 Ugi Utilities Inc, 2525 North 12th St, Ste 360, Reading PA 19612
518095909 E-mail/Text: bkrcy@ugi.com Jul 02 2019 23:31:46 Ugi Utilities Inc, Po Box 15523, Wilmington DE 19886-5523
518095914 E-mail/Text: accounts.receivable@uline.com Jul 02 2019 23:31:31 Uline Inc, Accounts Receivable, Po Box 88741, Chicago IL 60680-1741
518095982 E-mail/PDF: sluna@ur.com Jul 03 2019 09:34:32 United Rentals Inc, Po Box 100711, Atlanta GA 30384-0711
518095985 +E-mail/Text: usanj.njbankr@usdoj.gov Jul 02 2019 23:31:18 United States Attorney, District Of New Jersey, Peter Rodino Federal Building, 970 Broad Street, Suite 700, Newark NJ 07102-2534
518096030 E-mail/Text: bankruptcy@ups.com Jul 02 2019 23:32:15 Ups, Po Box 7247-0244, Philadelphia PA 19170-0001
518096370 E-mail/Text: bkr@taxva.com Jul 02 2019 23:31:41 Virginia Dept Of Taxation, Office Of Customer Svc, Po Box 1115, Richmond VA 23218-1115
518096372 E-mail/Text: bkr@taxva.com Jul 02 2019 23:31:41 Virginia Dept Of Taxation, Po Box 1478, Richmond VA 23218
518096373 E-mail/Text: bkr@taxva.com Jul 02 2019 23:31:41 Virginia Dept Of Taxation, Po Box 1500, Richmond VA 23218-1500
518096369 E-mail/Text: bkr@taxva.com Jul 02 2019 23:31:41 Virginia Dept Of Taxation, Po Box 27264, Richmond VA 23261-7264
518096104 +E-mail/Text: akeil@vacupress.com Jul 02 2019 23:30:51 Vacuum Pressing Systems, Peter Keil, 553 River Rd, Brunswick ME 04011-7116
518096265 E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jul 02 2019 23:30:27 Verizon, Po Box 660720, Dallas TX 75266-0720
518096261 E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jul 02 2019 23:30:27 Verizon, Po Box 4830, Trenton NJ 08650-4830
518096262 E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jul 02 2019 23:30:27 Verizon, Po Box 4833, Trenton NJ 08650-4833
518096263 E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jul 02 2019 23:30:27 Verizon, Po Box 15124, Albany NY 12212-5124
518096270 E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jul 02 2019 23:30:27 Verizon Communications, Po Box 920041, Dallas TX 75392-0041
518096271 E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jul 02 2019 23:30:28 Verizon Wireless, Po Box 408, Newark NJ 07101-0408
518096282 E-mail/Text: tax.compliancesupport@vermont.gov Jul 02 2019 23:30:30 Vermont Dept Of Taxes, Po Box 547, Montpelier VT 05601-0547
518096279 +E-mail/Text: tax.compliancesupport@vermont.gov Jul 02 2019 23:30:30 Vermont Dept Of Taxes, Po Box 588, Montpelier VT 05601-0588
518096278 E-mail/Text: tax.compliancesupport@vermont.gov Jul 02 2019 23:30:30 Vermont Dept Of Taxes, 133 State St, Montpelier VT 05633-1401
518096281 +E-mail/Text: tax.compliancesupport@vermont.gov Jul 02 2019 23:30:30 Vermont Dept Of Taxes, 109 State St Pavilion Office Bldg, Montpelier VT 05609-0002
518096285 +E-mail/Text: ebn@vermontgas.com Jul 02 2019 23:31:32 Vermont Gas Systems Inc, 85 Swift St, South Burlington VT 05403-7302
518096333 +E-mail/Text: kedwards@richfieldvillageohio.org Jul 02 2019 23:31:55 Village Of Richfield, Div Of Taxation, Po Box 100, Richfield OH 44286-0100
518096335 E-mail/Text: atl@atlevin.com Jul 02 2019 23:31:17 Village Rockville Centre, Village Court, Po Box 950, Rockville Centre NY 11571-0950
518096364 +E-mail/Text: tgood@edwardsbusiness.com Jul 02 2019 23:31:37 Virginia Business Systems, Ashley, Po Box 6798, Wyomissing PA 19610-0798
518096367 +E-mail/Text: lee.crowell@deq.virginia.gov Jul 02 2019 23:31:27 Virginia Dept Of Environmental Quality, 629 East Main St, Po Box 1105, Richmond VA 23218-1105
518096426 +E-mail/Text: rex@mcquaide.com Jul 02 2019 23:31:24 W C Mcquaide Inc, 153 Macbridge Ave, Johnstown PA 15904-2916
518096430 E-mail/Text: kandy.moyer@wabashnational.com Jul 02 2019 23:31:49 Wabash National Lp, Kandy Lmoyer Corp Credit Mgt, Rbs Charter One Bank, P O Box 6306, Carol Stream IL 60197-6306
518096558 E-mail/Text: thershey@washco-md.net Jul 02 2019 23:31:31 Washington County Treasurer, 35 West Washington St, Ste 102, Hagerstown MD 21740-4868
518096600 +E-mail/Text: legal@wayfair.com Jul 02 2019 23:32:10 Wayfair, Ashley Shi Cody Connelly, 4 Copley Pl Flr 7, Boston MA 02116-6513
518096647 E-mail/Text: malday@weiman.com Jul 02 2019 23:30:43 Weiman Products Llc, Bobbie Andresen, 755 Tri State Pkwy, Gurnee IL 60031-5191
518096718 +E-mail/Text: pellis@wescomfg.com Jul 02 2019 23:30:59 Wesco Industrial Products Inc, Earl R Overpeck, 1250 Welsh Rd, North Wales PA 19454-1820
518096732 E-mail/Text: bankruptcy@firstenergycorp.com Jul 02 2019 23:31:20 West Penn Power, Po Box 3687, Akron OH 44309-3687
518096733 E-mail/Text: bankruptcy@firstenergycorp.com Jul 02 2019 23:31:20 West Penn Power, 76 South Main St, Akron OH 44308-1890
518096734 +E-mail/Text: bankruptcy@firstenergycorp.com Jul 02 2019 23:31:20 West Penn Power Co, 800 Cabin Hill Dr, Greensburg PA 15601-1689

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

518096746 +E-mail/Text: carolyn.atkinson@wvsto.com Jul 02 2019 23:30:41 West Virginia State Treasurer's Office, Unclaimed Property Division, One Players Club Dr, Charleston WV 25311-1644
518096848 E-mail/Text: vwoodward@wiggin.com Jul 02 2019 23:31:00 Wiggin And Dana Llp, Michael Thompson, Accounts Receivable, Po Box 1832, New Haven CT 06508-1832
518097208 E-mail/Text: credit.alerts@wurthusa.com Jul 02 2019 23:31:35 Wurth Usa Inc, Eric Eisenbud, Sales And Serv Rep, Po Box 415889, Boston MA 02241-5889
518097212 +E-mail/Text: stacy.a.jacques@wv.gov Jul 02 2019 23:30:46 Wv Division Of Highways, Po Box 11013, Charleston WV 25339-1013
518097216 E-mail/Text: scd_bankruptcynotices@grainger.com Jul 02 2019 23:31:15 Ww Grainger Inc, Main, Dept 806879698, Palatine IL 60038-0001
518097237 +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jul 02 2019 23:30:28 Xo Communications Llc, 14239 Collections Cntr Dr, Chicago IL 60693-0001
518097294 E-mail/Text: snichols@yorkhospital.com Jul 02 2019 23:30:36 York Hospital, 15 Hospital Dr, York, ME 03909
518097293 E-mail/Text: kcm@yatb.com Jul 02 2019 23:30:44 York Adams Tax Bureau, 1405 N Duke St, Po Box 15627, York PA 17405-0156
518232929 +E-mail/Text: YRCW.BK.INFO@YRCW.COM Jul 02 2019 23:32:05 Yrc, 10990 Roe Ave, Overland Park, KS 66211-1213

TOTAL: 363

***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

intp International Business Machines Corp (IBM)
cr JP Morgan Chase, 1111 Polaris Parkway, 4P0461, Columbus
op Vincent J. Colistra
518078894 Abaabbad, Hassan, Address Intentionally Omitted
518078896 Abad, Mercedes, Address Intentionally Omitted
518078898 Abarca, Madelyn, Address Intentionally Omitted
518078899 Abasov, Rufat, Address Intentionally Omitted
518078900 Abatangelo, Stephen, Address Intentionally Omitted
518078901 Abate, Michael, Address Intentionally Omitted
518078910 Abbott, Summer, Address Intentionally Omitted
518078915 Abdelrahman, Alaa, Address Intentionally Omitted
518078916 Abdi, Hussein, Address Intentionally Omitted
518078918 Abdul-jalil, Khalid, Address Intentionally Omitted
518078919 Abdullahi, Jowahir, Address Intentionally Omitted
518078920 Abdus-shakur, Jasir, Address Intentionally Omitted
518078923 Abel, Lansing, Address Intentionally Omitted
518078924 Abenanti, Lawrence, Address Intentionally Omitted
518078928 Abner, Stephanie, Address Intentionally Omitted
518078930 Abraha, Michael, Address Intentionally Omitted
518078931 Abraham, Juselin, Address Intentionally Omitted
518078933 Abram, Jarred, Address Intentionally Omitted
518078934 Abrams, Christine, Address Intentionally Omitted
518078935 Abrams, Gregory, Address Intentionally Omitted
518078938 Abubakar, Mohamed, Address Intentionally Omitted
518078939 Abue, Ejue, Address Intentionally Omitted
518078940 Abukar, Mohamed, Address Intentionally Omitted
518078941 Abundis, Miguel, Address Intentionally Omitted
518078942 Aby, Brandon, Address Intentionally Omitted
518078948 Acampora, Christina, Address Intentionally Omitted
518078968 Acevedo, Abdiel, Address Intentionally Omitted
518078969 Acevedo, Jessica, Address Intentionally Omitted
518078970 Acevedo, Michelle, Address Intentionally Omitted
518078971 Acevedo, Osiris, Address Intentionally Omitted
518078972 Acevedo, Pedro, Address Intentionally Omitted
518078974 Ackerman, Joshua, Address Intentionally Omitted
518078975 Ackerson, David, Address Intentionally Omitted
518078982 Acosta, Joseph, Address Intentionally Omitted
518078983 Acosta-delgado, Marco, Address Intentionally Omitted
518079000 Adair, Misty, Address Intentionally Omitted
518079003 Adamczyk, Waldemar, Address Intentionally Omitted
518079008 Adams, Anthony, Address Intentionally Omitted
518079009 Adams, Christopher, Address Intentionally Omitted
518079010 Adams, Drake, Address Intentionally Omitted
518079011 Adams, Duane, Address Intentionally Omitted
518079012 Adams, Heather, Address Intentionally Omitted
518079013 Adams, Jacqueline, Address Intentionally Omitted
518079014 Adams, Jair, Address Intentionally Omitted
518079015 Adams, Keith, Address Intentionally Omitted
518079016 Adams, Lloyd, Address Intentionally Omitted
518079017 Adams, Robert, Address Intentionally Omitted
518079018 Adams, Roberta, Address Intentionally Omitted
518079019 Adams, Ryan, Address Intentionally Omitted
518079020 Adams, Sherman, Address Intentionally Omitted
518079021 Adams, Trina, Address Intentionally Omitted
518079022 Adams, Tyrone, Address Intentionally Omitted
518079023 Adamson, George, Address Intentionally Omitted

***** BYPASSED RECIPIENTS (continued) *****

518079025 Addis, Randy, Address Intentionally Omitted
518079027 Aden, Bashir, Address Intentionally Omitted
518079032 Adil, Nausharwan, Address Intentionally Omitted
518079037 Adkins, Sherman, Address Intentionally Omitted
518079105 Agalliu, Dashamir, Address Intentionally Omitted
518079115 Agosto, Feliciano, Address Intentionally Omitted
518079116 Agovi, Michael, Address Intentionally Omitted
518079120 Aguilar, Julio, Address Intentionally Omitted
518079121 Aguilar, Justin, Address Intentionally Omitted
518079122 Aguilar, Marvin, Address Intentionally Omitted
518079123 Aguilera, Yusel, Address Intentionally Omitted
518079124 Aguirre, David, Address Intentionally Omitted
518079125 Aguirre, Donald, Address Intentionally Omitted
518079131 Ahner, Jolene, Address Intentionally Omitted
518079133 Aikens, Richard, Address Intentionally Omitted
518079168 Akary, Nabih, Address Intentionally Omitted
518079171 Akkari, Haitham, Address Intentionally Omitted
518079172 Akoi, Jallah, Address Intentionally Omitted
518079180 Al-badri, Ali, Address Intentionally Omitted
518079184 Albaladejo, Francisco, Address Intentionally Omitted
518079197 Alberto, Philip, Address Intentionally Omitted
518079198 Albertson, Kurt, Address Intentionally Omitted
518079199 Albertson, Roger, Address Intentionally Omitted
518079200 Albery, Michelson, Address Intentionally Omitted
518079201 Albone, Todd, Address Intentionally Omitted
518079202 Albright, Kaleb, Address Intentionally Omitted
518079211 Alderman, Kenneth, Address Intentionally Omitted
518079212 Aldias, Khalil, Address Intentionally Omitted
518079214 Aldridge, Richard, Address Intentionally Omitted
518079217 Alers, Alexis, Address Intentionally Omitted
518079220 Alexander, Caleb, Address Intentionally Omitted
518079221 Alexander, Chourey, Address Intentionally Omitted
518079222 Alexander, Mark, Address Intentionally Omitted
518079223 Alexander, Michael, Address Intentionally Omitted
518079224 Alexandre, Rodney, Address Intentionally Omitted
518079228 Alfonsi, Gary, Address Intentionally Omitted
518079233 Ali, Abdirahman, Address Intentionally Omitted
518079234 Alicea, Anthony, Address Intentionally Omitted
518079238 Aljanahi, Safaa, Address Intentionally Omitted
518079239 Aljrab, Saleh, Address Intentionally Omitted
518079257 Allder, Anthony, Address Intentionally Omitted
518079263 Alleman, Michelle, Address Intentionally Omitted
518079264 Alleman, William, Address Intentionally Omitted
518079269 Allen, Dennis, Address Intentionally Omitted
518079270 Allen, Douglas, Address Intentionally Omitted
518079271 Allen, George, Address Intentionally Omitted
518079272 Allen, Max, Address Intentionally Omitted
518079273 Allen, Melissa, Address Intentionally Omitted
518079274 Allen, Robert, Address Intentionally Omitted
518079275 Allen, William, Address Intentionally Omitted
518079276 Allen-alvarez, Katiuska, Address Intentionally Omitted
518079280 Alleyne, Liam, Address Intentionally Omitted
518079299 Allis, Andrew, Address Intentionally Omitted
518079300 Allmon, Aaron, Address Intentionally Omitted
518079301 Alloway, Willard, Address Intentionally Omitted
518079303 Allsop, Jodyann, Address Intentionally Omitted
518079341 Allsup, Julian, Address Intentionally Omitted
518079346 Almanzar Polanco, Hugo, Address Intentionally Omitted
518079347 Almanzar, Luis, Address Intentionally Omitted
518079348 Almeida, Brian, Address Intentionally Omitted
518079349 Almy, Anthony, Address Intentionally Omitted
518079350 Alomar, Kenny, Address Intentionally Omitted
518079351 Alpaugh, John, Address Intentionally Omitted
518079368 Alsapiedi, John, Address Intentionally Omitted
518079372 Alston, Tona, Address Intentionally Omitted
518079377 Althar, Karl, Address Intentionally Omitted
518079381 Alvarado, Deanna, Address Intentionally Omitted
518079382 Alvarado, Gustavo, Address Intentionally Omitted
518079383 Alvarado, Jeffrey, Address Intentionally Omitted
518079384 Alvarez Munoz, Jesus, Address Intentionally Omitted
518079385 Alvarez, Huber, Address Intentionally Omitted
518079386 Alvarez, Inaldo, Address Intentionally Omitted
518079387 Alvarez, John, Address Intentionally Omitted
518079388 Alvarez, Randy, Address Intentionally Omitted
518079389 Alves, Anthony, Address Intentionally Omitted
518079393 Amado, Jean, Address Intentionally Omitted
518079394 Amado, Mario, Address Intentionally Omitted
518079395 Amador, Andrew, Address Intentionally Omitted
518079402 Amaral, Patrick, Address Intentionally Omitted

***** BYPASSED RECIPIENTS (continued) *****

518079403 Amari, Cynthia, Address Intentionally Omitted
518079405 Amato, Ronald, Address Intentionally Omitted
518079491 Amerson, Rafael, Address Intentionally Omitted
518079503 Amici, Christopher, Address Intentionally Omitted
518079504 Amidon-anderson, Amy, Address Intentionally Omitted
518079507 Amrhein, Brian, Address Intentionally Omitted
518079509 Amspacher, Katelynn, Address Intentionally Omitted
518079510 Amspacher, Katelynn, Address Intentionally Omitted
518079511 Amspacher, Ryan, Address Intentionally Omitted
518079528 Ancell, Kyle, Address Intentionally Omitted
518079529 Ancell, Michael, Address Intentionally Omitted
518079530 Ancello, Don, Address Intentionally Omitted
518079534 Ancone, Joseph, Address Intentionally Omitted
518079536 Andersen, Ronald, Address Intentionally Omitted
518079537 Anderson, Adam, Address Intentionally Omitted
518079538 Anderson, Cathy, Address Intentionally Omitted
518079539 Anderson, Christina, Address Intentionally Omitted
518079540 Anderson, Christopher, Address Intentionally Omitted
518079541 Anderson, Daniel, Address Intentionally Omitted
518079542 Anderson, Daryl, Address Intentionally Omitted
518079543 Anderson, Dewayne, Address Intentionally Omitted
518079544 Anderson, Edwin, Address Intentionally Omitted
518079545 Anderson, Gary, Address Intentionally Omitted
518079546 Anderson, Gregory, Address Intentionally Omitted
518079547 Anderson, Ivan, Address Intentionally Omitted
518079548 Anderson, John, Address Intentionally Omitted
518079549 Anderson, Kimberly, Address Intentionally Omitted
518079550 Anderson, Lacey, Address Intentionally Omitted
518079551 Anderson, Louis, Address Intentionally Omitted
518079552 Anderson, Michael, Address Intentionally Omitted
518079553 Anderson, Murad, Address Intentionally Omitted
518079554 Anderson, Robert, Address Intentionally Omitted
518079555 Anderson, Roger, Address Intentionally Omitted
518079556 Anderson, Ron, Address Intentionally Omitted
518079557 Anderson, Ronald, Address Intentionally Omitted
518079558 Anderson, Russell, Address Intentionally Omitted
518079559 Anderson, Samuel, Address Intentionally Omitted
518079560 Anderson, Shaun, Address Intentionally Omitted
518079561 Anderson, Terrell, Address Intentionally Omitted
518079562 Anderson, Twethida, Address Intentionally Omitted
518079563 Anderson, Willie, Address Intentionally Omitted
518079564 Anderson, Zachary, Address Intentionally Omitted
518079570 Andrade, Artur, Address Intentionally Omitted
518079571 Andrade, Jose, Address Intentionally Omitted
518079581 Andress, Luis, Address Intentionally Omitted
518079582 Andretta, John, Address Intentionally Omitted
518079588 Andrew, Jeffrey, Address Intentionally Omitted
518079589 Andrews, Allen, Address Intentionally Omitted
518079590 Andrews, Carolyn, Address Intentionally Omitted
518079591 Andrews, Dana, Address Intentionally Omitted
518079592 Andrews, David, Address Intentionally Omitted
518079593 Andrews, James, Address Intentionally Omitted
518079594 Andrychowski, Jennifer, Address Intentionally Omitted
518079604 Angell, William, Address Intentionally Omitted
518079606 Angelona, Frederick, Address Intentionally Omitted
518079609 Anglen, Dale, Address Intentionally Omitted
518079610 Anis, George, Address Intentionally Omitted
518079617 Annone, Michael, Address Intentionally Omitted
518079618 Ansert, Dennis, Address Intentionally Omitted
518079624 Anthony, Jesse, Address Intentionally Omitted
518079625 Anthony, Molly, Address Intentionally Omitted
518079626 Anthony, Richard, Address Intentionally Omitted
518079627 Antkowiak, Joseph, Address Intentionally Omitted
518079628 Antoine, Jean, Address Intentionally Omitted
518079629 Antonich, Anthony, Address Intentionally Omitted
518079631 Antunez, Angel, Address Intentionally Omitted
518079632 Anulewicz, Debra, Address Intentionally Omitted
518079634 Anyzeski, Joseph, Address Intentionally Omitted
518079635 Anzalone, Anthony, Address Intentionally Omitted
518079647 Aponte Rodriguez, Jose, Address Intentionally Omitted
518079648 Aponte, Joseph, Address Intentionally Omitted
518079652 Appler, Michelle, Address Intentionally Omitted
518079653 Appleton, Amber, Address Intentionally Omitted
518079657 Aprile, Anthony, Address Intentionally Omitted
518079664 Arace, Danielle, Address Intentionally Omitted
518079665 Arace, Donald, Address Intentionally Omitted
518079666 Arace, Joseph, Address Intentionally Omitted
518079667 Aracena, Rene, Address Intentionally Omitted
518079673 Aranda, Nestor, Address Intentionally Omitted

***** BYPASSED RECIPIENTS (continued) *****

518079674 Arango, Omar, Address Intentionally Omitted
518079682 Arcaini, Joseph, Address Intentionally Omitted
518079685 Arce, Jim, Address Intentionally Omitted
518079686 Arcelay, Carlos, Address Intentionally Omitted
518079689 Archambeault, William, Address Intentionally Omitted
518079690 Archer, Brandon, Address Intentionally Omitted
518079692 Archibald, Jonathan, Address Intentionally Omitted
518079693 Archibald, Timothy, Address Intentionally Omitted
518079703 Arena, Timothy, Address Intentionally Omitted
518079705 Argabright, Barry, Address Intentionally Omitted
518079709 Argulewicz, Alexander, Address Intentionally Omitted
518079710 Argulewicz, Nicholas, Address Intentionally Omitted
518079713 Arias, Alexander, Address Intentionally Omitted
518079714 Arias, Carlos, Address Intentionally Omitted
518079715 Arias, Francisco, Address Intentionally Omitted
518079716 Arias, Gustavo, Address Intentionally Omitted
518079719 Arizaga, Jorge, Address Intentionally Omitted
518079731 Armand, Frank, Address Intentionally Omitted
518079732 Armbruster, Lewis, Address Intentionally Omitted
518079735 Armolt, Gary, Address Intentionally Omitted
518079736 Armor, Michael, Address Intentionally Omitted
518079738 Armstrong, Brian, Address Intentionally Omitted
518079739 Armstrong, James, Address Intentionally Omitted
518079740 Armstrong, Robert, Address Intentionally Omitted
518079741 Armstrong, Rodney, Address Intentionally Omitted
518079742 Armstrong, Rodney, Address Intentionally Omitted
518079743 Arndt, Jason, Address Intentionally Omitted
518079747 Arnold, Fabian, Address Intentionally Omitted
518079748 Arnold, Jack, Address Intentionally Omitted
518079749 Arnold, John, Address Intentionally Omitted
518079750 Arnold, Shane, Address Intentionally Omitted
518079751 Arnold, Terrance, Address Intentionally Omitted
518079752 Arnold, Timothy, Address Intentionally Omitted
518079753 Arocho, John, Address Intentionally Omitted
518079755 Arrington, Jamar, Address Intentionally Omitted
518079761 Arroyo, David, Address Intentionally Omitted
518079762 Arroyo, Dominick, Address Intentionally Omitted
518079763 Arroyo, Halvin, Address Intentionally Omitted
518079764 Arsenault, Jeremy, Address Intentionally Omitted
518079765 Arsenault, Robert, Address Intentionally Omitted
518079782 Ascencio, Christopher, Address Intentionally Omitted
518079784 Asgaralli, Bebi, Address Intentionally Omitted
518079785 Ash, Barbara, Address Intentionally Omitted
518079786 Ash, Kenneth, Address Intentionally Omitted
518079787 Ash, Kyle, Address Intentionally Omitted
518079793 Ashe, Corey, Address Intentionally Omitted
518079801 Ashley, Tracy, Address Intentionally Omitted
518079803 Ashworth, Michelle, Address Intentionally Omitted
518079807 Asomani, Michael, Address Intentionally Omitted
518079809 Asper, Allan, Address Intentionally Omitted
518079810 Asper, Donna, Address Intentionally Omitted
518079813 Aspres, Joe, Address Intentionally Omitted
518079823 Astacio, Jonathan, Address Intentionally Omitted
518079824 Astacio, Julio, Address Intentionally Omitted
518079841 Atkins, Adrian, Address Intentionally Omitted
518079842 Atkins, Halsey, Address Intentionally Omitted
518079843 Atkins, Harold, Address Intentionally Omitted
518079844 Atkins, Russell, Address Intentionally Omitted
518079845 Atkinson, Dana, Address Intentionally Omitted
518079889 Auble, Roy, Address Intentionally Omitted
518079898 August, Nick, Address Intentionally Omitted
518079899 Auguste, Louinel, Address Intentionally Omitted
518079900 Augustin, Marie, Address Intentionally Omitted
518079901 Augustine, Thomas, Address Intentionally Omitted
518079902 Augusto, Luis, Address Intentionally Omitted
518079903 Auman, Joshua, Address Intentionally Omitted
518079904 Aumond, Eric, Address Intentionally Omitted
518079906 Aurich, Carlos, Address Intentionally Omitted
518079909 Austin, John, Address Intentionally Omitted
518079910 Austin, Sahdaah, Address Intentionally Omitted
518079911 Austin, William, Address Intentionally Omitted
518079921 Autunno, Daniel, Address Intentionally Omitted
518079922 Auxer, William, Address Intentionally Omitted
518079925 Avella, Kasey, Address Intentionally Omitted
518079930 Avery, Jermaine, Address Intentionally Omitted
518079934 Aviles Rojas, Jorge, Address Intentionally Omitted
518079935 Aviles-ruilova, Victor, Address Intentionally Omitted
518079936 Avino, Donald, Address Intentionally Omitted
518079941 Awls, Adrian, Address Intentionally Omitted

***** BYPASSED RECIPIENTS (continued) *****

518079945 Ayala Silva, Jose, Address Intentionally Omitted
518079946 Ayala, Christian, Address Intentionally Omitted
518079947 Ayala, Francisco, Address Intentionally Omitted
518079948 Ayala, Jonathan, Address Intentionally Omitted
518079949 Ayala, Luis, Address Intentionally Omitted
518079950 Ayala, Miguel, Address Intentionally Omitted
518079951 Ayende, Nelson, Address Intentionally Omitted
518079952 Ayers, Christopher, Address Intentionally Omitted
518079953 Ayers, Timothy, Address Intentionally Omitted
518079955 Ayres, John, Address Intentionally Omitted
518079956 Ayres, Kenneth, Address Intentionally Omitted
518079957 Ayres, Matthew, Address Intentionally Omitted
518079959 Azevedo, Michael, Address Intentionally Omitted
518079960 Aziz, Mohamed, Address Intentionally Omitted
518079963 Azurdia, Marbi, Address Intentionally Omitted
518079974 Babbidge, Nicholas, Address Intentionally Omitted
518079977 Babcock, Raymond, Address Intentionally Omitted
518079978 Babrow, Jonell, Address Intentionally Omitted
518079980 Bachelder, Peter, Address Intentionally Omitted
518079981 Bachmann, Daniel, Address Intentionally Omitted
518079982 Back, Steve, Address Intentionally Omitted
518079986 Bacon, Anita, Address Intentionally Omitted
518079987 Bacon, Clyde, Address Intentionally Omitted
518079989 Baehr, Ernest, Address Intentionally Omitted
518079990 Baer, John, Address Intentionally Omitted
518079992 Baez, Armando, Address Intentionally Omitted
518079993 Baez, Jorbis, Address Intentionally Omitted
518079994 Baez, Julio, Address Intentionally Omitted
518079995 Baez, Manuel, Address Intentionally Omitted
518079996 Bagley, Grant, Address Intentionally Omitted
518079997 Bagwell, Robert, Address Intentionally Omitted
518079998 Baier, Cody, Address Intentionally Omitted
518080000 Bailey, Anthony, Address Intentionally Omitted
518080001 Bailey, Britt, Address Intentionally Omitted
518080002 Bailey, Jennifer, Address Intentionally Omitted
518080003 Bailey, Laura, Address Intentionally Omitted
518080004 Bailey, Randall, Address Intentionally Omitted
518080005 Bailey, Scott, Address Intentionally Omitted
518080006 Bailey, Tiauannah, Address Intentionally Omitted
518080007 Bailey, Timothy, Address Intentionally Omitted
518080009 Baillargeon, Jeremy, Address Intentionally Omitted
518080011 Baines, Isiah, Address Intentionally Omitted
518080012 Baines, Michael, Address Intentionally Omitted
518080013 Baird, Kevin, Address Intentionally Omitted
518080014 Baird, William, Address Intentionally Omitted
518080016 Bakarich, Raymond, Address Intentionally Omitted
518080020 Baker, Charlene, Address Intentionally Omitted
518080021 Baker, Charles, Address Intentionally Omitted
518080022 Baker, Dalton, Address Intentionally Omitted
518080023 Baker, Eddie, Address Intentionally Omitted
518080024 Baker, Erica, Address Intentionally Omitted
518080025 Baker, Jesse, Address Intentionally Omitted
518080026 Baker, John, Address Intentionally Omitted
518080027 Baker, Kiarra, Address Intentionally Omitted
518080028 Baker, Michael, Address Intentionally Omitted
518080029 Baker, Nancy, Address Intentionally Omitted
518080030 Baker, Philbrick, Address Intentionally Omitted
518080031 Baker, Randy, Address Intentionally Omitted
518080032 Baker, Robert, Address Intentionally Omitted
518080033 Baker, Steven, Address Intentionally Omitted
518080034 Baker, Terri, Address Intentionally Omitted
518080039 Balcum, Amy, Address Intentionally Omitted
518080041 Baldriche, Oscar, Address Intentionally Omitted
518080047 Baldwin, Jason, Address Intentionally Omitted
518080048 Baldwin, Lucas, Address Intentionally Omitted
518080051 Balkaran, Devanand, Address Intentionally Omitted
518080052 Ball, Dennis, Address Intentionally Omitted
518080054 Ballard, Tyrone, Address Intentionally Omitted
518080056 Balliet, Connie, Address Intentionally Omitted
518080057 Balliet, Maxwell, Address Intentionally Omitted
518080058 Balliet, Roger, Address Intentionally Omitted
518080059 Balog, Richard, Address Intentionally Omitted
518080060 Balsamo, Joseph, Address Intentionally Omitted
518080066 Bambrick, Daniel, Address Intentionally Omitted
518080068 Bandy, Jacqueline, Address Intentionally Omitted
518080069 Bang, Anthony, Address Intentionally Omitted
518080074 Banks, Keisha, Address Intentionally Omitted
518080075 Banks, Luis, Address Intentionally Omitted
518080076 Banks, Mary, Address Intentionally Omitted

***** BYPASSED RECIPIENTS (continued) *****
518080077 Banks, Pierre, Address Intentionally Omitted
518080078 Bannister, Charles, Address Intentionally Omitted
518080079 Bannister, Ralph, Address Intentionally Omitted
518080081 Banz, Ryan, Address Intentionally Omitted
518080084 Baran, Mykhailo, Address Intentionally Omitted
518080086 Barbaro, James, Address Intentionally Omitted
518080087 Barben, Tyler, Address Intentionally Omitted
518080088 Barber, Mark, Address Intentionally Omitted
518080089 Barbosa, Carlos, Address Intentionally Omitted
518080091 Barcenas, Francisco, Address Intentionally Omitted
518080093 Barclay, George, Address Intentionally Omitted
518080094 Barclift, Bryante, Address Intentionally Omitted
518080095 Barco, Suzanne, Address Intentionally Omitted
518080097 Barefield, Timothy, Address Intentionally Omitted
518080103 Barlup, Richard, Address Intentionally Omitted
518080105 Barner, Shane, Address Intentionally Omitted
518080106 Barnes, Bernard, Address Intentionally Omitted
518080107 Barnes, Catina, Address Intentionally Omitted
518080108 Barnes, Celia, Address Intentionally Omitted
518080109 Barnes, Charles, Address Intentionally Omitted
518080110 Barnes, Dee, Address Intentionally Omitted
518080111 Barnes, Jasmine, Address Intentionally Omitted
518080112 Barnes, Kevin, Address Intentionally Omitted
518080113 Barnes, Kyle, Address Intentionally Omitted
518080114 Barnes, Larz, Address Intentionally Omitted
518080115 Barnes, Michael, Address Intentionally Omitted
518080116 Barnes, Norman, Address Intentionally Omitted
518080117 Barnes, Shay, Address Intentionally Omitted
518080118 Barnette, Heather, Address Intentionally Omitted
518080119 Barnhart, Brandon, Address Intentionally Omitted
518080120 Barnhart, Thomas, Address Intentionally Omitted
518080121 Barnier, Albert, Address Intentionally Omitted
518080124 Barr, Cedrick, Address Intentionally Omitted
518080125 Barr, Ryan, Address Intentionally Omitted
518080126 Barre, Awke, Address Intentionally Omitted
518080128 Barrett, Christopher, Address Intentionally Omitted
518080129 Barrett, James, Address Intentionally Omitted
518080130 Barrett, Jermaine, Address Intentionally Omitted
518080131 Barrett, Kathleen, Address Intentionally Omitted
518080132 Barrett, Paul, Address Intentionally Omitted
518080133 Barrett, Rohan, Address Intentionally Omitted
518080136 Barrientos, Marlon, Address Intentionally Omitted
518080137 Barrientos, Vicente, Address Intentionally Omitted
518080138 Barrios, Wesley, Address Intentionally Omitted
518080139 Barros, Nelson, Address Intentionally Omitted
518080140 Barrott, Penny, Address Intentionally Omitted
518080142 Barry, Christopher, Address Intentionally Omitted
518080143 Barry, Emily, Address Intentionally Omitted
518080144 Barry, Hassane, Address Intentionally Omitted
518080145 Barszczewski, Adam, Address Intentionally Omitted
518080146 Bartko, Daryl, Address Intentionally Omitted
518080149 Bartoli, Ralph, Address Intentionally Omitted
518080150 Barton, Bryan, Address Intentionally Omitted
518080151 Barton, Gregory, Address Intentionally Omitted
518080152 Barton, Wayne, Address Intentionally Omitted
518080153 Bartone, Robert, Address Intentionally Omitted
518080156 Bascombe, Furlance, Address Intentionally Omitted
518080158 Base, Adam, Address Intentionally Omitted
518080164 Bashore, Justin, Address Intentionally Omitted
518080166 Basilicata, Carmine, Address Intentionally Omitted
518080167 Basiliere, David, Address Intentionally Omitted
518080168 Baskerville, Harold, Address Intentionally Omitted
518080169 Baskiewicz, Jesse, Address Intentionally Omitted
518080170 Bassett, Bradley, Address Intentionally Omitted
518080171 Bassett, Dexter, Address Intentionally Omitted
518080172 Basso, Anthony, Address Intentionally Omitted
518080173 Bastek, Christine, Address Intentionally Omitted
518080174 Bastelli, Mark, Address Intentionally Omitted
518080176 Bastian, Kendall, Address Intentionally Omitted
518080178 Bates, Dan, Address Intentionally Omitted
518080179 Bates, Samuel, Address Intentionally Omitted
518080182 Batioja, Luis, Address Intentionally Omitted
518080183 Batista, Cory, Address Intentionally Omitted
518080184 Batista, Elbis, Address Intentionally Omitted
518080185 Batista, William, Address Intentionally Omitted
518080186 Battaglia, Robert, Address Intentionally Omitted
518080187 Batten, Johnnie, Address Intentionally Omitted
518080189 Battin, Robert, Address Intentionally Omitted
518080190 Battis, Jeffrey, Address Intentionally Omitted

***** BYPASSED RECIPIENTS (continued) *****

518080191 Battle, Anthony, Address Intentionally Omitted
518080192 Batts, Amirah, Address Intentionally Omitted
518080193 Batts, Iesha, Address Intentionally Omitted
518080194 Batts, William, Address Intentionally Omitted
518080195 Baublitz, Walter, Address Intentionally Omitted
518080196 Bauder, Kerry, Address Intentionally Omitted
518080197 Bauer, Frank, Address Intentionally Omitted
518080198 Baughman, Stephen, Address Intentionally Omitted
518080199 Baumbach, Jonathan, Address Intentionally Omitted
518080201 Baumgarden, Timothy, Address Intentionally Omitted
518080202 Bautista, Christopher, Address Intentionally Omitted
518080203 Bautista, Jose, Address Intentionally Omitted
518080204 Bavoso, Mary Ann, Address Intentionally Omitted
518080211 Bayer, Cecil, Address Intentionally Omitted
518080221 Bazile, Jaquan, Address Intentionally Omitted
518080222 Bazile, Reynaldo, Address Intentionally Omitted
518080226 Beaghley, George, Address Intentionally Omitted
518080227 Beal, Charles, Address Intentionally Omitted
518080228 Bealer, Isaiah, Address Intentionally Omitted
518080230 Bean, James, Address Intentionally Omitted
518080231 Bean, Jason, Address Intentionally Omitted
518080233 Bean, Tyler, Address Intentionally Omitted
518080238 Bear, Austin, Address Intentionally Omitted
518080239 Beard, Ronnie, Address Intentionally Omitted
518080240 Beard, Temar, Address Intentionally Omitted
518080241 Beard, Tyshawn, Address Intentionally Omitted
518080242 Beasley, Damond, Address Intentionally Omitted
518080243 Beasley, Marvin, Address Intentionally Omitted
518080244 Beasley, Ronald, Address Intentionally Omitted
518080245 Beauchamp, Richard, Address Intentionally Omitted
518080246 Beauchesne, Reed, Address Intentionally Omitted
518080247 Beaulieu, Kevin, Address Intentionally Omitted
518080248 Beaulieu, Mark, Address Intentionally Omitted
518080250 Beaver, Codey, Address Intentionally Omitted
518080252 Becerra, Luis, Address Intentionally Omitted
518080253 Bechard, Glenn, Address Intentionally Omitted
518080254 Bechtel, William, Address Intentionally Omitted
518080255 Beck, James, Address Intentionally Omitted
518080256 Beck, Shawn, Address Intentionally Omitted
518080257 Beck, Steven, Address Intentionally Omitted
518080258 Becker, John, Address Intentionally Omitted
518080259 Becker, Mark, Address Intentionally Omitted
518080260 Becker, Richard, Address Intentionally Omitted
518080261 Beckles, Roylon, Address Intentionally Omitted
518080267 Bedard, Paul, Address Intentionally Omitted
518080269 Bedford, Dean, Address Intentionally Omitted
518080270 Bednasz, Owen, Address Intentionally Omitted
518080271 Bedregal, Jessyca, Address Intentionally Omitted
518080272 Beecy, Michael, Address Intentionally Omitted
518080274 Beeker, Christopher, Address Intentionally Omitted
518080275 Beeks, Qaasim, Address Intentionally Omitted
518080276 Beeks, Talib, Address Intentionally Omitted
518080277 Beelman, Samuel, Address Intentionally Omitted
518080279 Beers, Christopher, Address Intentionally Omitted
518080280 Behnke, Hunter, Address Intentionally Omitted
518080282 Behrik, Tracy, Address Intentionally Omitted
518080284 Beiersdorf, Allyson, Address Intentionally Omitted
518080286 Bekelesky, John, Address Intentionally Omitted
518080287 Bekteshi, Orhan, Address Intentionally Omitted
518080291 Belcher, Allan, Address Intentionally Omitted
518080293 Belin, Brian, Address Intentionally Omitted
518080294 Beliveau, Brandon, Address Intentionally Omitted
518080299 Bell, Brian, Address Intentionally Omitted
518080300 Bell, Corey, Address Intentionally Omitted
518080301 Bell, Cynthia, Address Intentionally Omitted
518080302 Bell, Irwin, Address Intentionally Omitted
518080303 Bell, James, Address Intentionally Omitted
518080304 Bell, Jeremie, Address Intentionally Omitted
518080305 Bell, Jeremy, Address Intentionally Omitted
518080306 Bell, Kenneth, Address Intentionally Omitted
518080307 Bell, Michael, Address Intentionally Omitted
518080308 Bell, Paul, Address Intentionally Omitted
518080309 Bell, Steven, Address Intentionally Omitted
518080310 Bell, Tyler, Address Intentionally Omitted
518080311 Bell, Wilbert, Address Intentionally Omitted
518080312 Bellinger, Derek, Address Intentionally Omitted
518080317 Belmonte, John, Address Intentionally Omitted
518080318 Belmore, Kenneth, Address Intentionally Omitted
518080319 Belmore, Ralph, Address Intentionally Omitted

***** BYPASSED RECIPIENTS (continued) *****

518080320 Belton, Duwayne, Address Intentionally Omitted
518080321 Beltra, Branden, Address Intentionally Omitted
518080322 Beltran, Francis, Address Intentionally Omitted
518080325 Belyea, Kenneth, Address Intentionally Omitted
518080328 Benavides, Jorge, Address Intentionally Omitted
518080329 Benavides, Jose, Address Intentionally Omitted
518080330 Benavides, Lisette, Address Intentionally Omitted
518080334 Bender, Shyrl, Address Intentionally Omitted
518080335 Benderawicz, James, Address Intentionally Omitted
518080337 Benique, Armando, Address Intentionally Omitted
518080338 Benitez, Hugo, Address Intentionally Omitted
518080342 Benjamin, Allen, Address Intentionally Omitted
518080343 Benjamin, Eric, Address Intentionally Omitted
518080344 Benmeziane, Alexandria, Address Intentionally Omitted
518080346 Bennett, Brenton, Address Intentionally Omitted
518080347 Bennett, Caileigh, Address Intentionally Omitted
518080348 Bennett, Denzel, Address Intentionally Omitted
518080349 Bennett, Jessie, Address Intentionally Omitted
518080350 Bennett, Lisa, Address Intentionally Omitted
518080351 Bennett, Marc, Address Intentionally Omitted
518080352 Bennett, Sylrenzo, Address Intentionally Omitted
518080353 Bennington, Shannon, Address Intentionally Omitted
518080354 Benoit, Daniel, Address Intentionally Omitted
518080355 Benoit, Paul, Address Intentionally Omitted
518080356 Bent, Dale, Address Intentionally Omitted
518080359 Bentley, Gary, Address Intentionally Omitted
518080360 Bentley, James, Address Intentionally Omitted
518080361 Bentley, Timothy, Address Intentionally Omitted
518080362 Bento, Jose, Address Intentionally Omitted
518080363 Benwell, Christopher, Address Intentionally Omitted
518080364 Berardi, Rhonda, Address Intentionally Omitted
518080365 Beresford, Edward, Address Intentionally Omitted
518080366 Berg, Randy, Address Intentionally Omitted
518080367 Berger, Derick, Address Intentionally Omitted
518080368 Berger, Robert, Address Intentionally Omitted
518080369 Bergeron, Andre, Address Intentionally Omitted
518080370 Bergeron, Michael, Address Intentionally Omitted
518080374 Berglund, Regina, Address Intentionally Omitted
518080377 Berkery, Terrance, Address Intentionally Omitted
518080381 Berkley, Anthony, Address Intentionally Omitted
518080385 Berling, Keith, Address Intentionally Omitted
518080386 Berman, Yevgeny, Address Intentionally Omitted
518080387 Bernaiche, Darrell, Address Intentionally Omitted
518080388 Bernardi, Joedy, Address Intentionally Omitted
518080389 Bernhofer, Garret, Address Intentionally Omitted
518080390 Bernier, Robert, Address Intentionally Omitted
518080393 Berry, Garland, Address Intentionally Omitted
518080394 Berry, Justin, Address Intentionally Omitted
518080395 Berry, Nathan, Address Intentionally Omitted
518080396 Berry, Reuben, Address Intentionally Omitted
518080397 Berry, Storm, Address Intentionally Omitted
518080398 Berry, Teon, Address Intentionally Omitted
518080399 Berry, Zackary, Address Intentionally Omitted
518080400 Bert, Frank, Address Intentionally Omitted
518080401 Bertin, Aaron, Address Intentionally Omitted
518080402 Bertozzi, Deborah, Address Intentionally Omitted
518080405 Beshore, Dennis, Address Intentionally Omitted
518080406 Beshore, Jeffrey, Address Intentionally Omitted
518080407 Bess, Michael, Address Intentionally Omitted
518080408 Bess, Samuel, Address Intentionally Omitted
518080415 Best, Marsha, Address Intentionally Omitted
518080416 Bestman, Joseph, Address Intentionally Omitted
518080419 Betances, Julio, Address Intentionally Omitted
518080423 Bethea, Leroy, Address Intentionally Omitted
518080425 Bethel, David, Address Intentionally Omitted
518080429 Bettencourt, Ellen, Address Intentionally Omitted
518080431 Betz, Michael, Address Intentionally Omitted
518080432 Betz, Timothy, Address Intentionally Omitted
518080434 Bevenour, Keith, Address Intentionally Omitted
518080435 Beyer, Gary, Address Intentionally Omitted
518080445 Bianchi, Michael, Address Intentionally Omitted
518080446 Bianchi, Samantha, Address Intentionally Omitted
518080447 Bibbs, Walter, Address Intentionally Omitted
518080448 Bibiano Salgado, Gabriel, Address Intentionally Omitted
518080450 Bickel, Michael, Address Intentionally Omitted
518080451 Biddle, Marshall, Address Intentionally Omitted
518080452 Biddle, Matthew, Address Intentionally Omitted
518080453 Biechman, Desmond, Address Intentionally Omitted
518080454 Biehl, James, Address Intentionally Omitted

***** BYPASSED RECIPIENTS (continued) *****

518080455 Bieler, Daniel, Address Intentionally Omitted
518080457 Biermaas, Christopher, Address Intentionally Omitted
518080459 Bietz, Erik, Address Intentionally Omitted
518080467 Bigelow, Romero, Address Intentionally Omitted
518080470 Bilak, Jillian, Address Intentionally Omitted
518080471 Bilancione, Armando, Address Intentionally Omitted
518080474 Bilis, Arthur, Address Intentionally Omitted
518080479 Billone, Frank, Address Intentionally Omitted
518080480 Billops, Walter, Address Intentionally Omitted
518080484 Bilodeau, Mark, Address Intentionally Omitted
518080485 Bilski, Michael, Address Intentionally Omitted
518080486 Binder, Dennis, Address Intentionally Omitted
518080488 Binnington, Gerald, Address Intentionally Omitted
518080494 Biondo, Matthew, Address Intentionally Omitted
518080497 Birath, Lawrence, Address Intentionally Omitted
518080498 Birks, Daniel, Address Intentionally Omitted
518080499 Bis, Jacek, Address Intentionally Omitted
518080500 Bisceglia, James, Address Intentionally Omitted
518080503 Bishop, Andrew, Address Intentionally Omitted
518080504 Bishop, Connor, Address Intentionally Omitted
518080505 Bishop, Danyell, Address Intentionally Omitted
518080506 Bisserette, Jerry, Address Intentionally Omitted
518080507 Bisson, Kevin, Address Intentionally Omitted
518080508 Bissonette, Andrew, Address Intentionally Omitted
518080509 Bitsko, Thomas, Address Intentionally Omitted
518080510 Bittenbender, Jennifer, Address Intentionally Omitted
518080511 Bitto, Stephen, Address Intentionally Omitted
518080512 Bizien, Marcel, Address Intentionally Omitted
518080521 Black, Angel, Address Intentionally Omitted
518080522 Black, Billy, Address Intentionally Omitted
518080523 Black, Dustin, Address Intentionally Omitted
518080524 Black, Gary, Address Intentionally Omitted
518080525 Black, Robert, Address Intentionally Omitted
518080526 Blackburn, Matthew, Address Intentionally Omitted
518080529 Blacknall, Damon, Address Intentionally Omitted
518080530 Blackshear, Devaughn, Address Intentionally Omitted
518080531 Blackstone, Michael, Address Intentionally Omitted
518080532 Blackwell, Andre, Address Intentionally Omitted
518080533 Blackwell, Ivory, Address Intentionally Omitted
518080534 Blackwell, Johnnie, Address Intentionally Omitted
518080535 Blackwell, Kelsey, Address Intentionally Omitted
518080536 Blades, Conner, Address Intentionally Omitted
518080537 Blaine, Eric, Address Intentionally Omitted
518080538 Blair, Jared, Address Intentionally Omitted
518080539 Blais, Stephanie, Address Intentionally Omitted
518080540 Blake, John, Address Intentionally Omitted
518080541 Blakey, Malik, Address Intentionally Omitted
518080544 Blanchard, Pamela, Address Intentionally Omitted
518080545 Blanco, Robin, Address Intentionally Omitted
518080546 Blanding, Donald, Address Intentionally Omitted
518080547 Blankenship, Jimmy, Address Intentionally Omitted
518080548 Blasczienski, Caleb, Address Intentionally Omitted
518080549 Blasko, Matthew, Address Intentionally Omitted
518080551 Blevins, Tiffaney, Address Intentionally Omitted
518080552 Bliss, Charles, Address Intentionally Omitted
518080553 Bliss, Nathaniel, Address Intentionally Omitted
518080554 Blizzard, Timothy, Address Intentionally Omitted
518080555 Blocker, Steven, Address Intentionally Omitted
518080556 Bloodworth, Hasonne, Address Intentionally Omitted
518080559 Blossom, Roger, Address Intentionally Omitted
518080560 Blot, Victor, Address Intentionally Omitted
518080562 Blubaugh, Derek, Address Intentionally Omitted
518080577 Blythe, Carlton, Address Intentionally Omitted
518080584 Boateng, William, Address Intentionally Omitted
518080589 Bobb, Andrew, Address Intentionally Omitted
518080590 Bobe, Efren, Address Intentionally Omitted
518080597 Bobst, Floyd, Address Intentionally Omitted
518080598 Bocan, Christina, Address Intentionally Omitted
518080599 Bock, Katelynn, Address Intentionally Omitted
518080600 Bockhol, Jeffrey, Address Intentionally Omitted
518080601 Bocock, Zacharia, Address Intentionally Omitted
518080603 Boden, Michael, Address Intentionally Omitted
518080604 Bodine, Justin, Address Intentionally Omitted
518080605 Body, Shanteau, Address Intentionally Omitted
518080606 Bogans, Lamont, Address Intentionally Omitted
518080607 Boger, Brian, Address Intentionally Omitted
518080608 Boggiatto, Kara, Address Intentionally Omitted
518080609 Bogin, Anthony, Address Intentionally Omitted
518080610 Bogush, Brandi, Address Intentionally Omitted

***** BYPASSED RECIPIENTS (continued) *****

518080611 Boguski, Robert, Address Intentionally Omitted
518080612 Bohland, Charles, Address Intentionally Omitted
518080613 Bohn, Destinie, Address Intentionally Omitted
518080614 Boinski, Gerard, Address Intentionally Omitted
518080616 Boland, Patrick, Address Intentionally Omitted
518080618 Bollea, Horacio, Address Intentionally Omitted
518080619 Bollinger, Ashley, Address Intentionally Omitted
518080620 Bollinger, Brian, Address Intentionally Omitted
518080621 Bolotte, Christopher, Address Intentionally Omitted
518080622 Bolser, Bailey, Address Intentionally Omitted
518080624 Bolyard, Charles, Address Intentionally Omitted
518080625 Bomar, Melvin, Address Intentionally Omitted
518080627 Bomia, Brent, Address Intentionally Omitted
518080630 Bonacarti, Melissa, Address Intentionally Omitted
518080631 Bonaiuto, Mary Jo, Address Intentionally Omitted
518080632 Bonaker, Natasha, Address Intentionally Omitted
518080633 Bonavito, Louis, Address Intentionally Omitted
518080634 Bond, Glenn, Address Intentionally Omitted
518080635 Bond, Gregory, Address Intentionally Omitted
518080636 Bond, Jamel, Address Intentionally Omitted
518080637 Bonds, Chris, Address Intentionally Omitted
518080638 Bonds, Lajaune, Address Intentionally Omitted
518080639 Bonhage, Blake, Address Intentionally Omitted
518080640 Bonia, Scott, Address Intentionally Omitted
518080641 Boniecki, Melissa, Address Intentionally Omitted
518080642 Bonilla, Jessica, Address Intentionally Omitted
518080643 Bonilla, Yaritza, Address Intentionally Omitted
518080644 Bonnell, Ronald, Address Intentionally Omitted
518080645 Bonner, Roy, Address Intentionally Omitted
518080647 Bood, David, Address Intentionally Omitted
518080648 Boodhoo, Paul, Address Intentionally Omitted
518080649 Bookbinder, Mitchell, Address Intentionally Omitted
518080650 Booker, Eric, Address Intentionally Omitted
518080651 Booker, Freddie, Address Intentionally Omitted
518080652 Bookhart, Gerard, Address Intentionally Omitted
518080653 Bookhart, Tyrell, Address Intentionally Omitted
518080654 Boone, Andrew, Address Intentionally Omitted
518080655 Boone, Garrett, Address Intentionally Omitted
518080656 Boone, Zachary, Address Intentionally Omitted
518080658 Boose, Brandon, Address Intentionally Omitted
518080661 Borbor, Felix, Address Intentionally Omitted
518080663 Borges, Ivan, Address Intentionally Omitted
518080664 Borges, Ruben, Address Intentionally Omitted
518080665 Borges, Tom, Address Intentionally Omitted
518080666 Borghi, Brett, Address Intentionally Omitted
518080667 Borja, Henry, Address Intentionally Omitted
518080668 Borkland, Jeffrey, Address Intentionally Omitted
518080677 Borowiak, Tomasz, Address Intentionally Omitted
518080678 Borrero, Carlos, Address Intentionally Omitted
518080680 Borski, William, Address Intentionally Omitted
518080683 Borza, Kevin, Address Intentionally Omitted
518080689 Bosely, Kevin, Address Intentionally Omitted
518080691 Boslet, Richard, Address Intentionally Omitted
518080695 Bostic, Warren, Address Intentionally Omitted
518080696 Bostick, Frederick, Address Intentionally Omitted
518080697 Bostick, Shaquille, Address Intentionally Omitted
518080702 Boston, Chase, Address Intentionally Omitted
518080703 Bosworth, Kevin, Address Intentionally Omitted
518080709 Bouchard, Mario, Address Intentionally Omitted
518080711 Boucher, Timothy, Address Intentionally Omitted
518080712 Bouhad, Hecham, Address Intentionally Omitted
518080713 Boulay, Joshua, Address Intentionally Omitted
518080716 Bounds, Charles, Address Intentionally Omitted
518080717 Bourassa, Ronald, Address Intentionally Omitted
518080718 Bourdeau, Harvey, Address Intentionally Omitted
518080719 Bourey, Andrew, Address Intentionally Omitted
518080720 Bournias, James, Address Intentionally Omitted
518080721 Bournival, Rose, Address Intentionally Omitted
518080722 Boutin, William, Address Intentionally Omitted
518080723 Bove, Joseph, Address Intentionally Omitted
518080724 Boven, Dale, Address Intentionally Omitted
518080727 Bowden, Richard, Address Intentionally Omitted
518080728 Bowden, Russell, Address Intentionally Omitted
518080729 Bowden, Samuel, Address Intentionally Omitted
518080730 Bowen, Ocie, Address Intentionally Omitted
518080731 Bowen, Tiffany, Address Intentionally Omitted
518080732 Bower, Jesse, Address Intentionally Omitted
518080733 Bowers, Andrew, Address Intentionally Omitted
518080734 Bowers, Arianna, Address Intentionally Omitted

***** BYPASSED RECIPIENTS (continued) *****
518080735 Bowers, Gene, Address Intentionally Omitted
518080736 Bowers, Joshua, Address Intentionally Omitted
518080737 Bowers, Maria, Address Intentionally Omitted
518080738 Bowley, Russell, Address Intentionally Omitted
518080739 Bowling, Angela, Address Intentionally Omitted
518080743 Bowman, David, Address Intentionally Omitted
518080744 Bowman, James, Address Intentionally Omitted
518080745 Bowman, Larry, Address Intentionally Omitted
518080746 Bowman, Mary, Address Intentionally Omitted
518080747 Bowman, Matthew, Address Intentionally Omitted
518080748 Bowman, Matthew, Address Intentionally Omitted
518080749 Bowman, William, Address Intentionally Omitted
518080750 Bowser, Eddie, Address Intentionally Omitted
518080755 Boyce, Eric, Address Intentionally Omitted
518080757 Boyd, Danielle, Address Intentionally Omitted
518080758 Boyd, Kayson, Address Intentionally Omitted
518080759 Boyd, Leroy, Address Intentionally Omitted
518080760 Boyd, Quantel, Address Intentionally Omitted
518080763 Boyer, Jamal, Address Intentionally Omitted
518080764 Boykin, Tyrone, Address Intentionally Omitted
518080765 Boykins, Joseph, Address Intentionally Omitted
518080767 Boyle, Matthew, Address Intentionally Omitted
518080769 Boynton, Matthew, Address Intentionally Omitted
518080770 Bozdag, Haci, Address Intentionally Omitted
518080773 Brackett, Darrell, Address Intentionally Omitted
518080774 Brackett, William, Address Intentionally Omitted
518080775 Brackins, Brian, Address Intentionally Omitted
518080776 Bracy, Horace, Address Intentionally Omitted
518080781 Bradley, Charles, Address Intentionally Omitted
518080782 Bradley, Tobias, Address Intentionally Omitted
518080783 Bradley-stephens, Monea Desour, Address Intentionally Omitted
518080784 Bradshaw, David, Address Intentionally Omitted
518080785 Bradshaw, Derrick, Address Intentionally Omitted
518080786 Bragg, Demetre, Address Intentionally Omitted
518080787 Bragg, Jason, Address Intentionally Omitted
518080788 Bragg, Thomas, Address Intentionally Omitted
518080789 Brahmbhatt, Sudhir, Address Intentionally Omitted
518080792 Branch, Adam, Address Intentionally Omitted
518080793 Branch, Azuri, Address Intentionally Omitted
518080794 Brancho, Erik, Address Intentionally Omitted
518080796 Brandli, Alan, Address Intentionally Omitted
518080797 Brandon-porter, Garland, Address Intentionally Omitted
518080798 Brandt, Robert, Address Intentionally Omitted
518080799 Brannan, Thomas, Address Intentionally Omitted
518080800 Brantner, Jason, Address Intentionally Omitted
518080801 Brantner, Joel, Address Intentionally Omitted
518080802 Braschi, William, Address Intentionally Omitted
518080803 Braswell, Ian, Address Intentionally Omitted
518080805 Braxton, Mark, Address Intentionally Omitted
518080806 Bray, Jerry, Address Intentionally Omitted
518080807 Brazeau, Scott, Address Intentionally Omitted
518080808 Brazell, Amanda, Address Intentionally Omitted
518080809 Brechbiel, Derreck, Address Intentionally Omitted
518080811 Breeden, Woodrow, Address Intentionally Omitted
518080812 Breedy, Winston, Address Intentionally Omitted
518080813 Breen, Kenneth, Address Intentionally Omitted
518080814 Breeze, Robert, Address Intentionally Omitted
518080816 Breiner, Johnathan, Address Intentionally Omitted
518080817 Bren, Charlene, Address Intentionally Omitted
518080821 Brennan, Richard, Address Intentionally Omitted
518080822 Breski, Steven, Address Intentionally Omitted
518080823 Bresnahan, Michael, Address Intentionally Omitted
518080831 Bretz, Jeffery, Address Intentionally Omitted
518080833 Brevo, Jennie, Address Intentionally Omitted
518080834 Brewer, Melanie, Address Intentionally Omitted
518080835 Brewer, Steven, Address Intentionally Omitted
518080836 Brewer, Steven, Address Intentionally Omitted
518080838 Brewster, Andrew, Address Intentionally Omitted
518080848 Brice, Drew, Address Intentionally Omitted
518080849 Brickner, Benjamin, Address Intentionally Omitted
518080850 Brideson, Travis, Address Intentionally Omitted
518080855 Bridges, Jonathan, Address Intentionally Omitted
518080860 Briggs, Howard, Address Intentionally Omitted
518080861 Briggs, Jason, Address Intentionally Omitted
518080862 Briggs, Jason, Address Intentionally Omitted
518080865 Bright, Arthur, Address Intentionally Omitted
518080866 Bright, William, Address Intentionally Omitted
518080867 Brill, Milton, Address Intentionally Omitted
518080869 Brink, Daniel, Address Intentionally Omitted

***** BYPASSED RECIPIENTS (continued) *****

518080870 Brinker, Daniel, Address Intentionally Omitted
518080871 Brinkley, Clinton, Address Intentionally Omitted
518080873 Brisco, Darrick, Address Intentionally Omitted
518080874 Briscoe, Vernal, Address Intentionally Omitted
518080878 Bristol, Iziyah, Address Intentionally Omitted
518080880 Brito, Edson, Address Intentionally Omitted
518080881 Brito, Ricardo, Address Intentionally Omitted
518080883 Britton, Brian, Address Intentionally Omitted
518080884 Britton, Charles, Address Intentionally Omitted
518080885 Britton, Tamara, Address Intentionally Omitted
518080886 Brizard, Edward, Address Intentionally Omitted
518080889 Broaddus, Nelson, Address Intentionally Omitted
518080890 Broadhurst, Tameka, Address Intentionally Omitted
518080891 Broadnax, Michael, Address Intentionally Omitted
518080896 Brock, Lisa, Address Intentionally Omitted
518080897 Brock-milne, Timothy, Address Intentionally Omitted
518080898 Brockett, Mark, Address Intentionally Omitted
518080899 Brockhouse, Darren, Address Intentionally Omitted
518080900 Brockington, Herbert, Address Intentionally Omitted
518080904 Brogunier, Brian, Address Intentionally Omitted
518080907 Bromley, Brandon, Address Intentionally Omitted
518080908 Bronston, Marvin, Address Intentionally Omitted
518080911 Brooks, Andre, Address Intentionally Omitted
518080912 Brooks, Charles, Address Intentionally Omitted
518080913 Brooks, Curtis, Address Intentionally Omitted
518080914 Brooks, Derrick, Address Intentionally Omitted
518080915 Brooks, Gregory, Address Intentionally Omitted
518080916 Brooks, Marco, Address Intentionally Omitted
518080917 Brooks, Niki, Address Intentionally Omitted
518080918 Brooks, Robert, Address Intentionally Omitted
518080919 Brooks, Rosevelt, Address Intentionally Omitted
518080920 Brooks, Shameka, Address Intentionally Omitted
518080921 Brookshire, Frankie, Address Intentionally Omitted
518080922 Broomfield, Horandy, Address Intentionally Omitted
518080923 Broschart, Ronald, Address Intentionally Omitted
518080925 Brotherson, Anthony, Address Intentionally Omitted
518080926 Brotherton, Travis, Address Intentionally Omitted
518080927 Broughton, Harry, Address Intentionally Omitted
518080928 Brousseau, Alexander, Address Intentionally Omitted
518080929 Brousseau, Kenneth, Address Intentionally Omitted
518080933 Brown, Abel, Address Intentionally Omitted
518080934 Brown, Andrae, Address Intentionally Omitted
518080935 Brown, Andrew, Address Intentionally Omitted
518080936 Brown, Asha, Address Intentionally Omitted
518080937 Brown, Barry, Address Intentionally Omitted
518080938 Brown, Benjamin, Address Intentionally Omitted
518080939 Brown, Brandon, Address Intentionally Omitted
518080940 Brown, Calvin, Address Intentionally Omitted
518080941 Brown, Christopher, Address Intentionally Omitted
518080942 Brown, Christopher, Address Intentionally Omitted
518080943 Brown, Curtis, Address Intentionally Omitted
518080944 Brown, Damon, Address Intentionally Omitted
518080945 Brown, Darian, Address Intentionally Omitted
518080946 Brown, Darren, Address Intentionally Omitted
518080947 Brown, David, Address Intentionally Omitted
518080948 Brown, David, Address Intentionally Omitted
518080949 Brown, Denise, Address Intentionally Omitted
518080950 Brown, Edward, Address Intentionally Omitted
518080951 Brown, Jamie, Address Intentionally Omitted
518080952 Brown, John, Address Intentionally Omitted
518080953 Brown, Joseph, Address Intentionally Omitted
518080954 Brown, Kimberly, Address Intentionally Omitted
518080955 Brown, Lanice, Address Intentionally Omitted
518080956 Brown, Marcus, Address Intentionally Omitted
518080957 Brown, Maria, Address Intentionally Omitted
518080958 Brown, Nathan, Address Intentionally Omitted
518080959 Brown, Nazir, Address Intentionally Omitted
518080960 Brown, Neil, Address Intentionally Omitted
518080961 Brown, Rahn, Address Intentionally Omitted
518080962 Brown, Ralph, Address Intentionally Omitted
518080963 Brown, Randy, Address Intentionally Omitted
518080964 Brown, Rick, Address Intentionally Omitted
518080965 Brown, Susan, Address Intentionally Omitted
518080966 Brown, Traimar, Address Intentionally Omitted
518080967 Brown, Tyler, Address Intentionally Omitted
518080968 Brown, Weeladdie, Address Intentionally Omitted
518080969 Brown, William, Address Intentionally Omitted
518080970 Brown-harden, Maurice, Address Intentionally Omitted
518080971 Brown-mayer, Dylan, Address Intentionally Omitted

***** BYPASSED RECIPIENTS (continued) *****

518080972 Brownell, Rodney, Address Intentionally Omitted
518080973 Browning, Ronald, Address Intentionally Omitted
518080974 Brownlee, Theresa, Address Intentionally Omitted
518080975 Broyles, Lisa, Address Intentionally Omitted
518080976 Brucato, Christopher, Address Intentionally Omitted
518080978 Bruce, David, Address Intentionally Omitted
518080979 Bruce, David, Address Intentionally Omitted
518080980 Bruce, Donald, Address Intentionally Omitted
518080981 Bruce, Gary, Address Intentionally Omitted
518080982 Bruhn, Steven, Address Intentionally Omitted
518080983 Brumfield, Larry, Address Intentionally Omitted
518080984 Brumley, Margaret, Address Intentionally Omitted
518080985 Brun, Richard, Address Intentionally Omitted
518080986 Brundage, Lucius, Address Intentionally Omitted
518080987 Brunelle, Marshall, Address Intentionally Omitted
518080989 Brunette, Khristy, Address Intentionally Omitted
518080990 Brunick, Justin, Address Intentionally Omitted
518080991 Bruno, Rolando, Address Intentionally Omitted
518080993 Bruns, Daniel, Address Intentionally Omitted
518080994 Brunton, Clark, Address Intentionally Omitted
518080996 Brush, Thomas, Address Intentionally Omitted
518080997 Bruveris, Ron, Address Intentionally Omitted
518080998 Bruynell, Lori, Address Intentionally Omitted
518081001 Bryan, Desmond, Address Intentionally Omitted
518081002 Bryan, William, Address Intentionally Omitted
518081003 Bryant, Douglas, Address Intentionally Omitted
518081004 Bryant, John, Address Intentionally Omitted
518081005 Bryant, Lena, Address Intentionally Omitted
518081006 Bryant, Marion, Address Intentionally Omitted
518081007 Bryant, Robert, Address Intentionally Omitted
518081008 Bryant, Roger, Address Intentionally Omitted
518081009 Bryant, Shauna, Address Intentionally Omitted
518081010 Bryant, Xavier, Address Intentionally Omitted
518081011 Bryfogle, Matthew, Address Intentionally Omitted
518081016 Bubier, Christopher, Address Intentionally Omitted
518081017 Bubier, Stanley, Address Intentionally Omitted
518081018 Bucceroni, Cathleen, Address Intentionally Omitted
518081019 Bucceroni, Kathleen, Address Intentionally Omitted
518081020 Bucco, Rocco, Address Intentionally Omitted
518081021 Buchanan, Keyanna, Address Intentionally Omitted
518081022 Buchanan, Michael, Address Intentionally Omitted
518081023 Buchanan, Stacy, Address Intentionally Omitted
518081025 Buck, Frank, Address Intentionally Omitted
518081026 Buck, Kathleen, Address Intentionally Omitted
518081027 Buckel, Don, Address Intentionally Omitted
518081030 Buckley, Edward, Address Intentionally Omitted
518081031 Buckley, Joseph, Address Intentionally Omitted
518081034 Buening, John, Address Intentionally Omitted
518081035 Bueno, Inglebert, Address Intentionally Omitted
518081039 Buffington, Christian, Address Intentionally Omitted
518081040 Bufford, Tangela, Address Intentionally Omitted
518081045 Buissereth, Joseph, Address Intentionally Omitted
518081047 Buli, Brian, Address Intentionally Omitted
518081048 Buli, Jacob, Address Intentionally Omitted
518081049 Bull, Catherine, Address Intentionally Omitted
518081050 Bull, James, Address Intentionally Omitted
518081051 Bull, Jennifer, Address Intentionally Omitted
518081052 Bulle, Kenneth, Address Intentionally Omitted
518081054 Bullinger, George, Address Intentionally Omitted
518081055 Bullock, Nicole, Address Intentionally Omitted
518081056 Bump, Robert, Address Intentionally Omitted
518081057 Bunce, Joel, Address Intentionally Omitted
518081058 Bunney, Laurie, Address Intentionally Omitted
518081059 Bunt, Jeffrey, Address Intentionally Omitted
518081060 Bunt, Jeffrey, Address Intentionally Omitted
518081072 Burch, Liam, Address Intentionally Omitted
518081073 Burch, William, Address Intentionally Omitted
518081074 Burcham, Herbert, Address Intentionally Omitted
518081075 Burcham, John, Address Intentionally Omitted
518081076 Burdette, Justin, Address Intentionally Omitted
518081077 Burdiak, Michael, Address Intentionally Omitted
518081078 Burdick, Greg, Address Intentionally Omitted
518081079 Burdo, Randy, Address Intentionally Omitted
518081082 Burford, Rafael, Address Intentionally Omitted
518081083 Burgard, Tyler, Address Intentionally Omitted
518081084 Burgess, Darius, Address Intentionally Omitted
518081085 Burgess, Padre, Address Intentionally Omitted
518081086 Burgett, Brandon, Address Intentionally Omitted
518081087 Burgman, Jason, Address Intentionally Omitted

***** BYPASSED RECIPIENTS (continued) *****

518081088 Burgos, Robert, Address Intentionally Omitted
518081091 Burke, Gregory, Address Intentionally Omitted
518081092 Burke, Raymond, Address Intentionally Omitted
518081093 Burke, Rennay, Address Intentionally Omitted
518081094 Burkett, Justin, Address Intentionally Omitted
518081095 Burkhart, Jacob, Address Intentionally Omitted
518081096 Burkholder, Robert, Address Intentionally Omitted
518081097 Burks, Gregory, Address Intentionally Omitted
518081098 Burl, Joyce, Address Intentionally Omitted
518081099 Burley, Charles, Address Intentionally Omitted
518081100 Burlingame, Nicholas, Address Intentionally Omitted
518081109 Burnett, Thomas, Address Intentionally Omitted
518081110 Burnette, Trevon, Address Intentionally Omitted
518081112 Burnley, Briana, Address Intentionally Omitted
518081113 Burns, Giorgio, Address Intentionally Omitted
518081114 Burns, James, Address Intentionally Omitted
518081115 Burns, John, Address Intentionally Omitted
518081116 Burns, Jon, Address Intentionally Omitted
518081117 Burns, Steven, Address Intentionally Omitted
518081118 Burns, Terrence, Address Intentionally Omitted
518081119 Burns, Timothy, Address Intentionally Omitted
518081121 Burr, Robert, Address Intentionally Omitted
518081122 Burrell, Eric, Address Intentionally Omitted
518081123 Burroughs, Kito, Address Intentionally Omitted
518081124 Burroughs, Tyrone, Address Intentionally Omitted
518081127 Burton, Allyn, Address Intentionally Omitted
518081128 Burton, Anton, Address Intentionally Omitted
518081129 Burton, Kenneth, Address Intentionally Omitted
518081130 Busch, Dakota, Address Intentionally Omitted
518081135 Bush, Thomas, Address Intentionally Omitted
518081136 Bush, Turhan, Address Intentionally Omitted
518081137 Bushey, Daniel, Address Intentionally Omitted
518081138 Busi, Diorka, Address Intentionally Omitted
518081142 Bussey, Taroame, Address Intentionally Omitted
518081143 Butcher, Karriem, Address Intentionally Omitted
518081144 Buthy, John, Address Intentionally Omitted
518081146 Butler, Donavan, Address Intentionally Omitted
518081147 Butler, Eric, Address Intentionally Omitted
518081148 Butler, Haywood, Address Intentionally Omitted
518081149 Butler, Kevin, Address Intentionally Omitted
518081150 Butrico, Amanda, Address Intentionally Omitted
518081153 Butts, Cereal, Address Intentionally Omitted
518081154 Butts, Earl, Address Intentionally Omitted
518081155 Buxton, Tanganeeka, Address Intentionally Omitted
518081159 Buzzetta, Michele, Address Intentionally Omitted
518081161 Bybel, Christopher, Address Intentionally Omitted
518081162 Bybel, Sean, Address Intentionally Omitted
518081163 Byble, Edward, Address Intentionally Omitted
518081164 Bye, Jenna, Address Intentionally Omitted
518081167 Byra, Witold, Address Intentionally Omitted
518081168 Byrd, Tristin, Address Intentionally Omitted
518081169 Byrne, James, Address Intentionally Omitted
518081193 Caballero, Kamir, Address Intentionally Omitted
518081195 Cabil, Johnnie, Address Intentionally Omitted
518081197 Cabral, Ronald, Address Intentionally Omitted
518081198 Cabrera, Christopher, Address Intentionally Omitted
518081199 Cabrera, Cristian, Address Intentionally Omitted
518081200 Cabrera, Louis, Address Intentionally Omitted
518081201 Cabrera, Nakia, Address Intentionally Omitted
518081202 Cabrera, Yoel, Address Intentionally Omitted
518081207 Caceres, Wilmy, Address Intentionally Omitted
518081209 Cahill, Jamie, Address Intentionally Omitted
518081211 Cain, Brock, Address Intentionally Omitted
518081212 Cain, Christopher, Address Intentionally Omitted
518081213 Cain, Edward, Address Intentionally Omitted
518081214 Cain, Jeremy, Address Intentionally Omitted
518081217 Cajuste, Hevere, Address Intentionally Omitted
518081218 Calder, Edmund, Address Intentionally Omitted
518081219 Caldwell, Alan, Address Intentionally Omitted
518081220 Caldwell, Paul, Address Intentionally Omitted
518081221 Caldwell, Scott, Address Intentionally Omitted
518081222 Cale, Ryan, Address Intentionally Omitted
518081227 Cales, Rebecca, Address Intentionally Omitted
518081228 Calhoun, Anthony, Address Intentionally Omitted
518081235 Calladine, Matthew, Address Intentionally Omitted
518081236 Callaghan, Paul, Address Intentionally Omitted
518081237 Callahan, Catherine, Address Intentionally Omitted
518081238 Callahan, Mary Kate, Address Intentionally Omitted
518081239 Callahan, Thomas, Address Intentionally Omitted

***** BYPASSED RECIPIENTS (continued) *****

518081240 Callanan, James, Address Intentionally Omitted
518081241 Callen, Joseph, Address Intentionally Omitted
518081248 Calvo, Carlos, Address Intentionally Omitted
518081249 Calypso, Christopher, Address Intentionally Omitted
518081252 Camacho, James, Address Intentionally Omitted
518081253 Camacho, William, Address Intentionally Omitted
518081254 Camargo, Martin, Address Intentionally Omitted
518081255 Camarillo Ramirez, Alejandro, Address Intentionally Omitted
518081260 Cameron, Michael, Address Intentionally Omitted
518081261 Cameron, Sean, Address Intentionally Omitted
518081264 Camilletti, Bryan, Address Intentionally Omitted
518081265 Camillo, Dominick, Address Intentionally Omitted
518081272 Camp, Corey, Address Intentionally Omitted
518081273 Camp, James, Address Intentionally Omitted
518081274 Campagnoli, Dennis, Address Intentionally Omitted
518081276 Campbell, Alonzo, Address Intentionally Omitted
518081277 Campbell, Brian, Address Intentionally Omitted
518081278 Campbell, Brittany, Address Intentionally Omitted
518081279 Campbell, Dave, Address Intentionally Omitted
518081280 Campbell, Earnest, Address Intentionally Omitted
518081281 Campbell, Jeffrey, Address Intentionally Omitted
518081282 Campbell, Joseph, Address Intentionally Omitted
518081283 Campbell, Khyla, Address Intentionally Omitted
518081284 Campbell, Lloyd, Address Intentionally Omitted
518081285 Campbell, William, Address Intentionally Omitted
518081287 Campo, Ashley, Address Intentionally Omitted
518081289 Campos, Jonathan, Address Intentionally Omitted
518081290 Campoverde, Jonathan, Address Intentionally Omitted
518081295 Canavan, John, Address Intentionally Omitted
518081296 Candia, Saniyyah, Address Intentionally Omitted
518081299 Canela Tavarez, Cesar, Address Intentionally Omitted
518081300 Cann, Dion, Address Intentionally Omitted
518081301 Cannon, Adam, Address Intentionally Omitted
518081302 Cannon, Anthony, Address Intentionally Omitted
518081303 Cannon, Robert, Address Intentionally Omitted
518081307 Canseco, Lynn, Address Intentionally Omitted
518081308 Cantando, Gary, Address Intentionally Omitted
518081310 Cantwell, Robin, Address Intentionally Omitted
518081311 Canty, Anthony, Address Intentionally Omitted
518081312 Canty, Cuchillo, Address Intentionally Omitted
518081313 Canty, Jacob, Address Intentionally Omitted
518081314 Caouette, Noelle, Address Intentionally Omitted
518081316 Capehart, Joseph, Address Intentionally Omitted
518081317 Capenhurst, Daniel, Address Intentionally Omitted
518081342 Caporelli, Barry, Address Intentionally Omitted
518081343 Cappiello, Michael, Address Intentionally Omitted
518081344 Cappucci, Jeffrey, Address Intentionally Omitted
518081345 Cappuccino, William, Address Intentionally Omitted
518081348 Capuano, Stephen, Address Intentionally Omitted
518081351 Caraballo, Darren, Address Intentionally Omitted
518081352 Caraballo, Juan, Address Intentionally Omitted
518081353 Carasone, Anna Marie, Address Intentionally Omitted
518081354 Carbaugh, David, Address Intentionally Omitted
518081355 Carbaugh, Richard, Address Intentionally Omitted
518081356 Carberry, Kevin, Address Intentionally Omitted
518081357 Carberry, Sean, Address Intentionally Omitted
518081360 Carbonaro, Anthony, Address Intentionally Omitted
518081363 Cardenas, Joseph, Address Intentionally Omitted
518081373 Cardona, Jorge, Address Intentionally Omitted
518081374 Cardona, Patricia, Address Intentionally Omitted
518081375 Cardone, Jeffrey, Address Intentionally Omitted
518081376 Cardoni, Eugene, Address Intentionally Omitted
518081377 Cardoso, Liliana, Address Intentionally Omitted
518081381 Carey, Charles, Address Intentionally Omitted
518081382 Carey, Michele, Address Intentionally Omitted
518081383 Carey, Terrell, Address Intentionally Omitted
518081384 Cargill, Clive, Address Intentionally Omitted
518081389 Caricola Chirinos, Nicola, Address Intentionally Omitted
518081394 Carillo, Flori, Address Intentionally Omitted
518081400 Carlin, Mary Lou, Address Intentionally Omitted
518081410 Carlone, Bethany, Address Intentionally Omitted
518081416 Carlson, Donald, Address Intentionally Omitted
518081417 Carlson, Lee, Address Intentionally Omitted
518081418 Carlson, Scott, Address Intentionally Omitted
518081419 Carlson, Shawn, Address Intentionally Omitted
518081420 Carlson, Todd, Address Intentionally Omitted
518081421 Carmack, Timothy, Address Intentionally Omitted
518081425 Carmichael, Corey, Address Intentionally Omitted
518081429 Carnevale, Kevin, Address Intentionally Omitted

***** BYPASSED RECIPIENTS (continued) *****

518081431 Carney, Jennifer, Address Intentionally Omitted
518081432 Carney, Leigh, Address Intentionally Omitted
518081434 Carney, Reilly, Address Intentionally Omitted
518081441 Carollo, Steven, Address Intentionally Omitted
518081445 Caron, Caelyn, Address Intentionally Omitted
518081446 Caron, Colleen, Address Intentionally Omitted
518081451 Carpenter, Erik, Address Intentionally Omitted
518081452 Carpenter, Howard, Address Intentionally Omitted
518081453 Carpenter, Nicholas, Address Intentionally Omitted
518081454 Carpenter, Randy, Address Intentionally Omitted
518081455 Carpenter, Richard, Address Intentionally Omitted
518081456 Carpenter, Shawn, Address Intentionally Omitted
518081457 Carpintieri, Aunrico, Address Intentionally Omitted
518081459 Carr, Anthony, Address Intentionally Omitted
518081460 Carr, Kyle, Address Intentionally Omitted
518081461 Carr, Lauren, Address Intentionally Omitted
518081462 Carr, Raqheem, Address Intentionally Omitted
518081463 Carr, Shcharansky, Address Intentionally Omitted
518081464 Carr, William, Address Intentionally Omitted
518081466 Carrel, Melody, Address Intentionally Omitted
518081467 Carrera, Nancy, Address Intentionally Omitted
518081468 Carreras, Jason, Address Intentionally Omitted
518081485 Carrillo, Arturo, Address Intentionally Omitted
518081486 Carrillo, Felix, Address Intentionally Omitted
518081487 Carrington, Bernard, Address Intentionally Omitted
518081488 Carrion, Saul, Address Intentionally Omitted
518081490 Carroll, David, Address Intentionally Omitted
518081491 Carroll, Guy, Address Intentionally Omitted
518081492 Carroll, James, Address Intentionally Omitted
518081493 Carroll, Jeffery, Address Intentionally Omitted
518081494 Carroll, Pandora, Address Intentionally Omitted
518081496 Carruthers, Spencer, Address Intentionally Omitted
518081497 Carson, John, Address Intentionally Omitted
518081498 Carson, Kyle, Address Intentionally Omitted
518081499 Carson, Todd, Address Intentionally Omitted
518081501 Carter, Ceon, Address Intentionally Omitted
518081502 Carter, Christopher, Address Intentionally Omitted
518081503 Carter, Darius, Address Intentionally Omitted
518081504 Carter, Don, Address Intentionally Omitted
518081505 Carter, Howard, Address Intentionally Omitted
518081506 Carter, Karyl, Address Intentionally Omitted
518081507 Carter, Lavar, Address Intentionally Omitted
518081508 Carter, Paul, Address Intentionally Omitted
518081509 Carter, Preston, Address Intentionally Omitted
518081510 Carter, Rodney, Address Intentionally Omitted
518081511 Carter, Teri, Address Intentionally Omitted
518081512 Carter, Tracie, Address Intentionally Omitted
518081513 Carter, Zachary, Address Intentionally Omitted
518081514 Carthon, Mckinley, Address Intentionally Omitted
518081515 Cartier, Joshua, Address Intentionally Omitted
518081516 Cartright, Ralph, Address Intentionally Omitted
518081518 Caruso, Julie, Address Intentionally Omitted
518081519 Caruthers, Samuel, Address Intentionally Omitted
518081520 Carvajal, Isaac, Address Intentionally Omitted
518081521 Carvajal, Perfecto, Address Intentionally Omitted
518081522 Carvalho, Robert, Address Intentionally Omitted
518081526 Casablanca, Luis, Address Intentionally Omitted
518081527 Casanova, David, Address Intentionally Omitted
518081528 Casanova, Marta, Address Intentionally Omitted
518081539 Casey, Justin, Address Intentionally Omitted
518081540 Casey, Kasai, Address Intentionally Omitted
518081541 Casey, Michael, Address Intentionally Omitted
518081544 Cash, Milan, Address Intentionally Omitted
518081545 Cash, Rudy, Address Intentionally Omitted
518081546 Cashman, Joshua, Address Intentionally Omitted
518081547 Casholle, Shawn, Address Intentionally Omitted
518081548 Casiano Diaz, Edil, Address Intentionally Omitted
518081549 Casiano, George, Address Intentionally Omitted
518081550 Casimir, Emile, Address Intentionally Omitted
518081551 Casparro, Joshua, Address Intentionally Omitted
518081553 Cassel, David, Address Intentionally Omitted
518081554 Casselberry, Michael, Address Intentionally Omitted
518081555 Cassevoy, Barry, Address Intentionally Omitted
518081556 Cassey, David, Address Intentionally Omitted
518081559 Cassidy, Aaron, Address Intentionally Omitted
518081561 Castillo, Jose, Address Intentionally Omitted
518081562 Castillo, Joseph, Address Intentionally Omitted
518081563 Castillo, Kevin, Address Intentionally Omitted
518081564 Castillo, Luis, Address Intentionally Omitted

***** BYPASSED RECIPIENTS (continued) *****

518081566 Castle, Eugene, Address Intentionally Omitted
518081567 Castle, Michael, Address Intentionally Omitted
518081568 Caston, James, Address Intentionally Omitted
518081569 Caston, Scott, Address Intentionally Omitted
518081570 Castonguay, Darren, Address Intentionally Omitted
518081571 Castro, Gil, Address Intentionally Omitted
518081575 Catalano, Michael, Address Intentionally Omitted
518081576 Cataldo, David, Address Intentionally Omitted
518081577 Catallozzi, Mason, Address Intentionally Omitted
518081578 Catallozzi, Vincent, Address Intentionally Omitted
518081583 Cathcart, Idris, Address Intentionally Omitted
518081584 Cathcart, Kenneth, Address Intentionally Omitted
518081590 Catlett, Timothy, Address Intentionally Omitted
518081593 Cattelan, Michael, Address Intentionally Omitted
518081594 Catuzza, Tullio, Address Intentionally Omitted
518081595 Cauchard, Richard, Address Intentionally Omitted
518081596 Causevic, Enes, Address Intentionally Omitted
518081597 Cavaliere, James, Address Intentionally Omitted
518081598 Caviedes Garzon, Kevin, Address Intentionally Omitted
518081599 Cavin, Bigie, Address Intentionally Omitted
518081600 Cawley, Christopher, Address Intentionally Omitted
518081620 Cebrosky, Michael, Address Intentionally Omitted
518081621 Cecere, Daniel, Address Intentionally Omitted
518081636 Ceder, Diane, Address Intentionally Omitted
518081637 Cedola, James, Address Intentionally Omitted
518081639 Ceffalia, Nicholas, Address Intentionally Omitted
518081642 Celata, John, Address Intentionally Omitted
518081647 Centeio Fontes, Bruno, Address Intentionally Omitted
518081693 Cepeda, Guillermo, Address Intentionally Omitted
518081694 Cepeda, Luisa, Address Intentionally Omitted
518081695 Cepin-brea, Doany, Address Intentionally Omitted
518081696 Cera Gaitan, Jaime, Address Intentionally Omitted
518081699 Cerrato Lainez, Harold, Address Intentionally Omitted
518081710 Cespedes, Francisco, Address Intentionally Omitted
518081734 Chace, Ralph, Address Intentionally Omitted
518081735 Chacon, Esteban, Address Intentionally Omitted
518081739 Chadbourne, Paul, Address Intentionally Omitted
518081740 Chafee, Michael, Address Intentionally Omitted
518081741 Chagnon, Taylor, Address Intentionally Omitted
518081742 Chagoya Mendez, Emiliano, Address Intentionally Omitted
518081743 Chaike, Nelson, Address Intentionally Omitted
518081745 Chalk, William, Address Intentionally Omitted
518081747 Chalmers, Thomas, Address Intentionally Omitted
518081748 Chaluisan, Angel, Address Intentionally Omitted
518081750 Chambers, Clayton, Address Intentionally Omitted
518081753 Champagne, James, Address Intentionally Omitted
518081758 Chandler, Michael, Address Intentionally Omitted
518081759 Chandler, Paul, Address Intentionally Omitted
518081764 Chapman, Brianna, Address Intentionally Omitted
518081765 Chapman, Daron, Address Intentionally Omitted
518081766 Chapman, Donovan, Address Intentionally Omitted
518081767 Chapman, Jeffrey, Address Intentionally Omitted
518081768 Chapman, Karen, Address Intentionally Omitted
518081769 Chappell, Lawrence, Address Intentionally Omitted
518081772 Charbonneau, Mark, Address Intentionally Omitted
518081773 Charbonneau, Neil, Address Intentionally Omitted
518081795 Charron, Joshua, Address Intentionally Omitted
518081807 Chase, Larry, Address Intentionally Omitted
518081808 Chase, Michael, Address Intentionally Omitted
518081809 Chase, Randy, Address Intentionally Omitted
518081811 Chateauneuf, Christopher, Address Intentionally Omitted
518081812 Chatman, Brian, Address Intentionally Omitted
518081813 Chatman, Nicole, Address Intentionally Omitted
518081814 Chatman, William, Address Intentionally Omitted
518081816 Chavanne, Jason, Address Intentionally Omitted
518081818 Chavez, John, Address Intentionally Omitted
518081820 Chea, Porllakpork, Address Intentionally Omitted
518081822 Cheatom, Dewayne, Address Intentionally Omitted
518081826 Cheehe, Ronuless, Address Intentionally Omitted
518081838 Chenault, Esther, Address Intentionally Omitted
518081839 Chenault, Leonard, Address Intentionally Omitted
518081845 Chesebro, Brandon, Address Intentionally Omitted
518081846 Chesebro, Jeffrey, Address Intentionally Omitted
518081847 Chesebro, Nicole, Address Intentionally Omitted
518081848 Chesney, Jeremy, Address Intentionally Omitted
518081852 Chestnut, Christopher, Address Intentionally Omitted
518081853 Chestnut, Darrin, Address Intentionally Omitted
518081854 Chestnut, Eligahjuan, Address Intentionally Omitted
518081861 Chilson, Errin, Address Intentionally Omitted

***** BYPASSED RECIPIENTS (continued) *****

518081862 Chin, Jamie, Address Intentionally Omitted
518081863 Chin, Ting, Address Intentionally Omitted
518081864 Chin, Winston, Address Intentionally Omitted
518081866 Chinn, Paul, Address Intentionally Omitted
518081867 Chino, Ismael, Address Intentionally Omitted
518081868 Chinweuba, Chidiebere, Address Intentionally Omitted
518081872 Chirgwin, Gary, Address Intentionally Omitted
518081873 Chirico, Michael, Address Intentionally Omitted
518081874 Chiva Gimenez, Jorge, Address Intentionally Omitted
518081876 Chlystek, Anthony, Address Intentionally Omitted
518081879 Chodorowski, Tomasz, Address Intentionally Omitted
518081881 Chojnacki, Stanislaw, Address Intentionally Omitted
518081886 Chretien, Brandon, Address Intentionally Omitted
518081893 Christensen, Theadore, Address Intentionally Omitted
518081897 Christie, Akheem, Address Intentionally Omitted
518081904 Christman, Todd, Address Intentionally Omitted
518081905 Christophe, Widson, Address Intentionally Omitted
518081908 Christopher, Shawn, Address Intentionally Omitted
518081909 Christy, Jill, Address Intentionally Omitted
518081910 Chrysler, Kathy, Address Intentionally Omitted
518081913 Chukwurah, Benedict, Address Intentionally Omitted
518081914 Chun, Quancy, Address Intentionally Omitted
518081915 Chung, Ryan, Address Intentionally Omitted
518081916 Chupko, Nicholas, Address Intentionally Omitted
518081919 Church, Cinthia, Address Intentionally Omitted
518081920 Church, Justin, Address Intentionally Omitted
518081921 Church, Stacey, Address Intentionally Omitted
518081922 Church, Vincent, Address Intentionally Omitted
518081923 Chynoweth, Robert, Address Intentionally Omitted
518081924 Chynoweth, Vicki, Address Intentionally Omitted
518081925 Ciaramaglia, Salvatore, Address Intentionally Omitted
518081926 Ciardullo Greulich, Terren, Address Intentionally Omitted
518081927 Ciardullo, Robert, Address Intentionally Omitted
518081928 Ciccomoscolo, Jason, Address Intentionally Omitted
518081929 Cierpisz, Czeslaw, Address Intentionally Omitted
518081948 Cintron, Wilfredo, Address Intentionally Omitted
518081949 Ciolkosz, Richard, Address Intentionally Omitted
518081951 Cirasunda, Angela, Address Intentionally Omitted
518081953 Cirillo, Giuseppe, Address Intentionally Omitted
518081954 Cirne, Rosa, Address Intentionally Omitted
518081957 Citerone, William, Address Intentionally Omitted
518082013 City Of Middletown Ohio, Po Box 630157, Middletown OH 45263-0157
518082055 Ckyyou, Kenyatta, Address Intentionally Omitted
518082063 Clancy, John, Address Intentionally Omitted
518082064 Clancy, Robert, Address Intentionally Omitted
518082065 Clapp, Russell, Address Intentionally Omitted
518082066 Clardy, Micheal, Address Intentionally Omitted
518082067 Claridge, Nicole, Address Intentionally Omitted
518082069 Clark, Al-lee, Address Intentionally Omitted
518082070 Clark, Arron, Address Intentionally Omitted
518082071 Clark, David, Address Intentionally Omitted
518082072 Clark, Edward, Address Intentionally Omitted
518082073 Clark, Eric, Address Intentionally Omitted
518082074 Clark, Gail, Address Intentionally Omitted
518082075 Clark, George, Address Intentionally Omitted
518082076 Clark, James, Address Intentionally Omitted
518082077 Clark, Jason, Address Intentionally Omitted
518082078 Clark, Jonathan, Address Intentionally Omitted
518082079 Clark, Lavar, Address Intentionally Omitted
518082080 Clark, Stephanie, Address Intentionally Omitted
518082081 Clark, Terrance, Address Intentionally Omitted
518082082 Clark, Theresa, Address Intentionally Omitted
518082083 Clark, Zachary, Address Intentionally Omitted
518082084 Clarke, Heath, Address Intentionally Omitted
518082085 Clarke, Julian, Address Intentionally Omitted
518082086 Clarke, Melissa, Address Intentionally Omitted
518082090 Class, Axel, Address Intentionally Omitted
518082092 Claudio, Juan, Address Intentionally Omitted
518082093 Claudio, Luis, Address Intentionally Omitted
518082094 Clavin, Joshua, Address Intentionally Omitted
518082095 Claxton, Lacey, Address Intentionally Omitted
518082096 Clay, Dalton, Address Intentionally Omitted
518082097 Clay, James, Address Intentionally Omitted
518082098 Clay, Joel, Address Intentionally Omitted
518082099 Clay, Payson, Address Intentionally Omitted
518082100 Clay, Thomas, Address Intentionally Omitted
518082101 Claytor, Anthony, Address Intentionally Omitted
518082115 Cleary, Richard, Address Intentionally Omitted
518082116 Cleary, Steven, Address Intentionally Omitted

***** BYPASSED RECIPIENTS (continued) *****

518082118 Clegg, Lorna, Address Intentionally Omitted
518082119 Cleggett, Joseph, Address Intentionally Omitted
518082120 Clements, Winston, Address Intentionally Omitted
518082121 Clemmer, Austin, Address Intentionally Omitted
518082122 Clemmer, Ryan, Address Intentionally Omitted
518082123 Clemons, Jada, Address Intentionally Omitted
518082124 Clendenen, William, Address Intentionally Omitted
518082141 Cline, Brian, Address Intentionally Omitted
518082144 Close, Luther, Address Intentionally Omitted
518082145 Close, Nathan, Address Intentionally Omitted
518082146 Close, Nathan, Address Intentionally Omitted
518082148 Cloud, Tyron, Address Intentionally Omitted
518082149 Cloude, Lamont, Address Intentionally Omitted
518082150 Clough, Robert, Address Intentionally Omitted
518082155 Clyburn, Kavon, Address Intentionally Omitted
518082172 Coan, Michael, Address Intentionally Omitted
518082173 Coar, Jeffrey, Address Intentionally Omitted
518082180 Cobb, Phillip, Address Intentionally Omitted
518082181 Cobbs, Kenneth, Address Intentionally Omitted
518082182 Coble, Calvin, Address Intentionally Omitted
518082184 Cochran, Jeremy, Address Intentionally Omitted
518082185 Cochran, Richard, Address Intentionally Omitted
518082186 Cochran, Rick, Address Intentionally Omitted
518082187 Cockerham, Charles, Address Intentionally Omitted
518082189 Coe, Randy, Address Intentionally Omitted
518082190 Coelho, Charise, Address Intentionally Omitted
518082191 Coen, William, Address Intentionally Omitted
518082194 Coffey, Jonathan, Address Intentionally Omitted
518082195 Cofield, Larry, Address Intentionally Omitted
518082196 Cogar, Austin, Address Intentionally Omitted
518082197 Cogman, Brian, Address Intentionally Omitted
518082199 Cohen, Brett, Address Intentionally Omitted
518082200 Cohen, Robert, Address Intentionally Omitted
518082202 Cohen, Zachary, Address Intentionally Omitted
518082203 Cohill, Michael, Address Intentionally Omitted
518082204 Cohn, Shawn, Address Intentionally Omitted
518082205 Coho, Howard, Address Intentionally Omitted
518082206 Colandrea, Mario, Address Intentionally Omitted
518082207 Colangelo, Brian, Address Intentionally Omitted
518082208 Colangelo, Dominick, Address Intentionally Omitted
518082209 Colay, Matthew, Address Intentionally Omitted
518082211 Colbert, Jared, Address Intentionally Omitted
518082212 Colby, James, Address Intentionally Omitted
518082218 Cole, Benjamin, Address Intentionally Omitted
518082219 Cole, Bruce, Address Intentionally Omitted
518082220 Cole, Eric, Address Intentionally Omitted
518082221 Cole, James, Address Intentionally Omitted
518082222 Cole, Jennifer, Address Intentionally Omitted
518082223 Cole, Roger, Address Intentionally Omitted
518082224 Cole, Steven, Address Intentionally Omitted
518082225 Coleman, Addison, Address Intentionally Omitted
518082226 Coleman, Alexis, Address Intentionally Omitted
518082227 Coleman, Artico, Address Intentionally Omitted
518082228 Coleman, Erick, Address Intentionally Omitted
518082229 Coleman, Folled, Address Intentionally Omitted
518082230 Coleman, Jon, Address Intentionally Omitted
518082231 Coleman, Latrisha, Address Intentionally Omitted
518082232 Coleman, Ronald, Address Intentionally Omitted
518082233 Coleman, Tate, Address Intentionally Omitted
518082234 Coleman, Warren, Address Intentionally Omitted
518082235 Coles, Carnel, Address Intentionally Omitted
518082236 Coles, Kumar, Address Intentionally Omitted
518082237 Coleson, David, Address Intentionally Omitted
518082241 Colgrove, Isaac, Address Intentionally Omitted
518082243 Coll, John, Address Intentionally Omitted
518082244 Collazo, Alexander, Address Intentionally Omitted
518082245 Collier, Billy, Address Intentionally Omitted
518082246 Collier, Roger, Address Intentionally Omitted
518082247 Collins, Ann, Address Intentionally Omitted
518082248 Collins, Corian, Address Intentionally Omitted
518082249 Collins, James, Address Intentionally Omitted
518082250 Collins, Jarrod, Address Intentionally Omitted
518082251 Collins, John, Address Intentionally Omitted
518082252 Collins, Joseph, Address Intentionally Omitted
518082253 Collins, Kareem, Address Intentionally Omitted
518082254 Collins, Kyre, Address Intentionally Omitted
518082255 Collins, Lawrence, Address Intentionally Omitted
518082256 Collins, Steven, Address Intentionally Omitted
518082257 Collins, Suzanne, Address Intentionally Omitted

***** BYPASSED RECIPIENTS (continued) *****

518082258 Collins, Zachary, Address Intentionally Omitted
518082260 Colombani, Efrain, Address Intentionally Omitted
518082261 Colombo, Michael, Address Intentionally Omitted
518082262 Colon, Allen, Address Intentionally Omitted
518082263 Colon, Charles, Address Intentionally Omitted
518082264 Colon, Jason, Address Intentionally Omitted
518082265 Colon, Leval, Address Intentionally Omitted
518082266 Colon, Ricardo, Address Intentionally Omitted
518082267 Colon, Ronald, Address Intentionally Omitted
518082289 Colvin, William, Address Intentionally Omitted
518082291 Combe, Amanda, Address Intentionally Omitted
518082292 Comber, Robert, Address Intentionally Omitted
518082293 Combs, Casey, Address Intentionally Omitted
518082294 Combs, Kurtis, Address Intentionally Omitted
518082295 Combs, Scott, Address Intentionally Omitted
518082305 Comegys, Erica, Address Intentionally Omitted
518082310 Commander, Byron, Address Intentionally Omitted
518082317 Commo, Ricky, Address Intentionally Omitted
518082368 Compton, Mark, Address Intentionally Omitted
518082369 Compton, Ronald, Address Intentionally Omitted
518082378 Comtois, Keith, Address Intentionally Omitted
518082382 Concannon, Eric, Address Intentionally Omitted
518082389 Conde, Bonnie, Address Intentionally Omitted
518082390 Confair, Guy, Address Intentionally Omitted
518082393 Conjura, Michael, Address Intentionally Omitted
518082394 Conklin, Kyle, Address Intentionally Omitted
518082395 Conklin, Michael, Address Intentionally Omitted
518082396 Conklin, William, Address Intentionally Omitted
518082397 Conlon, Christopher, Address Intentionally Omitted
518082398 Conlon, Robert, Address Intentionally Omitted
518082399 Conlon, Scott, Address Intentionally Omitted
518082401 Conn, George, Address Intentionally Omitted
518082414 Connelly, Daniel, Address Intentionally Omitted
518082415 Connelly, Richard, Address Intentionally Omitted
518082416 Conner, David, Address Intentionally Omitted
518082417 Conner, Randolph, Address Intentionally Omitted
518082418 Connery, Thomas, Address Intentionally Omitted
518082419 Connors, Erin, Address Intentionally Omitted
518082420 Conrad, Anthony, Address Intentionally Omitted
518082421 Conrad, Ryan, Address Intentionally Omitted
518082422 Conrow, Terry, Address Intentionally Omitted
518082424 Conroy, David, Address Intentionally Omitted
518082425 Conroy, Edward, Address Intentionally Omitted
518082426 Conroy, Edward, Address Intentionally Omitted
518082427 Conroy, John, Address Intentionally Omitted
518082439 Conte, Michael, Address Intentionally Omitted
518082440 Conte, Michael, Address Intentionally Omitted
518082459 Cook, Anthony, Address Intentionally Omitted
518082460 Cook, David, Address Intentionally Omitted
518082461 Cook, Donald, Address Intentionally Omitted
518082462 Cook, Donald, Address Intentionally Omitted
518082463 Cook, Gene, Address Intentionally Omitted
518082464 Cook, Jamil, Address Intentionally Omitted
518082465 Cook, Karen, Address Intentionally Omitted
518082466 Cook, Tahaad, Address Intentionally Omitted
518082467 Cook, Zachary, Address Intentionally Omitted
518082468 Cookman, Benjamin, Address Intentionally Omitted
518082470 Cooks, Malcolm, Address Intentionally Omitted
518082472 Coon, Kevin, Address Intentionally Omitted
518082484 Cooper, Annette, Address Intentionally Omitted
518082485 Cooper, Christopher, Address Intentionally Omitted
518082486 Cooper, Cortez, Address Intentionally Omitted
518082487 Cooper, Edward, Address Intentionally Omitted
518082488 Cooper, Jeffrey, Address Intentionally Omitted
518082489 Cooper, Jon, Address Intentionally Omitted
518082490 Cooper, Michael, Address Intentionally Omitted
518082491 Cooper, Michelle, Address Intentionally Omitted
518082492 Cooper, Paul, Address Intentionally Omitted
518082493 Cooper, Quinton, Address Intentionally Omitted
518082494 Cooper, Rebecca, Address Intentionally Omitted
518082495 Cooper, Robert, Address Intentionally Omitted
518082496 Cooper, Samuel, Address Intentionally Omitted
518082497 Cooper, Thomas, Address Intentionally Omitted
518082498 Cooper, Wade, Address Intentionally Omitted
518082500 Copchonak, Robert, Address Intentionally Omitted
518082503 Copeland, Demetrius, Address Intentionally Omitted
518082510 Corbett, Joseph, Address Intentionally Omitted
518082511 Corbitt, Michael, Address Intentionally Omitted
518082512 Corbitt, Wallace, Address Intentionally Omitted

***** BYPASSED RECIPIENTS (continued) *****

518082513 Corcoran, Brendan, Address Intentionally Omitted
518082514 Cordero, Juan, Address Intentionally Omitted
518082520 Corey, Mark, Address Intentionally Omitted
518082521 Corgier, Daniela, Address Intentionally Omitted
518082522 Corigliano, Michael, Address Intentionally Omitted
518082523 Cormier, Raymond, Address Intentionally Omitted
518082526 Cornell, Dane, Address Intentionally Omitted
518082530 Cornicelli, Thomas, Address Intentionally Omitted
518082531 Cornier Hernandez, Jesus, Address Intentionally Omitted
518082534 Coronado, Luisa, Address Intentionally Omitted
518082538 Corrado, Andrew, Address Intentionally Omitted
518082539 Corrado, Anthony, Address Intentionally Omitted
518082541 Correa, Cesar, Address Intentionally Omitted
518082542 Correa, Jorge, Address Intentionally Omitted
518082543 Correia, Aristides, Address Intentionally Omitted
518082544 Corrigan, Daniel, Address Intentionally Omitted
518082545 Corriveau, Brittany, Address Intentionally Omitted
518082546 Cortes, Suzanna, Address Intentionally Omitted
518082547 Cortez Feliciano, Omar, Address Intentionally Omitted
518082549 Coruth, Zachary, Address Intentionally Omitted
518082551 Corwin, Rayna, Address Intentionally Omitted
518082552 Corwin, Tamara, Address Intentionally Omitted
518082554 Cosby, Michael, Address Intentionally Omitted
518082555 Cosby, Shawn, Address Intentionally Omitted
518082557 Cosgrove, Brian, Address Intentionally Omitted
518082558 Cosme, Miguel, Address Intentionally Omitted
518082560 Cosper, Peter, Address Intentionally Omitted
518082561 Cossey, Kyle, Address Intentionally Omitted
518082562 Costa, Jose, Address Intentionally Omitted
518082563 Costa, Matthew, Address Intentionally Omitted
518082564 Costain, Mark, Address Intentionally Omitted
518082567 Costela, Eric, Address Intentionally Omitted
518082569 Cote, Marc, Address Intentionally Omitted
518082570 Coto, Mirtha, Address Intentionally Omitted
518082571 Cotto, Jonathan, Address Intentionally Omitted
518082572 Cotto, Jose, Address Intentionally Omitted
518082573 Cotto, Miguel, Address Intentionally Omitted
518082574 Coulson, Robert, Address Intentionally Omitted
518082575 Coultrup, Bruce, Address Intentionally Omitted
518082582 Counts, Larry, Address Intentionally Omitted
518082588 Courbat, Jeffrey, Address Intentionally Omitted
518082593 Courtwright, Shada, Address Intentionally Omitted
518082596 Cousineau, James, Address Intentionally Omitted
518082602 Covert, Ian, Address Intentionally Omitted
518082603 Covert, Thomas, Address Intentionally Omitted
518082605 Covington, Daniel, Address Intentionally Omitted
518082607 Cowan, Walter, Address Intentionally Omitted
518082608 Cowell, Forrest, Address Intentionally Omitted
518082613 Cox, Alphonsus, Address Intentionally Omitted
518082614 Cox, David, Address Intentionally Omitted
518082615 Cox, David, Address Intentionally Omitted
518082616 Cox, Eduardo, Address Intentionally Omitted
518082617 Cox, Jason, Address Intentionally Omitted
518082618 Cox, Kevin, Address Intentionally Omitted
518082619 Cox, Oran, Address Intentionally Omitted
518082620 Cox, Robert, Address Intentionally Omitted
518082621 Coy, Eric, Address Intentionally Omitted
518082622 Coyne, William, Address Intentionally Omitted
518082626 Crabtree, Larry, Address Intentionally Omitted
518082632 Craft, Ronald, Address Intentionally Omitted
518082634 Crafton, Kyle, Address Intentionally Omitted
518082639 Craig, James, Address Intentionally Omitted
518082640 Craig, James, Address Intentionally Omitted
518082641 Craighead, James, Address Intentionally Omitted
518082643 Crain, William, Address Intentionally Omitted
518082645 Cramer, William, Address Intentionally Omitted
518082647 Crandall, Kyle, Address Intentionally Omitted
518082648 Crandall, Marshall, Address Intentionally Omitted
518082649 Crane, Jay, Address Intentionally Omitted
518082650 Crane, Karen, Address Intentionally Omitted
518082651 Crane, Thomas, Address Intentionally Omitted
518082652 Crary, Vincent, Address Intentionally Omitted
518082653 Cravotta, Michael, Address Intentionally Omitted
518082655 Crawford, Altariq, Address Intentionally Omitted
518082656 Crawford, Bruce, Address Intentionally Omitted
518082657 Crawford, Darrin, Address Intentionally Omitted
518082658 Crawford, Jamal, Address Intentionally Omitted
518082659 Crawford, Jeremy, Address Intentionally Omitted
518082660 Crawford, Michael, Address Intentionally Omitted

***** BYPASSED RECIPIENTS (continued) *****

518082666 Creech, David, Address Intentionally Omitted
518082667 Creech, Jeremy, Address Intentionally Omitted
518082668 Crenshaw, Devonte, Address Intentionally Omitted
518082670 Crepeau, Michael, Address Intentionally Omitted
518082676 Criado, Erica, Address Intentionally Omitted
518082677 Cribb, Chelsey, Address Intentionally Omitted
518082678 Cribb, Joe, Address Intentionally Omitted
518082679 Cribby, Adam, Address Intentionally Omitted
518082680 Cringle, Steve, Address Intentionally Omitted
518082681 Crique, Jason, Address Intentionally Omitted
518082683 Crisdon, Tyshon, Address Intentionally Omitted
518082684 Crislip, Brandon, Address Intentionally Omitted
518082685 Crisp, Erlanda, Address Intentionally Omitted
518082686 Crisp, Shawn, Address Intentionally Omitted
518082687 Crissman, Dennis, Address Intentionally Omitted
518082688 Critchlow, Robin, Address Intentionally Omitted
518082690 Croghan, Elizabeth, Address Intentionally Omitted
518082691 Cromwell, Michael, Address Intentionally Omitted
518082692 Croom, Eric, Address Intentionally Omitted
518082695 Crosby, James, Address Intentionally Omitted
518082696 Crosby, James, Address Intentionally Omitted
518082697 Crosley, Jalen, Address Intentionally Omitted
518082700 Cross, Andrew, Address Intentionally Omitted
518082701 Cross, Clifton, Address Intentionally Omitted
518082702 Cross, Llord, Address Intentionally Omitted
518082703 Crossgrove, Benjamin, Address Intentionally Omitted
518082704 Crossley, Michael, Address Intentionally Omitted
518082705 Crosson, Thomas, Address Intentionally Omitted
518082707 Crouse, Lawrence, Address Intentionally Omitted
518082708 Crowder, John, Address Intentionally Omitted
518082711 Crowley, Timothy, Address Intentionally Omitted
518082718 Cruz, Angel, Address Intentionally Omitted
518082719 Cruz, Anthony, Address Intentionally Omitted
518082720 Cruz, Carlos, Address Intentionally Omitted
518082721 Cruz, Christopher, Address Intentionally Omitted
518082722 Cruz, Claudia, Address Intentionally Omitted
518082723 Cruz, Hector, Address Intentionally Omitted
518082724 Cruz, Henry, Address Intentionally Omitted
518082725 Cruz, Janneiry, Address Intentionally Omitted
518082726 Cruz, Jonathan, Address Intentionally Omitted
518082727 Cruz, Jose, Address Intentionally Omitted
518082728 Cruz, Jose, Address Intentionally Omitted
518082729 Cruz, Noe, Address Intentionally Omitted
518082730 Cruz, Osvaldo, Address Intentionally Omitted
518082752 Csuti, John, Address Intentionally Omitted
518082762 Cuello, John, Address Intentionally Omitted
518082763 Cuello, Victor, Address Intentionally Omitted
518082764 Cuff, William, Address Intentionally Omitted
518082765 Cuffee, Aaron, Address Intentionally Omitted
518082766 Cullar, Jonathan, Address Intentionally Omitted
518082768 Cumber, Jay, Address Intentionally Omitted
518082769 Cumberbatch, Ainsley, Address Intentionally Omitted
518082780 Cummings, Daniel, Address Intentionally Omitted
518082786 Cunfer, Tanya, Address Intentionally Omitted
518082787 Cunningham, Brian, Address Intentionally Omitted
518082788 Cunningham, David, Address Intentionally Omitted
518082789 Cunningham, Michael, Address Intentionally Omitted
518082790 Cunningham, Shawn, Address Intentionally Omitted
518082793 Curbelo, Hector, Address Intentionally Omitted
518082795 Cureton, Jessica, Address Intentionally Omitted
518082796 Curfman, Collin, Address Intentionally Omitted
518082797 Curfman, James, Address Intentionally Omitted
518082798 Curfman, Jeffery, Address Intentionally Omitted
518082803 Curry, Christopher, Address Intentionally Omitted
518082804 Curry, Matthew, Address Intentionally Omitted
518082805 Curry, Michael, Address Intentionally Omitted
518082808 Curtis, Brandon, Address Intentionally Omitted
518082811 Curvy, Patrick, Address Intentionally Omitted
518082814 Custer, James, Address Intentionally Omitted
518082815 Custer, Tyler, Address Intentionally Omitted
518082827 Cyr, Brian, Address Intentionally Omitted
518082828 Cyr, David, Address Intentionally Omitted
518082830 Czora, Paul, Address Intentionally Omitted
518082831 Czwojdak, Diane, Address Intentionally Omitted
518082832 D Agata, Anthony, Address Intentionally Omitted
518082841 D Angelo, Raymond, Address Intentionally Omitted
518082849 D Los Santos Del, Roelkis, Address Intentionally Omitted
518082851 Da Costa Moreno, Milumeno, Address Intentionally Omitted
518082854 Da Rocha, Joshua, Address Intentionally Omitted

***** BYPASSED RECIPIENTS (continued) *****

518082855 Da Silva, Fredson, Address Intentionally Omitted
518082856 Dacosta, Fredrick, Address Intentionally Omitted
518082857 Dacosta, Mario, Address Intentionally Omitted
518082858 Dacunha, Raquel, Address Intentionally Omitted
518082860 Dagons, Jessey, Address Intentionally Omitted
518082861 Daigle, Adam, Address Intentionally Omitted
518082865 Dailey, Leon, Address Intentionally Omitted
518082866 Dailey, Robert, Address Intentionally Omitted
518082870 Dainty, Jeffrey, Address Intentionally Omitted
518082871 Dais, Antoinette, Address Intentionally Omitted
518082875 Dalconzo, Dean, Address Intentionally Omitted
518082879 Dale, Taylor, Address Intentionally Omitted
518082880 Dalesio, Richard, Address Intentionally Omitted
518082881 Daley, Javon, Address Intentionally Omitted
518082882 Daley, Sharon, Address Intentionally Omitted
518082884 Dalomba, Antonio, Address Intentionally Omitted
518082885 Dalrymple, Shane, Address Intentionally Omitted
518082889 Daly, Daniel, Address Intentionally Omitted
518082890 Daly, Joseph, Address Intentionally Omitted
518082893 Damico, John, Address Intentionally Omitted
518082910 Dandrea, Kellie, Address Intentionally Omitted
518082913 Dangle, William, Address Intentionally Omitted
518076869 Daniel Rinaldi
518082922 Daniel, David, Address Intentionally Omitted
518082923 Daniel, Demelle, Address Intentionally Omitted
518082924 Daniel, Otto, Address Intentionally Omitted
518082926 Daniels, Michael, Address Intentionally Omitted
518082927 Daniels, Shawn, Address Intentionally Omitted
518082930 Darby, Bruce, Address Intentionally Omitted
518082931 Darden, Barry, Address Intentionally Omitted
518082932 Darden, Paul, Address Intentionally Omitted
518082933 Dargie, Scott, Address Intentionally Omitted
518082935 Darin, Joshua, Address Intentionally Omitted
518082937 Darling, Daniel, Address Intentionally Omitted
518082942 Dasilva, Edward, Address Intentionally Omitted
518082943 Dasilva, Katherine, Address Intentionally Omitted
518082944 Dasilva, Rocky, Address Intentionally Omitted
518082951 Datus, Stevenson, Address Intentionally Omitted
518082952 Daugherty, Thomas, Address Intentionally Omitted
518082953 Daugherty, Thomas, Address Intentionally Omitted
518082961 Davenport, Troy, Address Intentionally Omitted
518082979 David, Timothy, Address Intentionally Omitted
518082981 Davidson, Albert, Address Intentionally Omitted
518082982 Davidson, Joshua, Address Intentionally Omitted
518082983 Davidson, Shannon, Address Intentionally Omitted
518082984 Davies, Barry, Address Intentionally Omitted
518082985 Davies, Stephen, Address Intentionally Omitted
518082986 Davila Caba, Jonathan, Address Intentionally Omitted
518082987 Davila Menjivar, Omar, Address Intentionally Omitted
518082988 Davila, Jesus, Address Intentionally Omitted
518082993 Davis Peavey, Jamario, Address Intentionally Omitted
518082994 Davis, Benjamin, Address Intentionally Omitted
518082995 Davis, Bryce, Address Intentionally Omitted
518082996 Davis, Charles, Address Intentionally Omitted
518082997 Davis, Daniel, Address Intentionally Omitted
518082998 Davis, David, Address Intentionally Omitted
518082999 Davis, Daysha, Address Intentionally Omitted
518083000 Davis, Ezekiel, Address Intentionally Omitted
518083001 Davis, Gary, Address Intentionally Omitted
518083002 Davis, Heather, Address Intentionally Omitted
518083003 Davis, Jack, Address Intentionally Omitted
518083004 Davis, James, Address Intentionally Omitted
518083005 Davis, James, Address Intentionally Omitted
518083006 Davis, Jarrett, Address Intentionally Omitted
518083007 Davis, Jeremy, Address Intentionally Omitted
518083008 Davis, Jerry, Address Intentionally Omitted
518083009 Davis, Jimmy, Address Intentionally Omitted
518083010 Davis, Joel, Address Intentionally Omitted
518083011 Davis, Jonathan, Address Intentionally Omitted
518083012 Davis, Joshua, Address Intentionally Omitted
518083013 Davis, Keith, Address Intentionally Omitted
518083014 Davis, Levar, Address Intentionally Omitted
518083015 Davis, Michael, Address Intentionally Omitted
518083016 Davis, Nari, Address Intentionally Omitted
518083017 Davis, Quontell, Address Intentionally Omitted
518083018 Davis, Rahm, Address Intentionally Omitted
518083019 Davis, Raymond, Address Intentionally Omitted
518083020 Davis, Rose, Address Intentionally Omitted
518083021 Davis, Ryan, Address Intentionally Omitted

***** BYPASSED RECIPIENTS (continued) *****

518083022 Davis, Scott, Address Intentionally Omitted
518083023 Davis, Shannon, Address Intentionally Omitted
518083024 Davis, Shavor, Address Intentionally Omitted
518083025 Davis, Shawn, Address Intentionally Omitted
518083026 Davis, Sherril, Address Intentionally Omitted
518083027 Davis, Sherrod, Address Intentionally Omitted
518083028 Davis, Timothy, Address Intentionally Omitted
518083029 Davis, Tina Marie, Address Intentionally Omitted
518083030 Davis, Tony, Address Intentionally Omitted
518083031 Davis, Tyrone, Address Intentionally Omitted
518083032 Davis, Tyrone, Address Intentionally Omitted
518083035 Dawson, Blair, Address Intentionally Omitted
518083036 Dawson, Rupert, Address Intentionally Omitted
518083037 Day, Ivy, Address Intentionally Omitted
518083038 Day, Joseph, Address Intentionally Omitted
518083039 Day, Louis, Address Intentionally Omitted
518083040 Day, Steve, Address Intentionally Omitted
518083048 De Los Santos, Franklin, Address Intentionally Omitted
518083049 De Luccia, John, Address Intentionally Omitted
518083050 De Matteo, Richard, Address Intentionally Omitted
518083051 De Roos, Jacqueline, Address Intentionally Omitted
518083052 De Santo, Michael, Address Intentionally Omitted
518083053 Deal, Philibert, Address Intentionally Omitted
518083054 Dealmeida, Manoel, Address Intentionally Omitted
518083060 Dean, Rory, Address Intentionally Omitted
518083062 Dearstyne, Holly, Address Intentionally Omitted
518083066 Debboli, Paul, Address Intentionally Omitted
518083068 Deboer, Douglas, Address Intentionally Omitted
518083072 Decarlo, William, Address Intentionally Omitted
518083074 Decastro, Matheus, Address Intentionally Omitted
518083076 Decker, Darian, Address Intentionally Omitted
518083077 Decker, James, Address Intentionally Omitted
518083078 Decker, Nicole, Address Intentionally Omitted
518083079 Decker, Otho, Address Intentionally Omitted
518083080 Decker, Peter, Address Intentionally Omitted
518083081 Deckman, Kevin, Address Intentionally Omitted
518083083 Decore, Peter, Address Intentionally Omitted
518083084 Dedeurwaerder, Scott, Address Intentionally Omitted
518083091 Deer, Lorenzo, Address Intentionally Omitted
518083095 Deeter, Keith, Address Intentionally Omitted
518083096 Deetz, Matthew, Address Intentionally Omitted
518083102 Degg, Todd, Address Intentionally Omitted
518083104 Degrazia, Daniel, Address Intentionally Omitted
518083107 Dehoyos, Christopher, Address Intentionally Omitted
518083112 Dejesus, Aaron, Address Intentionally Omitted
518083113 Dejesus, Francis, Address Intentionally Omitted
518083114 Dejesus, Hector, Address Intentionally Omitted
518083115 Dejesus, Jonaly, Address Intentionally Omitted
518083117 Del Pezzo, Nicholas, Address Intentionally Omitted
518083118 Delacruz, Bernardo, Address Intentionally Omitted
518083119 Delacruz, Hector, Address Intentionally Omitted
518083120 Delacruz, Raul, Address Intentionally Omitted
518083121 Delafuente, Michael, Address Intentionally Omitted
518083132 Delfavero, Lorraine, Address Intentionally Omitted
518083133 Delgadillo, John, Address Intentionally Omitted
518083134 Delgado, Jose, Address Intentionally Omitted
518083135 Delgado, Juan, Address Intentionally Omitted
518083136 Delgado, Marco, Address Intentionally Omitted
518083137 Delgado, Steven, Address Intentionally Omitted
518083139 Delice, Nathalie, Address Intentionally Omitted
518083140 Delio, Joseph, Address Intentionally Omitted
518083141 Delker, Darwin, Address Intentionally Omitted
518083142 Dell, Charles, Address Intentionally Omitted
518083143 Della Puca, Jason, Address Intentionally Omitted
518083144 Delligatti, Nicole, Address Intentionally Omitted
518083145 Dellipaoli, Rachel, Address Intentionally Omitted
518083149 Deloatch, Timothy, Address Intentionally Omitted
518083150 Delome, Mackendy, Address Intentionally Omitted
518083151 Delong, James, Address Intentionally Omitted
518083152 Delossantos, Jessenia, Address Intentionally Omitted
518083157 Delucia, Teresa, Address Intentionally Omitted
518083160 Delverne, Joseph, Address Intentionally Omitted
518083161 Delviscovo, Deborah, Address Intentionally Omitted
518083162 Demaio, Nicholas, Address Intentionally Omitted
518083164 Demarco, Dominick, Address Intentionally Omitted
518083165 Demarteleire, Francis, Address Intentionally Omitted
518083166 Dembowski, Darcy, Address Intentionally Omitted
518083167 Dembroski, Peter, Address Intentionally Omitted
518083170 Demiani, Harry, Address Intentionally Omitted

***** BYPASSED RECIPIENTS (continued) *****

518083172 Demizio, Michael, Address Intentionally Omitted
518083173 Demming, Phillip, Address Intentionally Omitted
518083174 Demmons, Joseph, Address Intentionally Omitted
518083175 Dempsey, Michael, Address Intentionally Omitted
518083176 Dempwolf, Richard, Address Intentionally Omitted
518083177 Demuth, Robert, Address Intentionally Omitted
518083178 Denby, Arthur, Address Intentionally Omitted
518083179 Dendy, Timothy, Address Intentionally Omitted
518083180 Denham, Benjamin, Address Intentionally Omitted
518083181 Dennett, William, Address Intentionally Omitted
518083188 Dennis, Anthony, Address Intentionally Omitted
518083189 Dennis, Jawan, Address Intentionally Omitted
518083190 Dennis, Kennedy, Address Intentionally Omitted
518083197 Depasquale, Thomas, Address Intentionally Omitted
518083198 Depina, Aristoteles, Address Intentionally Omitted
518083199 Depina, Nataniel, Address Intentionally Omitted
518083222 Dering, Robert, Address Intentionally Omitted
518083223 Derkack, Gary, Address Intentionally Omitted
518083225 Deroeck, Alex, Address Intentionally Omitted
518083227 Derosier, Andrew, Address Intentionally Omitted
518083228 Derr, Brian, Address Intentionally Omitted
518083231 Derrick, William, Address Intentionally Omitted
518083232 Derrien, Bernard, Address Intentionally Omitted
518083233 Derusso, Anthony, Address Intentionally Omitted
518083234 Derylo, Krystian, Address Intentionally Omitted
518083237 Desantis, Daniel, Address Intentionally Omitted
518083238 Desantis, Michael, Address Intentionally Omitted
518083240 Deschamps, Vincent, Address Intentionally Omitted
518083241 Deschenes, Gregory, Address Intentionally Omitted
518083243 Deseranno, Curtis, Address Intentionally Omitted
518083244 Deshields, Dereke, Address Intentionally Omitted
518083245 Deshong, Jasmine, Address Intentionally Omitted
518083248 Desilva, Michael, Address Intentionally Omitted
518083252 Desrosiers, Dennis, Address Intentionally Omitted
518083256 Deterding, Gregory, Address Intentionally Omitted
518083259 Detlor, Dylan, Address Intentionally Omitted
518083260 Detrow, Pamela, Address Intentionally Omitted
518083261 Dettmer, Jason, Address Intentionally Omitted
518083265 Devine, Arthur, Address Intentionally Omitted
518083266 Devine, Stephen, Address Intentionally Omitted
518083267 Devito, Salvatore, Address Intentionally Omitted
518083268 Devitt, Terrance, Address Intentionally Omitted
518083269 Devlin, Helen, Address Intentionally Omitted
518083271 Dewberry, Marvin, Address Intentionally Omitted
518083272 Dewitt, Raymond, Address Intentionally Omitted
518083273 Dewitt, Steven, Address Intentionally Omitted
518083285 Di Napoli, Benjamin, Address Intentionally Omitted
518083292 Dias, Edward, Address Intentionally Omitted
518083294 Diaz Villar, Maximo, Address Intentionally Omitted
518083295 Diaz, Alexander, Address Intentionally Omitted
518083296 Diaz, Christian, Address Intentionally Omitted
518083297 Diaz, Christopher, Address Intentionally Omitted
518083298 Diaz, Dennis, Address Intentionally Omitted
518083299 Diaz, Diana, Address Intentionally Omitted
518083300 Diaz, Jeremy, Address Intentionally Omitted
518083301 Diaz, Jose, Address Intentionally Omitted
518083302 Diaz, Jose, Address Intentionally Omitted
518083303 Diaz, Jose, Address Intentionally Omitted
518083304 Diaz, Kennie, Address Intentionally Omitted
518083305 Diaz, Louie, Address Intentionally Omitted
518083306 Diaz, Louis, Address Intentionally Omitted
518083307 Diaz, Manuel, Address Intentionally Omitted
518083308 Diaz, Michael, Address Intentionally Omitted
518083309 Diaz, Nelson, Address Intentionally Omitted
518083310 Diaz, Oscar, Address Intentionally Omitted
518083311 Dibeler, Brian, Address Intentionally Omitted
518083312 Dibella, Kirk, Address Intentionally Omitted
518083313 Dibello, Terry, Address Intentionally Omitted
518083314 Dibernardo, David, Address Intentionally Omitted
518083315 Dicellis, Angela, Address Intentionally Omitted
518083316 Dick, Anthony, Address Intentionally Omitted
518083317 Dickens, Kenny, Address Intentionally Omitted
518083318 Dickerson, Lessie, Address Intentionally Omitted
518083319 Dickey, Michelle, Address Intentionally Omitted
518083324 Dickson, Calvin, Address Intentionally Omitted
518083325 Dicocco, Michael, Address Intentionally Omitted
518083326 Diconzo, Stephen, Address Intentionally Omitted
518083328 Didomenico, Daniel, Address Intentionally Omitted
518083329 Diego, Steven, Address Intentionally Omitted

***** BYPASSED RECIPIENTS (continued) *****

518083331 Dietrich, Michael, Address Intentionally Omitted
518083332 Difabio, David, Address Intentionally Omitted
518083333 Diggs, Gregory, Address Intentionally Omitted
518083334 Diggs, Sidney, Address Intentionally Omitted
518083335 Digirolamo, Carmine, Address Intentionally Omitted
518083336 Digregorio, Melissa, Address Intentionally Omitted
518083337 Dilks, Harry, Address Intentionally Omitted
518083338 Dill, Pamela, Address Intentionally Omitted
518083339 Dill, Stanley, Address Intentionally Omitted
518083341 Dillon, Danny, Address Intentionally Omitted
518083342 Dillon, Jeff, Address Intentionally Omitted
518083343 Dillow, Timothy, Address Intentionally Omitted
518083344 Dimondi, Francis, Address Intentionally Omitted
518083346 Dinatale, Michael, Address Intentionally Omitted
518083348 Diniz, Marcus, Address Intentionally Omitted
518083349 Dinunzio, Dennis, Address Intentionally Omitted
518083352 Dipaolo, Thomas, Address Intentionally Omitted
518083353 Dipasqua, Aaron, Address Intentionally Omitted
518083354 Dipasquale, Robert, Address Intentionally Omitted
518083355 Diperna, Cameron, Address Intentionally Omitted
518083356 Diperna, Jacob, Address Intentionally Omitted
518083358 Diraffaele, Steven, Address Intentionally Omitted
518083373 Disantis, Joseph, Address Intentionally Omitted
518083375 Dishner, Michael, Address Intentionally Omitted
518083376 Disla-villar, Zenaido, Address Intentionally Omitted
518083385 Ditmars, Corey, Address Intentionally Omitted
518083386 Ditmars, Kenneth, Address Intentionally Omitted
518083387 Ditonto, Matthew, Address Intentionally Omitted
518083394 Divine, Joshua, Address Intentionally Omitted
518083398 Dixon, Benjamin, Address Intentionally Omitted
518083399 Dixon, Christina, Address Intentionally Omitted
518083400 Dixon, Ethan, Address Intentionally Omitted
518083401 Dixon, Jameson, Address Intentionally Omitted
518083402 Dixon, Sharon, Address Intentionally Omitted
518083403 Dixon, William, Address Intentionally Omitted
518083404 Djibo, Yaye, Address Intentionally Omitted
518083406 Dju, Arnaldo, Address Intentionally Omitted
518083407 Djulabic, Braco, Address Intentionally Omitted
518083410 Dlugolinski, Danny, Address Intentionally Omitted
518083420 Dobak, Jacqueline, Address Intentionally Omitted
518083421 Dobbins, Curtis, Address Intentionally Omitted
518083422 Dobosu, Omar, Address Intentionally Omitted
518083423 Dobson, Donnell, Address Intentionally Omitted
518083424 Dobyne, Keenan, Address Intentionally Omitted
518083427 Dockrey, Bevon, Address Intentionally Omitted
518083429 Doebler, Jason, Address Intentionally Omitted
518083430 Doerrer, Andrew, Address Intentionally Omitted
518083431 Doherty, John, Address Intentionally Omitted
518083433 Doig, Jason, Address Intentionally Omitted
518083439 Doll, Scott, Address Intentionally Omitted
518083448 Doman, Mark, Address Intentionally Omitted
518083449 Domanski, Joanne, Address Intentionally Omitted
518083450 Dombek, Robert, Address Intentionally Omitted
518083451 Dombrowski, James, Address Intentionally Omitted
518083453 Domer, Kenneth, Address Intentionally Omitted
518083455 Domin, Zachary, Address Intentionally Omitted
518083456 Domingos Dosreis, Mario, Address Intentionally Omitted
518083457 Dominguez Ramirez, Ernesto, Address Intentionally Omitted
518083458 Dominguez, Jean, Address Intentionally Omitted
518083459 Dominguez, Nicholas, Address Intentionally Omitted
518083460 Dominguez-rivera, Joshua, Address Intentionally Omitted
518083466 Domino, Jo Ann, Address Intentionally Omitted
518083467 Domizio, Danielle, Address Intentionally Omitted
518083468 Domizio, Joseph, Address Intentionally Omitted
518083469 Domizio, Nicole, Address Intentionally Omitted
518083473 Donaghy, Paul, Address Intentionally Omitted
518083474 Donahue, Robert, Address Intentionally Omitted
518083479 Donald, Seth, Address Intentionally Omitted
518083480 Donaldson, Alden, Address Intentionally Omitted
518083481 Donaldson, Kenneth, Address Intentionally Omitted
518083484 Donlon, Gary, Address Intentionally Omitted
518083490 Donnelly, Dennis, Address Intentionally Omitted
518083492 Donoghue, Mark, Address Intentionally Omitted
518083493 Donohue, Dennis, Address Intentionally Omitted
518083494 Donovan, Donalee, Address Intentionally Omitted
518083495 Donovan, Shawn, Address Intentionally Omitted
518083496 Donovan, Tyrone, Address Intentionally Omitted
518083498 Doolittle, Cheyenne, Address Intentionally Omitted
518083499 Doolittle, Franklin, Address Intentionally Omitted

***** BYPASSED RECIPIENTS (continued) *****

518083500 Doolittle, Micky, Address Intentionally Omitted
518083502 Doran, John, Address Intentionally Omitted
518083503 Dorbert, Phillip, Address Intentionally Omitted
518083504 Dorceus, Micko, Address Intentionally Omitted
518083505 Doring, Anthony, Address Intentionally Omitted
518083512 Dorsey, Frederick, Address Intentionally Omitted
518083513 Dorsey, Howard, Address Intentionally Omitted
518083514 Dorsey, Katherine, Address Intentionally Omitted
518083515 Dorsey, Laquann, Address Intentionally Omitted
518083516 Dorsey, Roman, Address Intentionally Omitted
518083517 Dorso, Steven, Address Intentionally Omitted
518083519 Dotson, Lemario, Address Intentionally Omitted
518083520 Dotson, Masio, Address Intentionally Omitted
518083521 Dotzman, William, Address Intentionally Omitted
518083523 Doucette, Daniel, Address Intentionally Omitted
518083524 Dougan, Fredrick, Address Intentionally Omitted
518083525 Dougherty, John, Address Intentionally Omitted
518083526 Dougherty, Tania, Address Intentionally Omitted
518083527 Doughty, Debra, Address Intentionally Omitted
518083528 Doughty, Eric, Address Intentionally Omitted
518083533 Douglas, Allister, Address Intentionally Omitted
518083534 Douglas, Amanda, Address Intentionally Omitted
518083535 Douglas, Ronald, Address Intentionally Omitted
518083536 Doujii, Iourii, Address Intentionally Omitted
518083537 Dove, Terrence, Address Intentionally Omitted
518083538 Dove, William, Address Intentionally Omitted
518083540 Dovhan, Todd, Address Intentionally Omitted
518083543 Dowd, Courtney, Address Intentionally Omitted
518083544 Dowdy, Lydia, Address Intentionally Omitted
518083545 Downey, Bernard, Address Intentionally Omitted
518083546 Downey, Nicolas, Address Intentionally Omitted
518083547 Downey, Thomas, Address Intentionally Omitted
518083549 Downing, Kevin, Address Intentionally Omitted
518083550 Downing, Nicholas, Address Intentionally Omitted
518083552 Doyle, Donald, Address Intentionally Omitted
518083553 Doyle, Kevin, Address Intentionally Omitted
518083554 Dozier, Gary, Address Intentionally Omitted
518083562 Drag, Piotr, Address Intentionally Omitted
518083563 Dragone, Michael, Address Intentionally Omitted
518083568 Drake, Andrew, Address Intentionally Omitted
518083569 Drake, Eric, Address Intentionally Omitted
518083570 Drake, Prince, Address Intentionally Omitted
518083572 Draper, Alexander, Address Intentionally Omitted
518083573 Draper, Bryant, Address Intentionally Omitted
518083574 Draughn, Wilbert, Address Intentionally Omitted
518083575 Drayton, Felicia, Address Intentionally Omitted
518083576 Drayton, Felicia, Address Intentionally Omitted
518083579 Driscoll, Frank, Address Intentionally Omitted
518083580 Driscoll, Sean, Address Intentionally Omitted
518083584 Drolet, Daniel, Address Intentionally Omitted
518083588 Drumgold, Johnathan, Address Intentionally Omitted
518083589 Drummond, Eric, Address Intentionally Omitted
518083590 Drummond, Kevin, Address Intentionally Omitted
518083591 Drummond, Rodney, Address Intentionally Omitted
518083592 Drury, Harrison, Address Intentionally Omitted
518083595 Drye, Jonathan, Address Intentionally Omitted
518083610 Duarte, Erico, Address Intentionally Omitted
518083611 Duarte, Joseph, Address Intentionally Omitted
518083612 Dubiel, Paul, Address Intentionally Omitted
518083613 Dublin, Jeamond, Address Intentionally Omitted
518083614 Dudek, Christopher, Address Intentionally Omitted
518083615 Dudek, Timothy, Address Intentionally Omitted
518083616 Dudley, Aderemi, Address Intentionally Omitted
518083617 Dudley, Alexander, Address Intentionally Omitted
518083618 Duenas, Jonathan, Address Intentionally Omitted
518083619 Duerler, Brandon, Address Intentionally Omitted
518083620 Dufour, Raymond, Address Intentionally Omitted
518083621 Dufrene, Keystone, Address Intentionally Omitted
518083622 Duga, Suellen, Address Intentionally Omitted
518083624 Duggan, David, Address Intentionally Omitted
518083625 Dugger, Austin, Address Intentionally Omitted
518083626 Duitch, Matthew, Address Intentionally Omitted
518083630 Duke, Julia, Address Intentionally Omitted
518083631 Duke, Olaf, Address Intentionally Omitted
518083632 Dukes, Jabari, Address Intentionally Omitted
518083633 Dull, Tina, Address Intentionally Omitted
518083636 Dulniak, Douglas, Address Intentionally Omitted
518083638 Dumpson, Jacevius, Address Intentionally Omitted
518083640 Duncan, Dale, Address Intentionally Omitted

***** BYPASSED RECIPIENTS (continued) *****

518083641 Duncan, David, Address Intentionally Omitted
518083642 Duncan, Grover, Address Intentionally Omitted
518083643 Duncan, Robyn, Address Intentionally Omitted
518083645 Dunham, Angela, Address Intentionally Omitted
518083646 Dunham, Jason, Address Intentionally Omitted
518083647 Dunham, Steven, Address Intentionally Omitted
518083648 Dunlap, Blane, Address Intentionally Omitted
518083649 Dunlap, Douglas, Address Intentionally Omitted
518083650 Dunlap, Pierre, Address Intentionally Omitted
518083651 Dunlap, Shauntavis, Address Intentionally Omitted
518083653 Dunn, Aaron, Address Intentionally Omitted
518083654 Dunn, Antoine, Address Intentionally Omitted
518083655 Dunn, Herbert, Address Intentionally Omitted
518083656 Dunn, Kyle, Address Intentionally Omitted
518083657 Dunn, Michael, Address Intentionally Omitted
518083658 Dunn, Ray, Address Intentionally Omitted
518083659 Dunn, Wayne, Address Intentionally Omitted
518083661 Dunston, Derald, Address Intentionally Omitted
518083665 Dupoux, Rony, Address Intentionally Omitted
518083666 Dupree, Marvin, Address Intentionally Omitted
518083667 Dupuis, Anthony, Address Intentionally Omitted
518083669 Duquette, Andrea, Address Intentionally Omitted
518083670 Duquette, Raymond, Address Intentionally Omitted
518083678 Duran, Omar, Address Intentionally Omitted
518083679 Durant, Christopher, Address Intentionally Omitted
518083682 Durgin, Sean, Address Intentionally Omitted
518083683 Durham, Darius, Address Intentionally Omitted
518083684 Durham, Darrin, Address Intentionally Omitted
518083685 Durham, Dennis, Address Intentionally Omitted
518083688 Durkin, Patrick, Address Intentionally Omitted
518083690 Durst, Gambit, Address Intentionally Omitted
518083692 Duston, Curtis, Address Intentionally Omitted
518083693 Dutan, Christopher, Address Intentionally Omitted
518083695 Dutton, David, Address Intentionally Omitted
518083697 Dutz, Daniel, Address Intentionally Omitted
518083698 Duverglas, George, Address Intentionally Omitted
518083699 Dwornicki, Andrzej, Address Intentionally Omitted
518083705 Dwyer, Bowen, Address Intentionally Omitted
518083706 Dwyer, Michael, Address Intentionally Omitted
518083707 Dybala, Christopher, Address Intentionally Omitted
518083708 Dyce, Obrian, Address Intentionally Omitted
518083710 Dye, Todd, Address Intentionally Omitted
518083711 Dyer, Devon, Address Intentionally Omitted
518083712 Dyer, Frank, Address Intentionally Omitted
518083713 Dyer, William, Address Intentionally Omitted
518083714 Dyke, Jeffrey, Address Intentionally Omitted
518083715 Dykes, Aaron, Address Intentionally Omitted
518083728 Dysard, Thomas, Address Intentionally Omitted
518083729 Dyson, Justin, Address Intentionally Omitted
518083737 Eades, Paul, Address Intentionally Omitted
518083738 Eady, Shatorrie, Address Intentionally Omitted
518083739 Eager, Patrick, Address Intentionally Omitted
518083744 Eames, Diane, Address Intentionally Omitted
518083745 Earl, Jonathan, Address Intentionally Omitted
518083746 Earle, Patrick, Address Intentionally Omitted
518083747 Earley, Jonathan, Address Intentionally Omitted
518083748 Earp, Naasir, Address Intentionally Omitted
518083770 Eastep, Craig, Address Intentionally Omitted
518083785 Eastman, Zachary, Address Intentionally Omitted
518083799 Eaton, Allison, Address Intentionally Omitted
518083800 Eaton, Plummer, Address Intentionally Omitted
518083803 Ebersole, Patricia, Address Intentionally Omitted
518083806 Eccles, Kyle, Address Intentionally Omitted
518083807 Echard, Austin, Address Intentionally Omitted
518083808 Echard, Orville, Address Intentionally Omitted
518083812 Echols, Stephanie, Address Intentionally Omitted
518083815 Ecker, Terry, Address Intentionally Omitted
518083816 Eckerfield, Ryan, Address Intentionally Omitted
518083817 Eckhardt, Peter, Address Intentionally Omitted
518083818 Eckman, Barry, Address Intentionally Omitted
518083820 Eckstein, Adam, Address Intentionally Omitted
518083825 Econom, Kerri, Address Intentionally Omitted
518083841 Edelman, Sharon, Address Intentionally Omitted
518083842 Edelshtein, Natan, Address Intentionally Omitted
518083845 Edin Zahirovic
518083850 Edison, Ray, Address Intentionally Omitted
518083851 Edison, William, Address Intentionally Omitted
518083854 Edmond, Zachurie, Address Intentionally Omitted
518083855 Edmonds, Bruce, Address Intentionally Omitted

***** BYPASSED RECIPIENTS (continued) *****

518083856 Edmonds, Melvin, Address Intentionally Omitted
518083857 Edmonds, Shamont, Address Intentionally Omitted
518083858 Edmonds, William, Address Intentionally Omitted
518083868 Edwards, Alex, Address Intentionally Omitted
518083869 Edwards, Anthony, Address Intentionally Omitted
518083870 Edwards, Brandon, Address Intentionally Omitted
518083871 Edwards, David, Address Intentionally Omitted
518083872 Edwards, Demetries, Address Intentionally Omitted
518083873 Edwards, Harold, Address Intentionally Omitted
518083874 Edwards, John, Address Intentionally Omitted
518083875 Edwards, Jonathan, Address Intentionally Omitted
518083876 Edwards, Joseph, Address Intentionally Omitted
518083877 Edwards, Matthew, Address Intentionally Omitted
518083878 Edwards, Tara, Address Intentionally Omitted
518083879 Edwards, Tyler, Address Intentionally Omitted
518083880 Edwards, William, Address Intentionally Omitted
518083894 Egresitz, Dusty, Address Intentionally Omitted
518083897 Ehling, James, Address Intentionally Omitted
518083899 Eicholtz, James, Address Intentionally Omitted
518083900 Eickhoff, Brian, Address Intentionally Omitted
518083903 Eisel, Brian, Address Intentionally Omitted
518083904 Eisenberg, Craig, Address Intentionally Omitted
518083905 Eisloeffel, Matthew, Address Intentionally Omitted
518083907 Eklund, Robert, Address Intentionally Omitted
518083910 El, Hamud, Address Intentionally Omitted
518083913 Elam, Arthur, Address Intentionally Omitted
518083914 Elam, Brandon, Address Intentionally Omitted
518083919 Eldred, Gary, Address Intentionally Omitted
518083920 Eldred, John, Address Intentionally Omitted
518083921 Eldred, John, Address Intentionally Omitted
518083922 Eldredge, Derrick, Address Intentionally Omitted
518083923 Eldridge, Shaun, Address Intentionally Omitted
518083943 Elgart, Gregory, Address Intentionally Omitted
518083945 Elisha, Brian, Address Intentionally Omitted
518083968 Elizer, Gerard, Address Intentionally Omitted
518083973 Elkins, Cody, Address Intentionally Omitted
518083974 Elkins, Joseph, Address Intentionally Omitted
518083975 Elkins, Larry, Address Intentionally Omitted
518083976 Ellam, Bruce, Address Intentionally Omitted
518083978 Ellerbee, Justin, Address Intentionally Omitted
518083983 Elliott, William, Address Intentionally Omitted
518083985 Ellis, Adam, Address Intentionally Omitted
518083986 Ellis, Alexis, Address Intentionally Omitted
518083987 Ellis, Donald, Address Intentionally Omitted
518083988 Ellis, Michael, Address Intentionally Omitted
518083989 Ellis, Michael, Address Intentionally Omitted
518083991 Elmahalawy, Elsayed, Address Intentionally Omitted
518083993 Elmore, Anthony, Address Intentionally Omitted
518083995 Elswick, Joseph, Address Intentionally Omitted
518083997 Eltawil, Bahaa, Address Intentionally Omitted
518083999 Elyosius, Luke, Address Intentionally Omitted
518084012 Emerick, Paul, Address Intentionally Omitted
518084013 Emerick, Thomas, Address Intentionally Omitted
518084020 Emile, Brisly, Address Intentionally Omitted
518084021 Emiliani, Frank, Address Intentionally Omitted
518084024 Emke, Daniel, Address Intentionally Omitted
518084025 Emmert, Craig, Address Intentionally Omitted
518084026 Emmons, Matthew, Address Intentionally Omitted
518084044 Encarnacion, Milko, Address Intentionally Omitted
518084048 Enders, April, Address Intentionally Omitted
518084049 Enders, Victor, Address Intentionally Omitted
518084050 Enderson, Jon, Address Intentionally Omitted
518084057 Engasser, Robert, Address Intentionally Omitted
518084065 Engle, James, Address Intentionally Omitted
518084066 Engle, Michael, Address Intentionally Omitted
518084067 Engle, Ronald, Address Intentionally Omitted
518084070 Engleman, Marcus, Address Intentionally Omitted
518084071 English, Ashley, Address Intentionally Omitted
518084074 Enlund, Keith, Address Intentionally Omitted
518084075 Ennis, Keith, Address Intentionally Omitted
518084077 Enoch, Najee, Address Intentionally Omitted
518084078 Enoch, Thomas, Address Intentionally Omitted
518084079 Enos, Jason, Address Intentionally Omitted
518084099 Eppelmann, Stephen, Address Intentionally Omitted
518084100 Eppes, Larry, Address Intentionally Omitted
518084102 Epps-beatty, Troy, Address Intentionally Omitted
518084108 Erb, Jodi, Address Intentionally Omitted
518084109 Erb, Robert, Address Intentionally Omitted
518084110 Erb, Ronald, Address Intentionally Omitted

***** BYPASSED RECIPIENTS (continued) *****

518084111 Erce, Shaun, Address Intentionally Omitted
518084112 Ercoli, Isaac, Address Intentionally Omitted
518084113 Erezuma, Patricio, Address Intentionally Omitted
518084120 Erickson, Mark, Address Intentionally Omitted
518084139 Erney, Dale, Address Intentionally Omitted
518084141 Erskine, Donald, Address Intentionally Omitted
518084142 Erskine, Henri, Address Intentionally Omitted
518084143 Erskine, John, Address Intentionally Omitted
518084146 Esaw, Kahleel, Address Intentionally Omitted
518084147 Esch, Robert, Address Intentionally Omitted
518084150 Escobar, Tamara, Address Intentionally Omitted
518084151 Escobar-lopez, Ricardo, Address Intentionally Omitted
518084154 Eskridge, Robert, Address Intentionally Omitted
518084157 Espaillat, Fernando, Address Intentionally Omitted
518084158 Esparza, Eric, Address Intentionally Omitted
518084159 Espejo, Jonathan, Address Intentionally Omitted
518084160 Espinal, Andrew, Address Intentionally Omitted
518084161 Espinosa, Casey, Address Intentionally Omitted
518084163 Esposito, Alphonse, Address Intentionally Omitted
518084164 Esposito, Jason, Address Intentionally Omitted
518084165 Esquivel, Victor, Address Intentionally Omitted
518084173 Estes, Joshua, Address Intentionally Omitted
518084174 Estes, Robert, Address Intentionally Omitted
518084176 Estime, Charles, Address Intentionally Omitted
518084177 Estiverne, Wonder, Address Intentionally Omitted
518084178 Estrada, Dayron, Address Intentionally Omitted
518084179 Estrada-navarro, Jorge, Address Intentionally Omitted
518084180 Estrella Caraballo, Diana, Address Intentionally Omitted
518084181 Estrella, Danielle, Address Intentionally Omitted
518084186 Et, Rayan, Address Intentionally Omitted
518084189 Etheart, Wesley, Address Intentionally Omitted
518084192 Etler, Alexander, Address Intentionally Omitted
518084193 Etler, Jason, Address Intentionally Omitted
518084197 Eutzy, Christopher, Address Intentionally Omitted
518084198 Eutzy, Jeremy, Address Intentionally Omitted
518084199 Evangelista, Gabrielle, Address Intentionally Omitted
518084200 Evangelista, Mario, Address Intentionally Omitted
518084201 Evanitz, Stephen, Address Intentionally Omitted
518084203 Evans, Alexander, Address Intentionally Omitted
518084204 Evans, Andre, Address Intentionally Omitted
518084205 Evans, Arthur, Address Intentionally Omitted
518084206 Evans, Bradley, Address Intentionally Omitted
518084207 Evans, Gareth, Address Intentionally Omitted
518084208 Evans, James, Address Intentionally Omitted
518084209 Evans, Jevon, Address Intentionally Omitted
518084210 Evans, Kashif, Address Intentionally Omitted
518084211 Evans, Lawrenzo, Address Intentionally Omitted
518084212 Evans, Mark, Address Intentionally Omitted
518084213 Evans, Omar, Address Intentionally Omitted
518084214 Evans, Richard, Address Intentionally Omitted
518084215 Evans, Sandra, Address Intentionally Omitted
518084216 Evans, Staci, Address Intentionally Omitted
518084224 Everett, Eric, Address Intentionally Omitted
518084229 Everson, Gina, Address Intentionally Omitted
518084241 Evora, Freed, Address Intentionally Omitted
518084244 Ewen, James, Address Intentionally Omitted
518084255 Exford, Dorr, Address Intentionally Omitted
518084278 Eziaghighala, Chima, Address Intentionally Omitted
518084294 Fabian, Brian, Address Intentionally Omitted
518084298 Fafalios, Michael, Address Intentionally Omitted
518084299 Fagnani, Annamarie, Address Intentionally Omitted
518084300 Fahrer, Kylie, Address Intentionally Omitted
518084305 Fairchild, Christopher, Address Intentionally Omitted
518084311 Fairweather, Elisha, Address Intentionally Omitted
518084312 Fajardo, Jorge, Address Intentionally Omitted
518084313 Falanga, Cynthia, Address Intentionally Omitted
518084315 Falcon, Ana, Address Intentionally Omitted
518084317 Falcone, Anthony, Address Intentionally Omitted
518084319 Falette, Cronauly, Address Intentionally Omitted
518084320 Falkowski, Amy, Address Intentionally Omitted
518084326 Falzoi, Stephen, Address Intentionally Omitted
518084333 Fancher, Laureston, Address Intentionally Omitted
518084335 Fanelli, David, Address Intentionally Omitted
518084336 Fanniff, Brian, Address Intentionally Omitted
518084337 Fannon, John, Address Intentionally Omitted
518084338 Fantoli, Richard, Address Intentionally Omitted
518084341 Farkas, Keith, Address Intentionally Omitted
518084342 Farkash, Alan, Address Intentionally Omitted
518084345 Farmer, Kristie, Address Intentionally Omitted

***** BYPASSED RECIPIENTS (continued) *****

518084355 Farrell, Daniel, Address Intentionally Omitted
518084356 Farrell, Edward, Address Intentionally Omitted
518084357 Farrell, Pete, Address Intentionally Omitted
518084358 Farrell, Steven, Address Intentionally Omitted
518084359 Farrell-hickox, David, Address Intentionally Omitted
518084360 Farren, James, Address Intentionally Omitted
518084361 Farrington, Raymond, Address Intentionally Omitted
518084362 Farris, Christopher, Address Intentionally Omitted
518084363 Farris, Tommy, Address Intentionally Omitted
518084373 Faught, Kellylynn, Address Intentionally Omitted
518084374 Faulk, Robert, Address Intentionally Omitted
518084375 Faulkner, Troy, Address Intentionally Omitted
518084376 Fauntleroy, Dominic, Address Intentionally Omitted
518084377 Faust, Barkee, Address Intentionally Omitted
518084378 Favoright, Christoffer, Address Intentionally Omitted
518084385 Feaster, Jeffrey, Address Intentionally Omitted
518084386 Fecteau, Alex, Address Intentionally Omitted
518084387 Fedaczynsky, Joseph, Address Intentionally Omitted
518084393 Fedor, Christopher, Address Intentionally Omitted
518084396 Feehley, Joshua, Address Intentionally Omitted
518084397 Feeley-hicks, Andrew, Address Intentionally Omitted
518084398 Feenstra, Marleen, Address Intentionally Omitted
518084399 Feeser, Jason, Address Intentionally Omitted
518084400 Feigles, Brett, Address Intentionally Omitted
518084401 Feigley, Renate, Address Intentionally Omitted
518084402 Feigley, Steven, Address Intentionally Omitted
518084403 Feimann, James, Address Intentionally Omitted
518084406 Feldt, Walter, Address Intentionally Omitted
518084407 Feliciano, Carlos, Address Intentionally Omitted
518084408 Felix Murillo, Daniel, Address Intentionally Omitted
518084409 Felix, Patrick, Address Intentionally Omitted
518084410 Feliz, Rafael, Address Intentionally Omitted
518084412 Fenelus, Spencer, Address Intentionally Omitted
518084413 Feneque, Eduein, Address Intentionally Omitted
518084415 Fenton, Ruby, Address Intentionally Omitted
518084420 Ferguson, Desmond, Address Intentionally Omitted
518084421 Ferguson, Hannah, Address Intentionally Omitted
518084422 Ferguson, Jacqueline, Address Intentionally Omitted
518084423 Ferguson, John, Address Intentionally Omitted
518084426 Fernandes, Arthur, Address Intentionally Omitted
518084427 Fernandes, Christian, Address Intentionally Omitted
518084428 Fernandes, Joseph, Address Intentionally Omitted
518084429 Fernandes, Lorenzo, Address Intentionally Omitted
518084430 Fernandez Lema, Yago, Address Intentionally Omitted
518084431 Fernandez, Angela, Address Intentionally Omitted
518084432 Fernandez, Danny, Address Intentionally Omitted
518084433 Fernandez, Eric, Address Intentionally Omitted
518084434 Fernandez, Martin, Address Intentionally Omitted
518084435 Fernandez, Victor, Address Intentionally Omitted
518084437 Fernatt, Jimmy, Address Intentionally Omitted
518084438 Ferneding, James, Address Intentionally Omitted
518084439 Ferrara, Nicholas, Address Intentionally Omitted
518084440 Ferreira, George, Address Intentionally Omitted
518084441 Ferreira, Miguel, Address Intentionally Omitted
518084443 Ferreras, Aquiles, Address Intentionally Omitted
518084445 Ferro-cabrera, Neslan, Address Intentionally Omitted
518084446 Fess, Timothy, Address Intentionally Omitted
518084449 Fetch, Michael, Address Intentionally Omitted
518084450 Fetes, James, Address Intentionally Omitted
518084453 Fetzko, Scott, Address Intentionally Omitted
518084457 Fiala, Jacqueline, Address Intentionally Omitted
518084458 Fialho, Manuel, Address Intentionally Omitted
518084459 Fiamingo, Michael, Address Intentionally Omitted
518084463 Fiegl, Bryce, Address Intentionally Omitted
518084465 Fields, Gerald, Address Intentionally Omitted
518084466 Fiestas, Luis, Address Intentionally Omitted
518084473 Figuerado, Patricia, Address Intentionally Omitted
518084474 Figueroa, Chaliah, Address Intentionally Omitted
518084475 Figueroa, Daniel, Address Intentionally Omitted
518084476 Figueroa, Miguel, Address Intentionally Omitted
518084477 Figueroa, Miguel, Address Intentionally Omitted
518084478 Figueroa, Reinaldo, Address Intentionally Omitted
518084479 Figures, Daniel, Address Intentionally Omitted
518084480 Filagrossi, John, Address Intentionally Omitted
518084481 Filamond, Justin, Address Intentionally Omitted
518084482 Filarowicz, Ryszard, Address Intentionally Omitted
518084497 Fink, Paul, Address Intentionally Omitted
518084498 Fink, Tina, Address Intentionally Omitted
518084499 Finley, Kenneth, Address Intentionally Omitted

***** BYPASSED RECIPIENTS (continued) *****

518084500 Finn, Kevin, Address Intentionally Omitted
518084501 Finnegan, Lester, Address Intentionally Omitted
518084502 Finnegan, Melissa, Address Intentionally Omitted
518084503 Finnegan, Patrick, Address Intentionally Omitted
518084504 Finnemore, Leonard, Address Intentionally Omitted
518084505 Finney, Damon, Address Intentionally Omitted
518084506 Finster, Michael, Address Intentionally Omitted
518084507 Fiolek, Jan, Address Intentionally Omitted
518084530 Fischer Vieira, Steven, Address Intentionally Omitted
518084531 Fischer, Christopher, Address Intentionally Omitted
518084533 Fish, Dane, Address Intentionally Omitted
518084537 Fisher, Arthur, Address Intentionally Omitted
518084538 Fisher, Brian, Address Intentionally Omitted
518084539 Fisher, Craig, Address Intentionally Omitted
518084540 Fisher, Deandre, Address Intentionally Omitted
518084541 Fisher, Donna, Address Intentionally Omitted
518084542 Fisher, Jason, Address Intentionally Omitted
518084543 Fisher, Shannon, Address Intentionally Omitted
518084549 Fitch, Frederick, Address Intentionally Omitted
518084550 Fitzgerald, Daniel, Address Intentionally Omitted
518084552 Fitzpatrick, Amy, Address Intentionally Omitted
518084553 Fitzpatrick, Gary, Address Intentionally Omitted
518084554 Fitzpatrick, Jeff, Address Intentionally Omitted
518084555 Fitzpatrick, Jill, Address Intentionally Omitted
518084556 Fitzpatrick, Shawn, Address Intentionally Omitted
518084557 Fitzpatrick, Timothy, Address Intentionally Omitted
518084558 Fitzsimmons, Katherine, Address Intentionally Omitted
518084573 Flanders, Zachary, Address Intentionally Omitted
518084574 Flaschberger, Michael, Address Intentionally Omitted
518084576 Flather, Curtis, Address Intentionally Omitted
518084577 Flatt, William, Address Intentionally Omitted
518084592 Fleisher, Eric, Address Intentionally Omitted
518084594 Fleming, Christopher, Address Intentionally Omitted
518084595 Flemister, Anthony, Address Intentionally Omitted
518084596 Flemister, Christopher, Address Intentionally Omitted
518084597 Fletcher, David, Address Intentionally Omitted
518084598 Fletcher, Debra, Address Intentionally Omitted
518084599 Fletcher, Timothy, Address Intentionally Omitted
518084600 Fleury, Schneider, Address Intentionally Omitted
518084605 Flick, Michael, Address Intentionally Omitted
518084606 Flickinger, Chase, Address Intentionally Omitted
518084607 Flint, Jeffrey, Address Intentionally Omitted
518084608 Flint, Victor, Address Intentionally Omitted
518084609 Floder, Jason, Address Intentionally Omitted
518084611 Florczak, Steven, Address Intentionally Omitted
518084613 Flores Maldonado, Adrian, Address Intentionally Omitted
518084614 Flores, Edwardo, Address Intentionally Omitted
518084615 Flores, Jose, Address Intentionally Omitted
518084616 Flores, Pedro, Address Intentionally Omitted
518084617 Flores, Xavier, Address Intentionally Omitted
518084625 Floyd, Abdul-shaquan, Address Intentionally Omitted
518084627 Flynn, Brandon, Address Intentionally Omitted
518084628 Flynn, Carl, Address Intentionally Omitted
518084634 Focht, Douglas, Address Intentionally Omitted
518084635 Foisy, Kenneth, Address Intentionally Omitted
518084637 Folchi, Hernan, Address Intentionally Omitted
518084638 Folckemer, David, Address Intentionally Omitted
518084639 Folckemer, Jesse, Address Intentionally Omitted
518084641 Foley, Thomas, Address Intentionally Omitted
518084643 Follin, Helen, Address Intentionally Omitted
518084644 Fonah, Mohammed, Address Intentionally Omitted
518084645 Fontanez, Thomas, Address Intentionally Omitted
518084646 Fontes, Claudia, Address Intentionally Omitted
518084654 Forbes, Dennis, Address Intentionally Omitted
518084655 Force, Jacqueline, Address Intentionally Omitted
518084656 Force, Nathan, Address Intentionally Omitted
518084660 Ford, Brandon, Address Intentionally Omitted
518084661 Ford, Corey, Address Intentionally Omitted
518084662 Ford, Gavin, Address Intentionally Omitted
518084663 Ford, Jamel, Address Intentionally Omitted
518084664 Ford, John, Address Intentionally Omitted
518084665 Ford, Mark, Address Intentionally Omitted
518084666 Ford, Quinton, Address Intentionally Omitted
518084667 Ford, Robert, Address Intentionally Omitted
518084668 Ford, Yvette, Address Intentionally Omitted
518084669 Foreman, Joseph, Address Intentionally Omitted
518084677 Forlano, Carmine, Address Intentionally Omitted
518084678 Forman, Tori, Address Intentionally Omitted
518084680 Forney, Frederick, Address Intentionally Omitted

***** BYPASSED RECIPIENTS (continued) *****

518084681 Fornwalt, Alexander, Address Intentionally Omitted
518084682 Fornwalt, Nathan, Address Intentionally Omitted
518084683 Forster, Richard, Address Intentionally Omitted
518084684 Forsythe, John, Address Intentionally Omitted
518084686 Fortes, Erica, Address Intentionally Omitted
518084687 Fortier, Jeremy, Address Intentionally Omitted
518084688 Fortier, Peter, Address Intentionally Omitted
518084692 Fortuna, Michael, Address Intentionally Omitted
518084694 Fosbrink, Christopher, Address Intentionally Omitted
518084698 Foster, Charlotte, Address Intentionally Omitted
518084699 Foster, Eutonji, Address Intentionally Omitted
518084700 Foster, Korey, Address Intentionally Omitted
518084701 Foster, Michael, Address Intentionally Omitted
518084709 Fowler, Devonte, Address Intentionally Omitted
518084715 Foy, Tyrone, Address Intentionally Omitted
518084720 Frame, Robert, Address Intentionally Omitted
518084728 Francis, David, Address Intentionally Omitted
518084729 Francis, Jason, Address Intentionally Omitted
518084731 Franco, Esteban, Address Intentionally Omitted
518084739 Frank, David, Address Intentionally Omitted
518084740 Frank, Mark, Address Intentionally Omitted
518084741 Frankenfield, Melissa, Address Intentionally Omitted
518084752 Franklin, Aaron, Address Intentionally Omitted
518084753 Franklin, Kyle, Address Intentionally Omitted
518084757 Fraser, Martin, Address Intentionally Omitted
518084758 Fraser, Wayne, Address Intentionally Omitted
518084759 Frasier, Donnell, Address Intentionally Omitted
518084760 Frazia, Nicole, Address Intentionally Omitted
518084761 Frazier, Richard, Address Intentionally Omitted
518084763 Frechette, Kyle, Address Intentionally Omitted
518084771 Fredericks, James, Address Intentionally Omitted
518084772 Fredericks, Philip, Address Intentionally Omitted
518084773 Fredrick, Lacey, Address Intentionally Omitted
518084774 Fredsall, Kathryn, Address Intentionally Omitted
518084775 Freeburn, Daniel, Address Intentionally Omitted
518084779 Freeman, Kaison, Address Intentionally Omitted
518084780 Freeman, Kevin, Address Intentionally Omitted
518084781 Freeman, Kurtis, Address Intentionally Omitted
518084782 Freeman, Shade, Address Intentionally Omitted
518084783 Freeman, Trudy, Address Intentionally Omitted
518084784 Freeny, Ricardo, Address Intentionally Omitted
518084803 Freire, Dolmer, Address Intentionally Omitted
518084804 Freitas, John, Address Intentionally Omitted
518084805 Freitas, Lucas, Address Intentionally Omitted
518084806 Fresilli, Angelo, Address Intentionally Omitted
518084807 Freund, Christopher, Address Intentionally Omitted
518084809 Frey, Dillan, Address Intentionally Omitted
518084810 Frey, Jason, Address Intentionally Omitted
518084811 Frezzo, Frank, Address Intentionally Omitted
518084813 Frias, Sergio, Address Intentionally Omitted
518084815 Friedwald, Joann, Address Intentionally Omitted
518084817 Friscia, Paul, Address Intentionally Omitted
518084818 Frisko, Craig, Address Intentionally Omitted
518084819 Friss, Carolyn, Address Intentionally Omitted
518084821 Fritz, Paul, Address Intentionally Omitted
518084822 Fritz, Robert, Address Intentionally Omitted
518084823 Frock, Katelyn, Address Intentionally Omitted
518084824 Froebel, Derek, Address Intentionally Omitted
518084827 Fronheiser, Howard, Address Intentionally Omitted
518084828 Fronheiser, Shawn, Address Intentionally Omitted
518084829 Fronheiser, Steven, Address Intentionally Omitted
518084835 Frost, Elaine, Address Intentionally Omitted
518084836 Frost, Paul, Address Intentionally Omitted
518084837 Frost, Robert, Address Intentionally Omitted
518084839 Fry, Unique, Address Intentionally Omitted
518084840 Frye, Brandon, Address Intentionally Omitted
518084849 Fuentes, Jose, Address Intentionally Omitted
518084853 Fulkerson, Bradley, Address Intentionally Omitted
518084855 Fuller, Robert, Address Intentionally Omitted
518084856 Fullmer, Steven, Address Intentionally Omitted
518084860 Fulton, Troy, Address Intentionally Omitted
518084862 Funkhouser, Kara, Address Intentionally Omitted
518084863 Furbeck, Shawn, Address Intentionally Omitted
518084864 Furioni, Maxwell, Address Intentionally Omitted
518084865 Furley, James, Address Intentionally Omitted
518084866 Furlong, Alan, Address Intentionally Omitted
518084867 Furman, Gregory, Address Intentionally Omitted
518084868 Furnish, Brandon, Address Intentionally Omitted
518084870 Furrow, Aino, Address Intentionally Omitted

***** BYPASSED RECIPIENTS (continued) *****

518084871 Furtado Lustosa, Breno, Address Intentionally Omitted
518084872 Furtado, Maria, Address Intentionally Omitted
518084892 Gabriel, Edens, Address Intentionally Omitted
518084893 Gabriel, William, Address Intentionally Omitted
518084896 Gaffar, Monier, Address Intentionally Omitted
518084897 Gaffney, Russell, Address Intentionally Omitted
518084898 Gage, Jeffrey, Address Intentionally Omitted
518084901 Gagnon, Justin, Address Intentionally Omitted
518084903 Gainer, Corey, Address Intentionally Omitted
518084904 Gaines, Amina, Address Intentionally Omitted
518084905 Gaines, Isaiah, Address Intentionally Omitted
518084906 Gajda, Joseph, Address Intentionally Omitted
518084907 Gakhal, Arvindera, Address Intentionally Omitted
518084908 Galade, Jane, Address Intentionally Omitted
518084909 Galarneau, James, Address Intentionally Omitted
518084910 Galarneau, Jayne, Address Intentionally Omitted
518084911 Galczak, Jozef, Address Intentionally Omitted
518084913 Gale, Christopher, Address Intentionally Omitted
518084914 Gales, Isaiah, Address Intentionally Omitted
518084923 Gallagher, Howard, Address Intentionally Omitted
518084924 Gallagher, Michael, Address Intentionally Omitted
518084926 Gallant, Donald, Address Intentionally Omitted
518084927 Gallant, Ryan, Address Intentionally Omitted
518084928 Gallart, Pablo, Address Intentionally Omitted
518084929 Gallicchio, Justin, Address Intentionally Omitted
518084930 Gallicchio, Kelly, Address Intentionally Omitted
518084931 Gallicchio, Nicholas, Address Intentionally Omitted
518084932 Gallicchio, Nicholas, Address Intentionally Omitted
518084935 Galloway, Cameron, Address Intentionally Omitted
518084936 Gallup, Ralph, Address Intentionally Omitted
518084938 Galvan, Jose, Address Intentionally Omitted
518084939 Galyon, Jared, Address Intentionally Omitted
518084941 Gamba, Christopher, Address Intentionally Omitted
518084942 Gamble, Cosmo, Address Intentionally Omitted
518084944 Gamrat, Stephen, Address Intentionally Omitted
518084947 Gapin, Carol, Address Intentionally Omitted
518084949 Gara, Brian, Address Intentionally Omitted
518084950 Garber, Michael, Address Intentionally Omitted
518084951 Garcia Cruz, Jorge, Address Intentionally Omitted
518084952 Garcia Herrera, Benny, Address Intentionally Omitted
518084953 Garcia, Edgardo, Address Intentionally Omitted
518084954 Garcia, Fernando, Address Intentionally Omitted
518084955 Garcia, Gary, Address Intentionally Omitted
518084956 Garcia, German, Address Intentionally Omitted
518084957 Garcia, Johnny, Address Intentionally Omitted
518084958 Garcia, Jose, Address Intentionally Omitted
518084959 Garcia, Jose, Address Intentionally Omitted
518084960 Garcia, Marco, Address Intentionally Omitted
518084961 Garcia, Odalis, Address Intentionally Omitted
518084962 Garcia, Robert, Address Intentionally Omitted
518084963 Garcia, Walter, Address Intentionally Omitted
518084964 Garcia, Wellington, Address Intentionally Omitted
518084965 Garcia-silva, Aixa, Address Intentionally Omitted
518084973 Gardner, Laurie, Address Intentionally Omitted
518084974 Gariepy, Brian, Address Intentionally Omitted
518084975 Garisto, Linda, Address Intentionally Omitted
518084976 Garland, Judy, Address Intentionally Omitted
518084977 Garland, Patrick, Address Intentionally Omitted
518084978 Garman, Jesse, Address Intentionally Omitted
518084979 Garnaoui, Adil, Address Intentionally Omitted
518084981 Garner, Alexander, Address Intentionally Omitted
518084982 Garner, Amanda, Address Intentionally Omitted
518084983 Garner, Carol, Address Intentionally Omitted
518084984 Garner, Paul, Address Intentionally Omitted
518084985 Garner, Ricky, Address Intentionally Omitted
518084986 Garnica, Ruben, Address Intentionally Omitted
518084987 Garretson, Ronald, Address Intentionally Omitted
518084988 Garrett, Darrell, Address Intentionally Omitted
518084989 Garrio, Brian, Address Intentionally Omitted
518084990 Garris, Christopher, Address Intentionally Omitted
518084991 Garris, Travis, Address Intentionally Omitted
518084992 Garrison, Billy, Address Intentionally Omitted
518084993 Garrison, David, Address Intentionally Omitted
518084994 Garrison, Howard, Address Intentionally Omitted
518084996 Garrity, Todd, Address Intentionally Omitted
518084997 Garrow, Christopher, Address Intentionally Omitted
518084998 Garsia, Migel, Address Intentionally Omitted
518085000 Garvin, Johnny, Address Intentionally Omitted
518085004 Garza, Gerardo, Address Intentionally Omitted

***** BYPASSED RECIPIENTS (continued) *****

518085005 Garzione, Paul, Address Intentionally Omitted
518085006 Gasienica, Anna, Address Intentionally Omitted
518085010 Gaspar, Jacqueline, Address Intentionally Omitted
518085011 Gaspar, Nuno, Address Intentionally Omitted
518085012 Gasque, Charles, Address Intentionally Omitted
518085013 Gass, Robert, Address Intentionally Omitted
518085014 Gassaway, Nicholas, Address Intentionally Omitted
518085015 Gates, Christopher, Address Intentionally Omitted
518085016 Gates, Greg, Address Intentionally Omitted
518085019 Gathers, Devyn, Address Intentionally Omitted
518085020 Gatling, Leroy, Address Intentionally Omitted
518085021 Gatto, Mathew, Address Intentionally Omitted
518085022 Gauvin, Aaron, Address Intentionally Omitted
518085023 Gauweiler, Michael, Address Intentionally Omitted
518085024 Gavin, Scott, Address Intentionally Omitted
518085025 Gayle, Robert, Address Intentionally Omitted
518085026 Gazarek, Sandra, Address Intentionally Omitted
518085027 Gazda, Jan, Address Intentionally Omitted
518085028 Gazzale, Louis, Address Intentionally Omitted
518085033 Gearhart, David, Address Intentionally Omitted
518085034 Gebhart, Fred, Address Intentionally Omitted
518085037 Gedgale, Abdikani, Address Intentionally Omitted
518085105 Geiger, Clifford, Address Intentionally Omitted
518085109 Gelev, Kostadin, Address Intentionally Omitted
518085115 Genao, Gudry, Address Intentionally Omitted
518085129 Generous, Edward, Address Intentionally Omitted
518085132 Gennuso, Michael, Address Intentionally Omitted
518085133 Gentile, Terence, Address Intentionally Omitted
518085146 George, Brandi, Address Intentionally Omitted
518085147 George, Christopher, Address Intentionally Omitted
518085148 George, Nicholas, Address Intentionally Omitted
518085149 George, Terri, Address Intentionally Omitted
518085152 Georgieva, Aneliya, Address Intentionally Omitted
518085153 Geraghty, Richard, Address Intentionally Omitted
518085158 Gerasco, Felix, Address Intentionally Omitted
518085159 Gerasimowicz, Brian, Address Intentionally Omitted
518085162 Gerda, David, Address Intentionally Omitted
518085163 Gerena, Heliana, Address Intentionally Omitted
518085169 Germinder, Rise, Address Intentionally Omitted
518085173 Gertz, Ross, Address Intentionally Omitted
518085174 Gerwer, William, Address Intentionally Omitted
518085175 Gesmond, Jessica, Address Intentionally Omitted
518085176 Gessay, Richard, Address Intentionally Omitted
518085178 Getz, Keith, Address Intentionally Omitted
518085182 Giambrone, Chris, Address Intentionally Omitted
518085184 Giarretta, Michael, Address Intentionally Omitted
518085185 Giarrusso, John, Address Intentionally Omitted
518085186 Gibboney, Jamie, Address Intentionally Omitted
518085187 Gibbs, Eugene, Address Intentionally Omitted
518085188 Gibbs, Michael, Address Intentionally Omitted
518085189 Gibbs, Neil, Address Intentionally Omitted
518085190 Gibbs, Tyrod, Address Intentionally Omitted
518085191 Gibson, Jason, Address Intentionally Omitted
518085192 Gibson, Kenmooah, Address Intentionally Omitted
518085193 Gibson, Mark, Address Intentionally Omitted
518085194 Gibson, Michael, Address Intentionally Omitted
518085195 Gibson, Troy, Address Intentionally Omitted
518085196 Giddins, Byron, Address Intentionally Omitted
518085197 Gigante, Michael, Address Intentionally Omitted
518085198 Gignac, Anthony, Address Intentionally Omitted
518085201 Gilbert, Frank, Address Intentionally Omitted
518085202 Gilbert, James, Address Intentionally Omitted
518085203 Gilbert, Jonathan, Address Intentionally Omitted
518085204 Gilbert, Tilden, Address Intentionally Omitted
518085205 Gilbreath, Logun, Address Intentionally Omitted
518085206 Gilbrech, Anthony, Address Intentionally Omitted
518085209 Gilder, Horace, Address Intentionally Omitted
518085210 Gill, Dylan, Address Intentionally Omitted
518085211 Gill, Kari, Address Intentionally Omitted
518085212 Gillespie, Erin, Address Intentionally Omitted
518085213 Gillespie, Richard, Address Intentionally Omitted
518085214 Gillette, David, Address Intentionally Omitted
518085215 Gilliam, Arnold, Address Intentionally Omitted
518085216 Gilliam, Rashid, Address Intentionally Omitted
518085217 Gillis, Jermaine, Address Intentionally Omitted
518085223 Gilmore, Gary, Address Intentionally Omitted
518085224 Gilmore, Jimmy, Address Intentionally Omitted
518085225 Gilmore, Roland, Address Intentionally Omitted
518085226 Gilroy, Gregory, Address Intentionally Omitted

***** BYPASSED RECIPIENTS (continued) *****

518085227 Gilson, Neil, Address Intentionally Omitted
518085230 Ginn, Jonathan, Address Intentionally Omitted
518085231 Ginn, Lamont, Address Intentionally Omitted
518085234 Giovanetti, Samuel, Address Intentionally Omitted
518085235 Gipe, Dustin, Address Intentionally Omitted
518085238 Girolamo, Robert, Address Intentionally Omitted
518085239 Giroux, Bradley, Address Intentionally Omitted
518085240 Giroux, Harry, Address Intentionally Omitted
518085242 Gividen, Ryan, Address Intentionally Omitted
518085255 Gleason, Christopher, Address Intentionally Omitted
518085256 Gleason, Katherine, Address Intentionally Omitted
518085263 Glenn, Randall, Address Intentionally Omitted
518085294 Glover, Broc, Address Intentionally Omitted
518085295 Glover, Eric, Address Intentionally Omitted
518085296 Glover, Michael, Address Intentionally Omitted
518085297 Glover, Oliver, Address Intentionally Omitted
518085300 Glynn, Steven, Address Intentionally Omitted
518085306 Gnudi, Helene, Address Intentionally Omitted
518085309 Goble, Paula, Address Intentionally Omitted
518085310 Goda, Anzy, Address Intentionally Omitted
518085311 Godbee, David, Address Intentionally Omitted
518085312 Godbout, Carol, Address Intentionally Omitted
518085313 Goddard, Edward, Address Intentionally Omitted
518085314 Godding, Michael, Address Intentionally Omitted
518085315 Godfrey, Larry, Address Intentionally Omitted
518085316 Godin, Ryan, Address Intentionally Omitted
518085317 Godinez, Roiner, Address Intentionally Omitted
518085318 Godlove, William, Address Intentionally Omitted
518085319 Goes, Mark, Address Intentionally Omitted
518085322 Goff, Caleb, Address Intentionally Omitted
518085323 Goffney, Sidney, Address Intentionally Omitted
518085324 Gohlke, Erick, Address Intentionally Omitted
518085325 Goings, John, Address Intentionally Omitted
518085326 Goins, Tyrone, Address Intentionally Omitted
518085335 Goldsborough, Ryan, Address Intentionally Omitted
518085336 Golfieri, Alexander, Address Intentionally Omitted
518085338 Gombert, Brian, Address Intentionally Omitted
518085339 Gomes, Carlos, Address Intentionally Omitted
518085340 Gomes, Nilton, Address Intentionally Omitted
518085341 Gomes, Paulo, Address Intentionally Omitted
518085342 Gomez Bueno, Francisco, Address Intentionally Omitted
518085343 Gomez, Angelice, Address Intentionally Omitted
518085344 Gomez, Desire, Address Intentionally Omitted
518085345 Gomez, Jose, Address Intentionally Omitted
518085346 Gomez, Lisa, Address Intentionally Omitted
518085347 Gomez, Nicholas, Address Intentionally Omitted
518085348 Gomez-gonzalez, Anderson, Address Intentionally Omitted
518085349 Gomez-saldarriaga, Julio, Address Intentionally Omitted
518085350 Goncalves-almeida, Lucas, Address Intentionally Omitted
518085351 Gongaware, David, Address Intentionally Omitted
518085352 Gonzabay, Juan, Address Intentionally Omitted
518085353 Gonzaga, Stalin, Address Intentionally Omitted
518085354 Gonzales, Jesus, Address Intentionally Omitted
518085355 Gonzales, Stacey, Address Intentionally Omitted
518085356 Gonzalez, Ayana, Address Intentionally Omitted
518085357 Gonzalez, Elvin, Address Intentionally Omitted
518085358 Gonzalez, Evan, Address Intentionally Omitted
518085359 Gonzalez, Gilbert, Address Intentionally Omitted
518085360 Gonzalez, Isaiah, Address Intentionally Omitted
518085361 Gonzalez, Jocelyn, Address Intentionally Omitted
518085362 Gonzalez, Jose, Address Intentionally Omitted
518085363 Gonzalez, Luis, Address Intentionally Omitted
518085364 Gonzalez, Mario, Address Intentionally Omitted
518085365 Gonzalez, Melvin, Address Intentionally Omitted
518085366 Gonzalez, Victor, Address Intentionally Omitted
518085367 Gonzalez, Walter, Address Intentionally Omitted
518085368 Gonzalez-pineiro, Jorge, Address Intentionally Omitted
518085369 Gonzelas, Candelario, Address Intentionally Omitted
518085374 Goodier Sinclair, Amber, Address Intentionally Omitted
518085379 Goodman, Treyvontae, Address Intentionally Omitted
518085382 Goodwill, Jason, Address Intentionally Omitted
518085383 Goodwin, Ashley, Address Intentionally Omitted
518085384 Goodwin, Curtis, Address Intentionally Omitted
518085385 Goodwin, Robert, Address Intentionally Omitted
518085386 Goodwin, Sandy, Address Intentionally Omitted
518085387 Goodwin, Tyler, Address Intentionally Omitted
518085390 Goolsby, David, Address Intentionally Omitted
518085399 Gordon, Brett, Address Intentionally Omitted
518085400 Gordon, Brian, Address Intentionally Omitted

***** BYPASSED RECIPIENTS (continued) *****

518085401 Gordon, Cory, Address Intentionally Omitted
518085402 Gordon, Curtis, Address Intentionally Omitted
518085403 Gordon, Michael, Address Intentionally Omitted
518085404 Gordon, Sean, Address Intentionally Omitted
518085405 Gore, Brian, Address Intentionally Omitted
518085406 Gorham, Dwayne, Address Intentionally Omitted
518085407 Gorish, Otto, Address Intentionally Omitted
518085408 Gorman, Kevin, Address Intentionally Omitted
518085409 Gort, Eugene, Address Intentionally Omitted
518085410 Gorzynski, Michael, Address Intentionally Omitted
518085411 Gosa, James, Address Intentionally Omitted
518085412 Gossard, Cody, Address Intentionally Omitted
518085413 Gossett, Nathaniel, Address Intentionally Omitted
518085414 Gouda, Youness, Address Intentionally Omitted
518085415 Goudreau, Dana, Address Intentionally Omitted
518085416 Goudy, Jay, Address Intentionally Omitted
518085417 Gould, Randall, Address Intentionally Omitted
518085420 Gourianov, Alexander, Address Intentionally Omitted
518085424 Graber, Raymond, Address Intentionally Omitted
518085425 Grace, Michael, Address Intentionally Omitted
518085426 Gracia, Lionel, Address Intentionally Omitted
518085427 Gracia, Mark, Address Intentionally Omitted
518085428 Gracia, Moises, Address Intentionally Omitted
518085430 Grady, Ira, Address Intentionally Omitted
518085431 Grady, Rodger, Address Intentionally Omitted
518085432 Graf, Timothy, Address Intentionally Omitted
518085433 Graffeo, Frank, Address Intentionally Omitted
518085434 Grafton, Joshua, Address Intentionally Omitted
518085435 Graham, Derek, Address Intentionally Omitted
518085436 Graham, Santone, Address Intentionally Omitted
518085437 Graham, Thomas, Address Intentionally Omitted
518085439 Grams, Lucas, Address Intentionally Omitted
518085442 Grandey, Joseph, Address Intentionally Omitted
518085443 Grandison, Shawn, Address Intentionally Omitted
518085453 Grant, Eddie, Address Intentionally Omitted
518085454 Grant, John, Address Intentionally Omitted
518085455 Grant, John, Address Intentionally Omitted
518085456 Grant, Larry, Address Intentionally Omitted
518085457 Grant, Otis, Address Intentionally Omitted
518085458 Grant, Todd, Address Intentionally Omitted
518085459 Grant-dyer, Alana, Address Intentionally Omitted
518085460 Grantham, Michael, Address Intentionally Omitted
518085461 Granville, Dontay, Address Intentionally Omitted
518085462 Granville, Keith, Address Intentionally Omitted
518085465 Grasso, Donald, Address Intentionally Omitted
518085467 Gratton, Gerard, Address Intentionally Omitted
518085468 Gratton, Robert, Address Intentionally Omitted
518085469 Gravely, Craig, Address Intentionally Omitted
518085470 Graver, Dale, Address Intentionally Omitted
518085471 Graves, Dashawn, Address Intentionally Omitted
518085472 Graves, Kyler, Address Intentionally Omitted
518085473 Graves, Tyler, Address Intentionally Omitted
518085474 Gray, Amber, Address Intentionally Omitted
518085475 Gray, Courtney, Address Intentionally Omitted
518085476 Gray, Danielle, Address Intentionally Omitted
518085477 Gray, Gregory, Address Intentionally Omitted
518085478 Gray, Jeremy, Address Intentionally Omitted
518085479 Gray, John, Address Intentionally Omitted
518085480 Gray, Kevin, Address Intentionally Omitted
518085481 Gray, Michael, Address Intentionally Omitted
518085482 Gray, Robert, Address Intentionally Omitted
518085483 Gray, Terrance, Address Intentionally Omitted
518085484 Gray, Vickie, Address Intentionally Omitted
518085485 Gray, Zachary, Address Intentionally Omitted
518085501 Graybill, Shaun, Address Intentionally Omitted
518085502 Grayson, Harold, Address Intentionally Omitted
518085518 Greco, Tanya, Address Intentionally Omitted
518085528 Green, Anthony, Address Intentionally Omitted
518085529 Green, Aughkay, Address Intentionally Omitted
518085530 Green, George, Address Intentionally Omitted
518085531 Green, Herbert, Address Intentionally Omitted
518085532 Green, Jamael, Address Intentionally Omitted
518085533 Green, James, Address Intentionally Omitted
518085534 Green, Jemiah, Address Intentionally Omitted
518085535 Green, Johnathan, Address Intentionally Omitted
518085536 Green, Joseph, Address Intentionally Omitted
518085537 Green, Lamont, Address Intentionally Omitted
518085538 Green, Leroy, Address Intentionally Omitted
518085539 Green, Marc, Address Intentionally Omitted

***** BYPASSED RECIPIENTS (continued) *****

518085540 Green, Omar, Address Intentionally Omitted
518085541 Green, Russell, Address Intentionally Omitted
518085542 Green, Saleem, Address Intentionally Omitted
518085543 Green, Sophia, Address Intentionally Omitted
518085544 Green, Steve, Address Intentionally Omitted
518085545 Green, William, Address Intentionally Omitted
518085546 Greenawald, Kerry, Address Intentionally Omitted
518085548 Greenberg, David, Address Intentionally Omitted
518085549 Greenberg, Elliot, Address Intentionally Omitted
518085550 Greene, Anthony, Address Intentionally Omitted
518085551 Greene, Damond, Address Intentionally Omitted
518085552 Greene, Lawrence, Address Intentionally Omitted
518085553 Greenleaf, William, Address Intentionally Omitted
518085562 Greeson, Jimmy, Address Intentionally Omitted
518085564 Gregoire, Joseph, Address Intentionally Omitted
518085565 Gregor, Helmut, Address Intentionally Omitted
518085566 Gregor, Janet, Address Intentionally Omitted
518085568 Gregory, Mark, Address Intentionally Omitted
518085570 Grenald, Rogelio, Address Intentionally Omitted
518085571 Grenier, James, Address Intentionally Omitted
518085572 Gresh, Lance, Address Intentionally Omitted
518085573 Gress, Shane, Address Intentionally Omitted
518085574 Gressler, Cheryl, Address Intentionally Omitted
518085575 Gressler, Gary, Address Intentionally Omitted
518085577 Grey, Norman, Address Intentionally Omitted
518085578 Grice, Lance, Address Intentionally Omitted
518085579 Grier, Linwood, Address Intentionally Omitted
518085580 Grier, Walter, Address Intentionally Omitted
518085581 Griess, Michael, Address Intentionally Omitted
518085583 Griffin, Adam, Address Intentionally Omitted
518085584 Griffin, Bruce, Address Intentionally Omitted
518085585 Griffin, James, Address Intentionally Omitted
518085586 Griffin, Kelly, Address Intentionally Omitted
518085588 Grigsby, Jamar, Address Intentionally Omitted
518085589 Grimes, Fuquan, Address Intentionally Omitted
518085590 Grimes, James, Address Intentionally Omitted
518085591 Grimes, Shaun, Address Intentionally Omitted
518085592 Grimes, Stacey, Address Intentionally Omitted
518085593 Grioli, John, Address Intentionally Omitted
518085594 Grisham, David, Address Intentionally Omitted
518085598 Grodzki, Jozef, Address Intentionally Omitted
518085599 Grof, Joseph, Address Intentionally Omitted
518085600 Grolemund, Roberto, Address Intentionally Omitted
518085602 Grooms, Malik, Address Intentionally Omitted
518085603 Grosberg, Arnold, Address Intentionally Omitted
518085604 Gross, Conlin, Address Intentionally Omitted
518085605 Gross, Dontay, Address Intentionally Omitted
518085606 Gross, Randy, Address Intentionally Omitted
518085607 Gross, Robert, Address Intentionally Omitted
518085608 Grosuleac, Liviu, Address Intentionally Omitted
518085609 Grotkowski, Adolf, Address Intentionally Omitted
518085615 Grove, Karl, Address Intentionally Omitted
518085616 Grove, Keith, Address Intentionally Omitted
518085617 Grover, James, Address Intentionally Omitted
518085618 Grover, John, Address Intentionally Omitted
518085619 Grow, Brandon, Address Intentionally Omitted
518085621 Grubbs, John, Address Intentionally Omitted
518085622 Grubbs, Lisa, Address Intentionally Omitted
518085623 Gruber, Daniel, Address Intentionally Omitted
518085624 Grueshaber, Dana, Address Intentionally Omitted
518085625 Grullon, Kyle, Address Intentionally Omitted
518085626 Grundstrom, Craig, Address Intentionally Omitted
518085632 Guadalupe, Heriberto, Address Intentionally Omitted
518085633 Gual, Christine, Address Intentionally Omitted
518085635 Guardia, Gonzalo, Address Intentionally Omitted
518085637 Guay, Thomas, Address Intentionally Omitted
518085638 Gubanich, James, Address Intentionally Omitted
518085639 Guckin, Anthony, Address Intentionally Omitted
518085640 Guenther, Brian, Address Intentionally Omitted
518085641 Guercio, Joseph, Address Intentionally Omitted
518085642 Guercio, Thomas, Address Intentionally Omitted
518085643 Guerin, Mary, Address Intentionally Omitted
518085644 Guerrero, Juan, Address Intentionally Omitted
518085645 Guertin, Derek, Address Intentionally Omitted
518085646 Guetti, Matthew, Address Intentionally Omitted
518085650 Guillaume, John, Address Intentionally Omitted
518085651 Guilmette, Norman, Address Intentionally Omitted
518085652 Guinn, Isaiah, Address Intentionally Omitted
518085653 Gula, John, Address Intentionally Omitted

***** BYPASSED RECIPIENTS (continued) *****
518085654 Gule, Devon, Address Intentionally Omitted
518085656 Gulino, Stephen, Address Intentionally Omitted
518085657 Gullage, Edward, Address Intentionally Omitted
518085658 Gumosky, Bernard, Address Intentionally Omitted
518085659 Gump, Martin, Address Intentionally Omitted
518085660 Gunacar, Hulya, Address Intentionally Omitted
518085662 Gunning, Thomas, Address Intentionally Omitted
518085663 Guppy, Irwin, Address Intentionally Omitted
518085664 Gupton, Damari, Address Intentionally Omitted
518085665 Gurka, Brandon, Address Intentionally Omitted
518085666 Gusarov, Maksim, Address Intentionally Omitted
518085667 Gusarov, Maksim, Address Intentionally Omitted
518085668 Gusciora, Stanislaw, Address Intentionally Omitted
518085669 Gusciora, Wladyslaw, Address Intentionally Omitted
518085670 Gussler, Phillip, Address Intentionally Omitted
518085671 Guthridge, Shawn, Address Intentionally Omitted
518085673 Gutierrez, David, Address Intentionally Omitted
518085674 Gutierrez, Eric, Address Intentionally Omitted
518085675 Gutierrez, Matthew, Address Intentionally Omitted
518085676 Gutshall, Ronald, Address Intentionally Omitted
518085680 Guy, Shaman, Address Intentionally Omitted
518085681 Guyer, James, Address Intentionally Omitted
518085682 Guzman, Daniel, Address Intentionally Omitted
518085683 Guzman, Felix, Address Intentionally Omitted
518085684 Guzman, Nemesio, Address Intentionally Omitted
518085685 Guzman, Yira, Address Intentionally Omitted
518085686 Guzman-nunez, Osmond, Address Intentionally Omitted
518085696 Ha, Hieu, Address Intentionally Omitted
518085698 Haas, Kile, Address Intentionally Omitted
518085699 Haas, Thomas, Address Intentionally Omitted
518085700 Haase, Jeffrey, Address Intentionally Omitted
518085704 Habarka, Patrick, Address Intentionally Omitted
518085705 Habedank, Michael, Address Intentionally Omitted
518085711 Hacker, James, Address Intentionally Omitted
518085712 Hackett, Nicholas, Address Intentionally Omitted
518085713 Hackett, Shon, Address Intentionally Omitted
518085714 Haddad, Jacob, Address Intentionally Omitted
518085716 Hadley, Jay, Address Intentionally Omitted
518085717 Haefner, Steven, Address Intentionally Omitted
518085718 Hafer, Sean, Address Intentionally Omitted
518085719 Hagadorn, Joseph, Address Intentionally Omitted
518085721 Hager, Scot, Address Intentionally Omitted
518085725 Haggerty, Roger, Address Intentionally Omitted
518085726 Haggerty, Ronald, Address Intentionally Omitted
518085727 Hagins, Kenneth, Address Intentionally Omitted
518085729 Hahn, Ernest, Address Intentionally Omitted
518085730 Hahn, Michael, Address Intentionally Omitted
518085731 Hahn, Nicole, Address Intentionally Omitted
518085734 Haines, Tyler, Address Intentionally Omitted
518085735 Hainey, Robert, Address Intentionally Omitted
518085736 Hainsworth, Christian, Address Intentionally Omitted
518085737 Hairston, Stephen, Address Intentionally Omitted
518085739 Hakes, Scott, Address Intentionally Omitted
518085740 Halacy, Elliott, Address Intentionally Omitted
518085744 Hale, Nicholas, Address Intentionally Omitted
518085747 Hall, Alexander, Address Intentionally Omitted
518085748 Hall, Amwar, Address Intentionally Omitted
518085749 Hall, Brooke, Address Intentionally Omitted
518085750 Hall, David, Address Intentionally Omitted
518085751 Hall, Jenni, Address Intentionally Omitted
518085752 Hall, Jennie, Address Intentionally Omitted
518085754 Hall, Richard, Address Intentionally Omitted
518085755 Hall, Shawn, Address Intentionally Omitted
518085756 Hallahan, Michael, Address Intentionally Omitted
518085757 Hallett, Jermaine, Address Intentionally Omitted
518085758 Halliburton, Dwayne, Address Intentionally Omitted
518085759 Halpin, Brendan, Address Intentionally Omitted
518085760 Halsey, Emmanuel, Address Intentionally Omitted
518085761 Halstead, Allen, Address Intentionally Omitted
518085762 Halstead, Harold, Address Intentionally Omitted
518085763 Halstead, Randy, Address Intentionally Omitted
518085764 Hamby, Jeanette, Address Intentionally Omitted
518085765 Hamel, Dylan, Address Intentionally Omitted
518085766 Hamill, John, Address Intentionally Omitted
518085769 Hamilton, Paul, Address Intentionally Omitted
518085770 Hamilton, Shawn, Address Intentionally Omitted
518085771 Hamilton, Tyshawn, Address Intentionally Omitted
518085772 Hamlette, Favian, Address Intentionally Omitted
518085773 Hamlin, Clifford, Address Intentionally Omitted

***** BYPASSED RECIPIENTS (continued) *****

518085774 Hamlin, Karen, Address Intentionally Omitted
518085775 Hamm, Dustin, Address Intentionally Omitted
518085776 Hamm, Nathan, Address Intentionally Omitted
518085777 Hamm, Scott, Address Intentionally Omitted
518085779 Hammaker, Tony, Address Intentionally Omitted
518085780 Hammer, Scott, Address Intentionally Omitted
518085782 Hammersla, Matthew, Address Intentionally Omitted
518085788 Hammond, Jeffrey, Address Intentionally Omitted
518085789 Hammonds, Phillip, Address Intentionally Omitted
518085790 Hampsher, Matthew, Address Intentionally Omitted
518085797 Hampton, Gamal, Address Intentionally Omitted
518085798 Hampton, Malachi, Address Intentionally Omitted
518085799 Hampton, Michael, Address Intentionally Omitted
518085800 Hanchin, Jeffrey, Address Intentionally Omitted
518085801 Hanchin, Tyler, Address Intentionally Omitted
518085805 Handwerk, Timothy, Address Intentionally Omitted
518085807 Handy, Brian, Address Intentionally Omitted
518085808 Handy, Briana, Address Intentionally Omitted
518085809 Handy, Jessy, Address Intentionally Omitted
518085812 Haney, Robert, Address Intentionally Omitted
518085813 Hanigan, Charles, Address Intentionally Omitted
518085814 Hanis, John, Address Intentionally Omitted
518085817 Hanks, Rosheta, Address Intentionally Omitted
518085819 Hanlin, Justin, Address Intentionally Omitted
518085820 Hann, Abby, Address Intentionally Omitted
518085821 Hann, John, Address Intentionally Omitted
518085822 Hanna, Roy, Address Intentionally Omitted
518085823 Hanner, David, Address Intentionally Omitted
518085827 Hanratty, Dennis, Address Intentionally Omitted
518085828 Hanratty, Thomas, Address Intentionally Omitted
518085829 Hanson, Albert, Address Intentionally Omitted
518085831 Hapeman, Steven, Address Intentionally Omitted
518085833 Haqq, Sharif, Address Intentionally Omitted
518085835 Hardin, Allison, Address Intentionally Omitted
518085836 Hardin, Thomas, Address Intentionally Omitted
518085837 Harding, Michael, Address Intentionally Omitted
518085839 Hardwick, Gregory, Address Intentionally Omitted
518085841 Hardy, Bernard, Address Intentionally Omitted
518085842 Hardy, Cordero, Address Intentionally Omitted
518085843 Hardy, Ernest, Address Intentionally Omitted
518085844 Hardy, Joel, Address Intentionally Omitted
518085845 Hardy, Joseph, Address Intentionally Omitted
518085846 Hardy, Kimberly, Address Intentionally Omitted
518085847 Hardy, Lovell, Address Intentionally Omitted
518085848 Hardy, Nathan, Address Intentionally Omitted
518085849 Hardy, Reggie, Address Intentionally Omitted
518085850 Hardy, Richard, Address Intentionally Omitted
518085851 Hardy, Shannan, Address Intentionally Omitted
518085852 Hardy, Tashimah, Address Intentionally Omitted
518085853 Hareed, Osman, Address Intentionally Omitted
518085854 Harelik, Michael, Address Intentionally Omitted
518085855 Harford, Christopher, Address Intentionally Omitted
518085856 Hargenrader, Charles, Address Intentionally Omitted
518085857 Hargett, Brandon, Address Intentionally Omitted
518085858 Hargis, John, Address Intentionally Omitted
518085859 Harkins, Cleveland, Address Intentionally Omitted
518085860 Harkins, James, Address Intentionally Omitted
518085864 Harmon, David, Address Intentionally Omitted
518085865 Harmon, Edward, Address Intentionally Omitted
518085866 Harmon, Jamil, Address Intentionally Omitted
518085867 Harmon, Jason, Address Intentionally Omitted
518085868 Harmon, Stephen, Address Intentionally Omitted
518085870 Harner, Mark, Address Intentionally Omitted
518085872 Haro Herrera, Jose, Address Intentionally Omitted
518085878 Harper, David, Address Intentionally Omitted
518085879 Harper, Marlo, Address Intentionally Omitted
518085880 Harper, Maurice, Address Intentionally Omitted
518085881 Harper, Melissa, Address Intentionally Omitted
518085882 Harr, Christopher, Address Intentionally Omitted
518085883 Harr, Donald, Address Intentionally Omitted
518085884 Harrah, Timothy, Address Intentionally Omitted
518085886 Harrigan, Robert, Address Intentionally Omitted
518085888 Harrington, Joanne, Address Intentionally Omitted
518085889 Harrington, Tyresse, Address Intentionally Omitted
518085890 Harrington, William, Address Intentionally Omitted
518085894 Harris, Ahmad, Address Intentionally Omitted
518085895 Harris, Antoine, Address Intentionally Omitted
518085896 Harris, Da Shawn, Address Intentionally Omitted
518085897 Harris, David, Address Intentionally Omitted

***** BYPASSED RECIPIENTS (continued) *****

518085898 Harris, Dermaine, Address Intentionally Omitted
518085899 Harris, Devin, Address Intentionally Omitted
518085900 Harris, Floyd, Address Intentionally Omitted
518085901 Harris, Ivan, Address Intentionally Omitted
518085902 Harris, Jackie, Address Intentionally Omitted
518085903 Harris, Jeffrey, Address Intentionally Omitted
518085904 Harris, Jerry, Address Intentionally Omitted
518085905 Harris, Michael, Address Intentionally Omitted
518085906 Harris, Michael, Address Intentionally Omitted
518085907 Harris, Stefen, Address Intentionally Omitted
518085908 Harris, Steven, Address Intentionally Omitted
518085909 Harris, Todd, Address Intentionally Omitted
518085910 Harris, Travis, Address Intentionally Omitted
518085911 Harris, Tyrone, Address Intentionally Omitted
518085913 Harrison, Andrew, Address Intentionally Omitted
518085914 Harrison, Wilbert, Address Intentionally Omitted
518085915 Harrold, Cheryl, Address Intentionally Omitted
518085916 Harrop, Jamie, Address Intentionally Omitted
518085919 Harsh, Eileen, Address Intentionally Omitted
518085921 Hart, Arnold, Address Intentionally Omitted
518085922 Hart, David, Address Intentionally Omitted
518085923 Hart, James, Address Intentionally Omitted
518085924 Hart, William, Address Intentionally Omitted
518085932 Hartleben, Wesley, Address Intentionally Omitted
518085934 Hartley, Marisa, Address Intentionally Omitted
518085935 Hartley, Mary Ann, Address Intentionally Omitted
518085936 Hartley, Thomas, Address Intentionally Omitted
518085937 Hartman, Alicia, Address Intentionally Omitted
518085938 Hartmann, Nicholas, Address Intentionally Omitted
518085939 Hartnett, Thomas, Address Intentionally Omitted
518085941 Hartsook, Adam, Address Intentionally Omitted
518085944 Harvard, Alqaadir, Address Intentionally Omitted
518085947 Harvey, Peggy, Address Intentionally Omitted
518085948 Harwell, Mark, Address Intentionally Omitted
518085950 Harzmovitch, John, Address Intentionally Omitted
518085953 Hasemann, Charles, Address Intentionally Omitted
518085954 Hasenauer, Michelle, Address Intentionally Omitted
518085955 Haskell, Diane, Address Intentionally Omitted
518085956 Hassan, Ahmed, Address Intentionally Omitted
518085957 Hassell, Shawn, Address Intentionally Omitted
518085958 Hatcher, Shawn, Address Intentionally Omitted
518085959 Hatcher, Willie, Address Intentionally Omitted
518085962 Hatfield, Drew, Address Intentionally Omitted
518085963 Hathaway, Malik, Address Intentionally Omitted
518085964 Hatt, Daniel, Address Intentionally Omitted
518085965 Hatten, Montiq, Address Intentionally Omitted
518085967 Haun, Rebecca, Address Intentionally Omitted
518085968 Hauptman, Amy, Address Intentionally Omitted
518085973 Hawk, Sharif, Address Intentionally Omitted
518085974 Hawke, Brian, Address Intentionally Omitted
518085975 Hawker, Charles, Address Intentionally Omitted
518085977 Hawkins, Antonio, Address Intentionally Omitted
518085978 Hawkins, John, Address Intentionally Omitted
518085979 Hawkins, Stefan, Address Intentionally Omitted
518085980 Hawley, John, Address Intentionally Omitted
518085981 Hawley, John, Address Intentionally Omitted
518085982 Hawley, Saul, Address Intentionally Omitted
518085983 Hawthorne, Kiana, Address Intentionally Omitted
518085984 Hawthorne, Timothy, Address Intentionally Omitted
518085985 Hayden, James, Address Intentionally Omitted
518085986 Hayes, Olando, Address Intentionally Omitted
518085987 Hayes, Tyler, Address Intentionally Omitted
518085988 Haynes, Alex, Address Intentionally Omitted
518085989 Hayward, Peter, Address Intentionally Omitted
518085990 Hazelwood, Shawn, Address Intentionally Omitted
518085991 Hazen, David, Address Intentionally Omitted
518086002 Headen, Robert, Address Intentionally Omitted
518086003 Headrick, Christopher, Address Intentionally Omitted
518086004 Heagle, William, Address Intentionally Omitted
518086005 Healey, Claudia, Address Intentionally Omitted
518086006 Healey, Mathew, Address Intentionally Omitted
518086014 Heaps, Dennis, Address Intentionally Omitted
518086019 Heaster, Paul, Address Intentionally Omitted
518086021 Heater, Gary, Address Intentionally Omitted
518086022 Heater, Samuel, Address Intentionally Omitted
518086023 Heath, Dillion, Address Intentionally Omitted
518086024 Heath, Scott, Address Intentionally Omitted
518086025 Heathcock, Tylor, Address Intentionally Omitted
518086028 Heatwole, Heather, Address Intentionally Omitted

***** BYPASSED RECIPIENTS (continued) *****

518086031 Hebert, Katherine, Address Intentionally Omitted
518086032 Hechavarria, Lincoln, Address Intentionally Omitted
518086033 Heck, Luke, Address Intentionally Omitted
518086034 Heckman, Gregory, Address Intentionally Omitted
518086035 Hedenberg, Raymond, Address Intentionally Omitted
518086036 Hedgepeth, Jesse, Address Intentionally Omitted
518086037 Hedstrand, Mark, Address Intentionally Omitted
518086039 Heffelfinger, Larry, Address Intentionally Omitted
518086040 Heffron, Michael, Address Intentionally Omitted
518086041 Hegarty, Kevin, Address Intentionally Omitted
518086042 Heiges, Steven, Address Intentionally Omitted
518086043 Heil, David, Address Intentionally Omitted
518086044 Heinrich, Jason, Address Intentionally Omitted
518086045 Heinrich, Todd, Address Intentionally Omitted
518086046 Heintz, Tessa, Address Intentionally Omitted
518086047 Heiny, Diane, Address Intentionally Omitted
518086048 Heinz, William, Address Intentionally Omitted
518086050 Helfenstein, Brian, Address Intentionally Omitted
518086052 Hellickson, Karen, Address Intentionally Omitted
518086057 Hemmerle, Barry, Address Intentionally Omitted
518086058 Hemphill, Eric, Address Intentionally Omitted
518086059 Henaghan, William, Address Intentionally Omitted
518086060 Henao, Leonidas, Address Intentionally Omitted
518086061 Hendershot, Edward, Address Intentionally Omitted
518086062 Henderson, Christopher, Address Intentionally Omitted
518086063 Henderson, Corey, Address Intentionally Omitted
518086064 Henderson, Terron, Address Intentionally Omitted
518086065 Hendricks, Brett, Address Intentionally Omitted
518086066 Hendricks, Shaun, Address Intentionally Omitted
518086067 Henley, George, Address Intentionally Omitted
518086069 Henno, M Alaa, Address Intentionally Omitted
518086074 Henriquez, Ricardo, Address Intentionally Omitted
518086078 Henry Rainey, Alaric, Address Intentionally Omitted
518086079 Henry, Keron, Address Intentionally Omitted
518086080 Henry, Matthew, Address Intentionally Omitted
518086081 Henry, Maurice, Address Intentionally Omitted
518086082 Henry, Pierre, Address Intentionally Omitted
518086083 Henry, Walter, Address Intentionally Omitted
518086084 Hensley, Timothy, Address Intentionally Omitted
518086085 Henson, David, Address Intentionally Omitted
518086087 Herbert, Kevin, Address Intentionally Omitted
518086092 Heredia, Alex, Address Intentionally Omitted
518086093 Heredia, Benjamin, Address Intentionally Omitted
518086094 Heredia, Fabian, Address Intentionally Omitted
518086100 Herman, Barbara, Address Intentionally Omitted
518086101 Herman, Clarence, Address Intentionally Omitted
518086102 Herman, Joseph, Address Intentionally Omitted
518086103 Hermanns, Walter, Address Intentionally Omitted
518086104 Hernandez Bonilla, Stefany, Address Intentionally Omitted
518086105 Hernandez Castillo, Cesar, Address Intentionally Omitted
518086106 Hernandez, Aristidez, Address Intentionally Omitted
518086107 Hernandez, Daniel, Address Intentionally Omitted
518086108 Hernandez, Danny, Address Intentionally Omitted
518086109 Hernandez, Enoc, Address Intentionally Omitted
518086110 Hernandez, Ismael, Address Intentionally Omitted
518086111 Hernandez, Jonathan, Address Intentionally Omitted
518086112 Hernandez, Jose, Address Intentionally Omitted
518086113 Hernandez, Jose, Address Intentionally Omitted
518086114 Hernandez, Lindsey, Address Intentionally Omitted
518086115 Hernandez, Nancy, Address Intentionally Omitted
518086116 Hernandez, Roger, Address Intentionally Omitted
518086117 Hernandez-guzman, Jose, Address Intentionally Omitted
518086118 Herr, Johann, Address Intentionally Omitted
518086119 Herrera Calderon, Marco, Address Intentionally Omitted
518086120 Herrera Romero, Suely, Address Intentionally Omitted
518086121 Herrera, Arturo, Address Intentionally Omitted
518086122 Herrera, Asa, Address Intentionally Omitted
518086123 Herrera, Donna, Address Intentionally Omitted
518086124 Herrera-delossanto, Jesus, Address Intentionally Omitted
518086127 Hertach, Adam, Address Intentionally Omitted
518086130 Hess, Charles, Address Intentionally Omitted
518086131 Hess, David, Address Intentionally Omitted
518086132 Hess, Gary, Address Intentionally Omitted
518086133 Hess, Jacob, Address Intentionally Omitted
518086134 Hess, Lakota, Address Intentionally Omitted
518086135 Hess, Terry, Address Intentionally Omitted
518086136 Hessler, Timothy, Address Intentionally Omitted
518086137 Hewett, James, Address Intentionally Omitted
518086138 Hewitt, Chelsea, Address Intentionally Omitted

***** BYPASSED RECIPIENTS (continued) *****

518086140 Heyward, William, Address Intentionally Omitted
518086150 Hibbert, Marc, Address Intentionally Omitted
518086151 Hickey, Christopher, Address Intentionally Omitted
518086153 Hicks, Dwight, Address Intentionally Omitted
518086154 Hicks, Eric, Address Intentionally Omitted
518086155 Hicks, Michael, Address Intentionally Omitted
518086157 Hidalgo Amores, Cintia, Address Intentionally Omitted
518086158 Hidalgo, Freddy, Address Intentionally Omitted
518086159 Hier, Harold, Address Intentionally Omitted
518086160 Higbee, Leon, Address Intentionally Omitted
518086161 Higgins, Douglas, Address Intentionally Omitted
518086162 Higgins, Dwight, Address Intentionally Omitted
518086163 Higgins, Laurie, Address Intentionally Omitted
518086164 Higgins, Thomas, Address Intentionally Omitted
518086167 Higham, Daniel, Address Intentionally Omitted
518086174 Hightshoe, Robert, Address Intentionally Omitted
518086178 Hilbrecht, Stephen, Address Intentionally Omitted
518086179 Hildebrand, Jan, Address Intentionally Omitted
518086180 Hildreth, Michael, Address Intentionally Omitted
518086181 Hildreth, Stephan, Address Intentionally Omitted
518086182 Hiles, Daniel, Address Intentionally Omitted
518086183 Hilinski, Reid, Address Intentionally Omitted
518086187 Hill, Adam, Address Intentionally Omitted
518086188 Hill, Allante, Address Intentionally Omitted
518086189 Hill, Allen, Address Intentionally Omitted
518086190 Hill, Andrew, Address Intentionally Omitted
518086191 Hill, Antone, Address Intentionally Omitted
518086192 Hill, Dariz, Address Intentionally Omitted
518086193 Hill, Jason, Address Intentionally Omitted
518086194 Hill, Jerome, Address Intentionally Omitted
518086195 Hill, Manuel, Address Intentionally Omitted
518086196 Hill, Robert, Address Intentionally Omitted
518086197 Hill, Shamon, Address Intentionally Omitted
518086198 Hill, William, Address Intentionally Omitted
518086201 Hillers, Ned, Address Intentionally Omitted
518086202 Hillery, Raymond, Address Intentionally Omitted
518086206 Hilliard, Anthoni, Address Intentionally Omitted
518086207 Hilliard, Craig, Address Intentionally Omitted
518086208 Hillman, David, Address Intentionally Omitted
518086215 Hilpert, Olivia, Address Intentionally Omitted
518086218 Hines, John, Address Intentionally Omitted
518086219 Hines, Merton, Address Intentionally Omitted
518086220 Hines, Steven, Address Intentionally Omitted
518086221 Hinger, Justin, Address Intentionally Omitted
518086222 Hinkle, Brian, Address Intentionally Omitted
518086223 Hinkle, David, Address Intentionally Omitted
518086225 Hinkley, Ernest, Address Intentionally Omitted
518086226 Hinman, Bruce, Address Intentionally Omitted
518086227 Hinman, Terry, Address Intentionally Omitted
518086228 Hinton, Laroy, Address Intentionally Omitted
518086229 Hinton, Leon, Address Intentionally Omitted
518086230 Hinton, Rasool, Address Intentionally Omitted
518086231 Hinton, Russell, Address Intentionally Omitted
518086232 Hipes, Curtis, Address Intentionally Omitted
518086233 Hippert, Clifford, Address Intentionally Omitted
518086234 Hird, Dawn, Address Intentionally Omitted
518086236 Hirons, Jacob, Address Intentionally Omitted
518086239 Hitcho, Andrew, Address Intentionally Omitted
518086241 Hite Witt, Raymond, Address Intentionally Omitted
518086243 Hively, Paul, Address Intentionally Omitted
518086245 Hixon, Matthew, Address Intentionally Omitted
518086246 Hixson, William, Address Intentionally Omitted
518086252 Hnat, Tiffany, Address Intentionally Omitted
518086255 Hoagland, Susan, Address Intentionally Omitted
518086256 Hoard, Frederick, Address Intentionally Omitted
518086258 Hobbs, Robert, Address Intentionally Omitted
518086261 Hoch, Wesley, Address Intentionally Omitted
518086262 Hochberg, Keith, Address Intentionally Omitted
518086263 Hocks, Bruce, Address Intentionally Omitted
518086264 Hodge, Candido, Address Intentionally Omitted
518086265 Hodge, Jack, Address Intentionally Omitted
518086266 Hodge, Nathan, Address Intentionally Omitted
518086267 Hodges, Gemail, Address Intentionally Omitted
518086268 Hodgson, Charles, Address Intentionally Omitted
518086270 Hoechst, Timothy, Address Intentionally Omitted
518086271 Hoegner, Alexander, Address Intentionally Omitted
518086274 Hoffman, Austin, Address Intentionally Omitted
518086275 Hoffman, Francis, Address Intentionally Omitted
518086276 Hoffman, Karen, Address Intentionally Omitted

***** BYPASSED RECIPIENTS (continued) *****

518086277 Hoffman, Kimberly, Address Intentionally Omitted
518086278 Hoffman, Randy, Address Intentionally Omitted
518086280 Hogan, Brian, Address Intentionally Omitted
518086281 Hogan, Jennifer, Address Intentionally Omitted
518086283 Hoke, Linda, Address Intentionally Omitted
518086285 Holcomb, Shareif, Address Intentionally Omitted
518086286 Holden, William, Address Intentionally Omitted
518086287 Holder, Kenneth, Address Intentionally Omitted
518086288 Holderman, William, Address Intentionally Omitted
518086289 Holes, Edward, Address Intentionally Omitted
518086291 Holiday, Ahmad, Address Intentionally Omitted
518086292 Holiday, Akbar, Address Intentionally Omitted
518086297 Holler, Kenneth, Address Intentionally Omitted
518086299 Holloman, Karleem, Address Intentionally Omitted
518086300 Holloway, Charles, Address Intentionally Omitted
518086301 Holloway, Zachary, Address Intentionally Omitted
518086306 Holman, Adam, Address Intentionally Omitted
518086307 Holman, Anthony, Address Intentionally Omitted
518086310 Holmes, Brian, Address Intentionally Omitted
518086311 Holmes, Jeffrey, Address Intentionally Omitted
518086312 Holmes, Paul, Address Intentionally Omitted
518086313 Holmes, Scott, Address Intentionally Omitted
518086314 Holmes, Timothy, Address Intentionally Omitted
518086315 Holmgren, Christine, Address Intentionally Omitted
518086317 Holota, John, Address Intentionally Omitted
518086318 Holt, Billy, Address Intentionally Omitted
518086319 Holtzinger, Christopher, Address Intentionally Omitted
518086322 Homan, Brian, Address Intentionally Omitted
518086323 Homanick, Sally, Address Intentionally Omitted
518086337 Homer, Stanley, Address Intentionally Omitted
518086338 Honaker, Lorene, Address Intentionally Omitted
518086341 Hontz, Christopher, Address Intentionally Omitted
518086342 Hood, Kenneth, Address Intentionally Omitted
518086343 Hooper, Anders, Address Intentionally Omitted
518086344 Hoover, Leah, Address Intentionally Omitted
518086345 Hoover, Lori, Address Intentionally Omitted
518086347 Hopcia, Robin, Address Intentionally Omitted
518086348 Hope, Charles, Address Intentionally Omitted
518086349 Hopper, John, Address Intentionally Omitted
518086351 Hopson, Dwayne, Address Intentionally Omitted
518086352 Hopson, Zachery, Address Intentionally Omitted
518086353 Horanic, Anthony, Address Intentionally Omitted
518086356 Horne, Jeffery, Address Intentionally Omitted
518086357 Horne, Marcus, Address Intentionally Omitted
518086360 Horrell, Eddie, Address Intentionally Omitted
518086362 Horsman, Harry, Address Intentionally Omitted
518086363 Horton, Alexander, Address Intentionally Omitted
518086364 Horton, Darryl, Address Intentionally Omitted
518086365 Horton, Donald, Address Intentionally Omitted
518086366 Horton, Kevin, Address Intentionally Omitted
518086367 Horton, Patrick, Address Intentionally Omitted
518086368 Horton, Stephen, Address Intentionally Omitted
518086369 Horvath, George, Address Intentionally Omitted
518086370 Hosfelt, Robert, Address Intentionally Omitted
518086371 Hoskins, Raymond, Address Intentionally Omitted
518086372 Hotaling, Patrick, Address Intentionally Omitted
518086373 Hottenstein, Marc, Address Intentionally Omitted
518086374 Hottenstein, Matthew, Address Intentionally Omitted
518086375 Hottinger, Dalton, Address Intentionally Omitted
518086376 Hough, Jovan, Address Intentionally Omitted
518086377 Hough, Reginald, Address Intentionally Omitted
518086378 Houlday, Norman, Address Intentionally Omitted
518086380 House, Vincent, Address Intentionally Omitted
518086381 Houseknecht, Erik, Address Intentionally Omitted
518086384 Houston, Wilbert, Address Intentionally Omitted
518086385 Houtz, Richard, Address Intentionally Omitted
518086391 Howard, Anthony, Address Intentionally Omitted
518086392 Howard, Bruce, Address Intentionally Omitted
518086393 Howard, Chevelle, Address Intentionally Omitted
518086394 Howard, Kenny, Address Intentionally Omitted
518086395 Howard, Sean, Address Intentionally Omitted
518086396 Howcroft, Austin, Address Intentionally Omitted
518086397 Howe, Corey, Address Intentionally Omitted
518086398 Howe, William, Address Intentionally Omitted
518086399 Howell, Frederick, Address Intentionally Omitted
518086400 Howell, Jason, Address Intentionally Omitted
518086401 Howell, Katie, Address Intentionally Omitted
518086402 Howell, Tony, Address Intentionally Omitted
518086403 Howell, Warren, Address Intentionally Omitted

***** BYPASSED RECIPIENTS (continued) *****

518086405 Howland, Matthew, Address Intentionally Omitted
518086406 Howorth, Richard, Address Intentionally Omitted
518086407 Hoxha, Eduard, Address Intentionally Omitted
518086408 Hoy, Christopher, Address Intentionally Omitted
518086409 Hoyes, Edward, Address Intentionally Omitted
518086410 Hoyle, Vester, Address Intentionally Omitted
518086414 Huacon, Alfonso, Address Intentionally Omitted
518086421 Hubbard, Alfuquan, Address Intentionally Omitted
518086423 Hubbard, Edward, Address Intentionally Omitted
518086424 Hubbard, John, Address Intentionally Omitted
518086429 Hubbell, Joshua, Address Intentionally Omitted
518086433 Hudon, Jeffrey, Address Intentionally Omitted
518086444 Hudson, George, Address Intentionally Omitted
518086445 Hudson, Lester, Address Intentionally Omitted
518086446 Huerter, William, Address Intentionally Omitted
518086448 Huffman, Bill, Address Intentionally Omitted
518086449 Huffman, Kristofer, Address Intentionally Omitted
518086450 Huffnagle, Nathan, Address Intentionally Omitted
518086451 Hughes, Audry, Address Intentionally Omitted
518086452 Hughes, Brian, Address Intentionally Omitted
518086453 Hughes, Charles, Address Intentionally Omitted
518086454 Hughes, Daniel, Address Intentionally Omitted
518086455 Hughes, Lewis, Address Intentionally Omitted
518086456 Hughes, Mackenzie, Address Intentionally Omitted
518086457 Hughes, Michael, Address Intentionally Omitted
518086458 Hughes, Patrick, Address Intentionally Omitted
518086459 Hughes, Travis, Address Intentionally Omitted
518086460 Hughes, Trevor, Address Intentionally Omitted
518086462 Huicochea, Eloy, Address Intentionally Omitted
518086463 Hujar, Michael, Address Intentionally Omitted
518086464 Hukic, Amir, Address Intentionally Omitted
518086466 Hulse, Justin, Address Intentionally Omitted
518086467 Humes, Mikeal, Address Intentionally Omitted
518086468 Humphreys, Timothy, Address Intentionally Omitted
518086470 Hunsicker, Anthony, Address Intentionally Omitted
518086471 Hunsicker, Carl, Address Intentionally Omitted
518086472 Hunt, Jeremy, Address Intentionally Omitted
518086473 Hunt, John, Address Intentionally Omitted
518086474 Hunt, Justin, Address Intentionally Omitted
518086475 Hunt, Richard, Address Intentionally Omitted
518086476 Hunt, Robert, Address Intentionally Omitted
518086477 Hunt, Timothy, Address Intentionally Omitted
518086478 Hunte, Terrence, Address Intentionally Omitted
518086481 Hunter, Antwan, Address Intentionally Omitted
518086482 Hunter, Eric, Address Intentionally Omitted
518086483 Hunter, Justin, Address Intentionally Omitted
518086484 Hunter, Mark, Address Intentionally Omitted
518086485 Hunter, Travis, Address Intentionally Omitted
518086489 Huntley, Kevin, Address Intentionally Omitted
518086490 Huntsman, Richard, Address Intentionally Omitted
518086491 Hurd, Michael, Address Intentionally Omitted
518086493 Hurley, Kathleen, Address Intentionally Omitted
518086497 Hurst, Nathan, Address Intentionally Omitted
518086498 Hurt, Corey, Address Intentionally Omitted
518086500 Huss, Michael, Address Intentionally Omitted
518086501 Huss, Zachary, Address Intentionally Omitted
518086502 Hussain, Abdullaah, Address Intentionally Omitted
518086503 Hussain, Abdurraqib, Address Intentionally Omitted
518086504 Hussain, Shabeer, Address Intentionally Omitted
518086505 Hussein, Abdurahman, Address Intentionally Omitted
518086506 Hussey, Jonathan, Address Intentionally Omitted
518086507 Husted, Michael, Address Intentionally Omitted
518086508 Hutchins, Andre, Address Intentionally Omitted
518086509 Hutchinson, Hunter, Address Intentionally Omitted
518086510 Hutchinson, Richard, Address Intentionally Omitted
518086511 Hutchinson, Timothy, Address Intentionally Omitted
518086512 Hutchinson, Tyler, Address Intentionally Omitted
518086513 Hutchisson, Kaitlyn, Address Intentionally Omitted
518086515 Hutton, Jason, Address Intentionally Omitted
518086521 Hyde, Stephen, Address Intentionally Omitted
518086527 Hywell, Michael, Address Intentionally Omitted
518086538 Iannucci, Anthony, Address Intentionally Omitted
518086540 Ibanez, Alejandro, Address Intentionally Omitted
518086541 Ibaugh, Joel, Address Intentionally Omitted
518086546 Ibraimov, Gianni, Address Intentionally Omitted
518086557 Iezzi, Christopher, Address Intentionally Omitted
518086560 Ifill, Roy, Address Intentionally Omitted
518086567 Ike, Brien, Address Intentionally Omitted
518086568 Iles, Debbie, Address Intentionally Omitted

***** BYPASSED RECIPIENTS (continued) *****

518086569 Ilin, Aleksandr, Address Intentionally Omitted
518086571 Illingworth, John, Address Intentionally Omitted
518086586 Iloka, Nwora, Address Intentionally Omitted
518086587 Ilunga, Rodival, Address Intentionally Omitted
518086594 Imboden, Stanley, Address Intentionally Omitted
518086597 Imler, Ronald, Address Intentionally Omitted
518086605 Imtiaz, Noman, Address Intentionally Omitted
518086646 Ingalls, Christopher, Address Intentionally Omitted
518086647 Inglis, Stephen, Address Intentionally Omitted
518086648 Ingram, Lela, Address Intentionally Omitted
518086653 Inman, Michael, Address Intentionally Omitted
518086657 Innocenti, Corey, Address Intentionally Omitted
518086664 Inoa, Ramon, Address Intentionally Omitted
518086727 Ipharraguerre, Luis, Address Intentionally Omitted
518086728 Ippolito, Gregg, Address Intentionally Omitted
518086734 Iraheta, Miguel, Address Intentionally Omitted
518086738 Irizarry, Jason, Address Intentionally Omitted
518086739 Irizzary, Miguel, Address Intentionally Omitted
518086751 Irving, John, Address Intentionally Omitted
518086753 Isaac, Anthony, Address Intentionally Omitted
518086754 Isaac, Justin, Address Intentionally Omitted
518086759 Isham, David, Address Intentionally Omitted
518086760 Ishmell, Thomas, Address Intentionally Omitted
518086761 Ishmell, Tyesha, Address Intentionally Omitted
518086766 Ismail, Laquan, Address Intentionally Omitted
518086767 Isom, Marion, Address Intentionally Omitted
518086768 Isom, Robert, Address Intentionally Omitted
518086773 Itetia, Enahoro, Address Intentionally Omitted
518086815 Jablonski, Mark, Address Intentionally Omitted
518086822 Jackson, Alonzo, Address Intentionally Omitted
518086823 Jackson, Brandon, Address Intentionally Omitted
518086824 Jackson, Brandon, Address Intentionally Omitted
518086825 Jackson, Calvin, Address Intentionally Omitted
518086826 Jackson, Calvin, Address Intentionally Omitted
518086827 Jackson, Daquontae, Address Intentionally Omitted
518086828 Jackson, Earl, Address Intentionally Omitted
518086829 Jackson, Gary, Address Intentionally Omitted
518086830 Jackson, Gilwoode, Address Intentionally Omitted
518086831 Jackson, Howard, Address Intentionally Omitted
518086832 Jackson, James, Address Intentionally Omitted
518086833 Jackson, Jamie, Address Intentionally Omitted
518086834 Jackson, Jeremy, Address Intentionally Omitted
518086835 Jackson, Joey, Address Intentionally Omitted
518086836 Jackson, Joseph, Address Intentionally Omitted
518086837 Jackson, Kevin, Address Intentionally Omitted
518086838 Jackson, Leon, Address Intentionally Omitted
518086839 Jackson, Marlon, Address Intentionally Omitted
518086840 Jackson, Neal, Address Intentionally Omitted
518086841 Jackson, Philip, Address Intentionally Omitted
518086842 Jackson, Quentin, Address Intentionally Omitted
518086843 Jackson, Reginald, Address Intentionally Omitted
518086847 Jacobs, Charles, Address Intentionally Omitted
518086848 Jacobs, Paul, Address Intentionally Omitted
518086849 Jacobs, Stephanie, Address Intentionally Omitted
518086850 Jacobson, Andrew, Address Intentionally Omitted
518086851 Jacobson, Christopher, Address Intentionally Omitted
518086853 Jacques, Scott, Address Intentionally Omitted
518086854 Jacques, Steven, Address Intentionally Omitted
518086855 Jaeger, Richard, Address Intentionally Omitted
518086856 Jaehnert, Scott, Address Intentionally Omitted
518086859 Jageler, Aaron, Address Intentionally Omitted
518086860 Jagielka, Roman, Address Intentionally Omitted
518086864 Jaime, Sergio, Address Intentionally Omitted
518086866 Jakee, Dwayne, Address Intentionally Omitted
518086867 Jakes, Carolyn, Address Intentionally Omitted
518086868 Jakob, Sergiusz, Address Intentionally Omitted
518086869 Jakubowski, Greg, Address Intentionally Omitted
518086872 Jalloh, Mohamed, Address Intentionally Omitted
518086897 James, Andrew, Address Intentionally Omitted
518086898 James, Andrez, Address Intentionally Omitted
518086899 James, Jevon, Address Intentionally Omitted
518086900 James, Keshawn, Address Intentionally Omitted
518086901 James, Martez, Address Intentionally Omitted
518086902 James, Terrence, Address Intentionally Omitted
518086903 James, Tremaine, Address Intentionally Omitted
518086904 James-ware, Andre, Address Intentionally Omitted
518086918 Janda, Jodhvir, Address Intentionally Omitted
518086919 Jandreau, Cody, Address Intentionally Omitted
518238158 Janice A. Goodall

***** BYPASSED RECIPIENTS (continued) *****

518086931 Jankowski, Jason, Address Intentionally Omitted
518086934 Januszewski, Bradley, Address Intentionally Omitted
518086937 Jarmon, Michael, Address Intentionally Omitted
518086938 Jarmula, Robert, Address Intentionally Omitted
518086939 Jarnagin, Deborah, Address Intentionally Omitted
518086940 Jarosi, Brent, Address Intentionally Omitted
518086941 Jarrell, Carson, Address Intentionally Omitted
518086942 Jarrell, Jessie, Address Intentionally Omitted
518086944 Jaruga, Peter, Address Intentionally Omitted
518086945 Jarvis, Alexander, Address Intentionally Omitted
518086946 Jarvis, William, Address Intentionally Omitted
518086947 Jasiulevicius, Derek, Address Intentionally Omitted
518086952 Jasper, Tylee, Address Intentionally Omitted
518086953 Jastal, Gabriel, Address Intentionally Omitted
518086957 Jaycox, Robert, Address Intentionally Omitted
518086974 Jean, Gontran, Address Intentionally Omitted
518086975 Jean, Werky, Address Intentionally Omitted
518086976 Jean-baptiste, Darling, Address Intentionally Omitted
518086977 Jean-louis, Junior, Address Intentionally Omitted
518086980 Jeans, Parker, Address Intentionally Omitted
518086984 Jeffers, David, Address Intentionally Omitted
518086985 Jeffers, Travis, Address Intentionally Omitted
518086987 Jefferson, Robert, Address Intentionally Omitted
518086988 Jefferson, Ryan, Address Intentionally Omitted
518086990 Jeffery, Terrell, Address Intentionally Omitted
518087002 Jeffrey, Jack, Address Intentionally Omitted
518087003 Jelley, Stephen, Address Intentionally Omitted
518087004 Jemola, Edward, Address Intentionally Omitted
518087005 Jenkins, Albert, Address Intentionally Omitted
518087006 Jenkins, Andre, Address Intentionally Omitted
518087007 Jenkins, Barry, Address Intentionally Omitted
518087008 Jenkins, John, Address Intentionally Omitted
518087009 Jenkins, Ray, Address Intentionally Omitted
518087010 Jenkins, Ronald, Address Intentionally Omitted
518087011 Jenkins, Scott, Address Intentionally Omitted
518087012 Jenkins, Scott, Address Intentionally Omitted
518087013 Jenkins, Sherry, Address Intentionally Omitted
518087014 Jenkins, Tyrone, Address Intentionally Omitted
518087015 Jenkins, Vernon, Address Intentionally Omitted
518087021 Jennings, Dereck, Address Intentionally Omitted
518087022 Jennings, Kevin, Address Intentionally Omitted
518087023 Jennings, Kodi, Address Intentionally Omitted
518087027 Jensen, Rebekah, Address Intentionally Omitted
518087029 Jeria, Patricio, Address Intentionally Omitted
518087032 Jermyn, Peter, Address Intentionally Omitted
518087036 Jeronimo, Steven, Address Intentionally Omitted
518087050 Jessell, Jeremiah, Address Intentionally Omitted
518087058 Jessie, Conell, Address Intentionally Omitted
518087059 Jesus, Emanuel, Address Intentionally Omitted
518087063 Jeudi, Naxon, Address Intentionally Omitted
518087064 Jewell, Scott, Address Intentionally Omitted
518087065 Jewett, Christopher, Address Intentionally Omitted
518087066 Jewett, Lacy, Address Intentionally Omitted
518087076 Jimenez De Baez, Arelis, Address Intentionally Omitted
518087077 Jimenez Torres, Jose, Address Intentionally Omitted
518087078 Jimenez, Cesar, Address Intentionally Omitted
518087079 Jimenez, Cristian, Address Intentionally Omitted
518087080 Jimenez, Efren, Address Intentionally Omitted
518087081 Jimenez, Esmeyra, Address Intentionally Omitted
518087082 Jimenez, Jose, Address Intentionally Omitted
518087083 Jimenez-ortiz, Guillermo, Address Intentionally Omitted
518087084 Jimerson, Ned, Address Intentionally Omitted
518087109 Jock, Michael, Address Intentionally Omitted
518087113 Johannsen, William, Address Intentionally Omitted
518087114 Johansson, Joseph, Address Intentionally Omitted
518087166 Johns, Reginald, Address Intentionally Omitted
518087174 Johnson, Albert, Address Intentionally Omitted
518087175 Johnson, Bryan, Address Intentionally Omitted
518087176 Johnson, Carl, Address Intentionally Omitted
518087177 Johnson, Charles, Address Intentionally Omitted
518087178 Johnson, Chrystal, Address Intentionally Omitted
518087179 Johnson, Cleveland, Address Intentionally Omitted
518087180 Johnson, Courtney, Address Intentionally Omitted
518087181 Johnson, Craig, Address Intentionally Omitted
518087182 Johnson, Dale, Address Intentionally Omitted
518087183 Johnson, Daniel, Address Intentionally Omitted
518087184 Johnson, Daphne, Address Intentionally Omitted
518087185 Johnson, Darren, Address Intentionally Omitted
518087186 Johnson, David, Address Intentionally Omitted

***** BYPASSED RECIPIENTS (continued) *****

518087187 Johnson, Demetrius, Address Intentionally Omitted
518087188 Johnson, Donnell, Address Intentionally Omitted
518087189 Johnson, Donte, Address Intentionally Omitted
518087190 Johnson, Doyle, Address Intentionally Omitted
518087191 Johnson, Eric, Address Intentionally Omitted
518087192 Johnson, Erika, Address Intentionally Omitted
518087193 Johnson, Fred, Address Intentionally Omitted
518087194 Johnson, Garland, Address Intentionally Omitted
518087195 Johnson, Glen, Address Intentionally Omitted
518087196 Johnson, Gregory, Address Intentionally Omitted
518087197 Johnson, Gregory, Address Intentionally Omitted
518087198 Johnson, Gunnar, Address Intentionally Omitted
518087199 Johnson, Horace, Address Intentionally Omitted
518087200 Johnson, Ian, Address Intentionally Omitted
518087201 Johnson, Jacob, Address Intentionally Omitted
518087202 Johnson, James, Address Intentionally Omitted
518087203 Johnson, James, Address Intentionally Omitted
518087204 Johnson, Jana, Address Intentionally Omitted
518087205 Johnson, Jason, Address Intentionally Omitted
518087206 Johnson, Jermaine, Address Intentionally Omitted
518087207 Johnson, Juaqwan, Address Intentionally Omitted
518087208 Johnson, Kevin, Address Intentionally Omitted
518087209 Johnson, Kyree, Address Intentionally Omitted
518087210 Johnson, Lance, Address Intentionally Omitted
518087211 Johnson, Lawrence, Address Intentionally Omitted
518087212 Johnson, Leathe, Address Intentionally Omitted
518087213 Johnson, Lisa, Address Intentionally Omitted
518087214 Johnson, Mark, Address Intentionally Omitted
518087215 Johnson, Michael, Address Intentionally Omitted
518087216 Johnson, Michele, Address Intentionally Omitted
518087217 Johnson, Monique, Address Intentionally Omitted
518087218 Johnson, Nathaniel, Address Intentionally Omitted
518087219 Johnson, Paul, Address Intentionally Omitted
518087220 Johnson, Paul, Address Intentionally Omitted
518087221 Johnson, Quawi, Address Intentionally Omitted
518087222 Johnson, Quinto, Address Intentionally Omitted
518087223 Johnson, Randy, Address Intentionally Omitted
518087224 Johnson, Raynale, Address Intentionally Omitted
518087225 Johnson, Richard, Address Intentionally Omitted
518087226 Johnson, Ronald, Address Intentionally Omitted
518087227 Johnson, Selina, Address Intentionally Omitted
518087228 Johnson, Shawn, Address Intentionally Omitted
518087229 Johnson, Sheena, Address Intentionally Omitted
518087230 Johnson, Sheridan, Address Intentionally Omitted
518087231 Johnson, Steve, Address Intentionally Omitted
518087232 Johnson, Timothy, Address Intentionally Omitted
518087233 Johnson, Tina, Address Intentionally Omitted
518087234 Johnson, William, Address Intentionally Omitted
518087235 Johnson, William, Address Intentionally Omitted
518087236 Johnson, Yahyah, Address Intentionally Omitted
518087237 Johnson, Zachary, Address Intentionally Omitted
518087238 Johnson-sale, Joshua, Address Intentionally Omitted
518087241 Johnston, Carl, Address Intentionally Omitted
518087242 Johnston, Matthew, Address Intentionally Omitted
518087251 Joliat, Daniel, Address Intentionally Omitted
518087252 Jolly, Norman, Address Intentionally Omitted
518087260 Jonaitis, Michael, Address Intentionally Omitted
518087263 Jones, Andrew, Address Intentionally Omitted
518087264 Jones, Anthony, Address Intentionally Omitted
518087265 Jones, Anthony, Address Intentionally Omitted
518087266 Jones, Arlando, Address Intentionally Omitted
518087267 Jones, Benny, Address Intentionally Omitted
518087268 Jones, Bilal, Address Intentionally Omitted
518087269 Jones, Brian, Address Intentionally Omitted
518087270 Jones, Carl, Address Intentionally Omitted
518087271 Jones, Carlos, Address Intentionally Omitted
518087272 Jones, Cheryl, Address Intentionally Omitted
518087273 Jones, Cinque, Address Intentionally Omitted
518087274 Jones, Creyvonne, Address Intentionally Omitted
518087275 Jones, Damian, Address Intentionally Omitted
518087276 Jones, Danna, Address Intentionally Omitted
518087277 Jones, David, Address Intentionally Omitted
518087278 Jones, Dearius, Address Intentionally Omitted
518087279 Jones, Dennis, Address Intentionally Omitted
518087280 Jones, Frederick, Address Intentionally Omitted
518087281 Jones, James, Address Intentionally Omitted
518087282 Jones, Jonathan, Address Intentionally Omitted
518087283 Jones, Justin, Address Intentionally Omitted
518087284 Jones, Kevin, Address Intentionally Omitted

***** BYPASSED RECIPIENTS (continued) *****

518087285 Jones, Larry, Address Intentionally Omitted
518087286 Jones, Linwood, Address Intentionally Omitted
518087287 Jones, Lucienne, Address Intentionally Omitted
518087288 Jones, Manuel, Address Intentionally Omitted
518087289 Jones, Melissa, Address Intentionally Omitted
518087290 Jones, Michael, Address Intentionally Omitted
518087291 Jones, Milton, Address Intentionally Omitted
518087292 Jones, Monique, Address Intentionally Omitted
518087293 Jones, Paul, Address Intentionally Omitted
518087294 Jones, Randall, Address Intentionally Omitted
518087295 Jones, Randolph, Address Intentionally Omitted
518087296 Jones, Raynard, Address Intentionally Omitted
518087297 Jones, Richard, Address Intentionally Omitted
518087298 Jones, Robert, Address Intentionally Omitted
518087299 Jones, Samuel, Address Intentionally Omitted
518087300 Jones, Starmeek, Address Intentionally Omitted
518087301 Jones, Stuart, Address Intentionally Omitted
518087302 Jones, Susan, Address Intentionally Omitted
518087303 Jones, Susan, Address Intentionally Omitted
518087304 Jones, Tania, Address Intentionally Omitted
518087305 Jones, Terrance, Address Intentionally Omitted
518087306 Jones, Terrell, Address Intentionally Omitted
518087307 Jones, Theodore, Address Intentionally Omitted
518087308 Jones, Tyshon, Address Intentionally Omitted
518087309 Jones, Tyson, Address Intentionally Omitted
518087325 Jorge, Celeste, Address Intentionally Omitted
518087346 Joseph, John, Address Intentionally Omitted
518087347 Joseph, Quinton, Address Intentionally Omitted
518087348 Joseph, Simeon, Address Intentionally Omitted
518087350 Josett, Thomas, Address Intentionally Omitted
518087355 Jourdan, James, Address Intentionally Omitted
518087358 Joyal, Steven, Address Intentionally Omitted
518087360 Joyce, Kenneth, Address Intentionally Omitted
518087361 Joyce, Tere, Address Intentionally Omitted
518087376 Judd, Lawrence, Address Intentionally Omitted
518087377 Judd, Todd, Address Intentionally Omitted
518087379 Judge, Shauron, Address Intentionally Omitted
518087383 Judy, Zebulon, Address Intentionally Omitted
518087384 Juergens, Joseph, Address Intentionally Omitted
518087392 Jungbaer, Peter, Address Intentionally Omitted
518087396 Junkins, Clifton, Address Intentionally Omitted
518087397 Junqueira, Ashley, Address Intentionally Omitted
518087402 Justice, Robbie, Address Intentionally Omitted
518087403 Justino, Nancy, Address Intentionally Omitted
518087404 Justis, Marvin, Address Intentionally Omitted
518087405 Jutzi, Sean, Address Intentionally Omitted
518087413 Kachmar, Lisa, Address Intentionally Omitted
518087414 Kackley, Brooke, Address Intentionally Omitted
518087415 Kaczmarek, Anthony, Address Intentionally Omitted
518087417 Kafaro, Steven, Address Intentionally Omitted
518087419 Kahler, Ralph, Address Intentionally Omitted
518087421 Kaiser, William, Address Intentionally Omitted
518087424 Kakarlapudi, Abhishek, Address Intentionally Omitted
518087427 Kalenak, James, Address Intentionally Omitted
518087429 Kam, Michael, Address Intentionally Omitted
518087431 Kaminski, Christopher, Address Intentionally Omitted
518087432 Kaminski, Joseph, Address Intentionally Omitted
518087433 Kammer, Esther, Address Intentionally Omitted
518087435 Kane, Craig, Address Intentionally Omitted
518087436 Kangethe, Alan, Address Intentionally Omitted
518087437 Kankam, Korrie, Address Intentionally Omitted
518087438 Kannam, Anne, Address Intentionally Omitted
518087442 Kapfer, Stephen, Address Intentionally Omitted
518087444 Kaplan, Ethan, Address Intentionally Omitted
518087445 Kapp, Cruz, Address Intentionally Omitted
518087447 Kapun, Jerome, Address Intentionally Omitted
518087448 Kapun, Joshua, Address Intentionally Omitted
518087449 Karanja, Sakinah, Address Intentionally Omitted
518087450 Karara, Christian, Address Intentionally Omitted
518087452 Kareem, Samir, Address Intentionally Omitted
518087457 Karetny, Oleg, Address Intentionally Omitted
518087459 Karim, Sharrieff, Address Intentionally Omitted
518087465 Karriem, Abdullah, Address Intentionally Omitted
518087466 Kasa, Kujtim, Address Intentionally Omitted
518087470 Katich, Ronald, Address Intentionally Omitted
518087472 Katishen, Gregory, Address Intentionally Omitted
518087473 Kats, Mikhail, Address Intentionally Omitted
518087475 Kauffman, Christine, Address Intentionally Omitted
518087476 Kauffman, Michael, Address Intentionally Omitted

***** BYPASSED RECIPIENTS (continued) *****

518087477 Kauffman, Thomas, Address Intentionally Omitted
518087480 Kayko, Carl, Address Intentionally Omitted
518087489 Keahon, Thomas, Address Intentionally Omitted
518087491 Keane, Alexandra, Address Intentionally Omitted
518087492 Keane, Michael, Address Intentionally Omitted
518087493 Kearney, Jujuan, Address Intentionally Omitted
518087494 Kearney, Raymond, Address Intentionally Omitted
518087495 Kearns, Brendan, Address Intentionally Omitted
518087496 Keating, Wayne, Address Intentionally Omitted
518087497 Keaton, Terry, Address Intentionally Omitted
518087500 Keegan, Daniel, Address Intentionally Omitted
518087502 Keeney, Patrick, Address Intentionally Omitted
518087503 Keesee, William, Address Intentionally Omitted
518087504 Keesler, Brian, Address Intentionally Omitted
518087505 Kegley, Paul, Address Intentionally Omitted
518087508 Keich, Samuel, Address Intentionally Omitted
518087509 Keim, Jennifer, Address Intentionally Omitted
518087510 Keiper, Ross, Address Intentionally Omitted
518087511 Keiter, Benjamin, Address Intentionally Omitted
518087516 Kelemen, Stephen, Address Intentionally Omitted
518087517 Kelleher, Lawrence, Address Intentionally Omitted
518087521 Keller, Lawrence, Address Intentionally Omitted
518087522 Keller, Neal, Address Intentionally Omitted
518087528 Kelly, Albert, Address Intentionally Omitted
518087529 Kelly, Andre, Address Intentionally Omitted
518087530 Kelly, Charles, Address Intentionally Omitted
518087531 Kelly, Christopher, Address Intentionally Omitted
518087532 Kelly, Corey, Address Intentionally Omitted
518087533 Kelly, Gregory, Address Intentionally Omitted
518087534 Kelly, James, Address Intentionally Omitted
518087535 Kelly, Jeremiah, Address Intentionally Omitted
518087536 Kelly, Patrick, Address Intentionally Omitted
518087537 Kelly, Shalik, Address Intentionally Omitted
518087538 Kelly, Siddiq, Address Intentionally Omitted
518087539 Kelly, Thomas, Address Intentionally Omitted
518087540 Kelly, Thomas James, Address Intentionally Omitted
518087545 Kelske, Eric, Address Intentionally Omitted
518087546 Kelvey, Thomas, Address Intentionally Omitted
518087549 Kemlenton, Sean, Address Intentionally Omitted
518087550 Kemmerer, Thomas, Address Intentionally Omitted
518087551 Kemple, Michael, Address Intentionally Omitted
518087558 Kenderish, James, Address Intentionally Omitted
518087562 Kenneally, John, Address Intentionally Omitted
518087564 Kennedy, Brooke, Address Intentionally Omitted
518087565 Kennedy, David, Address Intentionally Omitted
518087566 Kennedy, Jarius, Address Intentionally Omitted
518087567 Kennedy, Kareem, Address Intentionally Omitted
518087568 Kennedy, Leroy, Address Intentionally Omitted
518087569 Kennedy, Maria, Address Intentionally Omitted
518087570 Kennedy, Michael, Address Intentionally Omitted
518087571 Kennedy, Patrick, Address Intentionally Omitted
518087572 Kennedy, Robert, Address Intentionally Omitted
518087573 Kennedy, Robert, Address Intentionally Omitted
518087574 Kennedy, Tahrea, Address Intentionally Omitted
518087586 Kent, Christopher, Address Intentionally Omitted
518087587 Kent, Kevin, Address Intentionally Omitted
518087589 Kenyon, Steven, Address Intentionally Omitted
518087590 Kenyon, Steven, Address Intentionally Omitted
518087592 Keovisay, David, Address Intentionally Omitted
518087593 Kephart, Andrew, Address Intentionally Omitted
518087594 Kephart, Corey, Address Intentionally Omitted
518087596 Kerr, Brian, Address Intentionally Omitted
518087597 Kerr, Randy, Address Intentionally Omitted
518087598 Kershaw, Patrick, Address Intentionally Omitted
518087599 Kershner, Jerry, Address Intentionally Omitted
518087600 Kershner, Richard, Address Intentionally Omitted
518087601 Ketchen, Jonathan, Address Intentionally Omitted
518087603 Keuth, Sarun, Address Intentionally Omitted
518087612 Keyes, James, Address Intentionally Omitted
518087613 Keyes, Terry, Address Intentionally Omitted
518087614 Keys, Andre, Address Intentionally Omitted
518087623 Khan, Arshiya, Address Intentionally Omitted
518087624 Khan, Justin, Address Intentionally Omitted
518087625 Khan, Mary, Address Intentionally Omitted
518087627 Khmara, Viktor, Address Intentionally Omitted
518087628 Khonde, Mugdha, Address Intentionally Omitted
518087631 Kibble, Terrence, Address Intentionally Omitted
518087632 Kibby, William, Address Intentionally Omitted
518087633 Kibler, Steven, Address Intentionally Omitted

***** BYPASSED RECIPIENTS (continued) *****

518087634 Kiblin, Joshua, Address Intentionally Omitted
518087635 Kidd, Michael, Address Intentionally Omitted
518087637 Kierstead, Karen, Address Intentionally Omitted
518087638 Kierstead, Rodney, Address Intentionally Omitted
518087639 Kilgore, Brandon, Address Intentionally Omitted
518087640 Kilgus, Brian, Address Intentionally Omitted
518087641 Killeen, John, Address Intentionally Omitted
518087644 Kilpatrick, Cynthia, Address Intentionally Omitted
518087647 Kimball, Gary, Address Intentionally Omitted
518087648 Kimball, Michael, Address Intentionally Omitted
518087651 Kimble, Jeff, Address Intentionally Omitted
518087652 Kimbrough, Robert, Address Intentionally Omitted
518087653 Kindred, Colin, Address Intentionally Omitted
518087662 King, Alfred, Address Intentionally Omitted
518087663 King, Eric, Address Intentionally Omitted
518087664 King, Herbert, Address Intentionally Omitted
518087665 King, Lea, Address Intentionally Omitted
518087666 King, Robert, Address Intentionally Omitted
518087667 King, Samuel, Address Intentionally Omitted
518087668 King, Sharen, Address Intentionally Omitted
518087669 King, Vernon, Address Intentionally Omitted
518087670 King, Victor, Address Intentionally Omitted
518087677 Kinsman, Joshua, Address Intentionally Omitted
518087680 Kipp, Shawn, Address Intentionally Omitted
518087682 Kirchgessner, Robbie, Address Intentionally Omitted
518087685 Kirkland, Ronald, Address Intentionally Omitted
518087687 Kirkum, Arnold, Address Intentionally Omitted
518087688 Kirschbaum, Deborah, Address Intentionally Omitted
518087689 Kirwin, Robert, Address Intentionally Omitted
518087690 Kish, Jeffery, Address Intentionally Omitted
518087694 Kissinger, Roy, Address Intentionally Omitted
518087695 Kistler, Darren, Address Intentionally Omitted
518087696 Kistler, Perry, Address Intentionally Omitted
518087697 Kistler, Steven, Address Intentionally Omitted
518087699 Kite, Alison, Address Intentionally Omitted
518087700 Kithcart, Charles, Address Intentionally Omitted
518087701 Kittle, Steven, Address Intentionally Omitted
518087703 Kivett, Michael, Address Intentionally Omitted
518087704 Kizer, Shayette, Address Intentionally Omitted
518087707 Klah, Philip, Address Intentionally Omitted
518087711 Klecka, Shane, Address Intentionally Omitted
518087714 Klimovsky, Robert, Address Intentionally Omitted
518087715 Kline, Donald, Address Intentionally Omitted
518087716 Kline, Terry, Address Intentionally Omitted
518087717 Klinger, Jane, Address Intentionally Omitted
518087718 Klinger, Jeffrey, Address Intentionally Omitted
518087719 Klingler, Wayne, Address Intentionally Omitted
518087720 Klitsch, Marcia, Address Intentionally Omitted
518087722 Klosterman, Adam, Address Intentionally Omitted
518087723 Kluchnik, Lisa, Address Intentionally Omitted
518087724 Kluchurosky, Gregory, Address Intentionally Omitted
518087725 Klypka, Gerald, Address Intentionally Omitted
518087726 Kmecik, Shawn, Address Intentionally Omitted
518087729 Knadler, Andrew, Address Intentionally Omitted
518087730 Knapp, Keith, Address Intentionally Omitted
518087731 Knapp, Lindsay, Address Intentionally Omitted
518087732 Knauss, Craig, Address Intentionally Omitted
518087733 Knepper, Brian, Address Intentionally Omitted
518087734 Knickerbocker, Lindsay, Address Intentionally Omitted
518087736 Knight, Aaron, Address Intentionally Omitted
518087737 Knight, Christopher, Address Intentionally Omitted
518087739 Knight, Kevin, Address Intentionally Omitted
518087740 Knight, Patrick, Address Intentionally Omitted
518087741 Knight, Robert, Address Intentionally Omitted
518087742 Knight, Willie, Address Intentionally Omitted
518087744 Knosky, Jennifer, Address Intentionally Omitted
518087745 Knott, Brian, Address Intentionally Omitted
518087746 Knott, Geraldine, Address Intentionally Omitted
518087747 Knowles, Thomas, Address Intentionally Omitted
518087749 Knox, David, Address Intentionally Omitted
518087750 Knox, Jeffery, Address Intentionally Omitted
518087751 Knudsen, John, Address Intentionally Omitted
518087752 Knupfer, Daniel, Address Intentionally Omitted
518087753 Knutt, Marie, Address Intentionally Omitted
518087754 Kobylarz, Albert, Address Intentionally Omitted
518087756 Koch, Lawrence, Address Intentionally Omitted
518087757 Koch, Michael, Address Intentionally Omitted
518087758 Kochenour, Robert, Address Intentionally Omitted
518087759 Kocher, Larry, Address Intentionally Omitted

***** BYPASSED RECIPIENTS (continued) *****

518087761 Koeka, Gary, Address Intentionally Omitted
518087764 Koepke, David, Address Intentionally Omitted
518087766 Kolapo, Joshua, Address Intentionally Omitted
518087767 Kolb, Angela, Address Intentionally Omitted
518087768 Kolmansberger, Kyle, Address Intentionally Omitted
518087770 Kolster, Howard, Address Intentionally Omitted
518087773 Komnick, Benjamin, Address Intentionally Omitted
518087777 Konitsky, Daniel, Address Intentionally Omitted
518087778 Konobeev, Paul, Address Intentionally Omitted
518087779 Konomi, Niko, Address Intentionally Omitted
518087781 Koonce, Raymond, Address Intentionally Omitted
518087784 Kopack, Kody, Address Intentionally Omitted
518087785 Kopelman, Joseph, Address Intentionally Omitted
518087786 Koptyra, Mark, Address Intentionally Omitted
518087787 Kopylec, Wayne, Address Intentionally Omitted
518087788 Korczyk, Timothy, Address Intentionally Omitted
518087791 Koren, Jill, Address Intentionally Omitted
518087792 Koring, Kenneth, Address Intentionally Omitted
518087793 Kornfeld, Adam, Address Intentionally Omitted
518087794 Kortright Perez, Jo Ann, Address Intentionally Omitted
518087795 Korwin, Dariusz, Address Intentionally Omitted
518087796 Kosakowski, Arkadiusz, Address Intentionally Omitted
518087797 Kosakowski, Henryk, Address Intentionally Omitted
518087798 Kosakowski, Przemyslaw, Address Intentionally Omitted
518087799 Kosan, Eric, Address Intentionally Omitted
518087800 Kosmoski, Bruce, Address Intentionally Omitted
518087801 Koss, David, Address Intentionally Omitted
518087804 Kot, Dariusz, Address Intentionally Omitted
518087806 Kotch, Debbie, Address Intentionally Omitted
518087807 Kottmann, Seth, Address Intentionally Omitted
518087808 Koubsky, Kevin, Address Intentionally Omitted
518087810 Kowalkowskitippett, Christine, Address Intentionally Omitted
518087811 Kozak, David, Address Intentionally Omitted
518087812 Kozak, Sarah, Address Intentionally Omitted
518087813 Koziel, Andrew, Address Intentionally Omitted
518087814 Kozlowski, John, Address Intentionally Omitted
518087815 Kozlowski, Sarah, Address Intentionally Omitted
518087818 Kraizler, Gregory, Address Intentionally Omitted
518087819 Kramer, Randy, Address Intentionally Omitted
518087820 Kramer, Wayne, Address Intentionally Omitted
518087822 Kraus, Patrick, Address Intentionally Omitted
518087823 Krawczyk, Lee, Address Intentionally Omitted
518087826 Kremzar, Carl, Address Intentionally Omitted
518087827 Krenzer, Harry, Address Intentionally Omitted
518087829 Krestalica, Muhamed, Address Intentionally Omitted
518087832 Krissell, John, Address Intentionally Omitted
518087835 Krizan, Jerald, Address Intentionally Omitted
518087836 Krobock, David, Address Intentionally Omitted
518087837 Kroll, Adam, Address Intentionally Omitted
518087838 Kromah, Almalik, Address Intentionally Omitted
518087839 Kromah, Morley, Address Intentionally Omitted
518087840 Kromer, Eugene, Address Intentionally Omitted
518087843 Kropff, Richard, Address Intentionally Omitted
518087844 Krotulis, John, Address Intentionally Omitted
518087845 Krout, Kenneth, Address Intentionally Omitted
518087846 Krout, Scott, Address Intentionally Omitted
518087849 Krupitsky, Roman, Address Intentionally Omitted
518087850 Krzanowski, Nicholas, Address Intentionally Omitted
518087851 Krzykowski, Jason, Address Intentionally Omitted
518087852 Krzykowski, Theodore, Address Intentionally Omitted
518087853 Krzynowek, Edward, Address Intentionally Omitted
518087856 Kubari, Stephen, Address Intentionally Omitted
518087857 Kubart, Daniel, Address Intentionally Omitted
518087858 Kuch, George, Address Intentionally Omitted
518087862 Kuhl, Joshua, Address Intentionally Omitted
518087863 Kuhn, Gregory, Address Intentionally Omitted
518087864 Kuhn, Matthew, Address Intentionally Omitted
518087865 Kukowski, Kenneth, Address Intentionally Omitted
518087866 Kukuch, John, Address Intentionally Omitted
518087867 Kulik, Tomasz, Address Intentionally Omitted
518087868 Kulls, Jamie, Address Intentionally Omitted
518087870 Kumler, Michael, Address Intentionally Omitted
518087871 Kunkle, Kimberly, Address Intentionally Omitted
518087872 Kunz, Tammy, Address Intentionally Omitted
518087873 Kunzelman, David, Address Intentionally Omitted
518087874 Kupershteyn, Boris, Address Intentionally Omitted
518087875 Kuralt, Daniel, Address Intentionally Omitted
518087876 Kurhansky, Stephen, Address Intentionally Omitted
518087880 Kurtek, Matthew, Address Intentionally Omitted

***** BYPASSED RECIPIENTS (continued) *****

518087882 Kurtz, Albert, Address Intentionally Omitted
518087883 Kurtz, Brian, Address Intentionally Omitted
518087884 Kurtz, Danielle, Address Intentionally Omitted
518087885 Kusiak, Christopher, Address Intentionally Omitted
518087886 Kutka, Karley, Address Intentionally Omitted
518087888 Kuykendoll, Adam, Address Intentionally Omitted
518087890 Kyle, Daniel, Address Intentionally Omitted
518087891 Kyler, Stacy, Address Intentionally Omitted
518087906 Labar, Brandon, Address Intentionally Omitted
518087907 Labarbera, Anthony, Address Intentionally Omitted
518087911 Labelle, Barry, Address Intentionally Omitted
518087912 Labelle, Thomas, Address Intentionally Omitted
518087914 Laberth, Joseph, Address Intentionally Omitted
518087915 Labissiere, Angelot, Address Intentionally Omitted
518087916 Labonte, Scott, Address Intentionally Omitted
518087920 Laboy, Nelson, Address Intentionally Omitted
518087921 Labrecque, Bill, Address Intentionally Omitted
518087923 Lachance, John, Address Intentionally Omitted
518087924 Lachance, Michael, Address Intentionally Omitted
518087925 Lachapelle, Carla, Address Intentionally Omitted
518087926 Lachiusa, Ronald, Address Intentionally Omitted
518087927 Lacina, William, Address Intentionally Omitted
518087928 Laclaustra, Josue, Address Intentionally Omitted
518087930 Lacovara, Robert, Address Intentionally Omitted
518087931 Lacy, Joshua, Address Intentionally Omitted
518087932 Lacy, Kevin, Address Intentionally Omitted
518087933 Ladd, Michael, Address Intentionally Omitted
518087937 Laevsky, Tanya, Address Intentionally Omitted
518087938 Lafave, Nicole, Address Intentionally Omitted
518087939 Lafferty, Gerald, Address Intentionally Omitted
518087940 Lafontaine, Heriberto, Address Intentionally Omitted
518087941 Lafreniere, Corey, Address Intentionally Omitted
518087942 Lagano, Valentino, Address Intentionally Omitted
518087945 Lagasse, Martin, Address Intentionally Omitted
518087946 Lagasse, Philip, Address Intentionally Omitted
518087947 Lageorgia, Robert, Address Intentionally Omitted
518087948 Lagner, Dean, Address Intentionally Omitted
518087950 Laguna, Jorge, Address Intentionally Omitted
518087951 Laguna, Julio, Address Intentionally Omitted
518087952 Laguna, Norberto, Address Intentionally Omitted
518087954 Laino, Kimberly, Address Intentionally Omitted
518087955 Laird, Kristina, Address Intentionally Omitted
518087959 Lake, Jennifer, Address Intentionally Omitted
518087967 Lally, Daniel, Address Intentionally Omitted
518087968 Lalonde, Kevin, Address Intentionally Omitted
518087969 Lam, Steven, Address Intentionally Omitted
518087970 Lamadieu, Myrto, Address Intentionally Omitted
518087971 Lamanna, John, Address Intentionally Omitted
518087972 Lamb, James, Address Intentionally Omitted
518087973 Lamb, Jeffrey, Address Intentionally Omitted
518087974 Lambert, George, Address Intentionally Omitted
518087975 Lambert, Steven, Address Intentionally Omitted
518087976 Lamberty, Brian, Address Intentionally Omitted
518087978 Lamka, Ronald, Address Intentionally Omitted
518087979 Lammie, Eric, Address Intentionally Omitted
518087981 Lampley, Darryl, Address Intentionally Omitted
518087986 Lancaster, Arthur, Address Intentionally Omitted
518087988 Lance, Kristen, Address Intentionally Omitted
518087989 Lance, Patricia, Address Intentionally Omitted
518087990 Lancia, Scott, Address Intentionally Omitted
518087992 Landarondon, Richard, Address Intentionally Omitted
518087994 Landis, Andrew, Address Intentionally Omitted
518087995 Landis, Casey, Address Intentionally Omitted
518087998 Lando, Timothy, Address Intentionally Omitted
518088010 Lane, Rashon, Address Intentionally Omitted
518088011 Lane, Tieed, Address Intentionally Omitted
518088012 Lang, Jason, Address Intentionally Omitted
518088013 Lange, Emory, Address Intentionally Omitted
518088014 Langel, John, Address Intentionally Omitted
518088017 Langlais, Robert, Address Intentionally Omitted
518088018 Langley, Charles, Address Intentionally Omitted
518088020 Lanier, Torino, Address Intentionally Omitted
518088021 Lanigan, Brian, Address Intentionally Omitted
518088023 Lanning, James, Address Intentionally Omitted
518088024 Lanning, Jeffrey, Address Intentionally Omitted
518088027 Lapa, Ricardo, Address Intentionally Omitted
518088028 Lapiana, Benedict, Address Intentionally Omitted
518088029 Laplace, Robert, Address Intentionally Omitted
518088031 Laprade, Andre, Address Intentionally Omitted

***** BYPASSED RECIPIENTS (continued) *****

518088032 Laquerre, Christopher, Address Intentionally Omitted
518088033 Lara, Cesar, Address Intentionally Omitted
518088034 Laracuente, Jose, Address Intentionally Omitted
518088035 Laramee, Roger, Address Intentionally Omitted
518088036 Laranjo, Roberto, Address Intentionally Omitted
518088037 Largan, Joseph, Address Intentionally Omitted
518088038 Laricchiuta, Danielle, Address Intentionally Omitted
518088039 Larkin, Michael, Address Intentionally Omitted
518088040 Larkin, Robert, Address Intentionally Omitted
518088041 Larkins, Taja-raye, Address Intentionally Omitted
518088042 Larned, Wayne, Address Intentionally Omitted
518088044 Larochelle, Steven, Address Intentionally Omitted
518088045 Larose, Samuel, Address Intentionally Omitted
518088051 Larsen, Benjamin, Address Intentionally Omitted
518088052 Larsen, Derek, Address Intentionally Omitted
518088053 Larson, Glenn, Address Intentionally Omitted
518088054 Larson, Robert, Address Intentionally Omitted
518088055 Lasalle, David, Address Intentionally Omitted
518088056 Lasanta, Juan, Address Intentionally Omitted
518088057 Laseke, Christopher, Address Intentionally Omitted
518088059 Laskey, Patrick, Address Intentionally Omitted
518088060 Lasko, Jeffrey, Address Intentionally Omitted
518088061 Lasky, Thomas, Address Intentionally Omitted
518088062 Lassiter, Robert, Address Intentionally Omitted
518088063 Lastra, Miguel, Address Intentionally Omitted
518088067 Lathrop, Brandy, Address Intentionally Omitted
518088072 Latsch, Marlena, Address Intentionally Omitted
518088073 Lattimore, James, Address Intentionally Omitted
518088074 Latvis, David, Address Intentionally Omitted
518088075 Lauffenburger, Cory, Address Intentionally Omitted
518088076 Laug, Ernest, Address Intentionally Omitted
518088077 Laughman, Jeffrey, Address Intentionally Omitted
518088083 Lauret, Damian, Address Intentionally Omitted
518088084 Laurin, Christopher, Address Intentionally Omitted
518088085 Lavin, Charles, Address Intentionally Omitted
518088086 Laviolette, Bruce, Address Intentionally Omitted
518088087 Lavita, Anthony, Address Intentionally Omitted
518088092 Law, Glenn, Address Intentionally Omitted
518088093 Lawhorn, Gregory, Address Intentionally Omitted
518088095 Lawrence, Diana, Address Intentionally Omitted
518088096 Lawrence, Douglas, Address Intentionally Omitted
518088097 Lawrence, Elliott, Address Intentionally Omitted
518088098 Lawrence, Thomas, Address Intentionally Omitted
518088099 Lawrenson, Jacob, Address Intentionally Omitted
518088100 Lawrenson, William, Address Intentionally Omitted
518088101 Lawson, Phillip, Address Intentionally Omitted
518088102 Lawson, Yvonne, Address Intentionally Omitted
518088104 Lawton, Benjamin, Address Intentionally Omitted
518088105 Lawton, Marvin, Address Intentionally Omitted
518088106 Lawton, Wayne, Address Intentionally Omitted
518088107 Layton, Michael, Address Intentionally Omitted
518088108 Lazaro-eckl, Myra, Address Intentionally Omitted
518088109 Lazarowycz, Jason, Address Intentionally Omitted
518088114 Le, Hung, Address Intentionally Omitted
518088115 Leach, Brian, Address Intentionally Omitted
518088116 Leach, Jonathan, Address Intentionally Omitted
518088117 Leachman, Jason, Address Intentionally Omitted
518088122 Leak, Calvin, Address Intentionally Omitted
518088123 Leaks, Gwendolyn, Address Intentionally Omitted
518088125 Leap, Jason, Address Intentionally Omitted
518088126 Learch, Brian, Address Intentionally Omitted
518088127 Leary, Connor, Address Intentionally Omitted
518088130 Lebeda, Katie Lynn, Address Intentionally Omitted
518088131 Leber, Kenneth, Address Intentionally Omitted
518088133 Leblanc, Jeremy, Address Intentionally Omitted
518088134 Lecomte, Cheryl, Address Intentionally Omitted
518088136 Ledbetter, Kevin, Address Intentionally Omitted
518088137 Leddy, John, Address Intentionally Omitted
518088138 Leder, Boris, Address Intentionally Omitted
518088139 Ledesma Sandoval, Omar, Address Intentionally Omitted
518088145 Lee, Andrew, Address Intentionally Omitted
518088146 Lee, Brian, Address Intentionally Omitted
518088147 Lee, Donna, Address Intentionally Omitted
518088148 Lee, Douglas, Address Intentionally Omitted
518088149 Lee, Ellis, Address Intentionally Omitted
518088150 Lee, Jeffrey, Address Intentionally Omitted
518088151 Lee, Mark, Address Intentionally Omitted
518088152 Lee, Michael, Address Intentionally Omitted
518088153 Lee, Ronald, Address Intentionally Omitted

***** BYPASSED RECIPIENTS (continued) *****

518088154 Lee, Rone, Address Intentionally Omitted
518088155 Lee, Stephen, Address Intentionally Omitted
518088158 Leedy, Bailey, Address Intentionally Omitted
518088160 Lefebvre, William, Address Intentionally Omitted
518088161 Lefeve, Alyson, Address Intentionally Omitted
518088162 Lefevere, Raymond, Address Intentionally Omitted
518088165 Legezdh, Robert, Address Intentionally Omitted
518088166 Leggett, Scott, Address Intentionally Omitted
518088167 Legos, Eric, Address Intentionally Omitted
518088168 Legursky, Dean, Address Intentionally Omitted
518088177 Leikel, Dennis, Address Intentionally Omitted
518088178 Leipoldt, Susanne, Address Intentionally Omitted
518088179 Leishear, Dustin, Address Intentionally Omitted
518088180 Leisner, Frank, Address Intentionally Omitted
518088182 Leite Silva, Nancy, Address Intentionally Omitted
518088183 Leiter, Valerie, Address Intentionally Omitted
518088184 Leitzel, Brandon, Address Intentionally Omitted
518088187 Lemanek, Wlodzimierz, Address Intentionally Omitted
518088190 Lemasney, Richard, Address Intentionally Omitted
518088191 Lemelin, Michelle, Address Intentionally Omitted
518088192 Lemery, Marcel, Address Intentionally Omitted
518088194 Lenart, Joseph, Address Intentionally Omitted
518088196 Lengel, Mac, Address Intentionally Omitted
518088197 Lengyel, Marie, Address Intentionally Omitted
518088198 Lenhoff, Tara, Address Intentionally Omitted
518088199 Leniar, Raphael, Address Intentionally Omitted
518088200 Lenig, Timothy, Address Intentionally Omitted
518088202 Lennon, Jazmone, Address Intentionally Omitted
518088203 Lennon, Keith, Address Intentionally Omitted
518088210 Lent, Thomas, Address Intentionally Omitted
518088216 Leonard, Darryl, Address Intentionally Omitted
518088217 Leonard, Keith, Address Intentionally Omitted
518088219 Leone, Jenna, Address Intentionally Omitted
518088222 Lepine, Pierre, Address Intentionally Omitted
518088223 Lerch, Kevin, Address Intentionally Omitted
518088224 Lerch, Mark, Address Intentionally Omitted
518088227 Leroy, William, Address Intentionally Omitted
518088231 Leslie, Leslie, Address Intentionally Omitted
518088234 Lessard, Leonard, Address Intentionally Omitted
518088236 Lester, Bryant, Address Intentionally Omitted
518088237 Lester, Lemar, Address Intentionally Omitted
518088238 Letostak, Chester, Address Intentionally Omitted
518088239 Lett, Donald, Address Intentionally Omitted
518088240 Levasseur, Patrick, Address Intentionally Omitted
518088242 Leveque, Justin, Address Intentionally Omitted
518088243 Leverett, Lamar, Address Intentionally Omitted
518088244 Levesque, Thomas, Address Intentionally Omitted
518088246 Levitz, Evan, Address Intentionally Omitted
518088247 Levy, Kenneth, Address Intentionally Omitted
518088248 Levy, Kevin, Address Intentionally Omitted
518088250 Lewis, Anthony, Address Intentionally Omitted
518088251 Lewis, Antonio, Address Intentionally Omitted
518088252 Lewis, Jeremy, Address Intentionally Omitted
518088253 Lewis, Julien, Address Intentionally Omitted
518088254 Lewis, Justin, Address Intentionally Omitted
518088255 Lewis, Kasey, Address Intentionally Omitted
518088256 Lewis, Michael, Address Intentionally Omitted
518088257 Lewis, Roger, Address Intentionally Omitted
518088258 Lewis, Russell, Address Intentionally Omitted
518088259 Lewis, Scott, Address Intentionally Omitted
518088260 Lewis, Shamel, Address Intentionally Omitted
518088261 Lewis, Susan, Address Intentionally Omitted
518088262 Lewis, Terrence, Address Intentionally Omitted
518088263 Lewis, William, Address Intentionally Omitted
518088277 Libby, H Michael, Address Intentionally Omitted
518088278 Libby, Ryan, Address Intentionally Omitted
518088279 Libengood, Timothy, Address Intentionally Omitted
518088280 Liberatore, Jeffrey, Address Intentionally Omitted
518088324 Liberty, Matthew, Address Intentionally Omitted
518088325 Liddick, Ethan, Address Intentionally Omitted
518088327 Lidstone, William, Address Intentionally Omitted
518088330 Liem, Gunawan, Address Intentionally Omitted
518088336 Lifsey, Dontay, Address Intentionally Omitted
518088341 Light, Jd, Address Intentionally Omitted
518088342 Light, Wayne, Address Intentionally Omitted
518088347 Ligon, Christopher, Address Intentionally Omitted
518088348 Ligus, Glenn, Address Intentionally Omitted
518088349 Lijo, Alejandro, Address Intentionally Omitted
518088353 Lima, Andre, Address Intentionally Omitted

***** BYPASSED RECIPIENTS (continued) *****

518088354 Lima, Ilberto, Address Intentionally Omitted
518088355 Lima, Isaiah, Address Intentionally Omitted
518088356 Lima, Vicente, Address Intentionally Omitted
518088360 Limongiello, Robert, Address Intentionally Omitted
518088371 Lindeman, Jack, Address Intentionally Omitted
518088376 Lindner, Brian, Address Intentionally Omitted
518088378 Lindsay, Cody, Address Intentionally Omitted
518088379 Lindsay, David, Address Intentionally Omitted
518088385 Lindsey, Ronald, Address Intentionally Omitted
518088387 Linfoot, Ronald, Address Intentionally Omitted
518088388 Linguiti, Michael, Address Intentionally Omitted
518088389 Linley, Brad, Address Intentionally Omitted
518088390 Lino, Jose, Address Intentionally Omitted
518088395 Lipscomb, Carlos, Address Intentionally Omitted
518088400 Lisenby, Spencer, Address Intentionally Omitted
518088401 Lisi, John, Address Intentionally Omitted
518088404 Litman, Patrick, Address Intentionally Omitted
518088405 Litteral, Michael, Address Intentionally Omitted
518088407 Little, Marcel, Address Intentionally Omitted
518088408 Littleberry, Ralph, Address Intentionally Omitted
518088410 Livengood, Dnise, Address Intentionally Omitted
518088415 Lizaso, Janice, Address Intentionally Omitted
518088421 Llano, Miguel, Address Intentionally Omitted
518088423 Lloyd, Brian, Address Intentionally Omitted
518088424 Lloyd, Donald, Address Intentionally Omitted
518088425 Lloyd, Rashan, Address Intentionally Omitted
518088431 Loaeza, Andy, Address Intentionally Omitted
518088432 Lobach, Tiffany, Address Intentionally Omitted
518088433 Lobello, Joseph, Address Intentionally Omitted
518088434 Locha, Francis, Address Intentionally Omitted
518088435 Locher, Jamie, Address Intentionally Omitted
518088436 Locher, Shelly, Address Intentionally Omitted
518088437 Lockard, Ray, Address Intentionally Omitted
518088438 Locker, David, Address Intentionally Omitted
518088439 Lockskin, Michael, Address Intentionally Omitted
518088444 Lofton, Anthony, Address Intentionally Omitted
518088446 Logan, David, Address Intentionally Omitted
518088447 Logan, Michael, Address Intentionally Omitted
518088448 Logesky, Michael, Address Intentionally Omitted
518088456 Logrono, Christopher, Address Intentionally Omitted
518088457 Logue, Benjamin, Address Intentionally Omitted
518088458 Logue, Sean, Address Intentionally Omitted
518088459 Logue, Shane, Address Intentionally Omitted
518088461 Loiselle, Jeffrey, Address Intentionally Omitted
518088463 Lomax, Gregory, Address Intentionally Omitted
518088465 Lombardo, Albert, Address Intentionally Omitted
518088466 Lombardo, Keith, Address Intentionally Omitted
518088467 Lombardo, Keith, Address Intentionally Omitted
518088468 Lombardo, Massimo, Address Intentionally Omitted
518088469 Lomuti, Matthew, Address Intentionally Omitted
518088470 Loncar, Stephen, Address Intentionally Omitted
518088471 London, Almasi, Address Intentionally Omitted
518088472 London, Burudi, Address Intentionally Omitted
518088474 Loney, Javon, Address Intentionally Omitted
518088483 Long, Anthony, Address Intentionally Omitted
518088484 Long, Chase, Address Intentionally Omitted
518088485 Long, David, Address Intentionally Omitted
518088486 Long, David, Address Intentionally Omitted
518088487 Long, Jeffrey, Address Intentionally Omitted
518088488 Long, Kevin, Address Intentionally Omitted
518088489 Long, Lauren, Address Intentionally Omitted
518088490 Long, Matthew, Address Intentionally Omitted
518088491 Long, Randall, Address Intentionally Omitted
518088492 Long, Ronald, Address Intentionally Omitted
518088493 Long, Saysha, Address Intentionally Omitted
518088494 Long, Steven, Address Intentionally Omitted
518088497 Loomis, Denny, Address Intentionally Omitted
518088498 Loparco, Joseph, Address Intentionally Omitted
518088499 Lopes, Annette, Address Intentionally Omitted
518088500 Lopes, Cesar, Address Intentionally Omitted
518088501 Lopes, Debora, Address Intentionally Omitted
518088502 Lopes, Isa, Address Intentionally Omitted
518088503 Lopes, Manuel, Address Intentionally Omitted
518088504 Lopes, Vanessa, Address Intentionally Omitted
518088505 Lopez Jorge, Antonio, Address Intentionally Omitted
518088506 Lopez Maneiro, Juan, Address Intentionally Omitted
518088507 Lopez Mendez, Adan, Address Intentionally Omitted
518088508 Lopez Rivera, Mario, Address Intentionally Omitted
518088509 Lopez, Brittany, Address Intentionally Omitted

***** BYPASSED RECIPIENTS (continued) *****

518088510 Lopez, Christopher, Address Intentionally Omitted
518088511 Lopez, Eddie, Address Intentionally Omitted
518088512 Lopez, Javier, Address Intentionally Omitted
518088513 Lopez, Larry, Address Intentionally Omitted
518088514 Lopez, Lawrence, Address Intentionally Omitted
518088515 Lopez, Leon, Address Intentionally Omitted
518088516 Lopez, Manuela, Address Intentionally Omitted
518088517 Lopez, Michael, Address Intentionally Omitted
518088518 Lopez, Rafael, Address Intentionally Omitted
518088519 Lopez, Ruddy, Address Intentionally Omitted
518088520 Lopez, Salomon, Address Intentionally Omitted
518088521 Lopez, Sam, Address Intentionally Omitted
518088522 Lopez, Vanessa, Address Intentionally Omitted
518088523 Lopez, Victor, Address Intentionally Omitted
518088524 Lopez, Ysidro, Address Intentionally Omitted
518088525 Lopez-bravo, Evelyn, Address Intentionally Omitted
518088526 Lopez-epps, Clarence, Address Intentionally Omitted
518088527 Lopez-garcia, Ramon, Address Intentionally Omitted
518088528 Lopez-ventura, Kemmly, Address Intentionally Omitted
518088530 Lore, Russell, Address Intentionally Omitted
518088538 Lorenzo, Richard, Address Intentionally Omitted
518088540 Lorfink, Denise, Address Intentionally Omitted
518088541 Losee, Robert, Address Intentionally Omitted
518088543 Loss, John, Address Intentionally Omitted
518088545 Lotz, Aaron, Address Intentionally Omitted
518088546 Loughney, Brian, Address Intentionally Omitted
518088551 Louis-charles, Walner, Address Intentionally Omitted
518088552 Loukopoulos, Theodora, Address Intentionally Omitted
518088553 Lounder, Cory, Address Intentionally Omitted
518088557 Loveless, John, Address Intentionally Omitted
518088558 Lovell, Kevin, Address Intentionally Omitted
518088559 Lovensheimer, Peter, Address Intentionally Omitted
518088567 Lower, Howard, Address Intentionally Omitted
518088568 Lower, Nathan, Address Intentionally Omitted
518088569 Lowrie, Adrian, Address Intentionally Omitted
518088570 Loy, Randall, Address Intentionally Omitted
518088571 Lozado, Jorge, Address Intentionally Omitted
518088581 Lucas, Fate, Address Intentionally Omitted
518088582 Lucas, George, Address Intentionally Omitted
518088583 Lucas, Steven, Address Intentionally Omitted
518088584 Luce, Jeffrey, Address Intentionally Omitted
518088586 Luchkiw, Andy, Address Intentionally Omitted
518088587 Luciano, Geovani, Address Intentionally Omitted
518088588 Lucier, Paul, Address Intentionally Omitted
518088589 Lucio, Rene, Address Intentionally Omitted
518088590 Luckey, Greg, Address Intentionally Omitted
518088596 Ludwick, Dylan, Address Intentionally Omitted
518088597 Ludwig, Charles, Address Intentionally Omitted
518088598 Lugo Consuegra, Emilio, Address Intentionally Omitted
518088601 Lukas, Roger, Address Intentionally Omitted
518088602 Lukjanenko, Vladimir, Address Intentionally Omitted
518088603 Luksch, Anthony, Address Intentionally Omitted
518088604 Lulay, Jeffery, Address Intentionally Omitted
518088607 Lumpkin, Tracy, Address Intentionally Omitted
518088608 Lumpkins, Michelle, Address Intentionally Omitted
518088609 Luna, Anthony, Address Intentionally Omitted
518088610 Luna, John, Address Intentionally Omitted
518088611 Luna, Maria, Address Intentionally Omitted
518088613 Lund, Andrew, Address Intentionally Omitted
518088614 Lundmark, Jeffrey, Address Intentionally Omitted
518088615 Lunsford, Keith, Address Intentionally Omitted
518088616 Lupien, David, Address Intentionally Omitted
518088617 Lupo, Donna, Address Intentionally Omitted
518088618 Luque, Jessica, Address Intentionally Omitted
518088622 Luster, Levonne, Address Intentionally Omitted
518088623 Luttrell, Daniel, Address Intentionally Omitted
518088624 Lutz, Ronald, Address Intentionally Omitted
518088625 Lyde, Keith, Address Intentionally Omitted
518088626 Lydell, Mclane, Address Intentionally Omitted
518088628 Lydic, Gregory, Address Intentionally Omitted
518088629 Lydon, Jeffrey, Address Intentionally Omitted
518088631 Lyle, Ricky, Address Intentionally Omitted
518088632 Lyles, Steven, Address Intentionally Omitted
518088633 Lyles, Tony, Address Intentionally Omitted
518088634 Lyles, Vinson, Address Intentionally Omitted
518088635 Lynch, Laura, Address Intentionally Omitted
518088636 Lynch, Lauren, Address Intentionally Omitted
518088637 Lynch, Robert, Address Intentionally Omitted
518088638 Lynch, Ronnie, Address Intentionally Omitted

***** BYPASSED RECIPIENTS (continued) *****

518088639 Lynch, Stephen, Address Intentionally Omitted
518088641 Lynn, Aaron, Address Intentionally Omitted
518088642 Lynn, Kendall, Address Intentionally Omitted
518088645 Lyons, Branden, Address Intentionally Omitted
518088646 Lyons, Bryan, Address Intentionally Omitted
518088647 Lyons, Dennis, Address Intentionally Omitted
518088648 Lyons, Gregory, Address Intentionally Omitted
518088675 Mabasa, Jessie, Address Intentionally Omitted
518088676 Mabee, Jason, Address Intentionally Omitted
518088677 Maby, Brandon, Address Intentionally Omitted
518088678 Mac Rae, Robert, Address Intentionally Omitted
518088682 Macdonald, Philip, Address Intentionally Omitted
518088683 Macdonald, Richard, Address Intentionally Omitted
518088684 Maceachern, Jason, Address Intentionally Omitted
518088685 Macedo, Richard, Address Intentionally Omitted
518088688 Machado, Arnaldo, Address Intentionally Omitted
518088689 Machain, Lori, Address Intentionally Omitted
518088690 Machenry, Robert, Address Intentionally Omitted
518088692 Maciejko, Joseph, Address Intentionally Omitted
518088693 Maciejko, Kathy, Address Intentionally Omitted
518088694 Maciel Lujan, Carlos, Address Intentionally Omitted
518088698 Mack, Aaron, Address Intentionally Omitted
518088699 Mack, Edward, Address Intentionally Omitted
518088700 Mack, George, Address Intentionally Omitted
518088701 Mack, Roy, Address Intentionally Omitted
518088702 Mackbach, Glenn, Address Intentionally Omitted
518088703 Mackey, Charles, Address Intentionally Omitted
518088704 Mackey, David, Address Intentionally Omitted
518088705 Mackey, Troy, Address Intentionally Omitted
518088706 Macklin, Robert, Address Intentionally Omitted
518088707 Macpherson, Paul, Address Intentionally Omitted
518088710 Madara, Jason, Address Intentionally Omitted
518088711 Maddan, Nicholas, Address Intentionally Omitted
518088713 Madden, Robert, Address Intentionally Omitted
518088716 Madera, Norberto, Address Intentionally Omitted
518088720 Madison, Jerome, Address Intentionally Omitted
518088725 Magakyan, Petros, Address Intentionally Omitted
518088726 Maggart, Amanda, Address Intentionally Omitted
518088750 Magliocca, Richard, Address Intentionally Omitted
518088753 Magner, Frank, Address Intentionally Omitted
518088755 Maguire, Mark, Address Intentionally Omitted
518088756 Mahamadou Oumarou, Manou, Address Intentionally Omitted
518088757 Mahon, Edward, Address Intentionally Omitted
518088758 Mahoney, Raymond, Address Intentionally Omitted
518088768 Maillet, Anthony, Address Intentionally Omitted
518088793 Mainheit, Joseph, Address Intentionally Omitted
518088795 Maitland, Jeffery, Address Intentionally Omitted
518088796 Majewski, Michael, Address Intentionally Omitted
518088799 Major, Leroy, Address Intentionally Omitted
518088801 Makas, Dejan, Address Intentionally Omitted
518088803 Maki, Ryan, Address Intentionally Omitted
518088804 Malanchuk, Duane, Address Intentionally Omitted
518088805 Malaszecki, Gerald, Address Intentionally Omitted
518088806 Malatesta, Shiela, Address Intentionally Omitted
518088807 Malave, Joselito, Address Intentionally Omitted
518088808 Malbone, Nelson, Address Intentionally Omitted
518088809 Malca, Luis, Address Intentionally Omitted
518088813 Maldonado Vazquez, Jonas, Address Intentionally Omitted
518088814 Maldonado, Eddie, Address Intentionally Omitted
518088815 Maldonado, Jesus, Address Intentionally Omitted
518088816 Maldonado, Kristal, Address Intentionally Omitted
518088817 Maldonado, Lourdes, Address Intentionally Omitted
518088818 Maldonado-ruiz, Filiberto, Address Intentionally Omitted
518088819 Malesky, Taylor, Address Intentionally Omitted
518088820 Malik, Stephen, Address Intentionally Omitted
518088822 Mall, Jabran, Address Intentionally Omitted
518088823 Mallinger, Shannon, Address Intentionally Omitted
518088824 Mallon, James, Address Intentionally Omitted
518088825 Mallory, Karra, Address Intentionally Omitted
518088827 Malone, Marquis, Address Intentionally Omitted
518088828 Malone, Stephen, Address Intentionally Omitted
518088829 Maloney, James, Address Intentionally Omitted
518088830 Maloy, Holden, Address Intentionally Omitted
518088838 Mancia Navas, Martin, Address Intentionally Omitted
518088842 Maney, Shawn, Address Intentionally Omitted
518088846 Manigault, Larry, Address Intentionally Omitted
518088851 Manitta, Angela, Address Intentionally Omitted
518088853 Mann, Andrew, Address Intentionally Omitted
518088854 Mann, Henry, Address Intentionally Omitted

***** BYPASSED RECIPIENTS (continued) *****

518088855 Mann, Nicholas, Address Intentionally Omitted
518088856 Mann, Stephen, Address Intentionally Omitted
518088858 Manning, David, Address Intentionally Omitted
518088859 Manning, Gerard, Address Intentionally Omitted
518088860 Manning, Joseph, Address Intentionally Omitted
518088861 Manning, Paul, Address Intentionally Omitted
518088862 Manning, Ralph, Address Intentionally Omitted
518088863 Manning, Ryan, Address Intentionally Omitted
518088864 Manobianco, Anthony, Address Intentionally Omitted
518088867 Mansel, Isaiah, Address Intentionally Omitted
518088871 Mansheffer, James, Address Intentionally Omitted
518088872 Manson, Darryl, Address Intentionally Omitted
518088874 Mansoor, Alber, Address Intentionally Omitted
518088875 Mansour, Nabil, Address Intentionally Omitted
518088876 Mantussov, Sergey, Address Intentionally Omitted
518088880 Manwaring, Caleb, Address Intentionally Omitted
518088881 Manz, Shawn, Address Intentionally Omitted
518088883 Manzie, Nick, Address Intentionally Omitted
518088907 Marandino, Robert, Address Intentionally Omitted
518088908 Maranhao, Erick, Address Intentionally Omitted
518088909 Maranhao, Jack, Address Intentionally Omitted
518088910 Maranhao-neto, Sony, Address Intentionally Omitted
518088911 Marazo, Janie, Address Intentionally Omitted
518088914 Marcano, Pedro, Address Intentionally Omitted
518088915 Marcel, Roland, Address Intentionally Omitted
518088916 Marcelino, Angelica, Address Intentionally Omitted
518088917 Marchetti, Nicole, Address Intentionally Omitted
518088918 Marczak, Robert, Address Intentionally Omitted
518088923 Maria, Eliezer, Address Intentionally Omitted
518088926 Marin, Marcos, Address Intentionally Omitted
518088935 Marion, Peter, Address Intentionally Omitted
518088936 Marione, Dorothy, Address Intentionally Omitted
518088945 Markell, Nathan, Address Intentionally Omitted
518088946 Markenstein, Daniel, Address Intentionally Omitted
518088948 Markham, Kelly, Address Intentionally Omitted
518088949 Markie, John, Address Intentionally Omitted
518088950 Markley, Jonathan, Address Intentionally Omitted
518088951 Markline, Ervin, Address Intentionally Omitted
518088953 Marks, Franklin, Address Intentionally Omitted
518088954 Marks, Randy, Address Intentionally Omitted
518088955 Marks, Robert, Address Intentionally Omitted
518088956 Markwood, Thomas, Address Intentionally Omitted
518088966 Marple, Thomas, Address Intentionally Omitted
518088967 Marpoe, Joseph, Address Intentionally Omitted
518088968 Marquez Lopez, Jose, Address Intentionally Omitted
518088969 Marquez, Robert, Address Intentionally Omitted
518088970 Marquez-marti, Edgar, Address Intentionally Omitted
518088971 Marrero Machado, Erving, Address Intentionally Omitted
518088972 Marroquin, Joseph, Address Intentionally Omitted
518088975 Mars, Eric, Address Intentionally Omitted
518088977 Marsh, Dale, Address Intentionally Omitted
518088979 Marshall, George, Address Intentionally Omitted
518088980 Marshall, Rhonda, Address Intentionally Omitted
518088981 Marshall, Robert, Address Intentionally Omitted
518088982 Marshall, Timothy, Address Intentionally Omitted
518088992 Martin, Albert, Address Intentionally Omitted
518088993 Martin, Amy, Address Intentionally Omitted
518088994 Martin, Andre, Address Intentionally Omitted
518088995 Martin, Chavez, Address Intentionally Omitted
518088996 Martin, Christopher, Address Intentionally Omitted
518088997 Martin, Cullen, Address Intentionally Omitted
518088998 Martin, Daniel, Address Intentionally Omitted
518088999 Martin, Daniel, Address Intentionally Omitted
518089000 Martin, Daniel, Address Intentionally Omitted
518089001 Martin, Donald, Address Intentionally Omitted
518089002 Martin, Evan, Address Intentionally Omitted
518089003 Martin, Gabriel, Address Intentionally Omitted
518089004 Martin, John, Address Intentionally Omitted
518089005 Martin, Jonathan, Address Intentionally Omitted
518089006 Martin, Kenneth, Address Intentionally Omitted
518089007 Martin, Kerstin, Address Intentionally Omitted
518089008 Martin, Kristina, Address Intentionally Omitted
518089009 Martin, Laura, Address Intentionally Omitted
518089010 Martin, Matthew, Address Intentionally Omitted
518089011 Martin, Meghan, Address Intentionally Omitted
518089012 Martin, Michael, Address Intentionally Omitted
518089013 Martin, Nigel, Address Intentionally Omitted
518089014 Martin, Perry, Address Intentionally Omitted
518089015 Martin, Rick, Address Intentionally Omitted

***** BYPASSED RECIPIENTS (continued) *****

518089016 Martin, Tyrell, Address Intentionally Omitted
518089017 Martin, Tyrone, Address Intentionally Omitted
518089018 Martindale, Brett, Address Intentionally Omitted
518089019 Martindale, Randall, Address Intentionally Omitted
518089020 Martinez, Alice, Address Intentionally Omitted
518089021 Martinez, Anthony, Address Intentionally Omitted
518089022 Martinez, Carmen, Address Intentionally Omitted
518089023 Martinez, Dawn, Address Intentionally Omitted
518089024 Martinez, Frank, Address Intentionally Omitted
518089025 Martinez, Nicanor, Address Intentionally Omitted
518089026 Martinez, Oscar, Address Intentionally Omitted
518089027 Martinez, Raphael, Address Intentionally Omitted
518089028 Martinez, Sandy, Address Intentionally Omitted
518089029 Martinez, Sergio, Address Intentionally Omitted
518089030 Martinho, Jose, Address Intentionally Omitted
518089032 Martson, Justin, Address Intentionally Omitted
518089039 Maryasz, Timothy, Address Intentionally Omitted
518089060 Maschak, Joshua, Address Intentionally Omitted
518089061 Maschak, Philip, Address Intentionally Omitted
518089070 Mason, Jonathan, Address Intentionally Omitted
518089071 Mason, Marlon, Address Intentionally Omitted
518089076 Masotto, Kathryn, Address Intentionally Omitted
518089079 Mass, Harry, Address Intentionally Omitted
518089080 Massa, Dennis, Address Intentionally Omitted
518089093 Masse, Paul, Address Intentionally Omitted
518089094 Massenburg, Naim, Address Intentionally Omitted
518089095 Masser, Jerry, Address Intentionally Omitted
518089096 Massie, Brandon, Address Intentionally Omitted
518089097 Massingill, Paul, Address Intentionally Omitted
518089098 Mastele, Elizabeth, Address Intentionally Omitted
518089105 Masters, Anthony, Address Intentionally Omitted
518089107 Mastrolonardo, Danielle, Address Intentionally Omitted
518089108 Mastrostefano, Adam, Address Intentionally Omitted
518089110 Mata, Jose, Address Intentionally Omitted
518089112 Matan, Abdinasir, Address Intentionally Omitted
518089114 Mateja, Daniel, Address Intentionally Omitted
518089115 Mateo, David, Address Intentionally Omitted
518089117 Mathews, Charles, Address Intentionally Omitted
518089118 Mathews, David, Address Intentionally Omitted
518089119 Mathieson, James, Address Intentionally Omitted
518089121 Matos, Francisco, Address Intentionally Omitted
518089122 Matos, Rolando, Address Intentionally Omitted
518089123 Matott, Anthony, Address Intentionally Omitted
518089126 Matsinko, Helen, Address Intentionally Omitted
518089128 Matte, Adrien, Address Intentionally Omitted
518089130 Matteo, Dennis, Address Intentionally Omitted
518089131 Matthayasack, Linda, Address Intentionally Omitted
518089137 Matthews, Donnie, Address Intentionally Omitted
518089138 Matthews, Keion, Address Intentionally Omitted
518089139 Mattocks, Maurice, Address Intentionally Omitted
518089140 Maucher, Robert, Address Intentionally Omitted
518089143 Mauro, Luke, Address Intentionally Omitted
518089144 Maust, Jerry, Address Intentionally Omitted
518089151 Maxwell, Steven, Address Intentionally Omitted
518089155 May, Charles, Address Intentionally Omitted
518089156 May, Rilton, Address Intentionally Omitted
518089158 Mayben, Thomas, Address Intentionally Omitted
518089159 Mayberry, Eric, Address Intentionally Omitted
518089161 Mayer, Dennis, Address Intentionally Omitted
518089162 Mayes, Frank, Address Intentionally Omitted
518089163 Mayes, Julie, Address Intentionally Omitted
518089164 Mayhew, Alexander, Address Intentionally Omitted
518089165 Maynard, Bradley, Address Intentionally Omitted
518089167 Mayo, Brannon, Address Intentionally Omitted
518089168 Mayo, Brittney, Address Intentionally Omitted
518089169 Mayo, Jessica, Address Intentionally Omitted
518089174 Mazard, Richard, Address Intentionally Omitted
518089175 Maziarz, Mary, Address Intentionally Omitted
518089176 Maziarz, Richard, Address Intentionally Omitted
518089177 Mazurek, Stanislaw, Address Intentionally Omitted
518089178 Mazza, Bryon, Address Intentionally Omitted
518089179 Mazzarelli, Anthony, Address Intentionally Omitted
518089180 Mazzella, Richard, Address Intentionally Omitted
518089181 Mazzeo, Daniel, Address Intentionally Omitted
518089182 Mazzeo, Mikaela, Address Intentionally Omitted
518089183 Mazzone, Anthony, Address Intentionally Omitted
518089184 Mbaye, Elhadjfalilo, Address Intentionally Omitted
518089188 Mc Cready, Michael, Address Intentionally Omitted
518089191 Mc Gann, Wayne, Address Intentionally Omitted

***** BYPASSED RECIPIENTS (continued) *****

518089193 Mc Hale, Megan, Address Intentionally Omitted
518089195 Mc Laughlin, Arthur, Address Intentionally Omitted
518089196 Mc Laughlin, John, Address Intentionally Omitted
518089197 Mc Lellan, Peter, Address Intentionally Omitted
518089199 Mc Neil, Brian, Address Intentionally Omitted
518089201 Mcadams, Scott, Address Intentionally Omitted
518089202 Mcadams, Vencent, Address Intentionally Omitted
518089203 Mcafee, Scott, Address Intentionally Omitted
518089204 Mcaleer, Christopher, Address Intentionally Omitted
518089205 Mcardle, Brian, Address Intentionally Omitted
518089206 Mcauliffe, Kevin, Address Intentionally Omitted
518089207 Mcbride, Barry, Address Intentionally Omitted
518089208 Mcbride, Herbert, Address Intentionally Omitted
518089209 Mcbride, Jamarr, Address Intentionally Omitted
518089210 Mcbride, John, Address Intentionally Omitted
518089212 Mccabe, James, Address Intentionally Omitted
518089213 Mccabe, Jonathan, Address Intentionally Omitted
518089214 Mccall, Jamal, Address Intentionally Omitted
518089215 Mccall, Kasim, Address Intentionally Omitted
518089216 Mccall, Michael, Address Intentionally Omitted
518089217 Mccall, Ronnie, Address Intentionally Omitted
518089218 Mccallum, Jonathan, Address Intentionally Omitted
518089219 Mccalpine, Lydon, Address Intentionally Omitted
518089221 Mccarrin, James, Address Intentionally Omitted
518089222 Mccarron, Eric, Address Intentionally Omitted
518089223 Mccarron, Neil, Address Intentionally Omitted
518089226 Mccarthy, Brenda, Address Intentionally Omitted
518089227 Mccarthy, Michael, Address Intentionally Omitted
518089228 Mccarthy, Robert, Address Intentionally Omitted
518089229 Mccarthy, Sean, Address Intentionally Omitted
518089230 Mccatty, Omar, Address Intentionally Omitted
518089231 Mccauley, Robert, Address Intentionally Omitted
518089232 Mccauliffe, Francis, Address Intentionally Omitted
518089233 Mccausland, Brandon, Address Intentionally Omitted
518089234 Mccleary, Michael, Address Intentionally Omitted
518089235 Mcclellan, Napolean, Address Intentionally Omitted
518089236 Mcclelland, James, Address Intentionally Omitted
518089237 Mccloughan, Andrew, Address Intentionally Omitted
518089238 Mcclure, Kim, Address Intentionally Omitted
518089239 Mccollin, James, Address Intentionally Omitted
518089240 Mcconnell, Aaron, Address Intentionally Omitted
518089241 Mcconnell, Kyle, Address Intentionally Omitted
518089242 Mcconville, Brian, Address Intentionally Omitted
518089245 Mccormick, Christopher, Address Intentionally Omitted
518089246 Mccormick, Connor, Address Intentionally Omitted
518089247 Mccorvey, Andre, Address Intentionally Omitted
518089249 Mccoy, James, Address Intentionally Omitted
518089250 Mccoy, Orlando, Address Intentionally Omitted
518089251 Mccoy, Tanya, Address Intentionally Omitted
518089252 Mccray, Raphael, Address Intentionally Omitted
518089253 Mccreath, Earl, Address Intentionally Omitted
518089256 Mccue, Christopher, Address Intentionally Omitted
518089257 Mccullough, Amy, Address Intentionally Omitted
518089258 Mccullough, Andrew, Address Intentionally Omitted
518089259 Mccullough, Ryan, Address Intentionally Omitted
518089261 Mcdade, Keith, Address Intentionally Omitted
518089262 Mcdaniel, James, Address Intentionally Omitted
518089263 Mcdevitt, Kate, Address Intentionally Omitted
518089264 Mcdole, Shilo, Address Intentionally Omitted
518089265 Mcdonald, Adam, Address Intentionally Omitted
518089266 Mcdonald, Aletra, Address Intentionally Omitted
518089267 Mcdonald, Antoine, Address Intentionally Omitted
518089268 Mcdonald, Daniel, Address Intentionally Omitted
518089269 Mcdonald, Kenneth, Address Intentionally Omitted
518089270 Mcdonald, Michael, Address Intentionally Omitted
518089271 Mcdonie, Daniel, Address Intentionally Omitted
518089272 Mcdonough, Craig, Address Intentionally Omitted
518089273 Mcdougal, Daryl, Address Intentionally Omitted
518089274 Mcdougald, Jermaine, Address Intentionally Omitted
518089275 Mcelroy, Alexander-james, Address Intentionally Omitted
518089276 Mcelroy, Brandon, Address Intentionally Omitted
518089277 Mcelveen, Leslie, Address Intentionally Omitted
518089278 Mcevoy, Laurie, Address Intentionally Omitted
518089279 Mcevoy, Steven, Address Intentionally Omitted
518089280 Mcewen, Blake, Address Intentionally Omitted
518089281 Mcewen, David, Address Intentionally Omitted
518089282 Mcfadden, Christopher, Address Intentionally Omitted
518089283 Mcfadden, John, Address Intentionally Omitted
518089284 Mcfadden, Richard, Address Intentionally Omitted

***** BYPASSED RECIPIENTS (continued) *****

518089285 Mcfarlane, Lisa, Address Intentionally Omitted
518089286 Mcferren, Robert, Address Intentionally Omitted
518089287 Mcgarrah, Demitris, Address Intentionally Omitted
518089288 Mcgee, Ladeidra, Address Intentionally Omitted
518089289 Mcghee, Roderick, Address Intentionally Omitted
518089291 Mcgill, Damien, Address Intentionally Omitted
518089292 Mcginn, David, Address Intentionally Omitted
518089293 Mcginnis, Kevin, Address Intentionally Omitted
518089294 Mcginnis, Lisa, Address Intentionally Omitted
518089295 Mcgoldrick, Christine, Address Intentionally Omitted
518089296 Mcgoldrick, Karen, Address Intentionally Omitted
518089298 Mcgrath, Demetria, Address Intentionally Omitted
518089299 Mcgrath, Duane, Address Intentionally Omitted
518089300 Mcgrath, Megan, Address Intentionally Omitted
518089301 Mcgrath, Robert, Address Intentionally Omitted
518089302 Mcgraw, John, Address Intentionally Omitted
518089303 Mcgriff, Anthony, Address Intentionally Omitted
518089304 Mcguire, Daniel, Address Intentionally Omitted
518089305 Mcguire, Earl, Address Intentionally Omitted
518089306 Mcguire, Earl, Address Intentionally Omitted
518089307 Mcguire, Kevin, Address Intentionally Omitted
518089308 Mcguire, Kevin, Address Intentionally Omitted
518089309 Mcguire, Riccardi, Address Intentionally Omitted
518089310 Mcgunnigle, Bryan, Address Intentionally Omitted
518089312 Mchugh, Drew, Address Intentionally Omitted
518089314 Mciver, Paul, Address Intentionally Omitted
518089315 Mciver, Quentel, Address Intentionally Omitted
518089316 Mckane, Joseph, Address Intentionally Omitted
518089317 Mckellar, William, Address Intentionally Omitted
518089318 Mckenna, John, Address Intentionally Omitted
518089319 Mckenna, Michelle, Address Intentionally Omitted
518089320 Mckenney, Angel, Address Intentionally Omitted
518089321 Mckeown, Alice, Address Intentionally Omitted
518089322 Mckim, Barry, Address Intentionally Omitted
518089323 Mckinley, Hunter, Address Intentionally Omitted
518089324 Mckinney, Derek, Address Intentionally Omitted
518089325 Mckinney, Robert, Address Intentionally Omitted
518089326 Mckissick, Brennan, Address Intentionally Omitted
518089327 Mckoy, Deedria, Address Intentionally Omitted
518089329 Mclaughlin, Gail, Address Intentionally Omitted
518089330 Mclaughlin, Matthew, Address Intentionally Omitted
518089331 Mclaughlin, Richard, Address Intentionally Omitted
518089332 Mclaughlin, Sean, Address Intentionally Omitted
518089333 Mclean, Anthony, Address Intentionally Omitted
518089334 Mclean, Dueane, Address Intentionally Omitted
518089335 Mclean, Shawn, Address Intentionally Omitted
518089336 Mclellan, Quantese, Address Intentionally Omitted
518089337 Mcleod, Hassan, Address Intentionally Omitted
518089338 Mcleod, Niyanna, Address Intentionally Omitted
518089339 Mcloughlin, Jason, Address Intentionally Omitted
518089340 Mcmahon, Joanne, Address Intentionally Omitted
518089345 Mcmichael, Clarence, Address Intentionally Omitted
518089346 Mcmillan, Edward, Address Intentionally Omitted
518089347 Mcnair, Samuel, Address Intentionally Omitted
518089348 Mcnamara, Heather, Address Intentionally Omitted
518089349 Mcnamara, Paul, Address Intentionally Omitted
518089350 Mcnatt, Ernest, Address Intentionally Omitted
518089351 Mcnaughton, John, Address Intentionally Omitted
518089352 Mcnealy, Keith, Address Intentionally Omitted
518089354 Mcneil, Kristen, Address Intentionally Omitted
518089356 Mcnulty, Ian, Address Intentionally Omitted
518089357 Mcpherson, James, Address Intentionally Omitted
518089358 Mcrae, Sterling, Address Intentionally Omitted
518089359 Mcredmond, Mark, Address Intentionally Omitted
518089360 Mcroberts, Miles, Address Intentionally Omitted
518089363 Mcvay, Jason, Address Intentionally Omitted
518089364 Mcwhite, Gerald, Address Intentionally Omitted
518089374 Mead, Erin, Address Intentionally Omitted
518089375 Meade, Ronald, Address Intentionally Omitted
518089376 Meade, Tyrone, Address Intentionally Omitted
518089377 Meade, William, Address Intentionally Omitted
518089378 Meador, Randall, Address Intentionally Omitted
518089383 Meadows, Jemar, Address Intentionally Omitted
518089384 Meadows, Jeremy, Address Intentionally Omitted
518089385 Measles, Joshua, Address Intentionally Omitted
518089386 Mecca, Andrew, Address Intentionally Omitted
518089387 Mecca, Jody, Address Intentionally Omitted
518089397 Medal, Maryann, Address Intentionally Omitted
518089399 Medeiros, Michael, Address Intentionally Omitted

***** BYPASSED RECIPIENTS (continued) *****

518089400 Medeiros, Peter, Address Intentionally Omitted
518089408 Medford, Anthony, Address Intentionally Omitted
518089409 Mediavilla, Elias, Address Intentionally Omitted
518089410 Medic, Mario, Address Intentionally Omitted
518089417 Medina, Carlos, Address Intentionally Omitted
518089418 Medina, Cristian, Address Intentionally Omitted
518089419 Medina, Donaldo, Address Intentionally Omitted
518089420 Medina, Johnny, Address Intentionally Omitted
518089421 Medina, Rafael, Address Intentionally Omitted
518089422 Medina, Steve, Address Intentionally Omitted
518089423 Medina-baez, Alan, Address Intentionally Omitted
518089426 Medlen, Allen, Address Intentionally Omitted
518089430 Meek, Barbara, Address Intentionally Omitted
518089431 Meek, Donald, Address Intentionally Omitted
518089432 Meesig, George, Address Intentionally Omitted
518089433 Megan, Ronald, Address Intentionally Omitted
518089439 Meighan, Norman, Address Intentionally Omitted
518089446 Meinket, Ian, Address Intentionally Omitted
518089447 Mejia, Eliezer, Address Intentionally Omitted
518089448 Mejia, Henry, Address Intentionally Omitted
518089449 Mejia, Jessica, Address Intentionally Omitted
518089450 Mejia, Osnel, Address Intentionally Omitted
518089451 Mejia-ramirez, William, Address Intentionally Omitted
518089452 Mejias, Edwin, Address Intentionally Omitted
518089454 Melby, Lacey, Address Intentionally Omitted
518089455 Melendez, Anthony, Address Intentionally Omitted
518089456 Melfi, Jordon, Address Intentionally Omitted
518089457 Melgar, Eduardo, Address Intentionally Omitted
518089458 Melillo, Paula, Address Intentionally Omitted
518089465 Mello, Gregory, Address Intentionally Omitted
518089466 Mello, Todd, Address Intentionally Omitted
518089467 Mellon, Scott, Address Intentionally Omitted
518089468 Mellott, Troy, Address Intentionally Omitted
518089469 Melo, Gerardo, Address Intentionally Omitted
518089470 Melocchi, Colleen, Address Intentionally Omitted
518089474 Menard, Timothy, Address Intentionally Omitted
518089475 Mendez, Frank, Address Intentionally Omitted
518089476 Mendez, Jose, Address Intentionally Omitted
518089477 Mendez, Luis, Address Intentionally Omitted
518089478 Mendez, Pedro, Address Intentionally Omitted
518089479 Mendonca, Carlos, Address Intentionally Omitted
518089480 Mendonca, Raul, Address Intentionally Omitted
518089481 Mendoza, Alex, Address Intentionally Omitted
518089482 Mendoza, Felipe, Address Intentionally Omitted
518089483 Mendoza, Luis, Address Intentionally Omitted
518089484 Mendoza, Nicholas, Address Intentionally Omitted
518089485 Mendoza, Pedro, Address Intentionally Omitted
518089486 Menear, Michael, Address Intentionally Omitted
518089487 Menelas, Keven, Address Intentionally Omitted
518089488 Menendez, Damiet, Address Intentionally Omitted
518089489 Menendez, Ernesto, Address Intentionally Omitted
518089490 Menge, Diane, Address Intentionally Omitted
518089492 Mensah, Kent, Address Intentionally Omitted
518089494 Mentor, Joseph, Address Intentionally Omitted
518089495 Mentzer, Billy, Address Intentionally Omitted
518089498 Mercado Gutierrez, Jonathan, Address Intentionally Omitted
518089499 Mercado, Hector, Address Intentionally Omitted
518089500 Mercado, Horacio, Address Intentionally Omitted
518089501 Mercado, Jose, Address Intentionally Omitted
518089502 Mercado, Jose, Address Intentionally Omitted
518089503 Mercado, Luis, Address Intentionally Omitted
518089504 Mercado, Luis, Address Intentionally Omitted
518089505 Mercado, Ramon, Address Intentionally Omitted
518089511 Mercer, David, Address Intentionally Omitted
518089512 Mercer, David, Address Intentionally Omitted
518089513 Mercer, James, Address Intentionally Omitted
518089514 Merceus, Karissa, Address Intentionally Omitted
518089516 Merchant, Cynthia, Address Intentionally Omitted
518089517 Merchant, Joseph, Address Intentionally Omitted
518089527 Meredith, Steven, Address Intentionally Omitted
518089531 Merino, Riki, Address Intentionally Omitted
518089542 Merriam, Steven, Address Intentionally Omitted
518089544 Merrick, Jason, Address Intentionally Omitted
518089545 Merrill, Heidi, Address Intentionally Omitted
518089551 Merritt, Barbara, Address Intentionally Omitted
518089552 Mertz, Richard, Address Intentionally Omitted
518089553 Mertz, Thomas, Address Intentionally Omitted
518089555 Merwin, Raquel, Address Intentionally Omitted
518089557 Mesmer, John, Address Intentionally Omitted

***** BYPASSED RECIPIENTS (continued) *****

518089558 Messer, Rodney, Address Intentionally Omitted
518089559 Messinger, Sam, Address Intentionally Omitted
518089560 Meszko, Carolyn, Address Intentionally Omitted
518089565 Metcalfe, Patrick, Address Intentionally Omitted
518089584 Metro, David, Address Intentionally Omitted
518089588 Metz, Megan, Address Intentionally Omitted
518089589 Metz, Nathaniel, Address Intentionally Omitted
518089591 Metzger, Craig, Address Intentionally Omitted
518089594 Meyer, Gavin, Address Intentionally Omitted
518089595 Meyer, Leslie, Address Intentionally Omitted
518089596 Meyer, Raymond, Address Intentionally Omitted
518089609 Miceli, Daniel, Address Intentionally Omitted
518089634 Michael, Adam, Address Intentionally Omitted
518089635 Michael, Edward, Address Intentionally Omitted
518089636 Michael, Maurice, Address Intentionally Omitted
518089639 Michales, Andrew, Address Intentionally Omitted
518089640 Michaliszyn, David, Address Intentionally Omitted
518089641 Michalkiewicz, Donald, Address Intentionally Omitted
518089642 Michaud, David, Address Intentionally Omitted
518089643 Michaud, James, Address Intentionally Omitted
518089644 Michauskas, Joseph, Address Intentionally Omitted
518089646 Michel, Georges, Address Intentionally Omitted
518089653 Mickens, Ronnie, Address Intentionally Omitted
518089654 Mickey, Linwood, Address Intentionally Omitted
518089655 Mickle, Edwin, Address Intentionally Omitted
518089662 Middendorf, Luke, Address Intentionally Omitted
518089664 Middlebrook, William, Address Intentionally Omitted
518089691 Miele, Anthony, Address Intentionally Omitted
518089692 Miele, David, Address Intentionally Omitted
518089693 Miele, Phillip, Address Intentionally Omitted
518089694 Miess, Michael, Address Intentionally Omitted
518089704 Mikkola, Kathleen, Address Intentionally Omitted
518089707 Milby, Ronald, Address Intentionally Omitted
518089708 Miles, Aaron, Address Intentionally Omitted
518089709 Miles, Antonio, Address Intentionally Omitted
518089710 Miles, Malcolm, Address Intentionally Omitted
518089711 Miles, Shawn, Address Intentionally Omitted
518089712 Milewski, Nancy, Address Intentionally Omitted
518089714 Milici, William, Address Intentionally Omitted
518089715 Milisic, Joseph, Address Intentionally Omitted
518089717 Millan, Alexander, Address Intentionally Omitted
518089729 Miller, Andrew, Address Intentionally Omitted
518089730 Miller, Ashton, Address Intentionally Omitted
518089731 Miller, Bret, Address Intentionally Omitted
518089732 Miller, Brian, Address Intentionally Omitted
518089733 Miller, Cory, Address Intentionally Omitted
518089734 Miller, David, Address Intentionally Omitted
518089735 Miller, Derek, Address Intentionally Omitted
518089736 Miller, Heidi, Address Intentionally Omitted
518089737 Miller, James, Address Intentionally Omitted
518089738 Miller, James, Address Intentionally Omitted
518089739 Miller, Jennifer, Address Intentionally Omitted
518089740 Miller, Jerry, Address Intentionally Omitted
518089741 Miller, John, Address Intentionally Omitted
518089742 Miller, Justin, Address Intentionally Omitted
518089743 Miller, Keith, Address Intentionally Omitted
518089744 Miller, Kirsten, Address Intentionally Omitted
518089745 Miller, Kyle, Address Intentionally Omitted
518089746 Miller, Larry, Address Intentionally Omitted
518089747 Miller, Lisa, Address Intentionally Omitted
518089748 Miller, Martin, Address Intentionally Omitted
518089749 Miller, Michael, Address Intentionally Omitted
518089750 Miller, Paul, Address Intentionally Omitted
518089751 Miller, Randy, Address Intentionally Omitted
518089752 Miller, Robert, Address Intentionally Omitted
518089753 Miller, Robert, Address Intentionally Omitted
518089754 Miller, Roland, Address Intentionally Omitted
518089755 Miller, Ronald, Address Intentionally Omitted
518089756 Miller, Ryan, Address Intentionally Omitted
518089757 Miller, Savanna, Address Intentionally Omitted
518089758 Miller, Scott, Address Intentionally Omitted
518089759 Miller, Scott, Address Intentionally Omitted
518089760 Miller, Thomas, Address Intentionally Omitted
518089761 Miller, Timothy, Address Intentionally Omitted
518089762 Miller, Todd, Address Intentionally Omitted
518089763 Miller, Zachary, Address Intentionally Omitted
518089765 Millet, Joseph, Address Intentionally Omitted
518089766 Millet, Raymundo, Address Intentionally Omitted
518089767 Milligan, Briana, Address Intentionally Omitted

***** BYPASSED RECIPIENTS (continued) *****
518089771 Millington, Keith, Address Intentionally Omitted
518089774 Mills, Ernest, Address Intentionally Omitted
518089775 Mills, George, Address Intentionally Omitted
518089776 Milne, Ryan, Address Intentionally Omitted
518089777 Milot, Marc, Address Intentionally Omitted
518089784 Milton, Carrie, Address Intentionally Omitted
518089785 Milvae, Donald, Address Intentionally Omitted
518089786 Mims, Everly, Address Intentionally Omitted
518089787 Mincer, Shaquan, Address Intentionally Omitted
518089789 Miner, Blakely, Address Intentionally Omitted
518089791 Mingle, Conor, Address Intentionally Omitted
518089792 Mingrone, Richard, Address Intentionally Omitted
518089793 Minier, Todd, Address Intentionally Omitted
518089795 Minium, Joseph, Address Intentionally Omitted
518089796 Minjares, Kevin, Address Intentionally Omitted
518089797 Minks, Phillip, Address Intentionally Omitted
518089798 Minnich, Michele, Address Intentionally Omitted
518089799 Minnick, Douglas, Address Intentionally Omitted
518089800 Minnix, Latisha, Address Intentionally Omitted
518089802 Minor, Deanna, Address Intentionally Omitted
518089803 Minter, Wazir, Address Intentionally Omitted
518089812 Miracle, Lonnie, Address Intentionally Omitted
518089815 Miranda, Elizabeth, Address Intentionally Omitted
518089816 Miranda, Victor, Address Intentionally Omitted
518089819 Mirshak, Todd, Address Intentionally Omitted
518089821 Misnik, Steven, Address Intentionally Omitted
518089826 Mitch, Michael, Address Intentionally Omitted
518089827 Mitchell, Alexis, Address Intentionally Omitted
518089828 Mitchell, Brenda, Address Intentionally Omitted
518089829 Mitchell, Derek, Address Intentionally Omitted
518089830 Mitchell, Guy, Address Intentionally Omitted
518089831 Mitchell, Jarvis, Address Intentionally Omitted
518089832 Mitchell, Kenneth, Address Intentionally Omitted
518089833 Mitchell, Michael, Address Intentionally Omitted
518089834 Mitchell, Michael, Address Intentionally Omitted
518089835 Mitchell, Neshanta, Address Intentionally Omitted
518089852 Moakler, Timothy, Address Intentionally Omitted
518089853 Moats, Ryan, Address Intentionally Omitted
518089856 Mobley, Cornelius, Address Intentionally Omitted
518089870 Modzianowski, William, Address Intentionally Omitted
518089872 Moffe, Mickey, Address Intentionally Omitted
518089873 Mohamed Saad, Mohamed Elsekh, Address Intentionally Omitted
518089874 Mohamed, Salim, Address Intentionally Omitted
518089875 Mohamed, Warfa, Address Intentionally Omitted
518089881 Moher, Mikala, Address Intentionally Omitted
518089882 Mohr, Barry, Address Intentionally Omitted
518089883 Moisan, Barton, Address Intentionally Omitted
518089884 Mojica, Rosa, Address Intentionally Omitted
518089889 Molina, Mindy, Address Intentionally Omitted
518089890 Mollett, Christopher, Address Intentionally Omitted
518089891 Molnar, Amanda, Address Intentionally Omitted
518089892 Molnar, Michael, Address Intentionally Omitted
518089898 Monahan, Scott, Address Intentionally Omitted
518089899 Monarch, Sean, Address Intentionally Omitted
518089900 Monath, Curtis, Address Intentionally Omitted
518089901 Mondrey, Cynthia, Address Intentionally Omitted
518089902 Monds, Darin, Address Intentionally Omitted
518089903 Mongan, Douglas, Address Intentionally Omitted
518089904 Mongan, Jeffrey, Address Intentionally Omitted
518089916 Monroy, Efrain, Address Intentionally Omitted
518089917 Monroy, Hector, Address Intentionally Omitted
518089918 Monrroy, Katherin, Address Intentionally Omitted
518089921 Montalvo, Ideliz, Address Intentionally Omitted
518089922 Montalvo-colon, Erick, Address Intentionally Omitted
518089923 Montanez, Tristan, Address Intentionally Omitted
518089924 Montano, Ruben, Address Intentionally Omitted
518089925 Monteagudo, Rolando, Address Intentionally Omitted
518089926 Montecalvo, Joseph, Address Intentionally Omitted
518089928 Monteiro, Joao, Address Intentionally Omitted
518089929 Monteiro, Serafim, Address Intentionally Omitted
518089930 Monterroso, Josue, Address Intentionally Omitted
518089933 Montgomery, Anthony, Address Intentionally Omitted
518089934 Montgomery, Brendan, Address Intentionally Omitted
518089935 Montgomery, Jeffrey, Address Intentionally Omitted
518089936 Montgomery, Sean, Address Intentionally Omitted
518089937 Monticchio, Kathleen, Address Intentionally Omitted
518089938 Montiero, Antonio, Address Intentionally Omitted
518089941 Montufar, Jesse, Address Intentionally Omitted
518089944 Monzo, Joshua, Address Intentionally Omitted

***** BYPASSED RECIPIENTS (continued) *****

518089945 Mood, Adam, Address Intentionally Omitted
518089947 Moody, Brian, Address Intentionally Omitted
518089949 Moon, Brian, Address Intentionally Omitted
518089950 Moon, Michael, Address Intentionally Omitted
518089951 Mooney, William, Address Intentionally Omitted
518089952 Moonjian, Charles, Address Intentionally Omitted
518089954 Moore, Bradan, Address Intentionally Omitted
518089955 Moore, Daniel, Address Intentionally Omitted
518089956 Moore, Donte, Address Intentionally Omitted
518089957 Moore, Gary, Address Intentionally Omitted
518089958 Moore, Gary, Address Intentionally Omitted
518089959 Moore, Jivin, Address Intentionally Omitted
518089960 Moore, Kenneth, Address Intentionally Omitted
518089961 Moore, Michael, Address Intentionally Omitted
518089962 Moore, Michael, Address Intentionally Omitted
518089963 Moore, Michael, Address Intentionally Omitted
518089964 Moore, Randy, Address Intentionally Omitted
518089965 Moore, Rhonda, Address Intentionally Omitted
518089966 Moore, Robert, Address Intentionally Omitted
518089967 Moore, Sheila, Address Intentionally Omitted
518089968 Moore, Sheila, Address Intentionally Omitted
518089969 Moore, Steven, Address Intentionally Omitted
518089970 Moore, Terrence, Address Intentionally Omitted
518089971 Moore, Toran, Address Intentionally Omitted
518089972 Moore, Wayne, Address Intentionally Omitted
518089973 Mora Vargas, Jarrin, Address Intentionally Omitted
518089974 Mora, Erik, Address Intentionally Omitted
518089975 Mora, Lenin, Address Intentionally Omitted
518089976 Morales Castillo, Ronaldo, Address Intentionally Omitted
518089977 Morales, Andrea, Address Intentionally Omitted
518089979 Morales, Hipolito, Address Intentionally Omitted
518089980 Morales, Oscar, Address Intentionally Omitted
518089981 Morales, Rafael, Address Intentionally Omitted
518089982 Morales, Zaida, Address Intentionally Omitted
518089983 Moran, Bret, Address Intentionally Omitted
518089984 Moran, Paul, Address Intentionally Omitted
518089985 Moran, Tighe, Address Intentionally Omitted
518089986 Moran, Tyler, Address Intentionally Omitted
518089987 Morano, Ralph, Address Intentionally Omitted
518089988 Morant, Jermaine, Address Intentionally Omitted
518089989 Morcio, Jeffrey, Address Intentionally Omitted
518089990 Morefield, Bruce, Address Intentionally Omitted
518089991 Morehart, Josh, Address Intentionally Omitted
518089992 Morehead, Shaquan, Address Intentionally Omitted
518089993 Morelli, Jennifer, Address Intentionally Omitted
518089994 Morency, Aznavour, Address Intentionally Omitted
518089996 Moreno, Cathryn, Address Intentionally Omitted
518089997 Morey, Thomas, Address Intentionally Omitted
518089999 Morgan, Donald, Address Intentionally Omitted
518090000 Morgan, George, Address Intentionally Omitted
518090001 Morgan, Kester, Address Intentionally Omitted
518090002 Morgan, Marilyn, Address Intentionally Omitted
518090003 Morgan, Ryan, Address Intentionally Omitted
518090004 Morgan, Shaun, Address Intentionally Omitted
518090005 Morganti, Michael, Address Intentionally Omitted
518090006 Moriarty, Joseph, Address Intentionally Omitted
518090007 Morin, Kathleen, Address Intentionally Omitted
518090008 Morin, Shawn, Address Intentionally Omitted
518090009 Morlan, Carrie, Address Intentionally Omitted
518090010 Morley, Joseph, Address Intentionally Omitted
518090012 Moroney, Kati, Address Intentionally Omitted
518090015 Morris, Clay, Address Intentionally Omitted
518090016 Morris, Dauda, Address Intentionally Omitted
518090017 Morris, Derrick, Address Intentionally Omitted
518090018 Morris, Emmanuel, Address Intentionally Omitted
518090019 Morris, Nicole, Address Intentionally Omitted
518090020 Morris, Rachel, Address Intentionally Omitted
518090021 Morris, Rodney, Address Intentionally Omitted
518090022 Morris, Roger, Address Intentionally Omitted
518090023 Morris, Thomas, Address Intentionally Omitted
518090024 Morrisette, Charles, Address Intentionally Omitted
518090026 Morrison, Terrence, Address Intentionally Omitted
518090027 Morrissette, Lemont, Address Intentionally Omitted
518090028 Morrissey, Kent, Address Intentionally Omitted
518090030 Morrow, Cody, Address Intentionally Omitted
518090031 Morsberger, Charles, Address Intentionally Omitted
518090033 Morse, Kyle, Address Intentionally Omitted
518090034 Mortensen, Derek, Address Intentionally Omitted
518090035 Mortensen, Michael, Address Intentionally Omitted

***** BYPASSED RECIPIENTS (continued) *****

518090037 Morton, Shomari, Address Intentionally Omitted
518090041 Moseley, Murad, Address Intentionally Omitted
518090042 Moser, Donna, Address Intentionally Omitted
518090043 Moses, Alwahid, Address Intentionally Omitted
518090044 Mosinski, Kenneth, Address Intentionally Omitted
518090045 Mosley, Domoniquee, Address Intentionally Omitted
518090046 Mosley, James, Address Intentionally Omitted
518090047 Mosley, Kyree, Address Intentionally Omitted
518090048 Mosley, Melvin, Address Intentionally Omitted
518090049 Mosley, Percy, Address Intentionally Omitted
518090050 Moss, Tracey, Address Intentionally Omitted
518090051 Mosser, Robert, Address Intentionally Omitted
518090054 Mota, Xiomary, Address Intentionally Omitted
518090058 Motley, Demetris, Address Intentionally Omitted
518090060 Moufaddal, Ouadia, Address Intentionally Omitted
518090061 Moulton, Nathan, Address Intentionally Omitted
518090062 Moulton, Shawn, Address Intentionally Omitted
518090073 Mounts, Andrea, Address Intentionally Omitted
518090075 Mowery, Brett, Address Intentionally Omitted
518090076 Moyer, Arye, Address Intentionally Omitted
518090077 Moyer, Lloyd, Address Intentionally Omitted
518090078 Moyer, Richard, Address Intentionally Omitted
518090079 Moyer, Terry, Address Intentionally Omitted
518090080 Moyer, Thomas, Address Intentionally Omitted
518090081 Moz, Melvin, Address Intentionally Omitted
518090101 Mtuni, Stephen, Address Intentionally Omitted
518090102 Mua Achuo, Ermil, Address Intentionally Omitted
518090103 Muccia, Eugenia, Address Intentionally Omitted
518090104 Mucerino, Domenico, Address Intentionally Omitted
518090106 Muffley, Jason, Address Intentionally Omitted
518090108 Muhammad, Al-rahim, Address Intentionally Omitted
518090109 Muhammad, Kaashif, Address Intentionally Omitted
518090110 Muhammad, Malkiy, Address Intentionally Omitted
518090111 Muhammad, Omar, Address Intentionally Omitted
518090112 Muhammad, Taahir, Address Intentionally Omitted
518090113 Muhammed, Nasir, Address Intentionally Omitted
518090114 Muise, Dakoda, Address Intentionally Omitted
518090115 Muise, Steven, Address Intentionally Omitted
518090116 Muko, David, Address Intentionally Omitted
518090117 Mull, Brandon, Address Intentionally Omitted
518090118 Mull, Donald, Address Intentionally Omitted
518090119 Mull, Kim, Address Intentionally Omitted
518090121 Mullamphy, Keith, Address Intentionally Omitted
518090122 Mullen, Marilyn, Address Intentionally Omitted
518090123 Mullen, Thomas, Address Intentionally Omitted
518090125 Mulligan, Daniel, Address Intentionally Omitted
518090126 Mullins, Catherine, Address Intentionally Omitted
518090127 Mullins, Dannie, Address Intentionally Omitted
518090128 Mullins, Philip, Address Intentionally Omitted
518090129 Mullins, William, Address Intentionally Omitted
518090134 Mumley, Christina, Address Intentionally Omitted
518090137 Mundy, William, Address Intentionally Omitted
518090138 Mungroo, Bhola, Address Intentionally Omitted
518090151 Munnerlyn, Andre, Address Intentionally Omitted
518090152 Munoz, Natalia, Address Intentionally Omitted
518090153 Munoz, Oscar, Address Intentionally Omitted
518090154 Munroe, Kenneth, Address Intentionally Omitted
518090155 Muns, Michael, Address Intentionally Omitted
518090156 Munson, Andrew, Address Intentionally Omitted
518090158 Munyan, Craig, Address Intentionally Omitted
518090159 Muoio, Nicholas, Address Intentionally Omitted
518090161 Murawski, Lenora, Address Intentionally Omitted
518090162 Murdock, Duane, Address Intentionally Omitted
518090163 Murillo, Jesus, Address Intentionally Omitted
518090164 Murillo, Reynaldo, Address Intentionally Omitted
518090169 Murphy, Aron, Address Intentionally Omitted
518090170 Murphy, Christopher, Address Intentionally Omitted
518090171 Murphy, George, Address Intentionally Omitted
518090172 Murphy, Liam, Address Intentionally Omitted
518090173 Murphy, Norman, Address Intentionally Omitted
518090174 Murphy, Richard, Address Intentionally Omitted
518090175 Murphy, Ronnie, Address Intentionally Omitted
518090176 Murphy, Sheri, Address Intentionally Omitted
518090177 Murray, Cortez, Address Intentionally Omitted
518090178 Murray, Heather, Address Intentionally Omitted
518090179 Murray, Matthew, Address Intentionally Omitted
518090181 Murrell, Alan-micheal, Address Intentionally Omitted
518090182 Murry, Anthony, Address Intentionally Omitted
518090183 Murtha, Sean, Address Intentionally Omitted

***** BYPASSED RECIPIENTS (continued) *****

518090184 Murzyn, Peter, Address Intentionally Omitted
518090185 Musall, Kenneth, Address Intentionally Omitted
518090186 Musanto, Stephen, Address Intentionally Omitted
518090187 Muscle, Robert, Address Intentionally Omitted
518090188 Muse, Abdirahin, Address Intentionally Omitted
518090189 Musshorn, Martin, Address Intentionally Omitted
518090192 Muth, Peek, Address Intentionally Omitted
518090193 Muth, Thomas, Address Intentionally Omitted
518090196 Mutzabaugh, Daniel, Address Intentionally Omitted
518090197 Muzik, Joseph, Address Intentionally Omitted
518090198 Muzzey, Scott, Address Intentionally Omitted
518090202 Myasoyedov, Aleksey, Address Intentionally Omitted
518090204 Myers, Conar, Address Intentionally Omitted
518090205 Myers, Cortney, Address Intentionally Omitted
518090206 Myers, Dale, Address Intentionally Omitted
518090207 Myers, David, Address Intentionally Omitted
518090208 Myers, Kurt, Address Intentionally Omitted
518090209 Myers, Lori, Address Intentionally Omitted
518090210 Myers, Mark, Address Intentionally Omitted
518090211 Myers, Mathew, Address Intentionally Omitted
518090212 Myers, Matthew, Address Intentionally Omitted
518090213 Myers, Matthew, Address Intentionally Omitted
518090214 Myers, Sarah, Address Intentionally Omitted
518090215 Myers, Shamir, Address Intentionally Omitted
518090216 Myers, Thomas, Address Intentionally Omitted
518090217 Myers, Treyvon, Address Intentionally Omitted
518090218 Myrick, Maurice, Address Intentionally Omitted
518090222 Mysliwiec, Andrzej, Address Intentionally Omitted
518090228 Nace, Alexander, Address Intentionally Omitted
518090229 Nacey, James, Address Intentionally Omitted
518090230 Nadeau, Logan, Address Intentionally Omitted
518090232 Nagajew, John, Address Intentionally Omitted
518090233 Nagel, Lance, Address Intentionally Omitted
518090235 Nai, Joseph, Address Intentionally Omitted
518090239 Nailor, Jeffrey, Address Intentionally Omitted
518090241 Nallen, Brian, Address Intentionally Omitted
518090243 Nance, Delroy, Address Intentionally Omitted
518090244 Nance, Dominick, Address Intentionally Omitted
518090250 Naniak, Phillip, Address Intentionally Omitted
518090259 Napoleon, Nancy, Address Intentionally Omitted
518090261 Naranjo, Manuel, Address Intentionally Omitted
518090262 Nardi, Joseph, Address Intentionally Omitted
518090263 Narey, Brian, Address Intentionally Omitted
518090265 Narvaez, Claire, Address Intentionally Omitted
518090266 Nary, Brian, Address Intentionally Omitted
518090268 Nascimento, Jason, Address Intentionally Omitted
518090269 Nash, Celwyn, Address Intentionally Omitted
518090270 Nash, Eric, Address Intentionally Omitted
518090271 Nash, Logan, Address Intentionally Omitted
518090272 Nash, William, Address Intentionally Omitted
518090282 Natale, Louis, Address Intentionally Omitted
518090286 Nater, Robert, Address Intentionally Omitted
518090289 Nathan, Robert, Address Intentionally Omitted
518090290 Nathanson, Steven, Address Intentionally Omitted
518090360 Nauen, Michael, Address Intentionally Omitted
518090361 Naurath, Peter, Address Intentionally Omitted
518090362 Nava, Jose, Address Intentionally Omitted
518090364 Navarro, Jermaine, Address Intentionally Omitted
518090365 Navas, Jorge, Address Intentionally Omitted
518090366 Navecky, Frank, Address Intentionally Omitted
518090367 Navert, John, Address Intentionally Omitted
518090370 Naysmith, Richard, Address Intentionally Omitted
518090371 Nazario, Sacharier, Address Intentionally Omitted
518090383 Ndayitabi, Dominique, Address Intentionally Omitted
518090384 Ndiaye, Babacar, Address Intentionally Omitted
518090386 Neal, Jeffery, Address Intentionally Omitted
518090387 Neal, Joseph, Address Intentionally Omitted
518090388 Neal, Stephen, Address Intentionally Omitted
518090389 Neale, Scott, Address Intentionally Omitted
518090390 Neall, John, Address Intentionally Omitted
518090394 Nedoroscik, John, Address Intentionally Omitted
518090398 Neff, Nicholas, Address Intentionally Omitted
518090399 Neff, Richard, Address Intentionally Omitted
518090400 Negron, Neftali, Address Intentionally Omitted
518090401 Negron, Ruben, Address Intentionally Omitted
518090403 Nehme, James, Address Intentionally Omitted
518090404 Neiger, Daniel, Address Intentionally Omitted
518090407 Neiss, Kevin, Address Intentionally Omitted
518090408 Nelles, Corey, Address Intentionally Omitted

***** BYPASSED RECIPIENTS (continued) *****

518090409 Nelms, Tabitha, Address Intentionally Omitted
518090413 Nelson, Adalberto, Address Intentionally Omitted
518090414 Nelson, Casey, Address Intentionally Omitted
518090415 Nelson, Francis, Address Intentionally Omitted
518090416 Nelson, Gregory, Address Intentionally Omitted
518090417 Nelson, Jennifer, Address Intentionally Omitted
518090418 Nelson, Justin, Address Intentionally Omitted
518090419 Nelson, Michael, Address Intentionally Omitted
518090420 Nelson, Ronald, Address Intentionally Omitted
518090421 Nemec, Amy, Address Intentionally Omitted
518090423 Nenortas, Anna Maria, Address Intentionally Omitted
518090431 Nesbit, Daniel, Address Intentionally Omitted
518090432 Nesbitt, Jamar, Address Intentionally Omitted
518090433 Nesbitt, Marshall, Address Intentionally Omitted
518090434 Nesbitt, Wade, Address Intentionally Omitted
518090436 Ness, Thomas, Address Intentionally Omitted
518090439 Nestor, Ray, Address Intentionally Omitted
518090440 Nethercott, Robert, Address Intentionally Omitted
518090446 Neuberger, Walter, Address Intentionally Omitted
518090448 Neuenhoff, Stephen, Address Intentionally Omitted
518090452 Neville, Christopher, Address Intentionally Omitted
518090453 Nevius, Robert, Address Intentionally Omitted
518090532 Newborn, Stanley, Address Intentionally Omitted
518090533 Newborn, Tamir, Address Intentionally Omitted
518090538 Newell, Anthony, Address Intentionally Omitted
518090539 Newell, Terence, Address Intentionally Omitted
518090540 Newhall, Frank, Address Intentionally Omitted
518090543 Newman, Gregory, Address Intentionally Omitted
518090544 Newman, Robert, Address Intentionally Omitted
518090545 Newman, Terry, Address Intentionally Omitted
518090546 Newman, Thomas, Address Intentionally Omitted
518090547 Newman, Vincent, Address Intentionally Omitted
518090551 Newsome, Duane, Address Intentionally Omitted
518090554 Newton, Darrell, Address Intentionally Omitted
518090555 Newton, John, Address Intentionally Omitted
518090556 Newton, Mike, Address Intentionally Omitted
518090557 Newton, Richard, Address Intentionally Omitted
518090568 Neysmith, Kristion, Address Intentionally Omitted
518090577 Ngo, Timothy, Address Intentionally Omitted
518090579 Nguyen, Ngoc, Address Intentionally Omitted
518090586 Nice, Benjamin, Address Intentionally Omitted
518090587 Nice, Collin, Address Intentionally Omitted
518090590 Nicholas, Raymond, Address Intentionally Omitted
518090591 Nicholas, Trenton, Address Intentionally Omitted
518090592 Nicholls, Kristine, Address Intentionally Omitted
518090593 Nichols, Andrew, Address Intentionally Omitted
518090594 Nichols, Justin, Address Intentionally Omitted
518090595 Nichols, Rhianna, Address Intentionally Omitted
518090596 Nichols, Stephen, Address Intentionally Omitted
518090597 Nichols, Tiffany, Address Intentionally Omitted
518090599 Nicholson, Trey, Address Intentionally Omitted
518090601 Nickerson, Egan, Address Intentionally Omitted
518090602 Nickey, Allison, Address Intentionally Omitted
518090605 Nicolas De La Rosa, Christopher, Address Intentionally Omitted
518090610 Nicosia, Michael, Address Intentionally Omitted
518090612 Niedzwiecki, Krzysztof, Address Intentionally Omitted
518090614 Nielsen, Richard, Address Intentionally Omitted
518090615 Nieves, Angel, Address Intentionally Omitted
518090616 Nieves, Jose, Address Intentionally Omitted
518090617 Nieves, William, Address Intentionally Omitted
518090619 Nilsen, Stefanie, Address Intentionally Omitted
518090627 Nitti, Frank, Address Intentionally Omitted
518090629 Nixon, Gregory, Address Intentionally Omitted
518090656 Nkanga-anthony, Patrick, Address Intentionally Omitted
518090658 Nnagbo, Ikechukwu, Address Intentionally Omitted
518090660 Nobile, Michael, Address Intentionally Omitted
518090661 Noble, Eddie, Address Intentionally Omitted
518090663 Nobles, Terrence, Address Intentionally Omitted
518090664 Noblit, Steven, Address Intentionally Omitted
518090667 Nodoline, Joseph, Address Intentionally Omitted
518090669 Nolan, Wayne, Address Intentionally Omitted
518090671 Nolasco, Kevin, Address Intentionally Omitted
518090672 Noll, Stephen, Address Intentionally Omitted
518090673 Nolls, Devonis, Address Intentionally Omitted
518090682 Norman, David, Address Intentionally Omitted
518090683 Norman, Jaliyl, Address Intentionally Omitted
518090721 North, Albert, Address Intentionally Omitted
518090752 Norton, Daryl, Address Intentionally Omitted
518090753 Norton, James, Address Intentionally Omitted

***** BYPASSED RECIPIENTS (continued) *****

518090759 Nothstein, Amy, Address Intentionally Omitted
518090760 Nothstein, Jon, Address Intentionally Omitted
518090761 Nothstein, Travis, Address Intentionally Omitted
518090772 Novrit, Jennifer, Address Intentionally Omitted
518090773 Nowak, Theresa, Address Intentionally Omitted
518090782 Nufer, Daniel, Address Intentionally Omitted
518090783 Nufio, Jaime, Address Intentionally Omitted
518090786 Nunez, Edwin, Address Intentionally Omitted
518090787 Nunez, Jose, Address Intentionally Omitted
518090789 Nunez-cruz, Jose, Address Intentionally Omitted
518090790 Nunley, Olivia, Address Intentionally Omitted
518090791 Nunn, Jeremy, Address Intentionally Omitted
518090797 Nutwell, Ronda, Address Intentionally Omitted
518090801 Nuzzo, Salvatore, Address Intentionally Omitted
518090817 Nye, Roger, Address Intentionally Omitted
518090819 Nymeyer, Leonard, Address Intentionally Omitted
518090820 Nyomo, Jesse, Address Intentionally Omitted
518090841 O Brien, Danielle, Address Intentionally Omitted
518090842 O Brien, Michael, Address Intentionally Omitted
518090843 O Bryan, Kaydee, Address Intentionally Omitted
518090844 O Connell, Michael, Address Intentionally Omitted
518090845 O Connell, Tim, Address Intentionally Omitted
518090846 O Connor, Bruce, Address Intentionally Omitted
518090847 O Connor, Patrick, Address Intentionally Omitted
518090848 O Donnell, Benjamin, Address Intentionally Omitted
518090849 O Donnell, Christian, Address Intentionally Omitted
518090850 O Donnell, Dennis, Address Intentionally Omitted
518090851 O Grady, Michael, Address Intentionally Omitted
518090852 O Haver, Jason, Address Intentionally Omitted
518090854 O Keefe, Joseph, Address Intentionally Omitted
518090855 O Keefe, Keli-rae, Address Intentionally Omitted
518090856 O Keefe, Michael, Address Intentionally Omitted
518090857 O Malley, Timothy, Address Intentionally Omitted
518090858 O Mara, Michael, Address Intentionally Omitted
518090859 O Neill, William, Address Intentionally Omitted
518090860 O Shea, Paul, Address Intentionally Omitted
518090861 O Sick, Kimberly, Address Intentionally Omitted
518090862 O Sick, William, Address Intentionally Omitted
518090868 Oakcrum, Shawn, Address Intentionally Omitted
518090870 Oaks, Sheldon, Address Intentionally Omitted
518090873 Obaseki, Aimuamwosa, Address Intentionally Omitted
518090874 Oberholtzer, Joseph, Address Intentionally Omitted
518090875 Obzud, Brian, Address Intentionally Omitted
518090876 Obzud, Michael, Address Intentionally Omitted
518090877 Ocasio, Ruben, Address Intentionally Omitted
518090893 Ochoa, Pedro, Address Intentionally Omitted
518090894 Ochs, Gregory, Address Intentionally Omitted
518090895 Oconnell, Timothy, Address Intentionally Omitted
518090897 Oczkowski, Ryan, Address Intentionally Omitted
518090898 Oddon, Gary, Address Intentionally Omitted
518090899 Odong, Bosco, Address Intentionally Omitted
518090920 Ofori, Charles, Address Intentionally Omitted
518090922 Ogden, Scott, Address Intentionally Omitted
518090923 Oglesby, Lori, Address Intentionally Omitted
518090955 Okeyo, Richard, Address Intentionally Omitted
518090957 Olah, James, Address Intentionally Omitted
518090958 Olavarria, Juan, Address Intentionally Omitted
518090964 Oldenburg, Edward, Address Intentionally Omitted
518090965 Oleksy, Piotr, Address Intentionally Omitted
518090966 Olivares, Deliah, Address Intentionally Omitted
518090967 Olivares, Justo, Address Intentionally Omitted
518090968 Oliveira, Elisha, Address Intentionally Omitted
518090969 Oliveira, Elton, Address Intentionally Omitted
518090970 Oliveira, Julio, Address Intentionally Omitted
518090971 Oliveira, Rosa, Address Intentionally Omitted
518090972 Olivencia, Julio, Address Intentionally Omitted
518090973 Olivencia, Luis, Address Intentionally Omitted
518090974 Oliver, Joshua, Address Intentionally Omitted
518090975 Oliver, Shecora, Address Intentionally Omitted
518090976 Oliver, Terrell, Address Intentionally Omitted
518090977 Olivera, Angel, Address Intentionally Omitted
518090980 Olivo, Roberto, Address Intentionally Omitted
518090981 Olocho, Jairus, Address Intentionally Omitted
518090982 Olson, Dennis, Address Intentionally Omitted
518090983 Olushesi, Kazeem, Address Intentionally Omitted
518090984 Olvera Hernandez, Rogelio, Address Intentionally Omitted
518090992 Omer, Amir, Address Intentionally Omitted
518090993 Omeroglu, Omer, Address Intentionally Omitted
518091004 Ondesko, Robert, Address Intentionally Omitted

***** BYPASSED RECIPIENTS (continued) *****

518091016 Oppong, Samuel, Address Intentionally Omitted
518091029 Orange, Timmie, Address Intentionally Omitted
518091030 Orange, Wayne, Address Intentionally Omitted
518091031 Orazi, Christine, Address Intentionally Omitted
518091032 Ordway, David, Address Intentionally Omitted
518091033 Orellana Lima, Kevin, Address Intentionally Omitted
518091034 Orellana, Brian, Address Intentionally Omitted
518091035 Oreste, Jean, Address Intentionally Omitted
518091039 Orlando, Michael, Address Intentionally Omitted
518091040 Orler, Timothy, Address Intentionally Omitted
518091041 Orlousky, Sean, Address Intentionally Omitted
518091042 Orlowski, Mark, Address Intentionally Omitted
518091043 Orner, Richard, Address Intentionally Omitted
518091044 Orns, Christopher, Address Intentionally Omitted
518091045 Oropallo, Christopher, Address Intentionally Omitted
518091046 Orozco, Camilo, Address Intentionally Omitted
518091047 Orozco, Cristopher, Address Intentionally Omitted
518091048 Orr, Joe, Address Intentionally Omitted
518091049 Orris, Scott, Address Intentionally Omitted
518091051 Orshal, Holly, Address Intentionally Omitted
518091052 Orsi, David, Address Intentionally Omitted
518091053 Orsini, David, Address Intentionally Omitted
518091054 Orsini, David, Address Intentionally Omitted
518091055 Orsini, Nicholas, Address Intentionally Omitted
518091056 Ortega, Joseph, Address Intentionally Omitted
518091058 Ortiz, Angel, Address Intentionally Omitted
518091059 Ortiz, Antwan, Address Intentionally Omitted
518091060 Ortiz, Edgar, Address Intentionally Omitted
518091061 Ortiz, Erika, Address Intentionally Omitted
518091062 Ortiz, Fernando, Address Intentionally Omitted
518091063 Ortiz, Francisco, Address Intentionally Omitted
518091064 Ortiz, Greg, Address Intentionally Omitted
518091065 Ortiz, Jerry, Address Intentionally Omitted
518091066 Ortiz, Leonardo, Address Intentionally Omitted
518091067 Ortiz, Ramon, Address Intentionally Omitted
518091068 Ortiz, Samuel, Address Intentionally Omitted
518091069 Osano, Alyssa, Address Intentionally Omitted
518091070 Osborne, Jeffrey, Address Intentionally Omitted
518091071 Osborne, Joey, Address Intentionally Omitted
518091072 Osborne, Stephen, Address Intentionally Omitted
518091073 Osborne, Steve, Address Intentionally Omitted
518091078 Osias, Ogu, Address Intentionally Omitted
518091079 Osman, Husam, Address Intentionally Omitted
518091080 Osman, Mirgani, Address Intentionally Omitted
518091081 Osman, Modathir, Address Intentionally Omitted
518091082 Osman, Moumin, Address Intentionally Omitted
518091084 Ossenbrugge, Hans, Address Intentionally Omitted
518091085 Ostertog, Kevin, Address Intentionally Omitted
518091086 Ostiguy, Jacqueline, Address Intentionally Omitted
518091087 Ostolaza, Moises, Address Intentionally Omitted
518091088 Ostrander, David, Address Intentionally Omitted
518091093 Otero, George, Address Intentionally Omitted
518091094 Otis, John, Address Intentionally Omitted
518091095 Otis, Robert, Address Intentionally Omitted
518091096 Ott, Matthew, Address Intentionally Omitted
518091097 Otto, Austin, Address Intentionally Omitted
518091099 Ouano, Nicholas, Address Intentionally Omitted
518091100 Ouellette, Adam, Address Intentionally Omitted
518091101 Ouellette, Candice, Address Intentionally Omitted
518091102 Ouellette, Constance, Address Intentionally Omitted
518091103 Ouellette, Dennis, Address Intentionally Omitted
518091104 Ouellette, Robbie, Address Intentionally Omitted
518091109 Outing, Destiny, Address Intentionally Omitted
518091110 Outing, Walter, Address Intentionally Omitted
518091111 Outland, Lancelot, Address Intentionally Omitted
518091113 Over, Brian, Address Intentionally Omitted
518091115 Overcash, Elizabeth, Address Intentionally Omitted
518091120 Overheul, Todd, Address Intentionally Omitted
518091121 Overton, Zachary, Address Intentionally Omitted
518091122 Ovitt, Eric, Address Intentionally Omitted
518091125 Owen, Jason, Address Intentionally Omitted
518091129 Owens Grant, Gevontay, Address Intentionally Omitted
518091130 Owens, Darrell, Address Intentionally Omitted
518091131 Owens, Elizabeth, Address Intentionally Omitted
518091132 Owens, Harold, Address Intentionally Omitted
518091133 Owens, Herb, Address Intentionally Omitted
518091134 Owens, Jerrod, Address Intentionally Omitted
518091135 Owens, Kevin, Address Intentionally Omitted
518091136 Owens, Ontonio, Address Intentionally Omitted

***** BYPASSED RECIPIENTS (continued) *****

518091137 Owens, Steven, Address Intentionally Omitted
518091138 Owensby, Christopher, Address Intentionally Omitted
518091139 Owes, Jeff, Address Intentionally Omitted
518091140 Oyibo, Sylvester, Address Intentionally Omitted
518091141 Oyler, Austin, Address Intentionally Omitted
518091157 Pabst, Tony, Address Intentionally Omitted
518091161 Pace, Frederick, Address Intentionally Omitted
518091163 Pachas, Cristian, Address Intentionally Omitted
518091164 Pacheco, Denis, Address Intentionally Omitted
518091165 Pacheco, Jason, Address Intentionally Omitted
518091166 Pacheco, John, Address Intentionally Omitted
518091167 Pacheco, Stephen, Address Intentionally Omitted
518091177 Packard, Robert, Address Intentionally Omitted
518091183 Padilla, Rachel, Address Intentionally Omitted
518091184 Padin, Amado, Address Intentionally Omitted
518091185 Padua, Linda, Address Intentionally Omitted
518091186 Padua, Rafael, Address Intentionally Omitted
518091190 Pagan, Gamalier, Address Intentionally Omitted
518091191 Pagan, Jose, Address Intentionally Omitted
518091193 Page, Jason, Address Intentionally Omitted
518091194 Page, Kevin, Address Intentionally Omitted
518091195 Page, Michael, Address Intentionally Omitted
518091196 Page, Travis, Address Intentionally Omitted
518091202 Painter, Rhiannon, Address Intentionally Omitted
518091206 Palaia, Frances, Address Intentionally Omitted
518091207 Palazzi, Richard, Address Intentionally Omitted
518091208 Palermo, John, Address Intentionally Omitted
518091212 Palley, James, Address Intentionally Omitted
518091214 Palmer, Adam, Address Intentionally Omitted
518091215 Palmer, Asontaey, Address Intentionally Omitted
518091216 Palmer, Barbara, Address Intentionally Omitted
518091217 Palmer, Brooke, Address Intentionally Omitted
518091218 Palmer, Eddie, Address Intentionally Omitted
518091219 Palmer, Maurice, Address Intentionally Omitted
518091220 Palmer, Ralph, Address Intentionally Omitted
518091221 Palmer, Shannika, Address Intentionally Omitted
518091222 Palmer, Shaun, Address Intentionally Omitted
518091223 Palmer, Tracey, Address Intentionally Omitted
518091228 Palmieri, Christopher, Address Intentionally Omitted
518091229 Palmieri, Patricia, Address Intentionally Omitted
518091230 Palmiotti, Michael, Address Intentionally Omitted
518091231 Palmowski, Mark, Address Intentionally Omitted
518091232 Palumbo, William, Address Intentionally Omitted
518091235 Pandini, Lucas, Address Intentionally Omitted
518091236 Panko, Scott, Address Intentionally Omitted
518091237 Pannebaker, John, Address Intentionally Omitted
518091238 Pannett, Mark, Address Intentionally Omitted
518091239 Pantaja, Daeman, Address Intentionally Omitted
518091245 Pape, Michael, Address Intentionally Omitted
518091250 Pappineau, Raymond, Address Intentionally Omitted
518091262 Parasion, Bogdan, Address Intentionally Omitted
518091264 Parcell, Edward, Address Intentionally Omitted
518091265 Parchment, Joseph, Address Intentionally Omitted
518091266 Pardee, Francis, Address Intentionally Omitted
518091267 Pardellas, Manuel, Address Intentionally Omitted
518091269 Pardol, Angelika, Address Intentionally Omitted
518091270 Parenteau, Laurel, Address Intentionally Omitted
518091271 Parham, Joseph, Address Intentionally Omitted
518091278 Paris, Bruna, Address Intentionally Omitted
518091279 Paris, Daniel, Address Intentionally Omitted
518091281 Parish, Philip, Address Intentionally Omitted
518091287 Parker, Brian, Address Intentionally Omitted
518091288 Parker, Calvin, Address Intentionally Omitted
518091289 Parker, Dora, Address Intentionally Omitted
518091290 Parker, John, Address Intentionally Omitted
518091291 Parker, Lawrence, Address Intentionally Omitted
518091292 Parker, Ozzie, Address Intentionally Omitted
518091293 Parker, Robert, Address Intentionally Omitted
518091294 Parker, Shawn, Address Intentionally Omitted
518091295 Parker, Thadious, Address Intentionally Omitted
518091296 Parker, Troy, Address Intentionally Omitted
518091297 Parker, Vanessa, Address Intentionally Omitted
518091298 Parker, William, Address Intentionally Omitted
518091300 Parkin, David, Address Intentionally Omitted
518091301 Parkin, Eric, Address Intentionally Omitted
518091306 Parkison, Matthew, Address Intentionally Omitted
518091307 Parks, Dewhan, Address Intentionally Omitted
518091308 Parks, James, Address Intentionally Omitted
518091313 Parrish, Nicklas, Address Intentionally Omitted

***** BYPASSED RECIPIENTS (continued) *****

518091315 Parrott, Richard, Address Intentionally Omitted
518091316 Parsons, Mark, Address Intentionally Omitted
518091317 Parsons, Todd, Address Intentionally Omitted
518091319 Partain, Terry, Address Intentionally Omitted
518091323 Parziale, Richard, Address Intentionally Omitted
518091329 Passage, Paul, Address Intentionally Omitted
518091330 Passanisi, John, Address Intentionally Omitted
518091331 Passialis, Sam, Address Intentionally Omitted
518091336 Patel, Ripa, Address Intentionally Omitted
518091342 Patrao, Renato, Address Intentionally Omitted
518091348 Patrick, Danielle, Address Intentionally Omitted
518091349 Patrick, John, Address Intentionally Omitted
518091350 Patrick, Kimberly, Address Intentionally Omitted
518091353 Patrusevich, Brian, Address Intentionally Omitted
518091355 Patten, Lamarquis, Address Intentionally Omitted
518091356 Patten, Matthew, Address Intentionally Omitted
518091357 Patterson, Alvin, Address Intentionally Omitted
518091358 Patterson, Dennis, Address Intentionally Omitted
518091359 Patterson, George, Address Intentionally Omitted
518091360 Patterson, Lance, Address Intentionally Omitted
518091361 Patterson, Michael, Address Intentionally Omitted
518091362 Patterson, Robert, Address Intentionally Omitted
518091363 Patton, Kenneth, Address Intentionally Omitted
518091370 Paul, William, Address Intentionally Omitted
518091372 Paules, Timothy, Address Intentionally Omitted
518091373 Paulino Tejada, Abelardo, Address Intentionally Omitted
518091374 Paulino, Sidier, Address Intentionally Omitted
518091375 Paulino-brito, Enver, Address Intentionally Omitted
518091378 Paup, Craig, Address Intentionally Omitted
518091379 Pavlich, Edward, Address Intentionally Omitted
518091380 Pavlovsky, Frank, Address Intentionally Omitted
518091384 Paxton, Christopher, Address Intentionally Omitted
518091385 Payes, William, Address Intentionally Omitted
518091389 Payne, Perry, Address Intentionally Omitted
518091390 Paysour, Dustin, Address Intentionally Omitted
518091412 Peachey, Tyler, Address Intentionally Omitted
518091413 Peacock, Tyvon, Address Intentionally Omitted
518091414 Peaks, Bryan, Address Intentionally Omitted
518091417 Pearce, David, Address Intentionally Omitted
518091420 Pearson, Joseph, Address Intentionally Omitted
518091421 Pearson, Neal, Address Intentionally Omitted
518091422 Peart, Samuel, Address Intentionally Omitted
518091423 Pease, Aaron, Address Intentionally Omitted
518091424 Pease, Aaron, Address Intentionally Omitted
518091425 Pease, Brian, Address Intentionally Omitted
518091426 Peay, Troy, Address Intentionally Omitted
518091427 Pecha, Richard, Address Intentionally Omitted
518091428 Pechart, Michael, Address Intentionally Omitted
518091429 Peck, Allen, Address Intentionally Omitted
518091430 Peck, Jerome, Address Intentionally Omitted
518091431 Peckham, Scott, Address Intentionally Omitted
518091433 Pecze, Shawn, Address Intentionally Omitted
518091434 Peed, Thomas, Address Intentionally Omitted
518091435 Peeples, Sharif, Address Intentionally Omitted
518091440 Peguero, Felix, Address Intentionally Omitted
518091441 Peguero, Oristel, Address Intentionally Omitted
518091442 Peguero, Porfirio, Address Intentionally Omitted
518091443 Pegues, Jammie, Address Intentionally Omitted
518091444 Pelaez, Trevor, Address Intentionally Omitted
518091445 Pelfrey, Eric, Address Intentionally Omitted
518091446 Pelletier, Michael, Address Intentionally Omitted
518091447 Pelletier, Sylvain, Address Intentionally Omitted
518091449 Pelt, Lakquan, Address Intentionally Omitted
518091450 Pelzer, Thomas, Address Intentionally Omitted
518091453 Pena, Christopher, Address Intentionally Omitted
518091454 Pena, Yujari, Address Intentionally Omitted
518091455 Pence, Elizabeth, Address Intentionally Omitted
518091460 Pendleton, William, Address Intentionally Omitted
518091461 Pendrotti, Samuel, Address Intentionally Omitted
518091471 Penner, Paul, Address Intentionally Omitted
518091473 Pennington, Michael, Address Intentionally Omitted
518091499 Penny, Ronald, Address Intentionally Omitted
518091509 Peppin, David, Address Intentionally Omitted
518091515 Peralta, Vladimir, Address Intentionally Omitted
518091516 Perdomo, Evelyn, Address Intentionally Omitted
518091517 Perea Solarte, Emely, Address Intentionally Omitted
518091518 Perea, Javier, Address Intentionally Omitted
518091519 Pereira, Victor, Address Intentionally Omitted
518091520 Perez Duran, Luis, Address Intentionally Omitted

***** BYPASSED RECIPIENTS (continued) *****

518091521 Perez Fresneda, Luis, Address Intentionally Omitted
518091522 Perez Puello, Odi, Address Intentionally Omitted
518091523 Perez Rodriguez, Jose, Address Intentionally Omitted
518091524 Perez Torres, Angel, Address Intentionally Omitted
518091525 Perez, Angel, Address Intentionally Omitted
518091526 Perez, Ashley, Address Intentionally Omitted
518091527 Perez, Benny, Address Intentionally Omitted
518091528 Perez, Dorian, Address Intentionally Omitted
518091529 Perez, Elvis, Address Intentionally Omitted
518091530 Perez, Fransisco, Address Intentionally Omitted
518091531 Perez, Heriberto, Address Intentionally Omitted
518091532 Perez, Jonathan, Address Intentionally Omitted
518091533 Perez, Joshua, Address Intentionally Omitted
518091534 Perez, Josue, Address Intentionally Omitted
518091535 Perez, Luis, Address Intentionally Omitted
518091536 Perez, Luis, Address Intentionally Omitted
518091537 Perez, Reinaldo, Address Intentionally Omitted
518091538 Perez, Rodolfo, Address Intentionally Omitted
518091539 Perez, Ruben, Address Intentionally Omitted
518091540 Perez, Samuel, Address Intentionally Omitted
518091541 Perez, Vincent, Address Intentionally Omitted
518091542 Perez-chagoya, Juan, Address Intentionally Omitted
518091552 Perkins, Benjamin, Address Intentionally Omitted
518091553 Perkins, Brendan, Address Intentionally Omitted
518091554 Perkins, Craig, Address Intentionally Omitted
518091555 Perkins, Deonte, Address Intentionally Omitted
518091556 Perkins, Jason, Address Intentionally Omitted
518091558 Perkins, Kasheif, Address Intentionally Omitted
518091559 Perkins, Nicholas, Address Intentionally Omitted
518091560 Perkins, Paula, Address Intentionally Omitted
518091561 Perkins, Raysean, Address Intentionally Omitted
518091562 Perkins, Theresa, Address Intentionally Omitted
518091564 Perloni, Gilbert, Address Intentionally Omitted
518091566 Permell, Nigel, Address Intentionally Omitted
518091568 Perpignan, Ricardo, Address Intentionally Omitted
518091569 Perreault, Joseph, Address Intentionally Omitted
518091570 Perreault, Michael, Address Intentionally Omitted
518091571 Perreault, Sherman, Address Intentionally Omitted
518091573 Perrelli, Frank, Address Intentionally Omitted
518091574 Perretta, Joseph, Address Intentionally Omitted
518091575 Perrier, Robert, Address Intentionally Omitted
518091576 Perrin, Bryan, Address Intentionally Omitted
518091577 Perriolat, Cameron, Address Intentionally Omitted
518091581 Perry, Anthony, Address Intentionally Omitted
518091582 Perry, Kenneth, Address Intentionally Omitted
518091583 Perry, Mark, Address Intentionally Omitted
518091584 Perry, Talmaren, Address Intentionally Omitted
518091586 Person, Derrick, Address Intentionally Omitted
518091587 Person, James, Address Intentionally Omitted
518091588 Pervine, Douglas, Address Intentionally Omitted
518091589 Pescoran, Juan, Address Intentionally Omitted
518091590 Pessolano, Michael, Address Intentionally Omitted
518091594 Peteete, Andre, Address Intentionally Omitted
518091607 Peterkin, Douglas, Address Intentionally Omitted
518091608 Peterman, Keith, Address Intentionally Omitted
518091612 Peterson, Daniel, Address Intentionally Omitted
518091613 Peterson, Grafton, Address Intentionally Omitted
518091614 Peterson, Jillian, Address Intentionally Omitted
518091615 Peterson, Natalie, Address Intentionally Omitted
518091616 Peterson, Natalie, Address Intentionally Omitted
518091617 Peterson, Richard, Address Intentionally Omitted
518091618 Peterson, Robert, Address Intentionally Omitted
518091619 Peterson, Robert, Address Intentionally Omitted
518091620 Peterson, Tony, Address Intentionally Omitted
518091621 Peterson, William, Address Intentionally Omitted
518091624 Petrario, Michael, Address Intentionally Omitted
518091625 Petraszewski, Kevin, Address Intentionally Omitted
518091626 Petrella, Joseph, Address Intentionally Omitted
518091627 Petrelli, Vincent, Address Intentionally Omitted
518091628 Petrich, Kimberli, Address Intentionally Omitted
518091629 Petris, Hristos, Address Intentionally Omitted
518091636 Petrone, Rocco, Address Intentionally Omitted
518091637 Petroski, Donald, Address Intentionally Omitted
518091638 Petry, John, Address Intentionally Omitted
518091639 Pettit, Scott, Address Intentionally Omitted
518091641 Petty, Larry, Address Intentionally Omitted
518091642 Peugh, Scott, Address Intentionally Omitted
518091644 Peyton, Regina, Address Intentionally Omitted
518091651 Phairr, Micah, Address Intentionally Omitted

***** BYPASSED RECIPIENTS (continued) *****

518091652 Pham, Hien, Address Intentionally Omitted
518091653 Phan, Phon, Address Intentionally Omitted
518091655 Phelps, Jaimie, Address Intentionally Omitted
518091660 Philhower, Daniel, Address Intentionally Omitted
518091669 Phillips, Antione, Address Intentionally Omitted
518091670 Phillips, Brandon, Address Intentionally Omitted
518091671 Phillips, Bryant, Address Intentionally Omitted
518091672 Phillips, Christopher, Address Intentionally Omitted
518091673 Phillips, Cortez, Address Intentionally Omitted
518091674 Phillips, David, Address Intentionally Omitted
518091675 Phillips, George, Address Intentionally Omitted
518091676 Phillips, Lloyd, Address Intentionally Omitted
518091677 Phillips, Quentin, Address Intentionally Omitted
518091678 Phillips, Ronald, Address Intentionally Omitted
518091679 Phillips, Ronald, Address Intentionally Omitted
518091680 Phillips, Torray, Address Intentionally Omitted
518091681 Phillips, Tyron, Address Intentionally Omitted
518091683 Philson, Anthony, Address Intentionally Omitted
518091696 Piasecki, Stephen, Address Intentionally Omitted
518091697 Piatt, Robert, Address Intentionally Omitted
518091698 Piazza, John, Address Intentionally Omitted
518091699 Piazza, Mark, Address Intentionally Omitted
518091700 Picart, Benedict, Address Intentionally Omitted
518091701 Pick, Stephen, Address Intentionally Omitted
518091702 Pickering, Daniel, Address Intentionally Omitted
518091703 Pickering, John, Address Intentionally Omitted
518091705 Piechocinski, Timothy, Address Intentionally Omitted
518091708 Piedrahita, Mary, Address Intentionally Omitted
518091709 Piepmeyer, Robert, Address Intentionally Omitted
518091710 Pierce Hagler, Renee, Address Intentionally Omitted
518091711 Pierce, Allen, Address Intentionally Omitted
518091712 Pierce, Anthony, Address Intentionally Omitted
518091713 Pierce, Jacob, Address Intentionally Omitted
518091714 Pierce, Lamel, Address Intentionally Omitted
518091715 Pierce, Michael, Address Intentionally Omitted
518091716 Pierce, Robert, Address Intentionally Omitted
518091717 Pierce, Robert, Address Intentionally Omitted
518091719 Pierre Phillippe, Russo, Address Intentionally Omitted
518091720 Pierre, Fresnel, Address Intentionally Omitted
518091721 Pierre, Hudson, Address Intentionally Omitted
518091722 Pierre, Juguensen, Address Intentionally Omitted
518091723 Pierson, Patrick, Address Intentionally Omitted
518091724 Pietroforte, Carl, Address Intentionally Omitted
518091725 Pifer, Gil, Address Intentionally Omitted
518091726 Pifer, Heath, Address Intentionally Omitted
518091727 Pihl, Justin, Address Intentionally Omitted
518091728 Pihonak, Bryan, Address Intentionally Omitted
518091730 Pike, David, Address Intentionally Omitted
518091731 Pilbro, Matthew, Address Intentionally Omitted
518091732 Pileggi, James, Address Intentionally Omitted
518091733 Pilesky, Thomas, Address Intentionally Omitted
518091734 Pilger, Melanie, Address Intentionally Omitted
518091735 Pillay, Arjunen, Address Intentionally Omitted
518091736 Piller, Mark, Address Intentionally Omitted
518091737 Pillivant, Colin, Address Intentionally Omitted
518091741 Pilsitz, Matthew, Address Intentionally Omitted
518091743 Pimentel, Moises, Address Intentionally Omitted
518091744 Pimentel, Samy, Address Intentionally Omitted
518091745 Pincay, John, Address Intentionally Omitted
518091747 Pinckney, Frank, Address Intentionally Omitted
518091752 Pine, Michael, Address Intentionally Omitted
518091753 Piner, Joshua, Address Intentionally Omitted
518091754 Pineyro, Frank, Address Intentionally Omitted
518091755 Pini, Gene, Address Intentionally Omitted
518091756 Pinkett, Joseph, Address Intentionally Omitted
518091757 Pinn, Benny, Address Intentionally Omitted
518091766 Pinnock, Donfredleith, Address Intentionally Omitted
518091767 Pinsly, Roy, Address Intentionally Omitted
518091768 Pinto, Jose, Address Intentionally Omitted
518091769 Pinto, Samantha, Address Intentionally Omitted
518091770 Pinto, Steven, Address Intentionally Omitted
518091774 Piotraschke, Paul, Address Intentionally Omitted
518091778 Pipkin, Latricia, Address Intentionally Omitted
518091779 Pirnie, Mason, Address Intentionally Omitted
518091780 Pirnie, Thomas, Address Intentionally Omitted
518091781 Pirrone, Connie, Address Intentionally Omitted
518091782 Pisciotti, Anthony, Address Intentionally Omitted
518091783 Piscopo, Amy, Address Intentionally Omitted
518091791 Pitt, Jessica, Address Intentionally Omitted

***** BYPASSED RECIPIENTS (continued) *****

518091792 Pittman, Cheyenne, Address Intentionally Omitted
518091793 Pitts, Carlos, Address Intentionally Omitted
518091794 Pitts, Ray, Address Intentionally Omitted
518091808 Plaster, Wayne, Address Intentionally Omitted
518091819 Platoni, Anthony, Address Intentionally Omitted
518091820 Player, Raymond, Address Intentionally Omitted
518091823 Pleasant, Justin, Address Intentionally Omitted
518091824 Plocic, Ellen, Address Intentionally Omitted
518091827 Pluchinsky, Paul, Address Intentionally Omitted
518091829 Pluscauski, James, Address Intentionally Omitted
518091831 Plymire, Aaron, Address Intentionally Omitted
518091832 Plymire, Jonah, Address Intentionally Omitted
518091847 Poalillo, Michael, Address Intentionally Omitted
518091848 Poe, Willie, Address Intentionally Omitted
518091849 Pogroski, Wayne, Address Intentionally Omitted
518091850 Pohubka, Michael, Address Intentionally Omitted
518091852 Pointer, Coudell, Address Intentionally Omitted
518091853 Polanco, Jose, Address Intentionally Omitted
518091854 Polanco, Lisandy, Address Intentionally Omitted
518091858 Polidoro, Mark, Address Intentionally Omitted
518091859 Poling, Dalton, Address Intentionally Omitted
518091861 Pollard, Bashir-ibn, Address Intentionally Omitted
518091862 Pollard, Teresa, Address Intentionally Omitted
518091863 Pollard, Toroton, Address Intentionally Omitted
518091864 Pollard, William, Address Intentionally Omitted
518091865 Pollard, William, Address Intentionally Omitted
518091866 Pollucci, Michele, Address Intentionally Omitted
518091877 Pomian, James, Address Intentionally Omitted
518091879 Ponce, Victor, Address Intentionally Omitted
518091880 Ponesse, Andrew, Address Intentionally Omitted
518091881 Ponte, Joseph, Address Intentionally Omitted
518091882 Pontin, Jeffrey, Address Intentionally Omitted
518091884 Poole, Anthony, Address Intentionally Omitted
518091885 Poole, Thomas, Address Intentionally Omitted
518091886 Poorman, Eric, Address Intentionally Omitted
518091890 Pope, Raymond, Address Intentionally Omitted
518091891 Popelia, Kimberly, Address Intentionally Omitted
518091892 Popovych, Vladimir, Address Intentionally Omitted
518091893 Popp, Emily, Address Intentionally Omitted
518091894 Popp, Emily, Address Intentionally Omitted
518091895 Populus, Eric, Address Intentionally Omitted
518091896 Poquadeck, John, Address Intentionally Omitted
518091897 Poquette, Michael, Address Intentionally Omitted
518091899 Porr, Fred, Address Intentionally Omitted
518091903 Porter, Andre, Address Intentionally Omitted
518091904 Porter, Darvin, Address Intentionally Omitted
518091905 Porter, Efrem, Address Intentionally Omitted
518091906 Porter, Eric, Address Intentionally Omitted
518091907 Porter, Horace, Address Intentionally Omitted
518091908 Porter, Horace, Address Intentionally Omitted
518091909 Porter, Kenneth, Address Intentionally Omitted
518091910 Porter, Rayquan, Address Intentionally Omitted
518091911 Porter, Starla, Address Intentionally Omitted
518091912 Porterfield, Jeremy, Address Intentionally Omitted
518091913 Portillo, Rosa, Address Intentionally Omitted
518091914 Portis, Harrison, Address Intentionally Omitted
518091923 Possemato, Carissa, Address Intentionally Omitted
518091927 Potocki, Daniel, Address Intentionally Omitted
518091928 Potocki, Leo, Address Intentionally Omitted
518091931 Potter, Demonde, Address Intentionally Omitted
518091932 Potter, Douglas, Address Intentionally Omitted
518091933 Potter, Matthew, Address Intentionally Omitted
518091934 Potter, Michelle, Address Intentionally Omitted
518091935 Potter, Roger, Address Intentionally Omitted
518091936 Potts, Alice, Address Intentionally Omitted
518091937 Potts, Randall, Address Intentionally Omitted
518091939 Poullard, Brian, Address Intentionally Omitted
518091940 Powell, Maureen, Address Intentionally Omitted
518091941 Powell, Robert, Address Intentionally Omitted
518091942 Powell, William, Address Intentionally Omitted
518091956 Powers, Ja, Address Intentionally Omitted
518091957 Powley, Shannon, Address Intentionally Omitted
518091959 Poyle, Grant, Address Intentionally Omitted
518091960 Poyser, Andrew, Address Intentionally Omitted
518091972 Prager, Michael, Address Intentionally Omitted
518091973 Prasetyo, Eric, Address Intentionally Omitted
518091975 Pratt, Hugh, Address Intentionally Omitted
518091976 Prault, Michael, Address Intentionally Omitted
518091980 Prazenica, Stacy, Address Intentionally Omitted

***** BYPASSED RECIPIENTS (continued) *****

518091995 Predix, Nathan, Address Intentionally Omitted
518092010 Prentice, Derrick, Address Intentionally Omitted
518092012 Prescott, Scott, Address Intentionally Omitted
518092013 Prescott, Steven, Address Intentionally Omitted
518092019 Preston, Jeffrey, Address Intentionally Omitted
518092020 Presume, Jean, Address Intentionally Omitted
518092021 Previte, David, Address Intentionally Omitted
518092023 Prew, Scott, Address Intentionally Omitted
518092027 Price, Christopher, Address Intentionally Omitted
518092028 Price, Christopher, Address Intentionally Omitted
518092029 Price, Clarence, Address Intentionally Omitted
518092030 Price, Donald, Address Intentionally Omitted
518092031 Price, Fredrick, Address Intentionally Omitted
518092032 Price, Fredrick, Address Intentionally Omitted
518092033 Price, James, Address Intentionally Omitted
518092034 Price, Mark, Address Intentionally Omitted
518092035 Price, Mark, Address Intentionally Omitted
518092036 Price, Scott, Address Intentionally Omitted
518092037 Price, Trevor, Address Intentionally Omitted
518092038 Pricehance, Melvin, Address Intentionally Omitted
518092039 Prickett, Amy, Address Intentionally Omitted
518092041 Pridmore, Gary, Address Intentionally Omitted
518092053 Prince, Patrick, Address Intentionally Omitted
518092054 Prince, Richard, Address Intentionally Omitted
518092055 Prince-kessler, Holly, Address Intentionally Omitted
518092059 Principato, Jason, Address Intentionally Omitted
518092060 Pringle, Tramaine, Address Intentionally Omitted
518092063 Prior, Michael, Address Intentionally Omitted
518092077 Probe, David, Address Intentionally Omitted
518092081 Procopio, Joseph, Address Intentionally Omitted
518092082 Proctor, Eunetta, Address Intentionally Omitted
518092090 Proffitt, Matthew, Address Intentionally Omitted
518073703 Profix Professional Trailer Repair Inc
518092133 Prokopczyk, Albert, Address Intentionally Omitted
518092134 Prokopczyk, Brad, Address Intentionally Omitted
518092135 Prokopczyk, Zachary, Address Intentionally Omitted
518092143 Propson, Joel, Address Intentionally Omitted
518092153 Protsik, Mark, Address Intentionally Omitted
518092157 Province, Chester, Address Intentionally Omitted
518092158 Province, Chester, Address Intentionally Omitted
518092160 Pruitt, Curtis, Address Intentionally Omitted
518092161 Pruitt, Damiyr, Address Intentionally Omitted
518092162 Pruitt, Darnell, Address Intentionally Omitted
518092163 Prus, Janusz, Address Intentionally Omitted
518092164 Pryce, Brandon, Address Intentionally Omitted
518092165 Pryor, Joshua, Address Intentionally Omitted
518092166 Przybyciel, Stanislaw, Address Intentionally Omitted
518092179 Puccio, Charles, Address Intentionally Omitted
518092180 Puchovich, Shane, Address Intentionally Omitted
518092182 Pudelek, Matthew, Address Intentionally Omitted
518092183 Puehn, David, Address Intentionally Omitted
518092192 Puett, Antony, Address Intentionally Omitted
518092193 Pugh, Mark, Address Intentionally Omitted
518092195 Pulley, Dennis, Address Intentionally Omitted
518092196 Pulliam, Brandon, Address Intentionally Omitted
518092200 Puluc, Carlos, Address Intentionally Omitted
518092201 Puma, Michael, Address Intentionally Omitted
518092204 Purbaugh, David, Address Intentionally Omitted
518092205 Purcell, Kevin, Address Intentionally Omitted
518092209 Purnell, Antoinette, Address Intentionally Omitted
518092210 Purple, John, Address Intentionally Omitted
518092211 Purrington, Taylor, Address Intentionally Omitted
518092212 Purviance, Michael, Address Intentionally Omitted
518092214 Pushard, Craig, Address Intentionally Omitted
518092216 Puskarich, Michael, Address Intentionally Omitted
518092218 Pyron, Judson, Address Intentionally Omitted
518092220 Qasem, Adam, Address Intentionally Omitted
518092222 Quach, Thinh, Address Intentionally Omitted
518092242 Quarles, Allan, Address Intentionally Omitted
518092245 Quenneville, Alfred, Address Intentionally Omitted
518092246 Quesada-barrantes, Jose, Address Intentionally Omitted
518092247 Quesenberry, James, Address Intentionally Omitted
518092249 Quezada, Luis, Address Intentionally Omitted
518092258 Quick, John, Address Intentionally Omitted
518092259 Quiles, Edgar, Address Intentionally Omitted
518092260 Quillah, Marouf, Address Intentionally Omitted
518092263 Quinlivan, Stephen, Address Intentionally Omitted
518092265 Quinn, Kevin, Address Intentionally Omitted
518092266 Quinn, Robert, Address Intentionally Omitted

***** BYPASSED RECIPIENTS (continued) *****

518092267 Quinn, Zachary, Address Intentionally Omitted
518092268 Quinones, Confesor, Address Intentionally Omitted
518092269 Quinones, David, Address Intentionally Omitted
518092271 Quintana, Gerardo, Address Intentionally Omitted
518092272 Quiring, John, Address Intentionally Omitted
518092301 Rademacher, Pieter, Address Intentionally Omitted
518092302 Radford, Tejuan, Address Intentionally Omitted
518092310 Raditz, Gabrielle, Address Intentionally Omitted
518092311 Radotavich, Carl, Address Intentionally Omitted
518092313 Raffensberger, Bret, Address Intentionally Omitted
518092315 Rafferty, Fred, Address Intentionally Omitted
518092316 Raghavan, Indumathy, Address Intentionally Omitted
518092317 Ragone, Joseph, Address Intentionally Omitted
518092319 Rahman, Bahadur, Address Intentionally Omitted
518092320 Rahn, Matthew, Address Intentionally Omitted
518092322 Raiford, Ricky, Address Intentionally Omitted
518092324 Rainbow, Gary, Address Intentionally Omitted
518092325 Raines, Andrew, Address Intentionally Omitted
518092326 Raines, Jerry, Address Intentionally Omitted
518092327 Rainey, Quinn, Address Intentionally Omitted
518092328 Rainey, Reginald, Address Intentionally Omitted
518092332 Rakowski, Edward, Address Intentionally Omitted
518092335 Ralph, John, Address Intentionally Omitted
518092339 Rambo, William, Address Intentionally Omitted
518092340 Rambone, Robert, Address Intentionally Omitted
518092341 Ramirez Medina, Harry, Address Intentionally Omitted
518092342 Ramirez Rivera, Jorge, Address Intentionally Omitted
518092343 Ramirez, Jorge, Address Intentionally Omitted
518092344 Ramirez, Luis, Address Intentionally Omitted
518092345 Ramirez-santana, Raymundi, Address Intentionally Omitted
518092347 Ramon, Eriberto, Address Intentionally Omitted
518092350 Ramos, Aleazar, Address Intentionally Omitted
518092351 Ramos, Alejandro, Address Intentionally Omitted
518092352 Ramos, Brandon, Address Intentionally Omitted
518092353 Ramos, Evelyn, Address Intentionally Omitted
518092354 Ramos, Laura, Address Intentionally Omitted
518092355 Ramos, Paul, Address Intentionally Omitted
518092356 Ramos, Petrin, Address Intentionally Omitted
518092357 Ramos, Tomas, Address Intentionally Omitted
518092358 Ramos-aldea, Leonardo, Address Intentionally Omitted
518092359 Ramos-ayala, Samuel, Address Intentionally Omitted
518092360 Ramos-garcia, Gere, Address Intentionally Omitted
518092361 Rampersad, Teresa, Address Intentionally Omitted
518092362 Ramsarran, Parmanand, Address Intentionally Omitted
518092364 Ramsey, Terrence, Address Intentionally Omitted
518092365 Ramsey, Tyler, Address Intentionally Omitted
518092366 Ranck, Dalyn, Address Intentionally Omitted
518092370 Randall, Joseph, Address Intentionally Omitted
518092372 Randich, Dan, Address Intentionally Omitted
518092373 Randis, Karey, Address Intentionally Omitted
518092374 Randolph, April, Address Intentionally Omitted
518092375 Randolph, Dyjun, Address Intentionally Omitted
518092376 Randolph, Joseph, Address Intentionally Omitted
518092377 Randolph, Michael, Address Intentionally Omitted
518092378 Randolph, Tyease, Address Intentionally Omitted
518092388 Rankins, Terry, Address Intentionally Omitted
518092390 Ranyak, John, Address Intentionally Omitted
518092393 Raposo, Michael, Address Intentionally Omitted
518092395 Rappe, Michael, Address Intentionally Omitted
518092397 Rasey, Aaron, Address Intentionally Omitted
518092398 Rasey, Gary, Address Intentionally Omitted
518092400 Rasheed, Ibn Amin, Address Intentionally Omitted
518092401 Rasheed, Lester, Address Intentionally Omitted
518092402 Rasmussen, Steven, Address Intentionally Omitted
518092403 Rauch, Robert, Address Intentionally Omitted
518092404 Raudales, Jason, Address Intentionally Omitted
518092405 Rauer, Margaret, Address Intentionally Omitted
518092406 Rauer, Sharon, Address Intentionally Omitted
518092409 Raum, Lori, Address Intentionally Omitted
518092410 Raven, Keyontai, Address Intentionally Omitted
518092411 Ravenscraft, Harvey, Address Intentionally Omitted
518092412 Rawding, Stephanie, Address Intentionally Omitted
518092422 Ray, Edward, Address Intentionally Omitted
518092423 Ray, Leonard, Address Intentionally Omitted
518092424 Raya, Niko, Address Intentionally Omitted
518092434 Raymond, Carroll, Address Intentionally Omitted
518092435 Raynor, Michele, Address Intentionally Omitted
518092439 Rea, Cindi, Address Intentionally Omitted
518092447 Rebman, Rodney, Address Intentionally Omitted

***** BYPASSED RECIPIENTS (continued) *****

518092451 Recio Lopez, Miguel, Address Intentionally Omitted
518092455 Record, Anthony, Address Intentionally Omitted
518092469 Redcross, Carl, Address Intentionally Omitted
518092470 Redding, Anthony, Address Intentionally Omitted
518092471 Redfearn, Janatha, Address Intentionally Omitted
518092475 Redpath, Tylor, Address Intentionally Omitted
518092482 Reed, Albert, Address Intentionally Omitted
518092483 Reed, Albert, Address Intentionally Omitted
518092484 Reed, Diana, Address Intentionally Omitted
518092485 Reed, Edward, Address Intentionally Omitted
518092486 Reed, Maurice, Address Intentionally Omitted
518092487 Reed, Michael, Address Intentionally Omitted
518092488 Reed, Philip, Address Intentionally Omitted
518092489 Reed, Terrence, Address Intentionally Omitted
518092490 Reed, Timothy, Address Intentionally Omitted
518092491 Reed, Travis, Address Intentionally Omitted
518092492 Reed-kennedy, Shannon, Address Intentionally Omitted
518092493 Reedy, Laurie, Address Intentionally Omitted
518092494 Reedy, Timothy, Address Intentionally Omitted
518092496 Reese, Allen, Address Intentionally Omitted
518092497 Reese, Jeffrey, Address Intentionally Omitted
518092498 Reese, Sarita, Address Intentionally Omitted
518092499 Reeser, Brandon, Address Intentionally Omitted
518092500 Reeves, Corey, Address Intentionally Omitted
518092501 Reeves, Demarcus, Address Intentionally Omitted
518092502 Reeves, Hassan, Address Intentionally Omitted
518092503 Reeves, James, Address Intentionally Omitted
518092504 Reeves, Jesse, Address Intentionally Omitted
518092505 Reeves, Joseph, Address Intentionally Omitted
518092506 Reeves, Todd, Address Intentionally Omitted
518092507 Reevey, Ernest, Address Intentionally Omitted
518092511 Reger, Richard, Address Intentionally Omitted
518092517 Register, Dwight, Address Intentionally Omitted
518092518 Rehm, Noah, Address Intentionally Omitted
518092519 Rehrig, Matthew, Address Intentionally Omitted
518092535 Reid, Carl, Address Intentionally Omitted
518092536 Reid, Darnell, Address Intentionally Omitted
518092537 Reid, Darryll, Address Intentionally Omitted
518092538 Reid, Robert, Address Intentionally Omitted
518092539 Reilly, Donald, Address Intentionally Omitted
518092542 Reinhardt, James, Address Intentionally Omitted
518092544 Reinhart, Clifford, Address Intentionally Omitted
518092545 Reisler, Earl, Address Intentionally Omitted
518092546 Reiss, David, Address Intentionally Omitted
518092551 Relyea, Teri, Address Intentionally Omitted
518092554 Rembecki, Jeffry, Address Intentionally Omitted
518092555 Remeikis, Luann, Address Intentionally Omitted
518092556 Remillard, Michelle, Address Intentionally Omitted
518092558 Remmel, Willard, Address Intentionally Omitted
518092560 Remsburg, Joshua, Address Intentionally Omitted
518092561 Renard, Robert, Address Intentionally Omitted
518092562 Renchko, Albert, Address Intentionally Omitted
518092563 Rene, Roosevelt, Address Intentionally Omitted
518092566 Renehan, Raymond, Address Intentionally Omitted
518092567 Renfrew, Walter, Address Intentionally Omitted
518092568 Renn, Robert, Address Intentionally Omitted
518092569 Rennick, Jennifer, Address Intentionally Omitted
518092571 Renza, Raymond, Address Intentionally Omitted
518092575 Repetsky, Jonathan, Address Intentionally Omitted
518092581 Respress, Joe, Address Intentionally Omitted
518092586 Rettig, Lori, Address Intentionally Omitted
518092588 Rex, Bruce, Address Intentionally Omitted
518092589 Rex, Scott, Address Intentionally Omitted
518092592 Rey, Alexandre, Address Intentionally Omitted
518092593 Rey, Robert, Address Intentionally Omitted
518092594 Reyes Almodovar, Francisco, Address Intentionally Omitted
518092595 Reyes Rosado, Irving, Address Intentionally Omitted
518092596 Reyes, Alexander, Address Intentionally Omitted
518092597 Reyes, Amanda, Address Intentionally Omitted
518092598 Reyes, Andrew, Address Intentionally Omitted
518092599 Reyes, Eddison, Address Intentionally Omitted
518092600 Reyes, Edin, Address Intentionally Omitted
518092601 Reyes, Edwin, Address Intentionally Omitted
518092602 Reyes, Jennifer, Address Intentionally Omitted
518092603 Reyes, Yari, Address Intentionally Omitted
518092605 Reynolds, Alesia, Address Intentionally Omitted
518092606 Reynolds, James, Address Intentionally Omitted
518092607 Reynolds, Kenneth, Address Intentionally Omitted
518092608 Reynolds, Kyren, Address Intentionally Omitted

***** BYPASSED RECIPIENTS (continued) *****

518092609 Reynolds, Philip, Address Intentionally Omitted
518092610 Reynolds, Tauliddin, Address Intentionally Omitted
518092611 Reynolds, William, Address Intentionally Omitted
518092612 Reynosa, Gerson, Address Intentionally Omitted
518092613 Reynoso Lozano, Juan, Address Intentionally Omitted
518092618 Rheel, Thomas, Address Intentionally Omitted
518092621 Rhoads, Christopher, Address Intentionally Omitted
518092634 Rhodes, Charles, Address Intentionally Omitted
518092635 Rhodes, Jeffrey, Address Intentionally Omitted
518092636 Rhodes, Rodney, Address Intentionally Omitted
518092644 Rias, Herbert, Address Intentionally Omitted
518092645 Riback, Robert, Address Intentionally Omitted
518092647 Riberdy, Steven, Address Intentionally Omitted
518092650 Ricci, Brian, Address Intentionally Omitted
518092651 Ricci, Lisa, Address Intentionally Omitted
518092652 Ricciardone, Pasquale, Address Intentionally Omitted
518092653 Riccio, Christopher, Address Intentionally Omitted
518092654 Riccio, Matthew, Address Intentionally Omitted
518092655 Ricco, Henry, Address Intentionally Omitted
518092656 Rice, Billiejo, Address Intentionally Omitted
518092657 Rice, Brandon, Address Intentionally Omitted
518092658 Rice, Chris, Address Intentionally Omitted
518092659 Rice, Daniel, Address Intentionally Omitted
518092660 Rice, Gregory, Address Intentionally Omitted
518092661 Rice, Jeffrey, Address Intentionally Omitted
518092662 Rice, Lance, Address Intentionally Omitted
518092663 Rice, Matthew, Address Intentionally Omitted
518092664 Rice, Rudolph, Address Intentionally Omitted
518092665 Rice, Tawnya, Address Intentionally Omitted
518092666 Rice, Tyler, Address Intentionally Omitted
518092668 Rich, Alyssa, Address Intentionally Omitted
518092669 Rich, Douglas, Address Intentionally Omitted
518092678 Richard, David, Address Intentionally Omitted
518092679 Richard, John, Address Intentionally Omitted
518092680 Richard, William, Address Intentionally Omitted
518092681 Richards, Dean, Address Intentionally Omitted
518092682 Richards, Dustyn, Address Intentionally Omitted
518092683 Richards, Kenneth, Address Intentionally Omitted
518092684 Richards, Patrick, Address Intentionally Omitted
518092685 Richards, Sheon, Address Intentionally Omitted
518092687 Richardson, Carenna, Address Intentionally Omitted
518092688 Richardson, Craig, Address Intentionally Omitted
518092689 Richardson, Daniel, Address Intentionally Omitted
518092690 Richardson, Ernest, Address Intentionally Omitted
518092691 Richardson, Frederick, Address Intentionally Omitted
518092692 Richardson, Gerard, Address Intentionally Omitted
518092693 Richardson, Gerard, Address Intentionally Omitted
518092694 Richardson, Gerard, Address Intentionally Omitted
518092695 Richardson, Jacqueline, Address Intentionally Omitted
518092696 Richardson, Jacqueline, Address Intentionally Omitted
518092697 Richardson, James, Address Intentionally Omitted
518092698 Richardson, Kristopher, Address Intentionally Omitted
518092699 Richardson, Lamar, Address Intentionally Omitted
518092700 Richardson, Michelle, Address Intentionally Omitted
518092701 Richardson, Richie, Address Intentionally Omitted
518092702 Richardson, Troy, Address Intentionally Omitted
518092703 Richardson, William, Address Intentionally Omitted
518092705 Richie, Brian, Address Intentionally Omitted
518092706 Richman, Linda, Address Intentionally Omitted
518092712 Richter, Robert, Address Intentionally Omitted
518092713 Rickard, John, Address Intentionally Omitted
518092715 Ricker, Joseph, Address Intentionally Omitted
518092716 Ricketts, Mark, Address Intentionally Omitted
518092717 Ricks, Denise, Address Intentionally Omitted
518092724 Ricotta, Joseph, Address Intentionally Omitted
518092725 Riddick, Mabou, Address Intentionally Omitted
518092726 Riddle, David, Address Intentionally Omitted
518092728 Ridge, Peter, Address Intentionally Omitted
518092730 Ridgeway, Jeffery, Address Intentionally Omitted
518092732 Rieder, Joshua, Address Intentionally Omitted
518092733 Riegert, Mark, Address Intentionally Omitted
518092734 Riemer, James, Address Intentionally Omitted
518092735 Riester, Ashlee, Address Intentionally Omitted
518092742 Riley, Brian, Address Intentionally Omitted
518092743 Riley, Desmond, Address Intentionally Omitted
518092744 Riley, Larry, Address Intentionally Omitted
518092745 Riley, Nina, Address Intentionally Omitted
518092746 Riley, Richard, Address Intentionally Omitted
518092747 Riley, Ruby, Address Intentionally Omitted

***** BYPASSED RECIPIENTS (continued) *****

518092748 Riley, Stephan, Address Intentionally Omitted
518092749 Riley, William, Address Intentionally Omitted
518092752 Rimmer, Robert, Address Intentionally Omitted
518092753 Rimsky, Jennifer, Address Intentionally Omitted
518092754 Ring, Terrence, Address Intentionally Omitted
518092755 Ringrose, James, Address Intentionally Omitted
518092756 Ringwood, Thomas, Address Intentionally Omitted
518092757 Rintye, Michael, Address Intentionally Omitted
518092758 Rinvil, Ruby, Address Intentionally Omitted
518092759 Rios, Albert, Address Intentionally Omitted
518092760 Rios, Miguel, Address Intentionally Omitted
518092763 Riscart, Ronald, Address Intentionally Omitted
518092764 Risdon, Thomas, Address Intentionally Omitted
518092765 Risk, Joshua, Address Intentionally Omitted
518092766 Rissinger, Cory, Address Intentionally Omitted
518092767 Rissman, William, Address Intentionally Omitted
518092772 Ritchey, Mark, Address Intentionally Omitted
518092773 Ritchey, Wayne, Address Intentionally Omitted
518092774 Ritchie, Ryan, Address Intentionally Omitted
518092779 Ritenour, James, Address Intentionally Omitted
518092782 Ritz, Robert, Address Intentionally Omitted
518092783 Ritzenthaler, Deborah, Address Intentionally Omitted
518092784 Rivas, Arturo, Address Intentionally Omitted
518092787 Rivera Lopez, Carlos, Address Intentionally Omitted
518092788 Rivera Malave, Osvaldo, Address Intentionally Omitted
518092789 Rivera Sanchez, Edwin, Address Intentionally Omitted
518092790 Rivera, Alvin, Address Intentionally Omitted
518092791 Rivera, Angelica, Address Intentionally Omitted
518092792 Rivera, Christian, Address Intentionally Omitted
518092793 Rivera, David, Address Intentionally Omitted
518092794 Rivera, Gladys, Address Intentionally Omitted
518092795 Rivera, Gloria, Address Intentionally Omitted
518092796 Rivera, Jason, Address Intentionally Omitted
518092797 Rivera, Jennifer, Address Intentionally Omitted
518092798 Rivera, Julia, Address Intentionally Omitted
518092799 Rivera, Michael, Address Intentionally Omitted
518092800 Rivera, Odilon, Address Intentionally Omitted
518092801 Rivera, Romauldo, Address Intentionally Omitted
518092802 Rivera, Ryan, Address Intentionally Omitted
518092803 Rivera, William, Address Intentionally Omitted
518092804 Rivera, William, Address Intentionally Omitted
518092805 Rivera, Willmer, Address Intentionally Omitted
518092806 Rivera-mejia, Rafael, Address Intentionally Omitted
518092807 Rivero, Eddie, Address Intentionally Omitted
518092808 Rivers, James, Address Intentionally Omitted
518092809 Rivers, John, Address Intentionally Omitted
518092815 Rizzo, Michael, Address Intentionally Omitted
518092830 Roa Romero, Yan Carlo, Address Intentionally Omitted
518092831 Roa, Joseph, Address Intentionally Omitted
518092832 Roach, Diven, Address Intentionally Omitted
518092842 Roark, Karen, Address Intentionally Omitted
518092843 Roark, Katelyn, Address Intentionally Omitted
518092847 Robbins, Dylan, Address Intentionally Omitted
518092848 Roberge, Carrie, Address Intentionally Omitted
518092849 Roberson, Eric, Address Intentionally Omitted
518092871 Robert, Christian, Address Intentionally Omitted
518092872 Robert, Scott, Address Intentionally Omitted
518092880 Roberts, Andrew, Address Intentionally Omitted
518092881 Roberts, Andy, Address Intentionally Omitted
518092882 Roberts, Cameron, Address Intentionally Omitted
518092883 Roberts, Craig, Address Intentionally Omitted
518092884 Roberts, David, Address Intentionally Omitted
518092885 Roberts, Derrick, Address Intentionally Omitted
518092886 Roberts, Donald, Address Intentionally Omitted
518092887 Roberts, Donna, Address Intentionally Omitted
518092888 Roberts, Eric, Address Intentionally Omitted
518092889 Roberts, Jefferson, Address Intentionally Omitted
518092890 Roberts, Justin, Address Intentionally Omitted
518092891 Roberts, Michael, Address Intentionally Omitted
518092892 Roberts, Richard, Address Intentionally Omitted
518092895 Robertson, Aubrey, Address Intentionally Omitted
518092896 Robertson, Bruce, Address Intentionally Omitted
518092897 Robertson, Cohen, Address Intentionally Omitted
518092898 Robertson, David, Address Intentionally Omitted
518092899 Robichaud, Terrance, Address Intentionally Omitted
518092903 Robin, Christopher, Address Intentionally Omitted
518092905 Robinson, Alphonso, Address Intentionally Omitted
518092906 Robinson, Andre, Address Intentionally Omitted
518092907 Robinson, Charles, Address Intentionally Omitted

***** BYPASSED RECIPIENTS (continued) *****

518092908 Robinson, Charles, Address Intentionally Omitted
518092909 Robinson, Christopher, Address Intentionally Omitted
518092910 Robinson, Dalray, Address Intentionally Omitted
518092911 Robinson, Eric, Address Intentionally Omitted
518092912 Robinson, Genorace, Address Intentionally Omitted
518092913 Robinson, Joseph, Address Intentionally Omitted
518092914 Robinson, Katrina, Address Intentionally Omitted
518092915 Robinson, Kelly, Address Intentionally Omitted
518092916 Robinson, Kennard, Address Intentionally Omitted
518092917 Robinson, Mason, Address Intentionally Omitted
518092918 Robinson, Naim, Address Intentionally Omitted
518092919 Robinson, Nickolas, Address Intentionally Omitted
518092920 Robinson, Shalah, Address Intentionally Omitted
518092921 Robinson, William, Address Intentionally Omitted
518092922 Robles, Carmelo, Address Intentionally Omitted
518092923 Robles, Santos, Address Intentionally Omitted
518092925 Roche, Joseph, Address Intentionally Omitted
518092931 Rocke, Sean, Address Intentionally Omitted
518092940 Rocoff, Gary, Address Intentionally Omitted
518092941 Rodabaugh, Aaron, Address Intentionally Omitted
518092942 Rodas, Mario, Address Intentionally Omitted
518092943 Roddin, Barbara, Address Intentionally Omitted
518092944 Rodemoyer, Neal, Address Intentionally Omitted
518092945 Rodgers, Brandon, Address Intentionally Omitted
518092946 Rodgers, Kevin, Address Intentionally Omitted
518092947 Rodman, Craig, Address Intentionally Omitted
518092948 Rodman, Richard, Address Intentionally Omitted
518092949 Rodrigue, Normand, Address Intentionally Omitted
518092950 Rodrigues, Joseph, Address Intentionally Omitted
518092951 Rodriguez Almonte, Juan, Address Intentionally Omitted
518092952 Rodriguez Bauza, Anibal, Address Intentionally Omitted
518092953 Rodriguez Bravo, Luis, Address Intentionally Omitted
518092954 Rodriguez Cruz, Cecilio, Address Intentionally Omitted
518092955 Rodriguez Santiago, Francis, Address Intentionally Omitted
518092956 Rodriguez, Adam, Address Intentionally Omitted
518092957 Rodriguez, Adrian, Address Intentionally Omitted
518092958 Rodriguez, Aldo, Address Intentionally Omitted
518092959 Rodriguez, Alfoncito, Address Intentionally Omitted
518092960 Rodriguez, Andres, Address Intentionally Omitted
518092961 Rodriguez, Anthony, Address Intentionally Omitted
518092962 Rodriguez, Arturo, Address Intentionally Omitted
518092963 Rodriguez, Blake, Address Intentionally Omitted
518092964 Rodriguez, David, Address Intentionally Omitted
518092965 Rodriguez, Deangelo, Address Intentionally Omitted
518092966 Rodriguez, Edward, Address Intentionally Omitted
518092967 Rodriguez, Edy, Address Intentionally Omitted
518092968 Rodriguez, Emilee, Address Intentionally Omitted
518092969 Rodriguez, Erich, Address Intentionally Omitted
518092970 Rodriguez, Geraldo, Address Intentionally Omitted
518092971 Rodriguez, Hector, Address Intentionally Omitted
518092973 Rodriguez, Jesus, Address Intentionally Omitted
518092974 Rodriguez, Jonathan, Address Intentionally Omitted
518092975 Rodriguez, Jose, Address Intentionally Omitted
518092976 Rodriguez, Jose, Address Intentionally Omitted
518092977 Rodriguez, Joshua, Address Intentionally Omitted
518092978 Rodriguez, Juan, Address Intentionally Omitted
518092979 Rodriguez, Karina, Address Intentionally Omitted
518092980 Rodriguez, Luis, Address Intentionally Omitted
518092981 Rodriguez, Luis, Address Intentionally Omitted
518092982 Rodriguez, Mark, Address Intentionally Omitted
518092983 Rodriguez, Marysol, Address Intentionally Omitted
518092984 Rodriguez, Miguel, Address Intentionally Omitted
518092985 Rodriguez, Oscar, Address Intentionally Omitted
518092986 Rodriguez, Phillip, Address Intentionally Omitted
518092987 Rodriguez, Ridio, Address Intentionally Omitted
518092988 Rodriguez, Rosa, Address Intentionally Omitted
518092989 Rodriguez, Wascar, Address Intentionally Omitted
518092990 Rodriguez, Yulier, Address Intentionally Omitted
518092991 Rodriguez-jorge, Nayroliza, Address Intentionally Omitted
518092992 Rodriguez-rodrigue, Francis, Address Intentionally Omitted
518092993 Rodriguez-ventura, Jose, Address Intentionally Omitted
518092994 Roe, David, Address Intentionally Omitted
518092995 Roe, Jacob, Address Intentionally Omitted
518092996 Roe, Theresa, Address Intentionally Omitted
518092997 Roedl, Douglas, Address Intentionally Omitted
518092999 Roescher, Brad, Address Intentionally Omitted
518093001 Rogachesky, Nathan, Address Intentionally Omitted
518093002 Rogalski, Keith, Address Intentionally Omitted
518093008 Rogers, Alajawon, Address Intentionally Omitted

***** BYPASSED RECIPIENTS (continued) *****

518093009 Rogers, Don, Address Intentionally Omitted
518093010 Rogers, James, Address Intentionally Omitted
518093011 Rogers, Matthew, Address Intentionally Omitted
518093012 Rogers, Paul, Address Intentionally Omitted
518093013 Rogers, Thomas, Address Intentionally Omitted
518093014 Rogers, Wayne, Address Intentionally Omitted
518093016 Rohr, Douglas, Address Intentionally Omitted
518093018 Roldan, David, Address Intentionally Omitted
518093019 Roldan, David, Address Intentionally Omitted
518093020 Roldan, Fredy, Address Intentionally Omitted
518093027 Rollin, John, Address Intentionally Omitted
518093029 Rollins, Donald, Address Intentionally Omitted
518093030 Rollins, Moises, Address Intentionally Omitted
518093031 Roman Stewart, Javon, Address Intentionally Omitted
518093032 Roman, Daniel, Address Intentionally Omitted
518093033 Roman, Francisco, Address Intentionally Omitted
518093034 Romand, Meaghan, Address Intentionally Omitted
518093035 Romberger, David, Address Intentionally Omitted
518093036 Romberger, Ryan, Address Intentionally Omitted
518093037 Romeo, Stephanie, Address Intentionally Omitted
518093038 Romero Baez, Estela, Address Intentionally Omitted
518093039 Romero Reyes, Uvaldo, Address Intentionally Omitted
518093040 Romero, Adalberto, Address Intentionally Omitted
518093041 Romero, Jose, Address Intentionally Omitted
518093042 Romero, Ricardo, Address Intentionally Omitted
518093052 Ronceros, Luis, Address Intentionally Omitted
518093053 Roncone, Scott, Address Intentionally Omitted
518093059 Rood, Anthony, Address Intentionally Omitted
518093061 Rooney, Katrina, Address Intentionally Omitted
518093062 Rooney, Sean, Address Intentionally Omitted
518093065 Roque, Benjamin, Address Intentionally Omitted
518093066 Roque, Carlos, Address Intentionally Omitted
518093067 Roque, Frankie, Address Intentionally Omitted
518093068 Rorrer, Curtis, Address Intentionally Omitted
518093069 Rorrer, Troy, Address Intentionally Omitted
518093077 Rosa, Hector, Address Intentionally Omitted
518093078 Rosa, Nelson, Address Intentionally Omitted
518093079 Rosa, Oscar, Address Intentionally Omitted
518093080 Rosado, Ivan, Address Intentionally Omitted
518093081 Rosales, Fernando, Address Intentionally Omitted
518093083 Rosario, Bernard, Address Intentionally Omitted
518093084 Rosario, Christopher, Address Intentionally Omitted
518093085 Rosario, Jair, Address Intentionally Omitted
518093086 Rosario, Joaquin, Address Intentionally Omitted
518093087 Rosario, Jorge, Address Intentionally Omitted
518093088 Rosario, Justin, Address Intentionally Omitted
518093089 Rosario, Luis, Address Intentionally Omitted
518093090 Rosario, Rayniery, Address Intentionally Omitted
518093091 Rosart, Paula, Address Intentionally Omitted
518093092 Rosber, Reginald, Address Intentionally Omitted
518093093 Rosch, Ashley, Address Intentionally Omitted
518093095 Rose, Gary, Address Intentionally Omitted
518093096 Rose, Ian, Address Intentionally Omitted
518093097 Rose, Jacob, Address Intentionally Omitted
518093098 Rose, Kaasim, Address Intentionally Omitted
518093099 Rose, Melinda, Address Intentionally Omitted
518093100 Rose, Raymond, Address Intentionally Omitted
518093101 Rosebure, Gail, Address Intentionally Omitted
518093103 Rosier, John, Address Intentionally Omitted
518093106 Ross, David, Address Intentionally Omitted
518093107 Ross, Quartez, Address Intentionally Omitted
518093108 Ross, Sean, Address Intentionally Omitted
518093109 Ross, Sean, Address Intentionally Omitted
518093110 Ross, Steven, Address Intentionally Omitted
518093111 Ross, Travis, Address Intentionally Omitted
518093113 Roszak, Richard, Address Intentionally Omitted
518093114 Rothe, Ryan, Address Intentionally Omitted
518093115 Rothwell, Heather, Address Intentionally Omitted
518093116 Rothwell, Rachel, Address Intentionally Omitted
518093117 Rothwell, Sarah, Address Intentionally Omitted
518093121 Rountree, Raymond, Address Intentionally Omitted
518093126 Rowe, Adrian, Address Intentionally Omitted
518093130 Roy, Robert, Address Intentionally Omitted
518093131 Roy, Ronald, Address Intentionally Omitted
518093132 Roy, Timothy, Address Intentionally Omitted
518093145 Royal, Alexander, Address Intentionally Omitted
518093146 Royal, Darashon, Address Intentionally Omitted
518093148 Royce, Charles, Address Intentionally Omitted
518093149 Rozzi, Anthony, Address Intentionally Omitted

***** BYPASSED RECIPIENTS (continued) *****

518093163 Rubel, Keith, Address Intentionally Omitted
518093164 Rubenstein, Todd, Address Intentionally Omitted
518093166 Rubino, Kenneth, Address Intentionally Omitted
518093168 Rucker, Anthony, Address Intentionally Omitted
518093169 Rucker, James, Address Intentionally Omitted
518093171 Rudelitch, Michael, Address Intentionally Omitted
518093172 Rudolph, Kenneth, Address Intentionally Omitted
518093173 Ruela, Ana Maria, Address Intentionally Omitted
518093174 Ruff-kalmes, Donna, Address Intentionally Omitted
518093175 Ruffin, Domonic, Address Intentionally Omitted
518093179 Ruggiero, Richard, Address Intentionally Omitted
518093180 Ruiz Enciso, Claudia, Address Intentionally Omitted
518093181 Ruiz Vazquez, Aladino, Address Intentionally Omitted
518093182 Ruiz, Carlos, Address Intentionally Omitted
518093183 Ruiz, Diana, Address Intentionally Omitted
518093184 Ruiz, Eugenio, Address Intentionally Omitted
518093185 Ruiz, Kevin, Address Intentionally Omitted
518093186 Ruiz, Reynaldo, Address Intentionally Omitted
518093187 Rule, Edward, Address Intentionally Omitted
518093189 Rumph, Bernard, Address Intentionally Omitted
518093191 Runyon, Robert, Address Intentionally Omitted
518093192 Ruple, Thomas, Address Intentionally Omitted
518093196 Rushing, Kevin, Address Intentionally Omitted
518093197 Rusiecki, David, Address Intentionally Omitted
518093200 Russell, Barry, Address Intentionally Omitted
518093201 Russell, Derrick, Address Intentionally Omitted
518093202 Russell, Jhavon, Address Intentionally Omitted
518093203 Russell, Kenneth, Address Intentionally Omitted
518093204 Russell, Louis, Address Intentionally Omitted
518093205 Russell, Robert, Address Intentionally Omitted
518093207 Russian, Zachary, Address Intentionally Omitted
518093208 Russo, James, Address Intentionally Omitted
518093209 Russo, Ronald, Address Intentionally Omitted
518093217 Rutkowski, Andrew, Address Intentionally Omitted
518093218 Rutledge, Krystal, Address Intentionally Omitted
518093219 Ruzzo, Justin, Address Intentionally Omitted
518093223 Ryan, James, Address Intentionally Omitted
518093224 Ryan, Joseph, Address Intentionally Omitted
518093225 Ryan, Keith, Address Intentionally Omitted
518093227 Rybak, Seth, Address Intentionally Omitted
518093239 Ryder, Joshua, Address Intentionally Omitted
518093240 Ryder, Terrence, Address Intentionally Omitted
518093241 Ryea, David, Address Intentionally Omitted
518093245 Rytuba, Charles, Address Intentionally Omitted
518093257 Saar, Oyearsu, Address Intentionally Omitted
518093258 Saavedra Palma, Gonzalo, Address Intentionally Omitted
518093259 Sabando, Lizette, Address Intentionally Omitted
518093260 Sabatini, Kerrie, Address Intentionally Omitted
518093263 Sabin, Alyssa, Address Intentionally Omitted
518093264 Sabo, Corey, Address Intentionally Omitted
518093267 Sadler, Ahmad, Address Intentionally Omitted
518093268 Sadler, Christyne, Address Intentionally Omitted
518093269 Sadler, Dawn, Address Intentionally Omitted
518093271 Saenz Umana, Gerson, Address Intentionally Omitted
518093283 Safranek, Raymond, Address Intentionally Omitted
518093286 Sage, Larry, Address Intentionally Omitted
518093288 Sager, Charles, Address Intentionally Omitted
518093294 Saia, Alan, Address Intentionally Omitted
518093295 Saia, Jeffrey, Address Intentionally Omitted
518093296 Said, Moussa, Address Intentionally Omitted
518093307 Saiwai, Arkie, Address Intentionally Omitted
518093310 Salas, Kevin, Address Intentionally Omitted
518093311 Salas, Marcos, Address Intentionally Omitted
518093312 Salazar Palacio, Juan, Address Intentionally Omitted
518093313 Salcedo, Marilyn, Address Intentionally Omitted
518093314 Saldarriaga, Sebastian, Address Intentionally Omitted
518093317 Salerno, Charles, Address Intentionally Omitted
518093318 Salgado, Fidel, Address Intentionally Omitted
518093319 Saliba, Christopher, Address Intentionally Omitted
518093320 Salinas, Pablo, Address Intentionally Omitted
518093321 Salisbury, George, Address Intentionally Omitted
518093322 Salisbury, Keith, Address Intentionally Omitted
518093323 Salisbury, Sandra, Address Intentionally Omitted
518093324 Sall, Khady, Address Intentionally Omitted
518093327 Salmeron, John, Address Intentionally Omitted
518093328 Salmon, Craig, Address Intentionally Omitted
518093329 Salmons, William, Address Intentionally Omitted
518093331 Salter-west, Daniel, Address Intentionally Omitted
518093332 Salters, Tamar, Address Intentionally Omitted

***** BYPASSED RECIPIENTS (continued) *****

518093334 Salvato, Michael, Address Intentionally Omitted
518093340 Samaritano, Marc, Address Intentionally Omitted
518093342 Sampedro, Angel, Address Intentionally Omitted
518093343 Sample, Lamont, Address Intentionally Omitted
518093344 Sample, Robert, Address Intentionally Omitted
518093345 Sampson, Eleanor, Address Intentionally Omitted
518093346 Sampson, James, Address Intentionally Omitted
518093347 Sampson, James, Address Intentionally Omitted
518093348 Sampson, Jerrodd, Address Intentionally Omitted
518093353 Samuel Jose, Dauwill, Address Intentionally Omitted
518093359 Samuel, Dante, Address Intentionally Omitted
518093360 Samuels, Patrick, Address Intentionally Omitted
518093361 Samuels, Troy, Address Intentionally Omitted
518093365 Sanalitro, Robert, Address Intentionally Omitted
518093366 Sanchez Generali, Agustin, Address Intentionally Omitted
518093367 Sanchez Pinzon, Jessica, Address Intentionally Omitted
518093368 Sanchez, Andrew, Address Intentionally Omitted
518093369 Sanchez, Angel, Address Intentionally Omitted
518093370 Sanchez, Angel, Address Intentionally Omitted
518093371 Sanchez, Angel, Address Intentionally Omitted
518093372 Sanchez, Anyi, Address Intentionally Omitted
518093373 Sanchez, Brenda, Address Intentionally Omitted
518093374 Sanchez, Daniel, Address Intentionally Omitted
518093375 Sanchez, Fernando, Address Intentionally Omitted
518093376 Sanchez, Gabriel, Address Intentionally Omitted
518093377 Sanchez, Henry, Address Intentionally Omitted
518093378 Sanchez, Joel, Address Intentionally Omitted
518093379 Sanchez, Joseph, Address Intentionally Omitted
518093380 Sanchez, Marie, Address Intentionally Omitted
518093381 Sanchez, Mario, Address Intentionally Omitted
518093382 Sanchez, Noel, Address Intentionally Omitted
518093383 Sanchez, Primitivo, Address Intentionally Omitted
518093384 Sanchez, Rafael, Address Intentionally Omitted
518093385 Sanchez, Raul, Address Intentionally Omitted
518093386 Sanchez, Rene, Address Intentionally Omitted
518093387 Sanchez-ybazeta, Janeth, Address Intentionally Omitted
518093389 Sanden, Timothy, Address Intentionally Omitted
518093390 Sanders, Anthony, Address Intentionally Omitted
518093391 Sanders, Ashley, Address Intentionally Omitted
518093392 Sanders, Domonique, Address Intentionally Omitted
518093393 Sanders, Erin, Address Intentionally Omitted
518093394 Sanders, Lenard, Address Intentionally Omitted
518093395 Sanders, Robert, Address Intentionally Omitted
518093396 Sanders, Ryan, Address Intentionally Omitted
518093397 Sanders, Steven, Address Intentionally Omitted
518093398 Sanderson, Mark, Address Intentionally Omitted
518093399 Sanderson, Ronald, Address Intentionally Omitted
518093400 Sandford, Dolores, Address Intentionally Omitted
518093401 Sandifer, Herman, Address Intentionally Omitted
518093402 Sandin, Todd, Address Intentionally Omitted
518093403 Sandlin, Dorothy, Address Intentionally Omitted
518093404 Sandoval, Andres, Address Intentionally Omitted
518093405 Sandoval, Jesus, Address Intentionally Omitted
518093406 Sands, Keith, Address Intentionally Omitted
518093409 Saney, Shane, Address Intentionally Omitted
518093411 Sangster, Leroy, Address Intentionally Omitted
518093413 Sanner, Robert, Address Intentionally Omitted
518093414 Sano, Moussa, Address Intentionally Omitted
518093417 Santana, Javier, Address Intentionally Omitted
518093418 Santana, Joniel, Address Intentionally Omitted
518093419 Santana, Raphael, Address Intentionally Omitted
518093420 Santana, Robert, Address Intentionally Omitted
518093428 Santi, Steven, Address Intentionally Omitted
518093429 Santiago Ortiz, Leonardo, Address Intentionally Omitted
518093430 Santiago, Edgar, Address Intentionally Omitted
518093431 Santiago, Edgardo, Address Intentionally Omitted
518093432 Santiago, Juan, Address Intentionally Omitted
518093433 Santiago, Miguel, Address Intentionally Omitted
518093434 Santiago, Robert, Address Intentionally Omitted
518093435 Santiago, Roberto, Address Intentionally Omitted
518093436 Santiago, Xiomara, Address Intentionally Omitted
518093437 Santiago-pacheco, Jose, Address Intentionally Omitted
518093438 Santizo, Janissa, Address Intentionally Omitted
518093440 Santos, Duane, Address Intentionally Omitted
518093441 Santos, Jose, Address Intentionally Omitted
518093442 Santos, Lina, Address Intentionally Omitted
518093443 Santos, Matthew, Address Intentionally Omitted
518093444 Santos-dominguez, Oscar, Address Intentionally Omitted
518093445 Sanyang, Badou, Address Intentionally Omitted

***** BYPASSED RECIPIENTS (continued) *****

518093446 Sanzick, Michael, Address Intentionally Omitted
518093448 Sapp, Pele, Address Intentionally Omitted
518093453 Sarango, Amy, Address Intentionally Omitted
518093454 Saranovic, Andrew, Address Intentionally Omitted
518093459 Sargeant, Melanie, Address Intentionally Omitted
518093460 Sargent, Kevin, Address Intentionally Omitted
518093461 Sarmu, Linda, Address Intentionally Omitted
518093463 Saros, Christopher, Address Intentionally Omitted
518093464 Sarracco, Brandon, Address Intentionally Omitted
518093465 Sartin, Andrew, Address Intentionally Omitted
518093466 Sartori, Richard, Address Intentionally Omitted
518093467 Sarver, Jajuan, Address Intentionally Omitted
518093471 Sattler, Robert, Address Intentionally Omitted
518093474 Sauer, Mark, Address Intentionally Omitted
518093476 Sauls, Christopher, Address Intentionally Omitted
518093477 Sauls, John, Address Intentionally Omitted
518093478 Saunders, Elliott, Address Intentionally Omitted
518093479 Saunders, Paul, Address Intentionally Omitted
518093480 Saunders, Tamarrae, Address Intentionally Omitted
518093481 Saunderson, Matthew, Address Intentionally Omitted
518093482 Sauz Garcia, German, Address Intentionally Omitted
518093483 Savage, Johnathon, Address Intentionally Omitted
518093484 Savage, Lavoris, Address Intentionally Omitted
518093487 Savino, Stephen, Address Intentionally Omitted
518093488 Savino, Stephen, Address Intentionally Omitted
518093491 Sawtelle, Helen, Address Intentionally Omitted
518093492 Sayah, Omar, Address Intentionally Omitted
518093493 Sayers, Matthew, Address Intentionally Omitted
518093494 Sayonnkon, George, Address Intentionally Omitted
518093500 Scalia, Benjamin, Address Intentionally Omitted
518093501 Scammell, Carl, Address Intentionally Omitted
518093504 Scarcipino, Brandon, Address Intentionally Omitted
518093506 Scavone, Nathan, Address Intentionally Omitted
518093507 Scelsi, Corey, Address Intentionally Omitted
518093508 Scerbo, Donna, Address Intentionally Omitted
518093510 Schackmann, Kevin, Address Intentionally Omitted
518093514 Schaefer, Gary, Address Intentionally Omitted
518093515 Schafer, Annemarie, Address Intentionally Omitted
518093516 Schaffer, Gregory, Address Intentionally Omitted
518093517 Schalck, Andrew, Address Intentionally Omitted
518093518 Schaneberger, Anthony, Address Intentionally Omitted
518093519 Schantz, Joseph, Address Intentionally Omitted
518093520 Schanz, Frank, Address Intentionally Omitted
518093522 Schetlick, Robert, Address Intentionally Omitted
518093523 Scheuren, Derrick, Address Intentionally Omitted
518093524 Schiff, Brian, Address Intentionally Omitted
518093525 Schill, Matthew, Address Intentionally Omitted
518093528 Schirrman, Ronald, Address Intentionally Omitted
518093529 Schissler, Patricia, Address Intentionally Omitted
518093530 Schkoda, Eric, Address Intentionally Omitted
518093531 Schlauch, Curtis, Address Intentionally Omitted
518093534 Schlichting, David, Address Intentionally Omitted
518093537 Schmid, Maurice, Address Intentionally Omitted
518093538 Schmid, Steven, Address Intentionally Omitted
518093541 Schmidt, David, Address Intentionally Omitted
518093542 Schmidt, Stephen, Address Intentionally Omitted
518093543 Schmitt, Stephen, Address Intentionally Omitted
518093550 Schnell, Ryan, Address Intentionally Omitted
518093552 Schnur, Shane, Address Intentionally Omitted
518093553 Schock, Debra, Address Intentionally Omitted
518093554 Schock, Erik, Address Intentionally Omitted
518093557 Scholl, Wendle, Address Intentionally Omitted
518093558 Schomp, Christopher, Address Intentionally Omitted
518093559 Schonewolf, Michael, Address Intentionally Omitted
518093563 Schrader, Wayne, Address Intentionally Omitted
518093564 Schreck, Donald, Address Intentionally Omitted
518093565 Schreiber, William, Address Intentionally Omitted
518093567 Schuchman, Garry, Address Intentionally Omitted
518093568 Schuck, Christian, Address Intentionally Omitted
518093569 Schuck, Jonathan, Address Intentionally Omitted
518093571 Schuler, James, Address Intentionally Omitted
518093572 Schuler, Kathryn, Address Intentionally Omitted
518093574 Schulte, Brian, Address Intentionally Omitted
518093575 Schulz, Fred, Address Intentionally Omitted
518093576 Schulz, William, Address Intentionally Omitted
518093580 Schwab, Chelsey, Address Intentionally Omitted
518093581 Schwaikert, Allan, Address Intentionally Omitted
518093582 Schwartz, Dean, Address Intentionally Omitted
518093583 Schwartz, Justin, Address Intentionally Omitted

***** BYPASSED RECIPIENTS (continued) *****

518093584 Schwedatschenko, Peter, Address Intentionally Omitted
518093585 Schweizer, John, Address Intentionally Omitted
518093586 Sciacca, Zackery, Address Intentionally Omitted
518093587 Sciallo, Christopher, Address Intentionally Omitted
518093588 Sciallo, Nicholas, Address Intentionally Omitted
518093589 Sciuto, Joseph, Address Intentionally Omitted
518093593 Scofield, Jerry Lee, Address Intentionally Omitted
518093594 Scola, Jennifer, Address Intentionally Omitted
518093595 Scone, Mark, Address Intentionally Omitted
518093597 Scorese Slatzer, Raymond, Address Intentionally Omitted
518093604 Scott, Alon, Address Intentionally Omitted
518093605 Scott, Blaake, Address Intentionally Omitted
518093606 Scott, Brandon, Address Intentionally Omitted
518093607 Scott, Cheryl, Address Intentionally Omitted
518093608 Scott, Cheryl, Address Intentionally Omitted
518093609 Scott, Danny, Address Intentionally Omitted
518093610 Scott, Eileen, Address Intentionally Omitted
518093611 Scott, Jonathan, Address Intentionally Omitted
518093612 Scott, Kenneth, Address Intentionally Omitted
518093613 Scott, Kevin, Address Intentionally Omitted
518093614 Scott, Mark, Address Intentionally Omitted
518093615 Scott, Narell, Address Intentionally Omitted
518093616 Scott, Nathan, Address Intentionally Omitted
518093617 Scott, Robert, Address Intentionally Omitted
518093618 Scott, Russell, Address Intentionally Omitted
518093619 Scott, Taylor, Address Intentionally Omitted
518093620 Scott, Tywan, Address Intentionally Omitted
518093621 Scott, Vincent, Address Intentionally Omitted
518093622 Scott, Wesley, Address Intentionally Omitted
518093623 Scott, William, Address Intentionally Omitted
518093624 Scott, William, Address Intentionally Omitted
518093625 Scott, Willie, Address Intentionally Omitted
518093627 Scricco, Silvia, Address Intentionally Omitted
518093640 Seaborn, Kevin, Address Intentionally Omitted
518093643 Seabrook, David, Address Intentionally Omitted
518093644 Seagraves, Claude, Address Intentionally Omitted
518093650 Seaman, James, Address Intentionally Omitted
518093651 Seaman, Scott, Address Intentionally Omitted
518093655 Seara, Eric, Address Intentionally Omitted
518093656 Searfoss, Wendy, Address Intentionally Omitted
518093657 Sears, Glenn, Address Intentionally Omitted
518093658 Sears, Robert, Address Intentionally Omitted
518093660 Sebastian, Thomas, Address Intentionally Omitted
518093666 Secord, Buddy, Address Intentionally Omitted
518093671 Secrist, Emily, Address Intentionally Omitted
518093672 Secrist, Jarrett, Address Intentionally Omitted
518093673 Secrist, John, Address Intentionally Omitted
518093679 Seddens, Eric, Address Intentionally Omitted
518093681 Sedlak, Ronald, Address Intentionally Omitted
518093683 Seekings, Joshua, Address Intentionally Omitted
518093684 Segal, Kevin, Address Intentionally Omitted
518093685 Segers, Raymond, Address Intentionally Omitted
518093687 Segura, Juan, Address Intentionally Omitted
518093688 Seibert, Dwayne, Address Intentionally Omitted
518093689 Seidel, Benjamin, Address Intentionally Omitted
518093690 Seidel, Roger, Address Intentionally Omitted
518093691 Seigars, Ricky, Address Intentionally Omitted
518093692 Seijas, Manuel, Address Intentionally Omitted
518093693 Seiler, Stevanna, Address Intentionally Omitted
518093694 Seitz, Norman, Address Intentionally Omitted
518093696 Selby, Curt, Address Intentionally Omitted
518093704 Self, John, Address Intentionally Omitted
518093705 Selfridge, Lowell, Address Intentionally Omitted
518093709 Sell, Eva, Address Intentionally Omitted
518093710 Sellers, Jonathan, Address Intentionally Omitted
518093711 Sellers, Mark, Address Intentionally Omitted
518093712 Sellers, Richard, Address Intentionally Omitted
518093713 Sellie, David, Address Intentionally Omitted
518093714 Sellie, Jason, Address Intentionally Omitted
518093715 Sellin, William, Address Intentionally Omitted
518093716 Seltzer Thomas, Tammy, Address Intentionally Omitted
518093717 Seltzer, Timothy, Address Intentionally Omitted
518093718 Selvig, Anders, Address Intentionally Omitted
518093719 Semilia, Louis, Address Intentionally Omitted
518093720 Semones, Richard, Address Intentionally Omitted
518093726 Seneca, Shawn, Address Intentionally Omitted
518093727 Senecal, Michael, Address Intentionally Omitted
518093728 Sensel, Scott, Address Intentionally Omitted
518093732 Seoane, Roberto, Address Intentionally Omitted

***** BYPASSED RECIPIENTS (continued) *****

518093733 Seplow, Brian, Address Intentionally Omitted
518093735 Sepulveda, Joshua, Address Intentionally Omitted
518093736 Sepulveda, Manny, Address Intentionally Omitted
518093737 Sequeira, Edward, Address Intentionally Omitted
518093738 Sequeira, Licinio, Address Intentionally Omitted
518093740 Sera, Damian, Address Intentionally Omitted
518093741 Seravalli, James, Address Intentionally Omitted
518093743 Serfass, Christine, Address Intentionally Omitted
518093744 Serfass, Daniel, Address Intentionally Omitted
518093746 Serhan, Zakaria, Address Intentionally Omitted
518093747 Serpica, Alyson, Address Intentionally Omitted
518093748 Serrano, Angel, Address Intentionally Omitted
518093749 Serrano, Elliot, Address Intentionally Omitted
518093750 Serrano, Emiliano, Address Intentionally Omitted
518093751 Serrano, Francois, Address Intentionally Omitted
518093752 Serrano, Ulysses, Address Intentionally Omitted
518093753 Sersch, Dalton, Address Intentionally Omitted
518093755 Servais, Brian, Address Intentionally Omitted
518093756 Servellon Lazo, Emerson, Address Intentionally Omitted
518093758 Servis, Larkin, Address Intentionally Omitted
518093761 Sessa, Frank, Address Intentionally Omitted
518093762 Session, Timothy, Address Intentionally Omitted
518093769 Severe, Edward, Address Intentionally Omitted
518093770 Severino, David, Address Intentionally Omitted
518093771 Seward, Dayna, Address Intentionally Omitted
518093772 Seward, Karim, Address Intentionally Omitted
518093773 Sewell, Carlos, Address Intentionally Omitted
518093774 Seymore, David, Address Intentionally Omitted
518093775 Seymour, Bruce, Address Intentionally Omitted
518093776 Seymour, Dorian, Address Intentionally Omitted
518093783 Shabazz, Kamal, Address Intentionally Omitted
518093784 Shabazz, Muqtadir, Address Intentionally Omitted
518093787 Shadle, Benson, Address Intentionally Omitted
518093788 Shadler, Richard, Address Intentionally Omitted
518093789 Shaffer, John, Address Intentionally Omitted
518093790 Shaffer, John, Address Intentionally Omitted
518093791 Shaffer, Kenneth, Address Intentionally Omitted
518093792 Shaffer, Robert, Address Intentionally Omitted
518093793 Shaffer, William, Address Intentionally Omitted
518093798 Shamblen, John, Address Intentionally Omitted
518093800 Shamu, Robert, Address Intentionally Omitted
518093802 Shanafelter, Shawn, Address Intentionally Omitted
518093804 Shank, Damian, Address Intentionally Omitted
518093805 Shank, Tiffany, Address Intentionally Omitted
518093809 Shannon, Patrick, Address Intentionally Omitted
518093811 Shapiro, Todd, Address Intentionally Omitted
518093813 Sharkey, John, Address Intentionally Omitted
518093814 Sharkey, Robin, Address Intentionally Omitted
518093817 Sharp, Jonathan, Address Intentionally Omitted
518093818 Sharpe, Amos, Address Intentionally Omitted
518093819 Sharpe, Christie, Address Intentionally Omitted
518093820 Sharpe, Steven, Address Intentionally Omitted
518093822 Sharpless, Ronnie, Address Intentionally Omitted
518093823 Shauger, Matthew, Address Intentionally Omitted
518093824 Shaughnessy, David, Address Intentionally Omitted
518093825 Shaughnessy, Gregory, Address Intentionally Omitted
518093830 Shaw, Charles Samuel, Address Intentionally Omitted
518093831 Shaw, Dakota, Address Intentionally Omitted
518093832 Shaw, Darryl, Address Intentionally Omitted
518093833 Shaw, Devoreau, Address Intentionally Omitted
518093834 Shaw, Gregory, Address Intentionally Omitted
518093835 Shaw, Jane, Address Intentionally Omitted
518093842 Shea, Robert, Address Intentionally Omitted
518093843 Sheaffer, Dylan, Address Intentionally Omitted
518093844 Sheaffer, Kolby, Address Intentionally Omitted
518093845 Sheaffer, Michelle, Address Intentionally Omitted
518093846 Sheaffer, Robert, Address Intentionally Omitted
518093847 Shean, Jon, Address Intentionally Omitted
518093853 Shearer, Alexis, Address Intentionally Omitted
518093854 Shearer, Andrew, Address Intentionally Omitted
518093855 Shearer, Austin, Address Intentionally Omitted
518093857 Sheehan, Michael, Address Intentionally Omitted
518093858 Sheeler, Karen, Address Intentionally Omitted
518093859 Sheets, Jeremiah, Address Intentionally Omitted
518093860 Sheffer, Eric, Address Intentionally Omitted
518093862 Sheikhabdou, Ahmad, Address Intentionally Omitted
518093863 Sheldon, William, Address Intentionally Omitted
518093865 Shell, Dallie, Address Intentionally Omitted
518093869 Shelters, Dean, Address Intentionally Omitted

***** BYPASSED RECIPIENTS (continued) *****

518093870 Shelton, Bruce, Address Intentionally Omitted
518093871 Shelton, Derrell, Address Intentionally Omitted
518093872 Shelton, Timothy, Address Intentionally Omitted
518093873 Shemon, Grant, Address Intentionally Omitted
518093875 Shennett, Lori, Address Intentionally Omitted
518093876 Shephard, Tyshawn, Address Intentionally Omitted
518093879 Shepherd, Edward, Address Intentionally Omitted
518093880 Shepherd, Tyler, Address Intentionally Omitted
518093881 Shepish, Thomas, Address Intentionally Omitted
518093882 Sheppard, Venita, Address Intentionally Omitted
518093884 Sherdel, Jamie, Address Intentionally Omitted
518093894 Sherman, Spencre, Address Intentionally Omitted
518093915 Sherwood, Donovan, Address Intentionally Omitted
518093919 Shevell Mccartney, Nancy, Address Intentionally Omitted
518093920 Shevell, Myron, Address Intentionally Omitted
518093922 Shevell, Susan, Address Intentionally Omitted
518093924 Shiffer, James, Address Intentionally Omitted
518093925 Shigley, Timothy, Address Intentionally Omitted
518093926 Shin, Dave, Address Intentionally Omitted
518093935 Shipley, Jacob, Address Intentionally Omitted
518093939 Shipman, Gordon, Address Intentionally Omitted
518093940 Shipman, Maurice, Address Intentionally Omitted
518093942 Shirer, Kelly, Address Intentionally Omitted
518093943 Shirk, Donovan, Address Intentionally Omitted
518093947 Shockley, Darnell, Address Intentionally Omitted
518093948 Shoemaker, Alan, Address Intentionally Omitted
518093949 Shoemaker, Ronald, Address Intentionally Omitted
518093950 Shoemaker, Zachary, Address Intentionally Omitted
518093951 Shook, Donald, Address Intentionally Omitted
518093953 Shope, Daniel, Address Intentionally Omitted
518093956 Short, Haley, Address Intentionally Omitted
518093957 Short, Joshua, Address Intentionally Omitted
518093958 Shorter, Anthony, Address Intentionally Omitted
518093959 Shorter, Richard, Address Intentionally Omitted
518093960 Shorts, Gregory, Address Intentionally Omitted
518093961 Showalter, Charles, Address Intentionally Omitted
518093962 Showers, Anthony, Address Intentionally Omitted
518093963 Shparber, Igor, Address Intentionally Omitted
518093966 Shrontz, Christopher, Address Intentionally Omitted
518093967 Shube, Ellen, Address Intentionally Omitted
518093968 Shuda, Timothy, Address Intentionally Omitted
518093969 Shull, Sarah, Address Intentionally Omitted
518093970 Shulock, Dennis, Address Intentionally Omitted
518093971 Shults, Sabastian, Address Intentionally Omitted
518093972 Shultz, Michael, Address Intentionally Omitted
518093973 Shuman, Eugene, Address Intentionally Omitted
518093974 Shumen, Scott, Address Intentionally Omitted
518093975 Shumpert, Tracy, Address Intentionally Omitted
518093976 Shumskis, Albert, Address Intentionally Omitted
518093978 Shute, Nicholas, Address Intentionally Omitted
518093980 Shymanski, Chris, Address Intentionally Omitted
518093981 Siaba, Michael, Address Intentionally Omitted
518093982 Sibley, John, Address Intentionally Omitted
518093983 Sichmeller, Curtis, Address Intentionally Omitted
518093984 Sickler, Robert, Address Intentionally Omitted
518093989 Siders, Andrew, Address Intentionally Omitted
518093990 Siders, Richard, Address Intentionally Omitted
518093991 Siders, William, Address Intentionally Omitted
518093993 Siegmann, Cheryl, Address Intentionally Omitted
518093995 Sienkowski, Michael, Address Intentionally Omitted
518093996 Sierra, Angel, Address Intentionally Omitted
518093997 Sievers, Michael, Address Intentionally Omitted
518094000 Signor, Mark, Address Intentionally Omitted
518094001 Signoretta, Vincent, Address Intentionally Omitted
518094002 Silberg, Andrew, Address Intentionally Omitted
518094005 Siler, Brian, Address Intentionally Omitted
518094006 Silfies, Daniel, Address Intentionally Omitted
518094007 Sills, James, Address Intentionally Omitted
518094010 Silva Cayetano, Ana, Address Intentionally Omitted
518094011 Silva, Carmen, Address Intentionally Omitted
518094012 Silva, Dowell, Address Intentionally Omitted
518094013 Silva, Flavio, Address Intentionally Omitted
518094014 Silva, Jessica, Address Intentionally Omitted
518094015 Silva, Luis, Address Intentionally Omitted
518094016 Silva, Rafael, Address Intentionally Omitted
518094017 Silveira, Joseph, Address Intentionally Omitted
518094023 Silver, Anthony, Address Intentionally Omitted
518094024 Sim, Toni, Address Intentionally Omitted
518094026 Simard, Laine, Address Intentionally Omitted

***** BYPASSED RECIPIENTS (continued) *****

518094027 Simcox, Shane, Address Intentionally Omitted
518094028 Simeon, Micly, Address Intentionally Omitted
518094029 Simko, Edward, Address Intentionally Omitted
518094030 Simko, Gary, Address Intentionally Omitted
518094031 Simme, Lawrence, Address Intentionally Omitted
518094032 Simmonds, John, Address Intentionally Omitted
518094033 Simmons, Henry, Address Intentionally Omitted
518094034 Simmons, James, Address Intentionally Omitted
518094035 Simmons, Michael, Address Intentionally Omitted
518094036 Simmons, Moyer, Address Intentionally Omitted
518094037 Simmons, Rashard, Address Intentionally Omitted
518094038 Simmons, Rodney, Address Intentionally Omitted
518094039 Simon, Andrew, Address Intentionally Omitted
518094040 Simon, Linda, Address Intentionally Omitted
518094041 Simon, Merissa, Address Intentionally Omitted
518094042 Simon, Selvin, Address Intentionally Omitted
518094045 Simone, Thomas, Address Intentionally Omitted
518094046 Simoneau, Mark, Address Intentionally Omitted
518094048 Simpkins, Robert, Address Intentionally Omitted
518094049 Simpkins-daley, Tiqinn, Address Intentionally Omitted
518094055 Simpson, Anthony, Address Intentionally Omitted
518094056 Simpson, Barry, Address Intentionally Omitted
518094057 Simpson, Brandi, Address Intentionally Omitted
518094058 Simpson, Brandon, Address Intentionally Omitted
518094059 Simpson, David, Address Intentionally Omitted
518094060 Simpson, Melissa, Address Intentionally Omitted
518094061 Simpson, Nathaniel, Address Intentionally Omitted
518094062 Simpson, Terry, Address Intentionally Omitted
518094063 Sims, Derrick, Address Intentionally Omitted
518094064 Sims, Eddie, Address Intentionally Omitted
518094065 Sims, Jonas, Address Intentionally Omitted
518094066 Sims, Joseph, Address Intentionally Omitted
518094067 Sims, William, Address Intentionally Omitted
518094069 Sinclair, Damien, Address Intentionally Omitted
518094070 Sinclair, Shane, Address Intentionally Omitted
518094071 Singer, Margaret, Address Intentionally Omitted
518094072 Singh, Chandanie, Address Intentionally Omitted
518094074 Singh, Varinder, Address Intentionally Omitted
518094075 Singletary, Willie, Address Intentionally Omitted
518094077 Singleton, Antonique, Address Intentionally Omitted
518094078 Singleton, Raqib, Address Intentionally Omitted
518094079 Sinkevich, Michael, Address Intentionally Omitted
518094080 Sinkler, Joseph, Address Intentionally Omitted
518094083 Sinon, David, Address Intentionally Omitted
518094086 Siragusa, Paul, Address Intentionally Omitted
518094087 Sirois, Logan, Address Intentionally Omitted
518094088 Sisco, Lisa, Address Intentionally Omitted
518094090 Sitko, Edward, Address Intentionally Omitted
518094091 Sizemore, Benjamin, Address Intentionally Omitted
518094092 Sizemore, Gordon, Address Intentionally Omitted
518094096 Skepple, Christopher, Address Intentionally Omitted
518094098 Skiba, Dennis, Address Intentionally Omitted
518094100 Skinner, Dameon, Address Intentionally Omitted
518094101 Skinner, Jeffrey, Address Intentionally Omitted
518094103 Skowronek, Adam, Address Intentionally Omitted
518094109 Slade, David, Address Intentionally Omitted
518094110 Slater, Christopher, Address Intentionally Omitted
518094111 Slater, Cortney, Address Intentionally Omitted
518094112 Slater, James, Address Intentionally Omitted
518094113 Slater, Kenny, Address Intentionally Omitted
518094114 Slater, Philip, Address Intentionally Omitted
518094115 Slaucitajs, John, Address Intentionally Omitted
518094116 Slaughter, Craig, Address Intentionally Omitted
518094118 Sliwinski, Raymond, Address Intentionally Omitted
518094119 Sloand, Dennis, Address Intentionally Omitted
518094121 Slomka, Timothy, Address Intentionally Omitted
518094123 Sluka, Jason, Address Intentionally Omitted
518094124 Sly, Mandel, Address Intentionally Omitted
518094128 Small, Antoine, Address Intentionally Omitted
518094129 Small, Dwayne, Address Intentionally Omitted
518094130 Small, Michael, Address Intentionally Omitted
518094131 Smalley, James, Address Intentionally Omitted
518094132 Smarowsky, James, Address Intentionally Omitted
518094138 Smerdon, John, Address Intentionally Omitted
518094140 Smialek, Michael, Address Intentionally Omitted
518094141 Smiley, Darrell, Address Intentionally Omitted
518094146 Smith, Albert, Address Intentionally Omitted
518094147 Smith, Allen, Address Intentionally Omitted
518094148 Smith, Arlene, Address Intentionally Omitted

***** BYPASSED RECIPIENTS (continued) *****

518094149 Smith, Brandon, Address Intentionally Omitted
518094150 Smith, Brian, Address Intentionally Omitted
518094151 Smith, Brian, Address Intentionally Omitted
518094152 Smith, Brien, Address Intentionally Omitted
518094153 Smith, Carl, Address Intentionally Omitted
518094154 Smith, Carol, Address Intentionally Omitted
518094155 Smith, Christopher, Address Intentionally Omitted
518094156 Smith, Dale, Address Intentionally Omitted
518094157 Smith, Damon, Address Intentionally Omitted
518094158 Smith, David, Address Intentionally Omitted
518094159 Smith, David, Address Intentionally Omitted
518094160 Smith, David, Address Intentionally Omitted
518094161 Smith, Dennis, Address Intentionally Omitted
518094162 Smith, Dennise, Address Intentionally Omitted
518094163 Smith, Donna, Address Intentionally Omitted
518094164 Smith, Dustin, Address Intentionally Omitted
518094165 Smith, Earl, Address Intentionally Omitted
518094166 Smith, Edward, Address Intentionally Omitted
518094167 Smith, Eldridge, Address Intentionally Omitted
518094168 Smith, Eliza, Address Intentionally Omitted
518094169 Smith, Fred, Address Intentionally Omitted
518094170 Smith, Gerald, Address Intentionally Omitted
518094171 Smith, Harry, Address Intentionally Omitted
518094172 Smith, Herbert, Address Intentionally Omitted
518094173 Smith, Jahsun, Address Intentionally Omitted
518094174 Smith, Jami, Address Intentionally Omitted
518094175 Smith, Jamie, Address Intentionally Omitted
518094176 Smith, Jared, Address Intentionally Omitted
518094177 Smith, Jennifer, Address Intentionally Omitted
518094178 Smith, Jeremy, Address Intentionally Omitted
518094179 Smith, John, Address Intentionally Omitted
518094182 Smith, Joshua, Address Intentionally Omitted
518094183 Smith, Kathy, Address Intentionally Omitted
518094184 Smith, Kristin, Address Intentionally Omitted
518094185 Smith, Lamont, Address Intentionally Omitted
518094186 Smith, Lashonda, Address Intentionally Omitted
518094187 Smith, Louanne, Address Intentionally Omitted
518094188 Smith, Malik, Address Intentionally Omitted
518094189 Smith, Mark, Address Intentionally Omitted
518094190 Smith, Mark, Address Intentionally Omitted
518094191 Smith, Mark, Address Intentionally Omitted
518094192 Smith, Mark, Address Intentionally Omitted
518094193 Smith, Marvin, Address Intentionally Omitted
518094194 Smith, Max, Address Intentionally Omitted
518094195 Smith, Michael, Address Intentionally Omitted
518094196 Smith, Michael, Address Intentionally Omitted
518094197 Smith, Nikoda, Address Intentionally Omitted
518094198 Smith, Pamela, Address Intentionally Omitted
518094199 Smith, Patrick, Address Intentionally Omitted
518094200 Smith, Paul, Address Intentionally Omitted
518094201 Smith, Raven, Address Intentionally Omitted
518094202 Smith, Raymond, Address Intentionally Omitted
518094203 Smith, Robert, Address Intentionally Omitted
518094204 Smith, Robert, Address Intentionally Omitted
518094205 Smith, Ronald, Address Intentionally Omitted
518094206 Smith, Sandra, Address Intentionally Omitted
518094207 Smith, Scott, Address Intentionally Omitted
518094208 Smith, Shawn, Address Intentionally Omitted
518094209 Smith, Shawn, Address Intentionally Omitted
518094210 Smith, Shon, Address Intentionally Omitted
518094211 Smith, Stephen, Address Intentionally Omitted
518094212 Smith, Tara, Address Intentionally Omitted
518094213 Smith, Todd, Address Intentionally Omitted
518094214 Smith, Travis, Address Intentionally Omitted
518094215 Smith, Tyler, Address Intentionally Omitted
518094216 Smith, Vance, Address Intentionally Omitted
518094217 Smith, William, Address Intentionally Omitted
518094218 Smith, William, Address Intentionally Omitted
518094219 Smith, Xebic, Address Intentionally Omitted
518094220 Smith, Zakary, Address Intentionally Omitted
518094224 Smothers, Wayne, Address Intentionally Omitted
518094227 Smulligan, Matthew, Address Intentionally Omitted
518094228 Smykla, John, Address Intentionally Omitted
518094229 Smythe, Brittany, Address Intentionally Omitted
518094230 Smythe, Charles, Address Intentionally Omitted
518094235 Snider, Charles, Address Intentionally Omitted
518094236 Snow, Andrew, Address Intentionally Omitted
518094237 Snow, George, Address Intentionally Omitted
518094240 Snyder, Aaron, Address Intentionally Omitted

***** BYPASSED RECIPIENTS (continued) *****

518094241 Snyder, Brian, Address Intentionally Omitted
518094242 Snyder, Daniel, Address Intentionally Omitted
518094243 Snyder, Daniel, Address Intentionally Omitted
518094244 Snyder, Stacey, Address Intentionally Omitted
518094248 Sobkowiak, Matthew, Address Intentionally Omitted
518094252 Socks, Michael, Address Intentionally Omitted
518094257 Soko, Anesu, Address Intentionally Omitted
518094258 Sokolis, Erin, Address Intentionally Omitted
518094259 Sokolowski, Walter, Address Intentionally Omitted
518094260 Solano, Jose, Address Intentionally Omitted
518094264 Soler, Raymond, Address Intentionally Omitted
518094266 Solicito, Peter, Address Intentionally Omitted
518094269 Solimine, Wayne, Address Intentionally Omitted
518094270 Solis Lozada, Santiago, Address Intentionally Omitted
518094271 Solis, Ivan, Address Intentionally Omitted
518094272 Solis, Lester, Address Intentionally Omitted
518094273 Solmon, Steven, Address Intentionally Omitted
518094276 Solomon, Clifford, Address Intentionally Omitted
518094277 Solomon, Jillisa, Address Intentionally Omitted
518094278 Solomon, Karen, Address Intentionally Omitted
518094279 Solomon, Wade, Address Intentionally Omitted
518094280 Soltau, Paul, Address Intentionally Omitted
518094281 Soltesz, Allan, Address Intentionally Omitted
518094284 Soma, Elmer, Address Intentionally Omitted
518094288 Sommers, Sheri, Address Intentionally Omitted
518094289 Sommerville, Jerred, Address Intentionally Omitted
518094291 Sones, Jason, Address Intentionally Omitted
518094292 Soni, Parthivkumar, Address Intentionally Omitted
518094296 Soorujbally, Iyandra, Address Intentionally Omitted
518094297 Soper, Timothy, Address Intentionally Omitted
518094298 Sophie, Eric, Address Intentionally Omitted
518094299 Sorber, Rodney, Address Intentionally Omitted
518094300 Soriano Matios, Juan, Address Intentionally Omitted
518094301 Sorrell, Allen, Address Intentionally Omitted
518094302 Sorrells, Jason, Address Intentionally Omitted
518094320 Sosa, Ornan, Address Intentionally Omitted
518094321 Sostre, Joseph, Address Intentionally Omitted
518094322 Sotelo, Ascencion, Address Intentionally Omitted
518094323 Soto Melendez, Pedro, Address Intentionally Omitted
518094324 Soto Tavarez, Anderson, Address Intentionally Omitted
518094325 Soto, Alexander, Address Intentionally Omitted
518094326 Soto, Eliseo, Address Intentionally Omitted
518094327 Soto, Francisco, Address Intentionally Omitted
518094328 Soto, Harvey, Address Intentionally Omitted
518094329 Soto, Jose, Address Intentionally Omitted
518094330 Soto, Krystle, Address Intentionally Omitted
518094331 Soto, Mario, Address Intentionally Omitted
518094332 Sotomayor, William, Address Intentionally Omitted
518094335 Soun, Vesna, Address Intentionally Omitted
518094347 Southerland, Raquan, Address Intentionally Omitted
518094363 Southwell, Michele, Address Intentionally Omitted
518094371 Spahr, Adam, Address Intentionally Omitted
518094372 Spallone, Anthony, Address Intentionally Omitted
518094376 Spangler, Elizabeth, Address Intentionally Omitted
518094377 Spangler, Jeffrey, Address Intentionally Omitted
518094378 Spann, Amon, Address Intentionally Omitted
518094379 Sparacino, Wayne, Address Intentionally Omitted
518094381 Sparks, Watha, Address Intentionally Omitted
518094388 Spates, Patricia, Address Intentionally Omitted
518094390 Spears, Leonard, Address Intentionally Omitted
518094391 Spears, Wynter, Address Intentionally Omitted
518094408 Spence, Bernard, Address Intentionally Omitted
518094409 Spence, Darrin, Address Intentionally Omitted
518094410 Spence, Stanley, Address Intentionally Omitted
518094411 Spencer, Mark, Address Intentionally Omitted
518094412 Spencer, Melissa, Address Intentionally Omitted
518094413 Spencer, Peter, Address Intentionally Omitted
518094414 Spencer, Steven, Address Intentionally Omitted
518094415 Spera, Arthur, Address Intentionally Omitted
518094420 Spidell, Grady, Address Intentionally Omitted
518094421 Spiker, Emily, Address Intentionally Omitted
518094422 Spiker, Sean, Address Intentionally Omitted
518094426 Spinelli, Donna, Address Intentionally Omitted
518094427 Spinetta, Charles, Address Intentionally Omitted
518094429 Spino, Samuel, Address Intentionally Omitted
518094434 Spizzo, Brandon, Address Intentionally Omitted
518094436 Spoonhoward, James, Address Intentionally Omitted
518094442 Spotts, Austin, Address Intentionally Omitted
518094443 Spotts, Gilbert, Address Intentionally Omitted

***** BYPASSED RECIPIENTS (continued) *****

518094444 Spradlin, Christopher, Address Intentionally Omitted
518094446 Sprague, Corey, Address Intentionally Omitted
518094447 Sprague, Joseph, Address Intentionally Omitted
518094448 Sprague, Peter, Address Intentionally Omitted
518094450 Sprenkle, Rodger, Address Intentionally Omitted
518094451 Spriggs, Breonna, Address Intentionally Omitted
518094452 Spriggs, Deonte, Address Intentionally Omitted
518094453 Springer, Robert, Address Intentionally Omitted
518094458 Springirth, Christian, Address Intentionally Omitted
518094462 Sprouse, William, Address Intentionally Omitted
518094463 Spruill, Kenneth, Address Intentionally Omitted
518094467 Squiers, Roy, Address Intentionally Omitted
518094470 Sroczynski, Jacek, Address Intentionally Omitted
518094488 Stacey, Burbage, Address Intentionally Omitted
518094489 Stachyra, Felicia, Address Intentionally Omitted
518094490 Stacy, Jeromy, Address Intentionally Omitted
518094492 Staerk, Joseph, Address Intentionally Omitted
518094496 Staggert, Luke, Address Intentionally Omitted
518094497 Staggert, Nathan, Address Intentionally Omitted
518094499 Stahler, Barry, Address Intentionally Omitted
518094500 Stair, Mark, Address Intentionally Omitted
518094501 Stallworth, Adrian, Address Intentionally Omitted
518094502 Stalnaker, Tracy, Address Intentionally Omitted
518094504 Stamm, Jesse, Address Intentionally Omitted
518094514 Stangeland, Nicholas, Address Intentionally Omitted
518094515 Staniec, Arkadiusz, Address Intentionally Omitted
518094516 Stanish, Scott, Address Intentionally Omitted
518094528 Stanton, Kristy, Address Intentionally Omitted
518094546 Starkey, Henry, Address Intentionally Omitted
518094547 Starks, Anthony, Address Intentionally Omitted
518094548 Starks, Keven, Address Intentionally Omitted
518094549 Starks, Matthew, Address Intentionally Omitted
518094550 Starks, Melvin, Address Intentionally Omitted
518094555 Starr, Perry, Address Intentionally Omitted
518094556 Starratt, Jeffrey, Address Intentionally Omitted
518094630 Staten, Mark, Address Intentionally Omitted
518094633 Statzer, Thomas, Address Intentionally Omitted
518094634 Staub, Maryjo, Address Intentionally Omitted
518094635 Staublein, Richard, Address Intentionally Omitted
518094636 Staubs, Cory, Address Intentionally Omitted
518094637 Stauff, Scott, Address Intentionally Omitted
518094638 Stauffer, Dalton, Address Intentionally Omitted
518094641 Steach, James, Address Intentionally Omitted
518094644 Stealy, Timothy, Address Intentionally Omitted
518094646 Stearns, Justin, Address Intentionally Omitted
518094652 Steele, Devon, Address Intentionally Omitted
518094653 Steele, Richard, Address Intentionally Omitted
518094654 Steele, Robert, Address Intentionally Omitted
518094658 Stefani, Richard, Address Intentionally Omitted
518094660 Stefanowicz, Jack, Address Intentionally Omitted
518094662 Steidler, Harold, Address Intentionally Omitted
518094663 Steigerwalt, Brad, Address Intentionally Omitted
518094664 Steigerwalt, Brian, Address Intentionally Omitted
518094665 Steigerwalt, Christopher, Address Intentionally Omitted
518094666 Steigerwalt, Nicholas, Address Intentionally Omitted
518094667 Steigerwalt, Wayne, Address Intentionally Omitted
518094668 Stein, Jeremy, Address Intentionally Omitted
518094669 Stein, Kevin, Address Intentionally Omitted
518094670 Stein, Lisa, Address Intentionally Omitted
518094671 Steinbrook, Forrest, Address Intentionally Omitted
518094672 Steinlight, Nicholas, Address Intentionally Omitted
518094675 Stembridge, Allen, Address Intentionally Omitted
518094677 Stenglein, Gary, Address Intentionally Omitted
518094686 Stephen, Sylvester, Address Intentionally Omitted
518094688 Stephens, Richard, Address Intentionally Omitted
518094689 Stephens, Scott, Address Intentionally Omitted
518094690 Stephenson, Carol, Address Intentionally Omitted
518094691 Stephenson, Leondria, Address Intentionally Omitted
518094692 Sterenchock, Patricia, Address Intentionally Omitted
518094714 Stevens, Andrew, Address Intentionally Omitted
518094715 Stevens, Clinton, Address Intentionally Omitted
518094716 Stevens, Edward, Address Intentionally Omitted
518094717 Stevens, Eric, Address Intentionally Omitted
518094718 Stevens, Gary, Address Intentionally Omitted
518094719 Stevens, Kyon, Address Intentionally Omitted
518094720 Stevens, Robert, Address Intentionally Omitted
518094721 Stevens, Scott, Address Intentionally Omitted
518094722 Stevenson, Clinton, Address Intentionally Omitted
518094723 Stevenson, Dwayne, Address Intentionally Omitted

***** BYPASSED RECIPIENTS (continued) *****

518094724 Stevenson, William, Address Intentionally Omitted
518094726 Steward, William, Address Intentionally Omitted
518094730 Stewart, Aaron, Address Intentionally Omitted
518094731 Stewart, Kevin, Address Intentionally Omitted
518094732 Stewart, Neal, Address Intentionally Omitted
518094733 Stewart, Zachary, Address Intentionally Omitted
518094735 Stidam, Lori, Address Intentionally Omitted
518094737 Still, Darin, Address Intentionally Omitted
518094738 Still, Richard, Address Intentionally Omitted
518094739 Still, Tyler, Address Intentionally Omitted
518094742 Stillwagon, Lee, Address Intentionally Omitted
518094743 Stinson, Bryan, Address Intentionally Omitted
518094746 Stocker, John, Address Intentionally Omitted
518094747 Stoddart, Andrew, Address Intentionally Omitted
518094748 Stokes, Camille, Address Intentionally Omitted
518094749 Stokes, David, Address Intentionally Omitted
518094750 Stokes, Efron, Address Intentionally Omitted
518094751 Stokes, George, Address Intentionally Omitted
518094752 Stokes, Michael, Address Intentionally Omitted
518094753 Stokes, Rayshonda, Address Intentionally Omitted
518094756 Stone, Anghela, Address Intentionally Omitted
518094757 Stone, Antonio, Address Intentionally Omitted
518094758 Stone, Kevin, Address Intentionally Omitted
518094759 Stone, Robert, Address Intentionally Omitted
518094760 Stone, Ronald, Address Intentionally Omitted
518094766 Storey, Jesse, Address Intentionally Omitted
518094768 Stotler, Gary, Address Intentionally Omitted
518094769 Stotler, Michael, Address Intentionally Omitted
518094770 Stott, Brandon, Address Intentionally Omitted
518094771 Stott, Kenneth, Address Intentionally Omitted
518094772 Stottlemyer, Paul, Address Intentionally Omitted
518094774 Stout, Curtis, Address Intentionally Omitted
518094775 Stout, David, Address Intentionally Omitted
518094776 Stoute, Albert, Address Intentionally Omitted
518094777 Stoveken, Jeffrey, Address Intentionally Omitted
518094779 Stover, David, Address Intentionally Omitted
518094780 Stover, Hailie, Address Intentionally Omitted
518094781 Stover, Paul, Address Intentionally Omitted
518094782 Stover, Trevor, Address Intentionally Omitted
518094783 Stowe, Jody, Address Intentionally Omitted
518094787 Straining, Nathan, Address Intentionally Omitted
518094791 Strathmann, Adam, Address Intentionally Omitted
518094792 Straub, Kenneth, Address Intentionally Omitted
518094795 Strawn, Bradley, Address Intentionally Omitted
518094796 Strebeck, Lauren, Address Intentionally Omitted
518094797 Streeter, Kevin, Address Intentionally Omitted
518094798 Streeter, Vicki, Address Intentionally Omitted
518094800 Strenk, Benjamin, Address Intentionally Omitted
518094801 Stricker, Heidi, Address Intentionally Omitted
518094802 Strickland, Frederick, Address Intentionally Omitted
518094803 Strickland, Kenneth, Address Intentionally Omitted
518094804 Strider, Jon-dale, Address Intentionally Omitted
518094805 Strite, Laura, Address Intentionally Omitted
518094808 Strobeck, Joseph, Address Intentionally Omitted
518094809 Strockoz, John, Address Intentionally Omitted
518094810 Stroh, Patricia, Address Intentionally Omitted
518094811 Strohl, Brian, Address Intentionally Omitted
518094812 Strohl, Jonathan, Address Intentionally Omitted
518094813 Strohl, Robert, Address Intentionally Omitted
518094816 Strong, Brenda, Address Intentionally Omitted
518094817 Strongs, Edward, Address Intentionally Omitted
518094818 Strope, Calvin, Address Intentionally Omitted
518094821 Struminsky, Kristine, Address Intentionally Omitted
518094826 Stubb, Manuel, Address Intentionally Omitted
518094827 Stubblefield, Tommy, Address Intentionally Omitted
518094828 Stubbs, Juan, Address Intentionally Omitted
518094829 Stubbs, Sheyenne, Address Intentionally Omitted
518094830 Stuck, Andrew, Address Intentionally Omitted
518094831 Stuckey, Reginald, Address Intentionally Omitted
518094832 Studer, Paul, Address Intentionally Omitted
518094833 Stuehler, Michael, Address Intentionally Omitted
518094834 Stump, Cassandra, Address Intentionally Omitted
518094835 Stump, Thomas, Address Intentionally Omitted
518094836 Sturgeon, Ronald, Address Intentionally Omitted
518094837 Styles, Jeffrey, Address Intentionally Omitted
518094838 Stylianou, Svetlana, Address Intentionally Omitted
518094839 Suarez Pupo, Carlos, Address Intentionally Omitted
518094840 Suarez Rodriguez, Miguel, Address Intentionally Omitted
518094841 Suarez, Christian, Address Intentionally Omitted

***** BYPASSED RECIPIENTS (continued) *****

518094842 Suarez, Damaso, Address Intentionally Omitted
518094843 Suarez, Wilson, Address Intentionally Omitted
518094844 Suarez-rozo, Carlos, Address Intentionally Omitted
518094861 Suchy, Wayne, Address Intentionally Omitted
518094872 Sulewski, Andrew, Address Intentionally Omitted
518094873 Sulewski, Steven, Address Intentionally Omitted
518094877 Sullivan, Albert, Address Intentionally Omitted
518094878 Sullivan, Brandon, Address Intentionally Omitted
518094879 Sullivan, Braydon, Address Intentionally Omitted
518094880 Sullivan, Devin, Address Intentionally Omitted
518094881 Sullivan, Mark, Address Intentionally Omitted
518094882 Sullivan, Michael, Address Intentionally Omitted
518094883 Sullivan, William, Address Intentionally Omitted
518094885 Sumey, Kevin, Address Intentionally Omitted
518094886 Summers, Richard, Address Intentionally Omitted
518094935 Supik, Joseph, Address Intentionally Omitted
518094936 Supik, Timothy, Address Intentionally Omitted
518094947 Suriel, Bladimil, Address Intentionally Omitted
518094956 Susana, Alexis, Address Intentionally Omitted
518094957 Suslik, Theresa, Address Intentionally Omitted
518094961 Sussman, Robert, Address Intentionally Omitted
518094962 Sutherland, Daniel, Address Intentionally Omitted
518094963 Sutton, Nicholas, Address Intentionally Omitted
518094964 Sutton, William, Address Intentionally Omitted
518094965 Suzadail, Paul, Address Intentionally Omitted
518094974 Swafford, Thomas, Address Intentionally Omitted
518094975 Swails, Nathan, Address Intentionally Omitted
518094976 Swails, Vickie, Address Intentionally Omitted
518094977 Swain, Joshua, Address Intentionally Omitted
518094978 Swanger, Charles, Address Intentionally Omitted
518094979 Swann, Cory, Address Intentionally Omitted
518094980 Swanson, Shybree, Address Intentionally Omitted
518094982 Swartz, David, Address Intentionally Omitted
518094983 Swartz, David, Address Intentionally Omitted
518094984 Swartz, Jason, Address Intentionally Omitted
518094985 Swartz, Rachael, Address Intentionally Omitted
518094986 Swayne, Gregory, Address Intentionally Omitted
518094988 Sweed, Robert, Address Intentionally Omitted
518094989 Sweet, Garry, Address Intentionally Omitted
518094990 Sweet, William, Address Intentionally Omitted
518094996 Swemley, Kathy, Address Intentionally Omitted
518094997 Swick, Gary, Address Intentionally Omitted
518095000 Swinehart, Mark, Address Intentionally Omitted
518095001 Swinton, Dayshon, Address Intentionally Omitted
518095002 Swisher, John, Address Intentionally Omitted
518095004 Switzer, Clifford, Address Intentionally Omitted
518095005 Swope, David, Address Intentionally Omitted
518095006 Swope, Lloyd, Address Intentionally Omitted
518095007 Sydnor, Travis, Address Intentionally Omitted
518095008 Syed, Khalil, Address Intentionally Omitted
518095009 Syfox, Darnell, Address Intentionally Omitted
518095010 Sykes, Orion, Address Intentionally Omitted
518095011 Sylla, Maouda, Address Intentionally Omitted
518095013 Sylvester, Brian, Address Intentionally Omitted
518095014 Sylvester, John, Address Intentionally Omitted
518095015 Sylvia, Daniel, Address Intentionally Omitted
518095016 Sylvia, James, Address Intentionally Omitted
518095017 Symes, Laura, Address Intentionally Omitted
518095039 Szczesny, Mateusz, Address Intentionally Omitted
518095040 Szeremeta, Samuel, Address Intentionally Omitted
518095041 Szoke, James, Address Intentionally Omitted
518095042 Szoke, Michael, Address Intentionally Omitted
518095043 Szruba, Peter, Address Intentionally Omitted
518095044 Szuhy, Heather, Address Intentionally Omitted
518095058 Tabb, Brandon, Address Intentionally Omitted
518095060 Tabb, William, Address Intentionally Omitted
518095062 Taborda, Freider, Address Intentionally Omitted
518095065 Taggart, Forrest, Address Intentionally Omitted
518095066 Taico, Elias, Address Intentionally Omitted
518095068 Talbott, Tammy, Address Intentionally Omitted
518095072 Talley, Chester, Address Intentionally Omitted
518095074 Talovic, Tisha, Address Intentionally Omitted
518095077 Tamba, Moses, Address Intentionally Omitted
518095079 Tani, Toshio, Address Intentionally Omitted
518095088 Taradejna, Paul, Address Intentionally Omitted
518095091 Taraska, Robert, Address Intentionally Omitted
518095097 Tarr, Joshua, Address Intentionally Omitted
518095098 Tart, Brian, Address Intentionally Omitted
518095099 Tarver, Justin, Address Intentionally Omitted

***** BYPASSED RECIPIENTS (continued) *****

518095100 Tasker, Jason, Address Intentionally Omitted
518095103 Tate, Maurice, Address Intentionally Omitted
518095104 Tates, Anthony, Address Intentionally Omitted
518095105 Tatis, Camilo, Address Intentionally Omitted
518095106 Tatro, David, Address Intentionally Omitted
518095108 Tavares, Gadi, Address Intentionally Omitted
518095109 Tavarez, Christian, Address Intentionally Omitted
518095122 Taylor, Amanda, Address Intentionally Omitted
518095123 Taylor, Amesha, Address Intentionally Omitted
518095124 Taylor, Benjamin, Address Intentionally Omitted
518095125 Taylor, Brandon, Address Intentionally Omitted
518095126 Taylor, Brian, Address Intentionally Omitted
518095127 Taylor, Darryl, Address Intentionally Omitted
518095128 Taylor, David, Address Intentionally Omitted
518095129 Taylor, Francis, Address Intentionally Omitted
518095130 Taylor, Isaac, Address Intentionally Omitted
518095131 Taylor, Jessie, Address Intentionally Omitted
518095132 Taylor, John, Address Intentionally Omitted
518095133 Taylor, Kaven, Address Intentionally Omitted
518095134 Taylor, Kenneth, Address Intentionally Omitted
518095135 Taylor, Kenneth, Address Intentionally Omitted
518095136 Taylor, Kyle, Address Intentionally Omitted
518095137 Taylor, Michael, Address Intentionally Omitted
518095138 Taylor, Paul, Address Intentionally Omitted
518095139 Taylor, Robert, Address Intentionally Omitted
518095140 Taylor, Robert, Address Intentionally Omitted
518095141 Taylor, Ronne, Address Intentionally Omitted
518095142 Taylor, Steven, Address Intentionally Omitted
518095143 Taylor, Tyler, Address Intentionally Omitted
518095144 Taylor, William, Address Intentionally Omitted
518095146 Taynor, Gary, Address Intentionally Omitted
518095147 Tazdait, Karim, Address Intentionally Omitted
518095150 Tchikaya, Saint, Address Intentionally Omitted
518095163 Teachout, Mark, Address Intentionally Omitted
518095164 Teague, Timothy, Address Intentionally Omitted
518095165 Teays, Ryan, Address Intentionally Omitted
518095179 Tedesco, Michael, Address Intentionally Omitted
518095180 Tedrick, Dennis, Address Intentionally Omitted
518095184 Teixeira, Victor, Address Intentionally Omitted
518095186 Telli, Brandi, Address Intentionally Omitted
518095187 Tellinghuisen, Jerry, Address Intentionally Omitted
518095189 Telsaint, Brian, Address Intentionally Omitted
518095190 Temme, Amber, Address Intentionally Omitted
518095194 Tenace, Scott, Address Intentionally Omitted
518095196 Tenner, Khalil, Address Intentionally Omitted
518095197 Tenner, Rufus, Address Intentionally Omitted
518095204 Teodosio, Alex, Address Intentionally Omitted
518095205 Tercek, Gregory, Address Intentionally Omitted
518095215 Terrero-payano, Hamilton, Address Intentionally Omitted
518095221 Terry, Andreem, Address Intentionally Omitted
518095222 Terry, John, Address Intentionally Omitted
518095223 Terry, Rezette, Address Intentionally Omitted
518095224 Terry, Tarique, Address Intentionally Omitted
518095226 Terzic, Mithat, Address Intentionally Omitted
518095228 Teter, Dennis, Address Intentionally Omitted
518095230 Tetreault, Andrew, Address Intentionally Omitted
518095239 Thacker, Daniel, Address Intentionally Omitted
518095240 Thaggard, Jasmine, Address Intentionally Omitted
518095334 Thear, Bruce, Address Intentionally Omitted
518095335 Thebert, Paul, Address Intentionally Omitted
518095336 Theile, Victor, Address Intentionally Omitted
518095338 Therepeli, Enkland, Address Intentionally Omitted
518095347 Theroux, Michael, Address Intentionally Omitted
518095348 Therrien, Daniel, Address Intentionally Omitted
518095349 Thiele, William, Address Intentionally Omitted
518095350 Thiers, Robert, Address Intentionally Omitted
518095351 Thillet, Luis, Address Intentionally Omitted
518095354 Thomas Horne, Melvin, Address Intentionally Omitted
518095365 Thomas, Anthony, Address Intentionally Omitted
518095366 Thomas, Billy, Address Intentionally Omitted
518095367 Thomas, Brian, Address Intentionally Omitted
518095368 Thomas, Cameron, Address Intentionally Omitted
518095369 Thomas, Carl, Address Intentionally Omitted
518095370 Thomas, Cedrick, Address Intentionally Omitted
518095371 Thomas, Corey, Address Intentionally Omitted
518095372 Thomas, Curtis, Address Intentionally Omitted
518095373 Thomas, Eddie, Address Intentionally Omitted
518095374 Thomas, George, Address Intentionally Omitted
518095375 Thomas, Justice, Address Intentionally Omitted

***** BYPASSED RECIPIENTS (continued) *****

518095376 Thomas, Justin, Address Intentionally Omitted
518095377 Thomas, Keith, Address Intentionally Omitted
518095378 Thomas, Kemo, Address Intentionally Omitted
518095379 Thomas, Kenneth, Address Intentionally Omitted
518095380 Thomas, Kevin, Address Intentionally Omitted
518095381 Thomas, Lahammie, Address Intentionally Omitted
518095382 Thomas, Lewis, Address Intentionally Omitted
518095383 Thomas, Maurice, Address Intentionally Omitted
518095384 Thomas, Michael, Address Intentionally Omitted
518095385 Thomas, Muzaffar, Address Intentionally Omitted
518095386 Thomas, Neil, Address Intentionally Omitted
518095387 Thomas, Nyeema, Address Intentionally Omitted
518095388 Thomas, Richard, Address Intentionally Omitted
518095389 Thomas, Rodney, Address Intentionally Omitted
518095390 Thomas, Taheem, Address Intentionally Omitted
518095391 Thomas, Terrell, Address Intentionally Omitted
518095392 Thomas, Tyrique, Address Intentionally Omitted
518095393 Thomas, Victor, Address Intentionally Omitted
518095394 Thomasson, Oliver, Address Intentionally Omitted
518095395 Thompkins, Jamal, Address Intentionally Omitted
518095396 Thompkins, Roger, Address Intentionally Omitted
518095397 Thompson, Amanda, Address Intentionally Omitted
518095398 Thompson, Bradford, Address Intentionally Omitted
518095399 Thompson, David, Address Intentionally Omitted
518095400 Thompson, Dennis, Address Intentionally Omitted
518095401 Thompson, Dwight, Address Intentionally Omitted
518095402 Thompson, Glyn, Address Intentionally Omitted
518095403 Thompson, Larry, Address Intentionally Omitted
518095404 Thompson, Lorenzo, Address Intentionally Omitted
518095405 Thompson, Matthew, Address Intentionally Omitted
518095406 Thompson, Mccarly, Address Intentionally Omitted
518095407 Thompson, Muniya, Address Intentionally Omitted
518095408 Thompson, Reco, Address Intentionally Omitted
518095409 Thompson, Richard, Address Intentionally Omitted
518095410 Thompson, Roy, Address Intentionally Omitted
518095411 Thompson, Ryan, Address Intentionally Omitted
518095412 Thompson, Sean, Address Intentionally Omitted
518095415 Thorn, Kevin, Address Intentionally Omitted
518095416 Thornbro, Adam, Address Intentionally Omitted
518095419 Thornton, Antonio, Address Intentionally Omitted
518095420 Thornton, Brandon, Address Intentionally Omitted
518095421 Thornton, Steven, Address Intentionally Omitted
518095422 Thorpe, Jeffrey, Address Intentionally Omitted
518095423 Thorpe, Michael, Address Intentionally Omitted
518095424 Thorpe, Michael, Address Intentionally Omitted
518095430 Thurber, William, Address Intentionally Omitted
518095431 Tibbetts, Michael, Address Intentionally Omitted
518095433 Tice, Michael, Address Intentionally Omitted
518095434 Tichy, Adam, Address Intentionally Omitted
518095445 Tignor, Eric, Address Intentionally Omitted
518095447 Tilden, Joseph, Address Intentionally Omitted
518095451 Tiley, Joy, Address Intentionally Omitted
518095452 Tiller, Dwane, Address Intentionally Omitted
518095456 Tillman, Arki, Address Intentionally Omitted
518095457 Tillotson, Courtney, Address Intentionally Omitted
518095463 Time, Jean, Address Intentionally Omitted
518095465 Timmons, Raheem, Address Intentionally Omitted
518095467 Timpanaro, Daniel, Address Intentionally Omitted
518095470 Tincher, Ricky, Address Intentionally Omitted
518095474 Tirado, Luis, Address Intentionally Omitted
518095476 Tiru, Angel, Address Intentionally Omitted
518095477 Tisme, Michael, Address Intentionally Omitted
518095478 Tisserand, John, Address Intentionally Omitted
518095479 Tittle, Brett, Address Intentionally Omitted
518095480 Titus, Ann, Address Intentionally Omitted
518095488 Tobel, Stacy, Address Intentionally Omitted
518095490 Toby, Keron, Address Intentionally Omitted
518095500 Toledo Torres, Erik, Address Intentionally Omitted
518095501 Toledo, Kurtis, Address Intentionally Omitted
518095502 Tolentino, Joshua, Address Intentionally Omitted
518095503 Tolentino, William, Address Intentionally Omitted
518095504 Toler, Jason, Address Intentionally Omitted
518095505 Tolliver, Lashana, Address Intentionally Omitted
518095514 Tomaino, Richard, Address Intentionally Omitted
518095516 Tombarellibeaudoin, Aleithia, Address Intentionally Omitted
518095517 Tomes, Michael, Address Intentionally Omitted
518095521 Toney, Frederick, Address Intentionally Omitted
518095522 Tonkin, Matthew, Address Intentionally Omitted
518095527 Toomey, Michael, Address Intentionally Omitted

***** BYPASSED RECIPIENTS (continued) *****

518095528 Toomey, Thomas, Address Intentionally Omitted
518095529 Toon, Breonah, Address Intentionally Omitted
518095538 Torcaso, Anthony, Address Intentionally Omitted
518095539 Torelli, Timothy, Address Intentionally Omitted
518095540 Toribio, William, Address Intentionally Omitted
518095541 Torres, Adriana, Address Intentionally Omitted
518095542 Torres, Baron, Address Intentionally Omitted
518095543 Torres, Carlos, Address Intentionally Omitted
518095544 Torres, Christine, Address Intentionally Omitted
518095545 Torres, Edwin, Address Intentionally Omitted
518095546 Torres, Francisco, Address Intentionally Omitted
518095547 Torres, George, Address Intentionally Omitted
518095548 Torres, Jessie, Address Intentionally Omitted
518095549 Torres, Jose, Address Intentionally Omitted
518095550 Torres, Julio, Address Intentionally Omitted
518095551 Torres, Pablo, Address Intentionally Omitted
518095552 Torres, Ricardo, Address Intentionally Omitted
518095553 Torres, Richard, Address Intentionally Omitted
518095554 Torres, Rudy, Address Intentionally Omitted
518095555 Torres, Stephen, Address Intentionally Omitted
518095556 Torres, Wilfredo, Address Intentionally Omitted
518095557 Torres, William, Address Intentionally Omitted
518095558 Torres-perez, Concepcion, Address Intentionally Omitted
518095560 Torto, Alfred, Address Intentionally Omitted
518095572 Toth, Catherine, Address Intentionally Omitted
518095574 Tourony, Bruce, Address Intentionally Omitted
518095575 Tovern, Christopher, Address Intentionally Omitted
518095616 Towner, Jessica, Address Intentionally Omitted
518095624 Trabosh, Codi, Address Intentionally Omitted
518095628 Tracy, Charles, Address Intentionally Omitted
518095629 Tracy, Donna, Address Intentionally Omitted
518095630 Tracy, Joshua, Address Intentionally Omitted
518095631 Tracy, William, Address Intentionally Omitted
518095632 Tracy-totman, James, Address Intentionally Omitted
518095633 Traczynski, Sarah, Address Intentionally Omitted
518095643 Trajbar, Tommy, Address Intentionally Omitted
518095644 Tran, Huy, Address Intentionally Omitted
518095647 Tranchida, Peter, Address Intentionally Omitted
518095684 Traore, Moussa, Address Intentionally Omitted
518095702 Travers, Jevaughn, Address Intentionally Omitted
518095704 Travis, Chastity, Address Intentionally Omitted
518095705 Travis, Isadore, Address Intentionally Omitted
518095706 Travis, Jeffrey, Address Intentionally Omitted
518095708 Treadon, Thomas, Address Intentionally Omitted
518095709 Treadway, Leonard, Address Intentionally Omitted
518095710 Treaster, Kyrstin, Address Intentionally Omitted
518095736 Trefts, Todd, Address Intentionally Omitted
518095737 Treiber, David, Address Intentionally Omitted
518095738 Treiber, Richard, Address Intentionally Omitted
518095739 Trejo Zarraga, Candace, Address Intentionally Omitted
518095741 Tremer, Thomas, Address Intentionally Omitted
518095742 Tremmel, Raymond, Address Intentionally Omitted
518095743 Trench, David, Address Intentionally Omitted
518095744 Trendle, Edward, Address Intentionally Omitted
518095766 Tribbitt, Bessie, Address Intentionally Omitted
518095767 Trice, William, Address Intentionally Omitted
518095768 Tricoli, Frank, Address Intentionally Omitted
518095794 Troh, Jeffrey, Address Intentionally Omitted
518095795 Troise, Lisa, Address Intentionally Omitted
518095796 Trombetta, John, Address Intentionally Omitted
518095801 Troxell, Terry, Address Intentionally Omitted
518095804 Troy, Kimberlee, Address Intentionally Omitted
518095818 Truesdail, Martin, Address Intentionally Omitted
518095819 Truesdail, Veronica, Address Intentionally Omitted
518095820 Trujillo, Antonio, Address Intentionally Omitted
518095822 Trumpower, Dustin, Address Intentionally Omitted
518095823 Truong, Jimmy, Address Intentionally Omitted
518095824 Trusel, Stephen, Address Intentionally Omitted
518095825 Truslow, Lara, Address Intentionally Omitted
518095835 Tuah, David, Address Intentionally Omitted
518095836 Tubbs, Calvin, Address Intentionally Omitted
518095837 Tucciarone, Ryan, Address Intentionally Omitted
518095838 Tuchrello, Thomas, Address Intentionally Omitted
518095839 Tucker, Cory, Address Intentionally Omitted
518095840 Tucker, Jeffery, Address Intentionally Omitted
518095841 Tucker, Jennifer, Address Intentionally Omitted
518095842 Tucker, Kevin, Address Intentionally Omitted
518095843 Tucker, Scott, Address Intentionally Omitted
518095844 Tucker, Torrance, Address Intentionally Omitted

***** BYPASSED RECIPIENTS (continued) *****

518095845 Tucker, Wendy, Address Intentionally Omitted
518095846 Tuggle, Nicholas, Address Intentionally Omitted
518095847 Tugulea, Marius, Address Intentionally Omitted
518095848 Tujarov, Boris, Address Intentionally Omitted
518095851 Tummolo, Amber, Address Intentionally Omitted
518095852 Tummolo, Heather, Address Intentionally Omitted
518095853 Tung, Jeremy, Address Intentionally Omitted
518095854 Turco, Maurizio, Address Intentionally Omitted
518095858 Turnbull, Jarrod, Address Intentionally Omitted
518095859 Turner, Brian, Address Intentionally Omitted
518095860 Turner, Claude, Address Intentionally Omitted
518095861 Turner, Damon, Address Intentionally Omitted
518095862 Turner, Erik, Address Intentionally Omitted
518095863 Turner, George, Address Intentionally Omitted
518095864 Turner, Robert, Address Intentionally Omitted
518095865 Turner, Steven, Address Intentionally Omitted
518095866 Turner, Thomas, Address Intentionally Omitted
518095867 Turski, Michael, Address Intentionally Omitted
518095873 Tuttle, Steven, Address Intentionally Omitted
518095876 Twele, Zachary, Address Intentionally Omitted
518095877 Tweneboah, Richard, Address Intentionally Omitted
518095878 Twigg, Haley, Address Intentionally Omitted
518095886 Tworek, Michael, Address Intentionally Omitted
518095894 Tyler, Demetrius, Address Intentionally Omitted
518095895 Tyler, Steven, Address Intentionally Omitted
518095896 Tyson, Anthony, Address Intentionally Omitted
518095903 Ubiera, Leonidas, Address Intentionally Omitted
518095906 Udas, David, Address Intentionally Omitted
518095912 Uhrinek, Vincent, Address Intentionally Omitted
518095915 Ulloa, Jason, Address Intentionally Omitted
518095916 Ullom, Marcus, Address Intentionally Omitted
518095917 Ullrich, James, Address Intentionally Omitted
518095918 Ulrich, Karah, Address Intentionally Omitted
518095924 Ultsh, Andrew, Address Intentionally Omitted
518095926 Umer, Muhammad, Address Intentionally Omitted
518095927 Umphred, Dakota, Address Intentionally Omitted
518095935 Underwood, Cody, Address Intentionally Omitted
518095936 Underwood, Joseph, Address Intentionally Omitted
518096027 Upp, Martin, Address Intentionally Omitted
518096040 Urbanek, David, Address Intentionally Omitted
518096041 Urdaneta, Richard, Address Intentionally Omitted
518096042 Urich, Barry, Address Intentionally Omitted
518096043 Urich, Evan, Address Intentionally Omitted
518096044 Urquhart, Randy, Address Intentionally Omitted
518096045 Urquhart, Yvonne, Address Intentionally Omitted
518096046 Uruchima, Louis, Address Intentionally Omitted
518096097 Uzzell, Terrell, Address Intentionally Omitted
518096098 Uzzell, Tyron, Address Intentionally Omitted
518096106 Valade, Noah, Address Intentionally Omitted
518096107 Valdez, Carlos, Address Intentionally Omitted
518096108 Valdez, David, Address Intentionally Omitted
518096109 Valdez, Ronald, Address Intentionally Omitted
518096110 Valdez, Thomas, Address Intentionally Omitted
518096111 Valek, Robert, Address Intentionally Omitted
518096112 Valencia, Jose, Address Intentionally Omitted
518096113 Valencia, Luis, Address Intentionally Omitted
518096114 Valentin, Christopher, Address Intentionally Omitted
518096115 Valentin, Raymond, Address Intentionally Omitted
518096117 Valentine, Tyjon, Address Intentionally Omitted
518096118 Valentine, Vernon, Address Intentionally Omitted
518096119 Valentine-geyer, Jessie, Address Intentionally Omitted
518096120 Valequett, Michaela, Address Intentionally Omitted
518096122 Valerio, Marc, Address Intentionally Omitted
518096123 Valeus, Arsene, Address Intentionally Omitted
518096124 Vallair, Latoya, Address Intentionally Omitted
518096125 Vallavaa, Ramesh, Address Intentionally Omitted
518096126 Valle, Kevin, Address Intentionally Omitted
518096143 Valukevich, Jeremy, Address Intentionally Omitted
518096144 Valverde, Gerson, Address Intentionally Omitted
518096150 Van Blargan, Timothy, Address Intentionally Omitted
518096153 Van Es, Paul, Address Intentionally Omitted
518096154 Van Es, Paul, Address Intentionally Omitted
518096155 Van Nurden, Darryl, Address Intentionally Omitted
518096156 Van Voorhis, Rodney, Address Intentionally Omitted
518096158 Vanasse, Alfred, Address Intentionally Omitted
518096159 Vanauken, Kira, Address Intentionally Omitted
518096161 Vance, James, Address Intentionally Omitted
518096162 Vance, Scott, Address Intentionally Omitted
518096163 Vandegrift, Keria, Address Intentionally Omitted

***** BYPASSED RECIPIENTS (continued) *****

518096164 Vanderbeck, Danielle, Address Intentionally Omitted
518096165 Vanderslice, Darin, Address Intentionally Omitted
518096166 Vandriesen, Hunter, Address Intentionally Omitted
518096167 Vandyke, Andrea, Address Intentionally Omitted
518096172 Vanhook, Charles, Address Intentionally Omitted
518096173 Vanhorn, James, Address Intentionally Omitted
518096174 Vanhorn, William, Address Intentionally Omitted
518096175 Vankoevering, David, Address Intentionally Omitted
518096176 Vanleer, Steven, Address Intentionally Omitted
518096177 Vanvalkenburgh, Emma, Address Intentionally Omitted
518096178 Vanzile, Dustin, Address Intentionally Omitted
518096181 Varela, Luis, Address Intentionally Omitted
518096182 Varga, Michael, Address Intentionally Omitted
518096183 Vargas Hernandez, Francisco, Address Intentionally Omitted
518096184 Vargas, Gilbert, Address Intentionally Omitted
518096185 Vargas, Heidi, Address Intentionally Omitted
518096186 Vargas, Orlando, Address Intentionally Omitted
518096187 Vargo, Joseph, Address Intentionally Omitted
518096188 Vasilakos, Robert, Address Intentionally Omitted
518096189 Vasquez Rodriguez, Albert, Address Intentionally Omitted
518096190 Vasquez, Argeniz, Address Intentionally Omitted
518096191 Vasquez, Douglas, Address Intentionally Omitted
518096192 Vassel, Javon, Address Intentionally Omitted
518096193 Vassil, John, Address Intentionally Omitted
518096194 Vatter, Raymond, Address Intentionally Omitted
518096195 Vaughn, Anthony, Address Intentionally Omitted
518096196 Vaughn, Demetrius, Address Intentionally Omitted
518096197 Vaughn, Douglas, Address Intentionally Omitted
518096198 Vaught, Gary, Address Intentionally Omitted
518096199 Vazquez, Jesus, Address Intentionally Omitted
518096200 Vazquez, Joshua, Address Intentionally Omitted
518096201 Vazquez, Justin, Address Intentionally Omitted
518096202 Vazquez, Wilkins, Address Intentionally Omitted
518096203 Vazquez, William, Address Intentionally Omitted
518096204 Vazquez-ortiz, Jose, Address Intentionally Omitted
518096209 Vedutis, William, Address Intentionally Omitted
518096213 Vega, Angel, Address Intentionally Omitted
518096214 Vega, Jimmy, Address Intentionally Omitted
518096215 Vega, Johanna, Address Intentionally Omitted
518096216 Vega, Luis, Address Intentionally Omitted
518096217 Vega, Michael, Address Intentionally Omitted
518096218 Vega, William, Address Intentionally Omitted
518096219 Veguilla, Norberto, Address Intentionally Omitted
518096220 Velasquez, Caitlin, Address Intentionally Omitted
518096221 Velasquez, Jamie, Address Intentionally Omitted
518096222 Velasquez, Julio, Address Intentionally Omitted
518096223 Velasquez, Lino, Address Intentionally Omitted
518096224 Velazquez, Jesus, Address Intentionally Omitted
518096225 Velazquez, Luis, Address Intentionally Omitted
518096229 Velez, Enrique, Address Intentionally Omitted
518096230 Velez, Luis, Address Intentionally Omitted
518096231 Velez, Norberto, Address Intentionally Omitted
518096232 Veltz, Rahmeen, Address Intentionally Omitted
518096236 Veneziano, Salvatore, Address Intentionally Omitted
518096239 Venson, Jahvon, Address Intentionally Omitted
518096241 Ventimiglia, Robert, Address Intentionally Omitted
518096242 Ventriglia, Christina, Address Intentionally Omitted
518096243 Ventura, Alexi, Address Intentionally Omitted
518096244 Venturelli, Jason, Address Intentionally Omitted
518096245 Venuti, Izak, Address Intentionally Omitted
518096246 Vera, Louis, Address Intentionally Omitted
518096247 Vercrouse, Mark, Address Intentionally Omitted
518096249 Verdasca, Mario, Address Intentionally Omitted
518096250 Verdesoto, Paul, Address Intentionally Omitted
518096252 Vergara, Jobani, Address Intentionally Omitted
518096291 Verna, Evans, Address Intentionally Omitted
518096293 Verrastro, Thomas, Address Intentionally Omitted
518096299 Vetrino, Anthony, Address Intentionally Omitted
518096305 Vicente, Brandon, Address Intentionally Omitted
518096306 Vickers, Christopher, Address Intentionally Omitted
518096307 Vickers, Kyle, Address Intentionally Omitted
518096310 Victorino, Michael, Address Intentionally Omitted
518096311 Vidot, German, Address Intentionally Omitted
518096313 Viens, Brandon, Address Intentionally Omitted
518096314 Vieou, Darrin, Address Intentionally Omitted
518096315 Viera, Brian, Address Intentionally Omitted
518096317 Vijay, Lionel, Address Intentionally Omitted
518096320 Vila, Marcos, Address Intentionally Omitted
518096321 Villa, Hernan, Address Intentionally Omitted

***** BYPASSED RECIPIENTS (continued) *****

518096337 Villagra, Carlos, Address Intentionally Omitted
518096338 Villalobos, Marylou, Address Intentionally Omitted
518096339 Villalva Cisneros, Christian, Address Intentionally Omitted
518096340 Villareal, Eva, Address Intentionally Omitted
518096341 Villareal, Keenan, Address Intentionally Omitted
518096342 Villefranche, Evens, Address Intentionally Omitted
518096343 Villegas, Ignacio, Address Intentionally Omitted
518096344 Villi, Nancy, Address Intentionally Omitted
518096348 Vinacco, Michael, Address Intentionally Omitted
518096352 Vincent, Bernard, Address Intentionally Omitted
518096353 Vincent, Gregory, Address Intentionally Omitted
518096354 Vincent, Todd, Address Intentionally Omitted
518096355 Vincenzo, Evelyn, Address Intentionally Omitted
518096356 Viney, Alexander, Address Intentionally Omitted
518096358 Vinson, Tevin, Address Intentionally Omitted
518096359 Viola, Eileen, Address Intentionally Omitted
518096385 Vischoric, Michael, Address Intentionally Omitted
518096387 Visockis, Mark, Address Intentionally Omitted
518096391 Vitale, Joseph, Address Intentionally Omitted
518096395 Vivian, Logan, Address Intentionally Omitted
518096398 Vogel, Michael, Address Intentionally Omitted
518096399 Vogelsong, Donna, Address Intentionally Omitted
518096402 Vokurka, James, Address Intentionally Omitted
518096404 Volk, Corey, Address Intentionally Omitted
518096409 Vomaro, Dominick, Address Intentionally Omitted
518096410 Vona, Andrew, Address Intentionally Omitted
518096411 Vonbargen, John, Address Intentionally Omitted
518096412 Voorhees, Judith, Address Intentionally Omitted
518096415 Votee, Brian, Address Intentionally Omitted
518096424 Vullo, Anthony, Address Intentionally Omitted
518096433 Wade, Bernard, Address Intentionally Omitted
518096434 Wade, Dana, Address Intentionally Omitted
518096435 Waffle, Michael, Address Intentionally Omitted
518096436 Wagaman, John, Address Intentionally Omitted
518096437 Wager, Gerard, Address Intentionally Omitted
518096440 Wagner, Darryl, Address Intentionally Omitted
518096441 Wagner, David, Address Intentionally Omitted
518096443 Waheed, Ibn, Address Intentionally Omitted
518096444 Waite, Matthew, Address Intentionally Omitted
518096445 Waite, Wesley, Address Intentionally Omitted
518096447 Wakeley, James, Address Intentionally Omitted
518096449 Walborn, Andrew, Address Intentionally Omitted
518096450 Walck, Robert, Address Intentionally Omitted
518096452 Waldemarson, Michael, Address Intentionally Omitted
518096456 Waldron, Wayne, Address Intentionally Omitted
518096457 Walendzinski, Melissa, Address Intentionally Omitted
518096462 Walid-din, Muladi-aziz, Address Intentionally Omitted
518096465 Walker, Anthony, Address Intentionally Omitted
518096466 Walker, Christopher, Address Intentionally Omitted
518096467 Walker, James, Address Intentionally Omitted
518096468 Walker, Kristine, Address Intentionally Omitted
518096469 Walker, Michael, Address Intentionally Omitted
518096470 Walker, Michael, Address Intentionally Omitted
518096471 Walker, Robert, Address Intentionally Omitted
518096472 Walker, Robert, Address Intentionally Omitted
518096473 Walker, Sadiqa, Address Intentionally Omitted
518096474 Walker, Serbrina, Address Intentionally Omitted
518096475 Walker, Ward, Address Intentionally Omitted
518096477 Wall, Christopher, Address Intentionally Omitted
518096478 Wall, Timothy, Address Intentionally Omitted
518096483 Wallace, Eugene, Address Intentionally Omitted
518096484 Wallace, Jamaal, Address Intentionally Omitted
518096485 Wallace, Joshua, Address Intentionally Omitted
518096486 Wallace, Nicole, Address Intentionally Omitted
518096487 Wallace, Ryan, Address Intentionally Omitted
518096488 Wallace, Steven, Address Intentionally Omitted
518096489 Wallace, Vernon, Address Intentionally Omitted
518096490 Walland, Thomas, Address Intentionally Omitted
518096491 Wallingford, Calvin, Address Intentionally Omitted
518096494 Walls, Darnell, Address Intentionally Omitted
518096495 Walls, Rickey, Address Intentionally Omitted
518096502 Walsh, John, Address Intentionally Omitted
518096503 Walter, Robert, Address Intentionally Omitted
518096505 Walters, David, Address Intentionally Omitted
518096506 Walters, Mark, Address Intentionally Omitted
518096507 Walters, Todd, Address Intentionally Omitted
518096508 Waltersdorff, Cody, Address Intentionally Omitted
518096509 Walton, Bradley, Address Intentionally Omitted
518096510 Walton, Nakyle, Address Intentionally Omitted

***** BYPASSED RECIPIENTS (continued) *****

518096511 Walton, Torran, Address Intentionally Omitted
518096512 Waltz, Emily, Address Intentionally Omitted
518096513 Waltz, Simone, Address Intentionally Omitted
518096514 Walwyn, Ali, Address Intentionally Omitted
518096515 Walzer, Steven, Address Intentionally Omitted
518096516 Wannemacher, Zachary, Address Intentionally Omitted
518096519 Ward, Doris, Address Intentionally Omitted
518096520 Ward, Earl, Address Intentionally Omitted
518096521 Ward, Ephriam, Address Intentionally Omitted
518096522 Ward, John, Address Intentionally Omitted
518096523 Ward, Kimberly, Address Intentionally Omitted
518096524 Ward, Lisa, Address Intentionally Omitted
518096525 Ware, James, Address Intentionally Omitted
518096528 Warfel, Todd, Address Intentionally Omitted
518096529 Warham, Brittney, Address Intentionally Omitted
518096530 Waring, Christopher, Address Intentionally Omitted
518096532 Warnell, Michael, Address Intentionally Omitted
518096534 Warner, Kyle, Address Intentionally Omitted
518096535 Warner, Timothy, Address Intentionally Omitted
518096536 Warner, William, Address Intentionally Omitted
518096537 Warnick, Steven, Address Intentionally Omitted
518096538 Warnimont, Cody, Address Intentionally Omitted
518096540 Warnock, Robert, Address Intentionally Omitted
518096546 Warren, Brian, Address Intentionally Omitted
518096550 Warwick, Joshua, Address Intentionally Omitted
518096551 Warwick, Raymond, Address Intentionally Omitted
518096553 Washburn, Alex, Address Intentionally Omitted
518096555 Washburn, Floyd, Address Intentionally Omitted
518096556 Washburn, Robert, Address Intentionally Omitted
518096560 Washington, Charles, Address Intentionally Omitted
518096561 Washington, John, Address Intentionally Omitted
518096562 Washington, Terrance, Address Intentionally Omitted
518096563 Wasserback, Thomas, Address Intentionally Omitted
518096565 Wassil, Theodore, Address Intentionally Omitted
518096567 Waterhouse, Curt, Address Intentionally Omitted
518096570 Waters, Alice, Address Intentionally Omitted
518096571 Waters, Terrell, Address Intentionally Omitted
518096574 Watkin, Hugh, Address Intentionally Omitted
518096575 Watkins, Clint, Address Intentionally Omitted
518096576 Watkins, Frank, Address Intentionally Omitted
518096577 Watkins, Jared, Address Intentionally Omitted
518096578 Watkins, Jeffrey, Address Intentionally Omitted
518096579 Watkins, Paul, Address Intentionally Omitted
518096580 Watkins, Tareek, Address Intentionally Omitted
518096583 Watson, Corey, Address Intentionally Omitted
518096584 Watson, Douglas, Address Intentionally Omitted
518096585 Watson, Jamil, Address Intentionally Omitted
518096586 Watson, Javough, Address Intentionally Omitted
518096587 Watson, Johnnie, Address Intentionally Omitted
518096588 Watson, Kenneth, Address Intentionally Omitted
518096589 Watson, Reginald, Address Intentionally Omitted
518096590 Watson, Robert, Address Intentionally Omitted
518096591 Watson, Stanley, Address Intentionally Omitted
518096593 Watt, Christopher, Address Intentionally Omitted
518096594 Watters, Corey, Address Intentionally Omitted
518096595 Watts, James, Address Intentionally Omitted
518096596 Watts, Oliver, Address Intentionally Omitted
518096597 Waugaman, Joseph, Address Intentionally Omitted
518096599 Waxter, Trevonne, Address Intentionally Omitted
518096604 Waz, Michael, Address Intentionally Omitted
518096610 Weakland, Edgar, Address Intentionally Omitted
518096613 Weaver, Gregory, Address Intentionally Omitted
518096614 Weaver, Kevin, Address Intentionally Omitted
518096615 Weaver, Mark, Address Intentionally Omitted
518096617 Webb, Charles, Address Intentionally Omitted
518096618 Webb, James, Address Intentionally Omitted
518096619 Webb, Jean, Address Intentionally Omitted
518096620 Webb, Richard, Address Intentionally Omitted
518096621 Webb, Thomas, Address Intentionally Omitted
518096622 Webber, John, Address Intentionally Omitted
518096623 Webber, Tom, Address Intentionally Omitted
518096626 Weber, David, Address Intentionally Omitted
518096627 Weber, Melissa, Address Intentionally Omitted
518096632 Webster, Daniel, Address Intentionally Omitted
518096633 Webster, Joshua, Address Intentionally Omitted
518096634 Webster, Steven, Address Intentionally Omitted
518096635 Webster, Thomas, Address Intentionally Omitted
518096636 Weedon, Vaughn, Address Intentionally Omitted
518096637 Weeks, Matthew, Address Intentionally Omitted

***** BYPASSED RECIPIENTS (continued) *****
518096641 Wegner, Kenneth, Address Intentionally Omitted
518096642 Weicker, Carlie, Address Intentionally Omitted
518096643 Weicker, Charles, Address Intentionally Omitted
518096644 Weidler, Scott, Address Intentionally Omitted
518096645 Weilbacher, James, Address Intentionally Omitted
518096648 Weinberger, Mark, Address Intentionally Omitted
518096652 Weiser, Alexander, Address Intentionally Omitted
518096653 Weiss, Rolf, Address Intentionally Omitted
518096655 Weissman, Michael, Address Intentionally Omitted
518096657 Welborn, Gary, Address Intentionally Omitted
518096664 Welch, Ashley, Address Intentionally Omitted
518096665 Welch, Haneef, Address Intentionally Omitted
518096670 Weller, Luke, Address Intentionally Omitted
518096671 Weller, Richard, Address Intentionally Omitted
518096672 Wellington, Ryan, Address Intentionally Omitted
518096680 Wells, Austin, Address Intentionally Omitted
518096681 Wells, Carl, Address Intentionally Omitted
518096682 Wells, Christopher, Address Intentionally Omitted
518096683 Wells, Conrad, Address Intentionally Omitted
518096684 Wells, James, Address Intentionally Omitted
518096685 Wells, Jay, Address Intentionally Omitted
518096686 Wells, Lance, Address Intentionally Omitted
518096687 Wells, Paul, Address Intentionally Omitted
518096688 Wells, Richard, Address Intentionally Omitted
518096689 Wells, Robert, Address Intentionally Omitted
518096690 Wells, Safar, Address Intentionally Omitted
518096691 Wells, Safar, Address Intentionally Omitted
518096692 Wells, Zainee, Address Intentionally Omitted
518096694 Welsh, Autumn, Address Intentionally Omitted
518096695 Welshans, Lee, Address Intentionally Omitted
518096697 Welti, Christopher, Address Intentionally Omitted
518096698 Wencho, Michael, Address Intentionally Omitted
518096699 Wendel, James, Address Intentionally Omitted
518096703 Wenerick, Joan, Address Intentionally Omitted
518096705 Wenrich, Tyler, Address Intentionally Omitted
518096707 Wentz, Jeffrey, Address Intentionally Omitted
518096708 Wenz, Lisa, Address Intentionally Omitted
518096709 Wenzel, Scott, Address Intentionally Omitted
518096710 Werkheiser, Paul, Address Intentionally Omitted
518096711 Werner, Jerimi, Address Intentionally Omitted
518096712 Werner, Robin, Address Intentionally Omitted
518096719 Wesley, James, Address Intentionally Omitted
518096720 Wesley, John, Address Intentionally Omitted
518096721 Wesley, Philip, Address Intentionally Omitted
518096747 West, Bradley, Address Intentionally Omitted
518096748 West, John, Address Intentionally Omitted
518096749 West, Monica, Address Intentionally Omitted
518096750 West, Ronald, Address Intentionally Omitted
518096751 Westberg, John, Address Intentionally Omitted
518096752 Westenhofer, Patrick, Address Intentionally Omitted
518096766 Westmoreland, Jemal, Address Intentionally Omitted
518096771 Wetzstein, Richard, Address Intentionally Omitted
518096773 Whack, James, Address Intentionally Omitted
518096775 Wheat, Ophelia, Address Intentionally Omitted
518096776 Wheatley, Dominque, Address Intentionally Omitted
518096778 Wheeler, Earl, Address Intentionally Omitted
518096779 Wheeler, Eric, Address Intentionally Omitted
518096782 Whelan, Jessica, Address Intentionally Omitted
518096784 Whisman, Ronald, Address Intentionally Omitted
518096785 Whispell, Brian, Address Intentionally Omitted
518096786 Whitaker, Rachel, Address Intentionally Omitted
518096787 Whitaker, Robert, Address Intentionally Omitted
518096788 Whitaker, Sharon, Address Intentionally Omitted
518096789 White, Alan, Address Intentionally Omitted
518096790 White, Carey, Address Intentionally Omitted
518096791 White, Darnell, Address Intentionally Omitted
518096792 White, Donte, Address Intentionally Omitted
518096793 White, Edward, Address Intentionally Omitted
518096794 White, Jacob, Address Intentionally Omitted
518096795 White, James, Address Intentionally Omitted
518096796 White, James, Address Intentionally Omitted
518096797 White, Jeffrey, Address Intentionally Omitted
518096798 White, Jon, Address Intentionally Omitted
518096799 White, Joshua, Address Intentionally Omitted
518096800 White, Justin, Address Intentionally Omitted
518096801 White, Mark, Address Intentionally Omitted
518096802 White, Michael, Address Intentionally Omitted
518096803 White, Michael, Address Intentionally Omitted
518096804 White, Michael, Address Intentionally Omitted

***** BYPASSED RECIPIENTS (continued) *****

518096805 White, Morgan, Address Intentionally Omitted
518096806 White, Nashon, Address Intentionally Omitted
518096807 White, Reginald, Address Intentionally Omitted
518096808 White, Ronald, Address Intentionally Omitted
518096809 White, Timothy, Address Intentionally Omitted
518096810 White, Travis, Address Intentionally Omitted
518096813 Whitehead, Eric, Address Intentionally Omitted
518096814 Whitehead, Michael, Address Intentionally Omitted
518096819 Whitfield, King, Address Intentionally Omitted
518096820 Whiting, Bethanne, Address Intentionally Omitted
518096821 Whiting, Ronald, Address Intentionally Omitted
518096822 Whitlock, Jacob, Address Intentionally Omitted
518096823 Whitmoyer, Brian, Address Intentionally Omitted
518096825 Whitney, Bryan, Address Intentionally Omitted
518096826 Whitney, Levi, Address Intentionally Omitted
518096827 Whiton, Donald, Address Intentionally Omitted
518096828 Whitt, William, Address Intentionally Omitted
518096829 Whittaker, Anthony, Address Intentionally Omitted
518096830 Whittaker, Caleb, Address Intentionally Omitted
518096831 Whittingham, Kelvin, Address Intentionally Omitted
518096832 Whittington, Richard, Address Intentionally Omitted
518096837 Wiaderski, Wojtek, Address Intentionally Omitted
518096839 Wickmark, Ashley, Address Intentionally Omitted
518096840 Wicks, Jeremy, Address Intentionally Omitted
518096841 Widmark, Scott, Address Intentionally Omitted
518096843 Wienecke, Paul, Address Intentionally Omitted
518096844 Wiener, Brian, Address Intentionally Omitted
518096846 Wiest, Edward, Address Intentionally Omitted
518096849 Wiggins, Rasheed, Address Intentionally Omitted
518096853 Wilbur, Harry, Address Intentionally Omitted
518096854 Wilbur, Steven, Address Intentionally Omitted
518096856 Wilcox, Curtis, Address Intentionally Omitted
518096857 Wilcox, John, Address Intentionally Omitted
518096859 Wild, Robert, Address Intentionally Omitted
518096860 Wilde, Cheyenna, Address Intentionally Omitted
518096861 Wilders, Robert, Address Intentionally Omitted
518096862 Wiles, Amanda, Address Intentionally Omitted
518096863 Wiley, Garret, Address Intentionally Omitted
518096864 Wiley, Jeremiah, Address Intentionally Omitted
518096865 Wilford, Andre, Address Intentionally Omitted
518096866 Wilhelm, Raymond, Address Intentionally Omitted
518096867 Wilhoit, George, Address Intentionally Omitted
518096868 Wilhoit, Lyndon, Address Intentionally Omitted
518096869 Wilk, Paul, Address Intentionally Omitted
518096870 Wilkins, Adonis, Address Intentionally Omitted
518096871 Wilkins, Marc, Address Intentionally Omitted
518096872 Wilkins, Neal, Address Intentionally Omitted
518096873 Wilkinson, Kyle, Address Intentionally Omitted
518096877 Willems, Zachary, Address Intentionally Omitted
518096878 Willett, Sean, Address Intentionally Omitted
518096879 Willette, Dillon, Address Intentionally Omitted
518096880 Willever, William, Address Intentionally Omitted
518096881 Willey, John, Address Intentionally Omitted
518096882 Willey, Matthew, Address Intentionally Omitted
518096895 Williams Hamilton, Glenn, Address Intentionally Omitted
518096896 Williams, Acie, Address Intentionally Omitted
518096897 Williams, Caleb, Address Intentionally Omitted
518096898 Williams, Candeias, Address Intentionally Omitted
518096900 Williams, Christopher, Address Intentionally Omitted
518096901 Williams, Christopher, Address Intentionally Omitted
518096902 Williams, Corey, Address Intentionally Omitted
518096903 Williams, Darrell, Address Intentionally Omitted
518096904 Williams, David, Address Intentionally Omitted
518096905 Williams, Donald, Address Intentionally Omitted
518096906 Williams, Donald, Address Intentionally Omitted
518096907 Williams, Donna, Address Intentionally Omitted
518096908 Williams, Dorsey, Address Intentionally Omitted
518096909 Williams, Edward, Address Intentionally Omitted
518096910 Williams, Eugene, Address Intentionally Omitted
518096911 Williams, Eugene, Address Intentionally Omitted
518096912 Williams, Eugene, Address Intentionally Omitted
518096913 Williams, Frank, Address Intentionally Omitted
518096914 Williams, Gordon, Address Intentionally Omitted
518096915 Williams, Harold, Address Intentionally Omitted
518096916 Williams, Irayel, Address Intentionally Omitted
518096917 Williams, Isaiah, Address Intentionally Omitted
518096918 Williams, James, Address Intentionally Omitted
518096919 Williams, Jasmine, Address Intentionally Omitted
518096920 Williams, Javoun, Address Intentionally Omitted

***** BYPASSED RECIPIENTS (continued) *****

518096921 Williams, Jeffrey, Address Intentionally Omitted
518096922 Williams, Joey, Address Intentionally Omitted
518096923 Williams, John, Address Intentionally Omitted
518096924 Williams, Jonathan, Address Intentionally Omitted
518096925 Williams, Joshua, Address Intentionally Omitted
518096926 Williams, Keith, Address Intentionally Omitted
518096927 Williams, Kelvin, Address Intentionally Omitted
518096928 Williams, Kelvin, Address Intentionally Omitted
518096929 Williams, Kenneth, Address Intentionally Omitted
518096930 Williams, Kenneth, Address Intentionally Omitted
518096931 Williams, Kevin, Address Intentionally Omitted
518096932 Williams, Khalil, Address Intentionally Omitted
518096933 Williams, Kiah, Address Intentionally Omitted
518096934 Williams, Kim, Address Intentionally Omitted
518096935 Williams, Kvon, Address Intentionally Omitted
518096936 Williams, Kyle, Address Intentionally Omitted
518096937 Williams, Lacy, Address Intentionally Omitted
518096938 Williams, Lashawn, Address Intentionally Omitted
518096939 Williams, Leslie, Address Intentionally Omitted
518096940 Williams, Lorenzo, Address Intentionally Omitted
518096941 Williams, Mark, Address Intentionally Omitted
518096942 Williams, Mark, Address Intentionally Omitted
518096943 Williams, Mark, Address Intentionally Omitted
518096944 Williams, Martin, Address Intentionally Omitted
518096945 Williams, Martinez, Address Intentionally Omitted
518096946 Williams, Mathew, Address Intentionally Omitted
518096947 Williams, Maurice, Address Intentionally Omitted
518096948 Williams, Michael, Address Intentionally Omitted
518096949 Williams, Michael, Address Intentionally Omitted
518096950 Williams, Parris, Address Intentionally Omitted
518096951 Williams, Patrick, Address Intentionally Omitted
518096952 Williams, Quentin, Address Intentionally Omitted
518096953 Williams, Rahmond, Address Intentionally Omitted
518096954 Williams, Rashane, Address Intentionally Omitted
518096955 Williams, Richard, Address Intentionally Omitted
518096956 Williams, Richard, Address Intentionally Omitted
518096957 Williams, Robert, Address Intentionally Omitted
518096958 Williams, Sean, Address Intentionally Omitted
518096959 Williams, Shaquan, Address Intentionally Omitted
518096960 Williams, Stephen, Address Intentionally Omitted
518096961 Williams, Steven, Address Intentionally Omitted
518096962 Williams, Steven, Address Intentionally Omitted
518096963 Williams, Todd, Address Intentionally Omitted
518096964 Williams, Torey, Address Intentionally Omitted
518096965 Williams-ham, Toni, Address Intentionally Omitted
518096966 Williamson, Mateo, Address Intentionally Omitted
518096967 Williamson, Patrick, Address Intentionally Omitted
518096968 Williamson, Steven, Address Intentionally Omitted
518096971 Willier, Bo, Address Intentionally Omitted
518096972 Willingham, Michael, Address Intentionally Omitted
518096973 Willis, Shane, Address Intentionally Omitted
518096974 Willis, Timothy, Address Intentionally Omitted
518096980 Wilsbach, Robert, Address Intentionally Omitted
518096982 Wilson, Anthony, Address Intentionally Omitted
518096983 Wilson, Beauregard, Address Intentionally Omitted
518096984 Wilson, Cassidy, Address Intentionally Omitted
518096985 Wilson, Christine, Address Intentionally Omitted
518096986 Wilson, Dangeloes, Address Intentionally Omitted
518096987 Wilson, Eshan, Address Intentionally Omitted
518096988 Wilson, James, Address Intentionally Omitted
518096989 Wilson, John, Address Intentionally Omitted
518096990 Wilson, Joseph, Address Intentionally Omitted
518096991 Wilson, Kobby, Address Intentionally Omitted
518096992 Wilson, Leroy, Address Intentionally Omitted
518096993 Wilson, Liandra, Address Intentionally Omitted
518096994 Wilson, Lorenza, Address Intentionally Omitted
518096995 Wilson, Nathaniel, Address Intentionally Omitted
518096996 Wilson, Paul, Address Intentionally Omitted
518096997 Wilson, Richard, Address Intentionally Omitted
518096998 Wilson, Richard, Address Intentionally Omitted
518096999 Wilson, Robert, Address Intentionally Omitted
518097000 Wilson, Robie, Address Intentionally Omitted
518097001 Wilson, Romell, Address Intentionally Omitted
518097002 Wilson, Samuel, Address Intentionally Omitted
518097003 Wilson, Scott, Address Intentionally Omitted
518097004 Wilson, Timmie, Address Intentionally Omitted
518097005 Wilson, Tyler, Address Intentionally Omitted
518097006 Wilson, William, Address Intentionally Omitted
518097007 Wilt, Eugene, Address Intentionally Omitted

***** BYPASSED RECIPIENTS (continued) *****

518097008 Wilt, Scott, Address Intentionally Omitted
518097009 Wilt, Scott, Address Intentionally Omitted
518097011 Wilver, Jack, Address Intentionally Omitted
518097012 Wimbush, Bernard, Address Intentionally Omitted
518097013 Wimer, James, Address Intentionally Omitted
518097014 Wimer, Joshua, Address Intentionally Omitted
518097015 Wimms, Jerome, Address Intentionally Omitted
518097027 Winer, Susan, Address Intentionally Omitted
518097030 Wingert, Kimberly, Address Intentionally Omitted
518097031 Wingfield, Jhonathan, Address Intentionally Omitted
518097032 Wingfield, Taw, Address Intentionally Omitted
518097033 Wingfield, Todd, Address Intentionally Omitted
518097037 Winn, Vernon, Address Intentionally Omitted
518097038 Winner, Kyle, Address Intentionally Omitted
518097039 Winslow, Robert, Address Intentionally Omitted
518097042 Winstel, Gregg, Address Intentionally Omitted
518097046 Winton, Sebastian, Address Intentionally Omitted
518097047 Winton, Soldon, Address Intentionally Omitted
518097051 Wisdom, Fitzroy, Address Intentionally Omitted
518097052 Wise, Brian, Address Intentionally Omitted
518097053 Wise, Maurice, Address Intentionally Omitted
518097054 Wise, Tasha, Address Intentionally Omitted
518097055 Wiseman, Paul, Address Intentionally Omitted
518097056 Wisham, Jason, Address Intentionally Omitted
518097057 Wisner, Jeremy, Address Intentionally Omitted
518097058 Wisneski, Edward, Address Intentionally Omitted
518097059 Wisniewski, Christopher, Address Intentionally Omitted
518097060 Wisniewski, John, Address Intentionally Omitted
518097061 Witek, Teresa, Address Intentionally Omitted
518097062 Witherow, Dwight, Address Intentionally Omitted
518097063 Withers, Anthony, Address Intentionally Omitted
518097064 Withers, Christopher, Address Intentionally Omitted
518097065 Witherspoon, Lee, Address Intentionally Omitted
518097068 Witman, Mark, Address Intentionally Omitted
518097069 Witmer, Marie, Address Intentionally Omitted
518097070 Witt, Jonathan, Address Intentionally Omitted
518097078 Woelfel, Stephen, Address Intentionally Omitted
518097079 Wojdyla, Grzegorz, Address Intentionally Omitted
518097082 Wolf, Haleigh, Address Intentionally Omitted
518097083 Wolf, Iwona, Address Intentionally Omitted
518097084 Wolf, Joshua, Address Intentionally Omitted
518097085 Wolf, Michele, Address Intentionally Omitted
518097086 Wolfarth, Lucas, Address Intentionally Omitted
518097087 Wolfe, Brad, Address Intentionally Omitted
518097090 Wolfgang, Alexander, Address Intentionally Omitted
518097091 Wolfinger, Gary, Address Intentionally Omitted
518097093 Wong, Brian, Address Intentionally Omitted
518097094 Wong, Nicolas, Address Intentionally Omitted
518097095 Wonica, Andrew, Address Intentionally Omitted
518097100 Wood, Allen, Address Intentionally Omitted
518097101 Wood, David, Address Intentionally Omitted
518097102 Wood, Jill, Address Intentionally Omitted
518097103 Wood, John, Address Intentionally Omitted
518097104 Wood, Michael, Address Intentionally Omitted
518097105 Wood, Stanley, Address Intentionally Omitted
518097106 Wood, Thomas, Address Intentionally Omitted
518097107 Wood-holdt, Christopher, Address Intentionally Omitted
518097108 Woodal, Tommy, Address Intentionally Omitted
518097109 Woodard, Michael, Address Intentionally Omitted
518097112 Woodie, Ramarius, Address Intentionally Omitted
518097113 Woodington, Gordon, Address Intentionally Omitted
518097115 Woodle, Braden, Address Intentionally Omitted
518097117 Woods, Adam, Address Intentionally Omitted
518097118 Woods, Brian, Address Intentionally Omitted
518097119 Woods, Dominique, Address Intentionally Omitted
518097120 Woods, Dutch, Address Intentionally Omitted
518097121 Woods, Gennareh, Address Intentionally Omitted
518097122 Woods, Sarah, Address Intentionally Omitted
518097123 Woods, Shannon, Address Intentionally Omitted
518097124 Woods, Tendy, Address Intentionally Omitted
518097125 Woods, Tommy, Address Intentionally Omitted
518097126 Woods, Vincent, Address Intentionally Omitted
518097127 Woods, Wesley, Address Intentionally Omitted
518097129 Woodson, Dana, Address Intentionally Omitted
518097130 Woodson, Melvin, Address Intentionally Omitted
518097132 Woodward, Kendra, Address Intentionally Omitted
518097133 Woodward, Kenneth, Address Intentionally Omitted
518097134 Woodward, Richard, Address Intentionally Omitted
518097136 Woolard, Harold, Address Intentionally Omitted

***** BYPASSED RECIPIENTS (continued) *****

518097137 Woolford, Zachary, Address Intentionally Omitted
518097138 Woolley, Emmanuel, Address Intentionally Omitted
518097139 Woolwine, Jacqueline, Address Intentionally Omitted
518097140 Worch, Michael, Address Intentionally Omitted
518097172 Worley, Jessica, Address Intentionally Omitted
518097174 Worthing, Gary, Address Intentionally Omitted
518097178 Worthington, Rollie, Address Intentionally Omitted
518097185 Wright, Brian, Address Intentionally Omitted
518097186 Wright, Chelsea, Address Intentionally Omitted
518097187 Wright, Christine, Address Intentionally Omitted
518097188 Wright, Christopher, Address Intentionally Omitted
518097189 Wright, Cleveland, Address Intentionally Omitted
518097190 Wright, Henry, Address Intentionally Omitted
518097191 Wright, Jeffery, Address Intentionally Omitted
518097192 Wright, John, Address Intentionally Omitted
518097193 Wright, Michael, Address Intentionally Omitted
518097194 Wright, Michael, Address Intentionally Omitted
518097195 Wright, Richard, Address Intentionally Omitted
518097196 Wright, Robert, Address Intentionally Omitted
518097197 Wright, Robert, Address Intentionally Omitted
518097198 Wright, Shane, Address Intentionally Omitted
518097205 Wullner, Donald, Address Intentionally Omitted
518097209 Wurzauf, Derek, Address Intentionally Omitted
518097223 Wyatt, Gregory, Address Intentionally Omitted
518097224 Wyatt, William, Address Intentionally Omitted
518097225 Wyche, Theodore, Address Intentionally Omitted
518097226 Wyckoff, John, Address Intentionally Omitted
518097227 Wydzierzecki, Juliusz, Address Intentionally Omitted
518097229 Xavier, Jack, Address Intentionally Omitted
518097249 Yackanicz, Brian, Address Intentionally Omitted
518097250 Yahaya, Moses, Address Intentionally Omitted
518097254 Yanez, Angel, Address Intentionally Omitted
518097255 Yanez, Juan, Address Intentionally Omitted
518097261 Yannetelli, Robert, Address Intentionally Omitted
518097262 Yantz, Lawrence, Address Intentionally Omitted
518097263 Yarbrough, Jonathan, Address Intentionally Omitted
518097265 Yarnall, Jeremy, Address Intentionally Omitted
518097266 Yaro, Jim, Address Intentionally Omitted
518097267 Yarow, Hassan, Address Intentionally Omitted
518097268 Yates, Brandon, Address Intentionally Omitted
518097269 Yates, Brian, Address Intentionally Omitted
518097271 Yeakel, Kyle, Address Intentionally Omitted
518097272 Yeargan, Mary, Address Intentionally Omitted
518097273 Yeargan, Shannon, Address Intentionally Omitted
518097276 Yeomans, John, Address Intentionally Omitted
518097278 Yerger, Dale, Address Intentionally Omitted
518097284 Yhap, Ethel, Address Intentionally Omitted
518097285 Yi, Savy, Address Intentionally Omitted
518097286 Yingling, Michael, Address Intentionally Omitted
518097287 Ynoa-checo, Pedro, Address Intentionally Omitted
518097288 Yohe, Justin, Address Intentionally Omitted
518097289 Yohe, Patrick, Address Intentionally Omitted
518097291 Yoni, Yves, Address Intentionally Omitted
518097292 Yorgey, Joshua, Address Intentionally Omitted
518097300 York, Andrew, Address Intentionally Omitted
518097301 York, Diane, Address Intentionally Omitted
518097303 Yost, Leroy, Address Intentionally Omitted
518097304 Yost, Samantha, Address Intentionally Omitted
518097306 Young, Adam, Address Intentionally Omitted
518097307 Young, Alex, Address Intentionally Omitted
518097308 Young, Amber, Address Intentionally Omitted
518097309 Young, Angeline, Address Intentionally Omitted
518097310 Young, Brandon, Address Intentionally Omitted
518097311 Young, Brian, Address Intentionally Omitted
518097312 Young, David, Address Intentionally Omitted
518097313 Young, David, Address Intentionally Omitted
518097314 Young, Jerome, Address Intentionally Omitted
518097315 Young, Joann, Address Intentionally Omitted
518097316 Young, Joseph, Address Intentionally Omitted
518097317 Young, Ken, Address Intentionally Omitted
518097318 Young, Michael, Address Intentionally Omitted
518097319 Young, Michael, Address Intentionally Omitted
518097320 Young, Ronald, Address Intentionally Omitted
518097321 Young, Travis, Address Intentionally Omitted
518097322 Young, Tymere, Address Intentionally Omitted
518097323 Young, William, Address Intentionally Omitted
518097324 Young, William, Address Intentionally Omitted
518097325 Younger, Joshua, Address Intentionally Omitted
518097326 Younger, Travis, Address Intentionally Omitted

***** BYPASSED RECIPIENTS (continued) *****
518097327 Youngkin, Gabriel, Address Intentionally Omitted
518097331 Yurcisin, Richard, Address Intentionally Omitted
518097337 Zacarias Perez, Yulver, Address Intentionally Omitted
518097338 Zacek, Jason, Address Intentionally Omitted
518097343 Zaczek, Michael, Address Intentionally Omitted
518097344 Zagrzecki, Kathleen, Address Intentionally Omitted
518097348 Zaidi, Syed-shahzad, Address Intentionally Omitted
518097349 Zamora, Enrique, Address Intentionally Omitted
518097350 Zamora, Felix, Address Intentionally Omitted
518097351 Zampitella, Richard, Address Intentionally Omitted
518097352 Zanders, Quillie, Address Intentionally Omitted
518097353 Zang, Cody, Address Intentionally Omitted
518097354 Zapata, Yolanda, Address Intentionally Omitted
518097356 Zastrow, Derick, Address Intentionally Omitted
518097357 Zavaleta, David, Address Intentionally Omitted
518097358 Zdybek, Erinanne, Address Intentionally Omitted
518097359 Zedak, James, Address Intentionally Omitted
518097360 Zeffer, Carrie, Address Intentionally Omitted
518097361 Zelenka, Michael, Address Intentionally Omitted
518097363 Zellman, Bryce, Address Intentionally Omitted
518097364 Zellman, John, Address Intentionally Omitted
518097365 Zellner, Jeffrey, Address Intentionally Omitted
518097368 Zentz, John, Address Intentionally Omitted
518097369 Zepeda, Ryan, Address Intentionally Omitted
518097370 Zera, Sean, Address Intentionally Omitted
518097371 Zerby, Lester, Address Intentionally Omitted
518097372 Zesut, James, Address Intentionally Omitted
518097373 Zhang, Kunlun, Address Intentionally Omitted
518097374 Zickefoose, Corey, Address Intentionally Omitted
518097376 Ziegler, John, Address Intentionally Omitted
518097377 Ziemkiewicz, Dylan, Address Intentionally Omitted
518097379 Zimmer, Adam, Address Intentionally Omitted
518097380 Zimmer, Celestina, Address Intentionally Omitted
518097381 Zimmer, Justin, Address Intentionally Omitted
518097383 Zimmerman, Amber, Address Intentionally Omitted
518097384 Zimmerman, Charles, Address Intentionally Omitted
518097385 Zimmerman, Charles, Address Intentionally Omitted
518097386 Zimmerman, Justin, Address Intentionally Omitted
518097387 Zimmerman, William, Address Intentionally Omitted
518097389 Zimny, Mieczyslaw, Address Intentionally Omitted
518097390 Zink, Edward, Address Intentionally Omitted
518097391 Ziolkowski, Milosz, Address Intentionally Omitted
518097394 Zone, William, Address Intentionally Omitted
518097396 Zubradt, Scott, Address Intentionally Omitted
518097397 Zuccardo, Joseph, Address Intentionally Omitted
518097399 Zulisky, Michael, Address Intentionally Omitted
518097400 Zupo, Francis, Address Intentionally Omitted
518097401 Zurek, William, Address Intentionally Omitted
518097404 Zwillich, Nathan, Address Intentionally Omitted
518097405 Zytkowski, Karol, Address Intentionally Omitted
aty* +Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, NJ 07068-1791
cr* +Daimler Trust, c/o BK Servicing, LLC, P.O. Box 131265, Roseville, MN 55113-0011
cr* +East River Energy, Inc,, 401 Soundview Road, Guilford, CT 06437-2971
cr* +RLI Insurance Company, 9025 N. Lindbergh Drive, Peoria, il 61615-1499
518078944* +Ac And T Co Inc, Po Box 4217, Hagerstown MD 21741-4217
518165244* American Express National Bank, c/o Becket and Lee LLP, PO Box 3001,
Malvern PA 19355-0701
518082276* ++COLUMBIA GAS, 290 W NATIONWIDE BLVD 5TH FL, BANKRUPTCY DEPARTMENT, COLUMBUS OH 43215-4157
(address filed with court: Columbia Gas, Po Box 742510, Cincinnati OH 45274-2510)
518082279* ++COLUMBIA GAS, 290 W NATIONWIDE BLVD 5TH FL, BANKRUPTCY DEPARTMENT, COLUMBUS OH 43215-4157
(address filed with court: Columbia Gas, Po Box 742537, Cincinnati OH 45274-2537)
518082278* ++COLUMBIA GAS, 290 W NATIONWIDE BLVD 5TH FL, BANKRUPTCY DEPARTMENT, COLUMBUS OH 43215-4157
(address filed with court: Columbia Gas, Po Box 9001847, Louisville KY 40290-1847)
518144060* Daimler Trust, c/o Bk Servicing, LLC, PO Box 131265, Roseville, MN 55113-0011
518083779* +Eastern Lift Truck Co Inc, P O Box 307, Maple Shade NJ 08052-0307
518084467* ++FIFTH THIRD BANK, MD# ROPS05 BANKRUPTCY DEPT, 1850 EAST PARIS SE,
GRAND RAPIDS MI 49546-6253
(address filed with court: Fifth Third Bank, Austin Sizemore, 38 Fountain Square Plz,
Md 10904a, Cinncinnati OH 45263)
518084470* ++FIFTH THIRD BANK, MD# ROPS05 BANKRUPTCY DEPT, 1850 EAST PARIS SE,
GRAND RAPIDS MI 49546-6253
(address filed with court: Fifth Third Bank, Peggy Bode, 38 Fountain Square Plz,
Cinncinnati OH 45263)
518086700* ++INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346,
PHILADELPHIA PA 19101-7346
(address filed with court: Internal Revenue Svc, 1111 Constitution Ave Nw,
Washington DC 20224)

***** BYPASSED RECIPIENTS (continued) *****

518086701* ++INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346
(address filed with court: Internal Revenue Svc, 310 Lowell St, Stop 830, Andover MA 01810)
518086703* ++INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346
(address filed with court: Internal Revenue Svc, Matthew B Mcauliffe, 1180 Veterans Memorial Hwy, Hauppauge NY 11788)
518086705* ++INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346
(address filed with court: Internal Revenue Svc, One Lefrak City Plz, Fl 4 3151, Corona NY 11368-9900)
518086704* ++INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346
(address filed with court: Internal Revenue Svc, Po Box 219236, Kansas City MO 64121-7188)
518086702* ++INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346
(address filed with court: Internal Revenue Svc, T L Nelumsgroup 20, 955 So Springfield Ave, Springfield NJ 07081)
518086747* ++INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346
(address filed with court: Irs, Federal Tax Deposit, Po Box 804521, Cincinnati OH 45999-0046)
518086699* +Internal Revenue Service, 2970 Market Street, Mail Stop 5-q30.133, Philadelphia PA 19104-5002
518170078* +Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346
518086698* Internal Revenue Service, Po Box 7346, Philadelphia PA 19101-7346
518086748* Irs, Acs Support, Po Box 8208, Philadelphia PA 19101-8208
518086749* +Irs Internal Revenue Svc, 10th St And Pennsylvania Ave Nw, Washington DC 20530-0001
518087369* +Jpmorgan Chase Bank, Na, 1111 Polaris Pkwy, Ste A-3, Columbus OH 43240-2050
518088850* Manitoulin Transport Ltd, Yvonne Bailey, Po Box 390, Gore Bay ON POP1H02190, Canada
518147469* Massachusetts Department of Revenue, Bankruptcy Unit, P. O. Box 9564, Boston, MA 02114-9564
518090492* ++STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245
(address filed with court: New Jersey Division Of Taxation, Compliance & Enforcement Unit, Bankruptcy Unit, 50 Barrack Street, 9th Floor, Trenton NJ 08695-0267)
518094616* ++STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245
(address filed with court: State Of New Jersey, Div Of Taxation, P O Box 283, Trenton NJ 08695-0283)
518094181* Smith, Jordan, Address Intentionally Omitted
518094995* Sweigert, Chad, Address Intentionally Omitted
518095306* +The Sherwin Williams Co, 2043 Stringtown Rd, Grove City OH 43123-2930
518051502* +United HealthCare Services, Inc., c/o Shipman & Goodwin LLP, One Constitution Plaza, Hartford, CT 06103-1803
518290402* +XPO Logistics fka Con-Way Freight, c/o RMS Bankruptcy Recovery Services, P.O. Box 19253, Minneapolis, MN 55419-0253
518078866 ##+A-1 Door Co, Stephanie Barber, 2621 Dale Ave, Richmond VA 23234-3116
518078891 ##+Ab Airbags Inc, 5671 Palmer Way Ste A, Carlsbad CA 92010-7256
518078967 ##+Acesur De Prado North America, Tish Conley, 2842 Cromwell Rd, Norfolk VA 23509-2408
518079067 ##+Advantage Chemical, 27617 Commerce Ctr, Temecula CA 92590-2521
518079126 ##Ah Harris, Rob Roster, 294 Boyer Cir, Williston VT 05495-8931
518079139 ##+Air Equipment Co Of Harrisbur, Po Box 3064, Shiremanstown PA 17011-3064
518079226 ##+Alexios Apazidis Md, 15 Walt Whitman Rd, Huntington Station NY 11746-3612
518079245 ##+All Around Power Washing, Ron, 3030 Oak St, Morton OH 44203-6559
518079396 ##+Amanda Dryer, 1 Louis Dr, Melville NY 11747-1901
518079448 ##+American Design And Contracting, Marc Micare, 103 Halfmoon Dr, Altamont NY 12009-2500
518079465 ##+American Natural Supply Llc, 333 Baldwin Rd, 2nd Floor, Pittsburgh PA 15205-1751
518079467 ##+American Rental Equipment, Sales And Svc, 511 Mahoning Dr East, Lehighton PA 18235-8889
518079587 ##+Andrew Mecca, Andrew, 33 Mcconkey Dr, Apartment 5, Tonawanda NY 14223-1059
518079597 ##+Ang Products, Zisha Green, 1262 58th St, Brookyln NY 11219-4553
518079611 ##+Anman Amir Ahmad, 6 Crimson Ct, Lake In The Hill IL 60156-6701
518079616 ##+Anne Marisic, 98 Indian St, Apt 3, Portland ME 04101-4270
518079643 ##+Apl Logistics, Magdalena Garbicz, 16220 N Scottsdale Rd 400, Scottsdale AZ 85254-1799
518079658 ##+Aqua Phoenix Scientific Inc, Brandon Wilson, 9 Barnhart Dr, Hanover PA 17331-9589
518079726 ##+Arlene Gleicher, 33 South Derby Rd, Springfield NJ 07081-3315
518079744 ##+Arnold D Panzer Md, 986 Sunrise Highway, North Babylon, NY 11704-6111
518079914 ##+Auto Medics Llc, 125 Theobold Ave, Greensburg PA 15601-5562
518079915 ##+Autobahn Towing Inc, 101 Nepperham Ave, Elmsford NY 10523-1805
518080049 ##+Baleco Inc, Giselle Tapp, Po Box 11331, Cincinnati OH 45211-0331
518080135 ##Barrette Outdoor Living, Amanda Jordan, Po Box 69, Bulls Gap TN 37711-0069
518080165 ##+Basic Enterprise, Mark Stoyas, 2567 Greenleaf Ave, Elk Grove Village IL 60007-5576
518080262 ##+Beckman And Beckman, Theo Mastro, 167-43 Porter Rd, Jamaica NY 11434-5411
518080336 ##Beneo Inc, Maria Pazmino, 201 Littleton Rd Fl 1, Morris Plains NJ 07950-2939
518080339 ##+Benjamin Davis, 1930 20th St, Cuyahoga Falls OH 44223-1967
518080375 ##Berk Enterprises, Shirley Shelly, 1554 Thomas Rd Se, Warren OH 44484-5119
518080428 ##+Betsy Hanley, 102 King St, Franklin MA 02038-1475
518080476 ##+Bill Citerone, Bill, 405 Graisbury Ave, Haddonfield NJ 08033-2804

***** BYPASSED RECIPIENTS (continued) *****

518080496 ##+Bioscience Inc, 966 Postal Rd Ste 200, Allentown PA 18109-9506
518080519 ##+Black Swamp Equipment, 700 E Lugbill Rd, Archbold OH 43502-1566
518080550 ##+Blass Employment Corp, 334 West 37th St, New York NY 10018-4200
518080692 ##+Bosma Enterprises, Deanna Jackson, 8020 Zionsville Rd, Indianapolis IN 46268-1623
518080698 ##Boston Fruit Slice, Mike Hiera, 250 Canal St, Lawrence MA 01840-1642
518080706 ##+Botticelli Foods, Karen Fried, 1000 Prime Pl, Hauppauge NY 11788-4821
518080754 ##Boyce And Leighton, Po Box 954, Scarborough ME 04070-0954
518080827 ##+Breton Industries, Po Box 429, Amsterdam NY 12010-0429
518080841 ##+Brian Gerasimowicz, 52 Bowen Ave, Lancaster NY 14086-2402
518081024 ##+Buchanans Power Equip, John Deere Dealer, Po Box 126, Lebanon OH 45036-0126
518081028 ##+Buckeye Construction, Kevin Edmonds, And Excavating Llc, 10385 Creamer Rd, Orient OH 43146-9178
518081131 ##+Bush Industries, Claims Dept, Po Box 129, Jamestown NY 14702-0129
518081156 ##+Buy-rite Auto Parts, Buy-rite, Po Box 423, South Plainfield NJ 07080-0423
518081337 ##+Capitaland Material Handling, 420 Western Turnpike, Altamont NY 12009-2007
518081469 ##+Carri Levitt And, Mchugh And Brancato Llp As, 421 West Maqin St, Booton NJ 07005-1149
518081558 ##+Cassidy Excavating Inc, 14 Railroad Ave, Valhalla NY 10595-1609
518081582 ##Caterpillar Financial Svc Corp, Po Box 56347, Jacksonville FL 32241-6347
518081612 ##+Cbg Biotech Ltd, Amy Hammar, 26400 Broadway Ave Unit, Oakwood Village OH 44146-6538
518081618 ##Ce Thurston And Sons, Jeff Conner, 5300 Lewis Rd, Sandston VA 23150-1920
518081659 ##+Central Industrial, Packaging Supply Inc, Po Box 164, Baldwinsville NY 13027-0164
518081722 ##+Ch Robinson Worldwide, Danny Sustarsic, 6530 W Campus Ave, Ste 170, New Albany OH 43054-8726
518081855 ##+Chicago Industrial Tire, Dba Tire Town North, 447 South County Line Rd, Franklin Park IL 60131-1001
518081878 ##Chocolates El Rey Inc, Austin Vanderlyn, 42 S Ranch Rd 1623, Stonewall TX 78671-4214
518081894 ##+Christeyns Laundry Technology, Ann Cayet, 859 Willards St Ste 400, Quincy MA 02169-7469
518081933 ##+Cime Management, Po Box 659, Dublin OH 43017-0659
518081947 ##+Cinthia Church, Cinthia, 6135 Blossman Rd, Toledo OH 43617-1005
518081970 ##+City Electric Co Inc, Nicole Tickner, 501 W Genesee St, Syracuse NY 13204-2301
518082213 ##Cold Chain Technologies, Laurel Palmerino, 29 Everett St, Holliston MA 01746-2059
518082239 ##+Colgate Palmolive Co, Haron Hinds, 2233 Lake Pk Dr Ste, Smryna GA 30080-8810
518082309 ##Command Transportation, Ron Oliver Claims Dept, 7500 Frontage Rd, Skokie IL 60077-3213
518082431 ##+Consolidated Electrical Dist, John Civitello, 39 N Plains Industrial Rd, Wallingford CT 06492-2346
518082550 ##Corviva, Ken Rubner, Po Box 6048, Kennewick WA 99336-0048
518082553 ##+Cory Brown, 1454 E Wheeling St, Lancaster OH 43130-3357
518082578 ##Country Silk, 100 S Washington, Dunellen NJ 08812-1692
518082713 ##Crown Lift Trucks, Rachelle Safrin, Po Box 14308, East Providence RI 02914-0308
518082734 ##+Crystal Info Systems Inc, 200 Broadhollow Rd, Ste 306, Melville NY 11747-4806
518082741 ##Crystalwear, Esther Schwartz, 601 Prospect St, Lakewood NJ 08701-4628
518082807 ##Curtis Industries, Paul Joyce, 111 Higgins St, Worcester MA 01606-1913
518082895 ##+Dan The Doorman Inc, 958 Ohio Pike, Cincinnati OH 45245-2333
518082898 ##+Dana Zampella Lac, Zampella Healing Arts, 52 Millpond Prkwy, Monroe NY 10950-3522
518082914 ##+Daniel Emke, 958 Pioneer Dr, North Tonawanda NJ 14120-2926
518082957 ##+Dave Treiber, Dave, 5585 Marlan Dr, Trappe MD 21673-1908
518082969 ##+David D Walker, 50291 Ashperton Dr, Macomb MI 48044-1393
518083061 ##+Deanna Wohlschlegel, 9663 Larned Rd, Lima NY 14485-9591
518083126 ##Delaware Division Of Revenue, Po Box 8751, Wilmington DE 19899-8751
518083125 ##Delaware Division Of Revenue, Po Box 8735, Wilmington DE 19899-8735
518083193 ##+Dentons Us Llp, Ccarr, 233 South Wacker Dr, Ste 7800, Chicago IL 60606-6459
518083205 ##+Dept Of Consumer Protection, 165 Capitol Ave, Hartford CT 06106-1630
518083247 ##+Designes By Lawrence, Ron Levine, 12301 Mcnulty Rd, Philadelphia PA 19154-1000
518083442 ##+Dollar Thrifty Claims, Po Box 782293, Orlando FL 32878-2293
518083672 ##Dura Bar Metal Svc, Krissy Pyka, 2195 W Lake Shore Dr, Woodstock IL 60098-7467
518083783 ##Eastern States Electric, Stephanie Shurgalla, 10 Kieffer Ln, Kingston NY 12401-2209
518084122 ##+Erie Brewing Co, Jennifer Hausmann, 1213 Veshecco Dr, Erie PA 16501-1570
518084170 ##Estabrook Corp, Dawne Jordan, 700 W Bagley Rd, Berea OH 44017-2900
518084194 ##Ettline Food Corp, Bridgitte Marchant, 525 State St, York PA 17403-1029
518084219 ##+Evelyn Espiritu, 226 Ripley Pl, 2nd Floor, Elizabeth NJ 07206-2156
518084270 ##Extol Inc, 529 Terry Reiley Way, Po Box 1010, Pottsville PA 17901-7010
518084343 ##Farma International, Donna Thomas, 9501 Old Dixie Hwy, Miami FL 33156-2820
518084367 ##+Fast Track Expres And Cargo, 155-06 S Conduit Ave, Jamaica NY 11434-4286
518084425 ##+Fernanda Jesus, 193 Tenby Chase Dr M164, Delran NJ 08075-2536
518084676 ##+Forklift Tire Northeast Inc, Main, P O B0x 339, Bartonsville PA 18321-0339
518084679 ##+Formulife, 11370 Pagemill Rd, Dallas TX 75243-8306
518084854 ##+Full Moon Vista Bike And Sport, Biran Venderbosch, 661 South Ave Ste A, Rochester NY 14620-1382
518084879 ##Fw Webb Co, Paul Favreau, 1 Bon Terrain Dr, Amherst NH 03031-2335
518084894 ##+Gabrielle Johnson, 245 Bronx River Rd Apt 5a, Yonkers NY 10704-3705
518084940 ##+Gamal Hampton, 9700 Fitch Hill Rd, Owings Mills MD 21117-5046
518085120 ##+General Foam Plastics, 3321 E Princess Anne Rd, Norfolk VA 23502-1502
518085130 ##+Genino Inc D B A Vico Rest, 1302 Madison Ave, New York NY 10128-1351
518085142 ##George Marshall, 1000 Willowcreek Rd, Cleburne TX 76033-6136
518085179 ##Gf Health Products, Rhonda Kinard, 2935 Northeast Pkwy, Atlanta GA 30360-2808
518085207 ##+Gildan Garments, 117 King St, New Bedford MA 02745-5037
518085252 ##+Glasgow Medical Center Llc, 2600 Glasgow Ave Ste 204, Newark DE 19702-5711
518085293 ##Glove Specialties Inc, Claims Dept, 5653 Union Centre Dr, West Chester OH 45069-4836
518085787 ##Hammond Tractor Comp, John Deere Dealer, 1110 Minot Ave, Auburn ME 04210-3739

***** BYPASSED RECIPIENTS (continued) *****

518086209 ##+Hills Chiropractic Pc, 27 West Columbia St, Hempstead NY 11550-2429
518086247 ##+Hj Towing And Recovery Inc, 7044 Carlisle Pike, Carlisle PA 17015-8899
518086389 ##+Howard Moody, 54 Hillside Dr, W. Shokan NY 12494-5009
518086528 ##+I A P Inc, Mh Silverstein, 26 Englehard Ave, Avenel NJ 07001-2217
518086545 ##+Ibrahim S Jalloh, 10679 Campus Way South, Upper Marlboro MD 20774-1310
518086592 ##+Iman Dawson And, Bifferafco Gentilotti Llc, 200 Biddle Ave Ste 100, Newark DE 19702-3967
518086683 ##+Intelligencer Printing Co, 330 Eden Rd, Po Box 1768, Lancaster PA 17608-1768
518086863 ##Jaime Meiser, 7072 Stapleton Dr, New Albany OH 43054-8127
518086874 ##+James Barbaro, James, 108 Saint Andrews Rd, Staten Island NY 10306-1510
518086970 ##+Jdi Logistics Corp, Man, 11570 Wright Rd, Lynwood CA 90262-3944
518086998 ##Jeffrey Russell, 6860 Fry Rd, Cleveland OH 44130-2509
518087019 ##Jennifer Kim, 6024 Cedar Wood Dr, Columbia MD 21044-3669
518087020 ##+Jennifer L Reno Rpr, Reno And Associates, 273 Little Theatre Rd Pob 594, Waverly OH 45690-0594
518087073 ##+Jim Pluscauski, Jim, 3117 Skylight Dr West, York PA 17402-9255
518087088 ##+Jims Backflow Testing, And Svc, James Suhan, 152 Fenton Rd, Mt Pleasant PA 15666-2610
518087138 ##John Newcombe, 8 Putnam Ln, Holden MA 01520-1102
518087257 ##+Jon Powers, 2 Surrey Ln, Lambertville NJ 08530-3520
518087387 ##+Julian Ei, 218 Van Buren Ave, Scranton PA 18504-3438
518087398 ##+Just Goods Inc, Grit Smoot, 5839 Green Vly Cir, Culver City CA 90230-6963
518087409 ##+K Line America Inc, 8730 Stony Pt Pkwy, Ste 400, Richmond VA 23235-1952
518087479 ##+Kaya Khaytin-andrade And, Bottaro Law Firm Llc As Attys, 100 Midway Rd Ste 15, Cranston RI 02920-5742
518087513 ##+Keith Nussbaum Dc, 121 Everett Rd, Albany NY 12205-1447
518087524 ##+Kellie Marciano, 164 Country Manor Way, Apt 19, Webster NY 14580-3348
518087577 ##+Kenneth M Lassiter, 431 Park Ave, Apt B15, Orange NJ 07050-1824
518087672 ##+Kings Property Maintenance, 24 Carrier Ct, Southington CT 06489-1701
518087708 ##+Klassic Tyre Llc, 1267 Elmhurst Rd, Des Plaines IL 60018-5524
518087727 ##+Kmetz Inc, 10 Fresh Ponds Rd, East Brunswick NJ 08816-2511
518087834 ##+Kristin O'domes, 117 Huntingdon Vlg Dr, Apr 206, Hunker PA 15639-1340
518088079 ##+Laura Dickinson, 829 Kisngston Rd, Baltimore MD 21212-1909
518088118 ##+Leader Air And Sea Inc, Allen Hsu, 1050 Busse Rd Ste 225, Bensenville IL 60106-1006
518088201 ##+Lenn Johnson Electric, Leonard, 454 Micol Rd, Pembroke NH 03275-3114
518088319 ##+Liberty Pest Control, Howard Sweed, 2629 Route 302, Middletown NY 10941-3227
518088375 ##+Lindenmeyr Munroe, 14 Research Pkwy, Wallingford CT 06492-1931
518088536 ##+Lorenzo Soto, 626 Laurel St, East Haven CT 06512-1418
518088573 ##+Lps, 731 Bielelnberg Dr, Ste 108, Woodbury MN 55125-1701
518088650 ##M And B Beverage Co, Jim Stone, 955 Home Ave, Akron OH 44310-4107
518088763 ##+Mahoning Valley Glass, 1480 Blakeslee Blvd, Lehighton PA 18235-9741
518089152 ##+Maxxflex, 111 Third St, Sharpsburg PA 15215-2002
518089372 ##Mead And Mead, Winter Mead, 179 Burnside Ave, San Francisco CA 94131-3223
518089650 ##+Michelle L Forrest, 7115 Woodland Ave, Pennsauken NJ 08110-6217
518089697 ##+Miika Ebbrell Design, Miika Ebbrell, 16 Belvedere Rd, Boxford MA 01921-1131
518090052 ##+Most Reliable Courier Inc, 14760 175th St, Jamaica NY 11434-5415
518090071 ##Mountain View Equipment, John Deere Dealer, Po Box 47, Middlebury VT 05753-0047
518090124 ##Mullet Cabinet Inc, Paul Wengerd, 7488 State Rte 241, Millersburg OH 44654-8383
518090139 ##+Munich Re Stop Loss, 8333 Northwest 53 St Ste 501, Doral FL 33166-4788
518090157 ##+Munters Corp, Po Box 640, Amesbury MA 01913-0640
518090348 ##+Natl Bearings Co, Po Box 4726, Lancaster PA 17604-4726
518090358 ##+Nature Second Chance Hauling Llc, 2410 State St, Alton IL 62002-5107
518090395 ##Nedrac Inc, 77621 Enfield Ln, Ste 3, Palm Desert CA 92211-6256
518090461 ##+New England Deliveries Inc, 4 Corporate Dr, Essex Junction VT 05452-4434
518090534 ##+Newburgh Auto Glass Ii, 155 Orange Ave, Walden NY 12586-2025
518090697 ##North County Tractor, John Deere Dealer, P O Box 3543, Concord NH 03302-3543
518090745 ##+Northern Trucking And Log Inc, Taylor Mcvitty, 200 Garden City Plz Ste 224, Garden City NY 11530-3338
518090794 ##+Nutra Med Packaging, Sagar Chokshi, 385 Franklin Ave, Rockaway NJ 07866-4037
518090824 ##+Nys Corp Tax, Processing Unit, Po Box 22094, Albany NY 12201-2094
518090963 ##+Old Williamsburgh Candle, 143 Alabama Ave, Brooklyn NY 11207-2911
518090995 ##Omni International, Michelle Moore, 25 Constitution Dr Ste 1d, Bedford NH 03110-6059
518091008 ##+One Stop Litigation Svc, 19 Thomas St, East Hartford CT 06108-2043
518091037 ##+Orion Systems Integrators Llc, Marsha Woodruffe, 3759 Us Hwy 1 South, Ste 104, Monmouth Junction NJ 08852-2430
518091603 ##+Peter J Dupont And Associates Llc, 142 Main St Ste 215, Nashua NH 03060-2721
518091604 ##+Peter L Blunt, 625 S Brittan Rd, Southbury CT 06488-1158
518091772 ##+Pioneer Overhead Garage Door Serv, Scott Seely, P O Box 331, Plain City OH 43064-0331
518091856 ##Polder Inc, Diane Stryjewski, 195 Christian St, Oxford CT 06478-1252
518091943 ##+Powellrogers And Speaks, Po Box 930, Halifax PA 17032-0930
518091985 ##+Precisely Clean Inc, Kiyo Sears, 1894 Congrove Dr, Aurora IL 60503-7808
518091990 ##+Precision Motor Transport, 3681 Okemos Rd, Okemos MI 48864-6923
518091991 ##+Precision Sports Physical, Therapy Pllc, 170 Crossways Pk Dr, Woodbury NY 11797-2029
518092062 ##+Prints And More By Holly, 3127 Peach St, Erie PA 16508-2733
518092088 ##+Professional Insurance Concepts, Donna Griffith, 105 Eisenhower Pkwy, 4th Floor, Roseland NJ 07068-1640
518092091 ##+Profile Systems Llc, Melissa Powell, 1000 E 80th Pl, Ste 777 South, Merrillville IN 46410-5652
518092173 ##+Psp Management, 73 Bridge St, Manchester MA 01944-1462
518092240 ##+Quality Park Products, Nancy Schmidt, 1300 Godward St Ne Ste 4000, Minneapolis MN 55413-1758

***** BYPASSED RECIPIENTS (continued) *****

518092312 ##+Rafael Padua, 195 Myrtle Ave, Irvington NJ 07111-3357
518092334 ##+Ralph Gallup, 359 Union St, Joliet IL 60433-1938
518092481 ##+Reed Screed Sales And Serv Inc, 630 Herman Rd, Jackson NJ 08527-3081
518232848 ##+Retail Logistics, 25 Continential Ave, Wayne, NJ 07470-4710
518092718 ##+Ricky Singh, 5436 Woodbine Ave, Philadelphia PA 19131-1318
518092864 ##+Robert Pall, 4 Victoria Ct, Morganville NJ 07751-1621
518093176 ##+Rugby, Donna Nesto, 432 Main St, Oxford MA 01540-1713
518093544 ##+Schneider Electric, Jenny Jacob, 1360 Dolwick Dr Ste 200, Erlanger KY 41018-3159
518093632 ##Sdi Technologies, Selina Johnson, 18 Distribution Blvd, Edison NJ 08817-6006
518093765 ##Seton Health System, Po Box 689, Troy NY 12181-0689
518093895 ##+Sherry Chapman And Chris Urban, 332 Grant St, Middletown PA 17057-1121
518093998 ##+Signet Electronic Systems Inc, Signet, 106 Longwater Dr, Norwell MA 02061-1626
518094386 ##+Spartan Recoveries Llc As Sub, Of National General Ins Co, 4250 Veterans Mem Hwy Ste 303, Holbrook NY 11741-4016
518094387 ##+Spartan Recoveries Llc As Sub, Snaveley Forest Products, 4250 Veterans Memorial Hwy303, Holbrook NY 11741-4016
518094440 ##+Spot Freight Lein B, 445 N Pennsylvania St, Ste 701, Indianapolis IN 46204-1892
518094495 ##Stage Stores, Ann Owens, Three Peebles St, South Hill VA 23970-3315
518094511 ##Standard Envelopes, 55 Bay Hill Dr Ste D, Latrobe PA 15650-4609
518094599 ##+State Of Connecticut Dept Of Revenue Svc, 25 Sigourney St, Ste 2, Hartford CT 06106-5003
518094626 ##+State Of The Art Construction, 9520 S La Cienega Blvd, Inglewood CA 90301-4414
518094645 ##Steam Logistics, 835 Georgia Ave, Ste 400, Chattanooga TN 37402-2232
518094649 ##Steel City Prods, Mary Alberts, 200 Center St, Mckeesport PA 15132-2453
518094657 ##+Stefan Alistair Riera And Monique Ford, Picciano And Scahill Pc, Frank Scahill Esq, 900 Merchants Concourse Ste 310, Westbury NY 11590-5114
518094799 ##+Streett Trucking Llc, 3761 Quicksburg Rd, Quicksburg VA 22847-1427
518094819 ##Strouts Point Wharf Comp, Cymbrid Hughes, P O Box 95, South Freeport ME 04078-0095
518094859 ##Suburban Wholesale, Christina Dattilo, 30 Industrial Blvd, Paoli PA 19301-1602
518094871 ##+Sukhjinder Singh, 8741 126 St Apt 1, Queens NY 11418-2717
518094913 ##+Sunteck Transport Group, 6413 Congress Ave, Ste 260, Boca Raton FL 33487-2854
518095012 ##+Sylvan Radiology Corp, 510 Sylvan Ave, Englewood Cliffs NJ 07632-3039
518095051 ##+T L Ashford And Associates, John Pigott, 626 Buttermilk Pike, Crescent Springs KY 41017-1302
518095247 ##+The Bannister Co, 126 North Main St, Milltown NJ 08850-1524
518095337 ##+Therapeutic Physical Therapy, 15 Monmouth St, Deer Park NY 11729-2514
518095339 ##+Theresa Everham, 15 West 3rd St, Florence NJ 08518-1916
518095533 ##+Top Notch Logistics, Steve Varshine, 2834 N Heritage St, Buckeye AZ 85396-1521
518095567 ##+Total Serviceinc, 1117 Ligonier St, Latrobe PA 15650-1919
518095622 ##+Tqm Logistics Solutions Inc, 680 Louis Dr, Warminster PA 18974-2880
518095679 ##+Transportation One, Claims Dept, 212 W Superior St, Ste 204, Chicago IL 60654-5812
518095788 ##+Tristate Consumer Ins Co, Aso Carole Gulston, 575 Jericho Turnpike, Jericho NY 11753-1847
518095855 ##+Turell Smith, 553 George St, Norristown PA 19401-4637
518095884 ##Twincraft Skincare, John Gilliam, 36 River Rd, Essex VT 05452-3808
518096039 ##Urban Accents, Claims Dept, 4241 N Ravenswood Ave, Chicago IL 60613-1199
518096103 ##+Vacationland Distributors, James O Brien, 135 Walton St Unit N, Protland ME 04103-3491
518096380 ##+Virginia Shupp, 38 Bragg Dr, East Berlin PA 17316-9342
518096549 ##+Warroom Document Solutions Of, Ri Inc, 103 Dyer St, Providence RI 02903-3904
518096564 ##+Wasserstrom Company, Claims Dept, 477 S Front St, Columbus OH 43215-5625
518096679 ##+Wells Fargo Equipment Finance Inc, 733 Marquette Ave, Ste 700, Minneapolis MN 55402-2352
518096842 ##+Widson Christophe, 13 Beckman Dr, Middletown NY 10941-1231
518096876 ##+Willdan Energy Solutions, Main, 200 Middlesex-essex Tpke, Ste 304, Iselin NJ 08830-2033
518097022 ##+Wine And Spirits Log, Po Box 10141, Mclean VA 22102-8141
518097026 ##+Wine In Motion, Ana Santos, 2421 Iorio Ct Ste A, Union NJ 07083-8128
518097150 ##World Class Logistics, Renee Beath, 425 Watertown St Ste 103, Newton MA 02458-1131
518097160 ##Worldwide Express, Tcrea Shernandez Fbyrd, 333 Cedar Ave Bldg B Ste 7, Middlesex NJ 08846-2400

TOTALS: 8480, * 35, ## 228

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 04, 2019 Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 1, 2019 at the address(es) listed below:

Alan J. Brody on behalf of Creditor JP Morgan Chase brodya@gtlaw.com, NJLitDock@gtlaw.com
Andrew R. Turner on behalf of Defendant Protective Insurance Company courts@turnerlaw.net
Andrew R. Turner on behalf of Interested Party Protective Insurance Company courts@turnerlaw.net
Anthony Sodono, III on behalf of Creditor Rasheeda Carter asodono@msbnj.com
Anthony Sodono, III on behalf of Creditor Shauna Jones asodono@msbnj.com
Anthony Sodono, III on behalf of Defendant Jalil Waters and Rashida Carter asodono@msbnj.com
Anthony Sodono, III on behalf of Defendant Shauna Jones asodono@msbnj.com
Anthony Sodono, III on behalf of Creditor Jalil Walters asodono@msbnj.com
Anthony Sodono, III on behalf of Creditor Mercedes Benz Financial Services USA LLC asodono@msbnj.com
Beth J. Rotenberg on behalf of Creditor Berkley Insurance Company brotenberg@csglaw.com, ecf@csglaw.com
Blake D. Roth on behalf of Creditor Bridgestone Americas Tire Operations, LLC blake.roth@wallerlaw.com, chris.cronk@wallerlaw.com;deborah.liles@wallerlaw.com;katie.stenberg@wallerlaw.com
Brett Steven Theisen on behalf of Plaintiff New England Motor Freight, Inc. btheisen@gibbonslaw.com
Brett Steven Theisen on behalf of Debtor New England Motor Freight, Inc. btheisen@gibbonslaw.com
Brian Glass on behalf of Interested Party PA Department of Environmental Protection briaglass@pa.gov, verkanova@pa.gov
Brian W. Hofmeister on behalf of Creditor Larry L. Banks bwh@hofmeisterfirm.com
Catherine L. Corey on behalf of Creditor East River Energy, Inc, clcorey@nmmlaw.com
Chad J. Toms on behalf of Debtor New England Motor Freight, Inc. ctoms@wtplaw.com
Christopher Lynch on behalf of Creditor Fifth Third Bank clynch@reedsmith.com
Christopher John Leavell on behalf of Plaintiff Dan Webster cleavell@klehr.com, lclark@klehr.com
Christopher John Leavell on behalf of Interested Party Class Plaintiffs at al cleavell@klehr.com, lclark@klehr.com
Christopher John Leavell on behalf of Plaintiff Mary Carlin cleavell@klehr.com, lclark@klehr.com
Daniel Stolz on behalf of Debtor New England Motor Freight, Inc. dstolz@wjslaw.com, dstolz@ecf.inforuptcy.com;msousa@wjslaw.com;btorres@ecf.inforuptcy.com
David Edelberg on behalf of Creditor McIntosh Energy Company dedelberg@cullenanddykman.com, edelbergdr82964@notify.bestcase.com
David A. Pisciotta on behalf of Creditor Santander Bank, N.A. david.pisciotta@troutmansanders.com, john.murphy@troutman.com;alissa.piccione@troutman.com
David V. Fontana on behalf of Creditor TD Bank, N.A. dfont@gebsmith.com, ltancredi@gebsmith.com;klusby@gebsmith.com
Deirdre E. Burke on behalf of Creditor Capital One, N.A. dburke@mccarter.com
Denise A Kuhn on behalf of Creditor Dept. of Revenue Commonwealth of Pennsylvania, department of revenue dkuhn@attorneygeneral.gov
Donald W Clarke on behalf of Debtor New England Motor Freight, Inc. dclarke@wjslaw.com, dclarke@ecf.inforuptcy.com
Douglas J. McGill on behalf of Creditor Pilot Thomas Logistics LLC dmcgill@webbermcgill.com, mlynch@webbermcgill.com
Douglas T Tabachnik on behalf of Defendant Rita Alvarado dtabachnik@dttlaw.com, rdalba@dttlaw.com
Douglas T Tabachnik on behalf of Creditor to Rita Alvarado The Rosato Firm, P.C., counsel dtabachnik@dttlaw.com, rdalba@dttlaw.com
Eric Goldstein on behalf of Creditor United HealthCare Services, Inc. egoldstein@goodwin.com, bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com
Evan S. Goldstein on behalf of Creditor Webster Capital Finance, Inc. egoldstein@uks.com
Frank Peretore on behalf of Creditor Wells Fargo Equipment Finance, Inc. fperetore@csglaw.com
Gail C. Lin on behalf of Plaintiff Alice Waters GL@outtengolden.com, jxh@outtengolden.com;jar@outtengolden.com;rsr@outtengolden.com;kdeleon@outtengolden.com;squinonez@outtengolden.com;tloughran@outtengolden.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Gail C. Lin on behalf of Plaintiff Rich Richardson GL@outtengolden.com, jxh@outtengolden.com;jar@outtengolden.com;rsr@outtengolden.com;kdeleon@outtengolden.com;squinonez@outtengolden.com;tloughran@outtengolden.com
Gary D. Bressler on behalf of Creditor VFS US LLC gbressler@mdmc-law.com, kdeans@mdmc-law.com;sshidner@mdmc-law.com;dprimack@mdmc-law.com;bkleban@mdmc-law.com
Gary D. Bressler on behalf of Creditor Volvo Financial gbressler@mdmc-law.com, kdeans@mdmc-law.com;sshidner@mdmc-law.com;dprimack@mdmc-law.com;bkleban@mdmc-law.com
Gary D. Bressler on behalf of Creditor Mack Trucks, Inc. gbressler@mdmc-law.com, kdeans@mdmc-law.com;sshidner@mdmc-law.com;dprimack@mdmc-law.com;bkleban@mdmc-law.com
Jacob Frumkin on behalf of Interested Party Great Dane LLC jfrumkin@coleschotz.com
JoAnne M. Bonacci on behalf of Creditor RLI Insurance Company jbonacci@dbplawfirm.com
John Phillip Schneider on behalf of Creditor Committee Official Committee Of Unsecured Creditors JPSchneider@mdmc-law.com
John R. Morton, Jr. on behalf of Creditor CAB East LLC, serviced by Ford Motor Credit Company LLC ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
Joseph Lubertazzi, Jr. on behalf of Creditor Capital One, N.A. jlubertazzi@mccarter.com
Joseph J. DiPasquale on behalf of Creditor Committee Official Committee Of Unsecured Creditors jdipasquale@lowenstein.com
Joseph J. McMahon, Jr. on behalf of Creditor Pilot Travel Centers LLC jmcmahon@ciardilaw.com, jclarke@ciardilaw.com
Joseph L. Schwartz on behalf of Creditor Lucky's Energy Service, Inc. jschwartz@riker.com
Justin W. Gray on behalf of Creditor Daniel Rinaldi gray@maynardoconnorlaw.com, Sweeney@moscllp.com
Justin W. Gray on behalf of Creditor Daniel Murtha gray@maynardoconnorlaw.com, Sweeney@moscllp.com
Justin W. Gray on behalf of Creditor Janice A. Goodall gray@maynardoconnorlaw.com, Sweeney@moscllp.com
Justin W. Gray on behalf of Defendant Angela Evans, Individually & as Parent & Natural Guardian of E Evans, an Infant gray@maynardoconnorlaw.com, Sweeney@moscllp.com
Karen A. Giannelli on behalf of Plaintiff Myar, LLC kgiannelli@gibbonslaw.com
Karen A. Giannelli on behalf of Debtor NEMF World Transport, Inc. kgiannelli@gibbonslaw.com
Karen A. Giannelli on behalf of Plaintiff United Express Solar, LLC kgiannelli@gibbonslaw.com
Karen A. Giannelli on behalf of Debtor Jans Leasing Corp. kgiannelli@gibbonslaw.com
Karen A. Giannelli on behalf of Plaintiff Eastern Freight Ways, Inc. kgiannelli@gibbonslaw.com
Karen A. Giannelli on behalf of Plaintiff Hollywood Avenue Solar, LLC kgiannelli@gibbonslaw.com
Karen A. Giannelli on behalf of Debtor New England Motor Freight, Inc. kgiannelli@gibbonslaw.com
Karen A. Giannelli on behalf of Debtor Hollywood Avenue Solar, LLC kgiannelli@gibbonslaw.com
Karen A. Giannelli on behalf of Debtor Apex Logistics, Inc. kgiannelli@gibbonslaw.com
Karen A. Giannelli on behalf of Plaintiff MyJon, LLC kgiannelli@gibbonslaw.com
Karen A. Giannelli on behalf of Debtor MyJon, LLC kgiannelli@gibbonslaw.com
Karen A. Giannelli on behalf of Plaintiff Jans Leasing Corp. kgiannelli@gibbonslaw.com
Karen A. Giannelli on behalf of Debtor Eastern Freight Ways, Inc. kgiannelli@gibbonslaw.com
Karen A. Giannelli on behalf of Debtor United Express Solar, LLC kgiannelli@gibbonslaw.com
Karen A. Giannelli on behalf of Plaintiff New England Motor Freight, Inc. kgiannelli@gibbonslaw.com
Karen A. Giannelli on behalf of Debtor NEMF Logistics, LLC kgiannelli@gibbonslaw.com
Karen A. Giannelli on behalf of Plaintiff NEMF World Transport, Inc. kgiannelli@gibbonslaw.com
Karen A. Giannelli on behalf of Plaintiff Carrier Industries, Inc. kgiannelli@gibbonslaw.com
Karen A. Giannelli on behalf of Plaintiff Apex Logistics, Inc. kgiannelli@gibbonslaw.com
Karen A. Giannelli on behalf of Debtor Myar, LLC kgiannelli@gibbonslaw.com
Karen A. Giannelli on behalf of Debtor Carrier Industries, Inc. kgiannelli@gibbonslaw.com
Karen A. Giannelli on behalf of Plaintiff NEMF Logistics, LLC kgiannelli@gibbonslaw.com
Kate R. Buck on behalf of Creditor Potomac Edison Company, Toledo Edison Company and West Penn Power Company kbuck@mccarter.com
Kate R. Buck on behalf of Creditor Connecticut Light & Power Company, NStar Western Massachusetts, Yankee Gas Services Company, Colonial Gas Company, KeySpan Energy Delivery Long Island, Narragansett Electric Company and Niagara Mohawk kbuck@mccarter.com
Kenneth L. Baum on behalf of Creditor Clermont Holdings, LLC kbaum@kenbaumdebtsolutions.com, fpisano@coleschotz.com
Keri P. Ebeck on behalf of Creditor Guttman Energy, Inc. kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com
Kevin Gordon McDonald on behalf of Creditor VW Credit Leasing, Ltd. kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
Kevin M. Capuzzi on behalf of Interested Party Amazon.com Services, Inc., formerly Amazon Fulfillment Services, Inc. kcapuzzi@beneschlaw.com, debankruptcy@beneschlaw.com
Louis A. Curcio on behalf of Creditor Santander Bank, N.A. louis.curcio@troutmansanders.com, John.Murphy@troutmansanders.com;jonathan.forstot@troutmansanders.com;david.pisciotta@troutmansanders.com
Mark Platt on behalf of Creditor Omnitracs, LLC mplatt@fbtlaw.com
Mark B Conlan on behalf of Defendant New England Motor Freight, Inc., et al. mconlan@gibbonslaw.com
Mark B Conlan on behalf of Debtor New England Motor Freight, Inc. mconlan@gibbonslaw.com
Mark B Conlan on behalf of Plaintiff New England Motor Freight, Inc. mconlan@gibbonslaw.com
Mary E. Seymour on behalf of Creditor Committee Official Committee Of Unsecured Creditors mseymour@lowenstein.com, echafetz@lowenstein.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Melissa A. Pena on behalf of Creditor Webster Capital Finance, Inc. mapena@norris-law.com, pfreda@nmmlaw.com
Michael D. Sirota on behalf of Interested Party Great Dane LLC msirota@coleschotz.com, fpisano@coleschotz.com
Michael R. Caruso on behalf of Creditor Wells Fargo Equipment Finance, Inc. mcaruso@csglaw.com, ecf@csglaw.com
Morris S. Bauer on behalf of Creditor East River Energy, Inc, msbauer@nmmlaw.com, rjacome@norris-law.com,relikens@nmmlaw.com
Norman N Kinel on behalf of Interested Party East West Bank norman.kinel@squirepb.com, sarah.conley@squirepb.com;elliot.smith@squirepb.com
Peter M. Knob on behalf of Creditor Capital One, N.A. pknob@mccarter.com, lrestivo@mccarter.com
Rebecca Ann Solarz on behalf of Creditor VW Credit Leasing, Ltd rsolarz@kmllawgroup.com
Rene S. Roupinian on behalf of Plaintiff Rich Richardson rsr@outtengolden.com
Rene S. Roupinian on behalf of Plaintiff Alice Waters rsr@outtengolden.com
Richard Albuquerque on behalf of Creditor MICHAEL SINGLEY richarda@djdlawyers.com
Richard S. Kanowitz on behalf of Unknown Role Type Ad Hoc Group of Tort Claimants rkanowitz@cooley.com, mklein@cooley.com;jindyke@cooley.com;efiling-notice@ecf.pacerpro.com
Rick Aaron Steinberg on behalf of Creditor TOTE Maritime rsteinberg@pricemeese.com
Robert A. Burke on behalf of Defendant Jenny Munson Andress, individually and as the Administratrix of the Estate of Herbert Andress rburke@macelree.com
Robert E. Nies on behalf of Creditor Berkley Insurance Company rnies@csglaw.com
Robert K. Scheinbaum on behalf of Defendant New Jersey Manufacturers Insurance Company a/s/o Phyllis A. Troy rscheinbaum@connellfoley.com
Robert K. Scheinbaum on behalf of Creditor New Jersey Manufacturers rscheinbaum@connellfoley.com
Rona J. Rosen on behalf of Creditor WARN Act Class Plaintiffs and Putative Class cbbutler@klehr.com, cbbutler@klehr.com
Sari Blair Placona on behalf of Defendant Shauna Jones splacona@msbnj.com
Sari Blair Placona on behalf of Creditor Rasheeda Carter splacona@msbnj.com
Sari Blair Placona on behalf of Creditor Interstate Towing Recovery Incorporated splacona@msbnj.com
Sari Blair Placona on behalf of Creditor Mercedes Benz Financial Services USA LLC splacona@msbnj.com
Sari Blair Placona on behalf of Defendant DARYL MARTIN AND KIM MARTIN splacona@msbnj.com
Sari Blair Placona on behalf of Creditor Shauna Jones splacona@msbnj.com
Sari Blair Placona on behalf of Creditor Daryl & Kim Martin splacona@msbnj.com
Sari Blair Placona on behalf of Creditor Jalil Walters splacona@msbnj.com
Sari Blair Placona on behalf of Defendant Jalil Waters and Rashida Carter splacona@msbnj.com
Scott J. Freedman on behalf of Creditor Corcentric, LLC sfreedman@dilworthlaw.com
Seoung Y. Lim on behalf of Creditor Pantos USA, Inc. joshualim@kcllawfirm.com, denisemoreno@kcllawfirm.com,seankwak@kcllawfirm.com,jpark@kcllawfirm.com
Stephen B. Ravin on behalf of Creditor Riggins, Inc. sravin@saul.com, jgillman@saul.com
U.S. Trustee USTPRegion03.NE.ECF@usdoj.gov
Virginia T. Shea on behalf of Creditor Volvo Financial vshea@mdmc-law.com, sshidner@mdmc-law.com;mtaranto@mdmc-law.com
Virginia T. Shea on behalf of Creditor VFS US LLC vshea@mdmc-law.com, sshidner@mdmc-law.com;mtaranto@mdmc-law.com
Warren Scott Gottlieb on behalf of Defendant Consolidated Edison Company of New York, Inc. wgottlieb@golawllp.com

TOTAL: 118