UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re: **New England Motor Freight, Inc., et al.**                Case No. **19-12809 (JKS) (Jointly Administered)**
Reporting Period: **5/5/2019-6/1/2019**

**MONTHLY OPERATING REPORT**
**File with Court and submit copy to United States Trustee within 20 days after end of month.**

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Affidavit/Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | [REC.1], [DISB. 1], [DISB. 2], [DISB. 3], [C&D.1] | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | Zip Folder - Bank Statements & Reconciliations | | |
| Schedule of Professional Fees Paid | MOR-1b | [Prof. & Ins.] | | |
| Copies of bank statements | | Zip Folder - Bank Statements & Reconciliations | | |
| Cash disbursements journals | | | | |
| Statement of Operations | MOR-2 | [FS.1] | | |
| Balance Sheet | MOR-3 | [FS.2] | | |
| Status of Postpetition Taxes | MOR-4 | | | |
| Copies of IRS Form 6123 or payment receipt | | | | |
| Copies of tax returns filed during reporting period | | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | | | |
| Listing of aged accounts payable | MOR-4 | [AP.1], [AP.A] | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | [AR.1], [AR.A], [AR.B] | | |
| Debtor Questionnaire | MOR-5 | | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents
are true and correct to the best of my knowledge and belief.

_____          7/1/2019
Signature of Authorized Individual         Date

Vincent J Colistra          CRO
Printed Name of Authorized Individual      Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor
is a partnership; a manager or member if debtor is a limited liability company.

In re: **New England Motor Freight (01)**  Case No. **19-12809-(JKS) (Jointly Administered)**
Reporting Period: **5/5/2019-6/2/2019**

**CASH RECEIPTS AND DISBURSEMENTS**

Amounts reported should be per the debtor's books, not the bank statement.  The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed.  The amounts reported in the 'CURRENT MONTH - ACTUAL' column must equal the sum of the four bank account columns.  The amounts reported in the 'PROJECTED' columns should be taken from the SMALL BUSINESS INITIAL REPORT (FORM IR-1).  Attach copies of the bank statements and the cash disbursements journal.  The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page.  A bank reconciliation must be attached for each account. [See MOR-1 (CONT'd.)]

