**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
John P. Schneider, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400
E-mail: mseymour@lowenstein.com
E-mail: jdipasquale@lowenstein.com
E-mail: jschneider@lowenstein.com

*Counsel to the Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: August 1, 2019 at 10:00 a.m.**<br>**Objection Deadline: July 25, 2019 at 4:00 p.m.**<br>Re: Docket No. 710 |

**NOTICE OF ERRATA REGARDING FIRST INTERIM APPLICATION OF LOWENSTEIN SANDLER LLP AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM <u>FEBRUARY 21, 2019 THROUGH MAY 31, 2019</u>**

Lowenstein Sandler LLP ("<u>Lowenstein Sandler</u>") as counsel for the Official Committee of Unsecured Creditors of New England Motor Freight, Inc., et al., submits this errata to its *First Interim Application for Compensation For Services Rendered and Reimbursement of Expenses*

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

*for the Period from February 21, 2019 through May 31, 2019* (the "Application"), document no. 710, and states as follows:

1. The "Total Previous Holdback" listed in the Section I Fee Summary (the "Fee Summary") of the Application should be changed from $105,495.40 to $131,656.20 to include the holdback amount for the month of May, 2019 ($26,160.80) (the "May Holdback Amount"). The May Holdback Amount was inadvertently omitted in the Application.

2. Accordingly, the Fee Summary table should be deleted and replaced with the table below:

## SECTION I
## FEE SUMMARY

☒ Interim Fee Application (first interim) or ☐ Final Fee Application

|  | FEES | EXPENSES |
|---|---|---|
| TOTAL PREVIOUS FEES REQUESTED[2] | **$658,281.00** | **$10,125.88** |
| TOTAL FEES ALLOWED TO DATE: | **$     0.00** | **$0.00** |
| TOTAL RETAINER REMAINING | **$     0.00** | **$0.00** |
| TOTAL PREVIOUS HOLDBACK | **$131,656.20** | **$0.00** |
| TOTAL RECEIVED BY LOWENSTEIN SANDLER | **$259,828.40** | **$1,014.28** |

Dated: July 11, 2019                Respectfully submitted,

**LOWENSTEIN SANDLER LLP**

/s/ *Mary E. Seymour*
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
John P. Schneider, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400
E-mail: mseymour@lowenstein.com
E-mail: jdipasquale@lowenstein.com
E-mail: jschneider@lowenstein.com

*Counsel to the Official Committee of Unsecured Creditors*

---

[2] Reflects amounts requested in Monthly Fee Statements (defined herein).