UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
John P. Schneider, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400
mseymour@lowenstein.com
jdipasquale@lowenstein.com
jschneider@lowenstein.com

*Counsel to the Official Committee of Unsecured Creditors*

| In re: | Case No. 19-12809 (JKS) |
|---|---|
| New England Motor Freight, Inc., *et al.*,[1] | Chapter 11 |
| Debtors. | Hon. John K. Sherwood, U.S.B.J. |

## CERTIFICATION OF SERVICE

1. I, Elizabeth Lawler, pursuant to 28 U.S.C. § 1746, certify as follows:

   ☐    represent _____ in this matter.

   ☒    I am a paralegal employed by the law firm of Lowenstein Sandler LLP, counsel to the Official Committee of Unsecured Creditors in the above-captioned cases.

   ☐    am the _____ in this case and am representing myself.

2. On <u>July 11, 2019</u>, I caused the following document to be electronically filed with the Court, using the Court's Electronic Filing System and served via the court's CM/ECF system on the parties that have consented to electronic service of all court filings:

---

[1] The Debtors in these Chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC (4357); Mylon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMF Logistics, LLC (4666).

36527/2
07/12/2019 204635751.1

-2-

- *Notice of Errata Regarding First Interim Application of Lowenstein Sandler LLP As Counsel To The Official Committee Of Unsecured Creditors For Compensation For Services Rendered And Reimbursement Of Expenses for The Period From February 21, 2019 Through May 31, 2019* [D.I. 737]

3. Also on <u>July 11, 2019</u>, I caused the foregoing document to be served on the parties listed on Exhibit A in the manner listed therein.

I certify under penalty of perjury that the above-referenced documents were sent using the mode of service indicated.

Date:   July 12, 2019                                  */s/ Elizabeth Lawler*
                                                             Elizabeth Lawler

## Exhibit A

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| GIBBONS P.C.<br>KAREN A. GIANNELLI, ESQ.<br>ONE GATEWAY CENTER<br>NEWARK NJ 07102<br>KGIANNELLI@GIBBONSLAW.COM | Counsel to the Debtors | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other via e-mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| ALBERT J. MINK<br>PHOENIX MANAGEMENT<br>535 FIFTH AVENUE, SUITE 1006<br>NEW YORK, NY 10017<br>AMINK@PHOENIXMANAGEMENT.COM | Financial Advisor to the Debtors | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other via e-mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| VINCENT COLISTRA<br>PHOENIX MANAGEMENT<br>100 COMMONS COURT<br>CHADDS FORD, PA 19317<br>VCOLISTRA@PHOENIXMANAGEMENT.COM | Financial Advisor to the Debtors | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other via e-mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| UNITED STATES DEPARTMENT OF JUSTICE<br>PETER J. D'AURIA,ESQ; MITCHELL HAUSMAN<br>OFFICE OF THE UNITED STATES TRUSTEE<br>ONE NEWARK CENTER STE 2100<br>NEWARK NJ 07102 | United States Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other via e-mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |