The person who this letter is for. Which is me George S. Sepenthal.

I would like you people to not include me in this case. Because I only had dealing with this Company. Because one of there truck hit my car a couple of years ago. So will you please remove my name from this letter. Thank you.

From George S. Sepenthal

Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

*To Whom:*

*This letter concern:*   (over)

Case No.: 19–12809–JKS
Chapter: 11
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
New England Motor Freight, Inc.
1–71 North Ave E
Elizabeth, NJ 07201

Social Security No.:

Employer's Tax I.D. No.:
22–1977697

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable John K. Sherwood on:

Date:      8/1/19
Time:      10:00 AM
Location:  Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
CohnReznick LLP

COMMISSION OR FEES
$415,919.00

EXPENSES
$1,081.02

Creditors may be heard before the applications are determined.

An appearance is not required on an application for compensation unless an objection is filed. Any objection must be filed with the court and served on interested parties not later than 7 days before the scheduled hearing.

Dated: July 2, 2019
JAN:

Jeanne Naughton
Clerk