**GIBBONS P.C.**
Karen A. Giannelli, Esq.
Mark B. Conlan, Esq.
Brett S. Theisen, Esq.
One Gateway Center
Newark, New Jersey  07102
Telephone:  (973) 596-4500
Facsimile:  (973) 596-0545
E-mail:  kgiannelli@gibbonslaw.com
        mconlan@gibbonslaw.com
        btheisen@gibbonslaw.com

Counsel to the Debtors
and Debtors-in-Possession

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC.,<br>et al.,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 19-12809 (JKS)<br><br>(Jointly Administered) |

**NOTICE OF FILING OF MONTHLY COMPENSATION AND STAFFING
REPORT BY PHOENIX MANAGEMENT SERVICES, LLC
<u>FOR THE PERIOD FROM JUNE 3, 2019 THROUGH JUNE 30, 2019</u>**

PLEASE TAKE NOTICE that on February 11, 2019, New England Motor Freight, Inc. and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), filed the *Motion of Debtors for Authority to Retain and Employ Phoenix Management Services, LLC Effective as of Petition Date to Provide a Chief Restructuring Officer, Deputy Chief Restructuring Officers, and Supporting Personnel* [Docket No 16], with the United States Bankruptcy Court for the District of New Jersey (the "**Court**").

PLEASE TAKE FURTHER NOTICE that on February 13, 2019, the Court entered the *Order Authorizing Debtors to Retain and Employ Phoenix Management Services, LLC Effective as of Petition Date to Provide a Chief Restructuring Officer, Deputy Chief*

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows:  New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC (4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMF Logistics, LLC (4666).

*Restructuring Officers, and Supporting Personnel* [Docket No. 42] (the "**Phoenix Retention**

**Order**").

PLEASE TAKE FURTHER NOTICE that, in accordance with the Phoenix Retention

Order, Phoenix Management Services, LLC hereby files its monthly compensation and staffing

Report for the period from June 3, 2019 through June 30, 2019 in the form attached hereto as

**Exhibit 1**.

Dated: July 15, 2019                  Respectfully submitted,

                                      **GIBBONS P.C.**

                                      By: /s/ Karen A. Giannelli
                                           Karen A. Giannelli, Esq.
                                           Mark B. Conlan, Esq.
                                           Brett S. Theisen, Esq.
                                           One Gateway Center
                                           Newark, New Jersey 07102
                                           Telephone: (973) 596-4500
                                           Facsimile: (973) 596-0545
                                           E-mail: kgiannelli@gibbonslaw.com
                                                      mconlan@gibbonslaw.com
                                                      btheisen@gibbonslaw.com

                                      *Counsel to the Debtors*
                                      *and Debtors-in-Possession*

2720890.2 115719-100281

## Exhibit 1

Phoenix Management Services, LLC ("Phoenix") hereby submits this Fifth Monthly Report of Compensation Earned and Expenses Incurred (the "Report") for the period June 3, 2019 through June 30, 2019 (four weeks) for compensation and reimbursement of costs and expenses  incurred pursuant to its engagement, which was approved by order of the Bankruptcy Court on February 13, 2019 [Docket No. 42] (the "Retention Order").

Under the Retention Order, the Debtors are authorized to compensate Phoenix a flat weekly fee of $30,000 pursuant to the terms of the Engagement Letter for the services of the CRO as well as a flat weekly expense reimbursement of $300 as reimbursement of expenses related to items such as facsimile charges and other support charges.  Phoenix's fees for the CRO during this four-week period were $84,000.00. The CRO had vacation time during the weeks of June 17, 2019 and June 24, 2019 which resulted in reduced billing for those weeks.

Under the Retention Order, the Debtors are also authorized to compensate Phoenix weekly or monthly with respect to time and expenses incurred by other of its staff.  Phoenix's fees for its other staff during this four-week period were $128,180.00.

Pursuant to the Retention Order, parties in interest may file an objection, if any, to this Report within fourteen (14) days from the date of filing of this Report.

| Attachment | Description |
|---|---|
| Exhibit A | Summary of Compensation |
| Exhibit A1 | Time Summary by Matter Code |
| Exhibit A2 | Time Summary by Professional |
| Exhibit A3 | Time Entry Detail |
| Exhibit B1 | Expense Summary by Category |
| Exhibit B2 | Expense Item Detail |

| EXHIBIT A: | | | | | |
|---|---|---|---|---|---|
| Summary of Compensation for the period of June 3, 2019 through June 30, 2019 | | | | | |
| Project Name | Professional Fees | Expenses | Total | Payments Received | Unpaid |
| Shevell BK - CRO | $84,000.00 | $1,614.50 | $85,614.50 | $85,614.50 | $0.00 |
| Shevell BK - Others | $128,180.00 | $1,967.18 | $130,147.18 | $0.00 | $130,147.18 |
| Totals: | $212,180.00 | $3,581.68 | $215,761.68 | $85,614.50 | $130,147.18 |

**EXHIBIT A1**

**Time Summary by Matter for the period of June 3, 2019 through June 30, 2019**

## Shevell BK - CRO

| Matter Description | Total Fees Requested | |
|---|---|---|
| Bankruptcy - Advise company regarding elements of any proposed Reorganization | $ 84,000.00 | |
| **Totals** | **$ 84,000.00** | |

## Shevell BK - OTHERS

| Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|
| Anaylysis of Financials , Models, etc. | 39.3 | $ 20,632.50 |
| Bankruptcy - Admin - Fee Application | 8.2 | $ 1,230.00 |
| Administration | 2.3 | $ 402.50 |
| Billable Travel | 26.3 | $ 7,535.00 |
| Budget, Forecast, Scorecard Preparation | 2.8 | $ 560.00 |
| Financial & Cash Management | 288.9 | $ 97,820.00 |
| **Totals** | **367.8** | **$128,180.00** |

## Combined Totals

| Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|
| Anaylysis of Financials , Models, etc. | 39.3 | $ 20,632.50 |
| Bankruptcy - Admin - Fee Application | 8.2 | $ 1,230.00 |
| Administration | 2.3 | $ 402.50 |
| Advise company regarding elements of any proposed Reorganization | Weekly Fee | $ 84,000.00 |
| Budget, Forecast, Scorecard Preparation | 2.8 | $ 560.00 |
| Financial & Cash Management | 288.9 | $ 97,820.00 |
| **Totals** | **367.8** | **$212,180.00** |

**Matter Descriptions**

1. **Analysis of Financials, Models, etc.**
   Includes analysis of historical operations, historical cash flows, significant Balance Sheet and P&L accounts and other related financial analysis

2. **Bankruptcy – Administration**
   Drafting and reviewing court filed and internal documents related to the application and retention process; meetings and correspondence related to the application and retention process; staffing report and other administrative matters

3. **Bankruptcy - Advise company regarding elements of any proposed Reorganization.**
   This includes strategies to liquidate rolling stock and other assets, and the sale of Eastern.

4. **Bankruptcy - Advise company regarding strategy w/creditors, customers, others**
   Includes meeting with creditors, UCC communications, Secured Lender communications, shareholders and major customers

2720890.2 115719-100281

Assist company personnel in all matters related to preparation of schedules, SOFAs, MOR's and First Day motions.

