UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

GIBBONS P.C.
Karen A. Giannelli, Esq.
Mark B. Conlan, Esq.
Brett S. Theisen, Esq.
One Gateway Center
Newark, New Jersey 07102
Telephone: (973) 596-4500
Facsimile: (973) 596-0545
E-mail: kgiannelli@gibbonslaw.com
mconlan@gibbonslaw.com
btheisen@gibbonslaw.com
Counsel to the Debtors

In Re:

NEW ENGLAND MOTOR FREIGHT, INC.,
et al.,

Debtors.

Case No.: _____19-12809_____

Adv. Pro. No.: _____

Chapter: _____11_____

Hearing Date: __July 23, 2019__

Judge: __John K. Sherwood__

## ADJOURNMENT REQUEST

1.    I, _____Mark B. Conlan_____,

   ☒    am the attorney for: _____the Debtors_____,

   ☐    am self represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter: East River Energy Motion for Payment of Administrative Expense_____

   Current hearing date and time: July 23, 2019 10:00am_____

   New date requested: July 30, 2019 10:00am_____

   Reason for adjournment request: Additional time to object_____

   _____

2.    Consent to adjournment:

   ☒  I have the consent of all parties.      ☐  I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: _____        _____
                                                                                Signature

**COURT USE ONLY:**

The request for adjournment is:

☒   Granted              New hearing date: __7/30/2019 @ 10:00__        ☐   Peremptory

☐   Granted over objection(s)   New hearing date: _____        ☐   Peremptory

☐   Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*new.9/23/15*

2