| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**LOWENSTEIN SANDLER LLP**<br>Mary E. Seymour, Esq.<br>Joseph J. DiPasquale, Esq.<br>John P. Schneider, Esq.<br>One Lowenstein Drive<br>Roseland, NJ 07068<br>Telephone: (973) 597-2500<br>Facsimile: (973) 597-2400<br>mseymour@lowenstein.com<br>jdipasquale@lowenstein.com<br>jschneider@lowenstein.com<br><br>*Co-Counsel to the Official Committee of Unsecured Creditors* | |
| In re:<br><br>New England Motor Freight, Inc., *et al.*,[1]<br><br>Debtors. | Case No. 19-12809 (JKS)<br><br>Chapter 11<br><br>Hon. John K. Sherwood, U.S.B.J. |

**CERTIFICATION OF SERVICE**

1. I, Elizabeth Lawler, pursuant to 28 U.S.C. § 1746, certify as follows:

    ☐ represent _____ in this matter.

    ☒ I am a paralegal employed by the law firm of Lowenstein Sandler LLP, co-counsel to the Official Committee of Unsecured Creditors in the above-captioned cases.

    ☐ am the _____ in this case and am representing myself.

---

[1] The Debtors in these Chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC (4357); Mylon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMF Logistics, LLC (4666).

36527/2
07/18/2019 204681125.1

-2-

2. On <u>July 18, 2019</u>, I caused the following document to be electronically filed with the Court, using the Court's Electronic Filing System and served via the court's CM/ECF system on the parties that have consented to electronic service of all court filings:

- *Official Committee Of Unsecured Creditors' Objection To Debtors' Motion for Order Approving Settlement with TD Bank, N.A. Pursuant to 11 U.S.C. §§ 105(a), 362, and 363(b) and Bankruptcy Rules 4001(a), 6004 and 9019* [Docket No. 751]

3. Also on July 18, 2019, the foregoing document was served on the parties listed on Exhibit A by first class mail.

4. Also on July 18, 2019, the foregoing document was served on the parties listed on Exhibit B by electronic mail.

I certify under penalty of perjury that the above-referenced documents were sent using the mode of service indicated.

Date:   July 18, 2019                                           */s/ Elizabeth Lawler*
                                                                         Elizabeth Lawler

**Exhibit A**

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Gibbons P.C.<br>One Gateway Center<br>Newark, NJ 07102-5310<br>Attn: Karen A. Gianelli, Esq.<br>Mark B. Conlan, Esq.<br>Brett S. Theisen, Esq. | Counsel to the Debtors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other via e-mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Gibbons PC<br>One Pennsylvania Plaza, 37th Floor<br>New York, NY 10119-3701<br>Attn: Jeffrey Nagel, Esq. | Counsel to the Debtors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other via e-mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Gibbons P.C<br>300 Delaware Avenue, Suite 1015<br>Wilmington, DE 19801-1671<br>Attn: Howard Cohen, Esq. | Counsel to the Debtors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other via e-mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102<br>Attn: Peter J. D'Auria, Esq. | United States Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other via e-mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Gebhardt & Smith LLP<br>One South Street, Suite 2200<br>Baltimore, MD 21202<br>Attn: Keith M. Lusby, Esq.<br>James M. Smith, Esq.<br>Lisa Bittle Tancredi, Esq.<br>David V. Fontana, Esq. | Counsel to TD Bank, N.A. | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other via e-mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

