UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

GIBBONS P.C.
Karen A. Giannelli, Esq.
Mark B. Conlan, Esq.
Brett S. Theisen, Esq.
One Gateway Center
Newark, New Jersey 07102
Telephone: (973) 596-4500
Facsimile: (973) 596-0545
E-mail: kgiannelli@gibbonslaw.com
mconlan@gibbonslaw.com
btheisen@gibbonslaw.com
Counsel to the Debtors

In Re:

NEW ENGLAND MOTOR FREIGHT, INC., et al.,

Debtors.

Case No.: 19-12809

Adv. Pro. No.: _____

Chapter: 11

Hearing Date: August 1, 2019

Judge: John K. Sherwood

**ADJOURNMENT REQUEST**

1. I, __Karen A. Giannelli__,

   ☒ am the attorney for: __the Debtors__,

   ☐ am self represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter: Interim Fee Applications

   Current hearing date and time: August 1, 2019  10:00a.m.

   New date requested: August 15, 2019  10:00a.m.

   Reason for adjournment request: Allow the parties time to discuss; additional time to object.

   In addition, the Debtors request an extension of the time for parties to object to August 12, 2019.

2. Consent to adjournment:

   ☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: __July 19, 2019_____                    _/s/ Karen A. Giannelli_____
                                                                                  Signature

**COURT USE ONLY:**

The request for adjournment is:

X̶X̶  Granted            New hearing date: _8/15/19  @  10 AM_____        ☐ Peremptory

☐ Granted over objection(s)    New hearing date: _____        ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*new.9/23/15*