| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>GIBBONS P.C.<br>Karen A. Giannelli, Esq.<br>Mark B. Conlan, Esq.<br>Brett S. Theisen, Esq.<br>One Gateway Center<br>Newark, New Jersey 07102<br>Telephone: (973) 596-4500<br>Facsimile: (973) 596-0545<br>E-mail: kgiannelli@gibbonslaw.com<br>mconlan@gibbonslaw.com<br>btheisen@gibbonslaw.com<br>Counsel to the Debtors | |
| In Re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC., et al.,<br><br>Debtors. | Case No.: 19-12809<br><br>Adv. Pro. No.: _____<br><br>Chapter: 11<br><br>Hearing Date: July 30, 2019<br><br>Judge: John K. Sherwood |

## ADJOURNMENT REQUEST

1. I, **Mark B. Conlan**,

    ☒ am the attorney for: **the Debtors**,

    ☐ am self represented,

    and request an adjournment of the following hearing for the reason set forth below.

    Matter: East River Energy Motion for Payment of Administrative Expense

    Current hearing date and time: July 30, 2019 10:00am

    New date requested: August 13, 2019 10:00am

    Reason for adjournment request: Scheduling Conflict

    _____

2. Consent to adjournment:

    ☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: __July 25, 2019_____    __/s/ Mark B. Conlan_____
                                                              Signature

**COURT USE ONLY:**

The request for adjournment is:

☒  Granted            New hearing date: _8/13/19 @ 10:00_        ☐ Peremptory

☐  Granted over objection(s)    New hearing date: _____    ☐ Peremptory

☐  Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*new.9/23/15*

2