**GIBBONS P.C.**
Karen A. Giannelli, Esq.
Mark B. Conlan, Esq.
Brett S. Theisen, Esq.
One Gateway Center
Newark, New Jersey  07102
Telephone:  (973) 596-4500
Facsimile:   (973) 596-0545
E-mail:  kgiannelli@gibbonslaw.com
          mconlan@gibbonslaw.com
          btheisen@gibbonslaw.com

*Counsel to the Debtors
and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC.,<br>*et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 19-12809 (JKS)<br><br>(Jointly Administered) |

**AMENDED NOTICE OF RETENTION APPLICATION**

**TO:   (I) OFFICE OF THE UNITED STATES TRUSTEE FOR REGION THREE; (II) COUNSEL TO PREPETITION SECURED LENDERS; (III) COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS; (IV) CERTAIN GOVERNMENTAL AGENCIES AND (V) ALL PARTIES WHO HAVE FORMALLY REQUESTED NOTICES IN THIS CASE PURSUANT TO FED. R. BANK. P. 2002**

   **PLEASE TAKE NOTICE** that New England Motor Freight, Inc. and its affiliated debtors in the above-captioned Chapter 11 cases, as debtors and debtors-in-possession (the "Debtors") by and through undersigned counsel, has filed the *Application for Retention of Professional* to retain Deloitte Consulting LLP, as Actuarial Consultants. (the "Application").

   **PLEASE TAKE FURTHER NOTICE** that objections to the Application must be filed with the United States Bankruptcy Court for the District of New Jersey, Martin Luther King, Jr.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC (4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMF Logistics, LLC (4666).

2744502.1 115719-100281

Federal Building, 50 Walnut Street, Newark, NJ 07102 on or before **August 15, 2019 at 4:00 p.m.** (the "Objection Deadline").

      **PLEASE TAKE FURTHER NOTICE** that court appearances will be required to prosecute any such objections.  Any objections or responses to the Application should also be served so as to be received by the following on or before the Objection Deadline:

(i)    *Counsel for Debtors*:  Gibbons P.C., One Gateway Center, Newark, NJ 07102-5310, Attn: Karen A. Giannelli, Esq., Mark B. Conlan, Esq., Brett S. Theisen, Email:    kgiannelli@gibbonslaw.com,    mconlan@gibbonslaw.com, btheisen@gibbonslaw.com;

(ii)    *U.S. Trustee*:  Office of the United States Trustee, One Newark Center, 1085 Raymond Blvd., Suite 2100, Newark, NJ, Attn: Mitchell B. Hausman and Peter J. D'Auria, Email: Mitchell.B.Hausman@usdoj.gov, Peter.J.D'Auria@usdoj.gov; and

(iii)    *Counsel for the Official Committee of Unsecured Creditors*:  Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, NJ  07068, Attn:  Joseph J. DiPasquale and Mary    E.    Seymour,    Email:    jdipasquale@lowenstein.com, mseymour@lowenstein.com and Elliott Greenleaf, 1105 N Market St, 17th Fl, Wilmington, DE  19801-1216, Attn: Rafael X. Zahralddin and Jonathan M. Stemerman, Email: rxza@elliottgreenleaf.com, jms@elliottgreenleaf.com.

      **PLEASE TAKE FURTHER NOTICE** that if any objections are filed to the Application, a hearing will be held on such application on **September 3, 2019 at 10:00 a.m. E.T.** before the Honorable John K. Sherwood, United States Bankruptcy Judge, in Courtroom 3D at the United States Bankruptcy Court for the District of New Jersey, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Newark, NJ 07102.

      **PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTIONS TO THE APPLICATION ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.**

Date:  August 8, 2019           **GIBBONS P.C.**
Newark, New Jersey

           By: /s/ *Karen A. Giannelli*
               Karen A. Giannelli, Esq.
               One Gateway Center
               Newark, New Jersey  07102
               Telephone:  (973) 596-4500
               Facsimile:  (973) 596-0545
               E-mail:  kgiannelli@gibbonslaw.com
               *Counsel to the Debtors and Debtors in Possession*

2

2744502.1 115719-100281