| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**NORRIS McLAUGHLIN, P.A.**<br>**Morris S. Bauer, Esq.**<br>400 Crossing Boulevard, 8th Floor<br>PO Box 5933<br>Bridgewater, NJ 08807-5933<br>(908) 722-0700<br>msbauer@norris-law.com<br>*Attorneys for East River Energy, Inc.* | |
| In Re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No.:    19-12809(JKS)<br><br>Judge:    Hon. John K. Sherwood |

## ADJOURNMENT REQUEST

1.  I, <u>Morris S. Bauer, Esq.</u>,

    ☒ am the attorney for: <u>East River Energy, Inc.</u>,

    ☐ am self represented,

    and request an adjournment of the following hearing for the reason set forth below.

    Matter: <u>Motion for Allowance and Payment of Administrative Expense Claim (DN 702)</u>

    Current hearing date and time: <u>August 13, 2019 at 10:00 a.m.</u>

    New date requested: <u>August 27, 2019 at 10:00 a.m.</u>

    Reason for adjournment request: <u>The parties are in the process of resolving the Motion.</u>

2.  Consent to adjournment:

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows:  New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC (4357); Mylon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMF Logistics, LLC (4666).

1811470_1

☒ I have the consent of all parties.   ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: August 12, 2019         /s/ Morris S. Bauer
                              Signature

**COURT USE ONLY:**

The request for adjournment is:

☒   Granted           New hearing date: 8/27/19    ☐   Peremptory

☐   Granted over objection(s)   New hearing date: _____   ☐   Peremptory

☐   Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**