UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

GIBBONS P.C.
Karen A. Giannelli, Esq.
Mark B. Conlan, Esq.
Brett S. Theisen, Esq.
One Gateway Center
Newark, New Jersey 07102
Telephone: (973) 596-4500
Facsimile: (973) 596-0545
E-mail: kgiannelli@gibbonslaw.com
mconlan@gibbonslaw.com
btheisen@gibbonslaw.com
Counsel to the Debtors

In Re:

NEW ENGLAND MOTOR FREIGHT, INC., et al.,

Debtors.

Case No.:       19-12809

Adv. Pro. No.: _____

Chapter:            11

Hearing Date:  August 15, 2019

Judge:         John K. Sherwood

**ADJOURNMENT REQUEST**

1. I, _____Karen A. Giannelli_____,

   ☒ am the attorney for: _____the Debtors_____,

   ☐ am self represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter: 1st Interim Fee Applications of Gibbons; Wasserman; Whiteford; Lowenstein; and Elliott Greenleaf firms along with Donlin Recano and Cohn Reznick.
   Current hearing date and time: August 15, 2019 10:00am

   New date requested: September 19, 2019 10:00am

   Reason for adjournment request: For additional time to allow parties to engage in negotiations toward a consensual resolution of any objections that may be filed. Objection date would be adjourned to seven days before adjourned hearing, September 12, 2019 at 4:00p.m.

2. Consent to adjournment:

   ☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: __August 12, 2019__          __/s/ Karen A. Giannelli__
                                                              Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted       New hearing date: __9/19/2019 @ 10:00__       ☐ Peremptory

☐ Granted over objection(s)   New hearing date: _____       ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*new.9/23/15*