UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

GIBBONS P.C.
Karen A. Giannelli, Esq.
Mark B. Conlan, Esq.
Brett S. Theisen, Esq.
One Gateway Center
Newark, New Jersey 07102
Telephone: (973) 596-4500
Facsimile: (973) 596-0545
E-mail: kgiannelli@gibbonslaw.com
mconlan@gibbonslaw.com
btheisen@gibbonslaw.com
Counsel to the Debtors

In Re:

NEW ENGLAND MOTOR FREIGHT, INC., et al.,

Debtors.

Case No.: __19-12809__

Adv. Pro. No.: _____

Chapter: __11__

Hearing Date: September 5, 2019

Judge: John K. Sherwood

## ADJOURNMENT REQUEST

1. I, _____Karen A. Giannelli_____,

    ☒ am the attorney for: _____the Debtors_____,

    ☐ am self represented,

    and request an adjournment of the following hearing for the reason set forth below.

    Matter: 1st Interim Fee Application of WithumSmith+Brown, P.C._____

    Current hearing date and time: September 5, 2019 10:00am

    New date requested: September 19, 2019 10:00am

    Reason for adjournment request: For additional time to allow parties to engage in negotiations toward a consensual resolution of any objections that may be filed. Objection date would be adjourned to seven days before adjourned hearing, September 12, 2019 at 4:00p.m.

2. Consent to adjournment:

    ☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: __August 12, 2019__  _____/s/ Karen A. Giannelli_____
                                                                                 Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted    New hearing date: __9/19/2019 @ 10:00__    ☐ Peremptory

☐ Granted over objection(s)    New hearing date: _____    ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*new.9/23/15*