UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**LOWENSTEIN SANDLER LLP**
Joseph J. DiPasquale, Esq.
Mary E. Seymour, Esq.
John P. Schneider, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400
mseymour@lowenstein.com
jdipasquale@lowenstein.com
jschneider@lowenstein.com

- and-

**ELLIOTT GREENLEAF, P.C.**
Rafael X. Zahralddin-Aravena, Esq.
Jonathan M. Stemerman, Esq.
Shelley A. Kinsella, Esq.
1105 Market Street, Suite 1700
Wilmington, DE 19801
Telephone: (302) 384-9400
Facsimile: (302) 384-9399
rxza@elliottgreenleaf.com
jms@elliottgreenleaf.com
sak@elliottgreenleaf.com

*Co-Counsel to the Official Committee of Unsecured Creditors*

Order Filed on August 12, 2019
by Clerk U.S. Bankruptcy Court
District of New Jersey

In re:

New England Motor Freight, Inc., *et al.*,[1]

Debtors.

Case No. 19-12809 (JKS)

Chapter 11

Hon. John K. Sherwood, U.S.B.J.

## SECOND STIPULATION AND CONSENT ORDER AMENDING NEMF SALE ORDER

The relief set forth on the following pages, numbered two (2) through five (5), is hereby

**ORDERED.**

**DATED: August 12, 2019**

---

[1] The Debtors in these Chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries. Inc. (9223): Mvar. LLC (4357): Mvlon. LLC (7305): Hollywood Avenue Solar, LLC (2206); United Express Solar, LL

39197596v2

Honorable John K. Sherwood

Case 19-12809-JKS    Doc 785    Filed 08/12/19    Entered 08/13/19 11:44:21    Desc Main
Document    Page 2 of 5

Page 2 of 5
Case No. 19-12809 (JKS)
Debtors: New England Motor Freight, Inc., *et al.*
Caption: Second Stipulation and Consent Order Amending NEMF Sale Order

New England Motor Freight, Inc. ("NEMF"), and its affiliated debtors, as debtors and debtors in possession (collectively, the "Debtors") in the above-captioned Chapter 11 bankruptcy cases, the Official Committee of Unsecured Creditors (the "Committee") appointed in the Chapter 11 bankruptcy cases of the above-captioned Debtors, and the Secured Lenders,[2] by and through their undersigned counsel, hereby stipulate and agree as follows (the "Stipulation"):[3]

1. The August 9, 2019 Objection deadline set forth in the *Stipulation and Consent Order Amending NEMF Sale Order* [ECF No. 688] shall be extended through and until September 9, 2019.

2. Nothing contained in this Stipulation shall in any other way alter or affect any other term or provision of the *Order (A) Authorizing the Debtors to Sell at Auction Substantially all of Debtor NEMF's Personal Property Assets Free and Clear of all Liens, Claims, Interests, and Encumbrances, (B) Approving Auction Procedures Relating to such Auction Sales, and (C) Granting Related Relief* [ECF No. 434] or otherwise affect the rights of any party hereto.

---

[2] The Secured Lenders include the following creditors in these Chapter 11 bankruptcy cases: (i) Capital One Bank, N.A.; (ii) MBFS USA LLC/Daimler AG; (iii) East West Bank; (iv) Fifth Third Bank; (v) Santander Bank, N.A.; (vi) TD Bank, N.A.; (vii) VFS US LLC; (viii) Webster Capital Finance, Inc.; and (ix) Wells Fargo Equipment Finance, Inc.

[3] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Sale Order.

Case 19-12809-JKS    Doc 785    Filed 08/12/19    Entered 08/13/19 11:44:21    Desc Main
Document    Page 3 of 5

Page 3 of 5
Case No. 19-12809 (JKS)
Debtors: New England Motor Freight, Inc., *et al.*
Caption: Second Stipulation and Consent Order Amending NEMF Sale Order

**STIPULATED AND AGREED TO BY:**

**GIBBONS P.C.**

*/s/ Karen Giannelli*
Karen A. Giannelli, Esq.
Mark B. Conlan, Esq.
Brett S. Theisen, Esq.
Lawrence A. Goldman, Esq.
One Gateway Center
Newark, NJ 07102
kgiannelli@gibbonslaw.com
mconlan@gibbonslaw.com
btheisen@gibbonslaw.com
lgoldman@gibbonslaw.com

