**GIBBONS P.C.**
Karen A. Giannelli, Esq.
Mark B. Conlan, Esq.
Brett S. Theisen, Esq.
One Gateway Center
Newark, New Jersey 07102
Telephone: (973) 596-4500
Facsimile: (973) 596-0545
E-mail:  kgiannelli@gibbonslaw.com
         mconlan@gibbonslaw.com
         btheisen@gibbonslaw.com

*Counsel to the Debtors*
*and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC., et al.,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 19-12809 (JKS)<br><br>(Jointly Administered) |

**NOTICE OF FILING OF MONTHLY COMPENSATION AND STAFFING REPORT BY PHOENIX MANAGEMENT SERVICES, LLC FOR THE PERIOD FROM JULY 1, 2019 THROUGH AUGUST 4, 2019**

PLEASE TAKE NOTICE that on February 11, 2019, New England Motor Freight, Inc. and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), filed the *Motion of Debtors for Authority to Retain and Employ Phoenix Management Services, LLC Effective as of Petition Date to Provide a Chief Restructuring Officer, Deputy Chief Restructuring Officers, and Supporting Personnel* [Docket No 16], with the United States Bankruptcy Court for the District of New Jersey (the "**Court**").

PLEASE TAKE FURTHER NOTICE that on February 13, 2019, the Court entered the *Order Authorizing Debtors to Retain and Employ Phoenix Management Services, LLC Effective as of Petition Date to Provide a Chief Restructuring Officer, Deputy Chief*

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows follows:  New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC (4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMF Logistics, LLC (4666).

*Restructuring Officers, and Supporting Personnel* [Docket No. 42] (the "**Phoenix Retention Order**").

PLEASE TAKE FURTHER NOTICE that, in accordance with the Phoenix Retention Order, Phoenix Management Services, LLC hereby files its monthly compensation and staffing Report for the period from July 1, 2019 through August 4, 2019 in the form attached hereto as **Exhibit 1**.

Dated:  August 13, 2019                               Respectfully submitted,

                                                    **GIBBONS P.C.**

By:/s/ Karen A. Giannelli
    Karen A. Giannelli, Esq.
    Mark B. Conlan, Esq.
    Brett S. Theisen, Esq.
    One Gateway Center
    Newark, New Jersey  07102
    Telephone:  (973) 596-4500
    Facsimile:   (973) 596-0545
    E-mail:  kgiannelli@gibbonslaw.com
            mconlan@gibbonslaw.com
            btheisen@gibbonslaw.com

*Counsel to the Debtors
and Debtors-in-Possession*

# **Exhibit 1**

Phoenix Management Services, LLC ("Phoenix") hereby submits this Sixth Monthly Report of Compensation Earned and Expenses Incurred (the "Report") for the period July 1, 2019 through August 4, 2019 (five weeks) for compensation and reimbursement of costs and expenses incurred pursuant to its engagement, which was approved by order of the Bankruptcy Court on February 13, 2019 [Docket No. 42] (the "Retention Order").

Under the Retention Order, the Debtors are authorized to compensate Phoenix a flat weekly fee of $30,000 pursuant to the terms of the Engagement Letter for the services of the CRO as well as a flat weekly expense reimbursement of $300 as reimbursement of expenses related to items such as facsimile charges and other support charges. Phoenix's fees for the CRO during this five-week period were $136,812.50. The CRO had vacation time during the weeks of July 1, 2019 and July 29, 2019 which resulted in reduced billing for those weeks.

Under the Retention Order, the Debtors are also authorized to compensate Phoenix weekly or monthly with respect to time and expenses incurred by other of its staff. Phoenix's fees for its other staff during this five-week period were $157,062.50.

Pursuant to the Retention Order, parties in interest may file an objection, if any, to this Report within fourteen (14) days from the date of filing of this Report.

| Attachment | Description |
|---|---|
| Exhibit A | Summary of Compensation |
| Exhibit A1 | Time Summary by Matter Code |
| Exhibit A2 | Time Summary by Professional |
| Exhibit A3 | Time Entry Detail |
| Exhibit B1 | Expense Summary by Category |
| Exhibit B2 | Expense Item Detail |

**EXHIBIT A:**
**Summary of Compensation for the period of July 1, 2019 through August 4, 2019**

| Project Name | Professional Fees | Expenses | Total | Payments Received | Unpaid |
|---|---|---|---|---|---|
| Shevell BK - CRO | $136,812.50 | $2,429.64 | $139,242.14 | $139,242.14 | $0.00 |
| Shevell BK - Others | $157,062.50 | $2,048.97 | $159,111.47 | $0.00 | $159,111.47 |
| Totals: | $293,875.00 | $4,478.61 | $298,353.61 | $139,242.14 | $159,111.47 |

**EXHIBIT A1**

**Time Summary by Matter for the period of July 1, 2019 through August 4, 2019**

### Shevell BK - CRO

| Matter Description | Total Fees Requested |
|---|---|
| Bankruptcy - Advise company regarding elements of any proposed Reorganization | $ 136,812.50 |
| Totals | $ 136,812.50 |

### Shevell BK - OTHERS

| Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|
| Administration - Fee Applications | 2.4 | $ 360.00 |
| Billable Travel | 28.6 | $ 8,645.00 |
| Financial & Cash Management | 399.2 | $ 148,057.50 |
| Totals | 430.2 | $157,062.50 |

### Combined Totals

| Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|
| Administration - Fee Applications | 2.4 | $ 360.00 |
| Advise company regarding elements of any proposed Reorganization | Weekly Fees | $ 136,812.50 |
| Financial & Cash Management | 399.2 | $ 148,057.50 |
| Totals | 430.2 | $ 293,875.00 |

**Matter Descriptions**

1. **Analysis of Financials, Models, etc.**
   Includes analysis of historical operations, historical cash flows, significant Balance Sheet and P&L accounts and other related financial analysis

2. **Bankruptcy – Administration**
   Drafting and reviewing court filed and internal documents related to the application and retention process; meetings and correspondence related to the application and retention process; staffing report and other administrative matters

3. **Bankruptcy - Advise company regarding elements of any proposed Reorganization.**
   This includes strategies to liquidate rolling stock and other assets, and the sale of Eastern.

4. **Bankruptcy - Advise company regarding strategy w/creditors, customers, others**
   Includes meeting with creditors, UCC communications, Secured Lender communications, shareholders and major customers

5. **Bankruptcy - Assist in preparation/review schedules, SOFAs, 1st day Motions, MORs**
   Assist company personnel in all matters related to the preparation of schedules, SOFAs, MOR's and First Day motions.

6. **Bankruptcy - Billable Travel**

Travel time incurred among CRO, Restructuring Officer, and Phoenix personnel in connection with providing services rendered; mostly travel time to the Debtor's offices located in Elizabeth, NJ.

7. **Bankruptcy - Budget, Forecast, Scorecard Preparation**
   Includes preparation of weekly Cash flow forecasts, weekly scorecards, MOR's, and other related financial forecasts and analysis.

