UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:
NEW ENGLAND MOTOR FREIGHT, INC., et al.,

Case No.: 19-12809 (JKS)
Chapter: 11
Judge: John K. Sherwood

## NOTICE OF PROPOSED PRIVATE SALE

New England Motor Freight, Inc., __Debtors__, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

| Address of the Clerk: | CLERK of the COURT<br>United States Bankruptcy Court for the District of New Jersey<br>Martin Luther King, Jr. Federal Building<br>50 Walnut Street<br>Newark, NJ 07102 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable __John K. Sherwood__ on __September 17, 2019__ at __10:00__ a.m. at the United States Bankruptcy Court, courtroom no. __3D__, __Martin Luther King, Jr. Fed Bldg__. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

Description of property to be sold:

    67,236 gallons of surplus fuel from locations listed on the attached Schedule A

Proposed Purchaser:

    V.A.G., Inc. dba Performance Lubricants (or its assignee)

Sale price:
    $70,597.80 ($1.05 per gallon)[1]

☐ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

Name of Professional:

Amount to be paid:

Services rendered:

---

1 Price per gallon is based on market price and is, therefore, approximate. The price per gallon may vary by a few cents.

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name: ATTN: Mark B. Conlan, Esq., GIBBONS P.C.

Address: One Gateway Center, Newark, New Jersey  07102

Telephone No.: Phone:  (973) 596-4500 E-mail: mconlan@gibbonslaw.com

*rev.8/1/15*

## SCHEDULE A
## NEMF TERMINAL FUEL INVENTORY 2019

| TERMINAL | | DATE | PUMPED OUT | INVENTORY |
|---|---|---|---|---|
| ELIZABETH | | 4/16/2019 | | 5,371 |
| ELIZABETH | UNLEADED | 4/26/2019 | | - |
| BOSTON | | 3/7/2019 | | 3,494 |
| SOUTH PLAINFIELD | | 3/20/2019 | | 2,028 |
| BETHPAGE | | 3/3/2019 | | 4,141 |
| MERIDAN | | 4/17/2019 | | 1,010 |
| BURLINGTON | | 3/3/2019 | | 7,610 |
| PORTLAND | | 3/7/2019 | | 2,843 |
| CONCORD | | 3/3/2019 | | 5,412 |
| TOLEDO | | 3/3/2019 | | 1,107 |
| ELKTON, MD | | 4/16/2019 | | 11,716 |
| NEWBURGH | | 3/10/2019 | | 5,342 |
| JAMESTOWN | | 3/3/2019 | | 6,853 |
| WILLIAMSPORT | | 3/3/2019 | | 5,510 |
| LEHIGHTON | | 3/3/2019 | | 4,799 |
| | | | **Total Gallons** | **67,236** |