**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 19-12809 (JKS)<br><br>(Jointly Administered) |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                                         ) ss:
COUNTY OF KINGS    )

I, Edward A. Calderon, declare:

1. I am over the age of 18 years and not a party to these chapter 11 cases.

2. I am employed by Donlin, Recano & Company, Inc., ("DRC"), 6201 15th Avenue, Brooklyn, NY 11219.

3. On the 16th day of August, 2019, at my direction and under my supervision, employees of DRC caused to serve the "Notice of Proposed Private Sale" (Docket No. 804), via electronic mail upon the parties as set forth on <u>Exhibit 1</u>, and via First Class U.S. Mail upon the parties as set forth in <u>Exhibit 2</u>, attached hereto.

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 19th day of August, 2019, Brooklyn, New York.

By _/s/ Edward A. Calderon_
Edward A. Calderon

Sworn before me this
19th day of August, 2019

_/s/ John Burlacu_
Notary Public

JOHN BURLACU
Notary Public - State of New York
No. 01BU6376078
Qualified in Nassau County
My Comm. Expires June 4, 2022

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC (4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMF Logistics, LLC (4666).

NEMF00178

# EXHIBIT 1

Case 19-12809-JKS    Doc 808    Filed 08/20/19    Entered 08/20/19 10:09:02    Desc Main
Document    Page 8 of 12

New England Motor Freight, Inc., et al.
Electronic Mail
Exhibit Pages

Page # : 1 of 5                                                                                              08/16/2019 06:12:21 PM

| | | | |
|---|---|---|---|
| 000110P001-1413S-178<br>ALAN J. BRODY, ESQ.<br>GREENBERG TRAURIG, LLP<br>500 CAMPUS DR, STE 400<br>FLORHAM PARK NJ 07932-0677<br>BRODYA@GTLAW.COM | 000148P001-1413S-178<br>ANTHONY G ROSS, ESQ<br>126 SOUTH MAIN STREET<br>PITTSTON PA 18640<br>TROSS@TONYROSSLAW.COM | 000118P001-1413S-178<br>ANTHONY SODONO, III, ESQ.<br>SARI B. PLACONA MCMANIMON<br>SCOTLAND & BAUMANN<br>75 LIVINGSTON AVE<br>ROSELAND NJ 07068<br>ASODONO@MSBNJ.COM | 000118P001-1413S-178<br>ANTHONY SODONO, III, ESQ.<br>SARI B. PLACONA MCMANIMON<br>SCOTLAND & BAUMANN<br>75 LIVINGSTON AVE<br>ROSELAND NJ 07068<br>SPLACONA@MSBNJ.COM |
| 000068P001-1413S-178<br>BENESCH FRIEDLANDER COPLAN & ARONOFF LLP<br>KEVIN M CAPUZZI<br>CONTINENTAL PLAZA II<br>411 HACKENSACK AVE.,3RD FLOOR<br>HACKENSACK NJ 07601-6323<br>KCAPUZZI@BENESCHLAW.COM | 000077P001-1413S-178<br>CHIESA SHAHINIAN & GIANTOMASI PC<br>BETH J ROTENBERG,ESQ<br>ONE BOLAND DRIVE<br>WEST ORANGE NJ 07052<br>BROTENBERG@CSGLAW.COM | 000078P001-1413S-178<br>CHIESA SHAHINIAN & GIANTOMASI PC<br>FRANK PERETORE,ESQ<br>ONE BOLAND DRIVE<br>WEST ORANGE NJ 07052<br>FPERETORE@CSGLAW.COM | 000085P001-1413S-178<br>CHIESA SHAHINIAN & GIANTOMASI PC<br>ROBERT E NIES,ESQ<br>ONE BOLAND DRIVE<br>WEST ORANGE NJ 07052<br>RNIES@CSGLAW.COM |
| 000108P001-1413S-178<br>CHIESA SHAHINIAN & GIANTOMASI PC<br>MICHAEL R CARUSO,ESQ<br>ONE BOLAND DRIVE<br>WEST ORANGE NJ 07052<br>MCARUSO@CSGLAW.COM | 000117P001-1413S-178<br>CHRISTOPHER A. LYNCH, ESQ.<br>REED SMITH LLP<br>599 LEXINGTON AVE<br>NEW YORK NY 10022<br>CLYNCH@REEDSMITH.COM | 000081P001-1413S-178<br>COLE SCHOTZ PC<br>MICHAEL D SIROTA,ESQ<br>COURT PLAZA NORTH<br>25 MAIN ST<br>HACKENSACK NJ 07601<br>MSIROTA@COLESCHOTZ.COM | 000082P001-1413S-178<br>COLE SCHOTZ PC<br>JACOB S FRUMKIN,ESQ<br>COURT PLAZA NORTH<br>25 MAIN ST<br>HACKENSACK NJ 07601<br>JFRUMKIN@COLESCHOTZ.COM |
| 000127P001-1413S-178<br>COOLEY LLP<br>RICHARD S KANOWITZ;EVAN M LAZEROWITZ<br>55 HUDSON YARDS<br>NEW YORK NY 10001<br>RKANOWITZ@COOLEY.COM | 000127P001-1413S-178<br>COOLEY LLP<br>RICHARD S KANOWITZ;EVAN M LAZEROWITZ<br>55 HUDSON YARDS<br>NEW YORK NY 10001<br>ELAZEROWITZ@COOLEY.COM | 000147P001-1413S-178<br>CULLEN AND DYKMAN LLP<br>DAVID EDELBERG, ESQ.<br>433 HACKENSACK AVE 12TH FL<br>HACKENSACK NJ 07601<br>DEDELBERG@CULLENANDDYKMAN.COM | 000126P001-1413S-178<br>D'ARCY JOHNSON DAY<br>RICHARD J ALBUQUERQUE,ESQ<br>3120 FIRE ROAD STE 100<br>EGG HARBOR TOWNSHIP NJ 08234<br>RA@DJD.LAW |
| 000109P003-1413S-178<br>DAIMLER TRUST<br>C/O BK SERVICING LLC<br>ED GEZEL, AGENT<br>P O BOX 131265<br>ROSEVILLE MN 55113-0011<br>NOTICES@BKSERVICING.COM | 000123P001-1413S-178<br>DAIMLER TRUST<br>C/O BK SERVICING, LLC<br>ED GEZEL, AGENT<br>PO BOX 131265<br>ROSEVILLE MN 55113-0011<br>notices@bkservicing.com | 000114P001-1413S-178<br>DAVID A. PISCIOTTA, ESQ.<br>LOUIS A. CURCIO, ESQ.<br>TROUTMAN SANDERS<br>875 THIRD AVENUE<br>NEW YORK NY 10022<br>DAVID.PISCIOTTA@TROUTMAN.COM | 000114P001-1413S-178<br>DAVID A. PISCIOTTA, ESQ.<br>LOUIS A. CURCIO, ESQ.<br>TROUTMAN SANDERS<br>875 THIRD AVENUE<br>NEW YORK NY 10022<br>LOUIS.CURCIO@TROUTMAN.COM |
| 000075P001-1413S-178<br>DILWORTH PAXSON LLP<br>SCOTT J FREEDMAN<br>457 HADDONFIELD ROAD STE 700<br>CHERRY HILL NJ 08002<br>SFREEDMAN@DILWORTHLAW.COM | 000103P001-1413S-178<br>DINSMORE & SHOHL LLP<br>GRACE WINKLER CRANLEY,ESQ<br>227 WEST MONROE ST.,STE 3850<br>CHICAGO IL 60606<br>GRACE.CRANLEY@DINSMORE.COM | 000100P001-1413S-178<br>DREIFUSS BONACCI & PARKER PC<br>JOANNE M BONACCI<br>26 COLUMBIA TURNPIKE STE 101 NORTH ENTRANCE<br>FLORHAM PARK NJ 07932<br>JBONACCI@DBPLAWFIRM.COM | 000101P001-1413S-178<br>DREIFUSS BONACCI & PARKER PC<br>PAUL M MCCORMICK,ESQ<br>26 COLUMBIA TURNPIKE STE 101, NORTH ENTRANCE<br>FLORHAM PARK NJ 07932<br>PMCCORMICK@DBPLAWFIRM.COM |

