**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**
Caption in compliance with D.N.J. LBR 9004-1(b)

**McCARTER & ENGLISH, LLP**
Joseph Lubertazzi, Jr., Esq.
Peter M. Knob, Esq.
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
Telephone: (973) 622-4444
Facsimile: (973) 624-7070
E-mail: jlubertazzi@mccarter.com
pknob@mccarter.com

*Counsel to Capital One, N.A.*

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC., *et al.*,[3] | Case No. 19-12809 (JKS) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF CONSENT
## REGARDING CONSENT ORDER

I certify that with respect to the Consent Order by and among Capital One, N.A., the above-captioned debtors-in-possession, and the Official Committee of Unsecured Creditors appointed in the above-captioned chapter 11 cases, submitted to the Court, the following conditions have been met:

a) The terms of the consent order are identical to those set forth in the original consent order;

b) The signatures represented by the /s/ on the consent order reference the signatures of consenting parties obtained on the original consent order;

c) I will retain the original consent order for a period of 7 years from the date of closing of the case or adversary proceeding;

---

[3] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC (4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMF Logistics, LLC (4666).

    d) I will make the original consent order available for inspection on request of the Court or any party in interest; and

    e) I will simultaneously electronically file this certification with the Court, by use of my login and password, thereby signing same for all purposes including those under Fed. R. Bankr. P. 9011 (sign certification with a /s/           ).

Date: August 22, 2019

                                                                                          By: */s/ Peter M. Knob*
                                                                                            Peter M. Knob, Esq.