| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**NORRIS McLAUGHLIN, P.A.**<br>**Morris S. Bauer, Esq.**<br>400 Crossing Boulevard, 8th Floor<br>PO Box 5933<br>Bridgewater, NJ 08807-5933<br>(908) 722-0700<br>msbauer@norris-law.com<br>*Attorneys for East River Energy, Inc.* | |
| In Re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No.:   19-12809(JKS)<br><br>Judge:   Hon. John K. Sherwood |

### NOTICE OF WITHDRAWAL OF MOTION TO COMPEL PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM

PLEASE TAKE NOTICE that East River Energy, Inc. ("East River"), by and through their counsel, Norris McLaughlin, P.A., withdraws the Motion to Compel Payment of Administrative Expense Claim (Docket No. 702) in the above captioned matter without prejudice.

                                                                  NORRIS McLAUGHLIN, P.A.
                                                                  Counsel for the East River Energy, Inc.

                                                                  By: */s/ Morris Bauer*
                                                                         MORRIS BAUER

Dated: August 23, 2019

10446547-1

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC (4357); Mylon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMF Logistics, LLC (4666).