In regard to the letter you have sent me. New England Motor Freight has damaged my Back yard fence while making a delivery to Dunmore Candy Kitchen located behind my Back yard fence. The driver of New England Motor Freight had given me phone no of his insurance Co. I had to call Ronco Fence Co & received an estimate for repair & send it to his insurance co. The insurance co. send me the estimated price. I paid Ronco Fence Co. to replace the Broken Fence. all this has been paid for and repaired. why are you sending me letters from U.S Bankruptcy court. This has nothing to do with me. I do not owe anybody any money.

Dorothy Kay