Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−12809−JKS
Chapter: 11
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   New England Motor Freight, Inc.
   1−71 North Ave E
   Elizabeth, NJ 07201

Social Security No.:

Employer's Tax I.D. No.:
   22−1977697

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 9/17/19 at 10:00 AM

to consider and act upon the following:

*829* − Motion re: For Leave To Amend Proof Of Claim, Or In The Alternative, To File A Late Proof of Claim Filed by David L. Eisbrouch on behalf of Carlos Diaz. (Attachments: # 1 Declaration i Support of Motion # 2 Memorandum of Law # 3 Exhibit # 4 Proposed Order # 5 Certificate of Service) (mg)

Dated: 8/30/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court