# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC., *et al.*, | Case No. 19-12809 (JKS) |
| | (Jointly Administered) |
| Debtors.[1] | |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                        )  ss:
COUNTY OF KINGS    )

I, Edward A. Calderon, declare:

1. I am over the age of 18 years and not a party to these chapter 11 cases.

2. I am employed by Donlin, Recano & Company, Inc., ("DRC"), 6201 15th Avenue, Brooklyn, NY 11219.

3. On the 28th day of August, 2019, at my direction and under my supervision, employees of DRC caused to serve the following documents:

   a) Debtors' Notice of Commencement of Bankruptcy Case and 341(A) Meeting of Creditors;

   b) Notice of Amendment of Debtor New England Motor Freight, Inc.'s Schedules of Assets and Liabilities (Docket No. 822);

   c) Order Respecting Amendment to Schedule(s) E/F (Docket No. 823);

   d) Notice of Amendment of Debtor Eastern Freight Ways, Inc.'s Schedules of Assets and Liabilities (Case No. 19-12812 - Docket No. 15); and

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC (4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMF Logistics, LLC (4666).

NEMF00181

e) Order Respecting Amendment to Schedule(s) E/F (Case No. 19-12812 - Docket No. 16),

via First Class US Mail upon the parties as set forth on <u>Exhibit 1</u>, attached hereto.

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 29th day of August, 2019, Brooklyn, New York.

By _____
Edward A. Calderon

Sworn before me this
29th day of August, 2019

_____
Notary Public

Jungwoo Song
Notary Public, State of New York
No. 02SO6231374
Qualified in Kings County
Commission Expires; Nov. 22, 2018 2022

NEMF00181

# EXHIBIT 1

| | | | |
|---|---|---|---|
| 000088P001-1413S-181<br>AAA COOPER TRANSPORTATION<br>TIFFANY ENGELHUBER<br>1751 KINSEY ROAD<br>DOTHAN AL 36303 | 000087P003-1413S-181<br>ELLIOT GREENLEAF<br>R X ZAHRALDDIN- ARAVENA;JONATHAN M STEMERMAN<br>SARAH DENIS<br>1105 MARKET ST STE 1700<br>WILMINGTON DE 19801 | 000090P001-1413S-181<br>GUTTMAN OIL CO.<br>GREGORY J. CREIGHAN<br>200 SPEERS STREET<br>BELLE VERNON PA 15012 | 000027P001-1413S-181<br>IAM NATIONAL PENSION FUND<br>RYK TIERNEY EXEC DIR AND RAYMOND GOAD JR GC<br>1300 CONNECTICUT AVE<br>STE 300<br>WASHINGTON DC 20036 |
| 000089P001-1413S-181<br>LANDSTAR TRANSPORTATION LOGISTICS, INC.<br>SPRYTE KIMMEY<br>13410 SUTTON PARK DR S<br>JACKSONVILLE FL 32224 | 000086P001-1413S-181<br>LOWENSTEIN SANDLER LLP<br>MARY E SEYMOUR;JOSEPH J DIPASQUALE<br>ONE LOWENSTEIN DRIVE<br>ROSELAND NJ 07068 | 000035P002-1413S-181<br>SUPERIOR DISTRIBUTORS CO, INC<br>MARLENE; RICHARD KLEIN<br>4 MIDLAND AVE<br>ELMWOOD PARK NJ 07407 | 000097P002-1413S-181<br>UNITED STATES DEPARTMENT OF JUSTICE<br>PETER J. D'AURIA,ESQ; MITCHELL HAUSMAN<br>OFFICE OF THE UNITED STATES TRUSTEE<br>ONE NEWARK CENTER STE 2100<br>NEWARK NJ 07102 |
| 000001P001-1413S-181<br>UNITED STATES TRUSTEE<br>ONE NEWARK CENTER, SUITE 2100<br>1085 RAYMOND BOULEVARD<br>NEWARK NJ 07102 | | | |

