UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

GIBBONS P.C.
Karen A. Giannelli, Esq.
Mark B. Conlan, Esq.
Brett S. Theisen, Esq.
One Gateway Center
Newark, New Jersey 07102
Telephone: (973) 596-4500
Facsimile: (973) 596-0545
E-mail: kgiannelli@gibbonslaw.com
mconlan@gibbonslaw.com
btheisen@gibbonslaw.com
Counsel to the Debtors

In Re:

NEW ENGLAND MOTOR FREIGHT, INC., et al.,

Debtors.

Case No.: __19-12809__

Adv. Pro. No.: _____

Chapter: __11__

Hearing Date: _Sept. 10, 2019_

Judge: _Judge Sherwood_

## ADJOURNMENT REQUEST

1. I, _____Mark B. Conlan_____,

   ☒ am the attorney for: _____the Debtors_____,

   ☐ am self represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter: MOTION FOR ORDER APPROVING SETTLEMENT WITH TD BANK, N.A.

   Current hearing date and time: Sept. 10, 2019 10:00 am

   New date requested: Sept. 17, 2019 at 10:00 am

   Reason for adjournment request: Committee requested additional time with the consent of counsel for TD Bank

2. Consent to adjournment:

   ☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: September 9, 2019                              Mark B. Conlan
                                                      Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted          New hearing date: 9/17/2019 @ 10:00          ☐ Peremptory

☐ Granted over objection(s)   New hearing date: _____          ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*new.9/23/15*

2