**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In Re: | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | Chapter: 11 |
| | Judge: Hon. John K. Sherwood |

_____
**NOTICE OF PROPOSED ABANDONMENT**
_____

New England Motor Freight, Inc. and its affiliated debtors, as debtors-in-possession in this case, propose to abandon property of the estates described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date, or on an earlier date if so directed by the Court.

Address of the Clerk:    Jeanne A. Naughton, Clerk
Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, NJ 07102

If an objection is filed, a hearing will be held before the Hon. John K. Sherwood on September 24, 2019 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom No. 3D. If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property: Hard copy books and records (collectively, the "**Books and Records**") consisting of, among other things, personnel records, expense reports, vouchers, fuel tickets and other miscellaneous records. In some cases, the Books and Records date back more than ten years. The Books and Records have no value to the estates.

Liens on property: None.

Amount of equity claimed as exempt: Not Applicable

Objections must be served on, and requests for additional information directed to:

Name:    Gibbons P.C., attn.: Karen A. Giannelli, Esq.
Address:    One Gateway Center, Newark, New Jersey  07102
Telephone No.: (973) 596-4500

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC (4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMF Logistics, LLC (4666).