Order Filed on September 11, 2019 by Clerk U.S. Bankruptcy Court District of New Jersey

| |
|---|
| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY<br>**Caption in compliance with D.N.J. LBR 9004-1** |
| **GIBBONS P.C.**<br>Karen A. Giannelli, Esq.<br>Mark B. Conlan, Esq.<br>Brett S. Theisen, Esq.<br>One Gateway Center<br>Newark, New Jersey  07102<br>Telephone:  (973) 596-4500<br>Facsimile:   (973) 596-0545<br>E-mail:  kgiannelli@gibbonslaw.com<br>           mconlan@gibbonslaw.com<br>           btheisen@gibbonslaw.com<br><br>*Counsel to the Debtors and Debtors-in-Possession* |
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC., *et al.*,<br><br>Debtors.[1] |

Chapter 11

Case No. 19-12809 (JKS)

(Jointly Administered)

**ORDER APPROVING SETTLEMENT PURSUANT TO ORDER AUTHORIZING THE ESTABLISHMENT OF PROCEDURES TO COMPROMISE AND SETTLE ACCOUNTS RECEIVABLE AND CUSTOMER CLAIMS [DKT. 480]**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: September 11, 2019**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows:  New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC (4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMF Logistics, LLC (4666).

2747145.1 115719-100281

| | |
|---|---|
| Page: | 2 |
| Debtor: | New England Motor Freight, Inc., et al. |
| Case No. | 19-12809 (JKS) (jointly administered) |
| Caption: | ORDER APPROVING SETTLEMENT PURSUANT TO ORDER AUTHORIZING THE ESTABLISHMENT OF PROCEDURES TO COMPROMISE AND SETTLE ACCOUNTS RECEIVABLE AND CUSTOMER CLAIMS [DKT. 480] |

Upon the Debtors' *Notice of Proposed Settlement Pursuant to Order Authorizing the Establishment of Procedures to Compromise and Settle Accounts Receivable and Customer Claims [Dkt. 480] and Request for Entry of Order Approving Settlement* (the "Settlement Notice") and pursuant to the Court's prior Order [Dkt. 480]; notice being sufficient under the circumstances and it appearing that no other or further notice need be provided; and no objections having been received; and after due deliberation and sufficient cause appearing;

**IT IS ORDERED that:**

1. The Debtors' proposed settlement with Unyson, as set forth in the Settlement Notice, is hereby approved and authorized.

2747145.1 115719-100281