UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

GIBBONS P.C.
Karen A. Giannelli, Esq.
Mark B. Conlan, Esq.
Brett S. Theisen, Esq.
One Gateway Center
Newark, New Jersey 07102
Telephone: (973) 596-4500
Facsimile: (973) 596-0545
E-mail: kgiannelli@gibbonslaw.com
mconlan@gibbonslaw.com
btheisen@gibbonslaw.com

*Counsel to the Debtors
and Debtors-in-Possession*

In Re:

NEW ENGLAND MOTOR FREIGHT, INC.,
et al.,
      Debtors.

FILED
JEANNE A. NAUGHTON, CLERK
SEP 11 2019
U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY_____ DEPUTY

Case No.: 19-12809-JKS

Chapter: 11

Judge: John K. Sherwood

# ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

HONORABLE JOHN K. SHERWOOD
UNITED STATES BANKRUPTCY JUDGE

Dated: September 11, 2019

After review of the application of ___the Debtor and affiliated Debtors___ for the reduction of time for a hearing on ___the Debtors Motion for Entry of Order Authorizing the Destructions of Certain of the Debtors' Books and Records___ under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on ___September 24, 2019___ at ___10:00 a.m.___ in the United States Bankruptcy Court, ___Martin L. King, Jr. Federal Bldg., 50 Walnut St, 3d Fl, Newark NJ___, Courtroom No. ___3D___.

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: ___Office of the U.S. Trustee, counsel to Secured Creditors, counsel to Official Committee of Unsecured Creditors, all parties that have requested notice pursuant to Fed. R. Bankr. P. 2002, and all creditors per Fed. R. Bankr. P. 6007.___

by ☒ each, ☐ any of the following methods selected by the Court:

☐ fax,   ☐ overnight mail,   ☒ regular mail,   ☒ email,   ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:

_____

by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax,   ☐ overnight mail,   ☐ regular mail,   ☐ email,   ☐ hand delivery.

4. Service must be made:

☐ on the same day as the date of this order, or

☒ within ___1___ day(s) of the date of this Order.

5. Notice by telephone:

☒ is not required

☐ must be provided to _____

☐ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

2

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to the motion/application identified above:

   ☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail
   _____ day(s) prior to the scheduled hearing; or

   ☒ may be presented orally at the hearing.

8.  ☒ Court appearances are required to prosecute the motion/application and any objections.

   ☐ Parties may request to appear by phone by contacting Chambers prior to the return date.

*rev. 2/1/16*