# CORE SERVICE LIST
## New England Motor Freight, Inc., et al.
## Case No. 19-12809

**COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

LOWENSTEIN SANDLER LLP
MARY E SEYMOUR;JOSEPH J DIPASQUALE
ONE LOWENSTEIN DRIVE
ROSELAND NJ 07068

**COUNSEL TO LENDER**

FRESHFIELDS BRUCKHAUS DERINGER
MARK F LISCIO
601 LEXINGTON AVE
31ST FLOOR
NEW YORK NY 10022

**COUNSEL TO CAPITAL ONE, N.A.**

MCCARTER & ENGLISH, LLP
PETER KNOB
100 MULBERRY STREET
FOUR GATEWAY CENTER
NEWARK NJ 07102

**COUNSEL TO SANTANDER BANK**

TROUTMAN SANDERS
DAVID A PISCIOTTA
875 THIRD AVENUE
NEW YORK NY 10022

**COUNSEL TO EAST WEST BANK**

SQUIRE PATTON BOGGS
NORMAN N KINEL
30 ROCKEFELLER PLAZA
NEW YORK NY 10112

TROUTMAN SANDERS
LOUIS CURCIO
875 THIRD AVENUE
NEW YORK NY 10022

TROUTMAN SANDERS
ALISSA PICCIONE
875 THIRD AVENUE
NEW YORK NY 10022

**COUNSEL TO LENDER**

GREENBERG TRAURIG
ALAN J. BRODY
500 CAMPUS DRIVE
SUITE 400
FLORHAM PARK NJ 07932

# CORE SERVICE LIST
## New England Motor Freight, Inc., et al.
## Case No. 19-12809

**COUNSEL TO TD BANK, N.A.**

GEBHARDT & SMITH LLP
JAMES M SMITH
ONE SOUTH STREET
SUITE 2200
BALTIMORE MD 21202-3281

**COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

ELLIOT GREENLEAF
R X ZAHRALDDIN- ARAVENA;JONATHAN M STEMERMAN
SARAH DENIS
1105 MARKET ST STE 1700
WILMINGTON DE 19801

**DEBTOR**

NEW ENGLAND MOTOR FREIGHT, INC.
ATTN:  PRESIDENT/CEO
1-71 NORTH AVENUE EAST
ELIZABETH NJ 07201

**GOVT. ENTITY**

UNITED STATES TRUSTEE
ONE NEWARK CENTER, SUITE 2100
1085 RAYMOND BOULEVARD
NEWARK NJ 07102

**GOVT. ENTITY**

UNITED STATES ATTORNEY
DISTRICT OF NEW JERSEY
PETER RODINO FEDERAL BUILDING
970 BROAD STREET, SUITE 700
NEWARK NJ 07102

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA PA 19101-7346

INTERNAL REVENUE SERVICE
2970 MARKET STREET
MAIL STOP 5-Q30.133
PHILADELPHIA PA 19104-5016

SECURITIES EXCHANGE COMMISSION
NEW YORK REGIONAL OFFICE
ATTN: ANDREW CALAMARI, REGIONAL DIRECTOR
BROOKFIELD PLACE
200 VESSEY STREET, SUITE 400
NEW YORK NY 10281-1022

ENVIRONMENTAL PROTECTION AGENCY
REGION 2
290 BROADWAY
17TH FLOOR
NEW YORK NY 10007-1866

# CORE SERVICE LIST
## New England Motor Freight, Inc., et al.
## Case No. 19-12809

| | |
|---|---|
| **GOVT. ENTITY** | **OFFICIAL COMMITTEE OF UNSECURED CREDITORS** |
| NEW JERSEY ATTORNEY GENERAL OFFICE<br>DIVISION OF LAW<br>RICHARD J. HUGHES JUSTICE COMPLEX<br>25 MARKET ST<br>TRENTON NJ 08625-0112 | LANDSTAR TRANSPORTATION LOGISTICS, INC.<br>SPRYTE KIMMEY<br>13410 SUTTON PARK DR S<br>JACKSONVILLE FL 32224 |
| NEW JERSEY DIVISION OF TAXATION<br>COMPLIANCE & ENFORCEMENT UNIT<br>BANKRUPTCY UNIT<br>50 BARRACK STREET, 9TH FLOOR<br>TRENTON NJ 08695-0267 | GUTTMAN OIL CO.<br>GREGORY J. CREIGHAN<br>200 SPEERS STREET<br>BELLE VERNON PA 15012 |
| NEW JERSEY MOTOR VEHICLE COMMISSION<br>ADMINISTRATIVE UNIT<br>225 EAST STATE STREET<br>TRENTON NJ 08666 | **PROPOSED COUNSEL TO THE DEBTORS** |
| | GIBBONS P.C.<br>KAREN A. GIANNELLI, ESQ.<br>ONE GATEWAY CENTER<br>NEWARK NJ 07102 |
| DEPARTMENT OF ENVIRONMENTAL PROTECTION<br>OFFICE OF RECORDS ACCESS<br>ATTN: BANKR. COORDINATOR<br>PO BOX 402<br>MAIL CODE 401-06Q<br>TRENTON NJ 08625-0402 | |
| | GIBBONS P.C.<br>MARK B. CONLAN, ESQ.<br>ONE GATEWAY CENTER<br>NEWARK NJ 07102 |
| **OFFICIAL COMMITTEE OF UNSECURED CREDITORS** | |
| AAA COOPER TRANSPORTATION<br>TIFFANY ENGELHUBER<br>1751 KINSEY ROAD<br>DOTHAN AL 36303 | GIBBONS P.C.<br>BRETT S. THEISEN, ESQ.<br>ONE GATEWAY PLAZA<br>NEWARK NJ 07102 |

**CORE SERVICE LIST**
**New England Motor Freight, Inc., et al.**
**Case No. 19-12809**

**SHAREHOLDER**

MYRON SHEVELL
C/O NEW ENGLAND MOTOR FREIGHT INC
ZACHARY W. COHEN
1-71 NORTH AVENUE E
ELIZABETH NJ 07201

**SPECIAL COUNSEL TO THE DEBTORS**

WHITEFORD TAYLOR PRESTON LLP
PAUL M NUSSBAUM
7 SAINT PAUL STREET
BALTIMORE MD 21202-1636

**TOP 30 UNSECURED CREDITOR; OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

IAM NATIONAL PENSION FUND
RYK TIERNEY EXEC DIR AND RAYMOND GOAD JR GC
1300 CONNECTICUT AVE
STE 300
WASHINGTON DC 20036

SUPERIOR DISTRIBUTORS CO, INC
MARLENE; RICHARD KLEIN
4 MIDLAND AVE
ELMWOOD PARK NJ 07407