UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**LOWENSTEIN SANDLER LLP**
Joseph J. DiPasquale, Esq.
Mary E. Seymour, Esq.
John P. Schneider, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400
mseymour@lowenstein.com
jdipasquale@lowenstein.com
jschneider@lowenstein.com

- and -

**ELLIOTT GREENLEAF, P.C.**
Rafael X. Zahralddin-Aravena, Esq.
Jonathan M. Stemerman, Esq.
Shelley A. Kinsella, Esq.
1105 Market Street, Suite 1700
Wilmington, DE 19801
Telephone: (302) 384-9400
Facsimile: (302) 384-9399
rxza@elliottgreenleaf.com
jms@elliottgreenleaf.com
sak@elliottgreenleaf.com
*Co-Counsel to the Official Committee of*
*Unsecured Creditors*

Order Filed on September 10,
2019 by Clerk U.S. Bankruptcy
Court District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-12809 (JKS) |
| New England Motor Freight, Inc., *et al.*,[1] | Chapter 11 |
| Debtors. | Hon. John K. Sherwood, U.S.B.J. |

**THIRD STIPULATION AND CONSENT ORDER AMENDING NEMF SALE ORDER**

The relief set forth on the following pages, numbered two (2) through four (4) is hereby
ORDERED.

DATED: September 10,
2019

_____

*JK Sherwood (signature)*

_____
Honorable John K. Sherwood
United States Bankruptcy Court

[1] The Debtors in these Chapter 11 cases and the last four dig
New England Motor Freight, Inc. (7697); Eastern Freig
Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carri
Hollywood Avenue Solar, LLC (2206); United Express Solar,

Case No. 19-12809 (JKS)
Debtors: New England Motor Freight, Inc., *et al.*
Caption: Third Stipulation and Consent Order Amending NEMF Sale Order

New England Motor Freight, Inc. ("NEMF"), and its affiliated debtors, as debtors and debtors in possession (collectively, the "Debtors") in the above-captioned Chapter 11 bankruptcy cases, the Official Committee of Unsecured Creditors (the "Committee") appointed in the Chapter 11 bankruptcy cases of the above-captioned Debtors, and Wells Fargo Equipment Finance, Inc. ("Wells Fargo"), by and through their undersigned counsel, hereby stipulate and agree as follows (the "Stipulation"):[2]

1.     The September 9, 2019 Objection deadline set forth in the *Second Stipulation and Consent Order Amending NEMF Sale Order* (the "Sale Order") [ECF No. 834] shall be extended through and until September 19, 2019.

2.     Nothing contained in this Stipulation shall in any other way alter or affect any other term or provision of the *Order (A) Authorizing the Debtors to Sell at Auction Substantially all of Debtor NEMF's Personal Property Assets Free and Clear of all Liens, Claims, Interests, and Encumbrances, (B) Approving Auction Procedures Relating to such Auction Sales, and (C) Granting Related Relief* [ECF No. 434] or otherwise affect the rights of any party hereto.

---

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Sale Order.

Case No. 19-12809 (JKS)
Debtors: New England Motor Freight, Inc., *et al.*
Caption: Third Stipulation and Consent Order Amending NEMF Sale Order

**STIPULATED AND AGREED TO BY:**

**GIBBONS P.C.**

*/s/ Lawrence Goldman*
Karen A. Giannelli,  Esq.
Mark B. Conlan,  Esq.
Brett S. Theisen,  Esq.
Lawrence A. Goldman,  Esq.
One Gateway Center
Newark, NJ 07102
kgiannelli@gibbonslaw.com
mconlan@gibbonslaw.com
btheisen@gibbonslaw.com
lgoldman@gibbonslaw.com

*Counsel to the Debtors*

**LOWENSTEIN SANDLER LLP**                **ELLIOTT GREENLEAF, P.C.**

*/s/ John Schneider*_____
Joseph J. DiPasquale,  Esq.              Rafael X. Zahralddin-Aravena,  Esq.
Mary E. Seymour,  Esq.                   Jonathan M. Stemerman,  Esq.
John P. Schneider,  Esq.                 Shelley  A. Kinsella,  Esq.
One Lowenstein Drive                     1105 Market Street, Suite  1700
Roseland, NJ 07068          -and-        Wilmington,  DE 19801
mseymour@lowenstein.com                  rxza@elliottgreenleaf.com
jdipasquale@lowenstein.com               jms@elliottgreenleaf.com
jschneider@lowenstein.com                sak@elliottgreenleaf.com

*Co-Counsel to the Official Committee*
*of Unsecured Creditors*

Case No. 19-12809 (JKS)
Debtors: New England Motor Freight, Inc., *et al.*
Caption: Third Stipulation and Consent Order Amending NEMF Sale Order

**CHIESA SHAHINIAN
& GIANTOMASI PC**

*/s/ Michael Caruso*
Michael Caruso, Esq.
One Boland Drive
West Orange, NJ 07052
mcaruso@csglaw.com

*Counsel to Wells Fargo
Equipment Finance, Inc.*