| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**LOWENSTEIN SANDLER LLP**<br>Joseph J. DiPasquale, Esq.<br>Mary E. Seymour, Esq.<br>John P. Schneider, Esq.<br>One Lowenstein Drive<br>Roseland, NJ 07068<br>Telephone: (973) 597-2500<br>Facsimile: (973) 597-2400<br>mseymour@lowenstein.com<br>jdipasquale@lowenstein.com<br>jschneider@lowenstein.com<br><br>- and-<br><br>**ELLIOTT GREENLEAF, P.C.**<br>Rafael X. Zahralddin-Aravena, Esq.<br>Jonathan M. Stemerman, Esq.<br>Shelley A. Kinsella, Esq.<br>1105 Market Street, Suite 1700<br>Wilmington, DE 19801<br>Telephone: (302) 384-9400<br>Facsimile: (302) 384-9399<br>rxza@elliottgreenleaf.com<br>jms@elliottgreenleaf.com<br>sak@elliottgreenleaf.com<br>*Co-Counsel to the Official Committee of Unsecured Creditors* | **Order Filed on September 10, 2019 by Clerk U.S. Bankruptcy Court District of New Jersey** |
| In re:<br><br>New England Motor Freight, Inc., *et al.*,[1]<br><br>    Debtors. | Case No. 19-12809 (JKS)<br><br>Chapter 11<br><br>Hon. John K. Sherwood, U.S.B.J. |

### THIRD STIPULATION AND CONSENT ORDER AMENDING NEMF SALE ORDER

The relief set forth on the following pages, numbered two (2) through four (4), is hereby

**ORDERED.**

**DATED: September 10, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

---

[1] The Debtors in these Chapter 11 cases and the last four [digits...]
New England Motor Freight, Inc. (7697); Eastern [...]
Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); C[...]
Hollywood Avenue Solar, LLC (2206); United Express S[...]

39197596v2

Case 19-12809-JKS    Doc 849    Filed 09/10/19    Entered 09/11/19 16:18:33    Desc Main
Document    Page 2 of 4

Page 2 of 4
Case No. 19-12809 (JKS)
Debtors: New England Motor Freight, Inc., *et al.*
Caption: Third Stipulation and Consent Order Amending NEMF Sale Order

New England Motor Freight, Inc. ("NEMF"), and its affiliated debtors, as debtors and debtors in possession (collectively, the "Debtors") in the above-captioned Chapter 11 bankruptcy cases, the Official Committee of Unsecured Creditors (the "Committee") appointed in the Chapter 11 bankruptcy cases of the above-captioned Debtors, and Webster Capital Finance, Inc. ("Webster Capital"), by and through their undersigned counsel, hereby stipulate and agree as follows (the "Stipulation"):[2]

1. The September 9, 2019 Objection deadline set forth in the *Second Stipulation and Consent Order Amending NEMF Sale Order* (the "Sale Order") [ECF No. 834] shall be extended through and until September 19, 2019.

2. Nothing contained in this Stipulation shall in any other way alter or affect any other term or provision of the *Order (A) Authorizing the Debtors to Sell at Auction Substantially all of Debtor NEMF's Personal Property Assets Free and Clear of all Liens, Claims, Interests, and Encumbrances, (B) Approving Auction Procedures Relating to such Auction Sales, and (C) Granting Related Relief* [ECF No. 434] or otherwise affect the rights of any party hereto.

---

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Sale Order.

39197596v2

Case No. 19-12809 (JKS)
Debtors: New England Motor Freight, Inc., *et al.*
Caption: Third Stipulation and Consent Order Amending NEMF Sale Order

**STIPULATED AND AGREED TO BY:**

**GIBBONS P.C.**

*/s/ Lawrence Goldman*
Karen A. Giannelli, Esq.
Mark B. Conlan, Esq.
Brett S. Theisen, Esq.
Lawrence A. Goldman, Esq.
One Gateway Center
Newark, NJ 07102
kgiannelli@gibbonslaw.com
mconlan@gibbonslaw.com
btheisen@gibbonslaw.com
lgoldman@gibbonslaw.com

*Counsel to the Debtors*

**LOWENSTEIN SANDLER LLP**                              **ELLIOTT GREENLEAF, P.C.**

*/s/ John Schneider*_____
Joseph J. DiPasquale, Esq.                              Rafael X. Zahralddin-Aravena, Esq.
Mary E. Seymour, Esq.                                   Jonathan M. Stemerman, Esq.
John P. Schneider, Esq.                                 Shelley A. Kinsella, Esq.
One Lowenstein Drive                                    1105 Market Street, Suite 1700
Roseland, NJ 07068          -and-                       Wilmington, DE 19801
mseymour@lowenstein.com                                 rxza@elliottgreenleaf.com
jdipasquale@lowenstein.com                              jms@elliottgreenleaf.com
jschneider@lowenstein.com                               sak@elliottgreenleaf.com

*Co-Counsel to the Official Committee
of Unsecured Creditors*

Case No. 19-12809 (JKS)
Debtors: New England Motor Freight, Inc., *et al.*
Caption: Third Stipulation and Consent Order Amending NEMF Sale Order

**UPDIKE, KELLY
& SPELLACY, P.C.**

*/s/ Evan Goldstein*
Evan Goldstein, Esq.
100 Pearl Street
17th Floor
Hartford, CT 06103
egoldstien@uks.com

*Counsel to Webster Capital
Finance, Inc.*

39197596v2