Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                          Case No.: 19−12809−JKS
                          Chapter: 11
                          Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   New England Motor Freight, Inc.
   1−71 North Ave E
   Elizabeth, NJ 07201

Social Security No.:

Employer's Tax I.D. No.:
   22−1977697

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

      Please be advised that on September 9, 2019, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 837 − 788
Interim Order Granting The Debtors' Motion to (A)Extend Exclusive Periods Within Which To File A Chapter 11 Plan And Solicit Acceptance Thereof, And (B)Adjourning The September 5, 2019 Hearing And Related Objection Deadline (Related Doc # 788). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 9/9/2019. (mg)

      Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: September 9, 2019
JAN: mg

                                                                     Jeanne Naughton
                                                                     Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 19-12809-JKS
New England Motor Freight, Inc.                                           Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin              Page 1 of 5              Date Rcvd: Sep 09, 2019
                         Form ID: orderntc        Total Noticed: 64

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 11, 2019.

```
db         +New England Motor Freight, Inc.,   1-71 North Ave E,   Elizabeth, NJ 07201-2958
aty        +ANTHONY G ROSS,   126 South Main Street,   Pittston, PA 18640-1739
aty       #+Brent C. Strickland,   Whiteford, Taylor & Preston L.L.P,   7501 Wisconsin Avenue,Suite 700W,
             Bethesda, MD 20814-6521
aty        +Charles Ercole,   Klehr Harrison et al,   10000 Lincoln Drive East,   Suite 201,
             Marlton, NJ 08053-3105
aty        +Charles R Mathis, IV,   Levinson Axelrod. P.A.,   Levinson Plaza,   2 Lincoln Highway,
             PO Box 2905,   Edison, NJ 08818-2905
aty        +David L. Eisbrouch,   Harmon, Linder & Rogowsky, Esqs.,   3 Park Avenue, Suite 2300,
             New York, NY 10016-5908
aty        +Deloitte Consulting LLP,   111 S Wacker Dr,   Chicago, IL 60606-4396
aty        +Elliot M. Smith,   SQUIRE PATTON BOGGS (US) LLP,   4900 Key Tower,   127 Public Square,
             Cleveland, OH 44114-1217
aty        +Gibbons, P.C.,   One Gateway Center,   Newark, NJ 07102-5321
aty        +Grace Winkler Cranley,   Dinsmore & Shohl LLP,   227 W. Monroe Street,   Suite 3850,
             Chicago, IL 60606-5085
aty         Howard A. Cohen,   Gibbons P.C.,   300 Delaware Avenue, Suite 1015,   Wilmington, DE  19801-1671
aty         Jeffrey L. Nagel,   Gibbons P.C.,   One Pennsylvania Plaza, 37th Floor,
             New York, NY  10119-3701
aty        +Jonathan M. Stemerman,   1105 N. Market Street,   Suite 1700,   Wilmington, DE 19801-1228
aty        +Joshua Eppich,   Bonds Ellis Eppich Schafer Jones LLP,   420 Throckmorton Street, Suite 1000,
             Fort Worth, TX 76102-3727
aty        +Keith M. Lusby,   Gebhardt & Smith LLP,   One South Street, Suite 2200,
             Baltimore, MD 21202-3281
aty        +Kevin J Bloom,   Park 80 West- Plaza II,   250 Pehle Avenue, Suite 200,
             Saddle Brook, NJ 07663-5835
aty        +Lisa Bittle Tancredi,   Gebhardt & Smith LLP,   One South Street, Ste 2200,
             Baltimore, MD 21202-3281
aty        +Lowenstein Sandler LLP,   One Lowenstein Drive,   Roseland, NJ 07068-1791
aty        +Mark F. Liscio,   Freshfields Bruckhaus Deringer US LLP,   601 Lexington Avenue,
             Neew York, NY 10022-4611
aty         Maura P. McIntyre,   Squire Patton Boggs (US) LLP,   49 Key Tower, 127 Public Square,
             Cleveland, OH  44114
aty        +Sarah Denis,   ELLIOT GREENLEAF,   1105 Market Street, Suite 1700,   Wilmington, DE 19801-1228
aty        +Scott D. Talmadge,   Freshfields Bruckhaus Deringer US LLP,   601 Lexington Avenue,
