| |
|---|
| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY |
| **Caption in compliance with D.N.J. LBR 9004-1** |
| **GIBBONS P.C.** |
| Karen A. Giannelli, Esq. |
| Mark B. Conlan, Esq. |
| Brett S. Theisen, Esq. |
| One Gateway Center |
| Newark, New Jersey  07102 |
| Telephone:  (973) 596-4500 |
| Facsimile:   (973) 596-0545 |
| E-mail:  kgiannelli@gibbonslaw.com |
|            mconlan@gibbonslaw.com |
|            btheisen@gibbonslaw.com |
| *Counsel to the Debtors* |
| *and Debtors-in-Possession* |

**Order Filed on September 9, 2019 by Clerk U.S. Bankruptcy Court District of New Jersey**

| | |
|---|---|
| In re: <br> NEW ENGLAND MOTOR FREIGHT, INC., *et al.*, <br> Debtors.[1] | Chapter 11 <br> Case No. 19-12809 (JKS) <br> (Jointly Administered) |

### INTERIM ORDER GRANTING THE DEBTORS' MOTION TO (A) EXTEND THE EXCLUSIVE PERIODS WITHIN WHICH TO FILE A CHAPTER 11 PLAN AND SOLICIT ACCEPTANCE THEREOF, AND (B) ADJOURNING THE SEPTEMBER 5, 2019 HEARING AND <u>RELATED OBJECTION DEADLINE</u>

The relief set forth on the following pages, numbered two (2) through and including three (3), is hereby **ORDERED**.

**DATED: September 9, 2019**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC (4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMF Logistics, LLC (4666).

2748096.1 115719-100281

Page: 2
Debtors: New England Motor Freight, Inc., *et al.*
Case No.: 19-12809 (JKS)
Caption: Interim Order Granting the Debtors' Motion to (a) Extend the Exclusive Periods Within Which to File a Chapter 11 Plan and Solicit Acceptance Thereof and (b) Adjourning the September 5, 2019 Hearing and Related Objection Deadline

Upon the Motion[2] of the Debtors in the above-captioned Chapter 11 Cases seeking the entry of an order (a) extending the exclusive periods during which only the Debtors may file a chapter 11 plan and solicit acceptances thereof pursuant to section 1121(d) of title 11 of the United States Code, 11 U.S.C. §§ 101 and Rule 9006(b) of the Federal Rules of Bankruptcy Procedure, and (b) for authorization to file a combined plan of liquidation and disclosure statement; and the Debtors having conferred with the Committee and the lenders regarding an interim extension of the exclusive periods pending ongoing discussions; and the Court having determined that the relief sought in the Motion is in the best interest of the Debtors, their estates and creditors, and other parties-in-interest; and the Court having jurisdiction to consider the Motion and the relief requested therein; venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and upon the record herein; and after due deliberation thereon; and good and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT**:

1. The Motion is **GRANTED** as set forth herein.

2. The Exclusive Filing Period is extended through and including September 19, 2019.

3. The Exclusive Solicitation Period is extended through and including November 18, 2019.

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

2748096.1 115719-100281

Page:    3
Debtors:    New England Motor Freight, Inc., *et al.*
Case No.:    19-12809 (JKS)
Caption:    Interim Order Granting the Debtors' Motion to (a) Extend the Exclusive Periods Within Which to File a Chapter 11 Plan and Solicit Acceptance Thereof and (b) Adjourning the September 5, 2019 Hearing and Related Objection Deadline

---

4. The Official Committee of Unsecured Creditors ("Committee") shall continue to have the co-exclusive right with the Debtors to file a plan of liquidation, solicit acceptances thereto and seek confirmation thereof; <u>provided</u>, <u>however</u>, during the Exclusive Periods such plan may only be filed by the Committee jointly with the Debtors.

5. The hearing scheduled for September 5 at 10:00 a.m. is adjourned to September 19 at 10:00 a.m. and the deadline to object to the relief sought in the Motion is extended to September 12, 2019.

6. Relief requested herein is without prejudice to the Debtors' rights to seek additional extensions of the Exclusive Periods.

