**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY**
Caption in compliance with D.N.J. LBR 9004-1

**GIBBONS P.C.**
Karen A. Giannelli, Esq.
Mark B. Conlan, Esq.
Brett S. Theisen, Esq.
One Gateway Center
Newark, New Jersey  07102
Telephone:  (973) 596-4500
Facsimile:   (973) 596-0545
E-mail:  kgiannelli@gibbonslaw.com
         mconlan@gibbonslaw.com
         btheisen@gibbonslaw.com
*Counsel to the Debtors and Debtors-in-Possession*

**Order Filed on September 9, 2019 by Clerk U.S. Bankruptcy Court District of New Jersey**

In re:

NEW ENGLAND MOTOR FREIGHT, INC., *et al.*,

Debtors. [1]

Chapter 11

Case No. 19-12809 (JKS)

(Jointly Administered)

## ORDER PURSUANT TO BANKRUPTCY RULES 9006 AND 9027 EXTENDING THE PERIOD WITHIN WHICH THE DEBTORS MAY REMOVE CLAIMS AND CAUSES OF ACTION PURSUANT TO 28 U.S.C. § 1452

The relief set forth on the following pages, numbered two (2) through and including three

(3), is hereby **ORDERED**.

**DATED: September 9, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows:  New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC (4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMF Logistics, LLC (4666).

Page:       2
Debtors:    New England Motor Freight, Inc., *et al*.
Case No.:   19-12809 (JKS)
Caption:    Order Pursuant to Bankruptcy Rules 9006 and 9027 Extending the Period
            Within Which the Debtors May Remove Claims and Causes of Action
            Pursuant to 28 U.S.C. § 1452

---

Upon consideration of the second motion (the "**Motion**") of the above captioned debtors and debtors-in-possession (collectively, the "**Debtors**") for entry of an order, pursuant to Bankruptcy Rules 9006 and 9027, extending the period within which the Debtors may remove actions pursuant to 28 U.S.C. § 1452 through and including January 7, 2020 and all pleadings related thereto; and due and proper notice of the Motion having been given; and it appearing that no other or further notice of the Motion is required; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Standing Order of Reference to the Bankruptcy Court Under Title 11* of the United States District Court for the District of New Jersey, entered on July 23, 1984, and amended on September 18, 2012 (Simandle, C.J.); and it appearing that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that venue of this proceeding and the Motion is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and notice of the Motion being sufficient under the circumstances; and it appearing that no other or further notice need be provided; and a hearing having been held to consider the relief requested in the Motion (the "**Hearing**"); and upon the arguments of counsel and the entire record of this Chapter 11 Cases and other matters of which this Court may properly take judicial notice; and any objections to the Motion having been withdrawn or overruled; and this Court having found and determined that the relief requested in the Motion is in the best interest of the Debtors, and all parties in interest; and after due deliberation and good and sufficient cause appearing therefor,

Page:       3
Debtors:   New England Motor Freight, Inc., *et al*.
Case No.:  19-12809 (JKS)
Caption:   Order Pursuant to Bankruptcy Rules 9006 and 9027 Extending the Period
           Within Which the Debtors May Remove Claims and Causes of Action
           Pursuant to 28 U.S.C. § 1452

---

### IT IS HEREBY ORDERED THAT:

1.      The Motion is **GRANTED** as set forth herein.

2.      The time period provided by Bankruptcy Rule 9027 within which the Debtors and

their estates may file notices of removal of claims and causes of action is further enlarged and

extended through and including January 7, 2020 (the "**Removal Deadline**").

3.      This Order shall be without prejudice to the rights of the Debtors and their estates

to seek further extensions of the Removal Deadline.

4.      This Court shall retain exclusive jurisdiction to hear and decide any and all disputes

related to or arising from the implementation, interpretation or enforcement of this Order.

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 19-12809-JKS
New England Motor Freight, Inc.                                           Chapter 11
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin            Page 1 of 1           Date Rcvd: Sep 09, 2019
                             Form ID: pdf903         Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 11, 2019.
db             +New England Motor Freight, Inc.,    1-71 North Ave E,   Elizabeth, NJ 07201-2958
aty            #+Brent C. Strickland,   Whiteford, Taylor & Preston L.L.P,    7501 Wisconsin Avenue,Suite 700W,
                 Bethesda, MD 20814-6521
aty            +Deloitte Consulting LLP,    111 S Wacker Dr,   Chicago, IL 60606-4396
aty            +Gibbons, P.C.,   One Gateway Center,   Newark, NJ 07102-5321
aty             Howard A. Cohen,    Gibbons P.C,   300 Delaware Avenue, Suite 1015,   Wilmington, DE  19801-1671
aty             Jeffrey L. Nagel,   Gibbons P.C.,   One Pennsylvania Plaza, 37th Floor,
                 New York, NY  10119-3701
aty            +Todd M. Brooks,    Whiteford, Taylor & Preston L.L.P.,    7 St. Paul Street, Suite 1500,
                 Baltimore, MD 21202-1636
aty            +WASSERMAN, JURISTA & STOLZ, P.C.,    110 Allen Road,   Suite 304,
                 Basking Ridge,, NJ 07920-4500
aty            +Whiteford Taylor & Preston,    Seven Saint paul St. Ste 1800,   Baltimore, MD 21202-1639

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 11, 2019                        Signature:  /s/Joseph Speetjens


# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 9, 2019 at the address(es) listed below:
NONE.                                                                                    TOTAL: 0