UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:

NEW ENGLAND MOTOR FREIGHT, INC., et al.,

                  Debtors.

Chapter 11
Case No. 19-12809 (JKS)
(Jointly Administered)

Notice of Appearance and
Request for Notice of Filings

      PLEASE TAKE NOTICE that the undersigned hereby appears as attorney for NEW YORK STATE DEPARTMENT OF LABOR and requests notices of filings in this proceeding.

Dated: September 12, 2019

Julie Ulmet
Acting Chief of Labor Bureau

Seth Kupferberg
Section Chief, General Labor Section

Respectfully submitted,

Office of the Attorney General
28 Liberty Street
New York, New York 10005
(212) 416-8701

By:

*Jessica Agarwal*
Jessica Agarwal, Assistant Attorney General