UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

GIBBONS P.C.
Karen A. Giannelli, Esq.
Mark B. Conlan, Esq.
Brett S. Theisen, Esq.
One Gateway Center
Newark, New Jersey 07102
Telephone: (973) 596-4500
Facsimile: (973) 596-0545
E-mail: kgiannelli@gibbonslaw.com
mconlan@gibbonslaw.com
btheisen@gibbonslaw.com
Counsel to the Debtors

In Re:

NEW ENGLAND MOTOR FREIGHT, INC., et al.,

Debtors.

Case No.: 19-12809

Adv. Pro. No.: _____

Chapter: 11

Hearing Date: Sept. 17, 2019

Judge: Judge Sherwood

## ADJOURNMENT REQUEST

1. I, __Brett S. Theisen__,

   ☒ am the attorney for: __the Debtors__,

   ☐ am self represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter: Motion for an Order Granting Leave for Carlos Diaz to Amend Proof of Claim or in the Alternative to File a Late Proof of Claim

   Current hearing date and time: Sept. 17, 2019 10:00 am

   New date requested: Oct. 29, 2019 at 10:00 am

   Reason for adjournment request: Allow a discussion concerning a consensual resolution in light of ongoing chapter 11 plan negotiations.

2. Consent to adjournment:

   ☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: September 10, 2019                                  /s/ Brett S. Theisen
                                                          Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted           New hearing date: 10/29/2019 @ 10:00           ☐ Peremptory

☐ Granted over objection(s)   New hearing date: _____   ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*new.9/23/15*