**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500 / Fax: (973) 597-2400
E-mail: mseymour@lowenstein.com
E-mail: jdipasquale@lowenstein.com

-and –

**ELLIOTT GREENLEAF, P.C.**
Rafael X. Zahralddin-Aravena, Esq. *(pro hac vice)*
Jonathan M. Stemerman, Esq. *(pro hac vice)*
1105 Market Street, Suite 1700
Wilmington, DE 19801
Telephone: (302) 384-9400 / Fax: (302) 384-9399
E-mail: rxza@elliottgreenleaf.com
E-mail: jms@elliottgreenleaf.com
*Counsel to the Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

| In re: | Chapter 11 |
|---|---|
| NEW ENGLAND MOTOR FREIGHT, INC, *et al.*[1] | Case No.: 19-12809 (JKS) |
| Debtors. | (Jointly Administered) |

**NOTICE OF WITHDRAWAL OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' OBJECTION TO DEBTORS' MOTION FOR ORDER APPROVING SETTLEMENT WITH TD BANK, N.A. PURSUANT TO 11 U.S.C. §§ 105(a), 362, AND 363(b) AND BANKRUPTCY RULES 4001(a), 6004 AND 9019**

The Official Committee of Unsecured Creditors of the above-captioned debtors and

debtors in possession, by and through its undersigned counsel, hereby withdraws *The Objection*

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC (4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMF Logistics, LLC (4666).

36527/2
09/12/2019 205019263.1

-2-

*Of The Official Committee Of Unsecured Creditors To Debtors' Motion for Order Approving Settlement with TD Bank, N.A. Pursuant to 11 U.S.C. §§ 105(a), 362, and 363(b) and Bankruptcy Rules 4001(a), 6004 and 9019* [D.I. 751], as the grounds for its objection have been resolved.

                                              Respectfully submitted,

Dated: September 12, 2019          **LOWENSTEIN SANDLER LLP**

                                              */s/ Joseph J. DiPasquale*
                                              Mary E. Seymour, Esq.
                                              Joseph J. DiPasquale, Esq.
                                              One Lowenstein Drive
                                              Roseland, NJ 07068
                                              Telephone: (973) 597-2500
                                              Facsimile: (973) 597-2400
                                              E-mail: mseymour@lowenstein.com
                                              E-mail: jdipasquale@lowenstein.com

                                              -and-

                                              **ELLIOTT GREENLEAF, P.C.**
                                              Rafael X. Zahralddin-Aravena, Esq.
                                              Jonathan M. Stemerman, Esq.
                                              1105 Market Street, Suite 1700
                                              Wilmington, DE 19801
                                              Phone: (302) 384-9400
                                              Facsimile: (302) 384-9399
                                              E-mail: rxza@elliottgreenleaf.com
                                              E-mail: jms@elliottgreenleaf.com

                                              *Counsel to the Official Committee of Unsecured Creditors*