# EXHIBIT A

### DEBTORS' MOTION FOR ENTRY OF ORDER AUTHORIZING THE DESTRUCTION OF CERTAIN OF THE DEBTORS' BOOKS AND RECORDS

**Elizabeth Inventory**

| Year | Total Boxes | Contents | Comments |
|---|---|---|---|
| 2004 | 4 | Emp Files | HR Files, Applications, Tax Forms, Discipline, ETC. |
| 2005 | 6 | Emp Files | HR Files, Applications, Tax Forms, Discipline, ETC. |
| 2006 | 0 |  | HR Files, Applications, Tax Forms, Discipline, ETC. |
| 2007 | 19 | Emp Files | HR Files, Applications, Tax Forms, Discipline, ETC. |
| 2008 | 32 | Emp Files | HR Files, Applications, Tax Forms, Discipline, ETC. |
| 2009 | 10 | Emp Files | HR Files, Applications, Tax Forms, Discipline, ETC. |
| 2010 | 11 | Emp Files | HR Files, Applications, Tax Forms, Discipline, ETC. |
| 2011 | 12 | Emp Files | HR Files, Applications, Tax Forms, Discipline, ETC. |
| 2012 | 10 | Emp Files | HR Files, Applications, Tax Forms, Discipline, ETC. |
| 2013 | 1 | Emp Files | HR Files, Applications, Tax Forms, Discipline, ETC. |
| 2014 | 15 | Emp Files | HR Files, Applications, Tax Forms, Discipline, ETC. |
| 2019 | 1 | HR Fax Transmission Records | Non-essential HR faxes-Dispose |
| 2016-19 | 1 | Misc. HR Files | Non-essential HR faxes-Dispose |
| 2019 | 1 | HR Fax Transmission Records | Non-essential HR faxes-Dispose |
| 2012 | 1 | Journal Entries, Work papers, EFW, Carrier APEX, PMX |  |
| 1998-02 | 1 | EFW Paperwork |  |
| 1998 | 1 | IT Paperwork, Memos & Binders |  |
| 2002 | 1 | Instruction Manuals |  |
| 1997-08 | 1 | Misc. Paperwork |  |
| 1998-99 | 1 | Misc. Files |  |

| | | | |
|---|---|---|---|
| 2011 | 1 | Journal Entries, Work papers, EFW, Carrier APEX, PMX | |
| 2013 | 1 | Misc. HR Files | |
| 2012-13 | 1 | Randoms | Random Drug Test Results |
| 2014-15 | 1 | Randoms | Random Drug Test Results |
| 2008-12 | 1 | Sterling Invoices / Work Opportunity | |
| 2002-12 | 1 | HR Files / Misc Fax Reports | HR Files, Applications, Tax Forms, Discipline, ETC. |
| 2014-15 | 1 | W4 Reports (SS numbers are noted) | W4 Tax Forms |
| 2005-13 | 1 | Mass Health / Data match FSA | Non-Essential Files-Dispose |
| 2010-11 | 1 | Monthlies Ref | Non-Essential Files-Dispose |
| 2012-14 | 1 | Monthlies Ref | Non-Essential Files-Dispose |
| 2014-16 | 1 | United Healthcare Manuals | |
| 2012 | 1 | NY Pay Invoices / Eastern Worker Communications | |
| 2008-09 | 1 | United Healthcare Plan Issues | |
| 2007-14 | 1 | MetLife / Munich Open Enrol | |
| 2016 | 1 | United Healh / Misc Files | Non-Essential Files-Dispose |
| 2009-12 | 1 | Misc Health Care Files | |
| 2008 | 1 | United Health Care paperwork | |
| 2018 | 3 | HR Faxes | Non-Essential Files-Dispose |
| 2001-09 | 1 | Payment Auth Forms | |
| 2005-13 | 1 | Medical Life Ben. | Non-Essential Files-Dispose |
| 2018 | 1 | Misc HR Files | Non-Essential Files-Dispose |
| 2014-16 | 1 | Misc HR Files | Non-Essential Files-Dispose |
| 2015 | 1 | Misc HR Files | Non-Essential Files-Dispose |
| 2017 | 1 | Misc HR Files | Non-Essential Files-Dispose |
| 2016-19 | 1 | Random Testing Earnie H | Random Drug Test Results |
| 2017-18 | 1 | W4 Reports (SS numbers are noted) | Non-Essential Files-Dispose |

