UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
**Caption in compliance with D.N.J. LBR 9004-1**

**GIBBONS P.C.**
Karen A. Giannelli, Esq.
Mark B. Conlan, Esq.
Brett S. Theisen, Esq.
One Gateway Center
Newark, New Jersey  07102
Telephone:  (973) 596-4500
Facsimile:   (973) 596-0545
E-mail:  kgiannelli@gibbonslaw.com
       mconlan@gibbonslaw.com
       btheisen@gibbonslaw.com

*Counsel to the Debtors*
*and Debtors-in-Possession*

---

In re:

NEW ENGLAND MOTOR FREIGHT, INC., *et al.*,

          Debtors. [1]

Chapter 11

Case No. 19-12809 (JKS)
(Jointly Administered)

**Hearing Date:  September 24, 2019 @ 10:00 a.m.**

**Judge:  Hon. John K. Sherwood**

### ADJOURNMENT REQUEST

1.     I, BRETT S. THEISEN, ESQ.,

    ☒    am the attorney for: New England Motor Freight, Inc. et al., Debtors and Debtors In Possession,

    ☐    am self represented,

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows:  New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC (4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMF Logistics, LLC (4666).

and request an adjournment of the following hearing for the reason set forth below.

Matter:  Orange and Rockland County Utilities Motion for Relief from Stay [Dkt. No. 736]

Current hearing date and time:  September 24, 2019 @ 10:00 a.m.

New date requested:  October 22, 2019 at 10:00 a.m.

Reason for adjournment request: To allow continued discussion re: consensual resolution _____

_____

_____

2.        Consent to adjournment:

☒  I have the consent of all parties.        ☐  I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.


Date:  September 19, 2019                        /s/ Brett S. Theisen_____
                                                                    Brett S. Theisen, Esq.


        **COURT USE ONLY:**

The request for adjournment is:

☒  Granted        New hearing date:  __10/22/19 @ 10:00__ AM        ☐  Peremptory

☐  Granted over objection(s)  New hearing date: _____        ☐  Peremptory

☐  Denied