UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
Caption in compliance with D.N.J. LBR 9004-1

**GIBBONS P.C.**
Karen A. Giannelli, Esq.
Mark B. Conlan, Esq.
Brett S. Theisen, Esq.
One Gateway Center
Newark, New Jersey 07102
Telephone: (973) 596-4500
Facsimile: (973) 596-0545
E-mail: kgiannelli@gibbonslaw.com
mconlan@gibbonslaw.com
btheisen@gibbonslaw.com
*Counsel to the Debtors
and Debtors-in-Possession*

**FILED**
JEANNE A. NAUGHTON, CLERK

SEP 19 2019

U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY _____ DEPUTY

In re:
NEW ENGLAND MOTOR FREIGHT, INC.,
*et al.*,
                Debtors.[1]

Chapter 11
Case No. 19-12809 (JKS)
(Jointly Administered)

## SECOND INTERIM ORDER GRANTING THE DEBTORS' MOTION TO (A) EXTEND THE EXCLUSIVE PERIODS WITHIN WHICH TO FILE A CHAPTER 11 PLAN AND SOLICIT ACCEPTANCE THEREOF, AND (B) ADJOURNING THE SEPTEMBER 19, 2019 HEARING AND RELATED OBJECTION DEADLINE

The relief set forth on the following pages, numbered two (2) through and including three (3), is hereby **ORDERED**.

_____
**HONORABLE JOHN K. SHERWOOD**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC (4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMF Logistics, LLC (4666).

2748096.2 115719-100281

Page:    2
Debtors:  New England Motor Freight, Inc., *et al.*
Case No.: 19-12809 (JKS)
Caption:  Second Interim Order Granting the Debtors' Motion to (a) Extend the Exclusive Periods Within Which to File a Chapter 11 Plan and Solicit Acceptance Thereof and (b) Adjourning the September 19, 2019 Hearing and Related Objection Deadline

---

Upon the Motion[2] of the Debtors in the above-captioned Chapter 11 Cases seeking the entry of an order (a) extending the exclusive periods during which only the Debtors may file a chapter 11 plan and solicit acceptances thereof pursuant to section 1121(d) of title 11 of the United States Code, 11 U.S.C. §§ 101 and Rule 9006(b) of the Federal Rules of Bankruptcy Procedure, and (b) for authorization to file a combined plan of liquidation and disclosure statement; and the Debtors having conferred with the Committee and the lenders regarding an interim extension of the exclusive periods pending ongoing discussions; and the Court having determined that the relief sought in the Motion is in the best interest of the Debtors, their estates and creditors, and other parties-in-interest; and the Court having jurisdiction to consider the Motion and the relief requested therein; venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and upon the record herein; and after due deliberation thereon; and good and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT**:

1. The Motion is **GRANTED** as set forth herein.

2. The Exclusive Filing Period is extended through and including October 8, 2019.

3. The Exclusive Solicitation Period is extended through and including December 9, 2019.

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

2748096.2 115719-100281

Page:     3
Debtors:  New England Motor Freight, Inc., *et al.*
Case No.: 19-12809 (JKS)
Caption:  Second Interim Order Granting the Debtors' Motion to (a) Extend the Exclusive Periods Within Which to File a Chapter 11 Plan and Solicit Acceptance Thereof and (b) Adjourning the September 19, 2019 Hearing and Related Objection Deadline

---

4. The Official Committee of Unsecured Creditors ("Committee") shall continue to have the co-exclusive right with the Debtors to file a plan of liquidation, solicit acceptances thereto and seek confirmation thereof; *provided*, *however*, during the Exclusive Periods such plan may only be filed by the Committee jointly with the Debtors.

5. The hearing scheduled for September 19 at 10:00 a.m. is adjourned to October 8 at 10:00 a.m. and the deadline to object to the relief sought in the Motion is extended to October 1, 2019.

6. Relief requested herein is without prejudice to the Debtors' rights to seek additional extensions of the Exclusive Periods.

7. Notwithstanding applicability of any Bankruptcy Rule, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

8. The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation of this Order.