**CHIESA SHAHINIAN & GIANTOMASI PC**
One Boland Drive
West Orange, New Jersey 07052
Telephone: (973) 530-2121
Facsimile: (973) 530-2321
Scott W. Lichtenstein, Esq. (slichtenstein@csglaw.com)
*Attorneys for Berkley Insurance Company*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC., et al., | Case No. 19-12809 (JKS) |
| Debtors.[1] | (Jointly Administered) |

**NOTICE OF WITHDRAWAL**

**PLEASE TAKE NOTICE** that Berkley Insurance Company, by and through its undersigned counsel, hereby withdraws Docket No. 878 (Limited Objection to Debtors' *Motion For Entry of Order Authorizing The Destruction of Certain of the Debtors' Books and Records* [Dkt. 841]).

**CHIESA SHAHINIAN & GIANTOMASI PC**

By:   */s/ Scott W. Lichtenstein*
      Scott W. Lichtenstein
      One Boland Drive
      West Orange, NJ 07052
      Tel: 973-530-2121
      Fax: 973-530-2321
      Email: slichtenstein@csglaw.com
      *Attorneys for Berkley Insurance Company.*

---

[1] The Debtors in these Chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC (4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMF Logistics, LLC (4666).