**GIBBONS P.C.**
Karen A. Giannelli, Esq.
Mark B. Conlan, Esq.
Brett S. Theisen, Esq.
One Gateway Center
Newark, New Jersey  07102
Telephone:  (973) 596-4500
Facsimile:  (973) 596-0545
E-mail:  kgiannelli@gibbonslaw.com
         mconlan@gibbonslaw.com
         btheisen@gibbonslaw.com

Counsel to the Debtors
and Debtors-in-Possession

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC., et al.,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 19-12809 (JKS)<br><br>(Jointly Administered) |

**NOTICE OF FILING OF MONTHLY COMPENSATION AND STAFFING REPORT BY PHOENIX MANAGEMENT SERVICES, LLC FOR THE PERIOD FROM AUGUST 5, 2019 THROUGH SEPTEMBER 1, 2019**

PLEASE TAKE NOTICE that on February 11, 2019, New England Motor Freight, Inc. and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), filed the *Motion of Debtors for Authority to Retain and Employ Phoenix Management Services, LLC Effective as of Petition Date to Provide a Chief Restructuring Officer, Deputy Chief Restructuring Officers, and Supporting Personnel* [Docket No 16], with the United States Bankruptcy Court for the District of New Jersey (the "**Court**").

PLEASE TAKE FURTHER NOTICE that on February 13, 2019, the Court entered the *Order Authorizing Debtors to Retain and Employ Phoenix Management Services, LLC Effective as of Petition Date to Provide a Chief Restructuring Officer, Deputy Chief*

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows:  New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC (4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMF Logistics, LLC (4666).

2720890.2 115719-100281

*Restructuring Officers, and Supporting Personnel* [Docket No. 42] (the "**Phoenix Retention Order**").

PLEASE TAKE FURTHER NOTICE that, in accordance with the Phoenix Retention Order, Phoenix Management Services, LLC hereby files its monthly compensation and staffing Report for the period from August 5, 2019 through September 1, 2019 in the form attached hereto as **Exhibit 1**.

Dated: September 23, 2019                    Respectfully submitted,

**GIBBONS P.C.**

By: /s/ Karen A. Giannelli
    Karen A. Giannelli, Esq.
    Mark B. Conlan, Esq.
    Brett S. Theisen, Esq.
    One Gateway Center
    Newark, New Jersey 07102
    Telephone: (973) 596-4500
    Facsimile: (973) 596-0545
    E-mail: kgiannelli@gibbonslaw.com
           mconlan@gibbonslaw.com
           btheisen@gibbonslaw.com

*Counsel to the Debtors
and Debtors-in-Possession*

2720890.2 115719-100281

# Exhibit 1

Phoenix Management Services, LLC ("Phoenix") hereby submits this Seventh Monthly Report of Compensation Earned and Expenses Incurred (the "Report") for the period August 5, 2019 through September 1, 2019 (four weeks) for compensation and reimbursement of costs and expenses incurred pursuant to its engagement, which was approved by order of the Bankruptcy Court on February 13, 2019 [Docket No. 42] (the "Retention Order").

Under the Retention Order, the Debtors are authorized to compensate Phoenix a flat weekly fee of $30,000 pursuant to the terms of the Engagement Letter for the services of the CRO as well as a flat weekly expense reimbursement of $300 as reimbursement of expenses related to items such as facsimile charges and other support charges. By agreement, beginning the week of August 12, 2019, the CRO is paid on an hourly basis. Phoenix's fees for the CRO during this four-week period were $80,875.00. The CRO had vacation time during the weeks of August 19, 2019 and August 26, 2019 which resulted in reduced billing for those weeks.

Under the Retention Order, the Debtors are also authorized to compensate Phoenix weekly or monthly with respect to time and expenses incurred by other of its staff. Phoenix's fees for its other staff during this five-week period were $80,375.00.

Pursuant to the Retention Order, parties in interest may file an objection, if any, to this Report within fourteen (14) days from the date of filing of this Report.

| Attachment | Description |
|---|---|
| Exhibit A | Summary of Compensation |
| Exhibit A1 | Time Summary by Matter Code |
| Exhibit A2 | Time Summary by Professional |
| Exhibit A3 | Time Entry Detail |
| Exhibit B1 | Expense Summary by Category |
| Exhibit B2 | Expense Item Detail |

**EXHIBIT A:**
Summary of Compensation for the period of August 5, 2019 through September 1, 2019

| Project Name | Professional Fees | Expenses | Total | Payments Received | Unpaid |
|---|---|---|---|---|---|
| Shevell BK - CRO | $80,875.00 | $2,393.23 | $83,268.23 | $83,268.23 | $0.00 |
| Shevell BK - Others | $80,375.00 | $2,280.50 | $82,655.50 | $0.00 | $82,655.50 |
| Totals: | $161,250.00 | $4,673.73 | $165,923.73 | $83,268.23 | $82,655.50 |

**EXHIBIT A1**

**Time Summary by Matter for the period of August 5, 2019 through September 1, 2019**

**Shevell BK - CRO**

| Matter Description | Total Fees Requested |
|---|---|
| Bankruptcy - Advise company regarding elements of any proposed Reorganization | $ 30,000.00 |
| Operational Management | $ 50,875.00 |
| Totals | $ 80,875.00 |

