# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC., *et al.*,<br><br>        Debtors.[1] | Chapter 11<br><br>Case No. 19-12809 (JKS)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                   ) ss:
COUNTY OF KINGS      )

I, John Burlacu, declare:

1. I am over the age of 18 years and not a party to these chapter 11 cases.

2. I am employed by Donlin, Recano & Company, Inc., ("DRC"), 6201 15th Avenue, Brooklyn, NY 11219.

3. On the 25th day of September, 2019, at my direction and under my supervision, employees of DRC caused to serve the *Notice of Filing of Monthly Compensation and Staffing Report by Phoenix Management Services, LLC for the Period From August 5, 2019 through September 1, 2019* (Docket No. 889) via electronic mail upon the parties as set forth on Exhibit 1, and via First Class U.S. Mail upon the parties as set forth in Exhibit 2, attached hereto.

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 27th day of September, 2019, Brooklyn, New York.

By _____
John Burlacu

Sworn before me this
27th day of September, 2019

_____
Notary Public

SUNG JAE KIM
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01KI6211176
MY COMM. EXP. SEPTEMBER 14, 2021

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC (4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMF Logistics, LLC (4666).

NEMF00188

# EXHIBIT 1

**New England Motor Freight, Inc., et al.**
**Electronic Mail**
**Exhibit Page**

Page # : 1 of 1                                                                                              09/25/2019 12:10:46 PM

| | | | |
|---|---|---|---|
| 000087P003-1413S-188<br>ELLIOT GREENLEAF<br>R X ZAHRALDDIN- ARAVENA;JONATHAN M STEMERMAN<br>SARAH DENIS<br>1105 MARKET ST STE 1700<br>WILMINGTON DE 19801<br>RXZA@ELLIOTGREENLEAF.COM | 000087P003-1413S-188<br>ELLIOT GREENLEAF<br>R X ZAHRALDDIN- ARAVENA;JONATHAN M STEMERMAN<br>SARAH DENIS<br>1105 MARKET ST STE 1700<br>WILMINGTON DE 19801<br>JMS@ELLIOTTGREENLEAF.COM | 000087P003-1413S-188<br>ELLIOT GREENLEAF<br>R X ZAHRALDDIN- ARAVENA;JONATHAN M STEMERMAN<br>SARAH DENIS<br>1105 MARKET ST STE 1700<br>WILMINGTON DE 19801<br>SXD@ELLIOTTGREENLEAF.COM | 000086P001-1413S-188<br>LOWENSTEIN SANDLER LLP<br>MARY E SEYMOUR;JOSEPH J DIPASQUALE<br>ONE LOWENSTEIN DRIVE<br>ROSELAND NJ 07068<br>MSEYMOUR@LOWENSTEIN.COM |
| 000086P001-1413S-188<br>LOWENSTEIN SANDLER LLP<br>MARY E SEYMOUR;JOSEPH J DIPASQUALE<br>ONE LOWENSTEIN DRIVE<br>ROSELAND NJ 07068<br>JDIPASQUALE@LOWENSTEIN.COM | 000097P002-1413S-188<br>UNITED STATES DEPARTMENT OF JUSTICE<br>PETER J. D'AURIA,ESQ; MITCHELL HAUSMAN<br>OFFICE OF THE UNITED STATES TRUSTEE<br>ONE NEWARK CENTER STE 2100<br>NEWARK NJ 07102<br>PETER.J.D'AURIA@USDOJ.GOV | 000097P002-1413S-188<br>UNITED STATES DEPARTMENT OF JUSTICE<br>PETER J. D'AURIA,ESQ; MITCHELL HAUSMAN<br>OFFICE OF THE UNITED STATES TRUSTEE<br>ONE NEWARK CENTER STE 2100<br>NEWARK NJ 07102<br>MITCHELL.B.HAUSMAN@USDOJ.GOV | 000001P001-1413S-188<br>UNITED STATES TRUSTEE<br>ONE NEWARK CENTER, SUITE 2100<br>1085 RAYMOND BOULEVARD<br>NEWARK NJ 07102<br>jeffrey.m.sponder@usdoj.gov |
| 000001P001-1413S-188<br>UNITED STATES TRUSTEE<br>ONE NEWARK CENTER, SUITE 2100<br>1085 RAYMOND BOULEVARD<br>NEWARK NJ 07102<br>Mitchell.B.Hausman@usdoj.gov | 000001P001-1413S-188<br>UNITED STATES TRUSTEE<br>ONE NEWARK CENTER, SUITE 2100<br>1085 RAYMOND BOULEVARD<br>NEWARK NJ 07102<br>Peter.J.D'Auria@usdoj.gov | | |

Records Printed : **10**

# EXHIBIT 2

**New England Motor Freight, Inc., et al.**
**Exhibit Page**

Page # : 1 of 1                                                                                                          09/25/2019 12:10:11 PM

| 000087P003-1413S-188 | 000086P001-1413S-188 | 000097P002-1413S-188 | 000001P001-1413S-188 |
|---|---|---|---|
| ELLIOT GREENLEAF | LOWENSTEIN SANDLER LLP | UNITED STATES DEPARTMENT OF JUSTICE | UNITED STATES TRUSTEE |
| R X ZAHRALDDIN- ARAVENA;JONATHAN M STEMERMAN | MARY E SEYMOUR;JOSEPH J DIPASQUALE | PETER J. D'AURIA,ESQ; MITCHELL HAUSMAN | ONE NEWARK CENTER, SUITE 2100 |
| SARAH DENIS | ONE LOWENSTEIN DRIVE | OFFICE OF THE UNITED STATES TRUSTEE | 1085 RAYMOND BOULEVARD |
| 1105 MARKET ST STE 1700 | ROSELAND NJ 07068 | ONE NEWARK CENTER STE 2100 | NEWARK NJ 07102 |
| WILMINGTON DE 19801 | | NEWARK NJ 07102 | |

Records Printed :    **4**