|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY<br>**Caption in compliance with D.N.J. LBR 9004-1**<br>**GIBBONS P.C.**<br>Karen A. Giannelli, Esq.<br>Mark B. Conlan, Esq.<br>Brett S. Theisen, Esq.<br>One Gateway Center<br>Newark, New Jersey  07102<br>Telephone:  (973) 596-4500<br>Facsimile:   (973) 596-0545<br>E-mail:  kgiannelli@gibbonslaw.com<br>            mconlan@gibbonslaw.com<br>            btheisen@gibbonslaw.com<br>*Counsel to the Debtors*<br>*and Debtors-in-Possession* | Order Filed on September 27, 2019 by Clerk U.S. Bankruptcy Court District of New Jersey |
| In re:<br>NEW ENGLAND MOTOR FREIGHT, INC., *et al*.,<br>                    Debtors. [1] | Chapter 11<br>Case No. 19-12809 (JKS)<br>(Jointly Administered) |

**ORDER GRANTING THE DEBTORS' MOTION FOR ENTRY OF
ORDER AUTHORIZING THE DESTRUCTION OF
<u>CERTAIN OF THE DEBTORS' BOOKS AND RECORDS</u>**

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

**DATED: September 27, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC (4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMF Logistics, LLC (4666).

2751113.2 115719-100281

Page:     2
Debtors:  New England Motor Freight, Inc., *et al*.
Case No.: 19-12809 (JKS)
Caption:  Order Granting the Debtors' Motion for Entry of Order Authorizing the Destruction of Certain of the Debtors' Books and Records

Upon the Motion[2] of the Debtors in the above-captioned Chapter 11 Cases seeking the entry of an order authorizing the destruction of certain of the Debtors' books and records as indicated on <u>Exhibit A</u> to the Motion; and the Court having determined that the relief sought in the Motion is in the best interest of the Debtors, their estates and creditors, and other parties-in-interest; and the Court having jurisdiction to consider the Motion and the relief requested therein; venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and all objections to the relief sought in the Motion having been withdrawn or overruled on the merits; and upon the record herein; and after due deliberation thereon; and good and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT**:

1. The Motion is **GRANTED**.

2. The Debtors, in consultation with the Committee, are authorized to destroy certain Books and Records only as set forth on Exhibit A hereto pursuant to 11 U.S.C. § 554(a).

.

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

2751113.2 115719-100281

# AMENDED EXHIBIT A

### DEBTORS' MOTION FOR ENTRY OF ORDER AUTHORIZING THE
### DESTRUCTION OF CERTAIN OF THE DEBTORS' BOOKS AND RECORDS

**Elizabeth Inventory**

| Year | Total Boxes | Contents | Comments |
|---|---|---|---|
| 2004 | 4 | Emp Files | HR Files, Applications, Tax Forms, Discipline, ETC. |
| 2005 | 6 | Emp Files | HR Files, Applications, Tax Forms, Discipline, ETC. |
| 2006 | 0 | | HR Files, Applications, Tax Forms, Discipline, ETC. |
| 2007 | 19 | Emp Files | HR Files, Applications, Tax Forms, Discipline, ETC. |
| 2008 | 32 | Emp Files | HR Files, Applications, Tax Forms, Discipline, ETC. |
| 2009 | 10 | Emp Files | HR Files, Applications, Tax Forms, Discipline, ETC. |
| 2010 | 11 | Emp Files | HR Files, Applications, Tax Forms, Discipline, ETC. |
| 2011 | 12 | Emp Files | HR Files, Applications, Tax Forms, Discipline, ETC. |
| 2012 | 10 | Emp Files | HR Files, Applications, Tax Forms, Discipline, ETC. |
| 2013 | 1 | Emp Files | HR Files, Applications, Tax Forms, Discipline, ETC. |
| 2014 | 15 | Emp Files | HR Files, Applications, Tax Forms, Discipline, ETC. |
| 2019 | 1 | HR Fax Transmission Records | Non-essential HR faxes-Dispose |
| 2016-19 | 1 | Misc. HR Files | Non-essential HR faxes-Dispose |
| 2019 | 1 | HR Fax Transmission Records | Non-essential HR faxes-Dispose |
| 2012 | 1 | Journal Entries, Work papers, EFW, Carrier APEX, PMX | |
| 1998-02 | 1 | EFW Paperwork | |
| 1998 | 1 | IT Paperwork, Memos & Binders | |
| 2002 | 1 | Instruction Manuals | |
| 1997-08 | 1 | Misc. Paperwork | |
| 1998-99 | 1 | Misc. Files | |
| 2011 | 1 | Journal Entries, Work papers, EFW, Carrier APEX, PMX | |
| 2013 | 1 | Misc. HR Files | |
| 2012-13 | 1 | Randoms | Random Drug Test Results |
| 2014-15 | 1 | Randoms | Random Drug Test Results |

