|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY<br>**Caption in compliance with D.N.J. LBR 9004**-1<br>**GIBBONS P.C.**<br>Karen A. Giannelli, Esq.<br>Mark B. Conlan, Esq.<br>Brett S. Theisen, Esq.<br>One Gateway Center<br>Newark, New Jersey  07102<br>Telephone:  (973) 596-4500<br>Facsimile:  (973) 596-0545<br>E-mail:  kgiannelli@gibbonslaw.com<br>            mconlan@gibbonslaw.com<br>            btheisen@gibbonslaw.com<br>*Counsel to the Debtors*<br>*and Debtors-in-Possession* |  |
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC., *et al*.,<br><br>                    Debtors.[1] | Chapter 11<br><br>Case No. 19-12809 (JKS)<br>(Jointly Administered)<br><br>**Hearing Date:**<br>**October 1, 2019 @ 10:00 a.m.**<br><br>**Judge:  Hon. John K. Sherwood** |
| NEW ENGLAND MOTOR FREIGHT, INC. *et al.*,<br><br>                    Plaintiffs,<br>          v.<br><br>PARTIES LISTED ON EXHIBIT A TO THE COMPLAINT and JOHN DOES 1-100,<br><br>                    Defendants. | Adv. Proc. No. 19-1119 (JKS) |

**ADJOURNMENT REQUEST**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows:  New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC (4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMF Logistics, LLC (4666).

2731146.1 115719-100281

1. I, BRETT S. THEISEN, ESQ.,

    ☒ am the attorney for: <u>New England Motor Freight, Inc. et al., Debtors And Debtors In Possession,</u>

    ☐ am self-represented,

    and request an adjournment of the following hearings for the reason set forth below.

    Matters:

    - **Adv. Proc. No. 19-1119—**
        - <u>Pre-Trial Conference</u>
        - <u>Debtors' Motion to Enjoin Auto Liability Claims [Dkt. No. 3]</u>
    - **Lead Case No. 19-12809—**
        - <u>Motion for Relief from the Automatic Stay [Dkt. No. 266]</u>
        - <u>Motion for Relief from the Automatic Stay [Dkt. No. 378]</u>
        - <u>Motion for Relief from the Automatic Stay [Dkt. No. 440]</u>
        - <u>Motion for Relief from the Automatic Stay [Dkt. No. 502]</u>
        - <u>Motion for Relief from the Automatic Stay [Dkt. No. 585]</u>
        - <u>Motion for Relief from the Automatic Stay [Dkt. No. 631]</u>
        - <u>Motion for Relief from the Automatic Stay [Dkt. No. 674]</u>
        - <u>Motion for Relief from the Automatic Stay [Dkt. No. 693]</u>
        - <u>Motion for Relief from the Automatic Stay [Dkt. No. 763]</u>
        - <u>Motion for Relief from the Automatic Stay [Dkt. No. 768]</u>

    Current hearing date and time: <u>October 1, 2019 @ 10:00 a.m.</u>

    New date requested: <u>November 5, 2019 @ 10:00 a.m.</u>

    Reason for adjournment request: <u>The parties to the above-referenced matters have agreed to (i) adjourn the matters to enable further settlement negotiations, and (ii) consent to an extension of the temporary restraining order entered in Adv. Proc. No. 19-1119, Dkt. No. 44, through and including the new hearing date, November 5, 2019.</u>

    <u>The parties also request that the current deadline to submit further pleadings in support of, or opposition to, the pending matters be extended from September 30, 2019 at 12:00pm to November 4, 2019 at 12:00pm.</u>

2731146.1 115719-100281

<u>A proposed order extending the temporary restraining order is being submitted contemporaneously herewith.</u>

<u>All of the matters listed above are related to existing or potential Auto Liability Claims against the Debtors, and have been previously adjourned to allow for settlement negotiations to take place. At an initial hearing held on April 16, 2019, the Court granted the Debtors' request for a temporary restraining order sought by the Motion to Enjoin Auto Liability Claims [Adv. Proc. No. 19-1119, Dkt. 3], and directed the parties to meet and confer regarding a protocol to govern the orderly resolution of all Auto Liability Claims. The Court has subsequently extended the TRO with the consent of the parties while those discussions continue. The parties are continuing to develop a consensual protocol and to incorporate the protocol into a chapter 11 plan, and hereby seek an additional adjournment and extension of the TRO to continue those negotiations and plan formulation.</u>

2. Consent to adjournment:

☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: September 27, 2019                             /s/ *Brett S. Theisen*
                                                      Brett S. Theisen, Esq.

**COURT USE ONLY:**

The request for adjournment is:

☐ Granted        New hearing date: _____        ☐ Peremptory

☐ Granted over objection(s)  New hearing date: _____   ☐ Peremptory

☐ Denied

3

2731146.1 115719-100281