**STEWART LEGAL GROUP, P.L.**
*Formed in the State of Florida*
Gavin N. Stewart, Esq.
401 East Jackson Street, Suite 2340
Tampa, FL 33602
Tel: 813-371-1231/Fax: 813-371-1232
E-mail: gavin@stewartlegalgroup.com
*Attorney for Creditor*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| New England Motor Freight, Inc., *et al*, | Case No. 19-12809-JKS (Jointly Administered) |
| Debtors.[1] | Judge John K. Sherwood |

### CERTIFICATION OF CONSENT REGARDING CONSENT ORDER

I certify that with respect to the Consent Order Confirming the Automatic Stay is not in Effect as to VW Credit Inc. ("Consent Order"), regarding the 2016 Audi A6 3.0T PRM-P A, VIN: WAUFGAFC2GN167323, submitted to the Court and agreed to by the Debtors and the Official Committee of Unsecured Creditors, the following conditions have been met:

(a)  The terms of the Consent Order are identical to those set forth in the original consent order;

(b)  The signatures represented by the /s/_____ on the Consent Order reference the signatures of consenting parties obtained on the original Consent Order;

(c)  I will retain the original Consent Order for a period of 7 years from the date of closing of the case or adversary proceeding.

(d)  I will make the original Consent Order available for inspection on request of the Court or any party in interest; and

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC (4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMF Logistics, LLC (4666).

      (e) I will simultaneously electronically file this certification with the Court, by use of my login and password, thereby signing same for all purposes including those under Fed. R. Bankr. P 9011.

                                        Stewart Legal Group, P.L.
                                        Attorney for VW Credit, Inc.

Dated: September 30, 2019        By: */s/Gavin N. Stewart, Esq.*
                                              Gavin N. Stewart, Esq.