| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY<br>**Caption in compliance with D.N.J. LBR 9004**-1<br>**LOWENSTEIN SANDLER LLP**<br>Mary E. Seymour, Esq.<br>Joseph J. DiPasquale, Esq.<br>One Lowenstein Drive<br>Roseland, NJ 07068<br>Telephone: (973) 597-2500<br>Facsimile: (973) 597-2400<br>Email: mseymour@lowenstein.com<br>       jdipasquale@lowenstein.com<br>*Co-Counsel to the Debtors*<br>*and Debtors-in-Possession* | |
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 19-12809 (JKS)<br>(Jointly Administered)<br><br>**Hearing Date:**<br>**October 8, 2019 @ 10:00 a.m.**<br><br>**Judge: Hon. John K. Sherwood** |
| NEW ENGLAND MOTOR FREIGHT, INC. *et al.*,<br><br>Plaintiffs,<br>v.<br><br>PARTIES LISTED ON EXHIBIT A TO THE COMPLAINT and JOHN DOES 1-100,<br><br>Defendants. | Adv. Proc. No. 19-1119 (JKS) |

**ADJOURNMENT REQUEST**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC (4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMF Logistics, LLC (4666).

2731146.1 115719-100281

1. I, JOSEPH J. DIPASQUALE, ESQ.,

   ☒ am the attorney for: <u>The Official Committee of Unsecured Creditors of New England Motor Freight, Inc. et al., Debtors And Debtors In Possession,</u>

   ☐ am self-represented,

   and request an adjournment of the following hearing for the reason set forth below.

   <u>Motion for Leave to File a Proof of Claim, filed by Cynthia D. Walling [Dkt. No. 874]</u>

   Current hearing date and time: <u>October 8, 2019 @ 10:00 a.m.</u>

   New date requested: <u>October 29, 2019 @ 10:00 a.m.</u>

   Reason for adjournment request: <u>The movant, the Creditors' Committee and the Debtors have agreed to adjourn the matters to enable further settlement negotiations. No objections to the Motion have yet been filed.</u>

2. Consent to adjournment:

   ☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: October 2, 2019              /s/ *Joseph J. DiPasquale*
                                   Joseph J. DiPasquale, Esq.

---

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted          New hearing date: <u>10/29/19 @ 10 AM</u>          ☐ Peremptory

☐ Granted over objection(s)   New hearing date: _____          ☐ Peremptory

☐ Denied

2731146.1 115719-100281