|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY<br>**Caption in compliance with D.N.J. LBR 9004-1**<br>**GIBBONS P.C.**<br>Karen A. Giannelli, Esq.<br>Mark B. Conlan, Esq.<br>Brett S. Theisen, Esq.<br>One Gateway Center<br>Newark, New Jersey 07102<br>Telephone: (973) 596-4500<br>Facsimile: (973) 596-0545<br>E-mail: kgiannelli@gibbonslaw.com<br>mconlan@gibbonslaw.com<br>btheisen@gibbonslaw.com<br>*Counsel to the Debtors*<br>*and Debtors-in-Possession* | Order Filed on September 27,<br>2019 by Clerk U.S. Bankruptcy<br>Court District of New Jersey |
| In re:<br>NEW ENGLAND MOTOR FREIGHT, INC.,<br>*et al.*,<br>Debtors.¹ | Chapter 11<br>Case No. 19-12809 (JKS)<br>(Jointly Administered) |

**ORDER GRANTING THE DEBTORS' MOTION FOR ENTRY OF
ORDER AUTHORIZING THE DESTRUCTION OF
CERTAIN OF THE DEBTORS' BOOKS AND RECORDS**

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

**DATED: September 27, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC (4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMF Logistics, LLC (4666).

2751113.2 115719-100281

Page:    2
Debtors: New England Motor Freight, Inc., *et al.*
Case No.: 19-12809 (JKS)
Caption: Order Granting the Debtors' Motion for Entry of Order Authorizing the Destruction of Certain of the Debtors' Books and Records

---

Upon the Motion[2] of the Debtors in the above-captioned Chapter 11 Cases seeking the entry of an order authorizing the destruction of certain of the Debtors' books and records as indicated on Exhibit A to the Motion; and the Court having determined that the relief sought in the Motion is in the best interest of the Debtors, their estates and creditors, and other parties-in-interest; and the Court having jurisdiction to consider the Motion and the relief requested therein; venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and all objections to the relief sought in the Motion having been withdrawn or overruled on the merits; and upon the record herein; and after due deliberation thereon; and good and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT**:

1. The Motion is **GRANTED**.

2. The Debtors, in consultation with the Committee, are authorized to destroy certain Books and Records only as set forth on Exhibit A hereto pursuant to 11 U.S.C. § 554(a).

.

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

2751113.2 115719-100281

## AMENDED EXHIBIT A

### DEBTORS' MOTION FOR ENTRY OF ORDER AUTHORIZING THE
### DESTRUCTION OF CERTAIN OF THE DEBTORS' BOOKS AND RECORDS

**Elizabeth Inventory**

| Year | Total Boxes | Contents | Comments |
|---|---|---|---|
| 2004 | 4 | Emp Files | HR Files, Applications, Tax Forms, Discipline, ETC. |
| 2005 | 6 | Emp Files | HR Files, Applications, Tax Forms, Discipline, ETC. |
| 2006 | 0 | | HR Files, Applications, Tax Forms, Discipline, ETC. |
| 2007 | 19 | Emp Files | HR Files, Applications, Tax Forms, Discipline, ETC. |
| 2008 | 32 | Emp Files | HR Files, Applications, Tax Forms, Discipline, ETC. |
| 2009 | 10 | Emp Files | HR Files, Applications, Tax Forms, Discipline, ETC. |
| 2010 | 11 | Emp Files | HR Files, Applications, Tax Forms, Discipline, ETC. |
| 2011 | 12 | Emp Files | HR Files, Applications, Tax Forms, Discipline, ETC. |
| 2012 | 10 | Emp Files | HR Files, Applications, Tax Forms, Discipline, ETC. |
| 2013 | 1 | Emp Files | HR Files, Applications, Tax Forms, Discipline, ETC. |
| 2014 | 15 | Emp Files | HR Files, Applications, Tax Forms, Discipline, ETC. |
| 2019 | 1 | HR Fax Transmission Records | Non-essential HR faxes-Dispose |
| 2016-19 | 1 | Misc. HR Files | Non-essential HR faxes-Dispose |
| 2019 | 1 | HR Fax Transmission Records | Non-essential HR faxes-Dispose |
| 2012 | 1 | Journal Entries, Work papers, EFW, Carrier APEX, PMX | |
| 1998-02 | 1 | EFW Paperwork | |
| 1998 | 1 | IT Paperwork, Memos & Binders | |
| 2002 | 1 | Instruction Manuals | |
| 1997-08 | 1 | Misc. Paperwork | |
| 1998-99 | 1 | Misc. Files | |
| 2011 | 1 | Journal Entries, Work papers, EFW, Carrier APEX, PMX | |
| 2013 | 1 | Misc. HR Files | |
| 2012-13 | 1 | Randoms | Random Drug Test Results |
| 2014-15 | 1 | Randoms | Random Drug Test Results |

