**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC., *et al.*, | Case No. 19-12809 (JKS) |
| | (Jointly Administered) |
| Debtors.[1] | |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                          )  ss:
COUNTY OF KINGS     )

I, Edward A. Calderon, declare:

1. I am over the age of 18 years and not a party to these chapter 11 cases.

2. I am employed by Donlin, Recano & Company, Inc., ("DRC"), 6201 15th Avenue, Brooklyn, NY 11219.

3. On the 30th day of September, 2019, at my direction and under my supervision, employees of DRC caused to serve the "Order Granting the Debtors' Motion for Entry of Order Authorizing the Destruction of Certain of the Debtors' Books and Records" (Docket No. 892), upon the parties as set forth on Exhibit 1, attached hereto, via First Class U.S. Mail.

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 2nd day of October, 2019, Brooklyn, New York.

*/s/ Edward A. Calderon*
Edward A. Calderon

Sworn before me this
2nd day of October, 2019

*/s/ Sung Jae Kim*
Notary Public

SUNG JAE KIM
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01KI6211176
MY COMM. EXP. SEPTEMBER 14, 2021

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC (4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMF Logistics, LLC (4666).

**EXHIBIT 1**

Case 19-12809-JKS    Doc 912    Filed 10/03/19    Entered 10/03/19 13:56:31    Desc Main
Document      Page 2 of 3

**New England Motor Freight, Inc., et al.**
**Exhibit Page**

Page # : 1 of 1                                                                                       09/30/2019 02:38:22 PM

| | | | |
|---|---|---|---|
| 000110P001-1413S-189<br>ALAN J. BRODY, ESQ.<br>GREENBERG TRAURIG, LLP<br>500 CAMPUS DR, STE 400<br>FLORHAM PARK NJ 07932-0677 | 000118P001-1413S-189<br>ANTHONY SODONO, III, ESQ.<br>SARI B. PLACONA MCMANIMON<br>SCOTLAND & BAUMANN<br>75 LIVINGSTON AVE<br>ROSELAND NJ 07068 | 000117P001-1413S-189<br>CHRISTOPHER A. LYNCH, ESQ.<br>REED SMITH LLP<br>599 LEXINGTON AVE<br>NEW YORK NY 10022 | 000123P001-1413S-189<br>DAIMLER TRUST<br>C/O BK SERVICING, LLC<br>ED GEZEL, AGENT<br>PO BOX 131265<br>ROSEVILLE MN 55113-0011 |
| 000114P001-1413S-189<br>DAVID A. PISCIOTTA, ESQ.<br>LOUIS A. CURCIO, ESQ.<br>TROUTMAN SANDERS<br>875 THIRD AVENUE<br>NEW YORK NY 10022 | 000087P003-1413S-189<br>ELLIOT GREENLEAF<br>R X ZAHRALDDIN- ARAVENA;JONATHAN M STEMERMAN<br>SARAH DENIS<br>1105 MARKET ST STE 1700<br>WILMINGTON DE 19801 | 000120P001-1413S-189<br>EVAN S. GOLDSTEIN UPDIKE<br>KELLY & SPELLACY, P.C.<br>100 PEARL STREET 17TH FLOOR<br>PO BOX 231277<br>HARTFORD CT 06103 | 000121P001-1413S-189<br>GARY D. BRESSLER, ESQ.<br>MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP<br>300 DELAWARE AVE, STE 770<br>WILMINGTON DE 19801 |
| 000115P001-1413S-189<br>JOSEPH LUBERTAZZI, ESQ.<br>PETER M. KNOB, ESQ.<br>MCCARTER & ENGLISH<br>100 MULBERRY ST FOUR GATEWAY CENTER<br>NEWARK NJ 07102 | 000112P001-1413S-189<br>LISA BITTLE TANCREDI, ESQ.<br>DAVID FONTANA, ESQ.<br>GEBHARDT & SMITH LLP<br>ONE SOUTH ST, STE 2200<br>BALTIMORE MD 21202-3281 | 000086P001-1413S-189<br>LOWENSTEIN SANDLER LLP<br>MARY E SEYMOUR;JOSEPH J DIPASQUALE<br>ONE LOWENSTEIN DRIVE<br>ROSELAND NJ 07068 | 000111P001-1413S-189<br>MARK LISCIO, ESQ.<br>NEAL MODI, ESQ. / SCOTT TALMADGE, ESQ.<br>FRESHFIELDS BRUCKHAUS DERINGER US LLP<br>601 LEXINGTON AVE, 31ST FL<br>NEW YORK NY 10022 |
| 000113P001-1413S-189<br>NORMAN N. KINEL, ESQ.<br>SQUIRE PATTON BOGGS (US) LLP<br>30 ROCKEFELLER PLAZA, 23RD FLOOR<br>NEW YORK NY 10012 | 000116P001-1413S-189<br>ROBERT HORNBY, ESQ.<br>MICHAEL R. CARUSO, ESQ.<br>CHIESA SHAHINIAN & GIANTOMASI<br>ONE BOLAND DRIVE<br>WEST ORANGE NJ 07052 | 000119P001-1413S-189<br>STEPHEN B. GROW, ESQ.<br>WARNER NORCROSS + JUDD LLP<br>111 LYON ST NW # 900<br>GRAND RAPIDS MI 49503 | 000097P002-1413S-189<br>UNITED STATES DEPARTMENT OF JUSTICE<br>PETER J. D'AURIA,ESQ; MITCHELL HAUSMAN<br>OFFICE OF THE UNITED STATES TRUSTEE<br>ONE NEWARK CENTER STE 2100<br>NEWARK NJ 07102 |
| 000001P001-1413S-189<br>UNITED STATES TRUSTEE<br>ONE NEWARK CENTER, SUITE 2100<br>1085 RAYMOND BOULEVARD<br>NEWARK NJ 07102 | 000122P001-1413S-189<br>VIRGINIA T. SHEA, ESQ.<br>MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP<br>1300 MOUNT KEMBLE AVE<br>MORRISTOWN NJ 07962 | | |

Records Printed : **18**