**STEWART LEGAL GROUP, P.L.**
*Formed in the State of Florida*
Gavin N. Stewart, Esq.
401 East Jackson Street, Suite 2340
Tampa, FL 33602
Tel: 813-371-1231/Fax: 813-371-1232
E-mail: gavin@stewartlegalgroup.com
*Attorney for Creditor*

Order Filed on October 8, 2019
by Clerk U.S. Bankruptcy Court
District of New Jersey

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| New England Motor Freight, Inc., *et al*, | Case No. 19-12809-JKS (Jointly Administered) |
| Debtors.[1] | Judge John K. Sherwood |

### CONSENT ORDER CONFIRMING THE
### AUTOMATIC STAY IS NOT IN EFFECT AS TO VW CREDIT, INC.

The relief set forth on the following pages, number two (2) through two (2) is hereby

**ORDERED**

**DATED: October 8, 2019**

_____

Honorable John K. Sherwood
United States Bankruptcy Court

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC (4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMF Logistics, LLC (4666).

| | |
|---|---|
| Debtor: | New England Motor Freight, Inc. |
| Case No.: | 19-12809-JKS |
| Caption of Order: | **CONSENT ORDER CONFIRMING THE AUTOMATIC STAY IS NOT IN EFFECT AS TO VW CREDIT, INC.** |

THIS MATTER having been opened to the Court upon the Application for Entry of Consent Order in Lieu of Motion for Order Confirming the Automatic Stay is not in Effect ("Application") filed by VW Credit, Inc. ("Creditor"), and whereas the Debtor and Creditor are in agreement, it is hereby stipulated and agreed to that:

1.    The automatic stay provided under 11 U.S.C. §362(a) is not in effect as to Creditor's interest in the personal property described as **2016 Audi A6 3.0T PRM-P A, VIN: WAUFGAFC2GN167323** ("Vehicle").

2.    Creditor has complete *in rem* relief to take any and all steps necessary to exercise any and all rights it may have in the Vehicle.

**We hereby Consent to the form and entry of the foregoing Order**.

*/s/Brett S. Theisen*
Brett S. Theisen
Gibbons, P.C.
One Gateway Center
Newark, NJ 07102
Telephone: (973) 596-4500
E-mail: btheisen@gibbonslaw.com
*Counsel to the Debtors and*
*Debtors-in Possession*

*/s/Gavin N. Stewart*
Gavin N. Stewart
Stewart Legal Group, P.L.
401 East Jackson Street, Suite 2340
Tampa, FL 33602
Telephone: (813) 371-1231
E-mail: gavin@stewartlegalgroup.com
*Counsel to VW Credit, Inc.*

*/s/ Joseph J. DiPasquale*
Joseph J. DiPasquale
Lowenstein Sandler LLP
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
E-mail: jdupasquale@lowenstein.com

-and-

Elliot Greenleaf, P.C.
1105 Market Street, Suite 1700

Willmington, DE 19801
Phone: (302) 384-9400
*Counsel to the Official Committee of Unsecured Creditors*