| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY<br>**Caption in compliance with D.N.J. LBR 9004-1**<br><br>**GIBBONS P.C.**<br>Karen A. Giannelli, Esq.<br>Mark B. Conlan, Esq.<br>Brett S. Theisen, Esq.<br>One Gateway Center<br>Newark, New Jersey  07102<br>Telephone:  (973) 596-4500<br>Facsimile:  (973) 596-0545<br>E-mail:  kgiannelli@gibbonslaw.com<br>            mconlan@gibbonslaw.com<br>            btheisen@gibbonslaw.com<br><br>*Counsel to the Debtors*<br>*and Debtors-in-Possession* |

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC., *et al.*,<br><br>Debtors. [3] | Chapter 11<br><br>Case No. 19-12809 (JKS)<br><br>(Jointly Administered) |

## CERTIFICATION OF CONSENT
## REGARDING CONSENT ORDER

I certify that with respect to the Consent Order by and among by and among Fifth Third Bank, the above-captioned debtors-in-possession, and the Official Committee of Unsecured Creditors appointed in the above-captioned chapter 11 cases, submitted to the Court, the following conditions have been met:

a) The terms of the consent order are identical to those set forth in the original consent order;

b) The signatures represented by the /s/ on the consent order reference the signatures of consenting parties obtained on the original consent order;

c) I will retain the original consent order for a period of 7 years from the date of closing of the case or adversary proceeding.

d) I will make the original consent order available for inspection on request of the Court or any party in interest; and

---

[3] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows:  New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC (4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMF Logistics, LLC (4666).

e) I will simultaneously electronically file this certification with the Court, by use of my login and password, thereby signing same for all purposes including those under Fed. R. Bankr. P 9011 (sign certification with a /s/).

Date: October 10, 2019

By:  */s/ Brett S. Theisen*
Brett S. Theisen, Esq.