# MASTER SERVICE LIST
# New England Motor Freight, Inc., et al.
# Case No. 19-12809

10/11/2019

| | |
|---|---|
| CAB EAST LLC,SERVICED BY FORD MOTOR CREDIT CO.,LLC<br>NATIONAL BANKRUPTCY SERVICE CENTER<br>P O BOX 62180<br>COLORADO SPRINGS CO 80921 | DAIMLER TRUST<br>C/O BK SERVICING LLC<br>ED GEZEL, AGENT<br>P O BOX 131265<br>ROSEVILLE MN 55113-0011 |
| JM PARTNERS LLC<br>JOHN MARSHALL<br>6800 PARAGON PLACE STE 202<br>RICHMOND VA 23230-1656 | STEPHEN B. GROW, ESQ.<br>WARNER NORCROSS + JUDD LLP<br>111 LYON ST NW # 900<br>GRAND RAPIDS MI 49503 |
| OFFICE OF UNEMPLOYMENT COMPENSATION TAX SERVICES<br>DEB SECREST,AUTHORIZED AGENT<br>PA-DEPT OF LABOR & INDUSTRY<br>COLLECTIONS SUPPORT UNIT<br>851 BOAS ST RM 702<br>HARRISBURG PA 17121 | NEW YORK STATET DEPARTMENT OF LABOR<br>JESSICA AGARWAL, ASST ATTORNEY GENERAL<br>OFFICE OF THE ATTORNEY GENERAL<br>28 LIBERTY STREET<br>NEW YORK NY 10005 |
| PA- DEPT OF ENVIRONMENTAL PROTECTION<br>BRIAN GLASS, OFFICE OF THE CHIEF COUNSEL<br>SOUTHEAST REGIONAL COUNSEL<br>2 EAST MAIN ST<br>NORRISTOWN PA 19401-4915 | **COUNSEL FOR AMAZON.COM SERVICES INC FORMERLY AMAZON FULFILLMENT SERVICES INC**<br><br>BENESCH FRIEDLANDER COPLAN & ARONOFF LLP<br>KEVIN M CAPUZZI<br>CONTINENTAL PLAZA II<br>411 HACKENSACK AVE.,3RD FLOOR<br>HACKENSACK NJ 07601-6323 |
| PA DEPT OF REVENUE<br>DENISE A KUHN, SEN DEPUTY ATTORNEY GEN<br>THE PHOENIX BUILDING<br>1600 ARCH ST., STE 300<br>PHILADELPHIA PA 19103 | |

