Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  19−12809−JKS
Chapter:  11
Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   New England Motor Freight, Inc.
   1−71 North Ave E
   Elizabeth, NJ 07201

Social Security No.:

Employer's Tax I.D. No.:
   22−1977697

## NOTICE OF JUDGMENT OR ORDER
## Pursuant to Fed. R. Bankr. P. 9022

   Please be advised that on October 9, 2019, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 916 − 890
Order Granting Application To Allow Attorney Jonathan I. Edelstein as Attorney to Appear Pro Hac Vice (Related Doc # 890). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. This order has been mailed to the Treasurer of the New Jersey Lawyer's Fund for Client Protection via US mail. Signed on 10/9/2019. (zlh)

   Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: October 9, 2019
JAN: zlh

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                            Case No. 19-12809-JKS
New England Motor Freight, Inc.                                                                   Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 4                    Date Rcvd: Oct 09, 2019
                              Form ID: orderntc        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 11, 2019.
aty             +Jonathan I. Edelstein,    Edelstein & Grossman,    501 Fifth Avenue, Suite 514,
                  New York, NY 10017-7840

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 11, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 9, 2019 at the address(es) listed below:
              Alan J. Brody    on behalf of Creditor    JP Morgan Chase brodya@gtlaw.com, NJLitDock@gtlaw.com
              Andrew R. Turner    on behalf of Interested Party    Protective Insurance Company
               courts@turnerlaw.net
              Andrew R. Turner    on behalf of Defendant    Protective Insurance Company courts@turnerlaw.net
              Anthony  Sodono, III    on behalf of Defendant Shauna  Jones asodono@msbnj.com
              Anthony  Sodono, III    on behalf of Creditor Jalil  Walters asodono@msbnj.com
              Anthony  Sodono, III    on behalf of Creditor    Mercedes Benz Financial Services USA LLC
               asodono@msbnj.com
              Anthony  Sodono, III    on behalf of Creditor Rasheeda  Carter asodono@msbnj.com
              Anthony  Sodono, III    on behalf of Creditor Shauna  Jones asodono@msbnj.com
              Anthony  Sodono, III    on behalf of Defendant    Jalil Waters and Rashida Carter asodono@msbnj.com
              Beth J. Rotenberg    on behalf of Creditor    Berkley Insurance Company brotenberg@csglaw.com,
               ecf@csglaw.com
              Blake D. Roth    on behalf of Creditor    Bridgestone Americas Tire Operations, LLC
               blake.roth@wallerlaw.com,
               chris.cronk@wallerlaw.com;deborah.liles@wallerlaw.com;katie.stenberg@wallerlaw.com
              Brett Steven Theisen    on behalf of Plaintiff    New England Motor Freight, Inc.
               btheisen@gibbonslaw.com
              Brett Steven Theisen    on behalf of Debtor    New England Motor Freight, Inc.
               btheisen@gibbonslaw.com
              Brian  Glass    on behalf of Interested Party    PA Department of Environmental Protection
               briaglass@pa.gov, verkanova@pa.gov
              Brian W. Hofmeister    on behalf of Creditor Larry L. Banks bwh@hofmeisterfirm.com
              Catherine L. Corey    on behalf of Creditor    East River Energy, Inc, clcorey@nmmlaw.com
              Chad J. Toms    on behalf of Debtor    New England Motor Freight, Inc. ctoms@wtplaw.com
              Christopher Lynch    on behalf of Creditor    Fifth Third Bank clynch@reedsmith.com
              Christopher John Leavell    on behalf of Plaintiff Mary  Carlin cleavell@klehr.com,
               lclark@klehr.com
              Christopher John Leavell    on behalf of Plaintiff Dan  Webster cleavell@klehr.com,
               lclark@klehr.com
