UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)

**GIBBONS P.C.**
Karen A. Giannelli, Esq.
Mark B. Conlan, Esq.
Brett S. Theisen, Esq.
One Gateway Center
Newark, New Jersey 07102
Telephone: (973) 596-4500
Facsimile: (973) 596-0545
E-mail: kgiannelli@gibbonslaw.com
        mconlan@gibbonslaw.com
        btheisen@gibbonslaw.com
*Counsel to the Debtors*
*and Debtors-in-Possession*

| | |
|---|---|
| In re: | Case No.:  19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC., *et al.*, | Judge:  John K. Sherwood |
| Debtors.[1] | Chapter:  11 |

## CHANGE OF ADDRESS

Under D.N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding. A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type:                    See attached list with multiple changes of address
(Example: John Smith, creditor)

Old address:          _____
                      _____

New address:          _____
                      _____

I hereby certify under penalty of perjury that the above information is true. If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date: October 16, 2019          By: */s/ Karen A. Giannelli* _____

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC (4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMF Logistics, LLC (4666).

**In re New England Motor Freight, Inc., et al**
**Case No. 19-12809-JKS**

## LIST OF NEW ADDRESSES

| Old Address | Updated Address |
|---|---|

**16503 Hunters Green Llc**
Rachel
Po Box 4217
Hagerstown MD 21741-4217

16503 Hunters Green LLC
11535 Hopewell Rd
PO Box 4217
Hagerstown MD  21741

**16503 Hunters Green Llc**
Brad Fulton
16503 Hunters Green Pkwy
Hagerstown MD 21740

Delete

**A And A Line And Wire**
Mayra Matias
51-18 Grand Ave Bldg 10
Maspeth NY 11378

A and A Line and Wire
29 Liberty St
Passaic NJ  07055-2715

**Acco Brands**
Alicia Lacy
300 Quart Ave
Booneville MS 38829-1011

Delete

**Acco Brands Inc**
Merv Collins
Four Corporate Dr
Lake Zurich IL 60047-8929

Acco Brands Inc
Four Corporate Dr
Lake Zurich IL  60047-8929

**Accurate Fasteners Inc**
550 E First St
S Boston, MA 02127

Accurate Fasteners
381 University Ave
Westwood MA  02090-23080

**Afni-for State Farm Insurance**
Subrogation Dept
Po Box 3065
Bloomington IL 61702-3068

Delete

**Allstate Intl**
1391 N Wood Dale Rd
Ste 101
Wood Dale IL 60191

Allstate International Freight Air
371 Haynes Dr
Wood Dale IL  60101-2614

**Alson Thomas**
55 Woodrow Ave
Bridgeport CT 06606

Alson Thomas
554 Boston Post Rd
Apt 213
Orange CT  06477

**Always Clean Cleaning Servllc**
9 Miles St
Apt 2
Binghamton NY 13905

Always Clean LLC
2501 Watson Blvd
Endicott NY  13760-3235

**American Bankers Ins Co**
Po Box 29861
Dept Abic-10111
Phoenix AZ 85038-9861

American Bankers
555 Corporate Dr
Kalispell MT  59901-6074

**Amtrak**
Marrel White
1401 W St
Washington DC 20018

Amtrak
Sophia Ree
Landman Corsi Ballaine and Ford PC
120 Broadway, 13th Fl
New York NY  10271

