**GIBBONS P.C.**
Karen A. Giannelli, Esq.
Mark B. Conlan, Esq.
Brett S. Theisen, Esq.
One Gateway Center
Newark, New Jersey 07102
Telephone: (973) 596-4500
Facsimile: (973) 596-0545
E-mail:  kgiannelli@gibbonslaw.com
            mconlan@gibbonslaw.com
            btheisen@gibbonslaw.com

Counsel to the Debtors
and Debtors-in-Possession

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC., et al.,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 19-12809 (JKS)<br><br>(Jointly Administered) |

**NOTICE OF FILING OF MONTHLY COMPENSATION AND STAFFING REPORT BY PHOENIX MANAGEMENT SERVICES, LLC FOR THE PERIOD FROM SEPTEMBER 2, 2019 THROUGH SEPTEMBER 29, 2019**

PLEASE TAKE NOTICE that on February 11, 2019, New England Motor Freight, Inc. and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), filed the *Motion of Debtors for Authority to Retain and Employ Phoenix Management Services, LLC Effective as of Petition Date to Provide a Chief Restructuring Officer, Deputy Chief Restructuring Officers, and Supporting Personnel* [Docket No 16], with the United States Bankruptcy Court for the District of New Jersey (the "**Court**").

PLEASE TAKE FURTHER NOTICE that on February 13, 2019, the Court entered the *Order Authorizing Debtors to Retain and Employ Phoenix Management Services, LLC Effective as of Petition Date to Provide a Chief Restructuring Officer, Deputy Chief*

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC (4357);

2720890.2 115719-100281

*Restructuring Officers, and Supporting Personnel* [Docket No. 42] (the "**Phoenix Retention Order**").

PLEASE TAKE FURTHER NOTICE that, in accordance with the Phoenix Retention Order, Phoenix Management Services, LLC hereby files its monthly compensation and staffing Report for the period from September 2, 2019 through September 29, 2019 in the form attached hereto as **Exhibit 1**.

Dated: October 14, 2019

Respectfully submitted,

**GIBBONS P.C.**

By: /s/ Karen A. Giannelli
    Karen A. Giannelli, Esq.
    Mark B. Conlan, Esq.
    Brett S. Theisen, Esq.
    One Gateway Center
    Newark, New Jersey  07102
    Telephone:  (973) 596-4500
    Facsimile:   (973) 596-0545
    E-mail:  kgiannelli@gibbonslaw.com
            mconlan@gibbonslaw.com
            btheisen@gibbonslaw.com

*Counsel to the Debtors
and Debtors-in-Possession*

---

MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMF Logistics, LLC (4666).
2720890.2 115719-100281

# Exhibit 1

Phoenix Management Services, LLC ("Phoenix") hereby submits this Eighth Monthly Report of Compensation Earned and Expenses Incurred (the "Report") for the period September 2, 2019 through September 29, 2019 (four weeks) for compensation and reimbursement of costs and expenses incurred pursuant to its engagement, which was approved by order of the Bankruptcy Court on February 13, 2019 [Docket No. 42] (the "Retention Order").

Under the Retention Order, the Debtors are authorized to compensate Phoenix a flat weekly fee of $30,000 pursuant to the terms of the Engagement Letter for the services of the CRO as well as a flat weekly expense reimbursement of $300 as reimbursement of expenses related to items such as facsimile charges and other support charges. By agreement, beginning the week of August 12, 2019, the CRO is paid on an hourly basis. Phoenix's fees for the CRO during this four-week period were $86,562.50.

Under the Retention Order, the Debtors are also authorized to compensate Phoenix weekly or monthly with respect to time and expenses incurred by other of its staff. Phoenix's fees for its other staff during this four-week period were $121,815.00.

Pursuant to the Retention Order, parties in interest may file an objection, if any, to this Report within fourteen (14) days from the date of filing of this Report.

| Attachment | Description |
| --- | --- |
| Exhibit A | Summary of Compensation |
| Exhibit A1 | Time Summary by Matter Code |
| Exhibit A2 | Time Summary by Professional |
| Exhibit A3 | Time Entry Detail |
| Exhibit B1 | Expense Summary by Category |
| Exhibit B2 | Expense Item Detail |

**EXHIBIT A:**
Summary of Compensation for the period of September 2, 2019 through September 29, 2019

| Project Name | Professional Fees | Expenses | Total | Payments Received | Unpaid |
| --- | --- | --- | --- | --- | --- |
| Shevell BK - CRO | $86,562.50 | $2,277.70 | $88,840.20 | $88,840.20 | $0.00 |
| Shevell BK - Others | $121,815.00 | $1,938.37 | $123,753.37 | $0.00 | $123,753.37 |
| Totals: | $208,377.50 | $4,216.07 | $212,593.57 | $88,840.20 | $123,753.37 |

**EXHIBIT A1**

**Time Summary by Matter for the period of September 2, 2019 through September 29, 2019**

### Shevell BK - CRO

| Matter Description | Total Fees Requested |
|---|---|
| Operational Management | $ 86,562.50 |
| Totals | $ 86,562.50 |

### Shevell BK - OTHERS

| Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|
| Bankruptcy - Admin - Fee Application | 1.6 | $ 240.00 |
| Billable Travel | 30.8 | $ 8,435.00 |
| Financial & Cash Management | 292.7 | $ 113,140.00 |
| Totals | 325.1 | $ 121,815.00 |

### Combined Totals

| Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|
| Bankruptcy - Admin - Fee Application | 1.6 | $ 240.00 |
| Billable Travel | 30.8 | $ 8,435.00 |
| Financial & Cash Management | 292.7 | $ 113,140.00 |
| Operational Management | Total for CRO | $ 86,562.50 |
| Totals | 325.1 | $ 208,377.50 |

**Matter Descriptions**

1. **Analysis of Financials, Models, etc.**
   Includes analysis of historical operations, historical cash flows, significant Balance Sheet and P&L accounts and other related financial analysis

2. **Bankruptcy – Administration**
   Drafting and reviewing court filed and internal documents related to the application and retention process; meetings and correspondence related to the application and retention process; staffing report and other administrative matters

3. **Bankruptcy - Advise company regarding elements of any proposed Reorganization.**
   This includes strategies to liquidate rolling stock and other assets, and the sale of Eastern.

