UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

John F. Bracaglia, Jr., Esq.
Savo, Schalk, Gillespie, O'Grodnick & Fisher, P.A.
56 East Main Street, Suite 301
Somerville, NJ 08876
(908) 526-0707
Attorney for Orange & Rockland Utilities, Inc.

In Re:

 New England Motor Freight, Inc.

Case No.:  ____19-12809____

Adv. Pro. No.: _____

Chapter:  _____11_____

Hearing Date:  ___10/22/2019___

Judge:  _____JKS_____

## ADJOURNMENT REQUEST

1.    I, _____John F. Bracaglia, Jr._____,

☒    am the attorney for: _____Orange & Rockland Utilities, Inc._____,

☐    am self represented,

and request an adjournment of the following hearing for the reason set forth below.

Matter: _ Motion for Relief filed by Orange & Rockland Utilities, Inc. _____

Current hearing date and time: _10/22/2019 at 10:00 a.m._____

New date requested: _11/19/2019 at 10:00 a.m._____

Reason for adjournment request: _To allow additional time for the parties to try to_____

 resolve the issue._____

2.    Consent to adjournment:

☒  I have the consent of all parties.    ☐  I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: 10/22/2019                                    /s/ John F. Bracaglia, Jr.
                                                    Signature

**COURT USE ONLY:**

The request for adjournment is:

☒  Granted              New hearing date: 11/19/19 @ 10:00          ☐  Peremptory

☐  Granted over objection(s)  New hearing date: _____  ☐  Peremptory

☐  Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*new.9/23/15*

2