TURNER LAW FIRM, LLC
**BY: ANDREW R. TURNER, ESQ.**
76 South Orange Avenue - PO Box 526
South Orange, New Jersey 07079
973-763-5000
Attorneys for Protective Insurance Company
**ART 8574**

| | |
|---|---|
| In re<br><br>NEW ENGLAND MOTOR FREIGHT INC., et al<br><br>　　　　　　　Debtors | UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Case No. 19-12809 (JKS)<br><br>Chapter 11<br><br>CERTIFICATION OF SERVICE |

   1. I, Andrew R. Turner,

   [**X**] represent Protective Insurance Company in the above-captioned matter.

   [] am the secretary/paralegal for Andrew R. Turner, who represents the Creditor in the above-captioned matter.

   [] am the _____ in the above case and am representing myself.

   2. On October 23, 2019, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

      (a) opposition to the motion filed on behalf of Carlos Diaz to submit an amended proof of claim or late-filed proof of claim.

3. I certify the foregoing statements made by me are true. I am aware if any of the foregoing statements made by me are wilfully false, I am subject to punishment.

Dated: October 24, 2019        /s/ Andrew R. Turner
                                          ANDREW R. TURNER

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Harmon, Linder & Rogowsky<br>3 Park Avenue - Suite 2300<br>New York, NY 10016 | Attorneys for Carlos Diaz | [ ] Hand-Delivered<br><br>[ ] Regular Mail<br><br>[ ] Certified Mail/RRR<br><br>[**X**] E-Mail<br><br>[**X**] Notice of Electronic Filing (NEF)<br><br>[ ] Other_____<br>(as authorized by the court**\*** ) |

-2-

| | | |
|---|---|---|
| John Stemerman, Esq.<br>Elliott Greenleaf, P.C.<br>1105 Market Street - Suite 1700<br>Wilmington, Delaware 19801 | Attorney for the Official Committed of Unsecured Creditors | [ ] Hand-Delivered<br><br>[ ] Regular Mail<br><br>[ ] Certified Mail/RRR<br><br>[**X**] E-Mail<br><br>[**X**] Notice of Electronic Filing (NEF)<br><br>[ ] Other_____<br>(as authorized by the court*) |
| Brett S. Theisen, Esq.<br>Gibbons P.C.<br>One Gateway Center<br>Newark, New Jersey 07102 | Attorney for Debtors | [ ] Hand-Delivered<br><br>[ ] Regular Mail<br><br>[ ] Certified Mail/RRR<br><br>[**X**] E-Mail<br><br>[**X**] Notice of Electronic Filing (NEF)<br><br>[ ] Other_____<br>(as authorized by the court*) |

**\*** May account for service by fax or other means as authorized by the Court through the issuance of an order shortening time.