| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY<br>**Caption in compliance with D.N.J. LBR 9004**-1<br>**LOWENSTEIN SANDLER LLP**<br>Mary E. Seymour, Esq.<br>Joseph J. DiPasquale, Esq.<br>One Lowenstein Drive<br>Roseland, NJ 07068<br>Telephone:  (973) 597-2500<br>Facsimile:  (973) 597-2400<br>Email:  mseymour@lowenstein.com<br>           jdipasquale@lowenstein.com<br>*Co-Counsel to the Debtors*<br>*and Debtors-in-Possession* | |
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 19-12809 (JKS)<br>(Jointly Administered)<br><br>**Hearing Date:**<br>**October 29, 2019 @ 10:00 a.m.**<br><br>**Judge:  Hon. John K. Sherwood** |

**ADJOURNMENT REQUEST**

1.  I, JOSEPH J. DIPASQUALE, ESQ.,

    ☒    am the attorney for: The Official Committee of Unsecured Creditors of New England Motor Freight, Inc. et al., Debtors And Debtors In Possession,

    ☐    am self-represented,

    and request an adjournment of the following hearing for the reason set forth below.

    Motion re: For Leave To Amend Proof Of Claim, Or In The Alternative, To File A Late Proof of Claim, filed by Carlos Diaz [Dkt. No. 829]

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows:  New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC (4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMF Logistics, LLC (4666).

2731146.1 115719-100281

Current hearing date and time: October 29, 2019 @ 10:00 a.m.

New date requested: November 21, 2019 @ 10:00 a.m.

Reason for adjournment request: The movant, the Creditors Committee, the Debtors and Protective Insurance Company have agreed to adjourn the matters to enable further settlement negotiations. Protective filed an objection to the Motion [Dkt. No. 937] to which the Committee joined [Dkt. No. 939].

2. Consent to adjournment:

☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: October 28, 2019    /s/ *Joseph J. DiPasquale*
Joseph J. DiPasquale, Esq.

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted    New hearing date: 11/21/2019 @ 10:00    ☐ Peremptory

☐ Granted over objection(s)    New hearing date: _____    ☐ Peremptory

☐ Denied

2

2731146.1 115719-100281