Order Filed on November 3, 2019
by Clerk U.S. Bankruptcy Court
District of New Jersey

| UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY<br>**Caption in compliance with D.N.J. LBR 9004-1** |
|---|
| **GIBBONS P.C.**<br>Karen A. Giannelli, Esq.<br>Mark B. Conlan, Esq.<br>Brett S. Theisen, Esq.<br>One Gateway Center<br>Newark, New Jersey  07102<br>Telephone:  (973) 596-4500<br>Facsimile:   (973) 596-0545<br>E-mail:  kgiannelli@gibbonslaw.com<br>          mconlan@gibbonslaw.com<br>          btheisen@gibbonslaw.com<br>*Counsel to the Debtors*<br>*and Debtors-in-Possession* |
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC., *et al.*,<br><br>                    Debtors. [1] |

Chapter 11

Case No. 19-12809 (JKS)

(Jointly Administered)

### THIRD STIPULATION AND AGREED ORDER
### EXTENDING TIME TO ASSUME OR REJECT CERTAIN LEASES

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

**DATED: November 3, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC (4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMF Logistics, LLC (4666).

Page:       2
Debtors:    New England Motor Freight, Inc., *et al*.
Case No.:   19-12809 (JKS)
Caption:    Third Stipulation and Agreed Order Extending Time to Assume or Reject Certain Leases

---

**WHEREAS**, Debtors United Express Solar, LLC and Hollywood Avenue Solar, LLC (the "***Solar Entities***") and their respective landlords, United Express Lines, Inc. and Hollywood Corp. (the "***Landlords***" and together the "***Parties***"), under certain solar leases dated February 17, 2012 and September 14, 2012 (the "***Solar Leases***") have again agreed to extend the time to assume or reject the Solar Leases.

**NOW THEREFORE**, the Parties stipulate and agree, and the Court hereby finds and **ORDERS** as follows:

1. The time for the Debtors to assume or reject the Solar Leases is hereby extended for 90 days from the second extended deadline of November 1, 2019 to January 30, 2020.

2. The Court will retain jurisdiction over all matters related to this Stipulation and Agreed Order.

**AGREED TO AND JOINTLY SUBMITTED BY**:

| **GIBBONS P.C.** | **WHITEFORD TAYLOR PRESTON, LLP** |
|---|---|
| By: */s/ Mark B. Conlan* <br> Karen A. Giannelli, Esq. <br> Mark B. Conlan, Esq. <br> Brett S. Theisen, Esq. <br> One Gateway Center <br> Newark, New Jersey 07102 <br> Telephone: (973) 596-4500 <br> Facsimile: (973) 596-0545 <br> Email: kgiannelli@gibbonslaw.com <br>         mconlan@gibbonslaw.com <br>         btheisen@gibbonslaw.com <br> *Counsel to the Debtors* <br> *and Debtors-in-Possession* | By: */s/ Brent C. Strickland* <br> Brent C. Strickland, Esq. <br> 111 Rockville Pike, Suite 800 <br> Rockville, MD  20850 <br> Telephone: (410) 347-9402 <br> Facsimile: (410) 223-4302 <br> Email: bstrickland@wtplaw.com <br> *Counsel for Hollywood Corp. and United Express Lines, Inc., Solar Lease Landlords* |