**GIBBONS P.C.**
Karen A. Giannelli, Esq.
Mark B. Conlan, Esq.
One Gateway Center
Newark, New Jersey 07102
Telephone: (973) 596-4500
Facsimile:  (973) 596-0545
E-mail:   kgiannelli@gibbonslaw.com
          mconlan@gibbonslaw.com
*Counsel to the Debtors and Debtors-in-Possession*

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 19-12809 (JKS)<br><br>(Jointly Administered) |
| ALICE WATERS and RICH RICHARDSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br>NEW ENGLAND MOTOR FREIGHT, INC., *et al.*,<br><br>Defendants. | Adv. Proc. No. 19-01163 (JKS) |

## NOTICE OF WITHDRAWAL OF DOCUMENT

PLEASE TAKE NOTICE that the Debtor and Debtor-in-Possession in the above-captioned adversary proceeding, hereby withdraws the *Preliminary Approval Order regarding the Second WARN Class Settlement Agreement*, which was filed on November 4, 2019 [Docket No. 963].

Dated:  November 4, 2019    **GIBBONS P.C.**

By:   */s/ Mark B. Conlan*
      Mark B. Conlan, Esq. (PA No. 86559)
      One Gateway Center
      Newark, NJ 07102-5310
      Tel.  973-596-4500
      Fax.  973-596-0545
      E-mail:  mconlan@gibbonslaw.com
      *Attorneys for the Debtor and Debtor-in-Possession*