|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>  Caption in Compliance with D.N.J. LBR 9004-1(b)<br>**GIBBONS P.C.**<br>Karen A. Giannelli, Esq.<br>Mark B. Conlan, Esq.<br>Brett S. Theisen, Esq.<br>One Gateway Center<br>Newark, New Jersey  07102<br>Telephone:  (973) 596-4500<br>Facsimile:   (973) 596-0545<br>*Counsel to the Debtors<br>and Debtors-in-Possession* |  |
| In re:<br><br>New England Motor Freight, Inc., *et al.*,[1]<br><br>            Debtors. | Case No. 19-12809 (JKS)<br><br>Chapter 11<br><br>Hon. John K. Sherwood, U.S.B.J. |
| ALICE WATERS and RICH RICHARDSON, individually and on behalf of all others similarly situated,<br>            Plaintiffs,<br>   v.<br>NEW ENGLAND MOTOR FREIGHT, INC., *et al.*,<br>            Defendants. | Adv. Proc. No. 19-01163 (JKS) |

**ORDER SHORTENING TIME PERIOD FOR NOTICE,
SETTING HEARING AND LIMITING NOTICE**

The relief set forth on the following page is hereby **ORDERED**.

---

[1] The Debtors in these Chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC (4357); Mylon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMF Logistics, LLC (4666).

Page: 2
Debtors: New England Motor Freight, Inc., *et al.*
Case No.: 19-12809 (JKS)
Caption: Order Shortening Time Period for Notice, Setting Hearing and Limiting Notice

---

After review of the application of Mark B. Conlan, Esq. for a reduction of time for a hearing under FED. R. BANKR. P. 9006(c)(1) on the Motion of New England Motor Freight, Inc. and its affiliated debtors in the above-captioned chapter 11 cases (the "**Debtors**") for an Order on the Joint Motion by the Debtors and the Putative Class Representative Seeking Entry of Orders regarding a Settlement Agreement.

**ORDERED** as follows:

1. A hearing will be conducted on the matter on November __, 2019 at __:00 a.m/p.m. (the "**Hearing Date**") in the United States Bankruptcy Court for the District of New Jersey, Martin L. King, Jr. Federal Building, 50 Walnut Street, 3d Floor, Newark, NJ 07102, Courtroom No. 3D.

2. The applicant must serve copies of this Order, the Application and the Motion upon: the Office of the United States Trustee, counsel for Official Committee of Unsecured Creditors, and counsel to each of the Debtors' secured equipment lenders by electronic mail immediately upon entry of this Order. Electronic notice via ECF of entry of this Order shall also be provided to all parties that have requested notice pursuant to FED. R. BANKR. P. 2002 in the above-captioned chapter 11 cases.

3. A Certification of Service must be filed prior to the Hearing Date.

4. Any objections to the Motion identified above may be presented at the hearing.

5. Court appearances are required to prosecute the Motion and any objections thereto. Parties may request to appear by phone by contacting Chambers no later than _____ a.m./p.m. on November ____, 2019.