**GIBBONS P.C.**
Karen A. Giannelli, Esq.
Mark B. Conlan, Esq.
Brett S. Theisen, Esq.
One Gateway Center
Newark, New Jersey  07102
Telephone:  (973) 596-4500
Facsimile:   (973) 596-0545
E-mail:   kgiannelli@gibbonslaw.com
             mconlan@gibbonslaw.com
             btheisen@gibbonslaw.com

*Counsel to the Debtors*
*and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC., *et al.*,[1] | Case No. 19-12809 (JKS) |
| Debtor. | (Jointly Administered) |

**THIRD SUPPLEMENTAL CERTIFICATION OF KAREN A. GIANNELLI REGARDING THE EMPLOYMENT AND RETENTION OF GIBBONS P.C. AS GENERAL BANKRUPTCY COUNSEL TO THE DEBTORS**

Karen A. Giannelli, pursuant to 28 U.S.C. § 1746, declares as follows:

1. I am an attorney at law of the State of New Jersey and admitted to practice before this Court.  I am a director of Gibbons P.C. ("**Gibbons**" or the "**Firm**"), which maintains offices in various locations, including One Gateway Center, Newark, New Jersey 07102.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows:  New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC (4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMF Logistics, LLC (4666).

2762053.1 115719-100281

2. This Third Supplemental Certification is submitted in connection with Gibbons March 13, 2019 retention as counsel for the above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**") nunc pro tunc to the petition date [ECF 239] for the purpose of providing supplemental disclosures required under sections 327(a), 328, 504 and 1107 of the Bankruptcy Code and FED. R. BANK. P. 2014(a). Except as otherwise set forth herein, I have personal knowledge of the matters set forth herein and, if called as a witness, would testify competently thereto.

## ADDITIONAL DISCLOSURES

3. As a supplement to the disclosures set forth in my prior Certifications [ECF 102-1; 204; 640], I make the following statements: With respect to TD Bank ("**TD**"), on or about November 1, 2019, the Firm was retained by TD, in a matter unrelated to the Debtors, to serve as Trustee's Counsel to TD in connection with the issuance of certain revenue bonds by the North Hudson Sewerage Authority. As to this "new" matter for TD, the Firm has requested and obtained a conflict waiver from TD and will be instituting a prophylactic screen, similar to what it has done for representation of East West Bank and JPMorgan Chase Bank, N.A. in matters unrelated to the Debtors.

4. Except as set forth herein, the remaining disclosures set forth in my prior Certifications are true and correct.

I declare under penalty of perjury under 28 U.S.C. § 1746 that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: November 7, 2019
      Newark, NJ

                                              /s/ *Karen A. Giannelli*
                                              Karen A. Giannelli