| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**LOWENSTEIN SANDLER LLP**<br>Mary E. Seymour, Esq.<br>Joseph J. DiPasquale, Esq.<br>John P. Schneider, Esq.<br>One Lowenstein Drive<br>Roseland, NJ 07068<br>Telephone: (973) 597-2500<br>Facsimile: (973) 597-2400<br>mseymour@lowenstein.com<br>jdipasquale@lowenstein.com<br>jschneider@lowenstein.com<br><br>*Co-Counsel to the Official Committee of Unsecured Creditors* |

| | |
|---|---|
| In re:<br><br>New England Motor Freight, Inc., *et al.*,[1]<br><br>　　　　Debtors. | Case No. 19-12809 (JKS)<br><br>Chapter 11<br><br>Hon. John K. Sherwood, U.S.B.J. |

**CERTIFICATION OF SERVICE**

1. I, Elizabeth Lawler, pursuant to 28 U.S.C. § 1746, certify as follows:

   ☐ represent _____ in this matter.

   ☒ I am a paralegal employed by the law firm of Lowenstein Sandler LLP, co-counsel to the Official Committee of Unsecured Creditors in the above-captioned cases.

   ☐ am the _____ in this case and am representing myself.

2. On <u>November 5, 2019</u>, I caused the following document to be electronically filed with the Court, using the Court's Electronic Filing System and served via the

---

[1] The Debtors in these Chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC (4357); Mylon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMF Logistics, LLC (4666).

36527/2
11/07/2019 205362556.1

-2-

court's CM/ECF system on the parties that have consented to electronic service of all court filings:

- *Second Interim Fee Application of CohnReznick LLP and CohnReznick Capital Market Securities, LLC For The Period From June 1, 2019 Through September 30, 2019* [ECF No. 967] (the "CohnReznick Application").

3. Also on November 5, 2019, the CohnReznick Application was served by electronic mail on the parties listed on Exhibit A.

4. On November 6, 2019, I caused the following documents to be electronically filed with the Court, using the Court's Electronic Filing System and served via the court's CM/ECF system on the parties that have consented to electronic service of all court filings:

- *Second Interim Application of Lowenstein Sandler LLP As Counsel To The Official Committee Of Unsecured Creditors For Compensation For Services Rendered And Reimbursement Of Expenses for The Period From June 1, 2019 Through September 30, 2019* [ECF No. 972] (the "Lowenstein Application").

- *Second Interim Application of Elliott Greenleaf, P.C. As Co-Counsel To The Official Committee Of Unsecured Creditors For Compensation For Services Renderered And Reimbursement Of Expenses For The Period From June 1, 2019 Through September 30, 2019* [ECF No. 973](the "Elliott Greenleaf Application", and together, with the CohnReznick Application and the Lowenstein Application, the "Committee Applications").

5. Also on November 6, 2019, the Lowenstein Application and the Elliot Greenleaf Application were served by electronic mail on the parties listed on Exhibit A.

6. Also on November 6, 2019, the Committee Applications were served upon Peter J. D'Auria, Office of the US Trustee, One Newark Center, Suite 2100 Newark, NJ 07102 by first class mail.

I certify under penalty of perjury that the above-referenced documents were sent using the mode of service indicated.

Date: November 7, 2019                                          */s/ Elizabeth Lawler*
                                                                 Elizabeth  Lawler

## **Exhibit A**

| NAME | E-MAIL ADDRESS |
|---|---|
| ALISSA PICCIONE | ALISSA.PICCIONE@TROUTMAN.COM |
| ALBERT F NASUTI,ESQ | ANASUTI@TOKN.COM |
| ANTHONY SODONO, III; SARI PLACONA | ASODONO@MSBNJ.COM; SPLACONA@MSBNJ.COM |
| BRIAN GLASS, OFFICE OF THE CHIEF COUNSEL | BRIAGLASS@PA.GOV |
| ALAN J. BRODY | BRODYA@GTLAW.COM |
| ALAN J BRODY,ESQ | BRODYA@GTLAW.COM |
| BETH J ROTENBERG,ESQ | BROTENBERG@CSGLAW.COM |
| BRETT S. THEISEN, ESQ. | BTHEISEN@GIBBONSLAW.COM |
| BRIAN W HOFMEISTER, ESQ | BWH@HOFMEISTERFIRM.COM |
| CHARLES A ERCOLE;RONA J ROSEN | CERCOLE@KLEHR.COM;RROSEN@KLEHR.COM |
| CATHERINE L COREY,ESQ | CLCOREY@NORRIS-LAW.COM |
| CHRISTOPHER A. LYNCH | CLYNCH@REEDSMITH.COM |
| RYK TIERNEY EXEC DIR AND RAYMOND GOAD JR GC | CONTACT@IAMNPF.ORG |
| DAVID A PISCIOTTA | DAVID.PISCIOTTA@TROUTMAN.COM |
| DAVID A PISCIOTTA,ESQ | DAVID.PISCIOTTA@TROUTMAN.COM |
| DONALD W CLARKE,ESQ | DCLARKE@WJSLAW.COM |
| DAVID EDELBERG, ESQ. | DEDELBERG@CULLENANDDYKMAN.COM |
| DAVID V FONTANA,ESQ | DFONT@GEBSMITH.COM |
| DENISE A KUHN, SEN DEPUTY ATTORNEY GEN | DKUHN@ATTORNEYGENERAL.GOV |
| DANIEL M STOLZ,ESQ | DSTOLZ@WJSLAW.COM |
| ERIC S GOLDSTEIN,ESQ | EGOLDSTEIN@GOODWIN.COM |
| EVAN S GOLDSTEIN, ESQ | EGOLDSTEIN@UKS.COM |
| FRANK PERETORE,ESQ | FPERETORE@CSGLAW.COM |
| GARY D BRESSLER,ESQ | GBRESSLER@MDMC-LAW.COM |
| GRACE WINKLER CRANLEY,ESQ | GRACE.CRANLEY@DINSMORE.COM |
| JUSTIN W GRAY,ESQ | GRAY@MOSCLLP.COM |
| JOANNE M BONACCI | JBONACCI@DBPLAWFIRM.COM |
| JEFFREY SPONDER, MITCHELL HAUSMAN AND PETER D'AURIA | JEFFREY.M.SPONDER@USDOJ.GOV; MITCHELL.B.HAUSMAN@USDOJ.GOV; PETER.J.D'AURIA@USDOJ.GOV |
| JACOB S FRUMKIN,ESQ | JFRUMKIN@COLESCHOTZ.COM |
| JOSEPH LUBERTAZZI JR.,ESQ | JLUBERTAZZI@MCCARTER.COM |
| JOHN MARSHALL | JMARSHALL@JMPARTNERSLLC.COM |
| JOHN R MORTON JR, ESQ | JOHN.MORTON3@VERIZON.NET |
| JOSHUA S LIM,ESQ | JOSHUALIM@KCLLAWFIRM.COM |
| JOSEPH L SCHWARTZ;MICHAEL TRENTIN | JSCHWARTZ@RIKER.COM;MTRENTIN@RIKER.COM |

