## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC., *et al.*, | Case No. 19-12809 (JKS) |
| | (Jointly Administered) |
| Debtors.[1] | |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
                   ) ss:
COUNTY OF KINGS )

I, Ted Tokuda, declare:

1.    I am over the age of 18 years and not a party to these chapter 11 cases.

2.    I am employed by Donlin, Recano & Company, Inc., ("DRC"), 6201 15th Avenue, Brooklyn, NY 11219.

3.    On the 7th day of November, 2019, at my direction and under my supervision, employees of DRC caused to serve the *Notice of Second Interim Fee Applications* (Docket No. 978) upon the parties as set forth on Exhibit 1, attached hereto, via First Class U.S. Mail.

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 8th day of November, 2019, Brooklyn, New York.

                                 Ted Tokuda

Sworn before me this
8th day of November, 2019

Notary Public

**SUNG JAE KIM**
**NOTARY PUBLIC STATE OF NEW YORK**
**QUEENS COUNTY**
**LIC. #01KI6211176**
**MY COMM. EXP. SEPTEMBER 14, 2021**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC (4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMF Logistics, LLC (4666).

# EXHIBIT 1

New England Motor Freight, Inc., et al.
Exhibit Pages

000088P001-1413S-198
AAA COOPER TRANSPORTATION
TIFFANY ENGELHUBER
1751 KINSEY ROAD
DOTHAN AL 36303

000148P001-1413S-198
ANTHONY G ROSS, ESQ
126 SOUTH MAIN STREET
PITTSTON PA 18640

000068P001-1413S-198
BENESCH FRIEDLANDER COPLAN & ARONOFF LLP
KEVIN M CAPUZZI
CONTINENTAL PLAZA II
411 HACKENSACK AVE.,3RD FLOOR
HACKENSACK NJ 07601-6323

000072P001-1413S-198
CAB EAST LLC,SERVICED BY FORD MOTOR CREDIT CO.,LLC
NATIONAL BANKRUPTCY SERVICE CENTER
P O BOX 62180
COLORADO SPRINGS CO 80921

000077P001-1413S-198
CHIESA SHAHINIAN & GIANTOMASI PC
BETH J ROTENBERG,ESQ
ONE BOLAND DRIVE
WEST ORANGE NJ 07052

000078P001-1413S-198
CHIESA SHAHINIAN & GIANTOMASI PC
FRANK PERETORE,ESQ
ONE BOLAND DRIVE
WEST ORANGE NJ 07052

000085P001-1413S-198
CHIESA SHAHINIAN & GIANTOMASI PC
ROBERT E NIES,ESQ
ONE BOLAND DRIVE
WEST ORANGE NJ 07052

000108P002-1413S-198
CHIESA SHAHINIAN & GIANTOMASI PC
MICHAEL R CARUSO; ROBERT HORNBY
ONE BOLAND DRIVE
WEST ORANGE NJ 07052

