Form order – ntcorder

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  19–12809–JKS
Chapter:  11
Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   New England Motor Freight, Inc.
   1–71 North Ave E
   Elizabeth, NJ 07201

Social Security No.:

Employer's Tax I.D. No.:
   22–1977697

### NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

   Please be advised that on November 8, 2019, the court entered the following judgment or order on the court's docket in the above–captioned case:

Document Number: 982 – 964, 965
Order Granting Application to Shorten Time (related document:964 Motion re: JOINT MOTION BY THE DEBTORS AND THE PUTATIVE CLASS REPRESENTATIVE SEEKING ENTRY OF ORDERS: (I) PRELIMINARILY APPROVING A SETTLEMENT AGREEMENT, (II) CERTIFYING A WARN CLASS FOR SETTLEMENT PURPOSES ONLY, (III) APPOINTING CLASS COUNSEL AND A CL filed by Debtor New England Motor Freight, Inc.). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 11/5/2019. Hearing scheduled for 11/12/2019 at 10:00 AM at JKS – Courtroom 3D, Newark. (mg)

   Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: November 8, 2019
JAN: mg

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 19-12809-JKS
New England Motor Freight, Inc.                                 Chapter 11
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin             Page 1 of 5              Date Rcvd: Nov 08, 2019
                             Form ID: orderntc        Total Noticed: 69

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 10, 2019.
```
db              +New England Motor Freight, Inc.,   1-71 North Ave E,   Elizabeth, NJ 07201-2958
aty             +ANTHONY G ROSS,   126 South Main Street,   Pittston, PA 18640-1739
aty            #+Brent C. Strickland,   Whiteford, Taylor & Preston L.L.P,   7501 Wisconsin Avenue,Suite 700W,
                 Bethesda, MD 20814-6521
aty             +Charles Ercole,   Klehr Harrison et al,   10000 Lincoln Drive East,   Suite 201,
                 Marlton, NJ 08053-3105
aty             +Charles R Mathis, IV,   Levinson Axelrod. P.A.,   Levinson Plaza,   2 Lincoln Highway,
                 PO Box 2905,   Edison, NJ 08818-2905
aty             +David L. Eisbrouch,   Harmon, Linder & Rogowsky, Esqs.,   3 Park Avenue, Suite 2300,
                 New York, NY 10016-5908
aty             +Deloitte Consulting LLP,   111 S Wacker Dr,   Chicago, IL 60606-4396
aty             +Elliot M. Smith,   SQUIRE PATTON BOGGS (US) LLP,   4900 Key Tower,   127 Public Square,
                 Cleveland, OH 44114-1217
aty             +Gibbons, P.C.,   One Gateway Center,   Newark, NJ 07102-5321
aty            #+Grace Winkler Cranley,   Dinsmore & Shohl LLP,   227 W. Monroe Street,   Suite 3850,
                 Chicago, IL 60606-5085
aty             Howard A. Cohen,   Gibbons P.C.,   300 Delaware Avenue, Suite 1015,   Wilmington, DE  19801-1671
aty             Jeffrey L. Nagel,   Gibbons P.C.,   One Pennsylvania Plaza, 37th Floor,
                 New York, NY  10119-3701
aty             +Jonathan I. Edelstein,   Edelstein & Grossman,   501 Fifth Avenue, Suite 514,
                 New York, NY 10017-7840
aty             +Jonathan M. Stemerman,   1105 N. Market Street,   Suite 1700,   Wilmington, DE 19801-1228
aty             +Joshua Eppich,   Bonds Ellis Eppich Schafer Jones LLP,   420 Throckmorton Street, Suite 1000,
                 Fort Worth, TX 76102-3727
aty             +Keith M. Lusby,   Gebhardt & Smith LLP,   One South Street, Suite 2200,
                 Baltimore, MD 21202-3281
aty             +Kevin J Bloom,   Park 80 West- Plaza II,   250 Pehle Avenue, Suite 200,
                 Saddle Brook, NJ 07663-5835
