| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br>**GIBBONS P.C.**<br>Karen A. Giannelli, Esq.<br>Mark B. Conlan, Esq.<br>Brett S. Theisen, Esq.<br>One Gateway Center<br>Newark, New Jersey  07102<br>Telephone:  (973) 596-4500<br>Facsimile:   (973) 596-0545<br>*Counsel to the Debtors*<br>*and Debtors-in-Possession* | **FILED**<br>JEANNE A. NAUGHTON, CLERK<br>**NOV 0 5 2019**<br>U.S. BANKRUPTCY COURT<br>NEWARK, N.J.<br>BY _____ DEPUTY |
| In re:<br><br>New England Motor Freight, Inc., *et al.*,[1]<br><br>            Debtors. | Case No. 19-12809 (JKS)<br><br>Chapter 11<br><br>Hon. John K. Sherwood, U.S.B.J. |
| ALICE WATERS and RICH RICHARDSON, individually and on behalf of all others similarly situated,<br>            Plaintiffs,<br>v.<br>NEW ENGLAND MOTOR FREIGHT, INC., *et al.*,<br>            Defendants. | Adv. Proc. No. 19-01163 (JKS) |

### ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following page is hereby **ORDERED**.

_____
HONORABLE JOHN K. SHERWOOD
UNITED STATES BANKRUPTCY JUDGE

Dated: November 5, 2019

---

[1] The Debtors in these Chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC (4357); Mylon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMF Logistics, LLC (4666).

Page: 2
Debtors: New England Motor Freight, Inc., *et al.*
Case No.: 19-12809 (JKS)
Caption: Order Shortening Time Period for Notice, Setting Hearing and Limiting Notice

---

After review of the application of Mark B. Conlan, Esq. for a reduction of time for a hearing under FED. R. BANKR. P. 9006(c)(1) on the Motion of New England Motor Freight, Inc. and its affiliated debtors in the above-captioned chapter 11 cases (the "**Debtors**") for an Order on the Joint Motion by the Debtors and the Putative Class Representative Seeking Entry of Orders regarding a Settlement Agreement.

**ORDERED** as follows:

1. A hearing will be conducted on the matter on November 12, 2019 at 10:00 a.m./p.m. (the "**Hearing Date**") in the United States Bankruptcy Court for the District of New Jersey, Martin L. King, Jr. Federal Building, 50 Walnut Street, 3d Floor, Newark, NJ 07102, Courtroom No. 3D.

2. The applicant must serve copies of this Order, the Application and the Motion upon: the Office of the United States Trustee, counsel for Official Committee of Unsecured Creditors, and counsel to each of the Debtors' secured equipment lenders by electronic mail immediately upon entry of this Order. Electronic notice via ECF of entry of this Order shall also be provided to all parties that have requested notice pursuant to FED. R. BANKR. P. 2002 in the above-captioned chapter 11 cases.

3. A Certification of Service must be filed prior to the Hearing Date.

4. Any objections to the Motion identified above may be presented at the hearing.

5. Court appearances are required to prosecute the Motion and any objections thereto. Parties may request to appear by phone by contacting Chambers no later than  3:00  a.m./p.m. on November  8 , 2019.

