**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC., *et al.*, | Case No. 19-12809 (JKS) |
| Debtors.[1] | (Jointly Administered) |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK  )
                                      ) ss:
COUNTY OF KINGS    )

I, Ted Tokuda, declare:

1. I am over the age of 18 years and not a party to these chapter 11 cases.

2. I am employed by Donlin, Recano & Company, Inc., ("DRC"), 6201 15th Avenue, Brooklyn, NY 11219.

3. On the 7th day of November, 2019, at my direction and under my supervision, employees of DRC caused to serve the *Third Supplemental Certification of Karen A. Giannelli Regarding the Employment and Retention of Gibbons P.C. as General Bankruptcy Counsel to the Debtors* (Docket No. 974) upon the parties as set forth on Exhibit 1, attached hereto, via First Class U.S. Mail.

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 8th day of November, 2019, Brooklyn, New York.

*/s/ Ted Tokuda*
Ted Tokuda

Sworn before me this
8th day of November, 2019

*/s/ Sung Jae Kim*
Notary Public

SUNG JAE KIM
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01KI6211176
MY COMM. EXP. SEPTEMBER 14, 2021

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC (4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMF Logistics, LLC (4666).

NEMF00196

# EXHIBIT 1

# New England Motor Freight, Inc., et al.
## Exhibit Pages

Page # : 1 of 3                                                                                          11/07/2019 01:21:02 PM

