# EDELSTEIN & GROSSMAN

Attorneys at Law
501 Fifth Avenue, Suite 514
New York, NY 10017
Tel: (212) 871-0571
Fax: (212) 922-2906
jonathan.edelstein.2@gmail.com

November 11, 2019

**VIA ELECTRONIC CASE FILING**
Hon. John K. Sherwood
U.S. Bankruptcy Court
M.L. King Jr. Federal Bldg. & Courthouse
50 Walnut Street, 3rd Floor
Newark, NJ 07102

Re:  In re New England Motor Freight, Inc., et. al.
Case No. 19-12809 (JKS)
Motion list – 11/12/19, at 10:00 a.m.

Dear Judge Sherwood:

Please be advised that the parties have agreed to resolve Mr. Vasquez' motion (Doc. 942) as follows: Mr. Vasquez will be permitted to participate in the ADR protocol for automobile accident claims, albeit without a proof of claim.

Based on the above resolution, Mr. Vasquez hereby withdraws his motion.

The Court's consideration in this matter is appreciated.

Respectfully submitted,

/s/ Jonathan I. Edelstein

Jonathan I. Edelstein

cc:  All Counsel (Via ECF)