**GIBBONS P.C.**
Karen A. Giannelli, Esq.
Mark B. Conlan, Esq.
Brett S. Theisen, Esq.
One Gateway Center
Newark, New Jersey  07102
Telephone:  (973) 596-4500
Facsimile:  (973) 596-0545
E-mail:  kgiannelli@gibbonslaw.com
         mconlan@gibbonslaw.com
         btheisen@gibbonslaw.com

Counsel to the Debtors
and Debtors-in-Possession

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC., et al.,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 19-12809 (JKS)<br><br>(Jointly Administered) |

**NOTICE OF FILING OF MONTHLY COMPENSATION AND STAFFING
REPORT BY PHOENIX MANAGEMENT SERVICES, LLC
FOR THE PERIOD FROM SEPTEMBER 30, 2019 THROUGH NOVEMBER 3,
2019**

PLEASE TAKE NOTICE that on February 11, 2019, New England Motor Freight, Inc. and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), filed the *Motion of Debtors for Authority to Retain and Employ Phoenix Management Services, LLC Effective as of Petition Date to Provide a Chief Restructuring Officer, Deputy Chief Restructuring Officers, and Supporting Personnel* [Docket No 16], with the United States Bankruptcy Court for the District of New Jersey (the "**Court**").

PLEASE TAKE FURTHER NOTICE that on February 13, 2019, the Court entered the *Order Authorizing Debtors to Retain and Employ Phoenix Management Services, LLC Effective as of Petition Date to Provide a Chief Restructuring Officer, Deputy Chief*

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows:  New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC (4357);

2720890.2 115719-100281

*Restructuring Officers, and Supporting Personnel* [Docket No. 42] (the "**Phoenix Retention Order**").

PLEASE TAKE FURTHER NOTICE that, in accordance with the Phoenix Retention Order, Phoenix Management Services, LLC hereby files its monthly compensation and staffing Report for the period from September 30, 2019 through November 3, 2019 in the form attached hereto as **Exhibit 1**.

Dated:  November 13, 2019                              Respectfully submitted,

**GIBBONS P.C.**

By:/s/ Karen A. Giannelli
    Karen A. Giannelli, Esq.
    Mark B. Conlan, Esq.
    Brett S. Theisen, Esq.
    One Gateway Center
    Newark, New Jersey  07102
    Telephone:  (973) 596-4500
    Facsimile:   (973) 596-0545
    E-mail:  kgiannelli@gibbonslaw.com
           mconlan@gibbonslaw.com
           btheisen@gibbonslaw.com

*Counsel to the Debtors*
*and Debtors-in-Possession*

---

MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMF Logistics, LLC (4666).

2720890.2 115719-100281

## **Exhibit 1**

Phoenix Management Services, LLC ("Phoenix") hereby submits this Ninth Monthly Report of Compensation Earned and Expenses Incurred (the "Report") for the period September 30, 2019 through November 3, 2019 (five weeks) for compensation and reimbursement of costs and expenses incurred pursuant to its engagement, which was approved by order of the Bankruptcy Court on February 13, 2019 [Docket No. 42] (the "Retention Order").

Under the Retention Order, the Debtors are authorized to compensate Phoenix a flat weekly fee of $30,000 pursuant to the terms of the Engagement Letter for the services of the CRO as well as a flat weekly expense reimbursement of $300 as reimbursement of expenses related to items such as facsimile charges and other support charges.  By agreement, beginning the week of August 12, 2019, the CRO is paid on an hourly basis.  Phoenix's fees for the CRO during this five-week period were $92,187.50.

Under the Retention Order, the Debtors are also authorized to compensate Phoenix weekly or monthly with respect to time and expenses incurred by other of its staff.  Phoenix's fees for its other staff during this five-week period were $103,240.00.

Pursuant to the Retention Order, parties in interest may file an objection, if any, to this Report within fourteen (14) days from the date of filing of this Report.

| Attachment | Description |
|---|---|
| Exhibit A | Summary of Compensation |
| Exhibit A1 | Time Summary by Matter Code |
| Exhibit A2 | Time Summary by Professional |
| Exhibit A3 | Time Entry Detail |
| Exhibit B1 | Expense Summary by Category |
| Exhibit B2 | Expense Item Detail |

**EXHIBIT A:**
Summary of Compensation for the period of September 30, 2019 through November 3, 2019

| Project Name | Professional Fees | Expenses | Total | Payments Received | Unpaid |
|---|---|---|---|---|---|
| Shevell BK - CRO | $92,187.50 | $4,215.25 | $96,402.75 | $96,402.75 | $0.00 |
| Shevell BK - Others | $103,240.00 | $1,151.18 | $104,391.18 | $0.00 | $104,391.18 |
| Totals: | $195,427.50 | $5,366.43 | $200,793.93 | $96,402.75 | $104,391.18 |

2720890.2 115719-100281

**EXHIBIT A1**

**Time Summary by Matter for the period of September 30, 2019 through November 3, 2019**

### Shevell BK - CRO

| Matter Description | Total Fees Requested |
|---|---|
| Operational Management | $ 92,187.50 |
| Totals | $ 92,187.50 |

### Shevell BK - OTHERS

| Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|
| Bankruptcy - Admin - Fee Application | 1.0 | $ 150.00 |
| Billable Travel | 18.3 | $ 5,837.50 |
| Financial & Cash Management | 229.0 | $ 93,315.00 |
| Bankruptcy - Plan of Reorganization & Disclosure Statement | 7.5 | $ 3,937.50 |
| Totals | 255.8 | $103,240.00 |

### Combined Totals

| Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|
| Bankruptcy - Admin - Fee Application | 1.0 | $ 150.00 |
| Billable Travel | 18.3 | $ 5,837.50 |
| Financial & Cash Management | 229.0 | $ 93,315.00 |
| Operational Management | Total for CRO | $ 92,187.50 |
| Bankruptcy - Plan of Reorganization & Disclosure Statement | 7.5 | $ 3,937.50 |
| Totals | 255.8 | $195,427.50 |

**Matter Descriptions**

1. **Analysis of Financials, Models, etc.**
   Includes analysis of historical operations, historical cash flows, significant Balance Sheet and P&L accounts and other related financial analysis

2. **Bankruptcy – Administration**
   Drafting and reviewing court filed and internal documents related to the application and retention process; meetings and correspondence related to the application and retention process; staffing report and other administrative matters

3. **Bankruptcy - Advise company regarding elements of any proposed Reorganization.**
   This includes strategies to liquidate rolling stock and other assets, and the sale of Eastern.

