FILED
JEANNE A. NAUGHTON, CLERK
NOV 14 2019
U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>**GIBBONS P.C.**<br>Karen A. Giannelli, Esq.<br>Mark B. Conlan, Esq.<br>Brett S. Theisen, Esq.<br>One Gateway Center<br>Newark, New Jersey 07102<br>Telephone: (973) 596-4500<br>E-mail: kgiannelli@gibbonslaw.com<br>mconlan@gibbonslaw.com<br>btheisen@gibbonslaw.com<br><br>*Counsel to the Debtors*<br>*and Debtors-in-Possession* | **LOWENSTEIN SANDLER LLP**<br>Joseph J. DiPasquale, Esq.<br>Mary E. Seymour, Esq.<br>John P. Schneider, Esq.<br>One Lowenstein Drive<br>Roseland, NJ 07068<br>Telephone: (973) 597-2500<br>E-mail: mseymour@lownstein.com<br>jdipasquale@lowenstein.com<br>jschneider@lowenstein.com<br>- and -<br>**ELLIOTT GREENLEAF, P.C.**<br>Rafael X. Zahralddin-Aravena, Esq.<br>Jonathan M. Stemerman, Esq.<br>Sarah Denis, Esq.<br>1105 North Market Street, Suite 1700<br>Wilmington, DE 19801<br>Telephone: (302)384-9400<br>Email: rxza@elliottgreenleaf.com<br>jms@elliottgreenleaf.com<br>sxd@elliottgreenleaf.com<br>*Counsel to the Official Committee of*<br>*Unsecured Creditors* |
| In Re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC., *et al.*,<br><br>Debtors.[1] | Chapter: 11<br><br>Case No.: 19-12809 (JKS)<br>(Jointly Administered) |

## ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following pages, numbered two (2) through and including three (3) is hereby **ORDERED**.

_____
HONORABLE JOHN K. SHERWOOD
UNITED STATES BANKRUPTCY JUDGE

Dated: November 13, 2019

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC (4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMF Logistics, LLC (4666).

36527/2
11/13/2019 205398293.1

Page:     2
Debtor:   New England Motor Freight, Inc., *et al.*
Case No.: 19-12809 (JKS)
Caption:  Order Shortening Time Period For Notice, Setting Hearing and Limiting Notice

---

After review of the application of Gibbons P.C., counsel to the Debtors, and Lowenstein Sandler LLP and Elliott Greenleaf, P.C., counsel to the Official Committee of Unsecured Creditors for a reduction of time for a hearing on the *Debtors' and Official Committee of Unsecured Creditors' Third Motion for an Order Approving Lender Settlement Pursuant to 11 U.S.C. §§ 105(a), 502, 503, and 506 and Bankruptcy Rules 4001(a) and 9019*, it is
ORDERED as follows:

1. A hearing will be conducted on the matter on November 19, 2019 at 10:00 a.m. in the United States Bankruptcy Court, 50 Walnut Street, Martin Luther King, Jr., Bldg., Courtroom No. <u>3D</u>.

2. The Applicants must serve a copy of this Order, and all related documents, on the following parties: <u>(a) the Office of the United States Trustee for Region Three; and (b) the Debtors' prepetition secured lenders</u>:

   by ☐ each, ☒ any of the following methods selected by the Court:

   ☒ fax, ☒ overnight mail, ☐ regular mail, ☒ email, ☐ hand delivery.

3. The Applicants must also serve a copy of this Order, and all related documents, on the following parties: those parties requesting notice pursuant to Bankruptcy Rule 2002 in accordance with Local Rule 2002-1(b).

   by ☐ each, ☒ any of the following methods selected by the Court:

   ☐ fax, ☐ overnight mail, ☒ regular mail, ☐ email, ☐ hand delivery.

4. Service must be made:

   ☐ on the same day as the date of this order, or

   ☒ within ___1___ day(s) of the date of this Order.

5. Notice by telephone:

   ☒ is not required

   ☐ must be provided to _____

   ☐ on the same day as the date of this Order, or

   ☐ within _____ day(s) of the date of this Order.

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to said motion/application identified above:

Page:     3
Debtor:   New England Motor Freight, Inc., *et al.*
Case No.: 19-12809 (JKS)
Caption:  Order Shortening Time Period For Notice, Setting Hearing and Limiting Notice

---

      ☒ must be filed with the Court and served on all parties in interest by electronic or overnight mail 1 day prior to the scheduled hearing; or

      ☐ may be presented orally at the hearing.

8.   ☒ Court appearances are required to prosecute said motion/application and any objections.

      ☒ Parties may request to appear by phone by contacting Chambers prior to the return date.