UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In re: | Chapter 11 |
|---|---|
| NEW ENGLAND MOTOR FREIGHT, INC., *et al.*, | Case No. 19-12809 (JKS) |
| Debtors.[1] | (Jointly Administered) |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                                        )  ss:
COUNTY OF KINGS      )

I, Ted Tokuda, declare:

1. I am over the age of 18 years and not a party to these chapter 11 cases.

2. I am employed by Donlin, Recano & Company, Inc., ("DRC"), 6201 15th Avenue, Brooklyn, NY 11219.

3. On the 13th day of November, 2019, DRC, at my direction and under my supervision, caused to serve the *Notice of Filing of Monthly Compensation and Staffing Report by Phoenix Management Services, LLC for the Period From September 30, 2019 Through November 3, 2019* (Docket No. 996); via electronic mail upon the parties as set forth in Exhibit 1, and via First Class U.S. Mail upon the parties as set forth in Exhibit 2, attached hereto.

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 14th day of November, 2019, Brooklyn, New York.

By _____
Ted Tokuda

Sworn before me this
14th day of November, 2019

_____
Notary Public

JOHN BURLACU
Notary Public - State of New York
No. 01BU6376078
Qualified in Nassau County
My Comm. Expires June 4, 2022

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC (4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMF Logistics, LLC (4666).

NEMF00200

# EXHIBIT 1

**New England Motor Freight, Inc., et al.**
**Electronic Mail**
**Exhibit Page**

```
Page # : 1 of 1                                                                                                    11/13/2019 12:12:23 PM
```

| | | | |
|---|---|---|---|
| 000087P003-1413S-201<br>ELLIOT GREENLEAF<br>R X ZAHRALDDIN- ARAVENA;JONATHAN M STEMERMAN<br>SARAH DENIS<br>1105 MARKET ST STE 1700<br>WILMINGTON DE 19801<br>RXZA@ELLIOTTGREENLEAF.COM | 000087P003-1413S-201<br>ELLIOT GREENLEAF<br>R X ZAHRALDDIN- ARAVENA;JONATHAN M STEMERMAN<br>SARAH DENIS<br>1105 MARKET ST STE 1700<br>WILMINGTON DE 19801<br>JMS@ELLIOTTGREENLEAF.COM | 000087P003-1413S-201<br>ELLIOT GREENLEAF<br>R X ZAHRALDDIN- ARAVENA;JONATHAN M STEMERMAN<br>SARAH DENIS<br>1105 MARKET ST STE 1700<br>WILMINGTON DE 19801<br>SXD@ELLIOTTGREENLEAF.COM | 000086P001-1413S-201<br>LOWENSTEIN SANDLER LLP<br>MARY E SEYMOUR;JOSEPH J DIPASQUALE<br>ONE LOWENSTEIN DRIVE<br>ROSELAND NJ 07068<br>MSEYMOUR@LOWENSTEIN.COM |
| 000086P001-1413S-201<br>LOWENSTEIN SANDLER LLP<br>MARY E SEYMOUR;JOSEPH J DIPASQUALE<br>ONE LOWENSTEIN DRIVE<br>ROSELAND NJ 07068<br>JDIPASQUALE@LOWENSTEIN.COM | 000097P002-1413S-201<br>UNITED STATES DEPARTMENT OF JUSTICE<br>PETER J. D'AURIA,ESQ; MITCHELL HAUSMAN<br>OFFICE OF THE UNITED STATES TRUSTEE<br>ONE NEWARK CENTER STE 2100<br>NEWARK NJ 07102<br>PETER.J.D'AURIA@USDOJ.GOV | 000097P002-1413S-201<br>UNITED STATES DEPARTMENT OF JUSTICE<br>PETER J. D'AURIA,ESQ; MITCHELL HAUSMAN<br>OFFICE OF THE UNITED STATES TRUSTEE<br>ONE NEWARK CENTER STE 2100<br>NEWARK NJ 07102<br>MITCHELL.B.HAUSMAN@USDOJ.GOV | 000001P001-1413S-201<br>UNITED STATES TRUSTEE<br>ONE NEWARK CENTER, SUITE 2100<br>1085 RAYMOND BOULEVARD<br>NEWARK NJ 07102<br>jeffrey.m.sponder@usdoj.gov |
| 000001P001-1413S-201<br>UNITED STATES TRUSTEE<br>ONE NEWARK CENTER, SUITE 2100<br>1085 RAYMOND BOULEVARD<br>NEWARK NJ 07102<br>Mitchell.B.Hausman@usdoj.gov | 000001P001-1413S-201<br>UNITED STATES TRUSTEE<br>ONE NEWARK CENTER, SUITE 2100<br>1085 RAYMOND BOULEVARD<br>NEWARK NJ 07102<br>Peter.J.D'Auria@usdoj.gov | | |

```
Records Printed :   10
```

# EXHIBIT 2

**New England Motor Freight, Inc., et al.**
**Exhibit Page**

Page # : 1 of 1                                                                 11/13/2019 12:11:35 PM

| 000087P003-1413S-201 | 000086P001-1413S-201 | 000097P002-1413S-201 | 000001P001-1413S-201 |
|---|---|---|---|
| ELLIOT GREENLEAF | LOWENSTEIN SANDLER LLP | UNITED STATES DEPARTMENT OF JUSTICE | UNITED STATES TRUSTEE |
| R X ZAHRALDDIN- ARAVENA;JONATHAN M STEMERMAN | MARY E SEYMOUR;JOSEPH J DIPASQUALE | PETER J. D'AURIA,ESQ; MITCHELL HAUSMAN | ONE NEWARK CENTER, SUITE 2100 |
| SARAH DENIS | ONE LOWENSTEIN DRIVE | OFFICE OF THE UNITED STATES TRUSTEE | 1085 RAYMOND BOULEVARD |
| 1105 MARKET ST STE 1700 | ROSELAND NJ 07068 | ONE NEWARK CENTER STE 2100 | NEWARK NJ 07102 |
| WILMINGTON DE 19801 | | NEWARK NJ 07102 | |

Records Printed :   **4**