Form order – ntcorder

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 19−12809−JKS
        Chapter: 11
        Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   New England Motor Freight, Inc.
   1−71 North Ave E
   Elizabeth, NJ 07201

Social Security No.:

Employer's Tax I.D. No.:
   22−1977697

**NOTICE OF JUDGMENT OR ORDER**
**Pursuant to Fed. R. Bankr. P. 9022**

     Please be advised that on November 15, 2019, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 1005 − 1003, 1004
Order Granting Application to Shorten Time (related document:1003 Motion to Approve Compromise under Rule 9019 filed by Creditor Committee Official Committee Of Unsecured Creditors, Debtor New England Motor Freight, Inc.). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 11/15/2019. Hearing scheduled for 11/19/2019 at 10:00 AM at JKS − Courtroom 3D, Newark. (mg)

     Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: November 15, 2019
JAN: mg

                                                  Jeanne Naughton
                                                  Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 19-12809-JKS
New England Motor Freight, Inc.                                           Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 5               Date Rcvd: Nov 15, 2019
                              Form ID: orderntc        Total Noticed: 69

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 17, 2019.
```
db          +New England Motor Freight, Inc.,    1-71 North Ave E,    Elizabeth, NJ 07201-2958
aty         +ANTHONY G ROSS,    126 South Main Street,    Pittston, PA 18640-1739
aty        #+Brent C. Strickland,    Whiteford, Taylor & Preston L.L.P,    7501 Wisconsin Avenue,Suite 700W,
              Bethesda, MD 20814-6521
aty         +Charles Ercole,    Klehr Harrison et al,    10000 Lincoln Drive East,    Suite 201,
              Marlton, NJ 08053-3105
aty         +Charles R Mathis, IV,    Levinson Axelrod. P.A.,    Levinson Plaza,    2 Lincoln Highway,
              PO Box 2905,    Edison, NJ 08818-2905
aty         +David L. Eisbrouch,    Harmon, Linder & Rogowsky, Esqs.,    3 Park Avenue, Suite 2300,
              New York, NY 10016-5908
aty         +Deloitte Consulting LLP,    111 S Wacker Dr,    Chicago, IL 60606-4396
aty         +Elliot M. Smith,    SQUIRE PATTON BOGGS (US) LLP,    4900 Key Tower,    127 Public Square,
              Cleveland, OH 44114-1217
aty         +Gibbons, P.C.,    One Gateway Center,    Newark, NJ 07102-5321
aty        #+Grace Winkler Cranley,    Dinsmore & Shohl LLP,    227 W. Monroe Street,    Suite 3850,
              Chicago, IL 60606-5085
aty          Howard A. Cohen,    Gibbons P.C.,    300 Delaware Avenue, Suite 1015,    Wilmington, DE  19801-1671
aty          Jeffrey L. Nagel,    Gibbons P.C.,    One Pennsylvania Plaza, 37th Floor,
              New York, NY  10119-3701
aty         +Jonathan I. Edelstein,    Edelstein & Grossman,    501 Fifth Avenue, Suite 514,
              New York, NY 10017-7840
aty         +Jonathan M. Stemerman,    1105 N. Market Street,    Suite 1700,    Wilmington, DE 19801-1228
aty         +Joshua Eppich,    Bonds Ellis Eppich Schafer Jones LLP,    420 Throckmorton Street, Suite 1000,
              Fort Worth, TX 76102-3727
aty         +Keith M. Lusby,    Gebhardt & Smith LLP,    One South Street, Suite 2200,
              Baltimore, MD 21202-3281
aty         +Kevin J Bloom,    Park 80 West- Plaza II,    250 Pehle Avenue, Suite 200,
              Saddle Brook, NJ 07663-5835
aty         +Lisa Bittle Tancredi,    Gebhardt & Smith LLP,    One South Street, Ste 2200,
