|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY<br>Caption in compliance with D.N.J. LBR 9004-1<br>**GIBBONS P.C.**<br>Karen A. Giannelli, Esq.<br>Mark B. Conlan, Esq.<br>Brett S. Theisen, Esq.<br>One Gateway Center<br>Newark, New Jersey  07102<br>Telephone:  (973) 596-4500<br>Facsimile:   (973) 596-0545<br>E-mail:  kgiannelli@gibbonslaw.com<br>            mconlan@gibbonslaw.com<br>            btheisen@gibbonslaw.com<br>*Counsel to the Debtors*<br>*and Debtors-in-Possession* | **Order Filed on November 14, 2019 by Clerk U.S. Bankruptcy Court District of New Jersey** |
| In re:<br>NEW ENGLAND MOTOR FREIGHT, INC., *et al.*,<br>                Debtors.<sup>1</sup> | Chapter 11<br>Case No. 19-12809 (JKS)<br>(Jointly Administered) |

### ORDER GRANTING THE DEBTORS' MOTION TO (A) EXTEND THE EXCLUSIVE PERIODS WITHIN WHICH TO FILE A CHAPTER 11 PLAN AND SOLICIT ACCEPTANCE THEREOF, AND (B) AUTHORIZE THE DEBTORS TO FILE A COMBINED CHAPTER 11 PLAN OF <u>LIQUIDATION AND DISCLOSURE STATEMENT</u>

The relief set forth on the following pages, numbered two (2) through and including four (4), is hereby **ORDERED**.

**DATED: November 14, 2019**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC (4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMF Logistics, LLC (4666).

2745131.4 115719-100281

Page:     2
Debtors:  New England Motor Freight, Inc., *et al.*
Case No.: 19-12809 (JKS)
Caption:  Order Granting the Debtors' Motion to (a) Extend the Exclusive Periods Within Which to File a Chapter 11 Plan and Solicit Acceptance Thereof and (b) Authorize the Debtors to File a Combined Chapter 11 Plan of Liquidation and Disclosure Statement

---

Upon the Motion[2] of the Debtors in the above-captioned Chapter 11 Cases seeking the entry of an order (a) extending the exclusive periods during which only the Debtors may file a chapter 11 plan and solicit acceptances thereof pursuant to section 1121(d) of title 11 of the United States Code, 11 U.S.C. §§ 101 and Rule 9006(b) of the Federal Rules of Bankruptcy Procedure, and (b) for authorization to file a combined plan of liquidation and disclosure statement [ECF No. 788]; and upon the filing of the *Objection of T.D. Bank, N.A. and East West Bank to Extension of Exclusive Periods for Filing a Plan and Soliciting Acceptances Thereof*, dated October 1, 2019 [ECF No. 909] (the "Lenders' Objection"); and upon the filing of the *Debtors' and the Official Committee of Unsecured Creditors' Joint Combined Plan of Liquidation and Disclosure Statement,* dated October 21, 2019 [ECF No. 932], as amended on November 8, 2019 [ECF Nos. 983 and 990]; and upon the filing of the *Plan Proponents' Joint Motion for Entry of an Order (I) Approving on an Interim Basis the Adequacy of Disclosures in the Joint Combined Plan and Disclosure Statement, (II) Scheduling the Confirmation Hearing and Deadline for Filing Objections, (III) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Joint Combined Plan and Disclosure Statement, (IV) Approving the Form of Ballot and Solicitation Package, (V) Approving Notice Provisions, and (VI) Confirming the Plan*, dated October 21, 2019 [ECF No. 934], as amended on November 11, 2019 [ECF No. 987]; and it appearing that the Lenders' Objection having been resolved by the aforesaid filings; and the Court having determined that the relief sought in the Motion is in the

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

2745131.4 115719-100281

Page: 3
Debtors: New England Motor Freight, Inc., *et al.*
Case No.: 19-12809 (JKS)
Caption: Order Granting the Debtors' Motion to (a) Extend the Exclusive Periods Within Which to File a Chapter 11 Plan and Solicit Acceptance Thereof and (b) Authorize the Debtors to File a Combined Chapter 11 Plan of Liquidation and Disclosure Statement

---

best interest of the Debtors, their estates and creditors, and other parties-in-interest; and the Court having jurisdiction to consider the Motion and the relief requested therein; venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and upon the record herein; and after due deliberation thereon; and good and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT**:

1. The Motion is **GRANTED** as set forth herein.

2. The Exclusive Filing Period is extended through and including December 9, 2019.

3. The Exclusive Solicitation Period is extended through and including February 6, 2020.

4. The Official Committee of Unsecured Creditors ("Committee") shall continue to have the co-exclusive right with the Debtors to file a plan of liquidation, solicit acceptances thereto and seek confirmation thereof; provided, however, during the Exclusive Periods such plan may only be filed by the Committee jointly with the Debtors.

