UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

John F. Bracaglia, Jr.,
Savo, Schalk, Gillespie, O'Grodnick & Fisher, P.A.
56 East Main Street, Suite 301
Somerville, NJ  08876
(908) 526-0707
Attorney for Orange & Rockland Utilities, Inc.

In Re:

NEW ENGLAND MOTOR FREIGHT, INC.

Case No.: 19-12809

Chapter: 11

Hearing Date: 11/19/2019

Judge: JKS

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled        ☒ Withdrawn

Matter: Motion for Relief from Automatic Stay filed by Orange & Rockland Utilities, Inc.

Date: 11/18/2019

/s/ John F. Bracaglia, Jr., Esq.
Signature

rev.8/1/15