UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

District of New Jersey
MLK Jr. Federal Building
50 Walnut Street
Newark, NJ 07102

In Re:
New England Motor Freight, Inc.
1-71 North Ave. E.
Elizabeth, NJ 07102
Employer's Tax I.D. No.: 22-1077697

Case No.: 19-12809-JKS
Chapter: 11
Judge: John K. Sherwood

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of ___Remonea S. Harris,___. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS: 136 Central Avenue
Clark, NJ 07066

DOCUMENTS:

☐ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

Date: 11/15/19

Signature

new.8/1/15