UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)

**GIBBONS P.C.**
Karen A. Giannelli, Esq.
Mark B. Conlan, Esq.
Brett S. Theisen, Esq.
One Gateway Center
Newark, New Jersey 07102
Telephone: (973) 596-4500
Facsimile: (973) 596-0545
E-mail: kgiannelli@gibbonslaw.com
  mconlan@gibbonslaw.com
  btheisen@gibbonslaw.com
*Counsel to the Debtors
and Debtors-in-Possession*

| | |
|---|---|
| In re: | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC., *et al.*, | Judge: John K. Sherwood |
| Debtors.[1] | Chapter: 11 |

## CHANGE OF ADDRESS

Under D.N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding. A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type:     See attached list with multiple changes of address
(Example: John Smith, creditor)

    Old address:     _____
                     _____

    New address:     _____
                     _____

I hereby certify under penalty of perjury that the above information is true. If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date: November 19, 2019            By: /s/ *Karen A. Giannelli*

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC (4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMF Logistics, LLC (4666).

2765178.1 115719-100281

**In re New England Motor Freight, Inc., et al
Case No. 19-12809-JKS**

**LIST OF NEW ADDRESSES**

| Old Address | Updated Address |
| --- | --- |
| Carrier Mid-atlantic<br>Oscar Hutchinson Bhawkins<br>2300 Westmoreland St<br>Richmond VA  23230-3234 | Carrier Mid Atlantic<br>Oscar Hutchison<br>66 Allen White La<br>Saint Albans WV  25177 |
| Costco Wholesale Retail Serv<br>Capital One Commercial<br>PO Box 5219<br>Carol Stream IL  60197-5219 | Costco Whlse A/P Frg<br>PO Box 34715<br>Seattle WA  98124-1715 |
| Denso Products and Svc<br>Dian Marianatha<br>3900 Via Oro Ave<br>Long Beach CA  90810-1868 | Denso Products and Svs<br>Trans Acct Network<br>PO Box 1269<br>Placentia CA  92871-1269 |
| Gallagher Bassett Svc<br>Client Financial Svc<br>Two Pierce Place 3rd Floor<br>Itasca IL  60143-1203 | Gallagher Bassett<br>Rosemary Meyer<br>Gallagher Bassett Insurance<br>PO Box 2934<br>Clinton IA  52733 |
| Alphonso Gilliam<br>Att for the Plaintiff Marrone Law Firm<br>Brian Marchese<br>200 South Broad St<br>Philadelphia PA  19102-3803 | Gilliam* Alphonso<br>Marrone Law Firm<br>Brian Marchese<br>200 S Broad St, Ste 400<br>Philadelphia PA  19102 |
| Hollywood Corp<br>310 Hollywood Ave<br>So. Plainfield NJ  07080-4202 | Hollywood Corp<br>AMZ Management LLC<br>Zach Cohen<br>1-71 North Ave East<br>Elizabeth NJ  07201 |
| Mirabito Holdings Inc. dba Valley Wholesale<br>Hinman Howard and Kattell<br>Park 80 W Plaza 2 250 Pehle Ae Ste 200<br>Saddle Brook NJ  07663-5834 | Mirabito Holdings Inc. dba Valley Wholesale<br>Ann B. Cianflone<br>49 Court St<br>PO Box 5306<br>Binghamton NY  13902 |

The Sherwin Williams Co
555 Valley St
Manchester NH  03103-4907

Sherwin-Williams Co
Samuel Shubak
101 West Prospect Ave
720 Guildhall
Cleveland OH  44115

State Farm Subrogee for Joanne Knight
PO Box 106772
Atlanta GA  30348-3490

State Farm Subrogee for Joanne Knight
PO Box 106172
Atlanta GA  30348

Stephens, Michael
133 Rhode Island Ave
East Orange, NJ  07018-2445

Stephens*Michael
133 Rhode Island Ave
East Orange, NJ  07017

Wing It Inc.
Steven Robinson
PO Box 673
Falmouth MA  02541-0673

Wing-It Distribution
PO Box 1626
Duluth GA  30096-0029

2765094.1 115719-100281