Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−12809−JKS
Chapter: 11
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   New England Motor Freight, Inc.
   1−71 North Ave E
   Elizabeth, NJ 07201

Social Security No.:

Employer's Tax I.D. No.:
   22−1977697

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

   Please be advised that on November 19, 2019, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 1026 − 874
Order Granting Motion To File Claim After Claims Bar Date (Related Doc # 874). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 11/19/2019. (zlh)

   Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: November 19, 2019
JAN: zlh

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                    Case No. 19-12809-JKS
New England Motor Freight, Inc.                                                            Chapter 11
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2           User: admin                 Page 1 of 4              Date Rcvd: Nov 19, 2019
                               Form ID: orderntc           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 21, 2019.
aty            +Robert G. Goodman,    Palmisano & Goodman, PA,    171 Main Street,    PO Box 518,
                 Woodbridge, NJ 07095-0518

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 21, 2019                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 19, 2019 at the address(es) listed below:
              Alan J. Brody    on behalf of Creditor    JP Morgan Chase brodya@gtlaw.com, NJLitDock@gtlaw.com
              Andrew R. Turner    on behalf of Interested Party    Protective Insurance Company
               courts@turnerlaw.net
              Andrew R. Turner    on behalf of Defendant    Protective Insurance Company courts@turnerlaw.net
              Anthony  Sodono, III    on behalf of Defendant Shauna  Jones asodono@msbnj.com
              Anthony  Sodono, III    on behalf of Creditor Rasheeda  Carter asodono@msbnj.com
              Anthony  Sodono, III    on behalf of Creditor Shauna  Jones asodono@msbnj.com
              Anthony  Sodono, III    on behalf of Defendant    Jalil Waters and Rashida Carter asodono@msbnj.com
              Anthony  Sodono, III    on behalf of Creditor Jalil  Walters asodono@msbnj.com
              Anthony  Sodono, III    on behalf of Creditor    Mercedes Benz Financial Services USA LLC
               asodono@msbnj.com
              Beth J. Rotenberg    on behalf of Creditor    Berkley Insurance Company brotenberg@csglaw.com,
               ecf@csglaw.com
              Blake D. Roth    on behalf of Creditor    Bridgestone Americas Tire Operations, LLC
               blake.roth@wallerlaw.com,
               chris.cronk@wallerlaw.com;deborah.liles@wallerlaw.com;katie.stenberg@wallerlaw.com
              Brett Steven Theisen    on behalf of Debtor    New England Motor Freight, Inc.
               btheisen@gibbonslaw.com
              Brett Steven Theisen    on behalf of Plaintiff    New England Motor Freight, Inc.
               btheisen@gibbonslaw.com
              Brian  Glass    on behalf of Interested Party    PA Department of Environmental Protection
               briaglass@pa.gov, verkanova@pa.gov
              Brian W. Hofmeister    on behalf of Creditor Larry L. Banks bwh@hofmeisterfirm.com
              Catherine L. Corey    on behalf of Creditor    East River Energy, Inc, clcorey@nmmlaw.com
              Chad J. Toms    on behalf of Debtor    New England Motor Freight, Inc. ctoms@wtplaw.com
              Christopher Lynch    on behalf of Creditor    Fifth Third Bank clynch@reedsmith.com
