**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq. (mseymour@lowenstein.com)
Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com)
One Lowenstein Drive
Roseland, NJ 07068
Tel: (973) 597-2500
Fax: (973)228-0330
-and-
**ELLIOTT GREENLEAF, P.C.**
Rafael X. Zahralddin-Aravena, Esq.
Jonathan M. Stemerman, Esq.
Sarah Denis, Esq.
1105 Market Street, Suite 1700
Wilmington, DE 19801
Tel: (302)384-9400
Fax: (302)384-9399
*Counsel to the Official Committee of Unsecured Creditors*

Order Filed on November 25, 2019 by Clerk U.S. Bankruptcy Court District of New Jersey

| In re: | Case No.: 19-12809 (JKS) |
|---|---|
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | Chapter: 11 |
| Debtors. | (Jointly Administered) |

**ORDER ALLOWING FIRST INTERIM APPLICATION OF COHNREZNICK LLP AS FINANCIAL ADVISOR AND COHNREZNICK CAPITAL MARKET SECURITIES, LLC AS INVESTMENT BANKER TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM FEBRUARY 21, 2019 THROUGH MAY 31, 2019**

The relief set forth on the following page, numbered two (2) through three (3), is hereby **ORDERED.**

DATED: November 25, 2019

[1] The Debtors in these chapter 11 cases and the last four as follows: New England Motor Freight, Inc. (7697); Eas Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing C (4357); MyJon, LLC (7305); Hollywood Avenue Solar, Logistics, LLC (4666).

Honorable John K. Sherwood
United States Bankruptcy Court

Page:     2
Debtors:  New England Motor Freight, Inc.., *et al.*
Case No.: 19-12809 (JKS)
Caption:  Order Allowing First Interim Application of CohnReznick LLP as Financial Advisor and CohnReznick Capital Market Securities, LLC as Investment Banker to the Official Committee of Unsecured Creditors for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period from February 21, 2019 through May 31, 2019

---

Upon the *First Interim Application of CohnReznick LLP As Financial Advisor and CohnReznick Capital Market Securities, LLC As Investment Banker To The Official Committee of Unsecured Creditors For Services Rendered And Reimbursement of Expenses For The Period From February 21, 2019 through May 31, 2019* (the "Application");[2] and due and proper notice of the Application having been given; and it appearing that no other or further notice is required; and it appearing that the Court has jurisdiction to consider the Application in accordance with 28 U.S.C. §§ 157 and 1334 and the *Standing Order of Reference to the Bankruptcy Court Under Title 11*, dated September 18, 2012 (Simandle, C.J.); and it appearing that venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that the fees and expenses requested in the Application are reasonable and for necessary services provided to the Committee,

**IT IS HEREBY ORDERED THAT:**

1. The Application is granted as provided herein.

2. CohnReznick LLP and CohnReznick Capital Market Securities, LLC are hereby allowed a first interim allowance of compensation for services rendered to the Committee in the sum of $415,919.00 and reimbursement for costs incurred in the sum of $1,081.02 for the period February 21, 2019 through May 31, 2019.

---

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Application.

-2-

Page:     3
Debtors:  New England Motor Freight, Inc.., *et al.*
Case No.: 19-12809 (JKS)
Caption:  Order Allowing First Interim Application of CohnReznick LLP as Financial Advisor and CohnReznick Capital Market Securities, LLC as Investment Banker to the Official Committee of Unsecured Creditors for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period from February 21, 2019 through May 31, 2019

---

3. The Debtors are authorized and directed to make payment of the outstanding amount of such sums allowed pursuant to paragraph 2 above to CohnReznick LLP and CohnReznick Capital Market Securities, LLC within fourteen (14) days of the entry of this Order.

4. This Court shall retain jurisdiction over any and all matters arising from or related to the interpretation and/or implementation of this Order.