**ELLIOTT GREENLEAF, P.C.**
Rafael X. Zahralddin-Aravena *(Admitted pro hac vice)*
Jonathan M. Stemerman *(Admitted pro hac vice)*
Sarah Denis *(Admitted pro hac vice)*
1105 Market Street, Suite 1700
Wilmington, DE 19801
Telephone: (302) 384-9400
Facsimile: (302) 384-9399
E-mail: rxza@elliottgreenleaf.com
jms@elliottgreenleaf.com
sxd@elliottgreenleaf.com
*Co-Counsel to the Official Committee of Unsecured Creditors*

Order Filed on November 25, 2019 by Clerk U.S. Bankruptcy Court District of New Jersey

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC, *et al.*,[1] | Case No.: 19-12809 (JKS) |
| Debtors. | (Jointly Administered) |

### ORDER ALLOWING APPLICATION OF ELLIOTT GREENLEAF, P.C. AS CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM FEBRUARY 21, 2019 THROUGH MAY 31, 2019

The relief set forth on the following page, numbered two (2) through three (3), is hereby **ORDERED.**

DATED: November 25, 2019

Honorable John K. Sherwood
United States Bankruptcy Court

Upon the *Application of Elliot ... of Unsecured Creditors For Services ...*

---

[1] The Debtors in these chapter 11 cases and ... as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC (4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMF Logistics, LLC (4666).

*from February 21, 2019 through May 31, 2019* (the "Application");[2] and due and proper notice of the Application having been given; and it appearing that no other or further notice is required; and it appearing that the Court has jurisdiction to consider the Application in accordance with 28 U.S.C. §§ 157 and 1334 and the *Standing Order of Reference to the Bankruptcy Court Under Title 11*, dated September 18, 2012 (Simandle, C.J.); and it appearing that venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that the fees and expenses requested in the Application are reasonable and for necessary services provided to the Committee,

**IT IS HEREBY ORDERED THAT:**

1. The Application is granted as provided herein.

2. Elliott Greenleaf, P.C. is hereby allowed a first interim allowance of compensation for services rendered to the Committee in the amount of $427,067.50 and reimbursement of actual and necessary expenses in the amount of $6,979.11 for the period February 21, 2019 through May 31, 2019.

3. The Debtors are authorized and directed to make payment of the outstanding amount of such sums to Elliott Greenleaf, P.C.

4. This Court shall retain jurisdiction over any and all matters arising from or related to the interpretation and/or implementation of this Order.

---

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Application.