UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**Order Filed on November 25, 2019 by Clerk U.S. Bankruptcy Court District of New Jersey**

In Re:

New England Motor Freight, Inc.

Case No.: 19-12809

Hearing Date: 11/21/2019

Judge: Sherwood

Chapter: 11

## ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 25, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| WithumSmith+Brown, P.C | $20,879.00 | $217.57 |

*rev. 7/1/04 jml*