## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC., *et al.*, | Case No. 19-12809 (JKS) |
| | (Jointly Administered) |
| Debtors.[1] | |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK　　)
　　　　　　　　　　　 )　 ss:
COUNTY OF KINGS　　　)

I, Ted Tokuda, declare:

1.　　I am over the age of 18 years and not a party to these chapter 11 cases.

2.　　I am employed by Donlin, Recano & Company, Inc., ("DRC"), 6201 15th Avenue, Brooklyn, NY 11219.

3.　　On the 9th day of December, 2019, DRC, at my direction and under my supervision, caused to serve the *Notice of Filing of Monthly Compensation and Staffing Report by Phoenix Management Services, LLC for the Period From November 4, 2019 Through December 1, 2019*, along with the Exhibit (Docket No. 1068), via electronic mail upon the parties as set forth in Exhibit 1, and via First Class U.S. Mail upon the parties as set forth in Exhibit 2, attached hereto.

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 9th day of December, 2019, Brooklyn, New York.

By _____
Ted Tokuda

Sworn before me this
9th day of December, 2019

_____
Notary Public

JOHN BURLACU
Notary Public - State of New York
No. 01BU6376078
Qualified in Nassau County
My Comm. Expires June 4, 2022

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC (4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMF Logistics, LLC (4666).

NEMF00211

# EXHIBIT 1

000087P003-1413S-212
ELLIOT GREENLEAF
R X ZAHRALDDIN- ARAVENA;JONATHAN M STEMERMAN
SARAH DENIS
1105 MARKET ST STE 1700
WILMINGTON DE 19801
RXZA@ELLIOTTGREENLEAF.COM

000087P003-1413S-212
ELLIOT GREENLEAF
R X ZAHRALDDIN- ARAVENA;JONATHAN M STEMERMAN
SARAH DENIS
1105 MARKET ST STE 1700
WILMINGTON DE 19801
JMS@ELLIOTTGREENLEAF.COM

000087P003-1413S-212
ELLIOT GREENLEAF
R X ZAHRALDDIN- ARAVENA;JONATHAN M STEMERMAN
SARAH DENIS
1105 MARKET ST STE 1700
WILMINGTON DE 19801
SXD@ELLIOTTGREENLEAF.COM

000086P001-1413S-212
LOWENSTEIN SANDLER LLP
MARY E SEYMOUR;JOSEPH J DIPASQUALE
ONE LOWENSTEIN DRIVE
ROSELAND NJ 07068
MSEYMOUR@LOWENSTEIN.COM

000086P001-1413S-212
LOWENSTEIN SANDLER LLP
MARY E SEYMOUR;JOSEPH J DIPASQUALE
ONE LOWENSTEIN DRIVE
ROSELAND NJ 07068
JDIPASQUALE@LOWENSTEIN.COM

000097P002-1413S-212
UNITED STATES DEPARTMENT OF JUSTICE
PETER J. D'AURIA,ESQ; MITCHELL HAUSMAN
OFFICE OF THE UNITED STATES TRUSTEE
ONE NEWARK CENTER STE 2100
NEWARK NJ 07102
PETER.J.D'AURIA@USDOJ.GOV

000097P002-1413S-212
UNITED STATES DEPARTMENT OF JUSTICE
PETER J. D'AURIA,ESQ; MITCHELL HAUSMAN
OFFICE OF THE UNITED STATES TRUSTEE
ONE NEWARK CENTER STE 2100
NEWARK NJ 07102
MITCHELL.B.HAUSMAN@USDOJ.GOV

000001P001-1413S-212
UNITED STATES TRUSTEE
ONE NEWARK CENTER, SUITE 2100
1085 RAYMOND BOULEVARD
NEWARK NJ 07102
jeffrey.m.sponder@usdoj.gov

000001P001-1413S-212
UNITED STATES TRUSTEE
ONE NEWARK CENTER, SUITE 2100
1085 RAYMOND BOULEVARD
NEWARK NJ 07102
Mitchell.B.Hausman@usdoj.gov

000001P001-1413S-212
UNITED STATES TRUSTEE
ONE NEWARK CENTER, SUITE 2100
1085 RAYMOND BOULEVARD
NEWARK NJ 07102
Peter.J.D'Auria@usdoj.gov

Records Printed : **10**

Case 19-12809-JKS    Doc 1069    Filed 12/10/19    Entered 12/10/19 16:14:17    Desc
Document    Page 3 of 5

# EXHIBIT 2

000087P003-1413S-212
ELLIOT GREENLEAF
R X ZAHRALDDIN- ARAVENA;JONATHAN M STEMERMAN
SARAH DENIS
1105 MARKET ST STE 1700
WILMINGTON DE 19801

000086P001-1413S-212
LOWENSTEIN SANDLER LLP
MARY E SEYMOUR;JOSEPH J DIPASQUALE
ONE LOWENSTEIN DRIVE
ROSELAND NJ 07068

000097P002-1413S-212
UNITED STATES DEPARTMENT OF JUSTICE
PETER J. D'AURIA,ESQ; MITCHELL HAUSMAN
OFFICE OF THE UNITED STATES TRUSTEE
ONE NEWARK CENTER STE 2100
NEWARK NJ 07102

000001P001-1413S-212
UNITED STATES TRUSTEE
ONE NEWARK CENTER, SUITE 2100
1085 RAYMOND BOULEVARD
NEWARK NJ 07102

Records Printed : **4**