# MASTER SERVICE LIST
# New England Motor Freight, Inc., et al.
# Case No. 19-12809

12/11/2019

| | |
|---|---|
| CAB EAST LLC, SERVICED BY FORD MOTOR CREDIT CO.,LLC<br>NATIONAL BANKRUPTCY SERVICE CENTER<br>P O BOX 62180<br>COLORADO SPRINGS CO 80921 | DAIMLER TRUST<br>C/O BK SERVICING LLC<br>ED GEZEL, AGENT<br>P O BOX 131265<br>ROSEVILLE MN 55113-0011 |
| JM PARTNERS LLC<br>JOHN MARSHALL<br>6800 PARAGON PLACE STE 202<br>RICHMOND VA 23230-1656 | STEPHEN B. GROW, ESQ.<br>WARNER NORCROSS + JUDD LLP<br>111 LYON ST NW # 900<br>GRAND RAPIDS MI 49503 |
| OFFICE OF UNEMPLOYMENT COMPENSATION TAX SERVICES<br>DEB SECREST, AUTHORIZED AGENT<br>PA-DEPT OF LABOR & INDUSTRY<br>COLLECTIONS SUPPORT UNIT<br>851 BOAS ST RM 702<br>HARRISBURG PA 17121 | NEW YORK STATE DEPARTMENT OF LABOR<br>JESSICA AGARWAL, ASST ATTORNEY GENERAL<br>OFFICE OF THE ATTORNEY GENERAL<br>28 LIBERTY STREET<br>NEW YORK NY 10005 |
| PA- DEPT OF ENVIRONMENTAL PROTECTION<br>BRIAN GLASS, OFFICE OF THE CHIEF COUNSEL<br>SOUTHEAST REGIONAL COUNSEL<br>2 EAST MAIN ST<br>NORRISTOWN PA 19401-4915 | NEW YORK STATE ATTORNEY GENERAL<br>LABOR BUREAU<br>120 BROADWAY<br>NEW YORK NY 10271 |
| PA DEPT OF REVENUE<br>DENISE A KUHN, SEN DEPUTY ATTORNEY GEN<br>THE PHOENIX BUILDING<br>1600 ARCH ST., STE 300<br>PHILADELPHIA PA 19103 | REMONEA S HARRIS<br>136 CENTRAL AVE<br>CLARK NJ 07066 |

## MASTER SERVICE LIST
## New England Motor Freight, Inc., et al.
## Case No. 19-12809

12/11/2019

**COUNSEL FOR AMAZON.COM SERVICES INC FORMERLY AMAZON FULFILLMENT SERVICES INC**

BENESCH FRIEDLANDER COPLAN & ARONOFF LLP
KEVIN M CAPUZZI
CONTINENTAL PLAZA II
411 HACKENSACK AVE.,3RD FLOOR
HACKENSACK NJ 07601-6323

