IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

---------------------------------------------------------------X
In re:                                                         :    Chapter 11
                                                               :
NEW ENGLAND MOTOR FREIGHT, INC., ET AL                         :    Case No. 19-12809 (JKS)
                                                               :
                                                               :    Jointly Administered
                                          Debtors              :
---------------------------------------------------------------X

## DECLARATION OF MAILING NOTIFYING TRANSFEROR(S) AND TRANSFEREE(S) REGARDING NOTICE(S) OF TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001 (e) (1) and/or (e) (2)

STATE OF  **NEW YORK**     )
                           )   SS:
COUNTY OF **KINGS**        )

I, Tina Carr declare:

1. I am over the age of 18 years and not a party to the within action.

2. I am employed by Donlin, Recano and Company, Inc., 6201 15th Avenue, Brooklyn, NY 11219.

3. On the 2nd day of December, 2019, I received a copy of Notice(s) of Transfer of Claim ownership for Docket No(s). #1035 as printed from the docket maintained by the court for the captioned debtor.

4. On the 5th day of December, 2019, I sent a copy of the Notice(s) of Transfer of Claim ownership pursuant to FRBP 3001 (e) (1) and/or (e) (2) to the Transferor and Transferee via first class mail, postage prepaid and by depositing same in a mail box maintained by the U.S. Postal Service.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 5th day of December, 2019 at New York, New York.

By _____
   Tina Carr

Sworn before me this
5th day of December 2019

_____
Notary Public

JOHN BURLACU
Notary Public - State of New York
No. 01BU6376078
Qualified in Nassau County
My Comm. Expires June 4, 2022

B2100B (12/15)

# United States Bankruptcy Court
## District of New Jersey

In re NEW ENGLAND MOTOR FREIGHT INC.　　　　Case No. 19-12809

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. __50017__ (if known) was filed or deemed filed under 11 U.S.C. §1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 11-22-19 Dkt # 1035.

ACTION STAFFING GROUP
Name of Alleged Transferor

ARGO PARTNERS
Name of Transferee

Address of Alleged Transferor:
1145 ELIZABETH AVE
ELIZABETH, NJ 07201

Address of Transferee:
12 W 37TH ST 9TH FL
NEW YORK, NY 10018

PO BOX 75343
CHICAGO, IL 60675-5343

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within **twenty-one (21)** days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 12-5-19

DONLIN, RECANO & COMPANY, INC.
FOR THE
USBC DISTRICT OF NEW JERSEY

CLERK OF THE COURT

TO THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

DATE: December 5, 2019

TO: Michelle Cummings
Case Administrator
USBC – District of New Jersey
50 Walnut Street, 3rd Fl
Newark, NJ 07102

FROM: Lillian Jordan, Supervisor
Donlin, Recano & Company, Inc.
6201 15th Avenue
Brooklyn, NY 11219

RE: DEBTOR: **NEW ENGLAND MOTOR FREIGHT, INC., et al**
CASE NO. **19-12809 (JKS)**

Enclosed please find the following: __X__ Transfer _____ Claim _____ Other

**KINDLY DOCKET ATTACHED DECLARATION OF MAILING OF NOTICE OF TRANSFER OF CLAIM**

If you should have any questions, please contact me at (212) 481-1411.

Thank you.

LJ:tlc
Enc(s).