Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  19−12809−JKS
Chapter:  11
Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   New England Motor Freight, Inc.
   1−71 North Ave E
   Elizabeth, NJ 07201

Social Security No.:


Employer's Tax I.D. No.:
   22−1977697

## NOTICE OF HEARING


PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 12/13/19 at 10:00 AM

to consider and act upon the following:


*1007* – ORDER PURSUANT TO SECTION 105 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 7023, 9014 AND 9019 (I) PRELIMINARILY APPROVING THE SETTLEMENT AGREEMENT, (II) CERTIFYING A WARN CLASS FOR SETTLEMENT PURPOSES ONLY, (III) APPOINTINGCLASS COUNSEL AND CLASS REPRESENTATIVE, (IV) APPROVING THE FORM AND MANNER OF NOTICE TO CLASS MEMBERS OF THE CLASS CERTIFICATION AND SETTLEMENT, (V) SCHEDULING A FAIRNESS HEARING TO CONSIDER FINAL APPROVAL OF THE SETTLEMENT AGREEMENT, AND (VI) GRANTING RELATED RELIEF (Related Doc # 964). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 11/14/2019. (mg)


Dated: 12/13/19


Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                      Case No. 19-12809-JKS
New England Motor Freight, Inc.                                             Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 4          Date Rcvd: Dec 13, 2019
                             Form ID: ntchrgbk          Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 15, 2019.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
app            +E-mail/Text: atkinsappraisal@aol.com Dec 13 2019 22:17:48     A. Atkins Appraisal Corp,,
            122 Clinton Road,   Fairfiled, NJ 07004-2900
                                                                                           TOTAL: 1


            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2019                                  Signature:  /s/Joseph Speetjens

