IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

---------------------------------------------------------------X
In re:                                                         :    Chapter 11
                                                               :
NEW ENGLAND MOTOR FREIGHT, INC., ET AL                         :    Case No. 19-12809 (JKS)
                                                               :
                                                               :    Jointly Administered
                                              Debtors          :
---------------------------------------------------------------X

**DECLARATION OF MAILING NOTIFYING TRANSFEROR(S) AND TRANSFEREE(S)
REGARDING NOTICE(S) OF TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001
(e) (1) and/or (e) (2)**

STATE OF  NEW YORK      )
                        )   SS:
COUNTY OF KINGS         )

I, Tina Carr declare:

1. I am over the age of 18 years and not a party to the within action.

2. I am employed by Donlin, Recano and Company, Inc., 6201 15th Avenue, Brooklyn, NY 11219.

3. On the 9th day of December, 2019, I received a copy of Notice(s) of Transfer of Claim ownership for Docket No(s). #1062 and #1063 as printed from the docket maintained by the court for the captioned debtor.

4. On the 12th day of December, 2019, I sent a copy of the Notice(s) of Transfer of Claim ownership pursuant to FRBP 3001 (e) (1) and/or (e) (2) to the Transferor and Transferee via first class mail, postage prepaid and by depositing same in a mail box maintained by the U.S. Postal Service.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 12th day of December, 2019 at New York, New York.

By_____Tina Carr_____
Tina Carr

Sworn before me this
12th day of December 2019

_____Notary Public_____

SUNG JAE KIM
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01KI6211176
MY COMM. EXP. SEPTEMBER 14, 2021

B2100B (12/15)

# United States Bankruptcy Court
## District of New Jersey

In re NEW ENGLAND MOTOR FREIGHT INC.  Case No. 19-12809

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. __50590__ (if known) was filed or deemed filed under 11 U.S.C. §1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 12-05-19 Dkt # 1062.

LOWE AND MOYER GARAGE INC.
Name of Alleged Transferor

ARGO PARTNERS
Name of Transferee

Address of Alleged Transferor:
731 CHURCH ST
FOGELSVILLE, PA 18051

Address of Transferee:
12 W 37TH ST 9TH FL
NEW YORK, NY 10018

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within **twenty-one (21)** days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 12-12-19

DONLIN, RECANO & COMPANY, INC.
FOR THE
USBC DISTRICT OF NEW JERSEY

CLERK OF THE COURT

B2100B (12/15)

# United States Bankruptcy Court
## District of New Jersey

In re NEW ENGLAND MOTOR FREIGHT INC.        Case No. 19-12809

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. __111__ (if known) was filed or deemed filed under 11 U.S.C. §1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 12-05-19 Dkt # 1063.

| | |
|---|---|
| GOJO INDUSTRIES<br>Name of Alleged Transferor | ARGO PARTNERS<br>Name of Transferee |
| Address of Alleged Transferor:<br>ONE GOJO PLAZA STE 500<br>PO BOX 991<br>AKRON, OH 44311 | Address of Transferee:<br>12 W 37TH ST 9TH FL<br>NEW YORK, NY 10018 |

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within **twenty-one (21)** days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 12-12-19

DONLIN, RECANO & COMPANY, INC.
FOR THE
USBC DISTRICT OF NEW JERSEY

_____
CLERK OF THE COURT

## TO THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

DATE: December 13, 2019

TO: Michelle Cummings
Case Administrator
USBC – District of New Jersey
50 Walnut Street, 3rd Fl
Newark, NJ 07102

FROM: Lillian Jordan, Supervisor
Donlin, Recano & Company, Inc.
6201 15th Avenue
Brooklyn, NY 11219

RE: DEBTOR: **NEW ENGLAND MOTOR FREIGHT, INC., et al**
CASE NO. **19-12809 (JKS)**

Enclosed please find the following: __X__ Transfer _____ Claim _____ Other

**KINDLY DOCKET ATTACHED DECLARATION OF MAILING OF NOTICES OF TRANSFERS OF CLAIMS**

If you should have any questions, please contact me at (212) 481-1411.

Thank you.

LJ:tlc
Enc(s).