# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 19-12809 (JKS)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                    ) ss:
COUNTY OF KINGS     )

I, Edward A. Calderon, declare:

1. I am over the age of 18 years and not a party to these chapter 11 cases.

2. I am employed by Donlin, Recano & Company, Inc., ("DRC"), 6201 15th Avenue, Brooklyn, NY 11219.

3. On the 13th day of December, 2019, DRC, at my direction and under my supervision, caused to serve the "Debtors' Motion for Entry of Order Reducing and Modifying Claim No. 1218 Filed by the New York State Department of Labor Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and D.N.J. LBR 3007-1" (Docket No. 1077), via electronic mail upon the parties as set forth on Exhibit 1, and via First Class U.S. Mail upon the parties as set forth in Exhibit 2, attached hereto.

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 17th day of December, 2019, Brooklyn, New York.

By _/s/ Edward A. Calderon_
Edward A. Calderon

Sworn before me this
17th day of December, 2019

_/s/ John Burlacu_
Notary Public

JOHN BURLACU
Notary Public - State of New York
No. 01BU6376078
Qualified in Nassau County
My Comm. Expires June 4, 2022

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC (4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMF Logistics, LLC (4666).

NEMF00214

# EXHIBIT 1

000219S001-1413A-214
NEW YORK STATE DEPT OF LABOR
JOAN K HARRIS, SR ATTORNEY
STATE OFFICE CAMPUS BLDG 12 RM 509
ALBANY NY 12240
JOAN.HARRIS@LABOR.NY.GOV

Records Printed :  1

Case 19-12809-JKS    Doc 1080    Filed 12/17/19    Entered 12/17/19 16:37:36    Desc
Document    Page 3 of 5

# EXHIBIT 2

# New England Motor Freight, Inc., et al.
# Exhibit Page

000219S001-1413A-214
NEW YORK STATE DEPT OF LABOR
JOAN K HARRIS, SR ATTORNEY
STATE OFFICE CAMPUS BLDG 12 RM 509
ALBANY NY 12240

Case 19-12809-JKS    Doc 1080    Filed 12/17/19    Entered 12/17/19 16:37:36    Desc
Document    Page 5 of 5

Records Printed :   1