UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Order Filed on December 30, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Case No.:                 _____

Hearing Date:     _____

Judge:                   _____

Chapter:               _____

## ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: December 30, 2019**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
| --- | --- | --- |

*rev. 7/1/04 jml*