Order Filed on December 30, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
John P. Schneider, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400
E-mail: mseymour@lowenstein.com
E-mail: jdipasquale@lowenstein.com
E-mail: jschneider@lowenstein.com

*Counsel to the Official Committee of Unsecured Creditors*

In re:

New England Motor Freight, Inc, et al.[1]

Debtors.

Chapter 11

Case No. 19-12809 (JKS)

Jointly Administered

**ORDER ALLOWING SECOND INTERIM APPLICATION OF LOWENSTEIN SANDLER LLP AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM JUNE 1, 2019 THROUGH SEPTEMBER 30, 2019**

The relief set forth on the following page, numbered two (2) through three (3), is hereby **ORDERED.**

**DATED: December 30, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

---

[1] The Debtors in these chapter 11 cases and the last f[our digits of each Debtor's federal tax identification number are] as follows: New England Motor Freight, Inc. (7697); [Eastern Freight Ways,] Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasin[g Corp.; Carrier Industries, Inc.] (4357); MyJon, LLC (7305); Hollywood Avenue Sol[ar, LLC; and United Express] Logistics, LLC (4666).

36527/2
11/06/2019 205349874.1

Page:      2
Debtors:   New England Motor Freight, Inc.., *et al.*
Case No.:  19-12809 (JKS)
Caption:   Order Allowing Second Interim Application of Lowenstein Sandler LLP As Counsel To The Official Committee Of Unsecured Creditors For Services Rendered And Reimbursement of Expenses For The Period From June 1, 2019 through September 30, 2019

---

Upon the *Second Interim Application of Lowenstein Sandler LLP As Counsel To The Official Committee of Unsecured Creditors For Services Rendered And Reimbursement of Expenses For The Period From June 1, 2019 through September 30, 2019* (the "Application");[2] and due and proper notice of the Application having been given; and it appearing that no other or further notice is required; and it appearing that the Court has jurisdiction to consider the Application in accordance with 28 U.S.C. §§ 157 and 1334 and the *Standing Order of Reference to the Bankruptcy Court Under Title 11*, dated September 18, 2012 (Simandle, C.J.); and it appearing that venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that the fees and expenses requested in the Application are reasonable and for necessary services provided to the Committee,

**IT IS HEREBY ORDERED THAT:**

1. The Application is granted as provided herein.

2. Lowenstein Sandler LLP is hereby allowed a second interim allowance of compensation for services rendered to the Committee in the sum of $402,543.00 and reimbursement for costs incurred in the sum of $5,800.06 for the period June 1, 2019 through September 30, 2019.

---

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Application.

Page:    3
Debtors:    New England Motor Freight, Inc.., *et al.*
Case No.:    19-12809 (JKS)
Caption:    Order Allowing Second Interim Application of Lowenstein Sandler LLP As Counsel To The Official Committee Of Unsecured Creditors For Services Rendered And Reimbursement of Expenses For The Period From June 1, 2019 through September 30, 2019

---

3. The Debtors are authorized and directed to make payment of the outstanding amount of such sums allowed pursuant to paragraph 2 above to Lowenstein Sandler LLP within fourteen (14) days of the entry of this Order.

4. This Court shall retain jurisdiction over any and all matters arising from or related to the interpretation and/or implementation of this Order.