Order Filed on December 30, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**ELLIOTT GREENLEAF, P.C.**
Rafael X. Zahralddin-Aravena *(Admitted pro hac vice)*
Jonathan M. Stemerman *(Admitted pro hac vice)*
Sarah Denis *(Admitted pro hac vice)*
1105 Market Street, Suite 1700
Wilmington, DE 19801
Telephone: (302) 384-9400
Facsimile: (302) 384-9399
E-mail: rxza@elliottgreenleaf.com
jms@elliottgreenleaf.com
sxd@elliottgreenleaf.com
*Co-Counsel to the Official Committee of Unsecured Creditors*

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered) |

**ORDER ALLOWING SECOND INTERIM FEE APPLICATION OF ELLIOTT GREENLEAF, P.C. AS CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD <u>FROM JUNE 1, 2019 THROUGH SEPTEMBER 30, 2019</u>**

The relief set forth on the fol

**ORDERED.**
**DATED: December 30, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC (4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMF Logistics, LLC (4666).

Case No. 19-12809 (JKS)
Name of Debtor: New England Motor Freight Inc., et al.
<u>Caption of Order</u>: Order Allowing Second Interim Fee Application of Elliott Greenleaf, P.C.

Upon the *Second Interim Fee Application of Elliott Greenleaf, P.C. As Co-Counsel To The Official Committee of Unsecured Creditors For Services Rendered And Reimbursement of Expenses For The Period from June 1, 2019 through September 30, 2019* (the "<u>Application</u>");[2] and due and proper notice of the Application having been given; and it appearing that no other or further notice is required; and it appearing that the Court has jurisdiction to consider the Application in accordance with <u>28 U.S.C. §§ 157</u> and <u>1334</u> and the *Standing Order of Reference to the Bankruptcy Court Under Title 11*, dated September 18, 2012 (Simandle, C.J.); and it appearing that venue is proper pursuant to <u>28 U.S.C. §§ 1408</u> and <u>1409</u>; and it appearing that this is a core proceeding pursuant to <u>28 U.S.C. § 157(b)(2)</u>; and it appearing that the fees and expenses requested in the Application are reasonable and for necessary services provided to the Committee,

**IT IS HEREBY ORDERED THAT:**

1. The Application is granted as provided herein.

2. Elliott Greenleaf, P.C. is hereby allowed a second interim allowance of compensation for services rendered to the Committee in the amount of $377,042.50 and reimbursement of actual and necessary expenses in the amount of $6,898.60 for the period June 1, 2019 through September 30, 2019.

3. The Debtors are authorized and directed to make payment of the outstanding amount of such sums to Elliott Greenleaf, P.C.

4. This Court shall retain jurisdiction over any and all matters arising from or related to the interpretation and/or implementation of this Order.

---

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Application.