---

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-1

**DILWORTH PAXSON LLP**
Scott J. Freedman
457 Haddonfield Road, Suite 700
Cherry Hill, New Jersey 08002
Telephone: (856) 675-1962
Facsimile: (856) 663-8855

*Attorneys for New Jersey Manufacturers Insurance Company*

---

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 19-12809 (JKS) |

## NOTICE OF WITHDRAWAL OF DOCUMENT

**PLEASE TAKE NOTICE** that New Jersey Manufacturers Insurance Company, by and through his undersigned attorneys hereby withdraws the *Limited Objection of New Jersey Manufacturers Insurance Company to the Debtors' and Official Committee of Unsecured Creditors Third Amended Joint Combined Plan of Liquidation and Disclosure Statement* filed on January 6, 2020 [Docket No. 1096].

Dated: January 9, 2020     **DILWORTH PAXSON LLP**

By: /s/ Scott J. Freedman
Scott J. Freedman
457 Haddonfield Road, Suite 700
Cherry Hill, New Jersey 08002
Telephone: (856) 675-1962
 Facsimile: (856) 663-8855

*Attorneys for New Jersey Manufacturers Insurance Company*

121292914_1