**GIBBONS P.C.**
Karen A. Giannelli, Esq.
Mark B. Conlan, Esq.
Brett S. Theisen, Esq.
One Gateway Center
Newark, New Jersey  07102
Telephone:  (973) 596-4500
Facsimile:   (973) 596-0545
E-mail:  kgiannelli@gibbonslaw.com
             mconlan@gibbonslaw.com
             btheisen@gibbonslaw.com

Counsel to the Debtors
and Debtors-in-Possession

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC., et al.,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 19-12809 (JKS)<br><br>(Jointly Administered) |

**NOTICE OF FILING OF MONTHLY COMPENSATION AND STAFFING
REPORT BY PHOENIX MANAGEMENT SERVICES, LLC
FOR THE PERIOD FROM DECEMBER 2, 2019 THROUGH DECEMBER 29, 2019**

PLEASE TAKE NOTICE that on February 11, 2019, New England Motor Freight, Inc. and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), filed the *Motion of Debtors for Authority to Retain and Employ Phoenix Management Services, LLC Effective as of Petition Date to Provide a Chief Restructuring Officer, Deputy Chief Restructuring Officers, and Supporting Personnel* [Docket No 16], with the United States Bankruptcy Court for the District of New Jersey (the "**Court**").

PLEASE TAKE FURTHER NOTICE that on February 13, 2019, the Court entered the *Order Authorizing Debtors to Retain and Employ Phoenix Management Services, LLC Effective as of Petition Date to Provide a Chief Restructuring Officer, Deputy Chief*

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows:  New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC (4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMF Logistics, LLC (4666).

2720890.2 115719-100281

*Restructuring Officers, and Supporting Personnel* [Docket No. 42] (the "**Phoenix Retention Order**").

PLEASE TAKE FURTHER NOTICE that, in accordance with the Phoenix Retention Order, Phoenix Management Services, LLC hereby files its monthly compensation and staffing Report for the period from December 2, 2019 through December 29, 2019 in the form attached hereto as **Exhibit 1**.

Dated: January 3, 2020

Respectfully submitted,

**GIBBONS P.C.**

By: /s/ Karen A. Giannelli
    Karen A. Giannelli, Esq.
    Mark B. Conlan, Esq.
    Brett S. Theisen, Esq.
    One Gateway Center
    Newark, New Jersey 07102
    Telephone: (973) 596-4500
    Facsimile: (973) 596-0545
    E-mail: kgiannelli@gibbonslaw.com
           mconlan@gibbonslaw.com
           btheisen@gibbonslaw.com

*Counsel to the Debtors
and Debtors-in-Possession*

**Exhibit 1**

Phoenix Management Services, LLC ("Phoenix") hereby submits this Eleventh Monthly Report of Compensation Earned and Expenses Incurred (the "Report") for the period December 2, 2019 through December 29, 2019 (four weeks) for compensation and reimbursement of costs and expenses incurred pursuant to its engagement, which was approved by order of the Bankruptcy Court on February 13, 2019 [Docket No. 42] (the "Retention Order").

Under the Retention Order, the Debtors are authorized to compensate Phoenix a flat weekly fee of $30,000 pursuant to the terms of the Engagement Letter for the services of the CRO as well as a flat weekly expense reimbursement of $300 as reimbursement of expenses related to items such as facsimile charges and other support charges. By agreement, beginning the week of August 12, 2019, the CRO is paid on an hourly basis. Phoenix's fees for the CRO during this four-week period were $26,562.50.

Under the Retention Order, the Debtors are also authorized to compensate Phoenix weekly or monthly with respect to time and expenses incurred by other of its staff. Phoenix's fees for its other staff during this four-week period were $48,920.00.

Pursuant to the Retention Order, parties in interest may file an objection, if any, to this Report within fourteen (14) days from the date of filing of this Report.

| Attachment | Description |
|---|---|
| Exhibit A | Summary of Compensation |
| Exhibit A1 | Time Summary by Matter Code |
| Exhibit A2 | Time Summary by Professional |
| Exhibit A3 | Time Entry Detail |
| Exhibit B1 | Expense Summary by Category |
| Exhibit B2 | Expense Item Detail |

**EXHIBIT A:**

**Summary of Compensation for the period of December 2, 2019 through December 29, 2019**

| Project Name | Professional Fees | Expenses | Total | Payments Received | Unpaid |
|---|---|---|---|---|---|
| Shevell BK - CRO | $26,562.50 | $1,013.90 | $27,576.40 | $27,576.40 | $0.00 |
| Shevell BK - Others | $48,920.00 | $0.00 | $48,920.00 | $0.00 | $48,920.00 |
| Totals: | $75,482.50 | $1,013.90 | $76,496.40 | $27,576.40 | $48,920.00 |

