# CORE SERVICE LIST
## New England Motor Freight, Inc., et al.
## Case No. 19-12809

01/10/2020

| **COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS** | **COUNSEL TO LENDER** |
|---|---|
| LOWENSTEIN SANDLER LLP<br>MARY E SEYMOUR;JOSEPH J DIPASQUALE<br>ONE LOWENSTEIN DRIVE<br>ROSELAND NJ 07068 | FRESHFIELDS BRUCKHAUS DERINGER<br>MARK LISCIO; NEAL MODI; S. TALMADGE<br>601 LEXINGTON AVE, 31ST FL<br>NEW YORK NY 10022 |
| **COUNSEL TO CAPITAL ONE, N.A.** | **COUNSEL TO SANTANDER BANK** |
| MCCARTER & ENGLISH, LLP<br>PETER M. KNOB, ESQ.<br>100 MULBERRY STREET<br>FOUR GATEWAY CENTER<br>NEWARK NJ 07102 | TROUTMAN SANDERS<br>DAVID A PISCIOTTA<br>875 THIRD AVENUE<br>NEW YORK NY 10022 |
| **COUNSEL TO EAST WEST BANK** | TROUTMAN SANDERS<br>LOUIS A CURCIO, ESQ<br>875 THIRD AVENUE<br>NEW YORK NY 10022 |
| SQUIRE PATTON BOGGS (US) LLP<br>NORMAN N KINEL, ESQ<br>30 ROCKEFELLER PLAZA, 23RD FL<br>NEW YORK NY 10112 | TROUTMAN SANDERS<br>ALISSA PICCIONE<br>875 THIRD AVENUE<br>NEW YORK NY 10022 |
| **COUNSEL TO LENDER** | |
| GREENBERG TRAURIG<br>ALAN J. BRODY<br>500 CAMPUS DRIVE<br>SUITE 400<br>FLORHAM PARK NJ 07932 | |

## CORE SERVICE LIST
## New England Motor Freight, Inc., et al.
## Case No. 19-12809

01/10/2020

| **COUNSEL TO TD BANK, N.A.** | **COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS** |
|---|---|
| GEBHARDT & SMITH LLP<br>JAMES M SMITH<br>ONE SOUTH STREET<br>SUITE 2200<br>BALTIMORE MD 21202-3281 | ELLIOT GREENLEAF<br>R X ZAHRALDDIN- ARAVENA;JONATHAN M STEMERMAN<br>SARAH DENIS<br>1105 MARKET ST STE 1700<br>WILMINGTON DE 19801 |
| **COUNSEL TO THE DEBTORS** | **DEBTOR** |
| GIBBONS P.C.<br>KAREN A. GIANNELLI, ESQ.<br>ONE GATEWAY CENTER<br>NEWARK NJ 07102 | NEW ENGLAND MOTOR FREIGHT, INC.<br>ATTN: PRESIDENT/CEO<br>1-71 NORTH AVENUE EAST<br>ELIZABETH NJ 07201 |
| GIBBONS P.C.<br>MARK B. CONLAN, ESQ.<br>ONE GATEWAY CENTER<br>NEWARK NJ 07102 | **GOVT. ENTITY** |
| | UNITED STATES TRUSTEE<br>ONE NEWARK CENTER, SUITE 2100<br>1085 RAYMOND BOULEVARD<br>NEWARK NJ 07102 |
| GIBBONS P.C.<br>BRETT S. THEISEN, ESQ.<br>ONE GATEWAY PLAZA<br>NEWARK NJ 07102 | |
| | UNITED STATES ATTORNEY<br>DISTRICT OF NEW JERSEY<br>PETER RODINO FEDERAL BUILDING<br>970 BROAD STREET, SUITE 700<br>NEWARK NJ 07102 |

**CORE SERVICE LIST**
**New England Motor Freight, Inc., et al.**
**Case No. 19-12809**

01/10/2020

**GOVT. ENTITY**

**GOVT. ENTITY**

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA PA 19101-7346

NEW JERSEY DIVISION OF TAXATION
COMPLIANCE & ENFORCEMENT UNIT
BANKRUPTCY UNIT
50 BARRACK STREET, 9TH FLOOR
TRENTON NJ 08695-0267

INTERNAL REVENUE SERVICE
2970 MARKET STREET
MAIL STOP 5-Q30.133
PHILADELPHIA PA 19104-5016

NEW JERSEY MOTOR VEHICLE COMMISSION
ADMINISTRATIVE UNIT
225 EAST STATE STREET
TRENTON NJ 08666

SECURITIES EXCHANGE COMMISSION
NEW YORK REGIONAL OFFICE
ATTN: ANDREW CALAMARI, REGIONAL DIRECTOR
BROOKFIELD PLACE
200 VESSEY STREET, SUITE 400
NEW YORK NY 10281-1022

DEPARTMENT OF ENVIRONMENTAL PROTECTION
OFFICE OF RECORDS ACCESS
ATTN: BANKR. COORDINATOR
PO BOX 402
MAIL CODE 401-06Q
TRENTON NJ 08625-0402

ENVIRONMENTAL PROTECTION AGENCY
REGION 2
290 BROADWAY
17TH FLOOR
NEW YORK NY 10007-1866

**OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

AAA COOPER TRANSPORTATION
TIFFANY ENGELHUBER
1751 KINSEY ROAD
DOTHAN AL 36303

NEW JERSEY ATTORNEY GENERAL OFFICE
DIVISION OF LAW
RICHARD J. HUGHES JUSTICE COMPLEX
25 MARKET ST
TRENTON NJ 08625-0112

LANDSTAR TRANSPORTATION LOGISTICS, INC.
SPRYTE KIMMEY
13410 SUTTON PARK DR S
JACKSONVILLE FL 32224

# CORE SERVICE LIST
# New England Motor Freight, Inc., et al.
# Case No. 19-12809

01/10/2020

| **OFFICIAL COMMITTEE OF UNSECURED CREDITORS** | **TOP 30 UNSECURED CREDITOR; OFFICIAL COMMITTEE OF UNSECURED CREDITORS** |
|---|---|
| GUTTMAN OIL CO.<br>GREGORY J. CREIGHAN<br>200 SPEERS STREET<br>BELLE VERNON PA 15012 | SUPERIOR DISTRIBUTORS CO, INC<br>MARLENE; RICHARD KLEIN<br>4 MIDLAND AVE<br>ELMWOOD PARK NJ 07407 |

**SHAREHOLDER**

MYRON SHEVELL
C/O NEW ENGLAND MOTOR FREIGHT INC
ZACHARY W. COHEN
1-71 NORTH AVENUE E
ELIZABETH NJ 07201

**SPECIAL COUNSEL TO THE DEBTORS**

WHITEFORD TAYLOR PRESTON LLP
PAUL M NUSSBAUM
7 SAINT PAUL STREET
BALTIMORE MD 21202-1636

**TOP 30 UNSECURED CREDITOR; OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

IAM NATIONAL PENSION FUND
RYK TIERNEY EXEC DIR AND RAYMOND GOAD JR GC
1300 CONNECTICUT AVE
STE 300
WASHINGTON DC 20036