Form 210A (10/06)

# United States Bankruptcy Court
# District of New Jersey (Newark)

In re:       NEW ENGLAND MOTOR FREIGHT, INC.
Case No.     19-12809

### NOTICE OF _PARTIAL_ TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or **deemed filed** under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to **Rule 3001(e)(2)**, Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferee:
  Fair Harbor Capital, LLC
  As assignee of Mirabito Holdings dba Valley Wholesale

Name of Transferor:
  Mirabito Holdings dba Valley Wholesale

Court Claim # (if known):  26 AND 217

**AMOUNT OF CLAIM TRANSFERRED:  $62,831.19**

Invoice No(s): SEE ATTACHED

(A PORTION OF THE FILED CLAIM)

Name and Address where notices to transferee should be sent:

   Fair Harbor Capital, LLC
   Ansonia Finance Station
   PO Box 237037
   New York, NY  10023

Name and Address of Transferor:

Mirabito Holdings dba Valley Wholesale
49 Court St PO box 5306
Binghamton, NY  13902

Phone:  ___212 967 4035_____
Last Four Digits of Acct #: _____n/a_____

Phone:
Last Four Digits of Acct. #: ____n/a____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____n/a_____
Last Four Digits of Acct #: _____n/a_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____/s/_Fredric Glass_____  Date:_____January 13, 2020_____
          Transferee/Transferee's Agent
*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# United States Bankruptcy Court
# District of New Jersey (Newark)

In re:     NEW ENGLAND MOTOR FREIGHT, INC.
Case No.   19-12809

### NOTICE OF *PARTIAL* TRANSFER OF CLAIM OTHER THAN FOR SECURITY

### Claim No.  26 - AND 217 (if known)

was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on January 13, 2020.

Name of Transferee:
 Fair Harbor Capital, LLC
 As assignee of Mirabito Holdings dba Valley Wholesale]

Name of Alleged Transferor:
 Mirabito Holdings dba Valley Wholesale

**Fair Harbor Capital, LLC**
**Ansonia Finance Station**
**PO Box 237037**
**New York, NY  10023**

Name and Address of Alleged Transferor:

Mirabito Holdings dba Valley Wholesale
49 Court St PO box 5306
Binghamton, NY  13902

### DEADLINE TO OBJECT TO TRANSFER~

The transferor of claim named above is advised the this Notice of Transfer of Claim Other than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objection must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____                              _____
                                                    Clerk of the Court

# Notice of Transfer and Waiver of Notice

MIRABITO HOLDINGS INC DBA VALLEY WHOLESALE ("Seller") sells, transfer and assigns unto Fair Harbor Capital, LLC, with and address of PO Box 237037, New York, NY 10023, its successors and assigns ("Purchaser"), pursuant to a Claim Purchase Agreement between Seller and Purchaser (the "Agreement") all of Seller's right, title and interest in, to and under Seller's Administrative Claim (as defined in the Agreement) against **New England Motor Freight Inc. and Eastern Freight Ways, Inc.** or any of its co-debtor affiliates (the "Debtor" in the aggregate amount of not less than **$62,831.19**, representing all claims of Seller pending against Debtor in the United States Bankruptcy Court, , Case No 19-12809, et al., . Seller Hereby waives its right to raise any objection and/or receive notice pursuant to Rule 3001 of the Federal Rules of Bankruptcy Procedures and stipulates that an order may be entered recognizing the Agreement as an unconditional sale and the Purchaser as the valid owner of the Claim.

**In Witness Whereof,** MIRABITO HOLDINGS INC DBA VALLEY WHOLESALE (Seller) and Fair Harbor Capital, LLC (Purchaser) have signed below:

MIRABITO HOLDINGS INC DBA VALLEY WHOLESALE ("Seller")
49 COURT ST PO BOX 5306
BINGHAMTON, NY 13902

Print Name: David Barczek   Title: CFO
Signature: _____   Date: 12/18/19
Phone: _____   Fax: _____
Email: _____

Updated Address (If Changed): _____

Fair Harbor Capital, LLC ("Purchaser")
130 West 57th Street, 5th Floor
New York, NY 10019

Signature: _____
Fred Glass, Member Fair Harbor Capital, LLC

Victor Kw___

_Transfered Invoices_

# mirabito
ENERGY PRODUCTS

| | | NEMF Account Summary | | | |
|---|---|---|---|---|---|
| Account # | Invoice # | PPG - No Tax | Gallons | Total Inv | Comments |
| 895930 | 431069 | 1.9994 | 7502 | $19,973.48 | Invoice w/ BOL info |
| 895930 | 429372 | 2.0124 | 7003 | $18,739.62 | Invoice w/ BOL info |
| 895930 | 427253 | 1.9944 | 7505 | $19,942.45 | Invoice w/ BOL info |
| 895930 | Credit 895930 | 2.0375 | -4011 | ($10,837.89) | Recovered Gallons |
| 919938 | 430119 | 2.0305 | 7000 | $18,863.36 | Invoice w/ BOL info |
| 919938 | Credit 442871 | 2.064 | -3012 | ($8,221.57) | Recovered Gallons |
| 895526 | 431951 | 2.0275 | 6998 | $18,836.13 | Invoice w/ BOL info |
| 895526 | Credit 443261 | 2.0835 | -5260 | ($14,464.39) | Recovered Gallons |

Total Owed:    $62,831.19

## Creditors/Claims Search — 3 claim(s)

| | | |
|---|---|---|
| **Scheduled #: 50649** :<br>**MIRABITO FUEL GROUP**<br>THE METROCENTER<br>49 COURT ST<br>PO BOX 5306<br>BINGHAMTON, NY 13902<br><br>**SUPERSEDED BY A FILED CLAIM** | Debtor | NEW ENGLAND MOTOR FREIGHT, INC.<br>Case # : 19-12809 |
| | Scheduled Class | 06/18/2019 UNSECURED CLAIM |
| | Sched Amt | $96,355.04 |
| | Status | LINK TO CL #217 SCHED F- UNSECURED NON-PRIORITY CLAIMS |
| **Claim #: 217** :<br>**MIRABITO HOLDINGS INC**<br>PO BOX 5306<br>49 COURT ST<br>BINGHAMTON, NY 13902<br><br>View first page of claim (https://dr201.s3.amazonaws.com/claims/nemf/public/141300217.pdf?AWSAccessKeyId=AKIAJJA7FW4EU3WZG4DQ&Expires=1578980851&Signature=HY7O%2FWDw%2BtZI33rZSXbcrbR43gc%3D) | Debtor | NEW ENGLAND MOTOR FREIGHT, INC.<br>Case # : 19-12809 |
| | Filed Class | 03/05/2019 UNSECURED CLAIM |
| | Claim Amt | $96,355.04 |
| | Status | LINK TO CL #50649 |

**Claim #: 26** :
**MIRABITO HOLDINGS INC DBA**
VALLEY WHOLESALE
ANN B CIANFLONE
49 COURT ST
PO BOX 5306
BINGHAMTON, NY 13902

View first page of claim (https://dr201.s3.amazonaws.com/claims/nemf/public/141300026.pdf?AWSAccessKeyId=AKIAJJA7FW4EU3WZG4DQ&Expires=1578980851&Signature=WFVpO%2BrfxEx%2B3SJoZXXmWV6gY2o%3D)

| | |
|---|---|
| Debtor | NEW ENGLAND MOTOR FREIGHT, INC. |
| Case # : | 19-12809 |
| Filed | 02/21/2019 |
| Class | ADMINISTRATIVE CLAIM |
| Claim Amt | $96,355.04 |
| Status | |