| |
|---|
| **UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-1<br><br>**DILWORTH PAXSON LLP**<br>Scott J. Freedman<br>457 Haddonfield Road, Suite 700<br>Cherry Hill, New Jersey 08002<br>Telephone: (856) 675-1962<br>Facsimile: (856) 663-8855<br><br>*Attorneys for Corcentric, LLC* |

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 19-12809 (JKS) |

## NOTICE OF WITHDRAWAL OF DOCUMENT

**PLEASE TAKE NOTICE** that Corcentric, LLC, by and through its undersigned attorneys, hereby withdraws the *Objection of Corcentric, LLC to the Debtors' and Official Committee of Unsecured Creditors' Third Amended Joint Combined Plan of Liquidation and Disclosure Statement* filed on January 6, 2020 [Docket No. 1095].

Dated: January 13, 2020     **DILWORTH PAXSON LLP**

By: /s/ Scott J. Freedman
Scott J. Freedman
457 Haddonfield Road, Suite 700
Cherry Hill, New Jersey 08002
Telephone: (856) 675-1962
Facsimile: (856) 663-8855

*Attorneys for Corcentric, LLC*

121307444_1