UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re: **New England Motor Freight, Inc., et al.**

Case No. **19-12809 (JKS) (Jointly Administered)**
Reporting Period: **11/4/2019-12/1/2019**

**MONTHLY OPERATING REPORT**
File with Court and submit copy to United States Trustee within 20 days after end of month.

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Affidavit/Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | [DISB. 1], [DISB. 2], [DISB. 3], [DISB. 4], [C&D.1] | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | Zip Folder - Bank Statements & Reconciliations | | |
| Schedule of Professional Fees Paid | MOR-1b | [Prof. & Ins.] | | |
| Copies of bank statements | | Zip Folder - Bank Statements & Reconciliations | | |
| Cash disbursements journals | | | | |
| Statement of Operations | MOR-2 | | | |
| Balance Sheet | MOR-3 | [FS.1] | | |
| Status of Postpetition Taxes | MOR-4 | [FS.2] | | |
| Copies of IRS Form 6123 or payment receipt | | | | |
| Copies of tax returns filed during reporting period | | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | | | |
| Listing of aged accounts payable | MOR-4 | | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | [AP.A] | | |
| Debtor Questionnaire | MOR-5 | [AR.A] | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents
are true and correct to the best of my knowledge and belief.

_____
Signature of Authorized Individual*

1/10/2020
_____
Date

Vincent J. Colistra
_____
Printed Name of Authorized Individual

C.R.O.
_____
Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor
is a partnership; a manager or member if debtor is a limited liability company.

In re: **Eastern Freightways (04)**

Case No. **19-12809 (JKS) (Jointly Administered)**

Reporting Period: 11/4/2019-12/1/2019

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the four bank account columns. The amounts reported in the "PROJECTED" columns should be taken from the SMALL BUSINESS INITIAL REPORT (FORM IR-1). Attach copies of the bank statements and the cash disbursements journal. The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page. A bank reconciliation must be attached for each account. [See MOR-1 (CONT'D)]

| Bank Account | Chase 3262 | Chase 7901 | Chase 1222 | CURRENT MONTH | | CUMULATIVE FILING TO DATE | |
|---|---|---|---|---|---|---|---|
| | | | | ACTUAL | PROJECTED | ACTUAL | PROJECTED |
| **CASH BEGINNING OF MONTH** | $3,441,237.21 | $0.00 | $5,958,117.35 | $9,399,354.56 | | $916,282.38 | |
| | | | | | | | |
| **RECEIPTS** | | | | | | | |
| ACCOUNTS RECEIVABLE | | | | $0.00 | | $7,368,449.07 | |
| Miscellaneous Collections | $502,627.93 | | | $502,627.93 | | $2,348,537.15 | |
| LOANS AND ADVANCES | | | | $0.00 | | $0.00 | |
| INTERCOMPANY FUNDING | | | | $0.00 | | $2,651,675.47 | |
| SALE OF ASSETS | | | | $0.00 | | $0.00 | |
| Eastern & Carrier Sale | | | | $0.00 | | $5,554,235.04 | |
| Swept to Estes | | | | $0.00 | | -$2,085,050.11 | |
| **TOTAL RECEIPTS** | $502,627.93 | $0.00 | $0.00 | $502,627.93 | | $15,837,846.62 | |
| | | | | | | | |
| **DISBURSEMENTS** | | | | | | | |
| Advances to Officers | | | | $0.00 | | $38,589.64 | |
| Affiliate Real Estate Payments | | | | $0.00 | | $44,975.00 | |
| Miscellaneous | | | | $0.00 | | $75,929.13 | |
| AR Garnishment | | | | $0.00 | | $11,272.77 | |
| Business Insurance | | | | $0.00 | | $1,931,969.55 | |
| Classified Ads | | | | $0.00 | | $600.00 | |
| Company Cars | | | | $0.00 | | $4,635.16 | |
| Equipment Financing | | | | $0.00 | | $6,533.76 | |
| Fuel | | | | $0.00 | | $33,631.94 | |
| Income Tax Withheld | | | | $0.00 | | $407.79 | |
| Interest Expense | | | | $0.00 | | $72,552.82 | |
| Labor - Security | | | | $0.00 | | $277.55 | |
| Office Cleaning | | | | $0.00 | | $1,085.44 | |
| Office Supplies | $100.00 | | | $100.00 | | $72,252.17 | |
| Payments on behalf of NEMF | | | | $0.00 | | $73,707.03 | |
| Physicals & Investigations | | | | $0.00 | | $7,834.31 | |
| Propane | | | | $0.00 | | $271.36 | |
| Rent | | | | $0.00 | | $36,000.00 | |
| State Unemployment Tax | | | | $0.00 | | $12,857.01 | |
| T&E | | | | $0.00 | | $21,158.56 | |
| Tarping Services | | | | $0.00 | | $285,572.21 | |
| Taxes | | | | $0.00 | | $26,528.45 | |
| Telecommunications | | | | $0.00 | | $21,351.01 | |
| Terminal Expense | | | | $0.00 | | $3,475.07 | |
| Terminal Repairs | | | | $0.00 | | $628.03 | |
| Tolls | | | | $0.00 | | $251,693.87 | |
| Traffic Violations | | | | $0.00 | | $2,623.70 | |
| Trailer Financing | | | | $0.00 | | $102,313.72 | |
| Utilities | | | | $0.00 | | $5,594.33 | |
| Vehicle Financing | | | | $0.00 | | $474,613.23 | |
| Vehicle Maintenance | | | | $0.00 | | $145,216.43 | |
| Vehicle Parts | | | | $0.00 | | $722.94 | |
| Vehicle Repairs | | | | $0.00 | | $22,000.00 | |
| Workers Comp | | | | $0.00 | | $406,924.62 | |
| Penske Withdrawl | | | | $0.00 | | $31,447.91 | |
| Transfer | | | | $0.00 | | $2,625,000.00 | |
| **TOTAL DISBURSEMENTS** | $100.00 | $0.00 | $0.00 | $100.00 | | $6,852,246.51 | |
| | | | | | | | |
| NET CASH FLOW | $502,527.93 | $0.00 | $0.00 | $502,527.93 | | $8,985,600.11 | |
| (RECEIPTS LESS DISBURSEMENTS) | | | | | | | |
| | | | | | | | |
| **CASH - END OF MONTH** | $3,943,765.14 | $0.00 | $5,958,117.35 | $9,901,882.49 | | $9,901,882.49 | |

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

## THE FOLLOWING SECTION MUST BE COMPLETED

| DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN) | |
|---|---|
| **TOTAL DISBURSEMENTS** | $100.00 |
| LESS: TRANSFERS TO DEBTOR IN POSSESSION ACCOUNTS | $0.00 |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | $0.00 |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES** | $100.00 |

