UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re: **New England Motor Freight, Inc., et al.**

Case No. **19-12809 (JKS) (Jointly Administered)**
Reporting Period: **11/4/2019-12/1/2019**

**MONTHLY OPERATING REPORT**
File with Court and submit copy to United States Trustee within 20 days after end of month.

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Affidavit/Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | [DISB. 1], [DISB. 2], [DISB. 3], [DISB. 4], [C&D.1] | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | Zip Folder - Bank Statements & Reconciliations | | |
| Schedule of Professional Fees Paid | MOR-1b | [Prof. & Ins.] | | |
| Copies of bank statements | | Zip Folder - Bank Statements & Reconciliations | | |
| Cash disbursements journals | | | | |
| Statement of Operations | MOR-2 | | | |
| Balance Sheet | MOR-3 | [FS.1] | | |
| Status of Postpetition Taxes | MOR-4 | [FS.2] | | |
| Copies of IRS Form 6123 or payment receipt | | | | |
| Copies of tax returns filed during reporting period | | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | | | |
| Listing of aged accounts payable | MOR-4 | | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | [AP.A] | | |
| Debtor Questionnaire | MOR-5 | [AR.A] | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents
are true and correct to the best of my knowledge and belief.

_____
Signature of Authorized Individual*

**1/10/2020**
Date

**Vincent J. Colistra**
Printed Name of Authorized Individual

**C.R.O.**
Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor
is a partnership; a manager or member if debtor is a limited liability company.

MOR
(04/07)

In re: **MYJON (40)**

Case No. **19-12809 (JKS) (Jointly Administered)**
Reporting Period: **11/4/2019-12/1/2019**

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement.   The beginning cash should be the ending cash from the prior month or, if this is the first report,  the amount should be the balance on the date the petition was filed.   The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the four bank account columns.   The amounts reported in the "PROJECTED" columns should be taken from the SMALL BUSINESS INITIAL REPORT (FORM IR-1) .   Attach copies of the bank statements and the cash disbursements journal.   The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page.   A bank reconciliation must be attached for each account. [See MOR-1 (CON'T)]

| | TD | | | | CURRENT MONTH | | CUMULATIVE FILING TO DATE |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | 1087 | | | | ACTUAL | | ACTUAL |
| **CASH BEGINNING  OF MONTH** | | | | | $0.00 | | $18,109.80 |
| | | | | | | | |
| **RECEIPTS** | | | | | | | |
| CASH  SALES | $0.00 | | | | $0.00 | | $0.00 |
| ACCOUNTS  RECEIVABLE | $0.00 | | | | $0.00 | | $0.00 |
| LOANS AND ADVANCES | $0.00 | | | | $0.00 | | $0.00 |
| SALE  OF  ASSETS | $0.00 | | | | $0.00 | | $0.00 |
| OTHER  (ATTACH LIST) | $0.00 | | | | $0.00 | | $0.00 |
| TRANSFERS  (FROM  DIP ACCTS) | $0.00 | | | | $0.00 | | $0.00 |
| | | | | | | | |
| **TOTAL  RECEIPTS** | $0.00 | | | | $0.00 | | $0.00 |
| | | | | | | | |
| **DISBURSEMENTS** | | | | | | | |
| Miscellaneous | $0.00 | | | | $0.00 | | $49.53 |
| Administrative | $0.00 | | | | $0.00 | | $950.00 |
| | $0.00 | | | | | | |
| | $0.00 | | | | | | |
| | $0.00 | | | | | | |
| | $0.00 | | | | | | |
| | $0.00 | | | | | | |
| | $0.00 | | | | | | |
| | $0.00 | | | | | | |
| | $0.00 | | | | | | |
| | $0.00 | | | | | | |
| | $0.00 | | | | | | |
| | $0.00 | | | | | | |
| | $0.00 | | | | | | |
| | $0.00 | | | | | | |
| | $0.00 | | | | | | |
| **TOTAL DISBURSEMENTS** | $0.00 | | | | $0.00 | | $999.53 |
| | | | | | | | |
| NET CASH FLOW | $0.00 | | | | $0.00 | | -$999.53 |
| (RECEIPTS LESS DISBURSEMENTS) | | | | | | | |
| | | | | | | | |
| **CASH - END OF MONTH** | $0.00 | | | | $0.00 | | $17,110.27 |

