**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC., *et al.*, | Case No. 19-12809 (JKS) |
| Debtors.[1] | (Jointly Administered) |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK        )
                                            )  ss:
COUNTY OF KINGS         )

I, John Burlacu, declare:

1. I am over the age of 18 years and not a party to these chapter 11 cases.

2. I am employed by Donlin, Recano & Company, Inc., ("DRC"), 6201 15th Avenue, Brooklyn, NY 11219.

3. On the 10th day of January, 2020, DRC, at my direction and under my supervision, caused to serve the "Notice of Filing of Monthly Compensation and Staffing Report by Phoenix Management Services, LLC for the Period from December 2, 2019 through December 29, 2019" (Docket No. 1100), via electronic mail upon the parties as set forth on Exhibit 1, and via First Class U.S. Mail upon the parties as set forth in Exhibit 2, attached hereto.

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 15th day of January, 2020, Brooklyn, New York.

By _____
John Burlacu

Sworn before me this
15th day of January, 2020

_____
Notary Public

SUNG JAE KIM
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01KI6211176
MY COMM. EXP. SEPTEMBER 14, 2021

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC (4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMF Logistics, LLC (4666).

NEMF00218

# EXHIBIT 1

# New England Motor Freight, Inc., et al.
# Electronic Mail
# Exhibit Page

000087P003-1413S-218
ELLIOT GREENLEAF
R X ZAHRALDDIN- ARAVENA;JONATHAN M STEMERMAN
SARAH DENIS
1105 MARKET ST STE 1700
WILMINGTON DE 19801
RXZA@ELLIOTGREENLEAF.COM

000087P003-1413S-218
ELLIOT GREENLEAF
R X ZAHRALDDIN- ARAVENA;JONATHAN M STEMERMAN
SARAH DENIS
1105 MARKET ST STE 1700
WILMINGTON DE 19801
JMS@ELLIOTTGREENLEAF.COM

000087P003-1413S-218
ELLIOT GREENLEAF
R X ZAHRALDDIN- ARAVENA;JONATHAN M STEMERMAN
SARAH DENIS
1105 MARKET ST STE 1700
WILMINGTON DE 19801
SXD@ELLIOTTGREENLEAF.COM

000086P001-1413S-218
LOWENSTEIN SANDLER LLP
MARY E SEYMOUR;JOSEPH J DIPASQUALE
ONE LOWENSTEIN DRIVE
ROSELAND NJ 07068
MSEYMOUR@LOWENSTEIN.COM

000086P001-1413S-218
LOWENSTEIN SANDLER LLP
MARY E SEYMOUR;JOSEPH J DIPASQUALE
ONE LOWENSTEIN DRIVE
ROSELAND NJ 07068
JDIPASQUALE@LOWENSTEIN.COM

000097P002-1413S-218
UNITED STATES DEPARTMENT OF JUSTICE
PETER J. D'AURIA,ESQ; MITCHELL HAUSMAN
OFFICE OF THE UNITED STATES TRUSTEE
ONE NEWARK CENTER STE 2100
NEWARK NJ 07102
PETER.J.D'AURIA@USDOJ.GOV

000097P002-1413S-218
UNITED STATES DEPARTMENT OF JUSTICE
PETER J. D'AURIA,ESQ; MITCHELL HAUSMAN
OFFICE OF THE UNITED STATES TRUSTEE
ONE NEWARK CENTER STE 2100
NEWARK NJ 07102
MITCHELL.B.HAUSMAN@USDOJ.GOV

000001P001-1413S-218
UNITED STATES TRUSTEE
ONE NEWARK CENTER, SUITE 2100
1085 RAYMOND BOULEVARD
NEWARK NJ 07102
jeffrey.m.sponder@usdoj.gov

000001P001-1413S-218
UNITED STATES TRUSTEE
ONE NEWARK CENTER, SUITE 2100
1085 RAYMOND BOULEVARD
NEWARK NJ 07102
Mitchell.B.Hausman@usdoj.gov

000001P001-1413S-218
UNITED STATES TRUSTEE
ONE NEWARK CENTER, SUITE 2100
1085 RAYMOND BOULEVARD
NEWARK NJ 07102
Peter.J.D'Auria@usdoj.gov

Records Printed : 10

Case 19-12809-JKS    Doc 1125    Filed 01/15/20    Entered 01/15/20 15:43:52    Desc
Document      Page 3 of 5

# EXHIBIT 2

Case 19-12809-JKS    Doc 1125    Filed 01/15/20    Entered 01/15/20 15:43:52    Desc
Document    Page 5 of 5

| | | | |
|---|---|---|---|
| 000087P003-1413S-218<br>ELLIOT GREENLEAF<br>R X ZAHRALDDIN- ARAVENA;JONATHAN M STEMERMAN<br>SARAH DENIS<br>1105 MARKET ST STE 1700<br>WILMINGTON DE 19801 | 000086P001-1413S-218<br>LOWENSTEIN SANDLER LLP<br>MARY E SEYMOUR;JOSEPH J DIPASQUALE<br>ONE LOWENSTEIN DRIVE<br>ROSELAND NJ 07068 | 000097P002-1413S-218<br>UNITED STATES DEPARTMENT OF JUSTICE<br>PETER J. D'AURIA,ESQ; MITCHELL HAUSMAN<br>OFFICE OF THE UNITED STATES TRUSTEE<br>ONE NEWARK CENTER STE 2100<br>NEWARK NJ 07102 | 000001P001-1413S-218<br>UNITED STATES TRUSTEE<br>ONE NEWARK CENTER, SUITE 2100<br>1085 RAYMOND BOULEVARD<br>NEWARK NJ 07102 |

Records Printed :    4