UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC., *et al.*, | Case No. 19-12809 (JKS) |
| | (Jointly Administered) |
| Debtors.[1] | |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                                            ) ss:
COUNTY OF KINGS       )

I, John Burlacu, declare:

1. I am over the age of 18 years and not a party to these chapter 11 cases.

2. I am employed by Donlin, Recano & Company, Inc., ("DRC"), 6201 15th Avenue, Brooklyn, NY 11219.

3. On the 10th day of January, 2020, DRC, at my direction and under my supervision, caused to serve the following documents:

    i. Declaration of Timothy D. Gustafson, FSA, MAAA, Regarding Estimated Value of Debtors' Incurred but Not Paid Healthcare-Related Claim Liability (Docket No. 1103);

    ii. Declaration of Vincent Colistra in Support of Confirmation of the Debtors' and Official Committee of Unsecured Creditors' Third Amended Joint Combined Plan of Liquidation and Disclosure Statement (Docket No. 1104); and

    iii. Notice of Filing of Proposed Findings of Fact, Conclusions of Law, and Order Confirming the Debtors' and Official Committee of Unsecured Creditors' Third Amended Joint Combined Plan of Liquidation and Disclosure Statement (Docket No. 1105,

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC (4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMF Logistics, LLC (4666).

NEMF00219

via electronic mail upon the parties as set forth on <u>Exhibit 1</u>, and via First Class U.S. Mail upon the parties as set forth in <u>Exhibit 2</u>, attached hereto.

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 15th day of January, 2020, Brooklyn, New York.

By _____
John Burlacu

Sworn before me this
15th day of January, 2020

_____
Notary Public

SUNG JAE KIM
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01KI6211176
MY COMM. EXP. SEPTEMBER 14, 2021

NEMF00219

# EXHIBIT 1

Case 19-12809-JKS    Doc 1126    Filed 01/15/20    Entered 01/15/20 15:45:00    Desc
Document    Page 4 of 9

