**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC., *et al.*,<br><br>　　　　Debtors.[1] | Chapter 11<br><br>Case No. 19-12809 (JKS)<br><br>(Jointly Administered) |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK　　)
　　　　　　　　　　　) ss:
COUNTY OF KINGS　　　)

I, Sung Kim, declare:

1. I am over the age of 18 years and not a party to these chapter 11 cases.

2. I am employed by Donlin, Recano & Company, Inc., ("DRC"), 6201 15th Avenue, Brooklyn, NY 11219.

3. On the 13th day of January, 2020, DRC, at my direction and under my supervision, caused to serve the "Amended Declaration of Vincent Colistra in Support of Debtors' Motion for Entry of Order Reducing and Modifying Claim No. 1218 Filed by the New York State Department of Labor Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and D.N.J. LBR 3007-1" (Docket No. 1106), via electronic mail upon the parties as set forth on Exhibit 1, and via First Class U.S. Mail upon the parties as set forth in Exhibit 2, attached hereto.

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 15th day of January, 2020, Brooklyn, New York.

　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　　Sung Kim

Sworn before me this
15th day of January, 2020

_____
Notary Public

JOHN BURLACU
Notary Public - State of New York
No. 01BU6376078
Qualified in Nassau County
My Comm. Expires June 4, 2022

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC (4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMF Logistics, LLC (4666).

**EXHIBIT 1**

| | |
|---|---|
| 000219S001-1413A-220 | 000157P001-1413S-220 |
| NEW YORK STATE DEPT OF LABOR | OFFICE OF THE ATTORNEY GENERAL |
| JOAN K HARRIS, SR ATTORNEY | SETH KUPFERBERG |
| STATE OFFICE CAMPUS BLDG 12 RM 509 | SECTION CHIEF, GENERAL LABOR SECTION |
| ALBANY NY 12240 | 28 LIBERTY STREET |
| JOAN.HARRIS@LABOR.NY.GOV | NEW YORK NY 10005 |
| | SETH.KUPFERBERG@AG.NY.GOV |

Records Printed : 2

Case 19-12809-JKS    Doc 1127    Filed 01/15/20    Entered 01/15/20 15:45:51    Desc Document      Page 3 of 5

**EXHIBIT 2**

000219S001-1413A-220
NEW YORK STATE DEPT OF LABOR
JOAN K HARRIS, SR ATTORNEY
STATE OFFICE CAMPUS BLDG 12 RM 509
ALBANY NY 12240

000157P001-1413S-220
OFFICE OF THE ATTORNEY GENERAL
SETH KUPFERBERG
SECTION CHIEF, GENERAL LABOR SECTION
28 LIBERTY STREET
NEW YORK NY 10005

Records Printed : 2