| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**FOR THE DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-1<br><br>**DILWORTH PAXSON LLP**<br>Scott J. Freedman<br>457 Haddonfield Road, Suite 700<br>Cherry Hill, New Jersey 08002<br>Telephone: (856) 675-1962<br>Facsimile:  (856) 663-8855<br><br>*Attorneys for New Jersey Manufacturers Insurance Company* |

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 19-12809 (JKS) |

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

**PLEASE TAKE NOTICE** that New Jersey Manufacturers Insurance Company, by and through his undersigned attorneys, hereby withdraws its proof of claim no. 1188 filed on June 18, 2019.

Dated: January 17, 2020                               **DILWORTH PAXSON LLP**

By:  /s/ Scott J. Freedman
     Scott J. Freedman
     457 Haddonfield Road, Suite 700
     Cherry Hill, New Jersey 08002
     Telephone:  (856) 675-1962
      Facsimile:  (856) 663-8855

*Attorneys for New Jersey Manufacturers Insurance Company*

121315218_1