UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)

**GIBBONS P.C.**
Karen A. Giannelli, Esq.
Mark B. Conlan, Esq.
Brett S. Theisen, Esq.
One Gateway Center
Newark, New Jersey 07102
Telephone: (973) 596-4500
Facsimile: (973) 596-0545
E-mail: kgiannelli@gibbonslaw.com
         mconlan@gibbonslaw.com
         btheisen@gibbonslaw.com
*Counsel to the Debtors
and Debtors-in-Possession*

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC., *et al.*,<br><br>Debtors.[1] | Case No.: 19-12809 (JKS)<br><br>Hon. John K. Sherwood<br><br>Chapter 11 |

## CHANGE OF ADDRESS

Under D.N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding. A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type:           See attached list with multiple changes of address
(Example: John Smith, creditor)

   Old address:             _____
                            _____

   New address:             _____
                            _____

I hereby certify under penalty of perjury that the above information is true. If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date: January 29, 2020            By: */s/ Karen A. Giannelli*

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC (4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMF Logistics, LLC (4666).

2778257.1 115719-100281

**In re New England Motor Freight, Inc., et al**
**Case No. 19-12809-JKS**

### LIST OF NEW ADDRESSES

| Old Address | Updated Address |
| --- | --- |
| Aleen Hira<br>72-57 Calamus Ave<br>Bsmt Apt<br>Woodside NY  11377-7635 | Ira Aleen<br>PO Box 721264<br>Jackson Heights NY  11372-8864 |
| Cross Town Radiator Inc.<br>Roma<br>Dba Associated Auto Radiator<br>97-20 Sutphin Blvd<br>Jamaica NY  11435-4721 | Cross Town Radiator<br>PO Box 684786<br>Bayside NY 11360-4785 |
| Gerrick Van Deusen Attorney<br>For Stephanie Lombardi as<br>Exclusive Payee<br>225 Broadway<br>Providence RI  0-2903-3017 | Law Office of John Lombardi<br>371 Broadway<br>Suite 1<br>Providence RI  02909-1448 |
| Hubbard, Diane<br>100 Muron Ave<br>Bellingham MA  0-2019-2112 | Hubbard<br>41 Nelson Drive<br>Exeter RI  02822-2724 |
| Jordan, Kimyada<br>1978 Marland Ave Apt A<br>Columbus OH  43219-4904 | Jordan, Kimyada<br>1217 Stone Ridge Dr Apt D<br>Whitehall OH  43213-4144 |
| Liberty Mutual Ins as Sub of John<br>P Wineburg<br>POB 10006 Claims Fin Ops<br>Manchester NH  03108-1006 | Liberty Mutual Insurance<br>PO Box 2825<br>New York, NY  10116-2825 |
| Liberty Mutual Insurance Co. as<br>Sub for Sherene Ng<br>Claims Fin<br>PO Box 10006<br>Manchester NH  03108-1006 | Liberty Mutual Insurance<br>PO Box 2825<br>New York NY  10116-2825 |

| | |
|---|---|
| Liberty Mutual Ins as Sub for<br>Donald Jagunla<br>PO Box 10006<br>Attn Claim Fin<br>Manchester NH 03108-1006 | Liberty Mutual Insurance<br>PO Box 2825<br>New York NY 10116-2825 |
| Trust Account of McMickle Kurey<br>and Branch LLP<br>200 South Main St<br>Alpharetta GA 30009-1914 | McMickle Kurey & Branch LLP<br>217 Roswell Street<br>Suite 200<br>Alpharetta GA 30009-1923 |
| Sherlen Pinckney<br>38 MacArthur Dr<br>Edison NJ 08837-2830 | Pinckney, Sherlene Jonell<br>33 Paul Robeson Boulevard<br>Apt 9G<br>New Brunswick NJ 08901-1365 |
| Ken Teitlbaum<br>3 Nikia Dr<br>Islip NY 11751-2630 | Teitelbaum<br>374 Columbus Avenue<br>West Babylon NY 11704-5544 |
| Miami Bay Beverage<br>Trimino<br>75 Ycamore Way<br>Branford CT 06405 | Miami Bay Beverage<br>Trimino<br>7 Sycamore Way<br>Building 3<br>Branford CT 06405 |
| Stephens Auto Supply<br>Sharon Claire<br>7450 Sence Rd N<br>Hornell NY 14843-9652 | Stephens Auto Supply<br>Sharon Claire<br>7450 Seneca Rd N<br>Hornell NY 14843 |
| Integrity Copy Systems<br>Jill Mundis<br>1150 N Sherman St Ste 100<br>York PA 17402-2123 | Block Business Systems<br>1150 N Sherman St Ste 100<br>York PA 17402-2123 |
| Leon I Higbee<br>390 Payne Ave<br>Apt 2<br>North Tonawanda NY 14120-6955 | Leon Higbee, III<br>3118 Coomer Rd<br>Newfane NY 14108-9614 |
| Copirite Inc.<br>2251 Highway 33<br>Hamilton Twp NJ 08690-1717 | Copi-Rite Inc.<br>PO Box 128<br>Allentown NJ 08501-0128 |

| | |
|---|---|
| Joelen Cheverria<br>49 S Alton St<br>Manchester CT  06040-4040 | Joeleen J. Cheverria<br>35 Park Ave<br>Enfield CT  06082-2931 |
| Bonton Stores<br>Helen Gomez<br>3585 S Church St<br>Whitehall PA  18052-2417 | Bon-Ton Stores Inc.<br>PO Box 20159<br>York PA  17402-0140 |