UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)

**GIBBONS P.C.**
Karen A. Giannelli, Esq.
Mark B. Conlan, Esq.
Brett S. Theisen, Esq.
One Gateway Center
Newark, New Jersey 07102
Telephone: (973) 596-4500
Facsimile: (973) 596-0545
E-mail: kgiannelli@gibbonslaw.com
         mconlan@gibbonslaw.com
         btheisen@gibbonslaw.com
*Counsel to the Debtors
and Debtors-in-Possession*

| | |
|---|---|
| In re: | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC., *et al.*, | Hon. John K. Sherwood |
| Debtors.[1] | Chapter 11 |

## CHANGE OF ADDRESS

Under D.N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding. A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type:           See attached list with multiple changes of address
(Example: John Smith, creditor)

Old address:        _____
                    _____

New address:        _____
                    _____

I hereby certify under penalty of perjury that the above information is true. If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date: January 31, 2020         By: */s/ Karen A. Giannelli*

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC (4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMF Logistics, LLC (4666).

2778257.1 115719-100281

**In re New England Motor Freight, Inc., et al**
**Case No. 19-12809-JKS**

**LIST OF NEW ADDRESSES**

| Old Address | Updated Address |
|---|---|
| Allstate Insurance<br>Second Look<br>1393 Veterans Hwy Ste 200s<br>Hauppauge NY  11788-3066 | Second Look Inc.<br>360 Motor Pkwy Ste 500<br>Hauppauge NY  11788-5182 |
| Cigna aso Jeffrey P Smith<br>Conduent<br>PO Box 3008<br>Naperville IL  60566-7008 | Conduent<br>PO Box 30114<br>Salt Lake City UT  84130-0114 |
| Esurance Ins Co as Sub of Rosa<br>Peralta C O Second Look<br>1393 Veterans Hwy 200 South<br>Hauppauge NY  11788-3066 | Second Look Inc.<br>360 Motor Pkwy Ste 500<br>Hauppauge NY  11788-5182 |
| Exclusive Repair and Tire Serv<br>77a Jersey St<br>West Babylon NY  11704-1228 | Exclusive Repair & Tire<br>_____ Watkins Ter<br>Amityville NY  11701-1200 |
| Integrity Copy Systems<br>Jill Mundis<br>1150 N Sherman St Ste 100<br>York PA  17402-2123 | Integrity Copy Systems<br>Block Business Systems<br>Jill Mundis<br>221 W Philadelphia St Ste 14<br>York, PA 17401-2992 |
| Liberty Mutual Ins as Sub for Leon<br>Bramson CO Liberty Mutual<br>PO Box 10006 Claims Fin Ops<br>Manchester NH  03108-1006 | Liberty Mutual Insurance<br>PO Box 2825<br>New York, NY  10116-2825 |
| Liberty Mutual Ins as Sub of Niles<br>V Reker<br>Claims Fin Ops<br>POB 10006<br>Manchester NH  03108-1006 | Liberty Mutual Insurance<br>PO Box 2825<br>New York, NY  10116-2825 |
| Liberty Mutual Insurance Co. as<br>Sub of James E Rollins<br>Atn: Claims Fin Ops–POB 10006<br>Manchester NH  03108-1006 | Liberty Mutual Insurance<br>PO Box 2825<br>New York NY  10116-2825 |

| | |
|---|---|
| Matilde Peguero and Krevat Law Office<br>159 Derby St<br>Salem MA  01970-5637 | Krevat Law Office<br>7 Kimball Ln # A<br>Lynnfield MA  01940 |