**GIBBONS P.C.**
Karen A. Giannelli, Esq.
Mark B. Conlan, Esq.
Brett S. Theisen, Esq.
One Gateway Center
Newark, New Jersey  07102
Telephone:  (973) 596-4500
Facsimile:  (973) 596-0545
E-mail:  kgiannelli@gibbonslaw.com
             mconlan@gibbonslaw.com
             btheisen@gibbonslaw.com

Counsel to the Debtors
and Debtors-in-Possession

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC., et al.,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 19-12809 (JKS)<br><br>(Jointly Administered) |

**NOTICE OF FILING OF FINAL MONTHLY COMPENSATION AND STAFFING REPORT BY PHOENIX MANAGEMENT SERVICES, LLC FOR THE PERIOD FROM DECEMBER 30, 2019 THROUGH JANUARY 31, 2020**

PLEASE TAKE NOTICE that on February 11, 2019, New England Motor Freight, Inc. and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), filed the *Motion of Debtors for Authority to Retain and Employ Phoenix Management Services, LLC Effective as of Petition Date to Provide a Chief Restructuring Officer, Deputy Chief Restructuring Officers, and Supporting Personnel* [Docket No 16], with the United States Bankruptcy Court for the District of New Jersey (the "**Court**").

PLEASE TAKE FURTHER NOTICE that on February 13, 2019, the Court entered the *Order Authorizing Debtors to Retain and Employ Phoenix Management Services, LLC Effective as of Petition Date to Provide a Chief Restructuring Officer, Deputy Chief*

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows:  New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC (4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMF Logistics, LLC (4666).

2720890.2 115719-100281

*Restructuring Officers, and Supporting Personnel* [Docket No. 42] (the "**Phoenix Retention Order**").

PLEASE TAKE FURTHER NOTICE that, in accordance with the Phoenix Retention Order, Phoenix Management Services, LLC hereby files its final monthly compensation and staffing Report for the period from December 30, 2019 through January 31, 2020 in the form attached hereto as **Exhibit 1**.

Dated:  January 30, 2020

Respectfully submitted,

**GIBBONS P.C.**

By: /s/ Karen A. Giannelli
    Karen A. Giannelli, Esq.
    Mark B. Conlan, Esq.
    Brett S. Theisen, Esq.
    One Gateway Center
    Newark, New Jersey  07102
    Telephone:  (973) 596-4500
    Facsimile:  (973) 596-0545
    E-mail:  kgiannelli@gibbonslaw.com
           mconlan@gibbonslaw.com
           btheisen@gibbonslaw.com

*Counsel to the Debtors
and Debtors-in-Possession*

2720890.2 115719-100281

# Exhibit 1

Phoenix Management Services, LLC ("Phoenix") hereby submits this Twelfth and Final Monthly Report of Compensation Earned and Expenses Incurred (the "Report") for the period December 30, 2019 through January 31, 2020 (five weeks) for compensation and reimbursement of costs and expenses incurred pursuant to its engagement, which was approved by order of the Bankruptcy Court on February 13, 2019 [Docket No. 42] (the "Retention Order").

Under the Retention Order, the Debtors are authorized to compensate Phoenix a flat weekly fee of $30,000 pursuant to the terms of the Engagement Letter for the services of the CRO as well as a flat weekly expense reimbursement of $300 as reimbursement of expenses related to items such as facsimile charges and other support charges.  By agreement, beginning the week of August 12, 2019, the CRO is paid on an hourly basis.  Phoenix's fees for the CRO during this five-week period were $21,250.00.

Under the Retention Order, the Debtors are also authorized to compensate Phoenix weekly or monthly with respect to time and expenses incurred by other of its staff.  Phoenix's fees for its other staff during this five-week period were $56,707.50.

