**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400
E-mail: mseymour@lowenstein.com
E-mail: jdipasquale@lowenstein.com
E-mail: mpapandrea@lowenstein.com

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 19-12809 (JKS)<br><br>(Jointly Administered) |

**NOTICE OF (A) ENTRY OF ORDER CONFIRMING THE JOINT COMBINED PLAN AND DISCLOSURE STATEMENT; (B) OCCURRENCE OF THE EFFECTIVE DATE; AND (C) CERTAIN IMPORTANT DEADLINES**

**TO ALL CREDITORS, INTEREST HOLDERS, AND OTHER PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that an order (the "Confirmation Order") [Docket No. 1123] confirming the *Debtors' and Official Committee of Unsecured Creditors' Third Amended Joint Combined Plan of Liquidation and Disclosure Statement* (as may be modified, the "Plan") [Docket No. 1023], was entered by the Honorable John K. Sherwood, United States Bankruptcy Judge, and docketed by the Clerk of the United States Bankruptcy Court for the District of New Jersey (the "Bankruptcy Court") on January 15, 2020. Capitalized terms used but not otherwise defined herein shall have the meanings given to such terms in the Plan and/or the Confirmation Order, as applicable.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC (4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMF Logistics, LLC (4666).

**PLEASE TAKE FURTHER NOTICE** that copies of the Confirmation Order, the Plan and the related documents, are available to be viewed, at no charge, on the Debtors' case website (https://www.donlinrecano.com/nemf) under "Plan & Disclosure Statement Documents," or at the Bankruptcy Court's website (www.njb.uscourts.gov).  To access the Bankruptcy Court's website, you will need a PACER password and login, which can be obtained at (https://pacer.psc.uscourts.gov/pscof/registration).

**PLEASE TAKE FURTHER NOTICE** that the Effective Date of the Plan occurred on February 3, 2020.

**PLEASE TAKE FURTHER NOTICE** that: (a) all requests for payment of Administrative Expense Claims arising after February 11, 2019, other than Professional Fee Claims and Auto Liability Claims, must be filed by no later than March 4, 2020 (the "Administrative Claims Bar Date"), and (b) all requests for payment of Professional Fee Claims must be filed by no later than April 14, 2020 (the "Professional Fee Claims Bar Date").  Holders of Administrative Expense Claims and/or Professional Fee Claims that do not timely file requests for payments of such claims by the Administrative Claims Bar Date and/or the Professional Fee Claims Bar Date, as applicable, shall be forever barred from asserting such claims against the Debtors, the Debtors' estates, or the Liquidating Trust.

**PLEASE TAKE FURTHER NOTICE** that, except as otherwise provided for in the Plan, all Executory Contracts and Unexpired Leases shall be deemed rejected as of the Effective Date pursuant to Article XI of the Plan, in accordance with and subject to the provisions and requirements of Sections 365 and 1123 of the Bankruptcy Code, except to the extent that: (a) the Debtors previously have assumed, assumed and assigned, or rejected such Executory Contract or Unexpired Lease, (b) such Executory Contract or Unexpired Lease expired or terminated pursuant to its own terms or by agreement of the parties thereto, or (c) prior to the Effective Date, the Debtors have filed a motion to assume, assume and assign, or reject an Executory Contract or Unexpired Lease on which the Bankruptcy Court has not yet ruled.  All claims ("Rejection Claims") arising out of the rejection of Executory Contracts and/or Unexpired Leases that are deemed to be rejected pursuant to Article XI of the Plan must be filed and served on the Debtors' claims and noticing agent, Donlin Recano & Company, Inc. ("DRC"), on or before March 9, 2020 (the "Rejection Claims Bar Date"), either by:

> (i) Electronically via the interface available on DRC's website at https://www.donlinrecano.com/Clients/nemf/FileRejectionClaim or
>
> (ii) Via U.S. Mail or other hand delivery method to the following address
>
> **If Proof of Claim is sent by mail, send to:**
>
> Donlin, Recano & Company, Inc.
> Re: New England Motor Freight, Inc., et al.
> P.O. Box 199043
> Blythebourne Station
> Brooklyn, NY 11219

