**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**

----------------------------------------------------------------X
In re:                                                          :   Chapter 11
                                                                :
**NEW ENGLAND MOTOR FREIGHT, INC., ET AL**                      :   Case No. 19-12809 (JKS)
                                                                :
                                                                :   Jointly Administered
                        **Debtors**                             :
----------------------------------------------------------------X

**DECLARATION OF MAILING NOTIFYING TRANSFEROR(S) AND TRANSFEREE(S)
REGARDING NOTICE(S) OF TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001
(e) (1) and/or (e) (2)**

STATE OF  **NEW YORK**     )
                           )   SS:
COUNTY OF **KINGS**        )

I, Tina Carr declare:

1. I am over the age of 18 years and not a party to the within action.

2. I am employed by Donlin, Recano and Company, Inc., 6201 15th Avenue, Brooklyn, NY 11219.

3. On the 4th day of February, 2020, I received a copy of Notice(s) of Transfer of Claim ownership for Docket No(s). #1149 as printed from the docket maintained by the court for the captioned debtor.

4. On the 4th day of February, 2020, I sent a copy of the Notice(s) of Transfer of Claim ownership pursuant to FRBP 3001 (e) (1) and/or (e) (2) to the Transferor and Transferee via first class mail, postage prepaid and by depositing same in a mail box maintained by the U.S. Postal Service.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 4th day of February, 2020 at Brooklyn, New York.

By _____
Tina Carr

Sworn before me this
4th day of February 2020

_____
Notary Public

SUNG JAE KIM
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01KI6211176
MY COMM. EXP. SEPTEMBER 14, 2021

**B2100B (12/15)**

# United States Bankruptcy Court
## District of New Jersey

In re NEW ENGLAND MOTOR FREIGHT INC.                Case No. 19-12809

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. _____ (if known) was filed or deemed filed under 11 U.S.C. §1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 1-30-20 Dkt # 1149.

| | |
|---|---|
| ERTS EMERGENCY RESPONSE (HEPACO) | ARGO PARTNERS |
| Name of Alleged Transferor | Name of Transferee |
| | |
| Address of Alleged Transferor: | Address of Transferee: |
| PO BOX 7233 | 12 W 37TH ST 9TH FL |
| CLEVELAND, OH 44192 | NEW YORK, NY 10018 |

### ~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within **twenty-one (21)** days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 2/4/20

DONLIN, RECANO & COMPANY, INC.
FOR THE
USBC DISTRICT OF NEW JERSEY
_____
CLERK OF THE COURT