MAYNARD, O'CONNOR, SMITH & CATALINOTTO, LLP
By: Justin W. Gray, Esq.
**Attorneys for Creditor, Daniel Rinaldi**
6 Tower Place
Albany, New York 12203
Telephone: (518) 465-3553
Facsimile: (518) 465-5845
E-mail: gray@moscllp.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>**NEW ENGLAND MOTOR FREIGHT, INC.**<br><br>et al.[1]<br><br>Debtor. | NOTICE OF WITHDRAWAL OF MOTION FOR RELIEF FROM AUTOMATIC STAY<br><br>Chapter 11<br><br>Case No.: 19-12809-JKS |

PLEASE TAKE NOTICE that Creditor, Daniel Rinaldi, hereby withdrawals his motion for relief from the automatic stay (dkt. 378).

Dated: February 4, 2020

MAYNARD, O'CONNOR, SMITH & CATALINOTTO, LLP

By: /s/ Justin W. Gray
Justin W. Gray, Esq.
Attorneys for Daniel Rinaldi
6 Tower Place
Albany, New York 12203
(518) 465-3553

TO: ALL counsel/Master service list VIA ECF

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC (4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMF Logistics, LLC (4666).

{M0926731.1}