RIKER DANZIG SCHERER HYLAND & PERRETTI LLP
Joseph L. Schwartz, Esq. (JS-5525)
Adam Garrastegui, Esq. (AG-1889)
Headquarters Plaza, One Speedwell Avenue
Morristown, New Jersey 07962-1981
Telephone: (973) 538-0800
Facsimile: (973) 538-1984
jschwartz@riker.com
agarrastegui@riker.com

*Counsel to United States Fire Insurance Company*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In re:                                  | Chapter 11                  |
|-----------------------------------------|-----------------------------|
| NEW ENGLAND MOTOR FREIGHT, INC., *et al.*,[1] | Case No. 19-12809 (JKS)     |
|                               Debtors.  | (Jointly Administered)      |

**SUPPLEMENTAL NOTICE OF APPEARANCE PURSUANT TO BANKRUPTCY RULES 2002, 9007, AND 9010(b) AND DEMAND FOR SERVICE OF PAPERS ON BEHALF OF UNITED STATES FIRE INSURANCE COMPANY**

**PLEASE TAKE NOTICE** that, in accordance with the Notice of (A) Entry of Order Confirming the Joint Combined Plan and Disclosure Statement; (B) Occurrence of the Effective Date; and (C) Certain Important Deadlines [Docket No. 1153], Riker, Danzig, Scherer, Hyland & Perretti LLP hereby appears in the above-captioned chapter 11 cases on behalf of United States Fire Insurance Company ("U.S. Fire") pursuant to Rules 2002, 9007, 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Rules"), and demand is hereby made for copies of all

---

[1] The Debtors in these Chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC (4357); Mylon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMF Logistics, LLC (4666).

notices given or required to be given in these chapter 11 cases (the "Cases") and all papers served in the Cases (including, but not limited to, all papers filed and served in all adversary proceedings in the Cases, and all notices mailed only to statutory committees or their authorized agents and to creditors and equity security holders who file with the Court a request that all notices be mailed to them) be given to and served upon the following at the address, telephone number and electronic mail address listed:

RIKER DANZIG SCHERER HYLAND & PERRETTI LLP
Joseph L. Schwartz, Esq. (jschwartz@riker.com)
Adam Garrastegui, Esq. (agarrastegui@riker.com)
Headquarters Plaza, One Speedwell Avenue
Morristown, New Jersey 07962-1981
Telephone: (973) 538-0800
Facsimile: (973) 538-1984

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only notices and papers referred to in the Rules specified above but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telecopy or otherwise, which affects the Debtors or the property of the Debtors.

**PLEASE TAKE FURTHER NOTICE** that demand is also made that the undersigned be added to the Master Service List for notice of all contested matters, adversary proceedings and other proceedings in the Cases.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance is without prejudice to U.S. Fire's rights, remedies and claims against the Debtors and any other entities either in the Cases or in any other action, or any objection which may be made to the jurisdiction of the Court and shall not be deemed or construed to be a waiver of any objection thereto nor

shall it be deemed or construed to submit U.S. Fire to the jurisdiction of the Court. All rights, remedies and claims of U.S. Fire are hereby expressly reserved.

Dated: February 4, 2020
Morristown, New Jersey

RIKER DANZIG SCHERER HYLAND
& PERRETTI LLP

/s/ Joseph L. Schwartz
Joseph L. Schwartz, Esq. (JS-5525)

*Counsel for United States Fire Insurance Company*

5109913v1