UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
**Caption in compliance with D.N.J. LBR 9004-1(a)**

**MCELROY, DEUTSCH, MULVANEY &
CARPENTER, LLP**
Virginia T. Shea, Esq.
1300 Mount Kemble Avenue
Morristown, NJ 07962
(973) 993-8100
Fax: (973) 425-0161
E-Mail:   vshea@mdmc-law.com
*Counsel for Volvo Financial Services, a division of
VFS US LLC; Mack Financial Services, a division of
VFS US LLC and North American Transaction
Services, a division of VFS US LLC*

In re:

NEW ENGLAND MOTOR FREIGHT, INC.,

        Debtor.

Chapter 11

Case No: 19-12809 (JKS)

## RENEWED NOTICE OF APPEARANCE AND REQUEST FOR DOCUMENTS

PLEASE TAKE NOTICE that pursuant to the *Notice of (A) Entry of Order Confirming the Joint Combined Plan and Disclosure Statement; (B) Occurrence of the Effective Date; and (C) Certain Important Deadlines* filed February 3, 2020 [ Docket No. 1153], a **RENEWED** appearance is hereby entered and request is hereby made on behalf of Volvo Financial Services, a division of VFS US LLC ("Volvo Financial Services"); Mack Financial Services, a division of VFS US LLC ("Mack Financial"); and North American Transaction Services, a division of VFS US LLC ("NATS"), in accordance with 11 U.S.C. § 1109(b) and Fed. R. Bankr. P. 2002 and 9010(b) (the "Rules"), that all papers, pleadings, motions, and applications served or required to be served in the above-captioned cases, be given to and served upon:

Virginia T. Shea, Esq.
McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP

1300 Mount Kemble Avenue
Morristown, NJ 07962
(973) 993-8100
Fax: (973) 425-0161
vshea@mdmc-law.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and the papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request or demand, any plan or disclosure statement, and any answering or reply papers filed in the above-captioned cases or in any associated case or adversary proceeding.

McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
*Counsel for Volvo Financial Services, a division of VFS US LLC; Mack Financial Services, a division of VFS US LLC and North American Transaction Services, a division of VFS US LLC*

Date: February 5, 2020     By: */s/Virginia T. Shea*
   VIRGINIA T. SHEA