NEW YORK STATE OF OPPORTUNITY | Department of Labor

Andrew M. Cuomo, Governor
Roberta L. Reardon, Commissioner

WE ARE YOUR DOL

January 31, 2020

Clerk of Court
US BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
MLK JR FEDERAL BUILDING
50 WALNUT STREET
NEWARK, NJ 07102-0000

Re: NEW ENGLAND MOTOR FREIGHT INC
ER# 32-30714
BANKRUPTCY# 19-12809

Dear Sir:

We hereby withdraw our unliquidated claim which was dated March 1, 2019.

Very truly yours,

Jean Hoffman
UI Employer Compliance Agent 2
(518)457-1530

JH:jh

IA 37.1WD (6-12)