Richard J. Albuquerque, Esquire
D'ARCY JOHNSON DAY
Attorneys for Creditor, Michael Singley
3120 Fire Road
Suite 100
Egg Harbor Township, NJ 08234
Phone: (609) 641-6200
Facsimile: (609) 641-2677
Email: RA@DJD.LAW

UNITED STATES BANKRUPTCY COURT
DISCTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: | NOTICE OF WITHDRAWAL OF MOTION FOR RELIEF FROM AUTOMATIC STAY |
| NEW ENGLAND MOTOR FREIGHT, INC., ET AL1, | Case No. 19-12809-JKS |
| | CHAPTER 11 |
| Debtor, | |

PLEASE TAKE NOTICE that creditor, MICHAEL SINGLEY, hereby withdraws his motion for relief from the automatic stay (dkt. 763).

D'ARCY JOHNSON DAY

Dated: February 5, 2020

By /s/ Richard J. Albuquerque
Richard J. Albuquerque, Esquire
Attorneys for Creditor, Michael Singley
3120 Fire Road
Suite 100
Egg Harbor Township, NJ 08234
Phone: (609) 641-6200
Fax: (609)641-2677
Email: ra@djd.law

TO:    ALL counsel/Master service list VIA ECF

---

1 The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries (9223); Myar, LLC (4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMF Logistics, LLC (4666).