**McMANIMON, SCOTLAND & BAUMANN, LLC**
75 Livingston Avenue, Suite 201
Roseland, New Jersey 07068
(973) 622-1800
Anthony Sodono, III (asodono@msbnj.com)
Sari B. Placona (splacona@msbnj.com)
*Attorneys for Daryl & Kim Martin*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC., et. al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-12809 (JKS)<br><br>Jointly Administered |

## NOTICE OF WITHDRAWAL OF DOCUMENT

**PLEASE TAKE NOTICE** that the undersigned hereby withdraws Daryl and Kim Martin's motion for an Order Granting Relief from the Automatic Stay filed in the above-captioned bankruptcy case on May 16, 2019 (Docket No. 585).

Dated: February 5, 2020

**McMANIMON, SCOTLAND & BAUMANN, LLC**

*/s/ Sari B. Placona*
Sari B. Placona
75 Livingston Avenue
Roseland, New Jersey 07068
*Counsel to Daryl and Kim Martin*

---

[1] The Debtors in these Chapter 11 cases and the last four digits of each Debtor's taxpayer identification number as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC (4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMF Logistics, LLC (4666).