|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**TROUTMAN SANDERS LLP**<br>875 Third Avenue<br>New York, New York 10022<br>(212) 704-6000<br>Louis A. Curcio<br>David A. Pisciotta<br>Alissa K. Piccione<br>Email: louis.curcio@troutman.com<br>　　　　david.pisciotta@troutman.com<br>　　　　alissa.piccione@troutman.com<br><br>*Counsel to Santander Bank, N.A.* |  |
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC., *et al.*,<sup>1</sup><br><br>　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 19-12809 (JKS)<br><br>(Jointly Administered) |

### SUPPLEMENTAL NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS ON BEHALF SANTANDER BANK, N.A.

**PLEASE TAKE NOTICE** that, in accordance with the *Notice of (A) Entry of Order Confirming the Joint Combined Plan and Disclosure Statement; (B) Occurrence of the Effective Date; and (C) Certain Important Deadlines* [Dkt. No. 1153] and pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and section 1109(b) of title 11 of the United States Code, 11 U.S.C. §101, *et seq.* (the "Bankruptcy Code"), Santander Bank, N.A. ("Santander"), through its counsel Troutman Sanders LLP, appears in the

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC (4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMF Logistics, LLC (4666).

above-captioned cases and requests that all notices given or required to be given and all papers served or required to be served in these cases also be delivered to and served at the following addresses:

> Louis A. Curcio
> David A. Pisciotta
> Alissa K. Piccione
> TROUTMAN SANDERS LLP
> 875 Third Avenue
> New York, New York 10022
> Tel: (212) 704-6000
> Fax: (212) 704-6288
> Email: louis.curcio@troutman.com
> david.pisciotta@troutman.com
> alissa.piccione@troutman.com
>
> -AND-
>
> Richard Wolbach
> SANTANDER BANK, N.A.
> 200 Park Avenue, Suite 100
> Florham Park, New Jersey 07932
> Tel: (973) 549-2713
> Email: richard.wolbach@santander.us

**PLEASE TAKE FURTHER NOTICE** that the foregoing request also includes, without limitation, any notice, application, proposed order, complaint, demand, hearing, motion, petition, pleading, or request, whether formal or informal, whether oral or written, and whether transmitted or conveyed by mail, delivery, telephone, telegraphic, telex or otherwise filed, which may affect or seek to affect the Debtors or their property.

**PLEASE TAKE FURTHER NOTICE** that the undersigned and Santander request to be added to the Master Service List maintained in these cases and proceedings.

**PLEASE TAKE FURTHER NOTICE** that this Supplemental Notice of Appearance and Demand for Service of Papers or any subsequent appearance, pleading, claim, or suit shall not be deemed or construed to be a waiver of (i) the right to have final orders in non-core matters entered

2

only after a *de novo* review by a District Court Judge; (ii) the right to have all core matters heard and decided by a District Court Judge; (iii) the right to trial by jury in any proceeding so triable in these cases; (iv) the right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (v) any other rights, claims, actions, defenses, setoffs, or recoupments to which Santander may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: New York, New York
February 11, 2020

                                      TROUTMAN SANDERS LLP

                                      By: */s/ David A. Pisciotta*
                                             Louis A. Curcio
                                             David A. Pisciotta
                                             Alissa K. Piccione
                                             875 Third Avenue
                                             New York, NY  10022
                                             Tel: (212) 704-6000

                                             *Counsel for Santander Bank, N.A.*