Form tsntc

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−12809−JKS
Chapter: 11
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   New England Motor Freight, Inc.
   1−71 North Ave E
   Elizabeth, NJ 07201

Social Security No.:

Employer's Tax I.D. No.:
   22−1977697

## Notice That a Transcript Has Been Filed

      You are Noticed that a Transcript has been filed on 2/8/20. Pursuant to the Judicial Conference Policy on Privacy, access to this transcript is restricted for a period of ninety days from the date of filing. The transcript may be viewed at the Bankruptcy Court Clerk's Office. [For information about how to contact the transcriber, please call the Clerk's Office] All parties have seven business days to file a Request for Redaction of any social security numbers, financial account data, names of minor−age children, dates of birth, and home addresses. If redaction is requested, the filing party has twenty−one calendar days from the date the transcript was filed to file a list of items to be redacted indicating the location of the identifiers within the transcript with the court and to provide the list to the transcriber. The transcriber has thirty−one days from the date the list of items to be redacted was filed to file the redacted version of the transcript with the court . If no request is filed, the transcript will be made electronically available to the general public after the ninety days.

Dated: February 10, 2020
JAN:

                                                                                              Jeanne Naughton
                                                                                              Clerk

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 19-12809-JKS
New England Motor Freight, Inc.  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2   User: admin   Page 1 of 6   Date Rcvd: Feb 10, 2020
                    Form ID: tsntc   Total Noticed: 76

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 12, 2020.
```
db          +New England Motor Freight, Inc.,    1-71 North Ave E,    Elizabeth, NJ 07201-2958
aty         +ANTHONY G ROSS,    126 South Main Street,    Pittston, PA 18640-1739
aty        #+Brent C. Strickland,    Whiteford, Taylor & Preston L.L.P,    7501 Wisconsin Avenue,Suite 700W,
              Bethesda, MD 20814-6521
aty         +Charles Ercole,    Klehr Harrison et al,    10000 Lincoln Drive East,    Suite 201,
              Marlton, NJ 08053-3105
aty         +Charles R Mathis, IV,    Levinson Axelrod. P.A.,    Levinson Plaza,    2 Lincoln Highway,
              PO Box 2905,    Edison, NJ 08818-2905
aty         +David L. Eisbrouch,    Harmon, Linder & Rogowsky, Esqs.,    3 Park Avenue, Suite 2300,
              New York, NY 10016-5908
aty         +Deloitte Consulting LLP,    111 S Wacker Dr,    Chicago, IL 60606-4396
aty         +Elliot M. Smith,    SQUIRE PATTON BOGGS (US) LLP,    4900 Key Tower,    127 Public Square,
              Cleveland, OH 44114-1284
aty         +Gibbons, P.C.,    One Gateway Center,    Newark, NJ 07102-5321
aty        #+Grace Winkler Cranley,    Dinsmore & Shohl LLP,    227 W. Monroe Street,    Suite 3850,
              Chicago, IL 60606-5085
aty          Howard A. Cohen,    Gibbons P.C,    300 Delaware Avenue, Suite 1015,    Wilmington, DE  19801-1671
aty          Jeffrey L. Nagel,    Gibbons P.C.,    One Pennsylvania Plaza, 37th Floor,
              New York, NY  10119-3701
aty         +Jonathan I. Edelstein,    Edelstein & Grossman,    501 Fifth Avenue, Suite 514,
              New York, NY 10017-7840
aty         +Jonathan M. Stemerman,    1105 N. Market Street,    Suite 1700,    Wilmington, DE 19801-1228
aty         +Joshua Eppich,    Bonds Ellis Eppich Schafer Jones LLP,    420 Throckmorton Street, Suite 1000,
              Fort Worth, TX 76102-3727
aty         +Keith M. Lusby,    Gebhardt & Smith LLP,    One South Street, Suite 2200,
              Baltimore, MD 21202-3281
aty         +Kevin J Bloom,    Park 80 West- Plaza II,    250 Pehle Avenue, Suite 200,
