**United States Bankruptcy Court**
**District of New Jersey (Newark)**
-----------------------------------------------------------------X
In re:
New England Motor Freight Ways, Inc.,

: Case No. 19-12809

: Amount $62,831.19

                Debtor
-----------------------------------------------------------------X

### NOTICE OF WITHDRAWAL OF TRANSFER OF CLAIM
### (Reference Docket Number 1107 of 1/13/2020)

PLEASE TAKE NOTE that the transfer of claim from:

        Mirabito Holdings dba Valley Wholesale
        David Bonczek
        49 Court St PO box 5306
        Binghamton, NY  13902

IS HEREBY WITHDRAWN BY

        Fair Harbor Capital, LLC
        1841 Broadway Suite 1007
        New York, NY 10023

DATED: February 13, 2020

                                            Victor Knox
                                            Fair Harbor Capital, LLC
                                            (212) 967-4035