Order Filed on February 13, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| |
|---|
| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY<br>Caption in compliance with D.N.J. LBR 9004-1<br>**GIBBONS P.C.**<br>Karen A. Giannelli, Esq.<br>Mark B. Conlan, Esq.<br>Brett S. Theisen, Esq.<br>One Gateway Center<br>Newark, New Jersey  07102<br>Telephone:  (973) 596-4500<br>Facsimile:  (973) 596-0545<br>E-mail:  kgiannelli@gibbonslaw.com<br>            mconlan@gibbonslaw.com<br>            btheisen@gibbonslaw.com<br>*Counsel to the Debtors*<br>*and Debtors-in-Possession* |

| | |
|---|---|
| In re:<br>NEW ENGLAND MOTOR FREIGHT, INC., *et al.*,<br>                                    Debtors. [1] | Chapter 11<br>Case No. 19-12809 (JKS)<br>(Jointly Administered) |

**ORDER APPROVING DEBTORS' MOTION FOR ORDER
APPROVING SETTLEMENT WITH TAYLOR & MARTIN, INC.
PURSUANT TO 11 U.S.C. § 105(a) AND BANKRUPTCY RULE 9019**

The relief set forth on the following pages, numbered two (2) through and including three (3) is hereby **ORDERED.**

**DATED: February 13, 2020**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC (4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMF Logistics, LLC (4666).

2767471.1 115719-100281

Page: 2
Debtors: New England Motor Freight, Inc., *et al.*
Case No.: 19-12809 (JKS)
Caption: Order Approving Debtors' Motion for Order Approving Settlement with Taylor & Martin, Inc. Pursuant to 11 U.S.C. § 105(a) and Bankruptcy Rule 9019

---

Upon consideration of the motion (the "**Motion**")[2] of the above-captioned Debtors and Debtors in Possession (the "**Debtors**") for entry of an order pursuant to section 105(a) of the United States Bankruptcy Code (the "**Bankruptcy Code**") and Rule 9019 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") approving and authorizing the Debtors to enter into a settlement and release agreement (the "**T&M Settlement**") with Taylor and Martin, Inc. ("**T&M**"); and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Standing Order of Reference to the Bankruptcy Court Under Title 11* by the United States District Court for the District of New Jersey dated September 18, 2012 (Simandle, C.J.); and venue being proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and this matter being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and notice of the Motion being sufficient under the circumstances; and it appearing that no other or further notice need be provided; and the Court having determined that the relief sought in the Motion is in the best interests of the Debtors, their estates and creditors; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1. The Motion is **GRANTED** as set forth herein.

2. The T&M Settlement, attached to the Motion as Exhibit A, is hereby approved pursuant to Bankruptcy Code section 105(a) and Bankruptcy Rule 9019. The Debtors are authorized to enter into the T&M Settlement and otherwise comply with the provisions set forth therein.

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

2767471.1 115719-100281

Page: 3
Debtors: New England Motor Freight, Inc., *et al.*
Case No.: 19-12809 (JKS)
Caption: Order Approving Debtors' Motion for Order Approving Settlement with Taylor & Martin, Inc. Pursuant to 11 U.S.C. § 105(a) and Bankruptcy Rule 9019

---

3. The Debtors are authorized to take all actions reasonably necessary to effectuate the relief granted pursuant to this Order.

4. Notice of the Motion as provided therein shall be deemed good and sufficient notice of such Motion and the requirements of Bankruptcy Rule 6004(a) are waived.

5. The fourteen (14) day stay under Bankruptcy Rule 6004(h) is waived and this Order shall be effective immediately upon its entry.

6. The requirement set forth in Local Rule 9013-1(a)(3) that any motion be accompanied by a memorandum of law is hereby deemed satisfied by the contents of the Motion or otherwise waived.

7. The Debtors shall serve by regular mail a copy of this Order and the Motion on: (a) the Official Committee of Unsecured Creditors, and (b) Taylor & Martin, Inc., within three (3) business days after entry of this Order.

8. This Court shall retain exclusive jurisdiction to hear and decide any and all disputes related to or arising from the implementation, interpretation or enforcement of this Order.

2767471.1 115719-100281