|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY<br>Caption in compliance with D.N.J. LBR 9004-1 | Order Filed on February 13, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |

**GIBBONS P.C.**
Karen A. Giannelli, Esq.
Mark B. Conlan, Esq.
Brett S. Theisen, Esq.
One Gateway Center
Newark, New Jersey  07102
Telephone:  (973) 596-4500
Facsimile:   (973) 596-0545
E-mail:  kgiannelli@gibbonslaw.com
           mconlan@gibbonslaw.com
           btheisen@gibbonslaw.com
*Counsel to the Debtors
and Debtors-in-Possession*

| | |
|---|---|
| In re:<br>NEW ENGLAND MOTOR FREIGHT, INC.,<br>*et al.*,<br>                    Debtors. [1] | Chapter 11<br>Case No. 19-12809 (JKS)<br>(Jointly Administered) |

### ORDER APPROVING DEBTORS' MOTION FOR ORDER APPROVING SETTLEMENT WITH TAYLOR & MARTIN, INC. PURSUANT TO 11 U.S.C. § 105(a) AND BANKRUPTCY RULE 9019

The relief set forth on the following pages, numbered two (2) through and including three (3) is hereby **ORDERED.**

**DATED: February 13, 2020**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC (4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMF Logistics, LLC (4666).

2767471.1 115719-100281

Page: 2
Debtors: New England Motor Freight, Inc., *et al.*
Case No.: 19-12809 (JKS)
Caption: Order Approving Debtors' Motion for Order Approving Settlement with Taylor & Martin, Inc. Pursuant to 11 U.S.C. § 105(a) and Bankruptcy Rule 9019

---

Upon consideration of the motion (the "**Motion**")[2] of the above-captioned Debtors and Debtors in Possession (the "**Debtors**") for entry of an order pursuant to section 105(a) of the United States Bankruptcy Code (the "**Bankruptcy Code**") and Rule 9019 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") approving and authorizing the Debtors to enter into a settlement and release agreement (the "**T&M Settlement**") with Taylor and Martin, Inc. ("**T&M**"); and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Standing Order of Reference to the Bankruptcy Court Under Title 11* by the United States District Court for the District of New Jersey dated September 18, 2012 (Simandle, C.J.); and venue being proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and this matter being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and notice of the Motion being sufficient under the circumstances; and it appearing that no other or further notice need be provided; and the Court having determined that the relief sought in the Motion is in the best interests of the Debtors, their estates and creditors; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1. The Motion is **GRANTED** as set forth herein.

2. The T&M Settlement, attached to the Motion as Exhibit A, is hereby approved pursuant to Bankruptcy Code section 105(a) and Bankruptcy Rule 9019. The Debtors are authorized to enter into the T&M Settlement and otherwise comply with the provisions set forth therein.

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

2767471.1 115719-100281

Page: 3
Debtors: New England Motor Freight, Inc., *et al.*
Case No.: 19-12809 (JKS)
Caption: Order Approving Debtors' Motion for Order Approving Settlement with Taylor & Martin, Inc. Pursuant to 11 U.S.C. § 105(a) and Bankruptcy Rule 9019

---

3. The Debtors are authorized to take all actions reasonably necessary to effectuate the relief granted pursuant to this Order.

4. Notice of the Motion as provided therein shall be deemed good and sufficient notice of such Motion and the requirements of Bankruptcy Rule 6004(a) are waived.

5. The fourteen (14) day stay under Bankruptcy Rule 6004(h) is waived and this Order shall be effective immediately upon its entry.

6. The requirement set forth in Local Rule 9013-1(a)(3) that any motion be accompanied by a memorandum of law is hereby deemed satisfied by the contents of the Motion or otherwise waived.

7. The Debtors shall serve by regular mail a copy of this Order and the Motion on: (a) the Official Committee of Unsecured Creditors, and (b) Taylor & Martin, Inc., within three (3) business days after entry of this Order.

8. This Court shall retain exclusive jurisdiction to hear and decide any and all disputes related to or arising from the implementation, interpretation or enforcement of this Order.

2767471.1 115719-100281

```
                          United States Bankruptcy Court
                                District of New Jersey
In re:                                                        Case No. 19-12809-JKS
New England Motor Freight, Inc.                               Chapter 11
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-2         User: admin                Page 1 of 1         Date Rcvd: Feb 13, 2020
                             Form ID: pdf903            Total Noticed: 9


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 15, 2020.
db            +New England Motor Freight, Inc.,    1-71 North Ave E,    Elizabeth, NJ 07201-2958
aty          #+Brent C. Strickland,    Whiteford, Taylor & Preston L.L.P,    7501 Wisconsin Avenue,Suite 700W,
                Bethesda, MD 20814-6521
aty           +Deloitte Consulting LLP,    111 S Wacker Dr,    Chicago, IL 60606-4396
aty           +Gibbons, P.C.,    One Gateway Center,   Newark, NJ 07102-5321
aty            Howard A. Cohen,    Gibbons P.C.,    300 Delaware Avenue, Suite 1015,    Wilmington, DE 19801-1671
aty            Jeffrey L. Nagel,    Gibbons P.C.,    One Pennsylvania Plaza, 37th Floor,
                New York, NY 10119-3701
aty           +Todd M. Brooks,    Whiteford, Taylor & Preston L.L.P.,   7 St. Paul Street, Suite 1500,
                Baltimore, MD 21202-1636
aty           +WASSERMAN, JURISTA & STOLZ, P.C.,    110 Allen Road,   Suite 304,
                Basking Ridge,, NJ 07920-4500
aty           +Whiteford Taylor & Preston,    Seven Saint paul St. Ste 1800,    Baltimore, MD 21202-1639

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0


Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 15, 2020                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 13, 2020 at the address(es) listed below:
NONE.                                                                                               TOTAL: 0
```