| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br>MLK jr Federal Building<br>50 Walnut Street<br>Newark, NJ 07102 | *[Filed stamp: 2020 FEB 19 AM 10:54, JEANNE A. NAUGHTON, BY: Deputy Clerk]* |
| In Re:<br>New England Motor Freight, Inc.<br>1-71 North Ave. E<br>Elizabeth. NJ 07201  Tax ID 22-1977697 | Case No.: 19-12809-JKS<br>Chapter: 11<br>Judge: John K Sherwood |

## CHANGE OF ADDRESS

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding. A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type:   Polder, Inc., creditor
(Example: John Smith, creditor)

Old address:   195 Christian Street
Oxford, CT  06478

New address:   Polder, Inc., creditor
100 Main Street N unit 201
Southbury, CT  06488-3842

New phone no.: _____
(if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true.  If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date:  02/11/2020                    G Calvin Scott
                                      Signature

rev.2/1/16

FRI-11610 0312-2 147 19-12809
Karen A. Giannelli
One Gateway Center
Newark, NJ 07102-5310

005701 5701 1 AB 0.409 06478 #7#9 8979-1-6894 #C#P

Polder Inc
Diane Stryjewski
195 Christian St
Oxford CT 06478-1252

# ATTENTION: ADDRESS CORRECTION REQUESTED

If you are receiving this notice, U.S. Postal Service records indicate that the address that the *debtor* listed is subject to a forwarding order. Forwarding orders are only good for a limited time.

| IF YOU ARE THE INTENDED NOTICE RECIPIENT | IF YOU ARE THE DEBTOR/DEBTOR'S COUNSEL |
|---|---|
| 1. Update your address immediately with the Bankruptcy Court identified on the notice pursuant to the Court's local procedures.<br>2. You may sign up for electronic noticing at http://bankruptcynotices.uscourts.gov or<br>3. You may register a preferred physical address at http://bankruptcynotices.uscourts.gov<br>Enter all variations of your name and address(es) that you want redirected to your electronic or preferred physical address. Make sure that you enter the name and address that were on <u>this</u> notice to ensure that future notices to this incorrect address will be re-directed. | 1. Find an updated address and send the attached document to that address.<br>2. Update the address with the Bankruptcy Court pursuant to the Court's local procedures. |

005701  11610005706012

Form 147 – ntccnfpln

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19-12809-JKS
Chapter: 11
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
New England Motor Freight, Inc.
1-71 North Ave E
Elizabeth, NJ 07201

Social Security No.:

Employer's Tax I.D. No.:
22-1977697

## NOTICE OF ORDER CONFIRMING CHAPTER 11 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 11 plan was entered on January 15, 2020.

IT IS FURTHER NOTICED,

1. The clerk shall close the case 180 days after entry of the order confirming plan. Local Rule 3022-1(a).

2. On motion of a party in interest filed and served within the time period set forth above, the court may for cause extend the time for closing the case. Local Rule 3022-1(b).

3. All applications for allowance of fees and expenses shall be filed within 90 days after entry of a final order confirming plan, or such fees and expenses shall be deemed to be waived. Local Rule 2016-1(i).

Dated: January 15, 2020
JAN: zlh

Jeanne Naughton
Clerk

005701                    11610005706012