David V. Fontana, Esquire
Lisa Bittle Tancredi, Esquire (*pro hac vice*)
Keith M. Lusby, Esquire (*pro hac vice*)
GEBHARDT & SMITH LLP
One South Street, Suite 2200
Baltimore, Maryland 21202
E-mail:  dfont@gebsmith.com
Tel: 410-385-5053
*Counsel for T.D. Bank, N.A.*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC., *et al.*, | Case No. 19-12809 (JKS) |
| Debtors.[1] | (Joint Administration Requested) |

**STATEMENT OF T.D. BANK, N.A. PURSUANT TO THE STIPULATION AND SETTLEMENT AGREEMENT BY AND BETWEEN THE COMMITTEE, DEBTORS AND T.D. BANK, N.A.**

T.D. Bank, N.A. ("Bank"), by its undersigned counsel, files this Statement in accordance with that Stipulation and Settlement Agreement by and Between the Committee, Debtors and T.D. Bank, N.A. (the "Stipulation and Settlement"), approved by the Order Approving Debtors' and Official Committee of Unsecured Creditors' Fourth Motion for Order Approving Lender Settlement Pursuant to 11 U.S.C. §§ 105(a), 502, 503 and 506 and Bankruptcy Rules 4001(a) and 9019 [Docket No. 1029], and states that the Additional Fees and Costs (as that term is defined in

---

[1]  The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows:  New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC (4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMF Logistics, LLC (4666).

1

the Stipulation and Settlement) incurred by T.D. Bank, N.A. from October 23, 2019 through February 3, 2020, the Effective Date of the Joint Conforming Plan are $12,019.15, representing Additional Fees of $10,491.00 and Additional Costs of $1,528.15.

        Respectfully submitted,

        GEBHARDT & SMITH LLP

By: */s/ David V. Fontana*
   David V. Fontana, Esquire
   Lisa Bittle Tancredi, Esquire (*pro hac vice*)
   Keith M. Lusby, Esquire (*pro hac vice*)
   GEBHARDT & SMITH LLP
   One South Street, Suite 2200
   Baltimore, Maryland 21202
   E-mail:  dfont@gebsmith.com
   Tel: 410-385-5053
   *Counsel for T.D. Bank, N.A.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on this 5th day of March, 2020, I electronically filed the foregoing *Statement* via CM/ECF, which will send notice of the filing to the following parties:

Richard Albuquerque on behalf of Creditor MICHAEL SINGLEY
richarda@djdlawyers.com

Morris S. Bauer on behalf of Creditor East River Energy, Inc,
msbauer@nmmlaw.com, rjacome@norris-law.com,relikens@nmmlaw.com

Kenneth L. Baum on behalf of Creditor Clermont Holdings, LLC
kbaum@kenbaumdebtsolutions.com, fpisano@coleschotz.com

JoAnne M. Bonacci on behalf of Creditor RLI Insurance Company
jbonacci@dbplawfirm.com

Leonard R Boyer on behalf of Creditor Nelson Vasquez
lrbnjesq@gmail.com, mcordova48890@aol.com;ana.ocasio@boyercoffylaw.com

John F. Bracaglia, Jr. on behalf of Interested Party Orange and Rockland Utilities, Inc.
brokaw@centraljerseylaw.com

Gary D. Bressler on behalf of Creditor Mack Trucks, Inc.
gbressler@mdmc-law.com, kdeans@mdmc-law.com;kpatterson@mdmc-law.com;dprimack@mdmc-law.com;bkleban@mdmc-law.com

Gary D. Bressler on behalf of Creditor VFS US LLC
gbressler@mdmc-law.com, kdeans@mdmc-law.com;kpatterson@mdmc-law.com;dprimack@mdmc-law.com;bkleban@mdmc-law.com

Gary D. Bressler on behalf of Creditor Volvo Financial
gbressler@mdmc-law.com, kdeans@mdmc-law.com;kpatterson@mdmc-law.com;dprimack@mdmc-law.com;bkleban@mdmc-law.com

Alan J. Brody on behalf of Creditor JP Morgan Chase
brodya@gtlaw.com, NJLitDock@gtlaw.com

Kate R. Buck on behalf of Creditor Connecticut Light & Power Company, NStar Western Massachusetts, Yankee Gas Services Company, Colonial Gas Company, KeySpan Energy Delivery Long Island, Narragansett Electric Company and Niagara Mohawk
kbuck@mccarter.com

Kate R. Buck on behalf of Creditor Potomac Edison Company, Toledo Edison Company and West Penn Power Company

