Norman N. Kinel, Esquire
SQUIRE PATTON BOGGS (US) LLP
30 Rockefeller Plaza, 23rd Floor
New York, NY 10112
Email: norman.kinel@squirepb.com
Tel: 212 872-9800
*Counsel to East West Bank*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC., *et al.*, | Case No. 19-12809 (JKS) |
| Debtors.[1] | (Jointly Administered) |

**STATEMENT PURSUANT TO STIPULATION
REGARDING GLOBAL SETTLEMENT WITH EAST WEST BANK**

East West Bank ("EWB"), by its undersigned counsel, hereby files this Statement in accordance with that certain *Stipulation Regarding Global Settlement With East West Bank* [Docket No. 998-1] (the "Settlement Stipulation"), approved by the *Order Approving Debtors' and Official Committee of Unsecured Creditors' Third Motion for Order Approving Lender Settlement Pursuant to 11 U.S.C. §§ 105(a), 502, 503 and 506 and Bankruptcy Rules 4001(a) and 9019* [Docket No. 1028], and states that the Additional Fees and Costs (as that term is defined in the Settlement Stipulation) incurred by East West Bank from November 1, 2019 through and including February 3, 2020, the Effective Date of the *Debtors' and Official Committee of Unsecured Creditors' Third*

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC (4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMF Logistics, LLC (4666).

*Amended Joint Combined Plan of Liquidation and Disclosure Statement* [Docket No. 1023], are $52,697.01, representing Additional Fees of $52,402.50 and Additional Costs of $294.51 (as each of such terms are defined in the Settlement Stipulation).

Dated this 9th day of March, 2020.

                                                 Respectfully submitted,

                                                 SQUIRE PATTON BOGGS (US) LLP

By: /s/ Norman N. Kinel
     Norman N. Kinel, Esquire
     SQUIRE PATTON BOGGS (US) LLP
     30 Rockefeller Plaza, 23rd Floor
     New York, NY 10112
     E-mail: norman.kinel@squirepb.com
     Tel: 212-872-9800
     *Counsel for East West Bank*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on March 9, 2020, the foregoing *Statement Pursuant to Stipulation Regarding Global Settlement With East West Bank* was served on the following parties via CM/ECF:

Richard Albuquerque
on behalf of Creditor MICHAEL SINGLEY
richarda@djdlawyers.com

Morris S. Bauer
on behalf of Creditor East River Energy, Inc.,
msbauer@nmmlaw.com;
rjacome@norris-law.com;
relikens@nmmlaw.com

Kenneth L. Baum
on behalf of Creditor Clermont Holdings, LLC
kbaum@kenbaumdebtsolutions.com;
fpisano@coleschotz.com

JoAnne M. Bonacci
on behalf of Creditor RLI Insurance Company
jbonacci@dbplawfirm.com

Leonard R Boyer
on behalf of Creditor Nelson Vasquez
lrbnjesq@gmail.com;
mcordova48890@aol.com;
r.lr73573@notify.bestcase.com;
aocasio768@aol.com

John F. Bracaglia, Jr.
on behalf of Interested Party Orange and Rockland Utilities, Inc.
brokaw@centraljerseylaw.com

Gary D. Bressler
on behalf of Creditor Mack Trucks, Inc.
gbressler@mdmc-law.com,
kdeans@mdmc-law.com;
kpatterson@mdmc-law.com;
dprimack@mdmc-law.com;
bkleban@mdmc-law.com

Gary D. Bressler
on behalf of Creditor VFS US LLC
gbressler@mdmc-law.com;
kdeans@mdmc-law.com;
kpatterson@mdmc-law.com;
dprimack@mdmc-law.com;
bkleban@mdmc-law.com

Gary D. Bressler
on behalf of Creditor Volvo Financial
gbressler@mdmc-law.com,
kdeans@mdmc-law.com;
kpatterson@mdmc-law.com;
dprimack@mdmc-law.com;
bkleban@mdmc-law.com

Alan J. Brody
on behalf of Creditor JP Morgan Chase
brodya@gtlaw.com;
NJLitDock@gtlaw.com

