**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
John P. Schneider, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400
E-mail: mseymour@lowenstein.com
E-mail: jdipasquale@lowenstein.com
E-mail: jschneider@lowenstein.com
*Counsel to the Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| In re:                                      | Chapter 11                                         |
|---------------------------------------------|----------------------------------------------------|
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]   | Case No.: 19-12809 (JKS)                           |
|                                  Debtors.   | (Jointly Administered)                             |
|                                             | **Hearing Date: April 16, 2020 at 10:00 a.m.**     |
|                                             | **Objection Deadline: April 9, 2020 at 4:00 p.m.** |

**OMNIBUS NOTICE OF FINAL FEE APPLICATIONS**

**TO:** (I) THE DEBTORS; (II) OFFICE OF THE UNITED STATES TRUSTEE FOR REGION THREE; (III) COUNSEL TO THE DEBTORS; (IV) COUNSEL TO ALL SECURED CREDITORS; AND (V) ALL PARTIES WHO HAVE FORMALLY REQUESTED NOTICES IN THESE CASES PURSUANT TO FED. R. BANK. P. 2002[2].

**PLEASE TAKE NOTICE** that the following final fee applications ("Final Fee Applications") have been filed with the United States Bankruptcy Court for the District of New Jersey in the above-captioned chapter 11 cases:

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] This Omnibus Notice of Final Fee Applications has been electronically filed with the court and served through the Court's CM/ECF system on all parties who have requested and are receiving notices through the Court's CM/ECF system. In addition, pursuant to Fed.R.Bankr.P. 2002, the Court's Bankruptcy Noticing Center has sent notice of each final fee application identified herein to: (i) all parties who have requested and are receiving notices in these chapter 11 cases; and (ii) all creditors and parties-in-interest.

a) *Third Interim And Final Application Of Donlin, Recano & Company, Inc. For Compensation For Services Rendered And Reimbursement Of Expenses As Administrative Advisor To the Debtors For The Third Interim Period From October 1, 2019 Through February 3, 2020 And For The Final Fee Period From February 11, 2019 Through February 3, 2020* [ECF No. 1191, filed 3/4/20];

b) *Final Application For Allowance Of Fees And Reimbursement Of Expenses To Whiteford Taylor & Preston LLP As Special Counsel To The Debtors* [ECF No. 1193; Filed 3/6/20];

c) *First And Final Application Of Akerman LLP As Special Counsel To The Debtors For Allowance Of Compensation And Reimbursement Of Expenses* [ECF No.1196; Filed 3/9/20];

d) *Final Application For Allowance Of Fees And Reimbursement Of Expenses To Conflicts Counsel The Debtor* (Wasserman, Jurista & Stolz) [ECF No. 1198; filed 3/12/20];

e) *Third Interim And Final Application Of Lowenstein Sandler LLP As Counsel To The Official Committee Of Unsecured Creditors For Services Rendered And Reimbursement of Expenses For The Periods From (I) October 1, 2019 Through February 3, 2020 and (II) February 21, 2019 Through February 3, 2020* [ECF No. 1199, filed 3/12/20];

f) *Third Interim And Final Fee Application Of CohnReznick LLP And CohnReznick Capital Market securities, LLC For The Interim Period From (I) October 1, 2019 Through And Including February 3, 2020 and (II) The Final Period Of February 21, 2019 Through And Including February 3, 2020* [ECF No. 1200, filed 3/12/20];

g) *Third And Final Application For Allowance Of Compensation And Reimbursement Of Expenses By WithumSmith+Brown, P.C. As Accountants To The Debtor* [ECF No. 1203; filed 3/16/20]

h) *Combined Eleventh Monthly And Final Application Of Elliott Greenleaf, P.C. As Co-Counsel To The Official Committee Of Unsecured Creditors For Compensation For Services Rendered And Reimbursement Of Expenses For The Monthly Period From January 1, 2020 Through February 3, 2020 And The Final Period Of February 21, 2019 Through February 3, 2020* [ECF No. 1204, filed 3/16/20];

i) *Third Interim and Final Application of Gibbons P.C., for Compensation for Services Rendered and Reimbursement of Expenses as Counsel for Debtors for the Third Interim Period October 1, 2019 through February 3, 2020; Final Application for Allowance of Compensation and Reimbursement of Expenses for the Final Period February 11, 2019 through February 3, 2020 and Limited Additional Request for Post Effective Date Compensation* [ECF No. 1216, filed 3/16/20].

**PLEASE TAKE FURTHER NOTICE** that objections to any of the Final Fee Applications must be filed with the United States Bankruptcy Court for the District of New Jersey, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Newark, NJ 07102 on or before **April 9, 2020 at 4:00 p.m.** (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that any objections or responses to any of the Final Fee Applications should also be served so as to be received by the following on or before the Objection Deadline:

(i)  *Counsel for Debtors*: Gibbons P.C., One Gateway Center, Newark, NJ 07102-5310, Attn: Karen A. Giannelli, Esq., Mark B. Conlan, Esq., Brett S. Theisen, Email: kgiannelli@gibbonslaw.com, mconlan@gibbonslaw.com, theisen@gibbonslaw.com;

(ii) *U.S. Trustee*: Office of the United States Trustee, One Newark Center, 1085 Raymond Blvd., Suite 2100, Newark, NJ, Attn: Mitchell B. Hausman and Peter J. D'Auria, Email: Mitchell.B.Hausman@usdoj.gov, Peter.J.D'Auria@usdoj.gov;

(iii) *Counsel for the Official Committee of Unsecured Creditors*: Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, NJ 07068, Attn: Joseph J. DiPasquale and Mary E. Seymour, Email: jdipasquale@lowenstein.com, mseymour@lowenstein.com and Elliott Greenleaf, 1105 N Market St, 17th Fl, Wilmington, DE 19801-1216, Attn: Rafael X. Zahralddin and Jonathan M. Stemerman, Email: rxza@elliottgreenleaf.com, jms@elliottgreenleaf.com.

**PLEASE TAKE FURTHER NOTICE** that if any objections are filed to any of the Final Fee Applications, a hearing will be held on such Interim Fee Application(s) on **April 16, 2020 at 10:00 a.m. E.T.** before the Honorable John K. Sherwood, United States Bankruptcy Judge, in Courtroom 3D at the United States Bankruptcy Court for the District of New Jersey, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Newark, NJ 07102.

**PLEASE TAKE FURTHER NOTICE** that court appearances will be required to prosecute any such objections.

**PLEASE TAKE FURTHER NOTICE THAT TO THE EXTENT OBJECTIONS TO ANY FINAL FEE APPLICATION ARE NOT TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN ANY SUCH FINAL FEE APPLICATION(S) WITHOUT FURTHER NOTICE OR HEARING.**

Dated: March 17, 2020                                   Respectfully submitted,

                                                                **LOWENSTEIN SANDLER LLP**

                                                                /s/ *Joseph J. DiPasquale*
                                                                Mary E. Seymour, Esq.
                                                                Joseph J. DiPasquale, Esq.
                                                                John P. Schneider, Esq.

One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400
E-mail: mseymour@lowenstein.com
E-mail: jdipasquale@lowenstein.com
E-mail: jschneider@lowenstein.com
*Counsel to the Official Committee of Unsecured Creditors*