UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

| | |
|---|---|
| In re: | Chapter 11 |
| New England Motor Freight, Inc., *et al.*,[1] | Case No. 19-12809 (JKS) |
| Debtors. | Jointly Administered |

## ADJOURNMENT REQUEST

1. I, <u>Michael Papandrea</u>, an attorney with Lowenstein Sandler LLP, counsel for the Liquidating Trustee appointed in the above-captioned chapter 11 cases, hereby request an adjournment of the hearing on the following matter for the reason set forth below:

    Matter: *Renewed Motion of East River Energy, Inc. for Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. Section 503(b)(9)* [Docket No. 1186].

    Current hearing date and time: <u>March 24, 2020 at 10:00 a.m. (ET).</u>

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC (4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMF Logistics, LLC (4666).

|  |  |  |
|---|---|---|
| | Current Objection Deadline: | March 17, 2020. |
| | New date requested: | April 14, 2020 at 10:00 a.m. (ET). |
| | New Objection Deadline Requested: | April 7, 2020. |
| | Reason for adjournment request: | The parties are in discussions regarding the potential for a consensual resolution of the motion. |

2.    Consent to adjournment:

☒  I have the consent of all parties.    ☐  I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: March 19, 2020                             /s/ *Michael Papandrea*
                                                 Michael Papandrea, Esq.

**FOR COURT USE ONLY:**

The request for adjournment is:

<sub>X</sub>☐ Granted            New hearing date:    4/14/2020 @ 10:00      ☐ Peremptory

☐ Granted over objection(s)   New hearing date: _____  ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

-2-