Form 137 – aplccmpn

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19-12809-JKS
Chapter: 11
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
New England Motor Freight, Inc.
1-71 North Ave E
Elizabeth, NJ 07201

Social Security No.:

Employer's Tax I.D. No.:
22-1977697

*Handwritten note across the form:* "Please Don't Send these letters to me I do not want to be involved in this Bankrupcy. Thank you. So Please don't send me anymore of these letters. I would appreciate this. Thank You. From George Sepenthyl"

**NOTICE OF HEARING ON APPLICATION FOR COMPENSATION**

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable John K. Sherwood on:

Date:     4/16/20
Time:     10:00 AM
Location: Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Wasserman, Jurista & Stolz, P.C., Special Counsel

COMMISSION OR FEES
$3,032.50

EXPENSES
$30.00

If this is a chapter 13 case, the fees and expenses awarded:

☐   will not reduce the amount to be paid to general unsecured creditors under the plan.

☐   will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

*Stamp:* 2020 MAR 24 AM 8:48  BY: JEANNE A. NAUGHTON

052592                    17309052644018

*Handwritten annotations (in red/ink) across top of form:*

> To the people who keep sending me these letters will you stop. I do not want to do anything with this Bankrupcy. I only had a little fender bender with one of these vehicles and they took care of this little mater. So please stop sending me these letters
>
> Please Stop sending me these letters

---

Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT
## District of New Jersey

MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19–12809–JKS
Chapter: 11
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

New England Motor Freight, Inc.
1–71 North Ave E
Elizabeth, NJ 07201

Social Security No.:

Employer's Tax I.D. No.:
22–1977697

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable John K. Sherwood on:

Date:      4/16/20
Time:      10:00 AM
Location:  Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

**APPLICANT(S)**
Akerman LLP, Special Counsel

**COMMISSION OR FEES**
$54,405.00

**EXPENSES**
$1,165.88

If this is a chapter 13 case, the fees and expenses awarded:

- ☐ will not reduce the amount to be paid to general unsecured creditors under the plan.

- ☐ will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

058952                                        17109059010016