**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**Caption in compliance with D.N.J. LBR 9004-1(b)**

**McCARTER & ENGLISH, LLP**
Joseph Lubertazzi, Jr.
Peter M. Knob
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
Telephone: (973) 622-4444
Facsimile: (973) 624-7070
Email: jlubertazzi@mccarter.com
         pknob@mccarter.com

*Attorneys for Capital One, N.A.*

In re:

NEW ENGLAND MOTOR FREIGHT, INC., *et al.*

Debtor.

Chapter 11

Case No.: 19-12809 (JKS)

Jointly Administered

Hon. John K. Sherwood

### NOTICE OF WITHDRAWAL OF APPEARANCE AND
### REQUEST FOR REMOVAL FROM ELECTRONIC NOTICING MATRIX

PLEASE TAKE NOTICE that Peter M. Knob, Esq. of McCarter & English, LLP, does hereby withdraw his appearance (Dkt. No. 7 in the New England Motor Freight bankruptcy case referenced above and Dkt. No. 3 in the Eastern Freightways bankruptcy case bearing Case No. 19-12812 (JKS)) as counsel for Capital One, N.A. in the above-captioned matter.

PLEASE TAKE NOTICE that Peter M. Knob hereby also withdraws his request for receipt of all notices including electronic notices of documents in the above-captioned matter. The undersigned further requests that the Clerk of the United States Bankruptcy Court for the

ME1 33040618v.1

District of New Jersey remove him from the electronic noticing matrix for the above-captioned bankruptcy case or such other and further relief as the Court deems just and proper.

| | |
|---|---|
| Date: April 6, 2020<br>Newark, NJ | **McCARTER & ENGLISH, LLP**<br><br>By: */s/ Peter M. Knob*<br>    Peter M. Knob<br>Four Gateway Center<br>100 Mulberry Street<br>Newark, NJ 07102<br>Telephone: (973) 639-8462<br>Facsimile: (973) 297-3792<br>pknob@mccarter.com<br><br>*Attorneys for Capital One, N.A.* |

ME1 33040618v.1