**ELLIOTT GREENLEAF, P.C.**
Rafael X. Zahralddin-Aravena *(Admitted pro hac vice)*
Jonathan M. Stemerman *(Admitted pro hac vice)*
Sarah Denis *(Admitted pro hac vice)*
1105 Market Street, Suite 1700
Wilmington, DE 19801
Telephone: (302) 384-9400
Facsimile: (302) 384-9399
E-mail: rxza@elliottgreenleaf.com
jms@elliottgreenleaf.com
sxd@elliottgreenleaf.com
*Co-Counsel to the Official Committee of Unsecured Creditors*

Order Filed on April 16, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| In re: | Chapter 11 |
|---|---|
| NEW ENGLAND MOTOR FREIGHT, INC, *et al.*[1] | Case No.: 19-12809 (JKS) |
| Debtors. | (Jointly Administered) |

**ORDER ALLOWING COMBINED ELEVENTH MONTHLY AND FINAL APPLICATION OF ELLIOTT GREENLEAF, P.C. AS CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE ELEVENTH MONTHLY PERIOD FROM JANUARY 1, 2020 THROUGH FEBRUARY 3, 2020 AND THE FINAL PERIOD OF FEBRUARY 21, 2019 THROUGH FEBRUARY 3, 2020**

The relief set forth on hereby **ORDERED.**

**DATED: April 16, 2020**

Honorable John K. Sherwood
United States Bankruptcy Court

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC (4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMF Logistics, LLC (4666).

36527/2
03/13/2020 205953359.1

Page:      2
Debtors:   New England Motor Freight, Inc.., *et al.*
Case No.:  19-12809 (JKS)
Caption:   Order Allowing Third Interim And Final Application Of Lowenstein Sandler LLP As Counsel To The Official Committee Of Unsecured Creditors For Services Rendered And Reimbursement of Expenses For The Periods From (I) October 1, 2019 Through February 3, 2020 and (II) February 21, 2019 Through February 3, 2020

---

Upon the *Combined Eleventh Monthly and Final Application of Elliott Greenleaf, P.C. as Co-Counsel to the Official Committee Of Unsecured Creditors for Compensation for Services Rendered And Reimbursement of Expenses for the Monthly Period from January 1, 2020 through February 3, 2020 and the Final Period of February 21, 2019 through February 3, 2020* (the "Application");[2] and due and proper notice of the Application having been given; and it appearing that no other or further notice is required; and it appearing that the Court has jurisdiction to consider the Application in accordance with 28 U.S.C. §§ 157 and 1334 and the *Standing Order of Reference to the Bankruptcy Court Under Title 11*, dated September 18, 2012 (Simandle, C.J.); and it appearing that venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that the fees and expenses requested in the Application are reasonable and for necessary services provided to the Committee,

**IT IS HEREBY ORDERED THAT:**

1. The Application is granted as provided herein.

2. Elliott Greenleaf, P.C. is hereby allowed interim allowance of compensation for services rendered to the Committee in the sum of $35,296.50 and reimbursement of expenses in the amount of 143.70 for the Eleventh Monthly Period of January 1, 2020 through February 3, 2020.

---

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Application.

Page:       3
Debtors:    New England Motor Freight, Inc.., *et al.*
Case No.:   19-12809 (JKS)
Caption:    Order Allowing Third Interim And Final Application Of Lowenstein Sandler LLP As Counsel To The Official Committee Of Unsecured Creditors For Services Rendered And Reimbursement of Expenses For The Periods From (I) October 1, 2019 Through February 3, 2020 and (II) February 21, 2019 Through February 3, 2020

---

3.    Elliott Greenleaf, P.C. is hereby allowed a final allowance of compensation for services rendered to the Committee in the sum of $1,018,786.50 and reimbursement of expenses incurred in the amount of $15,059.86 for the Final Period of February 21, 2019 through February 3, 2020.

4.    The Debtors and/or the Liquidating Trustee are authorized and directed to make payment of the outstanding amount of such sums allowed pursuant to paragraph 3 above to Lowenstein Sandler LLP within fourteen (14) days of the entry of this Order.

5.    This Court shall retain jurisdiction over any and all matters arising from or related to the interpretation and/or implementation of this Order.