| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Wasserman, Jurista & Stolz, P.C.<br>110 Allen Road, Suite 304<br>Basking Ridge, NJ  07920<br>Phone:  973-467-2700<br>Counsel to Debtor in Possession<br>DANIEL M. STOLZ, ESQ. | **Order Filed on April 16, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC., et al.<br><br>                    Debtor in Possession. | Case No.:        19-12809 JKS    <br><br>Hearing Date: _____<br><br>Judge:        John K. Sherwood    <br><br>Chapter:        11     |

## ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: April 16, 2020**

Honorable John K. Sherwood
United States Bankruptcy Court

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| Wasserman, Jurista & Stolz, P.C. | $3,032.50 | $30.00 |

*rev.8/1/15*