Order Filed on April 16, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
John P. Schneider, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400
E-mail: mseymour@lowenstein.com
E-mail: jdipasquale@lowenstein.com
E-mail: jschneider@lowenstein.com

*Counsel to the Official Committee of Unsecured Creditors*

In re:

New England Motor Freight, Inc, et al.[1]

Debtors.

Chapter 11

Case No. 19-12809 (JKS)

Jointly Administered

**ORDER ALLOWING THIRD INTERIM AND FINAL APPLICATION OF LOWENSTEIN SANDLER LLP AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIODS FROM (I) OCTOBER 1, 2019 THROUGH FEBRUARY 3, 2020 AND (II) FEBRUARY 21, 2019 THROUGH FEBRUARY 3, 2020**

The relief set forth on the following page, numbered two (2) through three (3), is hereby **ORDERED.**

DATED: April 16, 2020

Honorable John K. Sherwood
United States Bankruptcy Court

---

[1] The Debtors in these chapter 11 cases and the [...] as follows: New England Motor Freight, Inc. (7[...] Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC (4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMF Logistics, LLC (4666).

Page:      2
Debtors:   New England Motor Freight, Inc.., *et al.*
Case No.:  19-12809 (JKS)
Caption:   Order Allowing Third Interim And Final Application Of Lowenstein Sandler LLP As Counsel To The Official Committee Of Unsecured Creditors For Services Rendered And Reimbursement of Expenses For The Periods From (I) October 1, 2019 Through February 3, 2020 and (II) February 21, 2019 Through February 3, 2020

---

Upon the *Third Interim And Final Application Of Lowenstein Sandler LLP As Counsel To The Official Committee Of Unsecured Creditors For Services Rendered And Reimbursement of Expenses For The Periods From (I) October 1, 2019 Through February 3, 2020 and (II) February 21, 2019 Through February 3, 2020* (the "Application");[2] and due and proper notice of the Application having been given; and it appearing that no other or further notice is required; and it appearing that the Court has jurisdiction to consider the Application in accordance with 28 U.S.C. §§ 157 and 1334 and the *Standing Order of Reference to the Bankruptcy Court Under Title 11*, dated September 18, 2012 (Simandle, C.J.); and it appearing that venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that the fees and expenses requested in the Application are reasonable and for necessary services provided to the Committee,

**IT IS HEREBY ORDERED THAT:**

1. The Application is granted as provided herein.

2. Lowenstein Sandler LLP is hereby allowed a third interim allowance of compensation for services rendered to the Committee in the sum of $244,726.50 and reimbursement for costs incurred in the sum of $1,309.36 for the period from October 1, 2019 through February 3, 2020.

3. Lowenstein Sandler LLP is hereby allowed a final allowance of compensation for services rendered to the Committee in the sum of $1,310,550.50 and

---

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Application.

Page: 3
Debtors: New England Motor Freight, Inc.., *et al.*
Case No.: 19-12809 (JKS)
Caption: Order Allowing Third Interim And Final Application Of Lowenstein Sandler LLP As Counsel To The Official Committee Of Unsecured Creditors For Services Rendered And Reimbursement of Expenses For The Periods From (I) October 1, 2019 Through February 3, 2020 and (II) February 21, 2019 Through February 3, 2020

---

reimbursement for costs incurred in the sum of $17,235.30 for the period from February 21, 2019 through February 3, 2020.

4. The Debtors and/or the Liquidating Trustee are authorized and directed to make payment of the outstanding amount of such sums allowed pursuant to paragraph 3 above to Lowenstein Sandler LLP within fourteen (14) days of the entry of this Order.

5. This Court shall retain jurisdiction over any and all matters arising from or related to the interpretation and/or implementation of this Order.