**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq. (mseymour@lowenstein.com)
Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com)
One Lowenstein Drive
Roseland, NJ 07068
Tel: (973) 597-2500
Fax: (973)228-0330
-and-
**ELLIOTT GREENLEAF, P.C.**
Rafael X. Zahralddin-Aravena, Esq.
Jonathan M. Stemerman, Esq.
Sarah Denis, Esq.
1105 Market Street, Suite 1700
Wilmington, DE 19801
Tel: (302)384-9400
Fax: (302)384-9399
*Counsel to the Official Committee of Unsecured Creditors*

Order Filed on April 16, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Case No.: 19-12809 (JKS)<br><br>Chapter: 11<br><br>(Jointly Administered) |

**ORDER ALLOWING THIRD INTERIM AND FINAL FEE APPLICATION OF
COHNREZNICK LLP AS FINANCIAL ADVISOR AND COHNREZNICK CAPITAL
MARKET SECURITIES, LLC AS INVESTMENT BANKER TO THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS FOR ALLOWANCE OF
COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF
EXPENSES FOR SERVICES RENDERED FOR THE PERIODS FROM
(I) OCTOBER 1, 2019 THROUGH AND INCLUDING FEBRUARY 3, 2020 AND
<u>(II) FEBRUARY 21, 2019 THROUGH AND INCLUDING FEBRUARY 3, 2020</u>**

The relief set forth on the following page, numbered two (2) through three (3), is hereby **ORDERED.**

DATED: April 16, 2020    _____

Honorable John K. Sherwood
United States Bankruptcy Court

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC (4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMF Logistics, LLC (4666).

Page:      2
Debtors:   New England Motor Freight, Inc.., *et al.*
Case No.:  19-12809 (JKS)
Caption:   Order Allowing Third Interim and Final Fee Application of CohnReznick LLP as Financial Advisor and CohnReznick Capital Market Securities, LLC As Investment Banker To The Official Committee Of Unsecured Creditors For Services Rendered And Reimbursement of Expenses For The Periods From (I) October 1, 2019 through and Including February 3, 2020 and (II) February 21, 2019 Through and Including February 3, 2020

---

Upon the *Third Interim And Final Application of CohnReznick LLP As Financial Advisor and CohnReznick Capital Market Securities, LLC As Investment Banker To The Official Committee of Unsecured Creditors For Services Rendered And Reimbursement of Expenses For The Periods From (I) October 1, 2019 through and including February 3, 2020 and (II) February 21, 2019 through and including February 3, 2020* (the "Application");[2] and due and proper notice of the Application having been given; and it appearing that no other or further notice is required; and it appearing that the Court has jurisdiction to consider the Application in accordance with 28 U.S.C. §§ 157 and 1334 and the *Standing Order of Reference to the Bankruptcy Court Under Title 11*, dated September 18, 2012 (Simandle, C.J.); and it appearing that venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that the fees and expenses requested in the Application are reasonable and for necessary services provided to the Committee,

**IT IS HEREBY ORDERED THAT:**

1. The Application is granted as provided herein.

2. CohnReznick LLP and CohnReznick Capital Market Securities, LLC are hereby allowed a third interim allowance of compensation for services rendered to the Committee in the sum of $195,785.50 and reimbursement for costs incurred in the sum of $258.15 for the period from October 1, 2019 through and including February 3, 2020.

---

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Application.

Page:     3
Debtors:  New England Motor Freight, Inc.., *et al.*
Case No.: 19-12809 (JKS)
Caption:  Order Allowing Third Interim and Final Fee Application of CohnReznick LLP as Financial Advisor and CohnReznick Capital Market Securities, LLC As Investment Banker To The Official Committee Of Unsecured Creditors For Services Rendered And Reimbursement of Expenses For The Periods From (I) October 1, 2019 through and Including February 3, 2020 and (II) February 21, 2019 Through and Including February 3, 2020

___

3. CohnReznick LLP and CohnReznick Capital Market Securities, LLC are hereby allowed a final allowance of compensation for services rendered to the Committee in the sum of $932,251.00 and reimbursement for costs incurred in the sum of $2,112.72 for the period from February 21, 2019 through and including February 3, 2020.

4. The Debtors and/or Liquidating Trustee are authorized and directed to make payment of the outstanding amount of such sums allowed pursuant to paragraph 3 above to CohnReznick LLP and CohnReznick Capital Market Securities, LLC within fourteen (14) days of the entry of this Order.

5. This Court shall retain jurisdiction over any and all matters arising from or related to the interpretation and/or implementation of this Order.

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 19-12809-JKS
New England Motor Freight, Inc.                                         Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin            Page 1 of 1              Date Rcvd: Apr 17, 2020
                            Form ID: pdf903        Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 19, 2020.
db           +New England Motor Freight, Inc.,    1-71 North Ave E,    Elizabeth, NJ 07201-2958
aty         #+Brent C. Strickland,    Whiteford, Taylor & Preston L.L.P,    7501 Wisconsin Avenue,Suite 700W,
               Bethesda, MD 20814-6521
aty          +Deloitte Consulting LLP,    111 S Wacker Dr,   Chicago, IL 60606-4396
aty          +Gibbons, P.C.,    One Gateway Center,    Newark, NJ 07102-5321
aty           Howard A. Cohen,    Gibbons P.C.,    300 Delaware Avenue, Suite 1015,   Wilmington, DE 19801-1671
aty           Jeffrey L. Nagel,    Gibbons P.C.,    One Pennsylvania Plaza, 37th Floor,
               New York, NY 10119-3701
aty          +Todd M. Brooks,    Whiteford, Taylor & Preston L.L.P.,    7 St. Paul Street, Suite 1500,
               Baltimore, MD 21202-1636
aty          +WASSERMAN, JURISTA & STOLZ, P.C.,    110 Allen Road,   Suite 304,
               Basking Ridge,, NJ 07920-4500
aty          +Whiteford Taylor & Preston,    Seven Saint paul St. Ste 1800,    Baltimore, MD 21202-1639

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 19, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 17, 2020 at the address(es) listed below:
NONE.                                                                                              TOTAL: 0