UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

GIBBONS P.C.
Karen A. Giannelli, Esq.
Mark B. Conlan, Esq.
Brett S. Theisen, Esq.
One Gateway Center
Newark, New Jersey 07102
Telephone: (973) 596-4500
Email: kgiannelli@gibbonslaw.com
Counsel to the Debtors



**Order Filed on April 20, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

NEW ENGLAND MOTOR FREIGHT, INC., et al.,

    Debtors.

| | |
|---|---|
| Case No.: | 19-12809-JKS |
| Hearing Date: | April 16, 2020 |
| Judge: | John K. Sherwood |
| Chapter: | 11 |

## ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: April 20, 2020**

Honorable John K. Sherwood
United States Bankruptcy Court

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| Donlin, Recano, & Company, Inc. | $74,151.20 | $0.00 |

*rev.8/1/15*