UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

US BANKRUPTCY COURT
50 WALNUT STREET, 3RD FL.
NEWARK, NJ 07102

**Order Filed on April 21, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

NEW ENGLAND MOTOR FREIGHT, INC.

Case No.: 19-12809

Hearing Date: 4/16/2020

Judge: John K. Sherwood

Chapter: 11

## ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: April 21, 2020**

Honorable John K. Sherwood
United States Bankruptcy Court

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| Akerman LLP<br>Special Counsel | $54,405.00 | $1,165.88 |

*rev. 7/1/04 jml*