| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>US BANKRUPTCY COURT<br>50 WALNUT STREET, 3RD FL.<br>NEWARK, NJ 07102 | Order Filed on April 21, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC. | Case No.:     19-12809<br><br>Hearing Date:     4/16/2020<br><br>Judge:     John K. Sherwood<br><br>Chapter:     11 |

## ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: April 21, 2020**

Honorable John K. Sherwood
United States Bankruptcy Court

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| Whiteford Taylor & Preston | $26,354.80 | $300.00 |

*rev. 7/1/04 jml*