| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** GIBBONS P.C. Karen A. Giannelli, Esq. Mark B. Conlan, Esq. Brett S. Theisen, Esq. One Gateway Center Newark, New Jersey 07102 Telephone: (973) 596-4500 Email: kgiannelli@gibbonslaw.com Counsel to the Debtors | Order Filed on April 20, 2020 by Clerk U.S. Bankruptcy Court District of New Jersey |

| In Re: | Case No.: | 19-12809-JKS |
|---|---|---|
| NEW ENGLAND MOTOR FREIGHT, INC., et al., | Hearing Date: | April 16, 2020 |
| Debtors. | Judge: | John K. Sherwood |
| | Chapter: | 11 |

## ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: April 20, 2020**

*/s/ John K. Sherwood*

Honorable John K. Sherwood
United States Bankruptcy Court

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| Gibbons P.C. | $3,384,127.05 | $30,089.40 |

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
New England Motor Freight, Inc.  
    Debtor

Case No. 19-12809-JKS  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Apr 20, 2020  
    Form ID: pdf903    Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 22, 2020.

```
db           +New England Motor Freight, Inc.,   1-71 North Ave E,   Elizabeth, NJ 07201-2958
aty         #+Brent C. Strickland,    Whiteford, Taylor & Preston L.L.P,   7501 Wisconsin Avenue,Suite 700W,
               Bethesda, MD 20814-6521
aty          +Deloitte Consulting LLP,    111 S Wacker Dr,   Chicago, IL 60606-4396
aty          +Gibbons, P.C.,   One Gateway Center,    Newark, NJ 07102-5321
aty           Howard A. Cohen,    Gibbons P.C.,    300 Delaware Avenue, Suite 1015,    Wilmington, DE  19801-1671
aty           Jeffrey L. Nagel,    Gibbons P.C.,    One Pennsylvania Plaza, 37th Floor,
               New York, NY  10119-3701
aty          +Todd M. Brooks,    Whiteford, Taylor & Preston L.L.P.,    7 St. Paul Street, Suite 1500,
               Baltimore, MD 21202-1636
aty          +WASSERMAN, JURISTA & STOLZ, P.C.,    110 Allen Road,   Suite 304,
               Basking Ridge,, NJ 07920-4500
aty          +Whiteford Taylor & Preston,    Seven Saint paul St. Ste 1800,    Baltimore, MD 21202-1639
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 22, 2020        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 20, 2020 at the address(es) listed below:  
NONE.    TOTAL: 0