# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: New England Motor Freight, Inc., et al. | CHAPTER 11 |
| | CASE NO. 19-12809 (JKS) |
| DEBTORS. | |

### LIQUIDATING TRUSTEE'S POST-EFFECTIVE DATE QUARTERLY REPORT

**FOR THE PERIOD**

FROM  February 3, 2020            TO   March 31, 2020

Comes now Kevin P. Clancy (the "Liquidating Trustee"), solely in his capacity as Liquidating Trustee pursuant to the *Debtors' and Official Committee of Unsecured Creditors' Third Amended Joint Combined Plan of Liquidating and Disclosure Statement* (the "Plan") [Docket No. 1023],* who hereby files this Post-Effective Date Quarterly Report on behalf of the Debtors and in accordance with the Guidelines established by the United States Trustee and Bankruptcy Rule 2015.

**In accordance with 28 U.S.C. Section 1746, I declare under penalty of perjury that I have examined the information contained in this report and it is true and correct to the best of my knowledge.**

Signed:  *[signature: Kevin Clancy]*                                                  Date:   April 29, 2020

Kevin P. Clancy, Liquidating Trustee
Print Name

Liquidating Trustee's Address:
Kevin P. Clancy
CohnReznick LLP
4 Becker Farm Road
Roseland, New Jersey
kevin.clancy@cohnreznick.com

* Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Plan.

**QUARTERLY OPERATING REPORT -
POST CONFIRMATION**

**ATTACHMENT NO. 1**

| | QUESTIONNAIRE | YES* | NO |
|---|---|---|---|
| 1. | Have any assets been sold or transferred outside the normal course of business, or outside the Plan of Reorganization during this reporting period? | | X |
| 2. | Are any post-confirmation sales or payroll taxes past due? | | X |
| 3. | Are any amounts owed to post-confirmation creditors/vendors over 90 days delinquent? | | X |
| 4. | Is the Debtor current on all post-confirmation plan payments? | X | |

*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.

| | INSURANCE INFORMATION | YES | NO* |
|---|---|---|---|
| 1. | Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | N/A | |
| 2. | Are all premium payments current? | | |

*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.

| CONFIRMATION OF INSURANCE | | | | | |
|---|---|---|---|---|---|
| TYPE of POLICY | and | CARRIER | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
| | | | | | |
| | | N/A | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD:**

Estimated Date of Filing the Application for Final Decree: Not determined

| QUARTERLY OPERATING REPORT - POST CONFIRMATION | | ATTACHMENT NO. 2 |
|---|---|---|

**CHAPTER 11 QUARTERLY POST-EFFECTIVE DATE**
**SCHEDULE OF RECEIPTS AND DISBURSEMENTS**
**(Consolidated for all Debtors)**

| | |
|---|---|
| Case Name: | New England Motor Freight, Inc., et al. |
| Case Number: | 19-12809 (JKS) |
| Effective Date: | February 3, 2020 |
| Reporting Period: | February 3, 2020 - March 31, 2020 |

| | | Q1 2020 Quarterly (2/3/2020-3/31/2020) | | |
|---|---|---:|---:|---:|
| Consolidated Debtor: | | NEMF et al | Eastern/Carrier | Total |
| 1. **CASH (Beginning of Period)** | | $ 791,707 | $ 10,182,399 | $ 10,974,106 |
| 2. **INCOME or RECEIPTS during the Period** | | 6,287,079 | 2,026 | 6,289,105 |
| 3. **DISBURSEMENTS*** | | | | |
| a. **Operating Expenses (Fees/Taxes):** | | | | |
| (i) | U.S. Trustee Quarterly Fees | (27,754) | - | (27,754) |
| (ii) | Federal Taxes | - | - | - |
| (iii) | State Taxes | - | - | - |
| (iv) | Other Taxes | - | - | - |
| (v) | Liquidating Trustee's Fees/Expenses | (99,869) | - | (99,869) |
| (vi) | Debtors' Professional Fees/Expenses ** | (68,314) | - | (68,314) |
| b. **All Other Operating Expenses:** | | (115,562) | - | (115,562) |
| c. **Plan Payments:** | | | | |
| (i) | Administrative Expenses *** | (476,177) | - | (476,177) |
| (ii) | Priority Tax Claims | - | - | - |
| (iii) | Class 1 - Priority Non-Tax Claims | - | - | - |
| (iv) | Class 2 - Lender Secured Claims (Prepetition Lenders) | (116,385) | (36,000) | (152,385) |
| (v) | Class 3 - Insurer Secured Claims | - | - | - |
| (vi) | Class 4 - Other Secured Claims | - | - | - |
| (vii) | Class 5A - General Unsecured Claims (Other Than Lender Deficiency Claims) | - | - | - |
| (viii) | Class 5B - Auto Liability Claims | - | - | - |
| (ix) | Class 5C - Auto Insurer Unsecured Indemnity Claims | - | - | - |
| (x) | Class 5D - General Unsecured Claims (Lender Deficiency Claims) | - | (4,497,998) | (4,497,998) |
| (xi) | Class 6 - Intercompany Claims | - | - | - |
| (xii) | Class 7 - Equity Interests | - | - | - |
| **Total Disbursements (Operating & Plan) ****** | | **(904,059)** | **(4,533,998)** | **(5,438,057)** |
| **Intercompany Transfer-in** | | 23,894,657 | 6,906,489 | 30,801,146 |
| **Intercompany Transfer-out** | | (19,088,553) | (11,712,593) | (30,801,146) |
| 4. **CASH (End of Period)** | | $ 10,980,831 | $ 844,323 | $ 11,825,154 |

\* This includes any and all disbursements made under the plan of reorganization or in the ordinary course of the Debtors' post-confirmation business, whether the disbursements are made by a third party or by the Debtors.
\*\* Includes fees and expenses incurred by Retained Professionals for services rendered after the plan effective date.
\*\*\* Admin exp includes fees and expenses incurred by Retained Professionals for services rendered from the Petition Date through Plan Effective Date, to the extent not already paid.
\*\*\*\* To be used to calculate the U.S. Trustee Fees.