**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC., *et al.*, | Case No. 19-12809 (JKS) |
| Debtors.[1] | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
                                        ) ss:
COUNTY OF KINGS    )

I, Edward A. Calderon, declare:

1. I am over the age of 18 years and not a party to these chapter 11 cases.

2. I am employed by Donlin, Recano & Company, Inc., ("DRC"), 6201 15th Avenue, Brooklyn, NY 11219.

3. On the 29th day of April, 2020, DRC, at my direction and under my supervision, caused to serve the "Notice of Liquidating Trustee's First Omnibus Objection to Certain Late Filed Claims" (Docket No. 1245)", via electronic mail upon the parties as set forth on Exhibit 1, attached hereto.

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 30th day of April, 2020, Brooklyn, New York.

By /s/ Edward A. Calderon
Edward A. Calderon

Sworn before me this
30th day of April, 2020

/s/ John Burlacu
Notary Public

JOHN BURLACU
Notary Public - State of New York
No. 01BU6376078
Qualified in Nassau County
My Comm. Expires June 4, 2022

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC (4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMF Logistics, LLC (4666).

NEMF00229

# EXHIBIT 1

**New England Motor Freight, Inc., et al.**
Electronic Mail
Exhibit Page

Page # : 1 of 1                                                                                         04/29/2020 08:51:31 PM

| | | | |
|---|---|---|---|
| 000159P001-1413S-229<br>FIRE SAFETY EQUIPMENT SUPPLY<br>DEBBIE A DONIVAN<br>606 WEST RACE ST<br>PO BOX 638<br>MARTINSBURG WV 25402<br>MIDATLANTICFIRE@YAHOO.COM | 000070P002-1413S-229<br>MCELROY DEUTSCH ET AL<br>GARY D BRESSLER, ESQ<br>300 DELAWARE AVE STE 770<br>WILMINGTON DE 19801<br>GBRESSLER@MDMC-LAW.COM | 000069P002-1413S-229<br>MCELROY DEUTSCH MULVANEY<br>VIRGINIA T SHEA, ESQ<br>1300 MOUNT KEMBLE AVE<br>MORRISTOWN NJ 07962<br>VSHEA@MDMC-LAW.COM | 000093P003-1413S-229<br>MCMANIMON, SCOTLAND BAUMANN<br>ANTHONY SODONO, III; SARI PLACONA<br>75 LIVINGSTON AVE STE 201<br>ROSELAND NJ 07068<br>ASODONO@MSBNJ.COM |
| 000093P003-1413S-229<br>MCMANIMON, SCOTLAND BAUMANN<br>ANTHONY SODONO, III; SARI PLACONA<br>75 LIVINGSTON AVE STE 201<br>ROSELAND NJ 07068<br>SPLACONA@MSBNJ.COM | 000096P002-1413S-229<br>RIKER DANZIG SCHERER HYLAND & PERRETTI LLP<br>J SCHWARTZ; M TRENTIN; A GARRASTEGUI<br>HEADQUARTERS PLAZA<br>ONE SPEEDWELL AVE<br>MORRISTOWN NJ 07962-1981<br>JSCHWARTZ@RIKER.COM | 000096P002-1413S-229<br>RIKER DANZIG SCHERER HYLAND & PERRETTI LLP<br>J SCHWARTZ; M TRENTIN; A GARRASTEGUI<br>HEADQUARTERS PLAZA<br>ONE SPEEDWELL AVE<br>MORRISTOWN NJ 07962-1981<br>MTRENTIN@RIKER.COM | 000096P002-1413S-229<br>RIKER DANZIG SCHERER HYLAND & PERRETTI LLP<br>J SCHWARTZ; M TRENTIN; A GARRASTEGUI<br>HEADQUARTERS PLAZA<br>ONE SPEEDWELL AVE<br>MORRISTOWN NJ 07962-1981<br>AGARRASTEGUI@RIKER.COM |
| 000160P001-1413S-229<br>SANTANDER BANK, N.A.<br>RICHARD WOLBACH<br>200 PARK AVE.,STE 100<br>FLORHAM PARK NJ 07932<br>RICHARD.WOLBACH@SANTANDER.US | 000064P002-1413S-229<br>TROUTMAN SANDERS LLP<br>LOUIS A CURCIO, ESQ<br>875 THIRD AVE<br>NEW YORK NY 10022<br>LOUIS.CURCIO@TROUTMAN.COM | 000065P003-1413S-229<br>TROUTMAN SANDERS LLP<br>DAVID A PISCIOTTA;ALISSA K PICCIONE<br>875 THIRD AVE<br>NEW YORK NY 10022<br>DAVID.PISCIOTTA@TROUTMAN.COM | 000065P003-1413S-229<br>TROUTMAN SANDERS LLP<br>DAVID A PISCIOTTA;ALISSA K PICCIONE<br>875 THIRD AVE<br>NEW YORK NY 10022<br>ALISSA.PICCIONE@TROUTMAN.COM |
| 000097P002-1413S-229<br>UNITED STATES DEPARTMENT OF JUSTICE<br>PETER J. D'AURIA,ESQ; MITCHELL HAUSMAN<br>OFFICE OF THE UNITED STATES TRUSTEE<br>ONE NEWARK CENTER STE 2100<br>NEWARK NJ 07102<br>PETER.J.D'AURIA@USDOJ.GOV | 000097P002-1413S-229<br>UNITED STATES DEPARTMENT OF JUSTICE<br>PETER J. D'AURIA,ESQ; MITCHELL HAUSMAN<br>OFFICE OF THE UNITED STATES TRUSTEE<br>ONE NEWARK CENTER STE 2100<br>NEWARK NJ 07102<br>MITCHELL.B.HAUSMAN@USDOJ.GOV | 000001P001-1413S-229<br>UNITED STATES TRUSTEE<br>ONE NEWARK CENTER, SUITE 2100<br>1085 RAYMOND BOULEVARD<br>NEWARK NJ 07102<br>jeffrey.m.sponder@usdoj.gov | 000001P001-1413S-229<br>UNITED STATES TRUSTEE<br>ONE NEWARK CENTER, SUITE 2100<br>1085 RAYMOND BOULEVARD<br>NEWARK NJ 07102<br>Mitchell.B.Hausman@usdoj.gov |
| 000001P001-1413S-229<br>UNITED STATES TRUSTEE<br>ONE NEWARK CENTER, SUITE 2100<br>1085 RAYMOND BOULEVARD<br>NEWARK NJ 07102<br>Peter.J.D'Auria@usdoj.gov | 000161P001-1413S-229<br>WEISS & ROSENBLOOM PC<br>ANDREA R KRUGMAN<br>27 UNION SQUARE WEST STE 307<br>NEW YORK NY 10003<br>AMY@WEISSANDROSENBLOOM.COM | 000158P001-1413S-229<br>WILLIAM & TERRY ECKER<br>5322 WHEELER RD<br>JORDAN NY 13080<br>TECKER@NEMF.COM | |

Records Printed :   **19**