|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-1 | |
| **LOWENSTEIN SANDLER LLP**<br>Joseph J. DiPasquale, Esq.<br>Michael Papandrea, Esq.<br>John P. Schneider, Esq.<br>One Lowenstein Drive<br>Roseland, NJ 07068<br>Telephone: (973) 597-2500<br>Facsimile: (973) 597-2400<br><br>*Counsel to the Liquidating Trustee* | |
| In re:<br><br>New England Motor Freight, Inc., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-12809 (JKS)<br><br>Jointly Administered |

## ADJOURNMENT REQUEST

1. I, <u>Michael Papandrea</u>, an attorney with Lowenstein Sandler LLP, counsel for the Liquidating Trustee appointed in the above-captioned chapter 11 cases, hereby request an adjournment of the hearing on the following matter for the reason set forth below:

| | |
|---|---|
| Matter: | *Renewed Motion of East River Energy, Inc. for Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. Section 503(b)(9)* [Docket No. 1186]. |
| Current hearing date and time: | <u>May 5, 2020 at 10:00 a.m. (ET).</u> |
| Current Objection Deadline: | <u>April 28, 2020.</u> |

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC (4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMF Logistics, LLC (4666).

|  |  |
|---|---|
| New date requested: | <u>May 19, 2020 at 10:00 a.m. (ET).</u> |
| New Objection Deadline Requested: | <u>May 12, 2020.</u> |
| Reason for adjournment request: | <u>The parties are in discussions regarding the potential for a consensual resolution of the motion.</u> |

2.  Consent to adjournment:

☒ I have the consent of all parties.   ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: May 1, 2020                                  /s/ *Michael Papandrea*
                                                   Michael Papandrea, Esq.


**FOR COURT USE ONLY:**

The request for adjournment is:

☒ Granted            New hearing date:  ~~5/19/2020 @ 10:00~~   ☐ Peremptory

☐ Granted over objection(s)   New hearing date: _____   ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

-2-