*DR 2*



# McNees
### Wallace & Nurick LLC

2020 MAY -6  AM 8: 21

D. Joseph Chapman
Direct Dial: 717.237.5375
Fax: 717.237.5300
jchapman@mcneeslaw.com

100 Pine Street ● PO Box 1166 ● Harrisburg, PA 17108-1166
Tel: 717.232.8000 ● Fax: 717.237.5300

## MEDIATION REQUEST

May 1, 2020

**VIA US MAIL**
Hon. John K. Sherwood
U.S. Bankruptcy Court
M.L. King, Jr. Federal Building & Courthouse
50 Walnut Street-3rd Floor
Newark, NJ 07102

RE:    **In re: New England Motor Freight, Inc., et al, docketed 19-12809 (JKS)**

Dear Judge Sherwood:

This firm represents Jacklyn Pullum as Administrator of the Estate of Johen Clavey, because of a fatal safety lapse by NEMF.

We were notified by claims counsel for Protective Insurance that Ms. Pullum's case is part of the auto liability protocol in the above referenced case. We attempted informal negotiations with Protective's claims counsel and failed to resolve the claim. The 90 days in which formal discovery was to occur has passed.

We provide the Court with this **MEDIATION REQUEST**, which we were required to file. We provide notice to each of the concerned parties by copying them on this letter. According to section C of Exhibit B-Auto Liability Protocol, there is no further action the Court need take as, "Upon filing of a mediation request by either party, the Auto Liability Claim shall automatically be referred to mandatory, non-binding mediation <u>without further order or action of the Bankruptcy Court</u>."

I very much hope I will not need to engage counsel to file a Motion to Compel Mediation nor for discovery issues, and I have every reason to believe the claim will be taken seriously by claims counsel. I am sensitive to the times, as things are just beginning to loosen after sheltering in place for more than 30 days, and we will work with counsel to choose a mediator and a date for mediation as is set out in the Auto Liability ADR Protocol. I believe the ABA's pronouncements on the use of technology will allow mediation to proceed in a useful and meaningful way, and my client is amenable to working towards a resolution. Even after setting a date for mediation, we will remain open to informal negotiations.

Should Your Honor have any questions, I am available at my office number. Thank you.

Sincerely,

McNEES WALLACE & NURICK LLC

By
      D. Joseph Chapman

www.McNeesLaw.com

Harrisburg, PA  ●  Lancaster, PA  ●  Scranton, PA  ●  State College, PA  ●  York, PA  ●  Columbus, OH  ●  Frederick, MD  ●  Washington, DC

<u>Courtesy Copy Mailed to the Following:</u>

Stuart A. Miller, Esquire
Brian Matthews, Esquire
Wilson Elser
1133 Westchester Ave
White Plains, NY 10604

Andrew Turner, Esquire
Turner Law Firm LLC
76 South Orange Ave
South Orange, NJ 07079

Gibbons P. C.
Karen A. Giannelli, Esquire
Mark B. Conlan, Esquire
Brett S. Theisen, Esquire
One Gateway Center
Newark, NJ 07102

Elliot Greenleaf
R X Zahralddin-Aravena, Esquire
Jonathan M Stemerman, Esquire
Sarah Denis, Esquire
1105 Market St Ste 1700
Wilmington DE 19801

Lowenstein Sandler LLP
Mary E Seymour, Esquire
Joseph J Dipasquale, Esquire
Michael Papandrea, Esquire
One Lowenstein Drive
Roseland NJ 07068

United States Trustee
One Newark Center, Suite 2100
1085 Raymond Boulevard
Newark NJ 07102

United States Department of Justice
Peter J. D'Auria, Esquire
Mitchell Hausman, Esquire
Office Of The United States Trustee
One Newark Center Ste 2100
Newark NJ 07102

Donlin, Recano & Company, Inc.
Re: New England Motor Freight, Inc., et al.
P.O. Box 199043
Blythebourne Station
Brooklyn, NY 11219