## PALMISANO & GOODMAN, P.A.
ATTORNEYS AT LAW

ROBERT G. GOODMAN†  
MAUREEN L. GOODMAN  
BRIAN R. GOODMAN  
GREGORY G. GOODMAN†  

CARL J. PALMISANO  
OF COUNSEL  

171 MAIN STREET  
P. O. BOX 518  
WOODBRIDGE, N.J. 07095-0518  

(732) 634-6464  

FAX (732) 634-6519  

†CERTIFIED BY THE  
SUPREME COURT OF NEW JERSEY  
AS A CIVIL TRIAL ATTORNEY  

**FILED**  
JEANNE A. NAUGHTON, CLERK  
MAY 12 2020  
U.S. BANKRUPTCY COURT  
NEWARK, N.J.  
BY _____ DEPUTY  

**MEDIATION REQUEST**

May 12, 2020

Hon. John K. Sherwood  
U.S. Bankruptcy Court  
MLK, Jr. Federal Building  
50 Walnut St., 3rd Floor  
Newark, NJ 07102

Re: In re: New England Motor Freight, Inc., et al. (Docket No. 19-12809-JKS)

Dear Judge Sherwood:

This firm represents Cynthia Walling related to injuries she received in a motor vehicle collision with a New England Motor Freight vehicle.

This claim is part of the auto liability protocol in the above referenced case. We have attempted informal negotiations with Ms. Kim Maltsberger, the claims administrator at DMC Insurance Company. However, we have failed to resolve this claim.

Please consider this letter as a Mediation Request as per the auto liability protocol which we are required to file. I have mailed copies to each to each of the persons on the attached list. They may or may not be a concerned person. If there are any other persons who need to be noticed would you please advise me of same.

According to the auto liability protocol, I do not believe the Court needs to take any further action and the matter will be automatically referred for mandatory, non-binding mediation.

If you have any questions, I am available at (732) 634-6464.

Thank you.

Very truly yours,

PALMISANO & GOODMAN, P.A.

Robert G Goodman  
ROBERT G. GOODMAN

RGG/ebf

**Courtesy Copy Mailed to the Following:**

Mark B. Conlan, Esq.
Brett S. Theisen, Esq.
Gibbons P.C.
One Gateway Center
Newark, NJ 07102

Joseph L. Schwartz, Esq.
Riker Danzig Scherer Hyland Perretti LLP
One Speedwell Avenue
PO Box 1981
Morristown, NJ 07962-1981

Jonathan M. Stemerman, Esq.
Elliot Greenleaf
1105 Market St., Suite 1700
Wilmington, DE 19801

Mary E. Seymour, Esq.
Lowenstein Sandler LLP
One Lowenstein Drive
Roseland, NJ 07068

United States Trustee
One Newark Center, Suite 2100
1085 Raymond Blvd.
Newark, NJ 07102

United States Department of Justice
Peter J. D'Auria, Esq.
Mitchell Hausman, Esq.
Office of the United States Trustee
One Newark Center, Suite 2100
Newark, NJ 07102

Kim Maltsberger
DMC Insurance, Inc.
10500 Crosspoint Blvd.
Indianapolis, IN 46256
Claim # NMF 180013