| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1** |
| **LOWENSTEIN SANDLER LLP**<br>Joseph J. DiPasquale, Esq.<br>Michael Papandrea, Esq.<br>John P. Schneider, Esq.<br>One Lowenstein Drive<br>Roseland, NJ 07068<br>Telephone: (973) 597-2500<br>Facsimile: (973) 597-2400<br><br>*Counsel to the Liquidating Trustee* |

| In re: | Chapter 11 |
|---|---|
| New England Motor Freight, Inc., *et al.*,[1] | Case No. 19-12809 (JKS) |
| Debtors. | Jointly Administered |

## ADJOURNMENT REQUEST

1. I, <u>Michael Papandrea</u>, an attorney with Lowenstein Sandler LLP, counsel for the Liquidating Trustee appointed in the above-captioned chapter 11 cases, hereby request an adjournment of the hearing on the following matter for the reason set forth below:

   Matter: *Renewed Motion of East River Energy, Inc. for Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. Section 503(b)(9)* [Docket No. 1186].

   Current hearing date and time: <u>May 19, 2020 at 10:00 a.m. (ET).</u>

   Current Objection Deadline: <u>May 12, 2020.</u>

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC (4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMF Logistics, LLC (4666).

|   |   |   |
|---|---|---|
| | New hearing date requested: | June 9, 2020 at 10:00 a.m. (ET), or as soon thereafter as the Court is available, without prejudice to the parties' rights to seek further adjournments notwithstanding D.N.J. LBR 5071-1(c). |
| | New Objection Deadline Requested: | June 2, 2020. |
| | Reason for adjournment request: | The parties are in discussions regarding the potential for a consensual resolution of the motion. |

2. Consent to adjournment:

☒ I have the consent of all parties.   ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: May 18, 2020                                           /s/ *Michael Papandrea*
                                                              Michael Papandrea, Esq.

**FOR COURT USE ONLY:**

The request for adjournment is:

☒ Granted           New hearing date: ~~6/9/2020 @ 10:00~~     ☐ Peremptory

☐ Granted over objection(s)    New hearing date: _____    ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**