# Finkelstein & Partners LLP
## THE INJURY ATTORNEYS

Andrew G. Finkelstein, P.C. (NY & NJ)
Duncan W. Clark (NY)
Ronald Rosenkranz (NY)
Robert J. Camera (NY & NJ)
Joseph P. Rones (NY)
George A. Kohl, II (NY & MA)
Elyssa M. Fried-DeRosa (NY)
Kenneth B. Fromson (NY, NJ & PA)
Nancy Y. Morgan (NY, NJ & PA)
Andrew L. Spitz (NY)
James W. Shuttleworth, III (NY)
Lawrence D. Lissauer (NY)
David E. Gross (NY & NJ)
Victoria Lieb Lightcap (NY & MA)
Ann R. Johnson (NY & CT)

Edward M. Steves (NY)
Kara L. Campbell (NY, NJ & CT)
Marie M. DuSault (NY)
Melody A. Gregory (NY & CT)
Elizabeth A. Wolff (NY & MA)
Brian D. Acard (NY)
Vincent J. Pastore (NY)
Christopher Camastro (NY & NJ)
Jeffrey M. Brody (NY)

Michele M. Haber (CA)
Jonathan T. Engel (NY)
Ashlee R. Kelly (NY)
Kirsten Siegfried (NY, NJ & PA)
Patricia Rothstein (NY)
Alexandria Awad (NY)
James H. Halpin, Jr. (NY)
Jennifer Safier (NY & NJ)

**Of Counsel**
Cynthia M. Maurer (NY & NJ)
Michael Feldman (NY & NJ)
Raye D. Futerfas (NJ)
Linda Armata (NY)
David Akerib (NY)

Frances M. Bova, R.N. (NY & NJ)
Gustavo W. Alzugaray (NY)
Sharon A. Scanlan (NY & CT)
Marc S. Becker (NY)
Antonio S. Grillo (NY & NJ)
Jonathan Minkove (NJ & MD)
Daniel DeVoe (NY)
Cristina L. Dulay (NY & NJ)
Michael B. Zaransky (NY)
Xavier Johnson (NY)
Ryan Martinez (NY, NJ & PA)
Karyna Schnall (NY)
Vincent J. Rossillo (NY)
Pamela Thomas (NY)
Donald A. Crouch (NY & CT)

Karen O'Brien (NY)
David Stauber (NY)
Annie Ma (NY & NJ)
Howard S. Lipman (NY)
Noreen Tuller, R.N. (NY)
Justin M. Cinnamon (NY & CT)
Robin N. D'Amore (NY)
Rodrigo Arcuri (NY)
Kevin D. Burgess (NY)
Robert Seidner (NY)
Charlemagne Yawn (NY)
Georgianna Timal (NY)
Stephen R. Heath (NY)
Patricia Fontaine (NY)
Carl Raffa (NY)

Paul D. Walker (NY)
D. Greg Blankinship (NY & MA)
Jeremiah Frei-Pearson (NY)
Todd S. Garber (NY & CT)
Andrew White (NY)
John Sardesai-Grant (NY)
Chantal Khalil (NY)
Bradley Silverman (NY)
Ayana McGuire (NY)
W. Scott Terrell (NY)
Earl A. Kirkland III (MI)
Sami T. Ahmad (NY)
Olena Ball (NY)
Chantel Mills (NY)
Frank R. Massaro (NY)
Kenneth G. Bartlett (CT & NJ)

**Senior Of Counsel**
George M. Levy, P.C. (NY)
Marvin Anderman, P.C. (NY)

**Founding Partner**
Howard S. Finkelstein, (1933-2017)

REFER TO OUR FILE #: 110339-01

May 11, 2020

Honorable John K. Sherwood
United States Bankruptcy Court
District of New Jersey
MLK Jr. Federal Building
50 Walnut Street
Newark, NJ 07102

Re:  In Re: New England Motor Freight Inc., et al.
     Case No.: 19-12809 (JKS)

Dear Judge Sherwood:

Pursuant to the ADR procedures set forth in Exhibits B to the "summary of the auto liability protocol set forth in the debtors in the official committee of unsecured creditors joint combined plan of liquidation and disclosure statement plaintiff creditor Joseph Varsick hereby demands mandatory mediation as set forth in Section C(4) to Exhibit B as aforesaid. It is our understanding that upon filing this mediation quest of the auto liability claim shall automatically be referred to mandatory, nonbinding mediation without further order or action of the bankruptcy court. By copy of this letter to counsel representing the holder of the auto liability claim we request mediation be arranged as soon as is practical to all parties as set forth in Section C(5). The parties have already conducted informal settlement negotiations as directed despite the "Covid19" situation and have failed to reach agreement.

I thank you all in advance for your courtesies and consideration.

Very truly yours,

FINKELSTEIN & PARTNERS, LLP

*James W. Shuttleworth III*

BY:  JAMES W. SHUTTLEWORTH, III, ESQ.
/mam

cc:  Brian Matthews/Stuart Miller (via email: Brian.Matthews@WilsonElser.com)