| RICHARD M. TANGO | **TANGO, DICKINSON, LORENZO,** | ANTHONY J. VERARDI |
| JOHN L. McDERMOTT, JR. | **McDERMOTT & McGEE, LLP** | LINDSAY K. O'SHAUGHNESSY |
| DAVID J. DICKINSON | COUNSELORS AT LAW | MICHAEL W. CARTELLI |
| A. CHARLES LORENZO | | WILLIAM HAHN |
| KEVIN J. McGEE | | GABRIELLE J. PRIBULA |
| | 75 MAIN STREET | NISHA M. SOENS |
| | P.O. BOX 192 | JOHN M. SAPATA |
| JOHN L. McDERMOTT (1962-2009) | MILLBURN, NEW JERSEY 07041-0192 | IDA C. GENOVA |
| JOHN P. McGEE (1969-2005) | | BRUNO K. BRUNINI |
| | | DANIELA PEPE |
| | | NATHAN C. ORR |
| | | SETH M. GARROD |
| | www.TDLMM.com | |
| | | THOMAS A. WESTER |
| | (973) 467-8080 | OF COUNSEL |
| | Facsimile: (973) 376-8669 | |

May 19, 2020

The Honorable John K. Sherwood
U.S. Bankruptcy Court
MLK, Jr. Federal Building
50 Walnut St., 3rd Floor
Newark, New Jersey

Re:    **In re: New England Motor Freight, Inc., et al. (Docket No. 19-12809-JKS)**

| **GEICO (Michael Singley) v. NEMF** | **GEICO (Carlos Diaz) v. NEMF** |
|---|---|
| Date of Loss 3/15/17 | Date of Loss April 5, 2017 |
| Baldwin Lyons file -ZA 18375 | Baldwin Lyons file – ZA 18603 |
| Our file G170315G WH | Our file G170405I WH |
| **GEICO (Tomas Arocho) v. NEMF** | **GEICO a/s/o Kenneth Fersch v NEMF** |
| Date of Loss March 1, 2018 | Date of Loss October 28, 2016 |
| Baldwin Lyons file – ZA 20621 | Wilson Elser file 21991.00047 |
| Our file G180301G WH | Our file G181026G WH |

Dear Judge Sherwood:

This office represents GEICO in connection with four (4) auto liability claims arising from motor vehicle accidents with New England Motor Freight ("NEMF") vehicles.

These four claims, referenced above, are subject to the auto claims protocol adopted in this bankruptcy matter. We have attempted informal negotiations with Scott Blevins of Baldwin and Lyons, third party administrator ("TPA") for NEMF, as well as Joanna Garelick Goldstein, Esq. and Brian Matthews, Esq. of the Law Firm of WilsonElser counsel to NEMF. However, the claims have failed to resolve.

Please accept this letter as a **Mediation Request** pursuant to the auto liability protocol.

      I have sent email copies of this request to all persons listed below. Please advise if there are any other parties which need to be noticed of our request.

      It is our understanding that the above matters will be automatically referred for mandatory, non-binding mediation.

      If there is anything further required, please feel free to contact me by phone (973) 467-8080 or email whahn@tdlmm.com.

      Thank you for your time and attention to this matter.

Very truly yours,

Tango, Dickinson, Lorenzo,
McDermott & McGee, LLP

William Hahn

WH/ss

Joanna Garelick Goldstein, Esq.  ( joanna.garelickgoldstein@wilsonelser.com )
Brian Matthews, Esq.  ( brian.matthews@wilsonelser.com )
WilsonElser
Wilson Elser Moskowitz Edelman & Dicker LLP
1133 Westchester Avenue
White Plains, NY 10604

Scott Blevins  ( Sblevins@baldwinandlyons.com )
Baldwin and Lyons, Inc.
111 Congressional Blvd. Suite, 500
Camel, IN 46032

Brett S. Theisen, Esq.  ( BTheisen@gibbonslaw.com )
Gibbons P.C.
One Gateway Center
Newark, NJ 07102

Joseph L. Schwartz, Esq.  ( jschwartz@riker.com )
Riker Danzig
One Speedwell Avenue
PO Box 1981
Morristown, NJ

Mary E. Seymour, Esq.  ( mseymour@lowenstein.com )
Lowenstein Sandler
One Lowenstein Drive
Roseland, NJ 07068