UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

LAW FIRM OF BRIAN W. HOFMEISTER, LLC
By: Brian W. Hofmeister, Esq.
3131 Princeton Pike
Building 5, Suite 110
Lawrenceville, New Jersey 08648
(609) 890-1500
(609) 8980-6961 - facsimile
bwh@hofmeisterfirm.com
Attorneys for Lawrence Banks

| | |
|---|---|
| In Re: | Case No.: 19-12809 |
| NEW ENGLAND MOTOR FREIGHT, INC., *et al.*[1] | Chapter: 11 |
| | Judge: JKS |

## CREDITOR'S/AUTO LIABILITY CLAIM HOLDER, LAWRENCE BANKS', REQUEST FOR MEDIATION OF AUTO LIABILITY CLAIM

Lawrence Banks, Creditor/Holder of an Auto Liability Claim, by and through his undersigned counsel, pursuant to the Auto Liability Claims Protocol Settlement Agreement, attached as Exhibit "C" to the Third Amended Joint Combined Plan of Liquidation and Disclosure Statement, hereby requests his Auto-Liability Claim be referred to non-binding mediation.

                                                LAW FIRM OF BRIAN W. HOFMEISTER, LLC
                                                Attorneys for Lawrence Banks

By:  */s/Brian W. Hofmeister*
      Brian W. Hofmeister

Dated: May 19, 2020

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC (4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMF Logistics, LLC (4666).