| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>GIBBONS P.C.<br>Karen A. Giannelli, Esq.<br>Mark B. Conlan, Esq.<br>Brett S. Theisen, Esq.<br>One Gateway Center<br>Newark, New Jersey  07102<br>Telephone:  (973) 596-4500<br>Email: kgiannelli@gibbonslaw.com<br>Counsel to the Debtors | **Order Filed on May 22, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC., et al.,<br><br>    Debtors. | Case No.:     19-12809-JKS<br><br>Hearing Date:     May 21, 2020<br><br>Judge:     John K. Sherwood<br><br>Chapter:     11 |

## ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 22, 2020**

Honorable John K. Sherwood
United States Bankruptcy Court

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| Deloitte Consulting LLP | $24,146.00 | $0.00 |

*rev.8/1/15*