UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

SCOTT J GOLDSTEIN
LAW OFFICE OF SCOTT J GOLDSTEIN LLC
280 West Main Street
Denville, NJ 07834
(973) 453-2838
sjg@sgoldsteinlaw.com

Attorney for Wayne Felle, Creditor

In Re:

　　　New England Motor Freight Inc.,
　　　　　　　　　　　　　Debtor.

Case No:    19-12809

Chapter:    11

Judge:    JKS

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Melinda and Darrell, Creditor.

Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:    280 West Main Street
　　　　　　　Denville, NJ 07834

DOCUMENTS:

☒  All notices entered pursuant to Fed. R. Bankr. P. 2002.
☒  All documents and pleadings of any nature.

　　　　　　　　　　　　　　　　Law Office of Scott J Goldstein LLC
　　　　　　　　　　　　　　　　as Attorney(s) for Creditor

Dated:  May 26, 2020

　　　　　　　　　　　　　　　　By: /s/Scott J. Goldstein
　　　　　　　　　　　　　　　　　　　SCOTT J GOLDSTEIN

*new.8/1/15*