**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW JERSEY**

David Meth, Esq. (DM-7218)
Attorney for Creditor Jose L. Ferrer
200 Daniels Way, Suite 240
Freehold, NJ 07728
(732) 905-2722
Email: david@methnjlaw.com
_____

In Re

| | |
|---|---|
| NEW ENGLAND MOTOR FREIGHT, INC., et al | Case No.: 19-12809 (JKS) |
| Debtor | Chapter 11 |

_____

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES

Jose L. Ferrer, creditor of the Debtor herein, hereby appears in this action by the undersigned attorney, and the undersigned requests that service of all notices in this matter be sent to the address and/or email listed above

Dated: May 27, 2020

/S/ DAVID METH, ESQ.

_____
DAVID METH, ESQ. (DM-7218)
Attorney for Creditor

1