**LOWENSTEIN SANDLER LLP**
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC., *et al.*,[1] | Case No. 19-12809 (JKS) |
| Debtors. | (Jointly Administered) |

**NOTICE OF AGENDA FOR MATTERS SCHEDULED**
**TO BE HEARD ON JUNE 2, 2020 AT 10:00 A.M. (ET)**

**UNCONTESTED MATTERS GOING FORWARD**

1. Liquidating Trustee's First Omnibus Objection to Certain Late Filed Claims [Docket No. 1245; Filed 4/09/2020] (the "Omnibus Objection")[2]

    Related Documents:

    a) Certificate of Service [Docket No. 1246, Filed 4/30/2020]

    b) Certificate of Service [Docket No. 1248, Filed 5/1/2020]

    Objection Deadline:  May 26, 2020 at 4:00 p.m. (ET).

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows:  New England Motor Freight, Inc. (7693); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC (4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMF Logistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Omnibus Objection.

36527/2
06/01/2020 206509590.1

Responses Received:

- c) Response of Nelson Vasquez to First Omnibus Objection to Certain Late Filed Claims [Docket No. 1262; Filed 5/22/2020]

- d) Response of Melinda and Darrell Londos in Limited Opposition to First Omnibus Objection to Certain Late Filed Claims [Docket No. 1264; Filed 5/26/2020]

- e) Objection of Profix Professional Trailer Repair, Inc. to First Omnibus Objection to Certain Late Filed Claims [Docket No. 1265; Filed 5/27/2020]

- f) Informal Response of System4 of Boston

- g) Informal Response of Charles Tillman Paving, Inc.

- h) Informal Response of Tomas Arocho and Gloria Cosare

- i) Informal Response of Benedict Sorto

- j) Informal Response of BSH Home Appliance Corporation ("BSH")

- k) Informal Response of Edgar Quiles[3]

Status: This matter is going forward except to the extent that it relates to Proof of Claim No. 1286 filed by BSH. The Liquidating Trustee intends to submit a revised proposed order (the "Proposed Order") to the Court that addresses substantially all of the formal and informal responses to the Omnibus Objection.[4] The hearing on the Omnibus Objection, solely as it relates to Proof of Claim No. 1286, will be adjourned pursuant to the Proposed Order.

2. Liquidating Trustee's Motion For Entry of an Order Enlarging the Period Within Which The Liquidating Trustee May Remove Actions (the "Removal Motion") [Docket No. 1249; Filed 5/6/2020].

Related Documents:

- a) Certificate of Service [Docket No. 1252, Filed 5/7/2020]

---

[3] This informal response has been addressed by revisions to the proposed order that preserve the right of Edgar Quiles to file a motion for authority to file a proof of claim after the applicable Bar Date.

[4] The Liquidating Trustee considers the Omnibus Objection to be unopposed in light of the anticipated submission of the revised Proposed Order, and has requested that each applicable party advise the Liquidating Trustee that such party's respective response to the Omnibus Objection may be deemed withdrawn. However, because certain of the parties that filed responses to the Omnibus Objection have failed to respond to the Liquidating Trustee's correspondence, the Liquidating Trustee presently intends to appear on the hearing date.

      Objection Deadline:    May 26, 2020 at 4:00 p.m. (ET).

      Responses Received:

      b)    None.

      Status:    This matter is going forward.

Dated: June 1, 2020                **LOWENSTEIN SANDLER LLP**

                                    /s/ *Michael Papandrea*
                                    Joseph J. DiPasquale, Esq.
                                    Michael Papandrea, Esq.
                                    John P. Schneider, Esq.
                                    One Lowenstein Drive
                                    Roseland, New Jersey 07068
                                    (973) 597-2500 (Telephone)
                                    (973) 597-2400 (Facsimile)
                                    jdipasquale@lowenstein.com
                                    mpapandrea@lowenstein.com
                                    jschneider@lowenstein.com

                                    *Counsel to the Liquidating Trustee*