| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**NORRIS McLAUGHLIN, P.A.**<br>**Morris S. Bauer, Esq.**<br>400 Crossing Boulevard, 8th Floor<br>PO Box 5933<br>Bridgewater, NJ 08807-5933<br>(908) 722-0700<br>msbauer@norris-law.com<br>*Attorneys for East River Energy, Inc.* | |
| In Re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No.:    19-12809(JKS)<br><br>Judge:    Hon. John K. Sherwood |

## NOTICE OF WITHDRAWAL OF RENEWED MOTION TO COMPEL PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM

PLEASE TAKE NOTICE that East River Energy, Inc. ("East River"), by and through their counsel, Norris McLaughlin, P.A., withdraws the Renewed Motion of East River for Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. Section 503(b)(9) [Docket Entry 1186] in the above captioned matter.

NORRIS McLAUGHLIN, P.A.
Counsel for the East River Energy, Inc.

By:  */s/ Morris Bauer*
       MORRIS BAUER

Dated:  June 17, 2020

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows:  New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics,Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC (4357); Mylon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMF Logistics, LLC (4666).