HEARING DATE: June 23, 2020
TIME: 10:00 a.m.

MAYNARD, O'CONNOR, SMITH & CATALINOTTO, LLP
By: Justin W. Gray, Esq.
**Attorneys for Creditor, Benedicto Sorto**
6 Tower Place
Albany, New York 12203
Telephone: (518) 465-3553
Facsimile: (518) 465-5845
E-mail: gray@moscllp.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:

**NEW ENGLAND MOTOR FREIGHT, INC.,**
et al.[1]

Debtor.

Chapter 11

Case No.: 19-12809-JKS

### CERTIFICATION OF NO OBJECTION
### REGARDING CREDITOR, BENEDICTO SORTO'S MOTION
### FOR LEAVE TO FILE A LATE PROOF OF CLAIM
### DOCUMENT 1268

**JUSTIN W. GRAY, ESQ.**, pursuant to 28 U.S.C. § 1746, declares under the penalty of perjury as follows:

1. I am a Partner with the law firm of Maynard, O'Connor, Smith & Catalinotto, LLP, attorneys for Benedicto Sorto, a creditor in the above-referenced

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC (4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMF Logistics, LLC (4666).

{M0948659.1}

matter. I make this declaration in relation to Mr. Sorto's motion for an Order deeming his filed Proof of Claim to be timely, nunc pro tunc, as of the bar date for general unsecured creditors, or granting him leave to file a late Proof of Claim, and for such other and further relief as the Court deems just an equitable.

2. Mr. Sorto's Motion was filed on June 1, 2020 (Docket No. 1268). Any objections to the Motion were to be filed and served not later than seven (7) days before the hearing date of June 23, 2020.

3. I, Justin W. Gray, certify that I have reviewed the Court's docket in this case and no answer, objection, or other responsive pleading to Mr. Sorto's Motion has been filed.

Dated: June 22, 2020

          **MAYNARD, O'CONNOR, SMITH &**
                 **CATALINOTTO, LLP**

By: /s/ Justin W. Gray
Justin W. Gray, Esq.
Attorneys for Benedicto Sorto
6 Tower Place
Albany, New York 12203
(518) 465-3553