# KRAMER, DILLOF, LIVINGSTON & MOORE

217 BROADWAY
NEW YORK, N.Y. 10007
(212) 267-4177 ○ FAX (212) 233-8525
www.kdlm.com

CHARLES KRAMER (1916-1988)
HENRY H. DILLOF (1922-2006)
THOMAS A. MOORE
JUDITH A. LIVINGSTON
THOMAS J. PRINCIPE
MATTHEW GAIER
CARMINE A. RUBINO
JOHN D. CAGNEY

ROBERT M. FUTTERMAN
YVETTE M. KING
PANI N. VO
JAMES G. MOORE

NORMAN BARD (1925-2018)
MARTIN E. LETOWSKY
GERALD M. OGINSKI
OF COUNSEL

June 17, 2020



**VIA FEDERAL EXPRESS**
Honorable Judge K. Sherwood
United States Bankruptcy Court
District of New Jersey
Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, NJ 07102

    Re:    New England Motor Freight Inc.
             Case No.: 19-12809 (JKS)

Dear Judge Sherwood:

Our office represents Susan Volpe and Raymond Volpe, holders of an auto liability claim against the debtor New England Motor Freight Inc. and one of its drivers. We have engaged in informal settlement discussions with Brian Matthews of Wilson Elser, but to date those discussions have not resolved the claim.

Therefore, please allow this letter to serve as a written request for the parties to now proceed to non-binding mediation. The parties have agreed to proceed with the non-binding mediation with Richard P. Byrne of National Arbitration and Mediation ("NAM") and will now schedule the mediation.

Should the Court require anything further, please contact the undersigned.

Thank you.

                                            Respectfully submitted,
                                            **KRAMER DILLOF LIVINGSTON & MOORE**

                                            John D. Cagney – (JDC 4129)
                                            Attorneys for Plaintiffs
                                            jcagney@kdlm.com

cc:    Brian Matthews, Esq.
       Wilson Elser Moskowitz Edelman & Dicker, LLP
       1133 Westchester Avenue
       White Plains, NY 10604
       brian.matthews@wilsonelser.com