| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1**<br><br>**LOWENSTEIN SANDLER LLP**<br>Joseph J. DiPasquale, Esq.<br>Michael Papandrea, Esq.<br>John P. Schneider, Esq.<br>One Lowenstein Drive<br>Roseland, New Jersey 07068<br>(973) 597-2500 (Telephone)<br>(973) 597-2400 (Facsimile)<br><br>*Counsel to the Liquidating Trustee* | **Order Filed on June 29, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC., *et al.*,[1]<br><br>                        Debtors. | Chapter 11<br><br>Case No. 19-12809 (JKS)<br><br>(Jointly Administered) |

## ORDER GRANTING THE LIQUIDATING TRUSTEE'S FIRST OMNIBUS OBJECTION TO CERTAIN LATE FILED CLAIMS

The relief set forth on the following pages, numbered two (2) through and including four (4), is hereby **ORDERED**.

**DATED: June 29, 2020**

*/s/ John K. Sherwood*

Honorable John K. Sherwood
United States Bankruptcy Court

---

[1] The Debtors in these Chapter 11 Cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC (4357); Mylon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMF Logistics, LLC (4666).

36527/3
06/01/2020 205831635.3

Page:     2
Debtor:   New England Motor Freight, Inc., *et al.*
Case No.: 19-12809 (JKS)
Caption:  Order Granting the Liquidating Trustee's First Omnibus Objection to Certain Late Filed Claims

---

Upon the first omnibus objection (the "Omnibus Objection")[2] [Docket No. 1245] of the Liquidating Trustee appointed in the above-captioned Chapter 11 Cases, seeking entry of an order, pursuant to sections 105(a) and 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rules 3007-1 and 3007-2, disallowing and expunging the Late Claims set forth on Exhibit A and Exhibit B to this Order because each such claim was filed after the applicable Bar Date; and the Court having jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334; and venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; and consideration of the Omnibus Objection being a core proceeding pursuant to 28 U.S.C. § 157(b); and it appearing that proper and adequate notice of the Omnibus Objection has been given and that no other or further notice is necessary; and upon the record herein; and the Court having determined that the relief sought by the Omnibus Objection is in the best interests of the Debtors, their estates, and creditors; and after due deliberation and good and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT**:

1.   The Omnibus Objection is GRANTED as set forth herein.

2.   The Late Claims listed on Exhibit A and Exhibit B attached to this Order are hereby disallowed and expunged in their entirety.

3.   The hearing on the Omnibus Objection, solely as it relates to Proof of Claim No. 1286 filed by BSH Home Appliance Corporation, shall be adjourned to July 14, 2020 at 10:00 a.m. (ET) or such other date as may be determined by the parties or the Court.

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

Page: 3
Debtor: New England Motor Freight, Inc., *et al.*
Case No.: 19-12809 (JKS)
Caption: Order Granting the Liquidating Trustee's First Omnibus Objection to Certain Late Filed Claims

---

4. The inclusion of any Auto Liability Claims (as defined in the Plan) on the exhibits to this Order or in the Omnibus Objection shall not be construed as having any impact on the rights, if any, of either (i) the holders of such Auto Liability Claims (each, an "Auto Liability Claimant") to participate in or recover under the Auto Liability Claims Protocol (as defined in the Plan) or (ii) the Auto Insurers (as defined in the Plan) to contest such Auto Liability Claims. The entry of this Order is without prejudice to (a) the right of any Auto Liability Claimant to file a motion with this Court for authority to file a proof of claim out of time and/or for allowance of its alleged claim for purposes of recovering under the Auto Liability Claims Protocol (which motion must be made on notice to the appropriate Auto Insurer), or (b) the Auto Insurers' rights to oppose such motion.

5. This Order is without prejudice to the right of the holder of Proof of Claim No. 1151 (which has been deemed disallowed and expunged pursuant to the Plan and this Order) to file a motion for authority to file a proof of claim after the applicable Bar Date.

