# MIRICK O'CONNELL
ATTORNEYS AT LAW

Edward C. Bassett, Jr.
Mirick O'Connell
1800 West Park Drive, Suite 400
Westborough, MA 01581-3926
ebassett@mirickoconnell.com
t 508.860.1442
f 508.983.6233

June 5, 2020

**FILED**
JEANNE A. NAUGHTON, CLERK

JUN 09 2020

U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY_____ DEPUTY

**VIA FEDERAL EXPRESS**

Honorable John K. Sherwood, U.S.B.J.
United States Bankruptcy Court
Martin Luther King, Jr. Federal Building & Courthouse
50 Walnut Street, Third Floor
Newark, NJ 07102

Re: In re: New England Motor Freight, Inc., et al.
Chapter 11; Case No. 19-12809 (JKS)

Dear Judge Sherwood:

This office represents Jamie Magarian and Regina Magarian. The terms of the Auto Liability Claims Protocol Settlement Agreement ("Protocol") state that during the ninety (90) days following the Effective Date, "the Holders of Auto Liability Claims and the Insurers shall engage in cooperative, informal exchanges and requests for information and other discovery, in a good faith effort to resolve the Auto Liability Claims." Any claims not settled within the ninety (90) day period shall be submitted to mandatory mediation.

The initial ninety (90) day period elapsed without resolution of the claim. Accordingly, please accept this mediation request. Pursuant to the terms of the Protocol, this referral shall occur automatically upon this request, without further action required of the Court.

Copies of this letter have been mailed to the persons listed below.

MIRICK, O'CONNELL, DEMALLIE & LOUGEE, LLP
WORCESTER | WESTBOROUGH | BOSTON
www.mirickoconnell.com

Client Matter 28754/00001/A6579198.DOCX

## MIRICK O'CONNELL

Honorable John K. Sherwood, U.S.B.J.
June 5, 2020
Page 2

Please let me know if any other parties need to be notified of this request.

Very truly yours,

Edward C. Bassett, Jr., Esq.
Mirick O'Connell
Attorneys for Jamie Magarian
and Regina Magarian

ECB/kjg

Joanna Garelick Goldstein, Esq.
Wilson Elser Moskowitz Edelman & Dicker LLP
1133 Westchester Avenue
White Plains, NY 10604

Scott Blevins
Baldwin and Lyons, Inc.
111 Congressional Blvd., Suite 500
Camel, IN 46032

Brett S. Theisen, Esq.
Gibbons P.C.
One Gateway Center
Newark, NJ 07102

Joseph L. Schwartz, Esq.
Riker Danzig
One Speedwell Avenue
PO Box 1981
Morristown, NJ

Mary E. Seymour, Esq.
Lowenstein Sandler
One Lowenstein Drive
Roseland, NJ 07068



**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.