UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DAVID METH, ESQ (DM-7218)
Attorney for Creditor Jose L. Ferrer
Office and PO Address
200 Daniels Way, Suite 240A
Freehold, NJ 07728
(732) 905-2722
E-mail: david@methnjlaw.com

Order Filed on July 17, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

NEW ENGLAND MOTOR FREIGHT, INC., et al.,

Debtors.

Case No.:      19-12809 (JKS)

Chapter:       11

Hearing Date:  July 14, 2020

Judge:         John K. Sherwood

# ORDER DEEMING FILED PROOF OF CLAIM TO BE TIMELY FILED

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: July 17, 2020**

Honorable John K. Sherwood
United States Bankruptcy Court

{M0942970.1}                             1

Upon the reading of the Notice of Motion of Creditor Jose L. Ferrer, together with the certifications, exhibits and Memorandum all filed therewith, and all in support of the Creditor's Motion for an Order deeming Creditor's Proof of Claim to have been timely filed, *nunc pro tunc,* prior to the bar date for general unsecured creditors, or in the alternative, deeming the claim filed by the Creditor as Claim 47 on the Claims Register to be effective, in the above-referenced matter, and the original hearing on the aforementioned motion having come before this Court on July 14, 2020; and the Court having considered all of the papers filed in support of and in opposition to the motion, it is

**ORDERED,** that Creditor's Proof of Claim is hereby deemed to have been timely filed, *nunc pro tunc,* as of the proof of claim bar date for unsecured creditors, or in the alternative, it is

**ORDERED**, that the claim filed by the Creditor as Claim 47 on the Claims Register is hereby deemed to be "effective" as a filed proof of claim, and it is further

**ORDERED**, that the claim shall be treated in any event in accordance with the confirmation order of this Court as to similarly situated claims.

United States Bankruptcy Court
District of New Jersey

In re:                                                                        Case No. 19-12809-JKS
New England Motor Freight, Inc.                                               Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin                Page 1 of 4           Date Rcvd: Jul 17, 2020
                              Form ID: pdf903            Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 19, 2020.
db          +New England Motor Freight, Inc.,   1-71 North Ave E,   Elizabeth, NJ 07201-2958
aty         +Deloitte Consulting LLP,    111 S Wacker Dr,   Chicago, IL 60606-4396
aty          Gibbons, P.C.,   One Gateway Center,   Newark, NJ 07102-5310
aty          Howard A. Cohen,   Gibbons P.C,   300 Delaware Avenue, Suite 1015,   Wilmington, DE 19801-1671
aty          Jeffrey L. Nagel,   Gibbons P.C.,   One Pennsylvania Plaza, 37th Floor,
              New York, NY 10119-3701
aty         +Todd M. Brooks,   Whiteford, Taylor & Preston L.L.P.,   7 St. Paul Street, Suite 1500,
              Baltimore, MD 21202-1636
aty         +WASSERMAN, JURISTA & STOLZ, P.C.,   110 Allen Road,   Suite 304,
              Basking Ridge,, NJ 07920-4500
aty         +Whiteford Taylor & Preston,   Seven Saint paul St. Ste 1800,   Baltimore, MD 21202-1639

