## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC., *et al.*, | Case No. 19-12809 (JKS) |
| | (Jointly Administered) |
| Debtors.[1] | |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                       )  ss:
COUNTY OF KINGS     )

I, Winnie Yeung, declare:

1.      I am over the age of 18 years and not a party to these chapter 11 cases.

2.      I am employed by Donlin, Recano & Company, Inc., ("DRC"), 6201 15th Avenue, Brooklyn, NY 11219.

3.      On the 17th day of July, 2020, DRC, at my direction and under my supervision, caused to serve the "Notice of Liquidating Trustee's Second Omnibus Objection to Certain Employee Warn Act Claims" (Docket No. 1284), along with each of the Personalized Notice of Objection to indicate the name and address respective of the claimant's claim(s) subject to objection as set forth on Exhibit 1, via First Class U.S. Mail upon the parties as set forth on Exhibit 2, attached hereto.

4.      On the 17th day of July, 2020, DRC, at my direction and under my supervision, caused to serve the "Notice of Liquidating Trustee's Second Omnibus Objection to Certain Employee Warn Act Claims" (Docket No. 1284), via electronic mail upon the parties as set forth on Exhibit 3, and via First Class U.S. Mail upon the parties as set forth in Exhibit 4, attached hereto

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC (4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMF Logistics, LLC (4666).

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 20th day of July, 2020, Brooklyn, New York.

By _____

Winnie Yeung

Sworn before me this
20th day of July, 2020

_____
Notary Public

SUNG JAE KIM
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01KI6211176
MY COMM. EXP. SEPTEMBER 14, 2021

NEMF00232+233

.

# EXHIBIT 1

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: August 18, 2020 at 10:00 a.m. (ET)** **Objection Deadline: August 11, 2020 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:   AGUIRRE, DONALD
        1506 PLYMOUTH CIR
        CARPENTERSVILLE, IL 60110

On July 17, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **August 11, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **August 18, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC,<br>et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: August 18, 2020 at 10:00 a.m. (ET)**<br>**Objection Deadline: August 11, 2020 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:    BACHMANN, DANIEL
       254 JUNIPER DR
       ETTERS, PA 17319

On July 17, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
07/13/2020 206728887.1

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **August 11, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **August 18, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | Case No.: 19-12809 (JKS) |
|  | (Jointly Administered) |
| Debtors. | **Hearing Date: August 18, 2020 at 10:00 a.m. (ET)** **Objection Deadline: August 11, 2020 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:   BARNES, CATINA
      21 OAKLEY ST APT 2
      NEW HAVEN, CT 06512

On July 17, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **August 11, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **August 18, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: August 18, 2020 at 10:00 a.m. (ET)** **Objection Deadline: August 11, 2020 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:    BLACKWELL, IVORY
       PO BOX 3558
       JOLIET, IL 60434-3558

On July 17, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
07/13/2020 206728887.1

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **August 11, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **August 18, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

<div align="center">

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

</div>

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | Case No.: 19-12809 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Hearing Date: August 18, 2020 at 10:00 a.m. (ET)**<br>**Objection Deadline: August 11, 2020 at 4:00 p.m. (ET)** |

<div align="center">

**NOTICE OF OBJECTION TO YOUR CLAIM**

</div>

TO:    BLISS, CHARLES
        8419 BOYKO FARM
        CICERO, NY 13039

On July 17, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
07/13/2020 206728887.1

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **August 11, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **August 18, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

<div align="center">

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

</div>

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: August 18, 2020 at 10:00 a.m. (ET)** **Objection Deadline: August 11, 2020 at 4:00 p.m. (ET)** |

<div align="center">

**NOTICE OF OBJECTION TO YOUR CLAIM**

</div>

TO:    BORKLAND, JEFFREY
       84 WHISPERING OAKS WAY
       JACKSON, NJ 08527

On July 17, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **August 11, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **August 18, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC,<br>et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: August 18, 2020 at 10:00 a.m. (ET)**<br>**Objection Deadline: August 11, 2020 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:    BREEDY, WINSTON
       110 KENYON AVE #28
       PAWTUCKET, RI 02861

