UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DAVID METH, ESQ (DM-7218)
Attorney for Creditor Jose L. Ferrer
Office and PO Address
200 Daniels Way, Suite 240A
Freehold, NJ 07728
(732) 905-2722
E-mail: david@methnjlaw.com

**Order Filed on July 22, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| In Re:<br><br> NEW ENGLAND MOTOR FREIGHT, INC., et al.,<br><br>Debtors | Case No.:     19-12809 (JKS)<br><br>Chapter:     11<br><br>Hearing Date:    July 14, 2020<br><br>Judge:     John K. Sherwood |

### ORDER DEEMING FILED PROOF OF CLAIM OF JOSE L. FERRER TO BE TIMELY OR GRANTING LEAVE TO FILE A LATE PROOF OF CLAIM

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: July 22, 2020**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Upon the reading of the Notice of Motion of Creditor Jose L. Ferrer ("Creditor"), together with the certifications, exhibits and Memorandum all filed therewith, and all in support of the Creditor's Motion for an Order deeming Creditor's Proof of Claim to have been timely filed, *nunc pro tunc,* prior to the claims bar date, or in the alternative, deeming the claim filed by the Creditor in the above-referenced matter, identified as Claim 1357 (the "Claim") on the claims register maintained by the claims agent appointed in these Chapter 11 Cases, to be effective; and the motion having come before this Court on July 14, 2020; and the Court having considered all of the papers filed in support of and in opposition to the motion, it is

ORDERED, that Creditor's Claim is hereby deemed to have been timely filed, *nunc pro tunc*, as of the applicable proof of claim bar date, and it is further

ORDERED, that for the avoidance of any doubt, the Creditor herein shall not be entitled to any recovery from the estate of any Debtor (or the Liquidating Trust), but may pursue a potential recovery from any applicable insurance policies or surety bonds wherein any Debtor was an insured, so long as the pursuit of such recovery does not violate the terms of the Debtors' chapter 11 plan (the "Plan") [Docket No. 1023] and/or is in accordance with the Auto Liability Claims Protocol as defined in and approved by the Plan.

{M0942970.1}                                                       2

United States Bankruptcy Court
District of New Jersey

In re:                                                                              Case No. 19-12809-JKS
New England Motor Freight, Inc.                                                     Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Jul 22, 2020
                             Form ID: pdf903           Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 24, 2020.
db                +New England Motor Freight, Inc.,   1-71 North Ave E,   Elizabeth, NJ 07201-2958
aty               +Deloitte Consulting LLP,   111 S Wacker Dr,   Chicago, IL 60606-4396
aty                Gibbons, P.C.,   One Gateway Center,   Newark, NJ  07102-5310
aty                Howard A. Cohen,   Gibbons P.C,   300 Delaware Avenue, Suite 1015,   Wilmington, DE  19801-1671
aty                Jeffrey L. Nagel,   Gibbons P.C.,   One Pennsylvania Plaza, 37th Floor,
                   New York, NY  10119-3701
aty               +Todd M. Brooks,   Whiteford, Taylor & Preston L.L.P.,   7 St. Paul Street, Suite 1500,
                   Baltimore, MD 21202-1636
aty               +WASSERMAN, JURISTA & STOLZ, P.C.,   110 Allen Road,   Suite 304,
                   Basking Ridge,, NJ 07920-4500
aty               +Whiteford Taylor & Preston,   Seven Saint paul St. Ste 1800,   Baltimore, MD 21202-1639

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty             ##+Brent C. Strickland,   Whiteford, Taylor & Preston L.L.P,   7501 Wisconsin Avenue,Suite 700W,
                   Bethesda, MD 20814-6521
                                                                          TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 24, 2020                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 22, 2020 at the address(es) listed below:
NONE.                                                                                    TOTAL: 0