# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

**IN RE: New England Motor Freight, Inc., et al.**  }  CHAPTER 11
}
}  **CASE NO. 19-12809 (JKS)**
}
}
**DEBTORS.**  }

## LIQUIDATING TRUSTEE'S POST-EFFECTIVE DATE QUARTERLY REPORT

### FOR THE PERIOD
**FROM**  April 1, 2020  **TO**  June 30, 2020

Comes now Kevin P. Clancy (the "Liquidating Trustee"), solely in his capacity as Liquidating Trustee pursuant to the *Debtors' and Official Committee of Unsecured Creditors' Third Amended Joint Combined Plan of Liquidating and Disclosure Statement* (the "Plan") [Docket No. 1023],* who hereby files this Post-Effective Date Quarterly Report on behalf of the Debtors and in accordance with the Guidelines established by the United States Trustee and Bankruptcy Rule 2015.

**In accordance with 28 U.S.C. Section 1746, I declare under penalty of perjury that I have examined the information contained in this report and it is true and correct to the best of my knowledge.**

Signed: *[signature: Kevin Clancy]*    Date: July 27, 2020

Kevin P. Clancy, Liquidating Trustee
Print Name

Liquidating Trustee's Address:
Kevin P. Clancy
CohnReznick LLP
4 Becker Farm Road
Roseland, New Jersey
kevin.clancy@cohnreznick.com

* Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Plan.

QUARTERLY OPERATING REPORT -  ATTACHMENT NO. 1
POST CONFIRMATION

| QUESTIONNAIRE | YES* | NO |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business, or outside the Plan of Reorganization during this reporting period? | | X |
| 2. Are any post-confirmation sales or payroll taxes past due? | | X |
| 3. Are any amounts owed to post-confirmation creditors/vendors over 90 days delinquent? | | X |
| 4. Is the Debtor current on all post-confirmation plan payments? | X | |
| | | |

*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.

| INSURANCE INFORMATION | YES | NO* |
|---|---|---|
| 1. Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | N/A | |
| 2. Are all premium payments current? | | |

*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.

| CONFIRMATION OF INSURANCE | | | |
|---|---|---|---|
| TYPE of POLICY     and     CARRIER | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
| N/A | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD:**

Estimated Date of Filing the Application for Final Decree: Not determined

| QUARTERLY OPERATING REPORT - POST CONFIRMATION | | ATTACHMENT NO. 2 |

## CHAPTER 11 QUARTERLY POST-EFFECTIVE DATE
## SCHEDULE OF RECEIPTS AND DISBURSEMENTS
### (Consolidated for all Debtors)

| | |
|---|---|
| Case Name: | New England Motor Freight, Inc., et al. |
| Case Number: | 19-12809 (JKS) |
| Effective Date: | February 3, 2020 |
| Reporting Period: | April 1, 2020 - June 30, 2020 |

| | Q2 2020 Quarterly (4/1/2020-6/30/2020) | | | Post Confirmation Cumulative | | |
|---|---|---|---|---|---|---|
| Consolidated Debtor: | NEMF et al | Eastern/Carrier | Total | NEMF et al | Eastern/Carrier | Total |
| 1. **CASH (Beginning of Period)** | $ 10,980,831 | $ 844,323 | $ 11,825,154 | $ 791,707 | $ 10,182,399 | $ 10,974,106 |
| 2. **INCOME or RECEIPTS during the Period** | 413,564 | 43,986 | 457,550 | 6,700,643 | 46,012 | 6,746,654 |
| 3. **DISBURSEMENTS*** | | | | | | |
| a. **Operating Expenses (Fees/Taxes):** | | | | | | |
| (i) U.S. Trustee Quarterly Fees | (75,224) | - | (75,224) | (102,977) | - | (102,977) |
| (ii) Federal Taxes | - | - | - | - | - | - |
| (iii) State Taxes | - | - | - | - | - | - |
| (iv) Other Taxes | - | - | - | - | - | - |
| (v) Liquidating Trustee's Fees/Expenses | (183,086) | - | (183,086) | (282,955) | - | (282,955) |
| (vi) Debtors' Professional Fees/Expenses ** | (206,850) | - | (206,850) | (275,163) | - | (275,163) |
| b. **All Other Operating Expenses:** | (73,195) | - | (73,195) | (188,757) | - | (188,757) |
| c. **Plan Payments:** | | | | | | |
| (i) Administrative Expenses *** | (577,513) | - | (577,513) | (1,053,690) | - | (1,053,690) |
| (ii) Priority Tax Claims | - | - | - | - | - | - |
| (iii) Class 1 - Priority Non-Tax Claims | - | - | - | - | - | - |
| (iv) Class 2 - Lender Secured Claims (Prepetition Lenders) | - | - | - | (116,385) | (36,000) | (152,385) |
| (v) Class 3 - Insurer Secured Claims | - | - | - | - | - | - |
| (vi) Class 4 - Other Secured Claims | - | - | - | - | - | - |
| (vii) Class 5A - General Unsecured Claims (Other Than Lender Deficiency Claims) | - | - | - | - | - | - |
| (viii) Class 5B - Auto Liability Claims | - | - | - | - | - | - |
| (ix) Class 5C - Auto Insurer Unsecured Indemnity Claims | - | - | - | - | - | - |
| (x) Class 5D - General Unsecured Claims (Lender Deficiency Claims) | - | (379,940) | (379,940) | - | (4,877,938) | (4,877,938) |
| (xi) Class 6 - Intercompany Claims | - | - | - | - | - | - |
| (xii) Class 7 - Equity Interests | - | - | - | - | - | - |
| **Total Disbursements (Operating & Plan) ****** | **(1,115,867)** | **(379,940)** | **(1,495,807)** | **(2,019,927)** | **(4,913,938)** | **(6,933,865)** |
| **Intercompany Transfer-in** | 560,117 | - | 560,117 | 24,454,774 | 6,906,489 | 31,361,263 |
| **Intercompany Transfer-out** | (510,793) | (49,323) | (560,117) | (19,599,346) | (11,761,916) | (31,361,263) |
| 4. **CASH (End of Period)** | $ 10,327,850 | $ 459,046 | $ 10,786,896 | $ 10,327,850 | $ 459,046 | $ 10,786,896 |

\* This includes any and all disbursements made under the plan of reorganization or in the ordinary course of the Debtors' post-confirmation business, whether the disbursements are made by a third party or by the Debtors.

\*\* Includes fees and expenses incurred by retained professionals for services rendered after the Plan Effective Date.

\*\*\* Administrative Expenses include fees and expenses incurred by retained professionals for services rendered prior to the Plan Effective Date, to the extent not already paid.

\*\*\*\* To be used to calculate the U.S. Trustee Fees.