Order Filed on August 20, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1**<br><br>**LOWENSTEIN SANDLER LLP**<br>Joseph J. DiPasquale, Esq.<br>Michael Papandrea, Esq.<br>John P. Schneider, Esq.<br>One Lowenstein Drive<br>Roseland, New Jersey 07068<br>(973) 597-2500 (Telephone)<br>(973) 597-2400 (Facsimile)<br><br>*Counsel to the Liquidating Trustee* | |
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-12809 (JKS)<br><br>(Jointly Administered) |

## ORDER GRANTING THE LIQUIDATING TRUSTEE'S SECOND OMNIBUS OBJECTION TO CERTAIN EMPLOYEE WARN ACT CLAIMS

The relief set forth on the following pages, numbered two (2) through and including four (4), is hereby **ORDERED**.

**DATED: August 20, 2020**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Page:     2
Debtor:   New England Motor Freight, Inc., *et al.*
Case No.: 19-12809 (JKS)
Caption:  Order Granting the Liquidating Trustee's Second Omnibus Objection to Certain Employee WARN Act Claims

Upon the second omnibus objection (the "Omnibus Objection")[2] [Docket No. _____] of the Liquidating Trustee appointed in the above-captioned Chapter 11 Cases, seeking entry of an order, pursuant to sections 105(a) and 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rules 3007-1 and 3007-2, disallowing and expunging the Disputed Claims set forth on Exhibit A to this Order because each such claim has been released pursuant to the WARN Settlement Agreements that were approved by this Court's WARN Settlement Orders [Docket Nos. 155 and 1076]; and the Court having jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334; and venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; and consideration of the Omnibus Objection being a core proceeding pursuant to 28 U.S.C. § 157(b); and it appearing that proper and adequate notice of the Omnibus Objection has been given and that no other or further notice is necessary; and upon the record herein; and the Court having determined that the relief sought by the Omnibus Objection is in the best interests of the Debtors, their estates, and creditors; and after due deliberation and good and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT**:

1.  The Omnibus Objection is GRANTED as set forth herein.

2.  The Disputed Claims listed on Exhibit A attached to this Order are hereby disallowed and expunged in their entirety.

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

Page: 3
Debtor: New England Motor Freight, Inc., *et al.*
Case No.: 19-12809 (JKS)
Caption: Order Granting the Liquidating Trustee's Second Omnibus Objection to Certain Employee WARN Act Claims

---

3. For the avoidance of doubt, nothing in the Omnibus Objection or this Order shall be deemed or construed to (a) constitute an admission as to the validity or priority of any claim against the Debtors, (b) an implication or admission that any particular claim is of a type specified or defined in this Order or the Omnibus Objection, and/or (c) constitute a waiver of the Liquidating Trustee's rights to dispute any claim on any grounds.

4. The Liquidating Trustee, the Debtors, their claims and noticing agent (Donlin, Recano & Company, Inc.), and the Clerk of this Court are authorized to take any and all actions that are necessary or appropriate to give effect to this Order.

5. The objection to each Disputed Claim, as addressed in the Omnibus Objection and as set forth in <u>Exhibit A</u> attached hereto, constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014. This Order shall be deemed a separate order with respect to each such Disputed Claim that is the subject of the Omnibus Objection and this Order. Any stay of this Order pending appeal by any claimants whose claims are subject to this Order shall only apply to the contested matter that involves such claimant and shall not stay the applicability and/or finality of this Order with respect to any other contested matters addressed in the Omnibus Objection and this Order.

6. The requirement set forth in Local Rule 9013-1(a)(3) that any motion or other request for relief be accompanied by a memorandum of law is hereby deemed satisfied by the contents of the Omnibus Objection or otherwise waived.

