TURNER LAW FIRM, LLC
**BY: ANDREW R. TURNER, ESQ.**
76 South Orange Avenue - PO Box 526
South Orange, New Jersey 07079
973-763-5000
Attorneys for Protective Insurance Company

**ART 8574**

| | |
|---|---|
| In re<br><br>NEW ENGLAND MOTOR FREIGHT INC., et al<br><br>           Debtors | UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY<br><br>Case No. 19-12809 (JKS)<br><br>Chapter 11 |
| Plaintiffs<br><br>NEW ENGLAND MOTOR FREIGHT INC., et al<br><br>v.<br><br>Defendants<br><br>PARTIES LISTED ON EXHIBIT A TO THE COMPLAINT and JOHN DOES 1-100 | Adversary No. 19-1119 (JKS) |

<u>Statement of Stay Relief Following Mediation</u>

I represent Protective Insurance Company in the above captioned bankruptcy matters. This is an Unsuccessful Mediation Filing pursuant to the Protocol in the Confirmed Plan of Reorganization. In the attached letter stipulation executed by counsel, Rita Alvarado ("Claimant") and Debtors New England Motor Freight, Inc. stipulate that they engaged in good faith

8445234v.1

mediation which did not result in a resolution of the Claimants' auto liability claim.  Therefore, in accordance with the Auto Liability Claims Protocol Settlement Agreement, this Unsuccessful Mediation Statement is being filed on their behalf.

Dated:  September 23, 2020             /s/Andrew R. Turner
                                                     ANDREW R. TURNER

September 23, 2020

Honorable John K. Sherwood
United States Bankruptcy Court
District of New Jersey
Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, NJ 07102

           Re:    In re: New England Motor Freight, Inc., *et al.*
                   Case No.: 19-12809 (JKS)

Dear Judge Sherwood:

      In accordance with the Auto Liability Claims Protocol Settlement Agreement, our respective offices participated in good faith in a mediation on September 10, 2020 with agreed upon mediator Joseph L. Erlich of National Arbitration and Mediation ("NAM") regarding the automobile liability claim of Rita Alvarado against the debtor New England Motor Freight, Inc. ("NEMF") and Javier Correafrance ("Correafrance"), one of its drivers. The mediation proved unsuccessful, and we hereby stipulate for the Court that said mediation did not result in a settlement.

      Prior to NEMF filing its bankruptcy petition, Alvarado had commenced a personal injury action against NEMF and Correafrance in the Supreme Court of the State of New York, Kings County which was then removed to United States District Court for the Eastern District of New York and placed before the Honorable Eric R. Komitee and the Honoroable Robert M. Levy (*Alvarado v. New England Motor Freight, Inc, et al.*, 18-cv-2027-EK-RML (E.D.N.Y)). As per the Bankruptcy Plan, once two business days have passed from the filing of an Unsuccessful Mediation Filing, we will notify the Eastern District of New York that any stay related to this bankruptcy is lifted, and we will continue to litigate before District Judge Komitee and Magistrate Judge Levy.

      Should the Court require anything further, please do not hesitate to contact the undersigned. Thank you.

Respectfully submitted,

| | |
|---|---|
| THE ROSATO FIRM, PC | WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP |
| *[signature]* | *[signature]* |
| Paul A. Marber | Brian Matthews |
| Attorneys for Creditor/Plaintiff | Attorneys for Debtor/Defendant |
| pmarber@rosatofirm.com | brian.matthews@wilsonelser.com |
| 55 Broadway, 23rd Floor | 1133 Westchester Avenue |
| New York, New York 10006 | White Plains, New York 10604 |

8445230v.1