**McMANIMON, SCOTLAND & BAUMANN, LLC**
75 Livingston Avenue, Suite 201
Roseland, New Jersey 07068
(973) 622-1800
Anthony Sodono, III (asodono@msbnj.com)
Sari B. Placona (splacona@msbnj.com)
*Attorneys for Daryl & Kim Martin*

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: <br><br> NEW ENGLAND MOTOR FREIGHT, INC., et. al.[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 19-12809 (JKS) <br><br> Jointly Administered |

**CREDITORS' DARYL & KIM MARTIN'S REQUEST FOR MEDIATION**

Daryl and Kim Martin, creditors/holders of an Auto Liability Claim, by and through their undersigned counsel, pursuant to the Auto Liability Claims Protocol Settlement Agreement, hereby request their Auto Liability claim be referred to non-binding mediation.

Dated:  October 7, 2020

**McMANIMON, SCOTLAND
& BAUMANN, LLC**

*/s/ Sari B. Placona*
Sari B. Placona
75 Livingston Avenue
Roseland, New Jersey 07068
*Counsel to Daryl and Kim Martin*

---

[1] The Debtors in these Chapter 11 cases and the last four digits of each Debtor's taxpayer identification number as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC (4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMF Logistics, LLC (4666).