



Justin W. Gray, Esq.
gray@moscllp.com

October 7, 2020

**New England Motor Freight, et al. – Chapter 11**
**McNeil v NEMF, et al.**
Case No. 19-12809-JKS
Our File No. 5993.33526

Honorable John K. Sherwood                                           **VIA ECF**
United States Bankruptcy Court for the District of NJ
50 Walnut Street – 3rd Floor
Newark, NJ  07102

Dear Judge Sherwood:

    I represent Anthony McNeil, who is an auto liability claimant against the above-referenced Debtor and one of its drivers.  Mr. McNeil's personal injury attorney is Daniel P. Buttafuoco, Esq. Attorney Buttafuoco has engaged in good faith negotiations with counsel for Protective Insurance, but the parties have not been able to agree upon a settlement.  Therefore, counsel for both parties have jointly agreed to submit the matter to mediation.  They are working on selecting a mediator, but if they are not successful within ten (10) days, we will file a request with the Court for one to be appointed.

    Thank you very much for your consideration in this matter.

Respectfully,

**MAYNARD, O'CONNOR, SMITH & CATALINOTTO, LLP**

By: *s/Justin W. Gray*
Justin W. Gray
gray@moscllp.com

JWG/tls
cc:    Daniel P. Buttafuoco, Esq.    **Via E-Mail Only** – dpbuttafuoco@gmail.com
       Joanna Garelick Goldstein, Esq.    **Via E-Mail Only** - joanna.garelickgoldstein@wilsonelser.com

MAYNARD, O'CONNOR, SMITH & CATALINOTTO, LLP
**6 Tower Place, Albany, NY 12203  |  P: (518) 465-3553  |  F: (518) 465-5845**
3154 Route 9W, P.O. Box 180, Saugerties, NY 12477  |  P: (845) 246-3668  |  F: (845) 246-0390
122 West Main Street, Johnstown, NY 12095  |  P: (518) 762-4212  |  Toll Free: (800) 721-3553
www.maynardoconnorlaw.com
– Service by Facsimile, Email or Electronic Means is Not Accepted –

{M0967081.1}