**HECHT KLEEGER & DAMASHEK, PC**
**19 WEST 44TH STREET, SUITE #1500**
**NEW YORK, NEW YORK 10036**
**TEL: 212-490-5700**
**FAX: 212-490-4800**
**Noah S. Reiss ([Reiss@lawyer1.com](mailto:Reiss@lawyer1.com))**
*Attorneys for Claimant Esmeralda Ramirez*

### UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF NEW JERSEY

=========================================X

| | |
|---|---|
| **In re:** | **Chapter 11** |
| | **Case No.: 19-12809 (JKS)** |
| **NEW ENGLAND MOTOR FREIGHT, INC.** | |

=========================================X

Claimant Esmeralda Ramirez (Claim No.: ECN-276), unsecured creditor and holder of an Auto Liability Claim, by and through her counsel, pursuant to the Auto Liability Claims Protocol Settlement Agreement, hereby request that her Auto Liability claim be referred to non-binding mediation.

Dated: October 28, 2020
      New York, New York

                                          **HECHT, KLEEGER & DAMASHEK, P.C.**

                                          */s/ Noah S. Reiss, Esq.*
                                          **NOAH S. REISS, ESQ.**
                                          Attorneys for Plaintiff
                                          19 West 44th Street-Suite 1500
                                          New York, New York 10036
                                          (212) 490-5700
                                          *Attorney for Claimant Esmeralda Ramirez*