# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN RE: New England Motor Freight, Inc., et al. | } | **CHAPTER 11** |
| | } | |
| | } | **CASE NO. 19-12809 (JKS)** |
| | } | |
| | } | |
| **DEBTORS.** | } | |

### LIQUIDATING TRUSTEE'S POST-EFFECTIVE DATE QUARTERLY REPORT

### FOR THE PERIOD
**FROM** ___July 1, 2020___ **TO** ___September 30, 2020___

Comes now Kevin P. Clancy (the "Liquidating Trustee"), solely in his capacity as Liquidating Trustee pursuant to the *Debtors' and Official Committee of Unsecured Creditors' Third Amended Joint Combined Plan of Liquidating and Disclosure Statement* (the "Plan") [Docket No. 1023],* who hereby files this Post-Effective Date Quarterly Report on behalf of the Debtors and in accordance with the Guidelines established by the United States Trustee and Bankruptcy Rule 2015.

**In accordance with 28 U.S.C. Section 1746, I declare under penalty of perjury that I have examined the information contained in this report and it is true and correct to the best of my knowledge.**

Signed: _____     Date: ___October 28, 2020___

Kevin P. Clancy, Liquidating Trustee
Print Name

Liquidating Trustee's Address:
Kevin P. Clancy
CohnReznick LLP
4 Becker Farm Road
Roseland, New Jersey
kevin.clancy@cohnreznick.com

* Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Plan.

QUARTERLY OPERATING REPORT - POST CONFIRMATION

ATTACHMENT NO. 1

| QUESTIONNAIRE | YES* | NO |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business, or outside the Plan of Reorganization during this reporting period? | | X |
| 2. Are any post-confirmation sales or payroll taxes past due? | | X |
| 3. Are any amounts owed to post-confirmation creditors/vendors over 90 days delinquent? | | X |
| 4. Is the Debtor current on all post-confirmation plan payments? | X | |
| | | |

*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.

| INSURANCE INFORMATION | YES | NO* |
|---|---|---|
| 1. Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | N/A | |
| 2. Are all premium payments current? | | |

*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.

| CONFIRMATION OF INSURANCE | | | |
|---|---|---|---|
| TYPE of POLICY    and    CARRIER | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
| N/A | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD: |
|---|
| |

Estimated Date of Filing the Application for Final Decree: Not determined

QUARTERLY OPERATING REPORT -
POST CONFIRMATION

ATTACHMENT NO. 2

### CHAPTER 11 QUARTERLY POST-EFFECTIVE DATE
### SCHEDULE OF RECEIPTS AND DISBURSEMENTS
### (Consolidated for all Debtors)

| Case Name: | New England Motor Freight, Inc., et al. |
|---|---|
| Case Number: | 19-12809 (JKS) |
| Effective Date: | February 3, 2020 |
| Reporting Period: July 1, 2020 - September 30, 2020 | |

| | | Q3 2020 Quarterly (7/1/2020-9/30/2020) | | | Post Confirmation Cumulative | | |
|---|---|---|---|---|---|---|---|
| **Consolidated Debtor:** | | NEMF et al | Eastern/Carrier | Total | NEMF et al | Eastern/Carrier | Total |
| 1. **CASH (Beginning of Period)** [a] | | $ 10,483,313 | $ 463,256 | $ 10,946,569 | $ 791,707 | $ 10,182,399 | $ 10,974,106 |
| 2. **INCOME or RECEIPTS during the Period** | | 120,389 | - | 120,389 | 6,976,494 | 50,222 | 7,026,716 |
| 3. **DISBURSEMENTS** [b] | | | | | | | |
| a. **Operating Expenses (Fees/Taxes):** | | | | | | | |
| (i) | U.S. Trustee Quarterly Fees | (16,065) | - | (16,065) | (119,043) | - | (119,043) |
| (ii) | Federal Taxes | - | - | - | - | - | - |
| (iii) | State Taxes [c] | (131,162) | (4,376) | (135,538) | (131,162) | (4,376) | (135,538) |
| (iv) | Other Taxes | - | - | - | - | - | - |
| (v) | Liquidating Trustee's Fees/Expenses | - | - | - | (282,955) | - | (282,955) |
| (vi) | Debtors' Professional Fees/Expenses [d] | (74,497) | - | (74,497) | (349,660) | - | (349,660) |
| b. **All Other Operating Expenses:** | | (82,950) | - | (82,950) | (271,707) | - | (271,707) |
| c. **Plan Payments:** | | | | | | | |
| (i) | Administrative Expenses [e] | (229,761) | - | (229,761) | (1,283,451) | - | (1,283,451) |
| (ii) | Priority Tax Claims | - | - | - | - | - | - |
| (iii) | Class 1 - Priority Non-Tax Claims | - | - | - | - | - | - |
| (iv) | Class 2 - Lender Secured Claims (Prepetition Lenders) | - | (16,271) | (16,271) | (116,385) | (52,271) | (168,656) |
| (v) | Class 3 - Insurer Secured Claims | - | - | - | - | - | - |
| (vi) | Class 4 - Other Secured Claims | - | - | - | - | - | - |
| (vii) | Class 5A - General Unsecured Claims (Other Than Lender Deficiency Claims) | - | - | - | - | - | - |
| (viii) | Class 5B - Auto Liability Claims | - | - | - | - | - | - |
| (ix) | Class 5C - Auto Insurer Unsecured Indemnity Claims | - | - | - | - | - | - |
| (x) | Class 5D - General Unsecured Claims (Lender Deficiency Claims) | - | - | - | - | (4,877,938) | (4,877,938) |
| (xi) | Class 6 - Intercompany Claims | - | - | - | - | - | - |
| (xii) | Class 7 - Equity Interests | - | - | - | - | - | - |
| **Total Disbursements (Operating & Plan)** [f] | | **(534,436)** | **(20,647)** | **(555,083)** | **(2,554,363)** | **(4,934,585)** | **(7,488,948)** |
| **Intercompany Transfer-in** | | 277,943 | - | 277,943 | 24,732,717 | 6,906,489 | 31,639,206 |
| **Intercompany Transfer-out** | | - | (277,943) | (277,943) | (19,599,346) | (12,039,859) | (31,639,206) |
| 4. **CASH (End of Period)** | | $ 10,347,209 | $ 164,665 | $ 10,511,874 | $ 10,347,209 | $ 164,665 | $ 10,511,874 |

[a] The beginning cash balances for the 3rd quarter of 2020 were increased by a total of $155,462.71 and $4,210.05 for NEMF et al and Easter/Carrier, respectively.
   Such adjustments were resulted from multiple voided checks due to closure of the DIP accounts at JPMorgan Chase.
[b] This includes any and all disbursements made under the plan of reorganization or in the ordinary course of the Debtors' post-confirmation business, whether the disbursements are made by a third party or by the Debtors.
[c] Representing tax obligations for 2019.
[d] Includes fees and expenses incurred by retained professionals for services rendered after the Plan Effective Date.
[e] Administrative Expenses include: (1) fees and expenses incurred by retained professionals for services rendered prior to the Plan Effective Date, to the extent not already paid; and (2) payments for approved 503(b)(9) claims.
[f] To be used to calculate the U.S. Trustee Fees.

**QUARTERLY OPERATING REPORT -
POST CONFIRMATION**

## CHAPTER 11 QUARTERLY POST-EFFECTIVE DATE
## BANK ACCOUNT RECONCILIATIONS

| |
|---|
| **Case Name: New England Motor Freight, Inc., et al.** |
| **Case Number: 19-12809 (JKS)** |
| **Effective Date: February 3, 2020** |
| **Reporting Period: July 1, 2020 - September 30, 2020** |
| **Consolidated Debtor: NEMF, et al** |

| Bank Account Information | DIP Accounts * | | | | | Liquidation Trustee Accounts | | | TOTAL BANK ACCOUNTS |
|---|---|---|---|---|---|---|---|---|---|
| | New England Motor Freight, Inc. | New England Motor Freight, Inc. | New England Motor Freight, Inc. | NEMF World Transport, Inc. | MyJon, LLC | NEMF, et al | NEMF, et al | NEMF, et al | |
| Name of Bank: | JPMorgan Chase | JPMorgan Chase | JPMorgan Chase | JPMorgan Chase | TD Bank | Signature Bank | Signature Bank | Signature Bank | |
| Account Number: | 6365 | 5726 | 0671 | 9183 | 1087 | 1800 | 1819 | 1797 | |
| Purpose of Account | Operating | Accounts Payable ZBA | Payroll Checks ZBA | Operating | Operating | NEMF Distribution Reserve | NEMF Disputed Claims Reserve | Liquidating Trust Expense Reserve | |
| Type of Account (e.g. checking) | Commercial Checking | Commercial Checking | Commercial Checking | Commercial Checking | Business Premier Checking | Checking | Checking | Checking | |
| | | | | | | | | | |
| 1.  **Balance per Bank Statement** | $        - | $        - | $        - | $        - | $     17,093 | $  10,252,035 | $        - | $     93,074 | $  10,362,202 |
| 2.  **ADD**:  Deposits not credited | | | | | | - | - | - | - |
| 3.  **SUBTRACT**:  Outstanding Checks | - | - | - | - | - | (14,993) | - | - | (14,993) |
| 4.  Other Reconciling Items | | | | | | - | - | - | - |
| 5.  **Month End Balance** (Must Agree with Books) | $        - | $        - | $        - | $        - | $     17,093 | $  10,237,042 | $        - | $     93,074 | $  10,347,209 |
| | | | | | | | | | |

\* DIP accounts A/C #6365, #5726, #0671, and #9183 at JPMorgan Chase were closed during the reporting period.

**Note:  Attach copy of each bank statement and bank reconciliation.**

QUARTERLY OPERATING REPORT -
POST CONFIRMATION

## CHAPTER 11 POST-CONFIRMATION
## CASH/DEBIT/CHECK DISBURSEMENTS DETAILS

| Case Name: | New England Motor Freight, Inc., et al. |
|---|---|
| Case Number: | 19-12809 (JKS) |
| Effective Date: | February 3, 2020 |
| Reporting Period: | July 1, 2020 - September 30, 2020 |
| Consolidated Debt | NEMF et al |

**U.S. TRUSTEE QUARTERLY FEES**

| Bank Account Number | Check Number | Date of Transaction | Payee | Descriptions | Amount |
|---|---|---|---|---|---|
| Signature A/C 1800 | ACH Debit | 08/26/2020 | US Trustee Payment Center | New England Motor Freight, Inc.-122-19-12809_Q2 2020 | $ 11,153 |
| Signature A/C 1800 | ACH Debit | 08/26/2020 | US Trustee Payment Center | Eastern Freight Ways, Inc.-122-19-12812_Q2 2020 | 4,912 |
| | | | | **TOTAL U.S. TRUSTEE QUARTERLY FEES** | **$ 16,065** |

