RIKER DANZIG SCHERER HYLAND & PERRETTI LLP
Joseph L. Schwartz, Esq. (JS-5525)
Headquarters Plaza, One Speedwell Avenue
Morristown, New Jersey 07962-1981
Telephone: (973) 538-0800
Facsimile: (973) 538-1984
jschwartz@riker.com

*Counsel to United States Fire Insurance Company*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| In re: | Chapter 11 |
|---|---|
| NEW ENGLAND MOTOR FREIGHT, INC., *et al*., | Case No. 19-12809 (JKS) |
| Debtor. | **CERTIFICATION OF SERVICE** |

1. I, Silva Dechoyan:

☐ represent the _____ in the above-captioned matter.

☒ am the secretary/paralegal for Joseph L. Schwartz, who is counsel to United States Fire Insurance Company in the above-captioned matter.

☐ am the _____ in the above case and am representing myself.

2. On November 9, 2020, I certify a copy of the following pleading and/or document to all parties who receive notices via Court's electronic filing system:

   (i) Objection of United States Fire Insurance Company to Motion of Creditors Melinda and Darrell Londos Seeking an Order Deeming Claim No. 1319 Timely Filed.

3. I further certify that on November 9, 2020, copies of the above-referenced pleading, was served via electronic mail on the following parties:

| | |
|---|---|
| Lowenstein Sandler, LLP<br>Joseph DiPasquale, Esq.<br>One Lowenstein Drive<br>Roseland, NJ 07086 | Peter D'Auria<br>US Department of Justice<br>Office of the United States Trustee<br>One Newark Center, Suite 2100<br>Newark, NJ 07102 |
| Law Office of Scott J. Goldstein, LLC<br>280 West Main Street<br>Denville, NJ 07834 | |

3.  I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: November 10, 2020                /s/ Silva Dechoyan
                                                                        Silva Dechoyan

5227205v1