# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC., *et al.*, | Case No. 19-12809 (JKS) |
| Debtors.[1] | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

| | |
|---|---|
| STATE OF NEW YORK | ) |
| | )  ss: |
| COUNTY OF KINGS | ) |

I, Winnie Yeung, declare:

1.    I am over the age of 18 years and not a party to these chapter 11 cases.

2.    I am employed by Donlin, Recano & Company, Inc., ("DRC"), 6201 15th Avenue, Brooklyn, NY 11219.

3.    On the 6th day of November, 2020, DRC, at my direction and under my supervision, caused to serve the "Notice of Liquidating Trustee's Third Omnibus Objection to Certain Auto Liability Claims" (Docket No. 1303), along with each of the Personalized Notice of Objection to indicate the name and address respective of the claimant's claim(s) subject to objection as set forth on Exhibit 1, via First Class U.S. Mail upon the parties as set forth on Exhibit 2, attached hereto.

4.    On the 6th day of November, 2020, DRC, at my direction and under my supervision, caused to serve the "Notice of Liquidating Trustee's Third Omnibus Objection to Certain Auto Liability Claims" (Docket No. 1303), via electronic mail upon the parties as set forth on Exhibit 3, and via First Class U.S. Mail upon the parties as set forth in Exhibit 4, attached hereto

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC (4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMF Logistics, LLC (4666).

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 10th day of November, 2020, Brooklyn, New York.

By _____
Winnie Yeung

Sworn before me this
10th day of November, 2020

_____
Notary Public

SUNG JAE KIM
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01KI6211176
MY COMM. EXP. SEPTEMBER 14, 2021

NEMF00234+235

.

# EXHIBIT 1

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: December 8, 2020 at 10:00 a.m. (ET)** **Objection Deadline: December 1, 2020 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:    ABEL TROCHEZ
       CRAIG ROSENSTEIN ESQ
       6200 BALTIMORE AVE# 400
       RIVERDALE, MD 20737

On November 5, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 1, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 8, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER                    NOTICE                    OR                    HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: December 8, 2020 at 10:00 a.m. (ET)**<br>**Objection Deadline: December 1, 2020 at 4:00 p.m. (ET** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:    ABEL TROCHEZ
       CIMINO LAW LLC
       ALYSSA A CIMINO
       376 HOLLYWOOD AVE
       FAIRFIELD, NJ 07004

On November 5, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
11/06/2020 207532305.1

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 1, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 8, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER                    NOTICE                    OR                    HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: December 8, 2020 at 10:00 a.m. (ET)**<br>**Objection Deadline: December 1, 2020 at 4:00 p.m. (ET** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:     ABH AND SM RELIABLE TRANSPORTATION LLC
        WILLIE MARKS
        251 W DEKALB PIKE E622
        KING OF PRUSSIA, PA 19406

On November 5, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
11/06/2020 207532305.1

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 1, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 8, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: December 8, 2020 at 10:00 a.m. (ET)** |
| | **Objection Deadline: December 1, 2020 at 4:00 p.m. (ET** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:    ABH AND SM RELIABLE TRANSPORTATION LLC
       LAW OFFICE OF ROBERT BRAVERMAN LLC
       1060 N KING HIGHWAY STE 333
       CHERRY HILL, NJ 08034

On November 5, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC (4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 1, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 8, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER                         NOTICE                         OR                         HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

<div align="center">

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

</div>

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>          Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: December 8, 2020 at 10:00 a.m. (ET)**<br>**Objection Deadline: December 1, 2020 at 4:00 p.m. (ET** |

<div align="center">

**NOTICE OF OBJECTION TO YOUR CLAIM**

</div>

TO:        AKILAH BALDWIN
             WEBER AND RUBANO LLC
             ROBERT J WEBER III
             401 CENTER ST
             WALLINGFORD, CT 06492

On November 5, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
11/06/2020 207532305.1

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 1, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 8, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER                    NOTICE                    OR                    HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | Case No.: 19-12809 (JKS) |
| | (Jointly Administered) |
| Debtors. | **Hearing Date: December 8, 2020 at 10:00 a.m. (ET)** |
| | **Objection Deadline: December 1, 2020 at 4:00 p.m. (ET** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:    ALLIED WORLD ASSURANCE CO
       NETWORK ADJUSTERS INC
       PO BOX 9035
       FARMINGDALE, NY 11735

On November 5, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
11/06/2020 207532305.1

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 1, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 8, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER                          NOTICE                          OR                          HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

<div align="center">

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

</div>

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: December 8, 2020 at 10:00 a.m. (ET)**<br>**Objection Deadline: December 1, 2020 at 4:00 p.m. (ET** |

<div align="center">

**NOTICE OF OBJECTION TO YOUR CLAIM**

</div>

TO:    ALLIED WORLD ASSURANCE CO
       SCOTT WHITMORE
       850 FULTON ST
       FARMINGDALE, NY 11735

On November 5, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
11/06/2020 207532305.1

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 1, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 8, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER                    NOTICE                    OR                    HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | Case No.: 19-12809 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Hearing Date: December 8, 2020 at 10:00 a.m. (ET)** |
| | **Objection Deadline: December 1, 2020 at 4:00 p.m. (ET** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:     ALLSTATE INSURANCE
         SECOND LOOK
         KIMBERLEY KACER
         360 MOTOR PKWY STE 500
         HAUPPAUGE, NY 11788

On November 5, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
11/06/2020 207532305.1

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 1, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 8, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER                              NOTICE                              OR                              HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

<div align="center">

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

</div>

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: December 8, 2020 at 10:00 a.m. (ET)**<br>**Objection Deadline: December 1, 2020 at 4:00 p.m. (ET** |

<div align="center">

**NOTICE OF OBJECTION TO YOUR CLAIM**

</div>

TO:    ALLSTATE INSURANCE A/S/O ANGELA ANTONUCCI
       LAW OFFICE OF JOHN TROP
       BRITTANY R USLANER ESQ
       73 MARKET ST
       STE 375
       YONKERS, NY 10710

On November 5, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 1, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 8, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER                    NOTICE                    OR                    HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

<div align="center">

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

</div>

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: December 8, 2020 at 10:00 a.m. (ET)** |
| | **Objection Deadline: December 1, 2020 at 4:00 p.m. (ET** |

<div align="center">

**NOTICE OF OBJECTION TO YOUR CLAIM**

</div>

TO:     ALPHONSO GILLIAM
        MARRONE LAW FIRM
        BRIAN MARCHESE
        200 S BROAD ST STE 400
        PHILADELPHIA, PA 19102

On November 5, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 1, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 8, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER                         NOTICE                         OR                         HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: December 8, 2020 at 10:00 a.m. (ET)** |
| | **Objection Deadline: December 1, 2020 at 4:00 p.m. (ET** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:     AMERICAN EUROPEAN INSURANCE GROUP
        DEBORAH KING
        2250 CHAPEL AVE WEST STE 200
        CHERRY HILL, NJ 08002

On November 5, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
11/06/2020 207532305.1

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 1, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 8, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER                      NOTICE                  OR                      HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: December 8, 2020 at 10:00 a.m. (ET)** **Objection Deadline: December 1, 2020 at 4:00 p.m. (ET** |

### NOTICE OF OBJECTION TO YOUR CLAIM

TO:     AMERICAN TRANSIT INSURANCE CO
        AYESHA LEACH
        ONE METROTECH CTR 7TH FL
        BROOKLYN, NY 11201

On November 5, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 1, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 8, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER                          NOTICE                          OR                          HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: December 8, 2020 at 10:00 a.m. (ET)** **Objection Deadline: December 1, 2020 at 4:00 p.m. (ET** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:     ANDRES L MOSQUEIRA
        LAW OFFICES OF RICHARD A GREIFINGER
        ALFRED GIANNELLA JR
        17 ACADEMY ST STE 900
        NEWARK, NJ 07102

On November 5, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
11/06/2020 207532305.1

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 1, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 8, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER                    NOTICE                    OR                    HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

<div align="center">

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

</div>

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: December 8, 2020 at 10:00 a.m. (ET)** |
| | **Objection Deadline: December 1, 2020 at 4:00 p.m. (ET** |

<div align="center">

**NOTICE OF OBJECTION TO YOUR CLAIM**

</div>

TO:    ANGELA EVANS INDIVIDUALLY AND AS PARENT AND
NATURAL GUARDIAN OF EMILY EVANS AN INFANT
MAYNARD OCONNOR SMITH AND CATALINOTTO LLP
JUSTIN W GRAY ESQ
6 TOWER PL
ALBANY, NY 12203

On November 5, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
11/06/2020 207532305.1

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 1, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 8, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER                    NOTICE                    OR                    HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: December 8, 2020 at 10:00 a.m. (ET)** |
| | **Objection Deadline: December 1, 2020 at 4:00 p.m. (ET** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:    ANN AND HOPE INC
       MARIA CORREIA
       1 ANN & HOPE WAY
       CUMBERLAND, RI 02864-6918

On November 5, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 1, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 8, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER                    NOTICE                    OR                    HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: December 8, 2020 at 10:00 a.m. (ET)**<br>**Objection Deadline: December 1, 2020 at 4:00 p.m. (ET** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:      ANTHONY MCNEIL
         BUTTAFUOCO AND ASSOCIATES PLLC
         DANIEL P BUTTAFUOCO
         144 WOODBURY RD
         WOODBURY, NY 11797

On November 5, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
11/06/2020 207532305.1

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 1, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 8, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER                           NOTICE                 OR                           HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: December 8, 2020 at 10:00 a.m. (ET)** |
| | **Objection Deadline: December 1, 2020 at 4:00 p.m. (ET** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:     ANTONIO TEVES
        LAW OFFICE OF COLONNA AND DOYLE
        WILLIAM P DOYLE III
        26 MAIN ST 3RD FL
        LYNNFIELD, MA 01940

On November 5, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 1, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 8, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER                        NOTICE                        OR                        HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | Case No.: 19-12809 (JKS) |
|  | (Jointly Administered) |
| Debtors. | **Hearing Date: December 8, 2020 at 10:00 a.m. (ET)** |
|  | **Objection Deadline: December 1, 2020 at 4:00 p.m. (ET** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:      BD CARRIERS LLC
         PATSY ISAAC
         24 SUNSET CIR
         E WING, KY 41039

On November 5, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
11/06/2020 207532305.1

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 1, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 8, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER                           NOTICE                        OR                        HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: December 8, 2020 at 10:00 a.m. (ET)** |
| | **Objection Deadline: December 1, 2020 at 4:00 p.m. (ET** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:    BENEDICTO SORTO
       JUSTIN W GRAY
       MAYNARD OCONNOR SMITH AND CATALINOTTO LLP
       6 TOWER PL
       ALBANY, NY 12203

On November 5, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 1, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 8, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER                          NOTICE                          OR                          HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: December 8, 2020 at 10:00 a.m. (ET)** **Objection Deadline: December 1, 2020 at 4:00 p.m. (ET** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:    BENTLEY SAMUELS
       WALLERSTEIN AND ASSOCIATES PC
       HEDVA WELLERSTEIN ESQ
       60 45 ELIOT AVE
       MASPETH, NY 11378

On November 5, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
11/06/2020 207532305.1

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 1, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 8, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER                      NOTICE                      OR                      HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: December 8, 2020 at 10:00 a.m. (ET)** **Objection Deadline: December 1, 2020 at 4:00 p.m. (ET** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:      BETHANY HELLER
         150 SOUTH SIXTY ST
         LEHIGHTON, PA 18235

On November 5, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
11/06/2020 207532305.1

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 1, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 8, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER                 NOTICE                 OR                 HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

<div align="center">

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

</div>

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: December 8, 2020 at 10:00 a.m. (ET)**<br>**Objection Deadline: December 1, 2020 at 4:00 p.m. (ET** |

<div align="center">

**NOTICE OF OBJECTION TO YOUR CLAIM**

</div>

TO:      BETHANY HELLER
         MUNLEY LAW PC
         227 PENN AVE
         SCRANTON, PA 18503

On November 5, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 1, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 8, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER                NOTICE                OR                HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: December 8, 2020 at 10:00 a.m. (ET)** <br> **Objection Deadline: December 1, 2020 at 4:00 p.m. (ET** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:        BETTY A GIBBONS
           1 ALLEN CT
           MOUNTAINTOP, PA 18707-1263

On November 5, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
11/06/2020 207532305.1

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 1, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 8, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER                    NOTICE                    OR                    HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

<div align="center">

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

</div>

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: December 8, 2020 at 10:00 a.m. (ET)**<br>**Objection Deadline: December 1, 2020 at 4:00 p.m. (ET** |

<div align="center">

**NOTICE OF OBJECTION TO YOUR CLAIM**

</div>

TO:    BRIANNA MAYES
       WEBER AND RUBANO LLC
       ROBERT J WEBER III
       401 CENTER ST
       WALLINGFORD, CT 06492

On November 5, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 1, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 8, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER                       NOTICE                       OR                       HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: December 8, 2020 at 10:00 a.m. (ET)** <br> **Objection Deadline: December 1, 2020 at 4:00 p.m. (ET** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:      BRIDGET LAVELLE
          583 INDIAN RUN DR
          HUMMELSTOWN, PA 17036

On November 5, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
11/06/2020 207532305.1

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 1, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 8, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER                          NOTICE                          OR                          HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>          Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: December 8, 2020 at 10:00 a.m. (ET)**<br>**Objection Deadline: December 1, 2020 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:    BRITTANY WARREN
PARKER WAICHMAN LLP
DENNY TANG
6 HARBOR PK DR
PORT WASHINGTON, NY 11050

On November 5, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
11/06/2020 207532305.1

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 1, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 8, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER                    NOTICE                    OR                    HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

<div align="center">

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

</div>

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | Case No.: 19-12809 (JKS) |
| | (Jointly Administered) |
| Debtors. | **Hearing Date: December 8, 2020 at 10:00 a.m. (ET)**<br>**Objection Deadline: December 1, 2020 at 4:00 p.m. (ET** |

<div align="center">

**NOTICE OF OBJECTION TO YOUR CLAIM**

</div>

TO:    BYRON E NAJERA OSORIO
CRAIG A ROSENSTEIN
6200 BALTIMORE AVE # 400
RIVERDALE, MD 20737

On November 5, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 1, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 8, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER                    NOTICE                    OR                    HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: December 8, 2020 at 10:00 a.m. (ET)**<br>**Objection Deadline: December 1, 2020 at 4:00 p.m. (ET** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:    BYRON E NAJERA OSORIO
        CIMINO LAW LLC
        ALYSSA A CIMINO
        376 HOLLYWOOD AVE
        FAIRFIELD, NJ 07004

On November 5, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 1, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 8, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER                 NOTICE                 OR                 HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: December 8, 2020 at 10:00 a.m. (ET)** **Objection Deadline: December 1, 2020 at 4:00 p.m. (ET** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:    CAPITAL AUTO GLASS INC
       BRIAN KLEMZ
       4270 WERTZVILLE RD
       ENOLA, PA 17025

On November 5, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
11/06/2020 207532305.1

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 1, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 8, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER                          NOTICE                          OR                          HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: December 8, 2020 at 10:00 a.m. (ET)** |
| | **Objection Deadline: December 1, 2020 at 4:00 p.m. (ET** |

### NOTICE OF OBJECTION TO YOUR CLAIM

TO:     CARLOS AREVALO
        TROLMAN GLASER CIRKETAND LICHTMAN
        DENNIS BELLOVIN ESQ
        747 THIRD AVE
        NEW YORK, NY 10017

On November 5, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 1, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 8, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER                    NOTICE                    OR                    HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

<div align="center">

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

</div>

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: December 8, 2020 at 10:00 a.m. (ET)** |
| | **Objection Deadline: December 1, 2020 at 4:00 p.m. (ET** |

<div align="center">

**NOTICE OF OBJECTION TO YOUR CLAIM**

</div>

TO:      CARLOS CRUZ
         BRIAN J LEVY AND ASSOCIATES PC
         KRISTEN MACCHIO
         303 JACKSON AVE
         SYOSSET, NY 11791

On November 5, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
11/06/2020 207532305.1

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 1, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 8, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER                          NOTICE                     OR                          HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

<div align="center">

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

</div>

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: December 8, 2020 at 10:00 a.m. (ET)**<br>**Objection Deadline: December 1, 2020 at 4:00 p.m. (ET** |

<div align="center">

**NOTICE OF OBJECTION TO YOUR CLAIM**

</div>

TO:    CARLOS DIAZ
       HARMON LINDER AND ROGOWSKY
       MARK J LINDER ESQ
       3 PARK AVE
       STE 2300
       NEW YORK, NY 10016

On November 5, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
11/06/2020 207532305.1

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 1, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 8, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER                    NOTICE                    OR                    HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

<div align="center">

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

</div>

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: December 8, 2020 at 10:00 a.m. (ET)**<br>**Objection Deadline: December 1, 2020 at 4:00 p.m. (ET** |

<div align="center">

**NOTICE OF OBJECTION TO YOUR CLAIM**

</div>

TO:      CENTRAL MUTUAL INS CO ASO THE WARRENSBURG
        MANAGEMENT CORP DBA
        ROBERTS TOWING AND RECOVERY SERVICE
        LAW OFFICE OF PAUL SCHOFIELD
        850 WEST CHESTER PIKE SUITE 205
        HAVERTOWN, PA 19083

On November 5, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
11/06/2020 207532305.1

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 1, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 8, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER                    NOTICE                    OR                    HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| | |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | Case No.: 19-12809 (JKS) |
| | (Jointly Administered) |
| Debtors. | |
| | **Hearing Date: December 8, 2020 at 10:00 a.m. (ET)** |
| | **Objection Deadline: December 1, 2020 at 4:00 p.m. (ET** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:     CESAR URAGA
        BRAD S RUSH ESQUIRE
        KOVLER AND RUSH PC
        216 HADDON AVE STE 506
        WESTMONT, NJ 08108

