| | |
|---|---|
| UNITED STATE BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004 | |
| MAYNARD, O'CONNOR, SMITH & CATALINOTTO, LLP<br>By: Justin W. Gray, Esq.<br>**Attorneys for Creditor,** Benedicto Sorto<br>6 Tower Place<br>Albany, New York 12203<br>Telephone: (518) 465-3553<br>Facsimile: (518) 465-5845<br>E-mail: gray@moscllp.com | |
| In re:<br><br>**NEW ENGLAND MOTOR FREIGHT, INC**<br>et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-12809 (JKS)<br><br>(Jointly Administered) |

## Certification of Service

1.  I, Tracy L. Sweeney:
    ☐ represent _____ in this matter.
    ☒ am the secretary/paralegal for Justin W. Gray, who represents creditor, Benedicto Sorto in this matter
    ☐ am the _____ in this case and am representing myself.

2. I hereby certified that on December 1, 2020, I caused the following documents to be electronically filed with the Court using the Court's Electronic Filing system and served via the Court's CMF/ECF system on the parties that have consented to service of all court filings:
Opposition to Omnibus Objection to Certain Auto Liability Claims

3. I certify under penalty of perjury that the above document(s) were sent using the mode of service indicated:
Dated: December 1, 2020                              /s/ Tracy L. Sweeney
                                                                       Signature

**19-12809-JKS Notice will be electronically mailed to:**

Richard Albuquerque on behalf of Creditor MICHAEL SINGLEY
richarda@djdlawyers.com

Morris S. Bauer on behalf of Creditor East River Energy, Inc,
msbauer@nmmlaw.com, rjacome@norris-

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC (4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMF Logistics, LLC (4666).
{M0948653.1}

law.com,relikens@nmmlaw.com,ddewey@norris-law.com

Kenneth L. Baum on behalf of Creditor Clermont Holdings, LLC
kbaum@kenbaumdebtsolutions.com, ddipiazza@kenbaumdebtsolutions.com

Kevin Joseph Bloom on behalf of Interested Party Mirabito Holdings,Inc
kbloom@hhk.com

JoAnne M. Bonacci on behalf of Creditor RLI Insurance Company
jbonacci@dbplawfirm.com

Leonard R Boyer on behalf of Creditor Nelson Vasquez
lrbnjesq@gmail.com, mcordova48890@aol.com

John F. Bracaglia, Jr. on behalf of Interested Party Orange and Rockland Utilities, Inc.
brokaw@centraljerseylaw.com

Gary D. Bressler on behalf of Creditor Mack Trucks, Inc.
gbressler@mdmc-law.com, scarney@mdmc-law.com;dprimack@mdmc-law.com;bkleban@mdmc-law.com

Gary D. Bressler on behalf of Creditor VFS US LLC
gbressler@mdmc-law.com, scarney@mdmc-law.com;dprimack@mdmc-law.com;bkleban@mdmc-law.com

Gary D. Bressler on behalf of Creditor Volvo Financial
gbressler@mdmc-law.com, scarney@mdmc-law.com;dprimack@mdmc-law.com;bkleban@mdmc-law.com

Alan J. Brody on behalf of Creditor JP Morgan Chase
brodya@gtlaw.com, NJLitDock@gtlaw.com

Kate R. Buck on behalf of Creditor Connecticut Light & Power Company, NStar Western Massachusetts, Yankee Gas Services Company, Colonial Gas Company, KeySpan Energy Delivery Long Island, Narragansett Electric Company and Niagara Mohawk
kbuck@mccarter.com

Kate R. Buck on behalf of Creditor Potomac Edison Company, Toledo Edison Company and West Penn Power Company
kbuck@mccarter.com

Deirdre E. Burke on behalf of Creditor Capital One, N.A.
dburke@mccarter.com

Robert A. Burke on behalf of Defendant Jenny Munson Andress, individually and as the Administratrix of the Estate of Herbert Andress
rburke@macelree.com

