UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

SCOTT J. GOLDSTEIN
LAW OFFICE OF SCOTT J GOLDSTEIN
LLC
280 West Main Street
Denville, NJ 07834
(973) 453-2838
sjg@sgoldsteinlaw.com

Attorney for Melinda and Darrell Londos, Creditor

In Re:

  New England Motor Freight Inc.
,
                            Debtor.

Case No.:     19-12809

Chapter:      11

Hearing Date: 11/17/2020

Judge:        JKS

## CERTIFICATION OF CONSENT
## REGARDING CONSENT ORDER

I certify that with respect to the Consent Order submitted herewith. to the Court, the following conditions have been met:

(a)  The terms of the consent order are identical to those set forth in the original consent order;

(b)  The signatures represented by the /s/ _____ on the consent order reference the signatures of consenting parties obtained on the original consent order;

(c)  I will retain the original consent order for a period of 7 years from the date of closing of the case or adversary proceeding.

(d)  I will make the original consent order available for inspection on request of the Court or any party in interest; and

Final paragraph options:

☐(e) *If submitting the consent order and this certification to the Court conventionally,* I acknowledge the signing of same for all purposes, including those under Fed. R. Bankr. P. 9011 (sign certification in pen and ink and the Court will scan);

☒  (e) *If submitting the consent order and this certification to the Court electronically via the presiding judge's e mail box, as a registered Participant of the Court's Case Management/*

*rev.8/1/15*

*Electronic Files (CM/ECF) System*, I will simultaneously electronically file this certification

with the Court, by use of my login and password, thereby signing same for all purposes

including those under Fed. R. Bankr. P 9011 (sign certification with a

/s/_____).

Law Office of Scott J Goldstein
LLC
as Attorney(s) for Creditor

Dated:  December 2, 2020

By: /s/Scott J. Goldstein_____
SCOTT J. GOLDSTEIN

*rev.8/1/15*