**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW JERSEY**

David Meth, Esq. (DM-7218)
Attorney for Creditor Jose L. Ferrer
200 Daniels Way, Suite 240
Freehold, NJ 07728
(732) 905-2722
Email: david@methnjlaw.com

In Re

NEW ENGLAND MOTOR FREIGHT, INC., et al          Case No.: 19-12809 (JKS)

Debtor          Chapter 11

## CERTIFICATION OF SERVICE

DAVID M. METH, by way of certification under the penalty of perjury, says as

follows:

1) That on December 1, 2020, I caused to be served a copy of the Certification

in Opposition of counsel via ECF transmission to all parties on the attached list.

Dated: December 3, 2020

/S/ DAVID METH, ESQ.

DAVID METH, ESQ. (DM-7218)
Attorney for Creditor

19-12809-JKS New England Motor Freight, Inc.

Type: bk               Chapter: 11 v                   Office: 2 (Newark)

Assets: y              Judge: JKS

Case Flag: LEAD Complex CLMAGT ADVERSARY NtcAgent CONFIRMED

## U.S. Bankruptcy Court

## District of New Jersey

Notice of Electronic Filing

The following transaction was received from David M. Meth entered on 12/1/2020 at 6:10 PM EST and filed on 12/1/2020

**Case Name:**       New England Motor Freight, Inc.
**Case Number:**     19-12809-JKS
**Document Number:** 1315

**Docket Text:**
Certification in Opposition to (related document:[1303] Motion to Object To Claims of / The Liquidating Trustees Third Omnibus Objection To Certain Auto Liability Claims Filed by Joseph J. DiPasquale on behalf of Liquidating Trustee. Hearing scheduled for 12/8/2020 at 10:00 AM at JKS - Courtroom 3D, Newark. (Attachments: # 1 Declaration of Kevin Clancy in Support # 2 Proposed Order) filed by Other Prof. Liquidating Trustee) filed by David M. Meth on behalf of Jose Ferrer. (Attachments: # (1) Exhibit A-Proof of Claim # (2) Exhibit B-Order) (Meth, David)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**SKMBT_28320120119090.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1002741850 [Date=12/1/2020] [FileNumber=57427346-
0] [99c91a23f0c8dbc3e9970458bc76d0e0e862b955eb41d025fe9d604857c4ddf0d8
4aaab03af827808b47a636d7ae8172c660b2d7917d6b03b921e92e9bf18671]]
**Document description:**Exhibit A-Proof of Claim
**Original filename:**C:\fakepath\C-Proof of Claim for Ferrer.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1002741850 [Date=12/1/2020] [FileNumber=57427346-
1] [6836bfd269c6a09b8b8f0973079bedeef5430fd88511c96715efa121ac377d96c7
779c0ee848ab16f8c3dc86bf17479ee5d72e2f1e2fc9974ef42e1c2db94e22]]
**Document description:**Exhibit B-Order
**Original filename:**C:\fakepath\amendedorder-7.22.20.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1002741850 [Date=12/1/2020] [FileNumber=57427346-
2] [6b7d33c4887ebe88fce95685d26c39a5386d4a3f09aa08eb01ba92d601df3388f4
c2b3590e14a02529c1c15542df3b6279e4b7d9a02133a8eef31f20a6ad1322]]

## 19-12809-JKS Notice will be electronically mailed to:

Richard Albuquerque on behalf of Creditor MICHAEL SINGLEY
richarda@djdlawyers.com

Morris S. Bauer on behalf of Creditor East River Energy, Inc,

Kenneth L. Baum on behalf of Creditor Clermont Holdings, LLC
kbaum@kenbaumdebtsolutions.com, ddipiazza@kenbaumdebtsolutions.com

Kevin Joseph Bloom on behalf of Interested Party Mirabito Holdings,Inc
kbloom@hhk.com

JoAnne M. Bonacci on behalf of Creditor RLI Insurance Company
jbonacci@dbplawfirm.com

Leonard R Boyer on behalf of Creditor Nelson Vasquez
lrbnjesq@gmail.com, mcordova48890@aol.com

John F. Bracaglia, Jr. on behalf of Interested Party Orange and Rockland Utilities, Inc.
brokaw@centraljerseylaw.com

Gary D. Bressler on behalf of Creditor Mack Trucks, Inc.
gbressler@mdmc-law.com, scarney@mdmc-law.com;dprimack@mdmc-law.com;bkleban@mdmc-law.com

Gary D. Bressler on behalf of Creditor VFS US LLC
gbressler@mdmc-law.com, scarney@mdmc-law.com;dprimack@mdmc-law.com;bkleban@mdmc-law.com

Gary D. Bressler on behalf of Creditor Volvo Financial
gbressler@mdmc-law.com, scarney@mdmc-law.com;dprimack@mdmc-law.com;bkleban@mdmc-law.com

Alan J. Brody on behalf of Creditor JP Morgan Chase
brodya@gtlaw.com, NJLitDock@gtlaw.com

Kate R. Buck on behalf of Creditor Connecticut Light & Power Company, NStar Western Massachusetts, Yankee
Gas Services Company, Colonial Gas Company, KeySpan Energy Delivery Long Island, Narragansett Electric
Company and Niagara Mohawk
kbuck@mccarter.com

Kate R. Buck on behalf of Creditor Potomac Edison Company, Toledo Edison Company and West Penn Power
Company
kbuck@mccarter.com

Deirdre E. Burke on behalf of Creditor Capital One, N.A.
dburke@mccarter.com

Robert A. Burke on behalf of Defendant Jenny Munson Andress, individually and as the Administratrix of the
Estate of Herbert Andress
rburke@macelree.com

John Cagney on behalf of Creditor Susan and Raymond Volpe
jcagney@kdlm.com

John Cagney on behalf of Defendant Susan Volpe
jcagney@kdlm.com

John Cagney on behalf of Defendant Susan and Raymond Volpe
jcagney@kdlm.com

Kevin M. Capuzzi on behalf of Interested Party Amazon.com Services, Inc., formerly Amazon Fulfillment Services, Inc.
kcapuzzi@beneschlaw.com, debankruptcy@beneschlaw.com

Michael R. Caruso on behalf of Creditor Wells Fargo Equipment Finance, Inc.
mcaruso@csglaw.com, ecf@csglaw.com

