RIKER DANZIG SCHERER HYLAND & PERRETTI LLP
Joseph L. Schwartz, Esq. (JS-5525)
Headquarters Plaza, One Speedwell Avenue
Morristown, New Jersey  07962-1981
Telephone: (973) 538-0800
Facsimile: (973) 538-1984
jschwartz@riker.com

*Counsel to United States Fire Insurance Company*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC., *et al*., | Case No. 19-12809 (JKS) |
| Debtor. | **CERTIFICATION OF SERVICE** |

1. I, Silva Dechoyan:

☐ represent the _____ in the above-captioned matter.

☒ am the secretary/paralegal for Joseph L. Schwartz, who is counsel to United States Fire Insurance Company in the above-captioned matter.

☐ am the _____ in the above case and am representing myself.

2. I certify that on December 4, 2020, a copy of the following pleading was served on all parties who receive notices via Court's electronic filing system:

(i) Reply of United States Fire Insurance Company to Benedicto Sorto's Opposition to the Liquidating Trustee's Third Omnibus Objection to Certain Auto Liability Claims.

3. I further certify that on December 4, 2020, a copy of the above-referenced pleading was served via electronic mail on the following parties:

| | |
|---|---|
| Lowenstein Sandler, LLP | Maynard, O'Connor, Smith & Catalinotto, LLP |
| Joseph DiPasquale, Esq. | Justin W. Gray, Esq. |
| Michael Papandrea, Esq. | 6 Tower Place |
| John P. Schneider, Esq. | Albany, NY 12203 |
| One Lowenstein Drive | gray@moscllp.com |
| Roseland, NJ 07086 | |
| jdipasquale@lowenstein.com | |
| mpapandrea@lowenstein.com | |
| jschneider@lowenstein.com | |
| | |
| Counsel for the Liquidating Trustee | Counsel for Claimant Benedicto Sorto |

3.  I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.


Dated: December 4, 2020                         /s/ Silva Dechoyan
                                                    Silva Dechoyan

5234306v1