# UNITED STATES BANKRUPTCY COURT

### District of New Jersey

**In Re:**

New England Motor Freight, Inc.  Case No. 19-12809-JKS

1-71 North Ave E

Elizabeth, NJ 07201  Chapter 11

Debtor(s)

## Withdraw of Claim

I, NH Department of Revenue Administration, Claimant, hereby withdraw claim number 1263, for the following reason: the 2018 taxes were filed, the claim has been satisfied.

Dated: December 3, 2020

_____
Claimant's Signature