RIKER DANZIG SCHERER HYLAND & PERRETTI LLP
Joseph L. Schwartz, Esq. (JS-5525)
Headquarters Plaza, One Speedwell Avenue
Morristown, New Jersey  07962-1981
Telephone: (973) 538-0800
Facsimile: (973) 538-1984
jschwartz@riker.com

*Counsel to United States Fire Insurance Company*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC., *et al.*, | Case No. 19-12809 (JKS) |
| Debtor. | **CERTIFICATION OF SERVICE** |

1.  I, Silva Dechoyan:

☐ represent the _____ in the above-captioned matter.

☒ am the secretary/paralegal for Joseph L. Schwartz, who is counsel to United States Fire Insurance Company in the above-captioned matter.

☐ am the _____ in the above case and am representing myself.

2.  I certify that on December 15, 2020, a copy of the following pleading was served on all parties who receive notices via Court's electronic filing system:

    (i)  Objection of United States Fire Insurance Company to Motion of Stephen Ross for an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d)(1).

3.  I further certify that on December 15, 2020, a copy of the above-referenced pleading was served via electronic mail on the following parties:

| | |
|---|---|
| Lowenstein Sandler, LLP | The Kelly Firm, P.C. |
| Joseph DiPasquale, Esq. | Andrew J. Kelly, Esq. |
| Michael Papandrea, Esq. | Travis R. Graga, Esq. |
| John P. Schneider, Esq. | Coast Capital Building |
| One Lowenstein Drive | 1011 Highway 71, Suite 200 |
| Roseland, NJ 07086 | Spring Lake, NJ 07762 |
| jdipasquale@lowenstein.com | akelly@kbtlaw.com |
| mpapandrea@lowenstein.com | tgraga@kbtlaw.com |
| jschneider@lowenstein.com | |
| Counsel for the Liquidating Trustee | Counsel for Stephen Ross |

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: December 15, 2020          /s/ Silva Dechoyan
                                         Silva Dechoyan

5237110v1