**LOWENSTEIN SANDLER LLP**
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC., et al.[1] | Case No.: 19-12809 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket Nos. 1310 and 1325** |

**JOINDER OF THE LIQUIDATING TRUSTEE TO THE OBJECTION OF UNITED STATES FIRE INSURANCE COMPANY TO THE MOTION FOR STAY RELIEF FILED BY STEPHEN ROSS**

The liquidating trustee appointed in the above-captioned chapter 11 cases (the "Liquidating Trustee"), by and through his undersigned counsel, hereby submits this joinder (the "Joinder") to the objection (the "Objection") [Docket No. 1325][2] filed by United States Fire Insurance Company ("U.S. Fire") to the motion for stay relief (the "Motion") [Docket No. 1310] filed by Stephen Ross (the "Movant"). In support of this Joinder, the Liquidating Trustee

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMF Logistics, LLC (4666).

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Objection or the Plan (as defined in the Objection).

respectfully states as follows:

## JOINDER

The Liquidating Trustee joins U.S. Fire in its Objection to the Motion for stay relief. As set forth in U.S. Fire's Objection, the Motion is procedurally improper and violates the Auto Liability Claims Protocol established in these Chapter 11 Cases. The Plan and Confirmation Order make explicitly clear that all Holders of Auto Liability Claims are enjoined from taking any action to recover on any Auto Liability Claims unless and until each such Holder complies with the terms and procedures of the Auto Liability Claims Protocol. The Motion—by which the Movant seeks stay relief to prosecute an Auto Liability Claim for which no timely proof of claim has even been filed—plainly violates this construct and must be denied accordingly.

## CONCLUSION

For the foregoing reasons, and for the reasons set forth in U.S Fire's Objection, the Liquidating Trustee respectfully submits that the Court must deny the Motion.

Dated: December 15, 2020              Respectfully submitted,

**LOWENSTEIN SANDLER LLP**

/s/ *Michael Papandrea*
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400
jdipasquale@lowenstein.com
mpapandrea@lowenstein.com
jschneider@lowenstein.com

*Counsel to the Liquidating Trustee*