Mirick, O'Connell, DeMallie & Lougee, LLP
**BY:  EDWARD C. BASSETT, JR., ESQ.**
**BY:  KATE P. FOLEY, ESQ.**
1800 West Park Drive, Suite 400
Westborough, Massachusetts 01581
t. 508.860.1442

*Attorneys for Jamie Magarian and Regina Magarian*

-and-

Turner Law Firm, LLC
**BY:  ANDREW R. TURNER, ESQ.**
76 South Orange Avenue – PO Box 526
South Orange, New Jersey 07079
t. 973.763.5000

*Attorneys for Protective Insurance Company*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC. *et al.*, | Case No. 19-12809 (JKS) |
| Debtors. | (Jointly Administered) |

**JOINT STATEMENT OF UNSUCCESSFUL MEDIATION**

NOW COME Jamie Magarian and Regina Magarian (together, the "Claimants") and Protective Insurance Company ("Protective"; collectively with the Claimants, the "Parties") and hereby file this Joint Statement of Unsuccessful Mediation pursuant to the Auto Liability Claims Protocol (the "Protocol") approved in connection with the Confirmed Plan of Reorganization. The Parties hereby state that their respective counsel engaged in mediation on September 30,

2020 and December 3, 2020 with agreed upon mediator David Burbank of Burbank Mediation regarding the Claimants' Auto Liability Claims (collectively, the "Claims"). The mediation failed to resolve the Claims and no settlement was reached.

Therefore, in accordance with the Protocol, within two (2) business days of this filing the Claimants may proceed to pursue all legally available remedies with respect to the Claims, including but not limited to commencing litigation to liquidate such Claims. Notwithstanding the foregoing, the Parties reserve their respective rights to agree to such additional mediation, arbitration or other alternative dispute resolution procedures as may be mutually acceptable to them.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| /s/Andrew R. Turner | /s/ Edward C. Bassett, Jr., Esq. (with permission) |
| Andrew R. Turner, Esq. | Edward C. Bassett, Jr., Esq. |
| Turner Law Firm, LLC | Kate P. Foley, Esq. |
| 76 South Orange Avenue – PO Box 526 | Mirick, O'Connell, DeMallie & Lougee, LLP |
| South Orange, New Jersey 07079 | 1800 West Park Drive, Suite 400 |
| t. 973-763-5000 | Worcester, Massachusetts 01581 |
| | t. 508.860.1442 |
| *Attorneys for Protective Insurance Company* | *Attorneys for Jamie Magarian and Regina Magarian* |
| Dated: December 14, 2020 | Dated: December 3, 2020 |
| South Orange, New Jersey | Westborough, Massachusetts |