**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**
Caption in compliance with D.N.J. LBR 9004-2

**GEBHARDT & SMITH LLP**
David V. Fontana, Esq.
Lisa Bittle Tancredi, Esq.
Keith M. Lusby, Esq.
One South Street, Suite
Baltimore, Maryland  21202
Telephone:  (410) 385-5053
E-mail:  dfont@gebsmith.com

*Counsel for T.D. Bank, N.A.*

In re:

NEW ENGLAND MOTOR FREIGHT, INC., *et al*.,

Debtors.[1]

Chapter 11

Case No. 19-12809 (JKS)

(Jointly Administered)

## NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST FOR REMOVAL FROM ELECTRONIC NOTICING MATRIX

PLEASE TAKE NOTICE that Lisa Bittle Tancredi, Esq. of Gebhardt & Smith LLP does hereby withdraw her appearance as counsel for T.D. Bank, N.A. in these cases.  Ms. Tancredi was permitted to appear *pro hac vice* by the Court's Order For Admission *Pro Hac Vice* [Docket No. 107].  T.D. Bank, N.A. will continue to be represented in these cases by David V. Fontana, who is a member of the bar of this Court, and Keith M. Lusby, admitted *pro hac vice*.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows:  New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC (4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMF Logistics, LLC (4666).

2

PLEASE TAKE NOTICE that Lisa Bittle Tancredi also withdraws her request for receipt of all notices including electronic notices of documents in the above-captioned matter. The undersigned further requests that the Clerk of the United States Bankruptcy Court for the District of New Jersey remove her from the electronic noticing matrix for the above-captioned bankruptcy case or such other and further relief as the Court deems just and proper.

Date:  December 24, 2020

/s/ David V. Fontana
David V. Fontana, Esquire
Lisa Bittle Tancredi, Esquire (*pro hac vice*)
Keith M. Lusby, Esquire (*pro hac vice*)
GEBHARDT & SMITH LLP
One South Street, Suite 2200
Baltimore, Maryland 21202
E-mail:  dfont@gebsmith.com
Tel: 410-385-5053
*Counsel for T.D. Bank, N.A.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on the 24th day of December, 2020, I caused the foregoing Notice of Withdrawal of Appearance and Request for Removal from Electronic Noticing Matrix to be served via first-class mail, postage prepaid, on:

Karen A. Giannelli, Esq.
Mark B. Conlan, Esq.
Brett S. Theisen, Esq.
Gibbons, P.C.
One Gateway Center
Newark, NJ 07102

Mary E. Seymour, Esq.
Joseph J. DiPasquale, Esq.
John P. Schneider, Esq.
Lowenstein Sandler LLP
One Lowenstein Drive
Roseland, NJ 07068

Rafael X. Zahralddin-Aravena, Esq.
Jonathan M. Stemerman, Esq.
Sarah Denis, Esq.
1105 Market Street, Suite 1700
Wilmington, DE 19801

/s/ Keith M. Lusby
Keith M. Lusby