RIKER DANZIG SCHERER HYLAND & PERRETTI LLP
Joseph L. Schwartz, Esq. (JS-5525)
Headquarters Plaza, One Speedwell Avenue
Morristown, New Jersey 07962-1981
Telephone: (973) 538-0800
Facsimile: (973) 538-1984
jschwartz@riker.com

*Counsel to United States Fire Insurance Company*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC., *et al.*, | Case No. 19-12809 (JKS) |
| Debtor. | **CERTIFICATION OF SERVICE** |

1. I, Silva Dechoyan:

☐ represent the _____ in the above-captioned matter.

☒ am the secretary/paralegal for Joseph L. Schwartz, who is counsel to United States Fire Insurance Company in the above-captioned matter.

☐ am the _____ in the above case and am representing myself.

2. I certify that on January 5, 2021, a copy of the following pleadings were served on all parties who receive notices via Court's electronic filing system:

(i) Notice of Motion of United States Fire Insurance Company (I) for Determination that State Farm Indemnity Company is in Violation of Plan Auto Liability Claims Injunction, (II) Holding State Farm Indemnity Company in Contempt and (III) Imposing Sanctions, Including Disallowance of Late-Filed Claim;

(ii) Motion of United States Fire Insurance Company (I) for Determination that State Farm Indemnity Company is in Violation of Plan Auto Liability Claims Injunction, (II) Holding State Farm Indemnity Company in Contempt and (III) Imposing Sanctions, Including Disallowance of Late-Filed Claim;

    (iii)    Certification of Joseph L. Schwartz, Esq. in Support of Motion of United States Fire Insurance Company (I) for Determination that State Farm Indemnity Company is in Violation of Plan Auto Liability Claims Injunction, (II) Holding State Farm Indemnity Company in Contempt and (III) Imposing Sanctions, Including Disallowance of Late-Filed Claim; and

    (iv)    Proposed Order Granting United States Fire Insurance Company's Motion (I) for Determination that State Farm Indemnity Company is in Violation of Plan Auto Liability Claims Injunction, (II) Holding State Farm Indemnity Company in Contempt and (III) Imposing Sanctions, Including Disallowance of Late-Filed Claim.

3.    I further certify that on January 5, 2021, a copy of the above-referenced pleadings were served via electronic mail on the following parties:

| | |
|---|---|
| Lowenstein Sandler, LLP | Ann Dee Lieberman, Esq. |
| Joseph DiPasquale, Esq. | Law Offices of Suzanne E. Mayer, LLC |
| Michael Papandrea, Esq. | Of Counsel Newman & Andriuzzi |
| John P. Schneider, Esq. | Office Center at Princeton Meadows |
| One Lowenstein Drive | 666 Plainsboro Road, Suite 1100 |
| Roseland, NJ 07086 | Plainsboro, NJ 08536 |
| jdipasquale@lowenstein.com | anndee@mayersubolaw.com |
| mpapandrea@lowenstein.com | |
| jschneider@lowenstein.com | |
| | |
| Counsel for the Liquidating Trustee | Counsel for State Farm Indemnity Company |

3.    I further certify that on January 6, 2021, a copy of the above-referenced pleadings were served via regular mail on the parties referenced in paragraph two above.

4.    I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: January 6, 2021                              /s/ Silva Dechoyan
                                                                             Silva Dechoyan

5241326v1