UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1**

**LOWENSTEIN SANDLER LLP**
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597 - 2500 (Telephone)
(973) 597 - 2400 (Facsimile)

*Counsel to the Liquidating Trustee*

| | |
|---|---|
| **In Re:** | Case No.: <u>19-12809</u> |
| NEW ENGLAND MOTOR FREIGHT, INC., *et al.,* | Chapter: 11 |
| | Judge: <u>Honorable John K. Sherwood</u> |
| Debtors. | |
| | (Jointly Administered) |

**REPORT OF DISTRIBUTIONS**
**UNDER CONFIRMED CHAPTER 11 PLAN**

Plan Confirmation Date: <u>January 15, 2020</u>

Plan Effective Date: <u>February 3, 2020</u>

Date of Distribution: [a]

| **Eastern/Carrier** | **NEMF et al** |
|---|---|
| <u>March 26, 2020</u> | <u>December 29, 2020</u> |

Note [a] - The Liquidating Trustee commenced initial distributions to holders of allowed general unsecured claims against the estates of the Consolidated Eastern Debtors and the Consolidated NEMF Debtors in March 2020 and December 2020, respectively.  The initial distributions (and any potential further distributions) are being made on a rolling basis as the Liquidating Trustee reconciles claims and gathers the necessary documentation to make such distributions.

Check one: ☒ Initial Distribution
☐ Subsequent Distribution

Will future distributions be made under the Plan? ☒ Yes ☐ No

Future distributions may be made to (*check all that apply*):

☒ Administrative fees and expenses
☒ Secured claims
☒ Priority secured claims
☒ General unsecured claims
☐ Equity security holders

Anticipated date of next distribution, if known: <u>To Be Determined</u>

*Rev. 8/1/15*

1

| Percentage dividend to general unsecured creditors: | Eastern/Carrier | NEMF et al | |
|---|---|---|---|
| Paid in this distribution: | 6.23% | 9.50% | |
| Paid to date: | 6.23% | 9.50% | |
| To be paid after all distributions made under Plan: | TBD | TBD | |

| **Summary of Payments Made since Plan Confirmation:** | **Eastern/Carrier** | **NEMF et al** | **Consolidated** |
|---|---|---|---|
| Administrative fees and expenses [a] | $ 6,500 | $ 1,390,294 | $ 1,396,794 |
| Secured claims | 52,271 | 116,385 | 168,656 |
| Priority unsecured claims | - | - | - |
| General unsecured claims | 4,877,938 | 3,509,860 | 8,387,798 |
| Equity security holders | - | - | - |
| TOTAL PAYMENTS MADE SINCE PLAN CONFIRMATION [b] | $ 4,936,709 | $ 5,016,540 | $ 9,953,249 |

Notes:

[a] - Administrative fees and expenses include: (1) fees and expenses incurred by court retained professionals for services rendered prior to the Plan Effective Date, to the extent not already paid; and (2) payments for approved administrative and 503(b)(9) claims.

[b] - For the period from February 3, 2020 through December 31, 2020.

Questions regarding plan distributions may be directed to:

| | |
|---|---|
| Name: | Kevin Clancy |
| Company: | CohnReznick LLP |
| Address 1: | 14 Sylvan Way |
| Address 2: | |
| City, State, ZIP: | Parsippany, New Jersey  07054 |
| Telephone: | 973-228-3500 |
| Facsimile: | |
| Email: | Kevin.Clancy@CohnReznick.com |
| Relationship to Plan proponent: | Liquidating Trustee |

I certify under penalty of perjury that the above is true.

Date:     January 12, 2021

Disbursing Agent

*Rev. 8/1/15*

2