| | BANK ACCOUNTS | | | | | | | | | | | | | | | | | | | | | | | CURRENT MONTH | | CUMULATIVE FILING TO DATE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bank | Chase | Chase | Bank of America (BOA) | BOA | Capital One | Capital One | Chase | Chase | Chase | Chase | Chase | Chase | Chase | Chase | PNC | Chase | TD-Canada | TD Canada | TD | TD | TD | Wells Fargo | Wells Fargo | | | | |
| Last 4 Digits of Bank Account | 4345 | 7490 | 0377 | 2161 | 5272 | 5280 | 3180 | 5724 | 7245 | 5162 | 9770 | 9661 | 7559 | 7312 | 9645 | 471 | 9928 | 1220 | 6143 | 4274 | 7539 | 3019 | 9720 | ACTUAL | PROJECTED | ACTUAL | PROJECTED |
| **CASH BEGINNING OF MONTH** | $8,434,159.23 | $0.00 | $0.00 | $0.00 | $3,781.23 | $8,198.87 | $56,913.28 | $0.00 | $0.00 | $911.95 | $0.00 | $142,980.00 | $64,290.40 | $0.00 | $21,450.71 | $0.00 | $25,588.85 | $191.08 | $139,000.46 | $11,530.83 | $1,276,984.90 | $829.69 | $5,422.52 | $10,200,986.15 | | $8,438,172.64 | |
| **RECEIPTS** | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ACCOUNTS RECEIVABLE | $1,347,923.70 | | | | | $3,587.64 | | | | | | | | | | | | | | | | | | $1,351,511.34 | | $32,857,503.29 | |
| Miscellaneous Collections | | | | | $0.64 | $701.44 | | | | | | | | | $3,602.43 | $0.04 | | | $1,958.80 | | | | $1.24 | $6,264.59 | | $1,135,852.35 | |
| LOANS AND ADVANCES | | | | | | | | | | | | | | | | | | | | | | | | $0.00 | | $0.00 | |
| INTERCOMPANY FUNDING | -$2,577,728.68 | $160,519.12 | | | | | $1,276,938.13 | $627,527.05 | | $112.63 | | $255,091.83 | | | $57,549.92 | | | | | | | | | $0.00 | | $0.00 | |
| DUE FROM OWNER | | | | | | | | | | | | | | | | | | | | | | | | $0.00 | | $8,721,711.00 | |
| TRANSFERS | | | | | | | | | | | | | | | | | | | | | | | | $0.00 | | $928,937.83 | |
| Duplicated Checks, Voided | | | | | | | | | | | | | | | | | | | | | | | | $0.00 | | $76,959.19 | |
| **TOTAL RECEIPTS** | -$1,229,804.98 | $160,519.12 | $0.00 | $0.00 | $0.64 | $701.44 | $3,587.64 | $1,276,938.13 | $627,527.05 | $0.00 | $112.63 | $0.00 | $255,091.83 | $0.00 | $0.00 | $61,152.35 | $0.04 | $0.00 | $0.00 | $1,958.80 | $0.00 | $0.00 | $1.24 | $1,357,775.93 | | $43,720,463.66 | |
| **DISBURSEMENTS** | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Miscellaneous | $14,046.47 | $152.01 | | | | | $10,037.52 | | | | | $353.50 | | | | | | | | | | | | $24,589.50 | | $42,938.98 | |
| Affiliate Real Estate Payments | | | | | | | | | | | | | | | | | | | | | | | | $0.00 | | $7,600.00 | |
| AR Garnishment | | | | | | | $60.00 | | | | | $1,280.72 | | | | | | | | | | | | $1,340.72 | | $121,453.52 | |
| Bank Fee | | | | | $25.00 | $12.00 | | | | | | | | $45.24 | | $0.04 | | $2.00 | | | | | | $84.28 | | $1,148.14 | |
| Business Insurance | $548,261.10 | | | | | | | | | | | | | | | | | | | | | | | $548,261.10 | | $1,796,697.30 | |
| Cargo Claims | | | | | | | | | | | | | | | | | | | | | | | | $0.00 | | $24,512.52 | |
| Cargo Disputes | | | | | | | $52,620.70 | | | | | | | | | | | | | | | | | $52,620.70 | | $52,620.70 | |
| Cartage | | | | | | | | | | | | | | | | | | | | | | | | $0.00 | | $11,961.95 | |
| Classified Ads | | | | | | | | | | | | | | | | | | | | | | | | $0.00 | | $24,043.00 | |
| Company Cars | | | | | | | $4,801.18 | | | | | | | | | | | | | | | | | $4,801.18 | | $27,081.81 | |
| Credit Card Fee | | | | | | | | | | | | | | | | | | | | | | | | $0.00 | | $1,607.12 | |
| Drivers | | | | | | | | | | | | | | | | | | | | | | | | $0.00 | | $19,848.96 | |
| Equipment Financing | | | | | | | | | | | | | | | | | | | | | | | | $0.00 | | $2,177.92 | |
| Fuel | | | | | | | | | | | | | | | | | | | | | | | | $0.00 | | $462,935.26 | |
| FICA | | | | | | | | | | | | $66,846.57 | | | | | | | | | | | | $66,846.57 | | $1,216,081.46 | |
| FICA Employer | | | | | | | | | | | | $66,846.70 | | | | | | | | | | | | $66,846.70 | | $1,216,082.86 | |
| FMLA Insurance | | | | | | | | | | | | | | | | | | | | | | | | $0.00 | | $6,830.58 | |
| FUTA | | | | | | | | | | | | | | | | | | | | | | | | $0.00 | | $115,614.11 | |
| Health Insurance | $1,201,152.42 | | | | | | $57,184.12 | | | | | | | | | | | | | | | | | $1,258,336.54 | | $8,798,531.21 | |
| Income Tax Withheld | | | | | | | $21.01 | | | | | $146,654.73 | | | | | | | | | | | | $146,675.74 | | $2,334,341.21 | |