6. **Bankruptcy - Billable Travel**
   Travel time incurred among CRO (Chief Restructuring Officer) and Phoenix personnel in connection with providing services rendered; mostly travel time to the Debtor's offices located in Elizabeth, NJ.

7. **Bankruptcy - Budget, Forecast, Scorecard Preparation**
   Includes preparation of weekly Cash flow forecasts, weekly scorecards, MOR's, and other related financial forecasts and analysis.

8. **Bankruptcy - Court Hearing & Preparation**
   Serving as the authorized representative of the Debtors in Chapter 11 cases; preparing for and attending hearings and meetings with the Office of the Trustee

9. **Bankruptcy - Creditor & Vendor Interface**
   Communicating with vendors and creditors regarding case matters, advising supply chain personnel, evaluate individual claims and negotiate payments; meetings and correspondences with counsel regarding vendor and creditor matters and settlements; tracking and reporting of vendor and creditor management activities

10. **Bankruptcy - Financial & Cash Management**
    Daily review of cash disbursements and receipt activity.  Manage cash activity to remain in compliance with cash flow budgets.  Review accounts receivable collections.  Scorecard activities.

11. **Bankruptcy - Interface with Committee/Committee Counsel**
    Meeting with professionals of Creditors' Committee and Committee counsel; preparing and providing financial and other requested information

12. **Bankruptcy - Operational Management**
    CRO—Interface with operations Management on all activities

13. **Bankruptcy - Sale of Assets**
    Select and work with Liquidator on the Auction of all NEMF Rolling Stock and other Assets.  All activities related to the sale of Eastern**.**

14. **Communication - Phoenix Team**
    Work by Phoenix professionals organizing and coordinating our efforts, providing updates on individual conversations and activities, developing and refining our work streams, and developing strategies regarding sequencing of work and communications with parties of interest

15. **Valuation & Related Matters**
    Work with Liquidator on establishing low high values for rolling stock

**EXHIBIT A2:**

**Time Summary by Professional** for the period of June 3, 2019 through June 30, 2019

### Shevell BK - CRO

| Professional | Position Title | Flat Rate per week | Total Net Compensation | |
|---|---|---|---|---|
| Vincent Colistra | CRO | $ 30,000.00 | $84,000.00 | |
| | Totals | | $84,000.00 | |

### Shevell BK - OTHERS

| Professional | Position Title | Rate | Total Hours | Total Compensation |
|---|---|---|---|---|
| Al Mink | Managing Director | $ 525.00 | 169.50 | $88,987.50 |
| RJ Bell | Analyst | $ 200.00 | 2.80 | $560.00 |
| Kevin Doyle | Analyst | $ 200.00 | 185.00 | $37,000.00 |
| Mike Sutter | Senior Accountant | $ 175.00 | 2.30 | $402.50 |
| Dianne Lomonaco | Vice President | $ 150.00 | 6.10 | $915.00 |
| Stacey Miller | Office/Billing Manager | $ 150.00 | 2.10 | $315.00 |
| | Totals | | 367.80 | $128,180.00 |

### Totals

| Professional | Position Title | Rate | Total Hours | Total Compensation |
|---|---|---|---|---|
| Vincent Colistra | CRO | $ 30,000.00 | Weekly Fee | $84,000.00 |
| Al Mink | Managing Director | $ 450.00 | 0.00 | $88,987.50 |
| RJ Bell | Analyst | $ 350.00 | 185.00 | $560.00 |
| Kevin Doyle | Analyst | $ 175.00 | 2.30 | $37,000.00 |
| Mike Sutter | Senior Accountant | $ 175.00 | 2.10 | $402.50 |
| Dianne Lomonaco | Vice President | $ 150.00 | 367.80 | $915.00 |
| Stacey Miller | Office/Billing Manager | $ 175.00 | 0.00 | $315.00 |
| | Totals | | 367.80 | $212,180.00 |

**EXHIBIT A**

**Time Entry Detail** for the period of June 3, 2019 through June 30, 2019

**Project Time Records by Task Code**

| Professional | Position Title | Task Code | Service Period | Flat Fee | Total Compensation |
|---|---|---|---|---|---|
| Vincent Colistra | CRO | Bankruptcy - Advise company regarding elements of any proposed Reorganization | 06/03 - 06/09/2019 | 30,000.00 | 30,000.00 |
| Vincent Colistra | CRO | Bankruptcy - Advise company regarding elements of any proposed Reorganization | 06/10 - 06/16/2019 | 30,000.00 | 30,000.00 |
| Vincent Colistra | CRO | Bankruptcy - Advise company regarding elements of any proposed Reorganization | 06/17 - 06/23/2019 | 18,000.00 | 18,000.00 |
| Vincent Colistra | CRO | Bankruptcy - Advise company regarding elements of any proposed Reorganization | 06/24 - 06/30/2019 | 6,000.00 | 6,000.00 |
| | **Totals** | | | | **$84,000.00** |

# Phoenix Management

110 Commons Court
Chadds Ford, PA 19317-9716
Tel: 610-358-4700 Fax: 610-358-9377

Project Time Records by Task Code

Printed on: 7/4/2019
Page 1 of 9

Filters Used:
- Time Entry Date:    6/3/2019  to  6/30/2019
- Project ID:    Shevell BK - NEMF:  to  Shevell BK - NEMF:

*⧉ = Invoiced (mouse over for #), 🖊 = Marked as Billed, ◇ = Non-Billable, ✕ = Xtra

**Project ID - Name (Manager): Shevell BK - NEMF: -** *Shevell BK - NEMF* **(Vincent Colistra)**

| Day | Date | Employee | Description | Hrs | B-Hrs | Amount | * |
|-----|------|----------|-------------|-----|-------|--------|---|
| *Analysis of Financials, Models, etc.* | | | | | | | |
| *A Mink* | | | | | | | |
| Mon | 6/3/2019 | A Mink | Analysis of Financials, Models, etc. | 7.50 | 7.50 | $3,937.50 | ⧉ |
| | | | Follow up to ensure agreed procedures for establishing and updating Eastern accounts receivable as of May 31are in place and being followed (3.5) Continue to prepare procedures for claims reconciliation (2.9) Emails on various financial and cash management topics (0.6) Continue work on analysis of Eastern Cash receipts/disbursement activity post petition and the amount funded by NEMF (0.5) | | | | |
| Tues | 6/4/2019 | A Mink | Analysis of Financials, Models, etc. | 7.90 | 7.90 | $4,147.50 | ⧉ |
| | | | Continue analysis of Eastern post petition and cash Receipts and Disbursements activity and disbursements funded by NEMF 0.4 Various emails on financial and cash matters 1.5 Log in and process professional fees 0.9 Continue work on claims reconciliation procedures 5.1 | | | | |
| Wed | 6/5/2019 | A Mink | Analysis of Financials, Models, etc. | 8.00 | 8.00 | $4,200.00 | ⧉ |
| | | | Conference call with Gibbons re: Transfer of activities being covered by Todd R.,claims reconciliation process, and other matters (0.7) Review of collection and Cargo claims (0.5) Conference call with NEMF A/R collections group (0.7) Work with Tom C on rolling employee RIF as part of Wind down plan (0.8) Conference call with Banks re cash collateral motion (1.0) Review of Eastern insurance calculation (0.6) Complete professional fees schedule (1.5) Other related activities (2.2) | | | | |
| Thur | 6/6/2019 | A Mink | Analysis of Financials, Models, etc. | 7.80 | 7.80 | $4,095.00 | ⧉ |