3

**Exhibit B**

| NAME | E-MAIL ADDRESS |
|---|---|
| ALISSA PICCIONE | ALISSA.PICCIONE@TROUTMAN.COM |
| ALBERT F NASUTI,ESQ | ANASUTI@TOKN.COM |
| ANTHONY SODONO, III; SARI PLACONA | ASODONO@MSBNJ.COM; SPLACONA@MSBNJ.COM |
| BRIAN GLASS, OFFICE OF THE CHIEF COUNSEL | BRIAGLASS@PA.GOV |
| ALAN J. BRODY | BRODYA@GTLAW.COM |
| ALAN J BRODY,ESQ | BRODYA@GTLAW.COM |
| BETH J ROTENBERG,ESQ | BROTENBERG@CSGLAW.COM |
| BRETT S. THEISEN, ESQ. | BTHEISEN@GIBBONSLAW.COM |
| BRIAN W HOFMEISTER, ESQ | BWH@HOFMEISTERFIRM.COM |
| CHARLES A ERCOLE;RONA J ROSEN | CERCOLE@KLEHR.COM;RROSEN@KLEHR.COM |
| CATHERINE L COREY,ESQ | CLCOREY@NORRIS-LAW.COM |
| CHRISTOPHER A. LYNCH | CLYNCH@REEDSMITH.COM |
| RYK TIERNEY EXEC DIR AND RAYMOND GOAD JR GC | CONTACT@IAMNPF.ORG |
| DAVID A PISCIOTTA | DAVID.PISCIOTTA@TROUTMAN.COM |
| DAVID A PISCIOTTA,ESQ | DAVID.PISCIOTTA@TROUTMAN.COM |
| DONALD W CLARKE,ESQ | DCLARKE@WJSLAW.COM |
| DAVID EDELBERG, ESQ. | DEDELBERG@CULLENANDDYKMAN.COM |
| DAVID V FONTANA,ESQ | DFONT@GEBSMITH.COM |
| DENISE A KUHN, SEN DEPUTY ATTORNEY GEN | DKUHN@ATTORNEYGENERAL.GOV |
| DANIEL M STOLZ,ESQ | DSTOLZ@WJSLAW.COM |
| ERIC S GOLDSTEIN,ESQ | EGOLDSTEIN@GOODWIN.COM |
| EVAN S GOLDSTEIN, ESQ | EGOLDSTEIN@UKS.COM |
| FRANK PERETORE,ESQ | FPERETORE@CSGLAW.COM |
| GARY D BRESSLER,ESQ | GBRESSLER@MDMC-LAW.COM |
| GRACE WINKLER CRANLEY,ESQ | GRACE.CRANLEY@DINSMORE.COM |
| JUSTIN W GRAY,ESQ | GRAY@MOSCLLP.COM |
| JOANNE M BONACCI | JBONACCI@DBPLAWFIRM.COM |
| JEFFREY SPONDER, MITCHELL HAUSMAN AND PETER D'AURIA | JEFFREY.M.SPONDER@USDOJ.GOV; MITCHELL.B.HAUSMAN@USDOJ.GOV; PETER.J.D'AURIA@USDOJ.GOV |
| JACOB S FRUMKIN,ESQ | JFRUMKIN@COLESCHOTZ.COM |
| JOSEPH LUBERTAZZI JR.,ESQ | JLUBERTAZZI@MCCARTER.COM |
| JOHN MARSHALL | JMARSHALL@JMPARTNERSLLC.COM |
| JOHN R MORTON JR, ESQ | JOHN.MORTON3@VERIZON.NET |
| JOSHUA S LIM,ESQ | JOSHUALIM@KCLLAWFIRM.COM |
| JOSEPH L SCHWARTZ;MICHAEL TRENTIN | JSCHWARTZ@RIKER.COM;MTRENTIN@RIKER.COM |
| JAMES M SMITH | JSMITH@GEBSMITH.COM |