*Counsel to the Debtors*

| **LOWENSTEIN SANDLER LLP** | | **ELLIOTT GREENLEAF, P.C.** |
|---|---|---|
| */s/ John Schneider* | | |
| Joseph J. DiPasquale, Esq. | | Rafael X. Zahralddin-Aravena, Esq. |
| Mary E. Seymour, Esq. | | Jonathan M. Stemerman, Esq. |
| John P. Schneider, Esq. | | Shelley A. Kinsella, Esq. |
| One Lowenstein Drive | | 1105 Market Street, Suite 1700 |
| Roseland, NJ 07068 | -and- | Wilmington, DE 19801 |
| mseymour@lowenstein.com | | rxza@elliottgreenleaf.com |
| jdipasquale@lowenstein.com | | jms@elliottgreenleaf.com |
| jschneider@lowenstein.com | | sak@elliottgreenleaf.com |

*Co-Counsel to the Official Committee of Unsecured Creditors*

**MCCARTER & ENGLISH, LLP**

*/s/ Peter Knob*
Peter Knob, Esq.
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
pknob@mccarter.com

*Counsel to Capital One Bank, N.A.*

Case 19-12809-JKS    Doc 785    Filed 08/12/19    Entered 08/13/19 11:44:21    Desc Main
Document    Page 4 of 5

Page 4 of 5
Case No. 19-12809 (JKS)
Debtors: New England Motor Freight, Inc., *et al.*
Caption: Second Stipulation and Consent Order Amending NEMF Sale Order

**MCMANIMON, SCOTLAND & BAUMANN, LLC**

*/s/ Sari Placona*
Anthony Sodono, Esq.
Sari B. Placona, Esq.
75 Livingston Avenue
100 Mulberry Street
Roseland, NJ 07068
asodono@msbnj.com
splacona@msbnj.com

*Counsel to MBFS USA LLC/ Daimler AG*

**REED SMITH LLP**

*/s/ Chris Lynch*
Christopher Lynch, Esq.
599 Lexington Avenue
New York, NY 10022
clynch@reedsmith.com

*Counsel to Fifth Third Bank*

**GEBHARDT & SMITH LLP**

*/s/ Lisa Tancredi*
Lisa Tancredi, Esq.
One South Street
Suite 2200

Baltimore, MD 21202
ltancredi@gebsmith.com

*Counsel to TD Bank, N.A.*

**SQUIRE PATTON BOGGS (US) LLP**

*/s/ Norman Kinel*
Norman Kinel, Esq.

30 Rockefeller Plaza
23rd Floor
New York, NY 10112
norman.kinel@squirepb.com

*Counsel to East West Bank*

**TROUTMAN SANDERS LLP**

*/s/ David Pisciotta*
David Pisciotta, Esq.
875 Third Avenue
New York, NY 10022
david.pisciotta@troutman.com

*Counsel to Santander Bank, N.A.*

**MCELROY DEUTSCH MULVANEY & CARPENTER, LLP**

*/s/ Gary Bressler*
Gary Bressler, Esq.
 1300 Mount Kemble Ave.

Morristown, NJ 07962
gbressler@mdmc.com
vshea@mdmc.com

*Counsel to VFS US LLC*

Case No. 19-12809 (JKS)
Debtors: New England Motor Freight, Inc., *et al.*
Caption: Second Stipulation and Consent Order Amending NEMF Sale Order

| | |
|---|---|
| **UPDIKE, KELLY & SPELLACY, P.C.** | **CHIESA SHAHNIAN & GIANTOMASI PC** |
| */s/ Evan Goldstein* | */s/ Michael Caruso* |
| Evan Goldstein, Esq. | Michael Caruso, Esq. |
| 100 Pearl Street | One Boland Drive |
| 17th Floor | West Orange, NJ 07052 |
| Hartford, CT 06103 | mcaruso@csglaw.com |
| egoldstein@uks.com | |
| *Counsel to Webster Capital Finance, Inc.* | *Counsel to Wells Fargo Equipment Finance, Inc.* |