8. **Bankruptcy - Court Hearing & Preparation**
   Serving as the authorized representative of the Debtors in Chapter 11 cases; preparing for and attending hearings and meetings with the Office of the Trustee

9. **Bankruptcy - Creditor & Vendor Interface**
   Communicating with vendors and creditors regarding case matters, advising supply chain personnel, evaluate individual claims and negotiate payments; meetings and correspondences with counsel regarding vendor and creditor matters and settlements; tracking and reporting of vendor and creditor management activities

10. **Bankruptcy - Financial & Cash Management**
    Daily review of cash disbursements and receipt activity.  Manage cash activity to remain in compliance with cash flow budgets.  Review accounts receivable collections.  Scorecard activities.

11. **Bankruptcy - Interface with Committee/Committee Counsel**
    Meeting with professionals of Creditors' Committee and Committee counsel; preparing and providing financial and other requested information

12. **Bankruptcy - Operational Management**
    CRO—Interface with operations Management on all activities

13. **Bankruptcy - Sale of Assets**
    Select and work with Liquidator on the Auction of all NEMF Rolling Stock and other Assets.  All activities related to the sale of Eastern**.**

14. **Communication - Phoenix Team**
    Work by Phoenix professionals organizing and coordinating our efforts, providing updates on individual conversations and activities, developing and refining our work streams, and developing strategies regarding sequencing of work and communications with parties of interest

15. **Valuation & Related Matters**
    Work with Liquidator on establishing low high values for rolling stock

**EXHIBIT A2:**
**Time Summary by Professional** for the period of July 1, 2019 through August 4, 2019

### Shevell BK - CRO

| Professional | Position Title | Flat Rate per week | Total Net Compensation |
|---|---|---|---|
| Vincent Colistra | CRO | $30,000.00 | $136,812.50 |
| | Totals | | $136,812.50 |

### Shevell BK - OTHERS

| Professional | Position Title | Rate | Total Hours | Total Compensation |
|---|---|---|---|---|
| Al Mink | Managing Director | $525.00 | 218.90 | $114,922.50 |
| Kevin Doyle | Analyst | $200.00 | 208.90 | $41,780.00 |
| Dianne Lomonaco | Vice President | $150.00 | 0.90 | $135.00 |
| Stacey Miller | Office/Billing Manager | $150.00 | 1.50 | $225.00 |
| | Totals | | 430.20 | $157,062.50 |

### Totals

| Professional | Position Title | Rate | Total Hours | Total Compensation |
|---|---|---|---|---|
| Vincent Colistra | CRO | $30,000.00 | Weekly Fees | $136,812.50 |
| Al Mink | Managing Director | $450.00 | 0.00 | $114,922.50 |
| Kevin Doyle | Analyst | $175.00 | 0.00 | $41,780.00 |
| Dianne Lomonaco | Vice President | $150.00 | 430.20 | $135.00 |
| Stacey Miller | Office/Billing Manager | $175.00 | 0.00 | $225.00 |
| | Totals | | 430.20 | $293,875.00 |

**EXHIBIT**
**Time Entry Detail** for the period of July 1, 2019 through August 4, 2019

| Project Time Records by Task Code | | | | | |
|---|---|---|---|---|---|
| Professional | Position Title | Task Code | Service Period | Flat Fee | Total Compensation |
| Vincent Colistra | CRO | Bankruptcy - Advise company regarding elements of any proposed Reorganization | 07/01-07/07/2019 | $24,000.00 | $24,000.00 |
| Vincent Colistra | CRO | Bankruptcy - Advise company regarding elements of any proposed Reorganization | 07/08-07/14/2019 | $30,000.00 | $30,000.00 |
| Vincent Colistra | CRO | Bankruptcy - Advise company regarding elements of any proposed Reorganization | 07/15-07/21/2019 | $30,000.00 | $30,000.00 |
| Vincent Colistra | CRO | Bankruptcy - Advise company regarding elements of any proposed Reorganization | 07/22-07/28/2019 | $30,000.00 | $30,000.00 |
| Vincent Colistra | CRO | Bankruptcy - Advise company regarding elements of any proposed Reorganization | 07/29-08/04/2019 | $22,812.50 | $22,812.50 |
| | Totals | | | | $136,812.50 |

# Phoenix Management

110 Commons Court
Chadds Ford, PA 19317-9716
Tel: 610-358-4700 Fax: 610-358-9377

Project Time Records by Task Code

Printed on: 8/9/2019
Page 1 of 7

**Filters Used:**
- Time Entry Date:    7/1/2019  to  8/4/2019
- Project ID:        Shevell BK - NEMF:  to  Shevell BK - NEMF:

*\** = Invoiced (mouse over for #),  ✎ = Marked as Billed,  ◇ = Non-Billable,  ✕ = Xtra*

**Project ID - Name (Manager): Shevell BK - NEMF: -** *Shevell BK - NEMF* **(Vincent Colistra)**

| Day | Date | Employee | Description | Hrs | B-Hrs | Amount | * |
|---|---|---|---|---|---|---|---|
| *Bankruptcy - Admin - Fee Application* | | | | | | | |
| *D Lomonaco* | | | | | | | |
| Tues | 7/9/2019 | D Lomonaco | Bankruptcy - Admin - Fee Application<br>Finalize 5th monthly staffing report | 0.90 | 0.90 | $135.00 | 📄 |
| | | | **D Lomonaco Total:** | **0.90** | **0.90** | **$135.00** | |
| *S Miller* | | | | | | | |
| Thur | 7/4/2019 | S Miller | Bankruptcy - Admin - Fee Application<br>Prepare 5th monthly staffing report | 1.00 | 1.00 | $150.00 | 📄 |
| Thur | 7/25/2019 | S Miller | Bankruptcy - Admin - Fee Application<br>Prepare for next fee statement | 0.50 | 0.50 | $75.00 | 📄 |
| | | | **S Miller Total:** | **1.50** | **1.50** | **$225.00** | |
| | | | **Bankruptcy - Admin - Fee Application Total:** | **2.40** | **2.40** | **$360.00** | |
| *Bankruptcy - Billable Travel* | | | | | | | |
| *A Mink* | | | | | | | |
| Mon | 7/1/2019 | A Mink | Bankruptcy - Billable Travel<br>RT to Elizabeth | 1.00 | 0.50 | $262.50 | 📄 |
| Tues | 7/2/2019 | A Mink | Bankruptcy - Billable Travel<br>RT to Elizabeth | 1.00 | 0.50 | $262.50 | 📄 |
| Wed | 7/3/2019 | A Mink | Bankruptcy - Billable Travel<br>RT to Elizabeth | 1.00 | 0.50 | $262.50 | 📄 |
| Mon | 7/8/2019 | A Mink | Bankruptcy - Billable Travel<br>RT to Elizabeth | 1.00 | 0.50 | $262.50 | 📄 |
| Tues | 7/9/2019 | A Mink | Bankruptcy - Billable Travel<br>RT to Elizabeth | 1.00 | 0.50 | $262.50 | 📄 |
| Wed | 7/10/2019 | A Mink | Bankruptcy - Billable Travel<br>RT to Elizabeth | 1.00 | 0.50 | $262.50 | 📄 |
| Thur | 7/11/2019 | A Mink | Bankruptcy - Billable Travel<br>RT to Elizabeth | 1.00 | 0.50 | $262.50 | 📄 |
| Mon | 7/15/2019 | A Mink | Bankruptcy - Billable Travel<br>RT to Shevell | 1.00 | 0.50 | $262.50 | 📄 |
| Tues | 7/16/2019 | A Mink | Bankruptcy - Billable Travel<br>RT to Shevell | 1.00 | 0.50 | $262.50 | 📄 |
| Wed | 7/17/2019 | A Mink | Bankruptcy - Billable Travel<br>RT to Shevell | 1.00 | 0.50 | $262.50 | 📄 |
| Thur | 7/18/2019 | A Mink | Bankruptcy - Billable Travel<br>RT to Shevell | 1.00 | 0.50 | $262.50 | 📄 |
| Mon | 7/22/2019 | A Mink | Bankruptcy - Billable Travel<br>RT to Elizabeth | 1.00 | 0.50 | $262.50 | 📄 |
| Tues | 7/23/2019 | A Mink | Bankruptcy - Billable Travel<br>RT to Elizabeth | 1.00 | 0.50 | $262.50 | 📄 |
| Wed | 7/24/2019 | A Mink | Bankruptcy - Billable Travel<br>RT to Elizabeth | 1.00 | 0.50 | $262.50 | 📄 |
| Thur | 7/25/2019 | A Mink | Bankruptcy - Billable Travel<br>RT to Elizabeth | 1.00 | 0.50 | $262.50 | 📄 |
| Mon | 7/29/2019 | A Mink | Bankruptcy - Billable Travel<br>RT to Elizabeth | 1.00 | 0.50 | $262.50 | 📄 |
| Tues | 7/30/2019 | A Mink | Bankruptcy - Billable Travel | 1.00 | 0.50 | $262.50 | 📄 |