Case 19-12809-JKS    Doc 808    Filed 08/20/19    Entered 08/20/19 10:09:02    Desc Main
Document    Page 4 of 12

New England Motor Freight, Inc., et al.
Electronic Mail
Exhibit Pages

Page # : 2 of 5                                                                                    08/16/2019 06:12:21 PM

| | | | |
|---|---|---|---|
| 000087P003-1413S-178<br>ELLIOT GREENLEAF<br>R X ZAHRALDDIN- ARAVENA;JONATHAN M STEMERMAN<br>SARAH DENIS<br>1105 MARKET ST STE 1700<br>WILMINGTON DE 19801<br>RXZA@ELLIOTTGREENLEAF.COM | 000087P003-1413S-178<br>ELLIOT GREENLEAF<br>R X ZAHRALDDIN- ARAVENA;JONATHAN M STEMERMAN<br>SARAH DENIS<br>1105 MARKET ST STE 1700<br>WILMINGTON DE 19801<br>JMS@ELLIOTTGREENLEAF.COM | 000087P003-1413S-178<br>ELLIOT GREENLEAF<br>R X ZAHRALDDIN- ARAVENA;JONATHAN M STEMERMAN<br>SARAH DENIS<br>1105 MARKET ST STE 1700<br>WILMINGTON DE 19801<br>SXD@ELLIOTTGREENLEAF.COM | 000120P001-1413S-178<br>EVAN S. GOLDSTEIN UPDIKE<br>KELLY & SPELLACY, P.C.<br>100 PEARL STREET 17TH FLOOR<br>PO BOX 231277<br>HARTFORD CT 06103<br>EGOLDSTEIN@UKS.COM |
| 000020P001-1413S-178<br>FRESHFIELDS BRUCKHAUS DERINGER<br>MARK F LISCIO<br>601 LEXINGTON AVE<br>31ST FLOOR<br>NEW YORK NY 10022<br>MARK.LISCIO@FRESHFIELDS.COM | 000020P001-1413S-178<br>FRESHFIELDS BRUCKHAUS DERINGER<br>MARK F LISCIO<br>601 LEXINGTON AVE<br>31ST FLOOR<br>NEW YORK NY 10022<br>NEAL.MODI@FRESHFIELDS.COM | 000020P001-1413S-178<br>FRESHFIELDS BRUCKHAUS DERINGER<br>MARK F LISCIO<br>601 LEXINGTON AVE<br>31ST FLOOR<br>NEW YORK NY 10022<br>SCOTT.TALMADGE@FRESHFIELDS.COM | 000063P001-1413S-178<br>FRESHFIELDS BRUCKHAUS DERINGER US LLP<br>MARK F LISCIO<br>601 LEXINGTON AVE, 31ST FLOOR<br>NEW YORK NY 10022<br>MARK.LISCIO@FRESHFIELDS.COM |
| 000063P001-1413S-178<br>FRESHFIELDS BRUCKHAUS DERINGER US LLP<br>MARK F LISCIO<br>601 LEXINGTON AVE, 31ST FLOOR<br>NEW YORK NY 10022<br>NEAL.MODI@FRESHFIELDS.COM | 000063P001-1413S-178<br>FRESHFIELDS BRUCKHAUS DERINGER US LLP<br>MARK F LISCIO<br>601 LEXINGTON AVE, 31ST FLOOR<br>NEW YORK NY 10022<br>SCOTT.TALMADGE@FRESHFIELDS.COM | 000084P001-1413S-178<br>FROST BROWN TODD LLC<br>MARK A PLATT<br>100 CRESCENT COURT STE 350<br>DALLAS TX 75201<br>MPLATT@FBTLAW.COM | 000121P001-1413S-178<br>GARY D. BRESSLER, ESQ.<br>MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP<br>300 DELAWARE AVE, STE 770<br>WILMINGTON DE 19801<br>GBRESSLER@MDMC-LAW.COM |
| 000017P001-1413S-178<br>GEBHARDT & SMITH LLP<br>JAMES M SMITH<br>ONE SOUTH STREET<br>SUITE 2200<br>BALTIMORE MD 21202-3281<br>JSMITH@GEBSMITH.COM | 000061P001-1413S-178<br>GEBHARDT & SMITH LLP<br>DAVID V FONTANA,ESQ<br>ONE SOUTH ST STE 2200<br>BALTIMORE MD 21202<br>DFONT@GEBSMITH.COM | 000073P001-1413S-178<br>GEBHARDT & SMITH LLP<br>LISA BITTLE TANCREDI<br>ONE SOUTH STREET<br>SUITE 2200<br>BALTIMORE MD 21202-3281<br>LTANCREDI@GEBSMITH.COM | 000074P001-1413S-178<br>GEBHARDT & SMITH LLP<br>LISA BITTLE TANCREDI<br>1000 N WEST STREET<br>SUITE 1200<br>WILMINGTON DE 19801<br>LTANCREDI@GEBSMITH.COM |
| 000019P001-1413S-178<br>GREENBERG TRAURIG<br>ALAN J. BRODY<br>500 CAMPUS DRIVE<br>SUITE 400<br>FLORHAM PARK NJ 07932<br>BRODYA@GTLAW.COM | 000062P001-1413S-178<br>GREENBERG TRAURIG LLP<br>ALAN J BRODY,ESQ<br>500 CAMPUS DRIVE<br>FLORHAM PARK NJ 07932<br>BRODYA@GTLAW.COM | 000083P001-1413S-178<br>HINMAN HOWARD & KATTELL LLP<br>KEVIN J BLOOM,ESQ<br>PARK 80 WEST -PLAZA II<br>250 PEHLE AVE STE 200<br>SADDLE BROOK NJ 07663-5834<br>KBLOOM@HHK.COM | 000027P001-1413S-178<br>IAM NATIONAL PENSION FUND<br>RYK TIERNEY EXEC DIR AND RAYMOND GOAD JR GC<br>1300 CONNECTICUT AVE<br>STE 300<br>WASHINGTON DC 20036<br>contact@iamnpf.org |
| 000076P001-1413S-178<br>JM PARTNERS LLC<br>JOHN MARSHALL<br>6800 PARAGON PLACE STE 202<br>RICHMOND VA 23230-1656<br>JMARSHALL@JMPARTNERSLLC.COM | 000115P001-1413S-178<br>JOSEPH LUBERTAZZI, ESQ.<br>PETER M. KNOB, ESQ.<br>MCCARTER & ENGLISH<br>100 MULBERRY ST FOUR GATEWAY CENTER<br>NEWARK NJ 07102<br>PKNOB@MCCARTER.COM | 000115P001-1413S-178<br>JOSEPH LUBERTAZZI, ESQ.<br>PETER M. KNOB, ESQ.<br>MCCARTER & ENGLISH<br>100 MULBERRY ST FOUR GATEWAY CENTER<br>NEWARK NJ 07102<br>JLUBERTAZZI@MCCARTER.COM | 000125P001-1413S-178<br>KIM CHO & LIM LLC<br>JOSHUA S LIM,ESQ<br>460 BERGEN BOULEVARD STE 305<br>PALISADES PARK NJ 07650<br>JOSHUALIM@KCLLAWFIRM.COM |