Records Printed :  9

**New England Motor Freight, Inc., et al.**

Exhibit Pages
**CLAIMANTS**

Page # : 1 of 4                                                                                                                                         08/29/2019 04:11:30 PM

| | | | |
|---|---|---|---|
| 044637P001-1413A-181<br>AAA INSURANCE SUBROGEE FOR JORGE BASSI<br>PO BOX 24523<br>OAKLAND CA 94623 | 044673P001-1413A-181<br>AMMAN AMIR AHMAD<br>6 CRINSON CT<br>LAKE IN THE HILLS IL 60156 | 044598P001-1413A-181<br>ALLIED RECOVERY<br>FOR GEICO SUBROGEE FOR TIANNA KOULIK<br>PO BOX 1011<br>PORT JEFFERSON STATIONS NY 11776 | 043954P001-1413A-181<br>ALLSTATE SUBROGEE FOR GERMAN ALTER<br>PO BOX 650506<br>DALLAS TX 75265 |
| 044643P001-1413A-181<br>ANDY MUDD<br>8410 MEGAN LN<br>PORT TOBACCO MD 20677 | 044659P001-1413A-181<br>ARBELLA MUTUAL INSURANCE<br>SUBROGEE FOR JONATHAN SWEENEY<br>PO BOX 699195<br>QUINCY MA 02269 | 044669P001-1413A-181<br>RUBEN RODRIGUEZ AYALA<br>2119 KINGS FOREST DR<br>CONYERS GA 30013 | 044618P001-1413A-181<br>BARTON TOOL INC<br>1864 LYNDON PK<br>PO BOX 17<br>FALCONER NY 14733 |
| 044661P001-1413A-181<br>ASHLEY BELL<br>23 OAK STREET<br>DUMONT NJ 07628 | 044679P001-1413A-181<br>RAQIA BETHEA<br>88 PARROW STT APT 202<br>ORANGE NJ 07050 | 044635P001-1413A-181<br>BOROUGH OF SEWICKLEY<br>601 THORM ST<br>PO BOX 428<br>SEWICKLEY PA 15143 | 044676P001-1413A-181<br>BOROUGH OF SEWICKLEY<br>601 THORM T<br>PO BOX 428<br>SEWICKLEY PA 15143 |
| 044622P001-1413A-181<br>BOZZOTO GROUP<br>250 AMERICAN WAY<br>OXIN HILL MD 20745 | 044671P001-1413A-181<br>BROADSPIRE ASO 7 ELEVEN<br>1503 LBJ FWY STE 600<br>DALLAS TX 75234 | 044650P001-1413A-181<br>C N A SUBROGEE FOR SCHENKER<br>PO BOX 8317<br>CHICAGO IL 60680 | 044607P001-1413A-181<br>LANCE CARLTON<br>5600 SHUTE ROAD LOT 62<br>LAFAYETTE NY 13084 |
| 044649P001-1413A-181<br>CECIL CAVUSOGLU<br>PO BOX 4290<br>WINDHAM NH 03087 | 044615P001-1413A-181<br>LISA DEMELIO<br>17 ROLMMER LN<br>BARDONIS NY 10954 | 044601P001-1413A-181<br>VALERIA MARIA DEOLIVERIA<br>53 E HANCOCK ST<br>RIVERSIDE NJ 08075 | 044638P001-1413A-181<br>DEVIN DELUES<br>LAW OFFICES OF THOMAS COTRONEO<br>984 CHARLES ST STE 2<br>NORTH PROVIDENCE RI 02904 |
| 044657P001-1413A-181<br>TARGO DINZET<br>105A NORTH WARD ST<br>NEW BRUNSWICK NJ 08901 | 044662P001-1413A-181<br>REDA DJOUADI<br>1523 EAST 15TH ST<br>BROOKLYN NY 11230 | 044678P001-1413A-181<br>REDA DJOUADI<br>1523 EAST 15TH S<br>BROOKLYN NY 11230 | 044642P001-1413A-181<br>ABB EPIS<br>41 WOODFORD AVE<br>PLAINVILLE CT 06062 |
| 044609P001-1413A-181<br>EQUIN FOR COVENTRY HEALTH CARE INC<br>PO BOX 32140<br>LOUISVILLE KY 40232 | 044603P001-1413A-181<br>TYLER FIKE<br>1454 FORT HILL RD<br>FORT HILL PA 15540 | 044658P001-1413A-181<br>GEICO<br>SUBROGEE FOR ROBERT FERRARIA<br>PO BOX 9111<br>MACON GA 31208 | 044597P001-1413A-181<br>GEICO SUBROGEE FOR ANNA MARIA MAIAKIS<br>RICKY J LUCYK ESQ<br>THE LAW OFFICES OF RICKY J LUCYK<br>2 HUNTINGTON QUADRANGLE<br>STE 2N01<br>MELVILLE NY 11747 |