             New York, NY 10022-4611
aty        +Tiffany Strelow Cobb,   Vorys, Sater, Seymour and Pease LLP,   52 East Gay Street,
             Columbus, OH 43215-3161
aty        +Todd M. Brooks,   Whiteford, Taylor & Preston L.L.P.,   7 St. Paul Street, Suite 1500,
             Baltimore, MD 21202-1636
aty        +Vera N. Kanova,   General Law Division,   400 Market Street,   Harrosbirg, PA 17101-2301
aty        +WASSERMAN, JURISTA & STOLZ, P.C.,   110 Allen Road,   Suite 304,
             Basking Ridge,, NJ 07920-4500
aty        +Whiteford Taylor & Preston,   Seven Saint paul St. Ste 1800,   Baltimore, MD 21202-1639
sp         +Akerman LLP,   666 Fifth Avenue, 20th Fl,   New York, NY 10103-0020
cr         +Albert F Nasuti, Esq.,   THOMPSON, OBRIEN, KEMP & NASUTI, P.C.,   40 Technology Parkway South,
             Suite 300,   Peachtree Corners, GA 30092-2924
cr         +Berkley Insurance Company,   c/o CHIESA SHAHINIAN & GIANTOMASI PC,   One Boland Drive,
             West Orange, NJ 07052-3686
cr         +CAB East LLC, serviced by Ford Motor Credit Compan,   P.O. Box 62180,
             Colorado Springs, CO 80962-2180
cr         +Capital One, N.A.,   c/o McCarter & English, LLP,   Attn: Peter M. Knob, Esq.,
             Four Gateway Center,   100 Mulberry Street,   Newark, NJ 07102-4056
op         +CohnReznick Capital Market Securities, LLC,   4 Becker Farm Road,   Roseland, NJ 07068-1739
cr         +Commonwealth of Pennsylvania Department of Labor a,   Deb Secrest,   651 Boas Street, Room 702,
             Harrisburg, PA 17121-0751
cr         +Connecticut Light & Power Company, NStar Western M,   c/o McCarter & English, LLP,
             Attn: Kate R. Buck, Esq.,   Renaissance Centre,   405 N. King Street, 8th Floor,
             Wilmington, DE 19801-3773
r          +Cushman & Wakefield of Florida, LLC,   200 South Biscayne Blvd..,   Miami, FL 33131-2310
cr         +Daimler Trust,   c/o BK Servicing, LLC,   P.O. Box 131265,   Roseville, MN 55113-0011
cr          Dept. of Revenue Commonwealth of Pennsylvania, dep,   Bureau of Compliance,   Dept. 280946,
             Harrisburg, PA 17128-0946
op         +Donlin, Recano & Company, Inc.,   6201 15th Ave.,   Brooklyn, NY 11219-5411
intp       +Dorothy Karp,   2931 Pittston Ave,   Scranton, PA 18505-3139
cr         +East River Energy, Inc,,   401 Soundview Road,   Guilford, CT 06437-2971
intp        Great Dane LLC,   Michael D. Sirota, Esq.,   Cole Schotz P.C.,
             25 Main Street, Court Plaza North,   Hackensack, NJ  07601
cr         +Larry L. Banks,   124 Lexington Avenue,   Paterson, NJ 07502-1809
cr         +Lucky's Energy Service, Inc.,   c/o Riker Danzig,   One Speedwell Avenue,
             Morristown, NJ 07960-6838
cr         +MICHAEL SINGLEY,   432 West Pine Ave,   Wildwood, NJ 08260-2336
cr          Marie-Jose Dube,   IBM CORPORATION,   275 Viger East,   Montreal, QC  H2X 3R7,   CANADA
cr         +McIntosh Energy Company,   1923 Bremer Road,   Fort Wayne, IN 46803-3002
```

```
District/off: 0312-2           User: admin              Page 2 of 5                 Date Rcvd: Sep 09, 2019
                               Form ID: orderntc        Total Noticed: 64
```

```
cr             +New Jersey Manufacturers,   c/o Connell Foley (RKS),   56 Livingston Avenue,
                 Roseland, NJ 07068,   UNITED STATES 07068-1733
cr             +Office of Unemployment Compensation Tax Services (,   Deb Secrest,
                 Commonwealth of Pennsylvania,   651 Boas Street, Room 702,   Harrisburg,, PA 17121-0751
cr             +Omnitracs, LLC,   c/o Mark A. Platt, Esq.,   Frost Brown Todd LLC,   100 Crescent Court,
                 Suite 350,   Dallas, TX 75201-2348
intp           +Orange and Rockland Utilities, Inc.,   c/o Daniel N. Kraushaar, Esq.,
                 300 Airport Executive Park,   Suite 307,   Nanuet, NY 10954-5285
intp           +PA Department of Environmental Protection,   Office of Chief Counsel,   400 Market St,
                 Harrisburg, PA 17101-2301
cr             +Pantos USA, Inc.,   910 Sylvan Ave.,   Englewood Cliffs, NJ 07632-3306