7. Notwithstanding applicability of any Bankruptcy Rule, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

8. The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation of this Order.

2748096.1 115719-100281

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 19-12809-JKS
New England Motor Freight, Inc.                                           Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 4           Date Rcvd: Sep 09, 2019
                              Form ID: pdf903          Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 11, 2019.
```
db            +New England Motor Freight, Inc.,   1-71 North Ave E,   Elizabeth, NJ 07201-2958
aty          #+Brent C. Strickland,   Whiteford, Taylor & Preston L.L.P,   7501 Wisconsin Avenue,Suite 700W,
                Bethesda, MD 20814-6521
aty           +Deloitte Consulting LLP,   111 S Wacker Dr,   Chicago, IL 60606-4396
aty           +Gibbons, P.C.,   One Gateway Center,   Newark, NJ 07102-5321
aty            Howard A. Cohen,   Gibbons P.C.,   300 Delaware Avenue, Suite 1015,   Wilmington, DE 19801-1671
aty            Jeffrey L. Nagel,   Gibbons P.C.,   One Pennsylvania Plaza, 37th Floor,
                New York, NY 10119-3701
aty           +Todd M. Brooks,   Whiteford, Taylor & Preston L.L.P.,   7 St. Paul Street, Suite 1500,
                Baltimore, MD 21202-1636
aty           +WASSERMAN, JURISTA & STOLZ, P.C.,   110 Allen Road,   Suite 304,
                Basking Ridge,, NJ 07920-4500
aty           +Whiteford Taylor & Preston,   Seven Saint paul St. Ste 1800,   Baltimore, MD 21202-1639
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 11, 2019                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 9, 2019 at the address(es) listed below:
```
          Alan J. Brody    on behalf of Creditor    JP Morgan Chase brodya@gtlaw.com, NJLitDock@gtlaw.com
          Andrew R. Turner    on behalf of Defendant    Protective Insurance Company courts@turnerlaw.net
          Andrew R. Turner    on behalf of Interested Party    Protective Insurance Company
           courts@turnerlaw.net
          Anthony  Sodono, III   on behalf of Defendant Shauna  Jones asodono@msbnj.com
          Anthony  Sodono, III   on behalf of Creditor Jalil  Walters asodono@msbnj.com
          Anthony  Sodono, III   on behalf of Creditor    Mercedes Benz Financial Services USA LLC
           asodono@msbnj.com
          Anthony  Sodono, III   on behalf of Creditor Rasheeda  Carter asodono@msbnj.com
          Anthony  Sodono, III   on behalf of Creditor Shauna  Jones asodono@msbnj.com
          Anthony  Sodono, III   on behalf of Defendant    Jalil Waters and Rashida Carter asodono@msbnj.com
          Beth J. Rotenberg    on behalf of Creditor    Berkley Insurance Company brotenberg@csglaw.com,
           ecf@csglaw.com
          Blake D. Roth    on behalf of Creditor    Bridgestone Americas Tire Operations, LLC
           blake.roth@wallerlaw.com,
           chris.cronk@wallerlaw.com;deborah.liles@wallerlaw.com;katie.stenberg@wallerlaw.com
          Brett Steven Theisen    on behalf of Plaintiff    New England Motor Freight, Inc.
           btheisen@gibbonslaw.com
          Brett Steven Theisen    on behalf of Debtor    New England Motor Freight, Inc.
           btheisen@gibbonslaw.com
          Brian  Glass    on behalf of Interested Party    PA Department of Environmental Protection
            briaglass@pa.gov, verkanova@pa.gov
          Brian W. Hofmeister    on behalf of Creditor Larry L. Banks bwh@hofmeisterfirm.com
          Catherine L. Corey    on behalf of Creditor    East River Energy, Inc. clcorey@nmmlaw.com
          Chad J. Toms    on behalf of Debtor    New England Motor Freight, Inc. ctoms@wtplaw.com
          Christopher  Lynch    on behalf of Creditor    Fifth Third Bank clynch@reedsmith.com
```