| | | | |
|---|---|---|---|
| 1999 | 1 | Accounting | |
| 2018 | 1 | Pay Schedules | |
| 2018 | 1 | HR Files - Emp | HR Files, Applications, Tax Forms, Discipline, ETC. |
| 2012 | 2 | HR Files | HR Files, Applications, Tax Forms, Discipline, ETC. |
| 2009 | 1 | HR - 401K Files | Non-Essential Files-Dispose |
| 2012 | 1 | TD Bank Records | |
| All | 6 | Emp Files (Duplicates) | Yes Duplicates of HR Originals-Ok to Dispose Of |
| All | 5 | Emp Files (Duplicates) | Yes Duplicates of HR Originals-Ok to Dispose Of |
| All | 21 | Emp Files (Duplicates) | Yes Duplicates of HR Originals-Ok to Dispose Of |
| All | 16 | Emp Files (Duplicates) | Yes Duplicates of HR Originals-Ok to Dispose Of |
| All | 26 | Emp Files (Duplicates) | Yes Duplicates of HR Originals-Ok to Dispose Of |
| All | 21 | Emp Files (Duplicates) | Yes Duplicates of HR Originals-Ok to Dispose Of |
| All | 20 | Emp Files (Duplicates) | Yes Duplicates of HR Originals-Ok to Dispose Of |
| All | 20 | Emp Files (Duplicates) | Yes Duplicates of HR Originals-Ok to Dispose Of |
| | **299** | | |

**Pittsburgh Inventory**

| Total Boxes | Contents | Comments |
|---|---|---|
| 4 | 2006 EFW, Apex Checks | |
| 6 | 2007-2009 Financial Statements | |
| 1 | 2007-2012 Investments | |
| 3 | 2008 Overage Claims | |
| 1 | 2009 Claims | |
| 24 | 2009 Expense Reports | |
| 3 | 2009 Petty Cash | |
| 1 | 2009-2010 Interline Statements | |
| 2 | 2010 A/R Cash Entry Reports | |
| 1 | 2010 Bank Receipts | |
| 4 | 2010 Journal Entries | |
| 6 | 2010 LH Reports | |
| 1 | 2010,2011,2012 Controller Reports | |
| 18 | 2010-2011 Expense Account Reports | |

| | | |
|---|---|---|
| 3 | 2010-2011 Petty Cash | |
| 54 | 2011 Checks w/bu | |
| 26 | 2011 Expense Reports | |
| 141 | 2011 Fuel Tickets | |
| 4 | 2011 Petty Cash | |
| 1 | 2011-2014 Fuel Variance Reports | |
| 76 | 2012 A/R Cash Entry Reports | |
| 1 | 2012 Bank Receipts | |
| 74 | 2012 Checks w/bu | |
| 16 | 2012 EFW, Apex checks | |
| 23 | 2012 Expense Reports | |
| 111 | 2012 Fuel Tickets | |
| 1 | 2012 LH reports | |
| 13 | 2012-2013 Claims | |
| 100 | 2013 A/R Cash Entry Reports | |
| 1 | 2013 Bank Receipts | |
| 68 | 2013 Checks w/bu | |
| 13 | 2013 Exp reports | |
| 81 | 2013 Fuel Tickets | |
| 2 | 2013 Journal Entries NEMF | |
| 16 | 2013 LH Reports | |
| 25 | 2013 Manifests | |
| 3 | 2013 Petty Cash | |
| 92 | 2014 A/R Cash Entry Reports | |
| 1 | 2014 Bank Statements | |
| 122 | 2014 Checks w/bu | |
| 106 | 2014 Fuel Tickets | |
| 6 | 2014 Interline Checks | |
| 2 | 2014 Journal Entries | |
| 35 | 2014 LH Reports | |
| 116 | 2014 Manifests | |
| 4 | 2014 Petty Cash Reports | |
| 78 | 2015 A/R Cash Entry Reports | |
| 120 | 2015 Manifests | |
| 3 | 2015 Petty Cash | |
| 7 | 2016 Summary of Distributions | |
| 7 | Apex Envelopes | |
| 15 | Carrier Industries Envelopes with windows | |
| 30 | NEMF Envelopes | |
| **1672** | | |