**Shevell BK - OTHERS**

| Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|
| Bankruptcy - Admin - Fee Application | 1.6 | $ 240.00 |
| Billable Travel | 28.2 | $ 6,582.50 |
| Financial & Cash Management | 233.7 | $ 73,552.50 |
| Totals | 263.5 | $ 80,375.00 |

**Combined Totals**

| Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|
| Bankruptcy - Admin - Fee Application | 1.6 | $ 240.00 |
| Advise company regarding elements of any proposed Reorganization | Total for CRO | $ 30,000.00 |
| Billable Travel | 28.2 | $ 6,582.50 |
| Financial & Cash Management | 233.7 | $ 73,552.50 |
| Operational Management | Total for CRO | $ 50,875.00 |
| Totals | 263.5 | $161,250.00 |

**Matter Descriptions**

1. **Analysis of Financials, Models, etc.**
   Includes analysis of historical operations, historical cash flows, significant Balance Sheet and P&L accounts and other related financial analysis

2. **Bankruptcy – Administration**
   Drafting and reviewing court filed and internal documents related to the application and retention process; meetings and correspondence related to the application and retention process; staffing report and other administrative matters

3. **Bankruptcy - Advise company regarding elements of any proposed Reorganization.**
   This includes strategies to liquidate rolling stock and other assets, and the sale of Eastern.

4. **Bankruptcy - Advise company regarding strategy w/creditors, customers, others**
   Includes meeting with creditors, UCC communications, Secured Lender communications, shareholders and major customers

5. **Bankruptcy - Assist in preparation/review schedules, SOFAs, 1st day Motions, MORs**
   Assist company personnel in all matters related to the preparation of schedules, SOFAs, MOR's and First Day motions.

6. **Bankruptcy - Billable Travel**
   Travel time incurred among CRO (Chief Restructuring Officer) and Phoenix personnel in connection with providing services rendered; mostly travel time to the Debtor's offices located in Elizabeth, NJ.

7. **Bankruptcy - Budget, Forecast, Scorecard Preparation**
   Includes preparation of weekly Cash flow forecasts, weekly scorecards, MOR's, and other related financial forecasts and analysis.

8. **Bankruptcy - Court Hearing & Preparation**
   Serving as the authorized representative of the Debtors in Chapter 11 cases; preparing for and attending hearings and meetings with the Office of the Trustee

9. **Bankruptcy - Creditor & Vendor Interface**
   Communicating with vendors and creditors regarding case matters, advising supply chain personnel, evaluate individual claims and negotiate payments; meetings and correspondences with counsel regarding vendor and creditor matters and settlements; tracking and reporting of vendor and creditor management activities

10. **Bankruptcy - Financial & Cash Management**
    Daily review of cash disbursements and receipt activity. Manage cash activity to remain in compliance with cash flow budgets. Review accounts receivable collections. Scorecard activities.

11. **Bankruptcy - Interface with Committee/Committee Counsel**
    Meeting with professionals of Creditors' Committee and Committee counsel; preparing and providing financial and other requested information

12. **Bankruptcy - Operational Management**
    CRO—Interface with operations Management on all activities

13. **Bankruptcy - Sale of Assets**
    Select and work with Liquidator on the Auction of all NEMF Rolling Stock and other Assets. All activities related to the sale of Eastern**.**

14. **Communication - Phoenix Team**
    Work by Phoenix professionals organizing and coordinating our efforts, providing updates on individual conversations and activities, developing and refining our work streams, and developing strategies regarding sequencing of work and communications with parties of interest

15. **Valuation & Related Matters**
    Work with Liquidator on establishing low high values for rolling stock

**EXHIBIT A2:**
**Time Summary by Professional** for the period of August 5, 2019 through September 1, 2019

**Shevell BK - CRO**

| Professional | Position Title | Flat Rate per hour | Total Net Compensation |
|---|---|---|---|
| Vincent Colistra | CRO | $ 625.00 | $80,875.00 |
| | Totals | | $80,875.00 |

**Shevell BK - OTHERS**

| Professional | Position Title | Rate | Total Hours | Total Compensation |
|---|---|---|---|---|
| Al Mink | Managing Director | $ 525.00 | 85.40 | $44,835.00 |
| Kevin Doyle | Analyst | $ 200.00 | 176.50 | $35,300.00 |
| Stacey Miller | Office/Billing Manager | $ 150.00 | 1.60 | $240.00 |
| | Totals | | 263.50 | $80,375.00 |

**Totals**

| Professional | Position Title | Rate | Total Hours | Total Compensation |
|---|---|---|---|---|
| Vincent Colistra | CRO | $ 625.00 | Total for CRO | $80,875.00 |
| Al Mink | Managing Director | $ 525.00 | 85.40 | $44,835.00 |
| Kevin Doyle | Analyst | $ 200.00 | 176.50 | $35,300.00 |
| Stacey Miller | Office/Billing Manager | $ 150.00 | 1.60 | $240.00 |
| | Totals | | 263.50 | $161,250.00 |