| Year | Total Boxes | Contents | Comments |
|---|---|---|---|
| 2008-12 | 1 | Sterling Invoices / Work Opportunity | |
| 2002-12 | 1 | HR Files / Misc Fax Reports | HR Files, Applications, Tax Forms, Discipline, ETC. |
| 2014-15 | 1 | W4 Reports (SS numbers are noted) | W4 Tax Forms |
| 2005-13 | 1 | Mass Health / Data match FSA | Non-Essential Files-Dispose |
| 2010-11 | 1 | Monthlies Ref | Non-Essential Files-Dispose |
| 2012-14 | 1 | Monthlies Ref | Non-Essential Files-Dispose |
| 2014-16 | 1 | United Healthcare Manuals | |
| 2012 | 1 | NY Pay Invoices / Eastern Worker Communications | |
| 2008-09 | 1 | United Healthcare Plan Issues | |
| 2007-14 | 1 | MetLife / Munich Open Enrol | |
| 2016 | 1 | United Healh / Misc Files | Non-Essential Files-Dispose |
| 2009-12 | 1 | Misc Health Care Files | |
| 2008 | 1 | United Health Care paperwork | |
| 2018 | 3 | HR Faxes | Non-Essential Files-Dispose |
| 2001-09 | 1 | Payment Auth Forms | |
| 2005-13 | 1 | Medical Life Ben. | Non-Essential Files-Dispose |
| 2018 | 1 | Misc HR Files | Non-Essential Files-Dispose |
| 2014-16 | 1 | Misc HR Files | Non-Essential Files-Dispose |
| 2015 | 1 | Misc HR Files | Non-Essential Files-Dispose |
| 2017 | 1 | Misc HR Files | Non-Essential Files-Dispose |
| 2016-19 | 1 | Random Testing Earnie H | Random Drug Test Results |
| 2017-18 | 1 | W4 Reports (SS numbers are noted) | Non-Essential Files-Dispose |
| 1999 | 1 | Accounting | |
| 2018 | 1 | HR Files - Emp | HR Files, Applications, Tax Forms, Discipline, ETC. |
| 2012 | 2 | HR Files | HR Files, Applications, Tax Forms, Discipline, ETC. |
| 2009 | 1 | HR - 401K Files | Non-Essential Files-Dispose |
| 2012 | 1 | TD Bank Records | |
| All | 6 | Emp Files (Duplicates) | Yes Duplicates of HR Originals- Ok to Dispose Of |
| All | 5 | Emp Files (Duplicates) | Yes Duplicates of HR Originals- Ok to Dispose Of |
| All | 21 | Emp Files (Duplicates) | Yes Duplicates of HR Originals- Ok to Dispose Of |
| All | 16 | Emp Files (Duplicates) | Yes Duplicates of HR Originals- Ok to Dispose Of |
| All | 26 | Emp Files (Duplicates) | Yes Duplicates of HR Originals- Ok to Dispose Of |

| Year | Total Boxes | Contents | Comments |
|---|---|---|---|
| All | 21 | Emp Files (Duplicates) | Yes Duplicates of HR Originals- Ok to Dispose Of |
| All | 20 | Emp Files (Duplicates) | Yes Duplicates of HR Originals- Ok to Dispose Of |
| All | 20 | Emp Files (Duplicates) | Yes Duplicates of HR Originals- Ok to Dispose Of |
|  | **299** |  |  |

**Pittsburgh Inventory**

| Total Boxes | Contents | Comments |
|---|---|---|
| 4 | 2006 EFW, Apex Checks |  |
| 6 | 2007-2009 Financial Statements |  |
| 1 | 2007-2012 Investments |  |
| 3 | 2008 Overage Claims |  |
| 1 | 2009 Claims |  |
| 24 | 2009 Expense Reports |  |
| 3 | 2009 Petty Cash |  |
| 1 | 2009-2010 Interline Statements |  |
| 2 | 2010 A/R Cash Entry Reports |  |
| 1 | 2010 Bank Receipts |  |
| 4 | 2010 Journal Entries |  |
| 6 | 2010 LH Reports |  |
| 1 | 2010,2011,2012 Controller Reports |  |
| 18 | 2010-2011 Expense Account Reports |  |
| 3 | 2010-2011 Petty Cash |  |
| 54 | 2011 Checks w/bu |  |
| 26 | 2011 Expense Reports |  |
| 141 | 2011 Fuel Tickets |  |
| 4 | 2011 Petty Cash |  |
| 1 | 2011-2014 Fuel Variance Reports |  |
| 76 | 2012 A/R Cash Entry Reports |  |
| 1 | 2012 Bank Receipts |  |
| 74 | 2012 Checks w/bu |  |
| 16 | 2012 EFW, Apex checks |  |
| 23 | 2012 Expense Reports |  |
| 111 | 2012 Fuel Tickets |  |
| 1 | 2012 LH reports |  |
| 13 | 2012-2013 Claims |  |
| 100 | 2013 A/R Cash Entry Reports |  |
| 1 | 2013 Bank Receipts |  |

3

| Total Boxes | Contents | Comments |
|---|---|---|
| 68 | 2013 Checks w/bu | |
| 13 | 2013 Exp reports | |
| 81 | 2013 Fuel Tickets | |
| 2 | 2013 Journal Entries NEMF | |
| 16 | 2013 LH Reports | |
| 25 | 2013 Manifests | |
| 3 | 2013 Petty Cash | |
| 92 | 2014 A/R Cash Entry Reports | |
| 1 | 2014 Bank Statements | |
| 122 | 2014 Checks w/bu | |
| 106 | 2014 Fuel Tickets | |
| 6 | 2014 Interline Checks | |
| 2 | 2014 Journal Entries | |
| 35 | 2014 LH Reports | |
| 116 | 2014 Manifests | |
| 4 | 2014 Petty Cash Reports | |
| 78 | 2015 A/R Cash Entry Reports | |
| 120 | 2015 Manifests | |
| 3 | 2015 Petty Cash | |
| 7 | 2016 Summary of Distributions | |
| 7 | Apex Envelopes | |
| 15 | Carrier Industries Envelopes with windows | |
| 30 | NEMF Envelopes | |
| **1672** | | |

2751609.3 115719-100281