| Year | Total Boxes | Contents | Comments |
|---|---|---|---|
| 2008-12 | 1 | Sterling Invoices / Work Opportunity | |
| 2002-12 | 1 | HR Files / Misc Fax Reports | HR Files, Applications, Tax Forms, Discipline, ETC. |
| 2014-15 | 1 | W4 Reports (SS numbers are noted) | W4 Tax Forms |
| 2005-13 | 1 | Mass Health / Data match FSA | Non-Essential Files-Dispose |
| 2010-11 | 1 | Monthlies Ref | Non-Essential Files-Dispose |
| 2012-14 | 1 | Monthlies Ref | Non-Essential Files-Dispose |
| 2014-16 | 1 | United Healthcare Manuals | |
| 2012 | 1 | NY Pay Invoices / Eastern Worker Communications | |
| 2008-09 | 1 | United Healthcare Plan Issues | |
| 2007-14 | 1 | MetLife / Munich Open Enrol | |
| 2016 | 1 | United Healh / Misc Files | Non-Essential Files-Dispose |
| 2009-12 | 1 | Misc Health Care Files | |
| 2008 | 1 | United Health Care paperwork | |
| 2018 | 3 | HR Faxes | Non-Essential Files-Dispose |
| 2001-09 | 1 | Payment Auth Forms | |
| 2005-13 | 1 | Medical Life Ben. | Non-Essential Files-Dispose |
| 2018 | 1 | Misc HR Files | Non-Essential Files-Dispose |
| 2014-16 | 1 | Misc HR Files | Non-Essential Files-Dispose |
| 2015 | 1 | Misc HR Files | Non-Essential Files-Dispose |
| 2017 | 1 | Misc HR Files | Non-Essential Files-Dispose |
| 2016-19 | 1 | Random Testing Earnie H | Random Drug Test Results |
| 2017-18 | 1 | W4 Reports (SS numbers are noted) | Non-Essential Files-Dispose |
| 1999 | 1 | Accounting | |
| 2018 | 1 | HR Files - Emp | HR Files, Applications, Tax Forms, Discipline, ETC. |
| 2012 | 2 | HR Files | HR Files, Applications, Tax Forms, Discipline, ETC. |
| 2009 | 1 | HR - 401K Files | Non-Essential Files-Dispose |
| 2012 | 1 | TD Bank Records | |
| All | 6 | Emp Files (Duplicates) | Yes Duplicates of HR Originals- Ok to Dispose Of |
| All | 5 | Emp Files (Duplicates) | Yes Duplicates of HR Originals- Ok to Dispose Of |
| All | 21 | Emp Files (Duplicates) | Yes Duplicates of HR Originals- Ok to Dispose Of |
| All | 16 | Emp Files (Duplicates) | Yes Duplicates of HR Originals- Ok to Dispose Of |
| All | 26 | Emp Files (Duplicates) | Yes Duplicates of HR Originals- Ok to Dispose Of |

2751609.3 115719-100281

| Year | Total Boxes | Contents | Comments |
|---|---|---|---|
| All | 21 | Emp Files (Duplicates) | Yes Duplicates of HR Originals- Ok to Dispose Of |
| All | 20 | Emp Files (Duplicates) | Yes Duplicates of HR Originals- Ok to Dispose Of |
| All | 20 | Emp Files (Duplicates) | Yes Duplicates of HR Originals- Ok to Dispose Of |
|  | **299** |  |  |