# MASTER SERVICE LIST
## New England Motor Freight, Inc., et al.
## Case No. 19-12809

10/11/2019

**COUNSEL FOR BERKLEY INSURANCE COMPANY**

CHIESA SHAHINIAN & GIANTOMASI PC
BETH J ROTENBERG,ESQ
ONE BOLAND DRIVE
WEST ORANGE NJ 07052

CHIESA SHAHINIAN & GIANTOMASI PC
ROBERT E NIES,ESQ
ONE BOLAND DRIVE
WEST ORANGE NJ 07052

CHIESA SHAHINIAN & GIANTOMASI PC
SCOTT W LICHTENSTEIN, ESQ
ONE BOLAND DRIVE
WEST ORANGE NJ 07052

**COUNSEL FOR CAB EAST LLC, SERVICED BY FORD MOTOR CREDIT COMPANY**

MORTON & CRAIG LLC
JOHN R MORTON JR, ESQ
110 MARTER AVE STE 301
MOORESTOWN NJ 08057

**COUNSEL FOR CAPITAL ONE NA**

MCCARTER & ENGLISH LLP
PETER M KNOB,ESQ
FOUR GATEWAY CENTER
100 MULBERRY ST
NEWARK NJ 07102

MCCARTER & ENGLISH LLP
JOSEPH LUBERTAZZI JR.,ESQ
FOUR GATEWAY CENTER
100 MULBERRY ST
NEWARK NJ 07102

**COUNSEL FOR CLASS PLAINTIFF'S AND THE PUTATIVE CLASS**

KLEHR HARRISON HARVEY BRANZBURG LLP
CHARLES A ERCOLE;RONA J ROSEN
10000 LINCOLN DRIVE EAST STE 201
MARLTON NJ 08053

**COUNSEL FOR CLERMONT HOLDINGS LLC**

LAW OFFICES OF KENNETH L BAUM LLC
KENNETH L BAUM,ESQ
167 MAIN STREET
HACKENSACK NJ 07601

# MASTER SERVICE LIST
## New England Motor Freight, Inc., et al.
## Case No. 19-12809

10/11/2019

**COUNSEL FOR CORCENTRIC LLC**

DILWORTH PAXSON LLP
SCOTT J FREEDMAN
457 HADDONFIELD ROAD STE 700
CHERRY HILL NJ 08002

**COUNSEL FOR EAST WEST BANK**

SQUIRE PATTON BOGGS (US) LLP
NORMAN N KINEL,ESQ
30 ROCKEFELLER PLAZA, 23RD FLOOR
NEW YORK NY 10112

**COUNSEL FOR DANIEL RINALDI;JANICE A GOODALL;DANIEL MURTHA**

MAYNARD O'CONNOR SMITH & CATALINOTTO LLP
JUSTIN W GRAY,ESQ
6 TOWER PLACE
ALBANY NY 12203

**COUNSEL FOR FIFTH THIRD BANK**

REED SMITH LLP
CHRISTOPHER A. LYNCH
599 LEXINGTON AVE
NEW YORK NY 10022