              Christopher John Leavell    on behalf of Interested Party    Class Plaintiffs at al
               cleavell@klehr.com, lclark@klehr.com
              Daniel  Stolz    on behalf of Debtor    New England Motor Freight, Inc. dstolz@wjslaw.com,
               dstolz@ecf.inforuptcy.com;msousa@wjslaw.com;btorres@ecf.inforuptcy.com
              David  Edelberg    on behalf of Creditor    McIntosh Energy Company dedelberg@cullenanddykman.com,
               edelbergdr82964@notify.bestcase.com
              David A. Pisciotta    on behalf of Creditor    Santander Bank, N.A.
               david.pisciotta@troutmansanders.com, john.murphy@troutman.com;alissa.piccione@troutman.com
              David V. Fontana    on behalf of Creditor    TD Bank, N.A. dfont@gebsmith.com,
               ltancredi@gebsmith.com;klusby@gebsmith.com
              Deirdre E. Burke    on behalf of Creditor    Capital One, N.A. dburke@mccarter.com

```
District/off: 0312-2                  User: admin                      Page 2 of 4                     Date Rcvd: Oct 09, 2019
                                      Form ID: orderntc                Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

              Denise A Kuhn    on behalf of Creditor Dept. of Revenue   Commonwealth of Pennsylvania, department
               of revenue dkuhn@attorneygeneral.gov
              Donald W Clarke    on behalf of Debtor    New England Motor Freight, Inc. dclarke@wjslaw.com,
               dclarke@ecf.inforuptcy.com
              Douglas J. McGill    on behalf of Creditor    Pilot Thomas Logistics LLC dmcgill@webbermcgill.com,
               mlynch@webbermcgill.com
              Douglas T Tabachnik    on behalf of Defendant Rita   Alvarado dtabachnik@dttlaw.com,
               rdalba@dttlaw.com
              Douglas T Tabachnik    on behalf of Creditor to Rita Alvarado   The Rosato Firm, P.C., counsel
               dtabachnik@dttlaw.com,    rdalba@dttlaw.com
              Eric   Goldstein    on behalf of Creditor    United HealthCare Services, Inc. egoldstein@goodwin.com,
               bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com
              Evan S. Goldstein    on behalf of Creditor    Webster Capital Finance, Inc. egoldstein@uks.com
              Frank   Peretore    on behalf of Creditor    Wells Fargo Equipment Finance, Inc. fperetore@csglaw.com
              Gail C. Lin    on behalf of Plaintiff Alice   Waters GL@outtengolden.com,
               jxh@outtengolden.com;jar@outtengolden.com;rsr@outtengolden.com;kdeleon@outtengolden.com;squinonez
               @outtengolden.com;tloughran@outtengolden.com
              Gail C. Lin    on behalf of Plaintiff Rich   Richardson GL@outtengolden.com,
               jxh@outtengolden.com;jar@outtengolden.com;rsr@outtengolden.com;kdeleon@outtengolden.com;squinonez
               @outtengolden.com;tloughran@outtengolden.com
              Gary D. Bressler    on behalf of Creditor    VFS US LLC gbressler@mdmc-law.com,
               kdeans@mdmc-law.com;kpatterson@mdmc-law.com;dprimack@mdmc-law.com;bkleban@mdmc-law.com
              Gary D. Bressler    on behalf of Creditor    Volvo Financial gbressler@mdmc-law.com,
               kdeans@mdmc-law.com;kpatterson@mdmc-law.com;dprimack@mdmc-law.com;bkleban@mdmc-law.com
              Gary D. Bressler    on behalf of Creditor    Mack Trucks, Inc. gbressler@mdmc-law.com,
               kdeans@mdmc-law.com;kpatterson@mdmc-law.com;dprimack@mdmc-law.com;bkleban@mdmc-law.com
              Gavin   Stewart    on behalf of Creditor    VW Credit, Inc. gavin@stewartlegalgroup.com
              Jacob   Frumkin    on behalf of Interested Party    Great Dane LLC jfrumkin@coleschotz.com
              JoAnne M. Bonacci    on behalf of Creditor    RLI Insurance Company jbonacci@dbplawfirm.com
              John F. Bracaglia, Jr.    on behalf of Interested Party    Orange and Rockland Utilities, Inc.
               brokaw@centraljerseylaw.com
              John Phillip Schneider    on behalf of Creditor Committee    Official Committee Of Unsecured