**Archgate**
8113 Ridgepoint Dr
Ste Efsww
Irving TX 75063-3197

Archgate
Archgate %Efreight S
2615 George Busbee Pkwy
Kennesaw GA  30144-4981

**Avg Transport**
Laura Buonincontri
4327 Hwy 27 S Ste 414
Clermont FL 34711-5349

AVG Transport Solutions
4327 S Hwy 27
Ste 414
Clermont FL  34711-5349

**Berwick Offray**
Cargo Claims
20 Union Ln
Bloomsburg PA 17815

Delete

**Bon Ton Stores**
Pts
Po Box 297
Fredonia KS 66736-0297

Bon Ton
2801 E Market St
York PA  17405

**Bonton Stores**
Helen Gomez
3585 S Church St
Whitehall PA 18052

Bon-Ton Stores Inc.
PO Box 20159
York PA  17402-0140

2

**Carolyn Jack V**
New England Motor Freight Inc Et Al
Rafael Silva
405 D Ridge Rd
North Arlington NJ 07031

Jack*Carolyn
Mikhail Yadgarov and Assoc
2171 86th St
Brooklyn NY  11214

**Charles Richard**
56 Deer Run Ter
East Longmeadow MA 01028

Charles H. Richard
188 Allen St
Hampden MA  01036

**Chase Carriers Inc**
Roxana Borza
11s360 Madison St
Burr Ridge IL 60527

Delete

**Christeyns Laundry Technology**
Ann Cayet
859 Willards St Ste 400
Quincy MA 02169-7482

Christeyns Laundry Tech
100 Laurel St
Ste 120
East Bridgewater, MA  02333-1846

**Cigna Aso Jeffrey P Smith**
Conduent
Po Box 3008
Naperville IL 60566-7008

Conduent
PO Box 30114
Salt Lake City UT  84130-0114

**City Of Elmira**
400 E Church St
Elmira, NY 14901

City of Elmira
317 E Church St
Elmira NY  14901

**Clermont Holdings Llc**
Jerry Ziegelmeyer
9309 Montgomery Rd
Cincinnati OH 45242

Clermont Holdings LLC
c/o Law Offices of Kenneth L. Baum LLC
167 Main St
Hackensack NJ  07601

**Commonwealth Of Pa**
Magdistcourt 04301
117court Street Ste C
Elkland PA 16920

Magisterial District 04-3-01
201 W Main St
Elkland PA  16920-1107

**Computerized Risk Management**
Computerized Risk
And Consulting Llc
800 Research Parkwaysuite 336
Oklahoma City OK 73104

Computerized Risk Mgmt R Con
11017 Stansbury Pl
Oklahoma City OK  73162-2171

3

**Contractors Sales Co**
Sean Murphy
12 Access Rd
Albany NY 12205

Contractors Sales Co
Andy Danish
PO Box 12010
Albany NY  12212-2010

**Cooper Electric Supply**
Allen Halls
1121 Hwy 74 S
Cranbury NJ 08512

Delete

**Diamond Foods Inc**
Claims Dept
310 Main Ave Se
Hickory NC 28602

Diamond Foods
Trans Insight
P.O. Box 23000
Hickory NC  28603-0230

**Dominion Power**
56 Canal Ctr Plz
Alexandria, VA 22314

Delete

**Dynacorn International Llc**
Stacy Eagle
4030 Via Pescador
Camarillo CA 93012

Dynacorn International LLC
4030 Via Pescador
Camarillo CA  93012

**Earth Friendly Prod**
Claims Dept
50 Lackawa Natreet
Norwood NJ 07648-2002

Earth Friendly Prods
50 Lackawanna Ave
Parsippany NJ  07054-1008

**East West Bank**
Rhonda Lee Svp
533 Madison Ave
8th Fl
New York NY 10022

East West Bank
535 Madison Ave
8th Floor
New York NY  10022

**East West Bank**
Andrew Ross Svp
533 Madison Ave
8th Floor
New York NY 10022

East West Bank
Andrew Ross SVP
535 Madison Ave
8th Floor
New York NY  10022

**Ecotec Rtd**
Ctsi Global
5100 Poplar Ave 15th
Memphis TN 38137

Ecotec Ltd
CT Logistics
12487 Plaza Dr
Cleveland OH  44130-1056

4

2744361.1 115719-100281

**Elam, Karn**
1406 Chicago Ave
Evanston, IL 60201

Elam, Karn
7621 Summitville Rd
Morrison TN 37357

**Elizabeth Arden And M Tricoci**
Michael Tablante
390 N Medinah Rd
Roselle IL 60172-4321

Elizabeth Arden And M
Tricoci Salon Dist
Lauren Hansen A/P
222 S Mill Ave, #201
Tempe AZ 85281-3738

**Encompass Insurance Company**
**a/s/o Jerry Berger**
721 US Highway 202-206
Bridgewater, NJ 08807

Encompass Insurance Company
Sandler & Marchesini PC
1500 Walnut Street Suite 2020
Philadelphia PA 19102

**Enerco Group Inc**
Kevin Jones
4560 W 160th St
Cleveland OH 44135

Enerco Group Inc
4560 W 160th St
Cleveland OH 44135

**Epiroc Drilling Tool**
Transp Insight
P O Box 540850
Omaha NE 68154-0850

Epiroc Drilling Tools
Re Transportation
Roger Brindle
PO Box 171118
Memphis TN 38187-1118