4. **Bankruptcy - Advise company regarding strategy w/creditors, customers, others**
   Includes meeting with creditors, UCC communications, Secured Lender communications, shareholders and major customers

5. **Bankruptcy - Assist in preparation/review schedules, SOFAs, 1st day Motions, MORs**
   Assist company personnel in all matters related to the preparation of schedules, SOFAs, MOR's and First Day motions.

6. **Bankruptcy - Billable Travel**
   Travel time incurred among CRO (Chief Restructuring Officer) and Phoenix personnel in connection

with providing services rendered by consultant time at the Debtor's offices located in Elizabeth, NJ.

7. **Bankruptcy - Budget, Forecast, Scorecard Preparation**
   Includes preparation of weekly Cash flow forecasts, weekly scorecards, MOR's, and other related financial forecasts and analysis.

8. **Bankruptcy - Court Hearing & Preparation**
   Serving as the authorized representative of the Debtors in Chapter 11 cases; preparing for and attending hearings and meetings with the Office of the Trustee

9. **Bankruptcy - Creditor & Vendor Interface**
   Communicating with vendors and creditors regarding case matters, advising supply chain personnel, evaluate individual claims and negotiate payments; meetings and correspondences with counsel regarding vendor and creditor matters and settlements; tracking and reporting of vendor and creditor management activities

10. **Bankruptcy - Financial & Cash Management**
    Daily review of cash disbursements and receipt activity.  Manage cash activity to remain in compliance with cash flow budgets.  Review accounts receivable collections.  Scorecard activities.

11. **Bankruptcy - Interface with Committee/Committee Counsel**
    Meeting with professionals of Creditors' Committee and Committee counsel; preparing and providing financial and other requested information

12. **Bankruptcy - Operational Management**
    CRO—Interface with operations Management on all activities

13. **Bankruptcy - Sale of Assets**
    Select and work with Liquidator on the Auction of all NEMF Rolling Stock and other Assets.  All activities related to the sale of Eastern**.**

14. **Communication - Phoenix Team**
    Work by Phoenix professionals organizing and coordinating our efforts, providing updates on individual conversations and activities, developing and refining our work streams, and developing strategies regarding sequencing of work and communications with parties of interest

15. **Valuation & Related Matters**
    Work with Liquidator on establishing low high values for rolling stock

**EXHIBIT A2:**

**Time Summary by Professional** for the period of September 2, 2019 through September 29, 2019

**Shevell BK - CRO**

| Professional | Position Title | Flat Rate per hour | Total Net Compensation |
|---|---|---|---|
| Vincent Colistra | CRO | $ 625.00 | $86,562.50 |
| | Totals | | $86,562.50 |

**Shevell BK - OTHERS**

| Professional | Position Title | Rate | Total Hours | Total Compensation |
|---|---|---|---|---|
| Al Mink | Managing Director | $ 525.00 | 175.00 | $91,875.00 |
| Kevin Doyle | Analyst | $ 200.00 | 148.50 | $29,700.00 |
| Stacey Miller | Office/Billing Manager | $ 150.00 | 1.60 | $240.00 |
| | Totals | | 325.10 | $121,815.00 |

**Totals**

| Professional | Position Title | Rate | Total Hours | Total Compensation |
|---|---|---|---|---|
| Vincent Colistra | CRO | $ 625.00 | Total for CRO | $86,562.50 |
| Al Mink | Managing Director | $ 525.00 | 175.00 | $91,875.00 |
| Kevin Doyle | Analyst | $ 200.00 | 148.50 | $29,700.00 |
| Stacey Miller | Office/Billing Manager | $ 150.00 | 1.60 | $240.00 |
| | Totals | | 325.10 | $208,377.50 |

**EXHIBIT C**

**Time Entry Detail** for the period of September 2, 2019 through September 29, 2019

| Project Time Records by Task Code | | | | | | | |
|---|---|---|---|---|---|---|---|
| Professional | Position Title | Task Code | Service Period | Total Billed Hours | Rate | Total Fees | Total Compensation |
| Vincent Colistra | CRO | Bankruptcy - Operational Management | 09/2/19-09/08/19 | 27.00 | $625.00 | $16,875.00 | $16,875.00 |
| Vincent Colistra | CRO | Bankruptcy - Operational Management | 09/09/19-09/15/19 | 37.00 | $625.00 | $23,125.00 | $23,125.00 |
| Vincent Colistra | CRO | Bankruptcy - Operational Management | 09/16/19-09/22/19 | 39.50 | $625.00 | $24,687.50 | $24,687.50 |
| Vincent Colistra | CRO | Bankruptcy - Operational Management | 09/23/19-09/29/19 | 35.00 | $625.00 | $21,875.00 | $21,875.00 |
| | Totals | | | | | | $86,562.50 |

**Phoenix Management**  
110 Commons Court  
Chadds Ford, PA 19317-9716  
Tel: 610-358-4700 Fax: 610-358-9377

Project Time Records by Task Code

Printed on: 10/10/2019  
Page 1 of 6

**Filters Used:**
- Time Entry Date:        9/2/2019  to  9/29/2019
- Project ID:         Shevell BK - NEMF:  to  Shevell BK - NEMF:

*🗎 = Invoiced (mouse over for #),   ✎ = Marked as Billed,   ◆ = Non-Billable, ✕ = Xtra*