| NAME | E-MAIL ADDRESS |
|---|---|
| JAMES M SMITH | JSMITH@GEBSMITH.COM |
| KENNETH L BAUM,ESQ | KBAUM@KENBAUMDEBTSOLUTIONS.COM |
| KEVIN J BLOOM,ESQ | KBLOOM@HHK.COM |
| KEVIN M CAPUZZI | KCAPUZZI@BENESCHLAW.COM |
| KAREN A. GIANNELLI, ESQ. | KGIANNELLI@GIBBONSLAW.COM |
| KEVIN G. MCDONALD, ESQ. | KMCDONALD@KMLLAWGROUP.COM |
| LOUIS CURCIO | LOUIS.CURCIO@TROUTMAN.COM |
| LOUIS A CURCIO,ESQ | LOUIS.CURCIO@TROUTMAN.COM |
| LISA BITTLE TANCREDI | LTANCREDI@GEBSMITH.COM |
| LISA BITTLE TANCREDI | LTANCREDI@GEBSMITH.COM |
| MARK F LISCIO | MARK.LISCIO@FRESHFIELDS.COM;NEAL.MODI@FRESHFIELDS.COM;SCOTT.TALMADGE@FRESHFIELDS.COM |
| MARK F LISCIO | MARK.LISCIO@FRESHFIELDS.COM;NEAL.MODI@FRESHFIELDS.COM;SCOTT.TALMADGE@FRESHFIELDS.COM |
| MARLENE; RICHARD KLEIN | MARLENE@SUPERIORDISTRIBUTORSINC.COM |
| MICHAEL R CARUSO,ESQ | MCARUSO@CSGLAW.COM |
| MARK B. CONLAN, ESQ. | MCONLAN@GIBBONSLAW.COM |
| MARK A PLATT | MPLATT@FBTLAW.COM |
| MORRIS S BAUER,ESQ | MSBAUER@NORRIS-LAW.COM |
| MARY E SEYMOUR;JOSEPH J DIPASQUALE | MSEYMOUR@LOWENSTEIN.COM;JDIPASQUALE@LOWENSTEIN.COM |
| MICHAEL D SIROTA,ESQ | MSIROTA@COLESCHOTZ.COM |
| NORMAN N KINEL | NORMAN.KINEL@SQUIREPB.COM |
| NORMAN N KINEL,ESQ | NORMAN.KINEL@SQUIREPB.COM |
| C/O BK SERVICING LLC | NOTICES@BKSERVICING.COM |
| PETER J. D'AURIA,ESQ; MITCHELL HAUSMAN | PETER.J.D'AURIA@USDOJ.GOV; MITCHELL.B.HAUSMAN@USDOJ.GOV |
| PETER M KNOB,ESQ | PKNOB@MCCARTER.COM |
| PETER KNOB | PKNOB@MCCARTER.COM |
| PAUL M MCCORMICK,ESQ | PMCCORMICK@DBPLAWFIRM.COM |
| PAUL M NUSSBAUM | PNUSSBAUM@WTPLAW.COM |
| RICHARD J ALBUQUERQUE,ESQ | RA@DJD.LAW |
| DEB SECREST,AUTHORIZED AGENT | RA-LI-UCTS-BANKRUPT@STATE.PA.US |
| RICHARD S KANOWITZ;EVAN M LAZEROWITZ | RKANOWITZ@COOLEY.COM;ELAZEROWITZ@COOLEY.COM |
| ROBERT E NIES,ESQ | RNIES@CSGLAW.COM |
| REBECCA A SOLARZ,ESQ | RSOLARZ@KMLLAWGROUP.COM |
| RICK A STEINBERG,ESQ | RSTEINBERG@PRICEMEESE.COM |
| R X ZAHRALDDIN-ARAVENA;JONATHAN M STEMERMAN | RXZA@ELLIOTTGREENLEAF.COM;JMS@ELLIOTTGREENLEAF.COM;SXD@ELLIOTTGREENLEAF.COM |
| SCOTT J FREEDMAN | SFREEDMAN@DILWORTHLAW.COM |
| WARNER NORCROSS + JUDD LLP | SGROW@WNJ.COM |

| NAME | E-MAIL ADDRESS |
|---|---|
| ANTHONY G. ROSS | TROSS@TONYROSSLAW.COM |
| VIRGINIA T SHEA,ESQ | VSHEA@MDMC-LAW.COM |