000149P001-1413S-198
CHIESA SHAHINIAN & GIANTOMASI PC
SCOTT W LICHTENSTEIN, ESQ
ONE BOLAND DRIVE
WEST ORANGE NJ 07052

000081P001-1413S-198
COLE SCHOTZ PC
MICHAEL D SIROTA,ESQ
COURT PLAZA NORTH
25 MAIN ST
HACKENSACK NJ 07601

000082P001-1413S-198
COLE SCHOTZ PC
JACOB S FRUMKIN,ESQ
COURT PLAZA NORTH
25 MAIN ST
HACKENSACK NJ 07601

000104P001-1413S-198
CONNELL FOLEY LLP
ROBERT K SCHEINBAUM,ESQ
56 LIVINGSTON AVE
ROSELAND NJ 07068

000127P001-1413S-198
COOLEY LLP
RICHARD S KANOWITZ,EVAN M LAZEROWITZ
55 HUDSON YARDS
NEW YORK NY 10001

000147P001-1413S-198
CULLEN AND DYKMAN LLP
DAVID EDELBERG, ESQ.
433 HACKENSACK AVE 12TH FL
HACKENSACK NJ 07601

000126P001-1413S-198
D'ARCY JOHNSON DAY
RICHARD J ALBUQUERQUE,ESQ
3120 FIRE ROAD STE 100
EGG HARBOR TOWNSHIP NJ 08234

000109P003-1413S-198
DAIMLER TRUST
C/O BK SERVICING LLC
ED GEZEL, AGENT
P O BOX 131265
ROSEVILLE MN 55113-0011

000012P001-1413S-198
DEPARTMENT OF ENVIRONMENTAL PROTECTION
OFFICE OF RECORDS ACCESS
ATTN: BANKR. COORDINATOR
PO BOX 402
MAIL CODE 401-06Q
TRENTON NJ 08625-0402

000075P001-1413S-198
DILWORTH PAXSON LLP
SCOTT J FREEDMAN
457 HADDONFIELD ROAD STE 700
CHERRY HILL NJ 08002

000103P001-1413S-198
DINSMORE & SHOHL, LLP
GRACE WINKLER CRANLEY,ESQ
227 WEST MONROE ST.,STE 3850
CHICAGO IL 60606

000100P001-1413S-198
DREIFUSS BONACCI & PARKER PC
JOANNE M BONACCI
26 COLUMBIA TURNPIKE STE 101 NORTH ENTRANCE
FLORHAM PARK NJ 07932

000101P001-1413S-198
DREIFUSS BONACCI & PARKER PC
PAUL M MCCORMICK,ESQ
26 COLUMBIA TURNPIKE STE 101, NORTH ENTRANCE
FLORHAM PARK NJ 07932

000087P003-1413S-198
ELLIOT GREENLEAF
R X ZAHRALDDIN- ARAVENA;JONATHAN M STEMERMAN
SARAH DENIS
1105 MARKET ST STE 1700
WILMINGTON DE 19801

000008P001-1413S-198
ENVIRONMENTAL PROTECTION AGENCY
REGION 2
290 BROADWAY
17TH FLOOR
NEW YORK NY 10007-1866

000020P002-1413S-198
FRESHFIELDS BRUCKHAUS DERINGER
MARK  LISCIO; NEAL MODI; S. TALMADGE
601 LEXINGTON AVE, 31ST FL
NEW YORK NY 10022

000084P001-1413S-198
FROST BROWN  TODD LLC
MARK A PLATT
100 CRESCENT COURT STE 350
DALLAS TX 75201

000017P001-1413S-198
GEBHARDT & SMITH LLP
JAMES M SMITH
ONE SOUTH STREET
SUITE 2200
BALTIMORE MD 21202-3281

000061P002-1413S-198
GEBHARDT & SMITH LLP
DAVID V FONTANA, ESQ
ONE SOUTH ST STE 2200
BALTIMORE MD 21202-3281

000073P001-1413S-198
GEBHARDT & SMITH LLP
LISA BITTLE TANCREDI
ONE SOUTH ST STE 2200
BALTIMORE MD 21202-3281

New England Motor Freight, Inc., et al.