aty             +Lisa Bittle Tancredi,   Gebhardt & Smith LLP,   One South Street, Ste 2200,
                 Baltimore, MD 21202-3281
aty             +Lowenstein Sandler LLP,   One Lowenstein Drive,   Roseland, NJ 07068-1791
aty             +Mark F. Liscio,   Freshfields Bruckhaus Deringer US LLP,   601 Lexington Avenue,
                 Neew York, NY 10022-4611
aty             Maura P. McIntyre,   Squire Patton Boggs (US) LLP,   49 Key Tower, 127 Public Square,
                 Cleveland, OH  44114
aty             +Robert G. Goodman,   Palmisano & Goodman, PA,   171 Main Street,   PO Box 518,
                 Woodbridge, NJ 07095-0518
aty             +Sarah Denis,   ELLIOT GREENLEAF,   1105 Market Street, Suite 1700,   Wilmington, DE 19801-1228
aty             +Scott D. Talmadge,   Freshfields Bruckhaus Deringer US LLP,   601 Lexington Avenue,
                 New York, NY 10022-4611
aty             +Tiffany Strelow Cobb,   Vorys, Sater, Seymour and Pease LLP,   52 East Gay Street,
                 Columbus, OH 43215-3161
aty             +Todd M. Brooks,   Whiteford, Taylor & Preston L.L.P.,   7 St. Paul Street, Suite 1500,
                 Baltimore, MD 21202-1636
aty             +Vera N. Kanova,   General Law Division,   400 Market Street,   Harrosbirg, PA 17101-2301
aty             +WASSERMAN, JURISTA & STOLZ, P.C.,   110 Allen Road,   Suite 304,
                 Basking Ridge,, NJ 07920-4500
aty             +Whiteford Taylor & Preston,   Seven Saint paul St. Ste 1800,   Baltimore, MD 21202-1639
sp              +Akerman LLP,   666 Fifth Avenue, 20th Fl,   New York, NY 10103-0020
cr              +Albert F Nasuti, Esq.,   THOMPSON, OBRIEN, KEMP & NASUTI, P.C.,   40 Technology Parkway South,
                 Suite 300,   Peachtree Corners, GA 30092-2924
cr              +Berkley Insurance Company,   c/o CHIESA SHAHINIAN & GIANTOMASI PC,   One Boland Drive,
                 West Orange, NJ 07052-3686
cr              +CAB East LLC, serviced by Ford Motor Credit Compan,   P.O. Box 62180,
                 Colorado Springs, CO 80962-2180
cr              +Capital One, N.A.,   c/o McCarter & English, LLP,   Attn: Peter M. Knob, Esq.,
                 Four Gateway Center,   100 Mulberry Street,   Newark, NJ 07102-4056
op              +CohnReznick Capital Market Securities, LLC,   4 Becker Farm Road,   Roseland, NJ 07068-1739
cr              +Commonwealth of Pennsylvania Department of Labor a,   Deb Secrest,   651 Boas Street, Room 702,
                 Harrisburg, PA 17121-0751
cr              +Connecticut Light & Power Company, NStar Western M,   c/o McCarter & English, LLP,
                 Attn: Kate R. Buck, Esq.,   Renaissance Centre,   405 N. King Street, 8th Floor,
                 Wilmington, DE 19801-3773
r               +Cushman & Wakefield of Florida, LLC,   200 South Biscayne Blvd..,   Miami, FL 33131-2310
cr              +Daimler Trust,   c/o BK Servicing, LLC,   P.O. Box 131265,   Roseville, MN 55113-0011
cr              Dept. of Revenue Commonwealth of Pennsylvania, dep,   Bureau of Compliance,   Dept. 280946,
                 Harrisburg, PA  17128-0946
op              +Donlin, Recano & Company, Inc.,   6201 15th Ave.,   Brooklyn, NY 11219-5411
intp            +Dorothy Karp,   2931 Pittston Ave,   Scranton, PA 18505-3139
cr              +East River Energy, Inc,,   401 Soundview Road,   Guilford, CT 06437-2971
intp            Great Dane LLC,   Michael D. Sirota, Esq.,   Cole Schotz P.C.,
                 25 Main Street, Court Plaza North,   Hackensack, NJ  07601
cr              +Larry L. Banks,   124 Lexington Avenue,   Paterson, NJ 07502-1809
```

```