United States Bankruptcy Court
District of New Jersey

In re:                                                                              Case No. 19-12809-JKS
New England Motor Freight, Inc.                                                     Chapter 11
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2         User: admin              Page 1 of 4              Date Rcvd: Nov 08, 2019
                             Form ID: pdf903          Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 10, 2019.
db          +New England Motor Freight, Inc.,   1-71 North Ave E,   Elizabeth, NJ 07201-2958
aty        #+Brent C. Strickland,   Whiteford, Taylor & Preston L.L.P,   7501 Wisconsin Avenue,Suite 700W,
              Bethesda, MD 20814-6521
aty         +Deloitte Consulting LLP,   111 S Wacker Dr,   Chicago, IL 60606-4396
aty         +Gibbons, P.C.,   One Gateway Center,   Newark, NJ 07102-5321
aty          Howard A. Cohen,   Gibbons P.C.,   300 Delaware Avenue, Suite 1015,   Wilmington, DE 19801-1671
aty          Jeffrey L. Nagel,   Gibbons P.C.,   One Pennsylvania Plaza, 37th Floor,
              New York, NY 10119-3701
aty         +Todd M. Brooks,   Whiteford, Taylor & Preston L.L.P.,   7 St. Paul Street, Suite 1500,
              Baltimore, MD 21202-1636
aty         +WASSERMAN, JURISTA & STOLZ, P.C.,   110 Allen Road,   Suite 304,
              Basking Ridge,, NJ 07920-4500
aty         +Whiteford Taylor & Preston,   Seven Saint paul St. Ste 1800,   Baltimore, MD 21202-1639