| | | | |
|---|---|---|---|
| 000088P001-1413S-198<br>AAA COOPER TRANSPORTATION<br>TIFFANY ENGELHUBER<br>1751 KINSEY ROAD<br>DOTHAN AL 36303 | 000148P001-1413S-198<br>ANTHONY G ROSS, ESQ<br>126 SOUTH MAIN STREET<br>PITTSTON PA 18640 | 000068P001-1413S-198<br>BENESCH FRIEDLANDER COPLAN & ARONOFF LLP<br>KEVIN M CAPUZZI<br>CONTINENTAL PLAZA II<br>411 HACKENSACK AVE.,3RD FLOOR<br>HACKENSACK NJ 07601-6323 | 000072P001-1413S-198<br>CAB EAST LLC,SERVICED BY FORD MOTOR CREDIT CO.,LLC<br>NATIONAL BANKRUPTCY SERVICE CENTER<br>P O BOX 62180<br>COLORADO SPRINGS CO 80921 |
| 000077P001-1413S-198<br>CHIESA SHAHINIAN & GIANTOMASI PC<br>BETH J ROTENBERG,ESQ<br>ONE BOLAND DRIVE<br>WEST ORANGE NJ 07052 | 000078P001-1413S-198<br>CHIESA SHAHINIAN & GIANTOMASI PC<br>FRANK PERETORE,ESQ<br>ONE BOLAND DRIVE<br>WEST ORANGE NJ 07052 | 000085P001-1413S-198<br>CHIESA SHAHINIAN & GIANTOMASI PC<br>ROBERT E NIES,ESQ<br>ONE BOLAND DRIVE<br>WEST ORANGE NJ 07052 | 000108P002-1413S-198<br>CHIESA SHAHINIAN & GIANTOMASI PC<br>MICHAEL R CARUSO; ROBERT HORNBY<br>ONE BOLAND DRIVE<br>WEST ORANGE NJ 07052 |
| 000149P001-1413S-198<br>CHIESA SHAHINIAN & GIANTOMASI PC<br>SCOTT W LICHTENSTEIN, ESQ<br>ONE BOLAND DRIVE<br>WEST ORANGE NJ 07052 | 000081P001-1413S-198<br>COLE SCHOTZ PC<br>MICHAEL D SIROTA,ESQ<br>COURT PLAZA NORTH<br>25 MAIN ST<br>HACKENSACK NJ 07601 | 000082P001-1413S-198<br>COLE SCHOTZ PC<br>JACOB S FRUMKIN,ESQ<br>COURT PLAZA NORTH<br>25 MAIN ST<br>HACKENSACK NJ 07601 | 000104P001-1413S-198<br>CONNELL FOLEY LLP<br>ROBERT K SCHEINBAUM,ESQ<br>56 LIVINGSTON AVE<br>ROSELAND NJ 07068 |
| 000127P001-1413S-198<br>COOLEY LLP<br>RICHARD S KANOWITZ;EVAN M LAZEROWITZ<br>55 HUDSON YARDS<br>NEW YORK NY 10001 | 000147P001-1413S-198<br>CULLEN AND DYKMAN LLP<br>DAVID EDELBERG, ESQ.<br>433 HACKENSACK AVE 12TH FL<br>HACKENSACK NJ 07601 | 000126P001-1413S-198<br>D'ARCY JOHNSON DAY<br>RICHARD J ALBUQUERQUE,ESQ<br>3120 FIRE ROAD STE 100<br>EGG HARBOR TOWNSHIP NJ 08234 | 000109P003-1413S-198<br>DAIMLER TRUST<br>C/O BK SERVICING LLC<br>ED GEZEL, AGENT<br>P O BOX 131265<br>ROSEVILLE MN 55113-0011 |
| 000012P001-1413S-198<br>DEPARTMENT OF ENVIRONMENTAL PROTECTION<br>OFFICE OF RECORDS ACCESS<br>ATTN: BANKR. COORDINATOR<br>PO BOX 402<br>MAIL CODE 401-06Q<br>TRENTON NJ 08625-0402 | 000075P001-1413S-198<br>DILWORTH PAXSON LLP<br>SCOTT J FREEDMAN<br>457 HADDONFIELD ROAD STE 700<br>CHERRY HILL NJ 08002 | 000103P001-1413S-198<br>DINSMORE & SHOHL LLP<br>GRACE WINKLER CRANLEY,ESQ<br>227 WEST MONROE ST.,STE 3850<br>CHICAGO IL 60606 | 000100P001-1413S-198<br>DREIFUSS BONACCI & PARKER PC<br>JOANNE M BONACCI<br>26 COLUMBIA TURNPIKE STE 101 NORTH ENTRANCE<br>FLORHAM PARK NJ 07932 |
| 000101P001-1413S-198<br>DREIFUSS BONACCI & PARKER PC<br>PAUL M MCCORMICK,ESQ<br>26 COLUMBIA TURNPIKE STE 101, NORTH ENTRANCE<br>FLORHAM PARK NJ 07932 | 000087P003-1413S-198<br>ELLIOT GREENLEAF<br>R X ZAHRALDDIN- ARAVENA;JONATHAN M STEMERMAN<br>SARAH DENIS<br>1105 MARKET ST STE 1700<br>WILMINGTON DE 19801 | 000008P001-1413S-198<br>ENVIRONMENTAL PROTECTION AGENCY<br>REGION 2<br>290 BROADWAY<br>17TH FLOOR<br>NEW YORK NY 10007-1866 | 000020P002-1413S-198<br>FRESHFIELDS BRUCKHAUS DERINGER<br>MARK LISCIO; NEAL MODI; S. TALMADGE<br>601 LEXINGTON AVE, 31ST FL<br>NEW YORK NY 10022 |
| 000084P001-1413S-198<br>FROST BROWN TODD LLC<br>MARK A PLATT<br>100 CRESCENT COURT STE 350<br>DALLAS TX 75201 | 000017P001-1413S-198<br>GEBHARDT & SMITH LLP<br>JAMES M SMITH<br>ONE SOUTH STREET<br>SUITE 2200<br>BALTIMORE MD 21202-3281 | 000061P002-1413S-198<br>GEBHARDT & SMITH LLP<br>DAVID V FONTANA, ESQ<br>ONE SOUTH ST STE 2200<br>BALTIMORE MD 21202-3281 | 000073P002-1413S-198<br>GEBHARDT & SMITH LLP<br>LISA BITTLE TANCREDI<br>ONE SOUTH ST STE 2200<br>BALTIMORE MD 21202-3281 |

Case 19-12809-JKS    Doc 986    Filed 11/11/19    Entered 11/11/19 11:19:15    Desc Main
Document    Page 4 of 5