4. **Bankruptcy - Advise company regarding strategy w/creditors, customers, others**
   Includes meeting with creditors, UCC communications, Secured Lender communications, shareholders and major customers

5. **Bankruptcy - Assist in preparation/review schedules, SOFAs, 1st day Motions, MORs**
   Assist company personnel in all matters related to the preparation of schedules, SOFAs, MOR's and First Day motions.

2720890.2 115719-100281

6. **Bankruptcy - Billable Travel**
   Travel time incurred among CRO (Chief Restructuring Officer) and Phoenix personnel in connection with providing services rendered; mostly travel time to the Debtor's offices located in Elizabeth, NJ.

7. **Bankruptcy - Budget, Forecast, Scorecard Preparation**
   Includes preparation of weekly Cash flow forecasts, weekly scorecards, MOR's, and other related financial forecasts and analysis.

8. **Bankruptcy - Court Hearing & Preparation**
   Serving as the authorized representative of the Debtors in Chapter 11 cases; preparing for and attending hearings and meetings with the Office of the Trustee

9. **Bankruptcy - Creditor & Vendor Interface**
   Communicating with vendors and creditors regarding case matters, advising supply chain personnel, evaluate individual claims and negotiate payments; meetings and correspondences with counsel regarding vendor and creditor matters and settlements; tracking and reporting of vendor and creditor management activities

10. **Bankruptcy - Financial & Cash Management**
    Daily review of cash disbursements and receipt activity. Manage cash activity to remain in compliance with cash flow budgets. Review accounts receivable collections. Scorecard activities.

11. **Bankruptcy - Interface with Committee/Committee Counsel**
    Meeting with professionals of Creditors' Committee and Committee counsel; preparing and providing financial and other requested information

12. **Bankruptcy - Operational Management**
    CRO—Interface with operations Management on all activities

13. **Bankruptcy - Sale of Assets**
    Select and work with Liquidator on the Auction of all NEMF Rolling Stock and other Assets. All activities related to the sale of Eastern**.**

14. **Communication - Phoenix Team**
    Work by Phoenix professionals organizing and coordinating our efforts, providing updates on individual conversations and activities, developing and refining our work streams, and developing strategies regarding sequencing of work and communications with parties of interest

15. **Valuation & Related Matters**
    Work with Liquidator on establishing low high values for rolling stock

**EXHIBIT A2:**
**Time Summary by Professional** for the period of September 30, 2019 through November 3, 2019

**Shevell BK - CRO**

| Professional | Position Title | Flat Rate per hour | Total Net Compensation |
|---|---|---|---|
| Vincent Colistra | CRO | $ 625.00 | $92,187.50 |
| | Totals | | $92,187.50 |

**Shevell BK - OTHERS**

| Professional | Position Title | Rate | Total Hours | Total Compensation |
|---|---|---|---|---|
| Al Mink | Managing Director | $ 525.00 | 160.40 | $84,210.00 |
| Kevin Doyle | Analyst | $ 200.00 | 94.40 | $18,880.00 |
| Stacey Miller | Office/Billing Manager | $ 150.00 | 1.00 | $150.00 |
| | Totals | | 255.80 | $103,240.00 |

**Totals**

| Professional | Position Title | Rate | Total Hours | Total Compensation |
|---|---|---|---|---|
| Vincent Colistra | CRO | $ 625.00 | Total for CRO | $92,187.50 |
| Al Mink | Managing Director | $ 525.00 | 160.40 | $84,210.00 |
| Kevin Doyle | Analyst | $ 200.00 | 94.40 | $18,880.00 |
| Stacey Miller | Office/Billing Manager | $ 150.00 | 1.00 | $150.00 |
| | Totals | | 255.80 | $195,427.50 |

**Time Entry Detail** for the period of September 30, 2019 through November 3, 2019

| Project Time Records by Task Code | | | | | | | |
|---|---|---|---|---|---|---|---|
| Professional | Position Title | Task Code | Service Period | Total Billed Hours | Rate | Total Fees | Total Compensation |
| Vincent Colistra | CRO | Bankruptcy - Operational Management | 09/30/19-10/06/19 | 33.00 | $625.00 | $20,625.00 | $20,625.00 |
| Vincent Colistra | CRO | Bankruptcy - Operational Management | 10/07/19-10/13/19 | 32.50 | $625.00 | $20,312.50 | $20,312.50 |
| Vincent Colistra | CRO | Bankruptcy - Operational Management | 10/14/19-10/20/19 | 37.00 | $625.00 | $23,125.00 | $23,125.00 |
| Vincent Colistra | CRO | Bankruptcy - Operational Management | 10/21/19-10/27/19 | 32.50 | $625.00 | $20,312.50 | $20,312.50 |
| Vincent Colistra | CRO | Bankruptcy - Operational Management | 10/28/19-11/03/19 | 12.50 | $625.00 | $7,812.50 | $7,812.50 |
| | Totals | | | | | | $92,187.50 |

2720890.2 115719-100281

**Phoenix Management**
110 Commons Court
Chadds Ford, PA 19317-9716
Tel: 610-358-4700 Fax: 610-358-9377

Project Time Records by Task Code

Printed on: 11/7/2019
Page 1 of 5

**Filters Used:**
- Time Entry Date:     9/30/2019  to  11/3/2019
- Project ID:          Shevell BK - NEMF:  to  Shevell BK - NEMF:

*◨ = Invoiced (mouse over for #), ✎ = Marked as Billed, ◆ = Non-Billable, ✕ = Xtra*

**Project ID - Name (Manager): Shevell BK - NEMF: -** *Shevell BK - NEMF* **(Vincent Colistra)**

| Day | Date | Employee | Description | Hrs | B-Hrs | Amount | * |
|---|---|---|---|---|---|---|---|
| *Bankruptcy - Admin - Fee Application* | | | | | | | |
| *S Miller* | | | | | | | |
| Thur | 10/10/2019 | S Miller | Bankruptcy - Admin - Fee Application  Prepare 8th monthly staffing report | 0.70 | 0.70 | $105.00 | ◨ |
| Thur | 10/31/2019 | S Miller | Bankruptcy - Admin - Fee Application  Prepare for next monthly staffing report | 0.30 | 0.30 | $45.00 | ◨ |
| | | | **S Miller Total:** | **1.00** | **1.00** | **$150.00** | |
| | | | **Bankruptcy - Admin - Fee Application Total:** | **1.00** | **1.00** | **$150.00** | |
| *Bankruptcy - Billable Travel* | | | | | | | |
| *A Mink* | | | | | | | |
| Mon | 9/30/2019 | A Mink | Bankruptcy - Billable Travel  RT to Shevell, Elizabeth NJ | 1.00 | 0.50 | $262.50 | ◨ |
| Wed | 10/2/2019 | A Mink | Bankruptcy - Billable Travel  RT to Shevell, Elizabeth NJ | 1.00 | 0.50 | $262.50 | ◨ |
| Thur | 10/3/2019 | A Mink | Bankruptcy - Billable Travel  RT to Shevell, Elizabeth NJ | 1.00 | 0.50 | $262.50 | ◨ |
| Mon | 10/7/2019 | A Mink | Bankruptcy - Billable Travel  RT to Shevell, Elizabeth | 1.00 | 0.50 | $262.50 | ◨ |
| Tues | 10/8/2019 | A Mink | Bankruptcy - Billable Travel  RT to Elizabeth.  Excessive travel time because of accident. | 3.00 | 1.50 | $787.50 | ◨ |
| Wed | 10/9/2019 | A Mink | Bankruptcy - Billable Travel  RT to Shevell, Elizabeth | 1.00 | 0.50 | $262.50 | ◨ |
| Mon | 10/14/2019 | A Mink | Bankruptcy - Billable Travel  RT to Shevell, Elizabeth, NJ | 1.00 | 0.50 | $262.50 | ◨ |
| Tues | 10/15/2019 | A Mink | Bankruptcy - Billable Travel  RT to Shevell, Elizabeth, NJ | 1.00 | 0.50 | $262.50 | ◨ |
| Wed | 10/16/2019 | A Mink | Bankruptcy - Billable Travel  From meeting to Elizabeth and return from Elizabeth. | 1.50 | 0.70 | $367.50 | ◨ |
| Thur | 10/17/2019 | A Mink | Bankruptcy - Billable Travel  RT to Shevell, Elizabeth, NJ | 1.00 | 0.50 | $262.50 | ◨ |
| Thur | 10/31/2019 | A Mink | Bankruptcy - Billable Travel  RT to Elizabeth | 1.00 | 0.50 | $262.50 | ◨ |
| | | | **A Mink Total:** | **13.50** | **6.70** | **$3,517.50** | |
| *K Doyle* | | | | | | | |
| Mon | 9/30/2019 | K Doyle | Bankruptcy - Billable Travel  Travel to NEMF and back | 3.00 | 1.50 | $300.00 | ◨ |
| Wed | 10/2/2019 | K Doyle | Bankruptcy - Billable Travel  Travel to NEMF and back with heavy traffic | 4.00 | 2.00 | $400.00 | ◨ |
| Thur | 10/3/2019 | K Doyle | Bankruptcy - Billable Travel  Travel to NEMF with heavy traffic | 4.00 | 2.00 | $400.00 | ◨ |
| Wed | 10/9/2019 | K Doyle | Bankruptcy - Billable Travel  Travel to NEMF and back, with traffic | 3.50 | 1.70 | $340.00 | ◨ |
| Mon | 10/14/2019 | K Doyle | Bankruptcy - Billable Travel  Travel to NEMF and back | 3.00 | 1.50 | $300.00 | ◨ |
| Tues | 10/15/2019 | K Doyle | Bankruptcy - Billable Travel | 3.50 | 1.70 | $340.00 | ◨ |

**Phoenix Management**  
110 Commons Court  
Chadds Ford, PA 19317-9716  
Tel: 610-358-4700 Fax: 610-358-9377

Project Time Records by Task Code

Printed on: 11/7/2019  
Page 2 of 5

**Filters Used:**
- Time Entry Date:        9/30/2019  to  11/3/2019
- Project ID:        Shevell BK - NEMF:  to  Shevell BK - NEMF:

*📄 = Invoiced (mouse over for #),   ✏ = Marked as Billed,   ◆ = Non-Billable, ✖ = Xtra*