              Baltimore, MD 21202-3281
aty         +Lowenstein Sandler LLP,    One Lowenstein Drive,    Roseland, NJ 07068-1791
aty         +Mark F. Liscio,    Freshfields Bruckhaus Deringer US LLP,    601 Lexington Avenue,
              Neew York, NY 10022-4611
aty          Maura P. McIntyre,    Squire Patton Boggs (US) LLP,    49 Key Tower, 127 Public Square,
              Cleveland, OH  44114
aty         +Robert G. Goodman,    Palmisano & Goodman, PA,    171 Main Street,    PO Box 518,
              Woodbridge, NJ 07095-0518
aty         +Sarah Denis,    ELLIOT GREENLEAF,    1105 Market Street, Suite 1700,    Wilmington, DE 19801-1228
aty         +Scott D. Talmadge,    Freshfields Bruckhaus Deringer US LLP,    601 Lexington Avenue,
              New York, NY 10022-4611
aty         +Tiffany Strelow Cobb,    Vorys, Sater, Seymour and Pease LLP,    52 East Gay Street,
              Columbus, OH 43215-3161
aty         +Todd M. Brooks,    Whiteford, Taylor & Preston L.L.P.,    7 St. Paul Street, Suite 1500,
              Baltimore, MD 21202-1636
aty         +Vera N. Kanova,    General Law Division,    400 Market Street,    Harrosbirg, PA 17101-2301
aty         +WASSERMAN, JURISTA & STOLZ, P.C.,    110 Allen Road,    Suite 304,
              Basking Ridge,, NJ 07920-4500
aty         +Whiteford Taylor & Preston,    Seven Saint paul St. Ste 1800,    Baltimore, MD 21202-1639
sp          +Akerman LLP,    666 Fifth Avenue, 20th Fl,    New York, NY 10103-0020
cr          +Albert F Nasuti, Esq.,    THOMPSON, OBRIEN, KEMP & NASUTI, P.C.,    40 Technology Parkway South,
              Suite 300,    Peachtree Corners, GA 30092-2924
cr          +Berkley Insurance Company,    c/o CHIESA SHAHINIAN & GIANTOMASI PC,    One Boland Drive,
              West Orange, NJ 07052-3686
cr          +CAB East LLC, serviced by Ford Motor Credit Compan,    P.O. Box 62180,
              Colorado Springs, CO 80962-2180
cr          +Capital One, N.A.,    c/o McCarter & English, LLP,    Attn: Peter M. Knob, Esq.,
              Four Gateway Center,    100 Mulberry Street,    Newark, NJ 07102-4056
op          +CohnReznick Capital Market Securities, LLC,    4 Becker Farm Road,    Roseland, NJ 07068-1739
cr          +Commonwealth of Pennsylvania Department of Labor a,    Deb Secrest,    651 Boas Street, Room 702,
              Harrisburg, PA 17121-0751
cr          +Connecticut Light & Power Company, NStar Western M,    c/o McCarter & English, LLP,
              Attn: Kate R. Buck, Esq.,    Renaissance Centre,    405 N. King Street, 8th Floor,
              Wilmington, DE 19801-3773
r           +Cushman & Wakefield of Florida, LLC,    200 South Biscayne Blvd..,    Miami, FL 33131-2310
cr          +Daimler Trust,    c/o BK Servicing, LLC,    P.O. Box 131265,    Roseville, MN 55113-0011
cr           Dept. of Revenue Commonwealth of Pennsylvania, dep,    Bureau of Compliance,    Dept. 280946,
              Harrisburg, PA 17128-0946
op          +Donlin, Recano & Company, Inc.,    6201 15th Ave.,    Brooklyn, NY 11219-5411
intp        +Dorothy Karp,    2931 Pittston Ave,    Scranton, PA 18505-3139
cr          +East River Energy, Inc,,    401 Soundview Road,    Guilford, CT 06437-2971
intp         Great Dane LLC,    Michael D. Sirota, Esq.,    Cole Schotz P.C.,
              25 Main Street, Court Plaza North,    Hackensack, NJ  07601
cr          +Larry L. Banks,    124 Lexington Avenue,    Paterson, NJ 07502-1809
```

```
District/off: 0312-2              User: admin              Page 2 of 5              Date Rcvd: Nov 15, 2019