5. The Debtors and Committee are authorized to file a combined plan of liquidation and disclosure statement.

6. Nothing contained herein shall be deemed to impair or otherwise restrict any party-in-interest's right to file a motion under section 1121(d) of the Bankruptcy Code to limit the Debtors' Exclusive Periods.

Page:     4
Debtors:  New England Motor Freight, Inc., *et al.*
Case No.: 19-12809 (JKS)
Caption:  Order Granting the Debtors' Motion to (a) Extend the Exclusive Periods Within Which to File a Chapter 11 Plan and Solicit Acceptance Thereof and (b) Authorize the Debtors to File a Combined Chapter 11 Plan of Liquidation and Disclosure Statement

---

7. Relief requested herein is without prejudice to the Debtors' rights to seek additional extensions of the Exclusive Periods.

8. Notwithstanding applicability of any Bankruptcy Rule, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

9. The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation of this Order.

2745131.4 115719-100281

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 19-12809-JKS
New England Motor Freight, Inc.                                         Chapter 11
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2            User: admin              Page 1 of 4           Date Rcvd: Nov 15, 2019
                                Form ID: pdf903          Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 17, 2019.
```
db          +New England Motor Freight, Inc.,    1-71 North Ave E,    Elizabeth, NJ 07201-2958
aty        #+Brent C. Strickland,    Whiteford, Taylor & Preston L.L.P,    7501 Wisconsin Avenue,Suite 700W,
              Bethesda, MD 20814-6521
aty         +Deloitte Consulting LLP,    111 S Wacker Dr,    Chicago, IL 60606-4396
aty         +Gibbons, P.C.,    One Gateway Center,    Newark, NJ 07102-5321
aty          Howard A. Cohen,    Gibbons P.C.,    300 Delaware Avenue, Suite 1015,    Wilmington, DE 19801-1671
aty          Jeffrey L. Nagel,    Gibbons P.C.,    One Pennsylvania Plaza, 37th Floor,
              New York, NY 10119-3701
aty         +Todd M. Brooks,    Whiteford, Taylor & Preston L.L.P.,    7 St. Paul Street, Suite 1500,
              Baltimore, MD 21202-1636
aty         +WASSERMAN, JURISTA & STOLZ, P.C.,    110 Allen Road,    Suite 304,
              Basking Ridge,, NJ 07920-4500
aty         +Whiteford Taylor & Preston,    Seven Saint paul St. Ste 1800,    Baltimore, MD 21202-1639
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2019                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 15, 2019 at the address(es) listed below:
```
          Alan J. Brody    on behalf of Creditor    JP Morgan Chase brodya@gtlaw.com, NJLitDock@gtlaw.com
          Andrew R. Turner    on behalf of Interested Party    Protective Insurance Company
           courts@turnerlaw.net
          Andrew R. Turner    on behalf of Defendant    Protective Insurance Company courts@turnerlaw.net
          Anthony  Sodono, III    on behalf of Defendant Shauna  Jones asodono@msbnj.com
          Anthony  Sodono, III    on behalf of Creditor Rasheeda  Carter asodono@msbnj.com
          Anthony  Sodono, III    on behalf of Creditor Shauna  Jones asodono@msbnj.com
          Anthony  Sodono, III    on behalf of Defendant    Jalil Waters and Rashida Carter asodono@msbnj.com
          Anthony  Sodono, III    on behalf of Creditor Jalil  Walters asodono@msbnj.com
          Anthony  Sodono, III    on behalf of Creditor    Mercedes Benz Financial Services USA LLC
           asodono@msbnj.com
          Beth J. Rotenberg    on behalf of Creditor    Berkley Insurance Company brotenberg@csglaw.com,
           ecf@csglaw.com
          Blake D. Roth    on behalf of Creditor    Bridgestone Americas Tire Operations, LLC
           blake.roth@wallerlaw.com,
           chris.cronk@wallerlaw.com;deborah.liles@wallerlaw.com;katie.stenberg@wallerlaw.com
          Brett Steven Theisen    on behalf of Debtor    New England Motor Freight, Inc.
           btheisen@gibbonslaw.com
          Brett Steven Theisen    on behalf of Plaintiff    New England Motor Freight, Inc.
           btheisen@gibbonslaw.com
          Brian  Glass    on behalf of Interested Party    PA Department of Environmental Protection
            briaglass@pa.gov, verkanova@pa.gov
          Brian W. Hofmeister    on behalf of Creditor Larry L. Banks bwh@hofmeisterfirm.com
          Catherine L. Corey    on behalf of Creditor    East River Energy, Inc. clcorey@nmmlaw.com
          Chad J. Toms    on behalf of Debtor    New England Motor Freight, Inc. ctoms@wtplaw.com
          Christopher  Lynch    on behalf of Creditor    Fifth Third Bank clynch@reedsmith.com
```