              Christopher John Leavell    on behalf of Plaintiff Mary  Carlin cleavell@klehr.com,
               lclark@klehr.com
              Christopher John Leavell    on behalf of Interested Party    Class Plaintiffs at al
               cleavell@klehr.com, lclark@klehr.com
              Christopher John Leavell    on behalf of Plaintiff Dan  Webster cleavell@klehr.com,
               lclark@klehr.com
              Daniel  Stolz    on behalf of Debtor    New England Motor Freight, Inc. dstolz@wjslaw.com,
               dstolz@ecf.inforuptcy.com;msousa@wjslaw.com;btorres@ecf.inforuptcy.com
              David  Edelberg    on behalf of Creditor    McIntosh Energy Company dedelberg@cullenanddykman.com,
               edelbergdr82964@notify.bestcase.com
              David A. Pisciotta    on behalf of Creditor    Santander Bank, N.A.
               david.pisciotta@troutmansanders.com, john.murphy@troutman.com;alissa.piccione@troutman.com
              David V. Fontana    on behalf of Creditor    TD Bank, N.A. dfont@gebsmith.com,
               ltancredi@gebsmith.com;klusby@gebsmith.com
              Deirdre E. Burke    on behalf of Creditor    Capital One, N.A. dburke@mccarter.com

```
District/off: 0312-2           User: admin              Page 2 of 4                    Date Rcvd: Nov 19, 2019
                               Form ID: orderntc        Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

    Denise A Kuhn  on behalf of Creditor  Dept. of Revenue  Commonwealth of Pennsylvania, department
    of revenue dkuhn@attorneygeneral.gov
    Donald W Clarke  on behalf of Debtor  New England Motor Freight, Inc. dclarke@wjslaw.com,
    dclarke@ecf.inforuptcy.com
    Douglas J. McGill  on behalf of Creditor  Pilot Thomas Logistics LLC dmcgill@webbermcgill.com,
    mlynch@webbermcgill.com
    Douglas T Tabachnik  on behalf of Defendant Rita  Alvarado dtabachnik@dttlaw.com,
    rdalba@dttlaw.com
    Douglas T Tabachnik  on behalf of Creditor to Rita Alvarado  The Rosato Firm, P.C., counsel
    dtabachnik@dttlaw.com,  rdalba@dttlaw.com
    Eric Goldstein  on behalf of Creditor  United HealthCare Services, Inc. egoldstein@goodwin.com,
    bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com
    Evan S. Goldstein  on behalf of Creditor  Webster Capital Finance, Inc. egoldstein@uks.com
    Frank Peretore  on behalf of Creditor  Wells Fargo Equipment Finance, Inc. fperetore@csglaw.com
    Gail C. Lin  on behalf of Creditor  WARN Act Class Plaintiffs and Putative Class
    GL@outtengolden.com,
    jxh@outtengolden.com;jar@outtengolden.com;rsr@outtengolden.com;kdeleon@outtengolden.com;squinonez
    @outtengolden.com;tloughran@outtengolden.com
    Gail C. Lin  on behalf of Creditor Rich  Richardson GL@outtengolden.com,
    jxh@outtengolden.com;jar@outtengolden.com;rsr@outtengolden.com;kdeleon@outtengolden.com;squinonez
    @outtengolden.com;tloughran@outtengolden.com
    Gail C. Lin  on behalf of Creditor Alice  Waters GL@outtengolden.com,
    jxh@outtengolden.com;jar@outtengolden.com;rsr@outtengolden.com;kdeleon@outtengolden.com;squinonez
    @outtengolden.com;tloughran@outtengolden.com
    Gail C. Lin  on behalf of Plaintiff Alice  Waters GL@outtengolden.com,
    jxh@outtengolden.com;jar@outtengolden.com;rsr@outtengolden.com;kdeleon@outtengolden.com;squinonez
    @outtengolden.com;tloughran@outtengolden.com
    Gail C. Lin  on behalf of Plaintiff Rich  Richardson GL@outtengolden.com,
    jxh@outtengolden.com;jar@outtengolden.com;rsr@outtengolden.com;kdeleon@outtengolden.com;squinonez
    @outtengolden.com;tloughran@outtengolden.com