**COUNSEL FOR CAB EAST LLC, SERVICED BY FORD MOTOR CREDIT COMPANY**

MORTON & CRAIG LLC
JOHN R MORTON JR, ESQ
110 MARTER AVE STE 301
MOORESTOWN NJ 08057

**COUNSEL FOR BERKLEY INSURANCE COMPANY**

CHIESA SHAHINIAN & GIANTOMASI PC
BETH J ROTENBERG,ESQ
ONE BOLAND DRIVE
WEST ORANGE NJ 07052

**COUNSEL FOR CAPITAL ONE NA**

MCCARTER & ENGLISH LLP
PETER M. KNOB, ESQ.
FOUR GATEWAY CENTER
100 MULBERRY ST
NEWARK NJ 07102

CHIESA SHAHINIAN & GIANTOMASI PC
ROBERT E NIES,ESQ
ONE BOLAND DRIVE
WEST ORANGE NJ 07052

MCCARTER & ENGLISH LLP
JOSEPH LUBERTAZZI JR., ESQ
FOUR GATEWAY CENTER
100 MULBERRY ST
NEWARK NJ 07102

CHIESA SHAHINIAN & GIANTOMASI PC
SCOTT W LICHTENSTEIN, ESQ
ONE BOLAND DRIVE
WEST ORANGE NJ 07052

**COUNSEL FOR CLASS PLAINTIFF'S AND THE PUTATIVE CLASS**

KLEHR HARRISON HARVEY BRANZBURG LLP
CHARLES A ERCOLE;RONA J ROSEN
10000 LINCOLN DRIVE EAST STE 201
MARLTON NJ 08053

# MASTER SERVICE LIST
## New England Motor Freight, Inc., et al.
## Case No. 19-12809

12/11/2019

**COUNSEL FOR CLERMONT HOLDINGS LLC**

LAW OFFICES OF KENNETH L BAUM LLC
KENNETH L BAUM,ESQ
167 MAIN STREET
HACKENSACK NJ 07601

**COUNSEL FOR EAST RIVER ENERGY INC**

NORRIS MCLAUGHLIN PA
CATHERINE L COREY,ESQ
400 CROSSING BOULEVARD, 8TH FLOOR
BRIDGEWATER NJ 08807

**COUNSEL FOR CORCENTRIC LLC**

DILWORTH PAXSON LLP
SCOTT J FREEDMAN
457 HADDONFIELD ROAD STE 700
CHERRY HILL NJ 08002

**COUNSEL FOR EAST WEST BANK**

SQUIRE PATTON BOGGS (US) LLP
NORMAN N KINEL, ESQ
30 ROCKEFELLER PLAZA, 23RD FL
NEW YORK NY 10112

**COUNSEL FOR DANIEL RINALDI;JANICE A GOODALL;DANIEL MURTHA**

MAYNARD O'CONNOR SMITH & CATALINOTTO LLP
JUSTIN W GRAY,ESQ
6 TOWER PLACE
ALBANY NY 12203

**COUNSEL FOR FIFTH THIRD BANK**

REED SMITH LLP
CHRISTOPHER A. LYNCH
599 LEXINGTON AVE
NEW YORK NY 10022

**COUNSEL FOR EAST RIVER ENERGY INC**

NORRIS MCLAUGHLIN PA
MORRIS S BAUER,ESQ
400 CROSSING BOULEVARD,8TH FLOOR
BRIDGEWATER NJ 08807

**COUNSEL FOR GREAT DANE LLC**

COLE SCHOTZ PC
MICHAEL D SIROTA,ESQ
COURT PLAZA NORTH
25 MAIN ST
HACKENSACK NJ 07601

# MASTER SERVICE LIST
## New England Motor Freight, Inc., et al.
## Case No. 19-12809

12/11/2019

**COUNSEL FOR GREAT DANE LLC**

COLE SCHOTZ PC
JACOB S FRUMKIN,ESQ
COURT PLAZA NORTH
25 MAIN ST
HACKENSACK NJ 07601

**COUNSEL FOR LARRY BANKS**

LAW FIRM OF BRIAN W HOFMEISTER LLC
BRIAN W HOFMEISTER, ESQ
3131 PRINCETON PIKE BUILDING 5,STE 110
LAWRENCEVILLE NJ 08648

**COUNSEL FOR JP MORGAN CHASE NA**

GREENBERG TRAURIG LLP
ALAN J BRODY, ESQ
500 CAMPUS DR, STE 400
FLORHAM PARK NJ 07932-0677

FRESHFIELDS BRUCKHAUS DERINGER
MARK LISCIO; NEAL MODI; S TALMADGE
601 LEXINGTON AVE, 31ST FL
NEW YORK NY 10022

**COUNSEL FOR LUCKY'S ENERGY SERVICE INC**

RIKER DANZIG SCHERER HYLAND & PERRETTI LLP
JOSEPH L SCHWARTZ;MICHAEL TRENTIN
HEADQUARTERS PLAZA
ONE SPEEDWELL AVE
MORRISTOWN NJ 07962-1981