_____

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 13, 2019 at the address(es) listed below:
        Alan J. Brody    on behalf of Creditor    JP Morgan Chase brodya@gtlaw.com,  NJLitDock@gtlaw.com
        Andrew R. Turner    on behalf of Interested Party   Protective Insurance Company
         courts@turnerlaw.net
        Andrew R. Turner    on behalf of Defendant    Protective Insurance Company courts@turnerlaw.net
        Anthony  Sodono, III   on behalf of Defendant Shauna  Jones asodono@msbnj.com
        Anthony  Sodono, III   on behalf of Creditor Rasheeda  Carter asodono@msbnj.com
        Anthony  Sodono, III   on behalf of Creditor Shauna  Jones asodono@msbnj.com
        Anthony  Sodono, III   on behalf of Defendant   Jalil Waters and Rashida Carter asodono@msbnj.com
        Anthony  Sodono, III   on behalf of Creditor Jalil  Walters asodono@msbnj.com
        Anthony  Sodono, III   on behalf of Creditor   Mercedes Benz Financial Services USA LLC
         asodono@msbnj.com
        Beth J. Rotenberg   on behalf of Creditor   Berkley Insurance Company brotenberg@csglaw.com,
         ecf@csglaw.com
        Blake D. Roth   on behalf of Creditor   Bridgestone Americas Tire Operations, LLC
         blake.roth@wallerlaw.com,
         chris.cronk@wallerlaw.com;deborah.liles@wallerlaw.com;katie.stenberg@wallerlaw.com
        Brett Steven Theisen   on behalf of Debtor   New England Motor Freight, Inc.
         btheisen@gibbonslaw.com
        Brett Steven Theisen   on behalf of Plaintiff   New England Motor Freight, Inc.
         btheisen@gibbonslaw.com
        Brian  Glass   on behalf of Interested Party   PA Department of Environmental Protection
         briaglass@pa.gov,  verkanova@pa.gov
        Brian W. Hofmeister   on behalf of Creditor Larry L. Banks bwh@hofmeisterfirm.com
        Catherine L. Corey   on behalf of Creditor   East River Energy, Inc, clcorey@nmmlaw.com
        Chad J. Toms   on behalf of Debtor   New England Motor Freight, Inc. ctoms@wtplaw.com
        Christopher  Lynch   on behalf of Creditor   Fifth Third Bank clynch@reedsmith.com
        Christopher John Leavell   on behalf of Plaintiff Mary  Carlin cleavell@klehr.com,
         lclark@klehr.com
        Christopher John Leavell   on behalf of Interested Party   Class Plaintiffs at al
         cleavell@klehr.com,  lclark@klehr.com
        Christopher John Leavell   on behalf of Plaintiff Dan  Webster cleavell@klehr.com,
         lclark@klehr.com
        Daniel  Stolz   on behalf of Debtor   New England Motor Freight, Inc. dstolz@wjslaw.com,
         dstolz@ecf.inforuptcy.com;msousa@wjslaw.com;btorres@ecf.inforuptcy.com
        David  Edelberg   on behalf of Creditor   McIntosh Energy Company dedelberg@cullenanddykman.com,
         edelbergdr82964@notify.bestcase.com
        David A. Pisciotta   on behalf of Creditor   Santander Bank, N.A.
         david.pisciotta@troutmansanders.com,  john.murphy@troutman.com;alissa.piccione@troutman.com
        David V. Fontana   on behalf of Creditor   TD Bank, N.A. dfont@gebsmith.com,
         ltancredi@gebsmith.com;klusby@gebsmith.com

```
District/off: 0312-2          User: admin              Page 2 of 4              Date Rcvd: Dec 13, 2019
                              Form ID: ntchrgbk         Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Deirdre E. Burke    on behalf of Creditor    Capital One, N.A. dburke@mccarter.com
          Denise A Kuhn    on behalf of Creditor Dept. of Revenue    Commonwealth of Pennsylvania, department
           of revenue dkuhn@attorneygeneral.gov
          Donald W Clarke    on behalf of Debtor    New England Motor Freight, Inc. dclarke@wjslaw.com,
           dclarke@ecf.inforuptcy.com
          Douglas J. McGill    on behalf of Creditor    Pilot Thomas Logistics LLC dmcgill@webbermcgill.com,
           mlynch@webbermcgill.com
          Douglas T Tabachnik    on behalf of Defendant Rita    Alvarado dtabachnik@dttlaw.com,
           rdalba@dttlaw.com
          Douglas T Tabachnik    on behalf of Creditor to Rita Alvarado    The Rosato Firm, P.C., counsel
           dtabachnik@dttlaw.com,    rdalba@dttlaw.com
          Eric Goldstein    on behalf of Creditor    United HealthCare Services, Inc. egoldstein@goodwin.com,
           bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com
          Evan S. Goldstein    on behalf of Creditor    Webster Capital Finance, Inc. egoldstein@uks.com
          Frank Peretore    on behalf of Creditor    Wells Fargo Equipment Finance, Inc. fperetore@csglaw.com
          Gail C. Lin    on behalf of Creditor    WARN Act Class Plaintiffs and Putative Class
           GL@outtengolden.com,
           jxh@outtengolden.com;jar@outtengolden.com;rsr@outtengolden.com;kdeleon@outtengolden.com;squinonez
           @outtengolden.com;tloughran@outtengolden.com
          Gail C. Lin    on behalf of Creditor Rich    Richardson GL@outtengolden.com,
           jxh@outtengolden.com;jar@outtengolden.com;rsr@outtengolden.com;kdeleon@outtengolden.com;squinonez
           @outtengolden.com;tloughran@outtengolden.com
          Gail C. Lin    on behalf of Creditor Alice    Waters GL@outtengolden.com,
           jxh@outtengolden.com;jar@outtengolden.com;rsr@outtengolden.com;kdeleon@outtengolden.com;squinonez
           @outtengolden.com;tloughran@outtengolden.com
          Gail C. Lin    on behalf of Plaintiff Alice    Waters GL@outtengolden.com,
           jxh@outtengolden.com;jar@outtengolden.com;rsr@outtengolden.com;kdeleon@outtengolden.com;squinonez
           @outtengolden.com;tloughran@outtengolden.com
          Gail C. Lin    on behalf of Plaintiff Rich    Richardson GL@outtengolden.com,