# EXHIBIT A1

**Time Summary by Matter for the period of December 2, 2019 through December 29, 2019**

### Shevell BK - CRO

| Matter Description | Total Fees Requested |
|---|---|
| Operational Management | $ 26,562.50 |
| **Totals** | **$ 26,562.50** |

### Shevell BK - OTHERS

| Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|
| Anaylysis of Financials, Models, etc. | 19.0 | $ 9,975.00 |
| Bankruptcy - Admin - Fee Application | 0.9 | $ 135.00 |
| Financial & Cash Management | 93.3 | $ 38,810.00 |
| **Totals** | **113.2** | **$ 48,920.00** |

### Combined Totals

| Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|
| Anaylysis of Financials, Models, etc. | 19.0 | $ 9,975.00 |
| Bankruptcy - Admin - Fee Application | 0.9 | $ 135.00 |
| Financial & Cash Management | 93.3 | $ 38,810.00 |
| Operational Management | Total for CRO | $ 26,562.50 |
| **Totals** | **113.2** | **$ 75,482.50** |

**Matter Descriptions**

1. **Analysis of Financials, Models, etc.**
   Includes analysis of historical operations, historical cash flows, significant Balance Sheet and P&L accounts and other related financial analysis

2. **Bankruptcy – Administration**
   Drafting and reviewing court filed and internal documents related to the application and retention process; meetings and correspondence related to the application and retention process; staffing report and other administrative matters

3. **Bankruptcy - Advise company regarding elements of any proposed Reorganization.**
   This includes strategies to liquidate rolling stock and other assets, and the sale of Eastern.

4. **Bankruptcy - Advise company regarding strategy w/creditors, customers, others**
   Includes meeting with creditors, UCC communications, Secured Lender communications, shareholders and major customers

5. **Bankruptcy - Assist in preparation/review schedules, SOFAs, 1st day Motions, MORs**
   Assist company personnel in all matters related to the preparation of schedules, SOFAs, MOR's and First Day motions.

6. **Bankruptcy - Billable Travel**
   Travel time incurred among CRO (Chief Restructuring Officer) and Phoenix personnel in connection with providing services rendered; mostly travel time to the Debtor's offices located in Elizabeth, NJ.

7. **Bankruptcy - Budget, Forecast, Scorecard Preparation**

Includes preparation of weekly Cash Flow forecasts, weekly scorecards, MOR's, and other related financial forecasts and analysis.

8. **Bankruptcy - Court Hearing & Preparation**
   Serving as the authorized representative of the Debtors in Chapter 11 cases; preparing for and attending hearings and meetings with the Office of the Trustee

9. **Bankruptcy - Creditor & Vendor Interface**
   Communicating with vendors and creditors regarding case matters, advising supply chain personnel, evaluate individual claims and negotiate payments; meetings and correspondences with counsel regarding vendor and creditor matters and settlements; tracking and reporting of vendor and creditor management activities

10. **Bankruptcy - Financial & Cash Management**
    Daily review of cash disbursements and receipt activity.  Manage cash activity to remain in compliance with cash flow budgets.  Review accounts receivable collections.  Scorecard activities.

11. **Bankruptcy - Interface with Committee/Committee Counsel**
    Meeting with professionals of Creditors' Committee and Committee counsel; preparing and providing financial and other requested information

12. **Bankruptcy - Operational Management**
    CRO—Interface with operations Management on all activities

13. **Bankruptcy - Sale of Assets**
    Select and work with Liquidator on the Auction of all NEMF Rolling Stock and other Assets.  All activities related to the sale of Eastern**.**

14. **Communication - Phoenix Team**
    Work by Phoenix professionals organizing and coordinating our efforts, providing updates on individual conversations and activities, developing and refining our work streams, and developing strategies regarding sequencing of work and communications with parties of interest

15. **Valuation & Related Matters**
    Work with Liquidator on establishing low high values for rolling stock

# EXHIBIT A2:
**Time Summary by Professional for the period of December 2, 2019 through December 29, 2019**

### Shevell BK - CRO

| Professional | Position Title | Flat Rate per hour | Total Net Compensation |
|---|---|---|---|
| Vincent Colistra | CRO | $ 625.00 | $26,562.50 |
| | Totals | | **$26,562.50** |