In re: **Eastern Freightways (04)**          **Reporting Period: 11/4/2019-12/1/2019**

**BANK RECONCILIATIONS**

**Continuation Sheet for MOR-1**

A bank reconciliation must be included for each bank account.  The debtor's bank reconciliation may be substituted for this page.

| Bank | Chase | Chase | Chase |
|------|-------|-------|-------|
| Account | 3262 | 7901 | 1222 |
| **BALANCE PER BOOKS** | $3,900,915 | $0 | $5,958,117 |
| | | | |
| BANK BALANCE | $3,943,765 | $0 | $5,958,117 |
| (+) DEPOSITS IN TRANSIT (ATTACH LIST) | | | |
| (-)  OUTSTANDING CHECKS (ATTACH LIST) | (42,850.17) | | |
| OTHER  (ATTACH EXPLANATION) | | | |
| ADJUSTED BANK BALANCE * | $3,900,915 | $0 | $5,958,117 |
| * Adjusted bank balance must equal | | | |
| balance per books | | | |
| | | | |
| **CHECKS OUTSTANDING** | Amount | Amount | Amount |
| CHECKS OUTSTANDING | $42,850.17 | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **OTHER** | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

In re: **Eastern Freightways (04)**

Case No. **19-12809 (JKS) (Jointly Administered)**
**Reporting Period: 11/4/2019-12/1/2019**

### SCHEDULE OF PROFESSIONAL FEES AND EXPENSES PAID

This schedule is to include all retained professional payments from case inception to current month.

| Payee | Period Covered | Amount Approved | Payor | Check Number | Date | Amount Paid Fees | Expenses | Year-To-Date Fees | Expenses |
|-------|----------------|-----------------|-------|--------------|------|------------------|----------|-------------------|----------|
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |

In re: **Eastern Freightways (04)**

Case No. **19-12809 (JKS) (Jointly Administered)**
**Reporting Period: 11/4/2019-12/1/2019**

## STATEMENT OF OPERATIONS
(Income Statement)

The Statement of Operations is to be prepared on an accrual basis. The accrual basis of accounting recognizes revenue when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| | Month | Cumulative Filing to Date |
|---|---|---|
| **REVENUES** | | |
| Freight Revenue | 0 | 6,307,256 |
| EFW-HESS | 0 | 0 |
| Other Operating Revenue | 0 | 67,194 |
| **Net Revenue** | **$0** | **$6,374,450** |
| **OPERATING EXPENSES** | | |
| Salaries - Supervisors | 0 | 379,492 |
| Salaries & Wages | 0 | 1,784,455 |
| Miscellaneous Paid Time Off | 0 | 119,431 |
| Other Fringes | 617 | 865,789 |
| Operating Supplies | 0 | 2,861,729 |
| General Supplies & Expenses | 0 | 131,734 |
| Operating Taxes & Licenses | 0 | 388,572 |
| Insurance | 0 | 1,009,134 |
| Communication & Utilities | 0 | 40,478 |
| Depreciation & Amortization | 0 | 530,230 |
| Revenue Equipment Rentals | 0 | 333,907 |
| Building Rentals | 0 | 48,000 |
| Professional Fees | 0 | 263 |
| Bad Debt Expense | 2,127 | 2,127 |
| Miscellaneous Expense | 0 | 0 |
| **Total Expenses** | **$2,744** | **$8,495,340** |
| Net Profit (Loss) Before Other Income & Expenses | (2,744) | (2,120,891) |
| **OTHER INCOME AND EXPENSES** | | |
| Interest Income | 0 | 0 |
| Interest Expense | 0 | (75,499) |
| Sundry Deductions | 0 | 0 |
| Gain (Loss) from Sale of Assets* | 0 | (261,273) |
| **TOTAL OTHER INCOME (DEDUCTIONS)** | | |
| Provision For Income Taxes | 0 | 4,036 |
| | | |
| **Net Profit (Loss)** | **($2,744)** | **($2,461,699)** |

In re: **Eastern Freightways (04)**                Case No. **19-12809 (JKS) (Jointly Administered)**
Reporting Period: 11/4/2019-12/1/2019

### BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only.  Pre-petition liabilities must be classified separately from postpetition obligations.

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| **CURRENT ASSETS** | | |
| Cash and cash equivalents | $9,859,039.00 | $382,471.00 |
| Accounts receivable, customers and interline, net | | $2,783,087.00 |
| Receivables, taxes and others | $72,813.00 | $77,789.00 |
| Notes and loans receivable, stockholders and affiliates, net | $50,600.00 | $0.00 |
| Materials and supplies inventories | | $0.00 |
| Prepaid insurance claims | -$3,820,708.00 | $0.00 |
| Prepayments and other deferred charges | -$141,942.00 | $187,755.00 |
| Refundable income taxes | $133,020.00 | -$48,229.00 |
| *TOTAL CURRENT ASSETS* | **$6,152,822.00** | **$3,382,873.00** |
| **PROPERTY AND EQUIPMENT** | | |
| Revenue equipment | | $19,280,931.00 |
| Miscellaneous equipment | | $0.00 |
| Computer and office equipment | | $4,800.00 |
| Service cars and equipment | | $21,295.00 |
| Leasehold improvements | | $320,852.00 |
| Land and Building | | $0.00 |
| *TOTAL PROPERTY & EQUIPMENT* | **$0.00** | **$19,627,878.00** |
| | | |
| Less accumulated depreciation and amortization | **$0.00** | **-$8,121,476.00** |
| **OTHER ASSETS** | | |
| Security and other deposits | | $0.00 |
| Notes receivable, stockholders' insurance premiums | | $0.00 |
| | **$0.00** | **$0.00** |
| **TOTAL ASSETS** | **$6,152,822.00** | **$14,889,275.00** |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| *LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)* | | |
| Accounts payable, trade and interline | $74,372.00 | $347,737.00 |
| Loans payable, letters of credit drawn | | |
| Notes and loans payable, stockholders and affiliates | $3,042,509.00 | $3,042,508.00 |
| Current portion of long-term debt | | $2,479,274.00 |
| Accounts payable, affiliates | -$3,904,952.00 | -$11,809,950.00 |
| Current portion of liabilities for claims and insurance | | $4,170,675.00 |
| State income taxes payable | | $0.00 |
| Wages, pension and payroll taxes payable | | $108,522.00 |
| Other current liabilities | | $13,231.00 |
| *TOTAL POSTPETITION LIABILITIES* | **-$788,071.00** | **-1,648,003.00** |
| *LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)* | | |
| Long-term debt, net of current portion | $110,712.00 | $7,007,376.00 |
| Liabilities for claims and insurance, net of current portion | | $0.00 |
| Other long-term liabilities | | $0.00 |
| *TOTAL PRE-PETITION LIABILITIES* | **$110,712.00** | **$7,007,376.00** |
| | | |
| *TOTAL LIABILITIES* | **-$677,359.00** | **$5,359,373.00** |
| *OWNER EQUITY* | | |
| Capital Stock | $10,000.00 | $10,000.00 |
| Retained earnings | $6,820,181.00 | $9,519,902.00 |
| *NET OWNER EQUITY* | **$6,830,181.00** | **$9,529,902.00** |
| | | |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | **$6,152,822.00** | **$14,889,275.00** |
| Check | $0.00 | $0.00 |