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

### THE FOLLOWING SECTION MUST BE COMPLETED

| DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES:   (FROM CURRENT MONTH  ACTUAL COLUMN) | |
| --- | --- |
| **TOTAL DISBURSEMENTS** | $0.00 |
| LESS:  TRANSFERS TO DEBTOR IN POSSESSION  ACCOUNTS | $0.00 |
| PLUS:   ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES  (i.e. from escrow accounts) | $0.00 |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES** | $0.00 |

In re: **MYJON (40)**                                       Case No. **19-12809 (JKS) (Jointly Administered)**
                                                           Reporting Period: **11/4/2019-12/1/2019**

### BANK RECONCILIATIONS

**Continuation Sheet for MOR-1**

A bank reconciliation must be included for each bank account.  The debtor's bank reconciliation may be substituted for this page.

|  | 1087 | | # | | # | | # | |
|---|---|---|---|---|---|---|---|---|
| **BALANCE PER BOOKS** | | | | | | | | |
| | | | | | | | | |
| BANK BALANCE | $0.00 | | | | | | | |
| (+) DEPOSITS IN TRANSIT (ATTACH LIST) | | | | | | | | |
| (-) OUTSTANDING CHECKS (ATTACH LIST) | | | | | | | | |
| OTHER  (ATTACH EXPLANATION) | | | | | | | | |
| ADJUSTED BANK BALANCE * | $0.00 | | | | | | | |
| * Adjusted bank balance must equal | | | | | | | | |
|    balance per books | | | | | | | | |
| | | | | | | | | |
| **DEPOSITS IN TRANSIT** | Date | Amount | Date | Amount | Date | Amount | Date | Amount |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| **CHECKS OUTSTANDING** | Ck. # | Amount | Ch. # | Amount | Ck. # | Amount | Ck. # | Amount |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| **OTHER** | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

In re: **MYJON (40)**

Case No. **19-12809 (JKS) (Jointly Administered)**
Reporting Period: **11/4/2019-12/1/2019**

### SCHEDULE OF PROFESSIONAL FEES AND EXPENSES PAID

This schedule is to include all retained professional payments from case inception to current month.

| Payee | Period Covered | Amount Approved | Payor | Check | | Amount Paid | | Year-To-Date | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Number | Date | Fees | Expenses | Fees | Expenses |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

In re: **MYJON (40)**    Case No. **19-12809 (JKS) (Jointly Administered)**
Reporting Period: **11/4/2019-12/1/2019**

## STATEMENT OF OPERATIONS
(Income Statement)

The Statement of Operations is to be prepared on an accrual basis.  The accrual basis of accounting recognizes revenue when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| REVENUES | Month | Cumulative Filing to Date |
|---|---|---|
| Freight Revenue | $0 | $0 |
| EFW-HESS | $0 | $0 |
| Other Operating Revenue | $0 | $18,110 |
| **Net Revenue** | **$0** | **$18,110** |
| **OPERATING EXPENSES** | | |
| Salaries - Supervisors | $0 | $0 |
| Salaries & Wages | $0 | $0 |
| Miscellaneous Paid Time Off | $0 | $0 |
| Other Fringes | $0 | $0 |
| Operating Supplies | $0 | $0 |
| General Supplies & Expenses | $0 | $650 |
| Operating Taxes & Licenses | $0 | $0 |
| Insurance | $0 | $0 |
| Communication & Utilities | $0 | $0 |
| Depreciation & Amortization | $0 | $0 |
| Revenue Equipment Rentals | $0 | $0 |
| Building Rentals | $0 | $0 |
| Professional Fees | $0 | $375 |
| Bad Debt Expense | $0 | $0 |
| Miscellaneous Expense | $0 | $0 |
| **Total Expenses** | **$0** | **$1,025** |
| Net Profit (Loss) Before Other Income & Expenses | $0 | $17,085 |
| **OTHER INCOME AND EXPENSES** | | |
| Interest Income | $0 | $0 |
| Interest Expense | $0 | $0 |
| Sundry Deductions | $0 | $0 |
| Gain (Loss) from Sale of Assets | $0 | $0 |
| **TOTAL OTHER INCOME (DEDUCTIONS)** | | |
| Provision For Income Taxes | $0 | $300 |
| | | |
| **Net Profit (Loss)** | **$0** | **$16,785** |

In re: **MYJON (40)**

Case No. **19-12809 (JKS) (Jointly Administered)**
Reporting Period: **11/4/2019-12/1/2019**

## BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only.  Pre-petition liabilities must be classified separately from postpetition obligations.