| | | | |
|---|---|---|---|
| 000148P001-1413S-219<br>ANTHONY G ROSS, ESQ<br>126 SOUTH MAIN STREET<br>PITTSTON PA 18640<br>TROSS@TONYROSSLAW.COM | 000068P001-1413S-219<br>BENESCH FRIEDLANDER COPLAN & ARONOFF LLP<br>KEVIN M CAPUZZI<br>CONTINENTAL PLAZA II<br>411 HACKENSACK AVE.,3RD FLOOR<br>HACKENSACK NJ 07601-6323<br>KCAPUZZI@BENESCHLAW.COM | 000077P001-1413S-219<br>CHIESA SHAHINIAN & GIANTOMASI PC<br>BETH J ROTENBERG,ESQ<br>ONE BOLAND DRIVE<br>WEST ORANGE NJ 07052<br>BROTENBERG@CSGLAW.COM | 000078P001-1413S-219<br>CHIESA SHAHINIAN & GIANTOMASI PC<br>FRANK PERETORE,ESQ<br>ONE BOLAND DRIVE<br>WEST ORANGE NJ 07052<br>FPERETORE@CSGLAW.COM |
| 000085P001-1413S-219<br>CHIESA SHAHINIAN & GIANTOMASI PC<br>ROBERT E NIES,ESQ<br>ONE BOLAND DRIVE<br>WEST ORANGE NJ 07052<br>RNIES@CSGLAW.COM | 000108P002-1413S-219<br>CHIESA SHAHINIAN & GIANTOMASI PC<br>MICHAEL R CARUSO; ROBERT HORNBY<br>ONE BOLAND DRIVE<br>WEST ORANGE NJ 07052<br>MCARUSO@CSGLAW.COM | 000108P002-1413S-219<br>CHIESA SHAHINIAN & GIANTOMASI PC<br>MICHAEL R CARUSO; ROBERT HORNBY<br>ONE BOLAND DRIVE<br>WEST ORANGE NJ 07052<br>RHORNBY@CSGLAW.COM | 000149P001-1413S-219<br>CHIESA SHAHINIAN & GIANTOMASI PC<br>SCOTT W LICHTENSTEIN, ESQ<br>ONE BOLAND DRIVE<br>WEST ORANGE NJ 07052<br>SLICHTENSTEIN@CSGLAW.COM |
| 000081P001-1413S-219<br>COLE SCHOTZ PC<br>MICHAEL D SIROTA,ESQ<br>COURT PLAZA NORTH<br>25 MAIN ST<br>HACKENSACK NJ 07601<br>MSIROTA@COLESCHOTZ.COM | 000082P001-1413S-219<br>COLE SCHOTZ PC<br>JACOB S FRUMKIN,ESQ<br>COURT PLAZA NORTH<br>25 MAIN ST<br>HACKENSACK NJ 07601<br>JFRUMKIN@COLESCHOTZ.COM | 000127P001-1413S-219<br>COOLEY LLP<br>RICHARD S KANOWITZ;EVAN M LAZEROWITZ<br>55 HUDSON YARDS<br>NEW YORK NY 10001<br>RKANOWITZ@COOLEY.COM | 000127P001-1413S-219<br>COOLEY LLP<br>RICHARD S KANOWITZ;EVAN M LAZEROWITZ<br>55 HUDSON YARDS<br>NEW YORK NY 10001<br>ELAZEROWITZ@COOLEY.COM |