Pursuant to the Retention Order, parties in interest may file an objection, if any, to this Report within fourteen (14) days from the date of filing of this Report.

| Attachment | Description |
|---|---|
| Exhibit A | Summary of Compensation |
| Exhibit A1 | Time Summary by Matter Code |
| Exhibit A2 | Time Summary by Professional |
| Exhibit A3 | Time Entry Detail |
| Exhibit B1 | Expense Summary by Category |
| Exhibit B2 | Expense Item Detail |

**EXHIBIT A:**
**Summary of Compensation for the period of December 30, 2019 through January 31, 2020**

| Project Name | Professional Fees | Expenses | Total | Payments Received | Unpaid |
|---|---|---|---|---|---|
| Shevell BK  - CRO | $21,250.00 | $707.30 | $21,957.30 | $21,957.30 | $0.00 |
| Shevell BK -  Others | $56,707.50 | $213.00 | $56,920.50 | $56,920.50 | $0.00 |
| Totals: | $77,957.50 | $920.30 | $78,877.80 | $78,877.80 | $0.00 |

# EXHIBIT A1

**Time Summary by Matter for the period of December 30, 2019 through January 31, 2020**

**Shevell BK - CRO**

| Matter Description | Total Fees Requested |
|---|---|
| Operational Management | $ 21,250.00 |
| **Totals** | **$ 21,250.00** |

**Shevell BK - OTHERS**

| Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|
| Administration - Fee Applications | 1.1 | $ 165.00 |
| Administration - Billable Travel | 2.5 | $ 825.00 |
| Financial & Cash Management | 132.5 | $ 55,717.50 |
| **Totals** | **136.1** | **$ 56,707.50** |

**Combined Totals**

| Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|
| Administration - Fee Applications | 1.1 | $ 165.00 |
| Administration - Billable Travel | 2.5 | $ 825.00 |
| Financial & Cash Management | 132.5 | $ 55,717.50 |
| Operational Management | Total for CRO | $ 21,250.00 |
| **Totals** | **136.1** | **$ 77,957.50** |

**Matter Descriptions**

1. **Analysis of Financials, Models, etc.**
   Includes analysis of historical operations, historical cash flows, significant Balance Sheet and P&L accounts and other related financial analysis

2. **Bankruptcy – Administration**
   Drafting and reviewing court filed and internal documents related to the application and retention process; meetings and correspondence related to the application and retention process; staffing report and other administrative matters

3. **Bankruptcy - Advise company regarding elements of any proposed Reorganization.**
   This includes strategies to liquidate rolling stock and other assets, and the sale of Eastern.

4. **Bankruptcy - Advise company regarding strategy w/creditors, customers, others**
   Includes meeting with creditors, UCC communications, Secured Lender communications, shareholders and major customers

5. **Bankruptcy - Assist in preparation/review schedules, SOFAs, 1st day Motions, MORs**
   Assist company personnel in all matters related to the preparation of schedules, SOFAs, MOR's and First Day motions.

6. **Bankruptcy - Billable Travel**
   Travel time incurred among CRO (Chief Restructuring Officer) and Phoenix personnel in connection with providing services rendered; mostly travel time to the Debtor's offices located in Elizabeth, NJ.

7. **Bankruptcy - Budget, Forecast, Scorecard Preparation**

Includes preparation of weekly Cash Flow forecasts, weekly scorecards, MOR's, and other related financial forecasts and analysis.

8. **Bankruptcy - Court Hearing & Preparation**
   Serving as the authorized representative of the Debtors in Chapter 11 cases; preparing for and attending hearings and meetings with the Office of the Trustee

9. **Bankruptcy - Creditor & Vendor Interface**
   Communicating with vendors and creditors regarding case matters, advising supply chain personnel, evaluate individual claims and negotiate payments; meetings and correspondences with counsel regarding vendor and creditor matters and settlements; tracking and reporting of vendor and creditor management activities

10. **Bankruptcy - Financial & Cash Management**
    Daily review of cash disbursements and receipt activity. Manage cash activity to remain in compliance with cash flow budgets. Review accounts receivable collections. Scorecard activities.