> **If Proof of Claim is sent by Overnight Courier or Hand Delivery, send to:**
>
> Donlin, Recano & Company, Inc.
> Re: New England Motor Freight, Inc., et al.
> 6201 15th Avenue
> Brooklyn, NY 11219

**PLEASE TAKE FURTHER NOTICE** that a Rejection Claim will be deemed timely filed only when actually received by DRC by one of the methods listed above on or before the Rejection Claims Bar Date. Proof of Claim Forms may not be delivered via facsimile or electronic mail transmission. Rejection Claims that are not timely filed by the Rejection Claim Bar Date shall be discharged and forever barred against the Debtors, their Estates and/or the Liquidating Trust.

**PLEASE TAKE FURTHER NOTICE** that except as otherwise provided in the Plan, the Liquidating Trustee shall file objections to Claims by no later than February 2, 2021 (unless extended by an Order of the Bankruptcy Court).

**PLEASE TAKE FURTHER NOTICE** that pursuant to paragraph 22 of the Confirmation Order, the Chapter 11 Cases of Debtors Hollywood Solar and United Solar have been deemed dismissed as of the Effective Date pursuant to Sections 105(a) and 1112(b) of the Bankruptcy Code.

**PLEASE TAKE FURTHER NOTICE** that pursuant to paragraph 37 of the Confirmation Order and Article XIV.U. of the Plan, the Chapter 11 Cases of all of the Debtors—other than the Chapter 11 Cases of New England Motor Freight, Inc. (Case No. 19-12809) and Eastern Freight Ways, Inc. (Case No. 19-12812), which shall remain open until their Estates are fully administered pursuant to the Plan—shall be closed as of the Effective Date. The Chapter 11 Cases that shall be closed as of the Effective Date are as follows:

- Apex Logistics, Inc.            (Case No. 19-12815)
- Carrier Industries, Inc.        (Case No. 19-12820)
- Hollywood Avenue Solar, LLC     (Case No. 19-12818)
- Jans Leasing Corp.              (Case No. 19-12824)
- Myar, LLC                       (Case No. 19-12827)
- MyJon, LLC                      (Case No. 19-12828)
- NEMF World Transport, Inc.      (Case No. 19-12826)
- NEMF Logistics, LLC             (Case No. 19-12821)
- United Express Solar, LLC       (Case No. 19-12830)

**PLEASE TAKE FURTHER NOTICE** that the Plan, the Confirmation Order, and their terms and provisions are binding upon and inure to the benefit of the Debtors, the Estates, the Holders of Claims, and the Holders of Equity Interests, and their respective successors and assigns, irrespective of whether such Claims or Equity Interests are impaired under the Plan or whether the Holders of such Claims or Equity Interests have accepted the Plan.

**PLEASE TAKE FURTHER NOTICE** that after the Effective Date, any Entities or Persons that want to continue to receive notice in these Chapter 11 Cases must file a renewed request to receive documents pursuant to Bankruptcy Rule 2002 within thirty (30) days of the Effective Date of the Plan.  To the extent a renewed request is not filed with the Bankruptcy Court, the Liquidating Trustee is authorized to limit notice and not include such Entities or Persons on any official post-Effective Date service lists.

February 3, 2020
Newark, New Jersey

**LOWENSTEIN SANDLER LLP**

/s/ *Joseph J. DiPasquale*
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400
E-mail: mseymour@lowenstein.com
E-mail: jdipasquale@lowenstein.com
E-mail: mpapandrea@lowenstein.com

- and -

**ELLIOTT GREENLEAF, P.C.**
Rafael X. Zahralddin, Esq.
Jonathan M. Stemerman, Esq.
Sarah Denis, Esq.
1105 Market Street, Suite 1700
Wilmington, DE 19801
Telephone: (302) 384-9400
Facsimile: (302) 384-9399
E-mail: rxza@elliottgreenleaf.com
E-mail: jms@elliottgreenleaf.com
E-mail: sxd@elliottgreenleaf.com

*Co-Counsel to the Liquidating Trustee*