              Saddle Brook, NJ 07663-5835
aty         +Lisa Bittle Tancredi,    Gebhardt & Smith LLP,    One South Street, Ste 2200,
              Baltimore, MD 21202-3281
aty         +Lowenstein Sandler LLP,    One Lowenstein Drive,    Roseland, NJ 07068-1791
aty         +Mark F. Liscio,    Freshfields Bruckhaus Deringer US LLP,    601 Lexington Avenue,
              Neew York, NY 10022-4611
aty          Maura P. McIntyre,    Squire Patton Boggs (US) LLP,    49 Key Tower, 127 Public Square,
              Cleveland, OH  44114
aty         +Robert G. Goodman,    Palmisano & Goodman, PA,    171 Main Street,    PO Box 518,
              Woodbridge, NJ 07095-0518
aty         +Sarah Denis,    ELLIOT GREENLEAF,    1105 Market Street, Suite 1700,    Wilmington, DE 19801-1228
aty         +Scott D. Talmadge,    Freshfields Bruckhaus Deringer US LLP,    601 Lexington Avenue,
              New York, NY 10022-4611
aty         +Tiffany Strelow Cobb,    Vorys, Sater, Seymour and Pease LLP,    52 East Gay Street,
              Columbus, OH 43215-3161
aty         +Todd M. Brooks,    Whiteford, Taylor & Preston L.L.P.,    7 St. Paul Street, Suite 1500,
              Baltimore, MD 21202-1636
aty         +Vera N. Kanova,    General Law Division,    400 Market Street,    Harrosbirg, PA 17101-2301
aty         +WASSERMAN, JURISTA & STOLZ, P.C.,    110 Allen Road,    Suite 304,
              Basking Ridge,, NJ 07920-4500
aty         +Whiteford Taylor & Preston,    Seven Saint paul St. Ste 1800,    Baltimore, MD 21202-1639
cr          +Abel Trochez,    Resin & Rosenstein, LLP,    6200Baltimore Ave,    #400,
              Riverdale, MD 20737-1054
sp          +Akerman LLP,    666 Fifth Avenue, 20th Fl,    New York, NY 10103-0020
cr          +Albert F Nasuti, Esq.,    THOMPSON, OBRIEN, KEMP & NASUTI, P.C.,    40 Technology Parkway South,
              Suite 300,    Peachtree Corners, GA 30092-2924
cr          +Berkley Insurance Company,    c/o CHIESA SHAHINIAN & GIANTOMASI PC,    One Boland Drive,
              West Orange, NJ 07052-3686
cr          +Byron E Najera Osorio,    Rensin & Rosenstein, LLP,    6200 Baltimore Ave,
              Riverdale, MD 20737-1054
cr          +CAB East LLC, serviced by Ford Motor Credit Compan,    P.O. Box 62180,
              Colorado Springs, CO 80962-2180
cr          +Capital One, N.A.,    c/o McCarter & English, LLP,    Attn: Peter M. Knob, Esq.,
              Four Gateway Center,    100 Mulberry Street,    Newark, NJ 07102-4056
op          +CohnReznick Capital Market Securities, LLC,    4 Becker Farm Road,    Roseland, NJ 07068-1739
cr          +Commonwealth of Pennsylvania Department of Labor a,    Deb Secrest,    651 Boas Street, Room 702,
              Harrisburg, PA 17121-0751
cr          +Connecticut Light & Power Company, NStar Western M,    c/o McCarter & English, LLP,
              Attn: Kate R. Buck, Esq.,    Renaissance Centre,    405 N. King Street, 8th Floor,
              Wilmington, DE 19801-3773
r           +Cushman & Wakefield of Florida, LLC,    200 South Biscayne Blvd..,    Miami, FL 33131-2310
cr          +Daimler Trust,    c/o BK Servicing, LLC,    P.O. Box 131265, Roseville, MN 55113-0011
cr           Dept. of Revenue Commonwealth of Pennsylvania, dep,    Bureau of Compliance,    Dept. 280946,
              Harrisburg, PA  17128-0946
op          +Donlin, Recano & Company, Inc.,    6201 15th Ave.,    Brooklyn, NY 11219-5411
intp        +Dorothy Karp,    2931 Pittston Ave,    Scranton, PA 18505-3139
cr          +East River Energy, Inc,,    401 Soundview Road,    Guilford, CT 06437-2971
```

```
District/off: 0312-2                User: admin                Page 2 of 6                    Date Rcvd: Feb 10, 2020
                                    Form ID: tsntc             Total Noticed: 76


intp            Great Dane LLC,   Michael D. Sirota, Esq.,   Cole Schotz P.C.,
                 25 Main Street, Court Plaza North,   Hackensack, NJ 07601
cr             +Larry L. Banks,   124 Lexington Avenue,   Paterson, NJ 07502-1809