Case 19-12809-JKS    Doc 1192    Filed 03/05/20    Entered 03/05/20 16:58:23    Desc Main
Document    Page 4 of 13


kbuck@mccarter.com

Deirdre E. Burke on behalf of Creditor Capital One, N.A.
dburke@mccarter.com

Robert A. Burke on behalf of Defendant Jenny Munson Andress, individually and as the Administratrix of the Estate of Herbert Andress
rburke@macelree.com

Kevin M. Capuzzi on behalf of Interested Party Amazon.com Services, Inc., formerly Amazon Fulfillment Services, Inc.
kcapuzzi@beneschlaw.com, debankruptcy@beneschlaw.com

Michael R. Caruso on behalf of Creditor Wells Fargo Equipment Finance, Inc.
mcaruso@csglaw.com, ecf@csglaw.com

Alyssa A. Cimino on behalf of Creditor Abel Trochez
acimino@aciminolaw.com

Alyssa A. Cimino on behalf of Creditor Byron E Najera Osorio
acimino@aciminolaw.com

Alyssa A. Cimino on behalf of Creditor Xiomara Mendoz-Lopez
acimino@aciminolaw.com

Donald W Clarke on behalf of Debtor New England Motor Freight, Inc.
dclarke@wjslaw.com, dclarke@ecf.inforuptcy.com

Mark B Conlan on behalf of Debtor New England Motor Freight, Inc.
mconlan@gibbonslaw.com

Mark B Conlan on behalf of Defendant New England Motor Freight, Inc., et al.
mconlan@gibbonslaw.com

Mark B Conlan on behalf of Plaintiff New England Motor Freight, Inc.
mconlan@gibbonslaw.com

Catherine L. Corey on behalf of Creditor East River Energy, Inc,
clcorey@nmmlaw.com

Louis A. Curcio on behalf of Creditor Santander Bank, N.A.
louis.curcio@troutmansanders.com,
John.Murphy@troutmansanders.com;jonathan.forstot@troutmansanders.com;david.pisciotta@troutmansanders.com

Joseph J. DiPasquale on behalf of Creditor Committee Official Committee Of Unsecured Creditors
jdipasquale@lowenstein.com, jkimble@lowenstein.com

Joseph J. DiPasquale on behalf of Other Prof. CohnReznick Capital Market Securities, LLC
jdipasquale@lowenstein.com, jkimble@lowenstein.com

Joseph J. DiPasquale on behalf of Other Prof. Liquidating Trustee
jdipasquale@lowenstein.com, jkimble@lowenstein.com

Keri P. Ebeck on behalf of Creditor Guttman Energy, Inc.
kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com

David Edelberg on behalf of Creditor McIntosh Energy Company
dedelberg@cullenanddykman.com, edelbergdr82964@notify.bestcase.com

David V. Fontana on behalf of Creditor TD Bank, N.A.
dfont@gebsmith.com, ltancredi@gebsmith.com;klusby@gebsmith.com

Scott J. Freedman on behalf of Creditor Corcentric, LLC
sfreedman@dilworthlaw.com

Scott J. Freedman on behalf of Creditor New Jersey Manufacturers
sfreedman@dilworthlaw.com

Jacob Frumkin on behalf of Interested Party Great Dane LLC
jfrumkin@coleschotz.com

Karen A. Giannelli on behalf of Accountant Withumsmith+Brown
kgiannelli@gibbonslaw.com

Karen A. Giannelli on behalf of Debtor Apex Logistics, Inc.
kgiannelli@gibbonslaw.com

Karen A. Giannelli on behalf of Debtor Carrier Industries, Inc.
kgiannelli@gibbonslaw.com

Karen A. Giannelli on behalf of Debtor Eastern Freight Ways, Inc.
kgiannelli@gibbonslaw.com

Karen A. Giannelli on behalf of Debtor Hollywood Avenue Solar, LLC
kgiannelli@gibbonslaw.com

Karen A. Giannelli on behalf of Debtor Jans Leasing Corp.
kgiannelli@gibbonslaw.com

Karen A. Giannelli on behalf of Debtor MyJon, LLC
kgiannelli@gibbonslaw.com

Karen A. Giannelli on behalf of Debtor Myar, LLC
kgiannelli@gibbonslaw.com

Karen A. Giannelli on behalf of Debtor NEMF Logistics, LLC
kgiannelli@gibbonslaw.com

Karen A. Giannelli on behalf of Debtor NEMF World Transport, Inc.
kgiannelli@gibbonslaw.com

Karen A. Giannelli on behalf of Debtor New England Motor Freight, Inc.
kgiannelli@gibbonslaw.com