Kate R. Buck
on behalf of Creditor Connecticut Light & Power Company, NStar Western Massachusetts,
Yankee Gas Services Company, Colonial Gas Company, KeySpan Energy Delivery Long Island,
Narragansett Electric Company and Niagara Mohawk
kbuck@mccarter.com

Kate R. Buck
on behalf of Creditor Potomac Edison Company, Toledo Edison Company and
West Penn Power Company
kbuck@mccarter.com

Deirdre E. Burke
on behalf of Creditor Capital One, N.A.
dburke@mccarter.com

Robert A. Burke
on behalf of Defendant Jenny Munson Andress, individually and as the Administratrix of the
Estate of Herbert Andress
rburke@macelree.com

Kevin M. Capuzzi
on behalf of Interested Party Amazon.com Services, Inc., formerly Amazon Fulfillment Services,
Inc.
kcapuzzi@beneschlaw.com;
debankruptcy@beneschlaw.com

Michael R. Caruso
on behalf of Creditor Wells Fargo Equipment Finance, Inc.
mcaruso@csglaw.com;
ecf@csglaw.com

Donald W Clarke
on behalf of Debtor New England Motor Freight, Inc.
dclarke@wjslaw.com;
dclarke@ecf.inforuptcy.com

Mark B. Conlan
on behalf of Debtor New England Motor Freight, Inc.
mconlan@gibbonslaw.com

Mark B Conlan
on behalf of Defendant New England Motor Freight, Inc., et al.
mconlan@gibbonslaw.com

Mark B Conlan
on behalf of Plaintiff New England Motor Freight, Inc.
mconlan@gibbonslaw.com

Catherine L. Corey
on behalf of Creditor East River Energy, Inc.
clcorey@nmmlaw.com

Louis A. Curcio
on behalf of Creditor Santander Bank, N.A.
louis.curcio@troutmansanders.com,
John.Murphy@troutmansanders.com;
jonathan.forstot@troutmansanders.com;
david.pisciotta@troutmansanders.com

Joseph J. DiPasquale
on behalf of Creditor Committee Official Committee of Unsecured Creditors
jdipasquale@lowenstein.com;
jkimble@lowenstein.com

Keri P. Ebeck
on behalf of Creditor Guttman Energy, Inc.
kebeck@bernsteinlaw.com;
jbluemle@bernsteinlaw.com

David Edelberg
on behalf of Creditor McIntosh Energy Company
dedelberg@cullenanddykman.com,
edelbergdr82964@notify.bestcase.com

David V. Fontana
on behalf of Creditor TD Bank, N.A.
dfont@gebsmith.com:
ltancredi@gebsmith.com;
klusby@gebsmith.com

Scott J. Freedman
on behalf of Creditor Corcentric, LLC
sfreedman@dilworthlaw.com

Jacob Frumkin
on behalf of Interested Party Great Dane LLC
jfrumkin@coleschotz.com

Karen A. Giannelli
on behalf of Debtor Apex Logistics, Inc.
kgiannelli@gibbonslaw.com

Karen A. Giannelli
on behalf of Debtor Carrier Industries, Inc.
kgiannelli@gibbonslaw.com

Karen A. Giannelli
on behalf of Debtor Eastern Freight Ways, Inc.
kgiannelli@gibbonslaw.com

Karen A. Giannelli
on behalf of Debtor Hollywood Avenue Solar, LLC
kgiannelli@gibbonslaw.com

Karen A. Giannelli
on behalf of Debtor Jans Leasing Corp.
kgiannelli@gibbonslaw.com

Karen A. Giannelli
on behalf of Debtor MyJon, LLC
kgiannelli@gibbonslaw.com

Karen A. Giannelli
on behalf of Debtor Myar, LLC
kgiannelli@gibbonslaw.com

Karen A. Giannelli
on behalf of Debtor NEMF Logistics, LLC
kgiannelli@gibbonslaw.com

Karen A. Giannelli
on behalf of Debtor NEMF World Transport, Inc.
kgiannelli@gibbonslaw.com

Karen A. Giannelli
on behalf of Debtor New England Motor Freight, Inc.
kgiannelli@gibbonslaw.com

Karen A. Giannelli
on behalf of Debtor United Express Solar, LLC
kgiannelli@gibbonslaw.com

Karen A. Giannelli
on behalf of Other Prof. Donlin, Recano & Company, Inc.
kgiannelli@gibbonslaw.com