6. For the avoidance of doubt, nothing in the Omnibus Objection or this Order shall be deemed or construed to (a) constitute an admission as to the validity or priority of any claim against the Debtors, (b) an implication or admission that any particular claim is of a type specified or defined in this Order or the Omnibus Objection, and/or (c) constitute a waiver of the Liquidating Trustee's rights to dispute any claim on any grounds.

7. The Liquidating Trustee, the Debtors, the claims agent (Donlin, Recano & Company, Inc.), and the Clerk of this Court are authorized to take any and all actions that are necessary or appropriate to give effect to this Order.

Page:     4
Debtor:   New England Motor Freight, Inc., *et al.*
Case No.: 19-12809 (JKS)
Caption:  Order Granting the Liquidating Trustee's First Omnibus Objection to Certain Late Filed Claims

---

8.  The objection to each Late Claim, as addressed in the Omnibus Objection and as set forth in Exhibit A and Exhibit B attached hereto, constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014. This Order shall be deemed a separate order with respect to each such Late Claim that is the subject of the Omnibus Objection and this Order. Any stay of this Order pending appeal by any claimants whose claims are subject to this Order shall only apply to the contested matter that involves such claimant and shall not stay the applicability and/or finality of this Order with respect to any other contested matters addressed in the Omnibus Objection and this Order.

9.  The requirement set forth in Local Rule 9013-1(a)(3) that any motion or other request for relief be accompanied by a memorandum of law is hereby deemed satisfied by the contents of the Omnibus Objection or otherwise waived.

10. Notwithstanding any applicability of any of the Bankruptcy Rules, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

11. The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation of this Order.

# EXHIBIT A

NEW ENGLAND MOTOR FREIGHT, INC., ET AL
CASE NO.: 19-12809 (JKS)

## LATE FILED 503(b)(9) CLAIMS

| Claims to be Expunged - Filed after the Bar Date of June 18, 2019 for Administrative 503(b)(9) Claim Class | | | | | |
|---|---|---|---|---|---|
| Debtor Name | Creditor Name & Address | Date Filed | Claim No. | Claim Amount | Claim Class |
| NEW ENGLAND MOTOR FREIGHT, INC. | ARCO STEEL CO PAULA J RIBEIRO<br>PO BOX 5276<br>HILLSIDE, NJ 07205 | 6/24/2019 | 1190 | $ 27,422.00 | Administrative - 503(b)(9) |
| NEW ENGLAND MOTOR FREIGHT, INC. | EULER HERMES NA INSURANCE CO AGENT OF SHIPLEY ENERGY CO<br>800 RED BROOK BLVD<br>OWINGS MILLS, MD 21117 | 6/21/2019 | 1205 | $ 18,859.42 | Administrative - 503(b)(9) |
| NEW ENGLAND MOTOR FREIGHT, INC. | C C U INTL 135 MARIEPELADEAU<br>LA PRAIRIE<br>QC J5RRY3<br>CANADA | 7/19/2019 | 1231 | $ 675.00 | Administrative - 503(b)(9) |
| NEMF LOGISTICS, LLC | EULER HERMES NA INSURANCE CO AGENT OF NPC GLOBAL CORPORATION<br>DESTINY MCKOY<br>800 RED BROOK BLVD<br>OWINGS MILLS, MD 21117 | 7/11/2019 | 1239 | $ 6,164.63 | Administrative - 503(b)(9) |
| NEW ENGLAND MOTOR FREIGHT, INC. | RJ GRAZIANO INC L STEPHEN SAVITT PC<br>ATTORNEY FOR CREDITOR<br>475 PARK AVE SO<br>18TH FLOOR<br>NEW YORK, NY 10016 | 8/12/2019 | 1270 | $ 12,208.00 | Administrative - 503(b)(9) |
| NEW ENGLAND MOTOR FREIGHT, INC. | AIRGAS USA LLC NIKOLINA GAVRIC<br>6055 ROCKSIDE WOODS BLVD<br>INDEPENDENCE, OH 44131 | 7/25/2019 | 1274.01 | $ 653.48 | Administrative - 503(b)(9) |

| TOTAL EXPUNGED CLAIMS: | | | 6 Claims | $ 65,982.53 | |

# EXHIBIT B

NEW ENGLAND MOTOR FREIGHT, INC., ET AL
CASE NO.: 19-12809 (JKS)