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty          ##+Brent C. Strickland,   Whiteford, Taylor & Preston L.L.P,   7501 Wisconsin Avenue,Suite 700W,
               Bethesda, MD 20814-6521
                                                                                   TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 17, 2020 at the address(es) listed below:
              Alan J. Brody    on behalf of Creditor    JP Morgan Chase brodya@gtlaw.com,    NJLitDock@gtlaw.com
              Alyssa A. Cimino    on behalf of Creditor Xiomara  Mendoz-Lopez acimino@aciminolaw.com,
               ciminoar98640@notify.bestcase.com
              Alyssa A. Cimino    on behalf of Creditor Byron E Najera Osorio acimino@aciminolaw.com,
               ciminoar98640@notify.bestcase.com
              Alyssa A. Cimino    on behalf of Creditor Abel  Trochez acimino@aciminolaw.com,
               ciminoar98640@notify.bestcase.com
              Andrew R. Turner    on behalf of Interested Party    Protective Insurance Company
               courts@turnerlaw.net
              Andrew R. Turner    on behalf of Defendant    Protective Insurance Company courts@turnerlaw.net
              Anthony  Sodono, III    on behalf of Defendant Shauna  Jones asodono@msbnj.com
              Anthony  Sodono, III    on behalf of Creditor Rasheeda  Carter asodono@msbnj.com
              Anthony  Sodono, III    on behalf of Creditor Shauna  Jones asodono@msbnj.com
              Anthony  Sodono, III    on behalf of Defendant    Jalil Waters and Rashida Carter asodono@msbnj.com
              Anthony  Sodono, III    on behalf of Creditor Jalil  Walters asodono@msbnj.com
              Anthony  Sodono, III    on behalf of Creditor    Mercedes Benz Financial Services USA LLC
               asodono@msbnj.com
              Beth J. Rotenberg    on behalf of Creditor    Berkley Insurance Company brotenberg@csglaw.com,
               ecf@csglaw.com
              Blake D. Roth    on behalf of Creditor    Bridgestone Americas Tire Operations, LLC
               blake.roth@wallerlaw.com,
               chris.cronk@wallerlaw.com;deborah.liles@wallerlaw.com;katie.stenberg@wallerlaw.com
              Brett Steven Theisen    on behalf of Plaintiff    New England Motor Freight, Inc.
               btheisen@gibbonslaw.com
              Brett Steven Theisen    on behalf of Debtor    New England Motor Freight, Inc.
               btheisen@gibbonslaw.com

```
District/off: 0312-2                User: admin              Page 2 of 4              Date Rcvd: Jul 17, 2020
                                    Form ID: pdf903          Total Noticed: 8
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      Brian Glass   on behalf of Interested Party   PA Department of Environmental Protection briaglass@pa.gov, verkanova@pa.gov
      Brian W. Hofmeister   on behalf of Creditor Larry L. Banks bwh@hofmeisterfirm.com, j119@ecfcbis.com
      Catherine L. Corey   on behalf of Creditor   East River Energy, Inc, clcorey@nmmlaw.com
      Chad J. Toms   on behalf of Debtor   New England Motor Freight, Inc. ctoms@wtplaw.com
      Christopher Lynch   on behalf of Creditor   Fifth Third Bank clynch@reedsmith.com
      Christopher John Leavell   on behalf of Plaintiff Dan  Webster cleavell@klehr.com, lclark@klehr.com
      Christopher John Leavell   on behalf of Plaintiff Mary  Carlin cleavell@klehr.com, lclark@klehr.com
      Christopher John Leavell   on behalf of Interested Party   Class Plaintiffs at al cleavell@klehr.com, lclark@klehr.com
      Daniel Stolz   on behalf of Debtor   New England Motor Freight, Inc. dstolz@wjslaw.com, dstolz@ecf.inforuptcy.com;msousa@wjslaw.com;btorres@ecf.inforuptcy.com
      David Edelberg   on behalf of Creditor   McIntosh Energy Company dedelberg@cullenllp.com, edelbergdr82964@notify.bestcase.com
      David A. Pisciotta   on behalf of Creditor   Santander Bank, N.A. david.pisciotta@troutmansanders.com, john.murphy@troutman.com;alissa.piccione@troutman.com
      David M. Meth   on behalf of Creditor Jose  Ferrer david@methnjlaw.com
      David V. Fontana   on behalf of Creditor   TD Bank, N.A. dfont@gebsmith.com, ltancredi@gebsmith.com;klusby@gebsmith.com