On July 17, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **August 11, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **August 18, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | Case No.: 19-12809 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Hearing Date: August 18, 2020 at 10:00 a.m. (ET)**<br>**Objection Deadline: August 11, 2020 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:    BRIAN FISHER
       18444 WOODSIDE DR
       HAGERSTOWN, MD 21740

On July 17, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
07/13/2020 206728887.1

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **August 11, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **August 18, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

<div align="center">

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

</div>

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: August 18, 2020 at 10:00 a.m. (ET)** **Objection Deadline: August 11, 2020 at 4:00 p.m. (ET)** |

<div align="center">

**NOTICE OF OBJECTION TO YOUR CLAIM**

</div>

TO:   BRYAN, DESMOND
      345 HARRISON AVE
      ROSELLE, NJ 07203

On July 17, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
07/13/2020 206728887.1

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **August 11, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **August 18, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: August 18, 2020 at 10:00 a.m. (ET)** **Objection Deadline: August 11, 2020 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:    COLE, STEVEN
        25 CRABAPPLE DR
        YORK HAVEN, PA 17370

On July 17, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **August 11, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **August 18, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: August 18, 2020 at 10:00 a.m. (ET)**<br>**Objection Deadline: August 11, 2020 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:   COSBY, MICHAEL
      7 STANDISH RD
      LOCKPORT, NY 14094

On July 17, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **August 11, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **August 18, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: August 18, 2020 at 10:00 a.m. (ET)** **Objection Deadline: August 11, 2020 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:    CRITCHLOW, ROBIN
       6161 WINDING HILLS DR
       MECHANICSVILLE, VA 23111

On July 17, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
07/13/2020 206728887.1

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **August 11, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **August 18, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br><div align="right">Debtors.</div> | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: August 18, 2020 at 10:00 a.m. (ET)**<br>**Objection Deadline: August 11, 2020 at 4:00 p.m. (ET)** |

### NOTICE OF OBJECTION TO YOUR CLAIM

TO:   DA ROCHA, JOSHUA
      119 NASH RD
      NEW BEDFORD, MA 02746

On July 17, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **August 11, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **August 18, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: August 18, 2020 at 10:00 a.m. (ET)**<br>**Objection Deadline: August 11, 2020 at 4:00 p.m. (ET)** |

### NOTICE OF OBJECTION TO YOUR CLAIM

TO:    DIAZ, JOSE
       25 DINO DR
       KEASBEY, NJ 08832

On July 17, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
07/13/2020 206728887.1

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **August 11, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **August 18, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>    Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: August 18, 2020 at 10:00 a.m. (ET)**<br>**Objection Deadline: August 11, 2020 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO: EDWARDS, DEMETRIES
   7604 AMORE CIR
   BALTIMORE, MD 21228

On July 17, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **August 11, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **August 18, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC,<br>et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: August 18, 2020 at 10:00 a.m. (ET)**<br>**Objection Deadline: August 11, 2020 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:    EPPELMANN, STEPHEN
       102 PATROON DR APT 6
       GUILDERLAND, NY 12084

On July 17, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **August 11, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **August 18, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | Case No.: 19-12809 (JKS) |
| Debtors. | (Jointly Administered) |
|  | **Hearing Date: August 18, 2020 at 10:00 a.m. (ET)**<br>**Objection Deadline: August 11, 2020 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:    FETZKO, SCOTT
        111 HUDSON AVE
        GREEN ISLAND, NY 12183

On July 17, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **August 11, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **August 18, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: August 18, 2020 at 10:00 a.m. (ET)** **Objection Deadline: August 11, 2020 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:    FITZGERALD, DANIEL
        100 CHATHAM
        ROSELLE, IL 60172

On July 17, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **August 11, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **August 18, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

<div align="center">

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

</div>

|  |  |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: August 18, 2020 at 10:00 a.m. (ET)** **Objection Deadline: August 11, 2020 at 4:00 p.m. (ET)** |