7. Notwithstanding any applicability of any of the Bankruptcy Rules, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

Page:       4
Debtor:     New England Motor Freight, Inc., *et al.*
Case No.:   19-12809 (JKS)
Caption:    Order Granting the Liquidating Trustee's Second Omnibus Objection to Certain Employee WARN Act Claims

---

      8.      The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation of this Order.

## **EXHIBIT A**

**NEW ENGLAND MOTOR FREIGHT, INC., ET AL**
**CASE NO.: 19-12809 (JKS)**

## PRIORITY EMPLOYEE CLAIMS

| Claims to be Expunged - Employee Claims deemed Resolved per WARN Settlement ||||||
|---|---|---|---|---|---|
| **Debtor Name** | **Creditor Name & Address** | **Date Filed** | **Claim No.** | **Claim Amount** | **Claim Class** |
| NEW ENGLAND MOTOR FREIGHT, INC. | AGUIRRE*DONALD<br>1506 PLYMOUTH CIR<br>CARPENTERSVILLE, IL 60110 | 5/21/2019 | 468 | $ - | Priority |
| NEW ENGLAND MOTOR FREIGHT, INC. | BACHMANN*DANIEL<br>254 JUNIPER DR<br>ETTERS, PA 17319 | 6/10/2019 | 758 | $ 840.00 | Priority |
| NEW ENGLAND MOTOR FREIGHT, INC. | BARNES*CATINA<br>21 OAKLEY ST APT 2<br>NEW HAVEN, CT 06512 | 5/16/2019 | 376 | $ 1,500.00 | Priority |
| NEW ENGLAND MOTOR FREIGHT, INC. | BLACKWELL*IVORY<br>PO BOX 3558<br>JOLIET, IL 60434-3558 | 6/12/2019 | 792 | $ - | Priority |
| NEW ENGLAND MOTOR FREIGHT, INC. | BLISS*CHARLES<br>8419 BOYKO FARM<br>CICERO, NY 13039 | 5/31/2019 | 695 | $ 1,024.80 | Priority |
| NEW ENGLAND MOTOR FREIGHT, INC. | BORKLAND*JEFFREY<br>84 WHISPERING OAKS WAY<br>JACKSON, NJ 08527 | 6/20/2019 | 1180 | $ 12,850.00 | Priority |
| NEW ENGLAND MOTOR FREIGHT, INC. | BREEDY*WINSTON<br>110 KENYON AVE #28<br>PAWTUCKET, RI 02861 | 6/7/2019 | 786 | $ - | Priority |
| NEW ENGLAND MOTOR FREIGHT, INC. | BRIAN FISHER<br>18444 WOODSIDE DR<br>HAGERSTOWN, MD 21740 | 6/4/2019 | 647 | $ - | Priority |
| NEW ENGLAND MOTOR FREIGHT, INC. | BRYAN*DESMOND<br>345 HARRISON AVE<br>ROSELLE, NJ 07203 | 6/10/2019 | 760 | $ - | Priority |
| NEW ENGLAND MOTOR FREIGHT, INC. | COLE*STEVEN<br>25 CRABAPPLE DR<br>YORK HAVEN, PA 17370 | 5/22/2019 | 526 | $ - | Priority |
| NEW ENGLAND MOTOR FREIGHT, INC. | COSBY*MICHAEL<br>7 STANDISH RD<br>LOCKPORT, NY 14094 | 6/7/2019 | 783 | $ 940.00 | Priority |