**STATE TAXES**

| Bank Account Number | Check Number | Date of Transaction | Payee | Descriptions | Amount |
|---|---|---|---|---|---|
| Signature A/C 1800 | 1030 | 9/16/2020 | Comptroller of Maryland | WITHHODING/COMPOSITE TAX | $ 14,993 |
| Signature A/C 1800 | 1029 | 9/16/2020 | Indiana Department of Revenue | WITHHODING/COMPOSITE TAX | 4,503 |
| Signature A/C 1800 | 1032 | 9/16/2020 | Rhode Island Division of Taxation | WITHHODING/COMPOSITE TAX | 9,340 |
| Signature A/C 1800 | 1031 | 9/16/2020 | Rhode Island Division of Taxation | CORPORATE MINIMUM TAX | 400 |
| Signature A/C 1800 | 1033 | 9/16/2020 | West Virginia State Tax Department | WITHHODING/COMPOSITE TAX | 2,977 |
| Signature A/C 1800 | ACH Debit | 9/17/2020 | Comm Of Mass | CORPORATE EXCISE TAX | 106 |
| Signature A/C 1800 | ACH Debit | 9/17/2020 | CT Dept Of Revenue | WITHHODING/COMPOSITE TAX | 18,030 |
| Signature A/C 1800 | ACH Debit | 9/17/2020 | DE Div Of Revenue - Tax | WITHHODING/COMPOSITE TAX | 415 |
| Signature A/C 1800 | ACH Debit | 9/17/2020 | DE Div Of Revenue - Tax | WITHHODING/COMPOSITE TAX | 660 |
| Signature A/C 1800 | ACH Debit | 9/17/2020 | ME Bureau Of Tax | WITHHODING/COMPOSITE TAX | 4,214 |
| Signature A/C 1800 | ACH Debit | 9/17/2020 | ME Bureau Of Tax | WITHHODING/COMPOSITE TAX | 5,045 |
| Signature A/C 1800 | ACH Debit | 9/17/2020 | NH Dept Of Revenue | CORPORATE BUSINESS TAX | 829 |
| Signature A/C 1800 | ACH Debit | 9/17/2020 | SC Dept Of Revenue | CORPORATE FRANCHISE TAX | 25 |
| Signature A/C 1800 | ACH Debit | 9/17/2020 | VA Dept Of Taxation | WITHHODING/COMPOSITE TAX | 6,589 |
| Signature A/C 1800 | ACH Debit | 9/17/2020 | VT Tax | WITHHODING/COMPOSITE TAX | 2,495 |
| Signature A/C 1800 | ACH Debit | 9/18/2020 | CT Dept Of Revenue | WITHHODING/COMPOSITE TAX | 3,698 |
| Signature A/C 1800 | ACH Debit | 9/18/2020 | IL Dept Of Revenue | WITHHODING/COMPOSITE TAX | 3,352 |
| Signature A/C 1800 | ACH Debit | 9/18/2020 | PA | WITHHODING/COMPOSITE TAX | 8,617 |
| Signature A/C 1800 | ACH Debit | 9/18/2020 | PA | WITHHODING/COMPOSITE TAX | 20,472 |
| Signature A/C 1800 | ACH Debit | 9/21/2020 | OH | WITHHODING/COMPOSITE TAX | 24,402 |
| | | | | **TOTAL STATE TAXES** | **$ 131,162** |

**DEBTORS' PROFESSIONAL FEES/EXPENSES**

| Bank Account Number | Check Number | Date of Transaction | Payee | Descriptions | Amount |
|---|---|---|---|---|---|
| Signature A/C 1800 | WIRE | 07/01/2020 | UIC INC. | Post-Effective Date Professional Fees - Insurance/Acturial Service | $ 10,025 |
| Signature A/C 1800 | WIRE | 07/31/2020 | Donlin Recano and Co | Post-Effective Date Professional Fees - Claim Agent | 13,039 |
| Signature A/C 1800 | WIRE | 08/10/2020 | WithumSmith+Brown | Post-Effective Date Professional Fees - Tax Service | 8,213 |
| Signature A/C 1800 | WIRE | 08/27/2020 | Donlin Recano and Co | Post-Effective Date Professional Fees - Claim Agent | 11,100 |
| Signature A/C 1800 | WIRE | 09/25/2020 | Donlin Recano and Co | Post-Effective Date Professional Fees - Claim Agent | 13,723 |
| Signature A/C 1800 | WIRE | 09/25/2020 | WithumSmith+Brown | Post-Effective Date Professional Fees - Tax Service | 18,397 |
| | | | | **TOTAL DEBTORS' PROFESSIONAL FEES/EXPENSES** | **$ 74,497** |

QUARTERLY OPERATING REPORT -
POST CONFIRMATION

## CHAPTER 11 POST-CONFIRMATION
## CASH/DEBIT/CHECK DISBURSEMENTS DETAILS

| Case Name: | New England Motor Freight, Inc., et al. |
|---|---|
| Case Number: | 19-12809 (JKS) |
| Effective Date: | February 3, 2020 |
| Reporting Period: | July 1, 2020 - September 30, 2020 |
| Consolidated Debtor: | NEMF et al |

**ALL OTHER OPERATING EXPENSES**

| Bank Account Number | Check Number | Date of Transaction | Payee | Descriptions | Amount |
|---|---|---|---|---|---|
| Signature A/C 1800 | WIRE | 07/07/2020 | Nick Manzie | Contractor - Cargo Claim Support | $      276 |
| Signature A/C 1800 | WIRE | 07/07/2020 | Iron Mountain Data Centers, LLC | Document Retention / Storage | 6,889 |
| Signature A/C 1800 | WIRE | 07/10/2020 | KJD IT Consulting Services LLC | Contractor - IT Support | 4,500 |
| Signature A/C 1800 | WIRE | 07/10/2020 | Elk East, LLC | Contractor | 5,755 |
| Signature A/C 1800 | WIRE | 07/17/2020 | Hill Archive | Document Retention / Storage | 1,807 |
| Signature A/C 1800 | WIRE | 07/24/2020 | Nick Manzie | Contractor - Cargo Claim Support | 276 |
| Signature A/C 1800 | WIRE | 07/24/2020 | Mark A. Orlowski | Contractor - Operational Support | 6,049 |
| Signature A/C 1800 | WIRE | 07/31/2020 | Nick Manzie | Contractor - Cargo Claim Support | 138 |
| Signature A/C 1800 | WIRE | 08/10/2020 | Nick Manzie | Contractor - Cargo Claim Support | 139 |
| Signature A/C 1800 | WIRE | 08/10/2020 | Iron Mountain Data C | Document Retention / Storage | 1,353 |
| Signature A/C 1800 | WIRE | 08/10/2020 | KJD IT Consulting Services LLC | Contractor - IT Support | 3,750 |
| Signature A/C 1800 | WIRE | 08/18/2020 | Hill Archive | Document Retention / Storage | 13 |
| Signature A/C 1800 | WIRE | 08/18/2020 | Nick Manzie | Contractor - Cargo Claim Support | 277 |
| Signature A/C 1800 | WIRE | 08/27/2020 | AMZ Management, LLC | Contractor | 7,850 |
| Signature A/C 1800 | WIRE | 09/03/2020 | Iron Mountain Data C | Document Retention / Storage | 1,353 |
| Signature A/C 1800 | WIRE | 09/09/2020 | Nick Manzie | Contractor - Cargo Claim Support | 414 |
| Signature A/C 1800 | WIRE | 09/16/2020 | KJD IT Consulting Services LLC | Contractor - IT Support | 3,750 |
| Signature A/C 1800 | WIRE | 09/18/2020 | Fox Rothschild LLP | NEMF 401(K)PLAN | 608 |
| Signature A/C 1800 | WIRE | 09/25/2020 | Nick Manzie | Contractor - Cargo Claim Support | 277 |
| Signature A/C 1800 | WIRE | 09/25/2020 | Hill Archive | Document Retention / Storage | 1,807 |
| Signature A/C 1800 | WIRE | 09/25/2020 | Mark A. Orlowski | Contractor - Operational Support | 35,669 |
| | | | | | |
| | | | | **TOTAL ALL OTHER OPERATING EXPENSES** | $    82,950 |

**ADMINISTRATIVE EXPENSES**

| Bank Account Number | Check Number | Date of Transaction | Payee | Descriptions | Amount |
|---|---|---|---|---|---|
| Signature A/C 1800 | WIRE | 07/09/2020 | McIntosh Energy Company/Cullen and Dykman LLP | Administrative 503(b)(9) Claim #60004 | $     18,923 |
| Signature A/C 1800 | WIRE | 07/09/2020 | Riggins, Inc. | Administrative 503(b)(9) Claim #45 | 25,970 |
| Signature A/C 1800 | WIRE | 07/14/2020 | East River Energy, Inc | Administrative 503(b)(9) Claim #48 | 40,188 |
| Signature A/C 1800 | WIRE | 08/25/2020 | Wasserman, Jurista a | Pre-Effective Date Professional Fees - Special Counsel | 3,063 |
| Signature A/C 1800 | WIRE | 08/27/2020 | Kevane Grant Thornton LLP | Pre-Effective Date Professional Fees - Tax Service | 10,976 |
| Signature A/C 1800 | WIRE | 09/25/2020 | Akerman LLP | Pre-Effective Date Professional Fees - Special Counsel | 38,142 |
| Signature A/C 1800 | WIRE | 09/30/2020 | Pioneer Funding Group II/ Luckys Energy Service Inc | Administrative 503(b)(9) Claim #43 | 92,500 |
| | | | | | |
| | | | | **TOTAL ADMINISTRATIVE EXPENSES** | $    229,761 |

**INTERCOMPANY TRANSFER-OUT**

| Bank Account Number | Check Number | Date of Transaction | Payee | Descriptions | Amount |
|---|---|---|---|---|---|
| | | | *NONE* | | |
| | | | | | - |
| | | | | **TOTAL INTERCOMPANY TRANSFER-OUT** | $       - |

**QUARTERLY OPERATING REPORT -**
**POST CONFIRMATION**

## CHAPTER 11 QUARTERLY POST-EFFECTIVE DATE
## BANK ACCOUNT RECONCILIATIONS

| |
|---|
| **Case Name: New England Motor Freight, Inc., et al.** |
| **Case Number: 19-12809 (JKS)** |
| **Effective Date: February 3, 2020** |
| **Reporting Period: July 1, 2020 – September 30, 2020** |
| **Consolidated Debtor: Eastern/Carrier** |

| Bank Account Information | DIP Account * | Liquidation Trustee Accounts | | TOTAL BANK ACCOUNTS |
|---|---|---|---|---|
| | Eastern Freight Ways, Inc. | Eastern/Carrier | Eastern/Carrier | |
| Name of Bank: | JPMorgan Chase | Signature Bank | Signature Bank | |
| Account Number: | 3262 | 1827 | 1835 | |
| Purpose of Account | Operating | Eastern Distribution Reserve | Eastern Disputed Claims Reserve | |
| Type of Account (e.g. checking) | Commercial Checking | Checking | Checking | |
| | | | | |
| 1. **Balance per Bank Statement** | $          - | $       168,201 | $          - | $       168,201 |
| 2. **ADD**: Deposits not credited | - | - | | - |
| 3. **SUBTRACT**: Outstanding Checks | - | (3,536) | | (3,536) |
| 4. Other Reconciling Items | - | - | | - |
| 5. **Month End Balance** (Must Agree with Books) | $          - | $       164,665 | $          - | $       164,665 |
| | | | | |

\* DIP account A/C #3262 at JPMorgan Chase was closed during the reporting period.