On November 5, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
11/06/2020 207532305.1

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 1, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 8, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER                    NOTICE                    OR                    HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: December 8, 2020 at 10:00 a.m. (ET)** |
| | **Objection Deadline: December 1, 2020 at 4:00 p.m. (ET** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:    CHIRAG SUTHA
       GRIFFITH LAW PLLC
       CHRISTOPHER COYNE
       256 SEABOARD LN
       FRANKLIN, TN 37067

On November 5, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 1, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 8, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER                         NOTICE                         OR                         HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC,<br>et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: December 8, 2020 at 10:00 a.m. (ET)**<br>**Objection Deadline: December 1, 2020 at 4:00 p.m. (ET** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:    CHRIS ABRAMS
        LAW OFFICE OF DONALD WERNER
        744 BROAD ST STE 522
        NEWARK, NJ 07102

On November 5, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
11/06/2020 207532305.1

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 1, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 8, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER                     NOTICE                     OR                     HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | Case No.: 19-12809 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Hearing Date: December 8, 2020 at 10:00 a.m. (ET)** <br> **Objection Deadline: December 1, 2020 at 4:00 p.m. (ET** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:    CLASSIC CARRIERS INC
       TIM SUBLER
       151 INDUSTRIAL PKWY
       VERSAILLES, OH 45380

On November 5, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 1, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 8, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER                    NOTICE                    OR                    HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: December 8, 2020 at 10:00 a.m. (ET)** |
| | **Objection Deadline: December 1, 2020 at 4:00 p.m. (ET** |

### NOTICE OF OBJECTION TO YOUR CLAIM

TO:     COMMERCE INS ASO CHRISTOPHER J
        ROSSI
        KIMBERLY L HACHEY
        11 GORE RD
        WEBSTER, MA 01570

On November 5, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 1, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 8, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER                    NOTICE                    OR                    HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: December 8, 2020 at 10:00 a.m. (ET)** **Objection Deadline: December 1, 2020 at 4:00 p.m. (ET** |

### NOTICE OF OBJECTION TO YOUR CLAIM

TO:    COMMERCIAL TRUCK CLAIMS MGMT
       ASO BD CARRIERS LLC
       ROBIN M BEARD
       PO BOX 1000
       GRAIN VALLEY, MO 64029

On November 5, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 1, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 8, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER                     NOTICE                     OR                     HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

<div align="center">

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

</div>

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: December 8, 2020 at 10:00 a.m. (ET)**<br>**Objection Deadline: December 1, 2020 at 4:00 p.m. (ET** |

<div align="center">

**NOTICE OF OBJECTION TO YOUR CLAIM**

</div>

TO:      CONSOLIDATED EDISON CO OF NEW YORK INC
GOTTLIEB OSTRAGER LLP
WARREN S GOTTLIEB ESQ
333 WESTCHESTER AVE
STE S2205
WHITE PLAINS, NY 10604

On November 5, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
11/06/2020 207532305.1

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 1, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 8, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER                NOTICE                OR                HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>       Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: December 8, 2020 at 10:00 a.m. (ET)**<br>**Objection Deadline: December 1, 2020 at 4:00 p.m. (ET** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:     CONSOLIDATED EDISON CO OF NEW YORK INC
           LATISHA BROWN
           4 IRVING PLACE RM 1875-S
           NEW YORK, NY 10003

On November 5, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
11/06/2020 207532305.1

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 1, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 8, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER                     NOTICE                     OR                     HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | Case No.: 19-12809 (JKS) |
| | (Jointly Administered) |
| Debtors. | **Hearing Date: December 8, 2020 at 10:00 a.m. (ET)**<br>**Objection Deadline: December 1, 2020 at 4:00 p.m. (ET** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:    COUNTRYWIDE INSURANCE COMPANY
       JAFFE & VELASQUEZ LLP
       40 WALL STREET 12TH FLOOR
       NEW YORK, NY 10005

On November 5, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
11/06/2020 207532305.1

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 1, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 8, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER                          NOTICE                          OR                          HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

<div align="center">

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

</div>

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>             Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: December 8, 2020 at 10:00 a.m. (ET)**<br>**Objection Deadline: December 1, 2020 at 4:00 p.m. (ET** |

<div align="center">

**NOTICE OF OBJECTION TO YOUR CLAIM**

</div>

TO:      DANIEL RINALDI
          MAYNARD OCONNOR SMITH AND CATALINOTTO LLP
          JUSTIN W GRAY
          6 TOWER PL
          ALBANY, NY 12203

On November 5, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 1, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 8, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER                    NOTICE                    OR                    HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | Case No.: 19-12809 (JKS) |
| | (Jointly Administered) |
| Debtors. | **Hearing Date: December 8, 2020 at 10:00 a.m. (ET)** |
| | **Objection Deadline: December 1, 2020 at 4:00 p.m. (ET** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:       DANIEL T MURTHA
          MAYNARD OCONNOR SMITH AND CATALINOTTO LLP
          JUSTIN W GRAY ESQ
          6 TOWER PL
          ALBANY, NY 12203

On November 5, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
11/06/2020 207532305.1

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 1, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 8, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | Case No.: 19-12809 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Hearing Date: December 8, 2020 at 10:00 a.m. (ET)** <br> **Objection Deadline: December 1, 2020 at 4:00 p.m. (ET** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:    DARYL MARTIN AND KIM MARTIN
        MCMANIMON SCOTLAND & BAUMANN LLC
        75 LIVINGSTON AVE 2ND FLOOR
        ROSELAND, NJ 07068

On November 5, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 1, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 8, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER                    NOTICE                    OR                    HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC,<br>et al.[1]<br><br>        Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: December 8, 2020 at 10:00 a.m. (ET)**<br>**Objection Deadline: December 1, 2020 at 4:00 p.m. (ET** |

**NOTICE OF OBJECTION TO YOUR CLAIM**

TO:     DEBRA PASTRANA
        ATTORNEY FOR PLAINTIFF
        BRIAN J MONGELLUZZO
        1336 WEST MAIN ST
        SUITE 1B
        WATERBURY, CT 06708

On November 5, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
11/06/2020 207532305.1

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 1, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 8, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER                    NOTICE                    OR                    HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC,<br>et al.[1]<br><br>           Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: December 8, 2020 at 10:00 a.m. (ET)**<br>**Objection Deadline: December 1, 2020 at 4:00 p.m. (ET** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:        DIANE HUBBARD
           41 NELSON DR
           EXETER, RI 02822

On November 5, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
11/06/2020 207532305.1

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 1, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 8, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

<div align="center">

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

</div>

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | Case No.: 19-12809 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Hearing Date: December 8, 2020 at 10:00 a.m. (ET)**<br>**Objection Deadline: December 1, 2020 at 4:00 p.m. (ET** |

<div align="center">

**NOTICE OF OBJECTION TO YOUR CLAIM**

</div>

TO:     DIANE HUBBARD
,

On November 5, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
11/06/2020 207532305.1

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 1, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 8, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER                         NOTICE                    OR                        HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| In re: | Chapter 11 |
|  | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: December 8, 2020 at 10:00 a.m. (ET)** |
|  | **Objection Deadline: December 1, 2020 at 4:00 p.m. (ET** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:     DONNA L COLAJEZZI
        43 E ROLLING GREEN DR
        BOX 15
        FALL RIVER, MA 02720

On November 5, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
11/06/2020 207532305.1

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 1, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 8, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER                    NOTICE                    OR                    HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: December 8, 2020 at 10:00 a.m. (ET)**<br>**Objection Deadline: December 1, 2020 at 4:00 p.m. (ET** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:     ELITE ENVELOPE AND GRAPHICS INC
        DAVID THERIAULT
        280 POND ST
        RANDOLPH, MA 02368

On November 5, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
11/06/2020 207532305.1

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 1, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 8, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER                          NOTICE                          OR                          HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | Case No.: 19-12809 (JKS) |
| | (Jointly Administered) |
| Debtors. | **Hearing Date: December 8, 2020 at 10:00 a.m. (ET)** <br> **Objection Deadline: December 1, 2020 at 4:00 p.m. (ET** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:     EMPIRE INTERNATIONAL
          ROSS AND SUCHOFF LLC
          BRIAN SUCHOFF
          343 MILLBURN AVE SUITE 300
          MILLBURN, NJ 07041

On November 5, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 1, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 8, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER                    NOTICE                    OR                    HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

<div align="center">

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

</div>

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | Case No.: 19-12809 (JKS) |
| | (Jointly Administered) |
| Debtors. | **Hearing Date: December 8, 2020 at 10:00 a.m. (ET)**<br>**Objection Deadline: December 1, 2020 at 4:00 p.m. (ET** |

<div align="center">

**NOTICE OF OBJECTION TO YOUR CLAIM**

</div>

TO:   EMPLOYERS MUTUAL CASUALTY CO
EMC INSURANCE COMPANIES
SUBRO DEPT
PO BOX 712
DES MOINES, IA 50306-0712

On November 5, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
11/06/2020 207532305.1

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 1, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 8, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER                    NOTICE                    OR                    HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: December 8, 2020 at 10:00 a.m. (ET)**<br>**Objection Deadline: December 1, 2020 at 4:00 p.m. (ET** |

### NOTICE OF OBJECTION TO YOUR CLAIM

TO:        ERIE INSURANCE EXCHANGE
            SECOND LOOK INC
            360 MOTOR PKWY STE 500
            HAUPPAUGE, NY 11788

On November 5, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
11/06/2020 207532305.1

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 1, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 8, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER                     NOTICE                     OR                     HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC,<br>et al.[1]<br><br>          Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: December 8, 2020 at 10:00 a.m. (ET)**<br>**Objection Deadline: December 1, 2020 at 4:00 p.m. (ET** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:     ESMERELDA RAMIREZ
         HECHT KLEEGER AND DAMASHEK PC
         19 WEST 44TH ST
         SUITE #1500
         NEW YORK, NY 10036

On November 5, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which
may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are
as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport,
Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar,
LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and
NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus
Objection.

36527/3
11/06/2020 207532305.1

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 1, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 8, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER                          NOTICE                          OR                          HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

<div align="center">

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

</div>

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: December 8, 2020 at 10:00 a.m. (ET)** |
| | **Objection Deadline: December 1, 2020 at 4:00 p.m. (ET** |

<div align="center">

**NOTICE OF OBJECTION TO YOUR CLAIM**

</div>

TO:     FELICIA GRASSIE
        KRISTEN A BARNES
        KENNEY AND CONLEY PC
        100 GRANDVIEW RD STE 218
        PO BOX 9139
        BRAINTREE, MA 02185-9139

On November 5, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
11/06/2020 207532305.1

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 1, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 8, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

<div align="center">

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

</div>

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: December 8, 2020 at 10:00 a.m. (ET)**<br>**Objection Deadline: December 1, 2020 at 4:00 p.m. (ET** |

<div align="center">

**NOTICE OF OBJECTION TO YOUR CLAIM**

</div>

TO:    FIRST TRANSIT INC VILNEUVE MESINE
       ATTORNEY FOR THE PLAINTIFF PARK
       FORAN AND FORAN PA
       6301 IVY LN STE 600
       GREENBELT, MD 20770

On November 5, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
11/06/2020 207532305.1

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 1, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 8, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER                    NOTICE                    OR                    HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

<div align="center">

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

</div>

|  |  |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC,<br>et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: December 8, 2020 at 10:00 a.m. (ET)**<br>**Objection Deadline: December 1, 2020 at 4:00 p.m. (ET** |

<div align="center">

**NOTICE OF OBJECTION TO YOUR CLAIM**

</div>

TO:    FRANCIS BECK AND KIMBERLY BECK
       HANDLER HENNING AND ROSENBERG
       ANDREW C SPEARS
       1300 LINGLESTOWN RD SUITE 2
       HARRISBURG, PA 17110

On November 5, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which
may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are
as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport,
Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar,
LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and
NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus
Objection.

36527/3
11/06/2020 207532305.1

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 1, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 8, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER                    NOTICE                    OR                    HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: December 8, 2020 at 10:00 a.m. (ET)** |
| | **Objection Deadline: December 1, 2020 at 4:00 p.m. (ET** |

### NOTICE OF OBJECTION TO YOUR CLAIM

TO:     FREDDIE CARROLL
         RAYMOND W FERRARIO PC
         SCRANTON LIFE BUILDING
         538 SPRUCE ST STE 528
         SCRANTON, PA 18503

On November 5, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 1, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 8, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER                    NOTICE                    OR                    HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: December 8, 2020 at 10:00 a.m. (ET)**<br>**Objection Deadline: December 1, 2020 at 4:00 p.m. (ET** |

### NOTICE OF OBJECTION TO YOUR CLAIM

TO:    GEICO
       ALLIED RECOVERY SOLUTIONS
       PO BOX 1011
       PORT JEFFERSON STATIONS, NY 11776

On November 5, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
11/06/2020 207532305.1

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 1, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 8, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER                        NOTICE                   OR                        HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | Hearing Date: December 8, 2020 at 10:00 a.m. (ET) Objection Deadline: December 1, 2020 at 4:00 p.m. (ET |

### NOTICE OF OBJECTION TO YOUR CLAIM

TO:      GEICO
WILLIAM HAHN ESQ
TANGO DICKINSON LORENZO MCDERMOTT AND MCGEE
PO BOX 192
75 MAIN ST
MILLBURN, NJ 07041

On November 5, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
11/06/2020 207532305.1

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 1, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 8, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER                        NOTICE                        OR                        HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

<div align="center">

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

</div>

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | Case No.: 19-12809 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Hearing Date: December 8, 2020 at 10:00 a.m. (ET)**<br>**Objection Deadline: December 1, 2020 at 4:00 p.m. (ET** |

<div align="center">

**NOTICE OF OBJECTION TO YOUR CLAIM**

</div>

TO:     GEICO
        MARC GOLDBERG ESQ ATTORNEY LAW OFFICES
        OF RICKY J LUCYK EMPLOYEES OF GEICO INSURANCE
        2 HUNTINGTON QUADRANGLE STE 2N01
        MELVILLE, NY 11747

On November 5, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
11/06/2020 207532305.1

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 1, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 8, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER                          NOTICE                          OR                          HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: December 8, 2020 at 10:00 a.m. (ET)**<br>**Objection Deadline: December 1, 2020 at 4:00 p.m. (ET** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:     GEICO A/S/O KENNETH FERSCH
        GEICO IN-HOUSE STAFF COUNSEL
        LAW OFFICE OF DENNIS MCMANUS
        433 S MAIN ST STE 307
        W HARTFORD, CT 06110

On November 5, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
11/06/2020 207532305.1

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 1, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 8, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: December 8, 2020 at 10:00 a.m. (ET)** |
| | **Objection Deadline: December 1, 2020 at 4:00 p.m. (ET** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:    GEICO ASO CARLOS DIAZ
       WILLIAM HAHN ESQ
       75 MAIN ST
       PO BOX 192
       MILLBURN, NJ 07041

On November 5, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 1, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 8, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER                    NOTICE                    OR                    HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

<div align="center">

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

</div>

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: December 8, 2020 at 10:00 a.m. (ET)**<br>**Objection Deadline: December 1, 2020 at 4:00 p.m. (ET** |

<div align="center">

**NOTICE OF OBJECTION TO YOUR CLAIM**

</div>

TO:     GEICO ASO DARRELL E LONDOS
        REGION 1 CLAIMS
        PAM MILLER
        PO BOX 9505
        FREDERICKSBURG, VA 22403

On November 5, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
11/06/2020 207532305.1

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 1, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 8, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER                    NOTICE                    OR                    HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

<div align="center">

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

</div>

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: December 8, 2020 at 10:00 a.m. (ET)**<br>**Objection Deadline: December 1, 2020 at 4:00 p.m. (ET** |

<div align="center">

**NOTICE OF OBJECTION TO YOUR CLAIM**

</div>

TO:      GEICO ASO DARRELL E LONDOS
         PAM MILLER
         1 GEICO BLVD
         FREDERICKSBURG, VA 22412

On November 5, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
11/06/2020 207532305.1

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 1, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 8, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER                    NOTICE                    OR                    HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

<div align="center">

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

</div>

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC,<br>et al.[1]<br><br>      Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: December 8, 2020 at 10:00 a.m. (ET)**<br>**Objection Deadline: December 1, 2020 at 4:00 p.m. (ET** |

<div align="center">

**NOTICE OF OBJECTION TO YOUR CLAIM**

</div>

TO:      GEICO ASO MICHAEL SINGLEY
             WILLIAM HAHN ESQ
             PO BOX 192
             75 MAIN ST
             MILLBURN, NJ 07041

On November 5, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 1, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 8, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER                         NOTICE                         OR                         HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

<div align="center">

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

</div>

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: December 8, 2020 at 10:00 a.m. (ET)**<br>**Objection Deadline: December 1, 2020 at 4:00 p.m. (ET** |

<div align="center">

**NOTICE OF OBJECTION TO YOUR CLAIM**

</div>

TO:        GEICO GENERAL INSURANCE CO
           ASO MARTIN DALY & KAREN DALY
           LAW OFFICE OF RICKY LUCYK
           2 HUNTINGTON QUADRANGLE
           STE 2N01
           MELVILLE, NY 11747

On November 5, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 1, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 8, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER                    NOTICE                    OR                    HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC,<br>et al.[1]<br><br>          Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: December 8, 2020 at 10:00 a.m. (ET)**<br>**Objection Deadline: December 1, 2020 at 4:00 p.m. (ET** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:    GEICO GENERAL INSURANCE CO
        ASO M DALY AND K DALY
        LAW OFFICES OF RICKY J LUCYK
        2 HUNTINGTON QUADRANGLE STE 2N01
        MELVILLE, NY 11747