{M0948653.1}                                  2

John Cagney on behalf of Creditor Susan and Raymond Volpe
jcagney@kdlm.com

John Cagney on behalf of Defendant Susan Volpe
jcagney@kdlm.com

John Cagney on behalf of Defendant Susan and Raymond Volpe
jcagney@kdlm.com

Kevin M. Capuzzi on behalf of Interested Party Amazon.com Services, Inc., formerly Amazon Fulfillment Services, Inc.
kcapuzzi@beneschlaw.com, debankruptcy@beneschlaw.com

Michael R. Caruso on behalf of Creditor Wells Fargo Equipment Finance, Inc.
mcaruso@csglaw.com, ecf@csglaw.com

Alyssa A. Cimino on behalf of Creditor Abel Trochez
acimino@aciminolaw.com, ciminoar98640@notify.bestcase.com

Alyssa A. Cimino on behalf of Creditor Byron E Najera Osorio
acimino@aciminolaw.com, ciminoar98640@notify.bestcase.com

Alyssa A. Cimino on behalf of Creditor Xiomara Mendoz-Lopez
acimino@aciminolaw.com, ciminoar98640@notify.bestcase.com

Donald W Clarke on behalf of Debtor New England Motor Freight, Inc.
dclarke@wjslaw.com, dclarke@ecf.inforuptcy.com

Mark B Conlan on behalf of Debtor New England Motor Freight, Inc.
mconlan@gibbonslaw.com

Mark B Conlan on behalf of Defendant New England Motor Freight, Inc., et al.
mconlan@gibbonslaw.com

Mark B Conlan on behalf of Plaintiff New England Motor Freight, Inc.
mconlan@gibbonslaw.com

Catherine L. Corey on behalf of Creditor East River Energy, Inc,
clcorey@nmmlaw.com

Louis A. Curcio on behalf of Creditor Santander Bank, N.A.
louis.curcio@troutmansanders.com,
John.Murphy@troutmansanders.com;jonathan.forstot@troutmansanders.com;david.pisciotta@troutmansanders.com

Joseph J. DiPasquale on behalf of Attorney Lowenstein Sandler LLP

{M0948653.1}    3

jdipasquale@lowenstein.com

Joseph J. DiPasquale on behalf of Creditor Committee Official Committee Of Unsecured Creditors
jdipasquale@lowenstein.com

Joseph J. DiPasquale on behalf of Other Prof. CohnReznick Capital Market Securities, LLC
jdipasquale@lowenstein.com

Joseph J. DiPasquale on behalf of Other Prof. Liquidating Trustee
jdipasquale@lowenstein.com

Keri P. Ebeck on behalf of Creditor Guttman Energy, Inc.
KEBECK@BERNSTEINLAW.COM, jbluemle@bernsteinlaw.com

David Edelberg on behalf of Creditor McIntosh Energy Company
dedelberg@cullenllp.com, edelbergdr82964@notify.bestcase.com

David V. Fontana on behalf of Creditor TD Bank, N.A.
dfont@gebsmith.com, ltancredi@gebsmith.com;klusby@gebsmith.com

Scott J. Freedman on behalf of Creditor Corcentric, LLC
sfreedman@dilworthlaw.com

Scott J. Freedman on behalf of Creditor New Jersey Manufacturers
sfreedman@dilworthlaw.com

Jacob Frumkin on behalf of Interested Party Great Dane LLC
jfrumkin@coleschotz.com

Karen A. Giannelli on behalf of Accountant Withumsmith+Brown
kgiannelli@gibbonslaw.com

Karen A. Giannelli on behalf of Debtor Apex Logistics, Inc.
kgiannelli@gibbonslaw.com

Karen A. Giannelli on behalf of Debtor Carrier Industries, Inc.
kgiannelli@gibbonslaw.com

Karen A. Giannelli on behalf of Debtor Eastern Freight Ways, Inc.
kgiannelli@gibbonslaw.com

Karen A. Giannelli on behalf of Debtor Hollywood Avenue Solar, LLC
kgiannelli@gibbonslaw.com

Karen A. Giannelli on behalf of Debtor Jans Leasing Corp.