Alyssa A. Cimino on behalf of Creditor Abel Trochez
acimino@aciminolaw.com, ciminoar98640@notify.bestcase.com

Alyssa A. Cimino on behalf of Creditor Byron E Najera Osorio
acimino@aciminolaw.com, ciminoar98640@notify.bestcase.com

Alyssa A. Cimino on behalf of Creditor Xiomara Mendoz-Lopez
acimino@aciminolaw.com, ciminoar98640@notify.bestcase.com

Donald W Clarke on behalf of Debtor New England Motor Freight, Inc.
dclarke@wjslaw.com, dclarke@ecf.inforuptcy.com

Mark B Conlan on behalf of Debtor New England Motor Freight, Inc.
mconlan@gibbonslaw.com

Mark B Conlan on behalf of Defendant New England Motor Freight, Inc., et al.
mconlan@gibbonslaw.com

Mark B Conlan on behalf of Plaintiff New England Motor Freight, Inc.
mconlan@gibbonslaw.com

Catherine L. Corey on behalf of Creditor East River Energy, Inc,
clcorey@nmmlaw.com

Louis A. Curcio on behalf of Creditor Santander Bank, N.A.
louis.curcio@troutmansanders.com,
John.Murphy@troutmansanders.com;jonathan.forstot@troutmansanders.com;david.pisciotta@troutmansanders.com

Joseph J. DiPasquale on behalf of Attorney Lowenstein Sandler LLP
jdipasquale@lowenstein.com

Joseph J. DiPasquale on behalf of Creditor Committee Official Committee Of Unsecured Creditors
jdipasquale@lowenstein.com

Joseph J. DiPasquale on behalf of Other Prof. CohnReznick Capital Market Securities, LLC
jdipasquale@lowenstein.com

Joseph J. DiPasquale on behalf of Other Prof. Liquidating Trustee
jdipasquale@lowenstein.com

Keri P. Ebeck on behalf of Creditor Guttman Energy, Inc.
KEBECK@BERNSTEINLAW.COM, jbluemle@bernsteinlaw.com

David Edelberg on behalf of Creditor McIntosh Energy Company
dedelberg@cullenllp.com, edelbergdr82964@notify.bestcase.com

David V. Fontana on behalf of Creditor TD Bank, N.A.

Scott J. Freedman on behalf of Creditor Corcentric, LLC
sfreedman@dilworthlaw.com

Scott J. Freedman on behalf of Creditor New Jersey Manufacturers
sfreedman@dilworthlaw.com

Jacob Frumkin on behalf of Interested Party Great Dane LLC
jfrumkin@coleschotz.com

Karen A. Giannelli on behalf of Accountant Withumsmith+Brown
kgiannelli@gibbonslaw.com

Karen A. Giannelli on behalf of Debtor Apex Logistics, Inc.
kgiannelli@gibbonslaw.com

Karen A. Giannelli on behalf of Debtor Carrier Industries, Inc.
kgiannelli@gibbonslaw.com

Karen A. Giannelli on behalf of Debtor Eastern Freight Ways, Inc.
kgiannelli@gibbonslaw.com

Karen A. Giannelli on behalf of Debtor Hollywood Avenue Solar, LLC
kgiannelli@gibbonslaw.com

Karen A. Giannelli on behalf of Debtor Jans Leasing Corp.
kgiannelli@gibbonslaw.com

Karen A. Giannelli on behalf of Debtor MyJon, LLC
kgiannelli@gibbonslaw.com

Karen A. Giannelli on behalf of Debtor Myar, LLC
kgiannelli@gibbonslaw.com

Karen A. Giannelli on behalf of Debtor NEMF Logistics, LLC
kgiannelli@gibbonslaw.com

Karen A. Giannelli on behalf of Debtor NEMF World Transport, Inc.
kgiannelli@gibbonslaw.com

Karen A. Giannelli on behalf of Debtor New England Motor Freight, Inc.
kgiannelli@gibbonslaw.com

Karen A. Giannelli on behalf of Debtor United Express Solar, LLC
kgiannelli@gibbonslaw.com

Karen A. Giannelli on behalf of Other Prof. Donlin, Recano & Company, Inc.
kgiannelli@gibbonslaw.com

Karen A. Giannelli on behalf of Plaintiff Apex Logistics, Inc.
kgiannelli@gibbonslaw.com

Karen A. Giannelli on behalf of Plaintiff Carrier Industries, Inc.

Karen A. Giannelli on behalf of Plaintiff Eastern Freight Ways, Inc.
kgiannelli@gibbonslaw.com

Karen A. Giannelli on behalf of Plaintiff Hollywood Avenue Solar, LLC
kgiannelli@gibbonslaw.com

Karen A. Giannelli on behalf of Plaintiff Jans Leasing Corp.
kgiannelli@gibbonslaw.com

Karen A. Giannelli on behalf of Plaintiff MyJon, LLC
kgiannelli@gibbonslaw.com

Karen A. Giannelli on behalf of Plaintiff Myar, LLC
kgiannelli@gibbonslaw.com

Karen A. Giannelli on behalf of Plaintiff NEMF Logistics, LLC
kgiannelli@gibbonslaw.com

Karen A. Giannelli on behalf of Plaintiff NEMF World Transport, Inc.
kgiannelli@gibbonslaw.com

Karen A. Giannelli on behalf of Plaintiff New England Motor Freight, Inc.
kgiannelli@gibbonslaw.com

Karen A. Giannelli on behalf of Plaintiff United Express Solar, LLC
kgiannelli@gibbonslaw.com

Brian Glass on behalf of Interested Party PA Department of Environmental Protection
briaglass@pa.gov, verkanova@pa.gov

Eric Goldstein on behalf of Creditor United HealthCare Services, Inc.
egoldstein@goodwin.com, bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com

Evan S. Goldstein on behalf of Creditor Webster Capital Finance, Inc.
egoldstein@uks.com

Scott J. Goldstein on behalf of Creditor Melinda Londos
sjg@sgoldsteinlaw.com,
cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;G31979@notify.cincompass.com

Warren Scott Gottlieb on behalf of Defendant Consolidated Edison Company of New York, Inc.
wgottlieb@golawllp.com

Justin W. Gray on behalf of Creditor Angela Evans
gray@maynardoconnorlaw.com, Sweeney@moscllp.com