| Insurance - PLPD | | | | | | | | | | | | | | | | | | | | | | | | $0.00 | | $7,600.38 | |
| Interest Expense | | | | | | | $684.95 | | | | | | | | | | | | | | | | | $684.95 | | $17,615.52 | |
| Interest Income | | | | | | | | | | | | | | | | | | | | | | | | $0.00 | | -$15,420.09 | |
| Interline Charges | | | | | | | | | | | | | | | | | | | | | | | | $0.00 | | $74,982.25 | |
| Labor - Security | | | | | | | $157,787.72 | | | | | | | | | | | | | | | | | $157,787.72 | | $516,735.86 | |
| Life and LTD Insurance | | | | | | | | | | | | | | | | | | | | | | | | $0.00 | | $49,853.00 | |
| Life Insurance | | | | | | | | | | | | | | | | | | | | | | | | $0.00 | | $254,156.64 | |
| Merlife Insurance Witholding | | | | | | | $7,498.85 | | | | | | | | | | | | | | | | | $7,498.85 | | $31,249.88 | |
| Misc Professional Fees | $816,108.96 | | | | | | $551,453.01 | | | | | | | | | | | | | | | | | $1,367,561.97 | | $2,183,499.22 | |
| NY Commuter Tax | | | | | | | | | | | | | | | | | | | | | | | | $0.00 | | $5,104.78 | |
| Norwin School Tax | | | | | | | | | | | | | | | | | | | | | | | | $0.00 | | $2,501.00 | |
| Office Cleaning | | | | | | | $480.60 | | | | | | | | | | | | | | | | | $480.60 | | $2,439.64 | |
| Office Supplies | $73.07 | | | | | | $5,988.05 | | | | | | | | | | | | | | | | | $6,061.12 | | $318,669.96 | |
| Operating Loans and licenses | | | | | | | | | | | | $26,151.92 | | | | | | | | | | | | $26,151.92 | | $28,229.98 | |
| Payments on behalf of Carrier | $25.21 | | | | | | | | | | | | | | | | | | | | | | | $25.21 | | $207.87 | |
| Payments on behalf of Eastern | $3,164.52 | | | | | | $6,845.14 | | | | | | | | | | | | | | | | | $10,009.66 | | $63,483.80 | |
| Payments on behalf of NEMF | | | | | | | | | | | | | | | | | | | | | | | | $0.00 | | $26,642.86 | |
| Payments on behalf of NEWT | | | | | | | | | | | | | | | | | | | | | | | | $0.00 | | $2,860.40 | |
| Pension | | | | | | | | | | | | | | | | | | | | | | | | $0.00 | | $605,865.10 | |
| Payroll | | $160,366.11 | | | | | | $627,527.05 | | $112.63 | | | | | $61,152.35 | | | | | | | | | $1,049,158.14 | | $14,507,750.70 | |
| Physicals & Investigations | | | | | | | $636.68 | | | | | $10.00 | | | | | | | | | | | | $646.68 | | $774.22 | |
| Pier Charges | | | | | | | | | | | | | | | | | | | | | | | | $0.00 | | $36,945.11 | |
| Propane | | | | | | | | | | | | | | | | | | | | | | | | $0.00 | | $15,090.06 | |
| Real Estate Taxes | | | | | | | $1,457.37 | | | | | | | | | | | | | | | | | $1,457.37 | | $25,686.91 | |
| Refunds / Rebates | | | | | | | $765.20 | | | | | | | | | | | | | | | | | $765.20 | | $245,696.41 | |
| Rent | | | | | | | $180,968.00 | | | | | | | | | | | | | | | | | $180,968.00 | | $1,594,972.02 | |
| Sales - Meals | | | | | | | $84.52 | | | | | | | | | | | | | | | | | $84.52 | | $750.98 | |
| Software | | | | | | | | | | | | | | | | | | | | | | | | $0.00 | | $3,437.87 | |
| State Unemployment Tax | | | | | | | $61,637.35 | | | | | | | | | | | | | | | | | $61,637.35 | | $830,844.70 | |
| STD Insurance Witholding | | | | | | | $2,333.78 | | | | | | | | | | | | | | | | | $2,333.78 | | $31,235.90 | |
| T&E | $2,756.19 | | | | | | $1,695.31 | | | | | | | | | | | | | | | | | $4,451.50 | | $53,667.60 | |
| Taxes | | | | | | | $72,175.42 | | | | | $9,958.92 | | | | | | | | | | | | $82,134.34 | | $833,554.67 | |
| Telecommunications | | | | | | | $7,627.17 | | | | | | | | | | | | | | | | | $7,627.17 | | $89,101.60 | |
| Temp Labor | | | | | | | | | | | | | | | | | | | | | | | | $0.00 | | $20,587.67 | |
| Terminal Expense | $37,925.47 | | | | | | $1,065.54 | | | | | | | | | | | | | | | | | $38,991.01 | | $68,776.44 | |
| Terminal Repairs | | | | | | | $2,359.97 | | | | | | | | | | | | | | | | | $2,359.97 | | $16,490.59 | |
| Tires | | | | | | | | | | | | | | | | | | | | | | | | $0.00 | | $1,222.86 | |
| Tolls | | | | | | | $429.20 | | | | | | | | | | | | | | | | | $429.20 | | $268,247.56 | |
| Traffic Violations | | | | | | | $38.55 | | | | | | | | | | | | | | | | | $38.55 | | $2,495.05 | |
| Trailer Financing | | | | | | | $3,899.76 | | | | | | | | | | | | | | | | | $3,899.76 | | $32,628.12 | |
| Union 401K | | | | | | | | | | | | | | | | | | | | | | | | $0.00 | | $71,896.13 | |
| Union Benefits - Dental | | | | | | | | | | | | | | | | | | | | | | | | $0.00 | | $120,703.88 | |