# Phoenix Management

Project Time Records by Task Code

110 Commons Court
Chadds Ford, PA 19317-9716
Tel: 610-358-4700 Fax: 610-358-9377

Printed on: 7/4/2019
Page 2 of 9

Filters Used:
- Time Entry Date:       6/3/2019  to  6/30/2019
- Project ID:       Shevell BK - NEMF:  to  Shevell BK - NEMF:

*⧉ = Invoiced (mouse over for #), ✎ = Marked as Billed, ◇ = Non-Billable, ✕ = Xtra*

**Project ID - Name (Manager): Shevell BK - NEMF: -** *Shevell BK - NEMF* **(Vincent Colistra)**

| Day | Date | Employee | Description | Hrs | B-Hrs | Amount | * |
|-----|------|----------|-------------|-----|-------|--------|---|
| *Analysis of Financials, Models, etc.* | | | | | | | |
| Fri | 6/7/2019 | A Mink | Review calculations of insurance refunds and finalize schedule 1.5 Conference call with Todd Rubenstein and then joint call with Todd Rubenstein and Brett on legal files to be transferred to Protective 1.6 Conference call with Brett and Matt L concerning bonds 0.5 Emails and other miscelaneous calls on financial matters 4.2 Analysis of Financials, Models, etc. Insurance related issues: review latest version of Eastern Insurance calculation, made comments (1.2) Collection issues: Conference call with Creditors and exchange of emails to settle cargo claims (1.3) Exchange of emails with other creditors and with staff resolving cargo claims and liquidating accounts receivable, (2.0) Conference call on claims resolution and other matters with Gibbons, (1.0) Review professional fees for payment, (1.2) Various other emails on cash management and other financial matters (1.4) | 8.10 | 8.10 | $4,252.50 | ⧉ |
| | | | **A Mink Total:** | **39.30** | **39.30** | **$20,632.50** | |
| | | | **Analysis of Financials, Models, etc. Total:** | **39.30** | **39.30** | **$20,632.50** | |
| *Bankruptcy - Admin - Fee Application* | | | | | | | |
| *D Lomonaco* | | | | | | | |
| Fri | 6/28/2019 | D Lomonaco | Bankruptcy - Admin - Fee Application Fee schedules and first fee application draft | 6.10 | 6.10 | $915.00 | ⧉ |
| | | | **D Lomonaco Total:** | **6.10** | **6.10** | **$915.00** | |
| *S Miller* | | | | | | | |
| Fri | 6/7/2019 | S Miller | Bankruptcy - Admin - Fee Application Prepare 4th Monthly Staffing Report | 1.80 | 1.80 | $270.00 | ⧉ |
| Thur | 6/20/2019 | S Miller | Bankruptcy - Admin - Fee Application Prepare for next monthly fee statement | 0.30 | 0.30 | $45.00 | ⧉ |
| | | | **S Miller Total:** | **2.10** | **2.10** | **$315.00** | |
| | | | **Bankruptcy - Admin - Fee Application Total:** | **8.20** | **8.20** | **$1,230.00** | |
| *Bankruptcy - Administration* | | | | | | | |
| *M Sutters* | | | | | | | |
| Mon | 6/10/2019 | M Sutters | Bankruptcy - Administration Suburban Propane claims analysis | 2.30 | 2.30 | $402.50 | ⧉ |

# Phoenix Management

Project Time Records by Task Code

110 Commons Court
Chadds Ford, PA 19317-9716
Tel: 610-358-4700 Fax: 610-358-9377

Filters Used:
- Time Entry Date:      6/3/2019  to  6/30/2019
- Project ID:      Shevell BK - NEMF:  to  Shevell BK - NEMF:

*⧉ = Invoiced (mouse over for #), ✎ = Marked as Billed, ◇ = Non-Billable, ✗ = Xtra

**Project ID - Name (Manager): Shevell BK - NEMF: -** *Shevell BK - NEMF* **(Vincent Colistra)**

| Day | Date | Employee | Description | Hrs | B-Hrs | Amount | * |
|-----|------|----------|-------------|-----|-------|--------|---|
| *Bankruptcy - Administration* | | | | | | | |
| | | | M Sutters Total: | 2.30 | 2.30 | $402.50 | |
| | | | Bankruptcy - Administration Total: | 2.30 | 2.30 | $402.50 | |
| *Bankruptcy - Billable Travel* | | | | | | | |
| *A Mink* | | | | | | | |
| Mon | 6/3/2019 | A Mink | Bankruptcy - Billable Travel | 1.00 | 0.50 | $262.50 | ⧉ |
| | | | RT to Elizabeth for Shevell | | | | |
| Tues | 6/4/2019 | A Mink | Bankruptcy - Billable Travel | 1.00 | 0.50 | $262.50 | ⧉ |
| | | | RT to Elizabeth for Shevell | | | | |
| Wed | 6/5/2019 | A Mink | Bankruptcy - Billable Travel | 1.00 | 0.50 | $262.50 | ⧉ |
| | | | RT to Elizabeth for Shevell | | | | |
| Thur | 6/6/2019 | A Mink | Bankruptcy - Billable Travel | 1.00 | 0.50 | $262.50 | ⧉ |
| | | | RT to Elizabeth for Shevell | | | | |
| Mon | 6/10/2019 | A Mink | Bankruptcy - Billable Travel | 1.00 | 0.50 | $262.50 | ⧉ |
| | | | RT to Elizabeth | | | | |
| Tues | 6/11/2019 | A Mink | Bankruptcy - Billable Travel | 1.00 | 0.50 | $262.50 | ⧉ |
| | | | RT to Elizabeth | | | | |
| Wed | 6/12/2019 | A Mink | Bankruptcy - Billable Travel | 1.00 | 0.50 | $262.50 | ⧉ |
| | | | RT to Elizabeth | | | | |
| Thur | 6/13/2019 | A Mink | Bankruptcy - Billable Travel | 1.00 | 0.50 | $262.50 | ⧉ |
| | | | RT to Elizabeth | | | | |
| Mon | 6/17/2019 | A Mink | Bankruptcy - Billable Travel | 1.00 | 0.50 | $262.50 | ⧉ |
| | | | RT to Shevell | | | | |
| Tues | 6/18/2019 | A Mink | Bankruptcy - Billable Travel | 1.00 | 0.50 | $262.50 | ⧉ |
| | | | Round Trip to Shevell | | | | |
| Wed | 6/19/2019 | A Mink | Bankruptcy - Billable Travel | 1.00 | 0.50 | $262.50 | ⧉ |
| | | | RT to Shevell | | | | |
| Mon | 6/24/2019 | A Mink | Bankruptcy - Billable Travel | 1.00 | 0.50 | $262.50 | ⧉ |
| | | | RT to Shevell from office | | | | |
| Tues | 6/25/2019 | A Mink | Bankruptcy - Billable Travel | 1.00 | 0.50 | $262.50 | ⧉ |
| | | | RT to Shevell from office | | | | |
| Wed | 6/26/2019 | A Mink | Bankruptcy - Billable Travel | 1.00 | 0.50 | $262.50 | ⧉ |
| | | | RT to Shevell from office | | | | |
| | | | A Mink Total: | 14.00 | 7.00 | $3,675.00 | |
| *K Doyle* | | | | | | | |
| Mon | 6/3/2019 | K Doyle | Bankruptcy - Billable Travel | 3.50 | 1.70 | $340.00 | ⧉ |
| | | | Travel to NEMF and back | | | | |
| Tues | 6/4/2019 | K Doyle | Bankruptcy - Billable Travel | 3.00 | 1.50 | $300.00 | ⧉ |
| | | | Travel to NEMF and back | | | | |
| Wed | 6/5/2019 | K Doyle | Bankruptcy - Billable Travel | 4.00 | 2.00 | $400.00 | ⧉ |
| | | | Travel to NEMF and back | | | | |
| Thur | 6/6/2019 | K Doyle | Bankruptcy - Billable Travel | 3.00 | 1.50 | $300.00 | ⧉ |
| | | | Travel to NEMF and back | | | | |
| Mon | 6/10/2019 | K Doyle | Bankruptcy - Billable Travel | 3.00 | 1.50 | $300.00 | ⧉ |
| | | | Travel to NEMF and back | | | | |
| Tues | 6/11/2019 | K Doyle | Bankruptcy - Billable Travel | 3.50 | 1.70 | $340.00 | ⧉ |
| | | | Travel to NEMF and back | | | | |