| NAME | E-MAIL ADDRESS |
|---|---|
| KENNETH L BAUM,ESQ | KBAUM@KENBAUMDEBTSOLUTIONS.COM |
| KEVIN J BLOOM,ESQ | KBLOOM@HHK.COM |
| KEVIN M CAPUZZI | KCAPUZZI@BENESCHLAW.COM |
| KAREN A. GIANNELLI, ESQ. | KGIANNELLI@GIBBONSLAW.COM |
| KEVIN G. MCDONALD, ESQ. | KMCDONALD@KMLLAWGROUP.COM |
| LOUIS CURCIO | LOUIS.CURCIO@TROUTMAN.COM |
| LOUIS A CURCIO,ESQ | LOUIS.CURCIO@TROUTMAN.COM |
| LISA BITTLE TANCREDI | LTANCREDI@GEBSMITH.COM |
| LISA BITTLE TANCREDI | LTANCREDI@GEBSMITH.COM |
| MARK F LISCIO | MARK.LISCIO@FRESHFIELDS.COM;NEAL.MODI@FRESHFIELDS.COM;SCOTT.TALMADGE@FRESHFIELDS.COM |
| MARK F LISCIO | MARK.LISCIO@FRESHFIELDS.COM;NEAL.MODI@FRESHFIELDS.COM;SCOTT.TALMADGE@FRESHFIELDS.COM |
| MARLENE; RICHARD KLEIN | MARLENE@SUPERIORDISTRIBUTORSINC.COM |
| MICHAEL R CARUSO,ESQ | MCARUSO@CSGLAW.COM |
| MARK B. CONLAN, ESQ. | MCONLAN@GIBBONSLAW.COM |
| MARK A PLATT | MPLATT@FBTLAW.COM |
| MORRIS S BAUER,ESQ | MSBAUER@NORRIS-LAW.COM |
| MARY E SEYMOUR;JOSEPH J DIPASQUALE | MSEYMOUR@LOWENSTEIN.COM;JDIPASQUALE@LOWENSTEIN.COM |
| MICHAEL D SIROTA,ESQ | MSIROTA@COLESCHOTZ.COM |
| NORMAN N KINEL | NORMAN.KINEL@SQUIREPB.COM |
| NORMAN N KINEL,ESQ | NORMAN.KINEL@SQUIREPB.COM |
| C/O BK SERVICING LLC | NOTICES@BKSERVICING.COM |
| PETER J. D'AURIA,ESQ; MITCHELL HAUSMAN | PETER.J.D'AURIA@USDOJ.GOV; MITCHELL.B.HAUSMAN@USDOJ.GOV |
| PETER M KNOB,ESQ | PKNOB@MCCARTER.COM |
| PETER KNOB | PKNOB@MCCARTER.COM |
| PAUL M MCCORMICK,ESQ | PMCCORMICK@DBPLAWFIRM.COM |
| PAUL M NUSSBAUM | PNUSSBAUM@WTPLAW.COM |
| RICHARD J ALBUQUERQUE,ESQ | RA@DJD.LAW |
| DEB SECREST,AUTHORIZED AGENT | RA-LI-UCTS-BANKRUPT@STATE.PA.US |
| RICHARD S KANOWITZ;EVAN M LAZEROWITZ | RKANOWITZ@COOLEY.COM;ELAZEROWITZ@COOLEY.COM |
| ROBERT E NIES,ESQ | RNIES@CSGLAW.COM |
| REBECCA A SOLARZ,ESQ | RSOLARZ@KMLLAWGROUP.COM |
| RICK A STEINBERG,ESQ | RSTEINBERG@PRICEMEESE.COM |
| R X ZAHRALDDIN-ARAVENA;JONATHAN M STEMERMAN | RXZA@ELLIOTTGREENLEAF.COM;JMS@ELLIOTTGREENLEAF.COM;SXD@ELLIOTTGREENLEAF.COM |
| SCOTT J FREEDMAN | SFREEDMAN@DILWORTHLAW.COM |
| WARNER NORCROSS + JUDD LLP | SGROW@WNJ.COM |
| ANTHONY G. ROSS | TROSS@TONYROSSLAW.COM |

| NAME | E-MAIL ADDRESS |
|---|---|
| VIRGINIA T SHEA,ESQ | VSHEA@MDMC-LAW.COM |