BillQuick Standard Report Copyright ©  BQE Software, Inc.

# Phoenix Management

110 Commons Court  
Chadds Ford, PA 19317-9716  
Tel: 610-358-4700 Fax: 610-358-9377

Project Time Records by Task Code

Printed on: 8/9/2019  
Page 2 of 7

**Filters Used:**
- Time Entry Date:       7/1/2019  to  8/4/2019
- Project ID:       Shevell BK - NEMF:  to  Shevell BK - NEMF:

*\* 📄 = Invoiced (mouse over for #),  ✏ = Marked as Billed,  ◆ = Non-Billable, ✕ = Xtra*

**Project ID - Name (Manager): Shevell BK - NEMF: -** *Shevell BK - NEMF* **(Vincent Colistra)**

| Day | Date | Employee | Description | Hrs | B-Hrs | Amount | * |
|---|---|---|---|---|---|---|---|
| *Bankruptcy - Billable Travel* | | | | | | | |
| Wed | 7/31/2019 | A Mink | RT to Elizabeth<br>Bankruptcy - Billable Travel<br>RT to Elizabeth | 1.00 | 0.50 | $262.50 | 📄 |
| | | | **A Mink Total:** | **18.00** | **9.00** | **$4,725.00** | |
| *K Doyle* | | | | | | | |
| Tues | 7/2/2019 | K Doyle | Bankruptcy - Billable Travel<br>Travel to Gibbons (lawyers) in Newark, NJ and back | 4.00 | 2.00 | $400.00 | 📄 |
| Tues | 7/9/2019 | K Doyle | Bankruptcy - Billable Travel<br>Travel to NEMF and back | 3.50 | 1.70 | $340.00 | 📄 |
| Wed | 7/10/2019 | K Doyle | Bankruptcy - Billable Travel<br>Travel to NEMF and back | 3.00 | 1.50 | $300.00 | 📄 |
| Thur | 7/11/2019 | K Doyle | Bankruptcy - Billable Travel<br>Travel to NEMF and back | 3.50 | 1.70 | $340.00 | 📄 |
| Mon | 7/15/2019 | K Doyle | Bankruptcy - Billable Travel<br>Travel to NEMF and back | 3.00 | 1.50 | $300.00 | 📄 |
| Tues | 7/16/2019 | K Doyle | Bankruptcy - Billable Travel<br>Travel to Gibbons (Newark) and back | 3.50 | 1.70 | $340.00 | 📄 |
| Wed | 7/17/2019 | K Doyle | Bankruptcy - Billable Travel<br>Travel to NEMF and back | 3.00 | 1.50 | $300.00 | 📄 |
| Thur | 7/18/2019 | K Doyle | Bankruptcy - Billable Travel<br>Travel to NEMF and back - heavy traffic | 4.00 | 2.00 | $400.00 | 📄 |
| Mon | 7/22/2019 | K Doyle | Bankruptcy - Billable Travel<br>Travel to NEMF and back | 3.00 | 1.50 | $300.00 | 📄 |
| Tues | 7/23/2019 | K Doyle | Bankruptcy - Billable Travel<br>Travel to NEMF and back | 3.00 | 1.50 | $300.00 | 📄 |
| Wed | 7/24/2019 | K Doyle | Bankruptcy - Billable Travel<br>Travel to NEMF and back | 3.00 | 1.50 | $300.00 | 📄 |
| Thur | 7/25/2019 | K Doyle | Bankruptcy - Billable Travel<br>Travel to NEMF and back | 3.00 | 1.50 | $300.00 | 📄 |
| | | | **K Doyle Total:** | **39.50** | **19.60** | **$3,920.00** | |
| | | | **Bankruptcy - Billable Travel Total:** | **57.50** | **28.60** | **$8,645.00** | |
| *Bankruptcy - Financial & Cash Management* | | | | | | | |
| *A Mink* | | | | | | | |
| Mon | 7/1/2019 | A Mink | Bankruptcy - Financial & Cash Management<br>Accounts receivable and cargo claim negotiations, 2.2,<br>Updated professional fees schedule, 3,<br>Various analysis for meeting with Gibbons on Tuesday, July 2nd, 3 | 8.20 | 8.20 | $4,305.00 | 📄 |
| Tues | 7/2/2019 | A Mink | Bankruptcy - Financial & Cash Management | 9.10 | 9.10 | $4,777.50 | 📄 |

**Phoenix Management**  
110 Commons Court  
Chadds Ford, PA 19317-9716  
Tel: 610-358-4700 Fax: 610-358-9377

Project Time Records by Task Code

Printed on: 8/9/2019  
Page 3 of 7

**Filters Used:**
- Time Entry Date:     7/1/2019  to  8/4/2019
- Project ID:          Shevell BK - NEMF:  to  Shevell BK - NEMF:

*📄 = Invoiced (mouse over for #),   ✏ = Marked as Billed,   ◆ = Non-Billable, ✖ = Xtra*