Case 19-12809-JKS    Doc 808    Filed 08/20/19    Entered 08/20/19 10:09:02    Desc Main
Document    Page 3 of 12

New England Motor Freight, Inc., et al.
Electronic Mail
Exhibit Pages

Page # : 3 of 5                                                                                                               08/16/2019 06:12:21 PM

| | | | |
|---|---|---|---|
| 000079P001-1413S-178<br>KLEHR HARRISON HARVEY BRANZBURG LLP<br>CHARLES A ERCOLE;RONA J ROSEN<br>10000 LINCOLN DRIVE EAST STE 201<br>MARLTON NJ 08053<br>CERCOLE@KLEHR.COM | 000079P001-1413S-178<br>KLEHR HARRISON HARVEY BRANZBURG LLP<br>CHARLES A ERCOLE;RONA J ROSEN<br>10000 LINCOLN DRIVE EAST STE 201<br>MARLTON NJ 08053<br>RROSEN@KLEHR.COM | 000129P001-1413S-178<br>KML LAW GROUP PC<br>REBECCA A SOLARZ,ESQ<br>216 HADDON AVENUE STE 406<br>WESTMONT NJ 08108<br>RSOLARZ@KMLLAWGROUP.COM | 000124P001-1413S-178<br>KML LAW GROUP, P.C.<br>KEVIN G. MCDONALD, ESQ.<br>216 HADDON AVE STE 406<br>WESTMONT NJ 08108<br>KMCDONALD@KMLLAWGROUP.COM |
| 000146P001-1413S-178<br>LAW FIRM OF BRIAN W HOFMEISTER LLC<br>BRIAN W HOFMEISTER, ESQ<br>3131 PRINCETON PIKE BUILDING 5,STE 110<br>LAWRENCEVILLE NJ 08648<br>BWH@HOFMEISTERFIRM.COM | 000130P001-1413S-178<br>LAW OFFICES OF KENNETH L BAUM LLC<br>KENNETH L BAUM,ESQ<br>167 MAIN STREET<br>HACKENSACK NJ 07601<br>KBAUM@KENBAUMDEBTSOLUTIONS.COM | 000112P001-1413S-178<br>LISA BITTLE TANCREDI, ESQ.<br>DAVID FONTANA, ESQ.<br>GEBHARDT & SMITH LLP<br>ONE SOUTH ST, STE 2200<br>BALTIMORE MD 21202-3281<br>LTANCREDI@GEBSMITH.COM | 000112P001-1413S-178<br>LISA BITTLE TANCREDI, ESQ.<br>DAVID FONTANA, ESQ.<br>GEBHARDT & SMITH LLP<br>ONE SOUTH ST, STE 2200<br>BALTIMORE MD 21202-3281<br>DFONT@GEBSMITH.COM |
| 000086P001-1413S-178<br>LOWENSTEIN SANDLER LLP<br>MARY E SEYMOUR;JOSEPH J DIPASQUALE<br>ONE LOWENSTEIN DRIVE<br>ROSELAND NJ 07068<br>MSEYMOUR@LOWENSTEIN.COM | 000086P001-1413S-178<br>LOWENSTEIN SANDLER LLP<br>MARY E SEYMOUR;JOSEPH J DIPASQUALE<br>ONE LOWENSTEIN DRIVE<br>ROSELAND NJ 07068<br>JDIPASQUALE@LOWENSTEIN.COM | 000111P001-1413S-178<br>MARK LISCIO, ESQ.<br>NEAL MODI, ESQ. / SCOTT TALMADGE, ESQ.<br>FRESHFIELDS BRUCKHAUS DERINGER US LLP<br>601 LEXINGTON AVE, 31ST FL<br>NEW YORK NY 10022<br>MARK.LISCIO@FRESHFIELDS.COM | 000111P001-1413S-178<br>MARK LISCIO, ESQ.<br>NEAL MODI, ESQ. / SCOTT TALMADGE, ESQ.<br>FRESHFIELDS BRUCKHAUS DERINGER US LLP<br>601 LEXINGTON AVE, 31ST FL<br>NEW YORK NY 10022<br>NEAL.MODI@FRESHFIELDS.COM |
| 000111P001-1413S-178<br>MARK LISCIO, ESQ.<br>NEAL MODI, ESQ. / SCOTT TALMADGE, ESQ.<br>FRESHFIELDS BRUCKHAUS DERINGER US LLP<br>601 LEXINGTON AVE, 31ST FL<br>NEW YORK NY 10022<br>SCOTT.TALMADGE@FRESHFIELDS.COM | 000099P001-1413S-178<br>MAYNARD O'CONNOR SMITH & CATALINOTTO LLP<br>JUSTIN W GRAY,ESQ<br>6 TOWER PLACE<br>ALBANY NY 12203<br>GRAY@MOSCLLP.COM | 000059P001-1413S-178<br>MCCARTER & ENGLISH LLP<br>PETER M KNOB,ESQ<br>FOUR GATEWAY CENTER<br>100 MULBERRY ST<br>NEWARK NJ 07102<br>PKNOB@MCCARTER.COM | 000060P001-1413S-178<br>MCCARTER & ENGLISH LLP<br>JOSEPH LUBERTAZZI JR.,ESQ<br>FOUR GATEWAY CENTER<br>100 MULBERRY ST<br>NEWARK NJ 07102<br>JLUBERTAZZI@MCCARTER.COM |
| 000022P001-1413S-178<br>MCCARTER & ENGLISH, LLP<br>PETER KNOB<br>100 MULBERRY STREET<br>FOUR GATEWAY CENTER<br>NEWARK NJ 07102<br>PKNOB@MCCARTER.COM | 000069P001-1413S-178<br>MCELROY DEUTSCH MULVANEY & CARPENTER LLP<br>VIRGINIA T SHEA,ESQ<br>1300 MOUNT KEMBLE AVENUE<br>MORRISTOWN NJ 07962<br>VSHEA@MDMC-LAW.COM | 000070P001-1413S-178<br>MCELROY DEUTSCH MULVANEY & CARPENTER LLP<br>GARY D BRESSLER,ESQ<br>300 DELAWARE AVE STE 770<br>WILMINGTON DE 19801<br>GBRESSLER@MDMC-LAW.COM | 000093P002-1413S-178<br>MCMANIMON, SCOTLAND AND BAUMANN, LLC<br>ANTHONY SODONO, III; SARI PLACONA<br>75 LIVINGSTON AVE.,STE 201<br>ROSELAND NJ 07068<br>ASODONO@MSBNJ.COM |
| 000093P002-1413S-178<br>MCMANIMON, SCOTLAND AND BAUMANN, LLC<br>ANTHONY SODONO, III; SARI PLACONA<br>75 LIVINGSTON AVE.,STE 201<br>ROSELAND NJ 07068<br>SPLACONA@MSBNJ.COM | 000071P001-1413S-178<br>MORTON & CRAIG LLC<br>JOHN R MORTON JR, ESQ<br>110 MARTER AVE STE 301<br>MOORESTOWN NJ 08057<br>john.morton3@verizon.net | 000113P001-1413S-178<br>NORMAN N. KINEL, ESQ.<br>SQUIRE PATTON BOGGS (US) LLP<br>30 ROCKEFELLER PLAZA, 23RD FLOOR<br>NEW YORK NY 10012<br>NORMAN.KINEL@SQUIREPB.COM | 000113P001-1413S-178<br>NORMAN N. KINEL, ESQ.<br>SQUIRE PATTON BOGGS (US) LLP<br>30 ROCKEFELLER PLAZA, 23RD FLOOR<br>NEW YORK NY 10012<br>maura.mcintyre@squirepb.com |