**New England Motor Freight, Inc., et al.**
**Exhibit Pages**
**CLAIMANTS**

Page # : 2 of 4                                                                                                                08/29/2019 04:11:30 PM

| | | | |
|---|---|---|---|
| 044646P001-1413A-181<br>GEICO SUBROGEE FOR PETER LEWIS<br>PO BOX 9515<br>FREDERICKSBURG VA 22403 | 044613P001-1413A-181<br>SALINDA GRAHAM<br>11 HARPER ST<br>PISCATAWAY NJ 08854 | 044608P001-1413A-181<br>THOMAS GRALEY<br>5552 PAINT CREEK RD<br>GALLAGHER WV 25083-8059 | 044600P001-1413A-181<br>DOROTHY GRIFFITH<br>92 DEPOT ST<br>DANBURY VT 05793 |
| 044606P001-1413A-181<br>MARION HICKMAN<br>PO BOX 602<br>BRONX NY 10452 | 044645P001-1413A-181<br>HOME DEPOT<br>2455 PACES FERRY RD<br>BLDG C-20<br>ATLANTA GA 30339 | 044653P001-1413A-181<br>IVIE FONTES<br>11405 SCHUYLKILL RD<br>ROCKVILLE MD 20852 | 044665P001-1413A-181<br>LAW OFFICES OF COLONNA AND DOYLE<br>26 MAIN ST<br>3RD FL<br>LYNNFIELD MA 01940 |
| 044636P001-1413A-181<br>LAW OFFICES OF RICKY LUCYK<br>2 HUNTINGTON QUADRANGLE<br>STE 2 N  01<br>MELVILLE NY 11747 | 044677P001-1413A-181<br>LAW OFFICES OF RICKY LUCYK<br>2 HUNTINGTON QUADRANGLE<br>STE 2 NO 1<br>MELVILLE NY 11747 | 044621P001-1413A-181<br>LIBERTY MUTUAL<br>SUBROGEE FOR YVONNE NAJAM<br>266 MAIN ST<br>FARMINGDALE NY 11735 | 044633P001-1413A-181<br>LIBERTY MUTUAL<br>SUBROGEE FOR RENEE ALBERT<br>PO BOX 515097<br>LOS ANGELES CA 90051 |
| 044667P001-1413A-181<br>LIBERTY MUTUAL SUBROGEE FOR NELIA TEVES<br>MATTHEW TARANGELO<br>1 LEFRAK CITY PLZ<br>QUEENS NY 11368 | 044610P001-1413A-181<br>KERRY LYNCH<br>14 OLIVER AVE<br>ALBANY NY 12203 | 044647P001-1413A-181<br>METLIFE AUTO AND HOME<br>SUBROGEE FOR RICHARD PLANTE<br>PO BOX 2204<br>CHARLOTTE NC 28241 | 044664P001-1413A-181<br>MICHAEL SILVER<br>6 CARRIAGE LN<br>WOODCLIFF LAKE NJ 07677 |
| 044614P001-1413A-181<br>JAMES MORRISON JR<br>303 BASSER DR<br>PISCATAWAY NJ 08854 | 044656P001-1413A-181<br>LAURA MOSSER<br>1304 STEVENS ST<br>SALEM VA 54153 | 044616P001-1413A-181<br>DONG W MULLIIN<br>701 S WELLS ST<br>APT 1803<br>CHICAGO IL 60607 | 044655P001-1413A-181<br>YVONNE NAGAIR<br>JAMI C AMARASINGHE<br>266  MAIN ST<br>FARMINGDALE NY 11737 |
| 044640P001-1413A-181<br>NATIONAL GENERAL<br>SUBROGEE FOR DEANNA MONGE<br>PO BOX 98476<br>CLEVELAND OH 44101 | 044654P001-1413A-181<br>NATIONWIDE<br>SUBROGEE FOR SARAH HELMICK<br>PO BOX 182068<br>COLUMBUS OH 43218 | 044602P001-1413A-181<br>NAYADJA RAFFAELO ALVES RICARDO<br>1 STEWART AVE<br>DELRAN NJ 08075 | 044672P001-1413A-181<br>PA TURNPIKE AUTHORITY<br>PO BOX 67676<br>HARRISBURGH PA 17106 |
| 044631P001-1413A-181<br>PACIFIC MILLS INDUSTRIAL<br>MANZI BONANNO AND BOWERS<br>280 MERRIMACK ST STE B<br>METHUSEN MA 01844 | 044619P001-1413A-181<br>PAPPAS COX KIMPEL<br>DODD AND LEVINE PC<br>MIKE BROWNWELL<br>614 JAMES ST  STE 100<br>SYRACUSE NY 13203 | 044611P001-1413A-181<br>PARAGON CAPITOL INSURANCE<br>PO BOX 3757<br>CHATSWORTH CA 91313 | 044651P001-1413A-181<br>DARREN PELLMAN<br>4410 SPRING DAWN<br>TROTWOOD OH 45426 |