cr             +Pilot Travel Centers LLC,   5508 Lonas Drive,   Knoxville, TN 37909-3221
cr             +Potomac Edison Company, Toledo Edison Company and,   c/o McCarter & English, LLP,
                 Attn: Kate R. Buck, Esq.,   Renaissance Centre,   405 N. King Street, 8th Floor,
                 Wilmington, DE 19801-3773
intp           +Protective Insurance Company,   3100 North Meridian Street,   Indianapolis, IN 46208-4718
cr             +RLI Insurance Company,   9025 N. Lindbergh Drive,   Peoria, il 61615-1499
cr             +Valvoline LLC,   100 Valvoline Way,   Lexington, TX 40509-2714
acc            +Withumsmith+Brown,   200 Jefferson Park, Suite 400,   Whippany, NJ 07981-1070
cr             +to Rita Alvarado The Rosato Firm, P.C., counsel,   55 Broadway, 23rd Floor,
                 New York, NY 10006-3734
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            +E-mail/Text: sak@elliottgreenleaf.com Sep 10 2019 00:08:44      ELLIOTT GREENLEAF, P.C,
                 1105 Market Street, Suite 1700,   Wilmington, DE 19801-1228
aty            +E-mail/Text: rxza@elliottgreenleaf.com Sep 10 2019 00:08:44      Rafael X Zahralddin-Aravena,
                 Elliot Greenleaf,   1105 North Market Street,   Wilmington, DE 19801-1216
app            +E-mail/Text: atkinsappraisal@aol.com Sep 10 2019 00:07:13      A. Atkins Appraisal Corp,,
                 122 Clinton Road,   Fairfiled, NJ 07004-2900
intp            E-mail/Text: jmarshall@jmpartnersllc.com Sep 10 2019 00:07:39      John  Marshall,
                 c/o JM Partners LLC,   6800 Paragon Place Suite 202,   Richmond,, VA  23230-1656
                                                                                               TOTAL: 4

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty             Elliott Greenleaf, P.C.
intp            International Business Machines Corp (IBM)
cr              JP Morgan Chase,   1111 Polaris Parkway, 4P0461,   Columbus
op              Vincent J. Colistra
aty*           +Lowenstein Sandler LLP,   One Lowenstein Drive,   Roseland, NJ 07068-1791
                                                                                     TOTALS: 4, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 11, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 9, 2019 at the address(es) listed below:
              Alan J. Brody    on behalf of Creditor    JP Morgan Chase brodya@gtlaw.com, NJLitDock@gtlaw.com
              Andrew R. Turner    on behalf of Interested Party    Protective Insurance Company
               courts@turnerlaw.net
              Andrew R. Turner    on behalf of Defendant    Protective Insurance Company courts@turnerlaw.net
              Anthony  Sodono, III    on behalf of Creditor Shauna  Jones asodono@msbnj.com
              Anthony  Sodono, III    on behalf of Defendant    Jalil Waters and Rashida Carter asodono@msbnj.com
              Anthony  Sodono, III    on behalf of Defendant Shauna  Jones asodono@msbnj.com
              Anthony  Sodono, III    on behalf of Creditor Jalil  Walters asodono@msbnj.com
              Anthony  Sodono, III    on behalf of Creditor    Mercedes Benz Financial Services USA LLC
               asodono@msbnj.com
              Anthony  Sodono, III    on behalf of Creditor Rasheeda  Carter asodono@msbnj.com

```
District/off: 0312-2                  User: admin                    Page 3 of 5                    Date Rcvd: Sep 09, 2019
                                      Form ID: orderntc              Total Noticed: 64
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

        Beth J. Rotenberg   on behalf of Creditor   Berkley Insurance Company brotenberg@csglaw.com,
         ecf@csglaw.com
        Blake D. Roth   on behalf of Creditor   Bridgestone Americas Tire Operations, LLC
         blake.roth@wallerlaw.com,
         chris.cronk@wallerlaw.com;deborah.liles@wallerlaw.com;katie.stenberg@wallerlaw.com
        Brett Steven Theisen   on behalf of Plaintiff   New England Motor Freight, Inc.