```
District/off: 0312-2          User: admin              Page 2 of 4             Date Rcvd: Sep 09, 2019
                              Form ID: pdf903          Total Noticed: 9
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Christopher John Leavell   on behalf of Interested Party   Class Plaintiffs at al cleavell@klehr.com, lclark@klehr.com
          Christopher John Leavell   on behalf of Plaintiff Mary  Carlin cleavell@klehr.com, lclark@klehr.com
          Christopher John Leavell   on behalf of Plaintiff Dan  Webster cleavell@klehr.com, lclark@klehr.com
          Daniel  Stolz   on behalf of Debtor   New England Motor Freight, Inc. dstolz@wjslaw.com, dstolz@ecf.inforuptcy.com;msousa@wjslaw.com;btorres@ecf.inforuptcy.com
          David  Edelberg   on behalf of Creditor   McIntosh Energy Company dedelberg@cullenanddykman.com, edelbergdr82964@notify.bestcase.com
          David A. Pisciotta   on behalf of Creditor   Santander Bank, N.A. david.pisciotta@troutmansanders.com, john.murphy@troutman.com;alissa.piccione@troutman.com
          David V. Fontana   on behalf of Creditor   TD Bank, N.A. dfont@gebsmith.com, ltancredi@gebsmith.com;klusby@gebsmith.com
          Deirdre E. Burke   on behalf of Creditor   Capital One, N.A. dburke@mccarter.com
          Denise A Kuhn   on behalf of Creditor Dept. of Revenue   Commonwealth of Pennsylvania, department of revenue dkuhn@attorneygeneral.gov
          Donald W Clarke   on behalf of Debtor   New England Motor Freight, Inc. dclarke@wjslaw.com, dclarke@ecf.inforuptcy.com
          Douglas J. McGill   on behalf of Creditor   Pilot Thomas Logistics LLC dmcgill@webbermcgill.com, mlynch@webbermcgill.com
          Douglas T Tabachnik   on behalf of Defendant Rita  Alvarado dtabachnik@dttlaw.com, rdalba@dttlaw.com
          Douglas T Tabachnik   on behalf of Creditor to Rita Alvarado   The Rosato Firm, P.C., counsel dtabachnik@dttlaw.com, rdalba@dttlaw.com
          Eric  Goldstein   on behalf of Creditor   United HealthCare Services, Inc. egoldstein@goodwin.com, bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com
          Evan S. Goldstein   on behalf of Creditor   Webster Capital Finance, Inc. egoldstein@uks.com
          Frank  Peretore   on behalf of Creditor   Wells Fargo Equipment Finance, Inc. fperetore@csglaw.com
          Gail C. Lin   on behalf of Plaintiff Alice  Waters GL@outtengolden.com, jxh@outtengolden.com;jar@outtengolden.com;rsr@outtengolden.com;kdeleon@outtengolden.com;squinonez@outtengolden.com;tloughran@outtengolden.com
          Gail C. Lin   on behalf of Plaintiff Rich  Richardson GL@outtengolden.com, jxh@outtengolden.com;jar@outtengolden.com;rsr@outtengolden.com;kdeleon@outtengolden.com;squinonez@outtengolden.com;tloughran@outtengolden.com
          Gary D. Bressler   on behalf of Creditor   Mack Trucks, Inc. gbressler@mdmc-law.com, kdeans@mdmc-law.com;kpatterson@mdmc-law.com;dprimack@mdmc-law.com;bkleban@mdmc-law.com
          Gary D. Bressler   on behalf of Creditor   VFS US LLC gbressler@mdmc-law.com, kdeans@mdmc-law.com;kpatterson@mdmc-law.com;dprimack@mdmc-law.com;bkleban@mdmc-law.com
          Gary D. Bressler   on behalf of Creditor   Volvo Financial gbressler@mdmc-law.com, kdeans@mdmc-law.com;kpatterson@mdmc-law.com;dprimack@mdmc-law.com;bkleban@mdmc-law.com
          Jacob  Frumkin   on behalf of Interested Party   Great Dane LLC jfrumkin@coleschotz.com
          JoAnne M. Bonacci   on behalf of Creditor   RLI Insurance Company jbonacci@dbplawfirm.com
          John F. Bracaglia, Jr.   on behalf of Interested Party   Orange and Rockland Utilities, Inc. brokaw@centraljerseylaw.com
          John Phillip Schneider   on behalf of Creditor Committee   Official Committee Of Unsecured Creditors JPSchneider@mdmc-law.com
          John R. Morton, Jr.   on behalf of Creditor   CAB East LLC, serviced by Ford Motor Credit Company LLC ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
          Joseph Lubertazzi, Jr.   on behalf of Creditor   Capital One, N.A. jlubertazzi@mccarter.com
          Joseph J. DiPasquale   on behalf of Creditor Committee   Official Committee Of Unsecured Creditors jdipasquale@lowenstein.com
          Joseph J. McMahon, Jr.   on behalf of Creditor   Pilot Travel Centers LLC jmcmahon@ciardilaw.com, jclarke@ciardilaw.com