2720890.2 115719-100281

**EXHIBIT C**

**Time Entry Detail** for the period of August 5, 2019 through September 1, 2019

| \ | \ | \ | \ | \ | \ | \ | \ |
|---|---|---|---|---|---|---|---|
| **Project Time Records by Task Code** | | | | | | | |
| Professional | Position Title | Task Code | Service Period | Total Billed Hours | Rate | Total Fees | Total Compensation |
| Vincent Colistra | CRO | Bankruptcy - Advise company regarding elements of any proposed Reorganization | 08/05/19-08/11/2019 | Flat Rate | $30,000.00 | $30,000.00 | $30,000.00 |
| Vincent Colistra | CRO | Bankruptcy - Operational Management | 08/12/19-08/18/19 | 43.00 | $625.00 | $26,875.00 | $26,875.00 |
| Vincent Colistra | CRO | Bankruptcy - Operational Management | 08/19/19-08/25/19 | 32.00 | $625.00 | $20,000.00 | $20,000.00 |
| Vincent Colistra | CRO | Bankruptcy - Operational Management | 08/26/19-09/01/19 | 6.40 | $625.00 | $4,000.00 | $4,000.00 |
| | Totals | | | | | | $80,875.00 |

**Phoenix Management**  Project Time Records by Task Code
110 Commons Court
Chadds Ford, PA 19317-9716
Tel: 610-358-4700 Fax: 610-358-9377

Printed on: 9/11/2019
Page 1 of 4

**Filters Used:**
- Time Entry Date:     8/5/2019 to 9/1/2019
- Project ID:     Shevell BK - NEMF: to Shevell BK - NEMF:

*☐ = Invoiced (mouse over for #), ✎ = Marked as Billed, ◇ = Non-Billable, ✕ = Xtra*

**Project ID - Name (Manager): Shevell BK - NEMF: -** *Shevell BK - NEMF* **(Vincent Colistra)**

| Day | Date | Employee | Description | Hrs | B-Hrs | Amount | * |
|---|---|---|---|---|---|---|---|
| *Bankruptcy - Admin - Fee Application* | | | | | | | |
| *S Miller* | | | | | | | |
| Thur | 8/8/2019 | S Miller | Bankruptcy - Admin - Fee Application<br>Prepare 6th monthly fee statement | 0.40 | 0.40 | $60.00 | ☐ |
| Fri | 8/9/2019 | S Miller | Bankruptcy - Admin - Fee Application<br>Finish preparing 6th monthly fee statement | 0.70 | 0.70 | $105.00 | ☐ |
| Fri | 8/23/2019 | S Miller | Bankruptcy - Admin - Fee Application<br>Prepare for next monthly fee statement | 0.50 | 0.50 | $75.00 | ☐ |
| | | | **S Miller Total:** | **1.60** | **1.60** | **$240.00** | |
| | | | **Bankruptcy - Admin - Fee Application Total:** | **1.60** | **1.60** | **$240.00** | |
| *Bankruptcy - Billable Travel* | | | | | | | |
| *A Mink* | | | | | | | |
| Mon | 8/5/2019 | A Mink | Bankruptcy - Billable Travel<br>To Elizabeth, to and from Gibbons and hotel | 2.00 | 1.00 | $525.00 | ☐ |
| Tues | 8/6/2019 | A Mink | Bankruptcy - Billable Travel<br>Return from Elizabeth | 0.50 | 0.20 | $105.00 | ☐ |
| Wed | 8/7/2019 | A Mink | Bankruptcy - Billable Travel<br>RT to Elizabeth | 1.00 | 0.50 | $262.50 | ☐ |
| Thur | 8/8/2019 | A Mink | Bankruptcy - Billable Travel<br>RT to Gibbons office in Newark for summit presentation | 1.50 | 0.70 | $367.50 | ☐ |
| Tues | 8/13/2019 | A Mink | Bankruptcy - Billable Travel<br>RT to Elizabeth for Shevell | 1.00 | 0.50 | $262.50 | ☐ |
| | | | **A Mink Total:** | **6.00** | **2.90** | **$1,522.50** | |
| *K Doyle* | | | | | | | |
| Mon | 8/5/2019 | K Doyle | Bankruptcy - Billable Travel<br>Travel to NEMF & Newark | 2.00 | 1.00 | $200.00 | ☐ |
| Tues | 8/6/2019 | K Doyle | Bankruptcy - Billable Travel<br>Travel back from Newark | 2.00 | 1.00 | $200.00 | ☐ |
| Wed | 8/7/2019 | K Doyle | Bankruptcy - Billable Travel<br>Travel to NEMF and back with traffic | 4.00 | 2.00 | $400.00 | ☐ |
| Thur | 8/8/2019 | K Doyle | Bankruptcy - Billable Travel<br>Travel to Newark (Gibbons) and back | 4.00 | 2.00 | $400.00 | ☐ |
| Mon | 8/12/2019 | K Doyle | Bankruptcy - Billable Travel<br>Travel to NEMF and back | 3.00 | 1.50 | $300.00 | ☐ |
| Tues | 8/13/2019 | K Doyle | Bankruptcy - Billable Travel<br>Travel to NEMF and back - heavy traffic | 4.00 | 2.00 | $400.00 | ☐ |
| Wed | 8/14/2019 | K Doyle | Bankruptcy - Billable Travel<br>Travel to NEMF and back with traffic | 3.50 | 1.70 | $340.00 | ☐ |
| Thur | 8/15/2019 | K Doyle | Bankruptcy - Billable Travel<br>Travel to NEMF and back | 3.00 | 1.50 | $300.00 | ☐ |
| Mon | 8/19/2019 | K Doyle | Bankruptcy - Billable Travel<br>Travel to NEMF and back | 3.00 | 1.50 | $300.00 | ☐ |
| Tues | 8/20/2019 | K Doyle | Bankruptcy - Billable Travel<br>Travel to NEMF and back | 3.50 | 1.70 | $340.00 | ☐ |
| Wed | 8/21/2019 | K Doyle | Bankruptcy - Billable Travel | 3.00 | 1.50 | $300.00 | ☐ |

BillQuick Standard Report Copyright © BQE Software, Inc.