**Pittsburgh Inventory**

| Total Boxes | Contents | Comments |
|---|---|---|
| 4 | 2006 EFW, Apex Checks |  |
| 6 | 2007-2009 Financial Statements |  |
| 1 | 2007-2012 Investments |  |
| 3 | 2008 Overage Claims |  |
| 1 | 2009 Claims |  |
| 24 | 2009 Expense Reports |  |
| 3 | 2009 Petty Cash |  |
| 1 | 2009-2010 Interline Statements |  |
| 2 | 2010 A/R Cash Entry Reports |  |
| 1 | 2010 Bank Receipts |  |
| 4 | 2010 Journal Entries |  |
| 6 | 2010 LH Reports |  |
| 1 | 2010,2011,2012 Controller Reports |  |
| 18 | 2010-2011 Expense Account Reports |  |
| 3 | 2010-2011 Petty Cash |  |
| 54 | 2011 Checks w/bu |  |
| 26 | 2011 Expense Reports |  |
| 141 | 2011 Fuel Tickets |  |
| 4 | 2011 Petty Cash |  |
| 1 | 2011-2014 Fuel Variance Reports |  |
| 76 | 2012 A/R Cash Entry Reports |  |
| 1 | 2012 Bank Receipts |  |
| 74 | 2012 Checks w/bu |  |
| 16 | 2012 EFW, Apex checks |  |
| 23 | 2012 Expense Reports |  |
| 111 | 2012 Fuel Tickets |  |
| 1 | 2012 LH reports |  |
| 13 | 2012-2013 Claims |  |
| 100 | 2013 A/R Cash Entry Reports |  |
| 1 | 2013 Bank Receipts |  |

| Total Boxes | Contents | Comments |
|---|---|---|
| 68 | 2013 Checks w/bu | |
| 13 | 2013 Exp reports | |
| 81 | 2013 Fuel Tickets | |
| 2 | 2013 Journal Entries NEMF | |
| 16 | 2013 LH Reports | |
| 25 | 2013 Manifests | |
| 3 | 2013 Petty Cash | |
| 92 | 2014 A/R Cash Entry Reports | |
| 1 | 2014 Bank Statements | |
| 122 | 2014 Checks w/bu | |
| 106 | 2014 Fuel Tickets | |
| 6 | 2014 Interline Checks | |
| 2 | 2014 Journal Entries | |
| 35 | 2014 LH Reports | |
| 116 | 2014 Manifests | |
| 4 | 2014 Petty Cash Reports | |
| 78 | 2015 A/R Cash Entry Reports | |
| 120 | 2015 Manifests | |
| 3 | 2015 Petty Cash | |
| 7 | 2016 Summary of Distributions | |
| 7 | Apex Envelopes | |
| 15 | Carrier Industries Envelopes with windows | |
| 30 | NEMF Envelopes | |
| **1672** | | |

United States Bankruptcy Court
District of New Jersey

In re:  
New England Motor Freight, Inc.  
    Debtor

Case No. 19-12809-JKS  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Sep 30, 2019  
                     Form ID: pdf903    Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 02, 2019.
```
db             +New England Motor Freight, Inc.,    1-71 North Ave E,    Elizabeth, NJ 07201-2958
aty           #+Brent C. Strickland,    Whiteford, Taylor & Preston L.L.P,    7501 Wisconsin Avenue,Suite 700W,
                 Bethesda, MD 20814-6521
aty            +Deloitte Consulting LLP,    111 S Wacker Dr,    Chicago, IL 60606-4396
aty            +Gibbons, P.C.,    One Gateway Center,    Newark, NJ 07102-5321
aty             Howard A. Cohen,    Gibbons P.C.,    300 Delaware Avenue, Suite 1015,    Wilmington, DE 19801-1671
aty             Jeffrey L. Nagel,    Gibbons P.C.,    One Pennsylvania Plaza, 37th Floor,
                 New York, NY 10119-3701
aty            +Todd M. Brooks,    Whiteford, Taylor & Preston L.L.P.,    7 St. Paul Street, Suite 1500,
                 Baltimore, MD 21202-1636
aty            +WASSERMAN, JURISTA & STOLZ, P.C.,    110 Allen Road,    Suite 304,
                 Basking Ridge,, NJ 07920-4500
aty            +Whiteford Taylor & Preston,    Seven Saint paul St. Ste 1800,    Baltimore, MD 21202-1639
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                     TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 02, 2019                                               Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 30, 2019 at the address(es) listed below:  
NONE.                                                                                          TOTAL: 0