**COUNSEL FOR EAST RIVER ENERGY INC**

NORRIS MCLAUGHLIN PA
MORRIS S BAUER,ESQ
400 CROSSING BOULEVARD,8TH FLOOR
BRIDGEWATER NJ 08807

NORRIS MCLAUGHLIN PA
CATHERINE L COREY,ESQ
400 CROSSING BOULEVARD, 8TH FLOOR
BRIDGEWATER NJ 08807

**COUNSEL FOR GREAT DANE LLC**

COLE SCHOTZ PC
MICHAEL D SIROTA,ESQ
COURT PLAZA NORTH
25 MAIN ST
HACKENSACK NJ 07601

COLE SCHOTZ PC
JACOB S FRUMKIN,ESQ
COURT PLAZA NORTH
25 MAIN ST
HACKENSACK NJ 07601

# MASTER SERVICE LIST
## New England Motor Freight, Inc., et al.
## Case No. 19-12809

10/11/2019

| COUNSEL FOR JP MORGAN CHASE NA | COUNSEL FOR LUCKY'S ENERGY SERVICE INC |
|---|---|
| GREENBERG TRAURIG LLP<br>ALAN J BRODY,ESQ<br>500 CAMPUS DRIVE<br>FLORHAM PARK NJ 07932 | RIKER DANZIG SCHERER HYLAND & PERRETTI LLP<br>JOSEPH L SCHWARTZ;MICHAEL TRENTIN<br>HEADQUARTERS PLAZA<br>ONE SPEEDWELL AVE<br>MORRISTOWN NJ 07962-1981 |
| FRESHFIELDS BRUCKHAUS DERINGER US LLP<br>MARK F LISCIO<br>601 LEXINGTON AVE, 31ST FLOOR<br>NEW YORK NY 10022 | **COUNSEL FOR MANSFIELD OIL COMPANY**<br><br>THOMPSON O'BRIEN KEMP & NASUTI PC<br>ALBERT F NASUTI,ESQ<br>40 TECHNOLOGY PARKWAY SOUTH, STE 300<br>PEACHTREE CORNERS GA 30092 |
| **COUNSEL FOR KATHLEEN EVANS**<br><br>ANTHONY G ROSS, ESQ<br>126 SOUTH MAIN STREET<br>PITTSTON PA 18640 | **COUNSEL FOR MCINTOSH ENERGY COMPANY**<br><br>CULLEN AND DYKMAN LLP<br>DAVID EDELBERG, ESQ.<br>433 HACKENSACK AVE 12TH FL<br>HACKENSACK NJ 07601 |
| **COUNSEL FOR LARRY BANKS**<br><br>LAW FIRM OF BRIAN W HOFMEISTER LLC<br>BRIAN W HOFMEISTER, ESQ<br>3131 PRINCETON PIKE BUILDING 5,STE 110<br>LAWRENCEVILLE NJ 08648 | **COUNSEL FOR MICHAEL SINGLEY**<br><br>D'ARCY JOHNSON DAY<br>RICHARD J ALBUQUERQUE,ESQ<br>3120 FIRE ROAD STE 100<br>EGG HARBOR TOWNSHIP NJ 08234 |