               Creditors JPSchneider@mdmc-law.com
              John R. Morton, Jr.    on behalf of Creditor    CAB East LLC, serviced by Ford Motor Credit Company
               LLC ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com
              Joseph Lubertazzi, Jr.    on behalf of Creditor    Capital One, N.A. jlubertazzi@mccarter.com
              Joseph J. DiPasquale    on behalf of Creditor Committee    Official Committee Of Unsecured
               Creditors jdipasquale@lowenstein.com,    jkimble@lowenstein.com
              Joseph J. McMahon, Jr.    on behalf of Creditor    Pilot Travel Centers LLC jmcmahon@ciardilaw.com,
               jclarke@ciardilaw.com
              Joseph L. Schwartz    on behalf of Creditor    Lucky's Energy Service, Inc. jschwartz@riker.com
              Justin W. Gray    on behalf of Creditor Anthony   McNeil gray@maynardoconnorlaw.com,
               Sweeney@moscllp.com
              Justin W. Gray    on behalf of Defendant    Angela Evans, Individually & as Parent & Natural
               Guardian of E Evans, an Infant gray@maynardoconnorlaw.com,    Sweeney@moscllp.com
              Justin W. Gray    on behalf of Creditor Angela   Evans gray@maynardoconnorlaw.com,
               Sweeney@moscllp.com
              Justin W. Gray    on behalf of Creditor Daniel   Rinaldi gray@maynardoconnorlaw.com,
               Sweeney@moscllp.com
              Justin W. Gray    on behalf of Creditor Daniel   Murtha gray@maynardoconnorlaw.com,
               Sweeney@moscllp.com
              Justin W. Gray    on behalf of Creditor Janice A. Goodall gray@maynardoconnorlaw.com,
               Sweeney@moscllp.com
              Karen A. Giannelli    on behalf of Plaintiff    Carrier Industries, Inc. kgiannelli@gibbonslaw.com
              Karen A. Giannelli    on behalf of Plaintiff    Apex Logistics, Inc. kgiannelli@gibbonslaw.com
              Karen A. Giannelli    on behalf of Debtor    Carrier Industries, Inc. kgiannelli@gibbonslaw.com
              Karen A. Giannelli    on behalf of Debtor    Myar, LLC kgiannelli@gibbonslaw.com
              Karen A. Giannelli    on behalf of Plaintiff    NEMF Logistics, LLC kgiannelli@gibbonslaw.com
              Karen A. Giannelli    on behalf of Debtor    NEMF World Transport, Inc. kgiannelli@gibbonslaw.com
              Karen A. Giannelli    on behalf of Plaintiff    United Express Solar, LLC kgiannelli@gibbonslaw.com
              Karen A. Giannelli    on behalf of Debtor    Jans Leasing Corp. kgiannelli@gibbonslaw.com
              Karen A. Giannelli    on behalf of Other Prof.    Donlin, Recano & Company, Inc.
               kgiannelli@gibbonslaw.com
              Karen A. Giannelli    on behalf of Plaintiff    Eastern Freight Ways, Inc. kgiannelli@gibbonslaw.com
              Karen A. Giannelli    on behalf of Plaintiff    Hollywood Avenue Solar, LLC
               kgiannelli@gibbonslaw.com
              Karen A. Giannelli    on behalf of Debtor    New England Motor Freight, Inc.
               kgiannelli@gibbonslaw.com
              Karen A. Giannelli    on behalf of Debtor    Hollywood Avenue Solar, LLC kgiannelli@gibbonslaw.com
              Karen A. Giannelli    on behalf of Plaintiff    Myar, LLC kgiannelli@gibbonslaw.com
              Karen A. Giannelli    on behalf of Debtor    Apex Logistics, Inc. kgiannelli@gibbonslaw.com
              Karen A. Giannelli    on behalf of Plaintiff    MyJon, LLC kgiannelli@gibbonslaw.com
              Karen A. Giannelli    on behalf of Debtor    MyJon, LLC kgiannelli@gibbonslaw.com
              Karen A. Giannelli    on behalf of Plaintiff    Jans Leasing Corp. kgiannelli@gibbonslaw.com
              Karen A. Giannelli    on behalf of Debtor    Eastern Freight Ways, Inc. kgiannelli@gibbonslaw.com
              Karen A. Giannelli    on behalf of Debtor    United Express Solar, LLC kgiannelli@gibbonslaw.com
              Karen A. Giannelli    on behalf of Plaintiff    New England Motor Freight, Inc.
               kgiannelli@gibbonslaw.com