**Eshipper Usa**
Vanessa Mazzocca
1490 Sunshadow Dr Ste 1
Casselberry FL 32707-9004

Eshipper
1490 Sunshadow Dr
Ste 1030
Casselberry FL 32707-9051

**Evil Genius Beer Co**
Trevor Hayward
160 Stine Dr
Collegeville PA 19426

Evil Genius Beer Co
Trevor
1727 N Front St
Philadelphia PA 19122-3203

**Exclusive Repair And Tire Serv**
77a Jersey St
West Babylon NY 11704-1206

Exclusive Repair & Tire
1 Watkins Ter
Amityville NY 11701-1200

**Fearson Education**
Eva Garcia
200 Old Tappan Rd
Old Tappan NJ 07675-7033

Pearson
221 River St
Ste 200
Hoboken NJ 07030-5990

5

**Fiskars Brands Inc**
Kevin Ruwadi
1330 Campus Pkwy
Wall NJ 07719

Fiskars Brands
IPS Wordwide
PO Box 982262
El Paso TX  79998-2262

**Five Star Equipment**
John Deere Dealer
Po Box 176
Dunmore PA 18512

Delete

**Five Star Equipment**
John Deere Dealer
284 Ellicott Rd
West Falls NY 14170

Five Star Equipment
John Deere Dealer
PO Box 176
Dunmore PA  18512

**Frank Moran And Sons**
1508 Joh Ave
Halethorpe MD 21227-1000

Frank Moran And Sons
1508 Joh Ave
Baltimore MD  21227-1000

**Freeway Warehouse Inc**
30 Southard Ave
Farmingdale NY 07227

Freeway Whse
PO Box 744
Farmingdale NJ  07727-0744

**Freight Management Plus**
Sray Felter
4074 Mount Royal Blvd
Pittsburgh PA 15237

Freight Management Plus
Ken Holeva
PO Box 101495
Pittsburgh PA  15237-8495

**Freight Motion**
Kyle Scheumack
11900 Jollyville Rd
Austin TX 78720-5001

Freight Motion
11900 Jollyville Rd
#201644
Austin TX  78720-5067

**Fst Logistics**
Tonya Curry
4417 Equity Dr
Columbus OH 43228-9645

Fst Logistics
Tonya Easter
3035 Charter St
Columbus OH  43228-4638

**Future Tire Co**
Dave Thomas
381 Rotterdam Industrail Ave
Bldg 3
Schenectady NY 12306

Future Tire Co
202 Bethpage Sweet Hollow Ln
Old Bethpage NY  11804-1315

**G M Z**
4929 Solution Ctr

GMZ
Patricia Paul/ J Wilson

6

West Chester OH 45069

225 Pictoria Dr, Ste 550
Cincinnati OH  45246-1615

**Gardner, Kerri**
91 South St
Waltham, MA 02453

Gardner, Kerri
3720 SW Dakota St
Seattle WA  98126

**Gebruder Weiss**
Yuliana Lavayen
33 Wood Ave S
Iselin NJ 08830-2735

Gebruder Weiss Inc
Cargo Claims
251 Wille Rd, Ste C
Des Plaines IL  60018-1861

**Glenn Corp**
Cargo Claims
300 Jefferson Ave
West Warwick RI 02893

Delete

**Globe Equipment Co**
Betty Malinowski
235 Ash St
Bridgeport CT 06605

Globe Equipment Co
Karen Thompson
300 Dewey St
Bridgeport CT  06605-2143

**Gonzalez, David**
2929 Lone Oak Rd
Eagan, MN 55121

Gonzalez, David
1151 Sherburne Ave
St. Paul MN  55104

**Goodman-reichwald-do**
John Deere Co
Po Box 26067
Moline IL 61265

Delete

**Green Mountain Feeds**
Tamara Miller
65 Main St
Bethel VT 05032

Green Mountain Feeds
Tammy
PO Box 505
Bethel VT  05032-0505

**Gretchen Washington**
2200 Arch St Unit 1104
Philadelphia PA 19103

Gretchen Washington
7715 Crittenden St, #303
Philadelphia PA  19118-4473

**Hagemeyer**
Tsg
8700 W Trl Lake Dr
Memphis TN 38125-8205

Hagemeyer
T S G
PO Box 492410