**Project ID - Name (Manager): Shevell BK - NEMF:  -  *Shevell BK - NEMF* (Vincent Colistra)**

| Day | Date | Employee | Description | Hrs | B-Hrs | Amount | * |
|---|---|---|---|---|---|---|---|
| *Bankruptcy - Admin - Fee Application* | | | | | | | |
| *S Miller* | | | | | | | |
| Wed | 9/11/2019 | S Miller | Bankruptcy - Admin - Fee Application  Prepare 7th monthly staffing report | 1.20 | 1.20 | $180.00 | 🗎 |
| Thur | 9/26/2019 | S Miller | Bankruptcy - Admin - Fee Application  Prep for next monthly fee statement | 0.40 | 0.40 | $60.00 | 🗎 |
| | | | **S Miller Total:** | **1.60** | **1.60** | **$240.00** | |
| | | | **Bankruptcy - Admin - Fee Application Total:** | **1.60** | **1.60** | **$240.00** | |
| *Bankruptcy - Billable Travel* | | | | | | | |
| *A Mink* | | | | | | | |
| Tues | 9/3/2019 | A Mink | Bankruptcy - Billable Travel  RT To Shevell | 1.00 | 0.50 | $262.50 | 🗎 |
| Wed | 9/4/2019 | A Mink | Bankruptcy - Billable Travel  RT To Shevell | 1.00 | 0.50 | $262.50 | 🗎 |
| Thur | 9/5/2019 | A Mink | Bankruptcy - Billable Travel  RT To Shevell | 1.00 | 0.50 | $262.50 | 🗎 |
| Mon | 9/9/2019 | A Mink | Bankruptcy - Billable Travel  RT to Shevell, Elizabeth NJ | 1.00 | 0.50 | $262.50 | 🗎 |
| Tues | 9/10/2019 | A Mink | Bankruptcy - Billable Travel  RT to Shevell, Elizabeth NJ | 1.00 | 0.50 | $262.50 | 🗎 |
| Wed | 9/11/2019 | A Mink | Bankruptcy - Billable Travel  RT to Shevell, Elizabeth NJ | 1.00 | 0.50 | $262.50 | 🗎 |
| Thur | 9/12/2019 | A Mink | Bankruptcy - Billable Travel  RT to Shevell, Elizabeth NJ | 1.00 | 0.50 | $262.50 | 🗎 |
| Mon | 9/16/2019 | A Mink | Bankruptcy - Billable Travel  RT Shevell Elizabeth | 1.00 | 0.50 | $262.50 | 🗎 |
| Tues | 9/17/2019 | A Mink | Bankruptcy - Billable Travel  RT Shevell, Elizabeth | 1.00 | 0.50 | $262.50 | 🗎 |
| Thur | 9/19/2019 | A Mink | Bankruptcy - Billable Travel  RT Shevell, Elizabeth | 1.00 | 0.50 | $262.50 | 🗎 |
| Mon | 9/23/2019 | A Mink | Bankruptcy - Billable Travel  RT to Shevell, Elizabeth, NJ | 1.00 | 0.50 | $262.50 | 🗎 |
| Tues | 9/24/2019 | A Mink | Bankruptcy - Billable Travel  RT to Shevell, Elizabeth, NJ | 1.00 | 0.50 | $262.50 | 🗎 |
| Wed | 9/25/2019 | A Mink | Bankruptcy - Billable Travel  RT to Shevell, Elizabeth, NJ | 1.00 | 0.50 | $262.50 | 🗎 |
| Thur | 9/26/2019 | A Mink | Bankruptcy - Billable Travel  RT to Shevell, Elizabeth, NJ | 1.00 | 0.50 | $262.50 | 🗎 |
| | | | **A Mink Total:** | **14.00** | **7.00** | **$3,675.00** | |
| *K Doyle* | | | | | | | |
| Tues | 9/3/2019 | K Doyle | Bankruptcy - Billable Travel  Travel to NEMF and back | 3.00 | 1.50 | $300.00 | 🗎 |
| Wed | 9/4/2019 | K Doyle | Bankruptcy - Billable Travel  Travel to NEMF and back - heavy traffic | 4.00 | 2.00 | $400.00 | 🗎 |
| Thur | 9/5/2019 | K Doyle | Bankruptcy - Billable Travel  Travel to NEMF and back with traffic | 3.50 | 1.70 | $340.00 | 🗎 |
| Mon | 9/9/2019 | K Doyle | Bankruptcy - Billable Travel | 3.00 | 1.50 | $300.00 | 🗎 |

# Phoenix Management

110 Commons Court  
Chadds Ford, PA 19317-9716  
Tel: 610-358-4700 Fax: 610-358-9377

Project Time Records by Task Code

Printed on: 10/10/2019  
Page 2 of 6

**Filters Used:**
- Time Entry Date:  9/2/2019 to 9/29/2019
- Project ID:  Shevell BK - NEMF:  to  Shevell BK - NEMF:

*◻ = Invoiced (mouse over for #),  ✎ = Marked as Billed,  ◆ = Non-Billable, ✕ = Xtra*