Exhibit Pages

| | | | |
|---|---|---|---|
| 000074P001-1413S-198<br>GEBHARDT & SMITH LLP<br>LISA BITTLE TANCREDI<br>1000 N WEST STREET<br>SUITE 1200<br>WILMINGTON DE 19801 | 000019P001-1413S-198<br>GREENBERG TRAURIG LLP<br>ALAN J BRODY, ESQ<br>500 CAMPUS DR, STE 400<br>SUITE 400<br>FLORHAM PARK NJ 07932-0677 | 000090P001-1413S-198<br>GUTTMAN OIL CO.<br>GREGORY J. CREIGHAN<br>200 SPEERS STREET<br>BELLE VERNON PA 15012 | 000083P001-1413S-198<br>HINMAN HOWARD & KATTELL LLP<br>KEVIN J BLOOM,ESQ<br>PARK 80 WEST -PLAZA II<br>250 PEHLE AVE STE 200<br>SADDLE BROOK NJ 07663-5834 |
| 000027P001-1413S-198<br>IAM NATIONAL PENSION FUND<br>RYK TIERNEY EXEC DIR AND RAYMOND GOAD JR GC<br>1300 CONNECTICUT AVE<br>STE 300<br>WASHINGTON DC 20036 | 000004P001-1413S-198<br>INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | 000005P001-1413S-198<br>INTERNAL REVENUE SERVICE<br>2970 MARKET STREET<br>MAIL STOP 5-Q30.133<br>PHILADELPHIA PA 19104-5016 | 000076P001-1413S-198<br>JM PARTNERS LLC<br>JOHN MARSHALL<br>6800 PARAGON PLACE STE 202<br>RICHMOND VA 23230-1656 |
| 000125P001-1413S-198<br>KIM CHO & LIM LLC<br>JOSHUA S LIM,ESQ<br>460 BERGEN BOULEVARD STE 305<br>PALISADES PARK NJ 07650 | 000079P001-1413S-198<br>KLEHR HARRISON HARVEY BRANZBURG LLP<br>CHARLES A ERCOLE;RONA J ROSEN<br>10000 LINCOLN DRIVE EAST STE 201<br>MARLTON NJ 08053 | 000129P001-1413S-198<br>KML LAW GROUP PC<br>REBECCA A SOLARZ,ESQ<br>216 HADDON AVENUE STE 406<br>WESTMONT NJ 08108 | 000124P001-1413S-198<br>KML LAW GROUP, P.C.<br>KEVIN G. MCDONALD, ESQ.<br>216 HADDON AVE STE 406<br>WESTMONT NJ 08108 |
| 000089P001-1413S-198<br>LANDSTAR TRANSPORTATION LOGISTICS, INC.<br>SPRYTE KIMMEY<br>13410 SUTTON PARK DR S<br>JACKSONVILLE FL 32224 | 000146P001-1413S-198<br>LAW FIRM OF BRIAN W HOFMEISTER LLC<br>BRIAN W HOFMEISTER, ESQ<br>3131 PRINCETON PIKE BUILDING 5,STE 110<br>LAWRENCEVILLE NJ 08648 | 000130P001-1413S-198<br>LAW OFFICES OF KENNETH L BAUM LLC<br>KENNETH L BAUM,ESQ<br>167 MAIN STREET<br>HACKENSACK NJ 07601 | 000086P001-1413S-198<br>LOWENSTEIN SANDLER LLP<br>MARY E SEYMOUR;JOSEPH J DIPASQUALE<br>ONE LOWENSTEIN DRIVE<br>ROSELAND NJ 07068 |
| 000099P001-1413S-198<br>MAYNARD O'CONNOR SMITH & CATALINOTTO LLP<br>JUSTIN W GRAY,ESQ<br>6 TOWER PLACE<br>ALBANY NY 12203 | 000059P003-1413S-198<br>MCCARTER & ENGLISH LLP<br>PETER M. KNOB, ESQ.<br>FOUR GATEWAY CENTER<br>100 MULBERRY ST<br>NEWARK NJ 07102 | 000060P002-1413S-198<br>MCCARTER & ENGLISH LLP<br>JOSEPH LUBERTAZZI JR., ESQ<br>FOUR GATEWAY CENTER<br>100 MULBERRY ST<br>NEWARK NJ 07102 | 000022P002-1413S-198<br>MCCARTER & ENGLISH, LLP<br>PETER M. KNOB, ESQ.<br>100 MULBERRY STREET<br>FOUR GATEWAY CENTER<br>NEWARK NJ 07102 |
| 000070P002-1413S-198<br>MCELROY DEUTSCH ET AL<br>GARY D BRESSLER, ESQ<br>300 DELAWARE AVE STE 770<br>WILMINGTON DE 19801 | 000069P002-1413S-198<br>MCELROY DEUTSCH MULVANEY<br>VIRGINIA T SHEA, ESQ<br>1300 MOUNT KEMBLE AVE<br>MORRISTOWN NJ 07962 | 000093P003-1413S-198<br>MCMANIMON, SCOTLAND  BAUMANN<br>ANTHONY SODONO, III; SARI PLACONA<br>75 LIVINGSTON AVE STE 201<br>ROSELAND NJ 07068 | 000071P001-1413S-198<br>MORTON & CRAIG LLC<br>JOHN R MORTON JR, ESQ<br>110 MARTER AVE STE 301<br>MOORESTOWN NJ 08057 |
| 000067P001-1413S-198<br>MYRON SHEVELL<br>C/O NEW ENGLAND MOTOR FREIGHT INC<br>ZACHARY W. COHEN<br>1-71 NORTH AVENUE E<br>ELIZABETH NJ 07201 | 000009P002-1413S-198<br>NEW JERSEY ATTORNEY GENERAL OFFICE<br>DIVISION OF LAW<br>RICHARD J. HUGHES JUSTICE COMPLEX<br>25 MARKET ST<br>TRENTON NJ 08625-0112 | 000010P002-1413S-198<br>NEW JERSEY DIVISION OF TAXATION<br>COMPLIANCE & ENFORCEMENT UNIT<br>BANKRUPTCY UNIT<br>50 BARRACK STREET, 9TH FLOOR<br>TRENTON NJ 08695-0267 | 000011P001-1413S-198<br>NEW JERSEY MOTOR VEHICLE COMMISSION<br>ADMINISTRATIVE UNIT<br>225 EAST STATE STREET<br>TRENTON NJ 08666 |