District/off: 0312-2            User: admin              Page 2 of 5              Date Rcvd: Nov 08, 2019
                               Form ID: orderntc         Total Noticed: 69


cr              +Lucky's Energy Service, Inc.,   c/o Riker Danzig,   One Speedwell Avenue,
                  Morristown, NJ 07960-6838
cr              +MICHAEL SINGLEY,   432 West Pine Ave,   Wildwood, NJ 08260-2336
cr               Marie-Jose Dube,   IBM CORPORATION,   275 Viger East,   Montreal, QC  H2X 3R7,   CANADA
cr              +McIntosh Energy Company,   1923 Bremer Road,   Fort Wayne, IN 46803-3002
cr              +Nelson Vasquez,   Boyer Coffy, LLC.,   970 Clifton Ave, Suite 201,   Clifton, NJ 07013-2730
cr              +New Jersey Manufacturers,   c/o Connell Foley (RKS),   56 Livingston Avenue,
                  Roseland, NJ  07068,   UNITED STATES 07068-1733
cr              +New York State Department of Labor,   Office of the Attorney General,   28 Liberty Street,
                  New York, NY 10005-1400
cr              +Office of Unemployment Compensation Tax Services (,   Deb Secrest,
                  Commonwealth of Pennsylvania,   651 Boas Street, Room 702,   Harrisburg,, PA 17121-0751
cr              +Omnitracs, LLC,   c/o Mark A. Platt, Esq.,   Frost Brown Todd LLC,   100 Crescent Court,
                  Suite 350,   Dallas, TX 75201-2348
intp            +Orange and Rockland Utilities, Inc.,   c/o Daniel N. Kraushaar, Esq.,
                  300 Airport Executive Park,   Suite 307,   Nanuet, NY 10954-5285
intp            +PA Department of Environmental Protection,   Office of Chief Counsel,   400 Market St,
                  Harrisburg, PA 17101-2301
cr              +Pantos USA, Inc.,   910 Sylvan Ave.,   Englewood Cliffs, NJ 07632-3306
cr              +Pilot Travel Centers LLC,   5508 Lonas Drive,   Knoxville, TN 37909-3221
cr              +Potomac Edison Company, Toledo Edison Company and,   c/o McCarter & English, LLP,
                  Attn: Kate R. Buck, Esq.,   Renaissance Centre,   405 N. King Street, 8th Floor,
                  Wilmington, DE 19801-3773
intp            +Protective Insurance Company,   3100 North Meridian Street,   Indianapolis, IN 46208-4718
cr              +RLI Insurance Company,   9025 N. Lindbergh Drive,   Peoria, il 61615-1499
cr              +VW Credit, Inc.,   P.O. Box 340514,   Tampa, FL 33694-0514
cr              +Valvoline LLC,   100 Valvoline Way,   Lexington, TX 40509-2714
acc             +Withumsmith+Brown,   200 Jefferson Park, Suite 400,   Whippany, NJ 07981-1070
cr              +to Rita Alvarado The Rosato Firm, P.C., counsel,   55 Broadway, 23rd Floor,
                  New York, NY 10006-3734

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             +E-mail/Text: sak@elliottgreenleaf.com Nov 09 2019 00:05:54     ELLIOTT GREENLEAF, P.C,
                  1105 Market Street, Suite 1700,   Wilmington, DE 19801-1228
aty             +E-mail/Text: rxza@elliottgreenleaf.com Nov 09 2019 00:05:54    Rafael X Zahralddin-Aravena,
                  Elliot Greenleaf,   1105 North Market Street,   Wilmington, DE 19801-1216
app             +E-mail/Text: atkinsappraisal@aol.com Nov 09 2019 00:04:47    A. Atkins Appraisal Corp,,
                  122 Clinton Road,   Fairfiled, NJ 07004-2900
intp             E-mail/Text: jmarshall@jmpartnersllc.com Nov 09 2019 00:05:01    John  Marshall,
                  c/o JM Partners LLC,   6800 Paragon Place Suite 202,   Richmond,, VA  23230-1656
                                                                             TOTAL: 4


           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty              Elliott Greenleaf, P.C.