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 8, 2019 at the address(es) listed below:
          Alan J. Brody    on behalf of Creditor    JP Morgan Chase brodya@gtlaw.com, NJLitDock@gtlaw.com
          Andrew R. Turner    on behalf of Interested Party    Protective Insurance Company
           courts@turnerlaw.net
          Andrew R. Turner    on behalf of Defendant    Protective Insurance Company courts@turnerlaw.net
          Anthony  Sodono, III    on behalf of Defendant Shauna  Jones asodono@msbnj.com
          Anthony  Sodono, III    on behalf of Creditor Rasheeda  Carter asodono@msbnj.com
          Anthony  Sodono, III    on behalf of Creditor Shauna  Jones asodono@msbnj.com
          Anthony  Sodono, III    on behalf of Defendant    Jalil Waters and Rashida Carter asodono@msbnj.com
          Anthony  Sodono, III    on behalf of Creditor Jalil  Walters asodono@msbnj.com
          Anthony  Sodono, III    on behalf of Creditor    Mercedes Benz Financial Services USA LLC
           asodono@msbnj.com
          Beth J. Rotenberg    on behalf of Creditor    Berkley Insurance Company brotenberg@csglaw.com,
           ecf@csglaw.com
          Blake D. Roth    on behalf of Creditor    Bridgestone Americas Tire Operations, LLC
           blake.roth@wallerlaw.com,
           chris.cronk@wallerlaw.com;deborah.liles@wallerlaw.com;katie.stenberg@wallerlaw.com
          Brett Steven Theisen    on behalf of Debtor    New England Motor Freight, Inc.
           btheisen@gibbonslaw.com
          Brett Steven Theisen    on behalf of Plaintiff    New England Motor Freight, Inc.
           btheisen@gibbonslaw.com
          Brian  Glass    on behalf of Interested Party    PA Department of Environmental Protection
           briaglass@pa.gov, verkanova@pa.gov
          Brian W. Hofmeister    on behalf of Creditor Larry L. Banks bwh@hofmeisterfirm.com
          Catherine L. Corey    on behalf of Creditor    East River Energy, Inc. clcorey@nmmlaw.com
          Chad J. Toms    on behalf of Debtor    New England Motor Freight, Inc. ctoms@wtplaw.com
          Christopher  Lynch    on behalf of Creditor    Fifth Third Bank clynch@reedsmith.com

```
District/off: 0312-2          User: admin              Page 2 of 4                  Date Rcvd: Nov 08, 2019
                              Form ID: pdf903          Total Noticed: 9
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

  Christopher John Leavell on behalf of Plaintiff Mary Carlin cleavell@klehr.com, lclark@klehr.com
  Christopher John Leavell on behalf of Interested Party Class Plaintiffs at al cleavell@klehr.com, lclark@klehr.com
  Christopher John Leavell on behalf of Plaintiff Dan Webster cleavell@klehr.com, lclark@klehr.com
  Daniel Stolz on behalf of Debtor New England Motor Freight, Inc. dstolz@wjslaw.com, dstolz@ecf.inforuptcy.com;msousa@wjslaw.com;btorres@ecf.inforuptcy.com
  David Edelberg on behalf of Creditor McIntosh Energy Company dedelberg@cullenanddykman.com, edelbergdr82964@notify.bestcase.com
  David A. Pisciotta on behalf of Creditor Santander Bank, N.A. david.pisciotta@troutmansanders.com, john.murphy@troutman.com;alissa.piccione@troutman.com
  David V. Fontana on behalf of Creditor TD Bank, N.A. dfont@gebsmith.com, ltancredi@gebsmith.com;klusby@gebsmith.com
  Deirdre E. Burke on behalf of Creditor Capital One, N.A. dburke@mccarter.com
  Denise A Kuhn on behalf of Creditor Dept. of Revenue Commonwealth of Pennsylvania, department of revenue dkuhn@attorneygeneral.gov
  Donald W Clarke on behalf of Debtor New England Motor Freight, Inc. dclarke@wjslaw.com, dclarke@ecf.inforuptcy.com
  Douglas J. McGill on behalf of Creditor Pilot Thomas Logistics LLC dmcgill@webbermcgill.com, mlynch@webbermcgill.com
  Douglas T Tabachnik on behalf of Defendant Rita Alvarado dtabachnik@dttlaw.com, rdalba@dttlaw.com
  Douglas T Tabachnik on behalf of Creditor to Rita Alvarado The Rosato Firm, P.C., counsel dtabachnik@dttlaw.com, rdalba@dttlaw.com