New England Motor Freight, Inc., et al.
Exhibit Pages

Page # : 2 of 3                                                                                                      11/07/2019 01:21:02 PM

| | | | |
|---|---|---|---|
| 000074P001-1413S-198<br>GEBHARDT & SMITH LLP<br>LISA BITTLE TANCREDI<br>1000 N WEST STREET<br>SUITE 1200<br>WILMINGTON DE 19801 | 000019P001-1413S-198<br>GREENBERG TRAURIG LLP<br>ALAN J BRODY, ESQ<br>500 CAMPUS DR, STE 400<br>SUITE 400<br>FLORHAM PARK NJ 07932-0677 | 000090P001-1413S-198<br>GUTTMAN OIL CO.<br>GREGORY J. CREIGHAN<br>200 SPEERS STREET<br>BELLE VERNON PA 15012 | 000083P001-1413S-198<br>HINMAN HOWARD & KATTELL LLP<br>KEVIN J BLOOM,ESQ<br>PARK 80 WEST -PLAZA II<br>250 PEHLE AVE STE 200<br>SADDLE BROOK NJ 07663-5834 |
| 000027P001-1413S-198<br>IAM NATIONAL PENSION FUND<br>RYK TIERNEY EXEC DIR AND RAYMOND GOAD JR GC<br>1300 CONNECTICUT AVE<br>STE 300<br>WASHINGTON DC 20036 | 000004P001-1413S-198<br>INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | 000005P001-1413S-198<br>INTERNAL REVENUE SERVICE<br>2970 MARKET STREET<br>MAIL STOP 5-Q30.133<br>PHILADELPHIA PA 19104-5016 | 000076P001-1413S-198<br>JM PARTNERS LLC<br>JOHN MARSHALL<br>6800 PARAGON PLACE STE 202<br>RICHMOND VA 23230-1656 |
| 000125P001-1413S-198<br>KIM CHO & LIM LLC<br>JOSHUA S LIM,ESQ<br>460 BERGEN BOULEVARD STE 305<br>PALISADES PARK NJ 07650 | 000079P001-1413S-198<br>KLEHR HARRISON HARVEY BRANZBURG LLP<br>CHARLES A ERCOLE;RONA J ROSEN<br>10000 LINCOLN DRIVE EAST STE 201<br>MARLTON NJ 08053 | 000129P001-1413S-198<br>KML LAW GROUP PC<br>REBECCA A SOLARZ,ESQ<br>216 HADDON AVENUE STE 406<br>WESTMONT NJ 08108 | 000124P001-1413S-198<br>KML LAW GROUP, P.C.<br>KEVIN G. MCDONALD, ESQ.<br>216 HADDON AVE STE 406<br>WESTMONT NJ 08108 |
| 000089P001-1413S-198<br>LANDSTAR TRANSPORTATION LOGISTICS, INC.<br>SPRYTE KIMMEY<br>13410 SUTTON PARK DR S<br>JACKSONVILLE FL 32224 | 000146P001-1413S-198<br>LAW FIRM OF BRIAN W HOFMEISTER LLC<br>BRIAN W HOFMEISTER, ESQ<br>3131 PRINCETON PIKE BUILDING 5,STE 110<br>LAWRENCEVILLE NJ 08648 | 000130P001-1413S-198<br>LAW OFFICES OF KENNETH L BAUM LLC<br>KENNETH L BAUM,ESQ<br>167 MAIN STREET<br>HACKENSACK NJ 07601 | 000086P001-1413S-198<br>LOWENSTEIN SANDLER LLP<br>MARY E SEYMOUR;JOSEPH J DIPASQUALE<br>ONE LOWENSTEIN DRIVE<br>ROSELAND NJ 07068 |
| 000099P001-1413S-198<br>MAYNARD O'CONNOR SMITH & CATALINOTTO LLP<br>JUSTIN W GRAY,ESQ<br>6 TOWER PLACE<br>ALBANY NY 12203 | 000059P003-1413S-198<br>MCCARTER & ENGLISH LLP<br>PETER M. KNOB, ESQ.<br>FOUR GATEWAY CENTER<br>100 MULBERRY ST<br>NEWARK NJ 07102 | 000060P002-1413S-198<br>MCCARTER & ENGLISH LLP<br>JOSEPH LUBERTAZZI JR., ESQ<br>FOUR GATEWAY CENTER<br>100 MULBERRY ST<br>NEWARK NJ 07102 | 000022P002-1413S-198<br>MCCARTER & ENGLISH, LLP<br>PETER M. KNOB, ESQ.<br>100 MULBERRY STREET<br>FOUR GATEWAY CENTER<br>NEWARK NJ 07102 |
| 000070P002-1413S-198<br>MCELROY DEUTSCH ET AL<br>GARY D BRESSLER, ESQ<br>300 DELAWARE AVE STE 770<br>WILMINGTON DE 19801 | 000069P002-1413S-198<br>MCELROY DEUTSCH MULVANEY<br>VIRGINIA T SHEA, ESQ<br>1300 MOUNT KEMBLE AVE<br>MORRISTOWN NJ 07962 | 000093P003-1413S-198<br>MCMANIMON, SCOTLAND  BAUMANN<br>ANTHONY SODONO, III; SARI PLACONA<br>75 LIVINGSTON AVE STE 201<br>ROSELAND NJ 07068 | 000071P001-1413S-198<br>MORTON & CRAIG LLC<br>JOHN R MORTON JR, ESQ<br>110 MARTER AVE STE 301<br>MOORESTOWN NJ 08057 |
| 000067P001-1413S-198<br>MYRON SHEVELL<br>C/O NEW ENGLAND MOTOR FREIGHT INC<br>ZACHARY W. COHEN<br>1-71 NORTH AVENUE E<br>ELIZABETH NJ 07201 | 000009P002-1413S-198<br>NEW JERSEY ATTORNEY GENERAL OFFICE<br>DIVISION OF LAW<br>RICHARD J. HUGHES JUSTICE COMPLEX<br>25 MARKET ST<br>TRENTON NJ 08625-0112 | 000010P002-1413S-198<br>NEW JERSEY DIVISION OF TAXATION<br>COMPLIANCE & ENFORCEMENT UNIT<br>BANKRUPTCY UNIT<br>50 BARRACK STREET, 9TH FLOOR<br>TRENTON NJ 08695-0267 | 000011P001-1413S-198<br>NEW JERSEY MOTOR VEHICLE COMMISSION<br>ADMINISTRATIVE UNIT<br>225 EAST STATE STREET<br>TRENTON NJ 08666 |