**Project ID - Name (Manager): Shevell BK - NEMF: -** *Shevell BK - NEMF* **(Vincent Colistra)**

| Day | Date | Employee | Description | Hrs | B-Hrs | Amount | * |
|---|---|---|---|---|---|---|---|
| *Bankruptcy - Billable Travel* | | | | | | | |
| | | | Travel to NEMF and back | | | | |
| Wed | 10/16/2019 | K Doyle | Bankruptcy - Billable Travel | 2.30 | 1.20 | $240.00 | 📄 |
| | | | Travel from from meeting to NEMF, Return from NEMF | | | | |
| | | | **K Doyle Total:** | 23.30 | 11.60 | $2,320.00 | |
| | | | **Bankruptcy - Billable Travel Total:** | 36.80 | 18.30 | $5,837.50 | |
| *Bankruptcy - Financial & Cash Management* | | | | | | | |
| *A Mink* | | | | | | | |
| Mon | 9/30/2019 | A Mink | Bankruptcy - Financial & Cash Management | 8.00 | 8.00 | $4,200.00 | 📄 |
| | | | Cargo claims, Accounts Receivable, professional fees, cash analysis, transition plans for VP risk management, permanent storage of records | | | | |
| Tues | 10/1/2019 | A Mink | Bankruptcy - Financial & Cash Management | 8.00 | 8.00 | $4,200.00 | 📄 |
| | | | Cargo claims, Accounts Receivable, professional fees, cash analysis, transition plans for VP risk management, permanent storage of records | | | | |
| Wed | 10/2/2019 | A Mink | Bankruptcy - Financial & Cash Management | 8.30 | 8.30 | $4,357.50 | 📄 |
| | | | Cargo claims, Accounts Receivable, professional fees, cash analysis, transition plans for VP risk management, permanent storage of records | | | | |
| Thur | 10/3/2019 | A Mink | Bankruptcy - Financial & Cash Management | 7.20 | 7.20 | $3,780.00 | 📄 |
| | | | Cargo claims, Accounts Receivable, professional fees, cash analysis, transition plans for VP risk management, permanent storage of records | | | | |
| Fri | 10/4/2019 | A Mink | Bankruptcy - Financial & Cash Management | 5.20 | 5.20 | $2,730.00 | 📄 |
| | | | Cargo claims, Accounts Receivable, professional fees, cash analysis, transition plans for VP risk management, permanent storage of records | | | | |
| Mon | 10/7/2019 | A Mink | Bankruptcy - Financial & Cash Management | 8.20 | 8.20 | $4,305.00 | 📄 |
| | | | Cargo claims, claims reconciliations, cash management, plan | | | | |
| Tues | 10/8/2019 | A Mink | Bankruptcy - Financial & Cash Management | 9.00 | 9.00 | $4,725.00 | 📄 |
| | | | Cargo claims, claims reconciliations, cash management, plan | | | | |
| Wed | 10/9/2019 | A Mink | Bankruptcy - Financial & Cash Management | 8.30 | 8.30 | $4,357.50 | 📄 |
| | | | Cargo claims, claims reconciliations, cash management, plan. Meeting with Creditors committee on plan | | | | |
| Fri | 10/11/2019 | A Mink | Bankruptcy - Financial & Cash Management | 6.00 | 6.00 | $3,150.00 | 📄 |
| | | | Conference call on status of post petition insurance claims with Ernie and Gibbons.  Calls concerning various financial analysis.  Review emails on Plan. | | | | |
| Mon | 10/14/2019 | A Mink | Bankruptcy - Financial & Cash Management | 8.50 | 8.50 | $4,462.50 | 📄 |

BillQuick Standard Report Copyright ©  BQE Software, Inc.

# Phoenix Management

110 Commons Court  
Chadds Ford, PA 19317-9716  
Tel: 610-358-4700 Fax: 610-358-9377

Project Time Records by Task Code

Printed on: 11/7/2019  
Page 3 of 5

**Filters Used:**
- Time Entry Date:     9/30/2019  to  11/3/2019
- Project ID:              Shevell BK - NEMF:  to  Shevell BK - NEMF:

*\* = Invoiced (mouse over for #),  ✎ = Marked as Billed,  ◆ = Non-Billable, ✕ = Xtra*

**Project ID - Name (Manager): Shevell BK - NEMF: -** *Shevell BK - NEMF* **(Vincent Colistra)**

| Day | Date | Employee | Description | Hrs | B-Hrs | Amount | * |
|---|---|---|---|---|---|---|---|
| *Bankruptcy - Financial & Cash Management* | | | | | | | |
| Tues | 10/15/2019 | A Mink | Cargo Claims and A/R wrap up, insurance issues, professional fees, emails on plans and other matters<br>Bankruptcy - Financial & Cash Management | 3.00 | 3.00 | $1,575.00 | 📄 |
| Wed | 10/16/2019 | A Mink | Staffing, file storage, A/R and Cargo claims, plan documents<br>Bankruptcy - Financial & Cash Management | 5.00 | 5.00 | $2,625.00 | 📄 |
| Thur | 10/17/2019 | A Mink | Various emails on cargo claims and A/R, and plan development<br>Bankruptcy - Financial & Cash Management | 7.50 | 7.50 | $3,937.50 | 📄 |
| Fri | 10/18/2019 | A Mink | Cargo claims and A/R wrap up, insurance issues, professional fees, emails on plans and other matters<br>Bankruptcy - Financial & Cash Management | 6.00 | 6.00 | $3,150.00 | 📄 |
| Mon | 10/21/2019 | A Mink | Multiple emails on plan documents. review plan draft.<br>Bankruptcy - Financial & Cash Management | 4.50 | 4.50 | $2,362.50 | 📄 |
| Tues | 10/22/2019 | A Mink | Emails, A/R and Cargo Claim wrap up, follow up on storage.<br>Bankruptcy - Financial & Cash Management | 5.20 | 5.20 | $2,730.00 | 📄 |
| Wed | 10/23/2019 | A Mink | Emails and calls, on storage, IT, staffing, Creditor Committee requests, transition plan<br>Bankruptcy - Financial & Cash Management | 5.30 | 5.30 | $2,782.50 | 📄 |
| Thur | 10/24/2019 | A Mink | Emails and calls, on storage, IT, staffing, Creditor Committee requests, transition plan<br>Bankruptcy - Financial & Cash Management | 5.00 | 5.00 | $2,625.00 | 📄 |
| Fri | 10/25/2019 | A Mink | Emails and calls, on storage, IT, staffing, Creditor Committee requests, transition plan<br>Bankruptcy - Financial & Cash Management | 5.00 | 5.00 | $2,625.00 | 📄 |
| Mon | 10/28/2019 | A Mink | Emails and calls, on storage, IT, staffing, Creditor Committee requests, transition plan, conference call with Gibbons on go forward plan<br>Bankruptcy - Financial & Cash Management | 4.00 | 4.00 | $2,100.00 | 📄 |
| Tues | 10/29/2019 | A Mink | Cargo claims, A/R collections, file storage, insurance, and other wind down activities<br>Bankruptcy - Financial & Cash Management | 4.00 | 4.00 | $2,100.00 | 📄 |
| Wed | 10/30/2019 | A Mink | Cargo claims, A/R collections, file storage, insurance, and other wind down activities<br>Bankruptcy - Financial & Cash Management | 4.00 | 4.00 | $2,100.00 | 📄 |
| Thur | 10/31/2019 | A Mink | Cargo claims, A/R collections, file storage, insurance, and other wind down activities<br>Bankruptcy - Financial & Cash Management<br>Work towards final version of Cargo claims settlement sheet and review A/P analysis. Conference with Gibbons and Withum on 2019 tax issues | 6.00 | 6.00 | $3,150.00 | 📄 |