                                  Form ID: orderntc        Total Noticed: 69

cr              +Lucky's Energy Service, Inc.,    c/o Riker Danzig,    One Speedwell Avenue,
                  Morristown, NJ 07960-6838
cr              +MICHAEL SINGLEY,    432 West Pine Ave,    Wildwood, NJ 08260-2336
cr               Marie-Jose Dube,    IBM CORPORATION,    275 Viger East,    Montreal, QC  H2X 3R7,    CANADA
cr              +McIntosh Energy Company,    1923 Bremer Road,    Fort Wayne, IN 46803-3002
cr              +Nelson Vasquez,    Boyer Coffy, LLC.,    970 Clifton Ave, Suite 201,    Clifton, NJ 07013-2730
cr              +New Jersey Manufacturers,    c/o Connell Foley (RKS),    56 Livingston Avenue,
                  Roseland, NJ  07068,    UNITED STATES 07068-1733
cr              +New York State Department of Labor,    Office of the Attorney General,    28 Liberty Street,
                  New York, NY 10005-1400
cr              +Office of Unemployment Compensation Tax Services (,    Deb Secrest,
                  Commonwealth of Pennsylvania,    651 Boas Street, Room 702,    Harrisburg,, PA 17121-0751
cr              +Omnitracs, LLC,    c/o Mark A. Platt, Esq.,    Frost Brown Todd LLC,    100 Crescent Court,
                  Suite 350,    Dallas, TX 75201-2348
intp            +Orange and Rockland Utilities, Inc.,    c/o Daniel N. Kraushaar, Esq.,
                  300 Airport Executive Park,    Suite 307,    Nanuet, NY 10954-5285
intp            +PA Department of Environmental Protection,    Office of Chief Counsel,    400 Market St,
                  Harrisburg, PA 17101-2301
cr              +Pantos USA, Inc.,    910 Sylvan Ave.,    Englewood Cliffs, NJ 07632-3306
cr              +Pilot Travel Centers LLC,    5508 Lonas Drive,    Knoxville, TN 37909-3221
cr              +Potomac Edison Company, Toledo Edison Company and,    c/o McCarter & English, LLP,
                  Attn: Kate R. Buck, Esq.,    Renaissance Centre,    405 N. King Street, 8th Floor,
                  Wilmington, DE 19801-3773
intp            +Protective Insurance Company,    3100 North Meridian Street,    Indianapolis, IN 46208-4718
cr              +RLI Insurance Company,    9025 N. Lindbergh Drive,    Peoria, il 61615-1499
cr              +VW Credit, Inc.,    P.O. Box 340514,    Tampa, FL 33694-0514
cr              +Valvoline LLC,    100 Valvoline Way,    Lexington, TX 40509-2714
acc             +Withumsmith+Brown,    200 Jefferson Park, Suite 400,    Whippany, NJ 07981-1070
cr              +to Rita Alvarado The Rosato Firm, P.C., counsel,    55 Broadway, 23rd Floor,
                  New York, NY 10006-3734

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             +E-mail/Text: sak@elliottgreenleaf.com Nov 16 2019 00:23:21      ELLIOTT GREENLEAF, P.C,
                  1105 Market Street, Suite 1700,    Wilmington, DE 19801-1228
aty             +E-mail/Text: rxza@elliottgreenleaf.com Nov 16 2019 00:23:21      Rafael X Zahralddin-Aravena,
                  Elliot Greenleaf,    1105 North Market Street,    Wilmington, DE 19801-1216
app             +E-mail/Text: atkinsappraisal@aol.com Nov 16 2019 00:22:47      A. Atkins Appraisal Corp,,
                  122 Clinton Road,    Fairfiled, NJ 07004-2900
intp             E-mail/Text: jmarshall@jmpartnersllc.com Nov 16 2019 00:22:51      John  Marshall,
                  c/o JM Partners LLC,    6800 Paragon Place Suite 202,    Richmond,, VA  23230-1656
                                                                                             TOTAL: 4

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty              Elliott Greenleaf, P.C.