```
District/off: 0312-2             User: admin               Page 2 of 4              Date Rcvd: Nov 15, 2019
                                 Form ID: pdf903           Total Noticed: 9
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

    Christopher John Leavell  on behalf of Plaintiff Mary  Carlin cleavell@klehr.com,
     lclark@klehr.com
    Christopher John Leavell  on behalf of Interested Party     Class Plaintiffs at al
     cleavell@klehr.com,  lclark@klehr.com
    Christopher John Leavell  on behalf of Plaintiff Dan  Webster cleavell@klehr.com,
     lclark@klehr.com
    Daniel  Stolz  on behalf of Debtor    New England Motor Freight, Inc. dstolz@wjslaw.com,
     dstolz@ecf.inforuptcy.com;msousa@wjslaw.com;btorres@ecf.inforuptcy.com
    David  Edelberg  on behalf of Creditor    McIntosh Energy Company dedelberg@cullenanddykman.com,
     edelbergdr82964@notify.bestcase.com
    David A. Pisciotta  on behalf of Creditor    Santander Bank, N.A.
     david.pisciotta@troutmansanders.com,  john.murphy@troutman.com;alissa.piccione@troutman.com
    David V. Fontana  on behalf of Creditor    TD Bank, N.A. dfont@gebsmith.com,
     ltancredi@gebsmith.com;klusby@gebsmith.com
    Deirdre E. Burke  on behalf of Creditor    Capital One, N.A. dburke@mccarter.com
    Denise A Kuhn  on behalf of Creditor Dept. of Revenue    Commonwealth of Pennsylvania, department
     of revenue dkuhn@attorneygeneral.gov
    Donald W Clarke  on behalf of Debtor    New England Motor Freight, Inc. dclarke@wjslaw.com,
     dclarke@ecf.inforuptcy.com
    Douglas J. McGill  on behalf of Creditor    Pilot Thomas Logistics LLC dmcgill@webbermcgill.com,
     mlynch@webbermcgill.com
    Douglas T Tabachnik  on behalf of Defendant Rita  Alvarado dtabachnik@dttlaw.com,
     rdalba@dttlaw.com
    Douglas T Tabachnik  on behalf of Creditor to Rita Alvarado    The Rosato Firm, P.C., counsel
     dtabachnik@dttlaw.com,  rdalba@dttlaw.com
    Eric  Goldstein  on behalf of Creditor    United HealthCare Services, Inc. egoldstein@goodwin.com,
     bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com
    Evan S. Goldstein  on behalf of Creditor    Webster Capital Finance, Inc. egoldstein@uks.com
    Frank  Peretore  on behalf of Creditor    Wells Fargo Equipment Finance, Inc. fperetore@csglaw.com
    Gail C. Lin  on behalf of Plaintiff Alice  Waters GL@outtengolden.com,
     jxh@outtengolden.com;jar@outtengolden.com;rsr@outtengolden.com;kdeleon@outtengolden.com;squinonez
     @outtengolden.com;tloughran@outtengolden.com
    Gail C. Lin  on behalf of Plaintiff Rich  Richardson GL@outtengolden.com,
     jxh@outtengolden.com;jar@outtengolden.com;rsr@outtengolden.com;kdeleon@outtengolden.com;squinonez
     @outtengolden.com;tloughran@outtengolden.com
    Gary D. Bressler  on behalf of Creditor    Mack Trucks, Inc. gbressler@mdmc-law.com,
     kdeans@mdmc-law.com;kpatterson@mdmc-law.com;dprimack@mdmc-law.com;bkleban@mdmc-law.com
    Gary D. Bressler  on behalf of Creditor    Volvo Financial gbressler@mdmc-law.com,
     kdeans@mdmc-law.com;kpatterson@mdmc-law.com;dprimack@mdmc-law.com;bkleban@mdmc-law.com
    Gary D. Bressler  on behalf of Creditor    VFS US LLC gbressler@mdmc-law.com,
     kdeans@mdmc-law.com;kpatterson@mdmc-law.com;dprimack@mdmc-law.com;bkleban@mdmc-law.com
    Gavin  Stewart  on behalf of Creditor    VW Credit, Inc. gavin@stewartlegalgroup.com
    Jacob  Frumkin  on behalf of Interested Party    Great Dane LLC jfrumkin@coleschotz.com
    JoAnne M. Bonacci  on behalf of Creditor    RLI Insurance Company jbonacci@dbplawfirm.com
    John F. Bracaglia, Jr.  on behalf of Interested Party    Orange and Rockland Utilities, Inc.
     brokaw@centraljerseylaw.com
    John Phillip Schneider  on behalf of Creditor Committee    Official Committee Of Unsecured
     Creditors JPSchneider@mdmc-law.com
    John R. Morton, Jr.  on behalf of Creditor    CAB East LLC, serviced by Ford Motor Credit Company
     LLC ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com
    Joseph  Lubertazzi, Jr.  on behalf of Creditor    Capital One, N.A. jlubertazzi@mccarter.com
    Joseph J. DiPasquale  on behalf of Creditor Committee    Official Committee Of Unsecured
     Creditors jdipasquale@lowenstein.com,  jkimble@lowenstein.com
    Joseph J. DiPasquale  on behalf of Other Prof.    CohnReznick Capital Market Securities, LLC
     jdipasquale@lowenstein.com,  jkimble@lowenstein.com