    Gary D. Bressler  on behalf of Creditor  Mack Trucks, Inc. gbressler@mdmc-law.com,
    kdeans@mdmc-law.com;kpatterson@mdmc-law.com;dprimack@mdmc-law.com;bkleban@mdmc-law.com
    Gary D. Bressler  on behalf of Creditor  Volvo Financial gbressler@mdmc-law.com,
    kdeans@mdmc-law.com;kpatterson@mdmc-law.com;dprimack@mdmc-law.com;bkleban@mdmc-law.com
    Gary D. Bressler  on behalf of Creditor  VFS US LLC gbressler@mdmc-law.com,
    kdeans@mdmc-law.com;kpatterson@mdmc-law.com;dprimack@mdmc-law.com;bkleban@mdmc-law.com
    Gavin Stewart  on behalf of Creditor  VW Credit, Inc. gavin@stewartlegalgroup.com
    Jacob Frumkin  on behalf of Interested Party  Great Dane LLC jfrumkin@coleschotz.com
    JoAnne M. Bonacci  on behalf of Creditor  RLI Insurance Company jbonacci@dbplawfirm.com
    John F. Bracaglia, Jr.  on behalf of Interested Party  Orange and Rockland Utilities, Inc.
    brokaw@centraljerseylaw.com
    John Phillip Schneider  on behalf of Creditor Committee  Official Committee Of Unsecured
    Creditors JPSchneider@mdmc-law.com
    John R. Morton, Jr.  on behalf of Creditor  CAB East LLC, serviced by Ford Motor Credit Company
    LLC ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com
    Joseph Lubertazzi, Jr.  on behalf of Creditor  Capital One, N.A. jlubertazzi@mccarter.com
    Joseph J. DiPasquale  on behalf of Creditor Committee  Official Committee Of Unsecured
    Creditors jdipasquale@lowenstein.com,  jkimble@lowenstein.com
    Joseph J. DiPasquale  on behalf of Other Prof.  CohnReznick Capital Market Securities, LLC
    jdipasquale@lowenstein.com,  jkimble@lowenstein.com
    Joseph J. McMahon, Jr.  on behalf of Creditor  Pilot Travel Centers LLC jmcmahon@ciardilaw.com,
    jclarke@ciardilaw.com
    Joseph L. Schwartz  on behalf of Creditor  Lucky's Energy Service, Inc. jschwartz@riker.com
    Justin W. Gray  on behalf of Defendant  Angela Evans, Individually & as Parent & Natural
    Guardian of E Evans, an Infant gray@maynardoconnorlaw.com,  Sweeney@moscllp.com
    Justin W. Gray  on behalf of Creditor Janice A. Goodall gray@maynardoconnorlaw.com,
    Sweeney@moscllp.com
    Justin W. Gray  on behalf of Creditor Anthony  McNeil gray@maynardoconnorlaw.com,
    Sweeney@moscllp.com
    Justin W. Gray  on behalf of Creditor Angela  Evans gray@maynardoconnorlaw.com,
    Sweeney@moscllp.com
    Justin W. Gray  on behalf of Creditor Daniel  Murtha gray@maynardoconnorlaw.com,
    Sweeney@moscllp.com
    Justin W. Gray  on behalf of Creditor Daniel  Rinaldi gray@maynardoconnorlaw.com,
    Sweeney@moscllp.com
    Karen A. Giannelli  on behalf of Debtor  Eastern Freight Ways, Inc. kgiannelli@gibbonslaw.com
    Karen A. Giannelli  on behalf of Plaintiff  NEMF World Transport, Inc. kgiannelli@gibbonslaw.com
    Karen A. Giannelli  on behalf of Plaintiff  United Express Solar, LLC kgiannelli@gibbonslaw.com
    Karen A. Giannelli  on behalf of Plaintiff  Carrier Industries, Inc. kgiannelli@gibbonslaw.com
    Karen A. Giannelli  on behalf of Plaintiff  Apex Logistics, Inc. kgiannelli@gibbonslaw.com
    Karen A. Giannelli  on behalf of Plaintiff  NEMF Logistics, LLC kgiannelli@gibbonslaw.com
    Karen A. Giannelli  on behalf of Debtor  Jans Leasing Corp. kgiannelli@gibbonslaw.com
    Karen A. Giannelli  on behalf of Other Prof.  Donlin, Recano & Company, Inc.
    kgiannelli@gibbonslaw.com
    Karen A. Giannelli  on behalf of Plaintiff  Eastern Freight Ways, Inc. kgiannelli@gibbonslaw.com
    Karen A. Giannelli  on behalf of Plaintiff  Hollywood Avenue Solar, LLC
    kgiannelli@gibbonslaw.com
    Karen A. Giannelli  on behalf of Debtor  Hollywood Avenue Solar, LLC kgiannelli@gibbonslaw.com