**COUNSEL FOR MANSFIELD OIL COMPANY**

THOMPSON O'BRIEN KEMP & NASUTI PC
ALBERT F NASUTI,ESQ
40 TECHNOLOGY PARKWAY SOUTH, STE 300
PEACHTREE CORNERS GA 30092

**COUNSEL FOR KATHLEEN EVANS**

ANTHONY G ROSS, ESQ
126 SOUTH MAIN STREET
PITTSTON PA 18640

**COUNSEL FOR MCINTOSH ENERGY COMPANY**

CULLEN AND DYKMAN LLP
DAVID EDELBERG, ESQ.
433 HACKENSACK AVE 12TH FL
HACKENSACK NJ 07601

**MASTER SERVICE LIST**
**New England Motor Freight, Inc., et al.**
**Case No. 19-12809**

12/11/2019

**COUNSEL FOR MICHAEL SINGLEY**

D'ARCY JOHNSON DAY
RICHARD J ALBUQUERQUE,ESQ
3120 FIRE ROAD STE 100
EGG HARBOR TOWNSHIP NJ 08234

**COUNSEL FOR PANTOS USA INC**

KIM CHO & LIM LLC
JOSHUA S LIM,ESQ
460 BERGEN BOULEVARD STE 305
PALISADES PARK NJ 07650

**COUNSEL FOR MIRABITO HOLDINGS INC**

HINMAN HOWARD & KATTELL LLP
KEVIN J BLOOM,ESQ
PARK 80 WEST -PLAZA II
250 PEHLE AVE STE 200
SADDLE BROOK NJ 07663-5834

**COUNSEL FOR PROTECTIVE INSURANCE**

TURNER LAW FIRM LLC
ANDREW R TURNER,ESQ
76 SOUTH ORANGE AVE STE 106
SOUTH ORANGE NJ 07079

**COUNSEL FOR NEW JERSEY MANUFACTURES COMPANY**

CONNELL FOLEY LLP
ROBERT K SCHEINBAUM,ESQ
56 LIVINGSTON AVE
ROSELAND NJ 07068

**COUNSEL FOR RLI INSURANCE COMPANY**

DREIFUSS BONACCI & PARKER PC
JOANNE M BONACCI
26 COLUMBIA TURNPIKE STE 101 NORTH ENTRANCE
FLORHAM PARK NJ 07932

DREIFUSS BONACCI & PARKER PC
PAUL M MCCORMICK,ESQ
26 COLUMBIA TURNPIKE STE 101, NORTH ENTRANCE
FLORHAM PARK NJ 07932

**COUNSEL FOR OMNITRACS LLC**

FROST BROWN TODD LLC
MARK A PLATT
100 CRESCENT COURT STE 350
DALLAS TX 75201

# MASTER SERVICE LIST
## New England Motor Freight, Inc., et al.
## Case No. 19-12809

12/11/2019

| **COUNSEL FOR RLI INSURANCE COMPANY** | **COUNSEL FOR THE AD HOC GROUP OF TORT CLAIMANTS** |
|---|---|
| DINSMORE & SHOHL LLP<br>GRACE WINKLER CRANLEY, ESQ<br>227 WEST MONROE ST., STE 3850<br>CHICAGO IL 60606 | COOLEY LLP<br>RICHARD S KANOWITZ; EVAN M LAZEROWITZ<br>55 HUDSON YARDS<br>NEW YORK NY 10001 |
| **COUNSEL FOR SANTANDER BANK NA** | **COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS** |
| TROUTMAN SANDERS LLP<br>LOUIS A CURCIO, ESQ<br>875 THIRD AVE<br>NEW YORK NY 10022 | LOWENSTEIN SANDLER LLP<br>MARY E SEYMOUR; JOSEPH J DIPASQUALE<br>ONE LOWENSTEIN DRIVE<br>ROSELAND NJ 07068 |
| TROUTMAN SANDERS LLP<br>DAVID A PISCIOTTA, ESQ<br>875 THIRD AVE<br>NEW YORK NY 10022 | **COUNSEL FOR TOTE MARITIME**<br><br>PRICE MEESE SHULMAN & D'ARMINIO PC<br>RICK A STEINBERG, ESQ<br>50 TICE BOULEVARD STE 380<br>WOODCLIFF LAKE NJ 07677 |
| **COUNSEL FOR TD BANK NA** | |
| GEBHARDT & SMITH LLP<br>DAVID V FONTANA, ESQ<br>ONE SOUTH ST STE 2200<br>BALTIMORE MD 21202-3281 | **COUNSEL FOR UNITED HEALTHCARE SERVICES INC**<br><br>SHIPMAN & GOODWIN LLP<br>ERIC S GOLDSTEIN, ESQ<br>ONE CONSTITUTIONAL PLAZA<br>HARTFORD CT 06103 |