           jxh@outtengolden.com;jar@outtengolden.com;rsr@outtengolden.com;kdeleon@outtengolden.com;squinonez
           @outtengolden.com;tloughran@outtengolden.com
          Gary D. Bressler    on behalf of Creditor    Mack Trucks, Inc. gbressler@mdmc-law.com,
           kdeans@mdmc-law.com;kpatterson@mdmc-law.com;dprimack@mdmc-law.com;bkleban@mdmc-law.com
          Gary D. Bressler    on behalf of Creditor    Volvo Financial gbressler@mdmc-law.com,
           kdeans@mdmc-law.com;kpatterson@mdmc-law.com;dprimack@mdmc-law.com;bkleban@mdmc-law.com
          Gary D. Bressler    on behalf of Creditor    VFS US LLC gbressler@mdmc-law.com,
           kdeans@mdmc-law.com;kpatterson@mdmc-law.com;dprimack@mdmc-law.com;bkleban@mdmc-law.com
          Gavin Stewart    on behalf of Creditor    VW Credit, Inc. gavin@stewartlegalgroup.com
          Jacob Frumkin    on behalf of Interested Party    Great Dane LLC jfrumkin@coleschotz.com
          JoAnne M. Bonacci    on behalf of Creditor    RLI Insurance Company jbonacci@dbplawfirm.com
          John F. Bracaglia, Jr.    on behalf of Interested Party    Orange and Rockland Utilities, Inc.
           brokaw@centraljerseylaw.com
          John Phillip Schneider    on behalf of Creditor Committee    Official Committee Of Unsecured
           Creditors JPSchneider@mdmc-law.com
          John R. Morton, Jr.    on behalf of Creditor    CAB East LLC, serviced by Ford Motor Credit Company
           LLC ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com
          Joseph Lubertazzi, Jr.    on behalf of Creditor    Capital One, N.A. jlubertazzi@mccarter.com
          Joseph J. DiPasquale    on behalf of Creditor Committee    Official Committee Of Unsecured
           Creditors jdipasquale@lowenstein.com,    jkimble@lowenstein.com
          Joseph J. DiPasquale    on behalf of Other Prof.    CohnReznick Capital Market Securities, LLC
           jdipasquale@lowenstein.com,    jkimble@lowenstein.com
          Joseph J. McMahon, Jr.    on behalf of Creditor    Pilot Travel Centers LLC jmcmahon@ciardilaw.com,
           jclarke@ciardilaw.com
          Joseph L. Schwartz    on behalf of Creditor    Lucky's Energy Service, Inc. jschwartz@riker.com
          Justin W. Gray    on behalf of Defendant    Angela Evans, Individually & as Parent & Natural
           Guardian of E Evans, an Infant gray@maynardoconnorlaw.com,    Sweeney@moscllp.com
          Justin W. Gray    on behalf of Creditor Janice A. Goodall gray@maynardoconnorlaw.com,
           Sweeney@moscllp.com
          Justin W. Gray    on behalf of Creditor Anthony    McNeil gray@maynardoconnorlaw.com,
           Sweeney@moscllp.com
          Justin W. Gray    on behalf of Creditor Angela    Evans gray@maynardoconnorlaw.com,
           Sweeney@moscllp.com
          Justin W. Gray    on behalf of Creditor Daniel    Murtha gray@maynardoconnorlaw.com,
           Sweeney@moscllp.com
          Justin W. Gray    on behalf of Creditor Daniel    Rinaldi gray@maynardoconnorlaw.com,
           Sweeney@moscllp.com
          Karen A. Giannelli    on behalf of Debtor    Eastern Freight Ways, Inc. kgiannelli@gibbonslaw.com
          Karen A. Giannelli    on behalf of Plaintiff    NEMF World Transport, Inc. kgiannelli@gibbonslaw.com
          Karen A. Giannelli    on behalf of Plaintiff    United Express Solar, LLC kgiannelli@gibbonslaw.com
          Karen A. Giannelli    on behalf of Plaintiff    Carrier Industries, Inc. kgiannelli@gibbonslaw.com
          Karen A. Giannelli    on behalf of Plaintiff    Apex Logistics, Inc. kgiannelli@gibbonslaw.com
          Karen A. Giannelli    on behalf of Plaintiff    NEMF Logistics, LLC kgiannelli@gibbonslaw.com
          Karen A. Giannelli    on behalf of Debtor    Jans Leasing Corp. kgiannelli@gibbonslaw.com
          Karen A. Giannelli    on behalf of Other Prof.    Donlin, Recano & Company, Inc.
           kgiannelli@gibbonslaw.com
          Karen A. Giannelli    on behalf of Plaintiff    Eastern Freight Ways, Inc. kgiannelli@gibbonslaw.com
          Karen A. Giannelli    on behalf of Plaintiff    Hollywood Avenue Solar, LLC
           kgiannelli@gibbonslaw.com

District/off: 0312-2            User: admin              Page 3 of 4                Date Rcvd: Dec 13, 2019
                               Form ID: ntchrgbk          Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
                Karen A. Giannelli    on behalf of Debtor    Hollywood Avenue Solar, LLC kgiannelli@gibbonslaw.com
                Karen A. Giannelli    on behalf of Debtor    MyJon, LLC kgiannelli@gibbonslaw.com
                Karen A. Giannelli    on behalf of Plaintiff    Myar, LLC kgiannelli@gibbonslaw.com
                Karen A. Giannelli    on behalf of Accountant    Withumsmith+Brown kgiannelli@gibbonslaw.com
                Karen A. Giannelli    on behalf of Plaintiff    Jans Leasing Corp. kgiannelli@gibbonslaw.com
                Karen A. Giannelli    on behalf of Debtor    United Express Solar, LLC kgiannelli@gibbonslaw.com
                Karen A. Giannelli    on behalf of Plaintiff    New England Motor Freight, Inc.
                 kgiannelli@gibbonslaw.com
                Karen A. Giannelli    on behalf of Debtor    NEMF Logistics, LLC kgiannelli@gibbonslaw.com
                Karen A. Giannelli    on behalf of Debtor    Carrier Industries, Inc. kgiannelli@gibbonslaw.com
                Karen A. Giannelli    on behalf of Debtor    Myar, LLC kgiannelli@gibbonslaw.com
                Karen A. Giannelli    on behalf of Debtor    NEMF World Transport, Inc. kgiannelli@gibbonslaw.com
                Karen A. Giannelli    on behalf of Debtor    New England Motor Freight, Inc.