### Shevell BK - OTHERS

| Professional | Position Title | Rate | Total Hours | Total Compensation |
|---|---|---|---|---|
| Al Mink | Managing Director | $ 525.00 | 81.00 | $42,525.00 |
| Kevin Doyle | Analyst | $ 200.00 | 31.30 | $6,260.00 |
| Stacey Miller | Office/Billing Manager | $ 150.00 | 0.90 | $135.00 |
| | Totals | | **113.20** | **$48,920.00** |

### Totals

| Professional | Position Title | Rate | Total Hours | Total Compensation |
|---|---|---|---|---|
| Vincent Colistra | CRO | $ 625.00 | Total for CRO | $26,562.50 |
| Al Mink | Managing Director | $ 525.00 | 81.00 | $42,525.00 |
| Kevin Doyle | Analyst | $ 200.00 | 31.30 | $6,260.00 |
| Stacey Miller | Office/Billing Manager | $ 150.00 | 0.90 | $135.00 |
| | Totals | | **113.20** | **$75,482.50** |

**EXHIBIT A3:**

**Time Entry Detail** for the period of December 2, 2019 through December 29, 2019

**Project Time Records by Task Code**

| Professional | Position Title | Task Code | Service Period | Total Billed Hours | Rate | Total Fees | Total Compensation |
|---|---|---|---|---|---|---|---|
| Vincent Colistra | CRO | Bankruptcy - Operational Management | 12/02/19-12/08/19 | 18.00 | $625.00 | $11,250.00 | $11,250.00 |
| Vincent Colistra | CRO | Bankruptcy - Operational Management | 12/09/19-12/15/19 | 17.50 | $625.00 | $10,937.50 | $10,937.50 |
| Vincent Colistra | CRO | Bankruptcy - Operational Management | 12/16/19-12/22/19 | 5.50 | $625.00 | $3,437.50 | $3,437.50 |
| Vincent Colistra | CRO | Bankruptcy - Operational Management | 12/23/19-12/29/19 | 1.50 | $625.00 | $937.50 | $937.50 |
| | Totals | | | | | | **$26,562.50** |

**Phoenix Management**  
110 Commons Court  
Chadds Ford, PA 19317-9716  
Tel: 610-358-4700 Fax: 610-358-9377

Project Time Records by Task Code

Printed on: 1/2/2020  
Page 1 of 2

Filters Used:
- Time Entry Date:        12/2/2019 to 12/29/2019
- Project ID:           Shevell BK - NEMF:  to  Shevell BK - NEMF:

*📄 = Invoiced (mouse over for #), ✏ = Marked as Billed, ◆ = Non-Billable, ✖ = Xtra*

**Project ID - Name (Manager): Shevell BK - NEMF:  -** *Shevell BK - NEMF* **(Vincent Colistra)**

| Day | Date | Employee | Description | Hrs | B-Hrs | Amount | * |
|---|---|---|---|---|---|---|---|
| *Analysis of Financials, Models, etc.* | | | | | | | |
| *A Mink* | | | | | | | |
| Mon | 12/16/2019 | A Mink | Analysis of Financials, Models, etc. Emails | 3.00 | 3.00 | $1,575.00 | 📄 |
| Tues | 12/17/2019 | A Mink | Analysis of Financials, Models, etc. D&O insurance and emails | 4.00 | 4.00 | $2,100.00 | 📄 |
| Wed | 12/18/2019 | A Mink | Analysis of Financials, Models, etc. D&O insurance and emails | 4.00 | 4.00 | $2,100.00 | 📄 |
| Thur | 12/19/2019 | A Mink | Analysis of Financials, Models, etc. Collections, storage and emails | 4.00 | 4.00 | $2,100.00 | 📄 |
| Fri | 12/20/2019 | A Mink | Analysis of Financials, Models, etc. Collections, storage and emails | 4.00 | 4.00 | $2,100.00 | 📄 |
| | | | **A Mink Total:** | **19.00** | **19.00** | **$9,975.00** | |
| | | | **Analysis of Financials, Models, etc. Total:** | **19.00** | **19.00** | **$9,975.00** | |
| *Bankruptcy - Admin - Fee Application* | | | | | | | |
| *S Miller* | | | | | | | |
| Thur | 12/5/2019 | S Miller | Bankruptcy - Admin - Fee Application Prepare 10th monthly staffing report and send for approval | 0.60 | 0.60 | $90.00 | 📄 |
| Fri | 12/20/2019 | S Miller | Bankruptcy - Admin - Fee Application Prepare for next monthly fee statement | 0.30 | 0.30 | $45.00 | 📄 |
| | | | **S Miller Total:** | **0.90** | **0.90** | **$135.00** | |
| | | | **Bankruptcy - Admin - Fee Application Total:** | **0.90** | **0.90** | **$135.00** | |
| *Bankruptcy - Financial & Cash Management* | | | | | | | |
| *A Mink* | | | | | | | |
| Mon | 12/2/2019 | A Mink | Bankruptcy - Financial & Cash Management Emails, cash management, professional fees | 5.00 | 5.00 | $2,625.00 | 📄 |
| Tues | 12/3/2019 | A Mink | Bankruptcy - Financial & Cash Management Emails, cash management, professional fees | 5.00 | 5.00 | $2,625.00 | 📄 |
| Wed | 12/4/2019 | A Mink | Bankruptcy - Financial & Cash Management Emails, cash management, professional fees | 5.00 | 5.00 | $2,625.00 | 📄 |
| Thur | 12/5/2019 | A Mink | Bankruptcy - Financial & Cash Management Cash management, records storage, claims, emails | 4.00 | 4.00 | $2,100.00 | 📄 |
| Fri | 12/6/2019 | A Mink | Bankruptcy - Financial & Cash Management Professional fees, taxes, D&O insurance, emails | 7.00 | 7.00 | $3,675.00 | 📄 |
| Mon | 12/9/2019 | A Mink | Bankruptcy - Financial & Cash Management Professional fees, insurance, emails on various financial topics | 6.00 | 6.00 | $3,150.00 | 📄 |
| Tues | 12/10/2019 | A Mink | Bankruptcy - Financial & Cash Management Professional fee reconciliations, part time WARN payments, payroll system and personnel, various emails on financial matters | 7.00 | 7.00 | $3,675.00 | 📄 |
| Wed | 12/11/2019 | A Mink | Bankruptcy - Financial & Cash Management | 6.00 | 6.00 | $3,150.00 | 📄 |