In re: **Eastern Freightways (04)**                          Case No. **19-12809 (JKS) (Jointly Administered)**
                                                             **Reporting Period: 11/4/2019-12/1/2019**

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Withholding | | | | | | $0 |
| FICA-Employee | | | | | | $0 |
| FICA-Employer | | | | | | $0 |
| Unemployment | | | | | | $0 |
| Income | | | | | | $0 |
| Other:_____ | | | | | | $0 |
| Total Federal Taxes | $0 | $0 | $0 | $0 | $0 | $0 |
| **State and Local** | | | | | | |
| Withholding | | | | | | $0 |
| Sales | | | | | | $0 |
| Excise | | | | | | $0 |
| Unemployment | | | | | | $0 |
| Real Property | | | | | | $0 |
| Personal Property | | | | | | $0 |
| Other:_____ | | | | | | $0 |
| Total State and Local | $0 | $0 | $0 | $0 | $0 | $0 |
| **Total Taxes** | $0 | $0 | $0 | $0 | $0 | $0 |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

| | Number of Days Past Due | | | | |
|---|---|---|---|---|---|
| | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable (including credits) | | | | $22,624.61 | $22,625 |
| Wages Payable | | | | | |
| Taxes Payable | | | | | |
| Rent/Leases-Building | | | | | |
| Rent/Leases-Equipment | | | | | |
| Secured Debt/Adequate Protection Payments | | | | | |
| Professional Fees (inclusive in AP) | | | | | $0 |
| Amounts Due to Insiders (inclusive in AP)* | | | | | $0 |
| Other:_____ | | | | | |
| Other:_____ | | | | | |
| **Total Postpetition Debts** | $0 | $0 | $0 | $22,625 | $22,624.61 |

**Explain how and when the Debtor intends to pay any past-due postpetition debts.**

*"Insider" is defined in 11 U.S.C. Section 101(31).

In re: **Eastern Freightways (04)**

Case No. **19-12809 (JKS) (Jointly Administered)**
**Reporting Period: 11/4/2019-12/1/2019**

### ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | $634,642 |
| + Amounts billed during the period | $0 |
| - Amounts collected during the period | $0 |
| Total Accounts Receivable at the end of the reporting period | $634,642 |
| | |
| **Accounts Receivable Aging** | **Amount** |
| 0 - 30 days old | $0 |
| 31 - 60 days old | $0 |
| 61 - 90 days old | $0 |
| 91+ days old | $634,642 |
| Total Accounts Receivable | **$634,642** |
| Amount considered uncollectible (Credits) | $0 |
| Accounts Receivable - Open AR | **$634,642** |
| Intercompany & Accurals | -$634,642 |
| Accounts Receivable (Net)* | **$0** |

### DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1.  Have any assets been sold or transferred outside the normal course of business this reporting period?  If yes, provide an explanation below. | | X |
| 2.  Have any funds been disbursed from any account other than a debtor in possession account this reporting period?  If yes, provide an explanation below. | | X |
| 3.  Have all postpetition tax returns been timely filed?  If no, provide an explanation below. | X | |
| 4.  Are workers compensation, general liability and other necessary insurance coverages in effect?  If no, provide an explanation below. | X | |
| 5.  Has any bank account been opened during the reporting period?  If yes, provide documentation identifying the opened account(s). | | X |

AP Aging - Post Petition

| Company | Total | Current | 31-60 | 61-90 | 91-120 | 121+ |
|---|---|---|---|---|---|---|
| 01 | $790,709 | $31,874 | $124,985 | $2,155 | -$913,434 | $1,545,130 |
| 04 | $22,625 | $0 | $0 | $0 | $0 | $22,625 |
| 10 | $0 | $0 | $0 | $0 | $0 | $0 |
| 12 | $6,955 | $0 | $0 | $0 | -$7,079 | $14,034 |
| 15 | $175,891 | $0 | $0 | $0 | $0 | $175,891 |
| 30 | -$27,403 | $0 | $0 | $0 | -$27,403 | $0 |
| 50 | $0 | $0 | $0 | $0 | $0 | $0 |
| Grand Tota | $968,776 | $31,874 | $124,985 | $2,155 | -$947,916 | $1,757,679 |

AP Aging - Post Petition - Insiders

| Company | Total | Current | 31-60 | 61-90 | 91-120 | 121+ |
|---|---|---|---|---|---|---|
| 01 | $223,758 | $934 | $0 | $0 | $0 | $222,824 |
| 04 | $0 | $0 | $0 | $0 | $0 | $0 |
| 10 | $0 | $0 | $0 | $0 | $0 | $0 |
| 12 | $6,501 | $0 | $0 | $0 | $0 | $6,501 |
| 15 | $173,610 | $0 | $0 | $0 | $0 | $173,610 |
| 30 | $0 | $0 | $0 | $0 | $0 | $0 |
| 50 | $0 | $0 | $0 | $0 | $0 | $0 |
| **Grand Tota** | **$403,869** | **$934** | **$0** | **$0** | **$0** | **$402,935** |

AP Aging - Post Petition- Professionals

| Company | Total | Current | 31-60 | 61-90 | 91-120 | 121+ |
|---|---|---|---|---|---|---|
| 01 | $716,270 | $30,940 | $0 | $0 | $0 | $685,330 |
| 04 | $0 | $0 | $0 | $0 | $0 | $0 |
| 10 | $0 | $0 | $0 | $0 | $0 | $0 |
| 12 | $0 | $0 | $0 | $0 | $0 | $0 |
| 15 | $0 | $0 | $0 | $0 | $0 | $0 |
| 30 | $0 | $0 | $0 | $0 | $0 | $0 |
| 50 | $0 | $0 | $0 | $0 | $0 | $0 |
| Grand Tota | $716,270 | $30,940 | $0 | $0 | $0 | $685,330 |