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| **CURRENT ASSETS** | | |
| Cash and cash equivalents | $17,110.00 | |
| Accounts receivable, customers and interline, net | | |
| Receivables, taxes and others | | |
| Notes and loans receivable, stockholders and affiliates, net | $195,000.00 | $195,000.00 |
| Materials and supplies inventories | | |
| Prepayments and other deferred charges | | |
| Refundable income taxes | | |
| *TOTAL CURRENT ASSETS* | **$212,110.00** | **$195,000.00** |
| **PROPERTY AND EQUIPMENT** | | |
| Revenue equipment | | |
| Miscellaneous equipment | | |
| Computer and office equipment | | |
| Service cars and equipment | | |
| Leasehold improvements | | |
| Land and Building | | |
| *TOTAL PROPERTY & EQUIPMENT* | **$0.00** | **$0.00** |
| | | |
| Less accumulated depreciation and amortization | | |
| **OTHER ASSETS** | | |
| Security and other deposits | | |
| Notes receivable, stockholders' insurance premiums | | |
| | **$0.00** | **$0.00** |
| | | |
| **TOTAL ASSETS** | **$212,110.00** | **$195,000.00** |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| *LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)* | | |
| Accounts payable, trade and interline | | |
| Current portion of long-term debt | | |
| Accounts payable, affiliates | $195,325.00 | $195,000.00 |
| Current portion of liabilities for claims and insurance | | |
| State income taxes payable | | |
| Wages, pension and payroll taxes payable | | |
| Other current liabilities | | |
| *TOTAL POSTPETITION LIABILITIES* | **$195,325.00** | **$195,000.00** |
| *LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)* | | |
| Long-term debt, net of current portion | | |
| Liabilities for claims and insurance, net of current portion | | |
| Other long-term liabilities | | |
| *TOTAL PRE-PETITION LIABILITIES* | **$0.00** | **$0.00** |
| | | |
| *TOTAL LIABILITIES* | **$195,325.00** | **$195,000.00** |
| *OWNER EQUITY* | | |
| Capital Stock | | |
| Retained earnings | $16,785.00 | |
| *NET OWNER EQUITY* | **$16,785.00** | **$0.00** |
| | | |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | **$212,110.00** | **$195,000.00** |
| Check | $0.00 | $0.00 |

FORM MOR-3
(04/07)

In re: **MYJON (40)**

Case No. **19-12809 (JKS) (Jointly Administered)**
Reporting Period: **11/4/2019-12/1/2019**

### STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Withholding | | | | | | |
| FICA-Employee | | | | | | |
| FICA-Employer | | | | | | |
| Unemployment | | | | | | |
| Income | | | | | | |
| Other:_____ | | | | | | |
|   Total Federal Taxes | | | | | | |
| **State and Local** | | | | | | |
| Withholding | | | | | | |
| Sales | | | | | | |
| Excise | | | | | | |
| Unemployment | | | | | | |
| Real Property | | | | | | |
| Personal Property | | | | | | |
| Other:_____ | | | | | | |
|   Total State and Local | | | | | | |
| **Total Taxes** | | | | | | |

### SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

| | Number of Days Past Due | | | | | |
|---|---|---|---|---|---|---|
| | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable | | | | | | |
| Wages Payable | | | | | | |
| Taxes Payable | | | | | | |
| Rent/Leases-Building | | | | | | |
| Rent/Leases-Equipment | | | | | | |
| Secured Debt/Adequate Protection Payments | | | | | | |
| Professional Fees | | | | | | |
| Amounts Due to Insiders* | | | | | | |
| Other:_____ | | | | | | |
| Other:_____ | | | | | | |
| **Total Postpetition Debts** | | | | | | |

**Explain how and when the Debtor intends to pay any past-due postpetition debts.**

*"Insider" is defined in 11 U.S.C. Section 101(31).