| 000147P001-1413S-219<br>CULLEN AND DYKMAN LLP<br>DAVID EDELBERG, ESQ.<br>433 HACKENSACK AVE 12TH FL<br>HACKENSACK NJ 07601<br>DEDELBERG@CULLENANDDYKMAN.COM | 000126P001-1413S-219<br>D'ARCY JOHNSON DAY<br>RICHARD J ALBUQUERQUE,ESQ<br>3120 FIRE ROAD STE 100<br>EGG HARBOR TOWNSHIP NJ 08234<br>RA@DJD.LAW | 000109P003-1413S-219<br>DAIMLER TRUST<br>C/O BK SERVICING LLC<br>ED GEZEL, AGENT<br>P O BOX 131265<br>ROSEVILLE MN 55113-0011<br>NOTICES@BKSERVICING.COM | 000075P001-1413S-219<br>DILWORTH PAXSON LLP<br>SCOTT J FREEDMAN<br>457 HADDONFIELD ROAD STE 700<br>CHERRY HILL NJ 08002<br>SFREEDMAN@DILWORTHLAW.COM |
| 000103P001-1413S-219<br>DINSMORE & SHOHL LLP<br>GRACE WINKLER CRANLEY,ESQ<br>227 WEST MONROE ST.,STE 3850<br>CHICAGO IL 60606<br>GRACE.CRANLEY@DINSMORE.COM | 000100P001-1413S-219<br>DREIFUSS BONACCI & PARKER PC<br>JOANNE M BONACCI<br>26 COLUMBIA TURNPIKE STE 101 NORTH ENTRANCE<br>FLORHAM PARK NJ 07932<br>JBONACCI@DBPLAWFIRM.COM | 000101P001-1413S-219<br>DREIFUSS BONACCI & PARKER PC<br>PAUL M MCCORMICK,ESQ<br>26 COLUMBIA TURNPIKE STE 101, NORTH ENTRANCE<br>FLORHAM PARK NJ 07932<br>PMCCORMICK@DBPLAWFIRM.COM | 000087P003-1413S-219<br>ELLIOT GREENLEAF<br>R X ZAHRALDDIN- ARAVENA;JONATHAN M STEMERMAN<br>SARAH DENIS<br>1105 MARKET ST STE 1700<br>WILMINGTON DE 19801<br>RXZA@ELLIOTTGREENLEAF.COM |
| 000087P003-1413S-219<br>ELLIOT GREENLEAF<br>R X ZAHRALDDIN- ARAVENA;JONATHAN M STEMERMAN<br>SARAH DENIS<br>1105 MARKET ST STE 1700<br>WILMINGTON DE 19801<br>JMS@ELLIOTTGREENLEAF.COM | 000087P003-1413S-219<br>ELLIOT GREENLEAF<br>R X ZAHRALDDIN- ARAVENA;JONATHAN M STEMERMAN<br>SARAH DENIS<br>1105 MARKET ST STE 1700<br>WILMINGTON DE 19801<br>SXD@ELLIOTTGREENLEAF.COM | 000020P002-1413S-219<br>FRESHFIELDS BRUCKHAUS DERINGER<br>MARK LISCIO; NEAL MODI; S. TALMADGE<br>601 LEXINGTON AVE, 31ST FL<br>NEW YORK NY 10022<br>MARK.LISCIO@FRESHFIELDS.COM | 000020P002-1413S-219<br>FRESHFIELDS BRUCKHAUS DERINGER<br>MARK LISCIO; NEAL MODI; S. TALMADGE<br>601 LEXINGTON AVE, 31ST FL<br>NEW YORK NY 10022<br>NEAL.MODI@FRESHFIELDS.COM |