11. **Bankruptcy - Interface with Committee/Committee Counsel**
    Meeting with professionals of Creditors' Committee and Committee counsel; preparing and providing financial and other requested information

12. **Bankruptcy - Operational Management**
    CRO—Interface with operations Management on all activities

13. **Bankruptcy - Sale of Assets**
    Select and work with Liquidator on the Auction of all NEMF Rolling Stock and other Assets. All activities related to the sale of Eastern.

14. **Communication - Phoenix Team**
    Work by Phoenix professionals organizing and coordinating our efforts, providing updates on individual conversations and activities, developing and refining our work streams, and developing strategies regarding sequencing of work and communications with parties of interest

15. **Valuation & Related Matters**
    Work with Liquidator on establishing low high values for rolling stock

**EXHIBIT A2:**
**Time Summary by Professional** for the period of December 30, 2019 through January 31, 2020

### Shevell BK - CRO

| Professional | Position Title | Flat Rate per hour | Total Net Compensation |
|---|---|---|---|
| Vincent Colistra | CRO | $ 625.00 | $21,250.00 |
| | Totals | | **$21,250.00** |

### Shevell BK - OTHERS

| Professional | Position Title | Rate | Total Hours | Total Compensation |
|---|---|---|---|---|
| Al Mink | Managing Director | $ 525.00 | 90.90 | $47,722.50 |
| Kevin Doyle | Analyst | $ 200.00 | 44.10 | $8,820.00 |
| Stacey Miller | Office/Billing Manager | $ 150.00 | 1.10 | $165.00 |
| | Totals | | **136.10** | **$56,707.50** |

### Totals

| Professional | Position Title | Rate | Total Hours | Total Compensation |
|---|---|---|---|---|
| Vincent Colistra | CRO | $ 625.00 | Total for CRO | $21,250.00 |
| Al Mink | Managing Director | $ 525.00 | 90.90 | $47,722.50 |
| Kevin Doyle | Analyst | $ 200.00 | 44.10 | $8,820.00 |
| Stacey Miller | Office/Billing Manager | $ 150.00 | 1.10 | $165.00 |
| | Totals | | **136.10** | **$77,957.50** |

2720890.2 115719-100281

**EXHIBIT A3:**
**Time Entry Detail** for the period of December 30, 2019 through January 31, 2020

**Project Time Records by Task Code**

| Professional | Position Title | Task Code | Service Period | Total Billed Hours | Rate | Total Fees | Total Compensation |
|---|---|---|---|---|---|---|---|
| Vincent Colistra | CRO | Bankruptcy - Operational Management | 12/30/219-01/05/20 | 1.50 | $625.00 | $937.50 | $937.50 |
| Vincent Colistra | CRO | Bankruptcy - Operational Management | 01/06/20-01/12/20 | 14.50 | $625.00 | $9,062.50 | $9,062.50 |
| Vincent Colistra | CRO | Bankruptcy - Operational Management | 01/13/20-01/19/20 | 13.50 | $625.00 | $8,437.50 | $8,437.50 |
| Vincent Colistra | CRO | Bankruptcy - Operational Management | 01/20/20-01/26/20 | 0.00 | $625.00 | $0.00 | $0.00 |
| Vincent Colistra | CRO | Bankruptcy - Operational Management | 01/27/20-01/31/20 | 4.50 | $625.00 | $2,812.50 | $2,812.50 |
| | Totals | | | | | | $21,250.00 |

2720890.2 115719-100281

**Phoenix Management**  
110 Commons Court  
Chadds Ford, PA 19317-9716  
Tel: 610-358-4700 Fax: 610-358-9377

*Project Time Records by Task Code*

Printed on: 1/29/2020  
Page 1 of 3

**Filters Used:**
- Time Entry Date:        12/30/2019  to  1/31/2020
- Project ID:          Shevell BK - NEMF:  to  Shevell BK - NEMF:

*📄 = Invoiced (mouse over for #),  ✏ = Marked as Billed,  ◆ = Non-Billable, ✖ = Xtra*