cr             +Lucky's Energy Service, Inc.,   c/o Riker Danzig,   One Speedwell Avenue,
                 Morristown, NJ 07960-6838
cr             +MICHAEL SINGLEY,   432 West Pine Ave,   Wildwood, NJ 08260-2336
cr              Marie-Jose Dube,   IBM CORPORATION,   275 Viger East,   Montreal, QC  H2X 3R7,   CANADA
cr             +McIntosh Energy Company,   1923 Bremer Road,   Fort Wayne, IN 46803-3002
cr             +Nelson Vasquez,   Boyer Coffy, LLC.,   970 Clifton Ave, Suite 201,   Clifton, NJ 07013-2730
cr             +New Jersey Manufacturers,   c/o Connell Foley (RKS),   56 Livingston Avenue,
                 Roseland, NJ  07068,   UNITED STATES 07068-1733
cr             +New York State Department of Labor,   Office of the Attorney General,   28 Liberty Street,
                 New York, NY 10005-1400
cr             +Office of Unemployment Compensation Tax Services (,   Deb Secrest,
                 Commonwealth of Pennsylvania,   651 Boas Street, Room 702,   Harrisburg,, PA 17121-0751
cr             +Omnitracs, LLC,   c/o Mark A. Platt, Esq.,   Frost Brown Todd LLC,   100 Crescent Court,
                 Suite 350,   Dallas, TX 75201-2348
intp           +Orange and Rockland Utilities, Inc.,   c/o Daniel N. Kraushaar, Esq.,
                 300 Airport Executive Park,   Suite 307,   Nanuet, NY 10954-5285
intp           +PA Department of Environmental Protection,   Office of Chief Counsel,   400 Market St,
                 Harrisburg, PA 17101-2301
cr             +Pantos USA, Inc.,   910 Sylvan Ave.,   Englewood Cliffs, NJ 07632-3306
cr             +Pilot Travel Centers LLC,   5508 Lonas Drive,   Knoxville, TN 37909-3221
cr             +Potomac Edison Company, Toledo Edison Company and,   c/o McCarter & English, LLP,
                 Attn: Kate R. Buck, Esq.,   Renaissance Centre,   405 N. King Street, 8th Floor,
                 Wilmington, DE 19801-3773
intp           +Protective Insurance Company,   3100 North Meridian Street,   Indianapolis, IN 46208-4718
cr             +RLI Insurance Company,   9025 N. Lindbergh Drive,   Peoria, il 61615-1499
intp           +Remonea S Harris,   136 Central Avenue,   Clark, NJ 07066-1142
intp           +United States Fire Insurance Company,   c/o Riker Danzig,   One Speedwell Avenue,
                 Morristown, NJ 07960-6838
cr             +VW Credit, Inc.,   P.O. Box 340514,   Tampa, FL 33694-0514
cr             +Valvoline LLC,   100 Valvoline Way,   Lexington, TX 40509-2714
acc            +Withumsmith+Brown,   200 Jefferson Park, Suite 400,   Whippany, NJ 07981-1070
cr             +Xiomara Mendoz-Lopez,   Resin & Rosenstein, LLP,   6200 Baltimore Ave,   #400,
                 Riverdale, MD 20737-1054
cr             +to Rita Alvarado The Rosato Firm, P.C., counsel,   55 Broadway, 23rd Floor,
                 New York, NY 10006-3734

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            +E-mail/Text: sak@elliottgreenleaf.com Feb 10 2020 23:56:04     ELLIOTT GREENLEAF, P.C.,
                 1105 Market Street, Suite 1700,   Wilmington, DE 19801-1228
aty            +E-mail/Text: rxza@elliottgreenleaf.com Feb 10 2020 23:56:04     Rafael X Zahralddin-Aravena,
                 Elliot Greenleaf,   1105 North Market Street,   Wilmington, DE 19801-1216
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 10 2020 23:55:23      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 10 2020 23:55:22     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
app            +E-mail/Text: atkinsappraisal@aol.com Feb 10 2020 23:54:59     A. Atkins Appraisal Corp,,
                 122 Clinton Road,   Fairfiled, NJ 07004-2900
intp            E-mail/Text: jmarshall@jmpartnersllc.com Feb 10 2020 23:55:18     John  Marshall,
                 c/o JM Partners LLC,   6800 Paragon Place Suite 202,   Richmond,, VA 23230-1656
                                                                                              TOTAL: 6

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty             Elliott Greenleaf, P.C.