Karen A. Giannelli on behalf of Debtor United Express Solar, LLC
kgiannelli@gibbonslaw.com

Karen A. Giannelli on behalf of Other Prof. Donlin, Recano & Company, Inc.
kgiannelli@gibbonslaw.com

Karen A. Giannelli on behalf of Plaintiff Apex Logistics, Inc.
kgiannelli@gibbonslaw.com

Karen A. Giannelli on behalf of Plaintiff Carrier Industries, Inc.
kgiannelli@gibbonslaw.com

Karen A. Giannelli on behalf of Plaintiff Eastern Freight Ways, Inc.
kgiannelli@gibbonslaw.com

Karen A. Giannelli on behalf of Plaintiff Hollywood Avenue Solar, LLC
kgiannelli@gibbonslaw.com

Karen A. Giannelli on behalf of Plaintiff Jans Leasing Corp.
kgiannelli@gibbonslaw.com

Karen A. Giannelli on behalf of Plaintiff MyJon, LLC
kgiannelli@gibbonslaw.com

Karen A. Giannelli on behalf of Plaintiff Myar, LLC
kgiannelli@gibbonslaw.com

Karen A. Giannelli on behalf of Plaintiff NEMF Logistics, LLC
kgiannelli@gibbonslaw.com

Karen A. Giannelli on behalf of Plaintiff NEMF World Transport, Inc.

kgiannelli@gibbonslaw.com

Karen A. Giannelli on behalf of Plaintiff New England Motor Freight, Inc.
kgiannelli@gibbonslaw.com

Karen A. Giannelli on behalf of Plaintiff United Express Solar, LLC
kgiannelli@gibbonslaw.com

Brian Glass on behalf of Interested Party PA Department of Environmental Protection
briaglass@pa.gov, verkanova@pa.gov

Eric Goldstein on behalf of Creditor United HealthCare Services, Inc.
egoldstein@goodwin.com, bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com

Evan S. Goldstein on behalf of Creditor Webster Capital Finance, Inc.
egoldstein@uks.com

Warren Scott Gottlieb on behalf of Defendant Consolidated Edison Company of New York, Inc.
wgottlieb@golawllp.com

Justin W. Gray on behalf of Creditor Angela Evans
gray@maynardoconnorlaw.com, Sweeney@moscllp.com

Justin W. Gray on behalf of Creditor Anthony McNeil
gray@maynardoconnorlaw.com, Sweeney@moscllp.com

Justin W. Gray on behalf of Creditor Daniel Murtha
gray@maynardoconnorlaw.com, Sweeney@moscllp.com

Justin W. Gray on behalf of Creditor Daniel Rinaldi
gray@maynardoconnorlaw.com, Sweeney@moscllp.com

Justin W. Gray on behalf of Creditor Janice A. Goodall
gray@maynardoconnorlaw.com, Sweeney@moscllp.com

Justin W. Gray on behalf of Defendant Angela Evans, Individually & as Parent & Natural Guardian of E Evans, an Infant
gray@maynardoconnorlaw.com, Sweeney@moscllp.com

Brian W. Hofmeister on behalf of Creditor Larry L. Banks
bwh@hofmeisterfirm.com

Richard S. Kanowitz on behalf of Unknown Role Type Ad Hoc Group of Tort Claimants
rkanowitz@cooley.com, mklein@cooley.com;jindyke@cooley.com;efiling-notice@ecf.pacerpro.com

James A. Kellar on behalf of Creditor Colonial Gas Company, KeySpan Energy Delivery Long Island, Narragansett Electric Company and Niagara Mohawk Power Corporation
jkellar@mccarter.com

James A. Kellar on behalf of Creditor Rochester Gas & Electric Corporation
jkellar@mccarter.com

James A. Kellar on behalf of Creditor West Penn Power Company
jkellar@mccarter.com

Norman N Kinel on behalf of Interested Party East West Bank
norman.kinel@squirepb.com, sarah.conley@squirepb.com;elliot.smith@squirepb.com

Peter M. Knob on behalf of Creditor Capital One, N.A.
pknob@mccarter.com, lrestivo@mccarter.com

Denise A Kuhn on behalf of Creditor Dept. of Revenue Commonwealth of Pennsylvania, department of revenue
dkuhn@attorneygeneral.gov

Christopher John Leavell on behalf of Interested Party Class Plaintiffs at al
cleavell@klehr.com, lclark@klehr.com

Christopher John Leavell on behalf of Plaintiff Dan Webster
cleavell@klehr.com, lclark@klehr.com