Karen A. Giannelli
on behalf of Plaintiff Apex Logistics, Inc.
kgiannelli@gibbonslaw.com

Karen A. Giannelli
on behalf of Plaintiff Carrier Industries, Inc.
kgiannelli@gibbonslaw.com

Karen A. Giannelli
on behalf of Plaintiff Eastern Freight Ways, Inc.
kgiannelli@gibbonslaw.com

Karen A. Giannelli
on behalf of Plaintiff Hollywood Avenue Solar, LLC
kgiannelli@gibbonslaw.com

Karen A. Giannelli
on behalf of Plaintiff Jans Leasing Corp.
kgiannelli@gibbonslaw.com

Karen A. Giannelli
on behalf of Plaintiff MyJon, LLC
kgiannelli@gibbonslaw.com

Karen A. Giannelli
on behalf of Plaintiff Myar, LLC
kgiannelli@gibbonslaw.com

Karen A. Giannelli
on behalf of Plaintiff NEMF Logistics, LLC
kgiannelli@gibbonslaw.com

Karen A. Giannelli
on behalf of Plaintiff NEMF World Transport, Inc.
kgiannelli@gibbonslaw.com

Karen A. Giannelli
on behalf of Plaintiff New England Motor Freight, Inc.
kgiannelli@gibbonslaw.com

Karen A. Giannelli
on behalf of Plaintiff United Express Solar, LLC
kgiannelli@gibbonslaw.com

Brian Glass
on behalf of Interested Party PA Department of Environmental Protection
briaglass@pa.gov,
verkanova@pa.gov

Eric Goldstein
on behalf of Creditor United HealthCare Services, Inc.
egoldstein@goodwin.com, bankruptcy@goodwin.com;
bankruptcyparalegal@goodwin.com

Evan S. Goldstein
on behalf of Creditor Webster Capital Finance, Inc.
egoldstein@uks.com

Warren Scott Gottlieb
on behalf of Defendant Consolidated Edison Company of New York, Inc.
wgottlieb@golawllp.com

Justin W. Gray
on behalf of Creditor Angela Evans
gray@maynardoconnorlaw.com,
Sweeney@moscllp.com

Justin W. Gray
on behalf of Creditor Anthony McNeil
gray@maynardoconnorlaw.com;
Sweeney@moscllp.com

Justin W. Gray
on behalf of Creditor Daniel Murtha
gray@maynardoconnorlaw.com;
Sweeney@moscllp.com

Justin W. Gray
on behalf of Creditor Daniel Rinaldi
gray@maynardoconnorlaw.com;
Sweeney@moscllp.com

Justin W. Gray
on behalf of Creditor Janice A. Goodall
gray@maynardoconnorlaw.com;
Sweeney@moscllp.com

Justin W. Gray
on behalf of Defendant Angela Evans,
Individually & as Parent & Natural Guardian of E Evans, an Infant
gray@maynardoconnorlaw.com;
Sweeney@moscllp.com

Brian W. Hofmeister
on behalf of Creditor Larry L. Banks
bwh@hofmeisterfirm.com

Richard S. Kanowitz
on behalf of Unknown Role Type Ad Hoc Group of Tort Claimants
rkanowitz@cooley.com;
mklein@cooley.com;
jindyke@cooley.com;
efiling-notice@ecf.pacerpro.com

Norman N Kinel
on behalf of Interested Party East West Bank
norman.kinel@squirepb.com;
sarah.conley@squirepb.com;
elliot.smith@squirepb.com

Peter M. Knob
on behalf of Creditor Capital One, N.A.
pknob@mccarter.com;
lrestivo@mccarter.com

Denise A Kuhn
on behalf of Creditor Dept. of Revenue Commonwealth of Pennsylvania, Dept. of Revenue
dkuhn@attorneygeneral.gov

Christopher John Leavell
on behalf of Interested Party Class Plaintiffs at al
cleavell@klehr.com;
lclark@klehr.com

Christopher John Leavell
on behalf of Plaintiff Dan Webster
cleavell@klehr.com;
lclark@klehr.com

Christopher John Leavell
on behalf of Plaintiff Mary Carlin
cleavell@klehr.com;
lclark@klehr.com