## LATE FILED GENERAL UNSECURED CLAIMS

| Claims to be Expunged - Filed after the Bar Date of June 18, 2019 for General Unsecured Claim Class ||||||
|---|---|---|---|---|---|
| **Debtor Name** | **Creditor Name & Address** | **Date Filed** | **Claim No.** | **Claim Amount** | **Claim Class** |
| NEW ENGLAND MOTOR FREIGHT, INC. | QUILES*EDGAR<br>20 RIDGEWOOD CIR<br>LAWRENCE, MA 01843 | 6/19/2019 | 1151 | $ - | General Unsecured |
| NEW ENGLAND MOTOR FREIGHT, INC. | VALLEY HINO TRUCK INC MICHELE STEBNER<br>5025 GATEWAY DR<br>MEDINA, OH 44256 | 6/19/2019 | 1152 | $ 680.13 | General Unsecured |
| NEW ENGLAND MOTOR FREIGHT, INC. | JEEN INTERNATIONAL CORP NICK KRIEGER<br>24 MADISON RD<br>FAIRFIELD, NJ 07004-2309 | 6/20/2019 | 1160 | $ 1,308.71 | General Unsecured |
| NEW ENGLAND MOTOR FREIGHT, INC. | PLUNSKES GARAGE LLC DANIEL PLUNSKE<br>915 NORTH COLONY RD<br>WALLINGFORD, CT 06492 | 6/19/2019 | 1171 | $ 3,266.59 | General Unsecured |
| NEW ENGLAND MOTOR FREIGHT, INC. | TROY CHEMICAL ED STRAUB<br>8 VREELAND RD<br>FLORHAM PARK, NJ 07932-1501 | 6/19/2019 | 1175 | $ 35,978.91 | General Unsecured |
| NEW ENGLAND MOTOR FREIGHT, INC. | SEDGWICK CHARLENE CRUDUP<br>4245 MERIDIAN PKWY<br>AURORA, IL 60504 | 6/20/2019 | 1176 | $ 3,328.11 | General Unsecured |
| NEW ENGLAND MOTOR FREIGHT, INC. | GINSEY INDUSTRIES GEORGE J VALLETTI<br>2078 CENTER SQUARE RD<br>SWEDESBORO, NJ 08085-1703 | 6/20/2019 | 1177 | $ 13,041.83 | General Unsecured |
| NEW ENGLAND MOTOR FREIGHT, INC. | SHAMU*ROBERT 75 BONNY BROOK RD<br>LOT 4<br>CARLISLE, PA 17013 | 6/20/2019 | 1179 | $ - | General Unsecured |
| NEW ENGLAND MOTOR FREIGHT, INC. | JELD WEN WINDOWS AND DOORS DONNA GERA<br>1162 KEYSTONE BLVD<br>POTTSVILLE, PA 17901-9055 | 6/24/2019 | 1189 | $ 9,596.92 | General Unsecured |
| NEW ENGLAND MOTOR FREIGHT, INC. | MILLER*ROBERT<br>2365 E LIZARD CREEK RD<br>LEHIGHTON, PA 18235-3723 | 6/21/2019 | 1193 | $ - | General Unsecured |
| NEW ENGLAND MOTOR FREIGHT, INC. | AMERICAN SECURITY SERV INC MICHAEL F SCHULZ<br>1515 S HARLEM AVE<br>FOREST PARK, IL 60130 | 6/25/2019 | 1195 | $ 4,158.00 | General Unsecured |
| NEW ENGLAND MOTOR FREIGHT, INC. | CUSTOM BANDAG INC ISILDA BARATA<br>401 EAST LINDEN AVE<br>LINDEN, NJ 07036-2411 | 6/21/2019 | 1197 | $ 108,533.98 | General Unsecured |
| NEW ENGLAND MOTOR FREIGHT, INC. | WOODSTREAM CORP BETHANY LIGHT<br>69 N LOCUST ST<br>LITITZ, PA 17543-1714 | 6/21/2019 | 1198 | $ 3,818.98 | General Unsecured |