      Deirdre E. Burke   on behalf of Creditor   Capital One, N.A. dburke@mccarter.com
      Denise A Kuhn   on behalf of Creditor Dept. of Revenue   Commonwealth of Pennsylvania, department of revenue dkuhn@attorneygeneral.gov
      Donald W Clarke   on behalf of Debtor   New England Motor Freight, Inc. dclarke@wjslaw.com, dclarke@ecf.inforuptcy.com
      Douglas J. McGill   on behalf of Creditor   Pilot Thomas Logistics LLC dmcgill@webbermcgill.com, mlynch@webbermcgill.com
      Douglas T Tabachnik   on behalf of Defendant Rita  Alvarado dtabachnik@dttlaw.com, rdalba@dttlaw.com
      Douglas T Tabachnik   on behalf of Creditor to Rita Alvarado   The Rosato Firm, P.C., counsel dtabachnik@dttlaw.com, rdalba@dttlaw.com
      Eric Goldstein   on behalf of Creditor   United HealthCare Services, Inc. egoldstein@goodwin.com, bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com
      Evan S. Goldstein   on behalf of Creditor   Webster Capital Finance, Inc. egoldstein@uks.com
      Frank Peretore   on behalf of Creditor   Wells Fargo Equipment Finance, Inc. fperetore@csglaw.com
      Gail C. Lin   on behalf of Creditor Alice  Waters gcl@raisnerroupinian.com, rsr@raisnerroupinian.com;jar@raisnerroupinian.com;warnlawyers@raisnerroupinian.com;jenny--hoxha--5459@ecf.pacerpro.com
      Gail C. Lin   on behalf of Plaintiff Alice  Waters gcl@raisnerroupinian.com, rsr@raisnerroupinian.com;jar@raisnerroupinian.com;warnlawyers@raisnerroupinian.com;jenny--hoxha--5459@ecf.pacerpro.com
      Gail C. Lin   on behalf of Plaintiff Rich  Richardson gcl@raisnerroupinian.com, rsr@raisnerroupinian.com;jar@raisnerroupinian.com;warnlawyers@raisnerroupinian.com;jenny--hoxha--5459@ecf.pacerpro.com
      Gail C. Lin   on behalf of Creditor   WARN Act Class Plaintiffs and Putative Class gcl@raisnerroupinian.com, rsr@raisnerroupinian.com;jar@raisnerroupinian.com;warnlawyers@raisnerroupinian.com;jenny--hoxha--5459@ecf.pacerpro.com
      Gail C. Lin   on behalf of Creditor Rich  Richardson gcl@raisnerroupinian.com, rsr@raisnerroupinian.com;jar@raisnerroupinian.com;warnlawyers@raisnerroupinian.com;jenny--hoxha--5459@ecf.pacerpro.com
      Gary D. Bressler   on behalf of Creditor   VFS US LLC gbressler@mdmc-law.com, kdeans@mdmc-law.com;scarney@mdmc-law.com;dprimack@mdmc-law.com;bkleban@mdmc-law.com
      Gary D. Bressler   on behalf of Creditor   Mack Trucks, Inc. gbressler@mdmc-law.com, kdeans@mdmc-law.com;scarney@mdmc-law.com;dprimack@mdmc-law.com;bkleban@mdmc-law.com
      Gary D. Bressler   on behalf of Creditor   Volvo Financial gbressler@mdmc-law.com, kdeans@mdmc-law.com;scarney@mdmc-law.com;dprimack@mdmc-law.com;bkleban@mdmc-law.com
      Gavin Stewart   on behalf of Creditor   VW Credit, Inc. bk@stewartlegalgroup.com
      Jacob Frumkin   on behalf of Interested Party   Great Dane LLC jfrumkin@coleschotz.com
      James A. Kellar   on behalf of Creditor   Rochester Gas & Electric Corporation jkellar@mccarter.com
      James A. Kellar   on behalf of Creditor   West Penn Power Company jkellar@mccarter.com
      James A. Kellar   on behalf of Creditor   Colonial Gas Company, KeySpan Energy Delivery Long Island, Narragansett Electric Company and Niagara Mohawk Power Corporation jkellar@mccarter.com
      JoAnne M. Bonacci   on behalf of Creditor   RLI Insurance Company jbonacci@dbplawfirm.com
      John Cagney   on behalf of Defendant Susan Volpe jcagney@kdlm.com
      John Cagney   on behalf of Defendant Susan and Raymond  Volpe jcagney@kdlm.com
      John Cagney   on behalf of Creditor Susan and Raymond  Volpe jcagney@kdlm.com
      John F. Bracaglia, Jr.   on behalf of Interested Party   Orange and Rockland Utilities, Inc. brokaw@centraljerseylaw.com
      John Phillip Schneider   on behalf of Creditor Committee   Official Committee Of Unsecured Creditors JPSchneider@mdmc-law.com
      John R. Morton, Jr.   on behalf of Creditor   CAB East LLC, serviced by Ford Motor Credit Company LLC ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
      Joseph Lubertazzi, Jr.   on behalf of Creditor   Capital One, N.A. jlubertazzi@mccarter.com