<div align="center">

**NOTICE OF OBJECTION TO YOUR CLAIM**

</div>

TO:    FRONHEISER, HOWARD
        90 SPADA DR
        LEHIGHTON, PA 18235

On July 17, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **August 11, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **August 18, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC,<br>et al.[1]<br><br>                  Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: August 18, 2020 at 10:00 a.m. (ET)**<br>**Objection Deadline: August 11, 2020 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:    GUERCIO, THOMAS
        14155 TORIE DR
        NORTH HUNTINGDON, PA 15642

On July 17, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **August 11, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **August 18, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: August 18, 2020 at 10:00 a.m. (ET)** **Objection Deadline: August 11, 2020 at 4:00 p.m. (ET)** |

### NOTICE OF OBJECTION TO YOUR CLAIM

TO:   HELFENSTEIN, BRIAN
      3 DOWNING ST
      APT 3
      CONCORD, NH 03301

On July 17, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **August 11, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **August 18, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: August 18, 2020 at 10:00 a.m. (ET)** **Objection Deadline: August 11, 2020 at 4:00 p.m. (ET)** |

### NOTICE OF OBJECTION TO YOUR CLAIM

TO:    HESSLER, TIMOTHY
        8422 TUTTLE RD
        BRIDGEPORT, NY 13030

On July 17, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
07/13/2020 206728887.1

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **August 11, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **August 18, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: August 18, 2020 at 10:00 a.m. (ET)** **Objection Deadline: August 11, 2020 at 4:00 p.m. (ET)** |

### NOTICE OF OBJECTION TO YOUR CLAIM

TO:    HILL III, WILLIAM F
        1118 GREENWOOD AVE
        AKRON, OH 44320

On July 17, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **August 11, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **August 18, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

<div align="center">

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

</div>

|  |  |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | Case No.: 19-12809 (JKS) |
| Debtors. | (Jointly Administered) |
|  | **Hearing Date: August 18, 2020 at 10:00 a.m. (ET)**<br>**Objection Deadline: August 11, 2020 at 4:00 p.m. (ET)** |

<div align="center">

**NOTICE OF OBJECTION TO YOUR CLAIM**

</div>

TO:    HILL, ANDREW W
         14 PROSSEDA DR
         DANVILLE, PA 17821

On July 17, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
07/13/2020 206728887.1

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **August 11, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **August 18, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

<div align="center">

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

</div>

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: August 18, 2020 at 10:00 a.m. (ET)**<br>**Objection Deadline: August 11, 2020 at 4:00 p.m. (ET)** |

<div align="center">

**NOTICE OF OBJECTION TO YOUR CLAIM**

</div>

TO:    LUKSCH, ANTHONY
       5 MEADOW CT E
       WHITELAND, IN 46184

On July 17, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
07/13/2020 206728887.1

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **August 11, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **August 18, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | Case No.: 19-12809 (JKS) |
| | (Jointly Administered) |
| Debtors. | **Hearing Date: August 18, 2020 at 10:00 a.m. (ET)** **Objection Deadline: August 11, 2020 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:     MAYBEN, THOMAS
        104 DICKENS ST
        PAWTUCKET, RI 02861

On July 17, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **August 11, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **August 18, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: August 18, 2020 at 10:00 a.m. (ET)** **Objection Deadline: August 11, 2020 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:   MILBY, RONALD
      42 WILLOW CEDAR WAY
      BLACKWOOD, NJ 08012

On July 17, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
07/13/2020 206728887.1

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **August 11, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **August 18, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: August 18, 2020 at 10:00 a.m. (ET)** **Objection Deadline: August 11, 2020 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:    MUNGROO, BHOLA
       51 W 2ND ST
       BAYONNE, NJ 07002

On July 17, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **August 11, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **August 18, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

<div align="center">

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

</div>

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: August 18, 2020 at 10:00 a.m. (ET)** |
| | **Objection Deadline: August 11, 2020 at 4:00 p.m. (ET)** |