**NEW ENGLAND MOTOR FREIGHT, INC., ET AL**
**CASE NO.: 19-12809 (JKS)**

### PRIORITY EMPLOYEE CLAIMS

| Claims to be Expunged - Employee Claims deemed Resolved per WARN Settlement ||||||
|---|---|---|---|---|---|
| **Debtor Name** | **Creditor Name & Address** | **Date Filed** | **Claim No.** | **Claim Amount** | **Claim Class** |
| NEW ENGLAND MOTOR FREIGHT, INC. | CRITCHLOW*ROBIN 6161 WINDING HILLS DR MECHANICSVILLE, VA 23111 | 6/3/2019 | 682 | $ 28,768.00 | Priority |
| NEW ENGLAND MOTOR FREIGHT, INC. | DA ROCHA*JOSHUA 119 NASH RD NEW BEDFORD, MA 02746 | 6/12/2019 | 907 | $ 693.84 | Priority |
| NEW ENGLAND MOTOR FREIGHT, INC. | DIAZ*JOSE 25 DINO DR KEASBEY, NJ 08832 | 5/24/2019 | 554 | $ 12,850.00 | Priority |
| NEW ENGLAND MOTOR FREIGHT, INC. | EDWARDS*DEMETRIES 7604 AMORE CIR BALTIMORE, MD 21228 | 5/28/2019 | 601 | $ - | Priority |
| NEW ENGLAND MOTOR FREIGHT, INC. | EPPELMANN*STEPHEN 102 PATROON DR APT 6 GUILDERLAND, NY 12084 | 5/31/2019 | 673 | $ 1,250.00 | Priority |
| NEW ENGLAND MOTOR FREIGHT, INC. | FETZKO*SCOTT 111 HUDSON AVE GREEN ISLAND, NY 12183 | 6/11/2019 | 790 | $ 6,500.00 | Priority |
| NEW ENGLAND MOTOR FREIGHT, INC. | FITZGERALD*DANIEL 100 CHATHAM ROSELLE, IL 60172 | 5/28/2019 | 566 | $ 1,100.00 | Priority |
| NEW ENGLAND MOTOR FREIGHT, INC. | FRONHEISER*HOWARD 90 SPADA DR LEHIGHTON, PA 18235 | 6/6/2019 | 744 | $ 4,400.00 | Priority |
| NEW ENGLAND MOTOR FREIGHT, INC. | GUERCIO*THOMAS 14155 TORIE DR NORTH HUNTINGDON, PA 15642 | 6/17/2019 | 1157 | $ - | Priority |
| NEW ENGLAND MOTOR FREIGHT, INC. | HELFENSTEIN*BRIAN 3 DOWNING ST APT 3 CONCORD, NH 03301 | 6/28/2019 | 1206 | $ 2,320.00 | Priority |
| NEW ENGLAND MOTOR FREIGHT, INC. | HESSLER*TIMOTHY 8422 TUTTLE RD BRIDGEPORT, NY 13030 | 5/21/2019 | 441 | $ 5,960.66 | Priority |

**NEW ENGLAND MOTOR FREIGHT, INC., ET AL**
**CASE NO.: 19-12809 (JKS)**

## PRIORITY EMPLOYEE CLAIMS

| Claims to be Expunged - Employee Claims deemed Resolved per WARN Settlement | | | | | |
|---|---|---|---|---|---|
| **Debtor Name** | **Creditor Name & Address** | **Date Filed** | **Claim No.** | **Claim Amount** | **Claim Class** |
| NEW ENGLAND MOTOR FREIGHT, INC. | HILL III*WILLIAM F<br>1118 GREENWOOD AVE<br>AKRON, OH 44320 | 6/11/2019 | 830 | $ 12,850.00 | Priority |
| NEW ENGLAND MOTOR FREIGHT, INC. | HILL*ANDREW W<br>14 PROSSEDA DR<br>DANVILLE, PA 17821 | 6/17/2019 | 1158 | $ 4,400.00 | Priority |
| NEW ENGLAND MOTOR FREIGHT, INC. | LUKSCH*ANTHONY<br>5 MEADOW CT E<br>WHITELAND, IN 46184 | 6/19/2019 | 1170 | $ 1,520.00 | Priority |
| NEW ENGLAND MOTOR FREIGHT, INC. | MAYBEN*THOMAS<br>104 DICKENS ST<br>PAWTUCKET, RI 02861 | 6/10/2019 | 767 | $ 3,690.56 | Priority |
| NEW ENGLAND MOTOR FREIGHT, INC. | MILBY*RONALD<br>42 WILLOW CEDAR WAY<br>BLACKWOOD, NJ 08012 | 6/10/2019 | 771 | $ 1,503.72 | Priority |
| NEW ENGLAND MOTOR FREIGHT, INC. | MUNGROO*BHOLA<br>51 W 2ND ST<br>BAYONNE, NJ 07002 | 7/8/2019 | 1217 | $ 12,850.00 | Priority |
| NEW ENGLAND MOTOR FREIGHT, INC. | NAGAJEW*JOHN HARRIET A NAGAJEW<br>1707 PEBBLE BEACH DR<br>PLAINFIELD, IL 60586 | 5/29/2019 | 630 | $ 640.00 | Priority |
| NEW ENGLAND MOTOR FREIGHT, INC. | PEARSON*NEAL<br>3081 DEEPWATER WAY<br>EDGEWOOD, MD 21040 | 6/18/2019 | 1067 | $ 26,099.59 | Priority |
| NEW ENGLAND MOTOR FREIGHT, INC. | RICHARDSON*RICHIE RICH RICHARDSON<br>89 HARTMAN AVE<br>GARFIELD, NJ 07026 | 6/18/2019 | 1057 | $ 8,216.66 | Priority |
| NEW ENGLAND MOTOR FREIGHT, INC. | ROE*JACOB<br>3205 ROESCH BLVD APT 1<br>FAIRFIELD, OH 45014 | 5/21/2019 | 465 | $ 4,000.00 | Priority |
| NEW ENGLAND MOTOR FREIGHT, INC. | SAIA*JEFFREY<br>190 INDEPENDENCE LN PH625<br>MAITLAND, FL 32751 | 6/11/2019 | 831 | $ 2,000.00 | Priority |