**Note: Attach copy of each bank statement and bank reconciliation.**

QUARTERLY OPERATING REPORT -
POST CONFIRMATION

## CHAPTER 11 POST-CONFIRMATION
## CASH/DEBIT/CHECK DISBURSEMENTS DETAILS

| Case Name: | New England Motor Freight, Inc., et al. |
|---|---|
| Case Number: | 19-12809 (JKS) |
| Effective Date: | February 3, 2020 |
| Reporting Period: | July 1, 2020 - September 30, 2020 |
| Consolidated Debtor: | Eastern/Carrier |

**STATE TAXES**

| Bank Account Number | Check Number | Date of Transaction | Payee | Descriptions | Amount |
|---|---|---|---|---|---|
| Signature A/C 1827 | 1001 | 09/16/2020 | Indiana Department of Revenue | WITHHODING/COMPOSITE TAX | $ 108 |
| Signature A/C 1827 | 1002 | 09/16/2020 | Comptroller of Maryland | WITHHODING/COMPOSITE TAX | 3,536 |
| Signature A/C 1827 | 1003 | 09/16/2020 | Rhode Island Division of Taxation | CORPORATE BUSINESS TAX - RI-1120S | 150 |
| Signature A/C 1827 | 1004 | 09/16/2020 | Rhode Island Division of Taxation | CORPORATE BUSINESS TAX - RI-1096 | 582 |
| | | | | | |
| | | | | TOTAL STATE TAXES | $ 4,376 |

**CLASS 2 - LENDER SECURED CLAIMS (PREPETITION LENDERS)**

| Bank Account Number | Check Number | Date of Transaction | Payee | Descriptions | Amount |
|---|---|---|---|---|---|
| Signature A/C 1827 | WIRE | 07/31/2020 | VFS | Administrative Claim #1092 (bank) | $ 16,271 |
| | | | | | |
| | | | | TOTAL CLASS 2 - LENDER SECURED CLAIMS (PREPETITION LENDERS) | $ 16,271 |

**INTERCOMPANY TRANSFER-OUT**

| Bank Account Number | Check Number | Date of Transaction | Payee | Descriptions | Amount |
|---|---|---|---|---|---|
| Signature A/C 1827 | WIRE | 06/12/2020 | NEMF Distribution Reserve: Signature A/C 1800 | Allocation of Pre-effective Professional Fees | $ 277,943 |
| | | | | | |
| | | | | TOTAL INTERCOMPANY TRANSFER-OUT | $ 277,943 |

**SIGNATURE BANK**

565 Fifth Avenue, 12th Floor
New York, NY 10017

Statement Period
From July    01, 2020
To    July    31, 2020
Page    1 of    5

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

NEW ENGLAND MOTOR FREIGHT INC. ET AL    8-161
LIQUIDATING TRUST KEVIN CLANCY TRUSTEE
NEMF DISTRIBUTION RESERVE
C/O COHNREZNICK LLP - 4 BECKER FARM ROAD
ROSELAND NJ   07068                                    See Back for Important Information

Primary Account: ████1800                0

AVOID BUSINESS E-MAIL FINANCIAL FRAUD! PLEASE VISIT THE "PRIVACY & SECURITY"
SECTION LOCATED UNDER THE "ABOUT US" HEADING AT WWW.SIGNATURENY.COM. SELECT
"BUSINESS E-MAIL COMPROMISE" TO READ THE RECENT NEWS FROM THE FEDERAL
BUREAU OF INVESTIGATION REGARDING FRAUD TARGETING BUSINESSES, INCLUDING
GUIDANCE ON WHAT YOU CAN DO TO REDUCE YOUR RISK OF BECOMING A VICTIM.
SIGNATURE BANK BELIEVES THAT THIS IS IMPORTANT NEWS TO SHARE WITH OUR
CLIENTS. WE ARE MAKING IT AVAILABLE TO YOU FOR YOUR INFORMATION AND ANY
ACTION THAT YOU MAY CONSIDER APPROPRIATE.

| Signature Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| BANK DEPOSIT ACCOUNTS | | | |
| ████1800      MONOGRAM CHECKING | | 10,373,145.55 | 10,357,224.65 |
| RELATIONSHIP          TOTAL | | | 10,357,224.65 |

*Signature*

SIGNATURE BANK

```
                                              Statement Period
                                              From July    01, 2020
                                              To   July    31, 2020
                                              Page    2 of     5

                                              PRIVATE CLIENT GROUP 161
                                              565 FIFTH AVENUE
                                              NEW YORK, NY 10017


        NEW ENGLAND MOTOR FREIGHT INC. ET AL    8-161
        LIQUIDATING TRUST KEVIN CLANCY TRUSTEE
        NEMF DISTRIBUTION RESERVE
        C/O COHNREZNICK LLP - 4 BECKER FARM ROAD
        ROSELAND NJ  07068                       See Back for Important Information



                                      Primary Account: ███████1800        0
```

MONOGRAM CHECKING           █████1800


Summary

```
    Previous Balance as of July    01, 2020                     10,373,145.55
        5 Credits                                                  127,888.96
        14 Debits                                                  143,809.86
    Ending Balance as of   July    31, 2020                     10,357,224.65
```

Deposits and Other Credits

```
    Jul 01  INCOMING WIRE                                             9,975.00
            REF#  20200701B6B7261F00276807011457FT03
            FROM: NEW ENGLAND MOTOR FREIGHT INC.    ABA:  026007993
            BANK:
    Jul 01  DEPOSIT          ref#                                   115,265.34
    Jul 06  INCOMING WIRE                                               198.60
            REF#  20200706B6B7261F00131707061311FT03
            FROM: NEW ENGLAND MOTOR FREIGHT INC     ABA:  021000021
            BANK:
    Jul 13  ACH DEPOSIT          ck/ref no.    6995673                 1,225.01
            SYNTER RESOURCE    CASH DISB
            002 0000000000001225011050530271
    Jul 20  ACH DEPOSIT          ck/ref no.    7738635                 1,225.01
            SYNTER RESOURCE    CASH DISB
            ███████████████0271
```

Withdrawals and Other Debits

```
    Jul 01  OUTGOING WIRE                                             10,000.00
            REF#  20200701B6B7261F003292
            TO:   UIC INC.                     ABA:  026007993
            BANK: UBS AG                    ACCT# ████0053
            OBI:  RE: INVOICE #20611 DATED 7/1/2020
            OBI:
            OBI:
    Jul 01  OUTGOING WIRE                                             10,000.00
```

*Signature*

SIGNATURE BANK

Statement Period
From July     01, 2020
To   July     31, 2020
Page     3 of     5

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

NEW ENGLAND MOTOR FREIGHT INC. ET AL     8-161
LIQUIDATING TRUST KEVIN CLANCY TRUSTEE
NEMF DISTRIBUTION RESERVE
C/O COHNREZNICK LLP - 4 BECKER FARM ROAD
ROSELAND NJ  07068                              See Back for Important Information

Primary Account: ███████1800          0

| Date | Description | |
|---|---|---:|
| | REF#  20200701B6B7261F004466 | |
| | TO:   UIC INC.                          ABA:  026007993 | |
| | BANK: UBS AG                            ACCT# █████1000 | |
| | OBI:  RE: INVOICE #20611 DATED 7/1/2020 | |
| | OBI: | |
| | OBI: | |
| Jul 07 | OUTGOING WIRE | 276.30 |
| | REF#  20200707B6B7261F000800 | |
| | TO:   Nick Manzie                       ABA:  026009593 | |
| | BANK: BANK OF AMERICA, N.A., NY         ACCT# █████5361 | |
| | OBI:  RE: INVOICES FOR WEEKS ENDED 6/28/2020 AND 7/5/2020 | |
| | OBI: | |
| | OBI: | |
| Jul 07 | OUTGOING WIRE | 6,888.67 |
| | REF#  20200707B6B7261F000801 | |
| | TO:   Iron Mountain Data Centers, LLC   ABA:  021000021 | |
| | BANK: JPMORGAN CHASE BANK, NA           ACCT# █████2690 | |
| | OBI:  RE: Customer ID NEWENG0001 INVOICES NO. #FCHRG00177 #J | |
| | OBI:  0036299 #J0036618 #J0036922 #J0037280 #J0037610 | |
| | OBI: | |
| Jul 09 | OUTGOING WIRE | 18,922.55 |
| | REF#  20200709B6B7261F002416 | |
| | TO:   CULLEN AND DYKMAN LLP             ABA:  221272303 | |
| | BANK: PROVIDENT BANK                    ACCT# █████5223 | |
| | OBI:  RE: NEMF et al (Case No. 19-12809) McIntosh Energy Cla | |
| | OBI:  im No.60004 of 17,008.28 admin exp of 1,914.27, per co | |
| | OBI:  unsel (LS) email dated 7/1/20 | |
| Jul 09 | OUTGOING WIRE | 25,969.83 |
| | REF#  20200709B6B7261F003280 | |
| | TO:   Riggins, Inc.                     ABA:  031207607 | |
| | BANK: PNC BANK, NATIONAL ASSOCIATION    ACCT# █████0543 | |
| | OBI:  RE: NEMF et al (Case No. 19-12809) Claim No.45 (paymen | |
| | OBI:  t for 503b9 claim per counsel (LS) email dated July 8, | |
| | OBI:  2020) | |
| Jul 10 | OUTGOING WIRE | 4,500.00 |
| | REF#  20200710B6B7261F001898 | |
| | TO:   Kenneth J Ditmars                 ABA:  043000096 | |
| | BANK: PNC BANK, NATIONAL ASSOCIATION    ACCT# █████5728 | |
| | OBI:  RE: Invoices No. 1023 and No. 1024 (July 2020 Retainer | |

*Signature*  | SIGNATURE BANK

                                                    Statement Period
                                                    From July      01, 2020
                                                    To   July      31, 2020
                                                    Page    4 of      5

                                          PRIVATE CLIENT GROUP 161
                                          565 FIFTH AVENUE
                                          NEW YORK, NY 10017

        NEW ENGLAND MOTOR FREIGHT INC. ET AL    8-161
        LIQUIDATING TRUST KEVIN CLANCY TRUSTEE
        NEMF DISTRIBUTION RESERVE
        C/O COHNREZNICK LLP - 4 BECKER FARM ROAD
        ROSELAND NJ  07068                             See Back for Important Information


                                          Primary Account: ███████1800         0

| Date | Description | |
|---|---|---|
| | OBI:  ) | |
| | OBI: | |
| Jul 10 | OUTGOING WIRE | 5,755.27 |
| | REF#  20200710B6B7261F000430 | |
| | TO:   Elk East, LLC                    ABA:   031201360 | |
| | BANK: TD BANK, NA              ACCT# █████7978 | |
| | OBI:  RE: INVOICE No. 193 Dated 2/11/2020 (prorated 2019 CAM | |
| | OBI:  ) | |
| | OBI: | |
| Jul 14 | OUTGOING WIRE | 40,187.86 |
| | REF#  20200714B6B7261F003344 | |
| | TO:   East River Energy, Inc.          ABA:   011500120 | |
| | BANK: CITIZENS BANK, NATIONAL ASSOCI   ACCT# █████4296 | |
| | OBI:  RE: NEMF ET AL (CASE NO. 19-12809) Settlement for Admi | |
| | OBI:  n 503(b)(9) Claim No. 48 per Counsel (email dated 6/12 | |
| | OBI:  /20) | |
| Jul 17 | OUTGOING WIRE | 1,806.97 |
| | REF#  20200717B6B7261F001983 | |
| | TO:   Hill Archive               ABA:   036002247 | |
| | BANK: REPUBLIC FIRST BK DBA REPUBLIC   ACCT# █████4983 | |
| | OBI:  RE: INVOICE NO. 045891 DATED JULY 15, 2020 | |
| | OBI: | |
| | OBI: | |
| Jul 24 | OUTGOING WIRE | 276.30 |
| | REF#  20200724B6B7261F001625 | |
| | TO:   Nick Manzie                 ABA:   026009593 | |
| | BANK: BANK OF AMERICA, N.A., NY   ACCT# █████5361 | |
| | OBI:  RE: INVOICES FOR WEEKS ENDED 7/12/2020 AND 7/19/2020 | |
| | OBI: | |
| | OBI: | |
| Jul 24 | OUTGOING WIRE | 6,048.68 |
| | REF#  20200724B6B7261F001627 | |
| | TO:   Mark A. Orlowski            ABA:   021213520 | |
| | BANK: BCB COMMUNITY BANK          ACCT# █████0295 | |
| | OBI:  RE: PAYROLLS AND EXPENSES WEEKS ENDED 05-08-2020 AND 0 | |
| | OBI:  5-15-2020 | |
| | OBI: | |
| Jul 31 | OUTGOING WIRE | 138.15 |
| | REF#  20200731B6B7261F001234 | |