On November 5, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
11/06/2020 207532305.1

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 1, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 8, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER                    NOTICE                    OR                    HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | Case No.: 19-12809 (JKS) |
| | (Jointly Administered) |
| Debtors. | **Hearing Date: December 8, 2020 at 10:00 a.m. (ET)** |
| | **Objection Deadline: December 1, 2020 at 4:00 p.m. (ET** |

### NOTICE OF OBJECTION TO YOUR CLAIM

TO:    GEICO GENERAL INSURANCE CO
       ASO COURTNEY DITTMAR
       LAW OFFICES OF RICKY JLUCYK
       2 HUNTINGTON QUADRANGLE STE 2N01
       MELVILLE, NY 11747

On November 5, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
11/06/2020 207532305.1

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 1, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 8, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER                NOTICE                OR                HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: December 8, 2020 at 10:00 a.m. (ET)** |
| | **Objection Deadline: December 1, 2020 at 4:00 p.m. (ET** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:      GEICO GENERAL INSURANCE CO
         ASO JOHN GARZILLO
         LAW OFFICES OF RICKY JLUCYK
         2 HUNTINGTON QUADRANGLE STE 2N01
         MELVILLE, NY 11747

On November 5, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
11/06/2020 207532305.1

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 1, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 8, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER                         NOTICE                  OR                       HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: December 8, 2020 at 10:00 a.m. (ET)** |
| | **Objection Deadline: December 1, 2020 at 4:00 p.m. (ET** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:     GEICO INSURANCE CO
        ASO ANH HUE DIEC
        LAW OFFICES OF RICKY JLUCYK
        2 HUNTINGTON QUADRANGLE
        STE 2N01
        MELVILLE, NY 11747

On November 5, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 1, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 8, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER                         NOTICE                         OR                         HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: December 8, 2020 at 10:00 a.m. (ET)**<br>**Objection Deadline: December 1, 2020 at 4:00 p.m. (ET** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:     GEICO INSURANCE CO ASO ANNAMARIA MAIAKIS
        LAW OFFICES OF RICKY JLUCYK
        KATHLEEN A GARVESON ESQ
        2 HUNTINGTON QUADRANGLE
        STE 2N01
        MELVILLE, NY 11747

On November 5, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
11/06/2020 207532305.1

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 1, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 8, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER                    NOTICE                    OR                    HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: December 8, 2020 at 10:00 a.m. (ET)**<br>**Objection Deadline: December 1, 2020 at 4:00 p.m. (ET** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:    HOWARD BRIGGS
       6 BICENTENNIAL WAY
       N. PROVIDENCE, RI 02911

On November 5, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 1, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 8, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER                      NOTICE                 OR                      HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: December 8, 2020 at 10:00 a.m. (ET)**<br>**Objection Deadline: December 1, 2020 at 4:00 p.m. (ET** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:   IH AH AH ALL MINORS
      VITAL AND VITAL LC
      MATHEW R OLIVER ESQ
      536 FIFTH AVE
      HUNTINGTON, WV 25701

On November 5, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 1, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 8, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER                   NOTICE                   OR                   HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

<div align="center">

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

</div>

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: December 8, 2020 at 10:00 a.m. (ET)** **Objection Deadline: December 1, 2020 at 4:00 p.m. (ET** |

<div align="center">

**NOTICE OF OBJECTION TO YOUR CLAIM**

</div>

TO:       JACLYN PULLUM ET AL
          CO JAMES J FRANKLIN
          MCNEES WALLACE AND NURICK LLC
          100 PINE ST
          PO BOX 1166
          HARRISBURG, PA 17108-1166

On November 5, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
11/06/2020 207532305.1

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 1, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 8, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER                    NOTICE                    OR                    HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: December 8, 2020 at 10:00 a.m. (ET)** **Objection Deadline: December 1, 2020 at 4:00 p.m. (ET** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:     JALIL WALTERS AND RASHEEDA CARTER
        MCMANIMON SCOTLAND AND BAUMANN LLC
        75 LIVINGSTON AVE 2ND FL
        ROSELAND, NJ 07068

On November 5, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 1, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 8, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER                    NOTICE                    OR                    HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: December 8, 2020 at 10:00 a.m. (ET)** |
| | **Objection Deadline: December 1, 2020 at 4:00 p.m. (ET** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:  JAMIE MAGARIAN
     MIRICK O'CONNELL ET AL
     EDWARD C BASSETT JR
     1800 WEST PK DR STE 400
     WESTBOROUGH, MA 01581-3926

On November 5, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 1, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 8, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER                    NOTICE                    OR                    HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | Case No.: 19-12809 (JKS) |
| | (Jointly Administered) |
| Debtors. | **Hearing Date: December 8, 2020 at 10:00 a.m. (ET)** |
| | **Objection Deadline: December 1, 2020 at 4:00 p.m. (ET** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:    JAMIE MAGARIAN
       4 BRANDYWINE DR
       BELCHERTOWN, MA 01007

On November 5, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
11/06/2020 207532305.1

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 1, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 8, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER                    NOTICE                    OR                    HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: December 8, 2020 at 10:00 a.m. (ET)** |
| | **Objection Deadline: December 1, 2020 at 4:00 p.m. (ET** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:    JANICE A GOODALL
MAYNARD OCONNOR SMITH AND CATALINOTTO LLP
JUSTIN W GRAY ESQ
6 TOWER PL
ALBANY, NY 12203

On November 5, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
11/06/2020 207532305.1

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 1, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 8, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER                    NOTICE                    OR                    HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

<div align="center">

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

</div>

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>                    Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: December 8, 2020 at 10:00 a.m. (ET)**<br>**Objection Deadline: December 1, 2020 at 4:00 p.m. (ET** |

<div align="center">

**NOTICE OF OBJECTION TO YOUR CLAIM**

</div>

TO:      JAY MARTIN
            MARC BENDO
            1704 LOCUST ST 3RD FL
            PHILADELPHIA, PA 19103

On November 5, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 1, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 8, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER                    NOTICE                    OR                    HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

<div align="center">

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

</div>

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC,<br>et al.[1]<br><br>          Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: December 8, 2020 at 10:00 a.m. (ET)**<br>**Objection Deadline: December 1, 2020 at 4:00 p.m. (ET** |

<div align="center">

**NOTICE OF OBJECTION TO YOUR CLAIM**

</div>

TO:      JENNY MUNSON ADNRESS ADMINISTRATRIX OF ESTATE
              OF HERBERT ANDRESS DECD
              MICHAEL G LOUIS
              17 W MINER ST BOX 660
              WEST CHESTER, PA 19381

On November 5, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which
may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are
as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport,
Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar,
LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and
NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus
Objection.

36527/3
11/06/2020 207532305.1

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 1, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 8, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER                       NOTICE                       OR                       HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| In re: | Chapter 11 |
|  | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: December 8, 2020 at 10:00 a.m. (ET)** |
|  | **Objection Deadline: December 1, 2020 at 4:00 p.m. (ET** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:    JENNY MUNSON ANDRESS ADMINISTRATRIX OF ESTATE
OF HERBERT ANDRESS DECD
194 GREENLAWN RD
COCHRANVILLE, PA 19330

On November 5, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 1, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 8, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER                     NOTICE                     OR                     HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC,<br>et al.[1]<br><br>　　　　　Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: December 8, 2020 at 10:00 a.m. (ET)**<br>**Objection Deadline: December 1, 2020 at 4:00 p.m. (ET** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:　　　JENNY MUNSON ANDRESS INDIV
　　　　　TIMOTHY F RAYNE ESQUIRE
　　　　　TIFFANY M SHRENK ESQUIRE
　　　　　211 E STATE ST
　　　　　KENNETT SQUARE, PA 19348

On November 5, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
11/06/2020 207532305.1

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 1, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 8, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER                     NOTICE                     OR                     HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

<div align="center">

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

</div>

| | |
|---|---|
| In re: | Chapter 11 |
| | |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | Case No.: 19-12809 (JKS) |
| | (Jointly Administered) |
| Debtors. | |
| | **Hearing Date: December 8, 2020 at 10:00 a.m. (ET)** |
| | **Objection Deadline: December 1, 2020 at 4:00 p.m. (ET** |

<div align="center">

**NOTICE OF OBJECTION TO YOUR CLAIM**

</div>

TO:        JESSICA FORBES
           WEBER AND RUBANO LLC
           ROBERT J WEBER III
           401 CENTER ST
           WALLINGFORD, CT 06492

On November 5, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 1, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 8, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER                          NOTICE                          OR                          HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| In re: | Chapter 11 |
|  | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: December 8, 2020 at 10:00 a.m. (ET)**<br>**Objection Deadline: December 1, 2020 at 4:00 p.m. (ET** |

**NOTICE OF OBJECTION TO YOUR CLAIM**

TO:    JFL OF FULTON COUNTY INC
       AKA FARM FAMILY CASUALTY INSURANCE
       JESICA RINKER
       PO BOX 517
       GLENMONT, NY 12077

On November 5, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
11/06/2020 207532305.1

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 1, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 8, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER                          NOTICE                          OR                          HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: December 8, 2020 at 10:00 a.m. (ET)** |
| | **Objection Deadline: December 1, 2020 at 4:00 p.m. (ET** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:     JOHN W JAMES
        PERKINS AND ASSOCIATES
        JEFFREY D LYNCH
        30 LUCY ST
        WOODBRIDGE, CT 06525

On November 5, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 1, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 8, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: December 8, 2020 at 10:00 a.m. (ET)**<br>**Objection Deadline: December 1, 2020 at 4:00 p.m. (ET** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:    JOHN ZAHNER
       115 DEERWOOD LN
       GRAND ISLAND, NY 14072

On November 5, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
11/06/2020 207532305.1

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 1, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 8, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER                    NOTICE                    OR                    HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: December 8, 2020 at 10:00 a.m. (ET)** |
| | **Objection Deadline: December 1, 2020 at 4:00 p.m. (ET** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:    JOSE CRUZ
       BUCKLEY WYNNE AND PARESE
       JOHN F WYNNE JR
       685 STATE ST
       NEW HAVEN, CT 06511

On November 5, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
11/06/2020 207532305.1

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 1, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 8, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER                    NOTICE                    OR                    HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

<div align="center">

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

</div>

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: December 8, 2020 at 10:00 a.m. (ET)**<br>**Objection Deadline: December 1, 2020 at 4:00 p.m. (ET** |

<div align="center">

**NOTICE OF OBJECTION TO YOUR CLAIM**

</div>

TO:     JOSE L FERRER
        WEISS AND ROSENBLOOM PC
        BARRY WEISS ESQ
        27 UNION SQUARE WEST
        STE 307
        NEW YORK, NY 10003

On November 5, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
11/06/2020 207532305.1

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 1, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 8, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER                     NOTICE                     OR                     HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

<div align="center">

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

</div>

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: December 8, 2020 at 10:00 a.m. (ET)** |
| | **Objection Deadline: December 1, 2020 at 4:00 p.m. (ET** |

<div align="center">

**NOTICE OF OBJECTION TO YOUR CLAIM**

</div>

TO:     JOSEPH CARNEY
        FINKELSTEIN AND PARTNERS LLP
        DAVID E GROSS ESQ
        1279 ROUTE 300
        PO BOX 1111
        NEWBURGH, NY 12551

On November 5, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
11/06/2020 207532305.1

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 1, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 8, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER                   NOTICE                   OR                   HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

<div align="center">

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

</div>

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: December 8, 2020 at 10:00 a.m. (ET)**<br>**Objection Deadline: December 1, 2020 at 4:00 p.m. (ET** |

<div align="center">

**NOTICE OF OBJECTION TO YOUR CLAIM**

</div>

TO:   JOSEPH VARSIK JR
      FINKELSTEIN AND PARTNERS LLP
      DAVID E GROSS ESQ
      1279 ROUTE 300
      PO BOX 1111
      NEWBURGH, NY 12551

On November 5, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
11/06/2020 207532305.1

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 1, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 8, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER                    NOTICE                    OR                    HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

<div align="center">

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

</div>

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: December 8, 2020 at 10:00 a.m. (ET)** |
| | **Objection Deadline: December 1, 2020 at 4:00 p.m. (ET** |

<div align="center">

**NOTICE OF OBJECTION TO YOUR CLAIM**

</div>

TO:    JOSEPH VARSIK JR
       FINKELSTEIN & PARTNERS, LLP
       JAMES SHUTTLEWORTH
       1279 ROUTE 300
       NEWBURGH, NY 12551

On November 5, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 1, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 8, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER                 NOTICE                 OR                 HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: December 8, 2020 at 10:00 a.m. (ET)**<br>**Objection Deadline: December 1, 2020 at 4:00 p.m. (ET** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:     JOURDIN SENIOR
        WEBER AND RUBANO LLC
        ROBERT J WEBER III
        401 CENTER ST
        WALLINGFORD, CT 06492

On November 5, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
11/06/2020 207532305.1

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 1, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 8, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER                           NOTICE                    OR                         HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

<div align="center">

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

</div>

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: December 8, 2020 at 10:00 a.m. (ET)**<br>**Objection Deadline: December 1, 2020 at 4:00 p.m. (ET** |

<div align="center">

**NOTICE OF OBJECTION TO YOUR CLAIM**

</div>

TO:     KAJUAN SCOTT
        PARKER WAICHMAN LLP
        DENNY TANG
        6 HARBOR PARK DR
        PORT WASHINGTON, NY 11050

On November 5, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 1, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 8, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER                          NOTICE                      OR                         HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>           Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: December 8, 2020 at 10:00 a.m. (ET)**<br>**Objection Deadline: December 1, 2020 at 4:00 p.m. (ET** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:     KAREEM A MILLS
        BLOCK O'TOOLE AND MURPHY LLP
        MICHAEL J HURWITZ ESQ
        ONE PENN PLAZA # 5315
        NEW YORK, NY 10119

On November 5, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
11/06/2020 207532305.1

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 1, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 8, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER                    NOTICE                    OR                    HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: December 8, 2020 at 10:00 a.m. (ET)** |
| | **Objection Deadline: December 1, 2020 at 4:00 p.m. (ET** |

### NOTICE OF OBJECTION TO YOUR CLAIM

TO:      KASHEIF PERKINS
          139 WESTERVELT AVE
          NORTH PLAINFIELD, NJ 07060

On November 5, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
11/06/2020 207532305.1

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 1, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 8, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER                NOTICE                OR                HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: December 8, 2020 at 10:00 a.m. (ET)**<br>**Objection Deadline: December 1, 2020 at 4:00 p.m. (ET** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:   KATHLEEN EVANS
       ANTHONY G ROSS ESQ
       126 S MAIN ST
       PITTSTON, PA 18640

On November 5, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 1, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 8, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER                         NOTICE                 OR                         HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

<div align="center">

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

</div>

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: December 8, 2020 at 10:00 a.m. (ET)**<br>**Objection Deadline: December 1, 2020 at 4:00 p.m. (ET** |

<div align="center">

**NOTICE OF OBJECTION TO YOUR CLAIM**

</div>

TO:     KEVIN HOLLEY
         GUNNING & LAFAZIA INC
         33 COLLEGE HILL RD STE 25 B
         WARWICK, RI 02886

On November 5, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
11/06/2020 207532305.1

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 1, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 8, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER                    NOTICE                    OR                    HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: December 8, 2020 at 10:00 a.m. (ET)** |
| | **Objection Deadline: December 1, 2020 at 4:00 p.m. (ET** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:     KRISHNA GROCERIES
SUSHEEL SARWAL
2300 SOUTH RD
POUGHKEEPSIE, NY 12601

On November 5, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 1, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 8, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER                    NOTICE                    OR                    HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

<div align="center">

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

</div>

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: December 8, 2020 at 10:00 a.m. (ET)**<br>**Objection Deadline: December 1, 2020 at 4:00 p.m. (ET** |

<div align="center">

**NOTICE OF OBJECTION TO YOUR CLAIM**

</div>

TO:        L AND L AUTO SUPPLY
           LARRY J DOMINESEY
           3008 RT 39 WEST
           ARCADE, NY 14009

On November 5, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 1, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 8, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER                    NOTICE                    OR                    HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

<div align="center">

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

</div>

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC,<br>et al.[1]<br><br>        Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: December 8, 2020 at 10:00 a.m. (ET)**<br>**Objection Deadline: December 1, 2020 at 4:00 p.m. (ET** |

<div align="center">

**NOTICE OF OBJECTION TO YOUR CLAIM**

</div>

TO:    LAWRENCE W BANKS
        GRANT AND GRANT ATTORNEYS
        T BLAKE ORNER
        9247 N MERIDIAN ST STE 310
        INDIANAPOLIS, IN 46260

On November 5, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
11/06/2020 207532305.1

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 1, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 8, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER                    NOTICE                    OR                    HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

<div align="center">

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

</div>

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: December 8, 2020 at 10:00 a.m. (ET)**<br>**Objection Deadline: December 1, 2020 at 4:00 p.m. (ET** |

<div align="center">

**NOTICE OF OBJECTION TO YOUR CLAIM**

</div>

TO:      LAWRENCE W BANKS
         BRAIN W HOFMEISTER LLC
         3131 PRINCETON PARKWAY
         SUITE 110
         LAWRENCEVILLE, NJ 08648

On November 5, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 1, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 8, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER                    NOTICE                    OR                    HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: December 8, 2020 at 10:00 a.m. (ET)** |
| | **Objection Deadline: December 1, 2020 at 4:00 p.m. (ET** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:     LISA HINES
        BISOGNO AND MEYERSON LLP
        MICHAEL C MEYERSON
        7018 FT HAMILTON PKWY
        BROOKLYN, NY 11228