{M0948653.1}　　　　　　　　　　　　　4

kgiannelli@gibbonslaw.com

Karen A. Giannelli on behalf of Debtor MyJon, LLC
kgiannelli@gibbonslaw.com

Karen A. Giannelli on behalf of Debtor Myar, LLC
kgiannelli@gibbonslaw.com

Karen A. Giannelli on behalf of Debtor NEMF Logistics, LLC
kgiannelli@gibbonslaw.com

Karen A. Giannelli on behalf of Debtor NEMF World Transport, Inc.
kgiannelli@gibbonslaw.com

Karen A. Giannelli on behalf of Debtor New England Motor Freight, Inc.
kgiannelli@gibbonslaw.com

Karen A. Giannelli on behalf of Debtor United Express Solar, LLC
kgiannelli@gibbonslaw.com

Karen A. Giannelli on behalf of Other Prof. Donlin, Recano & Company, Inc.
kgiannelli@gibbonslaw.com

Karen A. Giannelli on behalf of Plaintiff Apex Logistics, Inc.
kgiannelli@gibbonslaw.com

Karen A. Giannelli on behalf of Plaintiff Carrier Industries, Inc.
kgiannelli@gibbonslaw.com

Karen A. Giannelli on behalf of Plaintiff Eastern Freight Ways, Inc.
kgiannelli@gibbonslaw.com

Karen A. Giannelli on behalf of Plaintiff Hollywood Avenue Solar, LLC
kgiannelli@gibbonslaw.com

Karen A. Giannelli on behalf of Plaintiff Jans Leasing Corp.
kgiannelli@gibbonslaw.com

Karen A. Giannelli on behalf of Plaintiff MyJon, LLC
kgiannelli@gibbonslaw.com

Karen A. Giannelli on behalf of Plaintiff Myar, LLC
kgiannelli@gibbonslaw.com

Karen A. Giannelli on behalf of Plaintiff NEMF Logistics, LLC
kgiannelli@gibbonslaw.com

Karen A. Giannelli on behalf of Plaintiff NEMF World Transport, Inc.
kgiannelli@gibbonslaw.com

Karen A. Giannelli on behalf of Plaintiff New England Motor Freight, Inc.
kgiannelli@gibbonslaw.com

Karen A. Giannelli on behalf of Plaintiff United Express Solar, LLC
kgiannelli@gibbonslaw.com

Brian Glass on behalf of Interested Party PA Department of Environmental Protection
briaglass@pa.gov, verkanova@pa.gov

Eric Goldstein on behalf of Creditor United HealthCare Services, Inc.
egoldstein@goodwin.com,
bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com

Evan S. Goldstein on behalf of Creditor Webster Capital Finance, Inc.
egoldstein@uks.com

Scott J. Goldstein on behalf of Creditor Melinda Londos
sjg@sgoldsteinlaw.com,
cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;G31979@notify.cincompass.com

Warren Scott Gottlieb on behalf of Defendant Consolidated Edison Company of New York, Inc.
wgottlieb@golawllp.com

Justin W. Gray on behalf of Creditor Angela Evans
gray@maynardoconnorlaw.com, Sweeney@moscllp.com

Justin W. Gray on behalf of Creditor Anthony McNeil
gray@maynardoconnorlaw.com, Sweeney@moscllp.com

Justin W. Gray on behalf of Creditor Benedicto Sorto
gray@maynardoconnorlaw.com, Sweeney@moscllp.com

Justin W. Gray on behalf of Creditor Daniel Murtha
gray@maynardoconnorlaw.com, Sweeney@moscllp.com

Justin W. Gray on behalf of Creditor Daniel Rinaldi
gray@maynardoconnorlaw.com, Sweeney@moscllp.com