Justin W. Gray on behalf of Creditor Anthony McNeil
gray@maynardoconnorlaw.com, Sweeney@moscllp.com

Justin W. Gray on behalf of Creditor Benedicto Sorto
gray@maynardoconnorlaw.com, Sweeney@moscllp.com

Justin W. Gray on behalf of Creditor Daniel Rinaldi
gray@maynardoconnorlaw.com, Sweeney@moscllp.com

Justin W. Gray on behalf of Creditor Daniel Rinaldi
gray@maynardoconnorlaw.com, Sweeney@moscllp.com

Justin W. Gray on behalf of Creditor Janice A. Goodall
gray@maynardoconnorlaw.com, Sweeney@moscllp.com

Justin W. Gray on behalf of Defendant Angela Evans, Individually & as Parent & Natural Guardian of E Evans, an Infant
gray@maynardoconnorlaw.com, Sweeney@moscllp.com

William Hahn on behalf of Creditor Geico
whahn@tdlmm.com

William Hahn on behalf of Defendant GEICO V DAVID WOOD ET AL TANGO DICKINSON LORENZO MCDERMOTT ET AL
whahn@tdlmm.com

Brian W. Hofmeister on behalf of Creditor Larry L. Banks
bwh@hofmeisterfirm.com, j119@ecfcbis.com

Richard S. Kanowitz on behalf of Unknown Role Type Ad Hoc Group of Tort Claimants
richard.kanowitz@haynesboone.com, mklein@cooley.com;jindyke@cooley.com;efiling-notice@ecf.pacerpro.com

James A. Kellar on behalf of Creditor Colonial Gas Company, KeySpan Energy Delivery Long Island, Narragansett Electric Company and Niagara Mohawk Power Corporation
jkellar@mccarter.com

James A. Kellar on behalf of Creditor Rochester Gas & Electric Corporation
jkellar@mccarter.com

James A. Kellar on behalf of Creditor West Penn Power Company
jkellar@mccarter.com

Andrew J. Kelly on behalf of Creditor Steven Ross
akelly@kbtlaw.com, wsheridan@kbtlaw.com;saudino@kbtlaw.com;kgaldieri@kbtlaw.com;tgraga@kbtlaw.com

Norman N Kinel on behalf of Interested Party East West Bank
norman.kinel@squirepb.com, sarah.conley@squirepb.com,norman-kinel-4300@ecf.pacerpro.com

Peter M. Knob on behalf of Creditor Capital One, N.A.
pknob@mccarter.com, lrestivo@mccarter.com

Denise A Kuhn on behalf of Creditor Dept. of Revenue Commonwealth of Pennsylvania, department of revenue
dkuhn@attorneygeneral.gov

Christopher John Leavell on behalf of Interested Party Class Plaintiffs at al
cleavell@klehr.com, lclark@klehr.com

Christopher John Leavell on behalf of Plaintiff Dan Webster
cleavell@klehr.com, lclark@klehr.com

Christopher John Leavell on behalf of Plaintiff Jason Carlisle
cleavell@klehr.com, lclark@klehr.com

Scott W Lichtenstein on behalf of Creditor Berkley Insurance Company
slichtenstein@csglaw.com

Seoung Y. Lim on behalf of Creditor Pantos USA, Inc.
joshualim@kcllawfirm.com, denisemoreno@kcllawfirm.com,seankwak@kcllawfirm.com,jpark@kcllawfirm.com

Gail C. Lin on behalf of Creditor WARN Act Class Plaintiffs and Putative Class
gcl@raisnerroupinian.com,
rsr@raisnerroupinian.com;jar@raisnerroupinian.com;warnlawyers@raisnerroupinian.com;rrllp@ecf.courtdrive.com

Gail C. Lin on behalf of Creditor Alice Waters
gcl@raisnerroupinian.com,
rsr@raisnerroupinian.com;jar@raisnerroupinian.com;warnlawyers@raisnerroupinian.com;rrllp@ecf.courtdrive.com

Gail C. Lin on behalf of Creditor Rich Richardson
gcl@raisnerroupinian.com,
rsr@raisnerroupinian.com;jar@raisnerroupinian.com;warnlawyers@raisnerroupinian.com;rrllp@ecf.courtdrive.com

Gail C. Lin on behalf of Plaintiff Alice Waters
gcl@raisnerroupinian.com,
rsr@raisnerroupinian.com;jar@raisnerroupinian.com;warnlawyers@raisnerroupinian.com;rrllp@ecf.courtdrive.com

Gail C. Lin on behalf of Plaintiff Rich Richardson
gcl@raisnerroupinian.com,
rsr@raisnerroupinian.com;jar@raisnerroupinian.com;warnlawyers@raisnerroupinian.com;rrllp@ecf.courtdrive.com

Joseph Lubertazzi, Jr. on behalf of Creditor Capital One, N.A.
jlubertazzi@mccarter.com

Christopher Lynch on behalf of Creditor Fifth Third Bank
clynch@reedsmith.com

Kevin Gordon McDonald on behalf of Creditor VW Credit Leasing, Ltd.
kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com

Douglas J. McGill on behalf of Creditor Pilot Thomas Logistics LLC
dmcgill@webbermcgill.com, mlynch@webbermcgill.com

Joseph J. McMahon, Jr. on behalf of Creditor Pilot Travel Centers LLC
jmcmahon@ciardilaw.com, jclarke@ciardilaw.com

David M. Meth on behalf of Creditor Jose Ferrer
david@methnjlaw.com

John R. Morton, Jr. on behalf of Creditor CAB East LLC, serviced by Ford Motor Credit Company LLC
ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

Robert E. Nies on behalf of Creditor Berkley Insurance Company
rnies@csglaw.com

Michael Papandrea on behalf of Other Prof. Liquidating Trustee

Melissa A. Pena on behalf of Creditor Webster Capital Finance, Inc.
mapena@norris-law.com, pfreda@nmmlaw.com

Frank Peretore on behalf of Creditor Wells Fargo Equipment Finance, Inc.
fperetore@csglaw.com

David A. Pisciotta on behalf of Creditor Santander Bank, N.A.
david.pisciotta@troutmansanders.com, john.murphy@troutman.com;alissa.piccione@troutman.com

Sari Blair Placona on behalf of Creditor Interstate Towing Recovery Incorporated
splacona@msbnj.com