FORM MOR-1
(04/07)

| | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Union Dues | | | | | | | | | | | | | | | | | | | | | | | $0.00 | | $201,945.52 |
| Unloading Allowances | | | | | | | | | | | | | | | | | | | | | | | $0.00 | | $126.00 |
| Utilities | | | | | | | $82,919.35 | | | | | | | | | | | | | | | | $82,919.35 | | $161,436.94 |
| Vehicle Fleet | | | | | | | | | | | | | | | | | | | | | | | $0.00 | | $4,600.91 |
| Vehicle Financing | | | | | | | | | | | | | | | | | | | | | | | $0.00 | | $92,570.29 |
| Vehicle Maintenance | $11,600.00 | | | | | | | | | | | | | | | | | | | | | | $11,600.00 | | $445,301.64 |
| Vehicle Parts | | | | | | | | | | | | | | | | | | | | | | | $0.00 | | $3,066.89 |
| Vehicle Rental | $101,443.45 | | | | | | | | | | | | | | | | | | | | | | $101,443.45 | | $356,109.45 |
| Vehicle Repairs | | | | | | | $1,492.11 | | | | | | | | | | | | | | | | $1,492.11 | | $81,796.37 |
| Workers Comp | | | | | | | | | | | | | | | | | | | | | | | $0.00 | | $770,629.06 |
| Bank Transfer | | | | | | | | | | | | $25,588.85 | $191.08 | | | | | | | | | | $25,779.93 | | $904,779.93 |
| Intercompany Transfers | | | | | | | | | | | | | | | | | | | | | | | $0.00 | | $2,750,368.87 |
| Duplicated Checks - Voided | | | | | | | | | | | | | | | | | | | | | | | $0.00 | | $76,959.10 |
| **TOTAL DISBURSEMENTS** | $2,736,556.86 | $160,518.12 | $0.00 | $0.00 | $25.00 | $12.00 | $0.00 | $1,276,938.13 | $827,527.05 | $0.00 | $112.63 | $0.00 | $316,103.06 | $0.00 | $45.24 | $61,152.35 | $25,588.89 | $191.08 | $2.00 | $0.00 | $0.00 | $0.00 | $0.00 | $5,406,773.41 | | $46,006,647.62 |
| | | | | | | | | | | | | | | | | | | | | | | | | | |
| NET CASH FLOW | -$3,986,361.84 | $0.00 | $0.00 | $0.00 | -$24.36 | $689.44 | $3,587.84 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$63,021.23 | $0.00 | -$45.24 | $0.00 | -$25,588.85 | -$191.08 | -$2.00 | $0.00 | $1,958.80 | $0.00 | $1.34 | -$4,048,997.48 | | -$2,286,183.96 |
| (DESCRIPTE LESS DISBURSEMENTS) | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | |
| **CASH - END OF MONTH** | $4,467,797.30 | $0.00 | $0.00 | $0.00 | $3,756.87 | $6,898.31 | $62,500.92 | $0.00 | $0.00 | $911.98 | $0.00 | $142,985.00 | $1,245.17 | $0.00 | $21,405.47 | $0.00 | $0.00 | $0.00 | $138,998.48 | $11,530.83 | $1,281,943.79 | $828.69 | $5,423.76 | $6,151,988.67 | | $6,151,988.68 |

**Notes:**

(1) The ending balance in March for TD Canada will not equal the ending balance for April due to the timing of an intercompany transfer. For this reason, it is being reconciled in the total beginning balance calculation for the period.

**THE FOLLOWING SECTION MUST BE COMPLETED**

| DISBURSEMENTS FOR CALCULATING U.S.TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN) | |
|---|---|
| TOTAL DISBURSEMENTS | $5,406,773.41 |
| LESS: TRANSFERS TO DEBTOR IN POSSESSION ACCOUNTS | $0.00 |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | 0 |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | $5,406,773.41 |

In re: **New England Motor Freight (01)**      Case No. **19-12809 (JKS) (Jointly Administered)**
Reporting Period: **5/5/2019-6/2/2019**

**BANK RECONCILIATIONS**
Continuation Sheet for MOR-1
A bank reconciliation must be included for each bank account.  The debtor's bank reconciliation may be substituted for this page.