# Phoenix Management

Project Time Records by Task Code

110 Commons Court
Chadds Ford, PA 19317-9716
Tel: 610-358-4700 Fax: 610-358-9377

Printed on: 7/4/2019
Page 4 of 9

Filters Used:
- Time Entry Date:        6/3/2019  to  6/30/2019
- Project ID:        Shevell BK - NEMF:  to  Shevell BK - NEMF:

*📄 = Invoiced (mouse over for #), 🖊 = Marked as Billed, ◊ = Non-Billable, ✕ = Xtra

**Project ID - Name (Manager): Shevell BK - NEMF: -** *Shevell BK - NEMF* **(Vincent Colistra)**

| Day | Date | Employee | Description | Hrs | B-Hrs | Amount | * |
|-----|------|----------|-------------|-----|-------|--------|---|
| *Bankruptcy - Billable Travel* | | | | | | | |
| Wed | 6/12/2019 | K Doyle | Bankruptcy - Billable Travel | 3.50 | 1.70 | $340.00 | 📄 |
| | | | Travel to NEMF and back | | | | |
| Mon | 6/17/2019 | K Doyle | Bankruptcy - Billable Travel | 4.00 | 2.00 | $400.00 | 📄 |
| | | | Travel to NEMF and back with traffic | | | | |
| Tues | 6/18/2019 | K Doyle | Bankruptcy - Billable Travel | 4.00 | 2.00 | $400.00 | 📄 |
| | | | Travel to NEMF and back with traffic | | | | |
| Mon | 6/24/2019 | K Doyle | Bankruptcy - Billable Travel | 4.00 | 2.00 | $400.00 | 📄 |
| | | | Travel to NEMF with heavy traffic | | | | |
| Tues | 6/25/2019 | K Doyle | Bankruptcy - Billable Travel | 3.50 | 1.70 | $340.00 | 📄 |
| | | | Travel to NEMF and back | | | | |
| | | | **K Doyle Total:** | **39.00** | **19.30** | **$3,860.00** | |
| | | | **Bankruptcy - Billable Travel Total:** | **53.00** | **26.30** | **$7,535.00** | |
| *Bankruptcy - Budget, Forecast, Scorecard Preparation* | | | | | | | |
| *RJ Bell* | | | | | | | |
| Mon | 6/10/2019 | RJ Bell | Bankruptcy - Budget, Forecast, Scorecard Preperation | 2.80 | 2.80 | $560.00 | 📄 |
| | | | Build new CF forecast scorecard file | | | | |
| | | | **RJ Bell Total:** | **2.80** | **2.80** | **$560.00** | |
| | | | **Bankruptcy - Budget, Forecast, Scorecard Preparation Total:** | **2.80** | **2.80** | **$560.00** | |
| *Bankruptcy - Financial & Cash Management* | | | | | | | |
| *A Mink* | | | | | | | |
| Mon | 6/10/2019 | A Mink | Bankruptcy - Financial & Cash Management | 6.00 | 6.00 | $3,150.00 | 📄 |
| | | | A/R collections emails and calls, including a 1 hour call with the collection team. Cash management activities Emails on various financial and cash management issues. | | | | |
| Tues | 6/11/2019 | A Mink | Bankruptcy - Financial & Cash Management | 9.00 | 9.00 | $4,725.00 | 📄 |
| | | | Cash management. Track cash activities resulting from approval of cash collateral motion. Ensure cash was transferred to proper accounts. Account for cash being used to return Chase Cash collateral from various accounts | | | | |
| Wed | 6/12/2019 | A Mink | Bankruptcy - Financial & Cash Management | 9.00 | 9.00 | $4,725.00 | 📄 |
| | | | Continue cash tracking including transfer of funds from Eastern sale into segregated bank accounts. Ensure escrow accounts were open and track money from the sale of NEMF rolling stock into them. Track accounts receivable unbilled into the accounts receivable being purchased by Estes. | | | | |
| Thur | 6/13/2019 | A Mink | Bankruptcy - Financial & Cash Management | 9.00 | 9.00 | $4,725.00 | 📄 |

# Phoenix Management

Project Time Records by Task Code

110 Commons Court
Chadds Ford, PA 19317-9716
Tel: 610-358-4700 Fax: 610-358-9377

Printed on: 7/4/2019
Page 5 of 9

Filters Used:
- Time Entry Date:     6/3/2019  to  6/30/2019
- Project ID:      Shevell BK - NEMF:  to  Shevell BK - NEMF:

*🖹 = Invoiced (mouse over for #), ✏ = Marked as Billed, ◈ = Non-Billable, ✕ = Xtra*