**Project ID - Name (Manager): Shevell BK - NEMF: -** *Shevell BK - NEMF* **(Vincent Colistra)**

| Day | Date | Employee | Description | Hrs | B-Hrs | Amount | * |
|---|---|---|---|---|---|---|---|
| *Bankruptcy - Financial & Cash Management* | | | | | | | |
| Wed | 7/3/2019 | A Mink | Meeting with Gibbons, and CRO to discuss status of case and various issues 4.5<br>Conference call with Insurance consultants on estimating health care insurance tail 1.0<br>Conference call with banks on recap of cash collateral analysis and other topics 1.0<br>Post call with Gibbons and CRO 1.5<br>Emails 1.1<br>Bankruptcy - Financial & Cash Management | 9.40 | 9.40 | $4,935.00 | 📄 |
| Mon | 7/8/2019 | A Mink | Speak with collection agencies and propose agency to use for collections 1.5<br>Accounts Receivable Collections calls and Cargo claims resolutions, 4.3 Update professional fee schedule 0.5 Update recap of cash collateral analysis and send to banks, 0.8<br>Emails and calls 2.3<br>Bankruptcy - Financial & Cash Management | 8.20 | 8.20 | $4,305.00 | 📄 |
| Tues | 7/9/2019 | A Mink | Cash disbursement approvals<br>Scorecard<br>A/R collections<br>Cargo claims, health insurance evaluations, numerous emails on financial and Bankruptcy related issues.<br>Bankruptcy - Financial & Cash Management | 7.80 | 7.80 | $4,095.00 | 📄 |
| Wed | 7/10/2019 | A Mink | Cash disbursement approvals<br>Scorecard<br>A/R collections<br>Cargo claims, health insurance evaluations, numerous emails on financial and Bankruptcy related issues.<br>Bankruptcy - Financial & Cash Management | 7.50 | 7.50 | $3,937.50 | 📄 |
| Thur | 7/11/2019 | A Mink | Cash disbursement approvals<br>Scorecard<br>A/R collections<br>Cargo claims, health insurance evaluations, numerous emails on financial and Bankruptcy related issues.<br>Bankruptcy - Financial & Cash Management | 9.00 | 9.00 | $4,725.00 | 📄 |
| Fri | 7/12/2019 | A Mink | Cash disbursement approvals<br>Scorecard<br>A/R collections<br>Cargo claims, health insurance evaluations, numerous emails on financial and Bankruptcy related issues.<br>Bankruptcy - Financial & Cash Management | 8.50 | 8.50 | $4,462.50 | 📄 |

**Phoenix Management**  
110 Commons Court  
Chadds Ford, PA 19317-9716  
Tel: 610-358-4700 Fax: 610-358-9377

Project Time Records by Task Code

Printed on: 8/9/2019  
Page 4 of 7

**Filters Used:**
- Time Entry Date:    7/1/2019 to 8/4/2019
- Project ID:    Shevell BK - NEMF: to Shevell BK - NEMF:

*☐ = Invoiced (mouse over for #),  ✎ = Marked as Billed,  ◆ = Non-Billable,  ✖ = Xtra*

**Project ID - Name (Manager): Shevell BK - NEMF: -** *Shevell BK - NEMF* **(Vincent Colistra)**

| Day | Date | Employee | Description | Hrs | B-Hrs | Amount | * |
|---|---|---|---|---|---|---|---|
| *Bankruptcy - Financial & Cash Management* | | | | | | | |
| Mon | 7/15/2019 | A Mink | Cash disbursement approvals Scorecard A/R collections Cargo claims, health insurance evaluations, numerous emails on financial and Bankruptcy related issues. Bankruptcy - Financial & Cash Management | 8.20 | 8.20 | $4,305.00 | ☐ |
| Tues | 7/16/2019 | A Mink | A/R collections, Cargo Claims, Cash Management, Insurance for employees, Claims processing, Bankruptcy - Financial & Cash Management | 8.40 | 8.40 | $4,410.00 | ☐ |
| Wed | 7/17/2019 | A Mink | A/R collections, Cargo Claims, Cash Management, Insurance for employees, Claims processing, Bankruptcy - Financial & Cash Management | 8.10 | 8.10 | $4,252.50 | ☐ |
| Thur | 7/18/2019 | A Mink | A/R collections, Cargo Claims, Cash Management, Insurance for employees, Claims processing, Bankruptcy - Financial & Cash Management | 9.00 | 9.00 | $4,725.00 | ☐ |
| Fri | 7/19/2019 | A Mink | A/R collections, Cargo Claims, Cash Management, Insurance for employees, Claims processing, preparation for summit, scorecard Bankruptcy - Financial & Cash Management | 11.00 | 11.00 | $5,775.00 | ☐ |
| Mon | 7/22/2019 | A Mink | A/R collections, Cargo Claims, Cash Management, Insurance for employees, Claims processing, Bankruptcy - Financial & Cash Management | 8.20 | 8.20 | $4,305.00 | ☐ |
| Tues | 7/23/2019 | A Mink | Analysis of professional fees, Accounts receivable collections, Cargo claims, cash management, emails on financial matters Bankruptcy - Financial & Cash Management | 8.50 | 8.50 | $4,462.50 | ☐ |
| Wed | 7/24/2019 | A Mink | Analysis of professional fees, Accounts receivable collections, Cargo claims, cash management, emails on financial matters Bankruptcy - Financial & Cash Management | 7.80 | 7.80 | $4,095.00 | ☐ |
| Thur | 7/25/2019 | A Mink | Analysis of professional fees, Accounts receivable collections, Cargo claims, cash management, emails on financial matters Bankruptcy - Financial & Cash Management | 8.50 | 8.50 | $4,462.50 | ☐ |
| Fri | 7/26/2019 | A Mink | Analysis of professional fees, Accounts receivable collections, Cargo claims, cash management, emails on financial matters Bankruptcy - Financial & Cash Management | 9.00 | 9.00 | $4,725.00 | ☐ |
| Sun | 7/28/2019 | A Mink | Analysis of professional fees, Accounts receivable collections, Cargo claims, cash management, emails on financial matters Bankruptcy - Financial & Cash Management | 1.00 | 1.00 | $525.00 | ☐ |
| Mon | 7/29/2019 | A Mink | Claims analysis Bankruptcy - Financial & Cash Management | 9.00 | 9.00 | $4,725.00 | ☐ |

**Phoenix Management**  
110 Commons Court  
Chadds Ford, PA 19317-9716  
Tel: 610-358-4700 Fax: 610-358-9377

Project Time Records by Task Code

Printed on: 8/9/2019  
Page 5 of 7

**Filters Used:**
- Time Entry Date:       7/1/2019  to  8/4/2019
- Project ID:            Shevell BK - NEMF:  to  Shevell BK - NEMF:

*\* 📄 = Invoiced (mouse over for #),  ✏ = Marked as Billed,  ◆ = Non-Billable,  ✖ = Xtra*