Case 19-12809-JKS    Doc 808    Filed 08/20/19    Entered 08/20/19 10:09:02    Desc Main
Document    Page 6 of 12

New England Motor Freight, Inc., et al.
Electronic Mail
Exhibit Pages

Page # : 4 of 5                                                                                                                                         08/16/2019 06:12:21 PM

| | | | |
|---|---|---|---|
| 000106P001-1413S-178<br>NORRIS MCLAUGHLIN PA<br>MORRIS S BAUER,ESQ<br>400 CROSSING BOULEVARD,8TH FLOOR<br>BRIDGEWATER NJ 08807<br>MSBAUER@NORRIS-LAW.COM | 000107P001-1413S-178<br>NORRIS MCLAUGHLIN PA<br>CATHERINE L COREY,ESQ<br>400 CROSSING BOULEVARD, 8TH FLOOR<br>BRIDGEWATER NJ 08807<br>CLCOREY@NORRIS-LAW.COM | 000080P001-1413S-178<br>OFFICE OF UNEMPLOYMENT COMPENSATION TAX SERVICES<br>DEB SECREST,AUTHORIZED AGENT<br>PA-DEPT OF LABOR & INDUSTRY<br>COLLECTIONS SUPPORT UNIT<br>851 BOAS ST RM 702<br>HARRISBURG PA 17121<br>RA-LI-UCTS-BANKRUPT@STATE.PA.US | 000102P001-1413S-178<br>PA DEPT OF REVENUE<br>DENISE A KUHN, SEN DEPUTY ATTORNEY GEN<br>THE PHOENIX BUILDING<br>1600 ARCH ST., STE 300<br>PHILADELPHIA PA 19103<br>DKUHN@ATTORNEYGENERAL.GOV |
| 000095P001-1413S-178<br>PA- DEPT OF ENVIRONMENTAL PROTECTION<br>BRIAN GLASS, OFFICE OF THE CHIEF COUNSEL<br>SOUTHEAST REGIONAL COUNSEL<br>2 EAST MAIN ST<br>NORRISTOWN PA 19401-4915<br>BRIAGLASS@PA.GOV | 000098P001-1413S-178<br>PRICE MEESE SHULMAN & D'ARMINIO PC<br>RICK A STEINBERG,ESQ<br>50 TICE BOULEVARD STE 380<br>WOODCLIFF LAKE NJ 07677<br>RSTEINBERG@PRICEMEESE.COM | 000066P001-1413S-178<br>REED SMITH LLP<br>CHRISTOPHER A. LYNCH<br>599 LEXINGTON AVE<br>NEW YORK NY 10022<br>CLYNCH@REEDSMITH.COM | 000096P001-1413S-178<br>RIKER DANZIG SCHERER HYLAND & PERRETTI LLP<br>JOSEPH L SCHWARTZ;MICHAEL TRENTIN<br>HEADQUARTERS PLAZA<br>ONE SPEEDWELL AVE<br>MORRISTOWN NJ 07962-1981<br>JSCHWARTZ@RIKER.COM |
| 000096P001-1413S-178<br>RIKER DANZIG SCHERER HYLAND & PERRETTI LLP<br>JOSEPH L SCHWARTZ;MICHAEL TRENTIN<br>HEADQUARTERS PLAZA<br>ONE SPEEDWELL AVE<br>MORRISTOWN NJ 07962-1981<br>MTRENTIN@RIKER.COM | 000116P001-1413S-178<br>ROBERT HORNBY, ESQ.<br>MICHAEL R. CARUSO, ESQ.<br>CHIESA SHAHINIAN & GIANTOMASI<br>ONE BOLAND DRIVE<br>WEST ORANGE NJ 07052<br>RHORNBY@CSGLAW.COM | 000116P001-1413S-178<br>ROBERT HORNBY, ESQ.<br>MICHAEL R. CARUSO, ESQ.<br>CHIESA SHAHINIAN & GIANTOMASI<br>ONE BOLAND DRIVE<br>WEST ORANGE NJ 07052<br>MCARUSO@CSGLAW.COM | 000091P001-1413S-178<br>SHIPMAN & GOODWIN LLP<br>ERIC S GOLDSTEIN,ESQ<br>ONE CONSTITUTIONAL PLAZA<br>HARTFORD CT 06103<br>EGOLDSTEIN@GOODWIN.COM |
| 000018P001-1413S-178<br>SQUIRE PATTON BOGGS<br>NORMAN N KINEL<br>30 ROCKEFELLER PLAZA<br>NEW YORK NY 10112<br>NORMAN.KINEL@SQUIREPB.COM | 000094P001-1413S-178<br>SQUIRE PATTON BOGGS (US) LLP<br>NORMAN N KINEL,ESQ<br>30 ROCKEFELLER PLAZA, 23RD FLOOR<br>NEW YORK NY 10112<br>NORMAN.KINEL@SQUIREPB.COM | 000119P001-1413S-178<br>STEPHEN B. GROW, ESQ.<br>WARNER NORCROSS + JUDD LLP<br>111 LYON ST NW # 900<br>GRAND RAPIDS MI 49503<br>SGROW@WNJ.COM | 000035P002-1413S-178<br>SUPERIOR DISTRIBUTORS CO, INC<br>MARLENE; RICHARD KLEIN<br>4 MIDLAND AVE<br>ELMWOOD PARK NJ 07407<br>MARLENE@SUPERIORDISTRIBUTORSINC.COM |
| 000128P001-1413S-178<br>THOMPSON O'BRIEN KEMP & NASUTI PC<br>ALBERT F NASUTI,ESQ<br>40 TECHNOLOGY PARKWAY SOUTH, STE 300<br>PEACHTREE CORNERS GA 30092<br>ANASUTI@TOKN.COM | 000054P001-1413S-178<br>TROUTMAN SANDERS<br>DAVID A PISCIOTTA<br>875 THIRD AVENUE<br>NEW YORK NY 10022<br>DAVID.PISCIOTTA@TROUTMAN.COM | 000055P001-1413S-178<br>TROUTMAN SANDERS<br>LOUIS CURCIO<br>875 THIRD AVENUE<br>NEW YORK NY 10022<br>LOUIS.CURCIO@TROUTMAN.COM | 000056P001-1413S-178<br>TROUTMAN SANDERS<br>ALISSA PICCIONE<br>875 THIRD AVENUE<br>NEW YORK NY 10022<br>ALISSA.PICCIONE@TROUTMAN.COM |
| 000064P001-1413S-178<br>TROUTMAN SANDERS LLP<br>LOUIS A CURCIO,ESQ<br>875 THIRD AVE<br>NEW YORK NY 10022<br>LOUIS.CURCIO@TROUTMAN.COM | 000065P001-1413S-178<br>TROUTMAN SANDERS LLP<br>DAVID A PISCIOTTA,ESQ<br>875 THIRD AVE<br>NEW YORK NY 10022<br>DAVID.PISCIOTTA@TROUTMAN.COM | 000092P001-1413S-178<br>TURNER LAW FIRM LLC<br>ANDREW R TURNER,ESQ<br>76 SOUTH ORANGE AVE STE 106<br>SOUTH ORANGE NJ 07079<br>ATURNER@TURNERLAW.NET | 000097P002-1413S-178<br>UNITED STATES DEPARTMENT OF JUSTICE<br>PETER J. D'AURIA,ESQ; MITCHELL HAUSMAN<br>OFFICE OF THE UNITED STATES TRUSTEE<br>ONE NEWARK CENTER STE 2100<br>NEWARK NJ 07102<br>PETER.J.D'AURIA@USDOJ.GOV |