# New England Motor Freight, Inc., et al.
## Exhibit Pages
## CLAIMANTS

Page # : 3 of 4                                                                                                                           08/29/2019 04:11:30 PM

| | | | |
|---|---|---|---|
| 044644P001-1413A-181<br>PHILADELPHIA INSURANCE CO<br>WHITEHALL TOWNSHIP<br>PO BOX 950<br>BALA CYNWYD PA 19004 | 044617P001-1413A-181<br>PIP CLAIM FOR KAYEE IP<br>BLUE CROSS BLUE SHIELD ILLINOIS<br>3200 ROBBINS RD STE 100<br>SPRINGFIELD IL 62704 | 044627P001-1413A-181<br>PLYMOUTH ROCK<br>AS SUBROGEE FOR PETER DAVIDSON<br>PO BOX 9112<br>BOSTON MA 02112 | 044170P001-1413A-181<br>PPL<br>TWO NORTH NINTH ST<br>ALLENTOWN PA 18101 |
| 044620P001-1413A-181<br>PROGRESSIVE<br>SUBROGEE FOR MAMERTA GONZALEZ<br>PO BOX 512929<br>LOS ANGELES CA 90051 | 044652P001-1413A-181<br>PROGRESSIVE<br>SUBROGEE FOR LEON H LOEWENSTINE<br>PO BOX 512929<br>LOS ANGELES CA 90051 | 044624P001-1413A-181<br>PROGRESSIVE GARDEN STATE INS<br>SUBROGEE RICHARD ZAK<br>PO BOX 512929<br>LOS ANGELES CA 90051 | 044648P001-1413A-181<br>QUINCY MUTUAL GROUP<br>SUBROGEE FOR ANDREW DACY<br>57 WASHINGTON ST<br>QUINCY MA 02169 |
| 044668P001-1413A-181<br>BETHEA RAQIA<br>88 PARROW ST APT 202<br>ORANGE NJ 07050 | 044663P001-1413A-181<br>WILLY CABRENA REYNOSO<br>145 PRESIDENTIAL BLVD<br>PATERSON NJ 07522 | 044641P001-1413A-181<br>ROOSEVELT FIELD<br>630 OLD COUNTRY RD<br>GARDEN CITY NY 11530 | 018453P001-1413A-181<br>SANCTUS REJUVENATION SPA AND SALON<br>5048 RT 982<br>LATROBE PA 15650 |
| 044670P001-1413A-181<br>TIFFANY SHEARS<br>EMROCH AND KILDUFF<br>ATTORNEYS AT LAW<br>3600 WEST BROAD ST STE 700<br>PO BOX 6856<br>RICHMOND VA 23230 | 044628P001-1413A-181<br>STATE FARM<br>SUBROGEE FOR ESMARLYN RODRIGUEZ<br>PO BOX 52250<br>PHOENIX AZ 85072-2250 | 044632P001-1413A-181<br>STATE FARM<br>SUBROGEE FOR TROY COFFELT<br>PO BOX 52250<br>PHOENIX AZ 85072 | 044625P001-1413A-181<br>STATE FARM SUBROGEE FOR JOANNA KIMURA<br>PO BOX 33490<br>PHOENIX AZ 85072 |