         btheisen@gibbonslaw.com
        Brett Steven Theisen   on behalf of Debtor   New England Motor Freight, Inc.
         btheisen@gibbonslaw.com
        Brian Glass   on behalf of Interested Party   PA Department of Environmental Protection
         briaglass@pa.gov,  verkanova@pa.gov
        Brian W. Hofmeister   on behalf of Creditor Larry L. Banks bwh@hofmeisterfirm.com
        Catherine L. Corey   on behalf of Creditor   East River Energy, Inc, clcorey@nmmlaw.com
        Chad J. Toms   on behalf of Debtor   New England Motor Freight, Inc. ctoms@wtplaw.com
        Christopher Lynch   on behalf of Creditor   Fifth Third Bank clynch@reedsmith.com
        Christopher John Leavell   on behalf of Plaintiff Dan  Webster cleavell@klehr.com,
         lclark@klehr.com
        Christopher John Leavell   on behalf of Interested Party   Class Plaintiffs at al
         cleavell@klehr.com,  lclark@klehr.com
        Christopher John Leavell   on behalf of Plaintiff Mary  Carlin cleavell@klehr.com,
         lclark@klehr.com
        Daniel Stolz   on behalf of Debtor   New England Motor Freight, Inc. dstolz@wjslaw.com,
         dstolz@ecf.inforuptcy.com;msousa@wjslaw.com;btorres@ecf.inforuptcy.com
        David Edelberg   on behalf of Creditor   McIntosh Energy Company dedelberg@cullenanddykman.com,
         edelbergdr82964@notify.bestcase.com
        David A. Pisciotta   on behalf of Creditor   Santander Bank, N.A.
         david.pisciotta@troutmansanders.com,  john.murphy@troutman.com;alissa.piccione@troutman.com
        David V. Fontana   on behalf of Creditor   TD Bank, N.A. dfont@gebsmith.com,
         ltancredi@gebsmith.com;klusby@gebsmith.com
        Deirdre E. Burke   on behalf of Creditor   Capital One, N.A. dburke@mccarter.com
        Denise A Kuhn   on behalf of Creditor Dept. of Revenue  Commonwealth of Pennsylvania, department
         of revenue dkuhn@attorneygeneral.gov
        Donald W Clarke   on behalf of Debtor   New England Motor Freight, Inc. dclarke@wjslaw.com,
         dclarke@ecf.inforuptcy.com
        Douglas J. McGill   on behalf of Creditor   Pilot Thomas Logistics LLC dmcgill@webbermcgill.com,
         mlynch@webbermcgill.com
        Douglas T Tabachnik   on behalf of Creditor to Rita Alvarado  The Rosato Firm, P.C., counsel
         dtabachnik@dttlaw.com,  rdalba@dttlaw.com
        Douglas T Tabachnik   on behalf of Defendant Rita  Alvarado dtabachnik@dttlaw.com,
         rdalba@dttlaw.com
        Eric Goldstein   on behalf of Creditor   United HealthCare Services, Inc. egoldstein@goodwin.com,
         bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com
        Evan S. Goldstein   on behalf of Creditor   Webster Capital Finance, Inc. egoldstein@uks.com
        Frank Peretore   on behalf of Creditor   Wells Fargo Equipment Finance, Inc. fperetore@csglaw.com
        Gail C. Lin   on behalf of Plaintiff Alice  Waters GL@outtengolden.com,
         jxh@outtengolden.com;jar@outtengolden.com;rsr@outtengolden.com;kdeleon@outtengolden.com;squinonez
         @outtengolden.com;tloughran@outtengolden.com
        Gail C. Lin   on behalf of Plaintiff Rich  Richardson GL@outtengolden.com,
         jxh@outtengolden.com;jar@outtengolden.com;rsr@outtengolden.com;kdeleon@outtengolden.com;squinonez
         @outtengolden.com;tloughran@outtengolden.com
        Gary D. Bressler   on behalf of Creditor   Volvo Financial gbressler@mdmc-law.com,
         kdeans@mdmc-law.com;kpatterson@mdmc-law.com;dprimack@mdmc-law.com;bkleban@mdmc-law.com
        Gary D. Bressler   on behalf of Creditor   Mack Trucks, Inc. gbressler@mdmc-law.com,
         kdeans@mdmc-law.com;kpatterson@mdmc-law.com;dprimack@mdmc-law.com;bkleban@mdmc-law.com
        Gary D. Bressler   on behalf of Creditor   VFS US LLC gbressler@mdmc-law.com,
         kdeans@mdmc-law.com;kpatterson@mdmc-law.com;dprimack@mdmc-law.com;bkleban@mdmc-law.com
        Jacob Frumkin   on behalf of Interested Party   Great Dane LLC jfrumkin@coleschotz.com
        JoAnne M. Bonacci   on behalf of Creditor   RLI Insurance Company jbonacci@dbplawfirm.com
        John F. Bracaglia, Jr.   on behalf of Interested Party   Orange and Rockland Utilities, Inc.