          Joseph L. Schwartz   on behalf of Creditor   Lucky's Energy Service, Inc. jschwartz@riker.com
          Justin W. Gray   on behalf of Creditor Anthony  McNeil gray@maynardoconnorlaw.com, Sweeney@moscllp.com
          Justin W. Gray   on behalf of Defendant   Angela Evans, Individually & as Parent & Natural Guardian of E Evans, an Infant gray@maynardoconnorlaw.com, Sweeney@moscllp.com
          Justin W. Gray   on behalf of Creditor Angela  Evans gray@maynardoconnorlaw.com, Sweeney@moscllp.com
          Justin W. Gray   on behalf of Creditor Daniel  Rinaldi gray@maynardoconnorlaw.com, Sweeney@moscllp.com
          Justin W. Gray   on behalf of Creditor Daniel  Murtha gray@maynardoconnorlaw.com, Sweeney@moscllp.com
          Justin W. Gray   on behalf of Creditor Janice A. Goodall gray@maynardoconnorlaw.com, Sweeney@moscllp.com
          Karen A. Giannelli   on behalf of Debtor   NEMF Logistics, LLC kgiannelli@gibbonslaw.com
          Karen A. Giannelli   on behalf of Plaintiff   NEMF World Transport, Inc. kgiannelli@gibbonslaw.com
          Karen A. Giannelli   on behalf of Plaintiff   Carrier Industries, Inc. kgiannelli@gibbonslaw.com
          Karen A. Giannelli   on behalf of Plaintiff   Myar, LLC kgiannelli@gibbonslaw.com
          Karen A. Giannelli   on behalf of Plaintiff   Apex Logistics, Inc. kgiannelli@gibbonslaw.com
          Karen A. Giannelli   on behalf of Debtor   Carrier Industries, Inc. kgiannelli@gibbonslaw.com
          Karen A. Giannelli   on behalf of Debtor   Myar, LLC kgiannelli@gibbonslaw.com
          Karen A. Giannelli   on behalf of Plaintiff   NEMF Logistics, LLC kgiannelli@gibbonslaw.com
          Karen A. Giannelli   on behalf of Debtor   NEMF World Transport, Inc. kgiannelli@gibbonslaw.com
          Karen A. Giannelli   on behalf of Plaintiff   United Express Solar, LLC kgiannelli@gibbonslaw.com
          Karen A. Giannelli   on behalf of Debtor   Jans Leasing Corp. kgiannelli@gibbonslaw.com

```
District/off: 0312-2          User: admin              Page 3 of 4                 Date Rcvd: Sep 09, 2019
                              Form ID: pdf903          Total Noticed: 9
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Karen A. Giannelli    on behalf of Other Prof.    Donlin, Recano & Company, Inc.
           kgiannelli@gibbonslaw.com
          Karen A. Giannelli    on behalf of Plaintiff    Eastern Freight Ways, Inc. kgiannelli@gibbonslaw.com
          Karen A. Giannelli    on behalf of Plaintiff    Hollywood Avenue Solar, LLC
           kgiannelli@gibbonslaw.com
          Karen A. Giannelli    on behalf of Debtor    New England Motor Freight, Inc.
           kgiannelli@gibbonslaw.com
          Karen A. Giannelli    on behalf of Debtor    Hollywood Avenue Solar, LLC kgiannelli@gibbonslaw.com
          Karen A. Giannelli    on behalf of Debtor    Apex Logistics, Inc. kgiannelli@gibbonslaw.com
          Karen A. Giannelli    on behalf of Plaintiff    MyJon, LLC kgiannelli@gibbonslaw.com
          Karen A. Giannelli    on behalf of Debtor    MyJon, LLC kgiannelli@gibbonslaw.com
          Karen A. Giannelli    on behalf of Plaintiff    Jans Leasing Corp. kgiannelli@gibbonslaw.com
          Karen A. Giannelli    on behalf of Debtor    Eastern Freight Ways, Inc. kgiannelli@gibbonslaw.com
          Karen A. Giannelli    on behalf of Debtor    United Express Solar, LLC kgiannelli@gibbonslaw.com
          Karen A. Giannelli    on behalf of Plaintiff    New England Motor Freight, Inc.
           kgiannelli@gibbonslaw.com
          Kate R. Buck    on behalf of Creditor    Potomac Edison Company, Toledo Edison Company and West
           Penn Power Company kbuck@mccarter.com
          Kate R. Buck    on behalf of Creditor    Connecticut Light & Power Company, NStar Western
           Massachusetts, Yankee Gas Services Company, Colonial Gas Company, KeySpan Energy Delivery Long
           Island, Narragansett Electric Company and Niagara Mohawk kbuck@mccarter.com
          Kenneth L. Baum    on behalf of Creditor    Clermont Holdings, LLC kbaum@kenbaumdebtsolutions.com,
           fpisano@coleschotz.com
          Keri P. Ebeck    on behalf of Creditor    Guttman Energy, Inc. kebeck@bernsteinlaw.com,
           jbluemle@bernsteinlaw.com