# Phoenix Management

110 Commons Court
Chadds Ford, PA 19317-9716
Tel: 610-358-4700 Fax: 610-358-9377

Project Time Records by Task Code

Printed on: 9/11/2019
Page 2 of 4

**Filters Used:**
- Time Entry Date:      8/5/2019  to  9/1/2019
- Project ID:           Shevell BK - NEMF:  to  Shevell BK - NEMF:

*📄 = Invoiced (mouse over for #),  ✏ = Marked as Billed,  ◆ = Non-Billable,  ✕ = Xtra*

**Project ID - Name (Manager): Shevell BK - NEMF: -** *Shevell BK - NEMF* **(Vincent Colistra)**

| Day | Date | Employee | Description | Hrs | B-Hrs | Amount | * |
|---|---|---|---|---|---|---|---|
| *Bankruptcy - Billable Travel* | | | | | | | |
| | | | Travel to NEMF and back | | | | |
| Thur | 8/22/2019 | K Doyle | Bankruptcy - Billable Travel | 3.50 | 1.70 | $340.00 | 📄 |
| | | | Travel to NEMF and back with traffic | | | | |
| Mon | 8/26/2019 | K Doyle | Bankruptcy - Billable Travel | 3.00 | 1.50 | $300.00 | 📄 |
| | | | Travel to NEMF and back | | | | |
| Tues | 8/27/2019 | K Doyle | Bankruptcy - Billable Travel | 3.50 | 1.70 | $340.00 | 📄 |
| | | | Travel to NEMF and back | | | | |
| Wed | 8/28/2019 | K Doyle | Bankruptcy - Billable Travel | 3.00 | 1.50 | $300.00 | 📄 |
| | | | Travel to NEMF and back | | | | |
| Thur | 8/29/2019 | K Doyle | Bankruptcy - Billable Travel | 3.00 | 1.50 | $300.00 | 📄 |
| | | | Travel to NEMF and back | | | | |
| | | | **K Doyle Total:** | **51.00** | **25.30** | **$5,060.00** | |
| | | | **Bankruptcy - Billable Travel Total:** | **57.00** | **28.20** | **$6,582.50** | |
| *Bankruptcy - Financial & Cash Management* | | | | | | | |
| *A Mink* | | | | | | | |
| Mon | 8/5/2019 | A Mink | Bankruptcy - Financial & Cash Management | 13.00 | 13.00 | $6,825.00 | 📄 |
| | | | A/R collections, Cargo Claims resolution, Claims analysis, summit presentation, emails on financial matters. Meeting with Gibbons to review presentation. Further work on presentation | | | | |
| Tues | 8/6/2019 | A Mink | Bankruptcy - Financial & Cash Management | 12.00 | 12.00 | $6,300.00 | 📄 |
| | | | A/R collections, Cargo Claims resolution, Claims analysis, Continue meeting with Gibbons to review summit presentation, emails on financial matters | | | | |
| Wed | 8/7/2019 | A Mink | Bankruptcy - Financial & Cash Management | 10.00 | 10.00 | $5,250.00 | 📄 |
| | | | Accounts Receivable collections, Cargo claim settlements, Claims analysis. Conference call with Creditors committee to review presentation. Further work on presentation | | | | |
| Thur | 8/8/2019 | A Mink | Bankruptcy - Financial & Cash Management | 10.00 | 10.00 | $5,250.00 | 📄 |
| | | | Preparation for summit meeting with Banks, and Creditors committee at Gibbon's office in  Newark.  Calls and emails on financial matters | | | | |
| Fri | 8/9/2019 | A Mink | Bankruptcy - Financial & Cash Management | 8.00 | 8.00 | $4,200.00 | 📄 |
| | | | Post summit work.  Score Card. Conference call on Unyson Cargo Claim.  emails and calls on financial matters | | | | |
| Mon | 8/12/2019 | A Mink | Bankruptcy - Financial & Cash Management | 9.00 | 9.00 | $4,725.00 | 📄 |
| | | | Accounts Receivable Collections, Cash management, file retention, Cargo Claims, Claims, and cash management and emails on financial matters | | | | |
| Tues | 8/13/2019 | A Mink | Bankruptcy - Financial & Cash Management | 9.00 | 9.00 | $4,725.00 | 📄 |

**Phoenix Management**  Project Time Records by Task Code
110 Commons Court
Chadds Ford, PA 19317-9716  Printed on: 9/11/2019
Tel: 610-358-4700 Fax: 610-358-9377  Page 3 of 4

**Filters Used:**
- Time Entry Date:      8/5/2019  to  9/1/2019
- Project ID:          Shevell BK - NEMF:  to  Shevell BK - NEMF:

*📄 = Invoiced (mouse over for #),  ✏ = Marked as Billed,  ◆ = Non-Billable, ✕ = Xtra*