# MASTER SERVICE LIST
## New England Motor Freight, Inc., et al.
## Case No. 19-12809

10/11/2019

**COUNSEL FOR MIRABITO HOLDINGS INC**

HINMAN HOWARD & KATTELL LLP
KEVIN J BLOOM,ESQ
PARK 80 WEST -PLAZA II
250 PEHLE AVE STE 200
SADDLE BROOK NJ 07663-5834

**COUNSEL FOR PROTECTIVE INSURANCE**

TURNER LAW FIRM LLC
ANDREW R TURNER,ESQ
76 SOUTH ORANGE AVE STE 106
SOUTH ORANGE NJ 07079

**COUNSEL FOR NEW JERSEY MANUFACTURES COMPANY**

CONNELL FOLEY LLP
ROBERT K SCHEINBAUM,ESQ
56 LIVINGSTON AVE
ROSELAND NJ 07068

**COUNSEL FOR RLI INSURANCE COMPANY**

DREIFUSS BONACCI & PARKER PC
JOANNE M BONACCI
26 COLUMBIA TURNPIKE STE 101 NORTH ENTRANCE
FLORHAM PARK NJ 07932

**COUNSEL FOR OMNITRACS LLC**

FROST BROWN TODD LLC
MARK A PLATT
100 CRESCENT COURT STE 350
DALLAS TX 75201

DREIFUSS BONACCI & PARKER PC
PAUL M MCCORMICK,ESQ
26 COLUMBIA TURNPIKE STE 101, NORTH ENTRANCE
FLORHAM PARK NJ 07932

DINSMORE & SHOHL LLP
GRACE WINKLER CRANLEY,ESQ
227 WEST MONROE ST.,STE 3850
CHICAGO IL 60606

**COUNSEL FOR PANTOS USA INC**

KIM CHO & LIM LLC
JOSHUA S LIM,ESQ
460 BERGEN BOULEVARD STE 305
PALISADES PARK NJ 07650

# MASTER SERVICE LIST
# New England Motor Freight, Inc., et al.
# Case No. 19-12809

10/11/2019

**COUNSEL FOR SANTANDER BANK NA**

TROUTMAN SANDERS LLP
LOUIS A CURCIO,ESQ
875 THIRD AVE
NEW YORK NY 10022

TROUTMAN SANDERS LLP
DAVID A PISCIOTTA,ESQ
875 THIRD AVE
NEW YORK NY 10022

**COUNSEL FOR TD BANK NA**

GEBHARDT & SMITH LLP
DAVID V FONTANA,ESQ
ONE SOUTH ST STE 2200
BALTIMORE MD 21202

**COUNSEL FOR THE AD HOC GROUP OF TORT CLAIMANTS**

COOLEY LLP
RICHARD S KANOWITZ;EVAN M LAZEROWITZ
55 HUDSON YARDS
NEW YORK NY 10001

**COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

LOWENSTEIN SANDLER LLP
MARY E SEYMOUR;JOSEPH J DIPASQUALE
ONE LOWENSTEIN DRIVE
ROSELAND NJ 07068

**COUNSEL FOR TOTE MARITIME**

PRICE MEESE SHULMAN & D'ARMINIO PC
RICK A STEINBERG,ESQ
50 TICE BOULEVARD STE 380
WOODCLIFF LAKE NJ 07677

**COUNSEL FOR UNITED HEALTHCARE SERVICES INC**

SHIPMAN & GOODWIN LLP
ERIC S GOLDSTEIN,ESQ
ONE CONSTITUTIONAL PLAZA
HARTFORD CT 06103

**COUNSEL FOR UNITED STATES TRUSTEE**

UNITED STATES DEPARTMENT OF JUSTICE
PETER J. D'AURIA,ESQ; MITCHELL HAUSMAN
OFFICE OF THE UNITED STATES TRUSTEE
ONE NEWARK CENTER STE 2100
NEWARK NJ 07102

# MASTER SERVICE LIST
# New England Motor Freight, Inc., et al.
# Case No. 19-12809

10/11/2019

**COUNSEL FOR VOLVO FINANCIAL SERVICES, A DIV OF VFS US LLC;MACK FINANCIAL SERVICES, A DIV OF VFS US LLC;NORTH AMERICAN TRANSACTION SERVICES, A DIV OF VFS US LLC**

MCELROY DEUTSCH MULVANEY & CARPENTER LLP
GARY D BRESSLER,ESQ
300 DELAWARE AVE STE 770
WILMINGTON DE 19801

**COUNSEL FOR VOLVO FINANCIAL SERVICES, A DIV OF VFS US LLC;MACK FINANCIAL SERVICES, A DIV OF VFS US LLC;NORTH AMERICAN TRANSACTION SERVICES, A DIV OF VFS US LLC**