```
District/off: 0312-2                  User: admin                  Page 3 of 4                  Date Rcvd: Oct 09, 2019
                                      Form ID: orderntc            Total Noticed: 1


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Karen A. Giannelli    on behalf of Debtor    NEMF Logistics, LLC kgiannelli@gibbonslaw.com
              Karen A. Giannelli    on behalf of Plaintiff    NEMF World Transport, Inc. kgiannelli@gibbonslaw.com
              Kate R. Buck    on behalf of Creditor    Potomac Edison Company, Toledo Edison Company and West
               Penn Power Company kbuck@mccarter.com
              Kate R. Buck    on behalf of Creditor    Connecticut Light & Power Company, NStar Western
               Massachusetts, Yankee Gas Services Company, Colonial Gas Company, KeySpan Energy Delivery Long
               Island, Narragansett Electric Company and Niagara Mohawk kbuck@mccarter.com
              Kenneth L. Baum    on behalf of Creditor    Clermont Holdings, LLC kbaum@kenbaumdebtsolutions.com,
               fpisano@coleschotz.com
              Keri P. Ebeck    on behalf of Creditor    Guttman Energy, Inc. kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Kevin Gordon McDonald    on behalf of Creditor    VW Credit Leasing, Ltd. kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kevin M. Capuzzi    on behalf of Interested Party    Amazon.com Services, Inc., formerly Amazon
               Fulfillment Services, Inc. kcapuzzi@beneschlaw.com,    debankruptcy@beneschlaw.com
              Leonard R Boyer     on behalf of Creditor Nelson   Vasquez lrbnjesq@gmail.com,
               mcordova48890@aol.com;r.lr73573@notify.bestcase.com;aocasio768@aol.com
              Louis A. Curcio    on behalf of Creditor    Santander Bank, N.A. louis.curcio@troutmansanders.com,
               John.Murphy@troutmansanders.com;jonathan.forstot@troutmansanders.com;david.pisciotta@troutmansand
               ers.com
              Mark  Platt    on behalf of Creditor    Omnitracs, LLC mplatt@fbtlaw.com
              Mark B Conlan    on behalf of Defendant    New England Motor Freight, Inc., et al.
               mconlan@gibbonslaw.com
              Mark B Conlan    on behalf of Debtor    New England Motor Freight, Inc. mconlan@gibbonslaw.com
              Mark B Conlan    on behalf of Plaintiff    New England Motor Freight, Inc. mconlan@gibbonslaw.com
              Mary E. Seymour    on behalf of Creditor Committee    Official Committee Of Unsecured Creditors
               mseymour@lowenstein.com
              Melissa A. Pena    on behalf of Creditor    Webster Capital Finance, Inc. mapena@norris-law.com,
               pfreda@nmmlaw.com
              Michael D. Sirota    on behalf of Interested Party    Great Dane LLC msirota@coleschotz.com,
               fpisano@coleschotz.com
              Michael R. Caruso    on behalf of Creditor    Wells Fargo Equipment Finance, Inc.
               mcaruso@csglaw.com,    ecf@csglaw.com
              Morris S. Bauer    on behalf of Creditor    East River Energy, Inc, msbauer@nmmlaw.com,
               rjacome@norris-law.com,relikens@nmmlaw.com
              Norman N Kinel    on behalf of Interested Party    East West Bank norman.kinel@squirepb.com,
               sarah.conley@squirepb.com;elliot.smith@squirepb.com
              Peter M. Knob    on behalf of Creditor    Capital One, N.A. pknob@mccarter.com,
               lrestivo@mccarter.com
              Rebecca Ann Solarz    on behalf of Creditor    VW Credit Leasing, Ltd rsolarz@kmllawgroup.com