Lawrenceville GA  30049-0041

7

**Hartford Hospital**
Attn:joanne
80 Seymore St
Hartford CT 06102

Hartford Hospital
Attn:  Legal Dept.
80 Seymore St
Hartford CT  06102-8000

**Hd Supply**
Morgan Gayles
2400 Cumberland Blvd 7th Flr
Atlanta GA 30339-4161

Hd Supply
Morgan Gayles
3400 Cumberland Blvd, 7th Flr
Atlanta GA  30339-4435

**Hfc Prestige**
Ramon Cordova
10123 Alliance Rd
Ste 320
Cincinnati OH 45252

Delete

**Hollywood Corp**
310 Hollywood Ave
So. Plainfield NJ 07080

Hollywood Corp
AMZ Management LLC
Attn: Zach Cohen
1-71 North Ave East
Elizabeth NJ  07201

**Home Depot Supply**
110 Pegnassi Prt
Glen Allen, VA 23059

Home Depot Supply
1100 Technology Park Dr
Glen Allen VA  23059

**Homeclick**
Frank Muniz
777 New Durham Rd Ste D
Edison NJ 08817-2859

Homeclick
c/o Saul Ewing Arnstein & Lehr
1500 Market Street, 38th Floor
Philadelphia PA  19102-2186

**Inspired Beauty Brands**
Felipe Quiroz
300 Seventh Ave 16th Fl
New York NY 10001-6005

Inspired Beauty Brands
Felipe Quiroz
330 Seventh Ave, 16th FL
New York NY  10001-5010

**Itt Gis**
S Hiatt
2 Corporate Dr
Palm Coast FL 32137

Itt Goulds Pumps
Holly Gorall
240 Fall St
Seneca Falls NY  13148-1590

**Jans Farmhouse Crips**
Kara Calabresi
70 S Winooksi Ave
Burlington VT 05401-3898

Jans Farmhouse Crisps
70 S Winsooki Ave
#214
Burlington VT  05403

8

| | |
|---|---|
| **Jean John De Servien kenwood**<br>55 Grandview Pl<br>Montclair NJ 07043 | Jean (John) de Servien-Kenwood<br>929 N Astor St, Unit 2102<br>Milwaukee WI  53202-3488 |
| **Jenny Munson Andress Etc V**<br>New England Motor Freight Inc<br>K Canavan Atty For Defendents S<br>Campbell<br>Two Liberty Pl 50 South 16th St<br>Pniladelphia PA 19102 | Jenny Munson Andress Etc V<br>Swartz Campbell LLC<br>Kevin J Canavan<br>One Liberty, Fl 38<br>1650 Market St<br>Philadelphia PA  19103 |
| **Kdl Freight Management**<br>Coleman Willison Holly Wright<br>800 N Bell Ave Bldg 6<br>Carnegie PA 15106-4300 | KDL Freight Management<br>A Mcintyre M Pattison Conway<br>800 N Bell Ave, Bldg 6, Ste 100<br>Carnegie PA  15106-4300 |
| **Kenseal Contruction**<br>Joseph Mcnichol Jr<br>1540 Delmar Dr<br>Folcroft PA 19032-2102 | Kenseal Construction<br>Joseph McNichol Jr<br>1540 Delmar Dr<br>Folcroft PA  19032-2102 |
| **King Wire**<br>A Munoz<br>11 Self Blvd<br>Carteret NJ 07008-1005 | King Wire<br>Arnulfo Munoz<br>2305 Davis St<br>North Chicago IL  60086-0001 |
| **Konica Minolta Bus Solutions**<br>Robin<br>Dept2366<br>Po Box 122366<br>Dallas TX 75312-2366 | Delete |
| **Konica Minolta Business**<br>550 Marshall Phelps Rd<br>Windsor CT 06095-1701 | Konica Minolta Bus Solutions<br>Dept 2366<br>PO Box 122366<br>Dallas TX  75312-2366 |
| **Lillys Wholesale**<br>Liz King<br>367c Bayshore Rd<br>East Northport NY 11731 | Delete |
| **Lillys Wire**<br>Liz King<br>367c Bayshore Rd<br>Deerpark NY 11729-7244 | Lillys Wholesale<br>Liz King<br>367C Bayshore Rd<br>Deer Park NY  11729 |