**Project ID - Name (Manager): Shevell BK - NEMF: -** *Shevell BK - NEMF* **(Vincent Colistra)**

| Day | Date | Employee | Description | Hrs | B-Hrs | Amount | * |
|---|---|---|---|---|---|---|---|
| *Bankruptcy - Billable Travel* | | | | | | | |
| Tues | 9/10/2019 | K Doyle | Travel to NEMF and back<br>Bankruptcy - Billable Travel | 4.00 | 2.00 | $400.00 | ◻ |
| Wed | 9/11/2019 | K Doyle | Travel to NEMF and back with heavy traffic<br>Bankruptcy - Billable Travel | 4.00 | 2.00 | $400.00 | ◻ |
| Thur | 9/12/2019 | K Doyle | Travel to NEMF and back - heavy traffic<br>Bankruptcy - Billable Travel | 4.00 | 2.00 | $400.00 | ◻ |
| Tues | 9/17/2019 | K Doyle | Travel to NEMF and back - heavy traffic<br>Bankruptcy - Billable Travel | 3.50 | 1.70 | $340.00 | ◻ |
| Wed | 9/18/2019 | K Doyle | Travel to NEMF with traffic<br>Bankruptcy - Billable Travel | 4.00 | 2.00 | $400.00 | ◻ |
| Thur | 9/19/2019 | K Doyle | Travel to NEMF and back with heavy traffic<br>Bankruptcy - Billable Travel | 3.50 | 1.70 | $340.00 | ◻ |
| Tues | 9/24/2019 | K Doyle | Travel to NEMF and back with heavy traffic<br>Bankruptcy - Billable Travel | 4.00 | 2.00 | $400.00 | ◻ |
| Wed | 9/25/2019 | K Doyle | Travel to/from NEMF with heavy traffic<br>Bankruptcy - Billable Travel | 4.00 | 2.00 | $400.00 | ◻ |
| Thur | 9/26/2019 | K Doyle | Travel to/from NEMF with heavy traffic<br>Bankruptcy - Billable Travel<br>Travel to NEMF and back with traffic | 3.50 | 1.70 | $340.00 | ◻ |
| | | | **K Doyle Total:** | **48.00** | **23.80** | **$4,760.00** | |
| | | | **Bankruptcy - Billable Travel Total:** | **62.00** | **30.80** | **$8,435.00** | |
| *Bankruptcy - Financial & Cash Management* | | | | | | | |
| *A Mink* | | | | | | | |
| Tues | 9/3/2019 | A Mink | Bankruptcy - Financial & Cash Management<br>A/R collections and cargo claims reconciliations, cash management, financial oversight | 10.00 | 10.00 | $5,250.00 | ◻ |
| Wed | 9/4/2019 | A Mink | Bankruptcy - Financial & Cash Management<br>A/R collections and cargo claims reconciliations, cash management, financial oversight | 10.00 | 10.00 | $5,250.00 | ◻ |
| Thur | 9/5/2019 | A Mink | Bankruptcy - Financial & Cash Management<br>A/R collections and cargo claims reconciliations, cash management, financial oversight | 10.00 | 10.00 | $5,250.00 | ◻ |
| Fri | 9/6/2019 | A Mink | Bankruptcy - Financial & Cash Management<br>A/R collections and cargo claims reconciliations, cash management, financial oversight | 8.00 | 8.00 | $4,200.00 | ◻ |
| Sat | 9/7/2019 | A Mink | Bankruptcy - Financial & Cash Management<br>Documentation of on going activities of the estate. Professional fees summary | 3.00 | 3.00 | $1,575.00 | ◻ |
| Sun | 9/8/2019 | A Mink | Bankruptcy - Financial & Cash Management<br>Documentation of on going activities of the estate. Professional fees summary | 3.00 | 3.00 | $1,575.00 | ◻ |
| Mon | 9/9/2019 | A Mink | Bankruptcy - Financial & Cash Management | 8.20 | 8.20 | $4,305.00 | ◻ |

**Phoenix Management**
110 Commons Court
Chadds Ford, PA 19317-9716
Tel: 610-358-4700 Fax: 610-358-9377

Project Time Records by Task Code

Printed on: 10/10/2019
Page 3 of 6

**Filters Used:**
- Time Entry Date:        9/2/2019  to  9/29/2019
- Project ID:        Shevell BK - NEMF:  to  Shevell BK - NEMF:

\* 🗎 = *Invoiced (mouse over for #)*,  ✏ = *Marked as Billed*,  ◆ = *Non-Billable*, ✖ = *Xtra*

**Project ID - Name (Manager): Shevell BK - NEMF: -** *Shevell BK - NEMF* **(Vincent Colistra)**

| Day | Date | Employee | Description | Hrs | B-Hrs | Amount | * |
|---|---|---|---|---|---|---|---|
| *Bankruptcy - Financial & Cash Management* | | | | | | | |
| Tues | 9/10/2019 | A Mink | Cargo Claims, A/R, insurance, claims reconciliations, arranging for storage of NEMF's files, Accounting issues, cash management<br>Bankruptcy - Financial & Cash Management | 8.30 | 8.30 | $4,357.50 | 🗎 |
| Wed | 9/11/2019 | A Mink | Cargo Claims, A/R, insurance, claims reconciliations, arranging for storage of NEMF's files, Accounting issues, cash management<br>Bankruptcy - Financial & Cash Management | 9.00 | 9.00 | $4,725.00 | 🗎 |
| Thur | 9/12/2019 | A Mink | Cargo Claims, A/R, insurance, claims reconciliations, arranging for storage of NEMF's files, Accounting issues, cash management.. Meeting with Creditors committee<br>Bankruptcy - Financial & Cash Management | 8.00 | 8.00 | $4,200.00 | 🗎 |
| Fri | 9/13/2019 | A Mink | Cargo Claims, A/R, insurance, claims reconciliations, arranging for storage of NEMF's files, Accounting issues, cash management<br>Bankruptcy - Financial & Cash Management | 9.00 | 9.00 | $4,725.00 | 🗎 |
| Mon | 9/16/2019 | A Mink | Cargo Claims, A/R, insurance, claims reconciliations, arranging for storage of NEMF's files, Accounting issues, cash management<br>Bankruptcy - Financial & Cash Management | 8.20 | 8.20 | $4,305.00 | 🗎 |
| Tues | 9/17/2019 | A Mink | Cargo claims, A/R collections, Cash Management, emails and calls on financial matters, professional fees, claims analysis, file storage, issues surrounding plan<br>Bankruptcy - Financial & Cash Management | 8.30 | 8.30 | $4,357.50 | 🗎 |
| Wed | 9/18/2019 | A Mink | Cargo claims, A/R collections, Cash Management, emails and calls on financial matters, professional fees, claims analysis, file storage, issues surrounding plan<br>Bankruptcy - Financial & Cash Management | 7.90 | 7.90 | $4,147.50 | 🗎 |
| Thur | 9/19/2019 | A Mink | Cargo claims, A/R collections, Cash Management, emails and calls on financial matters, professional fees, claims analysis, file storage, issues surrounding plan<br>Bankruptcy - Financial & Cash Management | 7.80 | 7.80 | $4,095.00 | 🗎 |
| Fri | 9/20/2019 | A Mink | Cargo claims, A/R collections, Cash Management, emails and calls on financial matters, professional fees, claims analysis, file storage, issues surrounding plan<br>Bankruptcy - Financial & Cash Management | 8.10 | 8.10 | $4,252.50 | 🗎 |