**New England Motor Freight, Inc., et al.**

**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000150P002-1413S-198<br>NEW YORK STATE DEPARTMENT OF LABOR<br>JESSICA  AGARWAL, ASST ATTORNEY GENERAL<br>OFFICE OF THE ATTORNEY GENERAL<br>28 LIBERTY STREET<br>NEW YORK NY 10005 | 000154P001-1413S-198<br>NEW YORK STATE ATTORNEY GENERAL<br>LABOR BUREAU<br>120 BROADWAY<br>NEW YORK NY 10271 | 000106P001-1413S-198<br>NORRIS MCLAUGHLIN PA<br>MORRIS S BAUER,ESQ<br>400 CROSSING BOULEVARD,8TH FLOOR<br>BRIDGEWATER NJ 08807 | 000107P001-1413S-198<br>NORRIS MCLAUGHLIN PA<br>CATHERINE L COREY,ESQ<br>400 CROSSING BOULEVARD, 8TH FLOOR<br>BRIDGEWATER NJ 08807 |
| 000080P001-1413S-198<br>OFFICE OF UNEMPLOYMENT COMPENSATION TAX SERVICES<br>DEB SECREST,AUTHORIZED AGENT<br>PA-DEPT OF LABOR & INDUSTRY<br>COLLECTIONS SUPPORT UNIT<br>851 BOAS ST RM 702<br>HARRISBURG PA 17121 | 000102P001-1413S-198<br>PA DEPT OF REVENUE<br>DENISE A KUHN, SEN DEPUTY ATTORNEY GEN<br>THE PHOENIX BUILDING<br>1600 ARCH ST., STE 300<br>PHILADELPHIA PA 19103 | 000095P001-1413S-198<br>PA- DEPT OF ENVIRONMENTAL PROTECTION<br>BRIAN GLASS, OFFICE OF THE CHIEF COUNSEL<br>SOUTHEAST REGIONAL COUNSEL<br>2 EAST MAIN ST<br>NORRISTOWN PA 19401-4915 | 000098P001-1413S-198<br>PRICE MEESE SHULMAN & D'ARMINIO PC<br>RICK A STEINBERG,ESQ<br>50 TICE BOULEVARD STE 380<br>WOODCLIFF LAKE NJ 07677 |
| 000066P001-1413S-198<br>REED SMITH LLP<br>CHRISTOPHER A. LYNCH<br>599 LEXINGTON AVE<br>NEW YORK NY 10022 | 000096P001-1413S-198<br>RIKER DANZIG SCHERER HYLAND & PERRETTI LLP<br>JOSEPH L SCHWARTZ;MICHAEL TRENTIN<br>HEADQUARTERS PLAZA<br>ONE SPEEDWELL AVE<br>MORRISTOWN NJ 07962-1981 | 000006P001-1413S-198<br>SECURITIES EXCHANGE COMMISSION<br>NEW YORK REGIONAL OFFICE<br>ATTN: ANDREW CALAMARI, REGIONAL DIRECTOR<br>BROOKFIELD PLACE<br>200 VESSEY STREET, SUITE 400<br>NEW YORK NY 10281-1022 | 000091P001-1413S-198<br>SHIPMAN & GOODWIN LLP<br>ERIC S GOLDSTEIN,ESQ<br>ONE CONSTITUTIONAL PLAZA<br>HARTFORD CT 06103 |