intp             International Business Machines Corp (IBM)
cr               JP Morgan Chase,   1111 Polaris Parkway, 4P0461,   Columbus
op               Vincent J. Colistra
aty*            +Lowenstein Sandler LLP,   One Lowenstein Drive,   Roseland, NJ 07068-1791
                                                                      TOTALS: 4, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2019                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

District/off: 0312-2          User: admin              Page 3 of 5              Date Rcvd: Nov 08, 2019
                             Form ID: orderntc         Total Noticed: 69

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 8, 2019 at the address(es) listed below:
         Alan J. Brody   on behalf of Creditor   JP Morgan Chase brodya@gtlaw.com,   NJLitDock@gtlaw.com
         Andrew R. Turner   on behalf of Defendant   Protective Insurance Company courts@turnerlaw.net
         Andrew R. Turner   on behalf of Interested Party   Protective Insurance Company
          courts@turnerlaw.net
         Anthony Sodono, III   on behalf of Defendant   Jalil Waters and Rashida Carter asodono@msbnj.com
         Anthony Sodono, III   on behalf of Creditor Jalil Walters asodono@msbnj.com
         Anthony Sodono, III   on behalf of Creditor   Mercedes Benz Financial Services USA LLC
          asodono@msbnj.com
         Anthony Sodono, III   on behalf of Defendant Shauna Jones asodono@msbnj.com
         Anthony Sodono, III   on behalf of Creditor Rasheeda Carter asodono@msbnj.com
         Anthony Sodono, III   on behalf of Creditor Shauna Jones asodono@msbnj.com
         Beth J. Rotenberg   on behalf of Creditor   Berkley Insurance Company brotenberg@csglaw.com,
          ecf@csglaw.com
         Blake D. Roth   on behalf of Creditor   Bridgestone Americas Tire Operations, LLC
          blake.roth@wallerlaw.com,
          chris.cronk@wallerlaw.com;deborah.liles@wallerlaw.com;katie.stenberg@wallerlaw.com
         Brett Steven Theisen   on behalf of Plaintiff   New England Motor Freight, Inc.
          btheisen@gibbonslaw.com
         Brett Steven Theisen   on behalf of Debtor   New England Motor Freight, Inc.
          btheisen@gibbonslaw.com
         Brian Glass   on behalf of Interested Party   PA Department of Environmental Protection
          briaglass@pa.gov,   verkanova@pa.gov
         Brian W. Hofmeister   on behalf of Creditor Larry L. Banks bwh@hofmeisterfirm.com
         Catherine L. Corey   on behalf of Creditor   East River Energy, Inc, clcorey@nmmlaw.com
         Chad J. Toms   on behalf of Debtor   New England Motor Freight, Inc. ctoms@wtplaw.com
         Christopher Lynch   on behalf of Creditor   Fifth Third Bank clynch@reedsmith.com
         Christopher John Leavell   on behalf of Interested Party   Class Plaintiffs at al
          cleavell@klehr.com,   lclark@klehr.com
         Christopher John Leavell   on behalf of Plaintiff Dan Webster cleavell@klehr.com,
          lclark@klehr.com
         Christopher John Leavell   on behalf of Plaintiff Mary Carlin cleavell@klehr.com,
          lclark@klehr.com
         Daniel Stolz   on behalf of Debtor   New England Motor Freight, Inc. dstolz@wjslaw.com,
          dstolz@ecf.inforuptcy.com;msousa@wjslaw.com;btorres@ecf.inforuptcy.com
         David Edelberg   on behalf of Creditor   McIntosh Energy Company dedelberg@cullenanddykman.com,
          edelbergdr82964@notify.bestcase.com
         David A. Pisciotta   on behalf of Creditor   Santander Bank, N.A.