  Eric Goldstein on behalf of Creditor United HealthCare Services, Inc. egoldstein@goodwin.com, bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com
  Evan S. Goldstein on behalf of Creditor Webster Capital Finance, Inc. egoldstein@uks.com
  Frank Peretore on behalf of Creditor Wells Fargo Equipment Finance, Inc. fperetore@csglaw.com
  Gail C. Lin on behalf of Plaintiff Alice Waters GL@outtengolden.com, jxh@outtengolden.com;jar@outtengolden.com;rsr@outtengolden.com;kdeleon@outtengolden.com;squinonez@outtengolden.com;tloughran@outtengolden.com
  Gail C. Lin on behalf of Plaintiff Rich Richardson GL@outtengolden.com, jxh@outtengolden.com;jar@outtengolden.com;rsr@outtengolden.com;kdeleon@outtengolden.com;squinonez@outtengolden.com;tloughran@outtengolden.com
  Gary D. Bressler on behalf of Creditor Mack Trucks, Inc. gbressler@mdmc-law.com, kdeans@mdmc-law.com;kpatterson@mdmc-law.com;dprimack@mdmc-law.com;bkleban@mdmc-law.com
  Gary D. Bressler on behalf of Creditor Volvo Financial gbressler@mdmc-law.com, kdeans@mdmc-law.com;kpatterson@mdmc-law.com;dprimack@mdmc-law.com;bkleban@mdmc-law.com
  Gary D. Bressler on behalf of Creditor VFS US LLC gbressler@mdmc-law.com, kdeans@mdmc-law.com;kpatterson@mdmc-law.com;dprimack@mdmc-law.com;bkleban@mdmc-law.com
  Gavin Stewart on behalf of Creditor VW Credit, Inc. gavin@stewartlegalgroup.com
  Jacob Frumkin on behalf of Interested Party Great Dane LLC jfrumkin@coleschotz.com
  JoAnne M. Bonacci on behalf of Creditor RLI Insurance Company jbonacci@dbplawfirm.com
  John F. Bracaglia, Jr. on behalf of Interested Party Orange and Rockland Utilities, Inc. brokaw@centraljerseylaw.com
  John Phillip Schneider on behalf of Creditor Committee Official Committee Of Unsecured Creditors JPSchneider@mdmc-law.com
  John R. Morton, Jr. on behalf of Creditor CAB East LLC, serviced by Ford Motor Credit Company LLC ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
  Joseph Lubertazzi, Jr. on behalf of Creditor Capital One, N.A. jlubertazzi@mccarter.com
  Joseph J. DiPasquale on behalf of Creditor Committee Official Committee Of Unsecured Creditors jdipasquale@lowenstein.com, jkimble@lowenstein.com
  Joseph J. DiPasquale on behalf of Other Prof. CohnReznick Capital Market Securities, LLC jdipasquale@lowenstein.com, jkimble@lowenstein.com
  Joseph J. McMahon, Jr. on behalf of Creditor Pilot Travel Centers LLC jmcmahon@ciardilaw.com, jclarke@ciardilaw.com
  Joseph L. Schwartz on behalf of Creditor Lucky's Energy Service, Inc. jschwartz@riker.com
  Justin W. Gray on behalf of Defendant Angela Evans, Individually & as Parent & Natural Guardian of E Evans, an Infant gray@maynardoconnorlaw.com, Sweeney@moscllp.com
  Justin W. Gray on behalf of Creditor Janice A. Goodall gray@maynardoconnorlaw.com, Sweeney@moscllp.com
  Justin W. Gray on behalf of Creditor Anthony McNeil gray@maynardoconnorlaw.com, Sweeney@moscllp.com
  Justin W. Gray on behalf of Creditor Angela Evans gray@maynardoconnorlaw.com, Sweeney@moscllp.com
  Justin W. Gray on behalf of Creditor Daniel Murtha gray@maynardoconnorlaw.com, Sweeney@moscllp.com
  Justin W. Gray on behalf of Creditor Daniel Rinaldi gray@maynardoconnorlaw.com, Sweeney@moscllp.com
  Karen A. Giannelli on behalf of Plaintiff MyJon, LLC kgiannelli@gibbonslaw.com
  Karen A. Giannelli on behalf of Debtor Eastern Freight Ways, Inc. kgiannelli@gibbonslaw.com
  Karen A. Giannelli on behalf of Plaintiff Myar, LLC kgiannelli@gibbonslaw.com
  Karen A. Giannelli on behalf of Plaintiff NEMF World Transport, Inc. kgiannelli@gibbonslaw.com
  Karen A. Giannelli on behalf of Plaintiff Carrier Industries, Inc. kgiannelli@gibbonslaw.com
  Karen A. Giannelli on behalf of Plaintiff Apex Logistics, Inc. kgiannelli@gibbonslaw.com
  Karen A. Giannelli on behalf of Plaintiff NEMF Logistics, LLC kgiannelli@gibbonslaw.com
  Karen A. Giannelli on behalf of Debtor NEMF World Transport, Inc. kgiannelli@gibbonslaw.com