# New England Motor Freight, Inc., et al.
## Exhibit Pages

Page # : 3 of 3                                                                                                                                             11/07/2019 01:21:02 PM

| | | | |
|---|---|---|---|
| 000150P002-1413S-198<br>NEW YORK STATE DEPARTMENT OF LABOR<br>JESSICA AGARWAL, ASST ATTORNEY GENERAL<br>OFFICE OF THE ATTORNEY GENERAL<br>28 LIBERTY STREET<br>NEW YORK NY 10005 | 000154P001-1413S-198<br>NEW YORK STATE ATTORNEY GENERAL<br>LABOR BUREAU<br>120 BROADWAY<br>NEW YORK NY 10271 | 000106P001-1413S-198<br>NORRIS MCLAUGHLIN PA<br>MORRIS S BAUER,ESQ<br>400 CROSSING BOULEVARD,8TH FLOOR<br>BRIDGEWATER NJ 08807 | 000107P001-1413S-198<br>NORRIS MCLAUGHLIN PA<br>CATHERINE L COREY,ESQ<br>400 CROSSING BOULEVARD, 8TH FLOOR<br>BRIDGEWATER NJ 08807 |
| 000080P001-1413S-198<br>OFFICE OF UNEMPLOYMENT COMPENSATION TAX SERVICES<br>DEB SECREST,AUTHORIZED AGENT<br>PA-DEPT OF LABOR & INDUSTRY<br>COLLECTIONS SUPPORT UNIT<br>851 BOAS ST RM 702<br>HARRISBURG PA 17121 | 000102P001-1413S-198<br>PA DEPT OF REVENUE<br>DENISE A KUHN, SEN DEPUTY ATTORNEY GEN<br>THE PHOENIX BUILDING<br>1600 ARCH ST., STE 300<br>PHILADELPHIA PA 19103 | 000095P001-1413S-198<br>PA- DEPT OF ENVIRONMENTAL PROTECTION<br>BRIAN GLASS, OFFICE OF THE CHIEF COUNSEL<br>SOUTHEAST REGIONAL COUNSEL<br>2 EAST MAIN ST<br>NORRISTOWN PA 19401-4915 | 000098P001-1413S-198<br>PRICE MEESE SHULMAN & D'ARMINIO PC<br>RICK A STEINBERG,ESQ<br>50 TICE BOULEVARD STE 380<br>WOODCLIFF LAKE NJ 07677 |
| 000066P001-1413S-198<br>REED SMITH LLP<br>CHRISTOPHER A. LYNCH<br>599 LEXINGTON AVE<br>NEW YORK NY 10022 | 000096P001-1413S-198<br>RIKER DANZIG SCHERER HYLAND & PERRETTI LLP<br>JOSEPH L SCHWARTZ;MICHAEL TRENTIN<br>HEADQUARTERS PLAZA<br>ONE SPEEDWELL AVE<br>MORRISTOWN NJ 07962-1981 | 000006P001-1413S-198<br>SECURITIES EXCHANGE COMMISSION<br>NEW YORK REGIONAL OFFICE<br>ATTN: ANDREW CALAMARI, REGIONAL DIRECTOR<br>BROOKFIELD PLACE<br>200 VESSEY STREET, SUITE 400<br>NEW YORK NY 10281-1022 | 000091P001-1413S-198<br>SHIPMAN & GOODWIN LLP<br>ERIC S GOLDSTEIN,ESQ<br>ONE CONSTITUTIONAL PLAZA<br>HARTFORD CT 06103 |