BillQuick Standard Report Copyright ©  BQE Software, Inc.

**Phoenix Management**  
110 Commons Court  
Chadds Ford, PA 19317-9716  
Tel: 610-358-4700  Fax: 610-358-9377

Project Time Records by Task Code

Printed on: 11/7/2019  
Page 4 of 5

**Filters Used:**
- Time Entry Date:           9/30/2019  to  11/3/2019
- Project ID:           Shevell BK - NEMF:  to  Shevell BK - NEMF:

*\* 📄 = Invoiced (mouse over for #),  ✎ = Marked as Billed,  ◆ = Non-Billable,  ✘ = Xtra*

**Project ID - Name (Manager): Shevell BK - NEMF: -** *Shevell BK - NEMF* **(Vincent Colistra)**

| Day | Date | Employee | Description | Hrs | B-Hrs | Amount | * |
|---|---|---|---|---|---|---|---|
| *Bankruptcy - Financial & Cash Management* | | | | | | | |
| Fri | 11/1/2019 | A Mink | Bankruptcy - Financial & Cash Management Finalize Cargo claims settlement sheet and open settlements not reported to UCC. | 5.00 | 5.00 | $2,625.00 | 📄 |
| | | | A Mink Total: | 146.20 | 146.20 | $76,755.00 | |
| *K Doyle* | | | | | | | |
| Mon | 9/30/2019 | K Doyle | Bankruptcy - Financial & Cash Management Updating MORs for submitting, updating Cash Flow analyses | 7.50 | 7.50 | $1,500.00 | 📄 |
| Tues | 10/1/2019 | K Doyle | Bankruptcy - Financial & Cash Management Updating Cash Flow Analysis, Creating Winddown Budget | 6.50 | 6.50 | $1,300.00 | 📄 |
| Wed | 10/2/2019 | K Doyle | Bankruptcy - Financial & Cash Management Updating Cash Analyses, meetings with Gibbons, meetings with UCC, meetings regarding bank deficiency | 7.60 | 7.60 | $1,520.00 | 📄 |
| Thur | 10/3/2019 | K Doyle | Bankruptcy - Financial & Cash Management Updating wind down plan and liquidation analysis | 7.80 | 7.80 | $1,560.00 | 📄 |
| Tues | 10/8/2019 | K Doyle | Bankruptcy - Financial & Cash Management Updating weekly cash analyses | 2.10 | 2.10 | $420.00 | 📄 |
| Wed | 10/9/2019 | K Doyle | Bankruptcy - Financial & Cash Management Updating Cash Analyses, Claims Analyses, Wind down plan, budget | 8.60 | 8.60 | $1,720.00 | 📄 |
| Mon | 10/14/2019 | K Doyle | Bankruptcy - Financial & Cash Management Updating Weekly Cash Analyses and winddown budget | 8.10 | 8.10 | $1,620.00 | 📄 |
| Tues | 10/15/2019 | K Doyle | Bankruptcy - Financial & Cash Management Updating cash analyses & calls with Gibbons | 8.20 | 8.20 | $1,640.00 | 📄 |
| Wed | 10/16/2019 | K Doyle | Bankruptcy - Financial & Cash Management Reviewing analyses, communication with lawyers, updating templates for September MORs | 4.30 | 4.30 | $860.00 | 📄 |
| Thur | 10/17/2019 | K Doyle | Bankruptcy - Financial & Cash Management Updating Analyses for plan - 2.4 Updating MORs - 3.6 | 6.00 | 6.00 | $1,200.00 | 📄 |
| Fri | 10/18/2019 | K Doyle | Bankruptcy - Financial & Cash Management Updating MORs September | 4.70 | 4.70 | $940.00 | 📄 |
| Thur | 10/24/2019 | K Doyle | Bankruptcy - Financial & Cash Management Updating Weekly Cash Analyses | 0.90 | 0.90 | $180.00 | 📄 |
| Fri | 10/25/2019 | K Doyle | Bankruptcy - Financial & Cash Management Call with Gibbons & Phoenix on wind down and cash waterfall | 1.50 | 1.50 | $300.00 | 📄 |
| Mon | 10/28/2019 | K Doyle | Bankruptcy - Financial & Cash Management Updating Cash Analyses & supplement - 2.4 September MORs - 2.2 | 4.60 | 4.60 | $920.00 | 📄 |
| Tues | 10/29/2019 | K Doyle | Bankruptcy - Financial & Cash Management Updating MORs & Cash Analysis | 4.40 | 4.40 | $880.00 | 📄 |

**Phoenix Management**  Project Time Records by Task Code
110 Commons Court
Chadds Ford, PA 19317-9716
Tel: 610-358-4700 Fax: 610-358-9377