intp             International Business Machines Corp (IBM)
cr               JP Morgan Chase,    1111 Polaris Parkway, 4P0461,    Columbus
op               Vincent J. Colistra
aty*            +Lowenstein Sandler LLP,    One Lowenstein Drive,    Roseland, NJ 07068-1791
                                                                                             TOTALS: 4, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2019                                Signature:  /s/Joseph Speetjens

---

**CM/ECF NOTICE OF ELECTRONIC FILING**

```
District/off: 0312-2                  User: admin                    Page 3 of 5                    Date Rcvd: Nov 15, 2019
                                      Form ID: orderntc               Total Noticed: 69


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 15, 2019 at the address(es) listed below:
              Alan J. Brody    on behalf of Creditor    JP Morgan Chase brodya@gtlaw.com, NJLitDock@gtlaw.com
              Andrew R. Turner    on behalf of Defendant    Protective Insurance Company courts@turnerlaw.net
              Andrew R. Turner    on behalf of Interested Party    Protective Insurance Company
               courts@turnerlaw.net
              Anthony  Sodono, III    on behalf of Defendant    Jalil Waters and Rashida Carter asodono@msbnj.com
              Anthony  Sodono, III    on behalf of Creditor Jalil  Walters asodono@msbnj.com
              Anthony  Sodono, III    on behalf of Creditor    Mercedes Benz Financial Services USA LLC
               asodono@msbnj.com
              Anthony  Sodono, III    on behalf of Defendant Shauna  Jones asodono@msbnj.com
              Anthony  Sodono, III    on behalf of Creditor Rasheeda  Carter asodono@msbnj.com
              Anthony  Sodono, III    on behalf of Creditor Shauna  Jones asodono@msbnj.com
              Beth J. Rotenberg    on behalf of Creditor    Berkley Insurance Company brotenberg@csglaw.com,
               ecf@csglaw.com
              Blake D. Roth    on behalf of Creditor    Bridgestone Americas Tire Operations, LLC
               blake.roth@wallerlaw.com,
               chris.cronk@wallerlaw.com;deborah.liles@wallerlaw.com;katie.stenberg@wallerlaw.com
              Brett Steven Theisen    on behalf of Plaintiff    New England Motor Freight, Inc.
               btheisen@gibbonslaw.com
              Brett Steven Theisen    on behalf of Debtor    New England Motor Freight, Inc.
               btheisen@gibbonslaw.com
              Brian  Glass    on behalf of Interested Party    PA Department of Environmental Protection
               briaglass@pa.gov, verkanova@pa.gov
              Brian W. Hofmeister    on behalf of Creditor Larry L. Banks bwh@hofmeisterfirm.com
              Catherine L. Corey    on behalf of Creditor    East River Energy, Inc, clcorey@nmmlaw.com
              Chad J. Toms    on behalf of Debtor    New England Motor Freight, Inc. ctoms@wtplaw.com
              Christopher Lynch    on behalf of Creditor    Fifth Third Bank clynch@reedsmith.com
              Christopher John Leavell    on behalf of Interested Party    Class Plaintiffs at al
               cleavell@klehr.com, lclark@klehr.com
              Christopher John Leavell    on behalf of Plaintiff Dan  Webster cleavell@klehr.com,
               lclark@klehr.com
              Christopher John Leavell    on behalf of Plaintiff Mary  Carlin cleavell@klehr.com,
               lclark@klehr.com
              Daniel  Stolz    on behalf of Debtor    New England Motor Freight, Inc. dstolz@wjslaw.com,
               dstolz@ecf.inforuptcy.com;msousa@wjslaw.com;btorres@ecf.inforuptcy.com
              David  Edelberg    on behalf of Creditor    McIntosh Energy Company dedelberg@cullenanddykman.com,
               edelbergdr82964@notify.bestcase.com
              David A. Pisciotta    on behalf of Creditor    Santander Bank, N.A.