    Joseph J. McMahon, Jr.  on behalf of Creditor    Pilot Travel Centers LLC jmcmahon@ciardilaw.com,
     jclarke@ciardilaw.com
    Joseph L. Schwartz  on behalf of Creditor    Lucky's Energy Service, Inc. jschwartz@riker.com
    Justin W. Gray  on behalf of Defendant    Angela Evans, Individually & as Parent & Natural
     Guardian of E Evans, an Infant gray@maynardoconnorlaw.com,  Sweeney@moscllp.com
    Justin W. Gray  on behalf of Creditor Janice A. Goodall gray@maynardoconnorlaw.com,
     Sweeney@moscllp.com
    Justin W. Gray  on behalf of Creditor Anthony  McNeil gray@maynardoconnorlaw.com,
     Sweeney@moscllp.com
    Justin W. Gray  on behalf of Creditor Angela  Evans gray@maynardoconnorlaw.com,
     Sweeney@moscllp.com
    Justin W. Gray  on behalf of Creditor Daniel  Murtha gray@maynardoconnorlaw.com,
     Sweeney@moscllp.com
    Justin W. Gray  on behalf of Creditor Daniel  Rinaldi gray@maynardoconnorlaw.com,
     Sweeney@moscllp.com
    Karen A. Giannelli  on behalf of Plaintiff     MyJon, LLC kgiannelli@gibbonslaw.com
    Karen A. Giannelli  on behalf of Debtor    Eastern Freight Ways, Inc. kgiannelli@gibbonslaw.com
    Karen A. Giannelli  on behalf of Plaintiff    Myar, LLC kgiannelli@gibbonslaw.com
    Karen A. Giannelli  on behalf of Plaintiff    NEMF World Transport, Inc. kgiannelli@gibbonslaw.com
    Karen A. Giannelli  on behalf of Plaintiff    Carrier Industries, Inc. kgiannelli@gibbonslaw.com
    Karen A. Giannelli  on behalf of Plaintiff    Apex Logistics, Inc. kgiannelli@gibbonslaw.com
    Karen A. Giannelli  on behalf of Plaintiff    NEMF Logistics, LLC kgiannelli@gibbonslaw.com
    Karen A. Giannelli  on behalf of Debtor    NEMF World Transport, Inc. kgiannelli@gibbonslaw.com

```
District/off: 0312-2                  User: admin                    Page 3 of 4                  Date Rcvd: Nov 15, 2019
                                      Form ID: pdf903                Total Noticed: 9
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

              Karen A. Giannelli    on behalf of Plaintiff    United Express Solar, LLC kgiannelli@gibbonslaw.com
              Karen A. Giannelli    on behalf of Debtor    Jans Leasing Corp. kgiannelli@gibbonslaw.com
              Karen A. Giannelli    on behalf of Other Prof.    Donlin, Recano & Company, Inc.
               kgiannelli@gibbonslaw.com
              Karen A. Giannelli    on behalf of Plaintiff    Eastern Freight Ways, Inc. kgiannelli@gibbonslaw.com
              Karen A. Giannelli    on behalf of Plaintiff    Hollywood Avenue Solar, LLC
               kgiannelli@gibbonslaw.com
              Karen A. Giannelli    on behalf of Debtor    Hollywood Avenue Solar, LLC kgiannelli@gibbonslaw.com
              Karen A. Giannelli    on behalf of Debtor    MyJon, LLC kgiannelli@gibbonslaw.com
              Karen A. Giannelli    on behalf of Accountant    Withumsmith+Brown kgiannelli@gibbonslaw.com
              Karen A. Giannelli    on behalf of Plaintiff    Jans Leasing Corp. kgiannelli@gibbonslaw.com
              Karen A. Giannelli    on behalf of Debtor    United Express Solar, LLC kgiannelli@gibbonslaw.com
              Karen A. Giannelli    on behalf of Plaintiff    New England Motor Freight, Inc.
               kgiannelli@gibbonslaw.com
              Karen A. Giannelli    on behalf of Debtor    NEMF Logistics, LLC kgiannelli@gibbonslaw.com
              Karen A. Giannelli    on behalf of Debtor    Carrier Industries, Inc. kgiannelli@gibbonslaw.com
              Karen A. Giannelli    on behalf of Debtor    Myar, LLC kgiannelli@gibbonslaw.com
              Karen A. Giannelli    on behalf of Debtor    New England Motor Freight, Inc.
               kgiannelli@gibbonslaw.com
              Karen A. Giannelli    on behalf of Debtor    Apex Logistics, Inc. kgiannelli@gibbonslaw.com
              Kate R. Buck    on behalf of Creditor    Connecticut Light & Power Company, NStar Western
               Massachusetts, Yankee Gas Services Company, Colonial Gas Company, KeySpan Energy Delivery Long
               Island, Narragansett Electric Company and Niagara Mohawk kbuck@mccarter.com
              Kate R. Buck    on behalf of Creditor    Potomac Edison Company, Toledo Edison Company and West
               Penn Power Company kbuck@mccarter.com
              Kenneth L. Baum    on behalf of Creditor    Clermont Holdings, LLC kbaum@kenbaumdebtsolutions.com,