```
District/off: 0312-2            User: admin              Page 3 of 4            Date Rcvd: Nov 19, 2019
                                Form ID: orderntc        Total Noticed: 1


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Karen A. Giannelli    on behalf of Debtor    MyJon, LLC kgiannelli@gibbonslaw.com
              Karen A. Giannelli    on behalf of Plaintiff    Myar, LLC kgiannelli@gibbonslaw.com
              Karen A. Giannelli    on behalf of Accountant    Withumsmith+Brown kgiannelli@gibbonslaw.com
              Karen A. Giannelli    on behalf of Plaintiff    Jans Leasing Corp. kgiannelli@gibbonslaw.com
              Karen A. Giannelli    on behalf of Debtor    United Express Solar, LLC kgiannelli@gibbonslaw.com
              Karen A. Giannelli    on behalf of Plaintiff    New England Motor Freight, Inc.
               kgiannelli@gibbonslaw.com
              Karen A. Giannelli    on behalf of Debtor    NEMF Logistics, LLC kgiannelli@gibbonslaw.com
              Karen A. Giannelli    on behalf of Debtor    Carrier Industries, Inc. kgiannelli@gibbonslaw.com
              Karen A. Giannelli    on behalf of Debtor    Myar, LLC kgiannelli@gibbonslaw.com
              Karen A. Giannelli    on behalf of Debtor    NEMF World Transport, Inc. kgiannelli@gibbonslaw.com
              Karen A. Giannelli    on behalf of Debtor    New England Motor Freight, Inc.
               kgiannelli@gibbonslaw.com
              Karen A. Giannelli    on behalf of Debtor     Apex Logistics, Inc. kgiannelli@gibbonslaw.com
              Karen A. Giannelli    on behalf of Plaintiff    MyJon, LLC kgiannelli@gibbonslaw.com
              Kate R. Buck    on behalf of Creditor    Connecticut Light & Power Company, NStar Western
               Massachusetts, Yankee Gas Services Company, Colonial Gas Company, KeySpan Energy Delivery Long
               Island, Narragansett Electric Company and Niagara Mohawk kbuck@mccarter.com
              Kate R. Buck    on behalf of Creditor    Potomac Edison Company, Toledo Edison Company and West
               Penn Power Company kbuck@mccarter.com
              Kenneth L. Baum    on behalf of Creditor    Clermont Holdings, LLC kbaum@kenbaumdebtsolutions.com,
               fpisano@coleschotz.com
              Keri P. Ebeck    on behalf of Creditor    Guttman Energy, Inc. kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Kevin Gordon McDonald    on behalf of Creditor    VW Credit Leasing, Ltd. kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kevin M. Capuzzi    on behalf of Interested Party    Amazon.com Services, Inc., formerly Amazon
               Fulfillment Services, Inc. kcapuzzi@beneschlaw.com,  debankruptcy@beneschlaw.com
              Leonard R Boyer    on behalf of Creditor Nelson    Vasquez lrbnjesq@gmail.com,
               mcordova48890@aol.com;r.lr73573@notify.bestcase.com;aocasio768@aol.com
              Louis A. Curcio    on behalf of Creditor    Santander Bank, N.A. louis.curcio@troutmansanders.com,
               John.Murphy@troutmansanders.com;jonathan.forstot@troutmansanders.com;david.pisciotta@troutmansand
               ers.com
              Mark  Platt    on behalf of Creditor    Omnitracs, LLC mplatt@fbtlaw.com
              Mark B Conlan    on behalf of Defendant    New England Motor Freight, Inc., et al.
               mconlan@gibbonslaw.com
              Mark B Conlan    on behalf of Debtor    New England Motor Freight, Inc. mconlan@gibbonslaw.com
              Mark B Conlan    on behalf of Plaintiff    New England Motor Freight, Inc. mconlan@gibbonslaw.com
              Mary E. Seymour    on behalf of Attorney    Lowenstein Sandler LLP mseymour@lowenstein.com
              Mary E. Seymour    on behalf of Creditor Committee    Official Committee Of Unsecured Creditors
               mseymour@lowenstein.com
              Melissa A. Pena    on behalf of Creditor    Webster Capital Finance, Inc. mapena@norris-law.com,
               pfreda@nmmlaw.com
              Michael D. Sirota    on behalf of Interested Party    Great Dane LLC msirota@coleschotz.com,
               fpisano@coleschotz.com
              Michael R. Caruso    on behalf of Creditor    Wells Fargo Equipment Finance, Inc.
               mcaruso@csglaw.com,  ecf@csglaw.com
              Morris S. Bauer    on behalf of Creditor    East River Energy, Inc, msbauer@nmmlaw.com,
               rjacome@norris-law.com,relikens@nmmlaw.com
              Norman N Kinel    on behalf of Interested Party    East West Bank norman.kinel@squirepb.com,
               sarah.conley@squirepb.com;elliot.smith@squirepb.com
              Peter M. Knob    on behalf of Creditor    Capital One, N.A. pknob@mccarter.com,
               lrestivo@mccarter.com
              Rebecca Ann Solarz    on behalf of Creditor    VW Credit Leasing, Ltd rsolarz@kmllawgroup.com
              Rene S. Roupinian    on behalf of Plaintiff Alice  Waters rsr@outtengolden.com
              Rene S. Roupinian    on behalf of Plaintiff Rich  Richardson rsr@outtengolden.com
              Richard  Albuquerque    on behalf of Creditor MICHAEL  SINGLEY richarda@djdlawyers.com
              Richard S. Kanowitz    on behalf of Unknown Role Type     Ad Hoc Group of Tort Claimants
               rkanowitz@cooley.com,  mklein@cooley.com;jindyke@cooley.com;efiling-notice@ecf.pacerpro.com
              Rick Aaron Steinberg    on behalf of Creditor    TOTE Maritime rsteinberg@pricemeese.com
              Robert A. Burke    on behalf of Defendant    Jenny Munson Andress, individually and as the
               Administratrix of the Estate of Herbert Andress rburke@macelree.com
              Robert E. Nies    on behalf of Creditor    Berkley Insurance Company rnies@csglaw.com
              Robert K. Scheinbaum    on behalf of Defendant    New Jersey Manufacturers Insurance Company a/s/o
               Phyllis A. Troy rscheinbaum@connellfoley.com
              Robert K. Scheinbaum    on behalf of Creditor    New Jersey Manufacturers
               rscheinbaum@connellfoley.com
              Rona J. Rosen    on behalf of Creditor    WARN Act Class Plaintiffs and Putative Class
               cbbutler@klehr.com,  cbbutler@klehr.com
              Sari Blair Placona    on behalf of Creditor Daryl & Kim  Martin splacona@msbnj.com
              Sari Blair Placona    on behalf of Defendant    Jalil Waters and Rashida Carter splacona@msbnj.com
              Sari Blair Placona    on behalf of Creditor Rasheeda  Carter splacona@msbnj.com
              Sari Blair Placona    on behalf of Creditor    Interstate Towing Recovery Incorporated
               splacona@msbnj.com
              Sari Blair Placona    on behalf of Creditor    Mercedes Benz Financial Services USA LLC
               splacona@msbnj.com
              Sari Blair Placona    on behalf of Defendant     DARYL MARTIN AND KIM MARTIN splacona@msbnj.com
              Sari Blair Placona    on behalf of Creditor Jalil  Walters splacona@msbnj.com
```