**MASTER SERVICE LIST**
**New England Motor Freight, Inc., et al.**
**Case No. 19-12809**

12/11/2019

| **COUNSEL FOR UNITED STATES TRUSTEE** | **COUNSEL FOR VW CREDIT LEASING LTD** |
|---|---|
| UNITED STATES DEPARTMENT OF JUSTICE<br>PETER J. D'AURIA,ESQ; MITCHELL HAUSMAN<br>OFFICE OF THE UNITED STATES TRUSTEE<br>ONE NEWARK CENTER STE 2100<br>NEWARK NJ 07102 | KML LAW GROUP PC<br>REBECCA A SOLARZ,ESQ<br>216 HADDON AVENUE STE 406<br>WESTMONT NJ 08108 |
| **COUNSEL FOR VOLVO FINANCIAL SERVICES, A DIV OF VFS US LLC;MACK FINANCIAL SERVICES, A DIV OF VFS US LLC;NORTH AMERICAN TRANSACTION SERVICES, A DIV OF VFS US LLC** | **COUNSEL FOR VW CREDIT LEASING, LTD.** |
| MCELROY DEUTSCH ET AL<br>GARY D BRESSLER, ESQ<br>300 DELAWARE AVE STE 770<br>WILMINGTON DE 19801 | KML LAW GROUP, P.C.<br>KEVIN G. MCDONALD, ESQ.<br>216 HADDON AVE STE 406<br>WESTMONT NJ 08108 |
| **COUNSEL FOR VOLVO FINANCIAL SERVICES, A DIV OF VFS US LLC;MACK FINANCIAL SERVICES, A DIV OF VFS US LLC;NORTH AMERICAN TRANSACTION SERVICES, A DIV OF VFS US LLC** | **COUNSEL FOR WEBSTER CAPITAL FINANCE INC** |
| MCELROY DEUTSCH MULVANEY<br>VIRGINIA T SHEA, ESQ<br>1300 MOUNT KEMBLE AVE<br>MORRISTOWN NJ 07962 | UPDIKE KELLY & SPELLACY PC<br>EVAN S GOLDSTEIN, ESQ<br>100 PEARL ST.,17TH FL<br>P O BOX 231277<br>HARTFORD CT 06123-1277 |
| | **COUNSEL FOR WELLS FARGO EQUIPMENT FINANCE INC** |
| | CHIESA SHAHINIAN & GIANTOMASI PC<br>FRANK PERETORE,ESQ<br>ONE BOLAND DRIVE<br>WEST ORANGE NJ 07052 |