                 kgiannelli@gibbonslaw.com
                Karen A. Giannelli    on behalf of Debtor    Apex Logistics, Inc. kgiannelli@gibbonslaw.com
                Karen A. Giannelli    on behalf of Plaintiff    MyJon, LLC kgiannelli@gibbonslaw.com
                Kate R. Buck    on behalf of Creditor    Connecticut Light & Power Company, NStar Western
                 Massachusetts, Yankee Gas Services Company, Colonial Gas Company, KeySpan Energy Delivery Long
                 Island, Narragansett Electric Company and Niagara Mohawk kbuck@mccarter.com
                Kate R. Buck    on behalf of Creditor    Potomac Edison Company, Toledo Edison Company and West
                 Penn Power Company kbuck@mccarter.com
                Kenneth L. Baum    on behalf of Creditor    Clermont Holdings, LLC kbaum@kenbaumdebtsolutions.com,
                 fpisano@coleschotz.com
                Keri P. Ebeck    on behalf of Creditor    Guttman Energy, Inc. kebeck@bernsteinlaw.com,
                 jbluemle@bernsteinlaw.com
                Kevin Gordon McDonald    on behalf of Creditor    VW Credit Leasing, Ltd. kmcdonald@kmllawgroup.com,
                 bkgroup@kmllawgroup.com
                Kevin M. Capuzzi    on behalf of Interested Party    Amazon.com Services, Inc., formerly Amazon
                 Fulfillment Services, Inc. kcapuzzi@beneschlaw.com,  debankruptcy@beneschlaw.com
                Leonard R Boyer    on behalf of Creditor Nelson  Vasquez lrbnjesq@gmail.com,
                 mcordova48890@aol.com;r.lr73573@notify.bestcase.com;aocasio768@aol.com
                Louis A. Curcio    on behalf of Creditor    Santander Bank, N.A. louis.curcio@troutmansanders.com,
                 John.Murphy@troutmansanders.com;jonathan.forstot@troutmansanders.com;david.pisciotta@troutmansand
                 ers.com
                Mark  Platt    on behalf of Creditor    Omnitracs, LLC mplatt@fbtlaw.com
                Mark B Conlan    on behalf of Defendant    New England Motor Freight, Inc., et al.
                 mconlan@gibbonslaw.com
                Mark B Conlan    on behalf of Debtor    New England Motor Freight, Inc. mconlan@gibbonslaw.com
                Mark B Conlan    on behalf of Plaintiff    New England Motor Freight, Inc. mconlan@gibbonslaw.com
                Mary E. Seymour    on behalf of Attorney    Lowenstein Sandler LLP mseymour@lowenstein.com
                Mary E. Seymour    on behalf of Creditor Committee    Official Committee Of Unsecured Creditors
                 mseymour@lowenstein.com
                Melissa A. Pena    on behalf of Creditor    Webster Capital Finance, Inc. mapena@norris-law.com,
                 pfreda@nmmlaw.com
                Michael D. Sirota    on behalf of Interested Party    Great Dane LLC msirota@coleschotz.com,
                 fpisano@coleschotz.com
                Michael R. Caruso    on behalf of Creditor    Wells Fargo Equipment Finance, Inc.
                 mcaruso@csglaw.com,  ecf@csglaw.com
                Morris S. Bauer    on behalf of Creditor    East River Energy, Inc, msbauer@nmmlaw.com,
                 rjacome@norris-law.com,relikens@nmmlaw.com
                Norman N Kinel    on behalf of Interested Party    East West Bank norman.kinel@squirepb.com,
                 sarah.conley@squirepb.com;elliot.smith@squirepb.com
                Peter M. Knob    on behalf of Creditor    Capital One, N.A. pknob@mccarter.com,
                 lrestivo@mccarter.com
                Rebecca Ann Solarz    on behalf of Creditor    VW Credit Leasing, Ltd rsolarz@kmllawgroup.com
                Rene S. Roupinian    on behalf of Plaintiff Alice  Waters rsr@outtengolden.com
                Rene S. Roupinian    on behalf of Plaintiff Rich  Richardson rsr@outtengolden.com
                Richard Albuquerque    on behalf of Creditor MICHAEL  SINGLEY richarda@djdlawyers.com
                Richard S. Kanowitz    on behalf of Unknown Role Type    Ad Hoc Group of Tort Claimants
                 rkanowitz@cooley.com,  mklein@cooley.com;jindyke@cooley.com;efiling-notice@ecf.pacerpro.com
                Rick Aaron Steinberg    on behalf of Creditor    TOTE Maritime rsteinberg@pricemeese.com
                Robert A. Burke    on behalf of Defendant    Jenny Munson Andress, individually and as the
                 Administratrix of the Estate of Herbert Andress rburke@macelree.com
                Robert E. Nies    on behalf of Creditor    Berkley Insurance Company rnies@csglaw.com
                Robert K. Scheinbaum    on behalf of Defendant    New Jersey Manufacturers Insurance Company a/s/o
                 Phyllis A. Troy rscheinbaum@connellfoley.com
                Robert K. Scheinbaum    on behalf of Creditor    New Jersey Manufacturers
                 rscheinbaum@connellfoley.com
                Rona J. Rosen    on behalf of Creditor    WARN Act Class Plaintiffs and Putative Class
                 cbbutler@klehr.com,  cbbutler@klehr.com
                Sari Blair Placona    on behalf of Creditor Daryl & Kim  Martin splacona@msbnj.com
                Sari Blair Placona    on behalf of Defendant    Jalil Waters and Rashida Carter splacona@msbnj.com
                Sari Blair Placona    on behalf of Creditor Rasheeda  Carter splacona@msbnj.com
                Sari Blair Placona    on behalf of Creditor    Interstate Towing Recovery Incorporated
                 splacona@msbnj.com
                Sari Blair Placona    on behalf of Creditor    Mercedes Benz Financial Services USA LLC
                 splacona@msbnj.com
                Sari Blair Placona    on behalf of Defendant    DARYL MARTIN AND KIM MARTIN splacona@msbnj.com