## Phoenix Management

110 Commons Court
Chadds Ford, PA 19317-9716
Tel: 610-358-4700 Fax: 610-358-9377

*Project Time Records by Task Code*

Printed on: 1/2/2020
Page 2 of 2

**Filters Used:**
- Time Entry Date:        12/2/2019  to  12/29/2019
- Project ID:             Shevell BK - NEMF:  to  Shevell BK - NEMF:

*📄 = Invoiced (mouse over for #),   ✏ = Marked as Billed,   ◆ = Non-Billable,   ✖ = Xtra*

**Project ID - Name (Manager): Shevell BK - NEMF: -** *Shevell BK - NEMF* **(Vincent Colistra)**

| Day | Date | Employee | Description | Hrs | B-Hrs | Amount | * |
|---|---|---|---|---|---|---|---|
| *Bankruptcy - Financial & Cash Management* | | | | | | | |
| Thur | 12/12/2019 | A Mink | Emails on various financial matters<br>Bankruptcy - Financial & Cash Management | 7.00 | 7.00 | $3,675.00 | 📄 |
| Fri | 12/13/2019 | A Mink | Hazmat, interline claims, lease rejections, emails on financial matters.<br>Bankruptcy - Financial & Cash Management | 5.00 | 5.00 | $2,625.00 | 📄 |
| Mon | 12/23/2019 | A Mink | Emails.  Final printing of WARN part time checks.   D&O insurance.  IT remaining contracts.<br>Bankruptcy - Financial & Cash Management | 5.00 | 5.00 | $2,625.00 | 📄 |
| | | | Various emails and calls on BK related matters and cash management | | | | |
| | | | **A Mink Total:** | **62.00** | **62.00** | **$32,550.00** | |
| *K Doyle* | | | | | | | |
| Tues | 12/3/2019 | K Doyle | Bankruptcy - Financial & Cash Management | 3.00 | 3.00 | $600.00 | 📄 |
| Wed | 12/4/2019 | K Doyle | Updating MORs, Updating Weekly Cash Flow & Cash balance summary<br>Bankruptcy - Financial & Cash Management | 4.00 | 4.00 | $800.00 | 📄 |
| Fri | 12/6/2019 | K Doyle | Finalizing MORs & MOR package, Updating Cash Flow Scorecard and Distribution analysis for last two weeks<br>Bankruptcy - Financial & Cash Management | 2.00 | 2.00 | $400.00 | 📄 |
| Mon | 12/9/2019 | K Doyle | Updating Cash Flow Analyses for current week<br>Bankruptcy - Financial & Cash Management | 2.00 | 2.00 | $400.00 | 📄 |
| Mon | 12/16/2019 | K Doyle | Updating Cash Analysis & distribution analysis<br>Bankruptcy - Financial & Cash Management | 5.80 | 5.80 | $1,160.00 | 📄 |
| Tues | 12/17/2019 | K Doyle | Updating weekly analyses - cash flow summary and distribution analysis<br>Bankruptcy - Financial & Cash Management | 1.50 | 1.50 | $300.00 | 📄 |
| Thur | 12/19/2019 | K Doyle | Corresponding with NEMF due diligence in regards to forecast, WARN, etc.<br>Bankruptcy - Financial & Cash Management | 3.00 | 3.00 | $600.00 | 📄 |
| Fri | 12/20/2019 | K Doyle | Updating November MORs<br>Bankruptcy - Financial & Cash Management | 5.00 | 5.00 | $1,000.00 | 📄 |
| Mon | 12/23/2019 | K Doyle | Updating November MORs<br>Bankruptcy - Financial & Cash Management | 5.00 | 5.00 | $1,000.00 | 📄 |
| | | | MORs November | | | | |
| | | | **K Doyle Total:** | **31.30** | **31.30** | **$6,260.00** | |
| | | | **Bankruptcy - Financial & Cash Management Total:** | **93.30** | **93.30** | **$38,810.00** | |
| | | | **Project Shevell BK - NEMF: Total:** | **113.20** | **113.20** | **$48,920.00** | |
| | | | **Grand Total:** | **113.20** | **113.20** | **$48,920.00** | |