New England Motor Freight, Inc.
Open A/R Reconcillation
For the period: Nov **2019**

| | NEMF | EFW | Apex | NEWT | Carrier | NEMF Logistics | |
|---|---|---|---|---|---|---|---|
| | **CO - 01** | **CO - 04** | **CO - 10** | **CO - 12** | **CO - 15** | **CO - 30** | **TOTALS** |
| As per Open A/R Report | **(1,371,080.92)** | **634,641.59** | **-** | **(48,111.06)** | **9,180.63** | **(103.17)** | **(775,472.93)** |
| | | | | | | | - |
| Accrued Revenue | | | | | | | - |
| Estes sale entry per Matt | | | | | | | - |
| Less Intercompany | - | | | | | | - |
| NEMF | 592.12 | (249,321.90) | | (7,533.25) | (9,180.63) | | **(265,443.66)** |
| EFW | (5,652.42) | | | | | | **(5,652.42)** |
| Apex | | | | | | | - |
| NEWT | (114,591.13) | | | | | | **(114,591.13)** |
| Carrier | | (196,143.69) | | | | | **(196,143.69)** |
| NEMF Logistics | | | | | | | - |
| **NEMF HH Brown** | | (189,176.00) | | | | | **(189,176.00)** |
| **Adjusted Open A/R** | **(1,490,732.35)** | **-** | **-** | **(55,644.31)** | **-** | **(103.17)** | **(1,546,479.83)** |
| **General Ledger** | **(1,490,732.35)** | **-** | | **(55,644.31)** | **-** | **(103.17)** | **(1,546,479.83)** |
| **Variance** | **-** | **-** | **-** | **-** | **-** | **-** | **-** |

Accounts at JPMorgan Chase
Cash balance as of 11/30/2019

| Company | Acc no | Description | Opening Balance 11/02 | Inter-Company Funding | Debits | Credits | Closing Balance 11/30 |
|---|---|---|---|---|---|---|---|
| Apex Logistics | 7814 | Operating | $          - | | | | $          - |
| Carrier Industries | 5861 | Operating | 316,055.83 | | | | 316,055.83 |
| Eastern Freightways | 3262 | Operating | 3,441,237.21 | | (100.00) | 502,627.93 | 3,943,765.14 |
| Eastern Freightways | 7901 | Penske funding | - | | | | - |
| Eastern Freightways | 1222 | EFW Estes proceeds | 5,958,117.35 | | | | 5,958,117.35 |
| Hollywood Solar | 505 | Operating | - | | | | - |
| Jans Leasing | 7911 | Operating | - | | | | - |
| NEMF | 8770 | 401K funding | - | | | | - |
| NEMF | 3180 | Credit card receipts | 74,365.43 | | (29.95) | | 74,335.48 |
| NEMF | 7312 | Legal Counsel account | 911.95 | | | | 911.95 |
| NEMF | 6365 | Operating | 4,269,554.05 | (310,901.44) | (992,193.54) | 268,427.90 | 3,234,886.97 |
| NEMF | 7555 | ACH debit transfers | 0.00 | 42,802.90 | (42,802.90) | | 0.00 |
| NEMF | 5726 | Accounts Payable ZBA | - | 164,045.15 | (164,045.15) | | - |
| NEMF | 671 | Payroll checks ZBA | - | 6,988.27 | (6,988.27) | | - |
| NEMF | 7245 | Payroll Direct Deposit ZBA | - | 24,017.27 | (24,017.27) | | - |
| NEMF | 7600 | Payroll Executive ZBA | - | 73,047.85 | (73,047.85) | | - |
| NEMF | 7312 | UHC benefit funding | - | | | | - |
| NEMF | 5661 | Utilitiy Deposits | 142,985.00 | | | | 142,985.00 |
| NEMF Logisitcs | 9217 | Operating | 32,764.00 | | | | 32,764.00 |
| NEMF World Transport | 9183 | Operating | 218,193.17 | | | | 218,193.17 |
| Equipment sale proceeds | 3062 | Auction escrow | 116,385.00 | | | | 116,385.00 |
| WARN Act cash payout | 1659 | Auction escrow | 650,000.00 | | | | 650,000.00 |
| Myar | 7261 | Operating | - | | | | - |
| United Express Solar | 8236 | Operating | - | | | | - |
| | | | $   15,220,568.99 | $          - | $  (1,303,224.93) | $  771,055.83 | $  14,688,399.89 |

| Row Labels | Sum of Net |
|---|---|
| **01** | **$164,045.15** |
| All Other | $21,702.31 |
| Company Cars | $3,664.79 |
| Insurance - PLPD | $1,617.00 |
| Labor - Security | $3,896.26 |
| Misc Professional Fees | $10,656.34 |
| Office Supplies | $10,618.00 |
| Rent | $7,633.21 |
| State Unemployment Tax | $751.91 |
| T&E | $2,950.94 |
| Taxes | $47,097.34 |
| Telecommunications | $7,200.56 |
| Terminal Expense | $18,970.25 |
| Terminal Repairs | $20,344.77 |
| Utilities | $6,941.47 |
| **04** | **$100.00** |
| Office Supplies | $100.00 |
| **(blank)** | |
| (blank) | |
| **Grand Total** | **$164,145.15** |

Disb 2 - JPMC Checks with Distribution

| Row Labels | Sum of Gross Amount |
|---|---|
| **01** | **$42,802.90** |
| Income Tax Withheld | $42,802.90 |
| **(blank)** | |
| **Grand Total** | **$42,802.90** |

| Row Labels | Sum of Gross Amount |
|---|---|
| **01** | **$992,193.54** |
| Misc Professional Fees | $992,193.54 |
| **(blank)** | |
| **Grand Total** | **$992,193.54** |