In re: **MYJON (40)**

Case No. **19-12809 (JKS) (Jointly Administered)**
Reporting Period: **11/4/2019-12/1/2019**

### ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount | |
|---|---|---|
| Total Accounts Receivable at the beginning of the reporting period | | |
| + Amounts billed during the period | | |
| - Amounts collected during the period | | |
| Total Accounts Receivable at the end of the reporting period | | |
| | | |
| Accounts Receivable Aging | Amount | |
| 0 - 30 days old | | |
| 31 - 60 days old | | |
| 61 - 90 days old | | |
| 91+ days old | | |
| Total Accounts Receivable | | |
| Amount considered uncollectible (Bad Debt) | | |
| Accounts Receivable (Net) | | |

### DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period?  If yes, provide an explanation below. | | X |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period?  If yes, provide an explanation below. | | X |
| 3. Have all postpetition tax returns been timely filed?  If no, provide an explanation below. | X | |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect?  If no, provide an explanation below. | X | |
| 5. Has any bank account been opened during the reporting period?  If yes, provide documentation identifying the opened account(s).  If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. | | X |

FORM MOR-5
(04/07)

AP Aging - Post Petition

| Company | Total | Current | 31-60 | 61-90 | 91-120 | 121+ |
|---------|-------|---------|-------|-------|--------|------|
| 01 | $790,709 | $31,874 | $124,985 | $2,155 | -$913,434 | $1,545,130 |
| 04 | $22,625 | $0 | $0 | $0 | $0 | $22,625 |
| 10 | $0 | $0 | $0 | $0 | $0 | $0 |
| 12 | $6,955 | $0 | $0 | $0 | -$7,079 | $14,034 |
| 15 | $175,891 | $0 | $0 | $0 | $0 | $175,891 |
| 30 | -$27,403 | $0 | $0 | $0 | -$27,403 | $0 |
| 50 | $0 | $0 | $0 | $0 | $0 | $0 |
| **Grand Tota** | **$968,776** | **$31,874** | **$124,985** | **$2,155** | **-$947,916** | **$1,757,679** |

AP Aging - Post Petition - Insiders

| Company | Total | Current | 31-60 | 61-90 | 91-120 | 121+ |
|---|---|---|---|---|---|---|
| 01 | $223,758 | $934 | $0 | $0 | $0 | $222,824 |
| 04 | $0 | $0 | $0 | $0 | $0 | $0 |
| 10 | $0 | $0 | $0 | $0 | $0 | $0 |
| 12 | $6,501 | $0 | $0 | $0 | $0 | $6,501 |
| 15 | $173,610 | $0 | $0 | $0 | $0 | $173,610 |
| 30 | $0 | $0 | $0 | $0 | $0 | $0 |
| 50 | $0 | $0 | $0 | $0 | $0 | $0 |
| Grand Tota | $403,869 | $934 | $0 | $0 | $0 | $402,935 |

AP Aging - Post Petition- Professionals

| Company | Total | Current | 31-60 | 61-90 | 91-120 | 121+ |
|---|---|---|---|---|---|---|
| 01 | $716,270 | $30,940 | $0 | $0 | $0 | $685,330 |
| 04 | $0 | $0 | $0 | $0 | $0 | $0 |
| 10 | $0 | $0 | $0 | $0 | $0 | $0 |
| 12 | $0 | $0 | $0 | $0 | $0 | $0 |
| 15 | $0 | $0 | $0 | $0 | $0 | $0 |
| 30 | $0 | $0 | $0 | $0 | $0 | $0 |
| 50 | $0 | $0 | $0 | $0 | $0 | $0 |
| Grand Tota | $716,270 | $30,940 | $0 | $0 | $0 | $685,330 |

New England Motor Freight, Inc.
Open A/R Reconcillation
For the period: Nov **2019**

| | NEMF | EFW | Apex | NEWT | Carrier | NEMF Logistics | |
|---|---|---|---|---|---|---|---|
| | **CO - 01** | **CO - 04** | **CO - 10** | **CO - 12** | **CO - 15** | **CO - 30** | **TOTALS** |
| As per Open A/R Report | **(1,371,080.92)** | **634,641.59** | **-** | **(48,111.06)** | **9,180.63** | **(103.17)** | **(775,472.93)** |
| | | | | | | | - |
| Accrued Revenue | | | | | | | - |
| Estes sale entry per Matt | | | | | | | - |
| Less Intercompany | - | | | | | | - |
| NEMF | 592.12 | (249,321.90) | | (7,533.25) | (9,180.63) | | **(265,443.66)** |
| EFW | (5,652.42) | | | | | | **(5,652.42)** |
| Apex | | | | | | | - |
| NEWT | (114,591.13) | | | | | | **(114,591.13)** |
| Carrier | | (196,143.69) | | | | | **(196,143.69)** |
| NEMF Logistics | | | | | | | - |
| **NEMF HH Brown** | | (189,176.00) | | | | | **(189,176.00)** |
| **Adjusted Open A/R** | **(1,490,732.35)** | **-** | **-** | **(55,644.31)** | **-** | **(103.17)** | **(1,546,479.83)** |
| **General Ledger** | **(1,490,732.35)** | **-** | | **(55,644.31)** | **-** | **(103.17)** | **(1,546,479.83)** |
| **Variance** | **-** | **-** | **-** | **-** | **-** | **-** | **-** |