| | | | |
|---|---|---|---|
| 000020P002-1413S-219<br>FRESHFIELDS BRUCKHAUS DERINGER<br>MARK LISCIO; NEAL MODI; S. TALMADGE<br>601 LEXINGTON AVE, 31ST FL<br>NEW YORK NY 10022<br>SCOTT.TALMADGE@FRESHFIELDS.COM | 000063P002-1413S-219<br>FRESHFIELDS BRUCKHAUS DERINGER<br>MARK LISCIO; NEAL MODI; S TALMADGE<br>601 LEXINGTON AVE, 31ST FL<br>NEW YORK NY 10022<br>MARK.LISCIO@FRESHFIELDS.COM | 000063P002-1413S-219<br>FRESHFIELDS BRUCKHAUS DERINGER<br>MARK LISCIO; NEAL MODI; S TALMADGE<br>601 LEXINGTON AVE, 31ST FL<br>NEW YORK NY 10022<br>NEAL.MODI@FRESHFIELDS.COM | 000063P002-1413S-219<br>FRESHFIELDS BRUCKHAUS DERINGER<br>MARK LISCIO; NEAL MODI; S TALMADGE<br>601 LEXINGTON AVE, 31ST FL<br>NEW YORK NY 10022<br>SCOTT.TALMADGE@FRESHFIELDS.COM |
| 000084P001-1413S-219<br>FROST BROWN TODD LLC<br>MARK A PLATT<br>100 CRESCENT COURT STE 350<br>DALLAS TX 75201<br>MPLATT@FBTLAW.COM | 000017P001-1413S-219<br>GEBHARDT & SMITH LLP<br>JAMES M SMITH<br>ONE SOUTH STREET<br>SUITE 2200<br>BALTIMORE MD 21202-3281<br>JSMITH@GEBSMITH.COM | 000061P002-1413S-219<br>GEBHARDT & SMITH LLP<br>DAVID V FONTANA, ESQ<br>ONE SOUTH ST STE 2200<br>BALTIMORE MD 21202-3281<br>DFONT@GEBSMITH.COM | 000073P002-1413S-219<br>GEBHARDT & SMITH LLP<br>LISA BITTLE TANCREDI<br>ONE SOUTH ST STE 2200<br>BALTIMORE MD 21202-3281<br>LTANCREDI@GEBSMITH.COM |
| 000074P001-1413S-219<br>GEBHARDT & SMITH LLP<br>LISA BITTLE TANCREDI<br>1000 N WEST STREET<br>SUITE 1200<br>WILMINGTON DE 19801<br>LTANCREDI@GEBSMITH.COM | 000019P001-1413S-219<br>GREENBERG TRAURIG<br>ALAN J. BRODY<br>500 CAMPUS DRIVE<br>SUITE 400<br>FLORHAM PARK NJ 07932<br>BRODYA@GTLAW.COM | 000062P002-1413S-219<br>GREENBERG TRAURIG LLP<br>ALAN J BRODY, ESQ<br>500 CAMPUS DR, STE 400<br>FLORHAM PARK NJ 07932-0677<br>BRODYA@GTLAW.COM | 000083P001-1413S-219<br>HINMAN HOWARD & KATTELL LLP<br>KEVIN J BLOOM, ESQ<br>PARK 80 WEST -PLAZA II<br>250 PEHLE AVE STE 200<br>SADDLE BROOK NJ 07663-5834<br>KBLOOM@HHK.COM |
| 000027P001-1413S-219<br>IAM NATIONAL PENSION FUND<br>RYK TIERNEY EXEC DIR AND RAYMOND GOAD JR GC<br>1300 CONNECTICUT AVE<br>STE 300<br>WASHINGTON DC 20036<br>contact@iamnpf.org | 000076P001-1413S-219<br>JM PARTNERS LLC<br>JOHN MARSHALL<br>6800 PARAGON PLACE STE 202<br>RICHMOND VA 23230-1656<br>JMARSHALL@JMPARTNERSLLC.COM | 000125P001-1413S-219<br>KIM CHO & LIM LLC<br>JOSHUA S LIM, ESQ<br>460 BERGEN BOULEVARD STE 305<br>PALISADES PARK NJ 07650<br>JOSHUALIM@KCLLAWFIRM.COM | 000079P001-1413S-219<br>KLEHR HARRISON HARVEY BRANZBURG LLP<br>CHARLES A ERCOLE;RONA J ROSEN<br>10000 LINCOLN DRIVE EAST STE 201<br>MARLTON NJ 08053<br>CERCOLE@KLEHR.COM |
| 000079P001-1413S-219<br>KLEHR HARRISON HARVEY BRANZBURG LLP<br>CHARLES A ERCOLE;RONA J ROSEN<br>10000 LINCOLN DRIVE EAST STE 201<br>MARLTON NJ 08053<br>RROSEN@KLEHR.COM | 000129P001-1413S-219<br>KML LAW GROUP PC<br>REBECCA A SOLARZ, ESQ<br>216 HADDON AVENUE STE 406<br>WESTMONT NJ 08108<br>RSOLARZ@KMLLAWGROUP.COM | 000124P001-1413S-219<br>KML LAW GROUP, P.C.<br>KEVIN G. MCDONALD, ESQ.<br>216 HADDON AVE STE 406<br>WESTMONT NJ 08108<br>KMCDONALD@KMLLAWGROUP.COM | 000146P001-1413S-219<br>LAW FIRM OF BRIAN W HOFMEISTER LLC<br>BRIAN W HOFMEISTER, ESQ<br>3131 PRINCETON PIKE BUILDING 5, STE 110<br>LAWRENCEVILLE NJ 08648<br>BWH@HOFMEISTERFIRM.COM |
| 000130P001-1413S-219<br>LAW OFFICES OF KENNETH L BAUM LLC<br>KENNETH L BAUM, ESQ<br>167 MAIN STREET<br>HACKENSACK NJ 07601<br>KBAUM@KENBAUMDEBTSOLUTIONS.COM | 000086P001-1413S-219<br>LOWENSTEIN SANDLER LLP<br>MARY E SEYMOUR;JOSEPH J DIPASQUALE<br>ONE LOWENSTEIN DRIVE<br>ROSELAND NJ 07068<br>MSEYMOUR@LOWENSTEIN.COM | 000086P001-1413S-219<br>LOWENSTEIN SANDLER LLP<br>MARY E SEYMOUR;JOSEPH J DIPASQUALE<br>ONE LOWENSTEIN DRIVE<br>ROSELAND NJ 07068<br>JDIPASQUALE@LOWENSTEIN.COM | 000099P001-1413S-219<br>MAYNARD O'CONNOR SMITH & CATALINOTTO LLP<br>JUSTIN W GRAY, ESQ<br>6 TOWER PLACE<br>ALBANY NY 12203<br>GRAY@MOSCLLP.COM |