**Project ID - Name (Manager): Shevell BK - NEMF: -** *Shevell BK - NEMF* **(Vincent Colistra)**

| Day | Date | Employee | Description | Hrs | B-Hrs | Amount | * |
|---|---|---|---|---|---|---|---|
| *Bankruptcy - Admin - Fee Application* | | | | | | | |
| *S Miller* | | | | | | | |
| Thur | 1/2/2020 | S Miller | Bankruptcy - Admin - Fee Application<br>Prepare 11th monthly staffing report and send for approval | 0.80 | 0.80 | $120.00 | 📄 |
| Fri | 1/17/2020 | S Miller | Bankruptcy - Admin - Fee Application<br>Prepare for next monthly fee statement | 0.30 | 0.30 | $45.00 | 📄 |
| | | | S Miller **Total:** | 1.10 | 1.10 | $165.00 | |
| | | | Bankruptcy - Admin - Fee Application **Total:** | 1.10 | 1.10 | $165.00 | |
| *Bankruptcy - Billable Travel* | | | | | | | |
| *A Mink* | | | | | | | |
| Tues | 1/14/2020 | A Mink | Bankruptcy - Billable Travel<br>Round trip office to Newark court house for Confirmation hearing. | 2.00 | 1.00 | $525.00 | 📄 |
| | | | A Mink **Total:** | 2.00 | 1.00 | $525.00 | |
| *K Doyle* | | | | | | | |
| Tues | 1/14/2020 | K Doyle | Bankruptcy - Billable Travel<br>Travel to Newark and back | 3.00 | 1.50 | $300.00 | 📄 |
| | | | K Doyle **Total:** | 3.00 | 1.50 | $300.00 | |
| | | | Bankruptcy - Billable Travel **Total:** | 5.00 | 2.50 | $825.00 | |
| *Bankruptcy - Financial & Cash Management* | | | | | | | |
| *A Mink* | | | | | | | |
| Mon | 12/30/2019 | A Mink | Bankruptcy - Financial & Cash Management<br>Confirming payment of 2nd interim fees and various emails on financial matters | 4.00 | 4.00 | $2,100.00 | 📄 |
| Tues | 12/31/2019 | A Mink | Bankruptcy - Financial & Cash Management<br>Professional fees, records storage, other matters | 3.00 | 3.00 | $1,575.00 | 📄 |
| Thur | 1/2/2020 | A Mink | Bankruptcy - Financial & Cash Management<br>Professional fees, cash management, emails on financial matters | 4.50 | 4.50 | $2,362.50 | 📄 |
| Fri | 1/3/2020 | A Mink | Bankruptcy - Financial & Cash Management<br>Professional fees, cash management, emails on financial matters | 3.90 | 3.90 | $2,047.50 | 📄 |
| Mon | 1/6/2020 | A Mink | Bankruptcy - Financial & Cash Management<br>Emails and calls on post confirmation matters | 4.00 | 4.00 | $2,100.00 | 📄 |
| Tues | 1/7/2020 | A Mink | Bankruptcy - Financial & Cash Management<br>Emails and calls on post confirmation matters | 5.00 | 5.00 | $2,625.00 | 📄 |
| Wed | 1/8/2020 | A Mink | Bankruptcy - Financial & Cash Management<br>Emails, calls and conferences on various items to complete before confirmation | 5.00 | 5.00 | $2,625.00 | 📄 |
| Thur | 1/9/2020 | A Mink | Bankruptcy - Financial & Cash Management<br>Emails, calls and conferences on various items to complete before confirmation | 4.00 | 4.00 | $2,100.00 | 📄 |
| Fri | 1/10/2020 | A Mink | Bankruptcy - Financial & Cash Management | 5.00 | 5.00 | $2,625.00 | 📄 |

**Phoenix Management**  
110 Commons Court  
Chadds Ford, PA 19317-9716  
Tel: 610-358-4700 Fax: 610-358-9377

Project Time Records by Task Code

Printed on: 1/29/2020  
Page 2 of 3

Filters Used:
- Time Entry Date:    12/30/2019 to 1/31/2020
- Project ID:    Shevell BK - NEMF: to Shevell BK - NEMF:

*📄 = Invoiced (mouse over for #), ✏ = Marked as Billed, ◆ = Non-Billable, ✘ = Xtra*

**Project ID - Name (Manager): Shevell BK - NEMF: -** *Shevell BK - NEMF* **(Vincent Colistra)**

| Day | Date | Employee | Description | Hrs | B-Hrs | Amount | * |
|---|---|---|---|---:|---:|---:|---|
| *Bankruptcy - Financial & Cash Management* | | | | | | | |
| Mon | 1/13/2020 | A Mink | Emails, calls and conferences on various items to complete before confirmation<br>Bankruptcy - Financial & Cash Management | 3.00 | 3.00 | $1,575.00 | 📄 |
| Tues | 1/14/2020 | A Mink | Emails and other matters in regards to cash management<br>Bankruptcy - Financial & Cash Management | 2.50 | 2.50 | $1,312.50 | 📄 |
| Wed | 1/15/2020 | A Mink | Court confirmation hearing<br>Bankruptcy - Financial & Cash Management | 2.00 | 2.00 | $1,050.00 | 📄 |
| Thur | 1/16/2020 | A Mink | Cash management, emails, other financial matters<br>Bankruptcy - Financial & Cash Management | 2.00 | 2.00 | $1,050.00 | 📄 |
| Fri | 1/17/2020 | A Mink | Cash management, emails, other financial matters<br>Bankruptcy - Financial & Cash Management | 2.00 | 2.00 | $1,050.00 | 📄 |
| Mon | 1/20/2020 | A Mink | Cash management, emails, other financial matters<br>Bankruptcy - Financial & Cash Management | 5.00 | 5.00 | $2,625.00 | 📄 |
| Tues | 1/21/2020 | A Mink | Gather transition items, discuss transition with UCC, emails on Financial Matters<br>Bankruptcy - Financial & Cash Management | 5.00 | 5.00 | $2,625.00 | 📄 |
| Wed | 1/22/2020 | A Mink | Gather transition items, discuss transition with UCC, emails on Financial Matters<br>Bankruptcy - Financial & Cash Management | 5.00 | 5.00 | $2,625.00 | 📄 |
| Thur | 1/23/2020 | A Mink | Gather transition items, discuss transition with UCC, emails on Financial Matters<br>Bankruptcy - Financial & Cash Management | 5.00 | 5.00 | $2,625.00 | 📄 |
| Fri | 1/24/2020 | A Mink | Gather transition items, discuss transition with UCC, emails on Financial Matters<br>Bankruptcy - Financial & Cash Management | 5.00 | 5.00 | $2,625.00 | 📄 |
| Mon | 1/27/2020 | A Mink | Gather transition items, discuss transition with UCC, emails on Financial Matters<br>Bankruptcy - Financial & Cash Management | 5.00 | 5.00 | $2,625.00 | 📄 |
| Tues | 1/28/2020 | A Mink | Transition items, financial emails, other wrap up items<br>Bankruptcy - Financial & Cash Management | 5.00 | 5.00 | $2,625.00 | 📄 |
| Wed | 1/29/2020 | A Mink | Transition items, financial emails, other wrap up items<br>Bankruptcy - Financial & Cash Management | 5.00 | 5.00 | $2,625.00 | 📄 |
| | | | Transition items, financial emails, other wrap up items | | | | |
| | | | **A Mink Total:** | **89.90** | **89.90** | **$47,197.50** | |
| *K Doyle* | | | | | | | |
| Thur | 1/2/2020 | K Doyle | Bankruptcy - Financial & Cash Management<br>Updating November MORs | 2.00 | 2.00 | $400.00 | 📄 |
| Fri | 1/3/2020 | K Doyle | Bankruptcy - Financial & Cash Management<br>Updating MORs November | 2.50 | 2.50 | $500.00 | 📄 |
| Mon | 1/6/2020 | K Doyle | Bankruptcy - Financial & Cash Management<br>Updating cash analyses and distribution waterfall for confirmation, November MORs | 3.60 | 3.60 | $720.00 | 📄 |
| Tues | 1/7/2020 | K Doyle | Bankruptcy - Financial & Cash Management | 4.40 | 4.40 | $880.00 | 📄 |

BillQuick Standard Report Copyright © BQE Software, Inc.