intp            International Business Machines Corp (IBM)
cr              JP Morgan Chase,   1111 Polaris Parkway, 4P0461,   Columbus
op              Vincent J. Colistra
aty*           +Lowenstein Sandler LLP,   One Lowenstein Drive,   Roseland, NJ 07068-1791
                                                                                              TOTALS: 4, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

```
District/off: 0312-2          User: admin               Page 3 of 6           Date Rcvd: Feb 10, 2020
                              Form ID: tsntc            Total Noticed: 76
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 12, 2020                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 8, 2020 at the address(es) listed below:
              Alan J. Brody    on behalf of Creditor   JP Morgan Chase brodya@gtlaw.com, NJLitDock@gtlaw.com
              Alyssa A. Cimino   on behalf of Creditor Byron E Najera Osorio acimino@aciminolaw.com
              Alyssa A. Cimino   on behalf of Creditor Abel  Trochez acimino@aciminolaw.com
              Alyssa A. Cimino   on behalf of Creditor Xiomara  Mendoz-Lopez acimino@aciminolaw.com
              Andrew R. Turner    on behalf of Defendant    Protective Insurance Company courts@turnerlaw.net
              Andrew R. Turner    on behalf of Interested Party    Protective Insurance Company
               courts@turnerlaw.net
              Anthony  Sodono, III    on behalf of Creditor Shauna   Jones asodono@msbnj.com
              Anthony  Sodono, III    on behalf of Defendant    Jalil Waters and Rashida Carter asodono@msbnj.com
              Anthony  Sodono, III    on behalf of Creditor Jalil  Walters asodono@msbnj.com
              Anthony  Sodono, III    on behalf of Creditor    Mercedes Benz Financial Services USA LLC
               asodono@msbnj.com
              Anthony  Sodono, III    on behalf of Defendant Shauna   Jones asodono@msbnj.com
              Anthony  Sodono, III    on behalf of Creditor Rasheeda   Carter asodono@msbnj.com
              Beth J. Rotenberg    on behalf of Creditor    Berkley Insurance Company brotenberg@csglaw.com,
               ecf@csglaw.com
              Blake D. Roth    on behalf of Creditor    Bridgestone Americas Tire Operations, LLC
               blake.roth@wallerlaw.com,
               chris.cronk@wallerlaw.com;deborah.liles@wallerlaw.com;katie.stenberg@wallerlaw.com
              Brett Steven Theisen    on behalf of Plaintiff    New England Motor Freight, Inc.
               btheisen@gibbonslaw.com
              Brett Steven Theisen    on behalf of Debtor    New England Motor Freight, Inc.
               btheisen@gibbonslaw.com
              Brian  Glass    on behalf of Interested Party    PA Department of Environmental Protection
               briaglass@pa.gov, verkanova@pa.gov
              Brian W. Hofmeister    on behalf of Creditor Larry L. Banks bwh@hofmeisterfirm.com
              Catherine L. Corey    on behalf of Creditor    East River Energy, Inc. clcorey@nmmlaw.com
              Chad J. Toms    on behalf of Debtor    New England Motor Freight, Inc. ctoms@wtplaw.com
              Christopher  Lynch    on behalf of Creditor    Fifth Third Bank clynch@reedsmith.com
              Christopher John Leavell    on behalf of Interested Party    Class Plaintiffs at al
               cleavell@klehr.com, lclark@klehr.com
              Christopher John Leavell    on behalf of Plaintiff Dan  Webster cleavell@klehr.com,
               lclark@klehr.com
              Christopher John Leavell    on behalf of Plaintiff Mary  Carlin cleavell@klehr.com,
               lclark@klehr.com
              Daniel  Stolz    on behalf of Debtor    New England Motor Freight, Inc. dstolz@wjslaw.com,
               dstolz@ecf.inforuptcy.com;msousa@wjslaw.com;btorres@ecf.inforuptcy.com
              David  Edelberg    on behalf of Creditor    McIntosh Energy Company dedelberg@cullenanddykman.com,
               edelbergdr82964@notify.bestcase.com
              David A. Pisciotta    on behalf of Creditor    Santander Bank, N.A.