Christopher John Leavell on behalf of Plaintiff Mary Carlin
cleavell@klehr.com, lclark@klehr.com

Scott W Lichtenstein on behalf of Creditor Berkley Insurance Company
slichtenstein@csglaw.com

Seoung Y. Lim on behalf of Creditor Pantos USA, Inc.
joshualim@kcllawfirm.com,
denisemoreno@kcllawfirm.com,seankwak@kcllawfirm.com,jpark@kcllawfirm.com

Gail C. Lin on behalf of Creditor WARN Act Class Plaintiffs and Putative Class
gcl@raisnerroupinian.com,
rsr@raisnerroupinian.com;jar@raisnerroupinian.com;warnlawyers@raisnerroupinian.com;jenny--hoxha--5459@ecf.pacerpro.com

Gail C. Lin on behalf of Creditor Alice Waters
gcl@raisnerroupinian.com,
rsr@raisnerroupinian.com;jar@raisnerroupinian.com;warnlawyers@raisnerroupinian.com;jenny--hoxha--5459@ecf.pacerpro.com

Gail C. Lin on behalf of Creditor Rich Richardson
gcl@raisnerroupinian.com,
rsr@raisnerroupinian.com;jar@raisnerroupinian.com;warnlawyers@raisnerroupinian.com;jenny--hoxha--5459@ecf.pacerpro.com

Gail C. Lin on behalf of Plaintiff Alice Waters
gcl@raisnerroupinian.com,
rsr@raisnerroupinian.com;jar@raisnerroupinian.com;warnlawyers@raisnerroupinian.com;jenny--hoxha--5459@ecf.pacerpro.com

Gail C. Lin on behalf of Plaintiff Rich Richardson
gcl@raisnerroupinian.com,
rsr@raisnerroupinian.com;jar@raisnerroupinian.com;warnlawyers@raisnerroupinian.com;jenny--hoxha--5459@ecf.pacerpro.com

Joseph Lubertazzi, Jr. on behalf of Creditor Capital One, N.A.
jlubertazzi@mccarter.com

Christopher Lynch on behalf of Creditor Fifth Third Bank
clynch@reedsmith.com

Kevin Gordon McDonald on behalf of Creditor VW Credit Leasing, Ltd.
kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com

Douglas J. McGill on behalf of Creditor Pilot Thomas Logistics LLC
dmcgill@webbermcgill.com, mlynch@webbermcgill.com

Joseph J. McMahon, Jr. on behalf of Creditor Pilot Travel Centers LLC
jmcmahon@ciardilaw.com, jclarke@ciardilaw.com

John R. Morton, Jr. on behalf of Creditor CAB East LLC, serviced by Ford Motor Credit Company LLC
ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

Robert E. Nies on behalf of Creditor Berkley Insurance Company
rnies@csglaw.com

Melissa A. Pena on behalf of Creditor Webster Capital Finance, Inc.
mapena@norris-law.com, pfreda@nmmlaw.com

Frank Peretore on behalf of Creditor Wells Fargo Equipment Finance, Inc.
fperetore@csglaw.com

David A. Pisciotta on behalf of Creditor Santander Bank, N.A.
david.pisciotta@troutmansanders.com,
john.murphy@troutman.com;alissa.piccione@troutman.com

Sari Blair Placona on behalf of Creditor Interstate Towing Recovery Incorporated
splacona@msbnj.com

Sari Blair Placona on behalf of Creditor Mercedes Benz Financial Services USA LLC
splacona@msbnj.com

Sari Blair Placona on behalf of Creditor Daryl & Kim Martin
splacona@msbnj.com

Sari Blair Placona on behalf of Creditor Jalil Walters
splacona@msbnj.com

Sari Blair Placona on behalf of Creditor Rasheeda Carter
splacona@msbnj.com

Sari Blair Placona on behalf of Creditor Shauna Jones
splacona@msbnj.com

Sari Blair Placona on behalf of Defendant DARYL MARTIN AND KIM MARTIN
splacona@msbnj.com

Sari Blair Placona on behalf of Defendant Jalil Waters and Rashida Carter
splacona@msbnj.com

Sari Blair Placona on behalf of Defendant Shauna Jones
splacona@msbnj.com

Mark Platt on behalf of Creditor Omnitracs, LLC
mplatt@fbtlaw.com

Stephen B. Ravin on behalf of Creditor Riggins, Inc.
sravin@saul.com, jgillman@saul.com

Rona J. Rosen on behalf of Creditor WARN Act Class Plaintiffs and Putative Class
cbbutler@klehr.com, cbbutler@klehr.com