Scott W Lichtenstein
on behalf of Creditor Berkley Insurance Company
slichtenstein@csglaw.com

Seoung Y. Lim
on behalf of Creditor Pantos USA, Inc.
joshualim@kcllawfirm.com;
denisemoreno@kcllawfirm.com;
seankwak@kcllawfirm.com;
jpark@kcllawfirm.com

Gail C. Lin
on behalf of Plaintiff Alice Waters
GL@outtengolden.com;
jxh@outtengolden.com;
jar@outtengolden.com;
rsr@outtengolden.com;
kdeleon@outtengolden.com;
squinonez@outtengolden.com;
tloughran@outtengolden.com

Gail C. Lin
on behalf of Plaintiff Rich Richardson
GL@outtengolden.com;
jxh@outtengolden.com;
jar@outtengolden.com;
rsr@outtengolden.com;
kdeleon@outtengolden.com;
squinonez@outtengolden.com;
tloughran@outtengolden.com

Joseph Lubertazzi, Jr.
on behalf of Creditor Capital One, N.A.
jlubertazzi@mccarter.com

010-9011-7796/1/AMERICAS

Christopher Lynch
on behalf of Creditor Fifth Third Bank
clynch@reedsmith.com

Kevin Gordon McDonald
on behalf of Creditor VW Credit Leasing, Ltd.
kmcdonald@kmllawgroup.com;
bkgroup@kmllawgroup.com

Douglas J. McGill
on behalf of Creditor Pilot Thomas Logistics LLC
dmcgill@webbermcgill.com;
mlynch@webbermcgill.com

Joseph J. McMahon, Jr.
on behalf of Creditor Pilot Travel Centers LLC |
jmcmahon@ciardilaw.com;
jclarke@ciardilaw.com

John R. Morton, Jr.
on behalf of Creditor CAB East LLC,
serviced by Ford Motor Credit Company LLC
ecfmail@mortoncraig.com;
mortoncraigecf@gmail.com

Robert E. Nies
on behalf of Creditor Berkley Insurance Company
rnies@csglaw.com

Melissa A. Pena
on behalf of Creditor Webster Capital Finance, Inc.
mapena@norris-law.com;
pfreda@nmmlaw.com

Frank Peretore
on behalf of Creditor Wells Fargo Equipment Finance, Inc.
fperetore@csglaw.com

David A. Pisciotta
on behalf of Creditor Santander Bank, N.A.
david.pisciotta@troutmansanders.com;
john.murphy@troutman.com;
alissa.piccione@troutman.com

Sari Blair Placona
on behalf of Creditor Interstate Towing Recovery Incorporated
splacona@msbnj.com

010-9011-7796/1/AMERICAS

Sari Blair Placona
on behalf of Creditor Mercedes Benz Financial Services USA LLC
splacona@msbnj.com

Sari Blair Placona
on behalf of Creditor Daryl & Kim Martin
splacona@msbnj.com

Sari Blair Placona
on behalf of Creditor Jalil Walters
splacona@msbnj.com

Sari Blair Placona
on behalf of Creditor Rasheeda Carter
splacona@msbnj.com

Sari Blair Placona
on behalf of Creditor Shauna Jones
splacona@msbnj.com

Sari Blair Placona
on behalf of Defendant Daryl Martin and Kim Martin
splacona@msbnj.com

Sari Blair Placona
on behalf of Defendant Jalil Waters and Rashida Carter
splacona@msbnj.com

Sari Blair Placona
on behalf of Defendant Shauna Jones
splacona@msbnj.com

Mark Platt
on behalf of Creditor Omnitracs, LLC
mplatt@fbtlaw.com

Stephen B. Ravin
on behalf of Creditor Riggins, Inc.
sravin@saul.com;
jgillman@saul.com

Rona J. Rosen
on behalf of Creditor WARN Act Class Plaintiffs and Putative Class
cbbutler@klehr.com

Beth J. Rotenberg
on behalf of Creditor Berkley Insurance Company
brotenberg@csglaw.com;
ecf@csglaw.com

Blake D. Roth
on behalf of Creditor Bridgestone Americas Tire Operations, LLC
blake.roth@wallerlaw.com;
chris.cronk@wallerlaw.com;
deborah.liles@wallerlaw.com;
katie.stenberg@wallerlaw.com