NEW ENGLAND MOTOR FREIGHT, INC., ET AL
CASE NO.: 19-12809 (JKS)

## LATE FILED GENERAL UNSECURED CLAIMS

| Claims to be Expunged - Filed after the Bar Date of June 18, 2019 for General Unsecured Claim Class ||||||
|---|---|---|---|---|---|
| **Debtor Name** | **Creditor Name & Address** | **Date Filed** | **Claim No.** | **Claim Amount** | **Claim Class** |
| NEW ENGLAND MOTOR FREIGHT, INC. | DIRECT ENERGY BUSINESS MARKETING LLC<br>194 WOOD AVENUE SOUTH 2ND FLOOR<br>ISELIN, NJ 08830 | 6/25/2019 | 1200 | $ 18,342.73 | General Unsecured |
| NEW ENGLAND MOTOR FREIGHT, INC. | BFG SUPPLY CO AFS LOGISTICS<br>PO BOX 18410<br>SHREVEPORT, LA 71138-1410 | 6/25/2019 | 1201 | $ 86.04 | General Unsecured |
| NEW ENGLAND MOTOR FREIGHT, INC. | SIMMERS CRANE DESIGN AND SVC TAMMIE BROCK<br>365 WHEELER ST<br>TONAWANDA, NY 14150 | 6/26/2019 | 1202 | $ 1,588.76 | General Unsecured |
| NEW ENGLAND MOTOR FREIGHT, INC. | CUNNINGHAM*MICHAEL<br>8 CLOVER PATH APT D<br>MAPLE SHADE, NJ 08052 | 7/2/2019 | 1207 | $ 6,153.16 | General Unsecured |
| NEW ENGLAND MOTOR FREIGHT, INC. | CENTER POINT TANK SVC INC ROGER J TARTAGLIA SR<br>536 E BENJAMIN FRANKLIN HWY<br>DOUGLASVILLE, PA 19518-9543 | 7/3/2019 | 1208 | $ 250.25 | General Unsecured |
| NEW ENGLAND MOTOR FREIGHT, INC. | KURTZ BROS JEREMIAH MILES<br>PO BOX 392<br>400 REED ST<br>CLEARFIELD, PA 16830 | 7/5/2019 | 1209 | $ 200.51 | General Unsecured |
| NEW ENGLAND MOTOR FREIGHT, INC. | JACK*CAROLYN MIKHAIL YADGAROV AND ASSOCIATES PC<br>2171 86TH STREET<br>BROOKLYN, NY 11214 | 7/8/2019 | 1210 | $ 450,000.00 | General Unsecured |
| NEW ENGLAND MOTOR FREIGHT, INC. | PRIDE INDIA INC<br>934 R WASHINGTON ST<br>NORWOOD, MA 02062 | 7/8/2019 | 1211 | $ 1,462.95 | General Unsecured |
| NEW ENGLAND MOTOR FREIGHT, INC. | PROFIX PROFESSIONAL TRAILER REPAIR INC KRZYSZTOF KOWALCZYK<br>51 EVERGREEN ST<br>BAYONNE, NJ 07002 | 7/1/2019 | 1213 | $ 31,711.00 | General Unsecured |
| NEW ENGLAND MOTOR FREIGHT, INC. | RTS PACKAGING GARY KUPHAL<br>869 STATE HIGHWAY 12<br>FRENCHTOWN, NJ 08825-4223 | 7/1/2019 | 1214 | $ 14,765.00 | General Unsecured |
| NEW ENGLAND MOTOR FREIGHT, INC. | MUNGROO*BHOLA<br>51 W 2ND ST<br>BAYONNE, NJ 07002 | 7/8/2019 | 1217 | $ 3,572.00 | General Unsecured |
| NEW ENGLAND MOTOR FREIGHT, INC. | AVENEL TRUCK EQUIPMENT<br>PO BOX 167<br>AVENEL, NJ 07001 | 7/11/2019 | 1219 | $ 4,335.99 | General Unsecured |

NEW ENGLAND MOTOR FREIGHT, INC., ET AL
CASE NO.: 19-12809 (JKS)