```
District/off: 0312-2            User: admin              Page 3 of 4                Date Rcvd: Jul 17, 2020
                                Form ID: pdf903          Total Noticed: 8
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

    Joseph J. DiPasquale   on behalf of Creditor Committee   Official Committee Of Unsecured Creditors jdipasquale@lowenstein.com, jkimble@lowenstein.com
    Joseph J. DiPasquale   on behalf of Other Prof.   Liquidating Trustee jdipasquale@lowenstein.com, jkimble@lowenstein.com
    Joseph J. DiPasquale   on behalf of Other Prof.   CohnReznick Capital Market Securities, LLC jdipasquale@lowenstein.com, jkimble@lowenstein.com
    Joseph J. DiPasquale   on behalf of Attorney   Lowenstein Sandler LLP jdipasquale@lowenstein.com, jkimble@lowenstein.com
    Joseph J. McMahon, Jr.   on behalf of Creditor   Pilot Travel Centers LLC jmcmahon@ciardilaw.com, jclarke@ciardilaw.com
    Joseph L. Schwartz   on behalf of Interested Party   United States Fire Insurance Company jschwartz@riker.com
    Joseph L. Schwartz   on behalf of Creditor   Lucky's Energy Service, Inc. jschwartz@riker.com
    Justin W. Gray   on behalf of Defendant   Angela Evans, Individually & as Parent & Natural Guardian of E Evans, an Infant gray@maynardoconnorlaw.com, Sweeney@moscllp.com
    Justin W. Gray   on behalf of Creditor Janice A. Goodall gray@maynardoconnorlaw.com, Sweeney@moscllp.com
    Justin W. Gray   on behalf of Creditor Anthony  McNeil gray@maynardoconnorlaw.com, Sweeney@moscllp.com
    Justin W. Gray   on behalf of Creditor Benedicto  Sorto gray@maynardoconnorlaw.com, Sweeney@moscllp.com
    Justin W. Gray   on behalf of Creditor Angela  Evans gray@maynardoconnorlaw.com, Sweeney@moscllp.com
    Justin W. Gray   on behalf of Creditor Daniel  Murtha gray@maynardoconnorlaw.com, Sweeney@moscllp.com
    Justin W. Gray   on behalf of Creditor Daniel  Rinaldi gray@maynardoconnorlaw.com, Sweeney@moscllp.com
    Karen A. Giannelli   on behalf of Debtor   New England Motor Freight, Inc. kgiannelli@gibbonslaw.com
    Karen A. Giannelli   on behalf of Debtor    Apex Logistics, Inc. kgiannelli@gibbonslaw.com
    Karen A. Giannelli   on behalf of Plaintiff    MyJon, LLC kgiannelli@gibbonslaw.com
    Karen A. Giannelli   on behalf of Plaintiff    Myar, LLC kgiannelli@gibbonslaw.com
    Karen A. Giannelli   on behalf of Debtor    Eastern Freight Ways, Inc. kgiannelli@gibbonslaw.com
    Karen A. Giannelli   on behalf of Plaintiff    NEMF World Transport, Inc. kgiannelli@gibbonslaw.com
    Karen A. Giannelli   on behalf of Plaintiff    Carrier Industries, Inc. kgiannelli@gibbonslaw.com
    Karen A. Giannelli   on behalf of Plaintiff    Apex Logistics, Inc. kgiannelli@gibbonslaw.com
    Karen A. Giannelli   on behalf of Plaintiff    NEMF Logistics, LLC kgiannelli@gibbonslaw.com
    Karen A. Giannelli   on behalf of Debtor    NEMF World Transport, Inc. kgiannelli@gibbonslaw.com
    Karen A. Giannelli   on behalf of Plaintiff    United Express Solar, LLC kgiannelli@gibbonslaw.com
    Karen A. Giannelli   on behalf of Debtor    Jans Leasing Corp. kgiannelli@gibbonslaw.com
    Karen A. Giannelli   on behalf of Other Prof.    Donlin, Recano & Company, Inc. kgiannelli@gibbonslaw.com
    Karen A. Giannelli   on behalf of Plaintiff    Eastern Freight Ways, Inc. kgiannelli@gibbonslaw.com
    Karen A. Giannelli   on behalf of Plaintiff    Hollywood Avenue Solar, LLC kgiannelli@gibbonslaw.com
    Karen A. Giannelli   on behalf of Debtor    Hollywood Avenue Solar, LLC kgiannelli@gibbonslaw.com
    Karen A. Giannelli   on behalf of Debtor    MyJon, LLC kgiannelli@gibbonslaw.com
    Karen A. Giannelli   on behalf of Accountant    Withumsmith+Brown kgiannelli@gibbonslaw.com