<div align="center">

**NOTICE OF OBJECTION TO YOUR CLAIM**

</div>

TO:    NAGAJEW, JOHN
        HARRIET A NAGAJEW
        1707 PEBBLE BEACH DR
        PLAINFIELD, IL 60586

On July 17, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **August 11, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **August 18, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: August 18, 2020 at 10:00 a.m. (ET)** **Objection Deadline: August 11, 2020 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:    PEARSON, NEAL
         3081 DEEPWATER WAY
         EDGEWOOD, MD 21040

On July 17, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC (4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **August 11, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **August 18, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: August 18, 2020 at 10:00 a.m. (ET)** **Objection Deadline: August 11, 2020 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:    RICHARDSON, RICHIE
        RICH RICHARDSON
        89 HARTMAN AVE
        GARFIELD, NJ 07026

On July 17, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
07/13/2020 206728887.1

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **August 11, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **August 18, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

<div align="center">

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

</div>

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: August 18, 2020 at 10:00 a.m. (ET)** <br> **Objection Deadline: August 11, 2020 at 4:00 p.m. (ET)** |

<div align="center">

**NOTICE OF OBJECTION TO YOUR CLAIM**

</div>

TO:    ROE, JACOB
         3205 ROESCH BLVD APT 1
         FAIRFIELD, OH 45014

On July 17, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **August 11, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **August 18, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>     Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: August 18, 2020 at 10:00 a.m. (ET)**<br>**Objection Deadline: August 11, 2020 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:  SAIA, JEFFREY
    190 INDEPENDENCE LN PH625
    MAITLAND, FL 32751

On July 17, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **August 11, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **August 18, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: August 18, 2020 at 10:00 a.m. (ET)** **Objection Deadline: August 11, 2020 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:    SERPICA, ALYSON
        13 E 28TH ST
        BAYONNE, NJ 07002

On July 17, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **August 11, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **August 18, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: August 18, 2020 at 10:00 a.m. (ET)**<br>**Objection Deadline: August 11, 2020 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:    STEVENS, EDWARD
129 FISHERVILLE RD APT 33
CONCORD, NH 03303

On July 17, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **August 11, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **August 18, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: August 18, 2020 at 10:00 a.m. (ET)**<br>**Objection Deadline: August 11, 2020 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:   WILHOIT, GEORGE
        1425 5TH ST
        NATRONA HEIGHTS, PA 15065

On July 17, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
07/13/2020 206728887.1

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **August 11, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **August 18, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC,<br>et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: August 18, 2020 at 10:00 a.m. (ET)**<br>**Objection Deadline: August 11, 2020 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:    WILSON JR, JOHN J
44 HEMLOCK GARDENS
HARVEYS LAKE, PA 18618

On July 17, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **August 11, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **August 18, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC,<br>et al.[1]<br><br>　　　　　　　Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: August 18, 2020 at 10:00 a.m. (ET)**<br>**Objection Deadline: August 11, 2020 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:    WINGFIELD, TODD
       6134 STRONGHOLD DR
       MECHANICSVILLE, VA 23111

On July 17, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
07/13/2020 206728887.1

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **August 11, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **August 18, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: August 18, 2020 at 10:00 a.m. (ET)**<br>**Objection Deadline: August 11, 2020 at 4:00 p.m. (ET)** |

### NOTICE OF OBJECTION TO YOUR CLAIM

TO:    WOODS, GENNAREH
       1576 MAGOFFIN AVE
       COLUMBUS, OH 43207

On July 17, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
07/13/2020 206728887.1

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **August 11, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **August 18, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

<div align="center">

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

</div>

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC,<br>et al.[1]<br><br>                Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: August 18, 2020 at 10:00 a.m. (ET)**<br>**Objection Deadline: August 11, 2020 at 4:00 p.m. (ET)** |

<div align="center">

**NOTICE OF OBJECTION TO YOUR CLAIM**

</div>

TO:    YARBROUGH, JONATHAN
         1677 FALLING LEAF LN
         GALLOWAY, OH 43119

On July 17, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC (4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
07/13/2020 206728887.1