**NEW ENGLAND MOTOR FREIGHT, INC., ET AL**
**CASE NO.: 19-12809 (JKS)**

## PRIORITY EMPLOYEE CLAIMS

| Claims to be Expunged - Employee Claims deemed Resolved per WARN Settlement | | | | | |
|---|---|---|---|---|---|
| **Debtor Name** | **Creditor Name & Address** | **Date Filed** | **Claim No.** | **Claim Amount** | **Claim Class** |
| NEW ENGLAND MOTOR FREIGHT, INC. | SERPICA*ALYSON<br>13 E 28TH ST<br>BAYONNE, NJ 07002 | 5/28/2019 | 569 | $ 600.00 | Priority |
| NEW ENGLAND MOTOR FREIGHT, INC. | STEVENS*EDWARD<br>129 FISHERVILLE RD APT 33<br>CONCORD, NH 03303 | 5/21/2019 | 450 | $ 1,500.00 | Priority |
| NEW ENGLAND MOTOR FREIGHT, INC. | WILHOIT*GEORGE<br>1425 5TH ST<br>NATRONA HEIGHTS, PA 15065 | 5/21/2019 | 466 | $ 12,850.00 | Priority |
| NEW ENGLAND MOTOR FREIGHT, INC. | WILSON JR*JOHN J<br>44 HEMLOCK GARDENS<br>HARVEYS LAKE, PA 18618 | 6/10/2019 | 776 | $ 1,000.00 | Priority |
| NEW ENGLAND MOTOR FREIGHT, INC. | WINGFIELD*TODD<br>6134 STRONGHOLD DR<br>MECHANICSVILLE, VA 23111 | 8/13/2019 | 1275 | $ - | Priority |
| NEW ENGLAND MOTOR FREIGHT, INC. | WOODS*GENNAREH<br>1576 MAGOFFIN AVE<br>COLUMBUS, OH 43207 | 6/10/2019 | 763 | $ - | Priority |
| NEW ENGLAND MOTOR FREIGHT, INC. | YARBROUGH*JONATHAN<br>1677 FALLING LEAF LN<br>GALLOWAY, OH 43119 | 6/17/2019 | 964 | $ 600.00 | Priority |
| NEW ENGLAND MOTOR FREIGHT, INC. | YOST*LEROY<br>1731 STANTON HILL RD<br>NICHOLS, NY 13812 | 5/28/2019 | 595 | $ - | Priority |

| **TOTAL EXPUNGED CLAIMS:** | | | **41 Claims** | **$ 175,317.83** | |