SIGNATURE BANK

Statement Period
From July    01, 2020
To    July    31, 2020
Page    5 of    5

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

NEW ENGLAND MOTOR FREIGHT INC. ET AL    8-161
LIQUIDATING TRUST KEVIN CLANCY TRUSTEE
NEMF DISTRIBUTION RESERVE
C/O COHNREZNICK LLP - 4 BECKER FARM ROAD
ROSELAND NJ   07068                              See Back for Important Information

Primary Account: ████1800          0

| Date | Description | | |
|------|-------------|---|---|
| | TO:  Nick Manzie                    ABA:  026009593 | | |
| | BANK: BANK OF AMERICA, N.A., NY      ACCT# ████5361 | | |
| | OBI:  INVOICE FOR WEEK ENDED 7/26/2020 | | |
| | OBI: | | |
| | OBI: | | |
| Jul 31 | OUTGOING WIRE | | 13,039.28 |
| | REF#  20200731B6B7261F001236 | | |
| | TO:   Donlin Recano and Company Inc    ABA:  021001088 | | |
| | BANK: HSBC BANK USA, NA              ACCT# ████2834 | | |
| | OBI:  RE: NEMF Invoice No 1413-16 dated 6/22/20 | | |
| | OBI: | | |
| | OBI: | | |

Daily Balances
| | | | |
|---|---|---|---|
| Jun 30 | 10,373,145.55 | Jul 13 | 10,417,496.88 |
| Jul 01 | 10,478,385.89 | Jul 14 | 10,377,309.02 |
| Jul 06 | 10,478,584.49 | Jul 17 | 10,375,502.05 |
| Jul 07 | 10,471,419.52 | Jul 20 | 10,376,727.06 |
| Jul 09 | 10,426,527.14 | Jul 24 | 10,370,402.08 |
| Jul 10 | 10,416,271.87 | Jul 31 | 10,357,224.65 |

Rates for this statement period - Overdraft
Jul 01, 2020   13.000000 %

**SIGNATURE BANK**

565 Fifth Avenue, 12th Floor
New York, NY 10017

Statement Period
From August    01, 2020
To    August    31, 2020
Page    1 of    4

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

NEW ENGLAND MOTOR FREIGHT INC. ET AL    8-161
LIQUIDATING TRUST KEVIN CLANCY TRUSTEE
NEMF DISTRIBUTION RESERVE
C/O COHNREZNICK LLP - 4 BECKER FARM ROAD
ROSELAND NJ    07068

See Back for Important Information

Primary Account: ▮▮▮▮1800          0

AVOID BUSINESS E-MAIL FINANCIAL FRAUD! PLEASE VISIT THE "PRIVACY & SECURITY"
SECTION LOCATED UNDER THE "ABOUT US" HEADING AT WWW.SIGNATURENY.COM. SELECT
"BUSINESS E-MAIL COMPROMISE" TO READ THE RECENT NEWS FROM THE FEDERAL
BUREAU OF INVESTIGATION REGARDING FRAUD TARGETING BUSINESSES, INCLUDING
GUIDANCE ON WHAT YOU CAN DO TO REDUCE YOUR RISK OF BECOMING A VICTIM.
SIGNATURE BANK BELIEVES THAT THIS IS IMPORTANT NEWS TO SHARE WITH OUR
CLIENTS. WE ARE MAKING IT AVAILABLE TO YOU FOR YOUR INFORMATION AND ANY
ACTION THAT YOU MAY CONSIDER APPROPRIATE.

| Signature Relationship Summary | Opening Bal. | Closing Bal. |
| --- | --- | --- |
| BANK DEPOSIT ACCOUNTS | | |
| ▮▮▮▮1800      MONOGRAM CHECKING | 10,357,224.65 | 10,574,819.55 |
| RELATIONSHIP TOTAL | | 10,574,819.55 |

*Signature*  |  SIGNATURE BANK

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

NEW ENGLAND MOTOR FREIGHT INC. ET AL    8-161
LIQUIDATING TRUST KEVIN CLANCY TRUSTEE
NEMF DISTRIBUTION RESERVE
C/O COHNREZNICK LLP - 4 BECKER FARM ROAD
ROSELAND NJ  07068

See Back for Important Information

Primary Account: ████1800        0

MONOGRAM CHECKING        ████1800

### Summary

| | |
|---|---:|
| Previous Balance as of August   01, 2020 | 10,357,224.65 |
| 3 Credits | 280,393.14 |
| 11 Debits | 62,798.24 |
| Ending Balance as of   August   31, 2020 | 10,574,819.55 |

### Deposits and Other Credits

| Aug 11 | ACH DEPOSIT | ck/ref no. | 160213 | 1,224.99 |
|---|---|---|---|---:|
| | SYNTER RESOURCE    CASH DISB | | | |
| | ████████████0271 | | | |
| Aug 24 | ACH DEPOSIT | ck/ref no. | 1637758 | 1,225.00 |
| | SYNTER RESOURCE    CASH DISB | | | |
| | ████████████0271 | | | |
| Aug 25 | ONLINE TRANSFER CR | | | 277,943.15 |
| | ONLINE XFR FROM: XXXXXX1827 | | | |

### Withdrawals and Other Debits

| Aug 10 | OUTGOING WIRE | | 138.50 |
|---|---|---|---:|
| | REF#  20200810B6B7261F001144 | | |
| | TO:  Nick Manzie | ABA:  026009593 | |
| | BANK: BANK OF AMERICA, N.A., NY    ACCT# ████5361 | | |
| | OBI:  INVOICE FOR WEEK ENDED 8/2/2020 | | |
| | OBI: | | |
| | OBI: | | |
| Aug 10 | OUTGOING WIRE | | 1,353.04 |
| | REF#  20200810B6B7261F001146 | | |
| | TO:  Iron Mountain Data Centers, LLC    ABA:  021000021 | | |
| | BANK: JPMORGAN CHASE BANK, NA    ACCT# ████2690 | | |
| | OBI:  RE: Customer ID NEWENG0001 INVOICE NO. #J0038394 | | |
| | OBI: | | |
| | OBI: | | |
| Aug 10 | OUTGOING WIRE | | 3,750.00 |

*Signature*  SIGNATURE BANK

Statement Period
From August    01, 2020
To    August    31, 2020
Page    3 of    4

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

NEW ENGLAND MOTOR FREIGHT INC. ET AL    8-161
LIQUIDATING TRUST KEVIN CLANCY TRUSTEE
NEMF DISTRIBUTION RESERVE
C/O COHNREZNICK LLP - 4 BECKER FARM ROAD
ROSELAND NJ  07068                    See Back for Important Information


                        Primary Account: ███████1800        0

| Date | Description | |
|------|-------------|--|
| | REF#  20200810B6B7261F001239 | |
| | TO:  Kenneth J Ditmars                    ABA:  043000096 | |
| | BANK: PNC BANK, NATIONAL ASSOCIATION    ACCT# █████5728 | |
| | OBI:  RE: Invoice No. 1025 (August 2020 Retainer) | |
| | OBI: | |
| | OBI: | |
| Aug 10 | OUTGOING WIRE | 8,213.00 |
| | REF#  20200810B6B7261F001145 | |
| | TO:  WithumSmith+Brown                    ABA:  121000248 | |
| | BANK: WELLS FARGO BANK, NA              ACCT# █████5200 | |
| | OBI:  RE: NEW ENGLAND MOTOR FREIGHT INC JUNE INV NO. 752487 | |
| | OBI:  / EASTERN FREIGHT WAYS JUNE INV NO. 752450 / CARRIER I | |
| | OBI:  NDUSTRIES JUNE INV NO. 752445 | |
| Aug 18 | OUTGOING WIRE | 12.68 |
| | REF#  20200818B6B7261F001424 | |
| | TO:  Hill Archive                    ABA:  036002247 | |
| | BANK: REPUBLIC FIRST BK DBA REPUBLIC    ACCT# ████4983 | |
| | OBI:  RE: INVOICE NO. 045891 DATED JULY 15, 2020 (BALANCE DU | |
| | OBI:  E) | |
| | OBI: | |
| Aug 18 | OUTGOING WIRE | 277.00 |
| | REF#  20200818B6B7261F001423 | |
| | TO:  Nick Manzie                    ABA:  026009593 | |
| | BANK: BANK OF AMERICA, N.A., NY        ACCT# █████5361 | |
| | OBI:  INVOICES FOR WEEKS ENDED 8/9/2020 AND 8/16/2020 | |
| | OBI: | |
| | OBI: | |
| Aug 25 | OUTGOING WIRE | 3,062.50 |
| | REF#  20200825B6B7261F000577 | |
| | TO:  Wasserman, Jurista and Stolz, P.C.  ABA:  031101266 | |
| | BANK: TD BANK, NA                    ACCT# █████6960 | |
| | OBI:  Re: New England Motor Freight Inc, et al (Case No 19-1 | |
| | OBI:  2809) Final Fee Order Dkt No 1229 | |
| | OBI: | |
| Aug 26 | AUTOMATED PAYMENT    ck/ref no.    1951026 | 16,065.42 |
| | QUARTERLY FEE        PAYMENT        0000 | |
| Aug 27 | OUTGOING WIRE | 7,850.00 |
| | REF#  20200827B6B7261F002835 | |
| | TO:  AMZ Management, LLC              ABA:  031207607 | |

SIGNATURE BANK

```
                                                  Statement Period
                                                  From August    01, 2020
                                                  To    August    31, 2020
                                                  Page      4 of      4

                                                  PRIVATE CLIENT GROUP 161
                                                  565 FIFTH AVENUE
                                                  NEW YORK, NY 10017


            NEW ENGLAND MOTOR FREIGHT INC. ET AL      8-161
            LIQUIDATING TRUST KEVIN CLANCY TRUSTEE
            NEMF DISTRIBUTION RESERVE
            C/O COHNREZNICK LLP - 4 BECKER FARM ROAD
            ROSELAND NJ   07068                        See Back for Important Information


                                             Primary Account:    ████1800        0
```

| Date | Description | |
|------|-------------|---|
| | BANK: PNC BANK, NATIONAL ASSOCIATION    ACCT# ████4258 | |
| | OBI:  RE: New England Motor Freight Inc et al - Open Balance | |
| | OBI:   as of 08-24-2020, net of credit | |
| | OBI: | |
| Aug 27 | OUTGOING WIRE XFER | 10,976.19 |
| | REF#  20200827B6B7261F000658 | |
| | TO:   KEVANE GRANT THORNTON LLP        ABA:   021000021 | |
| | BANK: JPMORGAN CHASE BANK, NA        ACCT# ████████8178 | |
| Aug 27 | OUTGOING WIRE | 11,099.91 |
| | REF#  20200827B6B7261F001011 | |
| | TO:   Donlin Recano and Company Inc   ABA:   021001088 | |
| | BANK: HSBC BANK USA, NA        ACCT# ████2834 | |
| | OBI:  RE: NEMF Invoice No 1413-17 dated 7/16/20 | |
| | OBI: | |
| | OBI: | |

```
Daily Balances
  Jul 31     10,357,224.65           Aug 24     10,345,930.42
  Aug 10     10,343,770.11           Aug 25     10,620,811.07
  Aug 11     10,344,995.10           Aug 26     10,604,745.65
  Aug 18     10,344,705.42           Aug 27     10,574,819.55

Rates for this statement period - Overdraft
Aug 01, 2020   13.000000 %
```

**SIGNATURE BANK**

565 Fifth Avenue, 12th Floor
New York, NY 10017

Statement Period
From September 01, 2020
To    September 30, 2020
Page      1 of      6