On November 5, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
11/06/2020 207532305.1

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 1, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 8, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER                    NOTICE                    OR                    HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: December 8, 2020 at 10:00 a.m. (ET)** |
| | **Objection Deadline: December 1, 2020 at 4:00 p.m. (ET** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:        LISA HINES
           BISOGNO AND MEYERSON LLP
           GEORGE D SILVA ESQ
           7018 FORT HAMILTON PKWY
           BROOKLYN, NY 11228

On November 5, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
11/06/2020 207532305.1

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 1, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 8, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER                     NOTICE                     OR                     HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

<div align="center">

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

</div>

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: December 8, 2020 at 10:00 a.m. (ET)**<br>**Objection Deadline: December 1, 2020 at 4:00 p.m. (ET** |

<div align="center">

**NOTICE OF OBJECTION TO YOUR CLAIM**

</div>

TO:    LUIS A ORTEGA
534 E 138TH STREET APT 303
BRONX, NY 10454

On November 5, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
11/06/2020 207532305.1

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 1, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 8, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER                          NOTICE                          OR                          HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | Case No.: 19-12809 (JKS) |
| | (Jointly Administered) |
| Debtors. | **Hearing Date: December 8, 2020 at 10:00 a.m. (ET)**<br>**Objection Deadline: December 1, 2020 at 4:00 p.m. (ET** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:    MARYLAND ZOO IN BALTIMORE
        NOPPENBERGER
        1876 MANSION HOUSE DR
        BALTIMORE, MD 21217

On November 5, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
11/06/2020 207532305.1

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 1, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 8, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER                         NOTICE                         OR                         HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

<center>

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

</center>

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC,<br>et al.[1]<br><br>        Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: December 8, 2020 at 10:00 a.m. (ET)**<br>**Objection Deadline: December 1, 2020 at 4:00 p.m. (ET** |

<center>

**NOTICE OF OBJECTION TO YOUR CLAIM**

</center>

TO:    MELINDA LONDOS
        27 PAMELA CT
        DEPEW, NY 14043

On November 5, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
11/06/2020 207532305.1

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 1, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 8, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER                    NOTICE                    OR                    HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: December 8, 2020 at 10:00 a.m. (ET)** |
| | **Objection Deadline: December 1, 2020 at 4:00 p.m. (ET** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:     MELINDA S LONDOS
        WAYNE C FELLE PC
        WAYNE C FELLE
        6024 MAIN ST
        WILLIAMSVILLE, NY 14221

On November 5, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 1, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 8, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER                    NOTICE                    OR                    HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: December 8, 2020 at 10:00 a.m. (ET)** |
| | **Objection Deadline: December 1, 2020 at 4:00 p.m. (ET** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:     MERCHANTS INSURANCE GROUP
ROSS AND SUCHOFF LLC
BRIAN K SUCHOFF ESQ
343 MILLBURN AVANUE
SUITE 300
MILLBURN, NJ 07041

On November 5, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
11/06/2020 207532305.1

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 1, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 8, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER                    NOTICE                    OR                    HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: December 8, 2020 at 10:00 a.m. (ET)**<br>**Objection Deadline: December 1, 2020 at 4:00 p.m. (ET** |

**NOTICE OF OBJECTION TO YOUR CLAIM**

TO:     METLIFE AUTO AND HOME
        SUBROGATION
        PO BOX 2204
        CHARLOTTE, NC 28241

On November 5, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 1, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 8, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER                      NOTICE                     OR                      HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

<div align="center">

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

</div>

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: December 8, 2020 at 10:00 a.m. (ET)** |
| | **Objection Deadline: December 1, 2020 at 4:00 p.m. (ET** |

<div align="center">

**NOTICE OF OBJECTION TO YOUR CLAIM**

</div>

TO:    MICHAEL AND ANDREA WOODS
       JASON D BRUSH ESQ
       9 MILES RD
       RUTLAND, MA 01543

On November 5, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 1, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 8, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER                      NOTICE                      OR                      HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: December 8, 2020 at 10:00 a.m. (ET)** **Objection Deadline: December 1, 2020 at 4:00 p.m. (ET** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:     MICHAEL SINGLEY
        D'ARCY JOHNSON DAY
        RICHARD J ALBUQUERQUE ESQ
        3120 FIRE RD
        STE 100
        EGG HARBOR TOWNSHIP, NJ 08234

On November 5, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 1, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 8, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER                    NOTICE                    OR                    HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

<div align="center">

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

</div>

|  |  |
|---|---|
| In re: | Chapter 11 |
|  | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: December 8, 2020 at 10:00 a.m. (ET)**<br>**Objection Deadline: December 1, 2020 at 4:00 p.m. (ET** |

<div align="center">

**NOTICE OF OBJECTION TO YOUR CLAIM**

</div>

TO:        MID-CENTURY INSURANCE CO
           FARMERS INSURANCE
           DOUGLAS SILVIUS
           PO BOX 268992
           OKLAHOMA CITY, OK 73126

On November 5, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 1, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 8, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER                    NOTICE                    OR                    HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: December 8, 2020 at 10:00 a.m. (ET)**<br>**Objection Deadline: December 1, 2020 at 4:00 p.m. (ET** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:     MILLER BROTHERS FURNITURE INC
        MATTHEW B TALADAY
        PO BOX 487
        DUBOIS, PA 15801

On November 5, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
11/06/2020 207532305.1

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 1, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 8, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER                    NOTICE                    OR                    HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

<div align="center">

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

</div>

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>          Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: December 8, 2020 at 10:00 a.m. (ET)**<br>**Objection Deadline: December 1, 2020 at 4:00 p.m. (ET** |

<div align="center">

**NOTICE OF OBJECTION TO YOUR CLAIM**

</div>

TO:      MOTORIST MUTUAL INSURANCE CO
ASO JOHN VINO AND WIMMER ELECTRIC
LAW OFFICE OF PAUL M SCHOFIELD
850 WEST CHESTER PIKE
STE 205
HAVERTOWN, PA 19083

On November 5, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 1, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 8, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER                         NOTICE                    OR                         HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: December 8, 2020 at 10:00 a.m. (ET)** |
| | **Objection Deadline: December 1, 2020 at 4:00 p.m. (ET** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:     MOTORISTS MUTUAL AS SUBROGEE OF JOHN VINO
        PAUL SCHOFIELD
        850 WEST CHESTER PIKE
        SUITE 205
        HAVERTOWN, PA 19083

On November 5, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
11/06/2020 207532305.1

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 1, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 8, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER                    NOTICE                    OR                    HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

<div align="center">

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

</div>

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: December 8, 2020 at 10:00 a.m. (ET)**<br>**Objection Deadline: December 1, 2020 at 4:00 p.m. (ET** |

<div align="center">

**NOTICE OF OBJECTION TO YOUR CLAIM**

</div>

TO:    MOUNTAIN LAUREL ASSURANCE CO
       PO BOX 512929
       LOS ANGELES, CA 90051

On November 5, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
11/06/2020 207532305.1

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 1, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 8, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER                       NOTICE                       OR                       HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC,<br>et al.[1]<br><br>       Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: December 8, 2020 at 10:00 a.m. (ET)**<br>**Objection Deadline: December 1, 2020 at 4:00 p.m. (ET** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:      NEUW VENTURES LLC
              DANIEL NEUWIRTH
              27 HEWLETT ST
              WATERBURY, CT 06710

On November 5, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
11/06/2020 207532305.1

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 1, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 8, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER                         NOTICE                     OR                        HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

<div align="center">

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

</div>

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: December 8, 2020 at 10:00 a.m. (ET)**<br>**Objection Deadline: December 1, 2020 at 4:00 p.m. (ET** |

<div align="center">

**NOTICE OF OBJECTION TO YOUR CLAIM**

</div>

TO:    NEW JERSEY MANUFACTURERS INSURANCE CO
       CO ROBERT K SCHEINBAUM ESQ
       CONNELL FOLEY LLP
       56 LIVINGSTON AVE
       ROSELAND, NJ 07068

On November 5, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
11/06/2020 207532305.1

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 1, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 8, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

<div align="center">

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

</div>

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: December 8, 2020 at 10:00 a.m. (ET)**<br>**Objection Deadline: December 1, 2020 at 4:00 p.m. (ET** |

<div align="center">

**NOTICE OF OBJECTION TO YOUR CLAIM**

</div>

TO:     NEW LONDON HOSPITALITY LLC
        MCNAMARA AND MCNAMARA PC
        JEFFREY A MCNAMARA
        100 PENNSYLVANIA AVE
        NIANTIC, CT 06357

On November 5, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
11/06/2020 207532305.1

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 1, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 8, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER                       NOTICE                 OR                       HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

<div align="center">

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

</div>

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: December 8, 2020 at 10:00 a.m. (ET)**<br>**Objection Deadline: December 1, 2020 at 4:00 p.m. (ET** |

<div align="center">

**NOTICE OF OBJECTION TO YOUR CLAIM**

</div>

TO:     NICOLE BOYD
        CHRISTINE LASALVIA
        ATTORNY FOR THE PLAINTIFF
        614 W SUPERIOR AVE 820
        CLEVELAND, OH 44113

On November 5, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
11/06/2020 207532305.1

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 1, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 8, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER                      NOTICE                      OR                      HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>               Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: December 8, 2020 at 10:00 a.m. (ET)**<br>**Objection Deadline: December 1, 2020 at 4:00 p.m. (ET** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:      NORGUARD
            ALLIED RECOVERY SOLUTIONS
            PO BOX 1011
            PORT JEFFERSON STATION, NY 11776

On November 5, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
11/06/2020 207532305.1

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 1, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 8, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER                              NOTICE                              OR                              HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: December 8, 2020 at 10:00 a.m. (ET)** |
| | **Objection Deadline: December 1, 2020 at 4:00 p.m. (ET** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:    NORTHLAND INSURANCE CO
       MARY WHITEHILL
       PO BOX 5076
       HARTFORD, CT 06102

On November 5, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
11/06/2020 207532305.1

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 1, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 8, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER                 NOTICE                 OR                 HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| In re: | Chapter 11 |
|  | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: December 8, 2020 at 10:00 a.m. (ET)** |
|  | **Objection Deadline: December 1, 2020 at 4:00 p.m. (ET** |

### NOTICE OF OBJECTION TO YOUR CLAIM

TO:      OSCAR VALIENTE
         FRANK J LANE PC
         449 S OYSTER BAY RD
         PLAINVIEW, NY 11803

On November 5, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
11/06/2020 207532305.1

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 1, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 8, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER                    NOTICE                    OR                    HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

<div align="center">

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

</div>

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: December 8, 2020 at 10:00 a.m. (ET)**<br>**Objection Deadline: December 1, 2020 at 4:00 p.m. (ET** |

<div align="center">

**NOTICE OF OBJECTION TO YOUR CLAIM**

</div>

TO:        PA TURNPIKE COMMISSION
          PA TURNPIKE COMMISSION
          RISK MANAGMENT DC9462
          PO BOX 6776
          HARRISBURG, PA 17106

On November 5, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
11/06/2020 207532305.1

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 1, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 8, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER                    NOTICE                    OR                    HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

<div align="center">

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

</div>

| | |
|---|---|
| In re: | Chapter 11 |
| | |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | Case No.: 19-12809 (JKS) |
| | (Jointly Administered) |
| Debtors. | |
| | **Hearing Date: December 8, 2020 at 10:00 a.m. (ET)** |
| | **Objection Deadline: December 1, 2020 at 4:00 p.m. (ET** |

<div align="center">

**NOTICE OF OBJECTION TO YOUR CLAIM**

</div>

TO:     PALISADES SAFETY AND INS A/S/O
         MICHELE VORTERS
         PO BOX 920
         LINCROFT, NJ 07738

On November 5, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 1, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 8, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER                    NOTICE                    OR                    HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| | |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | Case No.: 19-12809 (JKS) |
| | (Jointly Administered) |
| Debtors. | **Hearing Date: December 8, 2020 at 10:00 a.m. (ET)** |
| | **Objection Deadline: December 1, 2020 at 4:00 p.m. (ET** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:       PAYLESS AUTO GLASS
          DEPT 105003
          PO BOX 150432
          HARTFORD, CT 06115-0432

On November 5, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
11/06/2020 207532305.1

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 1, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 8, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER                          NOTICE                          OR                          HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

<div align="center">

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

</div>

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: December 8, 2020 at 10:00 a.m. (ET)** |
| | **Objection Deadline: December 1, 2020 at 4:00 p.m. (ET** |

<div align="center">

**NOTICE OF OBJECTION TO YOUR CLAIM**

</div>

TO:    PAYLESS AUTO GLASS
       JOHN WISNIEWSKI
       527 WETHERSFIELD AVE
       HARTFORD, CT 06114

On November 5, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
11/06/2020 207532305.1

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 1, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 8, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER                         NOTICE                 OR                         HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

<div align="center">

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

</div>

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: December 8, 2020 at 10:00 a.m. (ET)**<br>**Objection Deadline: December 1, 2020 at 4:00 p.m. (ET** |

<div align="center">

**NOTICE OF OBJECTION TO YOUR CLAIM**

</div>

TO:     PENNSYLVANIA DEPT OF TRANSPORTATION
CHIEF COUNSEL
PO BOX 8212
HARRISBURG, PA 17105

On November 5, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
11/06/2020 207532305.1

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 1, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 8, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER                        NOTICE                        OR                        HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: December 8, 2020 at 10:00 a.m. (ET)** |
| | **Objection Deadline: December 1, 2020 at 4:00 p.m. (ET** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:      PENNSYLVANIA DEPT OF TRANSPORTATION
         BRADLEY J BILLET
         400 NORTH ST
         HARRISBURG, PA 17120

On November 5, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
11/06/2020 207532305.1

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 1, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 8, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER                         NOTICE                 OR                         HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: December 8, 2020 at 10:00 a.m. (ET)**<br>**Objection Deadline: December 1, 2020 at 4:00 p.m. (ET** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:      PETER BLUNT
         AGRON ETEMI ESQ
         130 SCOTT RD
         WATERBURY, CT 06705

On November 5, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
11/06/2020 207532305.1

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 1, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 8, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER                        NOTICE                        OR                        HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | Hearing Date: December 8, 2020 at 10:00 a.m. (ET) Objection Deadline: December 1, 2020 at 4:00 p.m. (ET |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:     PHARMACISTS MUTUAL INSURANCE CO
        808 HWY 18 WEST
        ALGONA, IA 50511

On November 5, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
11/06/2020 207532305.1

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 1, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 8, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER                    NOTICE                    OR                    HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

<div align="center">

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

</div>

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: December 8, 2020 at 10:00 a.m. (ET)**<br>**Objection Deadline: December 1, 2020 at 4:00 p.m. (ET** |

<div align="center">

**NOTICE OF OBJECTION TO YOUR CLAIM**

</div>

TO:    PRIZM MEDICAL RESOURCES LTD
1528 WALNUT ST
STE 1804
PHILADELPHIA, PA 19102

On November 5, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
11/06/2020 207532305.1

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 1, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 8, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | Case No.: 19-12809 (JKS) |
| | (Jointly Administered) |
| Debtors. | **Hearing Date: December 8, 2020 at 10:00 a.m. (ET)**<br>**Objection Deadline: December 1, 2020 at 4:00 p.m. (ET** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:      PROGRESSIVE ADVANCED INSURANCE CO
         CO WELTMAN WEINBERG AND REIS CO LPA
         323 W LAKESIDE AVE SUITE 200
         CLEVELAND, OH 44113

On November 5, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 1, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 8, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER                      NOTICE                      OR                      HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: December 8, 2020 at 10:00 a.m. (ET)** |
| | **Objection Deadline: December 1, 2020 at 4:00 p.m. (ET** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:    PROGRESSIVE ADVANCED INSURANCE CO
        INSURED: MONIQUE FORD
        FELDMAN AND FELDMAN LLP
        811 W JERICHO TPKE STE 201W
        SMITHTOWN, NY 11787

On November 5, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
11/06/2020 207532305.1

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 1, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 8, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER                 NOTICE                 OR                 HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: December 8, 2020 at 10:00 a.m. (ET)** **Objection Deadline: December 1, 2020 at 4:00 p.m. (ET** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:     PROGRESSIVE GARDEN STATE INSURANCE CO
        SUBROGATING ON BEHALD OF CHRIS ABRAMS
        LINDSEY PLUMMER SUBROGATION SPECIALIST
        PO BOX 51292
        LOS ANGELES, CA 90051

On November 5, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 1, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 8, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER                NOTICE                OR                HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: December 8, 2020 at 10:00 a.m. (ET)** **Objection Deadline: December 1, 2020 at 4:00 p.m. (ET** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:      PROGRESSIVE INS
         AS SUBROGEE OF RENEE HARTSON
         FELDMAN AND FELDMAN LLP
         811 WEST JERICHO TPK
         STE 201W
         SMITHTOWN, NY 11787

On November 5, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
11/06/2020 207532305.1

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 1, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 8, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER                    NOTICE                    OR                    HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: December 8, 2020 at 10:00 a.m. (ET)** |
| | **Objection Deadline: December 1, 2020 at 4:00 p.m. (ET** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:    PROGRESSIVE SELECT INSURANCE CO
       SUBROGATION
       PO BOX 512929
       LOS ANGELES, CA 90051

On November 5, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
11/06/2020 207532305.1

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 1, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 8, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER                    NOTICE                    OR                    HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

<div align="center">

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

</div>

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: December 8, 2020 at 10:00 a.m. (ET)**<br>**Objection Deadline: December 1, 2020 at 4:00 p.m. (ET** |

<div align="center">

**NOTICE OF OBJECTION TO YOUR CLAIM**

</div>

TO:      PSEG LI
         AKA LIPA
         GERALYN CLINCH
         15 PARK DR
         MELVILLE, NY 11747

On November 5, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 1, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 8, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER                         NOTICE                       OR                       HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