Justin W. Gray on behalf of Creditor Janice A. Goodall
gray@maynardoconnorlaw.com, Sweeney@moscllp.com

Justin W. Gray on behalf of Defendant Angela Evans, Individually & as Parent & Natural

Guardian of E Evans, an Infant
gray@maynardoconnorlaw.com, Sweeney@moscllp.com

William Hahn on behalf of Creditor Geico
whahn@tdlmm.com

William Hahn on behalf of Defendant GEICO V DAVID WOOD ET AL TANGO DICKINSON LORENZO MCDERMOTT ET AL
whahn@tdlmm.com

Brian W. Hofmeister on behalf of Creditor Larry L. Banks
bwh@hofmeisterfirm.com, j119@ecfcbis.com

Richard S. Kanowitz on behalf of Unknown Role Type Ad Hoc Group of Tort Claimants
richard.kanowitz@haynesboone.com, mklein@cooley.com;jindyke@cooley.com;efiling-notice@ecf.pacerpro.com

James A. Kellar on behalf of Creditor Colonial Gas Company, KeySpan Energy Delivery Long Island, Narragansett Electric Company and Niagara Mohawk Power Corporation
jkellar@mccarter.com

James A. Kellar on behalf of Creditor Rochester Gas & Electric Corporation
jkellar@mccarter.com

James A. Kellar on behalf of Creditor West Penn Power Company
jkellar@mccarter.com

Andrew J. Kelly on behalf of Creditor Steven Ross
akelly@kbtlaw.com, wsheridan@kbtlaw.com;saudino@kbtlaw.com;kgaldieri@kbtlaw.com;tgraga@kbtlaw.com

Norman N Kinel on behalf of Interested Party East West Bank
norman.kinel@squirepb.com, sarah.conley@squirepb.com,norman-kinel-4300@ecf.pacerpro.com

Peter M. Knob on behalf of Creditor Capital One, N.A.
pknob@mccarter.com, lrestivo@mccarter.com

Denise A Kuhn on behalf of Creditor Dept. of Revenue Commonwealth of Pennsylvania, department of revenue
dkuhn@attorneygeneral.gov

Christopher John Leavell on behalf of Interested Party Class Plaintiffs at al
cleavell@klehr.com, lclark@klehr.com

Christopher John Leavell on behalf of Plaintiff Dan Webster

cleavell@klehr.com, lclark@klehr.com

Christopher John Leavell on behalf of Plaintiff Mary Carlin
cleavell@klehr.com, lclark@klehr.com

Scott W Lichtenstein on behalf of Creditor Berkley Insurance Company
slichtenstein@csglaw.com

Seoung Y. Lim on behalf of Creditor Pantos USA, Inc.
joshualim@kcllawfirm.com,
denisemoreno@kcllawfirm.com,seankwak@kcllawfirm.com,jpark@kcllawfirm.com

Gail C. Lin on behalf of Creditor WARN Act Class Plaintiffs and Putative Class
gcl@raisnerroupinian.com,
rsr@raisnerroupinian.com;jar@raisnerroupinian.com;warnlawyers@raisnerroupinian.com;rrllp@ecf.courtdrive.com

Gail C. Lin on behalf of Creditor Alice Waters
gcl@raisnerroupinian.com,
rsr@raisnerroupinian.com;jar@raisnerroupinian.com;warnlawyers@raisnerroupinian.com;rrllp@ecf.courtdrive.com

Gail C. Lin on behalf of Creditor Rich Richardson
gcl@raisnerroupinian.com,
rsr@raisnerroupinian.com;jar@raisnerroupinian.com;warnlawyers@raisnerroupinian.com;rrllp@ecf.courtdrive.com

Gail C. Lin on behalf of Plaintiff Alice Waters
gcl@raisnerroupinian.com,
rsr@raisnerroupinian.com;jar@raisnerroupinian.com;warnlawyers@raisnerroupinian.com;rrllp@ecf.courtdrive.com