Sari Blair Placona on behalf of Creditor Mercedes Benz Financial Services USA LLC
splacona@msbnj.com

Sari Blair Placona on behalf of Creditor Daryl & Kim Martin
splacona@msbnj.com

Sari Blair Placona on behalf of Creditor Jalil Walters
splacona@msbnj.com

Sari Blair Placona on behalf of Creditor Rasheeda Carter
splacona@msbnj.com

Sari Blair Placona on behalf of Creditor Shauna Jones
splacona@msbnj.com

Sari Blair Placona on behalf of Defendant DARYL MARTIN AND KIM MARTIN
splacona@msbnj.com

Sari Blair Placona on behalf of Defendant Jalil Waters and Rashida Carter
splacona@msbnj.com

Sari Blair Placona on behalf of Defendant Shauna Jones
splacona@msbnj.com

Mark A. Platt on behalf of Creditor Omnitracs, LLC
mplatt@fbtlaw.com

Stephen B. Ravin on behalf of Creditor Riggins, Inc.
sravin@saul.com, jgillman@saul.com

Noah Reiss on behalf of Creditor Esmeralda Ramirez
Reiss@lawyer1.com

Rona J. Rosen on behalf of Creditor WARN Act Class Plaintiffs and Putative Class
cbbutler@klehr.com, cbbutler@klehr.com

Beth J. Rotenberg on behalf of Creditor Berkley Insurance Company
brotenberg@csglaw.com, ecf@csglaw.com

Blake D. Roth on behalf of Creditor Bridgestone Americas Tire Operations, LLC

blake.roth@wallerlaw.com,
chris.cronk@wallerlaw.com;deborah.liles@wallerlaw.com;katie.stenberg@wallerlaw.com

Rene S. Roupinian on behalf of Plaintiff Alice Waters
rsr@outtengolden.com

Rene S. Roupinian on behalf of Plaintiff Rich Richardson
rsr@outtengolden.com

Robert K. Scheinbaum on behalf of Creditor New Jersey Manufacturers
rscheinbaum@connellfoley.com

Robert K. Scheinbaum on behalf of Defendant New Jersey Manufacturers Insurance Company a/s/o Phyllis A. Troy
rscheinbaum@connellfoley.com

John Phillip Schneider on behalf of Creditor Committee Official Committee Of Unsecured Creditors
JPSchneider@mdmc-law.com

Joseph L. Schwartz on behalf of Creditor Lucky's Energy Service, Inc.
jschwartz@riker.com

Joseph L. Schwartz on behalf of Interested Party United States Fire Insurance Company
jschwartz@riker.com

Mary E. Seymour on behalf of Attorney Lowenstein Sandler LLP
mseymour@lowenstein.com, jkimble@lowenstein.com

Mary E. Seymour on behalf of Creditor Committee Official Committee Of Unsecured Creditors
mseymour@lowenstein.com, jkimble@lowenstein.com

Virginia T. Shea on behalf of Creditor VFS US LLC
vshea@mdmc-law.com, mtaranto@mdmc-law.com;kpatterson@mdmc-law.com;gbressler@mdmc-law.com;lmodugno@mdmc-law.com

Virginia T. Shea on behalf of Creditor Volvo Financial
vshea@mdmc-law.com, mtaranto@mdmc-law.com;kpatterson@mdmc-law.com;gbressler@mdmc-law.com;lmodugno@mdmc-law.com

Michael D. Sirota on behalf of Interested Party Great Dane LLC
msirota@coleschotz.com, fpisano@coleschotz.com

Anthony Sodono, III on behalf of Creditor Mercedes Benz Financial Services USA LLC
asodono@msbnj.com

Anthony Sodono, III on behalf of Creditor Jalil Walters
asodono@msbnj.com

Anthony Sodono, III on behalf of Creditor Rasheeda Carter
asodono@msbnj.com

Anthony Sodono, III on behalf of Creditor Shauna Jones
asodono@msbnj.com

Anthony Sodono, III on behalf of Defendant Jalil Waters and Rashida Carter

Anthony Sodono, III on behalf of Defendant Shauna Jones
asodono@msbnj.com

Rebecca Ann Solarz on behalf of Creditor VW Credit Leasing, Ltd
rsolarz@kmllawgroup.com

Rick Aaron Steinberg on behalf of Creditor TOTE Maritime
rsteinberg@pricemeese.com

Gavin Stewart on behalf of Creditor VW Credit, Inc.
bk@stewartlegalgroup.com

Daniel Stolz on behalf of Debtor New England Motor Freight, Inc.
dstolz@wjslaw.com, dstolz@ecf.inforuptcy.com;msousa@wjslaw.com;btorres@ecf.inforuptcy.com

Douglas T Tabachnik on behalf of Creditor to Rita Alvarado The Rosato Firm, P.C., counsel
dtabachnik@dttlaw.com, rdalba@dttlaw.com

Douglas T Tabachnik on behalf of Defendant Rita Alvarado
dtabachnik@dttlaw.com, rdalba@dttlaw.com

Brett Steven Theisen on behalf of Debtor New England Motor Freight, Inc.
btheisen@gibbonslaw.com

Brett Steven Theisen on behalf of Plaintiff New England Motor Freight, Inc.
btheisen@gibbonslaw.com

Chad J. Toms on behalf of Debtor New England Motor Freight, Inc.
ctoms@wtplaw.com

Andrew R. Turner on behalf of Defendant Protective Insurance Company
courts@turnerlaw.net

Andrew R. Turner on behalf of Interested Party Protective Insurance Company
courts@turnerlaw.net

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

**19-12809-JKS Notice will not be electronically mailed to:**

John Marshall
c/o JM Partners LLC
6800 Paragon Place Suite 202
Richmond,, VA 23230-1656

A. Atkins Appraisal Corp,
122 Clinton Road
Fairfiled, NJ 07004

RICHARD J ALBUQUERQUE on behalf of Defendant Michael Singley
D'ARCY JOHNSON DAY

3120 FIRE RD STE 100
EGG HARBOR TOWNSHIP, NJ 08234

JAMI C AMARASINGHE on behalf of Defendant LIBERTY MUTUAL FIRE INSURANCE
CARMAN CALLAHAN AND INGHAM LLP
266 MAIN ST
FARMINGDALE, NY 11735