| Bank | | Chase | Chase | BOA | BOA | Capital One | Capital One | Chase | Chase | Chase | Chase | Chase | Chase | Chase | Chase | PNC | Payroll | TD-Canada | TD-Canada | TD | TD | TD | Wells Fargo | Wells Fargo |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Last 4 Digits of Bank Account | | 4365 | 7600 | 0377 | 2163 | 5272 | 5280 | 3180 | 5726 | 7245 | 5162 | 8770 | 5661 | 7555 | 7312 | 8845 | 671 | 9928 | 1120 | 6143 | 7939 | 4274 | 3019 | 9720 |
| BALANCE PER BOOKS | | $4,473,284 | $0 | $0 | $0 | $3,757 | $8,888 | $73,959 | $0 | $0 | $912 | $0 | $142,955 | $1,245 | $0 | $21,405 | $0 | $0 | $0 | $134,328 | $11,531 | $1,281,944 | $829 | $5,424 |
| | | | | | | | | | | | | | | | | | | | | | | | | |
| BANK BALANCE | | $4,467,797 | $0 | $0 | $0 | $3,757 | $8,888 | $62,501 | $0 | $0 | $912 | $0 | $142,985 | $1,245 | $0 | $21,405 | $0 | $0 | $0 | $138,998 | $11,531 | $1,281,944 | $829 | $5,424 |
| (+) DEPOSITS IN TRANSIT (ATTACH LIST) | | $5,486 | | | | | | $11,458 | | | | | | | | | | | | | | | | |
| (-) OUTSTANDING CHECKS (ATTACH LIST) | | | | | | | | | | | | | | | | | | | | ($4,671) | | | | |
| OTHER  (ATTACH EXPLANATION) | | | | | | | | | | | | | | | | | | | | | | | | |
| ADJUSTED BANK BALANCE * | | $4,473,284 | $0 | $0 | $0 | $3,757 | $8,888 | $73,959 | $0 | $0 | $912 | $0 | $142,985 | $1,245 | $0 | $21,405 | $0 | $0 | $0 | $134,328 | $11,531 | $1,281,944 | $829 | $5,424 |
| * Adjusted bank balance must equal | | | | | | | | | | | | | | | | | | | | | | | | |
| balance per books | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | |
| DEPOSITS IN TRANSIT | Date | Amount | Amount | Amount | Amount | Amount | Amount | Amount | Amount | Amount | Amount | Amount | Amount | Amount | Amount | Amount | Amount | Amount | Amount | Amount | Amount | Amount | Amount | Amount |
| Miscellaneous Deposit | 5/31/2019 | $5,486.29 | | | | | | | | | | | | | | | | | | | | | | |
| Miscellaneous Deposit | 5/31/2019 | | | | | | | $11,457.63 | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | |
| Outstanding Checks | Date | Amount | Amount | Amount | Amount | Amount | Amount | Amount | Amount | Amount | Amount | Amount | Amount | Amount | Amount | Amount | Amount | Amount | Amount | Amount | Amount | Amount | Amount | Amount |
| Loan in Transit | 2/2/2019 | | | | | | | | | | | | | | | | | | | -$4,670.67 | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | |
| Other | Date | Amount | Amount | Amount | Amount | Amount | Amount | Amount | Amount | Amount | Amount | Amount | Amount | Amount | Amount | Amount | Amount | Amount | Amount | Amount | Amount | Amount | Amount | Amount |
| | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | |

FORM MOR-1a
(04/07)

In re: **New England Motor Freight (01)**　　　Case No. **19-12809 (JKS) (Jointly Administered)**
Reporting Period: **5/5/2019-6/2/2019**

### SCHEDULE OF PROFESSIONAL FEES AND EXPENSES PAID
This schedule is to include all retained professional payments from case inception to current month.

| Payee | Period Covered | Amount Approved | Payor | Invoice Number | Invoice Date | Amount Paid Fees | Amount Paid Expenses | Year-To-Date Fees | Year-To-Date Expenses |
|---|---|---|---|---|---|---|---|---|---|
| PHOENIX MANAGEMENT SERV, INC | May | $228,629 | | | | $228,629 | | $986,672 | |
| DONLIN RECANO & COMPANY INC | May | $118,311 | | | | $118,311 | | $286,469 | |
| GIBBONS PC - TRUST ACCOUNT | May | $418,398 | | | | $418,398 | | $997,143 | |
| WASSERMAN,JURISTA & STOLZ P.C | May | $16,601 | | | | $16,601 | | $51,086 | |
| COHNREZNICK LLP | May | $169,082 | | | | $169,082 | | $169,082 | |
| ELLIOTT GREENLEAF, P.C. | May | $167,126 | | | | $167,126 | | $167,126 | |
| LOWENSTEIN SANDLER LLP | May | $260,843 | | | | $260,843 | | $260,843 | |
| U.S. TRUSTEE | May | $254,875 | | | | $254,875 | | $254,875 | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