**Project ID - Name (Manager): Shevell BK - NEMF: -** *Shevell BK - NEMF* **(Vincent Colistra)**

| Day | Date | Employee | Description | Hrs | B-Hrs | Amount | * |
|---|---|---|---|---|---|---|---|
| *Bankruptcy - Financial & Cash Management* | | | | | | | |
| | | | Cash flow and Cash management activities. Accounts receivable collections: Spoke with major customers on offsets and resolved large claims. | | | | |
| Fri | 6/14/2019 | A Mink | Bankruptcy - Financial & Cash Management | 7.00 | 7.00 | $3,675.00 | 🖹 |
| | | | Review Phoenix fee app and discuss with Phoenix administrative staff treatment of billings. Numerous emails on Cash and financial matters. | | | | |
| Mon | 6/17/2019 | A Mink | Bankruptcy - Financial & Cash Management | 8.20 | 8.20 | $4,305.00 | 🖹 |
| | | | Phoenix Fee apps. .5 Other professional fee apps, 1.2 Review latest Eastern A/R and investigate unbilled items 1.3 Meeting with NEMF management on closing utilities accounts and providing proper supporting documentation to retrieve deposits in escrow account 1.3 Meeting with NEMF staff on accounts receivable collections and cargo claims settlement 2.2 Emails on financial and accounting matters. 2.2 | | | | |
| Tues | 6/18/2019 | A Mink | Bankruptcy - Financial & Cash Management | 9.20 | 9.20 | $4,830.00 | 🖹 |
| | | | Meeting with Accounts receivable agency on potential sale of receivables and or Collections  1.2 Various calls and emails with collection staff on collections and cargo claims 3.1 Review staffing needs, 0.6 Finalize Eastern A/R and forward to Estes 1.2 Various emails on financial matters 3.1 | | | | |
| Wed | 6/19/2019 | A Mink | Bankruptcy - Financial & Cash Management | 6.40 | 6.40 | $3,360.00 | 🖹 |
| | | | Review and direct further changes to scorecard 2.1 Various emails on finance and accounting matters. 3.1 Collection calls 1.2 | | | | |
| Thur | 6/20/2019 | A Mink | Bankruptcy - Financial & Cash Management | 9.90 | 9.90 | $5,197.50 | 🖹 |
| | | | Meeting with NEMF CFO, Controller, Kevin Doyle to discuss the accounting for Rolling Stock sales and Eastern sale, including preparation 2.2 Rewrite sections of the score card: specifically use of Cash Collateral and roll forward of A/R 3.1 Cargo claims and collections 2.5 Various emails and calls on financial matters 2.1 | | | | |
| Fri | 6/21/2019 | A Mink | Bankruptcy - Financial & Cash Management | 8.20 | 8.20 | $4,305.00 | 🖹 |

# Phoenix Management

110 Commons Court
Chadds Ford, PA 19317-9716
Tel: 610-358-4700 Fax: 610-358-9377

Project Time Records by Task Code

Filters Used:
- Time Entry Date:     6/3/2019 to 6/30/2019
- Project ID:     Shevell BK - NEMF: to Shevell BK - NEMF:

*🗎 = Invoiced (mouse over for #), ✎ = Marked as Billed, ◈ = Non-Billable, ✕ = Xtra*

**Project ID - Name (Manager): Shevell BK - NEMF: -** *Shevell BK - NEMF* **(Vincent Colistra)**

| Day | Date | Employee | Description | Hrs | B-Hrs | Amount | * |
|-----|------|----------|-------------|-----|-------|--------|---|
| | | | *Bankruptcy - Financial & Cash Management* | | | | |
| | | | Call with Stacey Tracey, Larry Goldman, Brett, Kevin Doyle, on how to calculate the T&M's guarantee, including preparation 2.1 | | | | |
| | | | Collection call with Quick Transfer 0.5 | | | | |
| | | | Review of Settlement agreements with Echo and Quick Transfer 1.3 | | | | |
| | | | Review and approve various small cargo claim settlements and a/r write offs, 2.2 | | | | |
| | | | Finalize Cash flow forecast 2.1 | | | | |
| Mon | 6/24/2019 | A Mink | Bankruptcy - Financial & Cash Management | 5.80 | 5.80 | $3,045.00 | 🗎 |
| | | | Collection issues: reveiw of various proposals and status of Cargo claims, including conference call with team 3.6 | | | | |
| | | | Call with Gibbon's, insurance consultants and Matt Lamouti on health insurance run off 1.0 | | | | |
| | | | Subsequent calls and discussions on insurance claim run offs 1.2 | | | | |
| Tues | 6/25/2019 | A Mink | Bankruptcy - Financial & Cash Management | 8.20 | 8.20 | $4,305.00 | 🗎 |
| | | | Conference call with Karen Gianelli and Brett  Theisen from Gibbons on claims sort and investigation, Insurance issues, and other matters, 1.5 | | | | |
| | | | Calls and emails on A/R collections and cargo claims resolutions 6.7 | | | | |
| Wed | 6/26/2019 | A Mink | Bankruptcy - Financial & Cash Management | 8.40 | 8.40 | $4,410.00 | 🗎 |
| | | | Conference with NEMF management on utilities account shut down and deposit release 0.8 | | | | |
| | | | Conference calls with insurance consultants and emails regarding health care tail and closing down the existing health care plan 3.2 | | | | |
| | | | Claims processing and investigation 1.4 | | | | |
| | | | Accounts receivable collections 2.1 | | | | |
| | | | Various emails 0.9 | | | | |
| Thur | 6/27/2019 | A Mink | Bankruptcy - Financial & Cash Management | 9.80 | 9.80 | $5,145.00 | 🗎 |
| | | | Cargo Claims and accounts receivable collections 3.2 | | | | |
| | | | Cash flow score card, 1.2 | | | | |
| | | | Claims review 3.2 | | | | |
| | | | MOR review and edit 2.2 | | | | |
| Fri | 6/28/2019 | A Mink | Bankruptcy - Financial & Cash Management | 9.10 | 9.10 | $4,777.50 | 🗎 |
| | | | MOR reveiw 2.2 | | | | |
| | | | Professional fees analysis 2.1 | | | | |
| | | | Cargo claims and accounts receivable 2.5 | | | | |
| | | | Claims analysis and related 2.3 | | | | |
| | | | **A Mink Total:** | **123.20** | **123.20** | **$64,680.00** | |

*K.Doyle*

# Phoenix Management

Project Time Records by Task Code

110 Commons Court
Chadds Ford, PA 19317-9716
Tel: 610-358-4700 Fax: 610-358-9377

Filters Used:
- Time Entry Date:       6/3/2019  to  6/30/2019
- Project ID:              Shevell BK - NEMF:  to  Shevell BK - NEMF:

*  = Invoiced (mouse over for #),  ✎ = Marked as Billed, ◇ = Non-Billable, ✗ = Xtra