**Project ID - Name (Manager): Shevell BK - NEMF: -** *Shevell BK - NEMF* **(Vincent Colistra)**

| Day | Date | Employee | Description | Hrs | B-Hrs | Amount | * |
|---|---|---|---|---|---|---|---|
| *Bankruptcy - Financial & Cash Management* | | | | | | | |
| Tues | 7/30/2019 | A Mink | Cargo claims and Accounts receivable collections, cash management, employee insurance issues, POC analysis, work on various schedules for summit<br>Bankruptcy - Financial & Cash Management | 10.00 | 10.00 | $5,250.00 | 📄 |
| Wed | 7/31/2019 | A Mink | Cargo claims and Accounts receivable collections, cash management, employee insurance issues, POC analysis, work on various schedules for summit<br>Bankruptcy - Financial & Cash Management | 10.00 | 10.00 | $5,250.00 | 📄 |
| Thur | 8/1/2019 | A Mink | Cargo claims and Accounts receivable collections, cash management, employee insurance issues, POC analysis, work on various schedules for summit<br>Bankruptcy - Financial & Cash Management | 11.00 | 11.00 | $5,775.00 | 📄 |
| Fri | 8/2/2019 | A Mink | Cargo claims and Accounts receivable collections, cash management, employee insurance issues, POC analysis, work on various schedules for summit<br>Bankruptcy - Financial & Cash Management | 11.00 | 11.00 | $5,775.00 | 📄 |
| Sun | 8/4/2019 | A Mink | Cargo claims and Accounts receivable collections, cash management, employee insurance issues, POC analysis, work on various schedules for summit<br>Bankruptcy - Financial & Cash Management | 3.50 | 3.50 | $1,837.50 | 📄 |
| | | | **A Mink Total:** | **209.90** | **209.90** | **$110,197.50** | |
| *K Doyle* | | | | | | | |
| Mon | 7/1/2019 | K Doyle | Bankruptcy - Financial & Cash Management<br>Review 1st draft of summit presentation<br>Updating MORs - 1.1<br>Updating Scorecard package- 4.4<br>Updating Cargo Claims Analysis - 1.1<br>Creating Philadelphia and S. Plainfield Auction Schedule - 2.2 | 8.80 | 8.80 | $1,760.00 | 📄 |
| Tues | 7/2/2019 | K Doyle | Bankruptcy - Financial & Cash Management<br>Meeting with Gibbons - 4.0 Updating Scorecard - 2.8<br>Updating final auction schedules - 3.3 | 10.10 | 10.10 | $2,020.00 | 📄 |
| Wed | 7/3/2019 | K Doyle | Bankruptcy - Financial & Cash Management<br>Updating Final Auction Schedules & Correspondence with banks - 4.6<br>Updating scorecard package and cash management - 3.2 | 7.80 | 7.80 | $1,560.00 | 📄 |
| Fri | 7/5/2019 | K Doyle | Bankruptcy - Financial & Cash Management<br>Updating Scorecard Package - 1.5<br>Updating Net Proceeds Auction Schedules for Harrisburg and Elkton - 3.8 | 5.30 | 5.30 | $1,060.00 | 📄 |

**Phoenix Management**
110 Commons Court
Chadds Ford, PA 19317-9716
Tel: 610-358-4700 Fax: 610-358-9377

Project Time Records by Task Code

Printed on: 8/9/2019
Page 6 of 7

**Filters Used:**
- Time Entry Date:     7/1/2019  to  8/4/2019
- Project ID:     Shevell BK - NEMF:  to  Shevell BK - NEMF:

*◫ = Invoiced (mouse over for #),  ✎ = Marked as Billed,  ◆ = Non-Billable, ✖ = Xtra*

**Project ID - Name (Manager): Shevell BK - NEMF: -** *Shevell BK - NEMF* **(Vincent Colistra)**

| Day | Date | Employee | Description | Hrs | B-Hrs | Amount | * |
|---|---|---|---|---|---|---|---|
| *Bankruptcy - Financial & Cash Management* | | | | | | | |
| Mon | 7/8/2019 | K Doyle | Bankruptcy - Financial & Cash Management | 8.20 | 8.20 | $1,640.00 | ◫ |
| | | | Updating Cash Flow Scorecard & Package - 5.7 | | | | |
| | | | Updating Auction Proceeds Schedules - 2.5 | | | | |
| Tues | 7/9/2019 | K Doyle | Bankruptcy - Financial & Cash Management | 7.90 | 7.90 | $1,580.00 | ◫ |
| | | | Updating Auction Proceed Schedules - 6.1 | | | | |
| | | | Scorecard Package - 1.8 | | | | |
| Wed | 7/10/2019 | K Doyle | Bankruptcy - Financial & Cash Management | 8.50 | 8.50 | $1,700.00 | ◫ |
| | | | Updating Auction Schedules - 5.8 | | | | |
| | | | AR Reconciliation - 1.1 | | | | |
| | | | Call with Gibbons over plan - 1.6 | | | | |
| Thur | 7/11/2019 | K Doyle | Bankruptcy - Financial & Cash Management | 7.90 | 7.90 | $1,580.00 | ◫ |
| | | | NEMF Auction at Elizabeth - 6.4 | | | | |
| | | | Updating Auction schedules - 1.5 | | | | |
| Mon | 7/15/2019 | K Doyle | Bankruptcy - Financial & Cash Management | 8.10 | 8.10 | $1,620.00 | ◫ |
| | | | Updating final gross auction schedules & corresponding with banks on equipment sales - 6.5 | | | | |
| | | | Updating cash flow scorecard package - 1 . 6 | | | | |
| Tues | 7/16/2019 | K Doyle | Bankruptcy - Financial & Cash Management | 8.20 | 8.20 | $1,640.00 | ◫ |
| | | | Updating Cash Flow Scorecard Package - 3.9 | | | | |
| | | | Meeting at Gibbons with UCC - 4.3 | | | | |
| Wed | 7/17/2019 | K Doyle | Bankruptcy - Financial & Cash Management | 7.40 | 7.40 | $1,480.00 | ◫ |
| | | | Updating Cash Flow Scorecard Package - 4.6 | | | | |
| | | | Updating Auction Schedules - 2.8 | | | | |
| Thur | 7/18/2019 | K Doyle | Bankruptcy - Financial & Cash Management | 8.40 | 8.40 | $1,680.00 | ◫ |
| | | | Creating AR Reconciliation Walk - 3.9 | | | | |
| | | | Schedules & Analyses for Auction - 3.7 | | | | |
| | | | Corresponding with lawyers & Phoenix team over auction proceeds and wind-down plan - 0.8 | | | | |
| Fri | 7/19/2019 | K Doyle | Bankruptcy - Financial & Cash Management | 7.40 | 7.40 | $1,480.00 | ◫ |
| | | | Updating schedules for Summit presentation - cash balance, accounts receivables | | | | |
| Mon | 7/22/2019 | K Doyle | Bankruptcy - Financial & Cash Management | 8.20 | 8.20 | $1,640.00 | ◫ |
| | | | Updating Scorecard and Scorecard package - 4.6 | | | | |
| | | | Creating schedules & analyses for summit presentation - 3.6 | | | | |
| Tues | 7/23/2019 | K Doyle | Bankruptcy - Financial & Cash Management | 7.20 | 7.20 | $1,440.00 | ◫ |
| | | | Updating Scorecard, Updating Summit Reconciliations - 3.9 | | | | |
| | | | Updating S. Plainfield & Philly Schedules - 3 . 3 | | | | |
| Wed | 7/24/2019 | K Doyle | Bankruptcy - Financial & Cash Management | 8.40 | 8.40 | $1,680.00 | ◫ |

BillQuick Standard Report Copyright ©  BQE Software, Inc.