**New England Motor Freight, Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

Page # : 5 of 5                                                                                                                                        08/16/2019 06:12:21 PM

| | | | |
|---|---|---|---|
| 000097P002-1413S-178<br>UNITED STATES DEPARTMENT OF JUSTICE<br>PETER J. D'AURIA,ESQ; MITCHELL HAUSMAN<br>OFFICE OF THE UNITED STATES TRUSTEE<br>ONE NEWARK CENTER STE 2100<br>NEWARK NJ 07102<br>MITCHELL.B.HAUSMAN@USDOJ.GOV | 000001P001-1413S-178<br>UNITED STATES TRUSTEE<br>ONE NEWARK CENTER, SUITE 2100<br>1085 RAYMOND BOULEVARD<br>NEWARK NJ 07102<br>jeffrey.m.sponder@usdoj.gov | 000001P001-1413S-178<br>UNITED STATES TRUSTEE<br>ONE NEWARK CENTER, SUITE 2100<br>1085 RAYMOND BOULEVARD<br>NEWARK NJ 07102<br>Mitchell.B.Hausman@usdoj.gov | 000001P001-1413S-178<br>UNITED STATES TRUSTEE<br>ONE NEWARK CENTER, SUITE 2100<br>1085 RAYMOND BOULEVARD<br>NEWARK NJ 07102<br>Peter.J.D'Auria@usdoj.gov |
| 000105P001-1413S-178<br>UPDIKE KELLY & SPELLACY PC<br>EVAN S GOLDSTEIN, ESQ<br>100 PEARL ST.,17TH FLOOR<br>P O BOX 231277<br>HARTFORD CT 06123-1277<br>EGOLDSTEIN@UKS.COM | 000122P001-1413S-178<br>VIRGINIA T. SHEA, ESQ.<br>MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP<br>1300 MOUNT KEMBLE AVE<br>MORRISTOWN NJ 07962<br>VSHEA@MDMC-LAW.COM | 000057P001-1413S-178<br>WASSERMAN JURISTA & STOLZ PC<br>DANIEL M STOLZ,ESQ<br>110 ALLEN ROAD STE 304<br>BASKING RIDGE NJ 07920<br>DSTOLZ@WJSLAW.COM | 000058P001-1413S-178<br>WASSERMAN JURISTA & STOLZ PC<br>DONALD W CLARKE,ESQ<br>110 ALLEN ROAD STE 304<br>BASKING RIDGE NJ 07920<br>DCLARKE@WJSLAW.COM |
| 000021P003-1413S-178<br>WHITEFORD TAYLOR PRESTON LLP<br>PAUL M NUSSBAUM<br>7 SAINT PAUL STREET<br>BALTIMORE MD 21202-1636<br>PNUSSBAUM@WTPLAW.COM | | | |

Records Printed :    **105**

# EXHIBIT 2

New England Motor Freight, Inc., et al.
Exhibit Pages

Page # : 1 of 4                                                                                           08/16/2019 06:11:34 PM