| 044675P001-1413A-181<br>STATE FARM SUBROGEE FOR JOANNE KNIGHT<br>PO BOX 106772<br>ATLANTA GA 30348 | 044674P001-1413A-181<br>STATE FARM SUBROGEE FOR RAY BRISKI<br>6644 VALJEAN AVE STE 100<br>VAN NUYS CA 91406 | 044612P001-1413A-181<br>STEVE M LIPSCHULTZ AND ASSOC<br>1800 JOHN F KENNEDY BLVD<br>11TH FL<br>PHILADELPHIA PA 19103 | 044605P001-1413A-181<br>THOMAS BADWAY AND ASSOC<br>PO BOX 6426<br>PROVIDENCE RI 02908 |
| 044623P001-1413A-181<br>THOMAS GEORGE ASSOC<br>LIBERTY MUTUAL SUBROGEE FOR JOSHUA SEELEY<br>PO BOX 30<br>EAST NORTHPORT NY 11731 | 044666P001-1413A-181<br>THOMAS GEORGE ASSOC<br>PO BOX 30<br>EAST NORTHPORT NY 11731 | 044630P001-1413A-181<br>TREMONT HEALTH<br>44 DONALDSON RD<br>TREMONT PA 17981 | 044660P001-1413A-181<br>ABLE TROCHEZ<br>RENSIN AND ROSENSTEIN<br>6200 BALTIMORE AVE<br>STE 400<br>RIVER PARK MD 20737 |
| 044629P001-1413A-181<br>USAA INSURANCE<br>SUBROGEE FOR OUSSEINOU KABA<br>PO BOX 659476<br>SAN ANTONIO TX 78265 | 044626P001-1413A-181<br>USAA INSURANCE CO<br>SUBROGEE FOR DAVID KROLL<br>PO BOX 33490<br>SAN ANTONIO TX 78265 | 044639P001-1413A-181<br>USAA SUBROGEE FOR MARIAN HARRIS<br>9800 FREDERICKSBURG RD<br>SAN ANTONIO TX 78288 | 044599P001-1413A-181<br>VILNEAVE MASINE<br>ATTY FORAN AND FORAN<br>ATTORNEY RYAN FORAN<br>6301 IVY LN STE 600<br>GREENN BELT MD 20770 |

**New England Motor Freight, Inc., et al.**
**Exhibit Pages**
**CLAIMANTS**

Page # : 4 of 4                                                                                                                08/29/2019 04:11:30 PM

| | |
|---|---|
| 044604P001-1413A-181<br>KELSRE WALKER<br>59 MESSER ST APT 2<br>PROVIDENCE RI 02908 | 044634P001-1413A-181<br>WILBER AND ASSOC PC<br>FOR STATE FARM SUBROGEE FOR LATOYA LIVERMORE<br>210 LANDMARK DR<br>NORMAL IL 61761 |

Records Printed :   86