         brokaw@centraljerseylaw.com
        John Phillip Schneider   on behalf of Creditor Committee   Official Committee Of Unsecured
         Creditors JPSchneider@mdmc-law.com
        John R. Morton, Jr.   on behalf of Creditor   CAB East LLC, serviced by Ford Motor Credit Company
         LLC ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com
        Joseph Lubertazzi, Jr.   on behalf of Creditor   Capital One, N.A. jlubertazzi@mccarter.com
        Joseph J. DiPasquale   on behalf of Creditor Committee   Official Committee Of Unsecured
         Creditors jdipasquale@lowenstein.com
        Joseph J. McMahon, Jr.   on behalf of Creditor   Pilot Travel Centers LLC jmcmahon@ciardilaw.com,
         jclarke@ciardilaw.com
        Joseph L. Schwartz   on behalf of Creditor   Lucky's Energy Service, Inc. jschwartz@riker.com
        Justin W. Gray   on behalf of Creditor Janice A. Goodall gray@maynardoconnorlaw.com,
         Sweeney@moscllp.com
        Justin W. Gray   on behalf of Creditor Anthony  McNeil gray@maynardoconnorlaw.com,
         Sweeney@moscllp.com
        Justin W. Gray   on behalf of Defendant   Angela Evans, Individually & as Parent & Natural
         Guardian of E Evans, an Infant gray@maynardoconnorlaw.com,  Sweeney@moscllp.com
        Justin W. Gray   on behalf of Creditor Angela  Evans gray@maynardoconnorlaw.com,
         Sweeney@moscllp.com

```
District/off: 0312-2              User: admin                Page 4 of 5                  Date Rcvd: Sep 09, 2019
                                  Form ID: orderntc          Total Noticed: 64
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Justin W. Gray    on behalf of Creditor Daniel  Rinaldi gray@maynardoconnorlaw.com, Sweeney@moscllp.com
        Justin W. Gray    on behalf of Creditor Daniel  Murtha gray@maynardoconnorlaw.com, Sweeney@moscllp.com
        Karen A. Giannelli    on behalf of Debtor    Hollywood Avenue Solar, LLC kgiannelli@gibbonslaw.com
        Karen A. Giannelli    on behalf of Debtor    Apex Logistics, Inc. kgiannelli@gibbonslaw.com
        Karen A. Giannelli    on behalf of Plaintiff    MyJon, LLC kgiannelli@gibbonslaw.com
        Karen A. Giannelli    on behalf of Debtor    MyJon, LLC kgiannelli@gibbonslaw.com
        Karen A. Giannelli    on behalf of Plaintiff    Jans Leasing Corp. kgiannelli@gibbonslaw.com
        Karen A. Giannelli    on behalf of Debtor    Eastern Freight Ways, Inc. kgiannelli@gibbonslaw.com
        Karen A. Giannelli    on behalf of Debtor    United Express Solar, LLC kgiannelli@gibbonslaw.com
        Karen A. Giannelli    on behalf of Plaintiff    New England Motor Freight, Inc. kgiannelli@gibbonslaw.com
        Karen A. Giannelli    on behalf of Debtor    NEMF Logistics, LLC kgiannelli@gibbonslaw.com
        Karen A. Giannelli    on behalf of Plaintiff    NEMF World Transport, Inc. kgiannelli@gibbonslaw.com
        Karen A. Giannelli    on behalf of Plaintiff    Carrier Industries, Inc. kgiannelli@gibbonslaw.com
        Karen A. Giannelli    on behalf of Plaintiff    Apex Logistics, Inc. kgiannelli@gibbonslaw.com
        Karen A. Giannelli    on behalf of Debtor    Carrier Industries, Inc. kgiannelli@gibbonslaw.com
        Karen A. Giannelli    on behalf of Debtor    Myar, LLC kgiannelli@gibbonslaw.com
        Karen A. Giannelli    on behalf of Plaintiff    NEMF Logistics, LLC kgiannelli@gibbonslaw.com
        Karen A. Giannelli    on behalf of Plaintiff    Myar, LLC kgiannelli@gibbonslaw.com