          Kevin Gordon McDonald    on behalf of Creditor    VW Credit Leasing, Ltd. kmcdonald@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Kevin M. Capuzzi    on behalf of Interested Party    Amazon.com Services, Inc., formerly Amazon
           Fulfillment Services, Inc. kcapuzzi@beneschlaw.com, debankruptcy@beneschlaw.com
          Louis A. Curcio    on behalf of Creditor    Santander Bank, N.A. louis.curcio@troutmansanders.com,
           John.Murphy@troutmansanders.com;jonathan.forstot@troutmansanders.com;david.pisciotta@troutmansand
           ers.com
          Mark  Platt    on behalf of Creditor    Omnitracs, LLC mplatt@fbtlaw.com
          Mark B Conlan    on behalf of Defendant    New England Motor Freight, Inc., et al.
           mconlan@gibbonslaw.com
          Mark B Conlan    on behalf of Debtor    New England Motor Freight, Inc. mconlan@gibbonslaw.com
          Mark B Conlan    on behalf of Plaintiff    New England Motor Freight, Inc. mconlan@gibbonslaw.com
          Mary E. Seymour    on behalf of Creditor Committee    Official Committee Of Unsecured Creditors
           mseymour@lowenstein.com, echafetz@lowenstein.com
          Melissa A. Pena    on behalf of Creditor    Webster Capital Finance, Inc. mapena@norris-law.com,
           pfreda@nmmlaw.com
          Michael D. Sirota    on behalf of Interested Party    Great Dane LLC msirota@coleschotz.com,
           fpisano@coleschotz.com
          Michael R. Caruso    on behalf of Creditor    Wells Fargo Equipment Finance, Inc.
           mcaruso@csglaw.com, ecf@csglaw.com
          Morris S. Bauer    on behalf of Creditor    East River Energy, Inc, msbauer@nmmlaw.com,
           rjacome@norris-law.com,relikens@nmmlaw.com
          Norman N Kinel    on behalf of Interested Party    East West Bank norman.kinel@squirepb.com,
           sarah.conley@squirepb.com;elliot.smith@squirepb.com
          Peter M. Knob    on behalf of Creditor    Capital One, N.A. pknob@mccarter.com,
           lrestivo@mccarter.com
          Rebecca Ann Solarz    on behalf of Creditor    VW Credit Leasing, Ltd rsolarz@kmllawgroup.com
          Rene S. Roupinian    on behalf of Plaintiff Rich  Richardson rsr@outtengolden.com
          Rene S. Roupinian    on behalf of Plaintiff Alice  Waters rsr@outtengolden.com
          Richard  Albuquerque    on behalf of Creditor MICHAEL  SINGLEY richarda@djdlawyers.com
          Richard S. Kanowitz    on behalf of Unknown Role Type    Ad Hoc Group of Tort Claimants
           rkanowitz@cooley.com, mklein@cooley.com;jindyke@cooley.com;efiling-notice@ecf.pacerpro.com
          Rick Aaron Steinberg    on behalf of Creditor    TOTE Maritime rsteinberg@pricemeese.com
          Robert A. Burke    on behalf of Defendant    Jenny Munson Andress, individually and as the
           Administratrix of the Estate of Herbert Andress rburke@macelree.com
          Robert E. Nies    on behalf of Creditor    Berkley Insurance Company rnies@csglaw.com
          Robert K. Scheinbaum    on behalf of Creditor    New Jersey Manufacturers
           rscheinbaum@connellfoley.com
          Robert K. Scheinbaum    on behalf of Defendant    New Jersey Manufacturers Insurance Company a/s/o
           Phyllis A. Troy rscheinbaum@connellfoley.com
          Rona J. Rosen    on behalf of Creditor    WARN Act Class Plaintiffs and Putative Class
           cbbutler@klehr.com, cbbutler@klehr.com
          Sari Blair Placona    on behalf of Defendant    Jalil Waters and Rashida Carter splacona@msbnj.com
          Sari Blair Placona    on behalf of Defendant Shauna  Jones splacona@msbnj.com
          Sari Blair Placona    on behalf of Creditor Rasheeda  Carter splacona@msbnj.com
          Sari Blair Placona    on behalf of Creditor    Interstate Towing Recovery Incorporated
           splacona@msbnj.com
          Sari Blair Placona    on behalf of Creditor    Mercedes Benz Financial Services USA LLC
           splacona@msbnj.com
          Sari Blair Placona    on behalf of Defendant    DARYL MARTIN AND KIM MARTIN splacona@msbnj.com
          Sari Blair Placona    on behalf of Creditor Shauna  Jones splacona@msbnj.com
          Sari Blair Placona    on behalf of Creditor Daryl & Kim  Martin splacona@msbnj.com
          Sari Blair Placona    on behalf of Creditor Jalil  Walters splacona@msbnj.com