**Project ID - Name (Manager): Shevell BK - NEMF: -** *Shevell BK - NEMF* **(Vincent Colistra)**

| Day | Date | Employee | Description | Hrs | B-Hrs | Amount | * |
|---|---|---|---|---|---|---|---|
| *Bankruptcy - Financial & Cash Management* | | | | | | | |
| Wed | 8/14/2019 | A Mink | Accounts Receivable Collections, Cash management, file retention, Cargo Claims, Claims, and cash management and emails on financial matters<br>Bankruptcy - Financial & Cash Management | 6.00 | 6.00 | $3,150.00 | 📄 |
| Thur | 8/15/2019 | A Mink | Accounts Receivable Collections, Cash management, file retention, Cargo Claims, Claims, and cash management and emails on financial matters<br>Bankruptcy - Financial & Cash Management | 3.00 | 3.00 | $1,575.00 | 📄 |
| Fri | 8/16/2019 | A Mink | Emails on accounts receivable collections and cargo claims. Review of post summit correspondence<br>Bankruptcy - Financial & Cash Management | 2.50 | 2.50 | $1,312.50 | 📄 |
| | | | Accounts receivable collections and cargo claims.  Emails on various financial matters | | | | |
| | | | **A Mink Total:** | **82.50** | **82.50** | **$43,312.50** | |
| *K Doyle* | | | | | | | |
| Mon | 8/5/2019 | K Doyle | Bankruptcy - Financial & Cash Management | 12.00 | 12.00 | $2,400.00 | 📄 |
| | | | Updating Summit Presentation & Analyses - 9.0<br>Meeting with Gibbons - 3.0 | | | | |
| Tues | 8/6/2019 | K Doyle | Bankruptcy - Financial & Cash Management | 12.10 | 12.10 | $2,420.00 | 📄 |
| | | | Meeting with Gibbons - 7.0<br>Updating Presentation & Analyses - 5.1 | | | | |
| Wed | 8/7/2019 | K Doyle | Bankruptcy - Financial & Cash Management | 6.20 | 6.20 | $1,240.00 | 📄 |
| | | | Updating & reviewing Summit presentation & analyses | | | | |
| Thur | 8/8/2019 | K Doyle | Bankruptcy - Financial & Cash Management | 9.20 | 9.20 | $1,840.00 | 📄 |
| | | | Summit Presentation at Gibbons | | | | |
| Fri | 8/9/2019 | K Doyle | Bankruptcy - Financial & Cash Management | 8.10 | 8.10 | $1,620.00 | 📄 |
| | | | Updating New Cash Flow scorecard - 5.5<br>Creating Summit workbook for lenders - 2.6 | | | | |
| Mon | 8/12/2019 | K Doyle | Bankruptcy - Financial & Cash Management | 8.90 | 8.90 | $1,780.00 | 📄 |
| | | | Updating MORs for June | | | | |
| Tues | 8/13/2019 | K Doyle | Bankruptcy - Financial & Cash Management | 9.10 | 9.10 | $1,820.00 | 📄 |
| | | | Updating Cash Flow Scorecard - 3.8<br>Updating MORs - 4.1<br>Updating analyses for lenders - 1.2 | | | | |
| Wed | 8/14/2019 | K Doyle | Bankruptcy - Financial & Cash Management | 7.00 | 7.00 | $1,400.00 | 📄 |
| | | | Updating Cash Flow - 3.4<br>Updating Workbook for Summit presentation - 3.6 | | | | |
| Thur | 8/15/2019 | K Doyle | Bankruptcy - Financial & Cash Management | 6.10 | 6.10 | $1,220.00 | 📄 |

**Phoenix Management**
110 Commons Court
Chadds Ford, PA 19317-9716
Tel: 610-358-4700 Fax: 610-358-9377

Project Time Records by Task Code

Printed on: 9/11/2019
Page 4 of 4

**Filters Used:**
- Time Entry Date:     8/5/2019  to  9/1/2019
- Project ID:     Shevell BK - NEMF:  to  Shevell BK - NEMF:

*= Invoiced (mouse over for #),  = Marked as Billed,  ◆ = Non-Billable, ✕ = Xtra*

**Project ID - Name (Manager): Shevell BK - NEMF: -** *Shevell BK - NEMF* **(Vincent Colistra)**

| Day | Date | Employee | Description | Hrs | B-Hrs | Amount | * |
|---|---|---|---|---|---|---|---|
| *Bankruptcy - Financial & Cash Management* | | | | | | | |
| Fri | 8/16/2019 | K Doyle | Updating Analysis for UCC and lenders - 2.6<br>Correspondence and administrative tasks in regards to fees, payments and car company protocal - 3.5<br>Bankruptcy - Financial & Cash Management | 5.90 | 5.90 | $1,180.00 | |
| Mon | 8/19/2019 | K Doyle | Correspondence with banks regarding analyses, company cars and titles<br>Bankruptcy - Financial & Cash Management | 8.10 | 8.10 | $1,620.00 | |
| Tues | 8/20/2019 | K Doyle | Updating Cash Flow package - 3.9<br>Updating Analyses for banks - 4.2<br>Bankruptcy - Financial & Cash Management | 7.90 | 7.90 | $1,580.00 | |
| Wed | 8/21/2019 | K Doyle | Updating the MORs for July - 5.8<br>Updating Cash Flow - 2.1<br>Bankruptcy - Financial & Cash Management | 7.40 | 7.40 | $1,480.00 | |
| Thur | 8/22/2019 | K Doyle | Updating July MORs - 4.4<br>Corresponding with banks on titles and assets - 3.0<br>Bankruptcy - Financial & Cash Management | 7.00 | 7.00 | $1,400.00 | |
| Fri | 8/23/2019 | K Doyle | Updating NEMF Admin claim analysis for 11scenarios - 4.5<br>Corresponding over cash management - 2 . 5<br>Bankruptcy - Financial & Cash Management | 5.00 | 5.00 | $1,000.00 | |
| Mon | 8/26/2019 | K Doyle | Updating MORs, Corresponding with banks & lawyers, analysis of missing titles<br>Bankruptcy - Financial & Cash Management | 6.70 | 6.70 | $1,340.00 | |
| Tues | 8/27/2019 | K Doyle | Updating NEMF & Eastern Summary analysis and MORs<br>Bankruptcy - Financial & Cash Management | 7.00 | 7.00 | $1,400.00 | |
| Wed | 8/28/2019 | K Doyle | Updating Cash Flow Package and Cash Management<br>Bankruptcy - Financial & Cash Management | 6.10 | 6.10 | $1,220.00 | |
| Thur | 8/29/2019 | K Doyle | Updating July MORs and cash management<br>Bankruptcy - Financial & Cash Management | 6.90 | 6.90 | $1,380.00 | |
| Fri | 8/30/2019 | K Doyle | Updating MORs & supporting schedules - 4 . 4<br>Cash Management & correspondence with lenders - 2.5<br>Bankruptcy - Financial & Cash Management | 4.50 | 4.50 | $900.00 | |
| | | | Updating MORs, cash management, company car analysis | | | | |