MCELROY DEUTSCH MULVANEY & CARPENTER LLP
VIRGINIA T SHEA,ESQ
1300 MOUNT KEMBLE AVENUE
MORRISTOWN NJ 07962

**COUNSEL FOR VW CREDIT LEASING LTD**

KML LAW GROUP PC
REBECCA A SOLARZ,ESQ
216 HADDON AVENUE STE 406
WESTMONT NJ 08108

**COUNSEL FOR VW CREDIT LEASING, LTD.**

KML LAW GROUP, P.C.
KEVIN G. MCDONALD, ESQ.
216 HADDON AVE STE 406
WESTMONT NJ 08108

**COUNSEL FOR WEBSTER CAPITAL FINANCE INC**

UPDIKE KELLY & SPELLACY PC
EVAN S GOLDSTEIN, ESQ
100 PEARL ST.,17TH FLOOR
P O BOX 231277
HARTFORD CT 06123-1277

**COUNSEL FOR WELLS FARGO EQUIPMENT FINANCE INC**

CHIESA SHAHINIAN & GIANTOMASI PC
FRANK PERETORE,ESQ
ONE BOLAND DRIVE
WEST ORANGE NJ 07052

CHIESA SHAHINIAN & GIANTOMASI PC
MICHAEL R CARUSO,ESQ
ONE BOLAND DRIVE
WEST ORANGE NJ 07052

# MASTER SERVICE LIST
# New England Motor Freight, Inc., et al.
# Case No. 19-12809

10/11/2019

| | |
|---|---|
| **COUNSEL TO CAPITAL ONE, N.A.** | **COUNSEL TO SANTANDER BANK** |
| MCCARTER & ENGLISH, LLP<br>PETER KNOB<br>100 MULBERRY STREET<br>FOUR GATEWAY CENTER<br>NEWARK NJ 07102 | TROUTMAN SANDERS<br>DAVID A PISCIOTTA<br>875 THIRD AVENUE<br>NEW YORK NY 10022 |
| **COUNSEL TO EAST WEST BANK** | TROUTMAN SANDERS<br>LOUIS CURCIO<br>875 THIRD AVENUE<br>NEW YORK NY 10022 |
| SQUIRE PATTON BOGGS<br>NORMAN N KINEL<br>30 ROCKEFELLER PLAZA<br>NEW YORK NY 10112 | |
| | TROUTMAN SANDERS<br>ALISSA PICCIONE<br>875 THIRD AVENUE<br>NEW YORK NY 10022 |
| **COUNSEL TO LENDER** | |
| | **COUNSEL TO TD BANK** |
| GREENBERG TRAURIG<br>ALAN J. BRODY<br>500 CAMPUS DRIVE<br>SUITE 400<br>FLORHAM PARK NJ 07932 | GEBHARDT & SMITH LLP<br>LISA BITTLE TANCREDI<br>ONE SOUTH STREET<br>SUITE 2200<br>BALTIMORE MD 21202-3281 |
| FRESHFIELDS BRUCKHAUS DERINGER<br>MARK F LISCIO<br>601 LEXINGTON AVE<br>31ST FLOOR<br>NEW YORK NY 10022 | GEBHARDT & SMITH LLP<br>LISA BITTLE TANCREDI<br>1000 N WEST STREET<br>SUITE 1200<br>WILMINGTON DE 19801 |

**MASTER SERVICE LIST**
**New England Motor Freight, Inc., et al.**
**Case No. 19-12809**

10/11/2019

| **COUNSEL TO TD BANK, N.A.** | **GOVT. ENTITY** |
|---|---|
| GEBHARDT & SMITH LLP<br>JAMES M SMITH<br>ONE SOUTH STREET<br>SUITE 2200<br>BALTIMORE MD 21202-3281 | UNITED STATES ATTORNEY<br>DISTRICT OF NEW JERSEY<br>PETER RODINO FEDERAL BUILDING<br>970 BROAD STREET, SUITE 700<br>NEWARK NJ 07102 |
| **COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**<br><br>ELLIOT GREENLEAF<br>R X ZAHRALDDIN- ARAVENA;JONATHAN M STEMERMAN<br>SARAH DENIS<br>1105 MARKET ST STE 1700<br>WILMINGTON DE 19801 | INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346<br><br>INTERNAL REVENUE SERVICE<br>2970 MARKET STREET<br>MAIL STOP 5-Q30.133<br>PHILADELPHIA PA 19104-5016 |
| **DEBTOR**<br><br>NEW ENGLAND MOTOR FREIGHT, INC.<br>ATTN:  PRESIDENT/CEO<br>1-71 NORTH AVENUE EAST<br>ELIZABETH NJ 07201 | SECURITIES EXCHANGE COMMISSION<br>NEW YORK REGIONAL OFFICE<br>ATTN: ANDREW CALAMARI, REGIONAL DIRECTOR<br>BROOKFIELD PLACE<br>200 VESSEY STREET, SUITE 400<br>NEW YORK NY 10281-1022 |
| **GOVT. ENTITY**<br><br>UNITED STATES TRUSTEE<br>ONE NEWARK CENTER, SUITE 2100<br>1085 RAYMOND BOULEVARD<br>NEWARK NJ 07102 | ENVIRONMENTAL PROTECTION AGENCY<br>REGION 2<br>290 BROADWAY<br>17TH FLOOR<br>NEW YORK NY 10007-1866 |