              Rene S. Roupinian    on behalf of Plaintiff Rich   Richardson rsr@outtengolden.com
              Rene S. Roupinian    on behalf of Plaintiff Alice   Waters rsr@outtengolden.com
              Richard  Albuquerque    on behalf of Creditor MICHAEL    SINGLEY richarda@djdlawyers.com
              Richard S. Kanowitz    on behalf of Unknown Role Type    Ad Hoc Group of Tort Claimants
               rkanowitz@cooley.com,  mklein@cooley.com;jindyke@cooley.com;efiling-notice@ecf.pacerpro.com
              Rick Aaron Steinberg    on behalf of Creditor    TOTE Maritime rsteinberg@pricemeese.com
              Robert A. Burke    on behalf of Defendant    Jenny Munson Andress, individually and as the
               Administratrix of the Estate of Herbert Andress rburke@macelree.com
              Robert E. Nies    on behalf of Creditor    Berkley Insurance Company rnies@csglaw.com
              Robert K. Scheinbaum    on behalf of Defendant    New Jersey Manufacturers Insurance Company a/s/o
               Phyllis A. Troy rscheinbaum@connellfoley.com
              Robert K. Scheinbaum    on behalf of Creditor    New Jersey Manufacturers
               rscheinbaum@connellfoley.com
              Rona J. Rosen    on behalf of Creditor    WARN Act Class Plaintiffs and Putative Class
               cbbutler@klehr.com,    cbbutler@klehr.com
              Sari Blair Placona    on behalf of Defendant    Jalil Waters and Rashida Carter splacona@msbnj.com
              Sari Blair Placona    on behalf of Creditor Rasheeda   Carter splacona@msbnj.com
              Sari Blair Placona    on behalf of Creditor    Interstate Towing Recovery Incorporated
               splacona@msbnj.com
              Sari Blair Placona    on behalf of Creditor    Mercedes Benz Financial Services USA LLC
               splacona@msbnj.com
              Sari Blair Placona    on behalf of Defendant    DARYL MARTIN AND KIM MARTIN splacona@msbnj.com
              Sari Blair Placona    on behalf of Creditor Shauna   Jones splacona@msbnj.com
              Sari Blair Placona    on behalf of Defendant Shauna   Jones splacona@msbnj.com
              Sari Blair Placona    on behalf of Creditor Daryl & Kim   Martin splacona@msbnj.com
              Sari Blair Placona    on behalf of Creditor Jalil   Walters splacona@msbnj.com
              Scott J. Freedman    on behalf of Creditor    Corcentric, LLC sfreedman@dilworthlaw.com
              Scott W Lichtenstein    on behalf of Creditor    Berkley Insurance Company slichtenstein@csglaw.com
              Seoung Y. Lim    on behalf of Creditor    Pantos USA, Inc. joshualim@kcllawfirm.com,
               denisemoreno@kcllawfirm.com,seankwak@kcllawfirm.com,jpark@kcllawfirm.com
              Stephen B. Ravin    on behalf of Creditor    Riggins, Inc. sravin@saul.com,    jgillman@saul.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              Virginia T. Shea    on behalf of Creditor    VFS US LLC vshea@mdmc-law.com,
               mtaranto@mdmc-law.com;kpatterson@mdmc-law.com;gbressler@mdmc-law.com;lmodugno@mdmc-law.com
              Virginia T. Shea    on behalf of Creditor    Volvo Financial vshea@mdmc-law.com,
               mtaranto@mdmc-law.com;kpatterson@mdmc-law.com;gbressler@mdmc-law.com;lmodugno@mdmc-law.com
              Warren Scott Gottlieb    on behalf of Defendant    Consolidated Edison Company of New York, Inc.
               wgottlieb@golawllp.com
```

```
District/off: 0312-2          User: admin              Page 4 of 4             Date Rcvd: Oct 09, 2019
                              Form ID: orderntc        Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

TOTAL: 125