2744361.1 115719-100281

**Lindemann Chimney Supply**
Jamie Dunvage
2 Van Buren Blvd Bldg 1
Guilderland Cent NY 12085-7703

Lindemann Chimney Supply
William
110 Albrecht Dr
Lake Bluff IL  60044-2247

**Logistics Freight Solutions**
Erika Quijano
3105 Nw 107th Ave Ste 5
Miami FL 33172-0011

Delete

**M E Dey And Co Inc**
161 Washington St
300
Milwaukee WI 53204-1549

M E Dey And Co Inc
700 W Virginia St
#300
Milwaukee WI  53204-1549

**Magisterial District Court**
10-3-05
4066 Route 66
Apollo PA 15613

Magisterial District Court 10-3-05
136 Beaver Run Rd
Apollo PA  15613-1526

**Main Tire Exchange**
9384 Main St
Dansville NY 14437-8926

Main Tire Exchange
40 Mushroom Blvd
Rochester NY  14623

**Mainfreight**
Interclaims
5901 W Century Ste
Los Angeles CA 90045-5411

Delete

**Marukan Vinegar**
Robert Shelley
500 University Ct
Blackwood NJ 08012-3230

Delete

**Melitta Usa**
Standard Forwarding
Ll 3100 69th Ave Ste 1
Moline IL 61265-9711

Melitta USA
Standard Forwarding
PO Box 139
East Moline IL  61244-0139

**Memorial Hospital Of Ri**
Po Box 418999
Boston MA 02241

Delete

10

**Mercy Hospital**
P O Box 1801
Portland ME 04104-1801

Mercy Hospital
144 State St
PO Box 1801
Portland ME  04101

**Mercy Hospital**
144 State St
Portland, ME 04101

Delete

**Mercy Hospital**
144 State St
Portland, ME 04101

Delete

**Miami Corp**
Mike Maisonet
4294 Albany St Ste 2
Albany NY 12205-4622

Miami Corp
Ratelinx
PO Box 77065
Madison WI  53707-1065

**Middle Sis Inc**
Marion Ohara
177-25 Rockaway Blvd
Jamaica NY 11434-6207

Middle Sis Inc
Nicole - Ap
177-25 Rockaway Blvd
Ste 206
Jamaica NY  11434-6213

**Mills Co**
Julie Koeppen
3007 Harding Hwy E Bldg
Marion OH 43302

Mills Co
PO Box 309
Menomonee Falls WI  53052-0309

**Modway Furniture**
138 George Rd
Dayton NJ 08810

Modway Furniture
Ctl-Ascent Global Logistics
PO Box 1010
Nashua NH  03061-1010

**Mosaic Tile Co**
Jen Barrett
107200 Richmond Hwy Ste F
Lorton VA 22079-2622

Mosaic Tile Co.
3935 Stonecraft Blvd
Chantilly VA  20151-1032

**Naigai Nitto America Inc**
Main Cheng
55 Broad St
28th Fl
New York NY 10004-2501

Naigai Nitto America Inc
700 Morse Ave
Elk Grove Vlg IL  60007-5104

2744361.1 115719-100281

**Nailor Industries**
Aaron Gronz
98 Toryork Dr
North York ON M9L1X6
Canada

Nailor Industries
98 Toryork Dr
North York ON M9L 1X6 Canada


**National Gypsum Com**
Tsb