**Phoenix Management**  
110 Commons Court  
Chadds Ford, PA 19317-9716  
Tel: 610-358-4700 Fax: 610-358-9377

Project Time Records by Task Code

Printed on: 10/10/2019  
Page 4 of 6

**Filters Used:**
- Time Entry Date:        9/2/2019 to 9/29/2019
- Project ID:        Shevell BK - NEMF:  to  Shevell BK - NEMF:

*☐ = Invoiced (mouse over for #),   ✎ = Marked as Billed,   ◆ = Non-Billable, ✗ = Xtra*

**Project ID - Name (Manager): Shevell BK - NEMF: -** *Shevell BK - NEMF* **(Vincent Colistra)**

| Day | Date | Employee | Description | Hrs | B-Hrs | Amount | * |
|---|---|---|---|---|---|---|---|
| *Bankruptcy - Financial & Cash Management* | | | | | | | |
| Mon | 9/23/2019 | A Mink | Cargo claims, A/R collections, Cash Management, emails and calls on financial matters, professional fees, claims analysis, file storage, issues surrounding plan<br>Bankruptcy - Financial & Cash Management | 8.30 | 8.30 | $4,357.50 | ☐ |
| Tues | 9/24/2019 | A Mink | Conference call with UCC re audit of insurance payments<br>Call with UCC to discuss transition plan<br>Call with Gibbons to discuss insurance transition<br>A/R collection issues, Cargo claims reconciliations, claims analysis, A/P reconciliations<br>Bankruptcy - Financial & Cash Management | 8.10 | 8.10 | $4,252.50 | ☐ |
| Wed | 9/25/2019 | A Mink | A/R collection issues, Cargo claims reconciliations, claims analysis, A/P reconciliations<br>Bankruptcy - Financial & Cash Management | 7.80 | 7.80 | $4,095.00 | ☐ |
| Thur | 9/26/2019 | A Mink | A/R collection issues, Cargo claims reconciliations, claims analysis, A/P reconciliations<br>Bankruptcy - Financial & Cash Management | 8.00 | 8.00 | $4,200.00 | ☐ |
| Fri | 9/27/2019 | A Mink | A/R collection issues, Cargo claims reconciliations, claims analysis, A/P reconciliations<br>Bankruptcy - Financial & Cash Management | 9.00 | 9.00 | $4,725.00 | ☐ |
| | | | **A Mink Total:** | **168.00** | **168.00** | **$88,200.00** | |
| *K Doyle* | | | | | | | |
| Tues | 9/3/2019 | K Doyle | Bankruptcy - Financial & Cash Management<br>Updating MORs - 1.1<br>Updating Cash Flow Summary Analysis - 4.6<br>Updating NEMF/Eastern Claim Analysis - 1.4 | 7.10 | 7.10 | $1,420.00 | ☐ |
| Wed | 9/4/2019 | K Doyle | Bankruptcy - Financial & Cash Management<br>Updating MORs, Updating Cash Flow Analysis, Working on document retention | 8.10 | 8.10 | $1,620.00 | ☐ |
| Thur | 9/5/2019 | K Doyle | Bankruptcy - Financial & Cash Management<br>Updating Cash Flow Analysis, Updating MORs, Call with Gibbons | 6.20 | 6.20 | $1,240.00 | ☐ |
| Fri | 9/6/2019 | K Doyle | Bankruptcy - Financial & Cash Management<br>Updating next week's cash flow analysis, updating next week's NEMF/Eastern claim analysis | 3.00 | 3.00 | $600.00 | ☐ |
| Mon | 9/9/2019 | K Doyle | Bankruptcy - Financial & Cash Management | 8.10 | 8.10 | $1,620.00 | ☐ |

**Phoenix Management**  
110 Commons Court  
Chadds Ford, PA 19317-9716  
Tel: 610-358-4700 Fax: 610-358-9377

Project Time Records by Task Code

Printed on: 10/10/2019  
Page 5 of 6

**Filters Used:**
- Time Entry Date:        9/2/2019  to  9/29/2019
- Project ID:             Shevell BK - NEMF:  to  Shevell BK - NEMF:

*\** = Invoiced (mouse over for #),  ✎ = Marked as Billed,  ◇ = Non-Billable,  ✕ = Xtra*