| 000018P002-1413S-198<br>SQUIRE PATTON BOGGS (US) LLP<br>NORMAN N KINEL, ESQ<br>30 ROCKEFELLER PLAZA, 23RD FL<br>NEW YORK NY 10112 | 000119P001-1413S-198<br>STEPHEN B. GROW, ESQ.<br>WARNER NORCROSS + JUDD LLP<br>111 LYON ST NW # 900<br>GRAND RAPIDS MI 49503 | 000035P002-1413S-198<br>SUPERIOR DISTRIBUTORS CO, INC<br>MARLENE; RICHARD KLEIN<br>4 MIDLAND AVE<br>ELMWOOD PARK NJ 07407 | 000128P001-1413S-198<br>THOMPSON O'BRIEN KEMP & NASUTI PC<br>ALBERT F NASUTI,ESQ<br>40 TECHNOLOGY PARKWAY SOUTH, STE 300<br>PEACHTREE CORNERS GA 30092 |
| 000056P001-1413S-198<br>TROUTMAN SANDERS<br>ALISSA PICCIONE<br>875 THIRD AVENUE<br>NEW YORK NY 10022 | 000054P001-1413S-198<br>TROUTMAN SANDERS LLP<br>DAVID A PISCIOTTA, ESQ<br>875 THIRD AVENUE<br>NEW YORK NY 10022 | 000055P002-1413S-198<br>TROUTMAN SANDERS LLP<br>LOUIS A CURCIO, ESQ<br>875 THIRD AVENUE<br>NEW YORK NY 10022 | 000092P001-1413S-198<br>TURNER LAW FIRM LLC<br>ANDREW R TURNER,ESQ<br>76 SOUTH ORANGE AVE STE 106<br>SOUTH ORANGE NJ 07079 |
| 000002P001-1413S-198<br>UNITED STATES ATTORNEY<br>DISTRICT OF NEW JERSEY<br>PETER RODINO FEDERAL BUILDING<br>970 BROAD STREET, SUITE 700<br>NEWARK NJ 07102 | 000097P002-1413S-198<br>UNITED STATES DEPARTMENT OF JUSTICE<br>PETER J. D'AURIA,ESQ; MITCHELL HAUSMAN<br>OFFICE OF THE UNITED STATES TRUSTEE<br>ONE NEWARK CENTER STE 2100<br>NEWARK NJ 07102 | 000001P001-1413S-198<br>UNITED STATES TRUSTEE<br>ONE NEWARK CENTER, SUITE 2100<br>1085 RAYMOND BOULEVARD<br>NEWARK NJ 07102 | 000105P002-1413S-198<br>UPDIKE KELLY & SPELLACY PC<br>EVAN S GOLDSTEIN, ESQ<br>100 PEARL ST.,17TH FL<br>P O BOX 231277<br>HARTFORD CT 06123-1277 |
| 000057P001-1413S-198<br>WASSERMAN JURISTA & STOLZ PC<br>DANIEL M STOLZ,ESQ<br>110 ALLEN ROAD STE 304<br>BASKING RIDGE NJ 07920 | 000058P001-1413S-198<br>WASSERMAN JURISTA & STOLZ PC<br>DONALD W CLARKE,ESQ<br>110 ALLEN ROAD STE 304<br>BASKING RIDGE NJ 07920 | 000021P003-1413S-198<br>WHITEFORD TAYLOR PRESTON LLP<br>PAUL M NUSSBAUM<br>7 SAINT PAUL STREET<br>BALTIMORE MD 21202-1636 | |

Records Printed : **83**