          david.pisciotta@troutmansanders.com,   john.murphy@troutman.com;alissa.piccione@troutman.com
         David V. Fontana   on behalf of Creditor   TD Bank, N.A. dfont@gebsmith.com,
          ltancredi@gebsmith.com;klusby@gebsmith.com
         Deirdre E. Burke   on behalf of Creditor   Capital One, N.A. dburke@mccarter.com
         Denise A Kuhn   on behalf of Creditor Dept. of Revenue   Commonwealth of Pennsylvania, department
          of revenue dkuhn@attorneygeneral.gov
         Donald W Clarke   on behalf of Debtor   New England Motor Freight, Inc. dclarke@wjslaw.com,
          dclarke@ecf.inforuptcy.com
         Douglas J. McGill   on behalf of Creditor   Pilot Thomas Logistics LLC dmcgill@webbermcgill.com,
          mlynch@webbermcgill.com
         Douglas T Tabachnik   on behalf of Creditor to Rita Alvarado   The Rosato Firm, P.C., counsel
          dtabachnik@dttlaw.com,   rdalba@dttlaw.com
         Douglas T Tabachnik   on behalf of Defendant Rita Alvarado dtabachnik@dttlaw.com,
          rdalba@dttlaw.com
         Eric Goldstein   on behalf of Creditor   United HealthCare Services, Inc. egoldstein@goodwin.com,
          bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com
         Evan S. Goldstein   on behalf of Creditor   Webster Capital Finance, Inc. egoldstein@uks.com
         Frank Peretore   on behalf of Creditor   Wells Fargo Equipment Finance, Inc. fperetore@csglaw.com
         Gail C. Lin   on behalf of Plaintiff Alice Waters GL@outtengolden.com,
          jxh@outtengolden.com;jar@outtengolden.com;rsr@outtengolden.com;kdeleon@outtengolden.com;squinonez
          @outtengolden.com;tloughran@outtengolden.com
         Gail C. Lin   on behalf of Plaintiff Rich Richardson GL@outtengolden.com,
          jxh@outtengolden.com;jar@outtengolden.com;rsr@outtengolden.com;kdeleon@outtengolden.com;squinonez
          @outtengolden.com;tloughran@outtengolden.com
         Gary D. Bressler   on behalf of Creditor   VFS US LLC gbressler@mdmc-law.com,
          kdeans@mdmc-law.com;kpatterson@mdmc-law.com;dprimack@mdmc-law.com;bkleban@mdmc-law.com
         Gary D. Bressler   on behalf of Creditor   Mack Trucks, Inc. gbressler@mdmc-law.com,
          kdeans@mdmc-law.com;kpatterson@mdmc-law.com;dprimack@mdmc-law.com;bkleban@mdmc-law.com
         Gary D. Bressler   on behalf of Creditor   Volvo Financial gbressler@mdmc-law.com,
          kdeans@mdmc-law.com;kpatterson@mdmc-law.com;dprimack@mdmc-law.com;bkleban@mdmc-law.com
         Gavin Stewart   on behalf of Creditor   VW Credit, Inc. gavin@stewartlegalgroup.com
         Jacob Frumkin   on behalf of Interested Party   Great Dane LLC jfrumkin@coleschotz.com
         JoAnne M. Bonacci   on behalf of Creditor   RLI Insurance Company jbonacci@dbplawfirm.com
         John F. Bracaglia, Jr.   on behalf of Interested Party   Orange and Rockland Utilities, Inc.