```
District/off: 0312-2          User: admin              Page 3 of 4          Date Rcvd: Nov 08, 2019
                              Form ID: pdf903          Total Noticed: 9
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Karen A. Giannelli    on behalf of Plaintiff    United Express Solar, LLC kgiannelli@gibbonslaw.com
        Karen A. Giannelli    on behalf of Debtor    Jans Leasing Corp. kgiannelli@gibbonslaw.com
        Karen A. Giannelli    on behalf of Other Prof.    Donlin, Recano & Company, Inc. kgiannelli@gibbonslaw.com
        Karen A. Giannelli    on behalf of Plaintiff    Eastern Freight Ways, Inc. kgiannelli@gibbonslaw.com
        Karen A. Giannelli    on behalf of Plaintiff    Hollywood Avenue Solar, LLC kgiannelli@gibbonslaw.com
        Karen A. Giannelli    on behalf of Debtor    Hollywood Avenue Solar, LLC kgiannelli@gibbonslaw.com
        Karen A. Giannelli    on behalf of Debtor    MyJon, LLC kgiannelli@gibbonslaw.com
        Karen A. Giannelli    on behalf of Accountant    Withumsmith+Brown kgiannelli@gibbonslaw.com
        Karen A. Giannelli    on behalf of Plaintiff    Jans Leasing Corp. kgiannelli@gibbonslaw.com
        Karen A. Giannelli    on behalf of Debtor    United Express Solar, LLC kgiannelli@gibbonslaw.com
        Karen A. Giannelli    on behalf of Plaintiff    New England Motor Freight, Inc. kgiannelli@gibbonslaw.com
        Karen A. Giannelli    on behalf of Debtor    NEMF Logistics, LLC kgiannelli@gibbonslaw.com
        Karen A. Giannelli    on behalf of Debtor    Carrier Industries, Inc. kgiannelli@gibbonslaw.com
        Karen A. Giannelli    on behalf of Debtor    Myar, LLC kgiannelli@gibbonslaw.com
        Karen A. Giannelli    on behalf of Debtor    New England Motor Freight, Inc. kgiannelli@gibbonslaw.com
        Karen A. Giannelli    on behalf of Debtor    Apex Logistics, Inc. kgiannelli@gibbonslaw.com
        Kate R. Buck    on behalf of Creditor    Connecticut Light & Power Company, NStar Western Massachusetts, Yankee Gas Services Company, Colonial Gas Company, KeySpan Energy Delivery Long Island, Narragansett Electric Company and Niagara Mohawk kbuck@mccarter.com
        Kate R. Buck    on behalf of Creditor    Potomac Edison Company, Toledo Edison Company and West Penn Power Company kbuck@mccarter.com
        Kenneth L. Baum    on behalf of Creditor    Clermont Holdings, LLC kbaum@kenbaumdebtsolutions.com, fpisano@coleschotz.com
        Keri P. Ebeck    on behalf of Creditor    Guttman Energy, Inc. kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com
        Kevin Gordon McDonald    on behalf of Creditor    VW Credit Leasing, Ltd. kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
        Kevin M. Capuzzi    on behalf of Interested Party    Amazon.com Services, Inc., formerly Amazon Fulfillment Services, Inc. kcapuzzi@beneschlaw.com, debankruptcy@beneschlaw.com
        Leonard R Boyer    on behalf of Creditor Nelson    Vasquez lrbnjesq@gmail.com, mcordova48890@aol.com;r.lr73573@notify.bestcase.com;aocasio768@aol.com
        Louis A. Curcio    on behalf of Creditor    Santander Bank, N.A. louis.curcio@troutmansanders.com, John.Murphy@troutmansanders.com;jonathan.forstot@troutmansanders.com;david.pisciotta@troutmansanders.com
        Mark  Platt    on behalf of Creditor    Omnitracs, LLC mplatt@fbtlaw.com
        Mark B Conlan    on behalf of Debtor    New England Motor Freight, Inc. mconlan@gibbonslaw.com
        Mark B Conlan    on behalf of Plaintiff    New England Motor Freight, Inc. mconlan@gibbonslaw.com
        Mark B Conlan    on behalf of Defendant    New England Motor Freight, Inc., et al. mconlan@gibbonslaw.com
        Mary E. Seymour    on behalf of Creditor Committee    Official Committee Of Unsecured Creditors mseymour@lowenstein.com
        Mary E. Seymour    on behalf of Attorney    Lowenstein Sandler LLP mseymour@lowenstein.com
        Melissa A. Pena    on behalf of Creditor    Webster Capital Finance, Inc. mapena@norris-law.com, pfreda@nmmlaw.com
        Michael D. Sirota    on behalf of Interested Party    Great Dane LLC msirota@coleschotz.com, fpisano@coleschotz.com