| 000018P002-1413S-198<br>SQUIRE PATTON BOGGS (US) LLP<br>NORMAN N KINEL, ESQ<br>30 ROCKEFELLER PLAZA, 23RD FL<br>NEW YORK NY 10112 | 000119P001-1413S-198<br>STEPHEN B. GROW, ESQ.<br>WARNER NORCROSS + JUDD LLP<br>111 LYON ST NW # 900<br>GRAND RAPIDS MI 49503 | 000035P002-1413S-198<br>SUPERIOR DISTRIBUTORS CO, INC<br>MARLENE; RICHARD KLEIN<br>4 MIDLAND AVE<br>ELMWOOD PARK NJ 07407 | 000128P001-1413S-198<br>THOMPSON O'BRIEN KEMP & NASUTI PC<br>ALBERT F NASUTI,ESQ<br>40 TECHNOLOGY PARKWAY SOUTH, STE 300<br>PEACHTREE CORNERS GA 30092 |
| 000056P001-1413S-198<br>TROUTMAN SANDERS<br>ALISSA PICCIONE<br>875 THIRD AVENUE<br>NEW YORK NY 10022 | 000054P001-1413S-198<br>TROUTMAN SANDERS LLP<br>DAVID A PISCIOTTA, ESQ<br>875 THIRD AVENUE<br>NEW YORK NY 10022 | 000055P002-1413S-198<br>TROUTMAN SANDERS LLP<br>LOUIS A CURCIO, ESQ<br>875 THIRD AVENUE<br>NEW YORK NY 10022 | 000092P001-1413S-198<br>TURNER LAW FIRM LLC<br>ANDREW R TURNER,ESQ<br>76 SOUTH ORANGE AVE STE 106<br>SOUTH ORANGE NJ 07079 |
| 000002P001-1413S-198<br>UNITED STATES ATTORNEY<br>DISTRICT OF NEW JERSEY<br>PETER RODINO FEDERAL BUILDING<br>970 BROAD STREET, SUITE 700<br>NEWARK NJ 07102 | 000097P002-1413S-198<br>UNITED STATES DEPARTMENT OF JUSTICE<br>PETER J. D'AURIA,ESQ; MITCHELL HAUSMAN<br>OFFICE OF THE UNITED STATES TRUSTEE<br>ONE NEWARK CENTER STE 2100<br>NEWARK NJ 07102 | 000001P001-1413S-198<br>UNITED STATES TRUSTEE<br>ONE NEWARK CENTER, SUITE 2100<br>1085 RAYMOND BOULEVARD<br>NEWARK NJ 07102 | 000105P002-1413S-198<br>UPDIKE KELLY & SPELLACY PC<br>EVAN S GOLDSTEIN, ESQ<br>100 PEARL ST.,17TH FL<br>P O BOX 231277<br>HARTFORD CT 06123-1277 |
| 000057P001-1413S-198<br>WASSERMAN JURISTA & STOLZ PC<br>DANIEL M STOLZ,ESQ<br>110 ALLEN ROAD STE 304<br>BASKING RIDGE NJ 07920 | 000058P001-1413S-198<br>WASSERMAN JURISTA & STOLZ PC<br>DONALD W CLARKE,ESQ<br>110 ALLEN ROAD STE 304<br>BASKING RIDGE NJ 07920 | 000021P003-1413S-198<br>WHITEFORD TAYLOR PRESTON LLP<br>PAUL M NUSSBAUM<br>7 SAINT PAUL STREET<br>BALTIMORE MD 21202-1636 | |

Records Printed : 83