Printed on: 11/7/2019
Page 5 of 5

**Filters Used:**
- Time Entry Date:    9/30/2019 to 11/3/2019
- Project ID:    Shevell BK - NEMF: to Shevell BK - NEMF:

*= Invoiced (mouse over for #), = Marked as Billed, = Non-Billable, = Xtra

**Project ID - Name (Manager): Shevell BK - NEMF: -** *Shevell BK - NEMF* **(Vincent Colistra)**

| Day | Date | Employee | Description | Hrs | B-Hrs | Amount | * |
|---|---|---|---|---|---|---|---|
| *Bankruptcy - Financial & Cash Management* | | | | | | | |
| | | | K Doyle Total: | 82.80 | 82.80 | $16,560.00 | |
| | | | Bankruptcy - Financial & Cash Management Total: | 229.00 | 229.00 | $93,315.00 | |
| *Bankruptcy - Plan of Reorganization & Disclosure Statement* | | | | | | | |
| *A Mink* | | | | | | | |
| Wed | 10/2/2019 | A Mink | Bankruptcy - Plan of Reorganization & Disclosure Statement  Read emails and documents concerning plan and hearing on October 12 | 2.00 | 2.00 | $1,050.00 | |
| Thur | 10/3/2019 | A Mink | Bankruptcy - Plan of Reorganization & Disclosure Statement  Read emails and documents concerning plan and hearing on October 12 | 1.50 | 1.50 | $787.50 | |
| Fri | 10/4/2019 | A Mink | Bankruptcy - Plan of Reorganization & Disclosure Statement  Read emails and documents concerning plan and hearing on October 12. Claims analysis and input for Plan and disclosure statement. | 2.50 | 2.50 | $1,312.50 | |
| Sun | 10/6/2019 | A Mink | Bankruptcy - Plan of Reorganization & Disclosure Statement  Read first draft of plan and disclosure statement and associated documents | 1.50 | 1.50 | $787.50 | |
| | | | A Mink Total: | 7.50 | 7.50 | $3,937.50 | |
| | | | Bankruptcy - Plan of Reorganization & Disclosure Statement Total: | 7.50 | 7.50 | $3,937.50 | |
| | | | Project Shevell BK - NEMF: Total: | 274.30 | 255.80 | $103,240.00 | |
| | | | Grand Total: | 274.30 | 255.80 | $103,240.00 | |

**EXHIBIT B1:**

**Expense Summary by Category for the period of September 30, 2019 through November 3, 2019**

| Expense Category | Shevell BK CRO Amounts | Shevell BK Others Amounts | Total | Payments Received | Unpaid |
|---|---|---|---|---|---|
| Administrative & Support | $1,500.00 | $0.00 | $1,500.00 | $1,500.00 | $0.00 |
| Air & Rail | $809.60 | $0.00 | $809.60 | $809.60 | $0.00 |
| Lodging | $452.26 | $0.00 | $452.26 | $452.26 | $0.00 |
| Meals | $54.59 | $25.86 | $80.45 | $54.59 | $25.86 |
| Mileage NR | $855.50 | $0.00 | $855.50 | $855.50 | $0.00 |
| Mileage | $0.00 | $951.42 | $951.42 | $0.00 | $951.42 |
| Parking | $21.00 | $0.00 | $21.00 | $21.00 | $0.00 |
| Taxi | $356.20 | $0.00 | $356.20 | $356.20 | $0.00 |
| Tolls | $166.10 | $173.90 | $340.00 | $166.10 | $173.90 |
| **Totals** | **$4,215.25** | **$1,151.18** | **$5,366.43** | **$4,215.25** | **$1,151.18** |

**Exhibit B2:**

**Expense Item Detail for the period of September 30, 2019 through November 3, 2019**

**Phoenix Management**  
110 Commons Court  
Chadds Ford, PA 19317-9716  
Tel: 610-358-4700 Fax: 610-358-9377

Expenses By Item

Printed on: 11/7/2019  
Page 1 of 2

Filters Used:
- Expense Log Date:     9/30/2019  to  11/3/2019
- Expense Log Project ID:     Shevell BK VC - NEMF:  to  Shevell BK VC - NEMF:

| Date | Employee ID | Project ID | Units | Amount | Memo |
|---|---|---|---|---|---|
| **Admin: - Administrative & Support** | | | | | |
| 10/4/2019 | Administrative | Shevell BK VC - NEMF: | 1.00 | $300.00 | Weekly Admin Fee |
| 10/11/2019 | Administrative | Shevell BK VC - NEMF: | 1.00 | $300.00 | Weekly Admin Fee |
| 10/18/2019 | Administrative | Shevell BK VC - NEMF: | 1.00 | $300.00 | Weekly Admin Fee |
| 10/25/2019 | Administrative | Shevell BK VC - NEMF: | 1.00 | $300.00 | Weekly Admin Fee |
| 11/1/2019 | Administrative | Shevell BK VC - NEMF: | 1.00 | $300.00 | Weekly Admin Fee |
| | | **Admin: Sub-Total:** | | **$1,500.00** | |
| **AirRail Billble: - Air & Rail** | | | | | |
| 10/17/2019 | V Colistra | Shevell BK VC - NEMF: | 1.00 | $809.60 | Travel to West Palm beach, FL to meet with the owner and lawyers to review the Plan and Disclosure Statement and get approval of Plan. $784.60 + $25.00 |
| | | **AirRail Billble: Sub-Total:** | | **$809.60** | |
| **Lodging: - Lodging** | | | | | |
| 10/18/2019 | V Colistra | Shevell BK VC - NEMF: | 1.00 | $452.26 | Hotel for 1 night for meeting with owner and lawyers for Plan and Disclosure meeting and approval |
| | | **Lodging: Sub-Total:** | | **$452.26** | |
| **MEALS BILLABLE: - Meals** | | | | | |
| 10/17/2019 | V Colistra | Shevell BK VC - NEMF: | 1.00 | $54.59 | Cocktails before dinner with owner, lawyer and myself. |
| | | **MEALS BILLABLE: Sub-Total:** | | **$54.59** | |
| **Mileage NR: - Mileage** | | | | | |
| 9/30/2019 | V Colistra | Shevell BK VC - NEMF: | 120.00 | $69.60 | Miles to and from the company on NJ Turnpike |
| 10/1/2019 | V Colistra | Shevell BK VC - NEMF: | 120.00 | $69.60 | Miles to and from the company on NJ Turnpike |
| 10/2/2019 | V Colistra | Shevell BK VC - NEMF: | 120.00 | $69.60 | Miles to and from the company on NJ Turnpike |
| 10/3/2019 | V Colistra | Shevell BK VC - NEMF: | 120.00 | $69.60 | Miles to and from the company on NJ Turnpike |
| 10/7/2019 | V Colistra | Shevell BK VC - NEMF: | 120.00 | $69.60 | Miles to and from the company |
| 10/8/2019 | V Colistra | Shevell BK VC - NEMF: | 120.00 | $69.60 | Miles to and from the company |
| 10/9/2019 | V Colistra | Shevell BK VC - NEMF: | 120.00 | $69.60 | Miles to and from the company |
| 10/10/2019 | V Colistra | Shevell BK VC - NEMF: | 120.00 | $69.60 | Miles to and from the company |
| 10/14/2019 | V Colistra | Shevell BK VC - NEMF: | 120.00 | $69.60 | Miles to and from Shevell |
| 10/15/2019 | V Colistra | Shevell BK VC - NEMF: | 120.00 | $69.60 | Miles to and from Shevell |
| 10/16/2019 | V Colistra | Shevell BK VC - NEMF: | 35.00 | $20.30 | Miles from Shevell |
| 10/22/2019 | V Colistra | Shevell BK VC - NEMF: | 120.00 | $69.60 | 120 miles on ride to Gibbon's office in Newark before court hearing |
| 10/31/2019 | V Colistra | Shevell BK VC - NEMF: | 120.00 | $69.60 | Miles to and from the company |
| | | **Mileage NR: Sub-Total:** | | **$855.50** | |
| **Parking: - Parking** | | | | | |
| 10/22/2019 | V Colistra | Shevell BK VC - NEMF: | 1.00 | $21.00 | Parking in Newark to visit Gibbons' offices and attend court hearing. |
| | | **Parking: Sub-Total:** | | **$21.00** | |
| **TAXI BILLABLE:: - Taxi** | | | | | |
| 10/17/2019 | V Colistra | Shevell BK VC - NEMF: | 1.00 | $148.90 | Car service to airport. Taxi from Airport to Hotel |
| 10/18/2019 | V Colistra | Shevell BK VC - NEMF: | 1.00 | $202.00 | Taxis from hotel to airport and for return from airport |
| 10/22/2019 | V Colistra | Shevell BK VC - NEMF: | 1.00 | $5.30 | Cab from Gibbons' office to court house |
| | | **TAXI BILLABLE:: Sub-Total:** | | **$356.20** | |
| **TOLLS BILLABLE:: - Tolls** | | | | | |
| 9/30/2019 | V Colistra | Shevell BK VC - NEMF: | 1.00 | $13.30 | Tolls on NJ Turnpike to and from the Company |
| 10/1/2019 | V Colistra | Shevell BK VC - NEMF: | 1.00 | $13.30 | Tolls on NJ Turnpike to and from the Company |
| 10/2/2019 | V Colistra | Shevell BK VC - NEMF: | 1.00 | $13.30 | Tolls on NJ Turnpike to and from the Company |

**Phoenix Management**

110 Commons Court
Chadds Ford, PA 19317-9716
Tel: 610-358-4700 Fax: 610-358-9377

Expenses By Item

Printed on: 11/7/2019

Page 2 of 2

Filters Used:
  - Expense Log Date:      9/30/2019  to  11/3/2019
  - Expense Log Project ID:     Shevell BK VC - NEMF:  to  Shevell BK VC - NEMF:

| Date | Employee ID | Project ID | Units | Amount | Memo |
|---|---|---|---|---|---|
| **TOLLS BILLABLE:: - Tolls** | | | | | |
| 10/3/2019 | V Colistra | Shevell BK VC - NEMF: | 1.00 | $13.30 | Tolls on NJ Turnpike to and from the Company |
| 10/7/2019 | V Colistra | Shevell BK VC - NEMF: | 1.00 | $13.30 | Tolls on turnpike to and from the company |
| 10/8/2019 | V Colistra | Shevell BK VC - NEMF: | 1.00 | $13.30 | Tolls on turnpike to and from the company |
| 10/9/2019 | V Colistra | Shevell BK VC - NEMF: | 1.00 | $13.30 | Tolls on turnpike to and from the company |
| 10/10/2019 | V Colistra | Shevell BK VC - NEMF: | 1.00 | $13.30 | Tolls on turnpike to and from the company |
| 10/14/2019 | V Colistra | Shevell BK VC - NEMF: | 1.00 | $13.30 | Tolls to and from Shevell |
| 10/15/2019 | V Colistra | Shevell BK VC - NEMF: | 1.00 | $13.30 | Tolls to and from Shevell |
| 10/16/2019 | V Colistra | Shevell BK VC - NEMF: | 1.00 | $6.50 | Tolls from Shevell |
| 10/22/2019 | V Colistra | Shevell BK VC - NEMF: | 1.00 | $13.30 | Tolls |
| 10/31/2019 | V Colistra | Shevell BK VC - NEMF: | 1.00 | $13.30 | Tolls on turnpike to and from the company |
| | | **TOLLS BILLABLE:: Sub-Total:** | | **$166.10** | |
| | | **Grand Total:** | | **$4,215.25** | |