               david.pisciotta@troutmansanders.com, john.murphy@troutman.com;alissa.piccione@troutman.com
              David V. Fontana    on behalf of Creditor    TD Bank, N.A. dfont@gebsmith.com,
               ltancredi@gebsmith.com;klusby@gebsmith.com
              Deirdre E. Burke    on behalf of Creditor    Capital One, N.A. dburke@mccarter.com
              Denise A Kuhn    on behalf of Creditor Dept. of Revenue    Commonwealth of Pennsylvania, department
                of revenue dkuhn@attorneygeneral.gov
              Donald W Clarke    on behalf of Debtor    New England Motor Freight, Inc. dclarke@wjslaw.com,
               dclarke@ecf.inforuptcy.com
              Douglas J. McGill    on behalf of Creditor    Pilot Thomas Logistics LLC dmcgill@webbermcgill.com,
               mlynch@webbermcgill.com
              Douglas T Tabachnik    on behalf of Creditor to Rita Alvarado    The Rosato Firm, P.C., counsel
               dtabachnik@dttlaw.com, rdalba@dttlaw.com
              Douglas T Tabachnik    on behalf of Defendant Rita  Alvarado dtabachnik@dttlaw.com,
               rdalba@dttlaw.com
              Eric  Goldstein    on behalf of Creditor    United HealthCare Services, Inc. egoldstein@goodwin.com,
               bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com
              Evan S. Goldstein    on behalf of Creditor    Webster Capital Finance, Inc. egoldstein@uks.com
              Frank  Peretore    on behalf of Creditor    Wells Fargo Equipment Finance, Inc. fperetore@csglaw.com
              Gail C. Lin    on behalf of Plaintiff Alice  Waters GL@outtengolden.com,
               jxh@outtengolden.com;jar@outtengolden.com;rsr@outtengolden.com;kdeleon@outtengolden.com;squinonez
               @outtengolden.com;tloughran@outtengolden.com
              Gail C. Lin    on behalf of Plaintiff Rich  Richardson GL@outtengolden.com,
               jxh@outtengolden.com;jar@outtengolden.com;rsr@outtengolden.com;kdeleon@outtengolden.com;squinonez
               @outtengolden.com;tloughran@outtengolden.com
              Gary D. Bressler    on behalf of Creditor    VFS US LLC gbressler@mdmc-law.com,
               kdeans@mdmc-law.com;kpatterson@mdmc-law.com;dprimack@mdmc-law.com;bkleban@mdmc-law.com
              Gary D. Bressler    on behalf of Creditor    Mack Trucks, Inc. gbressler@mdmc-law.com,
               kdeans@mdmc-law.com;kpatterson@mdmc-law.com;dprimack@mdmc-law.com;bkleban@mdmc-law.com
              Gary D. Bressler    on behalf of Creditor    Volvo Financial gbressler@mdmc-law.com,
               kdeans@mdmc-law.com;kpatterson@mdmc-law.com;dprimack@mdmc-law.com;bkleban@mdmc-law.com
              Gavin  Stewart    on behalf of Creditor    VW Credit, Inc. gavin@stewartlegalgroup.com
              Jacob  Frumkin    on behalf of Interested Party    Great Dane LLC jfrumkin@coleschotz.com
              JoAnne M. Bonacci    on behalf of Creditor    RLI Insurance Company jbonacci@dbplawfirm.com
              John F. Bracaglia, Jr.    on behalf of Interested Party    Orange and Rockland Utilities, Inc.