               fpisano@coleschotz.com
              Keri P. Ebeck    on behalf of Creditor    Guttman Energy, Inc. kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Kevin Gordon McDonald    on behalf of Creditor    VW Credit Leasing, Ltd. kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kevin M. Capuzzi    on behalf of Interested Party    Amazon.com Services, Inc., formerly Amazon
               Fulfillment Services, Inc. kcapuzzi@beneschlaw.com, debankruptcy@beneschlaw.com
              Leonard R Boyer    on behalf of Creditor Nelson    Vasquez lrbnjesq@gmail.com,
               mcordova48890@aol.com;r.lr73573@notify.bestcase.com;aocasio768@aol.com
              Louis A. Curcio    on behalf of Creditor    Santander Bank, N.A. louis.curcio@troutmansanders.com,
               John.Murphy@troutmansanders.com;jonathan.forstot@troutmansanders.com;david.pisciotta@troutmansand
               ers.com
              Mark  Platt    on behalf of Creditor    Omnitracs, LLC mplatt@fbtlaw.com
              Mark B Conlan    on behalf of Debtor    New England Motor Freight, Inc. mconlan@gibbonslaw.com
              Mark B Conlan    on behalf of Plaintiff    New England Motor Freight, Inc. mconlan@gibbonslaw.com
              Mark B Conlan    on behalf of Defendant    New England Motor Freight, Inc., et al.
               mconlan@gibbonslaw.com
              Mary E. Seymour    on behalf of Creditor Committee    Official Committee Of Unsecured Creditors
               mseymour@lowenstein.com
              Mary E. Seymour    on behalf of Attorney    Lowenstein Sandler LLP mseymour@lowenstein.com
              Melissa A. Pena    on behalf of Creditor    Webster Capital Finance, Inc. mapena@norris-law.com,
               pfreda@nmmlaw.com
              Michael D. Sirota    on behalf of Interested Party    Great Dane LLC msirota@coleschotz.com,
               fpisano@coleschotz.com
              Michael R. Caruso    on behalf of Creditor    Wells Fargo Equipment Finance, Inc.
               mcaruso@csglaw.com, ecf@csglaw.com
              Morris S. Bauer    on behalf of Creditor    East River Energy, Inc, msbauer@nmmlaw.com,
               rjacome@norris-law.com,relikens@nmmlaw.com
              Norman N Kinel    on behalf of Interested Party    East West Bank norman.kinel@squirepb.com,
               sarah.conley@squirepb.com;elliot.smith@squirepb.com
              Peter M. Knob    on behalf of Creditor    Capital One, N.A. pknob@mccarter.com,
               lrestivo@mccarter.com
              Rebecca Ann Solarz    on behalf of Creditor    VW Credit Leasing, Ltd rsolarz@kmllawgroup.com
              Rene S. Roupinian    on behalf of Plaintiff Alice  Waters rsr@outtengolden.com
              Rene S. Roupinian    on behalf of Plaintiff Rich  Richardson rsr@outtengolden.com
              Richard Albuquerque    on behalf of Creditor MICHAEL  SINGLEY richarda@djdlawyers.com
              Richard S. Kanowitz    on behalf of Unknown Role Type    Ad Hoc Group of Tort Claimants
               rkanowitz@cooley.com, mklein@cooley.com;jindyke@cooley.com;efiling-notice@ecf.pacerpro.com
              Rick Aaron Steinberg    on behalf of Creditor    TOTE Maritime rsteinberg@pricemeese.com
              Robert A. Burke    on behalf of Defendant    Jenny Munson Andress, individually and as the
               Administratrix of the Estate of Herbert Andress rburke@macelree.com
              Robert E. Nies    on behalf of Creditor    Berkley Insurance Company rnies@csglaw.com
              Robert K. Scheinbaum    on behalf of Defendant    New Jersey Manufacturers Insurance Company a/s/o
               Phyllis A. Troy rscheinbaum@connellfoley.com
              Robert K. Scheinbaum    on behalf of Creditor    New Jersey Manufacturers
               rscheinbaum@connellfoley.com
              Rona J. Rosen    on behalf of Creditor    WARN Act Class Plaintiffs and Putative Class
               cbbutler@klehr.com, cbbutler@klehr.com
              Sari Blair Placona    on behalf of Creditor Shauna  Jones splacona@msbnj.com
              Sari Blair Placona    on behalf of Creditor Daryl & Kim  Martin splacona@msbnj.com
              Sari Blair Placona    on behalf of Defendant    Jalil Waters and Rashida Carter splacona@msbnj.com
              Sari Blair Placona    on behalf of Creditor Rasheeda  Carter splacona@msbnj.com