```
District/off: 0312-2          User: admin              Page 4 of 4              Date Rcvd: Nov 19, 2019
                              Form ID: orderntc        Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Sari Blair Placona    on behalf of Defendant Shauna   Jones splacona@msbnj.com
              Sari Blair Placona    on behalf of Creditor Shauna    Jones splacona@msbnj.com
              Scott J. Freedman     on behalf of Creditor    Corcentric, LLC sfreedman@dilworthlaw.com
              Scott W Lichtenstein    on behalf of Creditor    Berkley Insurance Company slichtenstein@csglaw.com
              Seoung Y. Lim    on behalf of Creditor    Pantos USA, Inc. joshualim@kcllawfirm.com,
               denisemoreno@kcllawfirm.com,seankwak@kcllawfirm.com,jpark@kcllawfirm.com
              Stephen  B. Ravin    on behalf of Creditor    Riggins, Inc. sravin@saul.com,   jgillman@saul.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              Virginia T. Shea    on behalf of Creditor    VFS US LLC vshea@mdmc-law.com,
               mtaranto@mdmc-law.com;kpatterson@mdmc-law.com;gbressler@mdmc-law.com;lmodugno@mdmc-law.com
              Virginia T. Shea    on behalf of Creditor    Volvo Financial vshea@mdmc-law.com,
               mtaranto@mdmc-law.com;kpatterson@mdmc-law.com;gbressler@mdmc-law.com;lmodugno@mdmc-law.com
              Warren Scott Gottlieb    on behalf of Defendant    Consolidated Edison Company of New York, Inc.
               wgottlieb@golawllp.com
                                                                                             TOTAL: 131
```