# MASTER SERVICE LIST
## New England Motor Freight, Inc., et al.
## Case No. 19-12809

12/11/2019

| | |
|---|---|
| **COUNSEL FOR WELLS FARGO EQUIPMENT FINANCE INC** | **COUNSEL TO LENDER** |
| CHIESA SHAHINIAN & GIANTOMASI PC<br>MICHAEL R CARUSO; ROBERT HORNBY<br>ONE BOLAND DRIVE<br>WEST ORANGE NJ 07052 | FRESHFIELDS BRUCKHAUS DERINGER<br>MARK LISCIO; NEAL MODI; S. TALMADGE<br>601 LEXINGTON AVE, 31ST FL<br>NEW YORK NY 10022 |
| **COUNSEL TO CAPITAL ONE, N.A.** | **COUNSEL TO SANTANDER BANK** |
| MCCARTER & ENGLISH, LLP<br>PETER M. KNOB, ESQ.<br>100 MULBERRY STREET<br>FOUR GATEWAY CENTER<br>NEWARK NJ 07102 | TROUTMAN SANDERS<br>DAVID A PISCIOTTA<br>875 THIRD AVENUE<br>NEW YORK NY 10022 |
| **COUNSEL TO EAST WEST BANK** | TROUTMAN SANDERS<br>LOUIS A CURCIO, ESQ<br>875 THIRD AVENUE<br>NEW YORK NY 10022 |
| SQUIRE PATTON BOGGS (US) LLP<br>NORMAN N KINEL, ESQ<br>30 ROCKEFELLER PLAZA, 23RD FL<br>NEW YORK NY 10112 | |
| | TROUTMAN SANDERS<br>ALISSA PICCIONE<br>875 THIRD AVENUE<br>NEW YORK NY 10022 |
| **COUNSEL TO LENDER** | |
| GREENBERG TRAURIG<br>ALAN J. BRODY<br>500 CAMPUS DRIVE<br>SUITE 400<br>FLORHAM PARK NJ 07932 | |

**MASTER SERVICE LIST**
**New England Motor Freight, Inc., et al.**
**Case No. 19-12809**

12/11/2019

| **COUNSEL TO TD BANK** | **DEBTOR** |
|---|---|
| GEBHARDT & SMITH LLP<br>LISA BITTLE TANCREDI<br>ONE SOUTH ST STE 2200<br>BALTIMORE MD 21202-3281 | NEW ENGLAND MOTOR FREIGHT, INC.<br>ATTN: PRESIDENT/CEO<br>1-71 NORTH AVENUE EAST<br>ELIZABETH NJ 07201 |
| GEBHARDT & SMITH LLP<br>LISA BITTLE TANCREDI<br>1000 N WEST STREET<br>SUITE 1200<br>WILMINGTON DE 19801 | **GOVT. ENTITY**<br><br>UNITED STATES TRUSTEE<br>ONE NEWARK CENTER, SUITE 2100<br>1085 RAYMOND BOULEVARD<br>NEWARK NJ 07102 |
| **COUNSEL TO TD BANK, N.A.** | |
| GEBHARDT & SMITH LLP<br>JAMES M SMITH<br>ONE SOUTH STREET<br>SUITE 2200<br>BALTIMORE MD 21202-3281 | UNITED STATES ATTORNEY<br>DISTRICT OF NEW JERSEY<br>PETER RODINO FEDERAL BUILDING<br>970 BROAD STREET, SUITE 700<br>NEWARK NJ 07102 |
| **COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS** | INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| ELLIOT GREENLEAF<br>R X ZAHRALDDIN- ARAVENA;JONATHAN M STEMERMAN<br>SARAH DENIS<br>1105 MARKET ST STE 1700<br>WILMINGTON DE 19801 | INTERNAL REVENUE SERVICE<br>2970 MARKET STREET<br>MAIL STOP 5-Q30.133<br>PHILADELPHIA PA 19104-5016 |

# MASTER SERVICE LIST
## New England Motor Freight, Inc., et al.
## Case No. 19-12809

12/11/2019

**GOVT. ENTITY**

**GOVT. ENTITY**

SECURITIES EXCHANGE COMMISSION
NEW YORK REGIONAL OFFICE
ATTN: ANDREW CALAMARI, REGIONAL DIRECTOR
BROOKFIELD PLACE
200 VESSEY STREET, SUITE 400
NEW YORK NY 10281-1022

DEPARTMENT OF ENVIRONMENTAL PROTECTION
OFFICE OF RECORDS ACCESS
ATTN: BANKR. COORDINATOR
PO BOX 402
MAIL CODE 401-06Q
TRENTON NJ 08625-0402