```
District/off: 0312-2          User: admin              Page 4 of 4              Date Rcvd: Dec 13, 2019
                              Form ID: ntchrgbk         Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Sari Blair Placona    on behalf of Creditor Jalil  Walters splacona@msbnj.com
          Sari Blair Placona    on behalf of Defendant Shauna  Jones splacona@msbnj.com
          Sari Blair Placona    on behalf of Creditor Shauna  Jones splacona@msbnj.com
          Scott J. Freedman    on behalf of Creditor   Corcentric, LLC sfreedman@dilworthlaw.com
          Scott W Lichtenstein    on behalf of Creditor   Berkley Insurance Company slichtenstein@csglaw.com
          Seoung Y. Lim    on behalf of Creditor   Pantos USA, Inc. joshualim@kcllawfirm.com,
           denisemoreno@kcllawfirm.com,seankwak@kcllawfirm.com,jpark@kcllawfirm.com
          Stephen  B. Ravin    on behalf of Creditor   Riggins, Inc. sravin@saul.com,  jgillman@saul.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          Virginia T. Shea    on behalf of Creditor   VFS US LLC vshea@mdmc-law.com,
           mtaranto@mdmc-law.com;kpatterson@mdmc-law.com;gbressler@mdmc-law.com;lmodugno@mdmc-law.com
          Virginia T. Shea    on behalf of Creditor   Volvo Financial vshea@mdmc-law.com,
           mtaranto@mdmc-law.com;kpatterson@mdmc-law.com;gbressler@mdmc-law.com;lmodugno@mdmc-law.com
          Warren Scott Gottlieb    on behalf of Defendant   Consolidated Edison Company of New York, Inc.
           wgottlieb@golawllp.com
                                                                                TOTAL: 131