## EXHIBIT B1:

**Expense Summary by Category for the period of December 2, 2019 through December 29, 2019**

| Expense Category | Shevell BK CRO Amounts | Shevell BK Others Amounts | Total | Payments Received | Unpaid |
|---|---|---|---|---|---|
| Administrative & Support | $900.00 | $0.00 | $900.00 | $900.00 | $0.00 |
| Mileage NR | $69.60 | $0.00 | $69.60 | $69.60 | $0.00 |
| Parking | $21.00 | $0.00 | $21.00 | $21.00 | $0.00 |
| Taxi | $10.00 | $0.00 | $10.00 | $10.00 | $0.00 |
| Tolls | $13.30 | $0.00 | $13.30 | $13.30 | $0.00 |
| **Totals** | **$1,013.90** | **$0.00** | **$1,013.90** | **$1,013.90** | **$0.00** |

2720890.2 115719-100281

**Exhibit B2:**

**Expense Item Detail for the period of December 2, 2019 through December 29, 2019**

2720890.2 115719-100281

# Phoenix Management

110 Commons Court
Chadds Ford, PA 19317-9716
Tel: 610-358-4700 Fax: 610-358-9377

Expenses By Item

Printed on: 1/2/2020
Page 1 of 1

**Filters Used:**
- Expense Log Date:    12/2/2019  to  12/29/2019
- Expense Log Project ID:    Shevell BK VC - NEMF:  to  Shevell BK VC - NEMF:

| Date | Employee ID | Project ID | Units | Amount | Memo |
|---|---|---|---|---|---|
| **Admin: - Administrative & Support** | | | | | |
| 12/6/2019 | Administrative | Shevell BK VC - NEMF: | 1.00 | $300.00 | Weekly Admin Fee |
| 12/13/2019 | Administrative | Shevell BK VC - NEMF: | 1.00 | $300.00 | Weekly Admin Fee |
| 12/20/2019 | Administrative | Shevell BK VC - NEMF: | 1.00 | $300.00 | Weekly Admin Fee |
| | | Admin: Sub-Total: | | **$900.00** | |
| **Mileage NR: - Mileage** | | | | | |
| 12/13/2019 | V Colistra | Shevell BK VC - NEMF: | 120.00 | $69.60 | 120 miles RT to attend court in Newark |
| | | Mileage NR: Sub-Total: | | **$69.60** | |
| **Parking: - Parking** | | | | | |
| 12/13/2019 | V Colistra | Shevell BK VC - NEMF: | 1.00 | $21.00 | Parking at Gibbons in Newark |
| | | Parking: Sub-Total: | | **$21.00** | |
| **TAXI BILLABLE:: - Taxi** | | | | | |
| 12/13/2019 | V Colistra | Shevell BK VC - NEMF: | 1.00 | $10.00 | Taxi from Gibbons office to court |
| | | TAXI BILLABLE:: Sub-Total: | | **$10.00** | |
| **TOLLS BILLABLE:: - Tolls** | | | | | |
| 12/13/2019 | V Colistra | Shevell BK VC - NEMF: | 1.00 | $13.30 | RT Tolls on NJ Turnpike. |
| | | TOLLS BILLABLE:: Sub-Total: | | **$13.30** | |
| | | Grand Total: | | **$1,013.90** | |