CARRIER INDUSTRIES, INC. AND AFFILIATES

Year-to-Date Income Statements

| | Eleven months ended November 30, 2019 | TOTAL 11/30/2019 | ELIMINATIONS/ RECLASSES | NEMF | CARRIER | EASTERN | PHOENIX | APEX LOGISTICS | JANS | NEWT | HOLLYWOOD SOLAR | UNITED SOLAR | NEMF LOGISTICS | MYJON | MYAR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenues: | | | | | | | | | | | | | | | |
| Freight revenue, net | $ 41,873,807 | 41,873,807 | | 32,822,708 | | 9,104,126 | | | | (64,032) | | | 11,005 | | |
| Dedicated fleet operations | 639,212 | 639,212 | | | 639,212 | | | | | | | | | | |
| Other operating revenues | 2,228,085 | 2,228,085 | | 1,701,033 | 90,144 | 86,082 | | | 10,000 | 90,316 | 129,790 | 102,610 | | 18,110 | |
| | 44,741,104 | 44,741,104 | | 34,523,741 | 729,356 | 9,190,208 | | | 10,000 | 26,284 | 129,790 | 102,610 | 11,005 | 18,110 | |
| Expenses: | | | | | | | | | | | | | | | |
| Salaries and fringe benefits, executive officers | | | | | | | | | | | | | | | |
| Salaries and wages | 35,273,357 | 35,273,357 | | 32,075,896 | 183,206 | 2,947,690 | | | | 66,565 | | | | | |
| Fringe benefits | 20,716,038 | 20,716,038 | | 19,469,890 | 81,193 | 1,147,226 | | 50 | | 17,758 | | | | (79) | |
| Operating supplies and expenses | 17,661,788 | 17,661,788 | | 14,223,603 | 45,548 | 3,392,387 | | | | 250 | | | | | |
| General supplies and expenses | 1,801,707 | 1,801,707 | | 1,625,446 | 1,097 | 158,075 | | 1,134 | 1,028 | 9,479 | 325 | 325 | 3,173 | 650 | 975 |
| Operating taxes and licenses | 4,798,895 | 4,798,895 | | 4,317,535 | 13,436 | 467,550 | | 147 | | | | | 227 | | |
| Claims and insurance | 3,009,132 | 3,009,132 | | 2,056,368 | 322 | 618,643 | | 649 | | 331,742 | | | 1,408 | | |
| Communications and utilities | 1,128,212 | 1,128,212 | | 1,073,900 | | 53,496 | | | | 816 | | | | | |
| Depreciation and amortization | 8,730,850 | 8,730,850 | | 7,743,982 | | 892,468 | | | | | 51,993 | 42,407 | | | |
| Revenue equipment rentals | 1,203,981 | 1,203,981 | | 612,096 | 23,157 | 568,728 | | | | | | | | | |
| Purchased transportation | | | | | | | | | | | | | | | |
| Building and office equipment rentals | 4,406,190 | 4,406,190 | | 4,344,467 | | 60,000 | | | | 1,323 | 200 | 200 | | | |
| Professional and consulting fees | 9,551,009 | 9,551,009 | | 9,524,097 | 16,041 | 36,128 | | 1,103 | 1,103 | (29,691) | | | 1,103 | 375 | 750 |
| Bad debts | 973,988 | 973,988 | | 890,946 | | (24,659) | | (23) | | 111,907 | | | (4,183) | | |
| Miscellaneous expense (income) | 12,306 | 12,306 | | 12,306 | | | | | | | | | | | |
| Loss (gain) on sale of property and equipment | 30,671,513 | 30,671,513 | | 30,726,141 | (30,950) | 341,850 | | (365,528) | | | | | | | |
| | 139,938,966 | 139,938,966 | | 128,696,673 | 333,050 | 10,659,582 | | 3,060 | (363,397) | 510,149 | 52,518 | 42,932 | 1,649 | 1,025 | 1,725 |
| Operating income (loss) | (95,197,862) | (95,197,862) | | (94,172,932) | 396,306 | (1,469,374) | | (3,060) | 373,397 | (483,865) | 77,272 | 59,678 | 9,356 | 17,085 | (1,725) |
| Other income (expense): | | | | | | | | | | | | | | | |
| Interest income | 146,993 | 146,993 | | 109,458 | 5,935 | 22,817 | | 3,166 | 3,406 | 1,738 | | | 473 | | |
| Interest expense | (620,229) | (620,229) | | (382,143) | (3,138) | (121,758) | | | | | (56,199) | (56,981) | | | (10) |
| | (473,236) | (473,236) | | (272,685) | 2,797 | (98,941) | | 3,166 | 3,406 | 1,738 | (56,199) | (56,981) | 473 | | (10) |
| Income (loss) before pension settlement expense | (95,671,098) | (95,671,098) | | (94,445,617) | 399,103 | (1,568,315) | | 106 | 376,803 | (482,127) | 21,073 | 2,697 | 9,829 | 17,085 | (1,735) |
| Pension settlement expense | | | | | | | | | | | | | | | |
| Income (loss) before income taxes | (95,671,098) | (95,671,098) | | (94,445,617) | 399,103 | (1,568,315) | | 106 | 376,803 | (482,127) | 21,073 | 2,697 | 9,829 | 17,085 | (1,735) |
| Income tax expense | 126,107 | 126,107 | | 55,198 | 8,440 | 15,978 | | 2,000 | 562 | 42,772 | | | 257 | 300 | 600 |
| Net income (loss) | $ (95,797,205) | (95,797,205) | | (94,500,815) | 390,663 | (1,584,293) | | (1,894) | 376,241 | (524,899) | 21,073 | 2,697 | 9,572 | 16,785 | (2,335) |

CARRIER INDUSTRIES, INC. AND AFFILIATES

COMBINED BALANCE SHEETS

ASSETS

| | November 30, 2019 | TOTAL 11/30/2019 | ELIMINATIONS/ RECLASSES | NEMF | CARRIER | EASTERN | PHOENIX | APEX LOGISTICS | JANS | NEWT | HOLLYWOOD SOLAR | UNITED SOLAR | NEMF LOGISTICS | MYJON | MYAR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Current assets:** | | | | | | | | | | | | | | | |
| Cash and cash equivalents | $  14,436,419 | 14,436,419 | | 3,999,476 | 316,008 | 9,859,039 | | | | 212,019 | | | 32,767 | 17,110 | |
| Accounts receivable, customers and interline, net | (1,546,479) | (1,546,479) | | (1,490,732) | | | | | | (55,644) | | | (103) | | |
| Receivables, taxes and others | 570,929 | 570,929 | | 485,966 | | 72,813 | | | | | 6,630 | 5,520 | | | |
| Notes and loans receivable, stockholders and affiliates | 4,373,773 | 4,373,773 | | 3,984,835 | 137,631 | 50,600 | | | | | | | 5,707 | 195,000 | |
| Materials and supplies inventories | | | | | | | | | | | | | | | |
| Prepaid insurance claims | 9,078,934 | 9,078,934 | | 13,005,522 | (105,880) | (3,820,708) | | | | | | | | | |
| Prepayments and other deferred charges | 57,990 | 57,990 | | 100,056 | | (141,942) | | | | | 51,069 | 48,807 | | | |
| Refundable income taxes | 287,467 | 287,467 | | 33,528 | 9,560 | 133,020 | | 2,000 | 2,000 | 106,473 | | | 886 | | |
| Total current assets | 27,259,033 | 27,259,033 | | 20,118,651 | 357,319 | 6,152,822 | | 2,000 | 2,000 | 262,848 | 57,699 | 54,327 | 39,257 | 212,110 | |
| **Property and equipment:** | | | | | | | | | | | | | | | |
| Revenue equipment | | | | | | | | | | | | | | | |
| Miscellaneous equipment | | | | | | | | | | | | | | | |
| Computer and office equipment | | | | | | | | | | | | | | | |
| Service cars and equipment | | | | | | | | | | | | | | | |
| Leasehold improvements | 1,976,749 | 1,976,749 | | | | | | | | | 1,095,366 | 881,383 | | | |
| Land and Building | | | | | | | | | | | | | | | |
| | 1,976,749 | 1,976,749 | | | | | | | | | 1,095,366 | 881,383 | | | |
| Less accumulated depreciation and amortization | 745,831 | 745,831 | | | | | | | | | 429,720 | 316,111 | | | |
| | 1,230,918 | 1,230,918 | | | | | | | | | 665,646 | 565,272 | | | |
| **Other assets:** | | | | | | | | | | | | | | | |
| Security and other deposits | 1,009,117 | 1,009,117 | 1,009,117 | | | | | | | | | | | | |
| Notes receivable, stockholders' insurance premiums | 5,208,569 | 5,208,569 | 5,208,569 | | | | | | | | | | | | |
| | 6,217,686 | 6,217,686 | 6,217,686 | | | | | | | | | | | | |
| Total assets | $  34,707,637 | 34,707,637 | | 26,336,337 | 357,319 | 6,152,822 | | 2,000 | 2,000 | 262,848 | 723,345 | 619,599 | 39,257 | 212,110 | |