Accounts at JPMorgan Chase
Cash balance as of 11/30/2019

| Company | Acc no | Description | Opening Balance 11/02 | Inter-Company Funding | Debits | Credits | Closing Balance 11/30 |
|---|---|---|---|---|---|---|---|
| Apex Logistics | 7814 | Operating | $           - | | | | $           - |
| Carrier Industries | 5861 | Operating | 316,055.83 | | | | 316,055.83 |
| Eastern Freightways | 3262 | Operating | 3,441,237.21 | | (100.00) | 502,627.93 | 3,943,765.14 |
| Eastern Freightways | 7901 | Penske funding | - | | | | - |
| Eastern Freightways | 1222 | EFW Estes proceeds | 5,958,117.35 | | | | 5,958,117.35 |
| Hollywood Solar | 505 | Operating | - | | | | - |
| Jans Leasing | 7911 | Operating | - | | | | - |
| NEMF | 8770 | 401K funding | - | | | | - |
| NEMF | 3180 | Credit card receipts | 74,365.43 | | (29.95) | | 74,335.48 |
| NEMF | 7312 | Legal Counsel account | 911.95 | | | | 911.95 |
| NEMF | 6365 | Operating | 4,269,554.05 | (310,901.44) | (992,193.54) | 268,427.90 | 3,234,886.97 |
| NEMF | 7555 | ACH debit transfers | 0.00 | 42,802.90 | (42,802.90) | | 0.00 |
| NEMF | 5726 | Accounts Payable ZBA | - | 164,045.15 | (164,045.15) | | - |
| NEMF | 671 | Payroll checks ZBA | - | 6,988.27 | (6,988.27) | | - |
| NEMF | 7245 | Payroll Direct Deposit ZBA | - | 24,017.27 | (24,017.27) | | - |
| NEMF | 7600 | Payroll Executive ZBA | - | 73,047.85 | (73,047.85) | | - |
| NEMF | 7312 | UHC benefit funding | - | | | | - |
| NEMF | 5661 | Utilitiy Deposits | 142,985.00 | | | | 142,985.00 |
| NEMF Logisitcs | 9217 | Operating | 32,764.00 | | | | 32,764.00 |
| NEMF World Transport | 9183 | Operating | 218,193.17 | | | | 218,193.17 |
| Equipment sale proceeds | 3062 | Auction escrow | 116,385.00 | | | | 116,385.00 |
| WARN Act cash payout | 1659 | Auction escrow | 650,000.00 | | | | 650,000.00 |
| Myar | 7261 | Operating | - | | | | - |
| United Express Solar | 8236 | Operating | - | | | | - |
| | | | $   15,220,568.99 | $           - | $  (1,303,224.93) | $  771,055.83 | $   14,688,399.89 |

JLMC Check with Distribution

| Row Labels | Sum of Net |
|---|---|
| **01** | **$164,045.15** |
| All Other | $21,702.31 |
| Company Cars | $3,664.79 |
| Insurance - PLPD | $1,617.00 |
| Labor - Security | $3,896.26 |
| Misc Professional Fees | $10,656.34 |
| Office Supplies | $10,618.00 |
| Rent | $7,633.21 |
| State Unemployment Tax | $751.91 |
| T&E | $2,950.94 |
| Taxes | $47,097.34 |
| Telecommunications | $7,200.56 |
| Terminal Expense | $18,970.25 |
| Terminal Repairs | $20,344.77 |
| Utilities | $6,941.47 |
| **04** | **$100.00** |
| Office Supplies | $100.00 |
| **(blank)** | |
| (blank) | |
| **Grand Total** | **$164,145.15** |

Disb 2 - IRMO Checks with Distribution

| Row Labels | Sum of Gross Amount |
|---|---|
| **01** | **$42,802.90** |
| Income Tax Withheld | $42,802.90 |
| **(blank)** | |
| **Grand Total** | **$42,802.90** |

| Row Labels | Sum of Gross Amount |
|---|---|
| **01** | **$992,193.54** |
| Misc Professional Fees | $992,193.54 |
| **(blank)** | |
| **Grand Total** | **$992,193.54** |