Case 19-12809-JKS    Doc 1126    Filed 01/15/20    Entered 01/15/20 15:45:00    Desc
Document    Page 5 of 9

| | | | |
|---|---|---|---|
| 000059P003-1413S-219<br>MCCARTER & ENGLISH LLP<br>PETER M. KNOB, ESQ.<br>FOUR GATEWAY CENTER<br>100 MULBERRY ST<br>NEWARK NJ 07102<br>PKNOB@MCCARTER.COM | 000060P002-1413S-219<br>MCCARTER & ENGLISH LLP<br>JOSEPH LUBERTAZZI JR., ESQ<br>FOUR GATEWAY CENTER<br>100 MULBERRY ST<br>NEWARK NJ 07102<br>JLUBERTAZZI@MCCARTER.COM | 000022P002-1413S-219<br>MCCARTER & ENGLISH, LLP<br>PETER M. KNOB, ESQ.<br>100 MULBERRY STREET<br>FOUR GATEWAY CENTER<br>NEWARK NJ 07102<br>PKNOB@MCCARTER.COM | 000070P002-1413S-219<br>MCELROY DEUTSCH ET AL<br>GARY D BRESSLER, ESQ<br>300 DELAWARE AVE STE 770<br>WILMINGTON DE 19801<br>GBRESSLER@MDMC-LAW.COM |
| 000069P002-1413S-219<br>MCELROY DEUTSCH MULVANEY<br>VIRGINIA T SHEA, ESQ<br>1300 MOUNT KEMBLE AVE<br>MORRISTOWN NJ 07962<br>VSHEA@MDMC-LAW.COM | 000093P003-1413S-219<br>MCMANIMON, SCOTLAND BAUMANN<br>ANTHONY SODONO, III; SARI PLACONA<br>75 LIVINGSTON AVE STE 201<br>ROSELAND NJ 07068<br>ASODONO@MSBNJ.COM | 000093P003-1413S-219<br>MCMANIMON, SCOTLAND BAUMANN<br>ANTHONY SODONO, III; SARI PLACONA<br>75 LIVINGSTON AVE STE 201<br>ROSELAND NJ 07068<br>SPLACONA@MSBNJ.COM | 000071P001-1413S-219<br>MORTON & CRAIG LLC<br>JOHN R MORTON JR, ESQ<br>110 MARTER AVE STE 301<br>MOORESTOWN NJ 08057<br>john.morton3@verizon.net |
| 000106P001-1413S-219<br>NORRIS MCLAUGHLIN PA<br>MORRIS S BAUER,ESQ<br>400 CROSSING BOULEVARD,8TH FLOOR<br>BRIDGEWATER NJ 08807<br>MSBAUER@NORRIS-LAW.COM | 000107P001-1413S-219<br>NORRIS MCLAUGHLIN PA<br>CATHERINE L COREY,ESQ<br>400 CROSSING BOULEVARD, 8TH FLOOR<br>BRIDGEWATER NJ 08807<br>CLCOREY@NORRIS-LAW.COM | 000080P001-1413S-219<br>OFFICE OF UNEMPLOYMENT COMPENSATION TAX SERVICES<br>DEB SECREST,AUTHORIZED AGENT<br>PA-DEPT OF LABOR & INDUSTRY<br>COLLECTIONS SUPPORT UNIT<br>851 BOAS ST RM 702<br>HARRISBURG PA 17121<br>RA-LI-UCTS-BANKRUPT@STATE.PA.US | 000102P001-1413S-219<br>PA DEPT OF REVENUE<br>DENISE A KUHN, SEN DEPUTY ATTORNEY GEN<br>THE PHOENIX BUILDING<br>1600 ARCH ST., STE 300<br>PHILADELPHIA PA 19103<br>DKUHN@ATTORNEYGENERAL.GOV |