**Phoenix Management**  Project Time Records by Task Code

110 Commons Court
Chadds Ford, PA 19317-9716
Tel: 610-358-4700 Fax: 610-358-9377

Printed on: 1/29/2020

Page 3 of 3

Filters Used:
- Time Entry Date:        12/30/2019 to 1/31/2020
- Project ID:             Shevell BK - NEMF: to Shevell BK - NEMF:

*📄 = Invoiced (mouse over for #), 🖊 = Marked as Billed, ◆ = Non-Billable, ✖ = Xtra*

**Project ID - Name (Manager): Shevell BK - NEMF: -** *Shevell BK - NEMF* **(Vincent Colistra)**

| Day | Date | Employee | Description | Hrs | B-Hrs | Amount | * |
|---|---|---|---|---|---|---|---|
| *Bankruptcy - Financial & Cash Management* | | | | | | | |
| Wed | 1/8/2020 | K Doyle | Updating Confirmation Declaration, Distribution Waterfall analysis<br>Bankruptcy - Financial & Cash Management | 3.50 | 3.50 | $700.00 | 📄 |
| Thur | 1/9/2020 | K Doyle | Updating Distribution Waterfall analysis & claims<br>Bankruptcy - Financial & Cash Management | 4.00 | 4.00 | $800.00 | 📄 |
| Fri | 1/10/2020 | K Doyle | Updating distribution analysis and waterfall<br>Bankruptcy - Financial & Cash Management | 4.20 | 4.20 | $840.00 | 📄 |
| Mon | 1/13/2020 | K Doyle | Distribution analysis & professional fees updates<br>Bankruptcy - Financial & Cash Management | 3.50 | 3.50 | $700.00 | 📄 |
| Tues | 1/14/2020 | K Doyle | Finalizing November MORs<br>Bankruptcy - Financial & Cash Management | 3.00 | 3.00 | $600.00 | 📄 |
| Fri | 1/17/2020 | K Doyle | Confirmation Hearing at Newark BK Court November MORs<br>Bankruptcy - Financial & Cash Management | 7.50 | 7.50 | $1,500.00 | 📄 |
| Mon | 1/20/2020 | K Doyle | December MORs<br>Bankruptcy - Financial & Cash Management | 2.90 | 2.90 | $580.00 | 📄 |
| Thur | 1/23/2020 | K Doyle | Finishing MORs December<br>Bankruptcy - Financial & Cash Management<br>Call with Liquidating Trustee and transition items | 1.50 | 1.50 | $300.00 | 📄 |
| | | | **K Doyle Total:** | 42.60 | 42.60 | $8,520.00 | |
| | | | **Bankruptcy - Financial & Cash Management Total:** | 132.50 | 132.50 | $55,717.50 | |
| | | | **Project Shevell BK - NEMF: Total:** | 138.60 | 136.10 | $56,707.50 | |
| | | | **Grand Total:** | 138.60 | 136.10 | $56,707.50 | |

**EXHIBIT B1:**

**Expense Summary by Category for the period of December 30, 2019 through January 31, 2020**

| Expense Category | Shevell BK CRO Amounts | Shevell BK Others Amounts | Total | Payments Received | Unpaid |
|---|---|---|---|---|---|
| Administrative & Support | $600.00 | $0.00 | $600.00 | $600.00 | $0.00 |
| Mileage NR | $69.00 | $0.00 | $69.00 | $69.00 | $0.00 |
| Mileage | $0.00 | $149.50 | $149.50 | $149.50 | $0.00 |
| Parking | $25.00 | $40.00 | $65.00 | $65.00 | $0.00 |
| Tolls | $13.30 | $23.50 | $36.80 | $36.80 | $0.00 |
| **Totals** | **$707.30** | **$213.00** | **$920.30** | **$920.30** | **$0.00** |