               david.pisciotta@troutmansanders.com, john.murphy@troutman.com;alissa.piccione@troutman.com
              David V. Fontana    on behalf of Creditor    TD Bank, N.A. dfont@gebsmith.com,
               ltancredi@gebsmith.com;klusby@gebsmith.com
              Deirdre E. Burke    on behalf of Creditor    Capital One, N.A. dburke@mccarter.com
              Denise A Kuhn    on behalf of Creditor Dept. of Revenue  Commonwealth of Pennsylvania, department
               of revenue dkuhn@attorneygeneral.gov
              Donald W Clarke    on behalf of Debtor    New England Motor Freight, Inc. dclarke@wjslaw.com,
               dclarke@ecf.inforuptcy.com
              Douglas J. McGill    on behalf of Creditor    Pilot Thomas Logistics LLC dmcgill@webbermcgill.com,
               mlynch@webbermcgill.com
              Douglas T Tabachnik    on behalf of Creditor to Rita Alvarado   The Rosato Firm, P.C., counsel
               dtabachnik@dttlaw.com, rdalba@dttlaw.com
              Douglas T Tabachnik    on behalf of Defendant Rita  Alvarado dtabachnik@dttlaw.com,
               rdalba@dttlaw.com
              Eric  Goldstein    on behalf of Creditor    United HealthCare Services, Inc. egoldstein@goodwin.com,
               bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com
              Evan S. Goldstein    on behalf of Creditor    Webster Capital Finance, Inc. egoldstein@uks.com
              Frank  Peretore    on behalf of Creditor    Wells Fargo Equipment Finance, Inc. fperetore@csglaw.com
```

```
District/off: 0312-2                  User: admin                    Page 4 of 6                  Date Rcvd: Feb 10, 2020
                                      Form ID: tsntc                 Total Noticed: 76
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Gail C. Lin    on behalf of Creditor Alice  Waters gcl@raisnerroupinian.com, rsr@raisnerroupinian.com;jar@raisnerroupinian.com;warnlawyers@raisnerroupinian.com;jenny--hoxha--5459@ecf.pacerpro.com
        Gail C. Lin    on behalf of Plaintiff Alice  Waters gcl@raisnerroupinian.com, rsr@raisnerroupinian.com;jar@raisnerroupinian.com;warnlawyers@raisnerroupinian.com;jenny--hoxha--5459@ecf.pacerpro.com
        Gail C. Lin    on behalf of Plaintiff Rich  Richardson gcl@raisnerroupinian.com, rsr@raisnerroupinian.com;jar@raisnerroupinian.com;warnlawyers@raisnerroupinian.com;jenny--hoxha--5459@ecf.pacerpro.com
        Gail C. Lin    on behalf of Creditor   WARN Act Class Plaintiffs and Putative Class gcl@raisnerroupinian.com, rsr@raisnerroupinian.com;jar@raisnerroupinian.com;warnlawyers@raisnerroupinian.com;jenny--hoxha--5459@ecf.pacerpro.com
        Gail C. Lin    on behalf of Creditor Rich  Richardson gcl@raisnerroupinian.com, rsr@raisnerroupinian.com;jar@raisnerroupinian.com;warnlawyers@raisnerroupinian.com;jenny--hoxha--5459@ecf.pacerpro.com
        Gary D. Bressler    on behalf of Creditor   Volvo Financial gbressler@mdmc-law.com, kdeans@mdmc-law.com;kpatterson@mdmc-law.com;dprimack@mdmc-law.com;bkleban@mdmc-law.com
        Gary D. Bressler    on behalf of Creditor   VFS US LLC gbressler@mdmc-law.com, kdeans@mdmc-law.com;kpatterson@mdmc-law.com;dprimack@mdmc-law.com;bkleban@mdmc-law.com
        Gary D. Bressler    on behalf of Creditor   Mack Trucks, Inc. gbressler@mdmc-law.com, kdeans@mdmc-law.com;kpatterson@mdmc-law.com;dprimack@mdmc-law.com;bkleban@mdmc-law.com
        Gavin Stewart    on behalf of Creditor    VW Credit, Inc. gavin@stewartlegalgroup.com
        Jacob Frumkin    on behalf of Interested Party    Great Dane LLC jfrumkin@coleschotz.com
        JoAnne M. Bonacci    on behalf of Creditor    RLI Insurance Company jbonacci@dbplawfirm.com
        John F. Bracaglia, Jr.    on behalf of Interested Party    Orange and Rockland Utilities, Inc. brokaw@centraljerseylaw.com
        John Phillip Schneider    on behalf of Creditor Committee    Official Committee Of Unsecured Creditors JPSchneider@mdmc-law.com
        John R. Morton, Jr.    on behalf of Creditor    CAB East LLC, serviced by Ford Motor Credit Company LLC ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com