Beth J. Rotenberg on behalf of Creditor Berkley Insurance Company
brotenberg@csglaw.com, ecf@csglaw.com

Blake D. Roth on behalf of Creditor Bridgestone Americas Tire Operations, LLC
blake.roth@wallerlaw.com,
chris.cronk@wallerlaw.com;deborah.liles@wallerlaw.com;katie.stenberg@wallerlaw.com

Rene S. Roupinian on behalf of Plaintiff Alice Waters
rsr@outtengolden.com

Rene S. Roupinian on behalf of Plaintiff Rich Richardson
rsr@outtengolden.com

Robert K. Scheinbaum on behalf of Creditor New Jersey Manufacturers
rscheinbaum@connellfoley.com

Robert K. Scheinbaum on behalf of Defendant New Jersey Manufacturers Insurance Company a/s/o Phyllis A. Troy
rscheinbaum@connellfoley.com

John Phillip Schneider on behalf of Creditor Committee Official Committee Of Unsecured Creditors
JPSchneider@mdmc-law.com

Joseph L. Schwartz on behalf of Creditor Lucky's Energy Service, Inc.
jschwartz@riker.com

Joseph L. Schwartz on behalf of Interested Party United States Fire Insurance Company
jschwartz@riker.com

Mary E. Seymour on behalf of Attorney Lowenstein Sandler LLP
mseymour@lowenstein.com

Mary E. Seymour on behalf of Creditor Committee Official Committee Of Unsecured Creditors
mseymour@lowenstein.com

Virginia T. Shea on behalf of Creditor VFS US LLC
vshea@mdmc-law.com, mtaranto@mdmc-law.com;kpatterson@mdmc-law.com;gbressler@mdmc-law.com;lmodugno@mdmc-law.com

Virginia T. Shea on behalf of Creditor Volvo Financial
vshea@mdmc-law.com, mtaranto@mdmc-law.com;kpatterson@mdmc-law.com;gbressler@mdmc-law.com;lmodugno@mdmc-law.com

Michael D. Sirota on behalf of Interested Party Great Dane LLC
msirota@coleschotz.com, fpisano@coleschotz.com

Anthony Sodono, III on behalf of Creditor Mercedes Benz Financial Services USA LLC
asodono@msbnj.com

Anthony Sodono, III on behalf of Creditor Jalil Walters
asodono@msbnj.com

Anthony Sodono, III on behalf of Creditor Rasheeda Carter
asodono@msbnj.com

Anthony Sodono, III on behalf of Creditor Shauna Jones
asodono@msbnj.com

Anthony Sodono, III on behalf of Defendant Jalil Waters and Rashida Carter
asodono@msbnj.com

Anthony Sodono, III on behalf of Defendant Shauna Jones
asodono@msbnj.com

Rebecca Ann Solarz on behalf of Creditor VW Credit Leasing, Ltd
rsolarz@kmllawgroup.com

Rick Aaron Steinberg on behalf of Creditor TOTE Maritime
rsteinberg@pricemeese.com

Gavin Stewart on behalf of Creditor VW Credit, Inc.
gavin@stewartlegalgroup.com

Daniel Stolz on behalf of Debtor New England Motor Freight, Inc.
dstolz@wjslaw.com,
dstolz@ecf.inforuptcy.com;msousa@wjslaw.com;btorres@ecf.inforuptcy.com

Douglas T Tabachnik on behalf of Creditor to Rita Alvarado The Rosato Firm, P.C., counsel
dtabachnik@dttlaw.com, rdalba@dttlaw.com

Douglas T Tabachnik on behalf of Defendant Rita Alvarado
dtabachnik@dttlaw.com, rdalba@dttlaw.com

Brett Steven Theisen on behalf of Debtor New England Motor Freight, Inc.
btheisen@gibbonslaw.com

Brett Steven Theisen on behalf of Plaintiff New England Motor Freight, Inc.
btheisen@gibbonslaw.com

Chad J. Toms on behalf of Debtor New England Motor Freight, Inc.
ctoms@wtplaw.com

Andrew R. Turner on behalf of Defendant Protective Insurance Company
courts@turnerlaw.net

Andrew R. Turner on behalf of Interested Party Protective Insurance Company
courts@turnerlaw.net

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

<div style="text-align: right">

*/s/ David V. Fontana*
David V. Fontana
GEBHARDT & SMITH LLP
One South Street, Suite 2200
Baltimore, Maryland 21202
E-mail:  dfont@gebsmith.com
Tel: 410-385-5053
*Counsel for T.D. Bank, N.A.*

</div>

13