Rene S. Roupinian
on behalf of Plaintiff Alice Waters
rsr@outtengolden.com

Rene S. Roupinian
on behalf of Plaintiff Rich Richardson
rsr@outtengolden.com

Robert K. Scheinbaum
on behalf of Creditor New Jersey Manufacturers
rscheinbaum@connellfoley.com

Robert K. Scheinbaum
on behalf of Defendant New Jersey Manufacturers Insurance Company
a/s/o Phyllis A. Troy
rscheinbaum@connellfoley.com

John Phillip Schneider
on behalf of Creditor Committee Official Committee Of Unsecured Creditors
JPSchneider@mdmc-law.com

Joseph L. Schwartz
on behalf of Creditor Lucky's Energy Service, Inc.
jschwartz@riker.com

Mary E. Seymour
on behalf of Creditor Committee Official Committee Of Unsecured Creditors
mseymour@lowenstein.com

Virginia T. Shea
on behalf of Creditor VFS US LLC
vshea@mdmc-law.com;
mtaranto@mdmc-law.com;
kpatterson@mdmc-law.com;
gbressler@mdmc-law.com;
lmodugno@mdmc-law.com

Virginia T. Shea
on behalf of Creditor Volvo Financial
vshea@mdmc-law.com;
mtaranto@mdmc-law.com;
kpatterson@mdmc-law.com;
gbressler@mdmc-law.com;
lmodugno@mdmc-law.com

Michael D. Sirota
on behalf of Interested Party Great Dane LLC
msirota@coleschotz.com,
fpisano@coleschotz.com

Anthony Sodono, III
on behalf of Creditor Mercedes Benz Financial Services USA LLC
asodono@msbnj.com

Anthony Sodono, III
on behalf of Creditor Jalil Walters
asodono@msbnj.com

Anthony Sodono, III
on behalf of Creditor Rasheeda Carter
asodono@msbnj.com

Anthony Sodono, III
on behalf of Creditor Shauna Jones
asodono@msbnj.com

Anthony Sodono, III
on behalf of Defendant Jalil Waters and Rashida Carter
asodono@msbnj.com

Anthony Sodono, III
on behalf of Defendant Shauna Jones
asodono@msbnj.com

Rebecca Ann Solarz
on behalf of Creditor VW Credit Leasing, Ltd
rsolarz@kmllawgroup.com

Rick Aaron Steinberg
on behalf of Creditor TOTE Maritime
rsteinberg@pricemeese.com

Gavin Stewart
on behalf of Creditor VW Credit, Inc.
gavin@stewartlegalgroup.com

Daniel Stolz
on behalf of Debtor New England Motor Freight, Inc.
dstolz@wjslaw.com;
dstolz@ecf.inforuptcy.com;
msousa@wjslaw.com;
btorres@ecf.inforuptcy.com

Douglas T. Tabachnik
on behalf of Creditor to Rita Alvarado The Rosato Firm, P.C., counsel
dtabachnik@dttlaw.com,
rdalba@dttlaw.com

Douglas T Tabachnik
on behalf of Defendant Rita Alvarado
dtabachnik@dttlaw.com;
rdalba@dttlaw.com

Brett Steven Theisen
on behalf of Debtor New England Motor Freight, Inc.
btheisen@gibbonslaw.com

Brett Steven Theisen
on behalf of Plaintiff New England Motor Freight, Inc.
btheisen@gibbonslaw.com

Chad J. Toms
on behalf of Debtor New England Motor Freight, Inc.
ctoms@wtplaw.com

Andrew R. Turner
on behalf of Defendant Protective Insurance Company
courts@turnerlaw.net

Andrew R. Turner
on behalf of Interested Party Protective Insurance Company
courts@turnerlaw.net

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

        Respectfully submitted,

        SQUIRE PATTON BOGGS (US) LLP

By: /s/ Norman N. Kinel
   Norman N. Kinel, Esquire
   SQUIRE PATTON BOGGS (US) LLP
   30 Rockefeller Plaza, 23rd Floor
   New York, NY 10112
   E-mail: norman.kinel@squirepb.com
   Tel: 212-872-9800

*Counsel for East West Bank*