## LATE FILED GENERAL UNSECURED CLAIMS

| Claims to be Expunged - Filed after the Bar Date of June 18, 2019 for General Unsecured Claim Class ||||||
|---|---|---|---|---|---|
| **Debtor Name** | **Creditor Name & Address** | **Date Filed** | **Claim No.** | **Claim Amount** | **Claim Class** |
| NEW ENGLAND MOTOR FREIGHT, INC. | TWELE*ZACHARY JOSEPH<br>1098 LIMA LN<br>NORTHHUNTINGDON, PA 15642 | 7/23/2019 | 1228 | $ 1,267.00 | General Unsecured |
| NEW ENGLAND MOTOR FREIGHT, INC. | TWELE*ZACHARY JOSEPH<br>1098 LIMA LN<br>NORTHHUNTINGDON, PA 15642 | 7/23/2019 | 1229 | $ 2,240.00 | General Unsecured |
| NEW ENGLAND MOTOR FREIGHT, INC. | PA TURNPIKE COMMISSION RISK MANAGEMENT DEPT DC-8759<br>PO BOX 67676<br>HARRISBURG, PA 17106 | 7/23/2019 | 1230 | $ 2,724.39 | General Unsecured |
| NEW ENGLAND MOTOR FREIGHT, INC. | CRYSTALWARE EDDIE T<br>600 JAMES ST<br>LAKEWOOD, NJ 08701-4023 | 7/16/2019 | 1232 | $ 78.32 | General Unsecured |
| NEW ENGLAND MOTOR FREIGHT, INC. | KELLER WEBER TRUCKING INC DOUGLAS WEBER<br>20 VILLAGE SQUARE DR<br>MARIETTA, PA 17547 | 7/16/2019 | 1233 | $ 12,215.76 | General Unsecured |
| NEW ENGLAND MOTOR FREIGHT, INC. | HERITAGE MAINTENANCE PROD LLC<br>P O BOX 2178<br>BLUE BELL, PA 19422-2178 | 7/19/2019 | 1235 | $ 471.98 | General Unsecured |
| NEW ENGLAND MOTOR FREIGHT, INC. | VALLEY TRUCK AND TRAILER<br>409 STRUBLE RD<br>STATE COLLEGE, PA 16801 | 7/22/2019 | 1236 | $ 319.06 | General Unsecured |
| NEW ENGLAND MOTOR FREIGHT, INC. | DM TOWING AND TRANSPORTATION DARLENE FORGET<br>254 OLD LYMAN RD<br>SOUTH HADLEY, MA 01075 | 7/23/2019 | 1241 | $ 3,478.00 | General Unsecured |
| NEW ENGLAND MOTOR FREIGHT, INC. | AMERICAN DESIGN AND CONTRACTING MARC MICARE<br>127 VFW DR<br>ALBANY, NY 12205-5500 | 7/24/2019 | 1242 | $ 3,040.20 | General Unsecured |
| NEW ENGLAND MOTOR FREIGHT, INC. | CARRIER ENTERPRISE 2MA CARRIER ENTERPRISE MID ATLANTIC<br>JOHNIECE BLANKENSHIP<br>2401 DABNEY RD<br>RICHMOND, VA 23230-2514 | 7/29/2019 | 1243 | $ 894.52 | General Unsecured |
| NEW ENGLAND MOTOR FREIGHT, INC. | SEABROOK*KEVIN<br>423 LOWER ALDEN DR<br>RAHWAY, NJ 07065 | 7/29/2019 | 1244 | $ 1,500.00 | General Unsecured |
| NEW ENGLAND MOTOR FREIGHT, INC. | SECOND LOOK INC<br>360 MOTOR PKWY STE 500<br>HAUPPAUGE, NY 11788 | 7/29/2019 | 1245 | $ 386.28 | General Unsecured |

NEW ENGLAND MOTOR FREIGHT, INC., ET AL
CASE NO.: 19-12809 (JKS)