    Karen A. Giannelli   on behalf of Plaintiff    Jans Leasing Corp. kgiannelli@gibbonslaw.com
    Karen A. Giannelli   on behalf of Debtor    United Express Solar, LLC kgiannelli@gibbonslaw.com
    Karen A. Giannelli   on behalf of Plaintiff    New England Motor Freight, Inc. kgiannelli@gibbonslaw.com
    Karen A. Giannelli   on behalf of Debtor    NEMF Logistics, LLC kgiannelli@gibbonslaw.com
    Karen A. Giannelli   on behalf of Debtor    Carrier Industries, Inc. kgiannelli@gibbonslaw.com
    Karen A. Giannelli   on behalf of Debtor    Myar, LLC kgiannelli@gibbonslaw.com
    Kate R. Buck   on behalf of Creditor    Potomac Edison Company, Toledo Edison Company and West Penn Power Company kbuck@mccarter.com
    Kate R. Buck   on behalf of Creditor    Connecticut Light & Power Company, NStar Western Massachusetts, Yankee Gas Services Company, Colonial Gas Company, KeySpan Energy Delivery Long Island, Narragansett Electric Company and Niagara Mohawk kbuck@mccarter.com
    Kenneth L. Baum   on behalf of Creditor    Clermont Holdings, LLC kbaum@kenbaumdebtsolutions.com
    Keri P. Ebeck   on behalf of Creditor    Guttman Energy, Inc. kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com
    Kevin Gordon McDonald   on behalf of Creditor    VW Credit Leasing, Ltd. kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
    Kevin Joseph Bloom   on behalf of Interested Party    Mirabito Holdings,Inc kbloom@hhk.com
    Kevin M. Capuzzi   on behalf of Interested Party    Amazon.com Services, Inc., formerly Amazon Fulfillment Services, Inc. kcapuzzi@beneschlaw.com, debankruptcy@beneschlaw.com
    Leonard R Boyer   on behalf of Creditor Nelson  Vasquez lrbnjesq@gmail.com, mcordova48890@aol.com
    Louis A. Curcio   on behalf of Creditor    Santander Bank, N.A. louis.curcio@troutmansanders.com, John.Murphy@troutmansanders.com;jonathan.forstot@troutmansanders.com;david.pisciotta@troutmansanders.com
    Mark A. Platt   on behalf of Creditor    Omnitracs, LLC mplatt@fbtlaw.com
    Mark B Conlan   on behalf of Debtor   New England Motor Freight, Inc. mconlan@gibbonslaw.com
    Mark B Conlan   on behalf of Plaintiff   New England Motor Freight, Inc. mconlan@gibbonslaw.com
    Mark B Conlan   on behalf of Defendant   New England Motor Freight, Inc., et al. mconlan@gibbonslaw.com

```
District/off: 0312-2              User: admin             Page 4 of 4              Date Rcvd: Jul 17, 2020
                                  Form ID: pdf903         Total Noticed: 8
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Mary E. Seymour    on behalf of Creditor Committee    Official Committee Of Unsecured Creditors mseymour@lowenstein.com
          Mary E. Seymour    on behalf of Attorney    Lowenstein Sandler LLP mseymour@lowenstein.com
          Melissa A. Pena    on behalf of Creditor    Webster Capital Finance, Inc. mapena@norris-law.com, pfreda@nmmlaw.com
          Michael Papandrea    on behalf of Other Prof.    Liquidating Trustee mpapandrea@lowenstein.com, dclaussen@lowenstein.com;jcohen@lowenstein.com
          Michael D. Sirota    on behalf of Interested Party    Great Dane LLC msirota@coleschotz.com, fpisano@coleschotz.com
          Michael R. Caruso    on behalf of Creditor    Wells Fargo Equipment Finance, Inc. mcaruso@csglaw.com, ecf@csglaw.com
          Morris S. Bauer    on behalf of Creditor    East River Energy, Inc, msbauer@nmmlaw.com, rjacome@norris-law.com,relikens@nmmlaw.com,ddewey@norris-law.com
          Norman N Kinel    on behalf of Interested Party    East West Bank norman.kinel@squirepb.com, sarah.conley@squirepb.com,norman-kinel-4300@ecf.pacerpro.com
          Peter M. Knob    on behalf of Creditor    Capital One, N.A. pknob@mccarter.com, lrestivo@mccarter.com