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **August 11, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **August 18, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

<div align="center">

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

</div>

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: August 18, 2020 at 10:00 a.m. (ET)** **Objection Deadline: August 11, 2020 at 4:00 p.m. (ET)** |

<div align="center">

**NOTICE OF OBJECTION TO YOUR CLAIM**

</div>

TO:    YOST, LEROY
        1731 STANTON HILL RD
        NICHOLS, NY 13812

On July 17, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
07/13/2020 206728887.1

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **August 11, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **August 18, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

**EXHIBIT 2**

**New England Motor Freight, Inc., et al.**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 002803P001-1413A-232<br>ALYSON SERPICA<br>ADDRESS INTENTIONALLY OMITTED | 003068P002-1413A-232<br>ANDREW W HILL<br>ADDRESS INTENTIONALLY OMITTED | 003147P001-1413A-232<br>ANTHONY LUKSCH<br>ADDRESS INTENTIONALLY OMITTED | 001261P001-1413A-232<br>BHOLA MUNGROO<br>ADDRESS INTENTIONALLY OMITTED |
| 044383P001-1413A-232<br>BRIAN FISHER<br>18444 WOODSIDE DR<br>HAGERSTOWN MD 21740 | 003224P001-1413A-232<br>BRIAN HELFENSTEIN<br>ADDRESS INTENTIONALLY OMITTED | 044329P002-1413A-232<br>CATINA BARNES<br>21 OAKLEY ST APT 2<br>NEW HAVEN CT 06512 | 008169P001-1413A-232<br>CHARLES BLISS<br>ADDRESS INTENTIONALLY OMITTED |
| 003229P001-1413A-232<br>DANIEL BACHMANN<br>ADDRESS INTENTIONALLY OMITTED | 002054P001-1413A-232<br>DANIEL FITZGERALD<br>ADDRESS INTENTIONALLY OMITTED | 002252P001-1413A-232<br>DEMETRIES EDWARDS<br>ADDRESS INTENTIONALLY OMITTED | 000419P001-1413A-232<br>DESMOND BRYAN<br>ADDRESS INTENTIONALLY OMITTED |
| 002064P001-1413A-232<br>DONALD AGUIRRE<br>ADDRESS INTENTIONALLY OMITTED | 003363P002-1413A-232<br>EDWARD STEVENS<br>ADDRESS INTENTIONALLY OMITTED | 001473P001-1413A-232<br>GENNAREH WOODS<br>ADDRESS INTENTIONALLY OMITTED | 001581P001-1413A-232<br>GEORGE WILHOIT<br>ADDRESS INTENTIONALLY OMITTED |
| 000424P001-1413A-232<br>HOWARD FRONHEISER<br>ADDRESS INTENTIONALLY OMITTED | 003407P002-1413A-232<br>IVORY BLACKWELL<br>ADDRESS INTENTIONALLY OMITTED | 005332P002-1413A-232<br>JACOB ROE<br>ADDRESS INTENTIONALLY OMITTED | 001021P001-1413A-232<br>JEFFREY BORKLAND<br>ADDRESS INTENTIONALLY OMITTED |
| 044448P002-1413A-232<br>JEFFREY SAIA<br>190 INDEPENDENCE LN PH625<br>MAITLAND FL 32751 | 000988P002-1413A-232<br>JOHN J WILSON JR<br>ADDRESS INTENTIONALLY OMITTED | 044403P002-1413A-232<br>JOHN NAGAJEW<br>HARRIET A NAGAJEW<br>1707 PEBBLE BEACH DR<br>PLAINFIELD IL 60586 | 002185P001-1413A-232<br>JONATHAN YARBROUGH<br>ADDRESS INTENTIONALLY OMITTED |
| 001796P001-1413A-232<br>JOSE DIAZ<br>ADDRESS INTENTIONALLY OMITTED | 008742P001-1413A-232<br>JOSHUA DA ROCHA<br>ADDRESS INTENTIONALLY OMITTED | 002149P001-1413A-232<br>LEROY YOST<br>ADDRESS INTENTIONALLY OMITTED | 000607P001-1413A-232<br>MICHAEL COSBY<br>ADDRESS INTENTIONALLY OMITTED |