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

NEW ENGLAND MOTOR FREIGHT INC. ET AL      9-161
LIQUIDATING TRUST KEVIN CLANCY TRUSTEE
NEMF DISTRIBUTION RESERVE
C/O COHNREZNICK LLP - 4 BECKER FARM ROAD
ROSELAND NJ   07068                          See Back for Important Information

Primary Account: ████1800          4

AVOID BUSINESS E-MAIL FINANCIAL FRAUD! PLEASE VISIT THE "PRIVACY & SECURITY"
SECTION LOCATED UNDER THE "ABOUT US" HEADING AT WWW.SIGNATURENY.COM. SELECT
"BUSINESS E-MAIL COMPROMISE" TO READ THE RECENT NEWS FROM THE FEDERAL
BUREAU OF INVESTIGATION REGARDING FRAUD TARGETING BUSINESSES, INCLUDING
GUIDANCE ON WHAT YOU CAN DO TO REDUCE YOUR RISK OF BECOMING A VICTIM.
SIGNATURE BANK BELIEVES THAT THIS IS IMPORTANT NEWS TO SHARE WITH OUR
CLIENTS. WE ARE MAKING IT AVAILABLE TO YOU FOR YOUR INFORMATION AND ANY
ACTION THAT YOU MAY CONSIDER APPROPRIATE.

| Signature Relationship Summary | Opening Bal. | Closing Bal. |
|---|---|---|
| BANK DEPOSIT ACCOUNTS | | |
| ████1800      MONOGRAM CHECKING | 10,574,819.55 | 10,252,034.74 |
| RELATIONSHIP TOTAL | | 10,252,034.74 |

*Signature*  | SIGNATURE BANK

Statement Period
From September 01, 2020
To   September 30, 2020
Page     2 of      6

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

NEW ENGLAND MOTOR FREIGHT INC. ET AL    9-161
LIQUIDATING TRUST KEVIN CLANCY TRUSTEE
NEMF DISTRIBUTION RESERVE
C/O COHNREZNICK LLP - 4 BECKER FARM ROAD
ROSELAND NJ  07068

See Back for Important Information

Primary Account: ███████1800        4

MONOGRAM CHECKING            ██████1800

## Summary

|  |  |
|---|---|
| Previous Balance as of September 01, 2020 | 10,574,819.55 |
| 1 Credits | 25.00 |
| 30 Debits | 322,809.81 |
| Ending Balance as of   September 30, 2020 | 10,252,034.74 |

### Deposits and Other Credits

| Sep 28 | ACH DEPOSIT        ck/ref no.    5531291 | 25.00 |
|---|---|---|
|  | SYNTER RESOURCE      CASH DISB |  |
|  | ████████████████████0271 |  |

### Withdrawals and Other Debits

| Sep 03 | OUTGOING WIRE | 1,353.04 |
|---|---|---|
|  | REF#  20200903B6B7261F000695 |  |
|  | TO:   Iron Mountain Data Centers, LLC    ABA:   021000021 |  |
|  | BANK: JPMORGAN CHASE BANK, NA      ACCT# █████2690 |  |
|  | OBI:  RE: Customer ID NEWENG0001 INVOICE NO. #J0038705 DATED |  |
|  | OBI:   8/1/2020 |  |
|  | OBI: |  |
| Sep 09 | OUTGOING WIRE | 414.45 |
|  | REF#  20200909B6B7261F000731 |  |
|  | TO:   Nick Manzie                ABA:   026009593 |  |
|  | BANK: BANK OF AMERICA, N.A., NY      ACCT# █████5361 |  |
|  | OBI:  INVOICES FOR WEEKS ENDED 8/23/2020, 8/30/2020 AND 9/6/ |  |
|  | OBI:  2020 |  |
|  | OBI: |  |
| Sep 16 | OUTGOING WIRE | 3,750.00 |
|  | REF#  20200916B6B7261F000529 |  |
|  | TO:   Kenneth J Ditmars          ABA:   043000096 |  |
|  | BANK: PNC BANK, NATIONAL ASSOCIATION    ACCT# █████5728 |  |
|  | OBI:  RE: Invoice No. 1026 (September 2020 Retainer) |  |
|  | OBI: |  |

*Signature*
SIGNATURE BANK

Statement Period
From September 01, 2020
To   September 30, 2020
Page    3 of    6

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

NEW ENGLAND MOTOR FREIGHT INC. ET AL    9-161
LIQUIDATING TRUST KEVIN CLANCY TRUSTEE
NEMF DISTRIBUTION RESERVE
C/O COHNREZNICK LLP - 4 BECKER FARM ROAD
ROSELAND NJ  07068

See Back for Important Information

Primary Account: ███████1800        4

| Date | Description | | |
|------|-------------|--|--:|
| | OBI: | | |
| Sep 17 | AUTOMATED PAYMENT     ck/ref no.   4532693 | | 25.00 |
| | SC DEPT REVENUE     DEBIT     ████7539 | | |
| Sep 17 | AUTOMATED PAYMENT     ck/ref no.   4521725 | | 106.00 |
| | COMM OF MASS EFT    MA DOR PAY     ████4736 | | |
| Sep 17 | AUTOMATED PAYMENT     ck/ref no.   4539328 | | 415.00 |
| | DE DIV OF REV     DE TAX     ████3461 | | |
| Sep 17 | AUTOMATED PAYMENT     ck/ref no.   4539329 | | 660.00 |
| | DE DIV OF REV     DE TAX     ████7697 | | |
| Sep 17 | AUTOMATED PAYMENT     ck/ref no.   4554266 | | 829.00 |
| | NH DEPT REVENUE     NH TX PAYM     ████067M | | |
| Sep 17 | AUTOMATED PAYMENT     ck/ref no.   4546138 | | 2,495.00 |
| | VTAX EFT DEPOSIT     ACH DEBIT     ████7697 | | |
| Sep 17 | AUTOMATED PAYMENT     ck/ref no.   4554400 | | 4,214.00 |
| | ME BUREAU OF TAX    INTRNET DR     ████6000 | | |
| Sep 17 | AUTOMATED PAYMENT     ck/ref no.   4554399 | | 5,045.00 |
| | ME BUREAU OF TAX    INTRNET DR     ████5903 | | |
| Sep 17 | AUTOMATED PAYMENT     ck/ref no.   4535949 | | 6,589.00 |
| | VA DEPT TAXATION    WITHDRAWAL     ████7697 | | |
| Sep 17 | AUTOMATED PAYMENT     ck/ref no.   4580421 | | 18,030.00 |
| | CT DOR PAYMENT     PIT DIRPAY     ████0076 | | |
| Sep 18 | OUTGOING WIRE | | 608.00 |
| | REF#  20200918B6B7261F002810 | | |
| | TO:   Fox Rothschild LLP     ABA:   121000248 | | |
| | BANK: WELLS FARGO BANK, NA     ACCT# ████9031 | | |
| | OBI:  RE: CLIENT 191405-NEMF 401(K)PLAN  MATTER ID 191405.00 | | |
| | OBI:  001 401KPLAN INVOICE NO. 2587714 DATED 9/8/2020 | | |
| | OBI: | | |
| Sep 18 | AUTOMATED PAYMENT     ck/ref no.   4715790 | | 3,352.00 |
| | IL DEPT OF REVEN    EDI PYMNTS     ████0551 | | |
| | TXP*221977697004*02030*20191228*T*335200\ | | |
| Sep 18 | AUTOMATED PAYMENT     ck/ref no.   4737175 | | 3,698.00 |
| | CT DOR PAYMENT     PIT DIRPAY     ████0076 | | |
| Sep 18 | AUTOMATED PAYMENT     ck/ref no.   4681310 | | 8,617.00 |
| | PERSONALINCOME     PAINDIVLTX     ████3960 | | |
| | EAANRTN | | |

*Signature*

SIGNATURE BANK

```
                                              Statement Period
                                         From September 01, 2020
                                         To   September 30, 2020
                                         Page      4 of      6

                                         PRIVATE CLIENT GROUP 161
                                         565 FIFTH AVENUE
                                         NEW YORK, NY 10017
```

```
         NEW ENGLAND MOTOR FREIGHT INC. ET AL     9-161
         LIQUIDATING TRUST KEVIN CLANCY TRUSTEE
         NEMF DISTRIBUTION RESERVE
         C/O COHNREZNICK LLP - 4 BECKER FARM ROAD
         ROSELAND NJ   07068                         See Back for Important Information
```

```
                                         Primary Account: ████1800       4

Sep 18   AUTOMATED PAYMENT      ck/ref no.    4681309                      20,472.00
         PERSONALINCOME      PAINDIVLTX    ████3962
                           NEANRTN
Sep 21   AUTOMATED PAYMENT      ck/ref no.    4776881                      24,402.00
         8032OHIO-PTETAX     COMPOSITTX    ████4386
Sep 25   OUTGOING WIRE                                                        277.00
         REF#  20200925B6B7261F001009
         TO:   Nick Manzie                   ABA:   026009593
         BANK: BANK OF AMERICA, N.A., NY    ACCT# ████5361
         OBI:  INVOICES FOR WEEKS ENDED 9/13/2020 AND 9/20/2020
         OBI:
         OBI:
Sep 25   OUTGOING WIRE                                                      1,806.97
         REF#  20200925B6B7261F001012
         TO:   Hill Archive                  ABA:   036002247
         BANK: REPUBLIC FIRST BK DBA REPUBLIC   ACCT# ████4983
         OBI:  RE: INVOICE NO. 046282 DATED AUGUST 15, 2020
         OBI:
         OBI:
Sep 25   OUTGOING WIRE                                                     13,722.84
         REF#  20200925B6B7261F001010
         TO:   Donlin Recano and Company Inc   ABA:   021001088
         BANK: HSBC BANK USA, NA             ACCT# ████2834
         OBI:  RE: NEMF Invoice No 1413-18 dated 8/21/20
         OBI:
         OBI:
Sep 25   OUTGOING WIRE                                                     18,397.00
         REF#  20200925B6B7261F001011
         TO:   WithumSmith+Brown             ABA:   121000248
         BANK: WELLS FARGO BANK, NA          ACCT# ████5200
         OBI:  RE:NEMF JULY INV NO.761351/EASTERN INV NO.761352/CARRI
         OBI:  ER INV NO.761302/APEX INV NO.761357/NWT INV NO.761358/
         OBI:  NO 761359/761360
Sep 25   OUTGOING WIRE                                                     35,669.30
         REF#  20200925B6B7261F001008
         TO:   Mark A. Orlowski              ABA:   021213520
         BANK: BCB COMMUNITY BANK            ACCT# ████0295
         OBI:  RE: PAYROLLS AND EXPENSES WEEKS ENDED 05-22-2020 throu
         OBI:  gh 08-31-2020
         OBI:
```

SIGNATURE BANK

Statement Period
From September 01, 2020
To   September 30, 2020
Page     5 of      6

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

NEW ENGLAND MOTOR FREIGHT INC. ET AL     9-161
LIQUIDATING TRUST KEVIN CLANCY TRUSTEE
NEMF DISTRIBUTION RESERVE
C/O COHNREZNICK LLP - 4 BECKER FARM ROAD
ROSELAND NJ  07068                                    See Back for Important Information