<div align="center">

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

</div>

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: December 8, 2020 at 10:00 a.m. (ET)** |
| | **Objection Deadline: December 1, 2020 at 4:00 p.m. (ET** |

<div align="center">

**NOTICE OF OBJECTION TO YOUR CLAIM**

</div>

TO:      PSEG LONG ISLAND
         LIPA
         15 PARK DR 2ND FL EAST
         MELVILLE, NY 11747

On November 5, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 1, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 8, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER                         NOTICE                    OR                         HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

<div align="center">

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

</div>

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | Case No.: 19-12809 (JKS) |
| | (Jointly Administered) |
| Debtors. | **Hearing Date: December 8, 2020 at 10:00 a.m. (ET)** **Objection Deadline: December 1, 2020 at 4:00 p.m. (ET** |

<div align="center">

**NOTICE OF OBJECTION TO YOUR CLAIM**

</div>

TO:     QUINCY MUTUAL
        DOUGLAS P BENNETT
        57 WASHINGTON ST
        QUINCY, MA 02169

On November 5, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 1, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 8, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER                          NOTICE                          OR                          HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

<div align="center">

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

</div>

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: December 8, 2020 at 10:00 a.m. (ET)**<br>**Objection Deadline: December 1, 2020 at 4:00 p.m. (ET** |

<div align="center">

**NOTICE OF OBJECTION TO YOUR CLAIM**

</div>

TO:     RAMON ROMERO-REYES
        AMEER BENNO ESQ
        BLOCK OTOOLE AND MURPHY LLP
        ONE PENN PLAZA SUITE 5315
        NEW YORK, NY 10119

On November 5, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
11/06/2020 207532305.1

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 1, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 8, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER                NOTICE                OR                HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: December 8, 2020 at 10:00 a.m. (ET)**<br>**Objection Deadline: December 1, 2020 at 4:00 p.m. (ET** |

### NOTICE OF OBJECTION TO YOUR CLAIM

TO:    RANDY MERRIT V NEMF ET AL
       SWARTZ CAMPBELL LLC
       KEVIN CANAVAN
       TWO LIBERTY PL
       50 S 16TH ST FL 28
       PHILADELPHIA, PA 19102

On November 5, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 1, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 8, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER                NOTICE                OR                HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | Case No.: 19-12809 (JKS) |
|  | (Jointly Administered) |
| Debtors. | **Hearing Date: December 8, 2020 at 10:00 a.m. (ET)**<br>**Objection Deadline: December 1, 2020 at 4:00 p.m. (ET** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:   RANDY MERRIT V NEMF ET AL
        SWARTZ CAMBELL LLC
        KEVIN CANAVAN
        ONE LIBERTY PL FL 38
        1650 MARKET ST
        PHILADELPHIA, PA 19103

On November 5, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
11/06/2020 207532305.1

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 1, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 8, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER                     NOTICE                     OR                     HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: December 8, 2020 at 10:00 a.m. (ET)**<br>**Objection Deadline: December 1, 2020 at 4:00 p.m. (ET** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:     RANDY MERRITT
        GOFFER AND CIMINI
        MICHAEL R GOFFER
        1603 MONSEY AVE
        SCRANTON, PA 18509

On November 5, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
11/06/2020 207532305.1

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 1, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 8, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER                    NOTICE                    OR                    HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: December 8, 2020 at 10:00 a.m. (ET)**<br>**Objection Deadline: December 1, 2020 at 4:00 p.m. (ET** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:    REGINA M MAGARIAN
       MIRICK OCONNELL ET AL
       EDWARD C BASSETT JR
       1800 W PARK DR STE 400
       WESTBOROUGH, MA 01581

On November 5, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 1, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 8, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER                    NOTICE                    OR                    HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

<div align="center">

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

</div>

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: December 8, 2020 at 10:00 a.m. (ET)** |
| | **Objection Deadline: December 1, 2020 at 4:00 p.m. (ET** |

<div align="center">

**NOTICE OF OBJECTION TO YOUR CLAIM**

</div>

TO:     REGINA M MAGARIAN
        4 BRANDYWINE DR
        BELCHERTOWN, MA 01007

On November 5, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
11/06/2020 207532305.1

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 1, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 8, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER                   NOTICE                   OR                   HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: December 8, 2020 at 10:00 a.m. (ET)** |
| | **Objection Deadline: December 1, 2020 at 4:00 p.m. (ET** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:     REMONEA S HARRIS
        TOBIN KESSLER GREENSTEIN
        CARUSO WIENER AND KONRAY
        ATTENTION: SCOTT KESSLER
        136 CENTRAL AVE
        CLARK, NJ 07066

On November 5, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 1, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 8, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER                              NOTICE                    OR                         HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: December 8, 2020 at 10:00 a.m. (ET)**<br>**Objection Deadline: December 1, 2020 at 4:00 p.m. (ET** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:   RENEE HARTSON
      SPADAFORA AND VERRASTRO LLP
      JOSEPH TODORO
      2 SYMPHONY CIR
      BUFFALO, NY 14201

On November 5, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

_____

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 1, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 8, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER                     NOTICE                     OR                     HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: December 8, 2020 at 10:00 a.m. (ET)** |
| | **Objection Deadline: December 1, 2020 at 4:00 p.m. (ET** |

### NOTICE OF OBJECTION TO YOUR CLAIM

TO:     RHEUDIN HARRIS
        233 NEW YORK AVE
        APT 702
        ATLANTIC, NJ 08401

On November 5, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
11/06/2020 207532305.1

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 1, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 8, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER                        NOTICE                        OR                        HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | Case No.: 19-12809 (JKS) |
| | (Jointly Administered) |
| Debtors. | **Hearing Date: December 8, 2020 at 10:00 a.m. (ET)** **Objection Deadline: December 1, 2020 at 4:00 p.m. (ET** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:     RHEUDIN HARRIS
         GOLDENBERG MACKLER SAYEGH MINTZ
         ALLISON E WEINER
         1030 ATLANTIC AVE
         ATLANTIC CITY, NJ 08401

On November 5, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 1, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 8, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC,<br>et al.[1]<br><br>              Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: December 8, 2020 at 10:00 a.m. (ET)**<br>**Objection Deadline: December 1, 2020 at 4:00 p.m. (ET** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:      RICHARD BRYAN HILL ET AL
             EISENBERG ROTHWEILER WINKLER EISENBERG AND
             JECK PC DANIEL J SHERRY JR
             1634 SPRUCE ST
             PHILADELPHIA, PA 19103

On November 5, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
11/06/2020 207532305.1

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 1, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 8, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER                       NOTICE                       OR                       HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: December 8, 2020 at 10:00 a.m. (ET)** |
| | **Objection Deadline: December 1, 2020 at 4:00 p.m. (ET** |

### NOTICE OF OBJECTION TO YOUR CLAIM

TO:      RICHARD MILERSON
         JASON M RUBIN
         WINGATE RUSSOTTI SHAPIRO AND HALPERIN
         420 LEXINGTON AVE
         SUITE 2750
         NEW YORK, NY 10170

On November 5, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 1, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 8, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER                                  NOTICE                          OR                              HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

<div align="center">

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

</div>

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: December 8, 2020 at 10:00 a.m. (ET)** <br> **Objection Deadline: December 1, 2020 at 4:00 p.m. (ET** |

<div align="center">

**NOTICE OF OBJECTION TO YOUR CLAIM**

</div>

TO:      RITA ALVARADO
         THE ROSATO FIRM PC
         PAUL A MARBER ESQ
         55 BROADWAY 23RD FL
         NEW YORK, NY 10006

On November 5, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 1, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 8, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER                    NOTICE                    OR                    HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>    Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: December 8, 2020 at 10:00 a.m. (ET)**<br>**Objection Deadline: December 1, 2020 at 4:00 p.m. (ET** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:  ROEHL TRANSPORT INC
   SAFETY SUBROGATION
   CHELSEA P STUTTEJEN
   PO BOX 750
   MARSHFIELD, WI 54449

On November 5, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
11/06/2020 207532305.1

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 1, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 8, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER                    NOTICE                    OR                    HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

<div align="center">

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

</div>

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: December 8, 2020 at 10:00 a.m. (ET)** |
| | **Objection Deadline: December 1, 2020 at 4:00 p.m. (ET** |

<div align="center">

**NOTICE OF OBJECTION TO YOUR CLAIM**

</div>

TO:    ROETZEL AND ANDRESS LPA
       BRUCE R SCHRADER II
       222 SOUTH MAIN ST
       AKRON, OH 44308

On November 5, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 1, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 8, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER                          NOTICE                          OR                          HEARING.**

-2-

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: December 8, 2020 at 10:00 a.m. (ET)** |
| | **Objection Deadline: December 1, 2020 at 4:00 p.m. (ET** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:    ROSCOE E SMITH JR
       WILLIAM BEVERIDGE JR
       LAW OFFICES OF PETER T NICHOLL
       36 SOUTH CHARLES ST
       SUITE 1700
       BALTIMORE, MD 21201

On November 5, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
11/06/2020 207532305.1

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 1, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 8, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER                          NOTICE                          OR                          HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

<div align="center">

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

</div>

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: December 8, 2020 at 10:00 a.m. (ET)** |
| | **Objection Deadline: December 1, 2020 at 4:00 p.m. (ET** |

<div align="center">

**NOTICE OF OBJECTION TO YOUR CLAIM**

</div>

TO:      SELECTIVE INSURANCE OF SOUTH CAROLINA
DAN MOYET
PO BOX 7268
LONDON, KY 40742

On November 5, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
11/06/2020 207532305.1

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 1, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 8, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER                    NOTICE                    OR                    HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| | |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | |
| | (Jointly Administered) |
| Debtors. | |
| | **Hearing Date: December 8, 2020 at 10:00 a.m. (ET)** |
| | **Objection Deadline: December 1, 2020 at 4:00 p.m. (ET** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:     SHAHIRA RODRIGUEZ
        LIPSCHUTZ AND FRIEDMAN
        STEVEN M LIPSCHUTZ
        1800 JFK BLVD 11TH FL
        PHILADELPHIA, PA 19103

On November 5, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
11/06/2020 207532305.1

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 1, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 8, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER                    NOTICE                    OR                    HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

<div align="center">

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

</div>

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: December 8, 2020 at 10:00 a.m. (ET)** |
| | **Objection Deadline: December 1, 2020 at 4:00 p.m. (ET** |

<div align="center">

**NOTICE OF OBJECTION TO YOUR CLAIM**

</div>

TO:     SHAUNA JONES
         MCMANIMON SCOTLAND AND BAUMANN LLC
         75 LIVINGSTON AVE 2ND FL
         ROSELAND, NJ 07068

On November 5, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
11/06/2020 207532305.1

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 1, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 8, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER                     NOTICE                     OR                     HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: December 8, 2020 at 10:00 a.m. (ET)**<br>**Objection Deadline: December 1, 2020 at 4:00 p.m. (ET** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:    SOLIMENE AND SECONDO LLP
        BETHANY FREEMAN
        1501 EAST MAIN ST STE 204
        MERIDEN, CT 06450

On November 5, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
11/06/2020 207532305.1

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 1, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 8, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER                    NOTICE                    OR                    HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

<div align="center">

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

</div>

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: December 8, 2020 at 10:00 a.m. (ET)**<br>**Objection Deadline: December 1, 2020 at 4:00 p.m. (ET** |

<div align="center">

**NOTICE OF OBJECTION TO YOUR CLAIM**

</div>

TO:      STATE FARM INSURANCE CO
         NICOLINI PARADISE FERRETTI AND SABELLA
         VINCE A SABELLA
         114 OLD COUNTRY RD STE 500
         MINEOLA, NY 11501

On November 5, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
11/06/2020 207532305.1

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 1, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 8, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER                      NOTICE                      OR                      HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | Hearing Date: December 8, 2020 at 10:00 a.m. (ET) |
| | Objection Deadline: December 1, 2020 at 4:00 p.m. (ET |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:    STATE FARM MUTUAL AUTO INSUR CO
       FOR DEREK DOWDELL
       PAPPAS COX KIMPEL DODD AND LEVINE PC
       P DOUGLAS DODD ESQ
       614 JAMES ST STE 100
       SYRACUSE, NY 13203

On November 5, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 1, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 8, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER                    NOTICE                    OR                    HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC,<br>et al.[1]<br><br>　　　　Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: December 8, 2020 at 10:00 a.m. (ET)**<br>**Objection Deadline: December 1, 2020 at 4:00 p.m. (ET** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:　　　STATE FARM MUTUAL AUTO INSUR CO
　　　　　PAPPAS COX KIMPEL DODD AND LEVINE PC
　　　　　P DOUGLAS DODD ESQ
　　　　　614 JAMES ST
　　　　　STE 100
　　　　　SYRACUSE, NY 13203

On November 5, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
11/06/2020 207532305.1

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 1, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 8, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER                NOTICE                OR                HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: December 8, 2020 at 10:00 a.m. (ET)**<br>**Objection Deadline: December 1, 2020 at 4:00 p.m. (ET** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:     STATE FARM MUTUAL AUTOMOBILE CO
         ASO CATHERINE DARDEN
         SIMON AND MCCLOSKY
         120 W MADISON STE 1100
         CHICAGO, IL 60602

On November 5, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
11/06/2020 207532305.1

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 1, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 8, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER                    NOTICE                    OR                    HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: December 8, 2020 at 10:00 a.m. (ET)**<br>**Objection Deadline: December 1, 2020 at 4:00 p.m. (ET** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:     STATE FARM MUTUAL AUTOMOBILE INSURANCE CO
        RATHBONE GROUP LLC
        1100 SUPERIOR AVE STE 1850
        CLEVELAND, OH 44114

On November 5, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 1, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 8, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER                         NOTICE                        OR                        HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: December 8, 2020 at 10:00 a.m. (ET)** |
| | **Objection Deadline: December 1, 2020 at 4:00 p.m. (ET** |

### NOTICE OF OBJECTION TO YOUR CLAIM

TO:      STATE FARM MUTUAL AUTOMOBILE INSURANCE CO
         MCKENRY DANCIGERS DAWSON PC
         TINA C BABCOCK
         192 BALLARD CT STE 400
         VIRGINIA BEACH, VA 23462

On November 5, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
11/06/2020 207532305.1

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 1, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 8, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER                          NOTICE                          OR                          HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

<div align="center">

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

</div>

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: December 8, 2020 at 10:00 a.m. (ET)**<br>**Objection Deadline: December 1, 2020 at 4:00 p.m. (ET** |

<div align="center">

**NOTICE OF OBJECTION TO YOUR CLAIM**

</div>

TO:    STEPHEN DAVIES
       315 W NECK RD
       HUNTINGTON, NY 11743

On November 5, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
11/06/2020 207532305.1

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 1, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 8, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER                          NOTICE                          OR                          HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | Hearing Date: December 8, 2020 at 10:00 a.m. (ET) |
| | Objection Deadline: December 1, 2020 at 4:00 p.m. (ET) |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:     STEPHEN E GERTLER LAW OFFICE
         ATTY FOR STATE FARM
         1340 CAMPUS PKWY STE B4
         WALL, NJ 07719

On November 5, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
11/06/2020 207532305.1

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 1, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 8, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER                    NOTICE                    OR                    HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | Hearing Date: December 8, 2020 at 10:00 a.m. (ET) |
| | Objection Deadline: December 1, 2020 at 4:00 p.m. (ET |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:    SUSAN VOLPE AND RAYMOND VOLPE
KRAMER DILLOF LIVINGSTON AND MOORE
JOHN CAGNEY ESQ
217 BROADWAY STE 10
NEW YORK, NY 10007

On November 5, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 1, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 8, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER                    NOTICE                    OR                    HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | Case No.: 19-12809 (JKS) |
| | (Jointly Administered) |
| Debtors. | **Hearing Date: December 8, 2020 at 10:00 a.m. (ET)**<br>**Objection Deadline: December 1, 2020 at 4:00 p.m. (ET** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:       SWARTZ CAMPBELL LLC
          KEVIN CANAVAN
          ONE LIBERTY PLACE
          1650 MARKET STREET FLOOR 38
          PHILADELPHIA, PA 19103

On November 5, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 1, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 8, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER                          NOTICE                         OR                          HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | Case No.: 19-12809 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Hearing Date: December 8, 2020 at 10:00 a.m. (ET)** |
| | **Objection Deadline: December 1, 2020 at 4:00 p.m. (ET** |

### NOTICE OF OBJECTION TO YOUR CLAIM

TO:      SWARTZ CAMPBELL LLC
         KEVIN CANAVAN
         ONE LIBERTY PLACE
         1650 MARKET STREET
         PHILADELPHIA, PA 19103

On November 5, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
11/06/2020 207532305.1

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 1, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 8, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER                    NOTICE                    OR                    HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: December 8, 2020 at 10:00 a.m. (ET)** **Objection Deadline: December 1, 2020 at 4:00 p.m. (ET** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:   TANOLA T ENNIS
      SANDERS SANDERS BLOCK WOYCIK
      VIENER AND GROSSMAN
      100 HERRICKS RD
      MINEOLA, NY 11501

On November 5, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
11/06/2020 207532305.1

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 1, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 8, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER                       NOTICE                  OR                       HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

<div align="center">

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

</div>

|  |  |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: December 8, 2020 at 10:00 a.m. (ET)** |
| | **Objection Deadline: December 1, 2020 at 4:00 p.m. (ET** |

<div align="center">

**NOTICE OF OBJECTION TO YOUR CLAIM**

</div>

TO:     TAWANA HUGGINS
        MARTIN F KRONBERT PC
        MARTIN F KRONBERG
        2414 MORRIS AVE
        UNION, NJ 07083