Gail C. Lin on behalf of Plaintiff Rich Richardson
gcl@raisnerroupinian.com,
rsr@raisnerroupinian.com;jar@raisnerroupinian.com;warnlawyers@raisnerroupinian.com;rrllp@ecf.courtdrive.com

Joseph Lubertazzi, Jr. on behalf of Creditor Capital One, N.A.
jlubertazzi@mccarter.com

Christopher Lynch on behalf of Creditor Fifth Third Bank
clynch@reedsmith.com

Kevin Gordon McDonald on behalf of Creditor VW Credit Leasing, Ltd.
kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com

Douglas J. McGill on behalf of Creditor Pilot Thomas Logistics LLC

{M0948653.1}                                    8

dmcgill@webbermcgill.com, mlynch@webbermcgill.com

Joseph J. McMahon, Jr. on behalf of Creditor Pilot Travel Centers LLC
jmcmahon@ciardilaw.com, jclarke@ciardilaw.com

David M. Meth on behalf of Creditor Jose Ferrer
david@methnjlaw.com

John R. Morton, Jr. on behalf of Creditor CAB East LLC, serviced by Ford Motor Credit Company LLC
ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

Robert E. Nies on behalf of Creditor Berkley Insurance Company
rnies@csglaw.com

Michael Papandrea on behalf of Other Prof. Liquidating Trustee
mpapandrea@lowenstein.com, dclaussen@lowenstein.com

Melissa A. Pena on behalf of Creditor Webster Capital Finance, Inc.
mapena@norris-law.com, pfreda@nmmlaw.com

Frank Peretore on behalf of Creditor Wells Fargo Equipment Finance, Inc.
fperetore@csglaw.com

David A. Pisciotta on behalf of Creditor Santander Bank, N.A.
david.pisciotta@troutmansanders.com,
john.murphy@troutman.com;alissa.piccione@troutman.com

Sari Blair Placona on behalf of Creditor Interstate Towing Recovery Incorporated
splacona@msbnj.com

Sari Blair Placona on behalf of Creditor Mercedes Benz Financial Services USA LLC
splacona@msbnj.com

Sari Blair Placona on behalf of Creditor Daryl & Kim Martin
splacona@msbnj.com

Sari Blair Placona on behalf of Creditor Jalil Walters
splacona@msbnj.com

Sari Blair Placona on behalf of Creditor Rasheeda Carter
splacona@msbnj.com

Sari Blair Placona on behalf of Creditor Shauna Jones
splacona@msbnj.com

Sari Blair Placona on behalf of Defendant DARYL MARTIN AND KIM MARTIN

{M0948653.1}                                              9

splacona@msbnj.com

Sari Blair Placona on behalf of Defendant Jalil Waters and Rashida Carter
splacona@msbnj.com

Sari Blair Placona on behalf of Defendant Shauna Jones
splacona@msbnj.com

Mark A. Platt on behalf of Creditor Omnitracs, LLC
mplatt@fbtlaw.com

Stephen B. Ravin on behalf of Creditor Riggins, Inc.
sravin@saul.com, jgillman@saul.com

Noah Reiss on behalf of Creditor Esmeralda Ramirez
Reiss@lawyer1.com

Rona J. Rosen on behalf of Creditor WARN Act Class Plaintiffs and Putative Class
cbbutler@klehr.com, cbbutler@klehr.com

Beth J. Rotenberg on behalf of Creditor Berkley Insurance Company
brotenberg@csglaw.com, ecf@csglaw.com

Blake D. Roth on behalf of Creditor Bridgestone Americas Tire Operations, LLC
blake.roth@wallerlaw.com,
chris.cronk@wallerlaw.com;deborah.liles@wallerlaw.com;katie.stenberg@wallerlaw.com

Rene S. Roupinian on behalf of Plaintiff Alice Waters
rsr@outtengolden.com

Rene S. Roupinian on behalf of Plaintiff Rich Richardson
rsr@outtengolden.com

Robert K. Scheinbaum on behalf of Creditor New Jersey Manufacturers
rscheinbaum@connellfoley.com