CHRISTOPHER P ANDERSON on behalf of Defendant JANICE A GOODALL
ANDERSON LAW FIRM PC
82 CHELSEA HARBOR DR
NORWICH, CT 06360

THOMAS A ARCHER on behalf of Defendant JALIL WALTERS AND RASHIDA CARTER
METTE EVANS AND WOODSIDE
3401 NORTH FRONT ST PO BOX 5950
HARRISBURG, PA 17110

Akerman LLP
666 Fifth Avenue, 20th Fl
New York, NY 10103

PATRICK L BIGGAM on behalf of Defendant DARYL MARTIN AND KIM MARTIN
BIGGAM FOX AND SKINNER
453 STONE CUTTERS WAY
MONTPELIER, VT 05602

RICHARD M BONGIORNO on behalf of Defendant Nelson Vasquez
THE BONGIORNO LAW FIRM
1415 KELLUM PL STE 205
GARDEN CITY, NY 11530

GUY H BROOKS on behalf of Defendant JACLYN PULLUM FOR JOHEN LESTATE CLAVEY
MCNEES WALLACE AND NURICK LLC
100 PINE ST PO BOX 1166
HARRISBURG, PA 17108

Edward C. Bassett, Jr. on behalf of Creditor Jamie Magarian
MIRICK O'CONNELL
1800 West Park Drive
Suite 400
Westborough, MA 01581-3926

Edward C. Bassett, Jr. on behalf of Creditor Regina Magarian
MIRICK O'CONNELL
1800 West Park Drive
Suite 400
Westborough, MA 01581-3926

Ameer Beeno on behalf of Defendant Ramon Romero-Reyes
Block Otoole and Murphy llp
One Penn Plaza
Suite 5315
New York, NY 10119

Ameer Benno on behalf of Defendant Ramon Romero-Reyes
Block Otoole and Murphy LLP
One Penn Plaza
Suite 5315
New York, NY 10119

Todd M. Brooks on behalf of Debtor New England Motor Freight, Inc.
Whiteford, Taylor & Preston L.L.P.
7 St. Paul Street, Suite 1500
Baltimore, MD

COHEN & WOLF PC on behalf of Defendant Benedicto Sorto
158 DEER HILL AVE
DANBURY, CT 06810

RICKY COMMO on behalf of Defendant GEICO A S O FERSCH
16 GANNY TERR
ENFIELD, CT 06082

RICKY COMMO on behalf of Defendant GEICO A S O KENNETH J FERSCH
16 GANNY TERR
ENFIELD, CT 06082

JEFFREY COOPER on behalf of Defendant JOHN ADAMS BARES JANE MARIE MARRON ET AL
COOPER SEVILLANO LLC
1087 BROAD ST 4TH FLOOR
BRIDGEPORT, CT 06604

Brian D Carr on behalf of Defendant ANTHONY D MCNEIL AND 24 7 TRANSPORTERS LLC
CARTER CONBOY CASE BLACKMORE ET AL
20 CORPORATE WOODS BLVD
Albany, NY 12211

Tiffany Strelow Cobb on behalf of Creditor Valvoline LLC
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
Columbus, OH 43215

Howard A. Cohen on behalf of Debtor New England Motor Freight, Inc.
Gibbons P.C
300 Delaware Avenue, Suite 1015
Wilmington, DE 19801-1671

Vincent J. Colistra

,

Grace Winkler Cranley on behalf of Creditor RLI Insurance Company
Dinsmore & Shohl LLP
227 W. Monroe Street
Suite 3850
Chicago, IL 60606

Cushman & Wakefield of Florida, LLC

200 South Biscayne Blvd..
Miami, FL 33131

DAVID E GROSS ESQ JAMES SHUTTLEWORTH on behalf of Defendant Joseph Varsik, Jr.
FINKELSTEIN & PARTNERS, LLP
1279 ROUTE 300
NEWBURGH, NY 12551

ALBERT A DEGENNARO on behalf of Defendant Solid Waste Services of West Virginia, Inc.
2650 AUDUBON RD
AUDOBON, PA 19403

P DOUGLAS DODD DODD on behalf of Defendant State Farm Mutual Automobile Insurance Company
PAPPAS COX KIMPEL DODD AND LEVINE PC
614 JAMES ST STE 100
SYRACUSE, NY 13203

P DOUGLAS DODD DODD on behalf of Defendant State Farm Mutual Automobile Insurance Company a/s/o
Derek Dowdell
PAPPAS COX KIMPEL DODD AND LEVINE PC
614 JAMES ST STE 100
SYRACUSE, NY 13203

S JOSEPH DONAHUE on behalf of Defendant MELISSA WALKER FOR HENRY WALKER
BLOCK O'TOOLE AND MURPHY LLP
ONE PENNSYLVANIA PLAZA STE 5315
NEW YORK, NY 10119

S JOSEPH DONAHUE on behalf of Defendant MELISSA WALKER FOR KHALIL WALKER
BLOCK O'TOOLE AND MURPHY LLP
ONE PENNSYLVANIA PLAZA STE 5315
NEW YORK, NY 10119

ALDEN DONALDSON on behalf of Defendant Rosa Mora-Reyna
67 BEECHWOOD AVENUE
MT VERNON, NY 10553

JAMES DONOVAN on behalf of Defendant GEICO GENERAL INSURANCE COMPANY AS SUBROGEE OF
MARTIN DALY & KAREN DALY
LAW OFFICE OF RICKY LUCYK
2 HUNTINGTON QUADRANGLE STE 2N01
MELVILLE, NY 11747

JAMES DONOVAN on behalf of Defendant GEICO INSURANCE FOR ANH HUE DIEC
LAW OFFICE OF RICKY LUCYK
2 HUNTINGTON QUADRANGLE STE 2N01
MELVILLE, NY 11747

JAMES DONOVAN on behalf of Defendant GEICO INSURANCE FOR COURTNEY DITTMAR
LAW OFFICE OF RICKY LUCYK
2 HUNTINGTON QUADRANGLE STE 2N01
MELVILLE, NY 11747