In re: **New England Motor Freight (01)**

Case No. **19-12809 (JKS) (Jointly Administered)**
Reporting Period: **5/5/2019-6/2/2019**

### STATEMENT OF OPERATIONS
(Income Statement)

The Statement of Operations is to be prepared on an accrual basis.  The accrual basis of accounting recognizes revenue when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| REVENUES | Month | Cumulative Filing to Date |
|---|---|---|
| Freight Revenue | (171,630) | (1,618,192) |
| EFW-HESS | | |
| Other Operating Revenue | (8,633) | 308,526 |
| **Net Revenue** | **(180,263)** | **(790,546)** |
| **OPERATING EXPENSES** | | |
| Salaries - Supervisors (incl. All Severance Payments) | 337,538 | 8,731,978 |
| Salaries & Wages | 90,515 | 2,480,499 |
| Miscellaneous Paid Time Off | 15,030 | 372,544 |
| Other Fringes | 1,028,646 | 8,787,262 |
| Operating Supplies | 316,157 | 2,138,378 |
| General Supplies & Expenses | 333,007 | 539,076 |
| Operating Taxes & Licenses | 293,570 | 938,414 |
| Insurance | 115,319 | 293,828 |
| Communication & Utilities | 80,854 | 290,967 |
| Depreciation & Amortization | 0 | 0 |
| Revenue Equipment Rentals | 0 | 24,735 |
| Building Rentals | 441,090 | 2,267,958 |
| Professional Fees | 1,840,563 | 3,758,888 |
| Bad Debt Expense | 124,816 | 362,587 |
| Miscellaneous Expense | 7,175 | 12,305 |
| **Total Expenses** | **5,024,279** | **20,375,464** |
| Net Profit (Loss) Before Other Income & Expenses | (5,204,542) | (21,166,010) |
| **OTHER INCOME AND EXPENSES** | | |
| Interest Income | 1,961 | 37,204 |
| Interest Expense | (490) | (22,677) |
| Sundry Deductions | 0 | 0 |
| Gain (Loss) from Sale of Assets* | 1,666,276 | 1,737,353 |
| **TOTAL OTHER INCOME (DEDUCTIONS)** | | |
| Provision For Income Taxes | 0 | 33,316 |
| | | |
| **Net Profit (Loss)** | **(3,536,795)** | **(21,143,056)** |

* The equipment book value and gain(loss) related to the Estes sale (5/31/2019) is estimated, and is subject to change based on the final allocation of the sale proceeds between the debtors (EFW, NEMF, JANS and Carrier) based on each's equipment sold, estimated FMV, etc.

In re: **New England Motor Freight (01)**    Case No. **19-12809 (JKS) (Jointly Administered)**
Reporting Period: **5/5/2019-6/2/2019**

## STATEMENT OF OPERATIONS - continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Month | Cumulative Filing to Date |
|---|---|---|
| | | |
| **Salaries - Supervisors** | **$337,538.24** | **$8,731,978.48** |
| Officers- Administrative | $43,849.07 | $178,265.29 |
| Supervisors - Line Haul | $32,663.05 | $183,597.54 |
| Supervisors - Pick Up | $0.00 | $0.00 |
| Supervisors - Billing & Collecting | $7,776.00 | $50,250.03 |
| Supervisors - Platform | $0.00 | $0.00 |
| Supervisors - Terminal | $10,860.00 | $572,379.76 |
| Supervisors - Maintenance | $8,750.00 | $204,863.54 |
| Supervisors - Traffice & Sales | $10,300.00 | $199,107.30 |
| Supervisors - Insurance | $38,324.60 | $190,758.23 |
| Supervisors - General (Severance) | $185,015.52 | $7,152,756.79 |
| **Other - Fringes** | **$1,028,645.50** | **$8,787,262.31** |
| Federall Payroll Taxes | $36,405.07 | $904,914.72 |
| State Payroll Taxes | $4,580.71 | $44,141.01 |
| Workers Compensation | $543.72 | $980.14 |
| Group Insurance | $987,116.00 | $7,837,226.44 |
| **Other Reorganization Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**Reorganization Items - Interest Earned on Accumulated Cash from Chapter 11:**
Interest earned on cash accumulated during the chapter 11 case, which would not have been earned but for the
bankruptcy proceeding, should be reported as a reorganization item.