**Project ID - Name (Manager): Shevell BK - NEMF: -** *Shevell BK - NEMF* **(Vincent Colistra)**

| Day | Date | Employee | Description | Hrs | B-Hrs | Amount | * |
|---|---|---|---|---|---|---|---|
| *Bankruptcy - Financial & Cash Management* | | | | | | | |
| Mon | 6/3/2019 | K Doyle | Bankruptcy - Financial & Cash Management | 8.40 | 8.40 | $1,680.00 | |
| | | | Updating Scorecard & Scorecard package - 4.4 Updating Auction Schedules with proceeds - 4.0 | | | | |
| Tues | 6/4/2019 | K Doyle | Bankruptcy - Financial & Cash Management | 8.70 | 8.70 | $1,740.00 | |
| | | | Updating Scorecard - 2.8 Updating Auction Site Schedule & Proceeds - 4.7 Creating Eastern & Carrier Analysis - 1.2 | | | | |
| Wed | 6/5/2019 | K Doyle | Bankruptcy - Financial & Cash Management | 8.10 | 8.10 | $1,620.00 | |
| | | | Updating Cash Flow Scorecard - 3.7 Updating Auction Site Schedules - 2.3 Updating Eastern & Carrier AR Reconciliation - 1.3 Creating Headcount Analysis Plan- 0.8 | | | | |
| Thur | 6/6/2019 | K Doyle | Bankruptcy - Financial & Cash Management | 7.90 | 7.90 | $1,580.00 | |
| | | | Updating Auction Schedules & Proceed Summaries - 6.8 Updating Eastern & Carrier AR - 1.1 | | | | |
| Fri | 6/7/2019 | K Doyle | Bankruptcy - Financial & Cash Management | 7.40 | 7.40 | $1,480.00 | |
| | | | Updating Auction schedules for Elkton & Harrisburg - 5.9 Updating AR reconciliation - Eastern & Carrier - 1.5 | | | | |
| Mon | 6/10/2019 | K Doyle | Bankruptcy - Financial & Cash Management | 7.70 | 7.70 | $1,540.00 | |
| | | | Updating Eastern & Carrier AR Reconciliation - 1.8 Creating Ads for Newspapers for APA Car Sales - 4.6 Updating 2nd Class Action Analysis - 1.3 | | | | |
| Tues | 6/11/2019 | K Doyle | Bankruptcy - Financial & Cash Management | 8.30 | 8.30 | $1,660.00 | |
| | | | Updating Proceeds Analysis for Portland & Boston- 4.4 Updating Scorecard for new 13 week forecast - 3.4 Updating Eastern & Carrier AR Reconciliation - 0.5 | | | | |
| Wed | 6/12/2019 | K Doyle | Bankruptcy - Financial & Cash Management | 9.10 | 9.10 | $1,820.00 | |
| | | | Updating Proceeds Analysis - 1.7 Updating Scorecard - 3.9 Updating Eastern & Carrier AR Recon - 1.6 Updating Eastern & Carrier Bank Reconciliation - 1.9 | | | | |
| Thur | 6/13/2019 | K Doyle | Bankruptcy - Financial & Cash Management | 7.70 | 7.70 | $1,540.00 | |
| | | | Updating Proceeds Schedules - 2.4 Updating Eastern & Carrier Reconciliation Analysis - 2.5 Updating Eastern & Carrier AR & Unbilled Reconciliation - 2.8 | | | | |
| Fri | 6/14/2019 | K Doyle | Bankruptcy - Financial & Cash Management | 8.10 | 8.10 | $1,620.00 | |

# Phoenix Management

Project Time Records by Task Code

110 Commons Court
Chadds Ford, PA 19317-9716
Tel: 610-358-4700 Fax: 610-358-9377

Printed on: 7/4/2019
Page 8 of 9

Filters Used:
- Time Entry Date:     6/3/2019  to  6/30/2019
- Project ID:          Shevell BK - NEMF:  to  Shevell BK - NEMF:

*□ = Invoiced (mouse over for #),  ✎ = Marked as Billed,  ◇ = Non-Billable, ✕ = Xtra

**Project ID - Name (Manager): Shevell BK - NEMF:** - *Shevell BK - NEMF* **(Vincent Colistra)**

| Day | Date | Employee | Description | Hrs | B-Hrs | Amount | * |
|-----|------|----------|-------------|-----|-------|--------|---|
| *Bankruptcy - Financial & Cash Management* | | | | | | | |
| | | | Updating Proceeds & Auction Schedules - 2.9 Correspondence with banks over proceeds - 1.3 Updating Eastern & Carrier Reconciliations for AR and Cash Amounts - 3.9 | | | | |
| Mon | 6/17/2019 | K Doyle | Bankruptcy - Financial & Cash Management | 8.10 | 8.10 | $1,620.00 | □ |
| | | | Updating Cash Flow & Scorecard Package - 4.4 Updating Final / Net Proceeds Auction Schedules - 2.9 Updating AR Analysis - 0.8 | | | | |
| Tues | 6/18/2019 | K Doyle | Bankruptcy - Financial & Cash Management | 8.50 | 8.50 | $1,700.00 | □ |
| | | | Updating Final Auction Proceeds Schedule and Master - 3.3 Creating Allentown and Newburgh Auction schedules - 3.2 Updating Cash Flow & Scorecard Package - 2.0 | | | | |
| Wed | 6/19/2019 | K Doyle | Bankruptcy - Financial & Cash Management | 7.70 | 7.70 | $1,540.00 | □ |
| | | | Updating Harrisburg and Elkton Gross Proceeds schedule - 4.6 Updating AR reconciliation - 1.0 Updating Master Proceeds Schedule - 1.1 Updating Net Proceeds Schedule - 1.0 | | | | |
| Thur | 6/20/2019 | K Doyle | Bankruptcy - Financial & Cash Management | 10.30 | 10.30 | $2,060.00 | □ |
| | | | Updating Scorecard - 4.8 Updating Auction schedules - 4.4 Updating Professional Fee Schedule - 1.1 | | | | |
| Fri | 6/21/2019 | K Doyle | Bankruptcy - Financial & Cash Management | 7.80 | 7.80 | $1,560.00 | □ |
| | | | Updating Auction Schedules, Guaranty Analysis & Call - 5.8 Updating Scorecard Package - 2.0 | | | | |
| Mon | 6/24/2019 | K Doyle | Bankruptcy - Financial & Cash Management | 8.10 | 8.10 | $1,620.00 | □ |
| | | | Updating Scorecard - 5.4 Preparing May MORs - 2.1 Updating AR Reconciliation - 0.6 | | | | |
| Tues | 6/25/2019 | K Doyle | Bankruptcy - Financial & Cash Management | 8.50 | 8.50 | $1,700.00 | □ |
| | | | Preparing MORs & Supporting Schedules - 6 . 4 Updating Scorecard and Scorecard Package - 2.1 | | | | |
| Wed | 6/26/2019 | K Doyle | Bankruptcy - Financial & Cash Management | 7.90 | 7.90 | $1,580.00 | □ |
| | | | Preparing MORS - 6.2 Updating Cash Flow Scorecard Package - 1.7 | | | | |
| Thur | 6/27/2019 | K Doyle | Bankruptcy - Financial & Cash Management | 9.20 | 9.20 | $1,840.00 | □ |

# Phoenix Management

Project Time Records by Task Code

110 Commons Court
Chadds Ford, PA 19317-9716
Tel: 610-358-4700 Fax: 610-358-9377

Printed on: 7/4/2019
Page 9 of 9

Filters Used:
- Time Entry Date:    6/3/2019  to  6/30/2019
- Project ID:    Shevell BK - NEMF:  to  Shevell BK - NEMF:

*📄 = Invoiced (mouse over for #), ✎ = Marked as Billed, ◇ = Non-Billable, ✕ = Xtra