**Phoenix Management**  
110 Commons Court  
Chadds Ford, PA 19317-9716  
Tel: 610-358-4700 Fax: 610-358-9377

Project Time Records by Task Code

Printed on: 8/9/2019  
Page 7 of 7

**Filters Used:**
- Time Entry Date:     7/1/2019  to  8/4/2019
- Project ID:          Shevell BK - NEMF:  to  Shevell BK - NEMF:

*\* 📄 = Invoiced (mouse over for #), ✏ = Marked as Billed, ◆ = Non-Billable, ✖ = Xtra*

**Project ID - Name (Manager): Shevell BK - NEMF: -** *Shevell BK - NEMF* **(Vincent Colistra)**

| Day | Date | Employee | Description | Hrs | B-Hrs | Amount | * |
|---|---|---|---|---|---|---|---|
| *Bankruptcy - Financial & Cash Management* | | | | | | | |
| Thur | 7/25/2019 | K Doyle | Updating Scorecard Package - 3.8<br>Updating Auction Schedules - 2.4<br>Updating Summit Presentation Schedules - 2.2<br>Bankruptcy - Financial & Cash Management | 8.50 | 8.50 | $1,700.00 | 📄 |
| Fri | 7/26/2019 | K Doyle | Updating Schedules for Summit Presentation<br>Bankruptcy - Financial & Cash Management | 6.20 | 6.20 | $1,240.00 | 📄 |
| Mon | 7/29/2019 | K Doyle | Building out claims register analysis - 4.8<br>Correspondence with banks on equipment and guaranty - 1.4<br>Bankruptcy - Financial & Cash Management | 8.50 | 8.50 | $1,700.00 | 📄 |
| Tues | 7/30/2019 | K Doyle | Updating Scorecard, Elizabeth Net Proceeds Schedules, Claims Analysis<br>Bankruptcy - Financial & Cash Management | 10.20 | 10.20 | $2,040.00 | 📄 |
| Wed | 7/31/2019 | K Doyle | Updating Scorecard Package and Summit Presentation and Analyses<br>Bankruptcy - Financial & Cash Management | 10.10 | 10.10 | $2,020.00 | 📄 |
| Thur | 8/1/2019 | K Doyle | Updating presentation and analyses for summit<br>Bankruptcy - Financial & Cash Management | 9.60 | 9.60 | $1,920.00 | 📄 |
| Fri | 8/2/2019 | K Doyle | Updating analyses for presentation<br>Bankruptcy - Financial & Cash Management<br>Updating Summit Presentation & analyses | 8.40 | 8.40 | $1,680.00 | 📄 |
| | | | **K Doyle Total:** | 189.30 | 189.30 | $37,860.00 | |
| | | | **Bankruptcy - Financial & Cash Management Total:** | 399.20 | 399.20 | $148,057.50 | |
| | | | **Project Shevell BK - NEMF: Total:** | 459.10 | 430.20 | $157,062.50 | |
| | | | **Grand Total:** | 459.10 | 430.20 | $157,062.50 | |

**EXHIBIT B1:**

**Expense Summary by Category for the period of July 1, 2019 through August 4, 2019**

| Expense Category | Shevell BK CRO Amounts | Shevell BK Others Amounts | Total | Payments Received | Unpaid |
|---|---|---|---|---|---|
| Administrative & Support | $1,500.00 | $0.00 | $1,500.00 | $1,500.00 | $0.00 |
| Air & Rail | $4.90 | $0.00 | $4.90 | $4.90 | $0.00 |
| Meals | $7.03 | $27.58 | $34.61 | $7.03 | $27.58 |
| Mileage NR | $696.00 | $0.00 | $696.00 | $696.00 | $0.00 |
| Mileage | $0.00 | $1,653.79 | $1,653.79 | $0.00 | $1,653.79 |
| Parking | $52.00 | $58.00 | $110.00 | $52.00 | $58.00 |
| Taxi | $36.71 | $0.00 | $36.71 | $36.71 | $0.00 |
| Tolls | $133.00 | $309.60 | $442.60 | $133.00 | $309.60 |
| Totals | $2,429.64 | $2,048.97 | $4,478.61 | $2,429.64 | $2,048.97 |

**Exhibit B2:**

**Expense Item Detail for the period of July 1, 2019 through August 4, 2019**

**Phoenix Management**  
110 Commons Court  
Chadds Ford, PA 19317-9716  
Tel: 610-358-4700 Fax: 610-358-9377

*Expenses By Item*

Printed on: 8/9/2019  
Page 1 of 1

**Filters Used:**
- Expense Log Date:       7/1/2019  to  8/4/2019
- Expense Log Project ID:     Shevell BK VC - NEMF:  to  Shevell BK VC - NEMF:

| Date | Employee ID | Project ID | Units | Amount | Memo |
|---|---|---|---|---|---|
| **Admin: - Administrative & Support** | | | | | |
| 7/5/2019 | Administrative | Shevell BK VC - NEMF: | 1.00 | $300.00 | Weekly Admin Fee |
| 7/12/2019 | Administrative | Shevell BK VC - NEMF: | 1.00 | $300.00 | Weekly Admin Fee |
| 7/19/2019 | Administrative | Shevell BK VC - NEMF: | 1.00 | $300.00 | Weekly Admin Fee |
| 7/26/2019 | Administrative | Shevell BK VC - NEMF: | 1.00 | $300.00 | Weekly Admin Fee |
| 8/2/2019 | Administrative | Shevell BK VC - NEMF: | 1.00 | $300.00 | Weekly Admin Fee |
| | | **Admin: Sub-Total:** | | **$1,500.00** | |
| **AirRail Billble: - Air & Rail** | | | | | |
| 7/16/2019 | V Colistra | Shevell BK VC - NEMF: | 1.00 | $4.90 | Train from NWK to NY |
| | | **AirRail Billble: Sub-Total:** | | **$4.90** | |
| **MEALS BILLABLE: - Meals** | | | | | |
| 7/16/2019 | V Colistra | Shevell BK VC - NEMF: | 1.00 | $7.03 | Lunch |
| | | **MEALS BILLABLE: Sub-Total:** | | **$7.03** | |
| **Mileage NR: - Mileage** | | | | | |
| 7/2/2019 | V Colistra | Shevell BK VC - NEMF: | 120.00 | $69.60 | Travel to and from the company on NJ Turnpike. |
| 7/10/2019 | V Colistra | Shevell BK VC - NEMF: | 120.00 | $69.60 | Miles to and from the Company |
| 7/11/2019 | V Colistra | Shevell BK VC - NEMF: | 120.00 | $69.60 | Miles to and from the company |
| 7/15/2019 | V Colistra | Shevell BK VC - NEMF: | 120.00 | $69.60 | Miles to and from the company |
| 7/16/2019 | V Colistra | Shevell BK VC - NEMF: | 120.00 | $69.60 | Miles to and from the company |
| 7/18/2019 | V Colistra | Shevell BK VC - NEMF: | 120.00 | $69.60 | Miles to and from the company |
| 7/22/2019 | V Colistra | Shevell BK VC - NEMF: | 120.00 | $69.60 | Miles to and from the company on NJ Turnpike |
| 7/23/2019 | V Colistra | Shevell BK VC - NEMF: | 120.00 | $69.60 | Miles to and from the company on NJ Turnpike |
| 7/24/2019 | V Colistra | Shevell BK VC - NEMF: | 120.00 | $69.60 | Miles to and from the company on NJ Turnpike |
| 7/25/2019 | V Colistra | Shevell BK VC - NEMF: | 120.00 | $69.60 | Miles to and from the company on NJ Turnpike |
| | | **Mileage NR: Sub-Total:** | | **$696.00** | |
| **Parking: - Parking** | | | | | |
| 7/2/2019 | V Colistra | Shevell BK VC - NEMF: | 1.00 | $16.00 | Parking in Newark for meeting at Gibbon's offices |
| 7/15/2019 | V Colistra | Shevell BK VC - NEMF: | 1.00 | $15.00 | Parking in Newark for meeting at Gibbons |
| 7/16/2019 | V Colistra | Shevell BK VC - NEMF: | 1.00 | $21.00 | Parking in Newark for meeting at Gibbons |
| | | **Parking: Sub-Total:** | | **$52.00** | |
| **TAXI BILLABLE:: - Taxi** | | | | | |
| 7/16/2019 | V Colistra | Shevell BK VC - NEMF: | 1.00 | $36.71 | Taxis while in NY for meeting with Whiteford Taylor |
| | | **TAXI BILLABLE:: Sub-Total:** | | **$36.71** | |
| **TOLLS BILLABLE:: - Tolls** | | | | | |
| 7/2/2019 | V Colistra | Shevell BK VC - NEMF: | 1.00 | $13.30 | Tolls on NJ Turnpike to and from Shevell |
| 7/10/2019 | V Colistra | Shevell BK VC - NEMF: | 1.00 | $13.30 | Tolls to and from the Company on NJ Turnpike |
| 7/11/2019 | V Colistra | Shevell BK VC - NEMF: | 1.00 | $13.30 | Tolls to and from the Company on NJ Turnpike |
| 7/15/2019 | V Colistra | Shevell BK VC - NEMF: | 1.00 | $13.30 | Tolls in NJ Turnpike to and from the Company |
| 7/16/2019 | V Colistra | Shevell BK VC - NEMF: | 1.00 | $13.30 | Tolls in NJ Turnpike to and from the Company |
| 7/18/2019 | V Colistra | Shevell BK VC - NEMF: | 1.00 | $13.30 | Tolls in NJ Turnpike to and from the Company |
| 7/22/2019 | V Colistra | Shevell BK VC - NEMF: | 1.00 | $13.30 | Tolls on NJ Turnpike to and from the company |
| 7/23/2019 | V Colistra | Shevell BK VC - NEMF: | 1.00 | $13.30 | Tolls on NJ Turnpike to and from the company |
| 7/24/2019 | V Colistra | Shevell BK VC - NEMF: | 1.00 | $13.30 | Tolls on NJ Turnpike to and from the company |
| 7/25/2019 | V Colistra | Shevell BK VC - NEMF: | 1.00 | $13.30 | Tolls on NJ Turnpike to and from the company |
| | | **TOLLS BILLABLE:: Sub-Total:** | | **$133.00** | |
| | | **Grand Total:** | | **$2,429.64** | |

**Phoenix Management**

*Expenses By Item*

110 Commons Court
Chadds Ford, PA 19317-9716
Tel: 610-358-4700 Fax: 610-358-9377

Printed on: 8/9/2019
Page 1 of 2

Filters Used:
- Expense Log Date:     7/1/2019  to  8/4/2019
- Expense Log Project ID:     Shevell BK - NEMF:  to  Shevell BK - NEMF:

| Date | Employee ID | Project ID | Units | Amount | Memo |
|---|---|---|---|---|---|
| **MEALS BILLABLE: - Meals** | | | | | |
| 7/15/2019 | K Doyle | Shevell BK - NEMF: | 1.00 | $14.23 | Lunch at Starbucks - $14.23 |
| 7/16/2019 | K Doyle | Shevell BK - NEMF: | 1.00 | $13.35 | Lunch at Pret in Newark- 13.35 |
| | | **MEALS BILLABLE: Sub-Total:** | | **$27.58** | |
| **Mileage: - Mileage** | | | | | |
| 7/1/2019 | A Mink | Shevell BK - NEMF: | 50.00 | $29.00 | RT to Elizabeth |
| 7/2/2019 | K Doyle | Shevell BK - NEMF: | 162.40 | $94.19 | Travel to Newark and back |
| 7/2/2019 | A Mink | Shevell BK - NEMF: | 50.00 | $29.00 | RT to Elizabeth |
| 7/3/2019 | A Mink | Shevell BK - NEMF: | 50.00 | $29.00 | RT to Elizabeth |
| 7/8/2019 | A Mink | Shevell BK - NEMF: | 50.00 | $29.00 | RT Shevell, Elizabeth, NJ |
| 7/9/2019 | K Doyle | Shevell BK - NEMF: | 162.40 | $94.19 | Travel to NEMF and back |
| 7/9/2019 | A Mink | Shevell BK - NEMF: | 50.00 | $29.00 | RT Shevell, Elizabeth, NJ |
| 7/10/2019 | A Mink | Shevell BK - NEMF: | 50.00 | $29.00 | RT Shevell, Elizabeth, NJ |
| 7/10/2019 | K Doyle | Shevell BK - NEMF: | 162.40 | $94.19 | Travel to NEMF and back |
| 7/11/2019 | K Doyle | Shevell BK - NEMF: | 162.40 | $94.19 | Travel to NEMF and back |
| 7/11/2019 | A Mink | Shevell BK - NEMF: | 50.00 | $29.00 | RT Shevell, Elizabeth, NJ |
| 7/15/2019 | A Mink | Shevell BK - NEMF: | 50.00 | $29.00 | RT to Elizabeth |
| 7/15/2019 | K Doyle | Shevell BK - NEMF: | 162.40 | $94.19 | Travel to NEMF and back |
| 7/16/2019 | K Doyle | Shevell BK - NEMF: | 165.00 | $95.70 | Travel to Newark and back |
| 7/16/2019 | A Mink | Shevell BK - NEMF: | 50.00 | $29.00 | RT to Elizabeth |
| 7/17/2019 | A Mink | Shevell BK - NEMF: | 50.00 | $29.00 | RT to Elizabeth |
| 7/17/2019 | K Doyle | Shevell BK - NEMF: | 162.40 | $94.19 | Travel to NEMF and back |
| 7/18/2019 | A Mink | Shevell BK - NEMF: | 50.00 | $29.00 | RT to Elizabeth |
| 7/18/2019 | K Doyle | Shevell BK - NEMF: | 162.40 | $94.19 | Travel to NEMF and back |
| 7/22/2019 | K Doyle | Shevell BK - NEMF: | 162.40 | $94.19 | Travel to NEMF and back |
| 7/22/2019 | A Mink | Shevell BK - NEMF: | 50.00 | $29.00 | RT to Elizabeth |
| 7/23/2019 | A Mink | Shevell BK - NEMF: | 50.00 | $29.00 | RT to Elizabeth |
| 7/23/2019 | K Doyle | Shevell BK - NEMF: | 162.40 | $94.19 | Travel to NEMF and back |
| 7/24/2019 | A Mink | Shevell BK - NEMF: | 50.00 | $29.00 | RT to Elizabeth |
| 7/24/2019 | K Doyle | Shevell BK - NEMF: | 162.40 | $94.19 | Travel to NEMF and back |
| 7/25/2019 | A Mink | Shevell BK - NEMF: | 50.00 | $29.00 | RT to Elizabeth |
| 7/25/2019 | K Doyle | Shevell BK - NEMF: | 162.40 | $94.19 | Travel to NEMF and back |
| 7/29/2019 | A Mink | Shevell BK - NEMF: | 50.00 | $29.00 | RT to Elizabeth |
| 7/30/2019 | A Mink | Shevell BK - NEMF: | 50.00 | $29.00 | RT to Elizabeth |
| 7/31/2019 | A Mink | Shevell BK - NEMF: | 50.00 | $29.00 | RT to Elizabeth |
| | | **Mileage: Sub-Total:** | | **$1,653.79** | |
| **Parking: - Parking** | | | | | |
| 7/2/2019 | A Mink | Shevell BK - NEMF: | 1.00 | $21.00 | Parking at Gibbons office for meeting with Gibbons |
| 7/2/2019 | K Doyle | Shevell BK - NEMF: | 1.00 | $16.00 | Parking for meeting at Gibbons - $16 |
| 7/16/2019 | K Doyle | Shevell BK - NEMF: | 1.00 | $21.00 | Parking for Gibbons in Newark - 21.00 |
| | | **Parking: Sub-Total:** | | **$58.00** | |
| **TOLLS BILLABLE:: - Tolls** | | | | | |
| 7/1/2019 | A Mink | Shevell BK - NEMF: | 1.00 | $5.00 | RT to Elizabeth |
| 7/2/2019 | A Mink | Shevell BK - NEMF: | 1.00 | $5.00 | RT to Elizabeth |
| 7/2/2019 | K Doyle | Shevell BK - NEMF: | 1.00 | $18.30 | Tolls to Newark and back |
| 7/3/2019 | A Mink | Shevell BK - NEMF: | 1.00 | $5.00 | RT to Elizabeth |
| 7/8/2019 | A Mink | Shevell BK - NEMF: | 1.00 | $5.00 | RT to Shevell, Elizabeth, NJ |
| 7/9/2019 | A Mink | Shevell BK - NEMF: | 1.00 | $5.00 | RT to Shevell, Elizabeth, NJ |
| 7/9/2019 | K Doyle | Shevell BK - NEMF: | 1.00 | $18.30 | Tolls to NEMF and back |
| 7/10/2019 | A Mink | Shevell BK - NEMF: | 1.00 | $5.00 | RT to Shevell, Elizabeth, NJ |
| 7/10/2019 | K Doyle | Shevell BK - NEMF: | 1.00 | $18.30 | Tolls to NEMF and back |

**Phoenix Management**

Expenses By Item

110 Commons Court
Chadds Ford, PA 19317-9716
Tel: 610-358-4700 Fax: 610-358-9377

Printed on: 8/9/2019

Page 2 of 2

Filters Used:
  - Expense Log Date:      7/1/2019  to  8/4/2019
  - Expense Log Project ID:     Shevell BK - NEMF:  to  Shevell BK - NEMF:

| Date | Employee ID | Project ID | Units | Amount | Memo |
|---|---|---|---|---|---|
| **TOLLS BILLABLE:: - Tolls** | | | | | |
| 7/11/2019 | A Mink | Shevell BK - NEMF: | 1.00 | $5.00 | RT to Shevell, Elizabeth, NJ |
| 7/11/2019 | K Doyle | Shevell BK - NEMF: | 1.00 | $18.30 | Tolls to NEMF and back |
| 7/15/2019 | K Doyle | Shevell BK - NEMF: | 1.00 | $18.30 | Tolls to NEMF and back |
| 7/15/2019 | A Mink | Shevell BK - NEMF: | 1.00 | $5.00 | RT to Elizabeth |
| 7/16/2019 | A Mink | Shevell BK - NEMF: | 1.00 | $5.00 | RT to Elizabeth |
| 7/16/2019 | K Doyle | Shevell BK - NEMF: | 1.00 | $18.30 | Tolls to Newark and back |
| 7/17/2019 | K Doyle | Shevell BK - NEMF: | 1.00 | $18.30 | Tolls to NEMF and back |
| 7/17/2019 | A Mink | Shevell BK - NEMF: | 1.00 | $5.00 | RT to Elizabeth |
| 7/18/2019 | K Doyle | Shevell BK - NEMF: | 1.00 | $18.30 | Tolls to NEMF and back |
| 7/18/2019 | A Mink | Shevell BK - NEMF: | 1.00 | $5.00 | RT to Elizabeth |
| 7/22/2019 | K Doyle | Shevell BK - NEMF: | 1.00 | $18.30 | Travel to NEMF and back |
| 7/22/2019 | A Mink | Shevell BK - NEMF: | 1.00 | $5.00 | RT to Elizabeth |
| 7/23/2019 | A Mink | Shevell BK - NEMF: | 1.00 | $5.00 | RT to Elizabeth |
| 7/23/2019 | K Doyle | Shevell BK - NEMF: | 1.00 | $18.30 | Tolls to NEMF and back |
| 7/24/2019 | A Mink | Shevell BK - NEMF: | 1.00 | $5.00 | RT to Elizabeth |
| 7/24/2019 | K Doyle | Shevell BK - NEMF: | 1.00 | $18.30 | Tolls to NEMF and back |
| 7/25/2019 | K Doyle | Shevell BK - NEMF: | 1.00 | $18.30 | Tolls to NEMF and back |
| 7/25/2019 | A Mink | Shevell BK - NEMF: | 1.00 | $5.00 | RT to Elizabeth |
| 7/29/2019 | A Mink | Shevell BK - NEMF: | 1.00 | $5.00 | RT to Elizabeth |
| 7/30/2019 | A Mink | Shevell BK - NEMF: | 1.00 | $5.00 | RT to Elizabeth |
| 7/31/2019 | A Mink | Shevell BK - NEMF: | 1.00 | $5.00 | RT to Elizabeth |
| | | **TOLLS BILLABLE:: Sub-Total:** | | **$309.60** | |
| | | **Grand Total:** | | **$2,048.97** | |