| | | | |
|---|---|---|---|
| 000088P001-1413S-178<br>AAA COOPER TRANSPORTATION<br>TIFFANY ENGELHUBER<br>1751 KINSEY ROAD<br>DOTHAN AL 36303 | 000110P001-1413S-178<br>ALAN J. BRODY, ESQ.<br>GREENBERG TRAURIG, LLP<br>500 CAMPUS DR, STE 400<br>FLORHAM PARK NJ 07932-0677 | 000148P001-1413S-178<br>ANTHONY G ROSS, ESQ<br>126 SOUTH MAIN STREET<br>PITTSTON PA 18640 | 000118P001-1413S-178<br>ANTHONY SODONO, III, ESQ.<br>SARI B. PLACONA MCMANIMON<br>SCOTLAND & BAUMANN<br>75 LIVINGSTON AVE<br>ROSELAND NJ 07068 |
| 000068P001-1413S-178<br>BENESCH FRIEDLANDER COPLAN & ARONOFF LLP<br>KEVIN M CAPUZZI<br>CONTINENTAL PLAZA II<br>411 HACKENSACK AVE.,3RD FLOOR<br>HACKENSACK NJ 07601-6323 | 000072P001-1413S-178<br>CAB EAST LLC,SERVICED BY FORD MOTOR CREDIT CO.,LLC<br>NATIONAL BANKRUPTCY SERVICE CENTER<br>P O BOX 62180<br>COLORADO SPRINGS CO 80921 | 000077P001-1413S-178<br>CHIESA SHAHINIAN & GIANTOMASI PC<br>BETH J ROTENBERG,ESQ<br>ONE BOLAND DRIVE<br>WEST ORANGE NJ 07052 | 000078P001-1413S-178<br>CHIESA SHAHINIAN & GIANTOMASI PC<br>FRANK PERETORE,ESQ<br>ONE BOLAND DRIVE<br>WEST ORANGE NJ 07052 |
| 000085P001-1413S-178<br>CHIESA SHAHINIAN & GIANTOMASI PC<br>ROBERT E NIES,ESQ<br>ONE BOLAND DRIVE<br>WEST ORANGE NJ 07052 | 000108P001-1413S-178<br>CHIESA SHAHINIAN & GIANTOMASI PC<br>MICHAEL R CARUSO,ESQ<br>ONE BOLAND DRIVE<br>WEST ORANGE NJ 07052 | 000117P001-1413S-178<br>CHRISTOPHER A. LYNCH, ESQ.<br>REED SMITH LLP<br>599 LEXINGTON AVE<br>NEW YORK NY 10022 | 000081P001-1413S-178<br>COLE SCHOTZ PC<br>MICHAEL D SIROTA,ESQ<br>COURT PLAZA NORTH<br>25 MAIN ST<br>HACKENSACK NJ 07601 |
| 000082P001-1413S-178<br>COLE SCHOTZ PC<br>JACOB S FRUMKIN,ESQ<br>COURT PLAZA NORTH<br>25 MAIN ST<br>HACKENSACK NJ 07601 | 000104P001-1413S-178<br>CONNELL FOLEY LLP<br>ROBERT K SCHEINBAUM,ESQ<br>56 LIVINGSTON AVE<br>ROSELAND NJ 07068 | 000127P001-1413S-178<br>COOLEY LLP<br>RICHARD S KANOWITZ;EVAN M LAZEROWITZ<br>55 HUDSON YARDS<br>NEW YORK NY 10001 | 000147P001-1413S-178<br>CULLEN AND DYKMAN LLP<br>DAVID EDELBERG, ESQ.<br>433 HACKENSACK AVE 12TH FL<br>HACKENSACK NJ 07601 |
| 000126P001-1413S-178<br>D'ARCY JOHNSON DAY<br>RICHARD J ALBUQUERQUE,ESQ<br>3120 FIRE ROAD STE 100<br>EGG HARBOR TOWNSHIP NJ 08234 | 000109P003-1413S-178<br>DAIMLER TRUST<br>C/O BK SERVICING, LLC<br>ED GEZEL, AGENT<br>P O BOX 131265<br>ROSEVILLE MN 55113-0011 | 000114P001-1413S-178<br>DAVID A. PISCIOTTA, ESQ.<br>LOUIS A. CURCIO, ESQ.<br>TROUTMAN SANDERS<br>875 THIRD AVENUE<br>NEW YORK NY 10022 | 000012P001-1413S-178<br>DEPARTMENT OF ENVIRONMENTAL PROTECTION<br>OFFICE OF RECORDS ACCESS<br>ATTN: BANKR. COORDINATOR<br>PO BOX 402<br>MAIL CODE 401-06Q<br>TRENTON NJ 08625-0402 |
| 000075P001-1413S-178<br>DILWORTH PAXSON LLP<br>SCOTT J FREEDMAN<br>457 HADDONFIELD ROAD STE 700<br>CHERRY HILL NJ 08002 | 000103P001-1413S-178<br>DINSMORE & SHOHL LLP<br>GRACE WINKLER CRANLEY,ESQ<br>227 WEST MONROE ST.,STE 3850<br>CHICAGO IL 60606 | 000100P001-1413S-178<br>DREIFUSS BONACCI & PARKER PC<br>JOANNE M BONACCI<br>26 COLUMBIA TURNPIKE STE 101 NORTH ENTRANCE<br>FLORHAM PARK NJ 07932 | 000101P001-1413S-178<br>DREIFUSS BONACCI & PARKER PC<br>PAUL M MCCORMICK,ESQ<br>26 COLUMBIA TURNPIKE STE 101, NORTH ENTRANCE<br>FLORHAM PARK NJ 07932 |
| 000087P003-1413S-178<br>ELLIOT GREENLEAF<br>R X ZAHRALDDIN- ARAVENA;JONATHAN M STEMERMAN<br>SARAH DENIS<br>1105 MARKET ST STE 1700<br>WILMINGTON DE 19801 | 000008P001-1413S-178<br>ENVIRONMENTAL PROTECTION AGENCY<br>REGION 2<br>290 BROADWAY<br>17TH FLOOR<br>NEW YORK NY 10007-1866 | 000120P001-1413S-178<br>EVAN S. GOLDSTEIN UPDIKE<br>KELLY & SPELLACY, P.C.<br>100 PEARL STREET 17TH FLOOR<br>PO BOX 231277<br>HARTFORD CT 06103 | 000020P001-1413S-178<br>FRESHFIELDS BRUCKHAUS DERINGER<br>MARK F LISCIO<br>601 LEXINGTON AVE<br>31ST FLOOR<br>NEW YORK NY 10022 |

New England Motor Freight, Inc., et al.
Exhibit Pages

Page # : 2 of 4                                                                                                                         08/16/2019 06:11:34 PM