        Karen A. Giannelli    on behalf of Debtor    NEMF World Transport, Inc. kgiannelli@gibbonslaw.com
        Karen A. Giannelli    on behalf of Plaintiff    United Express Solar, LLC kgiannelli@gibbonslaw.com
        Karen A. Giannelli    on behalf of Debtor    Jans Leasing Corp. kgiannelli@gibbonslaw.com
        Karen A. Giannelli    on behalf of Other Prof.    Donlin, Recano & Company, Inc. kgiannelli@gibbonslaw.com
        Karen A. Giannelli    on behalf of Plaintiff    Eastern Freight Ways, Inc. kgiannelli@gibbonslaw.com
        Karen A. Giannelli    on behalf of Plaintiff    Hollywood Avenue Solar, LLC kgiannelli@gibbonslaw.com
        Karen A. Giannelli    on behalf of Debtor    New England Motor Freight, Inc. kgiannelli@gibbonslaw.com
        Kate R. Buck    on behalf of Creditor    Connecticut Light & Power Company, NStar Western Massachusetts, Yankee Gas Services Company, Colonial Gas Company, KeySpan Energy Delivery Long Island, Narragansett Electric Company and Niagara Mohawk kbuck@mccarter.com
        Kate R. Buck    on behalf of Creditor    Potomac Edison Company, Toledo Edison Company and West Penn Power Company kbuck@mccarter.com
        Kenneth L. Baum    on behalf of Creditor    Clermont Holdings, LLC kbaum@kenbaumdebtsolutions.com, fpisano@coleschotz.com
        Keri P. Ebeck    on behalf of Creditor    Guttman Energy, Inc. kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com
        Kevin Gordon McDonald    on behalf of Creditor    VW Credit Leasing, Ltd. kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
        Kevin M. Capuzzi    on behalf of Interested Party    Amazon.com Services, Inc., formerly Amazon Fulfillment Services, Inc. kcapuzzi@beneschlaw.com, debankruptcy@beneschlaw.com
        Louis A. Curcio    on behalf of Creditor    Santander Bank, N.A. louis.curcio@troutmansanders.com, John.Murphy@troutmansanders.com;jonathan.forstot@troutmansanders.com;david.pisciotta@troutmansanders.com
        Mark  Platt    on behalf of Creditor    Omnitracs, LLC mplatt@fbtlaw.com
        Mark B Conlan    on behalf of Debtor    New England Motor Freight, Inc. mconlan@gibbonslaw.com
        Mark B Conlan    on behalf of Plaintiff    New England Motor Freight, Inc. mconlan@gibbonslaw.com
        Mark B Conlan    on behalf of Defendant    New England Motor Freight, Inc., et al. mconlan@gibbonslaw.com
        Mary E. Seymour    on behalf of Creditor Committee    Official Committee Of Unsecured Creditors mseymour@lowenstein.com, echafetz@lowenstein.com
        Melissa A. Pena    on behalf of Creditor    Webster Capital Finance, Inc. mapena@norris-law.com, pfreda@nmmlaw.com
        Michael D. Sirota    on behalf of Interested Party    Great Dane LLC msirota@coleschotz.com, fpisano@coleschotz.com
        Michael R. Caruso    on behalf of Creditor    Wells Fargo Equipment Finance, Inc. mcaruso@csglaw.com, ecf@csglaw.com
        Morris S. Bauer    on behalf of Creditor    East River Energy, Inc, msbauer@nmmlaw.com, rjacome@norris-law.com,relikens@nmmlaw.com
        Norman N Kinel    on behalf of Interested Party    East West Bank norman.kinel@squirepb.com, sarah.conley@squirepb.com;elliot.smith@squirepb.com
        Peter M. Knob    on behalf of Creditor    Capital One, N.A. pknob@mccarter.com, lrestivo@mccarter.com
        Rebecca Ann Solarz    on behalf of Creditor    VW Credit Leasing, Ltd rsolarz@kmllawgroup.com
        Rene S. Roupinian    on behalf of Plaintiff Rich  Richardson rsr@outtengolden.com
        Rene S. Roupinian    on behalf of Plaintiff Alice  Waters rsr@outtengolden.com