```
District/off: 0312-2          User: admin                 Page 4 of 4               Date Rcvd: Sep 09, 2019
                              Form ID: pdf903             Total Noticed: 9
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

    Scott J. Freedman  on behalf of Creditor  Corcentric, LLC sfreedman@dilworthlaw.com
    Scott W Lichtenstein  on behalf of Creditor  Berkley Insurance Company slichtenstein@csglaw.com
    Seoung Y. Lim  on behalf of Creditor  Pantos USA, Inc. joshualim@kcllawfirm.com, denisemoreno@kcllawfirm.com,seankwak@kcllawfirm.com,jpark@kcllawfirm.com
    Stephen B. Ravin  on behalf of Creditor  Riggins, Inc. sravin@saul.com, jgillman@saul.com
    U.S. Trustee  USTPRegion03.NE.ECF@usdoj.gov
    Virginia T. Shea  on behalf of Creditor  VFS US LLC vshea@mdmc-law.com, mtaranto@mdmc-law.com;kpatterson@mdmc-law.com;gbressler@mdmc-law.com;lmodugno@mdmc-law.com
    Virginia T. Shea  on behalf of Creditor  Volvo Financial vshea@mdmc-law.com, mtaranto@mdmc-law.com;kpatterson@mdmc-law.com;gbressler@mdmc-law.com;lmodugno@mdmc-law.com
    Warren Scott Gottlieb  on behalf of Defendant  Consolidated Edison Company of New York, Inc. wgottlieb@golawllp.com

                                            TOTAL: 123