|  |  |  |
|---|---|---|
| **K Doyle Total:** 151.20 | 151.20 | $30,240.00 |
| **Bankruptcy - Financial & Cash Management Total:** 233.70 | 233.70 | $73,552.50 |
| **Project Shevell BK - NEMF: Total:** 292.30 | 263.50 | $80,375.00 |
| **Grand Total:** 292.30 | 263.50 | $80,375.00 |

BillQuick Standard Report Copyright ©  BQE Software, Inc.

**EXHIBIT B1:**

**Expense Summary by Category for the period of August 5, 2019 through September 1, 2019**

| Expense Category | Shevell BK CRO Amounts | Shevell BK Others Amounts | Total | Payments Received | Unpaid |
|---|---|---|---|---|---|
| Administrative & Support | $1,200.00 | $0.00 | $1,200.00 | $1,200.00 | $0.00 |
| Lodging | $306.23 | $306.23 | $612.46 | $306.23 | $306.23 |
| Mileage NR | $696.00 | $0.00 | $696.00 | $696.00 | $0.00 |
| Mileage | $0.00 | $1,563.77 | $1,563.77 | $0.00 | $1,563.77 |
| Parking | $58.00 | $116.00 | $174.00 | $58.00 | $116.00 |
| Tolls | $133.00 | $294.50 | $427.50 | $133.00 | $294.50 |
| **Totals** | **$2,393.23** | **$2,280.50** | **$4,673.73** | **$2,393.23** | **$2,280.50** |

**Exhibit B2:**

**Expense Item Detail for the period of August 5, 2019 through September 1, 2019**

**Phoenix Management**  
110 Commons Court  
Chadds Ford, PA 19317-9716  
Tel: 610-358-4700 Fax: 610-358-9377

*Expenses By Item*

Printed on: 9/11/2019  
Page 1 of 1

Filters Used:
- Expense Log Date:     8/5/2019  to  9/1/2019
- Expense Log Project ID:     Shevell BK VC - NEMF:  to  Shevell BK VC - NEMF:

| Date | Employee ID | Project ID | Units | Amount | Memo |
|---|---|---|---|---|---|
| **Admin: - Administrative & Support** | | | | | |
| 8/9/2019 | Administrative | Shevell BK VC - NEMF: | 1.00 | $300.00 | Weekly Admin Fee |
| 8/16/2019 | Administrative | Shevell BK VC - NEMF: | 1.00 | $300.00 | Weekly Admin Fee |
| 8/23/2019 | Administrative | Shevell BK VC - NEMF: | 1.00 | $300.00 | Weekly Admin Fee |
| 8/30/2019 | Administrative | Shevell BK VC - NEMF: | 1.00 | $300.00 | Weekly Admin Fee |
| | | **Admin: Sub-Total:** | | **$1,200.00** | |
| **Lodging: - Lodging** | | | | | |
| 8/6/2019 | V Colistra | Shevell BK VC - NEMF: | 1.00 | $306.23 | Stay over in Newark for meetings w/lawyers. |
| | | **Lodging: Sub-Total:** | | **$306.23** | |
| **Mileage NR: - Mileage** | | | | | |
| 8/5/2019 | V Colistra | Shevell BK VC - NEMF: | 60.00 | $34.80 | Travel to company on turnpike |
| 8/6/2019 | V Colistra | Shevell BK VC - NEMF: | 60.00 | $34.80 | Travel from company on turnpike |
| 8/7/2019 | V Colistra | Shevell BK VC - NEMF: | 120.00 | $69.60 | Travel to and from the company on turnpike |
| 8/8/2019 | V Colistra | Shevell BK VC - NEMF: | 120.00 | $69.60 | Travel to and from the company on turnpike |
| 8/12/2019 | V Colistra | Shevell BK VC - NEMF: | 120.00 | $69.60 | Miles to and from the company on Turnpike |
| 8/13/2019 | V Colistra | Shevell BK VC - NEMF: | 120.00 | $69.60 | Miles to and from the company on Turnpike |
| 8/14/2019 | V Colistra | Shevell BK VC - NEMF: | 120.00 | $69.60 | Miles to and from the company on Turnpike |
| 8/15/2019 | V Colistra | Shevell BK VC - NEMF: | 120.00 | $69.60 | Miles to and from the company on Turnpike |
| 8/19/2019 | V Colistra | Shevell BK VC - NEMF: | 120.00 | $69.60 | Travel on turnpike to and from the company |
| 8/20/2019 | V Colistra | Shevell BK VC - NEMF: | 120.00 | $69.60 | Travel on turnpike to and from the company |
| 8/21/2019 | V Colistra | Shevell BK VC - NEMF: | 120.00 | $69.60 | Travel on turnpike to and from the company |
| | | **Mileage NR: Sub-Total:** | | **$696.00** | |
| **Parking: - Parking** | | | | | |
| 8/6/2019 | V Colistra | Shevell BK VC - NEMF: | 1.00 | $37.00 | Parking in downtown Newark for Gibbons' meeting |
| 8/8/2019 | V Colistra | Shevell BK VC - NEMF: | 1.00 | $21.00 | Parking at Gibbons' office for meeting |
| | | **Parking: Sub-Total:** | | **$58.00** | |
| **TOLLS BILLABLE:: - Tolls** | | | | | |
| 8/5/2019 | V Colistra | Shevell BK VC - NEMF: | 1.00 | $6.65 | Travel to company on NJ Turnpike |
| 8/6/2019 | V Colistra | Shevell BK VC - NEMF: | 1.00 | $6.65 | Travel from the company on NJ Turnpike |
| 8/7/2019 | V Colistra | Shevell BK VC - NEMF: | 1.00 | $13.30 | Travel to and from the company on NJ Turnpike |
| 8/8/2019 | V Colistra | Shevell BK VC - NEMF: | 1.00 | $13.30 | Travel to and from the  company on NJ Turnpike |
| 8/12/2019 | V Colistra | Shevell BK VC - NEMF: | 1.00 | $13.30 | Tolls on turnpike to and from the company |
| 8/13/2019 | V Colistra | Shevell BK VC - NEMF: | 1.00 | $13.30 | Tolls on turnpike to and from the company |
| 8/14/2019 | V Colistra | Shevell BK VC - NEMF: | 1.00 | $13.30 | Tolls on turnpike to and from the company |
| 8/15/2019 | V Colistra | Shevell BK VC - NEMF: | 1.00 | $13.30 | Tolls on turnpike to and from the company |
| 8/19/2019 | V Colistra | Shevell BK VC - NEMF: | 1.00 | $13.30 | Tolls on the turnpike to and from the company. |
| 8/20/2019 | V Colistra | Shevell BK VC - NEMF: | 1.00 | $13.30 | Travel on turnpike to and from the company |
| 8/21/2019 | V Colistra | Shevell BK VC - NEMF: | 1.00 | $13.30 | Travel on turnpike to and from the company |
| | | **TOLLS BILLABLE:: Sub-Total:** | | **$133.00** | |
| | | **Grand Total:** | | **$2,393.23** | |

**Phoenix Management**  Expenses By Item

110 Commons Court
Chadds Ford, PA 19317-9716    Printed on: 9/11/2019
Tel: 610-358-4700 Fax: 610-358-9377    Page 1 of 2

Filters Used:
- Expense Log Date:    8/5/2019  to  9/1/2019
- Expense Log Project ID:    Shevell BK - NEMF:  to  Shevell BK - NEMF:

| Date | Employee ID | Project ID | Units | Amount | Memo |
|---|---|---|---|---|---|
| **Lodging: - Lodging** | | | | | |
| 8/6/2019 | A Mink | Shevell BK - NEMF: | 1.00 | $306.23 | Hotel for Gibbons meeting Monday night and Tuesday |
| | | Lodging: Sub-Total: | | $306.23 | |
| **Mileage: - Mileage** | | | | | |
| 8/5/2019 | A Mink | Shevell BK - NEMF: | 65.00 | $37.70 | To Elizabeth, to and from Gibbons and hotel |
| 8/5/2019 | K Doyle | Shevell BK - NEMF: | 165.00 | $95.70 | Travel to NEMF (Monday) Travel back (Tuesday) |
| 8/6/2019 | A Mink | Shevell BK - NEMF: | 25.00 | $14.50 | Return from Elizabeth |
| 8/7/2019 | K Doyle | Shevell BK - NEMF: | 162.40 | $94.19 | Travel to NEMF and back |
| 8/7/2019 | A Mink | Shevell BK - NEMF: | 50.00 | $29.00 | RT to Elizabeth |
| 8/8/2019 | K Doyle | Shevell BK - NEMF: | 165.00 | $95.70 | Travel to Newark and back |
| 8/8/2019 | A Mink | Shevell BK - NEMF: | 65.00 | $37.70 | RT to Elizabeth and then to Gibbons |
| 8/12/2019 | K Doyle | Shevell BK - NEMF: | 162.40 | $94.19 | Travel to NEMF and back |
| 8/13/2019 | K Doyle | Shevell BK - NEMF: | 162.40 | $94.19 | Travel to NEMF and back |
| 8/13/2019 | A Mink | Shevell BK - NEMF: | 50.00 | $29.00 | RT to Shevell, Elizabeth |
| 8/14/2019 | K Doyle | Shevell BK - NEMF: | 162.40 | $94.19 | Travel to NEMF and back |
| 8/15/2019 | K Doyle | Shevell BK - NEMF: | 162.40 | $94.19 | travel to NEMF and back |
| 8/19/2019 | K Doyle | Shevell BK - NEMF: | 162.40 | $94.19 | Travel to NEMF and back |
| 8/20/2019 | K Doyle | Shevell BK - NEMF: | 162.40 | $94.19 | Travel to NEMF and back |
| 8/21/2019 | K Doyle | Shevell BK - NEMF: | 162.40 | $94.19 | Travel to NEMF and back |
| 8/22/2019 | K Doyle | Shevell BK - NEMF: | 162.40 | $94.19 | Travel to NEMF and back |
| 8/26/2019 | K Doyle | Shevell BK - NEMF: | 162.40 | $94.19 | Travel to NEMF and back |
| 8/27/2019 | K Doyle | Shevell BK - NEMF: | 162.40 | $94.19 | Travel to NEMF and back |
| 8/28/2019 | K Doyle | Shevell BK - NEMF: | 162.40 | $94.19 | Travel to NEMF and back |
| 8/29/2019 | K Doyle | Shevell BK - NEMF: | 162.40 | $94.19 | Travel to NEMF and back |
| | | Mileage: Sub-Total: | | $1,563.77 | |
| **Parking: - Parking** | | | | | |
| 8/5/2019 | A Mink | Shevell BK - NEMF: | 1.00 | $37.00 | Parking for Gibbons meeting on Monday night and Tuesday |
| 8/6/2019 | K Doyle | Shevell BK - NEMF: | 1.00 | $37.00 | Parking overnight for Gibbons meeting - $37 |
| 8/8/2019 | K Doyle | Shevell BK - NEMF: | 1.00 | $21.00 | Parking in Newark for Summit presentation at Gibbons |
| 8/8/2019 | A Mink | Shevell BK - NEMF: | 1.00 | $21.00 | Parking at Gibbons office for meeting with Banks and Creditor Committee |
| | | Parking: Sub-Total: | | $116.00 | |
| **TOLLS BILLABLE:: - Tolls** | | | | | |
| 8/5/2019 | K Doyle | Shevell BK - NEMF: | 1.00 | $18.30 | Tolls to NEMF (Monday) Tolls back from NEMF (Tuesday) |
| 8/5/2019 | A Mink | Shevell BK - NEMF: | 1.00 | $2.50 | To Elizabeth |
| 8/6/2019 | A Mink | Shevell BK - NEMF: | 1.00 | $2.50 | Return from Elizabeth |
| 8/7/2019 | K Doyle | Shevell BK - NEMF: | 1.00 | $18.30 | Tolls for travel to NEMF and back |
| 8/7/2019 | A Mink | Shevell BK - NEMF: | 1.00 | $5.00 | RT to Elizabeth |
| 8/8/2019 | A Mink | Shevell BK - NEMF: | 1.00 | $5.00 | RT to Elizabeth |
| 8/8/2019 | K Doyle | Shevell BK - NEMF: | 1.00 | $18.30 | Tolls to Newark and back |
| 8/12/2019 | K Doyle | Shevell BK - NEMF: | 1.00 | $18.30 | Tolls to NEMF and back |
| 8/13/2019 | A Mink | Shevell BK - NEMF: | 1.00 | $5.00 | RT to Shevell, Elizabeth |
| 8/13/2019 | K Doyle | Shevell BK - NEMF: | 1.00 | $18.30 | Tolls to NEMF and back |
| 8/14/2019 | K Doyle | Shevell BK - NEMF: | 1.00 | $18.30 | Tolls to NEMF and back |
| 8/15/2019 | K Doyle | Shevell BK - NEMF: | 1.00 | $18.30 | Tolls to NEMF and back |
| 8/19/2019 | K Doyle | Shevell BK - NEMF: | 1.00 | $18.30 | Tolls to NEMF and back |
| 8/20/2019 | K Doyle | Shevell BK - NEMF: | 1.00 | $18.30 | Tolls to NEMF and back |
| 8/21/2019 | K Doyle | Shevell BK - NEMF: | 1.00 | $18.30 | Tolls to NEMF and back |

**Phoenix Management**  
110 Commons Court  
Chadds Ford, PA 19317-9716  
Tel: 610-358-4700 Fax: 610-358-9377  

Expenses By Item

Printed on: 9/11/2019  
Page 2 of 2

Filters Used:
- Expense Log Date:      8/5/2019  to  9/1/2019
- Expense Log Project ID:     Shevell BK - NEMF:  to  Shevell BK - NEMF:

| Date | Employee ID | Project ID | Units | Amount | Memo |
|---|---|---|---|---|---|
| **TOLLS BILLABLE:: - Tolls** | | | | | |
| 8/22/2019 | K Doyle | Shevell BK - NEMF: | 1.00 | $18.30 | Tolls to NEMF and back |
| 8/26/2019 | K Doyle | Shevell BK - NEMF: | 1.00 | $18.30 | Tolls to NEMF and back |
| 8/27/2019 | K Doyle | Shevell BK - NEMF: | 1.00 | $18.30 | Tolls to NEMF and back |
| 8/28/2019 | K Doyle | Shevell BK - NEMF: | 1.00 | $18.30 | Tolls to NEMF and back |
| 8/29/2019 | K Doyle | Shevell BK - NEMF: | 1.00 | $18.30 | Tolls to NEMF and back |
| | | **TOLLS BILLABLE:: Sub-Total:** | | **$294.50** | |
| | | **Grand Total:** | | **$2,280.50** | |