# MASTER SERVICE LIST
# New England Motor Freight, Inc., et al.
# Case No. 19-12809

10/11/2019

| **GOVT. ENTITY** | **OFFICIAL COMMITTEE OF UNSECURED CREDITORS** |
|---|---|
| NEW JERSEY ATTORNEY GENERAL OFFICE<br>DIVISION OF LAW<br>RICHARD J. HUGHES JUSTICE COMPLEX<br>25 MARKET ST<br>TRENTON NJ 08625-0112 | AAA COOPER TRANSPORTATION<br>TIFFANY ENGELHUBER<br>1751 KINSEY ROAD<br>DOTHAN AL 36303 |
| NEW JERSEY DIVISION OF TAXATION<br>COMPLIANCE & ENFORCEMENT UNIT<br>BANKRUPTCY UNIT<br>50 BARRACK STREET, 9TH FLOOR<br>TRENTON NJ 08695-0267 | LANDSTAR TRANSPORTATION LOGISTICS, INC.<br>SPRYTE KIMMEY<br>13410 SUTTON PARK DR S<br>JACKSONVILLE FL 32224 |
| NEW JERSEY MOTOR VEHICLE COMMISSION<br>ADMINISTRATIVE UNIT<br>225 EAST STATE STREET<br>TRENTON NJ 08666 | GUTTMAN OIL CO.<br>GREGORY J. CREIGHAN<br>200 SPEERS STREET<br>BELLE VERNON PA 15012 |

DEPARTMENT OF ENVIRONMENTAL PROTECTION
OFFICE OF RECORDS ACCESS
ATTN: BANKR. COORDINATOR
PO BOX 402
MAIL CODE 401-06Q
TRENTON NJ 08625-0402

**PROPOSED CONFLICTS COUNSEL TO DEBTOR**

WASSERMAN JURISTA & STOLZ PC
DANIEL M STOLZ,ESQ
110 ALLEN ROAD STE 304
BASKING RIDGE NJ 07920

**LOCAL COUNSEL FOR MERCEDES BENZ FINANCIAL SERVICES USA LLC;JALIL WALTERS AND RASHEEDA CARTER;DARYL MARTIN AND KIM MARTIN**

MCMANIMON, SCOTLAND AND BAUMANN, LLC
ANTHONY SODONO, III; SARI PLACONA
75 LIVINGSTON AVE.,STE 201
ROSELAND NJ 07068

WASSERMAN JURISTA & STOLZ PC
DONALD W CLARKE,ESQ
110 ALLEN ROAD STE 304
BASKING RIDGE NJ 07920

# MASTER SERVICE LIST
# New England Motor Freight, Inc., et al.
# Case No. 19-12809

10/11/2019

| **PROPOSED COUNSEL TO THE DEBTORS** | **SPECIAL COUNSEL TO THE DEBTORS** |
|---|---|
| GIBBONS P.C.<br>KAREN A. GIANNELLI, ESQ.<br>ONE GATEWAY CENTER<br>NEWARK NJ 07102 | WHITEFORD TAYLOR PRESTON LLP<br>PAUL M NUSSBAUM<br>7 SAINT PAUL STREET<br>BALTIMORE MD 21202-1636 |
| GIBBONS P.C.<br>MARK B. CONLAN, ESQ.<br>ONE GATEWAY CENTER<br>NEWARK NJ 07102 | **TOP 30 UNSECURED CREDITOR; OFFICIAL COMMITTEE OF UNSECURED CREDITORS** |
| | IAM NATIONAL PENSION FUND<br>RYK TIERNEY EXEC DIR AND RAYMOND GOAD JR GC<br>1300 CONNECTICUT AVE<br>STE 300<br>WASHINGTON DC 20036 |
| GIBBONS P.C.<br>BRETT S. THEISEN, ESQ.<br>ONE GATEWAY PLAZA<br>NEWARK NJ 07102 | |
| | SUPERIOR DISTRIBUTORS CO, INC<br>MARLENE; RICHARD KLEIN<br>4 MIDLAND AVE<br>ELMWOOD PARK NJ 07407 |

**SHAREHOLDER**

MYRON SHEVELL
C/O NEW ENGLAND MOTOR FREIGHT INC
ZACHARY W. COHEN
1-71 NORTH AVENUE E
ELIZABETH NJ 07201