40 Emaus St
Middletown PA 17057-1705

National Gypsum
2001 Rexford Rd
Charlotte NC  28211


**Nehemiah Mfg Co**
Jennifer Meyer
1130 Findlay St
Cincinnati OH 45214-2052

Nehemiah Manufacturing Co LLC
1907 South St
Cincinnati OH  45204-2033


**Novolex Durobag**
Transplace Ce
Po Box 26277
Greensboro NC 27402

Delete


**Nrt**
2701 16th St
North Bergen NJ 07047

Nrt / Envouge
35 Henry St
Secaucus NJ  07094-2103


**Oscar Valiente**
Frank J Lane Pc
440 South Oyster Bay Rd
Plainview NY 11803

Oscar Valiente
Frank J. Laine, PC
449 S. Oyster Bay Road
Plainview NY  11803


**Ostrolenkfabergerb And Soffen**
1180 Avenue Of The Americas
New York NY 10036-8403

Ostrolenk Faber LLP
45 3rd Ave, Rm 800
New York NY  10022-6627


**Pacific Best Inc**
Brian Hubbard
715 Fenway Ave Ste E
Chesapeake VA 23323-3333

Delete


**Parolvini Us Corp**
Giuliano Parolin
88 Long Hill Corss Rd
Shelton CT 06484

Preferred Precision
19 Forest Pkwy
Shelton CT  06484-6135

2744361.1 115719-100281

**Peabody Sales And Svc**
15 Sharpners Pond Rd
Nomid Bus Pk Bldg G
North Andover MA 01845-5716

Delete

**Peabody Sales And Svc**
National Traffic
151 John James Audob
Amherst NY 14228-1111

Peabody Sales And Svc
National Traffic
Hajoca
151 John James Audobon
Amherst NY  14228-1111

**Peck, William**
317 South St
Lykens, PA 17048

William Peck
812 Holly Pike
Mt Holly Spgs PA  17065-1909

**Pioneer Photo Albums Inc**
Monica Barlow
1400 Cavalier Blvd Ste A
Chesapeake VA 23323-1628

Pioneer Photo Album
Gina Newton
1400 Cavalier Blvd, Ste A
Chesapeake VA  23323-1628

**Power Place Inc**
John Deere Dealer
297 Rte 22 East
Whitehouse NJ 08888

Power Place Inc.
297 US Highway 22 E
Whitehouse Station NJ  08889-3428

**Ppg Industries**
Claims Dept
Bldg 28 Ne Ind Pk
Guilderland Center NY 12085-0240

P G Industries
Debbie
One PPG Place
35th Floor Logistics
Pittsburgh PA  15272-0001

**Prince Of Peace**
Heidi Ly
3536 Arden Rd
Hayward CA 94545-3908

Prince of Peace
Heidi Ly
751 N Canyons Pkwy
Livermore CA  94551-9479

**Progressive Aso Selimaj Mujo**
2344 Network Pl
Chicago IL 60673-1243

Progressive A/S/O Selimaj Mujo
24344 Network Pl
Chicago IL  60673-1243

**Protective Insurance**
1099 North Meriden
Hanover, PA 21076

Protective Insurance Company
c/o Turner Law Firm
Attn:  Andrew R. Turner
76 South Orange Ave Ste 306
South Orange NJ  07079