**Project ID - Name (Manager): Shevell BK - NEMF: -** *Shevell BK - NEMF* **(Vincent Colistra)**

| Day | Date | Employee | Description | Hrs | B-Hrs | Amount | * |
|---|---|---|---|---|---|---|---|
| *Bankruptcy - Financial & Cash Management* | | | | | | | |
| Tues | 9/10/2019 | K Doyle | Updating MORs - 2.2<br>Updating Cash Flow Analysis and NEMF/Eastern Claim Analysis - 5.9<br>Bankruptcy - Financial & Cash Management | 8.20 | 8.20 | $1,640.00 | 📄 |
| Wed | 9/11/2019 | K Doyle | Working on Cash Flow Summary, Professional Fees, other analyses for UCC<br>Bankruptcy - Financial & Cash Management | 7.20 | 7.20 | $1,440.00 | 📄 |
| Thur | 9/12/2019 | K Doyle | Updating Prof. Fees Analysis, UCC FA meeting with Cohn Reznick<br>Bankruptcy - Financial & Cash Management | 5.50 | 5.50 | $1,100.00 | 📄 |
| Fri | 9/13/2019 | K Doyle | Updating MORs and submitting MOR package for July<br>Bankruptcy - Financial & Cash Management | 5.30 | 5.30 | $1,060.00 | 📄 |
| Mon | 9/16/2019 | K Doyle | Updating analyses for lenders, late titles, corresponding to emails<br>Bankruptcy - Financial & Cash Management | 2.00 | 2.00 | $400.00 | 📄 |
| Tues | 9/17/2019 | K Doyle | Call with Gibbons liquidation analysis, updating weekly cash analyses<br>Bankruptcy - Financial & Cash Management | 8.10 | 8.10 | $1,620.00 | 📄 |
| Wed | 9/18/2019 | K Doyle | Updating Weekly Cash Analyses - 6.4<br>Call with UCC and Gibbons - 1.7<br>Bankruptcy - Financial & Cash Management | 6.60 | 6.60 | $1,320.00 | 📄 |
| Thur | 9/19/2019 | K Doyle | Updating Cash Analysis and Supplemental Analysis, Document Retention<br>Bankruptcy - Financial & Cash Management | 7.10 | 7.10 | $1,420.00 | 📄 |
| Fri | 9/20/2019 | K Doyle | Updating Cash Analyses and document retention<br>Bankruptcy - Financial & Cash Management | 5.00 | 5.00 | $1,000.00 | 📄 |
| Mon | 9/23/2019 | K Doyle | Working on company cars, titles, documents needed from lawyers and company<br>Bankruptcy - Financial & Cash Management | 7.50 | 7.50 | $1,500.00 | 📄 |
| Tues | 9/24/2019 | K Doyle | Updating Cash Flow Analyses & supplemental worksheet, creating POC claims vs. scheduled analyses, MORs August<br>Bankruptcy - Financial & Cash Management | 7.60 | 7.60 | $1,520.00 | 📄 |
| Wed | 9/25/2019 | K Doyle | August MORs<br>Bankruptcy - Financial & Cash Management | 6.80 | 6.80 | $1,360.00 | 📄 |
| Thur | 9/26/2019 | K Doyle | August MORs, POC claim analysis<br>Bankruptcy - Financial & Cash Management | 8.10 | 8.10 | $1,620.00 | 📄 |
| Fri | 9/27/2019 | K Doyle | Updating Cash Analyses, Updating August MORs<br>Bankruptcy - Financial & Cash Management | 7.20 | 7.20 | $1,440.00 | 📄 |
| | | | Updating MORs, creating bank exposure analysis, correspondence with lawyers and banks | | | | |
| | | | **K Doyle Total:** | **124.70** | **124.70** | **$24,940.00** | |

BillQuick Standard Report Copyright ©  BQE Software, Inc.

Case 19-12809-JKS    Doc 929    Filed 10/16/19    Entered 10/16/19 14:39:08    Desc Main
Document    Page 13 of 18

**Phoenix Management**  Project Time Records by Task Code
110 Commons Court
Chadds Ford, PA 19317-9716  Printed on: 10/10/2019
Tel: 610-358-4700 Fax: 610-358-9377  Page 6 of 6

Filters Used:
  - Time Entry Date:        9/2/2019  to  9/29/2019
  - Project ID:        Shevell BK - NEMF:  to  Shevell BK - NEMF:

*▤ = Invoiced (mouse over for #), ✎ = Marked as Billed, ◆ = Non-Billable, ✖ = Xtra*

**Project ID - Name (Manager): Shevell BK - NEMF: -** *Shevell BK - NEMF* **(Vincent Colistra)**

| Day | Date | Employee | Description | Hrs | B-Hrs | Amount | * |
|---|---|---|---|---|---|---|---|
| | | | Bankruptcy - Financial & Cash Management Total: | 292.70 | 292.70 | $113,140.00 | |
| | | | Project Shevell BK - NEMF: Total: | 356.30 | 325.10 | $121,815.00 | |
| | | | Grand Total: | 356.30 | 325.10 | $121,815.00 | |

**EXHIBIT B1:**

**Expense Summary by Category for the period of September 2, 2019 through September 29, 2019**

| Expense Category | Shevell BK CRO Amounts | Shevell BK Others Amounts | Total | Payments Received | Unpaid |
|---|---|---|---|---|---|
| Administrative & Support | $1,200.00 | $0.00 | $1,200.00 | $1,200.00 | $0.00 |
| Mileage NR | $904.80 | $0.00 | $904.80 | $904.80 | $0.00 |
| Mileage | $0.00 | $1,630.47 | $1,630.47 | $0.00 | $1,630.47 |
| Tolls | $172.90 | $307.90 | $480.80 | $172.90 | $307.90 |
| Totals | $2,277.70 | $1,938.37 | $4,216.07 | $2,277.70 | $1,938.37 |

**Exhibit B2:**

**Expense Item Detail for the period of September 2, 2019 through September 29, 2019**

**Phoenix Management**  
110 Commons Court  
Chadds Ford, PA 19317-9716  
Tel: 610-358-4700 Fax: 610-358-9377  

**Expenses By Item**

Printed on: 10/10/2019  
Page 1 of 1

Filters Used:
- Expense Log Date:     9/2/2019  to  9/29/2019
- Expense Log Project ID:     Shevell BK VC - NEMF:  to  Shevell BK VC - NEMF:

| Date | Employee ID | Project ID | Units | Amount | Memo |
|---|---|---|---|---|---|
| **Admin: - Administrative & Support** | | | | | |
| 9/6/2019 | Administrative | Shevell BK VC - NEMF: | 1.00 | $300.00 | Weekly Admin Fee |
| 9/13/2019 | Administrative | Shevell BK VC - NEMF: | 1.00 | $300.00 | Weekly Admin Fee |
| 9/20/2019 | Administrative | Shevell BK VC - NEMF: | 1.00 | $300.00 | Weekly Admin Fee |
| 9/27/2019 | Administrative | Shevell BK VC - NEMF: | 1.00 | $300.00 | Weekly Admin Fee |
| | | **Admin: Sub-Total:** | | **$1,200.00** | |
| **Mileage NR: - Mileage** | | | | | |
| 9/4/2019 | V Colistra | Shevell BK VC - NEMF: | 120.00 | $69.60 | Miles to and from the company on turnpike |
| 9/5/2019 | V Colistra | Shevell BK VC - NEMF: | 120.00 | $69.60 | Miles to and from the company on turnpike |
| 9/9/2019 | V Colistra | Shevell BK VC - NEMF: | 120.00 | $69.60 | Miles to and from the Company on NJ Turnpike |
| 9/10/2019 | V Colistra | Shevell BK VC - NEMF: | 120.00 | $69.60 | Miles to and from the Company on NJ Turnpike |
| 9/11/2019 | V Colistra | Shevell BK VC - NEMF: | 120.00 | $69.60 | Miles to and from the Company on NJ Turnpike |
| 9/12/2019 | V Colistra | Shevell BK VC - NEMF: | 120.00 | $69.60 | Miles to and from the Company on NJ Turnpike |
| 9/16/2019 | V Colistra | Shevell BK VC - NEMF: | 120.00 | $69.60 | Miles to and from Shevell on NJ Turnpike |
| 9/17/2019 | V Colistra | Shevell BK VC - NEMF: | 120.00 | $69.60 | Miles to and from Shevell on NJ Turnpike |
| 9/18/2019 | V Colistra | Shevell BK VC - NEMF: | 120.00 | $69.60 | Miles to and from Shevell on NJ Turnpike |
| 9/19/2019 | V Colistra | Shevell BK VC - NEMF: | 120.00 | $69.60 | Miles to and from Shevell on NJ Turnpike |
| 9/23/2019 | V Colistra | Shevell BK VC - NEMF: | 120.00 | $69.60 | Miles to and from the company |
| 9/24/2019 | V Colistra | Shevell BK VC - NEMF: | 120.00 | $69.60 | Miles to and from the company |
| 9/26/2019 | V Colistra | Shevell BK VC - NEMF: | 120.00 | $69.60 | Miles to and from the company |
| | | **Mileage NR: Sub-Total:** | | **$904.80** | |
| **TOLLS BILLABLE:: - Tolls** | | | | | |
| 9/4/2019 | V Colistra | Shevell BK VC - NEMF: | 1.00 | $13.30 | Tolls on turnpike to and from the company |
| 9/5/2019 | V Colistra | Shevell BK VC - NEMF: | 1.00 | $13.30 | Tolls on turnpike to and from the company |
| 9/9/2019 | V Colistra | Shevell BK VC - NEMF: | 1.00 | $13.30 | Tolls on NJ Turnpike to and from the company |
| 9/10/2019 | V Colistra | Shevell BK VC - NEMF: | 1.00 | $13.30 | Tolls on NJ Turnpike to and from the company |
| 9/11/2019 | V Colistra | Shevell BK VC - NEMF: | 1.00 | $13.30 | Tolls on NJ Turnpike to and from the company |
| 9/12/2019 | V Colistra | Shevell BK VC - NEMF: | 1.00 | $13.30 | Tolls on NJ Turnpike to and from the company |
| 9/16/2019 | V Colistra | Shevell BK VC - NEMF: | 1.00 | $13.30 | Tolls on NJ Turnpike to and from Shevell |
| 9/17/2019 | V Colistra | Shevell BK VC - NEMF: | 1.00 | $13.30 | Tolls on NJ Turnpike to and from Shevell |
| 9/18/2019 | V Colistra | Shevell BK VC - NEMF: | 1.00 | $13.30 | Tolls on NJ Turnpike to and from Shevell |
| 9/19/2019 | V Colistra | Shevell BK VC - NEMF: | 1.00 | $13.30 | Tolls on NJ Turnpike to and from Shevell |
| 9/23/2019 | V Colistra | Shevell BK VC - NEMF: | 1.00 | $13.30 | Tolls on turnpike to and from the company |
| 9/24/2019 | V Colistra | Shevell BK VC - NEMF: | 1.00 | $13.30 | Tolls on turnpike to and from the company |
| 9/26/2019 | V Colistra | Shevell BK VC - NEMF: | 1.00 | $13.30 | Tolls on turnpike to and from the company |
| | | **TOLLS BILLABLE:: Sub-Total:** | | **$172.90** | |
| | | **Grand Total:** | | **$2,277.70** | |

**Phoenix Management**  
110 Commons Court  
Chadds Ford, PA 19317-9716  
Tel: 610-358-4700 Fax: 610-358-9377

**Expenses By Item**

Printed on: 10/10/2019  
Page 1 of 2

Filters Used:
- Expense Log Date:    9/2/2019  to  9/29/2019
- Expense Log Project ID:    Shevell BK - NEMF:  to  Shevell BK - NEMF:

| Date | Employee ID | Project ID | Units | Amount | Memo |
|---|---|---|---|---|---|
| **Mileage: - Mileage** | | | | | |
| 9/3/2019 | A Mink | Shevell BK - NEMF: | 50.00 | $29.00 | RT to Elizabeth |
| 9/3/2019 | K Doyle | Shevell BK - NEMF: | 162.40 | $94.19 | Travel to NEMF and back |
| 9/4/2019 | A Mink | Shevell BK - NEMF: | 50.00 | $29.00 | RT to Elizabeth |
| 9/4/2019 | K Doyle | Shevell BK - NEMF: | 162.40 | $94.19 | Travel to NEMF and back |
| 9/5/2019 | K Doyle | Shevell BK - NEMF: | 162.40 | $94.19 | Travel to NEMF and back |
| 9/5/2019 | A Mink | Shevell BK - NEMF: | 50.00 | $29.00 | RT to Elizabeth |
| 9/9/2019 | A Mink | Shevell BK - NEMF: | 50.00 | $29.00 | RT to Elizabeth NJ |
| 9/9/2019 | K Doyle | Shevell BK - NEMF: | 162.40 | $94.19 | Travel to NEMF and back |
| 9/10/2019 | K Doyle | Shevell BK - NEMF: | 162.40 | $94.19 | Travel to NEMF and back |
| 9/10/2019 | A Mink | Shevell BK - NEMF: | 50.00 | $29.00 | RT to Elizabeth N |
| 9/11/2019 | K Doyle | Shevell BK - NEMF: | 162.40 | $94.19 | Travel to NEMF and back |
| 9/11/2019 | A Mink | Shevell BK - NEMF: | 50.00 | $29.00 | RT to Elizabeth N |
| 9/12/2019 | A Mink | Shevell BK - NEMF: | 50.00 | $29.00 | RT to Elizabeth N |
| 9/12/2019 | K Doyle | Shevell BK - NEMF: | 162.40 | $94.19 | Travel to NEMF and back |
| 9/16/2019 | A Mink | Shevell BK - NEMF: | 50.00 | $29.00 | Rt Elizabeth |
| 9/17/2019 | A Mink | Shevell BK - NEMF: | 50.00 | $29.00 | RT Elizabeth |
| 9/17/2019 | K Doyle | Shevell BK - NEMF: | 162.40 | $94.19 | Travel to NEMF and back |
| 9/18/2019 | K Doyle | Shevell BK - NEMF: | 162.40 | $94.19 | Travel to NEMF and back |
| 9/19/2019 | A Mink | Shevell BK - NEMF: | 50.00 | $29.00 | RT Elizabeth |
| 9/19/2019 | K Doyle | Shevell BK - NEMF: | 162.40 | $94.19 | Travel to NEMF and back |
| 9/23/2019 | A Mink | Shevell BK - NEMF: | 50.00 | $29.00 | RT Shevell, Elizabeth |
| 9/24/2019 | A Mink | Shevell BK - NEMF: | 50.00 | $29.00 | RT Shevell, Elizabeth |
| 9/24/2019 | K Doyle | Shevell BK - NEMF: | 162.40 | $94.19 | Travel to NEMF and back |
| 9/25/2019 | K Doyle | Shevell BK - NEMF: | 162.40 | $94.19 | Travel to NEMF and back |
| 9/25/2019 | A Mink | Shevell BK - NEMF: | 50.00 | $29.00 | RT Shevell, Elizabeth |
| 9/26/2019 | K Doyle | Shevell BK - NEMF: | 162.40 | $94.19 | Travel to NEMF and back |
| 9/26/2019 | A Mink | Shevell BK - NEMF: | 50.00 | $29.00 | RT Shevell, Elizabeth |
| | | Mileage: Sub-Total: | | **$1,630.47** | |
| **TOLLS BILLABLE:: - Tolls** | | | | | |
| 9/3/2019 | A Mink | Shevell BK - NEMF: | 1.00 | $5.00 | RT to Elizabeth |
| 9/3/2019 | K Doyle | Shevell BK - NEMF: | 1.00 | $18.30 | Tolls to NEMF and back |
| 9/4/2019 | A Mink | Shevell BK - NEMF: | 1.00 | $5.00 | RT to Elizabeth |
| 9/4/2019 | K Doyle | Shevell BK - NEMF: | 1.00 | $18.30 | Tolls to NEMF and back |
| 9/5/2019 | K Doyle | Shevell BK - NEMF: | 1.00 | $18.30 | Tolls to NEMF and back |
| 9/5/2019 | A Mink | Shevell BK - NEMF: | 1.00 | $5.00 | RT to Elizabeth |
| 9/9/2019 | A Mink | Shevell BK - NEMF: | 1.00 | $5.00 | RT to Elizabeth NJ |
| 9/9/2019 | K Doyle | Shevell BK - NEMF: | 1.00 | $18.30 | Tolls to NEMF and back |
| 9/10/2019 | K Doyle | Shevell BK - NEMF: | 1.00 | $18.30 | Tolls to NEMF and back |
| 9/10/2019 | A Mink | Shevell BK - NEMF: | 1.00 | $5.00 | RT to Elizabeth NJ |
| 9/11/2019 | K Doyle | Shevell BK - NEMF: | 1.00 | $18.30 | Tolls to NEMF and back |
| 9/11/2019 | A Mink | Shevell BK - NEMF: | 1.00 | $5.00 | RT to Elizabeth NJ |
| 9/12/2019 | A Mink | Shevell BK - NEMF: | 1.00 | $5.00 | RT to Elizabeth NJ |
| 9/12/2019 | K Doyle | Shevell BK - NEMF: | 1.00 | $18.30 | Tolls to NEMF and back |
| 9/16/2019 | A Mink | Shevell BK - NEMF: | 1.00 | $5.00 | Rt Elizabeth |
| 9/17/2019 | K Doyle | Shevell BK - NEMF: | 1.00 | $18.30 | Tolls to NEMF and back |
| 9/17/2019 | A Mink | Shevell BK - NEMF: | 1.00 | $5.00 | Rt Elizabeth |
| 9/18/2019 | K Doyle | Shevell BK - NEMF: | 1.00 | $18.30 | Tolls to NEMF and back |
| 9/19/2019 | A Mink | Shevell BK - NEMF: | 1.00 | $5.00 | Rt Elizabeth |
| 9/19/2019 | K Doyle | Shevell BK - NEMF: | 1.00 | $18.30 | Tolls to NEMF and back |
| 9/23/2019 | A Mink | Shevell BK - NEMF: | 1.00 | $5.00 | RT Shevell, Elizabeth |
| 9/24/2019 | A Mink | Shevell BK - NEMF: | 1.00 | $5.00 | RT Shevell, Elizabeth |

**Phoenix Management**  
110 Commons Court  
Chadds Ford, PA 19317-9716  
Tel: 610-358-4700 Fax: 610-358-9377  

Expenses By Item

Printed on: 10/10/2019

Page 2 of 2

Filters Used:
- Expense Log Date:    9/2/2019  to  9/29/2019
- Expense Log Project ID:    Shevell BK - NEMF:  to  Shevell BK - NEMF:

| Date | Employee ID | Project ID | Units | Amount | Memo |
|---|---|---|---|---|---|
| **TOLLS BILLABLE:: - Tolls** | | | | | |
| 9/24/2019 | K Doyle | Shevell BK - NEMF: | 1.00 | $18.30 | Tolls to NEMF and back |
| 9/25/2019 | K Doyle | Shevell BK - NEMF: | 1.00 | $18.30 | Tolls to NEMF and back |
| 9/25/2019 | A Mink | Shevell BK - NEMF: | 1.00 | $5.00 | RT Shevell, Elizabeth |
| 9/26/2019 | A Mink | Shevell BK - NEMF: | 1.00 | $5.00 | RT Shevell, Elizabeth |
| 9/26/2019 | K Doyle | Shevell BK - NEMF: | 1.00 | $18.30 | Tolls to NEMF and back |
| | | TOLLS BILLABLE:: Sub-Total: | | $307.90 | |
| | | Grand Total: | | **$1,938.37** | |