          brokaw@centraljerseylaw.com
         John Phillip Schneider   on behalf of Creditor Committee   Official Committee Of Unsecured
          Creditors JPSchneider@mdmc-law.com
         John R. Morton, Jr.   on behalf of Creditor   CAB East LLC, serviced by Ford Motor Credit Company
          LLC ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com
         Joseph Lubertazzi, Jr.   on behalf of Creditor   Capital One, N.A. jlubertazzi@mccarter.com

District/off: 0312-2          User: admin          Page 4 of 5          Date Rcvd: Nov 08, 2019
                             Form ID: orderntc      Total Noticed: 69


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Joseph J. DiPasquale    on behalf of Other Prof.   CohnReznick Capital Market Securities, LLC
           jdipasquale@lowenstein.com,  jkimble@lowenstein.com
          Joseph J. DiPasquale    on behalf of Creditor Committee   Official Committee Of Unsecured
           Creditors jdipasquale@lowenstein.com,  jkimble@lowenstein.com
          Joseph J. McMahon, Jr.    on behalf of Creditor   Pilot Travel Centers LLC jmcmahon@ciardilaw.com,
           jclarke@ciardilaw.com
          Joseph L. Schwartz    on behalf of Creditor   Lucky's Energy Service, Inc. jschwartz@riker.com
          Justin W. Gray    on behalf of Creditor Janice A. Goodall gray@maynardoconnorlaw.com,
           Sweeney@moscllp.com
          Justin W. Gray    on behalf of Creditor Anthony  McNeil gray@maynardoconnorlaw.com,
           Sweeney@moscllp.com
          Justin W. Gray    on behalf of Creditor Angela  Evans gray@maynardoconnorlaw.com,
           Sweeney@moscllp.com
          Justin W. Gray    on behalf of Creditor Daniel  Murtha gray@maynardoconnorlaw.com,
           Sweeney@moscllp.com
          Justin W. Gray    on behalf of Creditor Daniel  Rinaldi gray@maynardoconnorlaw.com,
           Sweeney@moscllp.com
          Justin W. Gray    on behalf of Defendant   Angela Evans, Individually & as Parent & Natural
           Guardian of E Evans, an Infant gray@maynardoconnorlaw.com,  Sweeney@moscllp.com
          Karen A. Giannelli    on behalf of Debtor   MyJon, LLC kgiannelli@gibbonslaw.com
          Karen A. Giannelli    on behalf of Accountant   Withumsmith+Brown kgiannelli@gibbonslaw.com
          Karen A. Giannelli    on behalf of Plaintiff   Jans Leasing Corp. kgiannelli@gibbonslaw.com
          Karen A. Giannelli    on behalf of Debtor   United Express Solar, LLC kgiannelli@gibbonslaw.com
          Karen A. Giannelli    on behalf of Plaintiff   New England Motor Freight, Inc.
           kgiannelli@gibbonslaw.com
          Karen A. Giannelli    on behalf of Debtor   NEMF Logistics, LLC kgiannelli@gibbonslaw.com
          Karen A. Giannelli    on behalf of Debtor   Carrier Industries, Inc. kgiannelli@gibbonslaw.com
          Karen A. Giannelli    on behalf of Debtor   Myar, LLC kgiannelli@gibbonslaw.com
          Karen A. Giannelli    on behalf of Debtor   New England Motor Freight, Inc.
           kgiannelli@gibbonslaw.com
          Karen A. Giannelli    on behalf of Debtor    Apex Logistics, Inc. kgiannelli@gibbonslaw.com
          Karen A. Giannelli    on behalf of Plaintiff   MyJon, LLC kgiannelli@gibbonslaw.com
          Karen A. Giannelli    on behalf of Debtor   Eastern Freight Ways, Inc. kgiannelli@gibbonslaw.com
          Karen A. Giannelli    on behalf of Plaintiff   NEMF World Transport, Inc. kgiannelli@gibbonslaw.com
          Karen A. Giannelli    on behalf of Plaintiff   Carrier Industries, Inc. kgiannelli@gibbonslaw.com
          Karen A. Giannelli    on behalf of Plaintiff   Apex Logistics, Inc. kgiannelli@gibbonslaw.com
          Karen A. Giannelli    on behalf of Plaintiff   NEMF Logistics, LLC kgiannelli@gibbonslaw.com
          Karen A. Giannelli    on behalf of Plaintiff   Myar, LLC kgiannelli@gibbonslaw.com
          Karen A. Giannelli    on behalf of Debtor   NEMF World Transport, Inc. kgiannelli@gibbonslaw.com
          Karen A. Giannelli    on behalf of Plaintiff   United Express Solar, LLC kgiannelli@gibbonslaw.com
          Karen A. Giannelli    on behalf of Debtor   Jans Leasing Corp. kgiannelli@gibbonslaw.com
          Karen A. Giannelli    on behalf of Other Prof.   Donlin, Recano & Company, Inc.