        Michael R. Caruso    on behalf of Creditor    Wells Fargo Equipment Finance, Inc. mcaruso@csglaw.com, ecf@csglaw.com
        Morris S. Bauer    on behalf of Creditor    East River Energy, Inc, msbauer@nmmlaw.com, rjacome@norris-law.com,relikens@nmmlaw.com
        Norman N Kinel    on behalf of Interested Party    East West Bank norman.kinel@squirepb.com, sarah.conley@squirepb.com;elliot.smith@squirepb.com
        Peter M. Knob    on behalf of Creditor    Capital One, N.A. pknob@mccarter.com, lrestivo@mccarter.com
        Rebecca Ann Solarz    on behalf of Creditor    VW Credit Leasing, Ltd rsolarz@kmllawgroup.com
        Rene S. Roupinian    on behalf of Plaintiff Alice    Waters rsr@outtengolden.com
        Rene S. Roupinian    on behalf of Plaintiff Rich    Richardson rsr@outtengolden.com
        Richard Albuquerque    on BEHALF of Creditor MICHAEL    SINGLEY richarda@djdlawyers.com
        Richard S. Kanowitz    on behalf of Unknown Role Type    Ad Hoc Group of Tort Claimants rkanowitz@cooley.com, mklein@cooley.com;jindyke@cooley.com;efiling-notice@ecf.pacerpro.com
        Rick Aaron Steinberg    on behalf of Creditor    TOTE Maritime rsteinberg@pricemeese.com
        Robert A. Burke    on behalf of Defendant    Jenny Munson Andress, individually and as the Administratrix of the Estate of Herbert Andress rburke@macelree.com
        Robert E. Nies    on behalf of Creditor    Berkley Insurance Company rnies@csglaw.com
        Robert K. Scheinbaum    on behalf of Defendant    New Jersey Manufacturers Insurance Company a/s/o Phyllis A. Troy rscheinbaum@connellfoley.com
        Robert K. Scheinbaum    on behalf of Creditor    New Jersey Manufacturers rscheinbaum@connellfoley.com
        Rona J. Rosen    on behalf of Creditor    WARN Act Class Plaintiffs and Putative Class cbbutler@klehr.com, cbbutler@klehr.com
        Sari Blair Placona    on behalf of Creditor Shauna    Jones splacona@msbnj.com
        Sari Blair Placona    on behalf of Creditor Daryl & Kim    Martin splacona@msbnj.com
        Sari Blair Placona    on behalf of Defendant    Jalil Waters and Rashida Carter splacona@msbnj.com
        Sari Blair Placona    on behalf of Creditor Rasheeda    Carter splacona@msbnj.com

```
District/off: 0312-2          User: admin              Page 4 of 4               Date Rcvd: Nov 08, 2019
                              Form ID: pdf903          Total Noticed: 9
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

         Sari Blair Placona    on behalf of Creditor    Interstate Towing Recovery Incorporated splacona@msbnj.com
         Sari Blair Placona    on behalf of Creditor    Mercedes Benz Financial Services USA LLC splacona@msbnj.com
         Sari Blair Placona    on behalf of Defendant    DARYL MARTIN AND KIM MARTIN splacona@msbnj.com
         Sari Blair Placona    on behalf of Creditor Jalil  Walters splacona@msbnj.com
         Sari Blair Placona    on behalf of Defendant Shauna  Jones splacona@msbnj.com
         Scott J. Freedman    on behalf of Creditor    Corcentric, LLC sfreedman@dilworthlaw.com
         Scott W Lichtenstein    on behalf of Creditor    Berkley Insurance Company slichtenstein@csglaw.com
         Seoung Y. Lim    on behalf of Creditor    Pantos USA, Inc. joshualim@kcllawfirm.com, denisemoreno@kcllawfirm.com,seankwak@kcllawfirm.com,jpark@kcllawfirm.com
         Stephen  B. Ravin    on behalf of Creditor    Riggins, Inc. sravin@saul.com,    jgillman@saul.com
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
         Virginia T. Shea    on behalf of Creditor    Volvo Financial vshea@mdmc-law.com, mtaranto@mdmc-law.com;kpatterson@mdmc-law.com;gbressler@mdmc-law.com;lmodugno@mdmc-law.com
         Virginia T. Shea    on behalf of Creditor    VFS US LLC vshea@mdmc-law.com, mtaranto@mdmc-law.com;kpatterson@mdmc-law.com;gbressler@mdmc-law.com;lmodugno@mdmc-law.com
         Warren Scott Gottlieb    on behalf of Defendant    Consolidated Edison Company of New York, Inc. wgottlieb@golawllp.com

         TOTAL: 128