**Phoenix Management**  
110 Commons Court  
Chadds Ford, PA 19317-9716  
Tel: 610-358-4700 Fax: 610-358-9377  

*Expenses By Item*

Printed on: 11/7/2019  
Page 1 of 1

**Filters Used:**
- Expense Log Date:     9/30/2019  to  11/3/2019
- Expense Log Project ID:     Shevell BK - NEMF:  to  Shevell BK - NEMF:

| Date | Employee ID | Project ID | Units | Amount | Memo |
|---|---|---|---|---|---|
| **MEALS BILLABLE: - Meals** | | | | | |
| 10/16/2019 | K Doyle | Shevell BK - NEMF: | 1.00 | $25.86 | Lunch for K Doyle and V Colistra at Starbucks  - $25.86 |
| | | MEALS BILLABLE: Sub-Total: | | $25.86 | |
| **Mileage: - Mileage** | | | | | |
| 9/30/2019 | K Doyle | Shevell BK - NEMF: | 162.40 | $94.19 | Travel to NEMF and back |
| 9/30/2019 | A Mink | Shevell BK - NEMF: | 50.00 | $29.00 | Rt Shevell, Elizabeth NJ |
| 10/2/2019 | A Mink | Shevell BK - NEMF: | 50.00 | $29.00 | Rt Shevell, Elizabeth NJ |
| 10/2/2019 | K Doyle | Shevell BK - NEMF: | 162.40 | $94.19 | Travel to NEMF and back |
| 10/3/2019 | K Doyle | Shevell BK - NEMF: | 162.40 | $94.19 | Travel to NEMF and back |
| 10/3/2019 | A Mink | Shevell BK - NEMF: | 50.00 | $29.00 | Rt Shevell, Elizabeth NJ |
| 10/7/2019 | A Mink | Shevell BK - NEMF: | 50.00 | $29.00 | RT Shevell |
| 10/8/2019 | A Mink | Shevell BK - NEMF: | 50.00 | $29.00 | RT Shevell |
| 10/9/2019 | A Mink | Shevell BK - NEMF: | 50.00 | $29.00 | RT Shevell |
| 10/9/2019 | K Doyle | Shevell BK - NEMF: | 162.40 | $94.19 | Travel to NEMF and back |
| 10/14/2019 | K Doyle | Shevell BK - NEMF: | 162.40 | $94.19 | Travel to NEMF and back |
| 10/14/2019 | A Mink | Shevell BK - NEMF: | 50.00 | $29.00 | RT to Shevell |
| 10/15/2019 | K Doyle | Shevell BK - NEMF: | 162.40 | $94.19 | Travel to NEMF and back |
| 10/15/2019 | A Mink | Shevell BK - NEMF: | 50.00 | $29.00 | RT to Shevell |
| 10/16/2019 | K Doyle | Shevell BK - NEMF: | 116.00 | $67.28 | From meeting to NEMF - 27 miles<br>Return from NEMF - 89 miles |
| 10/16/2019 | A Mink | Shevell BK - NEMF: | 50.00 | $29.00 | From meeting to Shevell and return from Shevell |
| 10/17/2019 | A Mink | Shevell BK - NEMF: | 50.00 | $29.00 | RT to Shevell |
| 10/31/2019 | A Mink | Shevell BK - NEMF: | 50.00 | $29.00 | RT to Shevell from home |
| | | Mileage: Sub-Total: | | $951.42 | |
| **TOLLS BILLABLE:: - Tolls** | | | | | |
| 9/30/2019 | A Mink | Shevell BK - NEMF: | 1.00 | $5.00 | Rt Shevell, Elizabeth NJ |
| 9/30/2019 | K Doyle | Shevell BK - NEMF: | 1.00 | $18.30 | Tolls to NEMF and back |
| 10/2/2019 | A Mink | Shevell BK - NEMF: | 1.00 | $5.00 | Rt Shevell, Elizabeth NJ |
| 10/2/2019 | K Doyle | Shevell BK - NEMF: | 1.00 | $18.30 | Tolls to NEMF and back |
| 10/3/2019 | A Mink | Shevell BK - NEMF: | 1.00 | $5.00 | Rt Shevell, Elizabeth NJ |
| 10/3/2019 | K Doyle | Shevell BK - NEMF: | 1.00 | $18.30 | Tolls to NEMF and back |
| 10/7/2019 | A Mink | Shevell BK - NEMF: | 1.00 | $5.00 | RT Shevell |
| 10/8/2019 | A Mink | Shevell BK - NEMF: | 1.00 | $5.00 | RT Shevell |
| 10/9/2019 | A Mink | Shevell BK - NEMF: | 1.00 | $5.00 | RT Shevell |
| 10/9/2019 | K Doyle | Shevell BK - NEMF: | 1.00 | $18.30 | Tolls to NEMF and back |
| 10/14/2019 | K Doyle | Shevell BK - NEMF: | 1.00 | $18.30 | Travel to NEMF and back |
| 10/14/2019 | A Mink | Shevell BK - NEMF: | 1.00 | $5.00 | RT to Shevell |
| 10/15/2019 | K Doyle | Shevell BK - NEMF: | 1.00 | $18.30 | Tolls to NEMF and back |
| 10/15/2019 | A Mink | Shevell BK - NEMF: | 1.00 | $5.00 | RT to Shevell |
| 10/16/2019 | K Doyle | Shevell BK - NEMF: | 1.00 | $11.60 | Tolls from NEMF |
| 10/16/2019 | A Mink | Shevell BK - NEMF: | 1.00 | $2.50 | Return from Shevell |
| 10/17/2019 | A Mink | Shevell BK - NEMF: | 1.00 | $5.00 | RT to Shevell |
| 10/31/2019 | A Mink | Shevell BK - NEMF: | 1.00 | $5.00 | RT to Shevell |
| | | TOLLS BILLABLE:: Sub-Total: | | $173.90 | |
| | | **Grand Total:** | | **$1,151.18** | |