               brokaw@centraljerseylaw.com
              John Phillip Schneider    on behalf of Creditor Committee    Official Committee Of Unsecured
               Creditors JPSchneider@mdmc-law.com
              John R. Morton, Jr.    on behalf of Creditor    CAB East LLC, serviced by Ford Motor Credit Company
                LLC ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
              Joseph  Lubertazzi, Jr.    on behalf of Creditor    Capital One, N.A. jlubertazzi@mccarter.com
```

```
District/off: 0312-2             User: admin              Page 4 of 5               Date Rcvd: Nov 15, 2019
                                 Form ID: orderntc        Total Noticed: 69
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Joseph J. DiPasquale    on behalf of Other Prof.    CohnReznick Capital Market Securities, LLC jdipasquale@lowenstein.com, jkimble@lowenstein.com
        Joseph J. DiPasquale    on behalf of Creditor Committee    Official Committee Of Unsecured Creditors jdipasquale@lowenstein.com, jkimble@lowenstein.com
        Joseph J. McMahon, Jr.    on behalf of Creditor    Pilot Travel Centers LLC jmcmahon@ciardilaw.com, jclarke@ciardilaw.com
        Joseph L. Schwartz    on behalf of Creditor    Lucky's Energy Service, Inc. jschwartz@riker.com
        Justin W. Gray    on behalf of Creditor Janice A. Goodall gray@maynardoconnorlaw.com, Sweeney@moscllp.com
        Justin W. Gray    on behalf of Creditor Anthony  McNeil gray@maynardoconnorlaw.com, Sweeney@moscllp.com
        Justin W. Gray    on behalf of Creditor Angela  Evans gray@maynardoconnorlaw.com, Sweeney@moscllp.com
        Justin W. Gray    on behalf of Creditor Daniel  Murtha gray@maynardoconnorlaw.com, Sweeney@moscllp.com
        Justin W. Gray    on behalf of Creditor Daniel  Rinaldi gray@maynardoconnorlaw.com, Sweeney@moscllp.com
        Justin W. Gray    on behalf of Defendant    Angela Evans, Individually & as Parent & Natural Guardian of E Evans, an Infant gray@maynardoconnorlaw.com, Sweeney@moscllp.com
        Karen A. Giannelli    on behalf of Debtor    MyJon, LLC kgiannelli@gibbonslaw.com
        Karen A. Giannelli    on behalf of Accountant    Withumsmith+Brown kgiannelli@gibbonslaw.com
        Karen A. Giannelli    on behalf of Plaintiff    Jans Leasing Corp. kgiannelli@gibbonslaw.com
        Karen A. Giannelli    on behalf of Debtor    United Express Solar, LLC kgiannelli@gibbonslaw.com
        Karen A. Giannelli    on behalf of Plaintiff    New England Motor Freight, Inc. kgiannelli@gibbonslaw.com
        Karen A. Giannelli    on behalf of Debtor    NEMF Logistics, LLC kgiannelli@gibbonslaw.com
        Karen A. Giannelli    on behalf of Debtor    Carrier Industries, Inc. kgiannelli@gibbonslaw.com
        Karen A. Giannelli    on behalf of Debtor    Myar, LLC kgiannelli@gibbonslaw.com
        Karen A. Giannelli    on behalf of Debtor    New England Motor Freight, Inc. kgiannelli@gibbonslaw.com
        Karen A. Giannelli    on behalf of Debtor    Apex Logistics, Inc. kgiannelli@gibbonslaw.com
        Karen A. Giannelli    on behalf of Plaintiff    MyJon, LLC kgiannelli@gibbonslaw.com
        Karen A. Giannelli    on behalf of Debtor    Eastern Freight Ways, Inc. kgiannelli@gibbonslaw.com
        Karen A. Giannelli    on behalf of Plaintiff    NEMF World Transport, Inc. kgiannelli@gibbonslaw.com
        Karen A. Giannelli    on behalf of Plaintiff    Carrier Industries, Inc. kgiannelli@gibbonslaw.com
        Karen A. Giannelli    on behalf of Plaintiff    Apex Logistics, Inc. kgiannelli@gibbonslaw.com