```
District/off: 0312-2            User: admin              Page 4 of 4              Date Rcvd: Nov 15, 2019
                                Form ID: pdf903          Total Noticed: 9
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      Sari Blair Placona    on behalf of Creditor    Interstate Towing Recovery Incorporated splacona@msbnj.com
      Sari Blair Placona    on behalf of Creditor    Mercedes Benz Financial Services USA LLC splacona@msbnj.com
      Sari Blair Placona    on behalf of Defendant    DARYL MARTIN AND KIM MARTIN splacona@msbnj.com
      Sari Blair Placona    on behalf of Creditor Jalil  Walters splacona@msbnj.com
      Sari Blair Placona    on behalf of Defendant Shauna  Jones splacona@msbnj.com
      Scott J. Freedman    on behalf of Creditor    Corcentric, LLC sfreedman@dilworthlaw.com
      Scott W Lichtenstein    on behalf of Creditor    Berkley Insurance Company slichtenstein@csglaw.com
      Seoung Y. Lim    on behalf of Creditor    Pantos USA, Inc. joshualim@kcllawfirm.com, denisemoreno@kcllawfirm.com,seankwak@kcllawfirm.com,jpark@kcllawfirm.com
      Stephen  B. Ravin    on behalf of Creditor    Riggins, Inc. sravin@saul.com,  jgillman@saul.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
      Virginia T. Shea    on behalf of Creditor    Volvo Financial vshea@mdmc-law.com, mtaranto@mdmc-law.com;kpatterson@mdmc-law.com;gbressler@mdmc-law.com;lmodugno@mdmc-law.com
      Virginia T. Shea    on behalf of Creditor    VFS US LLC vshea@mdmc-law.com, mtaranto@mdmc-law.com;kpatterson@mdmc-law.com;gbressler@mdmc-law.com;lmodugno@mdmc-law.com
      Warren Scott Gottlieb    on behalf of Defendant    Consolidated Edison Company of New York, Inc. wgottlieb@golawllp.com

                                                                                            TOTAL: 128