ENVIRONMENTAL PROTECTION AGENCY
REGION 2
290 BROADWAY
17TH FLOOR
NEW YORK NY 10007-1866

**LOCAL COUNSEL FOR MERCEDES BENZ FINANCIAL SERVICES USA LLC;JALIL WALTERS AND RASHEEDA CARTER;DARYL MARTIN AND KIM MARTIN**

MCMANIMON, SCOTLAND  BAUMANN
ANTHONY SODONO, III; SARI PLACONA
75 LIVINGSTON AVE STE 201
ROSELAND NJ 07068

NEW JERSEY ATTORNEY GENERAL OFFICE
DIVISION OF LAW
RICHARD J. HUGHES JUSTICE COMPLEX
25 MARKET ST
TRENTON NJ 08625-0112

**OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

NEW JERSEY DIVISION OF TAXATION
COMPLIANCE & ENFORCEMENT UNIT
BANKRUPTCY UNIT
50 BARRACK STREET, 9TH FLOOR
TRENTON NJ 08695-0267

AAA COOPER TRANSPORTATION
TIFFANY ENGELHUBER
1751 KINSEY ROAD
DOTHAN AL 36303

NEW JERSEY MOTOR VEHICLE COMMISSION
ADMINISTRATIVE UNIT
225 EAST STATE STREET
TRENTON NJ 08666

LANDSTAR TRANSPORTATION LOGISTICS, INC.
SPRYTE KIMMEY
13410 SUTTON PARK DR S
JACKSONVILLE FL 32224

# MASTER SERVICE LIST
## New England Motor Freight, Inc., et al.
### Case No. 19-12809

12/11/2019

| **OFFICIAL COMMITTEE OF UNSECURED CREDITORS** | **PROPOSED COUNSEL TO THE DEBTORS** |
|---|---|
| GUTTMAN OIL CO.<br>GREGORY J. CREIGHAN<br>200 SPEERS STREET<br>BELLE VERNON PA 15012 | GIBBONS P.C.<br>MARK B. CONLAN, ESQ.<br>ONE GATEWAY CENTER<br>NEWARK NJ 07102 |
| **PROPOSED CONFLICTS COUNSEL TO DEBTOR** | GIBBONS P.C.<br>BRETT S. THEISEN, ESQ.<br>ONE GATEWAY PLAZA<br>NEWARK NJ 07102 |
| WASSERMAN JURISTA & STOLZ PC<br>DANIEL M STOLZ,ESQ<br>110 ALLEN ROAD STE 304<br>BASKING RIDGE NJ 07920 | **SHAREHOLDER** |
| WASSERMAN JURISTA & STOLZ PC<br>DONALD W CLARKE,ESQ<br>110 ALLEN ROAD STE 304<br>BASKING RIDGE NJ 07920 | MYRON SHEVELL<br>C/O NEW ENGLAND MOTOR FREIGHT INC<br>ZACHARY W. COHEN<br>1-71 NORTH AVENUE E<br>ELIZABETH NJ 07201 |
| **PROPOSED COUNSEL TO THE DEBTORS** | **SPECIAL COUNSEL TO THE DEBTORS** |
| GIBBONS P.C.<br>KAREN A. GIANNELLI, ESQ.<br>ONE GATEWAY CENTER<br>NEWARK NJ 07102 | WHITEFORD TAYLOR PRESTON LLP<br>PAUL M NUSSBAUM<br>7 SAINT PAUL STREET<br>BALTIMORE MD 21202-1636 |

**MASTER SERVICE LIST**
**New England Motor Freight, Inc., et al.**
**Case No. 19-12809**

12/11/2019

**TOP 30 UNSECURED CREDITOR; OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

IAM NATIONAL PENSION FUND
RYK TIERNEY EXEC DIR AND RAYMOND GOAD JR GC
1300 CONNECTICUT AVE
STE 300
WASHINGTON DC 20036


SUPERIOR DISTRIBUTORS CO, INC
MARLENE; RICHARD KLEIN
4 MIDLAND AVE
ELMWOOD PARK NJ 07407