FS 2 - Balance Sheets - November

LIABILITIES AND STOCKHOLDERS' EQUITY

| | November 30, 2019 | TOTAL 11/30/2019 | ELIMINATIONS/ RECLASSES | NEMF | CARRIER | EASTERN | PHOENIX | APEX LOGISTICS | JANS | NEWT | HOLLYWOOD SOLAR | UNITED SOLAR | NEMF LOGISTICS | MYJON | MYAR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Current liabilities: | | | | | | | | | | | | | | | |
| Accounts payable, trade and interline | $ 10,870,045 | 10,870,045 | | 10,436,418 | 9,786 | 74,372 | | (3,120) | | 343,833 | | | 8,756 | | |
| Loans payable, letters of credit drawn, net | 21,982,027 | 21,982,027 | | 21,982,027 | | | | | | | | | | | |
| Notes and loans payable, stockholders and affiliates | 4,247,739 | 4,247,739 | | 98,324 | 1,075,106 | 3,042,509 | | | | | 16,600 | 15,200 | | | |
| Current portion of long-term debt | 115,896 | 115,896 | | | | | | | | | 63,982 | 51,914 | | | |
| Accounts payable, affiliates | | | | 11,536,436 | (3,048,084) | (3,904,952) | | (1,434,826) | (2,202,647) | (1,225,021) | 145,649 | 42,306 | (264,782) | 195,325 | 160,596 |
| Wages, pension and payroll taxes payable | 7,412 | 7,412 | | 7,412 | | | | | | | | | | | |
| Other current liabilities | 396,063 | 396,063 | | 396,063 | | | | | | | | | | | |
| Total current liabilities | 37,619,182 | 37,619,182 | | 44,456,680 | (1,963,192) | (788,071) | | (1,437,946) | (2,202,647) | (881,188) | 226,231 | 109,420 | (256,026) | 195,325 | 160,596 |
| Long-term liabilities: | | | | | | | | | | | | | | | |
| Long-term debt, net of current portion | 11,826,447 | 11,826,447 | | 10,810,464 | | 110,712 | | | | | 459,461 | 445,810 | | | |
| Other long-term liabilities | 1,553,629 | 1,553,629 | | 1,553,629 | | | | | | | | | | | |
| | 13,380,076 | 13,380,076 | | 12,364,093 | | 110,712 | | | | | 459,461 | 445,810 | | | |
| Commitment and contingencies | | | | | | | | | | | | | | | |
| Stockholders' equity: | | | | | | | | | | | | | | | |
| Capital Stock | 17,875,922 | 17,875,922 | | 17,830,322 | 1,000 | 10,000 | | | 33,600 | 1,000 | | | | | |
| Retained earnings | (34,167,543) | (34,167,543) | | (48,314,758) | 2,319,511 | 6,820,181 | | 1,439,946 | 2,171,047 | 1,143,036 | 37,653 | 64,369 | 295,283 | 16,785 | (160,596) |
| | (16,291,621) | (16,291,621) | | (30,484,436) | 2,320,511 | 6,830,181 | | 1,439,946 | 2,204,647 | 1,144,036 | 37,653 | 64,369 | 295,283 | 16,785 | (160,596) |
| Total liabilities and stockholders' equity | $ 34,707,637 | 34,707,637 | | 26,336,337 | 357,319 | 6,152,822 | | 2,000 | 2,000 | 262,848 | 723,345 | 619,599 | 39,257 | 212,110 | |

Professional Fees - November

| Row Labels | Sum of Gross Amount |
|---|---|
| COHNREZNICK LLP | $133,891.15 |
| DONLIN RECANO & COMPANY INC | $80,892.42 |
| ELLIOTT GREENLEAF, P.C. | $81,150.41 |
| GIBBONS PC - TRUST ACCOUNT | $300,725.42 |
| LOWENSTEIN SANDLER LLP | $66,103.49 |
| PHOENIX MANAGEMENT SERV, INC | $515,557.82 |
| (blank) | |
| **Grand Total** | **$1,178,320.71** |

Eastern Freightways
**JPMorgan Chase**
**November  2019  Bank Reconciliation**

**Eastern Freightways**
**Account # 386557901**               **G.L. # 10115005**

| | | |
|---|---|---|
| BANK BALANCE @ OF | 11/29/19 | $0.00 |
| DEPOSIT IN TRANSIT- | | $0.00 |
| DEPOSIT IN TRANSIT- | | $0.00 |
| ENDING BANK BALANCE | | $0.00 |
| GENERAL LEDGER @ OF | 11/30/19 | $0.00 |
| UNBOOKED DEBIT | | $0.00 |
| UNBOOKED DEPOSIT | | $0.00 |
| UNBOOKED DEPOSIT | | $0.00 |
| UNBOOKED BANK CHARGE | | $0.00 |
| ADJUSTED GL BALANCE | 11/30/19 | $0.00 |
| | Proof | $0.00 |



**CHASE**

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218-2051

November 01, 2019 through November 29, 2019

Account Number: 000000386557901

### Customer Service Information

If you have any questions about your
statement, please contact your
Customer Service Professional.