CARRIER INDUSTRIES, INC. AND AFFILIATES

Year-to-Date Income Statements

| | Eleven months ended November 30, 2019 | TOTAL 11/30/2019 | ELIMINATIONS/ RECLASSES | NEMF | CARRIER | EASTERN | PHOENIX | APEX LOGISTICS | JANS | NEWT | HOLLYWOOD SOLAR | UNITED SOLAR | NEMF LOGISTICS | MYJON | MYAR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenues:** | | | | | | | | | | | | | | | |
| Freight revenue, net | $ 41,873,807 | 41,873,807 | | 32,822,708 | | 9,104,126 | | | | (64,032) | | | 11,005 | | |
| Dedicated fleet operations | 639,212 | 639,212 | | | 639,212 | | | | | | | | | | |
| Other operating revenues | 2,228,085 | 2,228,085 | | 1,701,033 | 90,144 | 86,082 | | | 10,000 | 90,316 | 129,790 | 102,610 | | 18,110 | |
| | 44,741,104 | 44,741,104 | | 34,523,741 | 729,356 | 9,190,208 | | | 10,000 | 26,284 | 129,790 | 102,610 | 11,005 | 18,110 | |
| **Expenses:** | | | | | | | | | | | | | | | |
| Salaries and fringe benefits, executive officers | | | | | | | | | | | | | | | |
| Salaries and wages | 35,273,357 | 35,273,357 | | 32,075,896 | 183,206 | 2,947,690 | | | | 66,565 | | | | | |
| Fringe benefits | 20,716,038 | 20,716,038 | | 19,469,890 | 81,193 | 1,147,226 | | 50 | | 17,758 | | | (79) | | |
| Operating supplies and expenses | 17,661,788 | 17,661,788 | | 14,223,603 | 45,548 | 3,392,387 | | | | 250 | | | | | |
| General supplies and expenses | 1,801,707 | 1,801,707 | | 1,625,446 | 1,097 | 158,075 | | 1,134 | 1,028 | 9,479 | 325 | 325 | 3,173 | 650 | 975 |
| Operating taxes and licenses | 4,798,895 | 4,798,895 | | 4,317,535 | 13,436 | 467,550 | | 147 | | | | | 227 | | |
| Claims and insurance | 3,009,132 | 3,009,132 | | 2,056,368 | 322 | 618,643 | | 649 | | 331,742 | | | 1,408 | | |
| Communications and utilities | 1,128,212 | 1,128,212 | | 1,073,900 | | 53,496 | | | | 816 | | | | | |
| Depreciation and amortization | 8,730,850 | 8,730,850 | | 7,743,982 | | 892,468 | | | | | 51,993 | 42,407 | | | |
| Revenue equipment rentals | 1,203,981 | 1,203,981 | | 612,096 | 23,157 | 568,728 | | | | | | | | | |
| Purchased transportation | | | | | | | | | | | | | | | |
| Building and office equipment rentals | 4,406,190 | 4,406,190 | | 4,344,467 | | 60,000 | | | | 1,323 | 200 | 200 | | | |
| Professional and consulting fees | 9,551,009 | 9,551,009 | | 9,524,097 | 16,041 | 36,128 | | 1,103 | 1,103 | (29,691) | | | 1,103 | 375 | 750 |
| Bad debts | 973,988 | 973,988 | | 890,946 | | (24,659) | | (23) | | 111,907 | | | (4,183) | | |
| Miscellaneous expense (income) | 12,306 | 12,306 | | 12,306 | | | | | | | | | | | |
| Loss (gain) on sale of property and equipment | 30,671,513 | 30,671,513 | | 30,726,141 | (30,950) | 341,850 | | (365,528) | | | | | | | |
| | 139,938,966 | 139,938,966 | | 128,696,673 | 333,050 | 10,659,582 | | 3,060 | (363,397) | 510,149 | 52,518 | 42,932 | 1,649 | 1,025 | 1,725 |
| Operating income (loss) | (95,197,862) | (95,197,862) | | (94,172,932) | 396,306 | (1,469,374) | | (3,060) | 373,397 | (483,865) | 77,272 | 59,678 | 9,356 | 17,085 | (1,725) |
| **Other income (expense):** | | | | | | | | | | | | | | | |
| Interest income | 146,993 | 146,993 | | 109,458 | 5,935 | 22,817 | | 3,166 | 3,406 | 1,738 | | | 473 | | |
| Interest expense | (620,229) | (620,229) | | (382,143) | (3,138) | (121,758) | | | | | (56,199) | (56,981) | | | (10) |
| | (473,236) | (473,236) | | (272,685) | 2,797 | (98,941) | | 3,166 | 3,406 | 1,738 | (56,199) | (56,981) | 473 | | (10) |
| Income (loss) before pension settlement expense | (95,671,098) | (95,671,098) | | (94,445,617) | 399,103 | (1,568,315) | | 106 | 376,803 | (482,127) | 21,073 | 2,697 | 9,829 | 17,085 | (1,735) |
| Pension settlement expense | | | | | | | | | | | | | | | |
| Income (loss) before income taxes | (95,671,098) | (95,671,098) | | (94,445,617) | 399,103 | (1,568,315) | | 106 | 376,803 | (482,127) | 21,073 | 2,697 | 9,829 | 17,085 | (1,735) |
| Income tax expense | 126,107 | 126,107 | | 55,198 | 8,440 | 15,978 | | 2,000 | 562 | 42,772 | | | 257 | 300 | 600 |
| Net income (loss) | $ (95,797,205) | (95,797,205) | | (94,500,815) | 390,663 | (1,584,293) | | (1,894) | 376,241 | (524,899) | 21,073 | 2,697 | 9,572 | 16,785 | (2,335) |