| 000095P001-1413S-219<br>PA- DEPT OF ENVIRONMENTAL PROTECTION<br>BRIAN GLASS, OFFICE OF THE CHIEF COUNSEL<br>SOUTHEAST REGIONAL COUNSEL<br>2 EAST MAIN ST<br>NORRISTOWN PA 19401-4915<br>BRIAGLASS@PA.GOV | 000098P001-1413S-219<br>PRICE MEESE SHULMAN & D'ARMINIO PC<br>RICK A STEINBERG,ESQ<br>50 TICE BOULEVARD STE 380<br>WOODCLIFF LAKE NJ 07677<br>RSTEINBERG@PRICEMEESE.COM | 000066P001-1413S-219<br>REED SMITH LLP<br>JOSEPH CHRISTOPHER A. LYNCH<br>599 LEXINGTON AVE<br>NEW YORK NY 10022<br>CLYNCH@REEDSMITH.COM | 000096P001-1413S-219<br>RIKER DANZIG SCHERER HYLAND & PERRETTI LLP<br>JOSEPH L SCHWARTZ;MICHAEL TRENTIN<br>HEADQUARTERS PLAZA<br>ONE SPEEDWELL AVE<br>MORRISTOWN NJ 07962-1981<br>JSCHWARTZ@RIKER.COM |
| 000096P001-1413S-219<br>RIKER DANZIG SCHERER HYLAND & PERRETTI LLP<br>JOSEPH L SCHWARTZ;MICHAEL TRENTIN<br>HEADQUARTERS PLAZA<br>ONE SPEEDWELL AVE<br>MORRISTOWN NJ 07962-1981<br>MTRENTIN@RIKER.COM | 000091P001-1413S-219<br>SHIPMAN & GOODWIN LLP<br>ERIC S GOLDSTEIN,ESQ<br>ONE CONSTITUTIONAL PLAZA<br>HARTFORD CT 06103<br>EGOLDSTEIN@GOODWIN.COM | 000018P002-1413S-219<br>SQUIRE PATTON BOGGS (US) LLP<br>NORMAN N KINEL, ESQ<br>30 ROCKEFELLER PLAZA, 23RD FL<br>NEW YORK NY 10112<br>NORMAN.KINEL@SQUIREPB.COM | 000094P002-1413S-219<br>SQUIRE PATTON BOGGS (US) LLP<br>NORMAN N KINEL, ESQ<br>30 ROCKEFELLER PLAZA, 23RD FL<br>NEW YORK NY 10112<br>NORMAN.KINEL@SQUIREPB.COM |
| 000094P002-1413S-219<br>SQUIRE PATTON BOGGS (US) LLP<br>NORMAN N KINEL, ESQ<br>30 ROCKEFELLER PLAZA, 23RD FL<br>NEW YORK NY 10112<br>maura.mcintyre@squirepb.com | 000119P001-1413S-219<br>STEPHEN B. GROW, ESQ.<br>WARNER NORCROSS + JUDD LLP<br>111 LYON ST NW # 900<br>GRAND RAPIDS MI 49503<br>SGROW@WNJ.COM | 000035P002-1413S-219<br>SUPERIOR DISTRIBUTORS CO, INC<br>MARLENE; RICHARD KLEIN<br>4 MIDLAND AVE<br>ELMWOOD PARK NJ 07407<br>MARLENE@SUPERIORDISTRIBUTORSINC.COM | 000128P001-1413S-219<br>THOMPSON O'BRIEN KEMP & NASUTI PC<br>ALBERT F NASUTI,ESQ<br>40 TECHNOLOGY PARKWAY SOUTH, STE 300<br>PEACHTREE CORNERS GA 30092<br>ANASUTI@TOKN.COM |