**Exhibit B2:**

**Expense Item Detail for the period of December 30, 2019 through January 31, 2020**

# Phoenix Management

110 Commons Court
Chadds Ford, PA 19317-9716
Tel: 610-358-4700 Fax: 610-358-9377

**Expenses By Item**

Printed on: 1/29/2020
Page 1 of 1

Filters Used:
- Expense Log Date:    12/30/2019 to 1/31/2020
- Expense Log Project ID:    Shevell BK VC - NEMF: to Shevell BK VC - NEMF:

| Date | Employee ID | Project ID | Units | Amount | Memo |
|---|---|---|---|---|---|
| **Admin: - Administrative & Support** | | | | | |
| 1/10/2020 | Administrative | Shevell BK VC - NEMF: | 1.00 | $300.00 | Weekly Admin Fee |
| 1/17/2020 | Administrative | Shevell BK VC - NEMF: | 1.00 | $300.00 | Weekly Admin Fee |
| | | Admin: Sub-Total: | | **$600.00** | |
| **Mileage NR: - Mileage** | | | | | |
| 1/14/2020 | V Colistra | Shevell BK VC - NEMF: | 120.00 | $69.00 | 120 miles to Gibbons/Court in Newark |
| | | Mileage NR: Sub-Total: | | **$69.00** | |
| **Parking: - Parking** | | | | | |
| 1/14/2020 | V Colistra | Shevell BK VC - NEMF: | 1.00 | $25.00 | Parking at Gibbons office in Newark |
| | | Parking: Sub-Total: | | **$25.00** | |
| **TOLLS BILLABLE:: - Tolls** | | | | | |
| 1/14/2020 | V Colistra | Shevell BK VC - NEMF: | 1.00 | $13.30 | Tolls on NJ Turnpike to and from Gibbons office |
| | | TOLLS BILLABLE:: Sub-Total: | | **$13.30** | |
| | | **Grand Total:** | | **$707.30** | |

**Phoenix Management**  *Expenses By Item*

110 Commons Court
Chadds Ford, PA 19317-9716                          Printed on: 1/29/2020
Tel: 610-358-4700 Fax: 610-358-9377                          Page 1 of 1

Filters Used:
  - Expense Log Date:       12/30/2019  to  1/31/2020
  - Expense Log Project ID:      Shevell BK - NEMF:  to  Shevell BK - NEMF:

| Date | Employee ID | Project ID | Units | Amount | Memo |
|---|---|---|---|---|---|
| **Mileage: - Mileage** | | | | | |
| 1/14/2020 | K Doyle | Shevell BK - NEMF: | 170.00 | $97.75 | Travel to court in Newark for Confirmation hearing and back |
| 1/14/2020 | A Mink | Shevell BK - NEMF: | 90.00 | $51.75 | Round Trip to Newark Courthouse. |
| | | Mileage: Sub-Total: | | **$149.50** | |
| **Parking: - Parking** | | | | | |
| 1/14/2020 | A Mink | Shevell BK - NEMF: | 1.00 | $20.00 | Parking for hearing. |
| 1/14/2020 | K Doyle | Shevell BK - NEMF: | 1.00 | $20.00 | Parking for court in Newark |
| | | Parking: Sub-Total: | | **$40.00** | |
| **TOLLS BILLABLE:: - Tolls** | | | | | |
| 1/14/2020 | K Doyle | Shevell BK - NEMF: | 1.00 | $18.50 | Travel to Newark on turnpike - $6.65  Travel back via turnpike -  $6.50  Bridge into PA - $5 |
| 1/14/2020 | A Mink | Shevell BK - NEMF: | 1.00 | $5.00 | RT to Newark Court house for confirmation hearing. |
| | | TOLLS BILLABLE:: Sub-Total: | | **$23.50** | |
| | | **Grand Total:** | | **$213.00** | |