        Joseph Lubertazzi, Jr.    on behalf of Creditor   Capital One, N.A. jlubertazzi@mccarter.com
        Joseph J. DiPasquale    on behalf of Other Prof.   CohnReznick Capital Market Securities, LLC jdipasquale@lowenstein.com,  jkimble@lowenstein.com
        Joseph J. DiPasquale    on behalf of Creditor Committee    Official Committee Of Unsecured Creditors jdipasquale@lowenstein.com,  jkimble@lowenstein.com
        Joseph J. DiPasquale    on behalf of Other Prof.   Liquidating Trustee jdipasquale@lowenstein.com, jkimble@lowenstein.com
        Joseph J. McMahon, Jr.    on behalf of Creditor    Pilot Travel Centers LLC jmcmahon@ciardilaw.com, jclarke@ciardilaw.com
        Joseph L. Schwartz    on behalf of Creditor    Lucky's Energy Service, Inc. jschwartz@riker.com
        Joseph L. Schwartz    on behalf of Interested Party    United States Fire Insurance Company jschwartz@riker.com
        Justin W. Gray    on behalf of Creditor Janice A. Goodall gray@maynardoconnorlaw.com, Sweeney@moscllp.com
        Justin W. Gray    on behalf of Creditor Anthony  McNeil gray@maynardoconnorlaw.com, Sweeney@moscllp.com
        Justin W. Gray    on behalf of Creditor Angela  Evans gray@maynardoconnorlaw.com, Sweeney@moscllp.com
        Justin W. Gray    on behalf of Creditor Daniel  Murtha gray@maynardoconnorlaw.com, Sweeney@moscllp.com
        Justin W. Gray    on behalf of Creditor Daniel  Rinaldi gray@maynardoconnorlaw.com, Sweeney@moscllp.com
        Justin W. Gray    on behalf of Defendant    Angela Evans, Individually & as Parent & Natural Guardian of E Evans, an Infant gray@maynardoconnorlaw.com,  Sweeney@moscllp.com
        Karen A. Giannelli    on behalf of Debtor    Hollywood Avenue Solar, LLC kgiannelli@gibbonslaw.com
        Karen A. Giannelli    on behalf of Debtor    MyJon, LLC kgiannelli@gibbonslaw.com
        Karen A. Giannelli    on behalf of Accountant    Withumsmith+Brown kgiannelli@gibbonslaw.com
        Karen A. Giannelli    on behalf of Plaintiff    Jans Leasing Corp. kgiannelli@gibbonslaw.com
        Karen A. Giannelli    on behalf of Debtor    United Express Solar, LLC kgiannelli@gibbonslaw.com
        Karen A. Giannelli    on behalf of Plaintiff    New England Motor Freight, Inc. kgiannelli@gibbonslaw.com
        Karen A. Giannelli    on behalf of Debtor    NEMF Logistics, LLC kgiannelli@gibbonslaw.com
        Karen A. Giannelli    on behalf of Debtor    Carrier Industries, Inc. kgiannelli@gibbonslaw.com
        Karen A. Giannelli    on behalf of Debtor    Myar, LLC kgiannelli@gibbonslaw.com
        Karen A. Giannelli    on behalf of Debtor    New England Motor Freight, Inc. kgiannelli@gibbonslaw.com
        Karen A. Giannelli    on behalf of Debtor     Apex Logistics, Inc. kgiannelli@gibbonslaw.com
        Karen A. Giannelli    on behalf of Plaintiff    MyJon, LLC kgiannelli@gibbonslaw.com
        Karen A. Giannelli    on behalf of Debtor    Eastern Freight Ways, Inc. kgiannelli@gibbonslaw.com
        Karen A. Giannelli    on behalf of Plaintiff    NEMF World Transport, Inc. kgiannelli@gibbonslaw.com
        Karen A. Giannelli    on behalf of Plaintiff    Carrier Industries, Inc. kgiannelli@gibbonslaw.com
        Karen A. Giannelli    on behalf of Plaintiff    Apex Logistics, Inc. kgiannelli@gibbonslaw.com
        Karen A. Giannelli    on behalf of Plaintiff    NEMF Logistics, LLC kgiannelli@gibbonslaw.com
        Karen A. Giannelli    on behalf of Plaintiff    Myar, LLC kgiannelli@gibbonslaw.com
        Karen A. Giannelli    on behalf of Debtor    NEMF World Transport, Inc. kgiannelli@gibbonslaw.com
        Karen A. Giannelli    on behalf of Plaintiff    United Express Solar, LLC kgiannelli@gibbonslaw.com
        Karen A. Giannelli    on behalf of Debtor    Jans Leasing Corp. kgiannelli@gibbonslaw.com

```
District/off: 0312-2                  User: admin                   Page 5 of 6                   Date Rcvd: Feb 10, 2020
                                      Form ID: tsntc                Total Noticed: 76
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

              Karen A. Giannelli    on behalf of Other Prof.    Donlin, Recano & Company, Inc.