## LATE FILED GENERAL UNSECURED CLAIMS

| Claims to be Expunged - Filed after the Bar Date of June 18, 2019 for General Unsecured Claim Class ||||||
|---|---|---|---|---|---|
| **Debtor Name** | **Creditor Name & Address** | **Date Filed** | **Claim No.** | **Claim Amount** | **Claim Class** |
| NEW ENGLAND MOTOR FREIGHT, INC. | SECOND LOOK INC<br>360 MOTOR PKWY STE 500<br>HAUPPAUGE, NY 11788 | 7/30/2019 | 1246 | $ 741.90 | General Unsecured |
| NEW ENGLAND MOTOR FREIGHT, INC. | MERRIT* RANDY GOFFER AND CIMINI<br>MICHAEL GOFFER ESQUIRE<br>1603 MONSEY AVE<br>SCRANTON, PA 18509 | 8/1/2019 | 1255 | $ 500,000.00 | General Unsecured |
| NEW ENGLAND MOTOR FREIGHT, INC. | SORTO*BENEDICTO JUSTIN W GRAY<br>MAYNARD OCONNOR SMITH AND CATALINOTTO LLP<br>6 TOWER PL<br>ALBANY, NY 12203 | 8/1/2019 | 1257 | $ 500,000.00 | General Unsecured |
| NEW ENGLAND MOTOR FREIGHT, INC. | NORTHTIMBER CABINETRY INC<br>10 PANAS RD<br>FOXBORO, MA 02035 | 8/1/2019 | 1258 | $ 242.02 | General Unsecured |
| NEW ENGLAND MOTOR FREIGHT, INC. | NORTHTIMBER CABINETRY INC<br>10 PANAS RD<br>FOXBORO, MA 02035 | 8/2/2019 | 1259 | $ 333.06 | General Unsecured |
| NEW ENGLAND MOTOR FREIGHT, INC. | ETS CORP ADNELYSH DIAZ<br>PO BOX 6810<br>CAGUAS, PR 00725 | 8/6/2019 | 1260 | $ 4,237.56 | General Unsecured |
| NEW ENGLAND MOTOR FREIGHT, INC. | ETS PRODUCTS ADNELYSH DIAZ<br>PO BOX 6810<br>CAGUAS, PR 00726 | 8/6/2019 | 1261 | $ 3,598.00 | General Unsecured |
| NEW ENGLAND MOTOR FREIGHT, INC. | NORTHTIMBER CABINETRY INC<br>10 PANAS RD<br>FOXBORO, MA 02035 | 8/6/2019 | 1262 | $ 2,516.98 | General Unsecured |
| NEW ENGLAND MOTOR FREIGHT, INC. | MITSUBISHI INTERNATIONAL FOOD INGREDIENTS INC FAY D'AMICO<br>2200 FLETCHER AVE STE 503<br>FORT LEE, NJ 07024 | 8/7/2019 | 1264 | $ 816.92 | General Unsecured |
| NEW ENGLAND MOTOR FREIGHT, INC. | REPPEN INDUSTRIES INC PHYLLIS REPPEN<br>5 MALKE DR<br>OCEAN, NJ 07712 | 8/7/2019 | 1267 | $ 3,628.75 | General Unsecured |
| NEW ENGLAND MOTOR FREIGHT, INC. | BOWMAN SALES AND EQUIPMENT INC<br>PO BOX 433<br>WILLIAMSPORT, MD 21795-0433 | 8/12/2019 | 1268 | $ 2,051.29 | General Unsecured |
| NEW ENGLAND MOTOR FREIGHT, INC. | SIGN HERE SHOLOM HOCHRAN<br>575 PROSPECT ST UNIT 251B<br>LAKEWOOD, NJ 08701-5040 | 8/9/2019 | 1271 | $ 1,653.01 | General Unsecured |

NEW ENGLAND MOTOR FREIGHT, INC., ET AL
CASE NO.: 19-12809 (JKS)