          Rebecca Ann Solarz    on behalf of Creditor    VW Credit Leasing, Ltd rsolarz@kmllawgroup.com
          Rene S. Roupinian    on behalf of Plaintiff Rich  Richardson rsr@outtengolden.com
          Rene S. Roupinian    on behalf of Plaintiff Alice  Waters rsr@outtengolden.com
          Richard  Albuquerque    on behalf of Creditor MICHAEL   SINGLEY richarda@djdlawyers.com
          Richard S. Kanowitz    on behalf of Unknown Role Type    Ad Hoc Group of Tort Claimants rkanowitz@cooley.com, mklein@cooley.com;jindyke@cooley.com;efiling-notice@ecf.pacerpro.com
          Rick Aaron Steinberg    on behalf of Creditor    TOTE Maritime rsteinberg@pricemeese.com
          Robert A. Burke    on behalf of Defendant    Jenny Munson Andress, individually and as the Administratrix of the Estate of Herbert Andress rburke@macelree.com
          Robert E. Nies    on behalf of Creditor    Berkley Insurance Company rnies@csglaw.com
          Robert K. Scheinbaum    on behalf of Defendant    New Jersey Manufacturers Insurance Company a/s/o Phyllis A. Troy rscheinbaum@connellfoley.com
          Robert K. Scheinbaum    on behalf of Creditor    New Jersey Manufacturers rscheinbaum@connellfoley.com
          Rona J. Rosen    on behalf of Creditor    WARN Act Class Plaintiffs and Putative Class cbbutler@klehr.com, cbbutler@klehr.com
          Sari Blair Placona    on behalf of Creditor Shauna  Jones splacona@msbnj.com
          Sari Blair Placona    on behalf of Creditor Daryl & Kim  Martin splacona@msbnj.com
          Sari Blair Placona    on behalf of Defendant    Jalil Waters and Rashida Carter splacona@msbnj.com
          Sari Blair Placona    on behalf of Creditor Rasheeda  Carter splacona@msbnj.com
          Sari Blair Placona    on behalf of Creditor    Interstate Towing Recovery Incorporated splacona@msbnj.com
          Sari Blair Placona    on behalf of Creditor    Mercedes Benz Financial Services USA LLC splacona@msbnj.com
          Sari Blair Placona    on behalf of Defendant    DARYL MARTIN AND KIM MARTIN splacona@msbnj.com
          Sari Blair Placona    on behalf of Creditor Jalil  Walters splacona@msbnj.com
          Sari Blair Placona    on behalf of Defendant Shauna  Jones splacona@msbnj.com
          Scott J. Freedman    on behalf of Creditor    Corcentric, LLC sfreedman@dilworthlaw.com
          Scott J. Freedman    on behalf of Creditor    New Jersey Manufacturers sfreedman@dilworthlaw.com
          Scott J. Goldstein    on behalf of Creditor Melinda  Londos sjg@sgoldsteinlaw.com, cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;G31979@notify.cincompass.com
          Scott W Lichtenstein    on behalf of Creditor    Berkley Insurance Company slichtenstein@csglaw.com
          Seoung Y. Lim    on behalf of Creditor    Pantos USA, Inc. joshualim@kcllawfirm.com, denisemoreno@kcllawfirm.com,seankwak@kcllawfirm.com,jpark@kcllawfirm.com
          Stephen  B. Ravin    on behalf of Creditor    Riggins, Inc. sravin@saul.com, jgillman@saul.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          Virginia T. Shea    on behalf of Creditor    Volvo Financial vshea@mdmc-law.com, mtaranto@mdmc-law.com;kpatterson@mdmc-law.com;gbressler@mdmc-law.com;lmodugno@mdmc-law.com
          Virginia T. Shea    on behalf of Creditor    VFS US LLC vshea@mdmc-law.com, mtaranto@mdmc-law.com;kpatterson@mdmc-law.com;gbressler@mdmc-law.com;lmodugno@mdmc-law.com
          Warren Scott Gottlieb    on behalf of Defendant    Consolidated Edison Company of New York, Inc. wgottlieb@golawllp.com
          William  Hahn    on behalf of Defendant    GEICO V DAVID WOOD ET AL TANGO DICKINSON LORENZO MCDERMOTT ET AL whahn@tdlmm.com
          William  Hahn    on behalf of Creditor    Geico whahn@tdlmm.com

          TOTAL: 151