**New England Motor Freight, Inc., et al.**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 000991P001-1413A-232<br>NEAL PEARSON<br>ADDRESS INTENTIONALLY OMITTED | 001225P002-1413A-232<br>RICHIE RICHARDSON<br>RICH RICHARDSON<br>ADDRESS INTENTIONALLY OMITTED | 000650P001-1413A-232<br>ROBIN CRITCHLOW<br>ADDRESS INTENTIONALLY OMITTED | 000409P001-1413A-232<br>RONALD MILBY<br>ADDRESS INTENTIONALLY OMITTED |
| 002048P001-1413A-232<br>SCOTT FETZKO<br>ADDRESS INTENTIONALLY OMITTED | 008360P002-1413A-232<br>STEPHEN EPPELMANN<br>ADDRESS INTENTIONALLY OMITTED | 000957P001-1413A-232<br>STEVEN COLE<br>ADDRESS INTENTIONALLY OMITTED | 001276P001-1413A-232<br>THOMAS GUERCIO<br>ADDRESS INTENTIONALLY OMITTED |
| 001059P001-1413A-232<br>THOMAS MAYBEN<br>ADDRESS INTENTIONALLY OMITTED | 008506P001-1413A-232<br>TIMOTHY HESSLER<br>ADDRESS INTENTIONALLY OMITTED | 003556P001-1413A-232<br>TODD WINGFIELD<br>ADDRESS INTENTIONALLY OMITTED | 044468P002-1413A-232<br>WILLIAM F HILL III<br>1118 GREENWOOD AVE<br>AKRON OH 44320 |
| 001921P002-1413A-232<br>WINSTON BREEDY<br>ADDRESS INTENTIONALLY OMITTED | | | |

Records Printed : **41**

# EXHIBIT 3

000163P001-1413S-233
DAVID METH,ESQ
200 DANIELS WAY STE 240
FREEHOLD NJ 07728
DAVID@METHNJLAW.COM

000159P001-1413S-233
FIRE SAFETY EQUIPMENT SUPPLY
DEBBIE A DONIVAN
606 WEST RACE ST
PO BOX 638
MARTINSBURG WV 25402
MIDATLANTICFIRE@YAHOO.COM

000162P001-1413S-233
LAW OFFICE OF SCOTT J GOLDSTEIN LLC
SCOTT J GOLDSTEIN
280 WEST MAIN ST
DENVILLE NJ 07834
SJG@SGOLDSTEINLAW.COM

000070P002-1413S-233
MCELROY DEUTSCH ET AL
GARY D BRESSLER, ESQ
300 DELAWARE AVE STE 770
WILMINGTON DE 19801
GBRESSLER@MDMC-LAW.COM

000069P002-1413S-233
MCELROY DEUTSCH MULVANEY
VIRGINIA T SHEA, ESQ
1300 MOUNT KEMBLE AVE
MORRISTOWN NJ 07962
VSHEA@MDMC-LAW.COM

000093P003-1413S-233
MCMANIMON, SCOTLAND  BAUMANN
ANTHONY SODONO, III; SARI PLACONA
75 LIVINGSTON AVE STE 201
ROSELAND NJ 07068
ASODONO@MSBNJ.COM

000093P003-1413S-233
MCMANIMON, SCOTLAND  BAUMANN
ANTHONY SODONO, III; SARI PLACONA
75 LIVINGSTON AVE STE 201
ROSELAND NJ 07068
SPLACONA@MSBNJ.COM

000096P002-1413S-233
RIKER DANZIG SCHERER HYLAND & PERRETTI LLP
J SCHWARTZ; M TRENTIN; A GARRASTEGUI
HEADQUARTERS PLAZA
ONE SPEEDWELL AVE
MORRISTOWN NJ 07962-1981
JSCHWARTZ@RIKER.COM