Primary Account: ██████1800        4

| Date | Description | |
|---|---|---|
| Sep 25 | OUTGOING WIRE | 38,142.21 |
| | REF# 20200925B6B7261F001301 | |
| | TO:  Akerman LLP                    ABA:  061000104 | |
| | BANK: SUNTRUST BANK                  ACCT# ██████7533 | |
| | OBI: RE: New England Motor Freight (078247) Bankruptcy disb | |
| | OBI: ursement/COURT CASE NO #19-12809-JKS FINAL FEE ORDER D | |
| | OBI: KT NO #1238 | |
| Sep 30 | OUTGOING WIRE | 92,500.00 |
| | REF# 20200930B6B7261F002028 | |
| | TO:  Pioneer Funding Group II, LLC   ABA:  121000248 | |
| | BANK: WELLS FARGO BANK, NA           ACCT# ████1614 | |
| | OBI: RE: New England Motor Freight, Inc. et al (19-12809)/P | |
| | OBI: ayment for claim filed by Lucky's Energy Services, Inc | |
| | OBI:  per Stipulation dated 9/16/20 | |

Checks by Serial Number

| Sep 24 | 1029 | 4,503.00 | Sep 28 | 1032 | 9,340.00 |
|---|---|---|---|---|---|
| Sep 23 | 1031 * | 400.00 | Sep 22 | 1033 | 2,977.00 |

* Indicates break in check sequence

Daily Balances

| Aug 31 | 10,574,819.55 | Sep 22 | 10,466,768.06 |
|---|---|---|---|
| Sep 03 | 10,573,466.51 | Sep 23 | 10,466,368.06 |
| Sep 09 | 10,573,052.06 | Sep 24 | 10,461,865.06 |
| Sep 16 | 10,569,302.06 | Sep 25 | 10,353,849.74 |
| Sep 17 | 10,530,894.06 | Sep 28 | 10,344,534.74 |
| Sep 18 | 10,494,147.06 | Sep 30 | 10,252,034.74 |
| Sep 21 | 10,469,745.06 | | |

SIGNATURE BANK

Statement Period
From September 01, 2020
To   September 30, 2020
Page     6 of     6

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

NEW ENGLAND MOTOR FREIGHT INC. ET AL     9-161
LIQUIDATING TRUST KEVIN CLANCY TRUSTEE
NEMF DISTRIBUTION RESERVE
C/O COHNREZNICK LLP - 4 BECKER FARM ROAD
ROSELAND NJ   07068

See Back for Important Information

Primary Account:  ███████1800          4

Rates for this statement period - Overdraft
Sep 01, 2020   13.000000 %

*Signature*

**SIGNATURE BANK**

565 Fifth Avenue, 12th Floor
New York, NY 10017

Statement Period
From July      01, 2020
To   July    31, 2020
Page     1 of     2

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

NEW ENGLAND MOTOR FREIGHT INC. ET AL     8-161
LIQUIDATING TRUST KEVIN CLANCY TRUSTEE
NEMF DISPUTED CLAIMS RESERVE
C/O COHNREZNICK LLP - 4 BECKER FARM ROAD
ROSELAND NJ   07068                          See Back for Important Information

Primary Account: ████1819           0

AVOID BUSINESS E-MAIL FINANCIAL FRAUD! PLEASE VISIT THE "PRIVACY & SECURITY"
SECTION LOCATED UNDER THE "ABOUT US" HEADING AT WWW.SIGNATURENY.COM. SELECT
"BUSINESS E-MAIL COMPROMISE" TO READ THE RECENT NEWS FROM THE FEDERAL
BUREAU OF INVESTIGATION REGARDING FRAUD TARGETING BUSINESSES, INCLUDING
GUIDANCE ON WHAT YOU CAN DO TO REDUCE YOUR RISK OF BECOMING A VICTIM.
SIGNATURE BANK BELIEVES THAT THIS IS IMPORTANT NEWS TO SHARE WITH OUR
CLIENTS. WE ARE MAKING IT AVAILABLE TO YOU FOR YOUR INFORMATION AND ANY
ACTION THAT YOU MAY CONSIDER APPROPRIATE.

| Signature Relationship Summary | Opening Bal. | Closing Bal. |
| --- | --- | --- |
| BANK DEPOSIT ACCOUNTS | | |
| ████1819      MONOGRAM CHECKING | .00 | .00 |
| RELATIONSHIP         TOTAL | | .00 |

SIGNATURE BANK

Statement Period
From July      01, 2020
To    July      31, 2020
Page     2 of    2

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

NEW ENGLAND MOTOR FREIGHT INC. ET AL     8-161
LIQUIDATING TRUST KEVIN CLANCY TRUSTEE
NEMF DISPUTED CLAIMS RESERVE
C/O COHNREZNICK LLP - 4 BECKER FARM ROAD
ROSELAND NJ   07068                                 See Back for Important Information

Primary Account: ▪▪▪▪▪▪1819          0

MONOGRAM CHECKING            ▪▪▪▪▪▪1819

Summary

  Previous Balance as of July      01, 2020                                        .00

  There was no deposit activity during this statement period

  Ending Balance as of   July      31, 2020                                        .00

Rates for this statement period - Overdraft
Jul 01, 2020   13.000000 %

# SIGNATURE BANK

565 Fifth Avenue, 12th Floor
New York, NY 10017

```
                                        Statement Period
                                        From August   01, 2020
                                        To    August   31, 2020
                                        Page    1 of     2

                                        PRIVATE CLIENT GROUP 161
                                        565 FIFTH AVENUE
                                        NEW YORK, NY 10017
```

```
        NEW ENGLAND MOTOR FREIGHT INC. ET AL     8-161
        LIQUIDATING TRUST KEVIN CLANCY TRUSTEE
        NEMF DISPUTED CLAIMS RESERVE
        C/O COHNREZNICK LLP - 4 BECKER FARM ROAD
        ROSELAND NJ   07068                    See Back for Important Information
```

                                        Primary Account: ████1819        0

```
        AVOID BUSINESS E-MAIL FINANCIAL FRAUD! PLEASE VISIT THE "PRIVACY & SECURITY"
        SECTION LOCATED UNDER THE "ABOUT US" HEADING AT WWW.SIGNATURENY.COM. SELECT
        "BUSINESS E-MAIL COMPROMISE" TO READ THE RECENT NEWS FROM THE FEDERAL
        BUREAU OF INVESTIGATION REGARDING FRAUD TARGETING BUSINESSES, INCLUDING
        GUIDANCE ON WHAT YOU CAN DO TO REDUCE YOUR RISK OF BECOMING A VICTIM.
        SIGNATURE BANK BELIEVES THAT THIS IS IMPORTANT NEWS TO SHARE WITH OUR
        CLIENTS. WE ARE MAKING IT AVAILABLE TO YOU FOR YOUR INFORMATION AND ANY
        ACTION THAT YOU MAY CONSIDER APPROPRIATE.
```

| Signature Relationship Summary | Opening Bal. | Closing Bal. |
|---|---|---|
| BANK DEPOSIT ACCOUNTS | | |
| ████1819    MONOGRAM CHECKING | .00 | .00 |
| RELATIONSHIP TOTAL | | .00 |

*Signature*  | SIGNATURE BANK

Statement Period
From August    01, 2020
To    August    31, 2020
Page     2 of      2

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

NEW ENGLAND MOTOR FREIGHT INC. ET AL     8-161
LIQUIDATING TRUST KEVIN CLANCY TRUSTEE
NEMF DISPUTED CLAIMS RESERVE
C/O COHNREZNICK LLP - 4 BECKER FARM ROAD
ROSELAND NJ   07068                              See Back for Important Information


                                    Primary Account: ████1819          0


MONOGRAM CHECKING            ████1819



Summary

  Previous Balance as of August    01, 2020                                      .00

  There was no deposit activity during this statement period

  Ending Balance as of   August    31, 2020                                      .00


Rates for this statement period - Overdraft
Aug 01, 2020   13.000000 %

# SIGNATURE BANK

565 Fifth Avenue, 12th Floor
New York, NY 10017

Statement Period
From September 01, 2020
To   September 30, 2020
Page     1 of     2

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

NEW ENGLAND MOTOR FREIGHT INC. ET AL     8-161
LIQUIDATING TRUST KEVIN CLANCY TRUSTEE
NEMF DISPUTED CLAIMS RESERVE
C/O COHNREZNICK LLP - 4 BECKER FARM ROAD
ROSELAND NJ   07068                          See Back for Important Information

Primary Account: ████1819        0

AVOID BUSINESS E-MAIL FINANCIAL FRAUD! PLEASE VISIT THE "PRIVACY & SECURITY"
SECTION LOCATED UNDER THE "ABOUT US" HEADING AT WWW.SIGNATURENY.COM. SELECT
"BUSINESS E-MAIL COMPROMISE" TO READ THE RECENT NEWS FROM THE FEDERAL
BUREAU OF INVESTIGATION REGARDING FRAUD TARGETING BUSINESSES, INCLUDING
GUIDANCE ON WHAT YOU CAN DO TO REDUCE YOUR RISK OF BECOMING A VICTIM.
SIGNATURE BANK BELIEVES THAT THIS IS IMPORTANT NEWS TO SHARE WITH OUR
CLIENTS. WE ARE MAKING IT AVAILABLE TO YOU FOR YOUR INFORMATION AND ANY
ACTION THAT YOU MAY CONSIDER APPROPRIATE.

| Signature Relationship Summary | Opening Bal. | Closing Bal. |
| --- | --- | --- |
| BANK DEPOSIT ACCOUNTS | | |
| ████1819      MONOGRAM CHECKING | .00 | .00 |
| RELATIONSHIP TOTAL | | .00 |

*Signature*  | SIGNATURE BANK

Statement Period
From September 01, 2020
To   September 30, 2020
Page    2 of     2

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

NEW ENGLAND MOTOR FREIGHT INC. ET AL     8-161
LIQUIDATING TRUST KEVIN CLANCY TRUSTEE
NEMF DISPUTED CLAIMS RESERVE
C/O COHNREZNICK LLP - 4 BECKER FARM ROAD
ROSELAND NJ   07068                                    See Back for Important Information

Primary Account: ████1819          0

MONOGRAM CHECKING          ████1819

Summary

 Previous Balance as of September 01, 2020                                    .00

 There was no deposit activity during this statement period

 Ending Balance as of   September 30, 2020                                    .00

Rates for this statement period - Overdraft
Sep 01, 2020   13.000000 %

**SIGNATURE BANK**

565 Fifth Avenue, 12th Floor
New York, NY 10017

Statement Period
From July    01, 2020
To   July    31, 2020
Page    1 of    2

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

NEW ENGLAND MOTOR FREIGHT INC. ET AL    8-161
LIQUIDATING TRUST KEVIN CLANCY TRUSTEE
LIQUIDATING TRUST EXPENSE RESERVE
C/O COHNREZNICK LLP - 4 BECKER FARM ROAD
ROSELAND NJ  07068                          See Back for Important Information

Primary Account: ████1797          0

AVOID BUSINESS E-MAIL FINANCIAL FRAUD! PLEASE VISIT THE "PRIVACY & SECURITY"
SECTION LOCATED UNDER THE "ABOUT US" HEADING AT WWW.SIGNATURENY.COM. SELECT
"BUSINESS E-MAIL COMPROMISE" TO READ THE RECENT NEWS FROM THE FEDERAL
BUREAU OF INVESTIGATION REGARDING FRAUD TARGETING BUSINESSES, INCLUDING
GUIDANCE ON WHAT YOU CAN DO TO REDUCE YOUR RISK OF BECOMING A VICTIM.
SIGNATURE BANK BELIEVES THAT THIS IS IMPORTANT NEWS TO SHARE WITH OUR
CLIENTS. WE ARE MAKING IT AVAILABLE TO YOU FOR YOUR INFORMATION AND ANY
ACTION THAT YOU MAY CONSIDER APPROPRIATE.

| Signature Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| BANK DEPOSIT ACCOUNTS | | | |
| ████1797    MONOGRAM CHECKING | | 93,073.84 | 93,073.84 |
| RELATIONSHIP    TOTAL | | | 93,073.84 |

SIGNATURE BANK

Statement Period
From July       01, 2020
To   July       31, 2020
Page      2 of      2