On November 5, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 1, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 8, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER                    NOTICE                    OR                    HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

<div align="center">

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

</div>

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | Case No.: 19-12809 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Hearing Date: December 8, 2020 at 10:00 a.m. (ET)** |
| | **Objection Deadline: December 1, 2020 at 4:00 p.m. (ET** |

<div align="center">

**NOTICE OF OBJECTION TO YOUR CLAIM**

</div>

TO:   TEACHERS INSURANCE PLAN OF NEW JERSEY
JENNIFER L PARSONS ESQ
LAW OFFICE OF DEBRA HART
303 FELLOWSHIP RD STE 300
MT LAUREL, NJ 08054

On November 5, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
11/06/2020 207532305.1

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 1, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 8, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER                    NOTICE                    OR                    HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: December 8, 2020 at 10:00 a.m. (ET)** **Objection Deadline: December 1, 2020 at 4:00 p.m. (ET** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:    THE CITY OF NEW YORK
       CITY OF NEW YORK COMPTROLLER
       100 CHURCH ST
       NEW YORK, NY 10007

On November 5, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 1, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 8, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: December 8, 2020 at 10:00 a.m. (ET)**<br>**Objection Deadline: December 1, 2020 at 4:00 p.m. (ET** |

### NOTICE OF OBJECTION TO YOUR CLAIM

TO:    THE CITY OF NEW YORK
        LINEBARGER GOGGAN ET AL
        CRISTINA GONZALEZ
        61 BROADWAY STE 2600
        NEW YORK, NY 10006

On November 5, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
11/06/2020 207532305.1

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 1, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 8, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER                    NOTICE                    OR                    HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: December 8, 2020 at 10:00 a.m. (ET)**<br>**Objection Deadline: December 1, 2020 at 4:00 p.m. (ET** |

### NOTICE OF OBJECTION TO YOUR CLAIM

TO:    TOWNSHIP OF HANOVER NJ
       DORSEY AND SEMRAU ROB ROSSMEISSL
       714 MAIN ST
       PO BOX 228
       BOONTON, NJ 07005

On November 5, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
11/06/2020 207532305.1

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 1, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 8, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER                    NOTICE                    OR                    HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: December 8, 2020 at 10:00 a.m. (ET)**<br>**Objection Deadline: December 1, 2020 at 4:00 p.m. (ET** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:    TRAVELERS PERSONAL INSURANCE CO
       TRAVELERS INSURANCE
       PO BOX 5076
       HARTFORD, CT 06102-5076

On November 5, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
11/06/2020 207532305.1

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 1, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 8, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER                         NOTICE                         OR                         HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: December 8, 2020 at 10:00 a.m. (ET)**<br>**Objection Deadline: December 1, 2020 at 4:00 p.m. (ET** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:    TRAVELERS PROPERTY CASUALTY INS
       PO BOX 660339
       DALLAS, TX 75266-0339

On November 5, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
11/06/2020 207532305.1

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 1, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 8, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER                    NOTICE                    OR                    HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

<div align="center">

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

</div>

|  |  |
|---|---|
| In re: | Chapter 11 |
|  |  |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | Case No.: 19-12809 (JKS) |
|  | (Jointly Administered) |
| Debtors. |  |
|  | **Hearing Date: December 8, 2020 at 10:00 a.m. (ET)** |
|  | **Objection Deadline: December 1, 2020 at 4:00 p.m. (ET** |

<div align="center">

**NOTICE OF OBJECTION TO YOUR CLAIM**

</div>

TO:    TRAVELERS PROPERTY CASUALTY INSURANCE
MARISSA BIEVER
35 UNITED DR STE 2
WEST BRIDGEWATER, MA 02379

On November 5, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 1, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 8, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER                NOTICE                OR                HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: December 8, 2020 at 10:00 a.m. (ET)** |
| | **Objection Deadline: December 1, 2020 at 4:00 p.m. (ET** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:        TRESSLER LLP
           MATTHEW DEVEREUX
           233 S WACKER DR
           FL 22
           CHICAGO, IL 60606-6399

On November 5, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
11/06/2020 207532305.1

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 1, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 8, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER                   NOTICE                   OR                   HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | Case No.: 19-12809 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Hearing Date: December 8, 2020 at 10:00 a.m. (ET)** |
| | **Objection Deadline: December 1, 2020 at 4:00 p.m. (ET** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:    WARD GREENBERG HELLER AND REIDY LLP
       SCOTT R JENNETTE
       1800 BAUSCH AND LOMB PL
       ROCHESTER, NY 14604-2713

On November 5, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
11/06/2020 207532305.1

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 1, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 8, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER                    NOTICE                    OR                    HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

<div align="center">

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

</div>

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: December 8, 2020 at 10:00 a.m. (ET)**<br>**Objection Deadline: December 1, 2020 at 4:00 p.m. (ET** |

<div align="center">

**NOTICE OF OBJECTION TO YOUR CLAIM**

</div>

TO:     WESTERN EXPRESS INC
        ROB WELHOELTER
        7135 CENTENNIAL PL
        NASHVILLE, TN 37209

On November 5, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 1, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 8, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER                         NOTICE                 OR                         HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: December 8, 2020 at 10:00 a.m. (ET)** |
| | **Objection Deadline: December 1, 2020 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:      WICKERS CRAB POT SEAFOOD
         BESKIN DIVERS INSURANCE GROUP INC
         VERNON R DIVERS
         4201 INDIAN RIVER RD
         CHESAPEAKE, VA 23325

On November 5, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 1, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 8, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER               NOTICE               OR               HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

<div align="center">

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

</div>

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: December 8, 2020 at 10:00 a.m. (ET)**<br>**Objection Deadline: December 1, 2020 at 4:00 p.m. (ET** |

<div align="center">

**NOTICE OF OBJECTION TO YOUR CLAIM**

</div>

TO:      WILBER AND ASSOCIATES OBO VERMONT
         MUTUAL INSURANCE CO
         SAMANTHA S BRIGHT
         210 LANDMARK DR
         NORMAL, IL 61761

On November 5, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
11/06/2020 207532305.1

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 1, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 8, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER                          NOTICE                     OR                          HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | Case No.: 19-12809 (JKS) |
| | (Jointly Administered) |
| Debtors. | **Hearing Date: December 8, 2020 at 10:00 a.m. (ET)**<br>**Objection Deadline: December 1, 2020 at 4:00 p.m. (ET** |

**NOTICE OF OBJECTION TO YOUR CLAIM**

TO:   WILLIAM ESFORD
YEAROUT AND TRAYLOR PC
WILLIAM P TAYLOR III ESQ
3300 CAHABA RD STE 300
BIRMINGHAM, AL 35223

On November 5, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
11/06/2020 207532305.1

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 1, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 8, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER                    NOTICE                    OR                    HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

<div align="center">

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

</div>

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
|               Debtors. | **Hearing Date: December 8, 2020 at 10:00 a.m. (ET)**<br>**Objection Deadline: December 1, 2020 at 4:00 p.m. (ET** |

<div align="center">

**NOTICE OF OBJECTION TO YOUR CLAIM**

</div>

TO:      WILLIAM OUTLAW
           ATT: ILENE SCHAFER
           ROSEN SCHAFER & DIMEO LLP
           123 S BROAD ST STE 2170
           PHILADELPHIA, PA 19109

On November 5, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 1, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 8, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER                    NOTICE                    OR                    HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

<div align="center">

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

</div>

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: December 8, 2020 at 10:00 a.m. (ET)**<br>**Objection Deadline: December 1, 2020 at 4:00 p.m. (ET** |

<div align="center">

**NOTICE OF OBJECTION TO YOUR CLAIM**

</div>

TO:     WINSOME MARTIN
        FREDRIC S MASURE ESQ
        1932 RALPH AVE
        BROOKLYN, NY 11234

On November 5, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 1, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 8, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER                    NOTICE                    OR                    HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

<div align="center">

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

</div>

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: December 8, 2020 at 10:00 a.m. (ET)**<br>**Objection Deadline: December 1, 2020 at 4:00 p.m. (ET** |

<div align="center">

**NOTICE OF OBJECTION TO YOUR CLAIM**

</div>

TO:     XIOMARA MENDOZA-LOPEZ
        CRAIG ROSENSTEIN
        6200 BALTIMORE AVE #400
        RIVERDALE, MD 20737

On November 5, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
11/06/2020 207532305.1

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 1, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 8, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER                      NOTICE                      OR                      HEARING.**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: December 8, 2020 at 10:00 a.m. (ET)**<br>**Objection Deadline: December 1, 2020 at 4:00 p.m. (ET** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:    XIOMARA MENDOZA-LOPEZ
       CIMINO LAW LLC
       ALYSSA A CIMINO
       376 HOLLYWOOD AVE
       FAIRFIELD, NJ 07004

On November 5, 2020, the Liquidating Trustee filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **December 1, 2020 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response on counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that is currently scheduled to be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **December 8, 2020 at 10:00 a.m. (ET).**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER                    NOTICE                    OR                    HEARING.**

# EXHIBIT 2

**New England Motor Freight, Inc., et al.**
**Exhibit Pages**

---

044724P002-1413A-234
ABEL TROCHEZ
CRAIG ROSENSTEIN ESQ
6200 BALTIMORE AVE# 400
RIVERDALE MD 20737

044724S001-1413A-234
ABEL TROCHEZ
CIMINO LAW LLC
ALYSSA A CIMINO
376 HOLLYWOOD AVE
FAIRFIELD NJ 07004

044437P001-1413A-234
ABH AND SM RELIABLE TRANSPORTATION LLC
WILLIE MARKS
251 W DEKALB PIKE E622
KING OF PRUSSIA PA 19406

044437S001-1413A-234
ABH AND SM RELIABLE TRANSPORTATION LLC
LAW OFFICE OF ROBERT BRAVERMAN LLC
1060 N KING HIGHWAY STE 333
CHERRY HILL NJ 08034

044476P001-1413A-234
AKILAH BALDWIN
WEBER AND RUBANO LLC
ROBERT J WEBER III
401 CENTER ST
WALLINGFORD CT 06492

044568P001-1413A-234
ALLIED WORLD ASSURANCE CO
NETWORK ADJUSTERS INC
PO BOX 9035
FARMINGDALE NY 11735

044568S001-1413A-234
ALLIED WORLD ASSURANCE CO
SCOTT WHITMORE
850 FULTON ST
FARMINGDALE NY 11735

009354P002-1413A-234
ALLSTATE INSURANCE
SECOND LOOK
KIMBERLEY KACER
360 MOTOR PKWY STE 500
HAUPPAUGE NY 11788

018100P001-1413A-234
ALLSTATE INSURANCE A/S/O ANGELA ANTONUCCI
LAW OFFICE OF JOHN TROP
BRITTANY R USLANER ESQ
73 MARKET ST
STE 375
YONKERS NY 10710

018293P002-1413A-234
ALPHONSO GILLIAM
MARRONE LAW FIRM
BRIAN MARCHESE
200 S BROAD ST STE 400
PHILADELPHIA PA 19102

044553P001-1413A-234
AMERICAN EUROPEAN INSURANCE GROUP
DEBORAH KING
2250 CHAPEL AVE WEST STE 200
CHERRY HILL NJ 08002

043918P002-1413A-234
AMERICAN TRANSIT INSURANCE CO
AYESHA LEACH
ONE METROTECH CTR 7TH FL
BROOKLYN NY 11201

018144P003-1413A-234
ANDRES L MOSQUEIRA
LAW OFFICES OF RICHARD A GREIFINGER
ALFRED GIANNELLA JR
17 ACADEMY ST STE 900
NEWARK NJ 07102

044440P001-1413A-234
ANGELA EVANS INDIVIDUALLY AND AS PARENT AND
NATURAL GUARDIAN OF EMILY EVANS AN INFANT
MAYNARD OCONNOR SMITH AND CATALINOTTO LLP
JUSTIN W GRAY ESQ
6 TOWER PL
ALBANY NY 12203

018827P001-1413A-234
ANN AND HOPE INC
MARIA CORREIA
1 ANN & HOPE WAY
CUMBERLAND RI 02864-6918

018096P003-1413A-234
ANTHONY MCNEIL
BUTTAFUOCO AND ASSOCIATES PLLC
DANIEL P BUTTAFUOCO
144 WOODBURY RD
WOODBURY NY 11797

044681P004-1413A-234
ANTONIO TEVES
LAW OFFICE OF COLONNA AND DOYLE
WILLIAM P DOYLE III
26 MAIN ST 3RD FL
LYNNFIELD MA 01940

043973P002-1413A-234
BD CARRIERS LLC
PATSY ISAAC
24 SUNSET CIR
E WING KY 41039

044578P002-1413A-234
BENEDICTO SORTO
JUSTIN W GRAY
MAYNARD OCONNOR SMITH AND CATALINOTTO LLP
6 TOWER PL
ALBANY NY 12203

018127P002-1413A-234
BENTLEY SAMUELS
WALLERSTEIN AND ASSOCIATES PC
HEDVA WELLERSTEIN ESQ
60 45 ELIOT AVE
MASPETH NY 11378

043864P002-1413A-234
BETHANY HELLER
150 SOUTH SIXTY ST
LEHIGHTON PA 18235

043864S001-1413A-234
BETHANY HELLER
MUNLEY LAW PC
227 PENN AVE
SCRANTON PA 18503

044479P002-1413A-234
BETTY A GIBBONS
1 ALLEN CT
MOUNTAINTOP PA 18707-1263

044474P001-1413A-234
BRIANNA MAYES
WEBER AND RUBANO LLC
ROBERT J WEBER III
401 CENTER ST
WALLINGFORD CT 06492

043985P001-1413A-234
BRIDGET LAVELLE
583 INDIAN RUN DR
HUMMELSTOWN PA 17036

018910P002-1413A-234
BRITTANY WARREN
PARKER WAICHMAN LLP
DENNY TANG
6 HARBOR PK DR
PORT WASHINGTON NY 11050

044728P001-1413A-234
BYRON E NAJERA OSORIO
CRAIG A ROSENSTEIN
6200 BALTIMORE AVE # 400
RIVERDALE MD 20737

044728S001-1413A-234
BYRON E NAJERA OSORIO
CIMINO LAW LLC
ALYSSA A CIMINO
376 HOLLYWOOD AVE
FAIRFIELD NJ 07004

**New England Motor Freight, Inc., et al.**
**Exhibit Pages**

010261P002-1413A-234
CAPITAL AUTO GLASS INC
BRIAN KLEMZ
4270 WERTZVILLE RD
ENOLA PA 17025

018158P002-1413A-234
CARLOS AREVALO
TROLMAN GLASER CIRKETAND LICHTMAN
DENNIS BELLOVIN ESQ
747 THIRD AVE
NEW YORK NY 10017

044346P002-1413A-234
CARLOS CRUZ
BRIAN J LEVY AND ASSOCIATES PC
KRISTEN MACCHIO
303 JACKSON AVE
SYOSSET NY 11791

018126P001-1413A-234
CARLOS DIAZ
HARMON LINDER AND ROGOWSKY
MARK J LINDER ESQ
3 PARK AVE
STE 2300
NEW YORK NY 10016

044386P002-1413A-234
CENTRAL MUTUAL INS CO ASO THE WARRENSBURG
MANAGEMENT CORP DBA
ROBERTS TOWING AND RECOVERY SERVICE
LAW OFFICE OF PAUL SCHOFIELD
850 WEST CHESTER PIKE SUITE 205
HAVERTOWN PA 19083

021275P001-1413A-234
CESAR IRAGA
BRAD S RUSH ESQUIRE
KOVLER AND RUSH PC
216 HADDON AVE STE 506
WESTMONT NJ 08108

018317P004-1413A-234
CHIRAG SUTHA
GRIFFITH LAW PLLC
CHRISTOPHER COYNE
256 SEABOARD LN
FRANKLIN TN 37067

018319P002-1413A-234
CHRIS ABRAMS
LAW OFFICE OF DONALD WERNER
744 BROAD ST STE 522
NEWARK NJ 07102

044006P002-1413A-234
CLASSIC CARRIERS INC
TIM SUBLER
151 INDUSTRIAL PKWY
VERSAILLES OH 45380

018467P002-1413A-234
COMMERCE INS ASO CHRISTOPHER J
ROSSI
KIMBERLY L HACHEY
11 GORE RD
WEBSTER MA 01570

021173P001-1413A-234
COMMERCIAL TRUCK CLAIMS MGMT
ASO BD CARRIERS LLC
ROBIN M BEARD
PO BOX 1000
GRAIN VALLEY MO 64029

018124P001-1413A-234
CONSOLIDATED EDISON CO OF NEW YORK INC
GOTTLIEB OSTRAGER LLP
WARREN S GOTTLIEB ESQ
333 WESTCHESTER AVE
STE S2205
WHITE PLAINS NY 10604

018124S001-1413A-234
CONSOLIDATED EDISON CO OF NEW YORK INC
LATISHA BROWN
4 IRVING PLACE RM 1875-S
NEW YORK NY 10003

044716P001-1413A-234
COUNTRYWIDE INSURANCE COMPANY
JAFFE & VELASQUEZ LLP
40 WALL STREET 12TH FLOOR
NEW YORK NY 10005

044518P002-1413A-234
DANIEL RINALDI
MAYNARD OCONNOR SMITH AND CATALINOTTO LLP
JUSTIN W GRAY
6 TOWER PL
ALBANY NY 12203

044483P002-1413A-234
DANIEL T MURTHA
MAYNARD OCONNOR SMITH AND CATALINOTTO LLP
JUSTIN W GRAY ESQ
6 TOWER PL
ALBANY NY 12203

021270P001-1413A-234
DARYL MARTIN AND KIM MARTIN
MCMANIMON SCOTLAND & BAUMANN LLC
75 LIVINGSTON AVE 2ND FLOOR
ROSELAND NJ 07068