Robert K. Scheinbaum on behalf of Defendant New Jersey Manufacturers Insurance Company a/s/o Phyllis A. Troy
rscheinbaum@connellfoley.com

John Phillip Schneider on behalf of Creditor Committee Official Committee Of Unsecured Creditors
JPSchneider@mdmc-law.com

Joseph L. Schwartz on behalf of Creditor Lucky's Energy Service, Inc.
jschwartz@riker.com

{M0948653.1}   10

Joseph L. Schwartz on behalf of Interested Party United States Fire Insurance Company
jschwartz@riker.com

Mary E. Seymour on behalf of Attorney Lowenstein Sandler LLP
mseymour@lowenstein.com, jkimble@lowenstein.com

Mary E. Seymour on behalf of Creditor Committee Official Committee Of Unsecured Creditors
mseymour@lowenstein.com, jkimble@lowenstein.com

Virginia T. Shea on behalf of Creditor VFS US LLC
vshea@mdmc-law.com, mtaranto@mdmc-law.com;kpatterson@mdmc-law.com;gbressler@mdmc-law.com;lmodugno@mdmc-law.com

Virginia T. Shea on behalf of Creditor Volvo Financial
vshea@mdmc-law.com, mtaranto@mdmc-law.com;kpatterson@mdmc-law.com;gbressler@mdmc-law.com;lmodugno@mdmc-law.com

Michael D. Sirota on behalf of Interested Party Great Dane LLC
msirota@coleschotz.com, fpisano@coleschotz.com

Anthony Sodono, III on behalf of Creditor Mercedes Benz Financial Services USA LLC
asodono@msbnj.com

Anthony Sodono, III on behalf of Creditor Jalil Walters
asodono@msbnj.com

Anthony Sodono, III on behalf of Creditor Rasheeda Carter
asodono@msbnj.com

Anthony Sodono, III on behalf of Creditor Shauna Jones
asodono@msbnj.com

Anthony Sodono, III on behalf of Defendant Jalil Waters and Rashida Carter
asodono@msbnj.com

Anthony Sodono, III on behalf of Defendant Shauna Jones
asodono@msbnj.com

Rebecca Ann Solarz on behalf of Creditor VW Credit Leasing, Ltd
rsolarz@kmllawgroup.com

Rick Aaron Steinberg on behalf of Creditor TOTE Maritime
rsteinberg@pricemeese.com

Gavin Stewart on behalf of Creditor VW Credit, Inc.

{M0948653.1}    11

bk@stewartlegalgroup.com

Daniel Stolz on behalf of Debtor New England Motor Freight, Inc.
dstolz@wjslaw.com,
dstolz@ecf.inforuptcy.com;msousa@wjslaw.com;btorres@ecf.inforuptcy.com

Douglas T Tabachnik on behalf of Creditor to Rita Alvarado The Rosato Firm, P.C., counsel
dtabachnik@dttlaw.com, rdalba@dttlaw.com

Douglas T Tabachnik on behalf of Defendant Rita Alvarado
dtabachnik@dttlaw.com, rdalba@dttlaw.com

Brett Steven Theisen on behalf of Debtor New England Motor Freight, Inc.
btheisen@gibbonslaw.com

Brett Steven Theisen on behalf of Plaintiff New England Motor Freight, Inc.
btheisen@gibbonslaw.com

Chad J. Toms on behalf of Debtor New England Motor Freight, Inc.
ctoms@wtplaw.com

Andrew R. Turner on behalf of Defendant Protective Insurance Company
courts@turnerlaw.net

Andrew R. Turner on behalf of Interested Party Protective Insurance Company
courts@turnerlaw.net

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

Also this date via UPS Next Day:
LOWENSTEIN SANDLER LLP
Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
Colleen Maker, Esq.
One Lowenstein Drive
Roseland, NJ 07068