TRAVIS DUNN on behalf of Defendant Dominick Dalbo

BOOTAY BEVINGTON AND NICHOL
6 CLAIRTON BLVD
PITTSBURGH, PA 15236

Daimler Trust
c/o BK Servicing, LLC
P.O. Box 131265
Roseville, MN 55113

Deloitte Consulting LLP on behalf of Debtor New England Motor Freight, Inc.
111 S Wacker Dr
Chicago, IL 60606

Sarah Denis on behalf of Creditor Committee Official Committee Of Unsecured Creditors
ELLIOT GREENLEAF
1105 Market Street, Suite 1700
Wilmington, DE 19801

Alioune Diao
437 Livingston Ave
2A
Albany, NY 12206

FREDERIC S EISENBERG on behalf of Defendant RICHARD BRYAN HILL ET AL
WINKLER EISENBERG & JECK, P.C.
1634 SPRUCE STREET
PHILADELPHIA, PA 19103

ELLIOTT GREENLEAF, P.C on behalf of Creditor Committee Official Committee Of Unsecured Creditors
1105 Market Street, Suite 1700
Wilmington, DE 19801

Jonathan I. Edelstein on behalf of Creditor Nelson Vasquez
Edelstein & Grossman
501 Fifth Avenue, Suite 514
New York, NY 10017

David L. Eisbrouch on behalf of Creditor Carlos Diaz
Harmon, Linder & Rogowsky, Esqs.
3 Park Avenue, Suite 2300
New York, NY 10016

Elliott Greenleaf, P.C.
,

Joshua Eppich on behalf of Creditor Pilot Thomas Logistics LLC
Bonds Ellis Eppich Schafer Jones LLP
420 Throckmorton Street, Suite 1000
Fort Worth, TX 76102

Charles Ercole on behalf of Interested Party Class Plaintiffs at al
Klehr Harrison et al
10000 Lincoln Drive East
Suite 201

Evan S. Goldstein, Esq on behalf of Creditor Webster Capital Finance, Inc.
UPDIKE, KELLY & SPELLACY, P.C.
100 Pearl St., 17th Fl., PO Box 231277
Hartford, CT 06123-1277

PATRICK T FINNEGAN on behalf of Defendant Daniel Rinaldi
LAW OFFICES OF JOHN TROP
94 NEW KARNER RD STE 209
ALBANY, NY 11203

FRANK J LANE PC on behalf of Defendant Oscar Valiente
440 SOUTH OYSTER BAY RD
PLAINVIEW, NY 11803

James Franklin on behalf of Defendant Jaclyn Pullum, as Administrator of the Estate of Johen Lestat Clavey &
S.L.C., a minor, by Jaclyn Pullam, as Guardian
Mcnees Wallace & Nurick LLC
100 Pine Street
Harrisburg, PA 17108-1166

RALPH D GALLUP on behalf of Defendant Catherine Darden et al
207 E MAIN ST
REDDICK, IL 60961

KATHLEEN A GARVESON on behalf of Defendant GEICO GENERAL INSURANCE COMPANY AS
SUBROGEE OF MARTIN DALY & KAREN DALY
LAW OFFICES OF RICKY JLUCYK
2 HUNTINGTON QUADRANGLE
2N01
MELVILLE, NY 11747

KATHLEEN A GARVESON on behalf of Defendant GEICO INDEMNITY CO FOR VAL MAYO
LAW OFFICES OF RICKY JLUCYK
2 HUNTINGTON QUADRANGLE
MELVILLE, NY 11747

KATHLEEN A GARVESON on behalf of Defendant GEICO INDEMNITY CO FOR ZORAIDA MIRANDA
LAW OFFICES OF RICKY JLUCYK
2 HUNTINGTON QUADRANGLE
MELVILLE, NY 11747

KATHLEEN A GARVESON on behalf of Defendant GEICO INSURANCE CO FOR ANNAMARIA MAIAKIS
LAW OFFICES OF RICKY JLUCYK
2 HUNTINGTON QUADRANGLE
MELVILLE, NY 11747

KATHLEEN A GARVESON on behalf of Defendant Geico General Insurance Company as Subrogee of Annamaria
Maiakis
LAW OFFICES OF RICKY JLUCYK
2 HUNTINGTON QUADRANGLE
2N01
MELVILLE, NY 11747

ADAM S GETSON on behalf of Defendant Thang Tran
2000 MARKET STREET SUITE 2750
PHILADELPHIA, PA 19103

ADAM A GLASSMAN on behalf of Defendant Terrik Sparks
LAW OFFICE OF ALAN C GLASSMAN
34 ATLANTIC AVE STE 200
LYNBROOK, NY 11563

RYAN S GOLDSTEIN on behalf of Defendant Shauna Jones
43 WESTCHESTER AVE STE 2A
BRONX, NY 10461

GRANT AND GRANT ATTORNEYS on behalf of Defendant Lawrence W Banks
9247 N MERIDIAN ST STE 310
INDIANAPOLIS, IN 46260

DAVID E GROSS on behalf of Defendant Joseph Carney
FINKELSTEIN AD PARTNERS LLP
1279 ROUTE 300 PO BOX 1111
NEWBURGH, NY 12551

Gibbons, P.C. on behalf of Debtor New England Motor Freight, Inc.
One Gateway Center
Newark, NJ 07102-5310

Robert G. Goodman on behalf of Creditor Cynthia D. Walling
Palmisano & Goodman, PA
171 Main Street
PO Box 518
Woodbridge, NJ 07095

Richard A Greifinger on behalf of Defendant Andres L. Mosqueira
Law Office of Richard A. Greifinger
17 Academy Street
Newark, NJ 07102

ALEXANDRA HINTZ on behalf of Defendant GEICO INDEMITY CO FOR JOHN GARZILLO
LAW OFFICES OF RICKY JLUCYK
2 HUNTINGTON QUADRANGLE STE 2N01
MELVILLE, NY 11747

MICHAEL J HURWITZ on behalf of Defendant Kareem A. Mills
BLOCK O'TOOLE AND MURPHY LLP
ONE PENN PLAZA # 5315
NEW YORK, NY 10119

Remonea S Harris
136 Central Avenue
Clark, NJ 07066

International Business Machines Corp (IBM)
,

ANITA JAHANBAN on behalf of Defendant Catherine Darden et al
TRESSLER LLP
233 SOUTH WACKER DR 61ST FL
CHICAGO, IL 60606