In re: **New England Motor Freight (01)**

Case No. **19-12809 (JKS) (Jointly Administered)**
Reporting Period: **5/5/2019-6/2/2019**

### BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only.  Pre-petition liabilities must be classified separately from postpetition obligations.

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| **CURRENT ASSETS** | | |
| Cash and cash equivalents | $5,089,611.00 | $4,798,261.00 |
| Accounts receivable, customers and interline, net | $3,629,743.00 | $42,806,590.00 |
| Receivables, taxes and others | $468,386.00 | $726,909.00 |
| Notes and loans receivable, stockholders and affiliates, net [2] | $3,984,835.00 | $12,698,146.00 |
| Materials and supplies inventories | $2,142,814.00 | $2,443,561.00 |
| Prepaid insurance claims [1] | $14,380,239.00 | $0.00 |
| Prepayments and other deferred charges | $4,239,950.00 | $4,735,834.00 |
| Refundable income taxes | $13,160.00 | $10,510.00 |
| *TOTAL CURRENT ASSETS* | **$33,948,738.00** | **$68,219,811.00** |
| **PROPERTY AND EQUIPMENT** | | |
| Revenue equipment | $208,273,424.00 | $213,773,116.00 |
| Miscellaneous equipment | $17,853,178.00 | $17,853,178.00 |
| Computer and office equipment | $4,644,508.00 | $4,644,508.00 |
| Service cars and equipment | $4,028,478.00 | $4,028,478.00 |
| Leasehold improvements | $34,198,699.00 | $34,198,699.00 |
| Land and Building | $753,883.00 | $753,883.00 |
| *TOTAL PROPERTY & EQUIPMENT* | **$269,752,170.00** | **$275,251,862.00** |
| | | |
| Less accumulated depreciation and amortization | -$181,971,805.00 | -$186,171,805.00 |
| **OTHER ASSETS** | | |
| Security and other deposits | $1,766,773.00 | $1,767,220.00 |
| Notes receivable, stockholders' insurance premiums | $5,208,569.00 | $5,208,569.00 |
| | **$6,975,342.00** | **$6,975,789.00** |
| | | |
| **TOTAL ASSETS** | **$128,704,445.00** | **$164,275,657.00** |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| *LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)* | | |
| Accounts payable, trade and interline | $10,633,448.00 | $9,367,429.00 |
| Loans payable, letters of credit drawn [3] | $28,974,608.00 | $0.00 |
| Notes and loans payable, stockholders and affiliates | $98,324.00 | $98,323.00 |
| Current portion of long-term debt** | $0.00 | $436,732.00 |
| Accounts payable, affiliates [4] | $9,670,932.00 | $18,381,253.00 |
| Current portion of liabilities for claims and insurance | $0.00 | $19,665,483.00 |
| State income taxes payable | $0.00 | $0.00 |
| Wages, pension and payroll taxes payable | $282,723.00 | $5,584,043.00 |
| Other current liabilities | $356,041.00 | $459,887.00 |
| *TOTAL POSTPETITION LIABILITIES* | **$50,016,076.00** | **$53,993,150.00** |
| *LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)* | | |
| Long-term debt, net of current portion** | $44,998,497.00 | $46,002,109.00 |
| Liabilities for claims and insurance, net of current portion | | |
| Other long-term liabilities | $1,553,629.00 | $1,553,629.00 |
| *TOTAL PRE-PETITION LIABILITIES* | **$46,552,126.00** | **$47,555,738.00** |
| | | |
| *TOTAL LIABILITIES* | **$96,568,202.00** | **$101,548,888.00** |
| *OWNER EQUITY* | | |
| Capital Stock | $17,830,322.00 | $17,830,322.00 |
| Retained earnings | $14,305,921.00 | $44,896,447.00 |
| *NET OWNER EQUITY* | **$32,136,243.00** | **$62,726,769.00** |
| | | |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | **$128,704,445.00** | **$164,275,657.00** |
| Check | $0.00 | $0.00 |

**Notes:**
** As part of the Eastern & Carrier Sale, loans were paid down directly to the lenders by the Purchaser.
(1). The $14,380,039 in Prepaid insurance claims is due to the recording of the LC drawn downs of approximately $30.4 million vs. actual accruals (entry dr. Insurance Accruals and cr. LC payable). As of the filing, before the LC draw downs, there was approx. $19 million of net insurance claims payable which is now prepaid.
(2). The Notes and Loans Receivable-shareholders paydown is the reduction of the paydown by the owner
(3). The LCs have been drawn down and we recorded all of the LC's ($30.4 million) as of April 2019. The LC's balance has been reduced as of 5/31 because TD took $1.4 million of cash (on 4/3) to offset their LC.
(4). Reduction of NEMF's inter-company payable was due to funding cash to supports EFW's payroll, payroll taxes, prepaid tolls, fuel, EFS and owner operators.