**Project ID - Name (Manager): Shevell BK - NEMF: -** *Shevell BK - NEMF* **(Vincent Colistra)**

| Day | Date | Employee | Description | Hrs | B-Hrs | Amount | * |
|---|---|---|---|---|---|---|---|
| *Bankruptcy - Financial & Cash Management* | | | | | | | |
| | | | Updating Net Proceeds Auction Schedules - 3.4 Updating Gross Proceeds Auction Schedules - 2.8 Updating & Preparing MORs and package - 3.0 | | | | |
| Fri | 6/28/2019 | K Doyle | Bankruptcy - Financial & Cash Management | 8.20 | 8.20 | $1,640.00 | 📄 |
| | | | Updating MOR package and supporting schedules - 6.4 Creating Lenders Claim Analysis - 1.8 | | | | |
| | | | K Doyle Total: | 165.70 | 165.70 | $33,140.00 | |
| | | | Bankruptcy - Financial & Cash Management Total: | 288.90 | 288.90 | $97,820.00 | |
| | | | Project Shevell BK - NEMF: Total: | 394.50 | 367.80 | $128,180.00 | |
| | | | Grand Total: | 394.50 | 367.80 | $128,180.00 | |

**EXHIBIT B1:**

**Expense Summary by Category for the period of June 3, 2019 through June 30, 2019**

| Expense Category | Shevell BK CRO Amounts | Shevell BK Others Amounts | Total | Payments Received | Unpaid |
|---|---|---|---|---|---|
| Administrative & Support | $1,200.00 | $0.00 | $1,200.00 | $1,200.00 | $0.00 |
| Mileage NR | $348.00 | $0.00 | $348.00 | $348.00 | $0.00 |
| Mileage | $0.00 | $1,442.09 | $1,442.09 | $0.00 | $1,442.09 |
| Office Supplies | $0.00 | $243.29 | $243.29 | $0.00 | $243.29 |
| Telephone | $0.00 | $10.50 | $10.50 | $0.00 | $10.50 |
| Tolls | $66.50 | $271.30 | $337.80 | $66.50 | $271.30 |
| **Totals** | **$1,614.50** | **$1,967.18** | **$3,581.68** | **$1,614.50** | **$1,967.18** |

**Exhibit B2:**

**Expense Item Detail for the period of June 3, 2019 through June 30, 2019**

# Phoenix Management

110 Commons Court
Chadds Ford, PA 19317-9716
Tel: 610-358-4700 Fax: 610-358-9377

Expenses By Item

Printed on: 7/4/2019
Page 1 of 1

Filters Used:
- Expense Log Date:     6/3/2019  to  6/30/2019
- Expense Log Project ID:     Shevell BK VC - NEMF:  to  Shevell BK VC - NEMF:

| Date | Employee ID | Project ID | Units | Amount | Memo |
|------|-------------|------------|-------|--------|------|
| **Admin: - Administrative & Support** | | | | | |
| 6/7/2019 | Administrative | Shevell BK VC - NEMF: | 1.00 | $300.00 | Weekly Admin Fee |
| 6/14/2019 | Administrative | Shevell BK VC - NEMF: | 1.00 | $300.00 | Weekly Admin Fee |
| 6/21/2019 | Administrative | Shevell BK VC - NEMF: | 1.00 | $300.00 | Weekly Admin Fee |
| 6/28/2019 | Administrative | Shevell BK VC - NEMF: | 1.00 | $300.00 | Weekly Admin Fee |
| | | **Admin: Sub-Total:** | | $1,200.00 | |
| **Mileage NR: - Mileage** | | | | | |
| 6/3/2019 | V Colistra | Shevell BK VC - NEMF: | 120.00 | $69.60 | Miles to and from the company on NJ Turnpike |
| 6/4/2019 | V Colistra | Shevell BK VC - NEMF: | 120.00 | $69.60 | Miles to and from the company on NJ Turnpike |
| 6/11/2019 | V Colistra | Shevell BK VC - NEMF: | 120.00 | $69.60 | Travel on NJ Turnpike to and from the company |
| 6/12/2019 | V Colistra | Shevell BK VC - NEMF: | 120.00 | $69.60 | Travel on NJ Turnpike to and from the company |
| 6/17/2019 | V Colistra | Shevell BK VC - NEMF: | 120.00 | $69.60 | Miles to and from the Company on NJ Turnpike |
| | | **Mileage NR: Sub-Total:** | | $348.00 | |
| **TOLLS BILLABLE:: - Tolls** | | | | | |
| 6/3/2019 | V Colistra | Shevell BK VC - NEMF: | 1.00 | $13.30 | Tolls to and from the company on NJ Turnpike |
| 6/4/2019 | V Colistra | Shevell BK VC - NEMF: | 1.00 | $13.30 | Tolls to and from the company on NJ Turnpike |
| 6/11/2019 | V Colistra | Shevell BK VC - NEMF: | 1.00 | $13.30 | Tolls on NJ Turnpike to and from the company |
| 6/12/2019 | V Colistra | Shevell BK VC - NEMF: | 1.00 | $13.30 | Tolls on NJ Turnpike to and from the company |
| 6/17/2019 | V Colistra | Shevell BK VC - NEMF: | 1.00 | $13.30 | Tolls on NJ Turnpike to and from the company |
| | | **TOLLS BILLABLE:: Sub-Total:** | | $66.50 | |
| | | **Grand Total:** | | $1,614.50 | |

# Phoenix Management

110 Commons Court
Chadds Ford, PA 19317-9716
Tel: 610-358-4700 Fax: 610-358-9377

Printed on: 7/4/2019
Page 1 of 2

Filters Used:
 - Expense Log Date:    6/3/2019  to  6/30/2019
 - Expense Log Project ID:    Shevell BK - NEMF:  to  Shevell BK - NEMF:

| Date | Employee ID | Project ID | Units | Amount | Memo |
|---|---|---|---|---|---|
| **Mileage: - Mileage** | | | | | |
| 6/3/2019 | K Doyle | Shevell BK - NEMF: | 162.40 | $94.19 | Travel to NEMF and back |
| 6/3/2019 | A Mink | Shevell BK - NEMF: | 50.00 | $29.00 | RT to Elizabeth for Shevell |
| 6/4/2019 | A Mink | Shevell BK - NEMF: | 50.00 | $29.00 | RT to Elizabeth for Shevell |
| 6/4/2019 | K Doyle | Shevell BK - NEMF: | 162.40 | $94.19 | Travel to NEMF and back |
| 6/5/2019 | K Doyle | Shevell BK - NEMF: | 162.40 | $94.19 | Travel to NEMF and back |
| 6/5/2019 | A Mink | Shevell BK - NEMF: | 50.00 | $29.00 | RT to Elizabeth for Shevell |
| 6/6/2019 | K Doyle | Shevell BK - NEMF: | 162.40 | $94.19 | Travel to NEMF and back |
| 6/6/2019 | A Mink | Shevell BK - NEMF: | 50.00 | $29.00 | RT to Elizabeth for Shevell |
| 6/10/2019 | A Mink | Shevell BK - NEMF: | 50.00 | $29.00 | RT to Shevell |
| 6/10/2019 | K Doyle | Shevell BK - NEMF: | 162.40 | $94.19 | Travel to NEMF and back |
| 6/11/2019 | K Doyle | Shevell BK - NEMF: | 162.40 | $94.19 | Travel to NEMF and back |
| 6/11/2019 | A Mink | Shevell BK - NEMF: | 50.00 | $29.00 | RT to Shevell |
| 6/12/2019 | A Mink | Shevell BK - NEMF: | 50.00 | $29.00 | RT to NEMF |
| 6/12/2019 | K Doyle | Shevell BK - NEMF: | 162.40 | $94.19 | Travel to NEMF and back |
| 6/13/2019 | A Mink | Shevell BK - NEMF: | 50.00 | $29.00 | RT to Shevell |
| 6/17/2019 | A Mink | Shevell BK - NEMF: | 50.00 | $29.00 | Rt to Schevell |
| 6/17/2019 | K Doyle | Shevell BK - NEMF: | 162.40 | $94.19 | Travel to NEMF and back |
| 6/18/2019 | A Mink | Shevell BK - NEMF: | 50.00 | $29.00 | Rt to Shevell |
| 6/18/2019 | K Doyle | Shevell BK - NEMF: | 162.40 | $94.19 | Travel to NEMF and back |
| 6/19/2019 | A Mink | Shevell BK - NEMF: | 50.00 | $29.00 | Rt to Schevell |
| 6/24/2019 | A Mink | Shevell BK - NEMF: | 50.00 | $29.00 | RT Shevell |
| 6/24/2019 | K Doyle | Shevell BK - NEMF: | 162.40 | $94.19 | Travel to NEMF and back |
| 6/25/2019 | K Doyle | Shevell BK - NEMF: | 162.40 | $94.19 | Travel to NEMF and back |
| 6/25/2019 | A Mink | Shevell BK - NEMF: | 50.00 | $29.00 | RT Shevell |
| 6/26/2019 | A Mink | Shevell BK - NEMF: | 50.00 | $29.00 | RT Shevell |
| | | **Mileage: Sub-Total:** | | **$1,442.09** | |
| | | | | | |
| **Office Supplies: - Office Supplies** | | | | | |
| 6/6/2019 | A Mink | Shevell BK - NEMF: | 1.00 | $119.48 | 5 TB hard drive for Todd Rubenstein to download his legal files for Transfer to council taking over his cases on his departure from NEMF |
| 6/12/2019 | A Mink | Shevell BK - NEMF: | 1.00 | $123.81 | Second Hard-drive ordered for and sent to Todd Rubenstien to copy insurance lawsuit files |
| | | **Office Supplies: Sub-Total:** | | **$243.29** | |
| | | | | | |
| **Telephone: - Telephone** | | | | | |
| 6/9/2019 | Administrative | Shevell BK - NEMF: | 1.00 | $10.50 | OneSource Teleconference Fees for 06/03/19 - 06/09/19 |
| | | **Telephone: Sub-Total:** | | **$10.50** | |
| | | | | | |
| **TOLLS BILLABLE:: - Tolls** | | | | | |
| 6/3/2019 | A Mink | Shevell BK - NEMF: | 1.00 | $5.00 | RT to Elizabeth for Shevell |
| 6/3/2019 | K Doyle | Shevell BK - NEMF: | 1.00 | $18.30 | Tolls to NEMF and back |
| 6/4/2019 | K Doyle | Shevell BK - NEMF: | 1.00 | $18.30 | Tolls to NEMF and back |
| 6/4/2019 | A Mink | Shevell BK - NEMF: | 1.00 | $5.00 | RT to Elizabeth for Shevell |
| 6/5/2019 | A Mink | Shevell BK - NEMF: | 1.00 | $5.00 | RT to Elizabeth for Shevell |
| 6/5/2019 | K Doyle | Shevell BK - NEMF: | 1.00 | $18.30 | Tolls to NEMF and back |
| 6/6/2019 | A Mink | Shevell BK - NEMF: | 1.00 | $5.00 | RT to Elizabeth for Shevell |
| 6/6/2019 | K Doyle | Shevell BK - NEMF: | 1.00 | $18.30 | Tolls to NEMF and back |
| 6/10/2019 | K Doyle | Shevell BK - NEMF: | 1.00 | $18.30 | Tolls to NEMF and back |
| 6/10/2019 | A Mink | Shevell BK - NEMF: | 1.00 | $5.00 | RT to Shevell |
| 6/11/2019 | K Doyle | Shevell BK - NEMF: | 1.00 | $18.30 | Tolls to NEMF and back |
| 6/11/2019 | A Mink | Shevell BK - NEMF: | 1.00 | $5.00 | RT to Shevell |
| 6/12/2019 | A Mink | Shevell BK - NEMF: | 1.00 | $5.00 | RT to Shevell |

# Phoenix Management

Expenses By Item

110 Commons Court
Chadds Ford, PA 19317-9716
Tel: 610-358-4700 Fax: 610-358-9377

Printed on: 7/4/2019
Page 2 of 2

Filters Used:
- Expense Log Date:    6/3/2019  to  6/30/2019
- Expense Log Project ID:      Shevell BK - NEMF:  to  Shevell BK - NEMF:

| Date | Employee ID | Project ID | Units | Amount | Memo |
|---|---|---|---|---|---|
| **TOLLS BILLABLE:: - Tolls** | | | | | |
| 6/12/2019 | K Doyle | Shevell BK - NEMF: | 1.00 | $18.30 | Tolls to NEMF and back |
| 6/13/2019 | A Mink | Shevell BK - NEMF: | 1.00 | $5.00 | RT to Shevell |
| 6/17/2019 | K Doyle | Shevell BK - NEMF: | 1.00 | $18.30 | Tolls to NEMF and back |
| 6/17/2019 | A Mink | Shevell BK - NEMF: | 1.00 | $5.00 | RT to Shevell |
| 6/18/2019 | A Mink | Shevell BK - NEMF: | 1.00 | $5.00 | Rt to Schevell |
| 6/18/2019 | K Doyle | Shevell BK - NEMF: | 1.00 | $18.30 | Tolls to NEMF and back |
| 6/19/2019 | A Mink | Shevell BK - NEMF: | 1.00 | $5.00 | Rt to Schevell |
| 6/24/2019 | A Mink | Shevell BK - NEMF: | 1.00 | $5.00 | RT Shevell |
| 6/24/2019 | K Doyle | Shevell BK - NEMF: | 1.00 | $18.30 | Tolls to NEMF and back |
| 6/25/2019 | K Doyle | Shevell BK - NEMF: | 1.00 | $18.30 | Tolls to NEMF and back |
| 6/25/2019 | A Mink | Shevell BK - NEMF: | 1.00 | $5.00 | RT Shevell |
| 6/26/2019 | A Mink | Shevell BK - NEMF: | 1.00 | $5.00 | RT Shevell |
| | | TOLLS BILLABLE:: **Sub-Total:** | | $271.30 | |
| | | **Grand Total:** | | $1,967.18 | |

*Profit is negative cost for non-billables, MU amount for billables*