| | | | |
|---|---|---|---|
| 000063P001-1413S-178<br>FRESHFIELDS BRUCKHAUS DERINGER US LLP<br>MARK F LISCIO<br>601 LEXINGTON AVE, 31ST FLOOR<br>NEW YORK NY 10022 | 000084P001-1413S-178<br>FROST BROWN  TODD LLC<br>MARK A PLATT<br>100 CRESCENT COURT STE 350<br>DALLAS TX 75201 | 000121P001-1413S-178<br>GARY D. BRESSLER, ESQ.<br>MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP<br>300 DELAWARE AVE, STE 770<br>WILMINGTON DE 19801 | 000017P001-1413S-178<br>GEBHARDT & SMITH LLP<br>JAMES M SMITH<br>ONE SOUTH STREET<br>SUITE 2200<br>BALTIMORE MD 21202-3281 |
| 000061P001-1413S-178<br>GEBHARDT & SMITH LLP<br>DAVID V FONTANA,ESQ<br>ONE SOUTH ST STE 2200<br>BALTIMORE MD 21202 | 000073P001-1413S-178<br>GEBHARDT & SMITH LLP<br>LISA BITTLE TANCREDI<br>ONE SOUTH STREET<br>SUITE 2200<br>BALTIMORE MD 21202-3281 | 000074P001-1413S-178<br>GEBHARDT & SMITH LLP<br>LISA BITTLE TANCREDI<br>1000 N WEST STREET<br>SUITE 1200<br>WILMINGTON DE 19801 | 000019P001-1413S-178<br>GREENBERG TRAURIG<br>ALAN J. BRODY<br>500 CAMPUS DRIVE<br>SUITE 400<br>FLORHAM PARK NJ 07932 |
| 000062P001-1413S-178<br>GREENBERG TRAURIG LLP<br>ALAN J BRODY,ESQ<br>500 CAMPUS DRIVE<br>FLORHAM PARK NJ 07932 | 000090P001-1413S-178<br>GUTTMAN OIL CO.<br>GREGORY J. CREIGHAN<br>200 SPEERS STREET<br>BELLE VERNON PA 15012 | 000083P001-1413S-178<br>HINMAN HOWARD & KATTELL LLP<br>KEVIN J BLOOM,ESQ<br>PARK 80 WEST -PLAZA II<br>250 PEHLE AVE STE 200<br>SADDLE BROOK NJ 07663-5834 | 000027P001-1413S-178<br>IAM NATIONAL PENSION FUND<br>RYK TIERNEY EXEC DIR AND RAYMOND GOAD JR GC<br>1300 CONNECTICUT AVE<br>STE 300<br>WASHINGTON DC 20036 |
| 000004P001-1413S-178<br>INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | 000005P001-1413S-178<br>INTERNAL REVENUE SERVICE<br>2970 MARKET STREET<br>MAIL STOP 5-Q30.133<br>PHILADELPHIA PA 19104-5016 | 000076P001-1413S-178<br>JM PARTNERS LLC<br>JOHN MARSHALL<br>6800 PARAGON PLACE STE 202<br>RICHMOND VA 23230-1656 | 000115P001-1413S-178<br>JOSEPH LUBERTAZZI, ESQ.<br>PETER M. KNOB, ESQ.<br>MCCARTER & ENGLISH<br>100 MULBERRY ST FOUR GATEWAY CENTER<br>NEWARK NJ 07102 |
| 000125P001-1413S-178<br>KIM CHO & LIM LLC<br>JOSHUA S LIM,ESQ<br>460 BERGEN BOULEVARD STE 305<br>PALISADES PARK NJ 07650 | 000079P001-1413S-178<br>KLEHR HARRISON HARVEY BRANZBURG LLP<br>CHARLES A ERCOLE;RONA J ROSEN<br>10000 LINCOLN DRIVE EAST STE 201<br>MARLTON NJ 08053 | 000129P001-1413S-178<br>KML LAW GROUP PC<br>REBECCA A SOLARZ,ESQ<br>216 HADDON AVENUE STE 406<br>WESTMONT NJ 08108 | 000124P001-1413S-178<br>KML LAW GROUP, P.C.<br>KEVIN G. MCDONALD, ESQ.<br>216 HADDON AVE STE 406<br>WESTMONT NJ 08108 |
| 000089P001-1413S-178<br>LANDSTAR TRANSPORTATION LOGISTICS, INC.<br>SPRYTE KIMMEY<br>13410 SUTTON PARK DR S<br>JACKSONVILLE FL 32224 | 000146P001-1413S-178<br>LAW FIRM OF BRIAN W HOFMEISTER LLC<br>BRIAN W HOFMEISTER, ESQ<br>3131 PRINCETON PIKE BUILDING 5,STE 110<br>LAWRENCEVILLE NJ 08648 | 000130P001-1413S-178<br>LAW OFFICES OF KENNETH L BAUM LLC<br>KENNETH L BAUM,ESQ<br>167 MAIN STREET<br>HACKENSACK NJ 07601 | 000112P001-1413S-178<br>LISA BITTLE TANCREDI, ESQ.<br>DAVID FONTANA, ESQ.<br>GEBHARDT & SMITH LLP<br>ONE SOUTH ST, STE 2200<br>BALTIMORE MD 21202-3281 |
| 000086P001-1413S-178<br>LOWENSTEIN SANDLER LLP<br>MARY E SEYMOUR;JOSEPH J DIPASQUALE<br>ONE LOWENSTEIN DRIVE<br>ROSELAND NJ 07068 | 000111P001-1413S-178<br>MARK  LISCIO, ESQ.<br>NEAL MODI, ESQ. / SCOTT TALMADGE, ESQ.<br>FRESHFIELDS BRUCKHAUS DERINGER US LLP<br>601 LEXINGTON AVE, 31ST FL<br>NEW YORK NY 10022 | 000099P001-1413S-178<br>MAYNARD O'CONNOR SMITH & CATALINOTTO LLP<br>JUSTIN W GRAY,ESQ<br>6 TOWER PLACE<br>ALBANY NY 12203 | 000059P001-1413S-178<br>MCCARTER & ENGLISH LLP<br>PETER M KNOB,ESQ<br>FOUR GATEWAY CENTER<br>100 MULBERRY ST<br>NEWARK NJ 07102 |

# New England Motor Freight, Inc., et al.
## Exhibit Pages

Page # : 3 of 4                                                                                                               08/16/2019 06:11:34 PM