        Richard  Albuquerque    on behalf of Creditor MICHAEL   SINGLEY richarda@djdlawyers.com
        Richard S. Kanowitz    on behalf of Unknown Role Type    Ad Hoc Group of Tort Claimants rkanowitz@cooley.com, mklein@cooley.com;jindyke@cooley.com;efiling-notice@ecf.pacerpro.com
        Rick Aaron Steinberg    on behalf of Creditor    TOTE Maritime rsteinberg@pricemeese.com
        Robert A. Burke    on behalf of Defendant    Jenny Munson Andress, individually and as the Administratrix of the Estate of Herbert Andress rburke@macelree.com
        Robert E. Nies    on behalf of Creditor    Berkley Insurance Company rnies@csglaw.com
        Robert K. Scheinbaum    on behalf of Defendant    New Jersey Manufacturers Insurance Company a/s/o Phyllis A. Troy rscheinbaum@connellfoley.com

```
District/off: 0312-2           User: admin                    Page 5 of 5                  Date Rcvd: Sep 09, 2019
                               Form ID: orderntc              Total Noticed: 64


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Robert K. Scheinbaum    on behalf of Creditor   New Jersey Manufacturers
               rscheinbaum@connellfoley.com
              Rona J. Rosen    on behalf of Creditor    WARN Act Class Plaintiffs and Putative Class
               cbbutler@klehr.com,   cbbutler@klehr.com
              Sari Blair Placona    on behalf of Creditor Rasheeda  Carter splacona@msbnj.com
              Sari Blair Placona    on behalf of Creditor   Interstate Towing Recovery Incorporated
               splacona@msbnj.com
              Sari Blair Placona    on behalf of Creditor   Mercedes Benz Financial Services USA LLC
               splacona@msbnj.com
              Sari Blair Placona    on behalf of Defendant    DARYL MARTIN AND KIM MARTIN splacona@msbnj.com
              Sari Blair Placona    on behalf of Creditor Shauna  Jones splacona@msbnj.com
              Sari Blair Placona    on behalf of Creditor Daryl & Kim  Martin splacona@msbnj.com
              Sari Blair Placona    on behalf of Creditor Jalil  Walters splacona@msbnj.com
              Sari Blair Placona    on behalf of Defendant    Jalil Waters and Rashida Carter splacona@msbnj.com
              Sari Blair Placona    on behalf of Defendant Shauna  Jones splacona@msbnj.com
              Scott J. Freedman    on behalf of Creditor    Corcentric, LLC sfreedman@dilworthlaw.com
              Scott W Lichtenstein    on behalf of Creditor    Berkley Insurance Company slichtenstein@csglaw.com
              Seoung Y. Lim    on behalf of Creditor    Pantos USA, Inc. joshualim@kcllawfirm.com,
               denisemoreno@kcllawfirm.com,seankwak@kcllawfirm.com,jpark@kcllawfirm.com
              Stephen  B. Ravin    on behalf of Creditor    Riggins, Inc. sravin@saul.com,   jgillman@saul.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
              Virginia T. Shea    on behalf of Creditor    Volvo Financial vshea@mdmc-law.com,
               mtaranto@mdmc-law.com;kpatterson@mdmc-law.com;gbressler@mdmc-law.com;lmodugno@mdmc-law.com
              Virginia T. Shea    on behalf of Creditor    VFS US LLC vshea@mdmc-law.com,
               mtaranto@mdmc-law.com;kpatterson@mdmc-law.com;gbressler@mdmc-law.com;lmodugno@mdmc-law.com
              Warren Scott Gottlieb    on behalf of Defendant    Consolidated Edison Company of New York, Inc.
               wgottlieb@golawllp.com
                                                                                               TOTAL: 123
```