13

**Puerto Rico Biomedical**
Villa Asturias
C34 Bldg 28-1
Carolina PR 00983

Puerto Rico Biomedical Corp
German Padro
PO Box 4755
Carolina PR  00984-4755

**Quick Logistics**
Po Box 610
Bloomingdale IL 60108-0610

Quick Logistics
PO Box 2850
Northlake IL  60164-7850

**Quick Transfer Inc**
Leah Lichter Leah Weiss
331 Rutledge St
Brooklyn NY 11211-7547

Quick Transfer Inc
PO Box 110526
Brooklyn NY  11211-0526

**Redco Foods Inc**
Heather Perry
One Hansen Island
Little Falls NY 13365-1916

Delete

**Redhawk Global**
Cargo Claims
2642 Fisher Rd Ste B
Columbus OH 43204

Redhawk Global
PO Box 2946
Columbus OH  43216-2946

**Ronpak**
Transplace Se
Po Box 26277
Greensboro NC 27402

Ronpak
Transplace Southeast
PO Box 425
Lowell AR  72745-0425

**Shane Trucking Llc**
9634 River Rd
Marcy NY 13403

Shane Trucking LLC
7200 Fly Rd
East Syracuse NY  13057-9654

**Shepher Dist And Sales Corp**
Richard Monchik
2300 Linden Blvd
Brooklyn NY 11208-4844

Shepher Dist and Sales Corp
1 Selina Ct
Glen Cove NY  11542-3047

**Slonik Inc**
Alex Tsodicov
252 Jerome Ave
Staten Island NY 10305-4436

Tsodicov
23 Colts Run
Marlboro NJ  07746-1924

2744361.1 115719-100281

**Souhegan Wood Products**
Carmel Boucher
10 Souhegan St
Wilton NH 03086-0120

Souhegan Wood Prod
Darleen Durfee
PO Box 120
Wilton NH  03086-0120

**Stihl Inc**
Matt Balsly
536 Viking Dr
Virginia Beach VA 23452

Stihl Inc
PO Box 2015
Virginia Beach VA  23450-2015

STS Logistic Services Inc
65 Roosevelt Ave
Ste 100
Valley Stream NY  11581-1106

**Sts Logistic Svc Inc**
80 Sheridan Blvd
Inwood NY 11096

**Suburban Propane Lp**
Po Box 300
Whippany NJ 07981-0300

Suburban Propane LP
240 Route 10 West
Whippany NJ  07981

**Sunny Sky Products**
Jeromo Mondicino
102 Kimball Ave Unit 2
South Burlington VT 05403-6838

Sunny Sky Products
102 Kimball Ave
Ste 1
South Burlington VT  05403-6800

**T M I Llc**
Keystone Dedicated
800 N Bell Ave Bldg
Carnegie PA 15106

T M I LLC
Keystone Dedicated
John Esposito-Keystone
PO Box 752
Carnegie PA  15106-0752

**The Sherwin Williams Co**
555 Valley St
Manchester NH 03103

Linda Fiocca
101 Prospect Ave
720 Guildhall
Cleveland OH  45115-1093

**Thermobind Inc**
43 Byron St
New Bedford MA 02740-1443

Thermobind
65 Vineyard Rd
95058168
Seekonk MA  02771-2623

**Tradex Intl**
Anna Montanez
5300 Tradex Pkwy
Cleveland OH 44102-5887

Tradex International
1F85328 7200 Cardinal Pl
Dublin OH  42017

15

2744361.1 115719-100281

**Truck It Away Assoc Lp**
945 Summit Ave
Bronx NY 10452

Truck It Away Rising Development
48 Bi State Plz
Old Tappan NJ  07675-70033

**Turtle And Hughes**
Julie Press
87 Union St
New Haven CT 06511

Turtle & Hughes Inc.
165 Pepes Farm Rd
Milford CT  06460-3671

**United Healthcare Insurance Co**
450 Columbus Blvd
Hartford CT 06115-0450

Delete

**United Stationers**
Data 2 Logistics
Po Box 6105
Fort Myers FL 33906

**United Stationers**
Data 2 Logistics
PO Box 61050
Fort Myers FL  33906

**Velcro Usa Inc**
Tech Logistics
300 Elm St Unit 1
Milford NH 03055

Delete

**Verizon Communications**
Corporate Office
13101 Columbia Pike
Silver Springs, MD 20904

Verizon
PO Box 15124
Albany NY  12212-5124

**Vertex China**
Quin Thompson
30 Corporation Row
Edison NJ 08817-6004

Delete

**Warren County Svc**
John Deere Dealer
228 Route 94
Columbia NJ 07832-2766

Warren County Svc
John Deere Dealer
10 Benton Rd
Columbia NJ  07832-2705

**Weaver Materiel Svc**
Matt Bowman
1089 Allen St
Jamestown NY 14701-2327

**Weaver Materiel Svc**
PO Box 1151
Jamestown NY  14702-1151

16

**Wells Fargo Equipment Finance Inc**
733 Marquette Ave
Ste 700
Minneapolis MN 55402

Wells Fargo Equipment Finance Inc.
Michael R. Caruso Esq
Chiesa Shahinian and Giantomasi PC
One Boland Drive
West Orange NJ  07058

**Worldwide Express**
Jp Ryan
1610 Arden Way 275
Sacramento CA 95815

Shipping Solutions dba Worldwide Exp
1601 Response Rd
Ste 380
Sacramento CA  05815-5260

**Wwrd**
Diane Schnurr
1330 Campus Pkwy
Wall NJ 07719-9478

Delete

**Wwrd Us Llc**
Po Box 1454
Wall NJ 07719-1454

WWRD US LLC
1330 Campus Pkwy Bldg B
Wall Township NJ  07753-6811

**Xpo Logistics**
Lavada Biglow
18300 S Wilmington Ave Ste 100
Rancho Dominguez CA 90220

Xpo Logistics
Timothy McDow
9140 Arrowpoint Blvd
Charlotte NC  28272

**Yusen Logistics Americas**
Centdanny Wu
Inc230-79 Intl Airport
Springfield Gardens NY 11413

Yusen Logistics
230-79 International Airport
Center Blvd #200
Springfield Gardens NY  11413

17