           kgiannelli@gibbonslaw.com
          Karen A. Giannelli    on behalf of Plaintiff   Eastern Freight Ways, Inc. kgiannelli@gibbonslaw.com
          Karen A. Giannelli    on behalf of Plaintiff   Hollywood Avenue Solar, LLC
           kgiannelli@gibbonslaw.com
          Karen A. Giannelli    on behalf of Debtor   Hollywood Avenue Solar, LLC kgiannelli@gibbonslaw.com
          Kate R. Buck    on behalf of Creditor   Potomac Edison Company, Toledo Edison Company and West
           Penn Power Company kbuck@mccarter.com
          Kate R. Buck    on behalf of Creditor   Connecticut Light & Power Company, NStar Western
           Massachusetts, Yankee Gas Services Company, Colonial Gas Company, KeySpan Energy Delivery Long
           Island, Narragansett Electric Company and Niagara Mohawk kbuck@mccarter.com
          Kenneth L. Baum    on behalf of Creditor   Clermont Holdings, LLC kbaum@kenbaumdebtsolutions.com,
           fpisano@coleschotz.com
          Keri P. Ebeck    on behalf of Creditor   Guttman Energy, Inc. kebeck@bernsteinlaw.com,
           jbluemle@bernsteinlaw.com
          Kevin Gordon McDonald    on behalf of Creditor   VW Credit Leasing, Ltd. kmcdonald@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Kevin M. Capuzzi    on behalf of Interested Party   Amazon.com Services, Inc., formerly Amazon
           Fulfillment Services, Inc. kcapuzzi@beneschlaw.com,  debankruptcy@beneschlaw.com
          Leonard R Boyer    on behalf of Creditor Nelson  Vasquez lrbnjesq@gmail.com,
           mcordova48890@aol.com;r.lr73573@notify.bestcase.com;aocasio768@aol.com
          Louis A. Curcio    on behalf of Creditor   Santander Bank, N.A. louis.curcio@troutmansanders.com,
           John.Murphy@troutmansanders.com;jonathan.forstot@troutmansanders.com;david.pisciotta@troutmansand
           ers.com
          Mark  Platt    on behalf of Creditor   Omnitracs, LLC mplatt@fbtlaw.com
          Mark B Conlan    on behalf of Debtor   New England Motor Freight, Inc. mconlan@gibbonslaw.com
          Mark B Conlan    on behalf of Plaintiff   New England Motor Freight, Inc. mconlan@gibbonslaw.com
          Mark B Conlan    on behalf of Defendant   New England Motor Freight, Inc., et al.
           mconlan@gibbonslaw.com
          Mary E. Seymour    on behalf of Creditor Committee   Official Committee Of Unsecured Creditors
           mseymour@lowenstein.com
          Mary E. Seymour    on behalf of Attorney   Lowenstein Sandler LLP mseymour@lowenstein.com
          Melissa A. Pena    on behalf of Creditor   Webster Capital Finance, Inc. mapena@norris-law.com,
           pfreda@nmmlaw.com
          Michael D. Sirota    on behalf of Interested Party   Great Dane LLC msirota@coleschotz.com,
           fpisano@coleschotz.com

District/off: 0312-2          User: admin              Page 5 of 5              Date Rcvd: Nov 08, 2019
                              Form ID: orderntc         Total Noticed: 69


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Michael R. Caruso    on behalf of Creditor    Wells Fargo Equipment Finance, Inc.