        Karen A. Giannelli    on behalf of Plaintiff    NEMF Logistics, LLC kgiannelli@gibbonslaw.com
        Karen A. Giannelli    on behalf of Plaintiff    Myar, LLC kgiannelli@gibbonslaw.com
        Karen A. Giannelli    on behalf of Debtor    NEMF World Transport, Inc. kgiannelli@gibbonslaw.com
        Karen A. Giannelli    on behalf of Plaintiff    United Express Solar, LLC kgiannelli@gibbonslaw.com
        Karen A. Giannelli    on behalf of Debtor    Jans Leasing Corp. kgiannelli@gibbonslaw.com
        Karen A. Giannelli    on behalf of Other Prof.    Donlin, Recano & Company, Inc. kgiannelli@gibbonslaw.com
        Karen A. Giannelli    on behalf of Plaintiff    Eastern Freight Ways, Inc. kgiannelli@gibbonslaw.com
        Karen A. Giannelli    on behalf of Plaintiff    Hollywood Avenue Solar, LLC kgiannelli@gibbonslaw.com
        Karen A. Giannelli    on behalf of Debtor    Hollywood Avenue Solar, LLC kgiannelli@gibbonslaw.com
        Kate R. Buck    on behalf of Creditor    Potomac Edison Company, Toledo Edison Company and West Penn Power Company kbuck@mccarter.com
        Kate R. Buck    on behalf of Creditor    Connecticut Light & Power Company, NStar Western Massachusetts, Yankee Gas Services Company, Colonial Gas Company, KeySpan Energy Delivery Long Island, Narragansett Electric Company and Niagara Mohawk kbuck@mccarter.com
        Kenneth L. Baum    on behalf of Creditor    Clermont Holdings, LLC kbaum@kenbaumdebtsolutions.com, fpisano@coleschotz.com
        Keri P. Ebeck    on behalf of Creditor    Guttman Energy, Inc. kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com
        Kevin Gordon McDonald    on behalf of Creditor    VW Credit Leasing, Ltd. kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
        Kevin M. Capuzzi    on behalf of Interested Party    Amazon.com Services, Inc., formerly Amazon Fulfillment Services, Inc. kcapuzzi@beneschlaw.com, debankruptcy@beneschlaw.com
        Leonard R Boyer    on behalf of Creditor Nelson  Vasquez lrbnjesq@gmail.com, mcordova48890@aol.com;r.lr73573@notify.bestcase.com;aocasio768@aol.com
        Louis A. Curcio    on behalf of Creditor    Santander Bank, N.A. louis.curcio@troutmansanders.com, John.Murphy@troutmansanders.com;jonathan.forstot@troutmansanders.com;david.pisciotta@troutmansanders.com
        Mark  Platt    on behalf of Creditor    Omnitracs, LLC mplatt@fbtlaw.com
        Mark B Conlan    on behalf of Debtor    New England Motor Freight, Inc. mconlan@gibbonslaw.com
        Mark B Conlan    on behalf of Plaintiff    New England Motor Freight, Inc. mconlan@gibbonslaw.com
        Mark B Conlan    on behalf of Defendant    New England Motor Freight, Inc., et al. mconlan@gibbonslaw.com
        Mary E. Seymour    on behalf of Creditor Committee    Official Committee Of Unsecured Creditors mseymour@lowenstein.com
        Mary E. Seymour    on behalf of Attorney    Lowenstein Sandler LLP mseymour@lowenstein.com
        Melissa A. Pena    on behalf of Creditor    Webster Capital Finance, Inc. mapena@norris-law.com, pfreda@nmmlaw.com
        Michael D. Sirota    on behalf of Interested Party    Great Dane LLC msirota@coleschotz.com, fpisano@coleschotz.com

```
District/off: 0312-2          User: admin               Page 5 of 5              Date Rcvd: Nov 15, 2019
                              Form ID: orderntc         Total Noticed: 69


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Michael R. Caruso    on behalf of Creditor    Wells Fargo Equipment Finance, Inc.