00028921 WBS 802 211 33419 NNNNNNNNNNN 1 000000000 61 0000

EASTERN FREIGHT WAYS, INC.
EASTERN FREIGHT WAYS, INC.
NEW ENGLAND MOTOR FREIGHT INC.
1-71 NORTH AVENUE EAST
ELIZABETH NJ 07201-2958



## Commercial Checking
## Summary

| | Number | Market Value/Amount | Shares |
|---|---|---|---|
| Opening Ledger Balance | | $0.00 | |
| Deposits and Credits | 0 | $0.00 | |
| Withdrawals and Debits | 0 | $0.00 | |
| Checks Paid | 0 | $0.00 | |
| **Ending Ledger Balance** | | **$0.00** | |

Your service charges, fees and earnings credit have been calculated through account analysis.

Please examine this statement of account at once.  By continuing to use the account, you agree that: (1) the account is subject to the Bank's deposit account agreement, and (2) the Bank has no responsibility for any error in or improper charge to the account (including any unauthorized or altered check) unless you notify us in writing of this error or charge within sixty days of the mailing or availability of the first statement on which the error or charge appears.

This Page Intentionally Left Blank

Eastern Freightways
**JPMorgan Chase**
**November 2019  Bank Reconciliation**

<u>**EFW Escrow - Estes Sale Proceeds**</u>
<u>**Account # 501921222**</u>          <u>**G.L. # 10115010**</u>

| | | |
|---|---|---|
| BANK BALANCE @ OF | 11/29/19 | $5,958,117.35 |
| DEPOSIT IN TRANSIT- | | $0.00 |
| DEPOSIT IN TRANSIT- | | $0.00 |
| ENDING BANK BALANCE | | $5,958,117.35 |
| GENERAL LEDGER @ OF | 11/30/19 | $5,958,117.35 |
| UNBOOKED DEBIT | | $0.00 |
| UNBOOKED DEPOSIT | | $0.00 |
| UNBOOKED DEPOSIT | | $0.00 |
| UNBOOKED BANK CHARGE | | $0.00 |
| ADJUSTED GL BALANCE | 11/30/19 | $5,958,117.35 |
| | Proof | $0.00 |

CHASE ⬡

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218-2051

November 01, 2019 through November 29, 2019
**Account Number:** 000000501921222

---

### Customer Service Information

If you have any questions about your
statement, please contact your
Customer Service Professional.



00033891 WBS 802 211 33419 NNNNNNNNNNN 1 000000000 61 0000
EASTERN FREIGHT WAYS, INC.
EFW ESCROW - ESTES SALE PROCEEDS
--
NEW ENGLAND MOTOR FREIGHT INC.
1-71 NORTH AVENUE EAST
ELIZABETH NJ 07201-2958

## Commercial Checking
## Summary

| | Number | Market Value/Amount | Shares |
|---|---|---|---|
| Opening Ledger Balance | | $5,958,117.35 | |
| Deposits and Credits | 0 | $0.00 | |
| Withdrawals and Debits | 0 | $0.00 | |
| Checks Paid | 0 | $0.00 | |
| **Ending Ledger Balance** | | **$5,958,117.35** | |

Your service charges, fees and earnings credit have been calculated through account analysis.

Please examine this statement of account at once.  By continuing to use the account, you agree that: (1) the account is subject to the Bank's deposit account agreement, and (2) the Bank has no responsibility for any error or improper charge to the account (including any unauthorized or altered check) unless you notify us in writing of this error or charge within sixty days of the mailing or availability of the first statement on which the error or charge appears.

This Page Intentionally Left Blank

*Eastern Freight Ways*

*Bank Reconciliation*

*Nov-19*

*JP Morgan Chase Bank*

*Acct# 610 372 3262 / GL# 1011-5000*

|  | Bank Statement Date: | 11/29/2019 |
|---|---|---|

Ending Balance from Bank Statement                                      $3,943,765.14

Add Deposits in Transit:

| Deposit Date | Amount | Deposit Date | Amount |
|---|---|---|---|
|  | $0.00 |  | $0.00 |
|  | $0.00 |  | $0.00 |
|  | $0.00 |  | $0.00 |
|  | $0.00 |  | $0.00 |
|  | $0.00 |  | $0.00 |

**Total Deposits in Transit**                                                    **$0.00**

Other Items

                                                                                         -

**Subtotal**                                                                         **$0.00**

Subtract Outstanding Checks:

| Check Number | Amount | Check Number | Amount |
|---|---|---|---|
|  | $0.00 |  | $42,850.17 |
|  | $0.00 |  | $0.00 |
|  | $0.00 |  | $0.00 |
|  | $0.00 |  | $0.00 |
|  | $0.00 |  | $0.00 |
|  | $0.00 |  | $0.00 |

**Total Outstanding Checks**                                            **$42,850.17**

**Other Items**

                                                                                    $0.00

**Computed G/L Balance**                                              **$3,900,914.97**

General Ledger as of    11/30/19                                       $3,900,914.97

**Difference**                                                                      **$0.00**

```
JOB.: KROTULISA1                    A C C O U N T S   P A Y A B L E                      USER: J_KROTULIS
PROG: OUTSTD                          New England Motor Freight                          DATE:   12/11/19
TYPE: Detail                        Outstanding Checks Report                           TIME:    10:16
REL#: 04.00 Mod 00                  For Period Ending Date:          11/30/19            PAGE:       1

************************************************
* BANK- 04 JPMORGAN CHASE BANK, N.A.    *
************************************************

         CHECK
CHECK #   DATE    VENDOR#    VENDOR NAME                          CHECK AMOUNT

0055138  1/31/18  0051141   DIRECTOR OF FINANCE                     2,080.15
0055787  6/06/18  0013282   DEPARTMENT OF MOTOR VEHICLES               83.00
0055938  7/05/18  0059683   DELAWARE DEPT TRANSPORTATION               18.00
0056904  2/01/19  0045750   SCHNADER HARRISON SEGAL                   200.47
0056925  2/06/19  0029064   STEPHEN PEROUTKA, #1114                     89.30
0080135  3/15/19  0043773   STATE OF FLORIDA DISBURSEMENT              232.85
0080517  12/04/19 0027145   PENSKE TRUCK LEASING CO,.LP            38,640.12
2012165  6/29/12  0025183   STATE OF NEW JERSEY                     1,506.28


BANK TOTAL FOR MONTH OF 11/19          # OF CHECKS      8       42,850.17
BANK TOTAL FOR CHECKS NOT LISTED       # OF CHECKS      0             .00


                         * * * END OF JOB * * *
```



**CHASE**

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218- 2051

November 02, 2019 through November 29, 2019
**Account Number:** 000006103723262

### Customer Service Information

If you have any questions about your
statement, please contact your
Customer Service Professional.