CARRIER INDUSTRIES, INC. AND AFFILIATES

COMBINED BALANCE SHEETS

ASSETS

| | November 30, 2019 | TOTAL 11/30/2019 | ELIMINATIONS/ RECLASSES | NEMF | CARRIER | EASTERN | PHOENIX | APEX LOGISTICS | JANS | NEWT | HOLLYWOOD SOLAR | UNITED SOLAR | NEMF LOGISTICS | MYJON | MYAR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Current assets: | | | | | | | | | | | | | | | |
| Cash and cash equivalents | $ 14,436,419 | 14,436,419 | | 3,999,476 | 316,008 | 9,859,039 | | | | 212,019 | | | 32,767 | 17,110 | |
| Accounts receivable, customers and interline, net | (1,546,479) | (1,546,479) | (1,490,732) | | | | | | | (55,644) | | | (103) | | |
| Receivables, taxes and others | 570,929 | 570,929 | | 485,966 | | 72,813 | | | | | 6,630 | 5,520 | | | |
| Notes and loans receivable, stockholders and affiliates | 4,373,773 | 4,373,773 | | 3,984,835 | 137,631 | 50,600 | | | | | | | 5,707 | 195,000 | |
| Materials and supplies inventories | | | | | | | | | | | | | | | |
| Prepaid insurance claims | 9,078,934 | 9,078,934 | 13,005,522 | (105,880) | (3,820,708) | | | | | | | | | | |
| Prepayments and other deferred charges | 57,990 | 57,990 | | 100,056 | | (141,942) | | | | | 51,069 | 48,807 | | | |
| Refundable income taxes | 287,467 | 287,467 | | 33,528 | 9,560 | 133,020 | | 2,000 | 2,000 | 106,473 | | | 886 | | |
| Total current assets | 27,259,033 | 27,259,033 | | 20,118,651 | 357,319 | 6,152,822 | | 2,000 | 2,000 | 262,848 | 57,699 | 54,327 | 39,257 | 212,110 | |
| Property and equipment: | | | | | | | | | | | | | | | |
| Revenue equipment | | | | | | | | | | | | | | | |
| Miscellaneous equipment | | | | | | | | | | | | | | | |
| Computer and office equipment | | | | | | | | | | | | | | | |
| Service cars and equipment | | | | | | | | | | | | | | | |
| Leasehold improvements | 1,976,749 | 1,976,749 | | | | | | | | | 1,095,366 | 881,383 | | | |
| Land and Building | | | | | | | | | | | | | | | |
| | 1,976,749 | 1,976,749 | | | | | | | | | 1,095,366 | 881,383 | | | |
| Less accumulated depreciation and amortization | 745,831 | 745,831 | | | | | | | | | 429,720 | 316,111 | | | |
| | 1,230,918 | 1,230,918 | | | | | | | | | 665,646 | 565,272 | | | |
| Other assets: | | | | | | | | | | | | | | | |
| Security and other deposits | 1,009,117 | 1,009,117 | 1,009,117 | | | | | | | | | | | | |
| Notes receivable, stockholders' insurance premiums | 5,208,569 | 5,208,569 | 5,208,569 | | | | | | | | | | | | |
| | 6,217,686 | 6,217,686 | 6,217,686 | | | | | | | | | | | | |
| Total assets | $ 34,707,637 | 34,707,637 | | 26,336,337 | 357,319 | 6,152,822 | | 2,000 | 2,000 | 262,848 | 723,345 | 619,599 | 39,257 | 212,110 | |