Case 19-12809-JKS    Doc 1126    Filed 01/15/20    Entered 01/15/20 15:45:00    Desc
Document    Page 6 of 9

| | | | |
|---|---|---|---|
| 000054P001-1413S-219<br>TROUTMAN SANDERS<br>DAVID A PISCIOTTA<br>875 THIRD AVENUE<br>NEW YORK NY 10022<br>DAVID.PISCIOTTA@TROUTMAN.COM | 000055P002-1413S-219<br>TROUTMAN SANDERS<br>LOUIS A CURCIO, ESQ<br>875 THIRD AVENUE<br>NEW YORK NY 10022<br>LOUIS.CURCIO@TROUTMAN.COM | 000056P001-1413S-219<br>TROUTMAN SANDERS<br>ALISSA PICCIONE<br>875 THIRD AVENUE<br>NEW YORK NY 10022<br>ALISSA.PICCIONE@TROUTMAN.COM | 000064P002-1413S-219<br>TROUTMAN SANDERS LLP<br>LOUIS A CURCIO, ESQ<br>875 THIRD AVE<br>NEW YORK NY 10022<br>LOUIS.CURCIO@TROUTMAN.COM |
| 000065P002-1413S-219<br>TROUTMAN SANDERS LLP<br>DAVID A PISCIOTTA, ESQ<br>875 THIRD AVE<br>NEW YORK NY 10022<br>DAVID.PISCIOTTA@TROUTMAN.COM | 000092P001-1413S-219<br>TURNER LAW FIRM LLC<br>ANDREW R TURNER,ESQ<br>76 SOUTH ORANGE AVE STE 106<br>SOUTH ORANGE NJ 07079<br>ATURNER@TURNERLAW.NET | 000097P002-1413S-219<br>UNITED STATES DEPARTMENT OF JUSTICE<br>PETER J. D'AURIA,ESQ; MITCHELL HAUSMAN<br>OFFICE OF THE UNITED STATES TRUSTEE<br>ONE NEWARK CENTER STE 2100<br>NEWARK NJ 07102<br>PETER.J.D'AURIA@USDOJ.GOV | 000097P002-1413S-219<br>UNITED STATES DEPARTMENT OF JUSTICE<br>PETER J. D'AURIA,ESQ; MITCHELL HAUSMAN<br>OFFICE OF THE UNITED STATES TRUSTEE<br>ONE NEWARK CENTER STE 2100<br>NEWARK NJ 07102<br>MITCHELL.B.HAUSMAN@USDOJ.GOV |
| 000001P001-1413S-219<br>UNITED STATES TRUSTEE<br>ONE NEWARK CENTER, SUITE 2100<br>1085 RAYMOND BOULEVARD<br>NEWARK NJ 07102<br>jeffrey.m.sponder@usdoj.gov | 000001P001-1413S-219<br>UNITED STATES TRUSTEE<br>ONE NEWARK CENTER, SUITE 2100<br>1085 RAYMOND BOULEVARD<br>NEWARK NJ 07102<br>Mitchell.B.Hausman@usdoj.gov | 000001P001-1413S-219<br>UNITED STATES TRUSTEE<br>ONE NEWARK CENTER, SUITE 2100<br>1085 RAYMOND BOULEVARD<br>NEWARK NJ 07102<br>Peter.J.D'Auria@usdoj.gov | 000105P002-1413S-219<br>UPDIKE KELLY & SPELLACY PC<br>EVAN S GOLDSTEIN, ESQ<br>100 PEARL ST.,17TH FL<br>P O BOX 231277<br>HARTFORD CT 06123-1277<br>EGOLDSTEIN@UKS.COM |
| 000057P001-1413S-219<br>WASSERMAN JURISTA & STOLZ PC<br>DANIEL M STOLZ,ESQ<br>110 ALLEN ROAD STE 304<br>BASKING RIDGE NJ 07920<br>DSTOLZ@WJSLAW.COM | 000058P001-1413S-219<br>WASSERMAN JURISTA & STOLZ PC<br>DONALD W CLARKE,ESQ<br>110 ALLEN ROAD STE 304<br>BASKING RIDGE NJ 07920<br>DCLARKE@WJSLAW.COM | 000021P003-1413S-219<br>WHITEFORD TAYLOR PRESTON LLP<br>PAUL M NUSSBAUM<br>7 SAINT PAUL STREET<br>BALTIMORE MD 21202-1636<br>PNUSSBAUM@WTPLAW.COM | |