               kgiannelli@gibbonslaw.com
              Karen A. Giannelli    on behalf of Plaintiff    Eastern Freight Ways, Inc. kgiannelli@gibbonslaw.com
              Karen A. Giannelli    on behalf of Plaintiff    Hollywood Avenue Solar, LLC
               kgiannelli@gibbonslaw.com
              Kate R. Buck    on behalf of Creditor    Potomac Edison Company, Toledo Edison Company and West
               Penn Power Company kbuck@mccarter.com
              Kate R. Buck    on behalf of Creditor    Connecticut Light & Power Company, NStar Western
               Massachusetts, Yankee Gas Services Company, Colonial Gas Company, KeySpan Energy Delivery Long
               Island, Narragansett Electric Company and Niagara Mohawk kbuck@mccarter.com
              Kenneth L. Baum    on behalf of Creditor    Clermont Holdings, LLC kbaum@kenbaumdebtsolutions.com,
               fpisano@coleschotz.com
              Keri P. Ebeck    on behalf of Creditor    Guttman Energy, Inc. kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Kevin Gordon McDonald    on behalf of Creditor    VW Credit Leasing, Ltd. kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kevin M. Capuzzi    on behalf of Interested Party    Amazon.com Services, Inc., formerly Amazon
               Fulfillment Services, Inc. kcapuzzi@beneschlaw.com, debankruptcy@beneschlaw.com
              Leonard R Boyer    on behalf of Creditor Nelson  Vasquez lrbnjesq@gmail.com,
               mcordova48890@aol.com;ana.ocasio@boyercoffylaw.com
              Louis A. Curcio    on behalf of Creditor    Santander Bank, N.A. louis.curcio@troutmansanders.com,
               John.Murphy@troutmansanders.com;jonathan.forstot@troutmansanders.com;david.pisciotta@troutmansand
               ers.com
              Mark  Platt    on behalf of Creditor    Omnitracs, LLC mplatt@fbtlaw.com
              Mark B Conlan    on behalf of Debtor    New England Motor Freight, Inc. mconlan@gibbonslaw.com
              Mark B Conlan    on behalf of Plaintiff    New England Motor Freight, Inc. mconlan@gibbonslaw.com
              Mark B Conlan    on behalf of Defendant    New England Motor Freight, Inc., et al.
               mconlan@gibbonslaw.com
              Mary E. Seymour    on behalf of Attorney    Lowenstein Sandler LLP mseymour@lowenstein.com
              Mary E. Seymour    on behalf of Creditor Committee    Official Committee Of Unsecured Creditors
               mseymour@lowenstein.com
              Melissa A. Pena    on behalf of Creditor    Webster Capital Finance, Inc. mapena@norris-law.com,
               pfreda@nmmlaw.com
              Michael D. Sirota    on behalf of Interested Party    Great Dane LLC msirota@coleschotz.com,
               fpisano@coleschotz.com
              Michael R. Caruso    on behalf of Creditor    Wells Fargo Equipment Finance, Inc.