## LATE FILED GENERAL UNSECURED CLAIMS

| Claims to be Expunged - Filed after the Bar Date of June 18, 2019 for General Unsecured Claim Class ||||||
|---|---|---|---|---|---|
| Debtor Name | Creditor Name & Address | Date Filed | Claim No. | Claim Amount | Claim Class |
| NEW ENGLAND MOTOR FREIGHT, INC. | AIRGAS USA LLC NIKOLINA GAVRIC<br>6055 ROCKSIDE WOODS BLVD<br>INDEPENDENCE, OH 44131 | 7/25/2019 | 1274 | $ 918.73 | General Unsecured |
| NEW ENGLAND MOTOR FREIGHT, INC. | LIF INDUSTRIES INC AKA FIRE PROOF DOOR<br>JIM SILVESTRI<br>5 HARBOR PK DR<br>PORT WASHINGTON, NY 11050 | 8/16/2019 | 1278 | $ 1,449.28 | General Unsecured |
| NEW ENGLAND MOTOR FREIGHT, INC. | HUBBARD*DIANE<br>41 NELSON DR<br>EXETER, RI 02822 | 8/16/2019 | 1281 | $ 3,790.00 | General Unsecured |
| NEW ENGLAND MOTOR FREIGHT, INC. | VASQUEZ*NELSON THE BONGIORNO LAW FIRM<br>RICHARD M BONGIORNO ESQ<br>1415 KELLUM PL<br>STE 205<br>GARDEN CITY, NY 11530 | 8/20/2019 | 1282 | $ 250,000.00 | General Unsecured |
| EASTERN FREIGHT WAYS, INC. | GEORGIAPACIFIC LLC ATTENTION: BESSIE DIXON<br>133 PEACHTREE ST<br>9TH FLOOR<br>ATLANTA, GA 30303 | 8/22/2019 | 1283 | $ 4,160.36 | General Unsecured |
| EASTERN FREIGHT WAYS, INC. | GEORGIAPACIFIC LLC ATTENTION: BESSIE DIXON<br>133 PEACHTREE ST<br>9TH FLOOR<br>ATLANTA, GA 30303 | 8/22/2019 | 1284 | $ 3,207.64 | General Unsecured |
| NEW ENGLAND MOTOR FREIGHT, INC. | GRAY METAL PRODUCTS INC CAROLE GRAY<br>PO BOX 129<br>AVON, NY 14414 | 8/26/2019 | 1285 | $ 193.13 | General Unsecured |
| NEW ENGLAND MOTOR FREIGHT, INC. | BSH HOME APPLIANCE CORP ATTN: LEGAL DEPARTMENT<br>PATRICIA ESCOTO<br>1901 MAIN STREET SUITE 600<br>IRVINE, CA 92614 | 8/26/2019 | 1286 | $ 19,835.17 | General Unsecured |
| NEW ENGLAND MOTOR FREIGHT, INC. | PASSONNO PAINT CO RICHARD CUNNINGHAM<br>500 BROADWAY<br>WATERVLIET, NY 12189-3709 | 8/30/2019 | 1290 | $ - | General Unsecured |
| NEW ENGLAND MOTOR FREIGHT, INC. | MAINE GRAINS AMBER LAMBKE<br>42 COURT ST<br>P O BOX 2060<br>SKOWHEGAN, ME 04976-7960 | 8/29/2019 | 1291 | $ 503.00 | General Unsecured |

NEW ENGLAND MOTOR FREIGHT, INC., ET AL
CASE NO.: 19-12809 (JKS)