000096P002-1413S-233
RIKER DANZIG SCHERER HYLAND & PERRETTI LLP
J SCHWARTZ; M TRENTIN; A GARRASTEGUI
HEADQUARTERS PLAZA
ONE SPEEDWELL AVE
MORRISTOWN NJ 07962-1981
MTRENTIN@RIKER.COM

000096P002-1413S-233
RIKER DANZIG SCHERER HYLAND & PERRETTI LLP
J SCHWARTZ; M TRENTIN; A GARRASTEGUI
HEADQUARTERS PLAZA
ONE SPEEDWELL AVE
MORRISTOWN NJ 07962-1981
AGARRASTEGUI@RIKER.COM

000160P001-1413S-233
SANTANDER BANK, N.A.
RICHARD WOLBACH
200 PARK AVE.,STE 100
FLORHAM PARK NJ 07932
RICHARD.WOLBACH@SANTANDER.US

000064P002-1413S-233
TROUTMAN SANDERS LLP
LOUIS A CURCIO, ESQ
875 THIRD AVE
NEW YORK NY 10022
LOUIS.CURCIO@TROUTMAN.COM

000065P003-1413S-233
TROUTMAN SANDERS LLP
DAVID A PISCIOTTA;ALISSA K PICCIONE
875 THIRD AVE
NEW YORK NY 10022
DAVID.PISCIOTTA@TROUTMAN.COM

000065P003-1413S-233
TROUTMAN SANDERS LLP
DAVID A PISCIOTTA;ALISSA K PICCIONE
875 THIRD AVE
NEW YORK NY 10022
ALISSA.PICCIONE@TROUTMAN.COM

000097P002-1413S-233
UNITED STATES DEPARTMENT OF JUSTICE
PETER J. D'AURIA,ESQ; MITCHELL HAUSMAN
OFFICE OF THE UNITED STATES TRUSTEE
ONE NEWARK CENTER STE 2100
NEWARK NJ 07102
PETER.J.D'AURIA@USDOJ.GOV

000097P002-1413S-233
UNITED STATES DEPARTMENT OF JUSTICE
PETER J. D'AURIA,ESQ; MITCHELL HAUSMAN
OFFICE OF THE UNITED STATES TRUSTEE
ONE NEWARK CENTER STE 2100
NEWARK NJ 07102
MITCHELL.B.HAUSMAN@USDOJ.GOV

000001P001-1413S-233
UNITED STATES TRUSTEE
ONE NEWARK CENTER, SUITE 2100
1085 RAYMOND BOULEVARD
NEWARK NJ 07102
jeffrey.m.sponder@usdoj.gov

000001P001-1413S-233
UNITED STATES TRUSTEE
ONE NEWARK CENTER, SUITE 2100
1085 RAYMOND BOULEVARD
NEWARK NJ 07102
Mitchell.B.Hausman@usdoj.gov

000001P001-1413S-233
UNITED STATES TRUSTEE
ONE NEWARK CENTER, SUITE 2100
1085 RAYMOND BOULEVARD
NEWARK NJ 07102
Peter.J.D'Auria@usdoj.gov

000161P001-1413S-233
WEISS & ROSENBLOOM PC
ANDREA R KRUGMAN
27 UNION SQUARE WEST STE 307
NEW YORK NY 10003
AMY@WEISSANDROSENBLOOM.COM

000158P001-1413S-233
WILLIAM & TERRY ECKER
5322 WHEELER RD
JORDAN NY 13080
TECKER@NEMF.COM

Records Printed :  **21**

**EXHIBIT 4**

**New England Motor Freight, Inc., et al.**
**Exhibit Page**

Page # : 1 of 1                                                                                     07/17/2020 12:25:31 PM

000158P001-1413S-233
WILLIAM & TERRY ECKER
5322 WHEELER RD
JORDAN NY 13080

Records Printed :  **1**