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

NEW ENGLAND MOTOR FREIGHT INC. ET AL    8-161
LIQUIDATING TRUST KEVIN CLANCY TRUSTEE
LIQUIDATING TRUST EXPENSE RESERVE
C/O COHNREZNICK LLP - 4 BECKER FARM ROAD
ROSELAND NJ   07068                          See Back for Important Information

Primary Account: ████1797          0

MONOGRAM CHECKING          ██████1797

Summary

  Previous Balance as of July      01, 2020                           93,073.84

  There was no deposit activity during this statement period

  Ending Balance as of    July       31, 2020                          93,073.84

Rates for this statement period - Overdraft
Jul 01, 2020   13.000000 %

# SIGNATURE BANK

565 Fifth Avenue, 12th Floor
New York, NY 10017

```
                                        Statement Period
                                        From August   01, 2020
                                        To   August   31, 2020
                                        Page    1 of     2

                                        PRIVATE CLIENT GROUP 161
                                        565 FIFTH AVENUE
                                        NEW YORK, NY 10017


        NEW ENGLAND MOTOR FREIGHT INC. ET AL     8-161
        LIQUIDATING TRUST KEVIN CLANCY TRUSTEE
        LIQUIDATING TRUST EXPENSE RESERVE
        C/O COHNREZNICK LLP - 4 BECKER FARM ROAD
        ROSELAND NJ  07068                         See Back for Important Information


                                        Primary Account: ████1797        0
```

AVOID BUSINESS E-MAIL FINANCIAL FRAUD! PLEASE VISIT THE "PRIVACY & SECURITY"
SECTION LOCATED UNDER THE "ABOUT US" HEADING AT WWW.SIGNATURENY.COM. SELECT
"BUSINESS E-MAIL COMPROMISE" TO READ THE RECENT NEWS FROM THE FEDERAL
BUREAU OF INVESTIGATION REGARDING FRAUD TARGETING BUSINESSES, INCLUDING
GUIDANCE ON WHAT YOU CAN DO TO REDUCE YOUR RISK OF BECOMING A VICTIM.
SIGNATURE BANK BELIEVES THAT THIS IS IMPORTANT NEWS TO SHARE WITH OUR
CLIENTS. WE ARE MAKING IT AVAILABLE TO YOU FOR YOUR INFORMATION AND ANY
ACTION THAT YOU MAY CONSIDER APPROPRIATE.

| Signature Relationship Summary | Opening Bal. | Closing Bal. |
|---|---|---|
| BANK DEPOSIT ACCOUNTS | | |
| ████1797   MONOGRAM CHECKING | 93,073.84 | 93,073.84 |
| RELATIONSHIP TOTAL | | 93,073.84 |

SIGNATURE BANK

Statement Period
From August    01, 2020
To    August    31, 2020
Page      2 of      2

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

NEW ENGLAND MOTOR FREIGHT INC. ET AL      8-161
LIQUIDATING TRUST KEVIN CLANCY TRUSTEE
LIQUIDATING TRUST EXPENSE RESERVE
C/O COHNREZNICK LLP - 4 BECKER FARM ROAD
ROSELAND NJ   07068                                    See Back for Important Information

Primary Account: ▆▆▆▆1797        0

MONOGRAM CHECKING                  ▆▆▆▆1797

Summary

  Previous Balance as of August    01, 2020                              93,073.84

  There was no deposit activity during this statement period

  Ending Balance as of    August    31, 2020                             93,073.84

Rates for this statement period - Overdraft
Aug 01, 2020   13.000000 %

# SIGNATURE BANK

565 Fifth Avenue, 12th Floor
New York, NY 10017

```
                                        Statement Period
                                        From September 01, 2020
                                        To   September 30, 2020
                                        Page     1 of    2

                                        PRIVATE CLIENT GROUP 161
                                        565 FIFTH AVENUE
                                        NEW YORK, NY 10017
```

```
        NEW ENGLAND MOTOR FREIGHT INC. ET AL    8-161
        LIQUIDATING TRUST KEVIN CLANCY TRUSTEE
        LIQUIDATING TRUST EXPENSE RESERVE
        C/O COHNREZNICK LLP - 4 BECKER FARM ROAD
        ROSELAND NJ   07068                      See Back for Important Information
```

```
                                        Primary Account: ███████1797          0
```

```
        AVOID BUSINESS E-MAIL FINANCIAL FRAUD! PLEASE VISIT THE "PRIVACY & SECURITY"
        SECTION LOCATED UNDER THE "ABOUT US" HEADING AT WWW.SIGNATURENY.COM. SELECT
        "BUSINESS E-MAIL COMPROMISE" TO READ THE RECENT NEWS FROM THE FEDERAL
        BUREAU OF INVESTIGATION REGARDING FRAUD TARGETING BUSINESSES, INCLUDING
        GUIDANCE ON WHAT YOU CAN DO TO REDUCE YOUR RISK OF BECOMING A VICTIM.
        SIGNATURE BANK BELIEVES THAT THIS IS IMPORTANT NEWS TO SHARE WITH OUR
        CLIENTS. WE ARE MAKING IT AVAILABLE TO YOU FOR YOUR INFORMATION AND ANY
        ACTION THAT YOU MAY CONSIDER APPROPRIATE.
```

| Signature Relationship Summary | Opening Bal. | Closing Bal. |
|---|---|---|
| **BANK DEPOSIT ACCOUNTS** | | |
| ███████1797    MONOGRAM CHECKING | 93,073.84 | 93,073.84 |
| RELATIONSHIP TOTAL | | 93,073.84 |

SIGNATURE BANK

Statement Period
From September 01, 2020
To    September 30, 2020
Page      2 of      2

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

NEW ENGLAND MOTOR FREIGHT INC. ET AL      8-161
LIQUIDATING TRUST KEVIN CLANCY TRUSTEE
LIQUIDATING TRUST EXPENSE RESERVE
C/O COHNREZNICK LLP - 4 BECKER FARM ROAD
ROSELAND NJ   07068                                    See Back for Important Information

Primary Account:     ████1797          0

MONOGRAM CHECKING          ████1797

Summary

  Previous Balance as of September 01, 2020                                   93,073.84

  There was no deposit activity during this statement period

  Ending Balance as of    September 30, 2020                                  93,073.84

Rates for this statement period - Overdraft
Sep 01, 2020   13.000000 %

# SIGNATURE BANK

565 Fifth Avenue, 12th Floor
New York, NY 10017

```
                                                    Statement Period
                                                    From July   01, 2020
                                                    To   July   31, 2020
                                                    Page    1 of    2

                                        PRIVATE CLIENT GROUP 161
                                        565 FIFTH AVENUE
                                        NEW YORK, NY 10017


    NEW ENGLAND MOTOR FREIGHT INC. ET AL     8-161
    LIQUIDATING TRUST KEVIN CLANCY TRUSTEE
    EASTERN DISTRIBUTION RESERVE
    C/O COHNREZNICK LLP - 4 BECKER FARM ROAD
    ROSELAND NJ  07068                            See Back for Important Information


                                        Primary Account: ▮▮▮▮1827        0
```

AVOID BUSINESS E-MAIL FINANCIAL FRAUD! PLEASE VISIT THE "PRIVACY & SECURITY"
SECTION LOCATED UNDER THE "ABOUT US" HEADING AT WWW.SIGNATURENY.COM. SELECT
"BUSINESS E-MAIL COMPROMISE" TO READ THE RECENT NEWS FROM THE FEDERAL
BUREAU OF INVESTIGATION REGARDING FRAUD TARGETING BUSINESSES, INCLUDING
GUIDANCE ON WHAT YOU CAN DO TO REDUCE YOUR RISK OF BECOMING A VICTIM.
SIGNATURE BANK BELIEVES THAT THIS IS IMPORTANT NEWS TO SHARE WITH OUR
CLIENTS. WE ARE MAKING IT AVAILABLE TO YOU FOR YOUR INFORMATION AND ANY
ACTION THAT YOU MAY CONSIDER APPROPRIATE.

| Signature Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| BANK DEPOSIT ACCOUNTS | | | |
| ▮▮▮▮1827      MONOGRAM CHECKING | | 463,255.72 | 446,984.36 |
| RELATIONSHIP          TOTAL | | | 446,984.36 |

*Signature* | SIGNATURE BANK

```
                                        Statement Period
                                   From July    01, 2020
                                   To   July    31, 2020
                                   Page     2 of     2

                                   PRIVATE CLIENT GROUP 161
                                   565 FIFTH AVENUE
                                   NEW YORK, NY 10017
```

```
        NEW ENGLAND MOTOR FREIGHT INC. ET AL     8-161
        LIQUIDATING TRUST KEVIN CLANCY TRUSTEE
        EASTERN DISTRIBUTION RESERVE
        C/O COHNREZNICK LLP - 4 BECKER FARM ROAD
        ROSELAND NJ   07068                          See Back for Important Information
```

```
                                   Primary Account:    ████1827          0
```

MONOGRAM CHECKING              ████1827

Summary

| | | |
|---|---|---|
| Previous Balance as of July | 01, 2020 | 463,255.72 |
| 1 Debits | | 16,271.36 |
| Ending Balance as of   July | 31, 2020 | 446,984.36 |

Withdrawals and Other Debits

```
  Jul 31  OUTGOING WIRE                                                   16,271.36
          REF#  20200731B6B7261F001235
          TO:    VFS                          ABA:   021000089
          BANK: CITIBANK, N.A.           ACCT# ████4077
          OBI:  RE: New England Motor Freight, Inc. (Case No. 19-12809
          OBI:  ) Payment for Claim No. 1092 per Order docket 1027
          OBI:
```

Daily Balances

```
  Jun 30          463,255.72               Jul 31       446,984.36
```

Rates for this statement period - Overdraft
Jul 01, 2020   13.000000 %

**SIGNATURE BANK**

565 Fifth Avenue, 12th Floor
New York, NY 10017

```
                                        Statement Period
                                        From August   01, 2020
                                        To   August   31, 2020
                                        Page    1 of    2

                                        PRIVATE CLIENT GROUP 161
                                        565 FIFTH AVENUE
                                        NEW YORK, NY 10017


    NEW ENGLAND MOTOR FREIGHT INC. ET AL    8-161
    LIQUIDATING TRUST KEVIN CLANCY TRUSTEE
    EASTERN DISTRIBUTION RESERVE
    C/O COHNREZNICK LLP - 4 BECKER FARM ROAD
    ROSELAND NJ  07068                      See Back for Important Information


                                        Primary Account:    ████1827        0
```

AVOID BUSINESS E-MAIL FINANCIAL FRAUD! PLEASE VISIT THE "PRIVACY & SECURITY"
SECTION LOCATED UNDER THE "ABOUT US" HEADING AT WWW.SIGNATURENY.COM. SELECT
"BUSINESS E-MAIL COMPROMISE" TO READ THE RECENT NEWS FROM THE FEDERAL
BUREAU OF INVESTIGATION REGARDING FRAUD TARGETING BUSINESSES, INCLUDING
GUIDANCE ON WHAT YOU CAN DO TO REDUCE YOUR RISK OF BECOMING A VICTIM.
SIGNATURE BANK BELIEVES THAT THIS IS IMPORTANT NEWS TO SHARE WITH OUR
CLIENTS. WE ARE MAKING IT AVAILABLE TO YOU FOR YOUR INFORMATION AND ANY
ACTION THAT YOU MAY CONSIDER APPROPRIATE.

| Signature Relationship Summary | Opening Bal. | Closing Bal. |
|---|---|---|
| BANK DEPOSIT ACCOUNTS | | |
| ████1827    MONOGRAM CHECKING | 446,984.36 | 169,041.21 |
| RELATIONSHIP TOTAL | | 169,041.21 |