018328P001-1413A-234
DEBRA PASTRANA
ATTORNEY FOR PLAINTIFF
BRIAN J MONGELLUZZO
1336 WEST MAIN ST
SUITE 1B
WATERBURY CT 06708

018434P002-1413A-234
DIANE HUBBARD
41 NELSON DR
EXETER RI 02822

018434S001-1413A-234
DIANE HUBBARD

044434P001-1413A-234
DONNA L COLAJEZZI
43 E ROLLING GREEN DR
BOX 15
FALL RIVER MA 02720

018524P002-1413A-234
ELITE ENVELOPE AND GRAPHICS INC
DAVID THERIAULT
280 POND ST
RANDOLPH MA 02368

044330P001-1413A-234
EMPIRE INTERNATIONAL
ROSS AND SUCHOFF LLC
BRIAN SUCHOFF
343 MILLBURN AVE SUITE 300
MILLBURN NJ 07041

044280P001-1413A-234
EMPLOYERS MUTUAL CASUALTY CO
EMC INSURANCE COMPANIES
SUBRO DEPT
PO BOX 712
DES MOINES IA 50306-0712

044445P001-1413A-234
ERIE INSURANCE EXCHANGE
SECOND LOOK INC
360 MOTOR PKWY STE 500
HAUPPAUGE NY 11788

044391P002-1413A-234
ESMERELDA RAMIREZ
HECHT KLEEGER AND DAMASHEK PC
19 WEST 44TH ST
SUITE #1500
NEW YORK NY 10036

044523P002-1413A-234
FELICIA GRASSIE
KRISTEN A BARNES
KENNEY AND CONLEY PC
100 GRANDVIEW RD STE 218
PO BOX 9139
BRAINTREE MA 02185-9139

018334P002-1413A-234
FIRST TRANSIT INC VILNEUVE MESINE
ATTORNEY FOR THE PLAINTIFF PARK
FORAN AND FORAN PA
6301 IVY LN STE 600
GREENBELT MD 20770

**New England Motor Freight, Inc., et al.**
**Exhibit Pages**

044393P001-1413A-234
FRANCIS BECK AND KIMBERLY BECK
HANDLER HENNING AND ROSENBERG
ANDREW C SPEARS
1300 LINGLESTOWN RD SUITE 2
HARRISBURG PA 17110

018154P002-1413A-234
FREDDIE CARROLL
RAYMOND W FERRARIO PC
SCRANTON LIFE BUILDING
538 SPRUCE ST STE 528
SCRANTON PA 18503

021157P001-1413A-234
GEICO
ALLIED RECOVERY SOLUTIONS
PO BOX 1011
PORT JEFFERSON STATIONS NY 11776

044687P001-1413A-234
GEICO
WILLIAM HAHN ESQ
TANGO DICKINSON LORENZO MCDERMOTT AND MCGEE
PO BOX 192
75 MAIN ST
MILLBURN NJ 07041

044722P001-1413A-234
GEICO
MARC GOLDBERG ESQ ATTORNEY LAW OFFICES
OF RICKY J LUCYK EMPLOYEES OF GEICO INSURANCE
2 HUNTINGTON QUADRANGLE STE 2N01
MELVILLE NY 11747

044486P001-1413A-234
GEICO A/S/O KENNETH FERSCH
GEICO IN-HOUSE STAFF COUNSEL
LAW OFFICE OF DENNIS MCMANUS
433 S MAIN ST STE 307
W HARTFORD CT 06110

044394P002-1413A-234
GEICO ASO CARLOS DIAZ
WILLIAM HAHN ESQ
75 MAIN ST
PO BOX 192
MILLBURN NJ 07041

044286P001-1413A-234
GEICO ASO DARRELL E LONDOS
REGION 1 CLAIMS
PAM MILLER
PO BOX 9505
FREDERICKSBURG VA 22403

044286S001-1413A-234
GEICO ASO DARRELL E LONDOS
PAM MILLER
1 GEICO BLVD
FREDERICKSBURG VA 22412

044395P002-1413A-234
GEICO ASO MICHAEL SINGLEY
WILLIAM HAHN ESQ
PO BOX 192
75 MAIN ST
MILLBURN NJ 07041

018394P003-1413A-234
GEICO GENERAL INSURANCE CO
ASO MARTIN DALY & KAREN DALY
LAW OFFICE OF RICKY LUCYK
2 HUNTINGTON QUADRANGLE
STE 2N01
MELVILLE NY 11747

019178P002-1413A-234
GEICO GENERAL INSURANCE CO
ASO M DALY AND K DALY
LAW OFFICES OF RICKY J LUCYK
2 HUNTINGTON QUADRANGLE STE 2N01
MELVILLE NY 11747

018125P002-1413A-234
GEICO GENERAL INSURANCE CO
ASO COURTNEY DITTMAR
LAW OFFICES OF RICKY JLUCYK
2 HUNTINGTON QUADRANGLE STE 2N01
MELVILLE NY 11747

018122P003-1413A-234
GEICO GENERAL INSURANCE CO
ASO JOHN GARZILLO
LAW OFFICES OF RICKY JLUCYK
2 HUNTINGTON QUADRANGLE STE 2N01
MELVILLE NY 11747

018131P002-1413A-234
GEICO INSURANCE CO
ASO ANH HUE DIEC
LAW OFFICES OF RICKY JLUCYK
2 HUNTINGTON QUADRANGLE
STE 2N01
MELVILLE NY 11747

018142P002-1413A-234
GEICO INSURANCE CO ASO ANNAMARIA MAIAKIS
LAW OFFICES OF RICKY JLUCYK
KATHLEEN A GARVESON ESQ
2 HUNTINGTON QUADRANGLE
STE 2N01
MELVILLE NY 11747

000445P001-1413A-234
HOWARD BRIGGS
ADDRESS INTENTIONALLY OMITTED

019261P002-1413A-234
IH AH AH ALL MINORS
VITAL AND VITAL LC
MATHEW R OLIVER ESQ
536 FIFTH AVE
HUNTINGTON WV 25701

044400P001-1413A-234
JACLYN PULLUM ET AL
CO JAMES J FRANKLIN
MCNEES WALLACE AND NURICK LLC
100 PINE ST
PO BOX 1166
HARRISBURG PA 17108-1166

021159P002-1413A-234
JALIL WALTERS AND RASHEEDA CARTER
MCMANIMON SCOTLAND AND BAUMANN LLC
75 LIVINGSTON AVE 2ND FL
ROSELAND NJ 07068

019297P002-1413A-234
JAMIE MAGARIAN
MIRICK OCONNELL ET AL
EDWARD C BASSETT JR
1800 WEST PK DR STE 400
WESTBOROUGH MA 01581-3926

019297S001-1413A-234
JAMIE MAGARIAN
4 BRANDYWINE DR
BELCHERTOWN MA 01007

044275P002-1413A-234
JANICE A GOODALL
MAYNARD OCONNOR SMITH AND CATALINOTTO LLP
JUSTIN W GRAY ESQ
6 TOWER PL
ALBANY NY 12203

018345P003-1413A-234
JAY MARTIN
MARC BENDO
1704 LOCUST ST 3RD FL
PHILADELPHIA PA 19103

044542S001-1413A-234
JENNY MUNSON ADNRESS ADMINISTRATRIX OF ESTATE
OF HERBERT ANDRESS DECD
MICHAEL G LOUIS
17 W MINER ST BOX 660
WEST CHESTER PA 19381

044542P003-1413A-234
JENNY MUNSON ANDRESS ADMINISTRATRIX OF ESTATE
OF HERBERT ANDRESS DECD
194 GREENLAWN RD
COCHRANVILLE PA 19330

044491P001-1413A-234
JENNY MUNSON ANDRESS INDIV
TIMOTHY F RAYNE ESQUIRE
TIFFANY M SHRENK ESQUIRE
211 E STATE ST
KENNETT SQUARE PA 19348

044475P002-1413A-234
JESSICA FORBES
WEBER AND RUBANO LLC
ROBERT J WEBER III
401 CENTER ST
WALLINGFORD CT 06492

**New England Motor Freight, Inc., et al.**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 021272P001-1413A-234<br>JFL OF FULTON COUNTY INC<br>AKA FARM FAMILY CASUALTY INSURANCE<br>JESICA RINKER<br>PO BOX 517<br>GLENMONT NY 12077 | 018343P003-1413A-234<br>JOHN W JAMES<br>PERKINS AND ASSOCIATES<br>JEFFREY D LYNCH<br>30 LUCY ST<br>WOODBRIDGE CT 06525 | 044528P002-1413A-234<br>JOHN ZAHNER<br>115 DEERWOOD LN<br>GRAND ISLAND NY 14072 | 018349P002-1413A-234<br>JOSE CRUZ<br>BUCKLEY WYNNE AND PARESE<br>JOHN F WYNNE JR<br>685 STATE ST<br>NEW HAVEN CT 06511 |
| 018117P001-1413A-234<br>JOSE L FERRER<br>WEISS AND ROSENBLOOM PC<br>BARRY WEISS ESQ<br>27 UNION SQUARE WEST<br>STE 307<br>NEW YORK NY 10003 | 019319P002-1413A-234<br>JOSEPH CARNEY<br>FINKELSTEIN AND PARTNERS LLP<br>DAVID E GROSS ESQ<br>1279 ROUTE 300<br>PO BOX 1111<br>NEWBURGH NY 12551 | 018108P002-1413A-234<br>JOSEPH VARSIK JR<br>FINKELSTEIN AND PARTNERS LLP<br>DAVID E GROSS ESQ<br>1279 ROUTE 300<br>PO BOX 1111<br>NEWBURGH NY 12551 | 018108S001-1413A-234<br>JOSEPH VARSIK JR<br>FINKELSTEIN & PARTNERS, LLP<br>JAMES SHUTTLEWORTH<br>1279 ROUTE 300<br>NEWBURGH NY 12551 |
| 044477P001-1413A-234<br>JOURDIN SENIOR<br>WEBER AND RUBANO LLC<br>ROBERT J WEBER III<br>401 CENTER ST<br>WALLINGFORD CT 06492 | 044374P001-1413A-234<br>KAJUAN SCOTT<br>PARKER WAICHMAN LLP<br>DENNY TANG<br>6 HARBOR PARK DR<br>PORT WASHINGTON NY 11050 | 018119P003-1413A-234<br>KAREEM A MILLS<br>BLOCK OTOOLE AND MURPHY LLP<br>MICHAEL J HURWITZ ESQ<br>ONE PENN PLAZA # 5315<br>NEW YORK NY 10119 | 008546P001-1413A-234<br>KASHEIF PERKINS<br>ADDRESS INTENTIONALLY OMITTED |
| 018350P002-1413A-234<br>KATHLEEN EVANS<br>ANTHONY G ROSS ESQ<br>126 S MAIN ST<br>PITTSTON PA 18640 | 044450P003-1413A-234<br>KEVIN HOLLEY<br>GUNNING & LAFAZIA INC<br>33 COLLEGE HILL RD STE 25 B<br>WARWICK RI 02886 | 044110P002-1413A-234<br>KRISHNA GROCERIES<br>SUSHEEL SARWAL<br>2300 SOUTH RD<br>POUGHKEEPSIE NY 12601 | 018478P002-1413A-234<br>L AND L AUTO SUPPLY<br>LARRY J DOMINESEY<br>3008 RT 39 WEST<br>ARCADE NY 14009 |
| 018356P002-1413A-234<br>LAWRENCE W BANKS<br>GRANT AND GRANT ATTORNEYS<br>T BLAKE ORNER<br>9247 N MERIDIAN ST STE 310<br>INDIANAPOLIS IN 46260 | 018356S001-1413A-234<br>LAWRENCE W BANKS<br>BRAIN W HOFMEISTER LLC<br>3131 PRINCETON PARKWAY<br>SUITE 110<br>LAWRENCEVILLE NJ 08648 | 018102P002-1413A-234<br>LISA HINES<br>BISOGNO AND MEYERSON LLP<br>MICHAEL C MEYERSON<br>7018 FT HAMILTON PKWY<br>BROOKLYN NY 11228 | 019390P002-1413A-234<br>LISA HINES<br>BISOGNO AND MEYERSON LLP<br>GEORGE D SILVA ESQ<br>7018 FORT HAMILTON PKWY<br>BROOKLYN NY 11228 |
| 044311P003-1413A-234<br>LUIS A ORTEGA<br>534 E 138TH STREET APT 303<br>BRONX NY 10454 | 018535P003-1413A-234<br>MARYLAND ZOO IN BALTIMORE<br>NOPPENBERGER<br>1876 MANSION HOUSE DR<br>BALTIMORE MD 21217 | 044128S001-1413A-234<br>MELINDA LONDOS<br>27 PAMELA CT<br>DEPEW NY 14043 | 044128P002-1413A-234<br>MELINDA S LONDOS<br>WAYNE C FELLE PC<br>WAYNE C FELLE<br>6024 MAIN ST<br>WILLIAMSVILLE NY 14221 |
| 044548P001-1413A-234<br>MERCHANTS INSURANCE GROUP<br>ROSS AND SUCHOFF LLC<br>BRIAN K SUCHOFF ESQ<br>343 MILLBURN AVANUE<br>SUITE 300<br>MILLBURN NJ 07041 | 044554P001-1413A-234<br>METLIFE AUTO AND HOME<br>SUBROGATION<br>PO BOX 2204<br>CHARLOTTE NC 28241 | 021074P001-1413A-234<br>MICHAEL AND ANDREA WOODS<br>JASON D BRUSH ESQ<br>9 MILES RD<br>RUTLAND MA 01543 | 018145P002-1413A-234<br>MICHAEL SINGLEY<br>D'ARCY JOHNSON DAY<br>RICHARD J ALBUQUERQUE ESQ<br>3120 FIRE RD<br>STE 100<br>EGG HARBOR TOWNSHIP NJ 08234 |

**New England Motor Freight, Inc., et al.**
**Exhibit Pages**

044569P001-1413A-234
MID-CENTURY INSURANCE CO
FARMERS INSURANCE
DOUGLAS SILVIUS
PO BOX 268992
OKLAHOMA CITY OK 73126

018447P003-1413A-234
MILLER BROTHERS FURNITURE INC
MATTHEW B TALADAY
PO BOX 487
DUBOIS PA 15801

044309P003-1413A-234
MOTORIST MUTUAL INSURANCE CO
ASO JOHN VINO AND WIMMER ELECTRIC
LAW OFFICE OF PAUL M SCHOFIELD
850 WEST CHESTER PIKE
STE 205
HAVERTOWN PA 19083

044408P002-1413A-234
MOTORISTS MUTUAL AS SUBROGEE OF JOHN VINO
PAUL SCHOFIELD
850 WEST CHESTER PIKE
SUITE 205
HAVERTOWN PA 19083

044581P001-1413A-234
MOUNTAIN LAUREL ASSURANCE CO
PO BOX 512929
LOS ANGELES CA 90051

018726P002-1413A-234
NAME AND ADDRESS INTENTIONALLY OMITTED

044409P002-1413A-234
NEUW VENTURES LLC
DANIEL NEUWIRTH
27 HEWLETT ST
WATERBURY CT 06710

044493P001-1413A-234
NEW JERSEY MANUFACTURERS INSURANCE CO
CO ROBERT K SCHEINBAUM ESQ
CONNELL FOLEY LLP
56 LIVINGSTON AVE
ROSELAND NJ 07068

018364P002-1413A-234
NEW LONDON HOSPITALITY LLC
MCNAMARA AND MCNAMARA PC
JEFFREY A MCNAMARA
100 PENNSYLVANIA AVE
NIANTIC CT 06357

018365P002-1413A-234
NICOLE BOYD
CHRISTINE LASALVIA
ATTORNY FOR THE PLAINTIFF
614 W SUPERIOR AVE 820
CLEVELAND OH 44113

021162P002-1413A-234
NORGUARD
ALLIED RECOVERY SOLUTIONS
PO BOX 1011
PORT JEFFERSON STATION NY 11776

044429P002-1413A-234
NORTHLAND INSURANCE CO
MARY WHITEHILL
PO BOX 5076
HARTFORD CT 06102

018093P003-1413A-234
OSCAR VALIENTE
FRANK J LANE PC
449 S OYSTER BAY RD
PLAINVIEW NY 11803

044574P001-1413A-234
PA TURNPIKE COMMISSION
PA TURNPIKE COMMISSION
RISK MANAGMENT DC9462
PO BOX 6776
HARRISBURG PA 17106

015087P002-1413A-234
PALISADES SAFETY AND INS A/S/O
MICHELE VORTERS
PO BOX 920
LINCROFT NJ 07738

015175P003-1413A-234
PAYLESS AUTO GLASS
DEPT 105003
PO BOX 150432
HARTFORD CT 06115-0432

015175S001-1413A-234
PAYLESS AUTO GLASS
JOHN WISNIEWSKI
527 WETHERSFIELD AVE
HARTFORD CT 06114

044552P001-1413A-234
PENNSYLVANIA DEPT OF TRANSPORTATION
CHIEF COUNSEL
PO BOX 8212
HARRISBURG PA 17105

044552S001-1413A-234
PENNSYLVANIA DEPT OF TRANSPORTATION
BRADLEY J BILLET
400 NORTH ST
HARRISBURG PA 17120

044416P002-1413A-234
PETER BLUNT
AGRON ETEMI ESQ
130 SCOTT RD
WATERBURY CT 06705

044570P001-1413A-234
PHARMACISTS MUTUAL INSURANCE CO
808 HWY 18 WEST
ALGONA IA 50511

015508P001-1413A-234
PRIZM MEDICAL RESOURCES LTD
1528 WALNUT ST
STE 1804
PHILADELPHIA PA 19102

044459P001-1413A-234
PROGRESSIVE ADVANCED INSURANCE CO
CO WELTMAN WEINBERG AND REIS CO LPA
323 W LAKESIDE AVE SUITE 200
CLEVELAND OH 44113