JIMMIE J JENKINS on behalf of Defendant Catherine Darden and Mary Copeland
1507 E 53RD ST 418
CHICAGO, IL 60615

JUDD F KLEEGER on behalf of Defendant Esmeralda Ramirez
HECHT KLEEGER AND DAMASHEK PC
19 WEST 44TH ST STE 1500
NEW YORK, NY 10036

ERIN M KOLODZIEJCZYK on behalf of Defendant Arocho Tomas and Gloria Cosare, his wife
LEVINSON AXELROD PA
2 LINCOLN HIGHWAY
PO BOX 2905
EDISON, NJ 08818

Vera N. Kanova on behalf of Creditor Commonwealth of Pennsylvania Department of Labor and Industry
Collections Support Unit
General Law Division
400 Market Street
Harrosbirg, PA 17101

Dorothy Karp
2931 Pittston Ave
Scranton, PA 18505

CHRISTINE LASALVIA on behalf of Defendant Nicole Boyd
614 W SUPERIOR AVE 820
CLEVELAND, OH 44113

DOMINICK W LAVELLE on behalf of Defendant Richard Milerson
100 HERRICKS RD STE 201
MINEOLA, NY 11501

MARK J LINDER on behalf of Defendant Carlos Diaz
HARMON LINDER AND ROGOWSKY
3 PARK AVE, STE 2300
NEW YORK, NY 10016

MARK J LINDER on behalf of Defendant Ramon Romero-Reyes
HARMON LINDER AND ROGOWSKY
3 PARK AVE, STE 2300
NEW YORK, NY 10016

RUSSELL D LORE on behalf of Defendant Thang Tran
453 WASHINGTON TER
AUDUBON, NJ 08106

Oscar J. Lane on behalf of Defendant Oscar Valiente

449 S. Oyster Bay Rd.
Plainview, NY 11803

Mark F. Liscio on behalf of Creditor JP Morgan Chase
Freshfields Bruckhaus Deringer US LLP
601 Lexington Avenue
Neew York, NY 10022

Lowenstein Sandler LLP on behalf of Creditor Committee Official Committee Of Unsecured Creditors
One Lowenstein Drive
Roseland, NJ 07068

Keith M. Lusby on behalf of Creditor TD Bank, N.A.
Gebhardt & Smith LLP
One South Street, Suite 2200
Baltimore, MD 21202

ADAM T MANDELL on behalf of Defendant Daniel Rinaldi
MAYNARD OCONNOR SMITH AND CATALINOTTO LL
PO BOX 180
SAUGERTIES, NY 12477

PAUL A MARBER on behalf of Defendant Rita Alvarado
THE ROSATO FIRM
55 BROADWAY 23RD FLOOR
NEW YORK, NY 10006

FREDRIC S MASURE on behalf of Defendant Winsome Martin
1932 RALPH AVE
BROOKLYN, NY 11234

MCNAMARA AND MCNAMARA on behalf of Defendant New London Hospitality, LLC
100 PENNSYLVANIA AVE
NIANTIC, CT 06357

MCNEES WALLACE AND NURICK LLC on behalf of Defendant Jaclyn Pullum, as Administrator of the Estate
of Johen Lestat Clavey & S.L.C., a minor, by Jaclyn Pullam, as Guardian
JAMES J FRANKLIN
MCNEES WALLACE AND NURICK LLC
100 PINE ST
PO BOX 1166
HARRISBURG, PA 17108-1166

MCNEES WALLACE AND NURICK LLC on behalf of Interested Party Jacklyn Pullum
JAMES J FRANKLIN
MCNEES WALLACE AND NURICK LLC
100 PINE ST
PO BOX 1166
HARRISBURG, PA 17108-1166

MICHAEL PISANCHYN AND BRADLEY MOYER on behalf of Defendant Freddie Carroll
THE PISANCHYN LAW FIRM
524 SPRUCE ST
SCRANTON, PA 18503

TIMOTHY P MURPHY on behalf of Defendant JOSEPH CARNEY FRANK B LACOVANGELO ET AL.
HANCOCK ESTABROOK
1500 AXA TOWER I
100 MADISON ST
SYRACUSE, NY 13202

Marie-Jose Dube
IBM CORPORATION
275 Viger East
Montreal, QC H2X 3R7

Charles R Mathis, IV on behalf of Creditor Gloria Cosare
Levinson Axelrod. P.A.
Levinson Plaza
2 Lincoln Highway
PO Box 2905
Edison, NJ 08818

Charles R Mathis, IV on behalf of Creditor Tomas Arocho
Levinson Axelrod. P.A.
Levinson Plaza
2 Lincoln Highway
PO Box 2905
Edison, NJ 08818

James S McCarthy on behalf of Defendant Anthony McNeil
BUTTAFUOCO AND ASSOCIATES PLLC
144 WOODBURY RD
Woodbury, NY 11797

Maura P. McIntyre on behalf of Interested Party East West Bank
Squire Patton Boggs (US) LLP
49 Key Tower, 127 Public Square
Cleveland, OH 44114

Zoraida Miranda on behalf of Defendant GEICO INDEMNITY CO FOR ZORAIDA MIRANDA
Law Office of Ricky Jlucyk
Atttn: Kathleen A. Garveson, Esq.
2 Huntington Quadrangle
Ste 2N01
Melville, NY 11747

Peter J Mosquetti Jr on behalf of Defendant Angela Evans
ANDERSON MOSCHETTI AND TAFFANY PLLC
26 CENTURY HILL DR, Ste. 206
Latham, NY 12110

DANIEL NEIGER on behalf of Defendant CHARLES MILLER AND JASON VARGAS
91 B CARPENTER ST
MILFORD, NJ 08848

Jeffrey L. Nagel on behalf of Debtor New England Motor Freight, Inc.
Gibbons P.C.