In re: **New England Motor Freight (01)**

Case No. **19-12809 (JKS) (Jointly Administered)**
Reporting Period: **5/5/2019-6/2/2019**

### BALANCE SHEET - continuation sheet

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| Other Current Assets | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Other Assets | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| Other Postpetition Liabilities | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Adjustments to Owner Equity | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Postpetition Contributions (Distributions) (Draws) | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Restricted Cash is cash that is restricted for a specific use and not available to fund operations.  Typically, restricted cash is segregated
into a separate account, such as an escrow account.

FORM MOR-3 CONT'D
(04/07)

In re: **New England Motor Freight (01)**     Case No. **19-12809 (JKS) (Jointly Administered)**
Reporting Period: **5/5/2019-6/2/2019**

### STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Withholding | $17,787 | $71,341 | $89,128 | | | $0 |
| FICA-Employee | $9,982 | $36,403 | $46,384 | | | $1 |
| FICA-Employer | $9,446 | $36,403 | $46,384 | | | -$535 |
| Unemployment | $236 | $2 | | | | $238 |
| Income | | | | | | $0 |
| Other:_____ | | | | | | $0 |
|    Total Federal Taxes | $37,451 | $144,148 | $181,896 | $0 | $0 | -$297 |
| **State and Local** | | | | | | |
| Withholding | $1,603 | $25,099 | $30,244 | | | -$3,542 |
| Sales | $0 | | | | | $0 |
| Excise | $0 | | | | | $0 |
| Unemployment | $10,079 | $5,431 | $230 | | | $15,280 |
| Real Property | | | | | | $0 |
| Personal Property | | | | | | $0 |
| Other:_____ | | | | | | $0 |
|    Total State and Local | $11,682 | $30,530 | $30,474 | $0 | $0 | $11,737 |
| **Total Taxes** | 49,133 | 174,678 | 212,371 | 0 | 0 | 11,440 |

### SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

| | | Number of Days Past Due | | | | |
|---|---|---|---|---|---|---|
| | | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable | | $538,506 | $443,380 | $117,756 | $58,518 | $1,158,160 |
| Wages Payable | | | | | | |
| Taxes Payable | | | | | | |
| Rent/Leases-Building | | | | | | |
| Rent/Leases-Equipment | | | | | | |
| Secured Debt/Adequate Protection Payments | | | | | | |
| Professional Fees (inclusive in AP) | | $399,880 | $459,741 | $76,109 | $17,923 | $953,654 |
| Amounts Due to Insiders (inclusive in AP)* | | $18,033 | $2,298 | $1,443 | $30,928 | $52,701 |
| Other:_____ | | | | | | |
| Other:_____ | | | | | | |
| **Total Postpetition Debts** | $0 | $538,506 | $443,380 | $117,756 | | $1,158,160 |

In re: **New England Motor Freight (01)**

Case No. **19-12809 (JKS) (Jointly Administered**
Reporting Period: **5/5/2019-6/2/2019**

### ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | $5,337,462 |
| + Amounts billed during the period | $120 |
| - Amounts collected during the period | ($1,707,839) |
| Total Accounts Receivable at the end of the reporting period | $3,629,743 |
| | |
| **Accounts Receivable Aging** | **Amount** |
| 0 - 30 days old | $47,059 |
| 31 - 60 days old | $26,793 |
| 61 - 90 days old | $81,580 |
| 91+ days old | $4,966,300 |
| Total Accounts Receivable | **$5,121,732** |
| Amount considered uncollectible (Credits) | ($1,376,586) |
| Accounts Receivable - Open AR | **$3,745,146** |
| Intercompany | ($115,403) |
| Accounts Receivable (Net) | **$3,629,743** |

### DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1.  Have any assets been sold or transferred outside the normal course of business this reporting period?  If yes, provide an explanation below. **Yes: We had approval from UCC and UST to sell scrapped equipment** | X | |
| 2.  Have any funds been disbursed from any account other than a debtor in possession account this reporting period?  If yes, provide an explanation below. **Yes: Transfering balances to JPMC operating account and paying bank fees.** | X | |
| 3.  Have all postpetition tax returns been timely filed?  If no, provide an explanation below. | X | |
| 4.  Are workers compensation, general liability and other necessary insurance coverages in effect?  If no, provide an explanation below. | X | |
| 5.  Has any bank account been opened during the reporting period?  If yes, provide documentation identifying the opened account(s).  If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. | | X |