| | | | |
|---|---|---|---|
| 000060P001-1413S-178<br>MCCARTER & ENGLISH LLP<br>JOSEPH LUBERTAZZI JR.,ESQ<br>FOUR GATEWAY CENTER<br>100 MULBERRY ST<br>NEWARK NJ 07102 | 000022P001-1413S-178<br>MCCARTER & ENGLISH, LLP<br>PETER KNOB<br>100 MULBERRY STREET<br>FOUR GATEWAY CENTER<br>NEWARK NJ 07102 | 000069P001-1413S-178<br>MCELROY DEUTSCH MULVANEY & CARPENTER LLP<br>VIRGINIA T SHEA,ESQ<br>1300 MOUNT KEMBLE AVENUE<br>MORRISTOWN NJ 07962 | 000070P001-1413S-178<br>MCELROY DEUTSCH MULVANEY & CARPENTER LLP<br>GARY D BRESSLER,ESQ<br>300 DELAWARE AVE STE 770<br>WILMINGTON DE 19801 |
| 000093P002-1413S-178<br>MCMANIMON, SCOTLAND AND BAUMANN, LLC<br>ANTHONY SODONO, III; SARI PLACONA<br>75 LIVINGSTON AVE.,STE 201<br>ROSELAND NJ 07068 | 000071P001-1413S-178<br>MORTON & CRAIG LLC<br>JOHN R MORTON JR, ESQ<br>110 MARTER AVE STE 301<br>MOORESTOWN NJ 08057 | 000067P001-1413S-178<br>MYRON SHEVELL<br>C/O NEW ENGLAND MOTOR FREIGHT INC<br>ZACHARY W. COHEN<br>1-71 NORTH AVENUE E<br>ELIZABETH NJ 07201 | 000009P002-1413S-178<br>NEW JERSEY ATTORNEY GENERAL OFFICE<br>DIVISION OF LAW<br>RICHARD J. HUGHES JUSTICE COMPLEX<br>25 MARKET ST<br>TRENTON NJ 08625-0112 |
| 000010P002-1413S-178<br>NEW JERSEY DIVISION OF TAXATION<br>COMPLIANCE & ENFORCEMENT UNIT<br>BANKRUPTCY UNIT<br>50 BARRACK STREET, 9TH FLOOR<br>TRENTON NJ 08695-0267 | 000011P001-1413S-178<br>NEW JERSEY MOTOR VEHICLE COMMISSION<br>ADMINISTRATIVE UNIT<br>225 EAST STATE STREET<br>TRENTON NJ 08666 | 000113P001-1413S-178<br>NORMAN N. KINEL, ESQ.<br>SQUIRE PATTON BOGGS (US) LLP<br>30 ROCKEFELLER PLAZA, 23RD FLOOR<br>NEW YORK NY 10012 | 000106P001-1413S-178<br>NORRIS MCLAUGHLIN PA<br>MORRIS S BAUER,ESQ<br>400 CROSSING BOULEVARD,8TH FLOOR<br>BRIDGEWATER NJ 08807 |
| 000107P001-1413S-178<br>NORRIS MCLAUGHLIN PA<br>CATHERINE L COREY,ESQ<br>400 CROSSING BOULEVARD, 8TH FLOOR<br>BRIDGEWATER NJ 08807 | 000080P001-1413S-178<br>OFFICE OF UNEMPLOYMENT COMPENSATION TAX SERVICES<br>DEB SECREST,AUTHORIZED AGENT<br>PA-DEPT OF LABOR & INDUSTRY<br>COLLECTIONS SUPPORT UNIT<br>851 BOAS ST RM 702<br>HARRISBURG PA 17121 | 000102P001-1413S-178<br>PA DEPT OF REVENUE<br>DENISE A KUHN, SEN DEPUTY ATTORNEY GEN<br>THE PHOENIX BUILDING<br>1600 ARCH ST., STE 300<br>PHILADELPHIA PA 19103 | 000095P001-1413S-178<br>PA- DEPT OF ENVIRONMENTAL PROTECTION<br>BRIAN GLASS, OFFICE OF THE CHIEF COUNSEL<br>SOUTHEAST REGIONAL COUNSEL<br>2 EAST MAIN ST<br>NORRISTOWN PA 19401-4915 |
| 000098P001-1413S-178<br>PRICE MEESE SHULMAN & D'ARMINIO PC<br>RICK A STEINBERG,ESQ<br>50 TICE BOULEVARD STE 380<br>WOODCLIFF LAKE NJ 07677 | 000066P001-1413S-178<br>REED SMITH LLP<br>CHRISTOPHER A. LYNCH<br>599 LEXINGTON AVE<br>NEW YORK NY 10022 | 000096P001-1413S-178<br>RIKER DANZIG SCHERER HYLAND & PERRETTI LLP<br>JOSEPH L SCHWARTZ;MICHAEL TRENTIN<br>HEADQUARTERS PLAZA<br>ONE SPEEDWELL AVE<br>MORRISTOWN NJ 07962-1981 | 000116P001-1413S-178<br>ROBERT HORNBY, ESQ.<br>MICHAEL A. CARUSO, ESQ.<br>CHIESA SHAHINIAN & GIANTOMASI<br>ONE BOLAND DRIVE<br>WEST ORANGE NJ 07052 |
| 000006P001-1413S-178<br>SECURITIES EXCHANGE COMMISSION<br>NEW YORK REGIONAL OFFICE<br>ATTN: ANDREW CALAMARI, REGIONAL DIRECTOR<br>BROOKFIELD PLACE<br>200 VESSEY STREET, SUITE 400<br>NEW YORK NY 10281-1022 | 000091P001-1413S-178<br>SHIPMAN & GOODWIN LLP<br>ERIC S GOLDSTEIN,ESQ<br>ONE CONSTITUTIONAL PLAZA<br>HARTFORD CT 06103 | 000018P001-1413S-178<br>SQUIRE PATTON BOGGS<br>NORMAN N KINEL<br>30 ROCKEFELLER PLAZA<br>NEW YORK NY 10112 | 000094P001-1413S-178<br>SQUIRE PATTON BOGGS (US) LLP<br>NORMAN N KINEL,ESQ<br>30 ROCKEFELLER PLAZA, 23RD FLOOR<br>NEW YORK NY 10112 |
| 000119P001-1413S-178<br>STEPHEN B. GROW, ESQ.<br>WARNER NORCROSS + JUDD LLP<br>111 LYON ST NW # 900<br>GRAND RAPIDS MI 49503 | 000035P002-1413S-178<br>SUPERIOR DISTRIBUTORS CO, INC<br>MARLENE; RICHARD KLEIN<br>4 MIDLAND AVE<br>ELMWOOD PARK NJ 07407 | 000128P001-1413S-178<br>THOMPSON O'BRIEN KEMP & NASUTI PC<br>ALBERT F NASUTI,ESQ<br>40 TECHNOLOGY PARKWAY SOUTH, STE 300<br>PEACHTREE CORNERS GA 30092 | 000055P001-1413S-178<br>TROUTMAN SANDERS<br>LOUIS CURCIO<br>875 THIRD AVENUE<br>NEW YORK NY 10022 |

**New England Motor Freight, Inc., et al.**
**Exhibit Pages**

Page # : 4 of 4                                                                                                08/16/2019 06:11:34 PM

| | | | |
|---|---|---|---|
| 000056P001-1413S-178<br>TROUTMAN SANDERS<br>ALISSA PICCIONE<br>875 THIRD AVENUE<br>NEW YORK NY 10022 | 000054P001-1413S-178<br>TROUTMAN SANDERS LLP<br>DAVID A PISCIOTTA,ESQ<br>875 THIRD AVENUE<br>NEW YORK NY 10022 | 000064P001-1413S-178<br>TROUTMAN SANDERS LLP<br>LOUIS A CURCIO,ESQ<br>875 THIRD AVE<br>NEW YORK NY 10022 | 000092P001-1413S-178<br>TURNER LAW FIRM LLC<br>ANDREW R TURNER,ESQ<br>76 SOUTH ORANGE AVE STE 106<br>SOUTH ORANGE NJ 07079 |
| 000002P001-1413S-178<br>UNITED STATES ATTORNEY<br>DISTRICT OF NEW JERSEY<br>PETER RODINO FEDERAL BUILDING<br>970 BROAD STREET, SUITE 700<br>NEWARK NJ 07102 | 000097P002-1413S-178<br>UNITED STATES DEPARTMENT OF JUSTICE<br>PETER J. D'AURIA,ESQ; MITCHELL HAUSMAN<br>OFFICE OF THE UNITED STATES TRUSTEE<br>ONE NEWARK CENTER STE 2100<br>NEWARK NJ 07102 | 000001P001-1413S-178<br>UNITED STATES TRUSTEE<br>ONE NEWARK CENTER, SUITE 2100<br>1085 RAYMOND BOULEVARD<br>NEWARK NJ 07102 | 000105P001-1413S-178<br>UPDIKE KELLY & SPELLACY PC<br>EVAN S GOLDSTEIN, ESQ<br>100 PEARL ST.,17TH FLOOR<br>P O BOX 231277<br>HARTFORD CT 06123-1277 |
| 000122P001-1413S-178<br>VIRGINIA T. SHEA, ESQ.<br>MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP<br>1300 MOUNT KEMBLE AVE<br>MORRISTOWN NJ 07962 | 000057P001-1413S-178<br>WASSERMAN JURISTA & STOLZ PC<br>DANIEL M STOLZ,ESQ<br>110 ALLEN ROAD STE 304<br>BASKING RIDGE NJ 07920 | 000058P001-1413S-178<br>WASSERMAN JURISTA & STOLZ PC<br>DONALD W CLARKE,ESQ<br>110 ALLEN ROAD STE 304<br>BASKING RIDGE NJ 07920 | 000021P003-1413S-178<br>WHITEFORD TAYLOR PRESTON LLP<br>PAUL M NUSSBAUM<br>7 SAINT PAUL STREET<br>BALTIMORE MD 21202-1636 |

Records Printed :   96