           mcaruso@csglaw.com,  ecf@csglaw.com
          Morris S. Bauer    on behalf of Creditor    East River Energy, Inc, msbauer@nmmlaw.com,
           rjacome@norris-law.com,relikens@nmmlaw.com
          Norman N Kinel    on behalf of Interested Party    East West Bank norman.kinel@squirepb.com,
           sarah.conley@squirepb.com;elliot.smith@squirepb.com
          Peter M. Knob    on behalf of Creditor    Capital One, N.A. pknob@mccarter.com,
           lrestivo@mccarter.com
          Rebecca Ann Solarz    on behalf of Creditor    VW Credit Leasing, Ltd rsolarz@kmllawgroup.com
          Rene S. Roupinian    on behalf of Plaintiff Rich  Richardson rsr@outtengolden.com
          Rene S. Roupinian    on behalf of Plaintiff Alice  Waters rsr@outtengolden.com
          Richard  Albuquerque    on behalf of Creditor MICHAEL   SINGLEY richarda@djdlawyers.com
          Richard S. Kanowitz    on behalf of Unknown Role Type    Ad Hoc Group of Tort Claimants
           rkanowitz@cooley.com,  mklein@cooley.com;jindyke@cooley.com;efiling-notice@ecf.pacerpro.com
          Rick Aaron Steinberg    on behalf of Creditor    TOTE Maritime rsteinberg@pricemeese.com
          Robert A. Burke    on behalf of Defendant    Jenny Munson Andress, individually and as the
           Administratrix of the Estate of Herbert Andress rburke@macelree.com
          Robert E. Nies    on behalf of Creditor    Berkley Insurance Company rnies@csglaw.com
          Robert K. Scheinbaum    on behalf of Defendant    New Jersey Manufacturers Insurance Company a/s/o
           Phyllis A. Troy rscheinbaum@connellfoley.com
          Robert K. Scheinbaum    on behalf of Creditor    New Jersey Manufacturers
           rscheinbaum@connellfoley.com
          Rona J. Rosen    on behalf of Creditor    WARN Act Class Plaintiffs and Putative Class
           cbbutler@klehr.com,  cbbutler@klehr.com
          Sari Blair Placona    on behalf of Defendant    DARYL MARTIN AND KIM MARTIN splacona@msbnj.com
          Sari Blair Placona    on behalf of Creditor Jalil  Walters splacona@msbnj.com
          Sari Blair Placona    on behalf of Defendant Shauna  Jones splacona@msbnj.com
          Sari Blair Placona    on behalf of Creditor Shauna  Jones splacona@msbnj.com
          Sari Blair Placona    on behalf of Creditor Daryl & Kim  Martin splacona@msbnj.com
          Sari Blair Placona    on behalf of Defendant    Jalil Waters and Rashida Carter splacona@msbnj.com
          Sari Blair Placona    on behalf of Creditor Rasheeda  Carter splacona@msbnj.com
          Sari Blair Placona    on behalf of Creditor    Interstate Towing Recovery Incorporated
           splacona@msbnj.com
          Sari Blair Placona    on behalf of Creditor    Mercedes Benz Financial Services USA LLC
           splacona@msbnj.com
          Scott J. Freedman    on behalf of Creditor    Corcentric, LLC sfreedman@dilworthlaw.com
          Scott W Lichtenstein    on behalf of Creditor    Berkley Insurance Company slichtenstein@csglaw.com
          Seoung Y. Lim    on behalf of Creditor    Pantos USA, Inc. joshualim@kcllawfirm.com,
           denisemoreno@kcllawfirm.com,seankwak@kcllawfirm.com,jpark@kcllawfirm.com
          Stephen  B. Ravin    on behalf of Creditor    Riggins, Inc. sravin@saul.com,  jgillman@saul.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          Virginia T. Shea    on behalf of Creditor    VFS US LLC vshea@mdmc-law.com,
           mtaranto@mdmc-law.com;kpatterson@mdmc-law.com;gbressler@mdmc-law.com;lmodugno@mdmc-law.com
          Virginia T. Shea    on behalf of Creditor    Volvo Financial vshea@mdmc-law.com,
           mtaranto@mdmc-law.com;kpatterson@mdmc-law.com;gbressler@mdmc-law.com;lmodugno@mdmc-law.com
          Warren Scott Gottlieb    on behalf of Defendant    Consolidated Edison Company of New York, Inc.
           wgottlieb@golawllp.com
                                                                                          TOTAL: 128