               mcaruso@csglaw.com, ecf@csglaw.com
              Morris S. Bauer    on behalf of Creditor     East River Energy, Inc, msbauer@nmmlaw.com,
               rjacome@norris-law.com,relikens@nmmlaw.com
              Norman N Kinel    on behalf of Interested Party    East West Bank norman.kinel@squirepb.com,
               sarah.conley@squirepb.com;elliot.smith@squirepb.com
              Peter M. Knob    on behalf of Creditor    Capital One, N.A. pknob@mccarter.com,
               lrestivo@mccarter.com
              Rebecca Ann Solarz    on behalf of Creditor    VW Credit Leasing, Ltd rsolarz@kmllawgroup.com
              Rene S. Roupinian    on behalf of Plaintiff Rich  Richardson rsr@outtengolden.com
              Rene S. Roupinian    on behalf of Plaintiff Alice  Waters rsr@outtengolden.com
              Richard Albuquerque    on behalf of Creditor MICHAEL    SINGLEY richarda@djdlawyers.com
              Richard S. Kanowitz    on behalf of Unknown Role Type    Ad Hoc Group of Tort Claimants
               rkanowitz@cooley.com, mklein@cooley.com;jindyke@cooley.com;efiling-notice@ecf.pacerpro.com
              Rick Aaron Steinberg    on behalf of Creditor    TOTE Maritime rsteinberg@pricemeese.com
              Robert A. Burke    on behalf of Defendant    Jenny Munson Andress, individually and as the
               Administratrix of the Estate of Herbert Andress rburke@macelree.com
              Robert E. Nies    on behalf of Creditor    Berkley Insurance Company rnies@csglaw.com
              Robert K. Scheinbaum    on behalf of Defendant    New Jersey Manufacturers Insurance Company a/s/o
               Phyllis A. Troy rscheinbaum@connellfoley.com
              Robert K. Scheinbaum    on behalf of Creditor    New Jersey Manufacturers
               rscheinbaum@connellfoley.com
              Rona J. Rosen    on behalf of Creditor    WARN Act Class Plaintiffs and Putative Class
               cbbutler@klehr.com, cbbutler@klehr.com
              Sari Blair Placona    on behalf of Defendant    DARYL MARTIN AND KIM MARTIN splacona@msbnj.com
              Sari Blair Placona    on behalf of Creditor Jalil  Walters splacona@msbnj.com
              Sari Blair Placona    on behalf of Defendant Shauna  Jones splacona@msbnj.com
              Sari Blair Placona    on behalf of Creditor Shauna  Jones splacona@msbnj.com
              Sari Blair Placona    on behalf of Creditor Daryl & Kim  Martin splacona@msbnj.com
              Sari Blair Placona    on behalf of Defendant    Jalil Waters and Rashida Carter splacona@msbnj.com
              Sari Blair Placona    on behalf of Creditor Rasheeda  Carter splacona@msbnj.com
              Sari Blair Placona    on behalf of Creditor    Interstate Towing Recovery Incorporated
               splacona@msbnj.com
              Sari Blair Placona    on behalf of Creditor    Mercedes Benz Financial Services USA LLC
               splacona@msbnj.com
              Scott J. Freedman    on behalf of Creditor    Corcentric, LLC sfreedman@dilworthlaw.com
              Scott W Lichtenstein    on behalf of Creditor    Berkley Insurance Company slichtenstein@csglaw.com
              Seoung Y. Lim    on behalf of Creditor    Pantos USA, Inc. joshualim@kcllawfirm.com,
               denisemoreno@kcllawfirm.com,seankwak@kcllawfirm.com,jpark@kcllawfirm.com
              Stephen B. Ravin    on behalf of Creditor    Riggins, Inc. sravin@saul.com, jgillman@saul.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              Virginia T. Shea    on behalf of Creditor    VFS US LLC vshea@mdmc-law.com,
               mtaranto@mdmc-law.com;kpatterson@mdmc-law.com;gbressler@mdmc-law.com;lmodugno@mdmc-law.com
              Virginia T. Shea    on behalf of Creditor    Volvo Financial vshea@mdmc-law.com,
               mtaranto@mdmc-law.com;kpatterson@mdmc-law.com;gbressler@mdmc-law.com;lmodugno@mdmc-law.com
              Warren Scott Gottlieb    on behalf of Defendant    Consolidated Edison Company of New York, Inc.
               wgottlieb@golawllp.com
                                                                                               TOTAL: 128
```