00064585 WBS 802 211 33419 NNNNNNNNNNN 2 000000000 86 0000
EASTERN FREIGHT WAYS INC
ATTN NANCY SHEVELL BLAKEMAN
DEBTOR IN POSSESSION
1-71 NORTH AVE E
ELIZABETH NJ 07201-2958

## Commercial Checking

### Summary

| | Number | Market Value/Amount | Shares |
|---|---|---|---|
| Opening Ledger Balance | | $3,441,237.21 | |
| Deposits and Credits | 6 | $502,627.93 | |
| Withdrawals and Debits | 0 | $0.00 | |
| Checks Paid | 1 | $100.00 | |
| **Ending Ledger Balance** | | **$3,943,765.14** | |

### Deposits and Credits

| Ledger Date | Description | | Amount |
|---|---|---|---|
| 11/05 | Orig CO Name:C H Robinson        Orig ID:1410680048 Desc Date:      CO Entry Descr:Chrobinsonsec:CTX    Trace#:042000018219379 Eed:191105 Ind ID:C H Robinson Wo      Ind Name:0007Eastern Freight Trn: 3098219379Tc | | $500.00 |
| 11/08 | Remote Online Deposit        1002 | | 213,574.20 |
| 11/13 | Remote Online Deposit        1002 | | 286,308.75 |
| 11/15 | Orig CO Name:Cass Info. Carr.      Orig ID:9000002001 Desc Date:191114 CO Entry Descr:Conc Acctssec:CCD    Trace#:081000600729366 Eed:191115  Ind ID:21119Easte A      Ind Name:Eastern Freight Ways I Trn: 3190729366Tc | | 1,496.16 |
| 11/19 | Orig CO Name:Intellitrans LLC      Orig ID:2582511582 Desc Date:111819 CO Entry Descr:Payables Sec:CCD    Trace#:091000011330452 Eed:191119 Ind ID:Cpt45530      Ind Name:Eastern Freightways IN EFT000000070568        Dynamics EFT Deposit Trn: 3231330452Tc | | 130.82 |
| 11/27 | Remote Online Deposit        1002 | | 618.00 |
| Total | | | **$502,627.93** |

Please examine this statement of account at once.  By continuing to use the account, you agree that: (1) the account is subject to the Bank's deposit account agreement, and (2) the Bank has no responsibility for any error or improper charge to the account (including any unauthorized or altered check) unless you notify us in writing of this error or charge within sixty days of the mailing or availability of the first statement on which the error or charge appears.



November 02, 2019 through November 29, 2019

**Account Number:** 000006103723262

## Checks Paid

| Check | Date Paid | Amount | Check | Date Paid | Amount | Check | Date Paid | Amount |
|-------|-----------|--------|-------|-----------|--------|-------|-----------|--------|
| 80516 | 11/15 | $100.00 | | | | | | |

| Total | 1 check(s) | | | | | | | $100.00 |

## Daily Balance

| Date | Ledger Balance | Date | Ledger Balance |
|------|----------------|------|----------------|
| 11/05 | $3,441,737.21 | 11/15 | $3,943,016.32 |
| 11/08 | $3,655,311.41 | 11/19 | $3,943,147.14 |
| 11/13 | $3,941,620.16 | 11/27 | $3,943,765.14 |

Your service charges, fees and earnings credit have been calculated through account analysis.



November 02, 2019 through November 29, 2019

**Account Number:** 000006103723262

Eastern Freight Ways Inc
Attn Nancy Shevell Blakeman
Debtor IN Possession



## Stop Payment Renewal Notice

Account Number  000006103723262                                    Bank Number:  802

The following Stop Payments will automatically renew for a 1-year period. You can revoke a current stop payment via your online channel (Chase.com or JPM ACCESS) or by calling the number on your statement or contacting your Customer Service Representative.

| Revoke Stop | Sequence Number | Date Entered | Renewal Date | Low Range or Check Number | High Range or Amount |
|---|---|---|---|---|---|
| ——— | 0000039 | 02/14/2019 | 02/14/2020 | 56764 | $1,686.90 |
| ——— | 0000040 | 02/14/2019 | 02/14/2020 | 56911 | $3,587.94 |
| ——— | 0000041 | 02/14/2019 | 02/14/2020 | 56914 | $69.17 |
| ——— | 0000042 | 02/14/2019 | 02/14/2020 | 56913 | $7,514.10 |
| ——— | 0000043 | 02/14/2019 | 02/14/2020 | 56915 | $666.41 |
| ——— | 0000044 | 02/19/2019 | 02/19/2020 | 56721 | $555.11 |
| ——— | 0000045 | 02/19/2019 | 02/19/2020 | 53985 | $1,133.70 |
| ——— | 0000046 | 02/19/2019 | 02/19/2020 | 56585 | $285.00 |
| ——— | 0000047 | 02/19/2019 | 02/19/2020 | 54166 | $380.00 |
| ——— | 0000048 | 02/19/2019 | 02/19/2020 | 56700 | 56928 |

Eastern Freight Ways Inc
Attn Nancy Shevell Blakeman
Debtor IN Possession
1-71 North Ave E
Elizabeth NJ 07201-2958

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus  OH 43218-2051

This Page Intentionally Left Blank

JOB: KROTULISA1
PROG: OUTSTD
TYPE: Detail
REL#: 04.00 Mod 00

A C C O U N T S   P A Y A B L E
New England Motor Freight
Outstanding Checks Report
For Period Ending Date:    11/30/19

**********************************************
* BANK- 04 JPMORGAN CHASE BANK, N.A.         *
**********************************************

| CHECK # | CHECK DATE | VENDOR# | VENDOR NAME | CHECK AMOUNT |
|---|---|---|---|---|
| 0055138 | 1/31/18 | 0051141 | DIRECTOR OF FINANCE | 2,080.15 |
| 0055787 | 6/16/18 | 0011282 | DEPARTMENT OF MOTOR VEHICLES | 83.00 |
| 0055938 | 7/05/18 | 0059683 | DELAWARE DEPT TRANSPORTATION | 18.00 |
| 0056904 | 2/01/19 | 0045750 | SCHNADER HARRISON SGAL | 20.47 |
| 0056925 | 2/06/19 | 0029064 | STEPHEN PEROUTKA, #1114 | 80.00 |
| 0080135 | 3/15/19 | 0043773 | STATE OF FLORIDA, DISBURSEMENT | 232.85 |
| 0081147 | 12/04/19 | 0027145 | PENSKE TRUCK LEASING CO, LP | 38,640.12 |
| 2012165 | 6/29/12 | 0025183 | STATE OF NEW JERSEY | 1,506.28 |

BANK TOTAL FOR MONTH OF 11/19        # OF CHECKS    8    42,850.17
BANK TOTAL FOR CHECKS NOT LISTED     # OF CHECKS    0          .00

* * * END OF JOB * * *

USER: J_KROTULIS
DATE: 12/11/19
TIME: 10:16
PAGE: 1