LIABILITIES AND STOCKHOLDERS' EQUITY

November 30, 2019

| | November 30, 2019 | TOTAL 11/30/2019 | ELIMINATIONS/ RECLASSES | NEMF | CARRIER | EASTERN | PHOENIX | APEX LOGISTICS | JANS | NEWT | HOLLYWOOD SOLAR | UNITED SOLAR | NEMF LOGISTICS | MYJON | MYAR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Current liabilities: | | | | | | | | | | | | | | | |
| Accounts payable, trade and interline | $  10,870,045 | 10,870,045 | | 10,436,418 | 9,786 | 74,372 | | (3,120) | | 343,833 | | | | 8,756 | |
| Loans payable, letters of credit drawn, net | 21,982,027 | 21,982,027 | | 21,982,027 | | | | | | | | | | | |
| Notes and loans payable, stockholders and affiliates | 4,247,739 | 4,247,739 | | 98,324 | 1,075,106 | 3,042,509 | | | | | 16,600 | 15,200 | | | |
| Current portion of long-term debt | 115,896 | 115,896 | | | | | | | | | 63,982 | 51,914 | | | |
| Accounts payable, affiliates | | | | 11,536,436 | (3,048,084) | (3,904,952) | | (1,434,826) | (2,202,647) | (1,225,021) | 145,649 | 42,306 | (264,782) | 195,325 | 160,596 |
| Wages, pension and payroll taxes payable | 7,412 | 7,412 | | 7,412 | | | | | | | | | | | |
| Other current liabilities | 396,063 | 396,063 | | 396,063 | | | | | | | | | | | |
| Total current liabilities | 37,619,182 | 37,619,182 | | 44,456,680 | (1,963,192) | (788,071) | | (1,437,946) | (2,202,647) | (881,188) | 226,231 | 109,420 | (256,026) | 195,325 | 160,596 |
| Long-term liabilities: | | | | | | | | | | | | | | | |
| Long-term debt, net of current portion | 11,826,447 | 11,826,447 | | 10,810,464 | | 110,712 | | | | | 459,461 | 445,810 | | | |
| Other long-term liabilities | 1,553,629 | 1,553,629 | | 1,553,629 | | | | | | | | | | | |
| | 13,380,076 | 13,380,076 | | 12,364,093 | | 110,712 | | | | | 459,461 | 445,810 | | | |
| Commitment and contingencies | | | | | | | | | | | | | | | |
| Stockholders' equity: | | | | | | | | | | | | | | | |
| Capital Stock | 17,875,922 | 17,875,922 | | 17,830,322 | 1,000 | 10,000 | | | 33,600 | 1,000 | | | | | |
| Retained earnings | (34,167,543) | (34,167,543) | | (48,314,758) | 2,319,511 | 6,820,181 | | 1,439,946 | 2,171,047 | 1,143,036 | 37,653 | 64,369 | 295,283 | 16,785 | (160,596) |
| | (16,291,621) | (16,291,621) | | (30,484,436) | 2,320,511 | 6,830,181 | | 1,439,946 | 2,204,647 | 1,144,036 | 37,653 | 64,369 | 295,283 | 16,785 | (160,596) |
| Total liabilities and stockholders' equity | $  34,707,637 | 34,707,637 | | 26,336,337 | 357,319 | 6,152,822 | | 2,000 | 2,000 | 262,848 | 723,345 | 619,599 | 39,257 | 212,110 | |

Professional Fees - November

| Row Labels | Sum of Gross Amount |
|---|---|
| COHNREZNICK LLP | $133,891.15 |
| DONLIN RECANO & COMPANY INC | $80,892.42 |
| ELLIOTT GREENLEAF, P.C. | $81,150.41 |
| GIBBONS PC - TRUST ACCOUNT | $300,725.42 |
| LOWENSTEIN SANDLER LLP | $66,103.49 |
| PHOENIX MANAGEMENT SERV, INC | $515,557.82 |
| (blank) | |
| **Grand Total** | **$1,178,320.71** |