Records Printed : 87

# EXHIBIT 2

| | | | |
|---|---|---|---|
| 000088P001-1413S-219<br>AAA COOPER TRANSPORTATION<br>TIFFANY ENGELHUBER<br>1751 KINSEY ROAD<br>DOTHAN AL 36303 | 000072P001-1413S-219<br>CAB EAST LLC,SERVICED BY FORD MOTOR CREDIT CO.,LLC<br>NATIONAL BANKRUPTCY SERVICE CENTER<br>P O BOX 62180<br>COLORADO SPRINGS CO 80921 | 000104P001-1413S-219<br>CONNELL FOLEY LLP<br>ROBERT K SCHEINBAUM,ESQ<br>56 LIVINGSTON AVE<br>ROSELAND NJ 07068 | 000012P001-1413S-219<br>DEPARTMENT OF ENVIRONMENTAL PROTECTION<br>OFFICE OF RECORDS ACCESS<br>ATTN: BANKR. COORDINATOR<br>PO BOX 402<br>MAIL CODE 401-06Q<br>TRENTON NJ 08625-0402 |
| 000008P001-1413S-219<br>ENVIRONMENTAL PROTECTION AGENCY<br>REGION 2<br>290 BROADWAY<br>17TH FLOOR<br>NEW YORK NY 10007-1866 | 000090P001-1413S-219<br>GUTTMAN OIL CO.<br>GREGORY J. CREIGHAN<br>200 SPEERS STREET<br>BELLE VERNON PA 15012 | 000004P001-1413S-219<br>INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | 000005P001-1413S-219<br>INTERNAL REVENUE SERVICE<br>2970 MARKET STREET<br>MAIL STOP 5-Q30.133<br>PHILADELPHIA PA 19104-5016 |
| 000089P001-1413S-219<br>LANDSTAR TRANSPORTATION LOGISTICS, INC.<br>SPRYTE KIMMEY<br>13410 SUTTON PARK DR S<br>JACKSONVILLE FL 32224 | 000067P001-1413S-219<br>MYRON SHEVELL<br>C/O NEW ENGLAND MOTOR FREIGHT INC<br>ZACHARY W. COHEN<br>1-71 NORTH AVENUE E<br>ELIZABETH NJ 07201 | 000009P002-1413S-219<br>NEW JERSEY ATTORNEY GENERAL OFFICE<br>DIVISION OF LAW<br>RICHARD J. HUGHES JUSTICE COMPLEX<br>25 MARKET ST<br>TRENTON NJ 08625-0112 | 000010P002-1413S-219<br>NEW JERSEY DIVISION OF TAXATION<br>COMPLIANCE & ENFORCEMENT UNIT<br>BANKRUPTCY UNIT<br>50 BARRACK STREET, 9TH FLOOR<br>TRENTON NJ 08695-0267 |
| 000011P001-1413S-219<br>NEW JERSEY MOTOR VEHICLE COMMISSION<br>ADMINISTRATIVE UNIT<br>225 EAST STATE STREET<br>TRENTON NJ 08666 | 000150P002-1413S-219<br>NEW YORK STATE DEPARTMENT OF LABOR<br>JESSICA AGARWAL, ASST ATTORNEY GENERAL<br>OFFICE OF THE ATTORNEY GENERAL<br>28 LIBERTY STREET<br>NEW YORK NY 10005 | 000154P001-1413S-219<br>NEW YORK STATE ATTORNEY GENERAL<br>LABOR BUREAU<br>120 BROADWAY<br>NEW YORK NY 10271 | 000156P001-1413S-219<br>OFFICE OF THE ATTORNEY GENERAL<br>JULIE ULMET<br>ACTING CHIEF OF LABOR BUREAU<br>28 LIBERTY STREET<br>NEW YORK NY 10005 |
| 000157P001-1413S-219<br>OFFICE OF THE ATTORNEY GENERAL<br>SETH KUPFERBERG<br>SECTION CHIEF, GENERAL LABOR SECTION<br>28 LIBERTY STREET<br>NEW YORK NY 10005 | 000155P001-1413S-219<br>REMONEA S HARRIS<br>136 CENTRAL AVE<br>CLARK NJ 07066 | 000006P001-1413S-219<br>SECURITIES EXCHANGE COMMISSION<br>NEW YORK REGIONAL OFFICE<br>ATTN: ANDREW CALAMARI, REGIONAL DIRECTOR<br>BROOKFIELD PLACE<br>200 VESSEY STREET, SUITE 400<br>NEW YORK NY 10281-1022 | 000002P001-1413S-219<br>UNITED STATES ATTORNEY<br>DISTRICT OF NEW JERSEY<br>PETER RODINO FEDERAL BUILDING<br>970 BROAD STREET, SUITE 700<br>NEWARK NJ 07102 |

Records Printed : 20