               mcaruso@csglaw.com, ecf@csglaw.com
              Morris S. Bauer    on behalf of Creditor    East River Energy, Inc, msbauer@nmmlaw.com,
               rjacome@norris-law.com,relikens@nmmlaw.com
              Norman N Kinel    on behalf of Interested Party    East West Bank norman.kinel@squirepb.com,
               sarah.conley@squirepb.com;elliot.smith@squirepb.com
              Peter M. Knob    on behalf of Creditor    Capital One, N.A. pknob@mccarter.com,
               lrestivo@mccarter.com
              Rebecca Ann Solarz    on behalf of Creditor    VW Credit Leasing, Ltd rsolarz@kmllawgroup.com
              Rene S. Roupinian    on behalf of Plaintiff Alice  Waters rsr@outtengolden.com
              Rene S. Roupinian    on behalf of Plaintiff Rich  Richardson rsr@outtengolden.com
              Richard  Albuquerque    on behalf of Creditor MICHAEL   SINGLEY richarda@djdlawyers.com
              Richard S. Kanowitz    on behalf of Unknown Role Type    Ad Hoc Group of Tort Claimants
               rkanowitz@cooley.com, mklein@cooley.com;jindyke@cooley.com;efiling-notice@ecf.pacerpro.com
              Rick Aaron Steinberg    on behalf of Creditor    TOTE Maritime rsteinberg@pricemeese.com
              Robert A. Burke    on behalf of Defendant    Jenny Munson Andress, individually and as the
               Administratrix of the Estate of Herbert Andress rburke@macelree.com
              Robert E. Nies    on behalf of Creditor    Berkley Insurance Company rnies@csglaw.com
              Robert K. Scheinbaum    on behalf of Defendant    New Jersey Manufacturers Insurance Company a/s/o
               Phyllis A. Troy rscheinbaum@connellfoley.com
              Robert K. Scheinbaum    on behalf of Creditor    New Jersey Manufacturers
               rscheinbaum@connellfoley.com
              Rona J. Rosen    on behalf of Creditor    WARN Act Class Plaintiffs and Putative Class
               cbbutler@klehr.com, cbbutler@klehr.com
              Sari Blair Placona    on behalf of Creditor Rasheeda  Carter splacona@msbnj.com
              Sari Blair Placona    on behalf of Creditor    Interstate Towing Recovery Incorporated
               splacona@msbnj.com
              Sari Blair Placona    on behalf of Creditor    Mercedes Benz Financial Services USA LLC
               splacona@msbnj.com
              Sari Blair Placona    on behalf of Defendant    DARYL MARTIN AND KIM MARTIN splacona@msbnj.com
              Sari Blair Placona    on behalf of Creditor Jalil  Walters splacona@msbnj.com
              Sari Blair Placona    on behalf of Defendant Shauna  Jones splacona@msbnj.com
              Sari Blair Placona    on behalf of Creditor Shauna  Jones splacona@msbnj.com
              Sari Blair Placona    on behalf of Creditor Daryl & Kim  Martin splacona@msbnj.com
              Sari Blair Placona    on behalf of Defendant    Jalil Waters and Rashida Carter splacona@msbnj.com
              Scott J. Freedman    on behalf of Creditor    Corcentric, LLC sfreedman@dilworthlaw.com
              Scott J. Freedman    on behalf of Creditor    New Jersey Manufacturers sfreedman@dilworthlaw.com
              Scott W Lichtenstein    on behalf of Creditor    Berkley Insurance Company slichtenstein@csglaw.com
              Seoung Y. Lim    on behalf of Creditor    Pantos USA, Inc. joshualim@kcllawfirm.com,
               denisemoreno@kcllawfirm.com,seankwak@kcllawfirm.com,jpark@kcllawfirm.com
              Stephen B. Ravin    on behalf of Creditor    Riggins, Inc. sravin@saul.com, jgillman@saul.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

```
District/off: 0312-2          User: admin              Page 6 of 6           Date Rcvd: Feb 10, 2020
                              Form ID: tsntc           Total Noticed: 76
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        Virginia T. Shea    on behalf of Creditor    VFS US LLC vshea@mdmc-law.com,
         mtaranto@mdmc-law.com;kpatterson@mdmc-law.com;gbressler@mdmc-law.com;lmodugno@mdmc-law.com
        Virginia T. Shea    on behalf of Creditor    Volvo Financial vshea@mdmc-law.com,
         mtaranto@mdmc-law.com;kpatterson@mdmc-law.com;gbressler@mdmc-law.com;lmodugno@mdmc-law.com
        Warren Scott Gottlieb    on behalf of Defendant    Consolidated Edison Company of New York, Inc.
         wgottlieb@golawllp.com

                                                                                                                    TOTAL: 137