## LATE FILED GENERAL UNSECURED CLAIMS

| Claims to be Expunged - Filed after the Bar Date of June 18, 2019 for General Unsecured Claim Class ||||||
|---|---|---|---|---|---|
| **Debtor Name** | **Creditor Name & Address** | **Date Filed** | **Claim No.** | **Claim Amount** | **Claim Class** |
| NEW ENGLAND MOTOR FREIGHT, INC. | FIDELITONE INC TRANSPORTATION<br>1260 KARL CT<br>WAUCONDA, IL 60084-1094 | 8/30/2019 | 1292 | $ 4,419.61 | General Unsecured |
| NEW ENGLAND MOTOR FREIGHT, INC. | SVB FOOD AND BEVERAGE CHRISTINA LAING<br>717 CORNING WAY<br>MARTINSBURG, WV 25405-2518 | 9/4/2019 | 1293 | $ 1,149.95 | General Unsecured |
| NEW ENGLAND MOTOR FREIGHT, INC. | SBARS INC HSIAMAN CHEUNG<br>14 SBAR BLVD<br>MOORESTOWN, NJ 08057 | 9/10/2019 | 1297 | $ 238.08 | General Unsecured |
| NEW ENGLAND MOTOR FREIGHT, INC. | DACOTAH-WALSH TIRE INC DWT-DTS WHSE<br>PO BOX #790<br>CHANHASSEN, MN 55317 | 9/15/2019 | 1301 | $ 1,562.99 | General Unsecured |
| NEW ENGLAND MOTOR FREIGHT, INC. | PITCO FRIALATOR INC TECH LOGISTICS<br>300 ELM ST UNIT 1<br>MILFORD, NH 03055-4715 | 9/20/2019 | 1303 | $ 5,868.24 | General Unsecured |
| NEW ENGLAND MOTOR FREIGHT, INC. | API INDUSTRIES INC  DBA ALUF PLASTICS<br>ANN MARIE ZIFFER<br>2 GLENSHAW ST<br>ORANGEBURG, NY 10962 | 9/23/2019 | 1304 | $ 6,571.20 | General Unsecured |
| NEW ENGLAND MOTOR FREIGHT, INC. | LONDOS*MELINDA S WAYNE C FELLE PC<br>WAYNE C FELLE<br>6024 MAIN ST<br>WILLIAMSVILLE, NY 14221 | 11/25/2019 | 1319 | $ 1,500,000.00 | General Unsecured |
| NEW ENGLAND MOTOR FREIGHT, INC. | PRIZM MEDICAL RESOURCES LTD 1528 WALNUT ST<br>STE 1804<br>PHILADELPHIA, PA 19102 | 12/17/2019 | 1326 | $ 6,675.00 | General Unsecured |
| NEW ENGLAND MOTOR FREIGHT, INC. | TOMAS AROCHO AND GLORIA COSARE<br>197 EVERGREEN RD APT 4B<br>EDISON, NJ 08837 | 1/27/2020 | 1334 | $ 100,000.00 | General Unsecured |
| NEMF LOGISTICS, LLC | YHAP*ETHEL<br>63 HUGHS ST<br>MAPLEWOOD, NJ 07040 | 2/8/2020 | 1336 | $ - | General Unsecured |
| NEW ENGLAND MOTOR FREIGHT, INC. | PAVLICH JR*EDWARD<br>19 ERIE ST<br>PORT JERVIS, NY 12771 | 2/10/2020 | 1339 | $ - | General Unsecured |
| NEW ENGLAND MOTOR FREIGHT, INC. | DICKINSON FLEET SVCS LLC THEODORE W GRAY<br>4709 WEST 96TH ST<br>INDIANAPOLIS, IN 46268 | 2/11/2020 | 1340 | $ 2,593.87 | General Unsecured |

**NEW ENGLAND MOTOR FREIGHT, INC., ET AL**
**CASE NO.: 19-12809 (JKS)**

### LATE FILED GENERAL UNSECURED CLAIMS

| Claims to be Expunged - Filed after the Bar Date of June 18, 2019 for General Unsecured Claim Class ||||||
|---|---|---|---|---|---|
| **Debtor Name** | **Creditor Name & Address** | **Date Filed** | **Claim No.** | **Claim Amount** | **Claim Class** |
| NEW ENGLAND MOTOR FREIGHT, INC. | MARZEN FEED AND HARDWARE<br>75 HARRITY RD<br>LEHIGHTON, PA 18235 | 2/13/2020 | 1342 | $ 421.60 | General Unsecured |
| NEW ENGLAND MOTOR FREIGHT, INC. | EMPLOYMENTGROUP HOLDINGS CORP CHRISTY QUICK<br>4625 BECKLEY ROAD BLDG 200<br>BATTLE CREEK, MI 49015 | 2/25/2020 | 1348 | $ 4,500.00 | General Unsecured |
| | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| **TOTAL EXPUNGED CLAIMS:** | | | | 73 Claims $ 3,685,120.49 | |