*Signature*  | SIGNATURE BANK

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

NEW ENGLAND MOTOR FREIGHT INC. ET AL     8-161
LIQUIDATING TRUST KEVIN CLANCY TRUSTEE
EASTERN DISTRIBUTION RESERVE
C/O COHNREZNICK LLP - 4 BECKER FARM ROAD
ROSELAND NJ  07068                              See Back for Important Information

Primary Account: █████1827          0

MONOGRAM CHECKING             █████1827

Summary

  Previous Balance as of August    01, 2020                                446,984.36
        1 Debits                                                           277,943.15
  Ending Balance as of    August    31, 2020                               169,041.21

Withdrawals and Other Debits
  Aug 25  ONLINE TRANSFER DR                                               277,943.15
          ONLINE XFR TO: XXXXXX1800

Daily Balances
  Jul 31        446,984.36              Aug 25        169,041.21

Rates for this statement period - Overdraft
Aug 01, 2020   13.000000 %

**SIGNATURE BANK**

565 Fifth Avenue, 12th Floor
New York, NY 10017

Statement Period
From September 01, 2020
To   September 30, 2020
Page      1 of     2

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

NEW ENGLAND MOTOR FREIGHT INC. ET AL     9-161
LIQUIDATING TRUST KEVIN CLANCY TRUSTEE
EASTERN DISTRIBUTION RESERVE
C/O COHNREZNICK LLP - 4 BECKER FARM ROAD
ROSELAND NJ   07068                        See Back for Important Information

Primary Account: ██████1827          3

AVOID BUSINESS E-MAIL FINANCIAL FRAUD! PLEASE VISIT THE "PRIVACY & SECURITY"
SECTION LOCATED UNDER THE "ABOUT US" HEADING AT WWW.SIGNATURENY.COM. SELECT
"BUSINESS E-MAIL COMPROMISE" TO READ THE RECENT NEWS FROM THE FEDERAL
BUREAU OF INVESTIGATION REGARDING FRAUD TARGETING BUSINESSES, INCLUDING
GUIDANCE ON WHAT YOU CAN DO TO REDUCE YOUR RISK OF BECOMING A VICTIM.
SIGNATURE BANK BELIEVES THAT THIS IS IMPORTANT NEWS TO SHARE WITH OUR
CLIENTS. WE ARE MAKING IT AVAILABLE TO YOU FOR YOUR INFORMATION AND ANY
ACTION THAT YOU MAY CONSIDER APPROPRIATE.

| Signature Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| BANK DEPOSIT ACCOUNTS | | | |
| ██████1827     MONOGRAM CHECKING | | 169,041.21 | 168,201.21 |
| RELATIONSHIP TOTAL | | | 168,201.21 |

SIGNATURE BANK

Statement Period
From September 01, 2020
To   September 30, 2020
Page      2 of      2

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

NEW ENGLAND MOTOR FREIGHT INC. ET AL     9-161
LIQUIDATING TRUST KEVIN CLANCY TRUSTEE
EASTERN DISTRIBUTION RESERVE
C/O COHNREZNICK LLP - 4 BECKER FARM ROAD
ROSELAND NJ   07068                          See Back for Important Information

Primary Account: ████1827          3

MONOGRAM CHECKING          ████1827


Summary

    Previous Balance as of September 01, 2020                    169,041.21
        3 Debits                                                     840.00
    Ending Balance as of   September 30, 2020                    168,201.21


Checks by Serial Number
    Sep 25      1001            108.00     Sep 28     1004            582.00
    Sep 23      1003 *          150.00

            * Indicates break in check sequence

Daily Balances
    Aug 31      169,041.21                 Sep 25     168,783.21
    Sep 23      168,891.21                 Sep 28     168,201.21

Rates for this statement period - Overdraft
Sep 01, 2020   13.000000 %

*Signature*

**SIGNATURE BANK**

565 Fifth Avenue, 12th Floor
New York, NY 10017

```
                                        Statement Period
                                    From July    01, 2020
                                    To   July    31, 2020
                                    Page    1 of    2

                                    PRIVATE CLIENT GROUP 161
                                    565 FIFTH AVENUE
                                    NEW YORK, NY 10017
```

```
        NEW ENGLAND MOTOR FREIGHT INC. ET AL    8-161
        LIQUIDATING TRUST KEVIN CLANCY TRUSTEE
        EASTERN DISPUTED CLAIMS RESERVE
        C/O COHNREZNICK LLP - 4 BECKER FARM ROAD
        ROSELAND NJ   07068                      See Back for Important Information
```

Primary Account: ▮▮▮▮1835        0

AVOID BUSINESS E-MAIL FINANCIAL FRAUD! PLEASE VISIT THE "PRIVACY & SECURITY"
SECTION LOCATED UNDER THE "ABOUT US" HEADING AT WWW.SIGNATURENY.COM. SELECT
"BUSINESS E-MAIL COMPROMISE" TO READ THE RECENT NEWS FROM THE FEDERAL
BUREAU OF INVESTIGATION REGARDING FRAUD TARGETING BUSINESSES, INCLUDING
GUIDANCE ON WHAT YOU CAN DO TO REDUCE YOUR RISK OF BECOMING A VICTIM.
SIGNATURE BANK BELIEVES THAT THIS IS IMPORTANT NEWS TO SHARE WITH OUR
CLIENTS. WE ARE MAKING IT AVAILABLE TO YOU FOR YOUR INFORMATION AND ANY
ACTION THAT YOU MAY CONSIDER APPROPRIATE.

| Signature Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| BANK DEPOSIT ACCOUNTS | | | |
| ▮▮▮1835    MONOGRAM CHECKING | | .00 | .00 |
| RELATIONSHIP        TOTAL | | | .00 |

SIGNATURE BANK

Statement Period
From July      01, 2020
To    July       31, 2020
Page     2 of     2

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

NEW ENGLAND MOTOR FREIGHT INC. ET AL     8-161
LIQUIDATING TRUST KEVIN CLANCY TRUSTEE
EASTERN DISPUTED CLAIMS RESERVE
C/O COHNREZNICK LLP - 4 BECKER FARM ROAD
ROSELAND NJ  07068                              See Back for Important Information

Primary Account: ██████1835          0

MONOGRAM CHECKING          ██████1835

Summary

  Previous Balance as of July      01, 2020                                      .00

  There was no deposit activity during this statement period

  Ending Balance as of   July      31, 2020                                      .00

Rates for this statement period - Overdraft
Jul 01, 2020   13.000000 %

# SIGNATURE BANK

565 Fifth Avenue, 12th Floor
New York, NY 10017

Statement Period
From August   01, 2020
To    August   31, 2020
Page      1 of      2

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

NEW ENGLAND MOTOR FREIGHT INC. ET AL     8-161
LIQUIDATING TRUST KEVIN CLANCY TRUSTEE
EASTERN DISPUTED CLAIMS RESERVE
C/O COHNREZNICK LLP - 4 BECKER FARM ROAD
ROSELAND NJ   07068                              See Back for Important Information

Primary Account: ████1835          0

AVOID BUSINESS E-MAIL FINANCIAL FRAUD! PLEASE VISIT THE "PRIVACY & SECURITY"
SECTION LOCATED UNDER THE "ABOUT US" HEADING AT WWW.SIGNATURENY.COM. SELECT
"BUSINESS E-MAIL COMPROMISE" TO READ THE RECENT NEWS FROM THE FEDERAL
BUREAU OF INVESTIGATION REGARDING FRAUD TARGETING BUSINESSES, INCLUDING
GUIDANCE ON WHAT YOU CAN DO TO REDUCE YOUR RISK OF BECOMING A VICTIM.
SIGNATURE BANK BELIEVES THAT THIS IS IMPORTANT NEWS TO SHARE WITH OUR
CLIENTS. WE ARE MAKING IT AVAILABLE TO YOU FOR YOUR INFORMATION AND ANY
ACTION THAT YOU MAY CONSIDER APPROPRIATE.

| Signature Relationship Summary | Opening Bal. | Closing Bal. |
| --- | --- | --- |
| BANK DEPOSIT ACCOUNTS | | |
| ████1835      MONOGRAM CHECKING | .00 | .00 |
| RELATIONSHIP TOTAL | | .00 |

*Signature* | SIGNATURE BANK

```
                                          Statement Period
                                    From August    01, 2020
                                    To    August   31, 2020
                                    Page    2 of      2

                                    PRIVATE CLIENT GROUP 161
                                    565 FIFTH AVENUE
                                    NEW YORK, NY 10017
```

```
        NEW ENGLAND MOTOR FREIGHT INC. ET AL     8-161
        LIQUIDATING TRUST KEVIN CLANCY TRUSTEE
        EASTERN DISPUTED CLAIMS RESERVE
        C/O COHNREZNICK LLP - 4 BECKER FARM ROAD
        ROSELAND NJ  07068                              See Back for Important Information
```

```
                                            Primary Account: ████1835         0
```

MONOGRAM CHECKING              ████1835


Summary

  Previous Balance as of August    01, 2020                                    .00

  There was no deposit activity during this statement period

  Ending Balance as of   August    31, 2020                                    .00


Rates for this statement period - Overdraft
Aug 01, 2020   13.000000 %

# SIGNATURE BANK

565 Fifth Avenue, 12th Floor
New York, NY 10017

Statement Period
From September 01, 2020
To   September 30, 2020
Page     1 of     2

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

NEW ENGLAND MOTOR FREIGHT INC. ET AL     8-161
LIQUIDATING TRUST KEVIN CLANCY TRUSTEE
EASTERN DISPUTED CLAIMS RESERVE
C/O COHNREZNICK LLP - 4 BECKER FARM ROAD
ROSELAND NJ   07068                          See Back for Important Information

Primary Account: ▉▉▉▉1835        0

AVOID BUSINESS E-MAIL FINANCIAL FRAUD! PLEASE VISIT THE "PRIVACY & SECURITY"
SECTION LOCATED UNDER THE "ABOUT US" HEADING AT WWW.SIGNATURENY.COM. SELECT
"BUSINESS E-MAIL COMPROMISE" TO READ THE RECENT NEWS FROM THE FEDERAL
BUREAU OF INVESTIGATION REGARDING FRAUD TARGETING BUSINESSES, INCLUDING
GUIDANCE ON WHAT YOU CAN DO TO REDUCE YOUR RISK OF BECOMING A VICTIM.
SIGNATURE BANK BELIEVES THAT THIS IS IMPORTANT NEWS TO SHARE WITH OUR
CLIENTS. WE ARE MAKING IT AVAILABLE TO YOU FOR YOUR INFORMATION AND ANY
ACTION THAT YOU MAY CONSIDER APPROPRIATE.

| Signature Relationship Summary | Opening Bal. | Closing Bal. |
| --- | --- | --- |
| BANK DEPOSIT ACCOUNTS | | |
| ▉▉▉▉1835     MONOGRAM CHECKING | .00 | .00 |
| RELATIONSHIP TOTAL | | .00 |

SIGNATURE BANK

Statement Period
From September 01, 2020
To    September 30, 2020
Page      2 of     2

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

NEW ENGLAND MOTOR FREIGHT INC. ET AL    8-161
LIQUIDATING TRUST KEVIN CLANCY TRUSTEE
EASTERN DISPUTED CLAIMS RESERVE
C/O COHNREZNICK LLP - 4 BECKER FARM ROAD
ROSELAND NJ   07068                         See Back for Important Information

Primary Account: ████1835          0

MONOGRAM CHECKING          ████1835


Summary

  Previous Balance as of September 01, 2020                                    .00

  There was no deposit activity during this statement period

  Ending Balance as of    September 30, 2020                                   .00


Rates for this statement period - Overdraft
Sep 01, 2020   13.000000 %