044469P001-1413A-234
PROGRESSIVE ADVANCED INSURANCE CO
INSURED: MONIQUE FORD
FELDMAN AND FELDMAN LLP
811 W JERICHO TPKE STE 201W
SMITHTOWN NY 11787

044576P001-1413A-234
PROGRESSIVE GARDEN STATE INSURANCE CO
SUBROGATING ON BEHALF OF CHRIS ABRAMS
LINDSEY PLUMMER SUBROGATION SPECIALIST
PO BOX 51292
LOS ANGELES CA 90051

018540P003-1413A-234
PROGRESSIVE INS
AS SUBROGEE OF RENEE HARTSON
FELDMAN AND FELDMAN LLP
811 WEST JERICHO TPK
STE 201W
SMITHTOWN NY 11787

044732P001-1413A-234
PROGRESSIVE SELECT INSURANCE CO
SUBROGATION
PO BOX 512929
LOS ANGELES CA 90051

018563P001-1413A-234
PSEG LI
AKA LIPA
GERALYN CLINCH
15 PARK DR
MELVILLE NY 11747

**New England Motor Freight, Inc., et al.**
**Exhibit Pages**

043910P002-1413A-234
PSEG LONG ISLAND
LIPA
15 PARK DR 2ND FL EAST
MELVILLE NY 11747

015632P002-1413A-234
QUINCY MUTUAL
DOUGLAS P BENNETT
57 WASHINGTON ST
QUINCY MA 02169

044496P002-1413A-234
RAMON ROMERO-REYES
AMEER BENNO ESQ
BLOCK OTOOLE AND MURPHY LLP
ONE PENN PLAZA SUITE 5315
NEW YORK NY 10119

019638P003-1413A-234
RANDY MERRITT V NEMF ET AL
SWARTZ CAMBELL LLC
KEVIN CANAVAN
TWO LIBERTY PL
50 S 16TH ST FL 28
PHILADELPHIA PA 19102

019638S001-1413A-234
RANDY MERRITT V NEMF ET AL
SWARTZ CAMBELL LLC
KEVIN CANAVAN
ONE LIBERTY PL FL 38
1650 MARKET ST
PHILADELPHIA PA 19103

044577P001-1413A-234
RANDY MERRITT
GOFFER AND CIMINI
MICHAEL R GOFFER
1603 MONSEY AVE
SCRANTON PA 18509

044435P001-1413A-234
REGINA M MAGARIAN
MIRICK OCONNELL ET AL
EDWARD C BASSETT JR
1800 W PARK DR STE 400
WESTBOROUGH MA 01581

044435S001-1413A-234
REGINA M MAGARIAN
4 BRANDYWINE DR
BELCHERTOWN MA 01007

044293P002-1413A-234
REMONEA S HARRIS
TOBIN KESSLER GREENSTEIN
CARUSO WIENER AND KONRAY
ATTENTION: SCOTT KESSLER
136 CENTRAL AVE
CLARK NJ 07066

018373P003-1413A-234
RENEE HARTSON
SPADAFORA AND VERRASTRO LLP
JOSEPH TODORO
2 SYMPHONY CIR
BUFFALO NY 14201

015808P003-1413A-234
RHEUDIN HARRIS
233 NEW YORK AVE
APT 702
ATLANTIC NJ 08401

015808S001-1413A-234
RHEUDIN HARRIS
GOLDENBERG MACKLER SAYEGH MINTZ
ALLISON E WEINER
1030 ATLANTIC AVE
ATLANTIC CITY NJ 08401

044461P001-1413A-234
RICHARD BRYAN HILL ET AL
EISENBERG ROTHWEILER WINKLER EISENBERG AND
JECK PC DANIEL J SHERRY JR
1634 SPRUCE ST
PHILADELPHIA PA 19103

043916P002-1413A-234
RICHARD MILERSON
JASON M RUBIN
WINGATE RUSSOTTI SHAPIRO AND HALPERIN
420 LEXINGTON AVE
SUITE 2750
NEW YORK NY 10170

018105P002-1413A-234
RITA ALVARADO
THE ROSATO FIRM PC
PAUL A MARBER ESQ
55 BROADWAY 23RD FL
NEW YORK NY 10006

018509P003-1413A-234
ROEHL TRANSPORT INC
SAFETY SUBROGATION
CHELSEA P STUTTEJEN
PO BOX 750
MARSHFIELD WI 54449

044357P001-1413A-234
ROETZEL AND ANDRESS LPA
BRUCE R SCHRADER II
222 SOUTH MAIN ST
AKRON OH 44308

044419P002-1413A-234
ROSCOE E SMITH JR
WILLIAM BEVERIDGE JR
LAW OFFICES OF PETER T NICHOLL
36 SOUTH CHARLES ST
SUITE 1700
BALTIMORE MD 21201

044422P002-1413A-234
SELECTIVE INSURANCE OF SOUTH CAROLINA
DAN MOYET
PO BOX 7268
LONDON KY 40742

044721P001-1413A-234
SHAHIRA RODRIGUEZ
LIPSCHUTZ AND FRIEDMAN
STEVEN M LIPSCHUTZ
1800 JFK BLVD 11TH FL
PHILADELPHIA PA 19103

044358P002-1413A-234
SHAUNA JONES
MCMANIMON SCOTLAND AND BAUMANN LLC
75 LIVINGSTON AVE 2ND FL
ROSELAND NJ 07068

016442P002-1413A-234
SOLIMENE AND SECONDO LLP
BETHANY FREEMAN
1501 EAST MAIN ST STE 204
MERIDEN CT 06450

018107P003-1413A-234
STATE FARM INSURANCE CO
NICOLINI PARADISE FERRETTI AND SABELLA
VINCE A SABELLA
114 OLD COUNTRY RD STE 500
MINEOLA NY 11501

018133P001-1413A-234
STATE FARM MUTUAL AUTO INSUR CO
FOR DEREK DOWDELL
PAPPAS COX KIMPEL DODD AND LEVINE PC
P DOUGLAS DODD ESQ
614 JAMES ST STE 100
SYRACUSE NY 13203

018147P001-1413A-234
STATE FARM MUTUAL AUTO INSUR CO
PAPPAS COX KIMPEL DODD AND LEVINE PC
P DOUGLAS DODD ESQ
614 JAMES ST
STE 100
SYRACUSE NY 13203

018546P001-1413A-234
STATE FARM MUTUAL AUTOMOBILE CO
ASO CATHERINE DARDEN
SIMON AND MCCLOSKY
120 W MADISON STE 1100
CHICAGO IL 60602

021269P003-1413A-234
STATE FARM MUTUAL AUTOMOBILE INSURANCE CO
RATHBONE GROUP LLC
1100 SUPERIOR AVE STE 1850
CLEVELAND OH 44114

044689P001-1413A-234
STATE FARM MUTUAL AUTOMOBILE INSURANCE CO
MCKENRY DANCIGERS DAWSON PC
TINA C BABOCK
192 BALLARD CT STE 400
VIRGINIA BEACH VA 23462

**New England Motor Freight, Inc., et al.**
**Exhibit Pages**

021301P001-1413A-234
STEPHEN DAVIES
315 W NECK RD
HUNTINGTON NY 11743

016677P003-1413A-234
STEPHEN E GERTLER LAW OFFICE
ATTY FOR STATE FARM
1340 CAMPUS PKWY STE B4
WALL NJ 07719

018114P002-1413A-234
SUSAN VOLPE AND RAYMOND VOLPE
KRAMER DILLOF LIVINGSTON AND MOORE
JOHN CAGNEY ESQ
217 BROADWAY STE 10
NEW YORK NY 10007

044498P001-1413A-234
SWARTZ CAMPBELL LLC
KEVIN CANAVAN
ONE LIBERTY PLACE
1650 MARKET STREET FLOOR 38
PHILADELPHIA PA 19103

044500P001-1413A-234
SWARTZ CAMPBELL LLC
KEVIN CANAVAN
ONE LIBERTY PLACE
1650 MARKET STREET
PHILADELPHIA PA 19103

044423P001-1413A-234
TANOLA T ENNIS
SANDERS SANDERS BLOCK WOYCIK
VIENER AND GROSSMAN
100 HERRICKS RD
MINEOLA NY 11501

018388P003-1413A-234
TAWANA HUGGINS
MARTIN F KRONBERT PC
MARTIN F KRONBERG
2414 MORRIS AVE
UNION NJ 07083

044424P002-1413A-234
TEACHERS INSURANCE PLAN OF NEW JERSEY
JENNIFER L PARSONS ESQ
LAW OFFICE OF DEBRA HART
303 FELLOWSHIP RD STE 300
MT LAUREL NJ 08054

021296P003-1413A-234
THE CITY OF NEW YORK
CITY OF NEW YORK COMPTROLLER
100 CHURCH ST
NEW YORK NY 10007

021296S001-1413A-234
THE CITY OF NEW YORK
LINEBARGER GOGGAN ET AL
CRISTINA GONZALEZ
61 BROADWAY STE 2600
NEW YORK NY 10006

018610P001-1413A-234
TOWNSHIP OF HANOVER NJ
DORSEY AND SEMRAU  ROB ROSSMEISSL
714 MAIN ST
PO BOX 228
BOONTON NJ 07005

044426P002-1413A-234
TRAVELERS PERSONAL INSURANCE CO
TRAVELERS INSURANCE
PO BOX 5076
HARTFORD CT 06102-5076

017253S001-1413A-234
TRAVELERS PROPERTY CASUALTY INS
PO BOX 660339
DALLAS TX 75266-0339

017253P003-1413A-234
TRAVELERS PROPERTY CASUALTY INSURANCE
35 UNITED DR STE 2
WEST BRIDGEWATER MA 02379

017280P002-1413A-234
TRESSLER LLP
MATTHEW DEVEREUX
233 S WACKER DR
FL 22
CHICAGO IL 60606-6399

017731P003-1413A-234
WARD GREENBERG HELLER AND REIDY LLP
SCOTT R JENNETTE
1800 BAUSCH AND LOMB PL
ROCHESTER NY 14604-2713

044471P001-1413A-234
WICKERS CRAB POT SEAFOOD
BESKIN DIVERS INSURANCE GROUP INC
VERNON R DIVERS
4201 INDIAN RIVER RD
CHESAPEAKE VA 23325

018422P002-1413A-234
WILBER AND ASSOCIATES OBO VERMONT
MUTUAL INSURANCE CO
SAMANTHA S BRIGHT
210 LANDMARK DR
NORMAL IL 61761

018167P003-1413A-234
WILLIAM ESFORD
YEAROUT AND TRAYLOR PC
WILLIAM P TAYLOR III ESQ
3300 CAHABA RD STE 300
BIRMINGHAM AL 35223

043866P004-1413A-234
WILLIAM OUTLAW
ATT: ILENE SCHAFER
ROSEN SCHAFER & DIMEO LLP
123 S BROAD ST STE 2170
PHILADELPHIA PA 19109

018099P002-1413A-234
WINSOME MARTIN
FREDRIC S MASURE ESQ
1932 RALPH AVE
BROOKLYN NY 11234

044726P003-1413A-234
XIOMARA MENDOZA-LOPEZ
CRAIG ROSENSTEIN
6200 BALTIMORE AVE #400
RIVERDALE MD 20737

044726S001-1413A-234
XIOMARA MENDOZA-LOPEZ
CIMINO LAW LLC
ALYSSA A CIMINO
376 HOLLYWOOD AVE
FAIRFIELD NJ 07004

Records Printed :    **191**

# EXHIBIT 3

New England Motor Freight, Inc., et al.
Electronic Mail
Exhibit Page

Page # : 1 of 1                                                                    11/06/2020 06:19:09 PM

000163P001-1413S-235
DAVID METH,ESQ
200 DANIELS WAY STE 240
FREEHOLD NJ 07728
DAVID@METHNJLAW.COM

000159P001-1413S-235
FIRE SAFETY EQUIPMENT SUPPLY
DEBBIE A DONIVAN
606 WEST RACE ST
PO BOX 638
MARTINSBURG WV 25402
MIDATLANTICFIRE@YAHOO.COM

000162P001-1413S-235
LAW OFFICE OF SCOTT J GOLDSTEIN LLC
SCOTT J GOLDSTEIN
280 WEST MAIN ST
DENVILLE NJ 07834
SJG@SGOLDSTEINLAW.COM

000070P002-1413S-235
MCELROY DEUTSCH ET AL
GARY D BRESSLER, ESQ
300 DELAWARE AVE STE 770
WILMINGTON DE 19801
GBRESSLER@MDMC-LAW.COM

000069P002-1413S-235
MCELROY DEUTSCH MULVANEY
VIRGINIA T SHEA, ESQ
1300 MOUNT KEMBLE AVE
MORRISTOWN NJ 07962
VSHEA@MDMC-LAW.COM

000093P003-1413S-235
MCMANIMON, SCOTLAND  BAUMANN
ANTHONY SODONO, III; SARI PLACONA
75 LIVINGSTON AVE STE 201
ROSELAND NJ 07068
ASODONO@MSBNJ.COM

000093P003-1413S-235
MCMANIMON, SCOTLAND  BAUMANN
ANTHONY SODONO, III; SARI PLACONA
75 LIVINGSTON AVE STE 201
ROSELAND NJ 07068
SPLACONA@MSBNJ.COM

018571P001-1413A-235
PROTECTIVE INSURANCE COMPANY
TURNER LAW FIRM
ATTTN: ANDREW R TURNER
76 SOUTH ORANGE AVE
STE 306
SOUTH ORANGE NJ 07079
COURTS@TURNERLAW.NET

000096P002-1413S-235
RIKER DANZIG SCHERER HYLAND & PERRETTI LLP
J SCHWARTZ; M TRENTIN; A GARRASTEGUI
HEADQUARTERS PLAZA
ONE SPEEDWELL AVE
MORRISTOWN NJ 07962-1981
JSCHWARTZ@RIKER.COM

000096P002-1413S-235
RIKER DANZIG SCHERER HYLAND & PERRETTI LLP
J SCHWARTZ; M TRENTIN; A GARRASTEGUI
HEADQUARTERS PLAZA
ONE SPEEDWELL AVE
MORRISTOWN NJ 07962-1981
MTRENTIN@RIKER.COM

000096P002-1413S-235
RIKER DANZIG SCHERER HYLAND & PERRETTI LLP
J SCHWARTZ; M TRENTIN; A GARRASTEGUI
HEADQUARTERS PLAZA
ONE SPEEDWELL AVE
MORRISTOWN NJ 07962-1981
AGARRASTEGUI@RIKER.COM

000160P001-1413S-235
SANTANDER BANK, N.A.
RICHARD WOLBACH
200 PARK AVE.,STE 100
FLORHAM PARK NJ 07932
RICHARD.WOLBACH@SANTANDER.US

000064P002-1413S-235
TROUTMAN SANDERS LLP
LOUIS A CURCIO, ESQ
875 THIRD AVE
NEW YORK NY 10022
LOUIS.CURCIO@TROUTMAN.COM

000065P003-1413S-235
TROUTMAN SANDERS LLP
DAVID A PISCIOTTA;ALISSA K PICCIONE
875 THIRD AVE
NEW YORK NY 10022
DAVID.PISCIOTTA@TROUTMAN.COM

000065P003-1413S-235
TROUTMAN SANDERS LLP
DAVID A PISCIOTTA;ALISSA K PICCIONE
875 THIRD AVE
NEW YORK NY 10022
ALISSA.PICCIONE@TROUTMAN.COM

000097P002-1413S-235
UNITED STATES DEPARTMENT OF JUSTICE
PETER J. D'AURIA,ESQ; MITCHELL HAUSMAN
OFFICE OF THE UNITED STATES TRUSTEE
ONE NEWARK CENTER STE 2100
NEWARK NJ 07102
PETER.J.D'AURIA@USDOJ.GOV

000097P002-1413S-235
UNITED STATES DEPARTMENT OF JUSTICE
PETER J. D'AURIA,ESQ; MITCHELL HAUSMAN
OFFICE OF THE UNITED STATES TRUSTEE
ONE NEWARK CENTER STE 2100
NEWARK NJ 07102
MITCHELL.B.HAUSMAN@USDOJ.GOV

000001P001-1413S-235
UNITED STATES TRUSTEE
ONE NEWARK CENTER, SUITE 2100
1085 RAYMOND BOULEVARD
NEWARK NJ 07102
jeffrey.m.sponder@usdoj.gov

000001P001-1413S-235
UNITED STATES TRUSTEE
ONE NEWARK CENTER, SUITE 2100
1085 RAYMOND BOULEVARD
NEWARK NJ 07102
Mitchell.B.Hausman@usdoj.gov

000001P001-1413S-235
UNITED STATES TRUSTEE
ONE NEWARK CENTER, SUITE 2100
1085 RAYMOND BOULEVARD
NEWARK NJ 07102
Peter.J.D'Auria@usdoj.gov

000161P001-1413S-235
WEISS & ROSENBLOOM PC
ANDREA R KRUGMAN
27 UNION SQUARE WEST STE 307
NEW YORK NY 10003
AMY@WEISSANDROSENBLOOM.COM

Records Printed :  21

# EXHIBIT 4

**New England Motor Freight, Inc., et al.**
**Exhibit Page**

11/06/2020 06:17:25 PM

044171P002-1413A-235
PROTECTIVE INSURANCE
TURNER LAW FIRM
ANDREW R TURNER
76 S ORANGE AVE STE 306
SOUTH ORANGE NJ 07079

000158P001-1413S-235
WILLIAM & TERRY ECKER
5322 WHEELER RD
JORDAN NY 13080

Records Printed :  **2**