New York, NY 10119-3701

Albert F Nasuti, Esq.
THOMPSON, OBRIEN, KEMP & NASUTI, P.C.
40 Technology Parkway South
Suite 300
Peachtree Corners, GA 30092

New York State Department of Labor
Office of the Attorney General
28 Liberty Street
New York, NY 10005

R SEAN OCONNELL on behalf of Defendant Henry Jaskulski
ROBB LEONARD MULVIHILL LLP
BNY MELLON CENTER
500 GRANT ST STE 2300
PITTSBURGH, PA 15219

MICHAEL OGRODNICK on behalf of Defendant Orange and Rockland Utilities, Inc.
SAVO SCHALK GILLESPIE O'GRODNICK AND FIS
77 NORTH BRIDGE ST
SOMERVILLE, NJ 08876

MATTHEW R OLIVER on behalf of Defendant Michaela Hughes, as parent, guardian and next friend of A
Hughes, I Hughes and A Hughes, minors
VITAL & VITAL LC
536 5TH AVE
HUNTINGTON, WV 25701

Office of Unemployment Compensation Tax Services (UCTS),
Deb Secrest
Commonwealth of Pennsylvania
651 Boas Street, Room 702
Harrisburg,, PA 17121

ANDREW PARK on behalf of Defendant Kye Ja Park and Sam Nam Jung
450 SEVENTH AVE STE 1805
NEW YORK, NY 10123

PERKINS & ASSOCIATES on behalf of Defendant JOHN W JAMES
30 LUCY ST
WOODBRIDGE, CT 06525

Krysztof Kowalczyk Profix Professional Trailer Repair Inc
51 Evergreen St
Bayonne, NJ 07002

ANTHONY G ROSS on behalf of Creditor KATHLEEN EVANS
126 South Main Street
Pittston, PA 18640

BRAD S RUSH on behalf of Defendant CESAR URAGA AND MELIVETTE URAGA

KOULER AND RUSH PC
SENTRY OFFICE PLAZA
216 HADDON AVE STE 506
WESTMONT, NJ 08108

BRAD S RUSH on behalf of Defendant Cesar and Melivette Uraga
KOULER AND RUSH PC
SENTRY OFFICE PLAZA
216 HADDON AVE STE 506
WESTMONT, NJ 08108

Jack A. Raisner on behalf of Plaintiff Alice Waters
OUTTEN & GOLDEN LLP
685 Third Avenue, 25th Floor
New York, 10017

Jack A. Raisner on behalf of Plaintiff Rich Richardson
OUTTEN & GOLDEN LLP
685 Third Avenue, 25th Floor
New York, 10017

VINCE A SABELLA on behalf of Defendant State Farm Mutual Automobile Insurance Company
PO BOX 9006
114 OLD COUNTRY RD STE 500
MINEOLA, NY 11501

GEORGE D SILVA on behalf of Defendant Lisa Hines
BISOGNO AND MEYERSON LLP
7018 FORT HAMILTON PKWY
BROOKLYN, NY 11228

PAUL SMITH on behalf of Defendant PETER BLUNT ET AL
155 FERNWOOD DR
EAST LONGMEADOW, MA 01028

STEPHEN ELLIS AND CHRISTINA RAINVILLE on behalf of Defendant Travelers Indemnity Co. of
Connecticut a/s/o L&D Safety Marking Corp. and L&D Safety Marking Corp.
ELLIS BOXER AND BLAKE PLLC
ONE LAWSON LANE STE 200H
BURLINGTON, VT 05401

Elliot M. Smith on behalf of Interested Party East West Bank
SQUIRE PATTON BOGGS (US) LLP
4900 Key Tower
127 Public Square
Cleveland, OH 44144

Jonathan M. Stemerman on behalf of Creditor Committee Official Committee Of Unsecured Creditors
1105 N. Market Street
Suite 1700
Wilmington, DE 19801

Brent C. Strickland on behalf of Debtor New England Motor Freight, Inc.
Whiteford, Taylor & Preston L.L.P

7501 Wisconsin Avenue,Suite 700W
Bethesda, MD 20814

TIMOTHY F RAYNE ESQ TIFFANY M SHRENK ESQ on behalf of Defendant JENNY MUNSON ANDRESS
ADMINISTRATRIX OF THE ESTATE OF HERBERT ANDRESS
ATTY FOR THE CLAIMANT MACELREE HARVEY LT
211 EAST STATE ST
KENNETT SQUARE, PA 19348

TRANTOLO AND TRANTOLO LLC on behalf of Defendant PETER BLUNT AND JOHN JAMES
50 RUSS ST
HARTFORD, CT 06106

RICHARD TROPIANO JR on behalf of Defendant Charles Miller
BALZANO & TROPIANO PC
321 WHITNEY AVE
NEW HAVEN, CT 06511

ANDREW R TURNER on behalf of Defendant Protective Insurance Company
TURNER LAW FIRM
76 SOUTH ORANGE AVE, STE 306
SOUTH ORANGE, NJ 07079

Scott D. Talmadge on behalf of Creditor JP Morgan Chase
Freshfields Bruckhaus Deringer US LLP
601 Lexington Avenue
New York, NY 10022

Lisa Bittle Tancredi on behalf of Creditor TD Bank, N.A.
Gebhardt & Smith LLP
One South Street, Ste 2200
Baltimore, MD 21202

Brittany R Uslaner on behalf of Defendant Allstate Insurance Company a/s/o Angela M. Antonucci
Law Office of John Trop
73 Market Street, Ste 375
Yonkers, NY 10710

WASSERMAN, JURISTA & STOLZ, P.C. on behalf of Debtor New England Motor Freight, Inc.
110 Allen Road
Suite 304
Basking Ridge,, NJ 07920

ALLISON E WEINER on behalf of Defendant Rheudine Harris
GOLDENBERG MACKLER SAYEGH MINTZ ET AL
1030 ATLANTIC AVE
ATLANTIC CITY, NJ 08401

BARRY WEISS on behalf of Defendant Jose L. Ferrer
WEISS AND ROSENBLOOM PC
27 UNION SQUARE WEST STE 307
NEW YORK, NY 10003

HEDVA WELLERSTEIN on behalf of Defendant Bentley Samuels

WALLERSTEIN AND ASSOCIATES PC
6045 ELIOT AVE
MASPETH, NY 11378

JOHN F WYNNE JR on behalf of Defendant Jose A. Cruz
BUCKLEY WYNNE & PARESE
685 STATE ST
NEW HAVEN, CT 06511

Whiteford Taylor & Preston on behalf of Debtor New England Motor Freight, Inc.
Seven Saint paul St. Ste 1800
Baltimore, MD 21202

Rafael X Zahralddin-Aravena on behalf of Creditor Committee Official Committee Of Unsecured Creditors
Elliot Greenleaf
1105 North Market Street
Wilmington, DE 19801