# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN RE: New England Motor Freight, Inc., et al. | } | CHAPTER 11 |
| | } | |
| | } | CASE NO. 19-12809 (JKS) |
| | } | |
| | } | |
| **DEBTORS.** | } | |

**LIQUIDATING TRUSTEE'S POST-EFFECTIVE DATE QUARTERLY REPORT**

**FOR THE PERIOD**

FROM ___October 1, 2020___  TO  ___December 31, 2020___

Comes now Kevin P. Clancy (the "Liquidating Trustee"), solely in his capacity as Liquidating Trustee pursuant to the *Debtors' and Official Committee of Unsecured Creditors' Third Amended Joint Combined Plan of Liquidating and Disclosure Statement* (the "Plan") [Docket No. 1023],* who hereby files this Post-Effective Date Quarterly Report on behalf of the Debtors and in accordance with the Guidelines established by the United States Trustee and Bankruptcy Rule 2015.

**In accordance with 28 U.S.C. Section 1746, I declare under penalty of perjury that I have examined the information contained in this report and it is true and correct to the best of my knowledge.**

Signed: _____        Date: ___January 14, 2021___

Kevin P. Clancy, Liquidating Trustee
_____
Print Name

Liquidating Trustee's Address:
Kevin P. Clancy
CohnReznick LLP
14 Sylvan Way
Parsippany, New Jersey 07054
kevin.clancy@cohnreznick.com

* Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Plan.

QUARTERLY OPERATING REPORT -
POST CONFIRMATION

ATTACHMENT NO. 1

| QUESTIONNAIRE | YES* | NO |
|---|---|---|
| 1.  Have any assets been sold or transferred outside the normal course of business, or outside the Plan of Reorganization during this reporting period? | | X |
| 2.  Are any post-confirmation sales or payroll taxes past due? | | X |
| 3.  Are any amounts owed to post-confirmation creditors/vendors over 90 days delinquent? | | X |
| 4.  Is the Debtor current on all post-confirmation plan payments? | X | |
| | | |

*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.

| INSURANCE INFORMATION | YES | NO* |
|---|---|---|
| 1.  Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | N/A | |
| 2.  Are all premium payments current? | | |

*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.

| CONFIRMATION OF INSURANCE | | | |
|---|---|---|---|
| TYPE of POLICY      and      CARRIER | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
| N/A | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD: |
|---|
| The Liquidating Trustee commenced initial distributions to holders of allowed general unsecured claims against the estates of the Consolidated Eastern Debtors and the Consolidated NEMF Debtors in March 2020 and December 2020, respectively. The initial distributions (and any potential further distributions) are being made on a rolling basis as the Liquidating Trustee reconciles claims and gathers the necessary documentation to make such distributions. |
| |
| Estimated Date of Filing the Application for Final Decree: Not determined |

QUARTERLY OPERATING REPORT -
POST CONFIRMATION

ATTACHMENT NO. 2

### CHAPTER 11 QUARTERLY POST-EFFECTIVE DATE
### SCHEDULE OF RECEIPTS AND DISBURSEMENTS
### (Consolidated for all Debtors)

| | |
|---|---|
| Case Name: | New England Motor Freight, Inc., et al. |
| Case Number: | 19-12809 (JKS) |
| Effective Date: | February 3, 2020 |
| Reporting Period: | October 1, 2020 - December 31, 2020 |

| Consolidated Debtor: | Q4 2020 Quarterly (10/1/2020-12/31/2020) | | | Post Confirmation Cumulative | | |
|---|---|---|---|---|---|---|
| | NEMF et al | Eastern/Carrier | Total | NEMF et al | Eastern/Carrier | Total |
| **1. CASH (Beginning of Period)** | $ 10,347,209 | $ 164,665 | $ 10,511,874 | $ 791,707 | $ 10,182,399 | $ 10,974,106 |
| **2. INCOME or RECEIPTS during the Period** | 75,936 | 1,502 | 77,439 | 7,052,430 | 51,724 | 7,104,155 |
| **3. DISBURSEMENTS [b]** | | | | | | |
| **a. Operating Expenses (Fees/Taxes):** | | | | | | |
| (i)  U.S. Trustee Quarterly Fees | (5,453) | - | (5,453) | (124,496) | - | (124,496) |
| (ii)  Federal Taxes | - | - | - | - | - | - |
| (iii)  State Taxes [c] | - | - | - | (131,162) | (4,376) | (135,538) |
| (iv)  Other Taxes | - | - | - | - | - | - |
| (v)  Liquidating Trustee's Fees/Expenses | - | - | - | (282,955) | - | (282,955) |
| (vi)  Debtors' Professional Fees/Expenses [d] | (126,090) | - | (126,090) | (475,750) | - | (475,750) |
| **b. All Other Operating Expenses:** | (61,625) | (122) | (61,747) | (333,332) | (122) | (333,454) |
| **c. Plan Payments:** | | | | | | |
| (i)  Administrative Expenses [e] | (106,844) | (6,500) | (113,344) | (1,390,294) | (6,500) | (1,396,794) |
| (ii)  Priority Tax Claims | - | - | - | - | - | - |
| (iii)  Class 1 - Priority Non-Tax Claims | - | - | - | - | - | - |
| (iv)  Class 2 - Lender Secured Claims (Prepetition Lenders) | - | - | - | (116,385) | (52,271) | (168,656) |
| (v)  Class 3 - Insurer Secured Claims | - | - | - | - | - | - |
| (vi)  Class 4 - Other Secured Claims | - | - | - | - | - | - |
| (vii)  Class 5A - General Unsecured Claims (Other Than Lender Deficiency Claims) | - | - | - | - | - | - |
| (viii)  Class 5B - Auto Liability Claims | - | - | - | - | - | - |
| (ix)  Class 5C - Auto Insurer Unsecured Indemnity Claims | - | - | - | - | - | - |
| (x)  Class 5D - General Unsecured Claims (Lender Deficiency Claims) | (3,509,860) | - | (3,509,860) | (3,509,860) | (4,877,938) | (8,387,798) |
| (xi)  Class 6 - Intercompany Claims | - | - | - | - | - | - |
| (xii)  Class 7 - Equity Interests | - | - | - | - | - | - |
| **Total Disbursements (Operating & Plan) [f]** | **(3,809,872)** | **(6,622)** | **(3,816,494)** | **(6,364,235)** | **(4,941,207)** | **(11,305,442)** |
| **Intercompany Transfer-in** | 17,093 | - | 17,093 | 24,749,811 | 6,906,489 | 31,656,299 |
| **Intercompany Transfer-out** | (17,093) | - | (17,093) | (19,616,440) | (12,039,859) | (31,656,299) |
| **4. CASH (End of Period)** | $ 6,613,273 | $ 159,546 | $ 6,772,819 | $ 6,613,273 | $ 159,546 | $ 6,772,819 |

[a] Not used.

[b] This includes any and all disbursements made under the plan of reorganization or in the ordinary course of the Debtors' post-confirmation business, whether the disbursements are made by a third party or by the Debtors.

[c] Representing tax obligations for 2019.

[d] Includes fees and expenses incurred by retained professionals for services rendered after the Plan Effective Date.

[e] Administrative Expenses include: (1) fees and expenses incurred by retained professionals for services rendered prior to the Plan Effective Date, to the extent not already paid; and (2) payments for approved Administrative / 503(b)(9) claims.

[f] To be used to calculate the U.S. Trustee Fees.

QUARTERLY OPERATING REPORT -
POST CONFIRMATION

## CHAPTER 11 QUARTERLY POST-EFFECTIVE DATE
## BANK ACCOUNT RECONCILIATIONS

| Case Name: New England Motor Freight, Inc., et al. |
| Case Number: 19-12809 (JKS) |
| Effective Date: February 3, 2020 |
| Reporting Period: October 1, 2020 - December 31, 2020 |
| Consolidated Debtor: NEMF, et al |

| Bank Account Information | DIP Account * | Liquidation Trustee Accounts | | | TOTAL BANK ACCOUNTS |
|---|---|---|---|---|---|
| | MyJon, LLC | NEMF, et al | NEMF, et al | NEMF, et al | |
| Name of Bank: | TD Bank | Signature Bank | Signature Bank | Signature Bank | |
| Account Number: | 1087 | 1800 | 1819 | 1797 | |
| Purpose of Account | Operating | NEMF Distribution Reserve | NEMF Disputed Claims Reserve | Liquidating Trust Expense Reserve | |
| Type of Account (e.g. checking) | Business Premier Checking | Checking | Checking | Checking | |
| 1. Balance per Bank Statement | $ - | $ 6,539,620 | $ - | $ 73,653 | $ 6,613,273 |
| 2. ADD: Deposits not credited | | - | - | - | - |
| 3. SUBTRACT: Outstanding Checks | - | - | - | - | - |
| 4. Other Reconciling Items | | - | - | - | - |
| 5. Month End Balance (Must Agree with Books) | $ - | $ 6,539,620 | $ - | $ 73,653 | $ 6,613,273 |

* DIP account A/C #1087 at TD Bank was closed during this reporting period.

Note:  Attach copy of each bank statement and bank reconciliation.

QUARTERLY OPERATING REPORT -
POST CONFIRMATION

## CHAPTER 11 POST-CONFIRMATION
## CASH/DEBIT/CHECK DISBURSEMENTS DETAILS

| | |
|---|---|
| Case Name: | New England Motor Freight, Inc., et al. |
| Case Number: | 19-12809 (JKS) |
| Effective Date: | February 3, 2020 |
| Reporting Period: | October 1, 2020 - December 31, 2020 |
| Consolidated Debtor: | NEMF et al |

**U.S. TRUSTEE QUARTERLY FEES**

| Bank Account Number | Check Number | Date of Transaction | Payee | Descriptions | Amount |
|---|---|---|---|---|---|
| Signature A/C 1800 | ACH | 11/04/2020 | US Trustee Payment Center | Multiple Debtors - 3rd Quarter 2020 | $ 5,453 |
| | | | | | |
| | | | | TOTAL U.S. TRUSTEE QUARTERLY FEES | $ 5,453 |

**DEBTORS' PROFESSIONAL FEES/EXPENSES**

| Bank Account Number | Check Number | Date of Transaction | Payee | Descriptions | Amount |
|---|---|---|---|---|---|
| Signature A/C 1800 | WIRE | 10/23/2020 | Donlin Recano and Co | Post-Effective Date Professional Fees - Claim Agent | $ 12,932 |
| Signature A/C 1800 | WIRE | 10/23/2020 | WithumSmith+Brown | Post-Effective Date Professional Fees - Tax Service | 23,429 |
| Signature A/C 1800 | WIRE | 10/30/2020 | Donlin Recano and Co | Post-Effective Date Professional Fees - Claim Agent | 7,483 |
| Signature A/C 1800 | WIRE | 11/03/2020 | KEVANE GRANT THORNTON LLP | Post-Effective Date Professional Fees - Tax Service | 3,194 |
| Signature A/C 1797 | WIRE | 11/06/2020 | Elliott Greenleaf, P.C. | Post-Effective Date Professional Fees - Legal Counsel | 19,421 |
| Signature A/C 1800 | WIRE | 11/19/2020 | Donlin Recano and Co | Post-Effective Date Professional Fees - Claim Agent | 14,408 |
| Signature A/C 1800 | WIRE | 11/19/2020 | WithumSmith+Brown | Post-Effective Date Professional Fees - Tax Service | 30,096 |
| Signature A/C 1800 | WIRE | 12/23/2020 | Donlin Recano and Co | Post-Effective Date Professional Fees - Claim Agent | 15,128 |
| | | | | | |
| | | | | TOTAL DEBTORS' PROFESSIONAL FEES/EXPENSES | $ 126,090 |

**ALL OTHER OPERATING EXPENSES**

| Bank Account Number | Check Number | Date of Transaction | Payee | Descriptions | Amount |
|---|---|---|---|---|---|
| Signature A/C 1800 | WIRE | 10/09/2020 | Nick Manzie | Contractor - Cargo Claim Support | $ 277 |
| Signature A/C 1800 | WIRE | 10/19/2020 | KJD IT Consulting Services LLC | Contractor - IT Support | 3,750 |
| Signature A/C 1800 | WIRE | 10/23/2020 | Nick Manzie | Contractor - Cargo Claim Support | 277 |
| Signature A/C 1800 | WIRE | 10/23/2020 | Iron Mountain Data C | Document Retention / Storage | 1,353 |
| Signature A/C 1800 | AUTO DEBIT | 10/28/2020 | Signature Bank | Bank Charges and Fees | 10 |
| Signature A/C 1800 | WIRE | 10/30/2020 | Nick Manzie | Contractor - Cargo Claim Support | 139 |
| Signature A/C 1800 | WIRE | 11/06/2020 | Nick Manzie | Contractor - Cargo Claim Support | 139 |
| Signature A/C 1800 | WIRE | 11/06/2020 | Fox Rothschild LLP | NEMF 401(K)PLAN | 228 |
| Signature A/C 1800 | WIRE | 11/19/2020 | Hill Archive | Document Retention / Storage | 1,807 |
| Signature A/C 1800 | WIRE | 11/23/2020 | Nick Manzie | Contractor - Cargo Claim Support | 485 |
| Signature A/C 1800 | WIRE | 12/02/2020 | KJD IT Consulting Services LLC | Contractor - IT Support | 3,750 |
| Signature A/C 1800 | WIRE | 12/04/2020 | Nick Manzie | Contractor - Cargo Claim Support | 208 |
| Signature A/C 1800 | WIRE | 12/04/2020 | Iron Mountain Data Centers, LLC | Document Retention / Storage | 2,706 |
| Signature A/C 1800 | 1034 | 12/04/2020 | Deluxe Corp. | Check Supplies | 1,094 |
| Signature A/C 1800 | WIRE | 12/23/2020 | Hill Archive | Document Retention / Storage | 1,807 |
| Signature A/C 1800 | WIRE | 12/23/2020 | Mark A. Orlowski | Contractor - Operational Support | 43,596 |
| | | | | | |
| | | | | TOTAL ALL OTHER OPERATING EXPENSES | $ 61,625 |

QUARTERLY OPERATING REPORT -
POST CONFIRMATION

# CHAPTER 11 POST-CONFIRMATION
## CASH/DEBIT/CHECK DISBURSEMENTS DETAILS

| | |
|---|---|
| **Case Name:** | **New England Motor Freight, Inc., et al.** |
| **Case Number:** | **19-12809 (JKS)** |
| **Effective Date:** | **February 3, 2020** |
| **Reporting Period:** | **October 1, 2020 - December 31, 2020** |
| **Consolidated Debtor:** | **NEMF et al** |

**ADMINISTRATIVE EXPENSES**

| Bank Account Number | Check Number | Date of Transaction | Payee | Descriptions | Amount | |
|---|---|---|---|---|---|---|
| Signature A/C 1800 | WIRE | 10/09/2020 | Archer and Greiner, P. C. | Administrative 503(b)(9) Claim #41 | $ | 39,069 |
| Signature A/C 1800 | WIRE | 10/09/2020 | Guttman Energy, Inc. | Administrative 503(b)(9) Claim #440 | | 50,000 |
| Signature A/C 1800 | WIRE | 11/19/2020 | Keyspan Gas East Corp | Post-petition Utility Charges | | 900 |
| Signature A/C 1800 | WIRE | 11/19/2020 | Niagara Mohawk | Post-petition Utility Charges | | 1,504 |
| Signature A/C 1800 | WIRE | 11/19/2020 | Keyspan Corporation | Post-petition Utility Charges | | 2,392 |
| Signature A/C 1800 | WIRE | 11/19/2020 | Narragansett Electric | Post-petition Utility Charges | | 2,999 |
| Signature A/C 1800 | WIRE | 11/19/2020 | FIRSTENERGY SERVICE (West Penn Power C | Post-petition Utility Charges | | 3,889 |
| Signature A/C 1800 | WIRE | 11/19/2020 | Rochester Gas and Electric | Post-petition Utility Charges | | 6,091 |
| | | | | | | |
| | | | | **TOTAL ADMINISTRATIVE EXPENSES** | **$** | **106,844** |

**CLASS 5D - GENERAL UNSECURED CLAIMS (LENDER DEFICIENCY CLAIMS)**

| Bank Account Number | Check Number | Date of Transaction | Payee | Descriptions | Amount | |
|---|---|---|---|---|---|---|
| Signature A/C 1800 | WIRE | 12/29/2020 | VFS US LLC | Distribution: GUC Claim | $ | 57,179 |
| Signature A/C 1800 | WIRE | 12/29/2020 | Wells Fargo Bank, N. | Distribution: GUC Claim | | 68,352 |
| Signature A/C 1800 | WIRE | 12/29/2020 | Capital One, Nationa | Distribution: GUC Claim | | 169,046 |
| Signature A/C 1800 | WIRE | 12/29/2020 | Mercedes-Benz Financ | Distribution: GUC Claim | | 202,704 |
| Signature A/C 1800 | WIRE | 12/29/2020 | Fifth Third Bank | Distribution: GUC Claim | | 209,206 |
| Signature A/C 1800 | WIRE | 12/29/2020 | JP Morgan Chase Bank | Distribution: GUC Claim | | 380,743 |
| Signature A/C 1800 | WIRE | 12/29/2020 | Santander Bank, N.A. | Distribution: GUC Claim | | 598,231 |
| Signature A/C 1800 | WIRE | 12/29/2020 | TD Bank, NA | Distribution: GUC Claim | | 888,659 |
| Signature A/C 1800 | WIRE | 12/29/2020 | East West Bank | Distribution: GUC Claim | | 935,742 |
| | | | | | | |
| | | | | **TOTAL CLASS 5D - GENERAL UNSECURED CLAIMS (LENDER DEFICIENCY CLAIMS)** | **$** | **3,509,860** |

**INTERCOMPANY TRANSFER-OUT**

| Bank Account Number | Check Number | Date of Transaction | Payee | Descriptions | Amount | |
|---|---|---|---|---|---|---|
| TD Bank A/C 1087 | Check | 10/15/2020 | NEMF Distribution Reserve: Signature 1800 | DIP Account Closure Transfer | $ | 17,093 |
| | | | | | | |
| | | | | **TOTAL INTERCOMPANY TRANSFER-OUT** | **$** | **17,093** |

QUARTERLY OPERATING REPORT -
POST CONFIRMATION

## CHAPTER 11 QUARTERLY POST-EFFECTIVE DATE
## BANK ACCOUNT RECONCILIATIONS

| Case Name: New England Motor Freight, Inc., et al. |
| Case Number: 19-12809 (JKS) |
| Effective Date: February 3, 2020 |
| Reporting Period: October 1, 2020 - December 31, 2020 |
| Consolidated Debtor: Eastern/Carrier |

| Bank Account Information | Liquidation Trustee Accounts | | TOTAL BANK ACCOUNTS |
| | Eastern/Carrier | Eastern/Carrier | |
|---|---|---|---|
| Name of Bank: | Signature Bank | Signature Bank | |
| Account Number: | 1827 | 1835 | |
| Purpose of Account | Eastern Distribution Reserve | Eastern Disputed Claims Reserve | |
| Type of Account (e.g. checking) | Checking | Checking | |
| | | | |
| 1. Balance per Bank Statement | $         159,546 | $              - | $         159,546 |
| 2. ADD: Deposits not credited | - | - | - |
| 3. SUBTRACT: Outstanding Checks | - | - | - |
| 4. Other Reconciling Items | - | - | - |
| 5. Month End Balance (Must Agree with Books) | $         159,546 | $              - | $         159,546 |

Note: Attach copy of each bank statement and bank reconciliation.

**QUARTERLY OPERATING REPORT -
POST CONFIRMATION**

## CHAPTER 11 POST-CONFIRMATION
## CASH/DEBIT/CHECK DISBURSEMENTS DETAILS

| | |
|---|---|
| Case Name: | New England Motor Freight, Inc., et al. |
| Case Number: | 19-12809 (JKS) |
| Effective Date: | February 3, 2020 |
| Reporting Period: | October 1, 2020 - December 31, 2020 |
| Consolidated Debtor: | Eastern/Carrier |

**ALL OTHER OPERATING EXPENSES**

| Bank Account Number | Check Number | Date of Transaction | Payee | Descriptions | Amount |
|---|---|---|---|---|---|
| Signature A/C 1827 | 1005 | 10/27/2020 | CareWorks Comp | Worker's Compensation Plan - Policy No. 80054672 | $    122 |
| | | | | | |
| | | | | TOTAL ALL OTHER OPERATING EXPENSES | $    122 |

**ADMINISTRATIVE EXPENSES**

| Bank Account Number | Check Number | Date of Transaction | Payee | Descriptions | Amount |
|---|---|---|---|---|---|
| Signature A/C 1827 | WIRE | 10/20/2020 | HAROLD F FISHER AND SONS | Administrative 503(b)(9) Claim #815 | $    6,500 |
| | | | | | |
| | | | | TOTAL ADMINISTRATIVE EXPENSES | $    6,500 |

# SIGNATURE BANK

565 Fifth Avenue, 12th Floor
New York, NY 10017

Statement Period
From October  01, 2020
To   October  31, 2020
Page    1 of     4

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

NEW ENGLAND MOTOR FREIGHT INC. ET AL    9-161
LIQUIDATING TRUST KEVIN CLANCY TRUSTEE
NEMF DISTRIBUTION RESERVE
C/O COHNREZNICK LLP - 4 BECKER FARM ROAD
ROSELAND NJ  07068                        See Back for Important Information

Primary Account: ███1800      1

AVOID BUSINESS E-MAIL FINANCIAL FRAUD! PLEASE VISIT THE "PRIVACY & SECURITY"
SECTION LOCATED UNDER THE "ABOUT US" HEADING AT WWW.SIGNATURENY.COM. SELECT
"BUSINESS E-MAIL COMPROMISE" TO READ THE RECENT NEWS FROM THE FEDERAL
BUREAU OF INVESTIGATION REGARDING FRAUD TARGETING BUSINESSES, INCLUDING
GUIDANCE ON WHAT YOU CAN DO TO REDUCE YOUR RISK OF BECOMING A VICTIM.
SIGNATURE BANK BELIEVES THAT THIS IS IMPORTANT NEWS TO SHARE WITH OUR
CLIENTS. WE ARE MAKING IT AVAILABLE TO YOU FOR YOUR INFORMATION AND ANY
ACTION THAT YOU MAY CONSIDER APPROPRIATE.

| Signature Relationship Summary | Opening Bal. | Closing Bal. |
| --- | --- | --- |
| BANK DEPOSIT ACCOUNTS | | |
| ███1800    MONOGRAM CHECKING | 10,252,034.74 | 10,158,653.18 |
| RELATIONSHIP TOTAL | | 10,158,653.18 |

*Signature*  |  SIGNATURE BANK

```
                                              Statement Period
                                          From October   01, 2020
                                          To   October   31, 2020
                                          Page     2 of    4

                                          PRIVATE CLIENT GROUP 161
                                          565 FIFTH AVENUE
                                          NEW YORK, NY 10017


        NEW ENGLAND MOTOR FREIGHT INC. ET AL      9-161
        LIQUIDATING TRUST KEVIN CLANCY TRUSTEE
        NEMF DISTRIBUTION RESERVE
        C/O COHNREZNICK LLP - 4 BECKER FARM ROAD
        ROSELAND NJ   07068                         See Back for Important Information


                                          Primary Account: �မ1800        1

MONOGRAM CHECKING              ▮1800
```

Summary

```
  Previous Balance as of October   01, 2020                    10,252,034.74
       6 Credits                                                   60,827.88
      13 Debits                                                   154,209.44
  Ending Balance as of    October   31, 2020                   10,158,653.18
```

Deposits and Other Credits

```
Oct 07   DEPOSIT                                                   25,038.03
Oct 09   DEPOSIT                                                      240.77
Oct 15   DEPOSIT                                                   17,093.47
Oct 23   DEPOSIT                                                      498.59
Oct 27   DEPOSIT                                                   13,990.91
Oct 28   DEPOSIT                                                    3,966.11
```

Withdrawals and Other Debits

```
Oct 09   OUTGOING WIRE                                                277.00
         REF#  20201009B6B7261F001853
         TO:   Nick Manzie                   ABA:  026009593
         BANK: BANK OF AMERICA, N.A., NY      ACCT# ▮5361
         OBI:  INVOICES FOR WEEKS ENDED 9/27/2020 AND 10/4/2020
         OBI:
         OBI:
Oct 09   OUTGOING WIRE                                             39,069.16
         REF#  20201009B6B7261F001518
         TO:   Archer and Greiner, P. C.      ABA:  031301422
         BANK: FULTON BANK, NA                ACCT# ▮5257
         OBI:  RE: New England Motor Freight Inc. et al/Case No 19-12
         OBI:  809(JKS)/Claim No 41/Settlement Payment per P. Kasapin
         OBI:  ov email dated 9/30/2020
Oct 09   OUTGOING WIRE                                             50,000.00
         REF#  20201009B6B7261F001505
         TO:   Guttman Energy, Inc.           ABA:  036076150
```

Signature | SIGNATURE BANK

Statement Period
From October   01, 2020
To    October   31, 2020
Page     3 of    4

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

NEW ENGLAND MOTOR FREIGHT INC. ET AL    9-161
LIQUIDATING TRUST KEVIN CLANCY TRUSTEE
NEMF DISTRIBUTION RESERVE
C/O COHNREZNICK LLP - 4 BECKER FARM ROAD
ROSELAND NJ  07068                              See Back for Important Information

Primary Account:     ▮1800      1

| Date | Description | |
|---|---|---|
| | BANK: CITIZENS BANK, NATIONAL ASSOCI    ACCT# ▮3639 | |
| | OBI: RE: New England Motor Freight Inc. et al/Case No 19-12 | |
| | OBI: 809(JKS)/Claim No 440/Settlement Payment per Stipulati | |
| | OBI: on dated 9/22/2020 | |
| Oct 19 | OUTGOING WIRE | 3,750.00 |
| | REF# 20201019B6B7261F000928 | |
| | TO:  Kenneth J Ditmars                ABA:  043000096 | |
| | BANK: PNC BANK, NATIONAL ASSOCIATION    ACCT# ▮5728 | |
| | OBI: RE: Invoice No. 1027 (October 2020 Retainer) | |
| | OBI: | |
| | OBI: | |
| Oct 23 | OUTGOING WIRE | 277.00 |
| | REF# 20201023B6B7261F001070 | |
| | TO:  Nick Manzie                      ABA:  026009593 | |
| | BANK: BANK OF AMERICA, N.A., NY        ACCT# ▮5361 | |
| | OBI: INVOICES FOR WEEKS ENDED 10/11/2020 AND 10/18/2020 | |
| | OBI: | |
| | OBI: | |
| Oct 23 | OUTGOING WIRE | 1,353.04 |
| | REF# 20201023B6B7261F001121 | |
| | TO:  Iron Mountain Data Centers, LLC   ABA:  021000021 | |
| | BANK: JPMORGAN CHASE BANK, NA          ACCT# ▮2690 | |
| | OBI: RE: Customer ID NEWENG0001 INVOICE NO. #J0039008 DATED | |
| | OBI:   9/1/2020 for OCT2020 MSA License Fee | |
| | OBI: | |
| Oct 23 | OUTGOING WIRE | 12,931.65 |
| | REF# 20201023B6B7261F001074 | |
| | TO:  Donlin Recano and Company Inc     ABA:  021001088 | |
| | BANK: HSBC BANK USA, NA                ACCT# ▮2834 | |
| | OBI: RE: NEMF Invoice No 1413-19 dated 9/17/20 | |
| | OBI: | |
| | OBI: | |
| Oct 23 | OUTGOING WIRE | 23,429.00 |
| | REF# 20201023B6B7261F001071 | |
| | TO:  WithumSmith+Brown                 ABA:  121000248 | |
| | BANK: WELLS FARGO BANK, NA             ACCT# ▮5200 | |
| | OBI: RE:AUG INVOICES-NEMF767303/EASTERN767304/CARRIER767274 | |
| | OBI: /APEX767311/NWT767312/LOGISTICS767313/JANSLEASING76731 | |
| | OBI: 4 | |

SIGNATURE BANK

Statement Period
From October  01, 2020
To   October  31, 2020
Page    4 of    4

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

NEW ENGLAND MOTOR FREIGHT INC. ET AL    9-161
LIQUIDATING TRUST KEVIN CLANCY TRUSTEE
NEMF DISTRIBUTION RESERVE
C/O COHNREZNICK LLP - 4 BECKER FARM ROAD
ROSELAND NJ  07068                        See Back for Important Information

Primary Account: ████1800        1

| Date | Description | |
|---|---|---|
| Oct 28 | RETURNED DEPOSIT ITEM | 498.59 |
| Oct 28 | RETURNED DEPOSIT FEE | 10.00 |
| Oct 30 | OUTGOING WIRE | 138.50 |
| | REF#  20201030B6B7261F001885 | |
| | TO:  Nick Manzie          ABA:  026009593 | |
| | BANK: BANK OF AMERICA, N.A., NY    ACCT# ████5361 | |
| | OBI:  INVOICE FOR WEEK ENDED 10/25/2020 | |
| | OBI: | |
| | OBI: | |
| Oct 30 | OUTGOING WIRE | 7,482.50 |
| | REF#  20201030B6B7261F001887 | |
| | TO:  Donlin Recano and Company Inc    ABA:  021001088 | |
| | BANK: HSBC BANK USA, NA        ACCT# ████2834 | |
| | OBI:  RE: NEMF Final Fees for Service 2413 Open Invoices #6, | |
| | OBI:  #7,#8,#9,#10,and #11 | |
| | OBI: | |

Checks by Serial Number
 Oct 01     1030           14,993.00

Daily Balances

| | | | | |
|---|---|---|---|---|
| Sep 30 | 10,252,034.74 | | Oct 19 | 10,186,317.85 |
| Oct 01 | 10,237,041.74 | | Oct 23 | 10,148,825.75 |
| Oct 07 | 10,262,079.77 | | Oct 27 | 10,162,816.66 |
| Oct 09 | 10,172,974.38 | | Oct 28 | 10,166,274.18 |
| Oct 15 | 10,190,067.85 | | Oct 30 | 10,158,653.18 |

Rates for this statement period - Overdraft
Oct 01, 2020  13.000000 %

# SIGNATURE BANK

565 Fifth Avenue, 12th Floor
New York, NY 10017

Statement Period
From November 01, 2020
To   November 30, 2020
Page   1 of   5

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

NEW ENGLAND MOTOR FREIGHT INC. ET AL    8-161
LIQUIDATING TRUST KEVIN CLANCY TRUSTEE
NEMF DISTRIBUTION RESERVE
C/O COHNREZNICK LLP - 4 BECKER FARM ROAD
ROSELAND NJ   07068

See Back for Important Information

Primary Account: ████1800          0

IMPORTANT MESSAGE ABOUT IDENTITY THEFT! SIGNATURE BANK WILL NEVER
ASK YOU TO PROVIDE PERSONAL OR BUSINESS ACCOUNT INFORMATION THROUGH
E-MAIL. IF YOU RECEIVE ANY E-MAIL OR OTHER INQUIRY THAT APPEARS TO COME
FROM SIGNATURE, DO NOT RESPOND TO IT OR CLICK ON ANY LINKS INCLUDED IN
THE E-MAIL. INSTEAD, CALL US TOLL-FREE AT 1-866-SIGLINE OR CONTACT
YOUR ACCOUNT OFFICER. FOR MORE INFORMATION ON IDENTITY THEFT, VISIT
OUR WEBSITE AT WWW.SIGNATURENY.COM. CLICK ON "ABOUT US", "PRIVACY
& SECURITY", "IDENTITY THEFT" FOR MORE INFORMATION ON SAFEGUARDING YOUR
IDENTITY AND PERSONAL INFORMATION.

| Signature Relationship Summary | Opening Bal. | Closing Bal. |
|---|---|---|
| BANK DEPOSIT ACCOUNTS | | |
| ████1800     MONOGRAM CHECKING | 10,158,653.18 | 10,117,749.94 |
| RELATIONSHIP TOTAL | | 10,117,749.94 |

*Signature*  | SIGNATURE BANK

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

NEW ENGLAND MOTOR FREIGHT INC. ET AL     8-161
LIQUIDATING TRUST KEVIN CLANCY TRUSTEE
NEMF DISTRIBUTION RESERVE
C/O COHNREZNICK LLP - 4 BECKER FARM ROAD
ROSELAND NJ  07068

See Back for Important Information

Primary Account: ████1800          0

MONOGRAM CHECKING              ████1800

Summary

Previous Balance as of November  01, 2020                10,158,653.18
    4 Credits                                                33,165.69
    15 Debits                                                74,068.93
Ending Balance as of   November  30, 2020                10,117,749.94

Deposits and Other Credits
Nov 03   DEPOSIT                                                 538.34
Nov 06   DEPOSIT                                              15,172.00
Nov 17   DEPOSIT                                              16,970.60
Nov 23   MISC CREDIT                                             484.75
         WIRE REVERSAL 11/23/2020

Withdrawals and Other Debits
Nov 03   OUTGOING WIRE XFER                                    3,194.19
         REF#  20201103B6B7261F002267
         TO:   KEVANE GRANT THORNTON LLP        ABA:  021000021
         BANK: JPMORGAN CHASE BANK, NA      ACCT# ████8178
Nov 04   AUTOMATED PAYMENT      ck/ref no.   109287            5,453.41
         QUARTERLY FEE      PAYMENT      0000
Nov 06   OUTGOING WIRE                                           138.50
         REF#  20201106B6B7261F001507
         TO:   Nick Manzie                  ABA:  026009593
         BANK: BANK OF AMERICA, N.A., NY    ACCT# ████5361
         OBI:  INVOICE FOR WEEK ENDED 11/1/2020
         OBI:
         OBI:
Nov 06   OUTGOING WIRE                                           228.00
         REF#  20201106B6B7261F001508
         TO:   Fox Rothschild LLP           ABA:  121000248
         BANK: WELLS FARGO BANK, NA        ACCT# ████9031
         OBI:  RE: CLIENT 191405-NEMF 401(K)PLAN MATTER ID 191405.000

SIGNATURE BANK

Statement Period
From November 01, 2020
To   November 30, 2020
Page     3 of     5

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

         NEW ENGLAND MOTOR FREIGHT INC. ET AL     8-161
         LIQUIDATING TRUST KEVIN CLANCY TRUSTEE
         NEMF DISTRIBUTION RESERVE
         C/O COHNREZNICK LLP - 4 BECKER FARM ROAD
         ROSELAND NJ  07068                            See Back for Important Information

                                       Primary Account: ████1800        0

| Date | Description | |
|------|-------------|--|
| | OBI: 01 401KPLAN INVOICE NO. 2636112 DATED 11/3/2020 | |
| | OBI: | |
| Nov 19 | OUTGOING WIRE | 900.00 |
| | REF# 20201119B6B7261F001316 | |
| | TO:  Keyspan Gas East Corp          ABA:   021000021 | |
| | BANK: JPMORGAN CHASE BANK, NA       ACCT# ████5713 | |
| | OBI:  Re: New England Motor Freight, et al (Case No 19-12809 | |
| | OBI:  )-Payment of Admin Expense to KeySpan Energy Delivery | |
| | OBI:  Long Island per Dkt 1188/1221 | |
| Nov 19 | OUTGOING WIRE | 1,504.34 |
| | REF# 20201119B6B7261F001319 | |
| | TO:  Niagara Mohawk               ABA:   021000021 | |
| | BANK: JPMORGAN CHASE BANK, NA       ACCT# ████9642 | |
| | OBI:  Re: New England Motor Freight, et al (Case No 19-12809 | |
| | OBI:  ) - Payment of Admin Expense to Niagara Mohawk Power C | |
| | OBI:  orporation per Dkt 1188/1221 | |
| Nov 19 | OUTGOING WIRE | 1,806.97 |
| | REF# 20201119B6B7261F001315 | |
| | TO:   Hill Archive               ABA:   036002247 | |
| | BANK: REPUBLIC FIRST BK DBA REPUBLIC   ACCT# ████4983 | |
| | OBI:  RE: INVOICE NO. 047066 DATED OCTOBER 15, 2020 | |
| | OBI: | |
| | OBI: | |
| Nov 19 | OUTGOING WIRE | 2,391.86 |
| | REF# 20201119B6B7261F001320 | |
| | TO:   Keyspan Corporation          ABA:   021000021 | |
| | BANK: JPMORGAN CHASE BANK, NA       ACCT# ████7976 | |
| | OBI:  Re: New England Motor Freight, et al (Case No 19-12809 | |
| | OBI:  ) - Payment of Admin Expense to Colonial Gas Company p | |
| | OBI:  er Court Dkt Nos 1188 and 1221 | |
| Nov 19 | OUTGOING WIRE | 2,999.18 |
| | REF# 20201119B6B7261F001355 | |
| | TO:   Narragansett Electric         ABA:   021000021 | |
| | BANK: JPMORGAN CHASE BANK, NA       ACCT# ████9626 | |
| | OBI:  Re: New England Motor Freight, et al (Case No 19-12809 | |
| | OBI:  ) - Payment of Admin Expense to Narragansett Electric | |
| | OBI:  Company per Dkt 1188/1221 | |
| Nov 19 | OUTGOING WIRE | 3,888.59 |
| | REF# 20201119B6B7261F001317 | |

SIGNATURE BANK

```
                                            Statement Period
                                         From November  01, 2020
                                         To    November  30, 2020
                                         Page     4 of     5

                                         PRIVATE CLIENT GROUP 161
                                         565 FIFTH AVENUE
                                         NEW YORK, NY 10017


        NEW ENGLAND MOTOR FREIGHT INC. ET AL     8-161
        LIQUIDATING TRUST KEVIN CLANCY TRUSTEE
        NEMF DISTRIBUTION RESERVE
        C/O COHNREZNICK LLP - 4 BECKER FARM ROAD
        ROSELAND NJ  07068                        See Back for Important Information


                                          Primary Account:    ████1800       0

   Date            Description
          TO:  FIRSTENERGY SERVICE          ABA:  021000021
          BANK: JPMORGAN CHASE BANK, NA      ACCT#████6496
          OBI:  Re: New England Motor Freight, et al (Case No 19-12809
          OBI:  ) - Payment of Admin Expense to West Penn Power Compan
          OBI:  y per Dkt 1190/1223
   Nov 19 OUTGOING WIRE                                           6,090.51
          REF#  20201119B6B7261F001318
          TO:   Rochester Gas and Electric      ABA:  021000021
          BANK: JPMORGAN CHASE BANK, NA      ACCT#████8503
          OBI:  Re: New England Motor Freight, et al (Case No 19-12809
          OBI:  ) - Payment of Admin Expense to Rochester Gas and Elec
          OBI:  tric Corp per Dkt1189/1222
   Nov 19 OUTGOING WIRE                                          14,407.88
          REF#  20201119B6B7261F001704
          TO:   Donlin Recano and Company Inc    ABA:  021001088
          BANK: HSBC BANK USA, NA           ACCT#████2834
          OBI:  RE: NEMF Invoice No 1413-20 dated 10/21/2020
          OBI:
          OBI:
   Nov 19 OUTGOING WIRE                                          30,096.00
          REF#  20201119B6B7261F001705
          TO:   WithumSmith+Brown            ABA:  121000248
          BANK: WELLS FARGO BANK, NA        ACCT#██████5200
          OBI:  RE: New England Motor Freight, Inc. et al - September
          OBI:  Invoices dated /27/2020 - Inv Nos. 775140/775141/77511
          OBI:  5/775148/775149/775150
   Nov 23 WIRE TRANSFER DR                                          484.75
          ID: 1336799255
          TO: Nick Manzie ABA: 026009593
          BANK: BANK OF AMERICA, N.A., NY ACCT# █████5361
          OBI: INVOICE FOR WEEKS ENDED 11/8/2020, 11/15/2020 and 11/2
          OBI: 2/2020
          OBI:
   Nov 23 WIRE TRANSFER DR                                          484.75
          ID: 1336799255
          TO: Nick Manzie ABA: 026009593
          BANK: BANK OF AMERICA, N.A., NY ACCT# ██████5361
          OBI: INVOICE FOR WEEKS ENDED 11/8/2020, 11/15/2020 and 11/2
          OBI: 2/2020
```

SIGNATURE BANK

```
                                        Statement Period
                                        From November  01, 2020
                                        To    November  30, 2020
                                        Page     5 of     5

                                        PRIVATE CLIENT GROUP 161
                                        565 FIFTH AVENUE
                                        NEW YORK, NY 10017
```

```
        NEW ENGLAND MOTOR FREIGHT INC. ET AL    8-161
        LIQUIDATING TRUST KEVIN CLANCY TRUSTEE
        NEMF DISTRIBUTION RESERVE
        C/O COHNREZNICK LLP - 4 BECKER FARM ROAD
        ROSELAND NJ  07068                           See Back for Important Information
```

                              Primary Account: ███████1800          0

```
 Date               Description
        OBI:

Daily Balances
  Oct 31        10,158,653.18         Nov 17      10,182,320.02
  Nov 03        10,155,997.33         Nov 19      10,118,234.69
  Nov 04        10,150,543.92         Nov 23      10,117,749.94
  Nov 06        10,165,349.42

Rates for this statement period - Overdraft
Nov 01, 2020   13.000000 %
```

# SIGNATURE BANK

565 Fifth Avenue, 12th Floor
New York, NY 10017

Statement Period
From December 01, 2020
To   December 31, 2020
Page    1 of    5

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

NEW ENGLAND MOTOR FREIGHT INC. ET AL    9-161
LIQUIDATING TRUST KEVIN CLANCY TRUSTEE
NEMF DISTRIBUTION RESERVE
C/O COHNREZNICK LLP - 4 BECKER FARM ROAD
ROSELAND NJ   07068                         See Back for Important Information

Primary Account: ████1800         1

    IMPORTANT MESSAGE ABOUT IDENTITY THEFT! SIGNATURE BANK WILL NEVER
ASK YOU TO PROVIDE PERSONAL OR BUSINESS ACCOUNT INFORMATION THROUGH
E-MAIL. IF YOU RECEIVE ANY E-MAIL OR OTHER INQUIRY THAT APPEARS TO COME
FROM SIGNATURE, DO NOT RESPOND TO IT OR CLICK ON ANY LINKS INCLUDED IN
THE E-MAIL. INSTEAD, CALL US TOLL-FREE AT 1-866-SIGLINE OR CONTACT
YOUR ACCOUNT OFFICER. FOR MORE INFORMATION ON IDENTITY THEFT, VISIT
OUR WEBSITE AT WWW.SIGNATURENY.COM. CLICK ON "ABOUT US", "PRIVACY
& SECURITY", "IDENTITY THEFT" FOR MORE INFORMATION ON SAFEGUARDING YOUR
IDENTITY AND PERSONAL INFORMATION.

| Signature Relationship Summary | Opening Bal. | Closing Bal. |
|---|---|---|
| BANK DEPOSIT ACCOUNTS | | |
| ████1800    MONOGRAM CHECKING | 10,117,749.94 | 6,539,620.43 |
| RELATIONSHIP TOTAL | | 6,539,620.43 |

# SIGNATURE BANK

Statement Period
From December  01, 2020
To    December  31, 2020
Page     2 of     5

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

NEW ENGLAND MOTOR FREIGHT INC. ET AL     9-161
LIQUIDATING TRUST KEVIN CLANCY TRUSTEE
NEMF DISTRIBUTION RESERVE
C/O COHNREZNICK LLP - 4 BECKER FARM ROAD
ROSELAND NJ  07068                        See Back for Important Information

Primary Account:      ████1800        1

MONOGRAM CHECKING          ████21800

## Summary

| | | |
|---|---|---:|
| Previous Balance as of December  01, 2020 | | 10,117,749.94 |
| | 1 Credits | 19.43 |
| | 16 Debits | 3,578,148.94 |
| Ending Balance as of    December  31, 2020 | | 6,539,620.43 |

## Deposits and Other Credits

| | | |
|---|---|---:|
| Dec 23 | DEPOSIT | 19.43 |

## Withdrawals and Other Debits

Dec 02   OUTGOING WIRE                                                         3,750.00
         REF#  20201202B6B7261F002126
         TO:   Kenneth J Ditmars           ABA:   043000096
         BANK: PNC BANK, NATIONAL ASSOCIATION    ACCT#  ████5728
         OBI:  RE: Invoice No. 1028 (November 2020 Retainer)
         OBI:
         OBI:
Dec 04   OUTGOING WIRE                                                           207.75
         REF#  20201204B6B7261F000970
         TO:   Nick Manzie                  ABA:   026009593
         BANK: BANK OF AMERICA, N.A., NY     ACCT#  ████5361
         OBI:  INVOICE FOR WEEK ENDED 11/29/2020
         OBI:
         OBI:
Dec 04   OUTGOING WIRE                                                         2,706.08
         REF#  20201204B6B7261F000988
         TO:   Iron Mountain Data Centers, LLC   ABA:   021000021
         BANK: JPMORGAN CHASE BANK, NA      ACCT#  ████2690
         OBI:  RE: Customer ID NEWENG0001 INVOICE NO. #J0039310 DATED
         OBI:  10/1/2020 for NOV2020 MSA License Fee #J0039631 DATED
         OBI:  11/1/2020 for DEC2020 MSA
Dec 23   OUTGOING WIRE                                                         1,806.97

SIGNATURE BANK

```
                                        Statement Period
                                        From December 01, 2020
                                        To   December 31, 2020
                                        Page    3 of    5

                                        PRIVATE CLIENT GROUP 161
                                        565 FIFTH AVENUE
                                        NEW YORK, NY 10017
```

```
        NEW ENGLAND MOTOR FREIGHT INC. ET AL     9-161
        LIQUIDATING TRUST KEVIN CLANCY TRUSTEE
        NEMF DISTRIBUTION RESERVE
        C/O COHNREZNICK LLP - 4 BECKER FARM ROAD
        ROSELAND NJ  07068                          See Back for Important Information
```

                                        Primary Account:  ████1800      1

```
Date            Description
        REF#  20201223B6B7261F001002
        TO:   Hill Archive                 ABA:  036002247
        BANK: REPUBLIC FIRST BK DBA REPUBLIC    ACCT#████4983
        OBI:  RE: INVOICE NO. 047458 DATED NOVEMBER 15, 2020
        OBI:
        OBI:
Dec 23  OUTGOING WIRE                                               15,127.68
        REF#  20201223B6B7261F001001
        TO:   Donlin Recano and Company Inc   ABA:  021001088
        BANK: HSBC BANK USA, NA              ACCT#████2834
        OBI:  RE: NEMF Invoice No 1413-21 dated 11/23/2020
        OBI:
        OBI:
Dec 23  OUTGOING WIRE                                               43,596.18
        REF#  20201223B6B7261F001003
        TO:   Mark A. Orlowski              ABA:  021213520
        BANK: BCB COMMUNITY BANK            ACCT#████0295
        OBI:  RE: FINAL BILL FOR PAYROLLS AND EXPENSES WEEKS ENDED 0
        OBI:  9-04-2020 through 12-31-2020
        OBI:
Dec 29  OUTGOING WIRE                                               57,178.58
        REF#  20201229B6B7261F004645
        TO:   VFS US LLC                    ABA:  021000089
        BANK: CITIBANK, N.A.                ACCT#████4077
        OBI:  RE: NEW ENGLAND MOTOR FREIGHT INC ET AL - CASE NO 19-1
        OBI:  2809-JKS - NEMF et al INTERIM DISTRIBUTIONS
        OBI:
Dec 29  OUTGOING WIRE                                               68,351.83
        REF#  20201229B6B7261F002175
        TO:   Wells Fargo Bank, N.A.        ABA:  121000248
        BANK: WELLS FARGO BANK, NA          ACCT#████0313
        OBI:  Attn: Wells Fargo Equipment Finance, Inc. NEW ENGLAND
        OBI:  MOTOR FREIGHT INC ET AL - CASE NO 19-12809-JKS NEMF et
        OBI:  al Interim Distributions
Dec 29  OUTGOING WIRE                                              169,045.70
        REF#  20201229B6B7261F002180
        TO:   Capital One, National Association  ABA:  065000090
        BANK: CAPITAL ONE, NA              ACCT#████1293
        OBI:  ATTN: CLO - Loan: 100537427  RE: NEW ENGLAND MOTOR FRE
```

*Signature* SIGNATURE BANK

```
                                          Statement Period
                                          From December  01, 2020
                                          To    December  31, 2020
                                          Page      4 of      5

                                          PRIVATE CLIENT GROUP 161
                                          565 FIFTH AVENUE
                                          NEW YORK, NY 10017
```

```
          NEW ENGLAND MOTOR FREIGHT INC. ET AL     9-161
          LIQUIDATING TRUST KEVIN CLANCY TRUSTEE
          NEMF DISTRIBUTION RESERVE
          C/O COHNREZNICK LLP - 4 BECKER FARM ROAD
          ROSELAND NJ  07068                        See Back for Important Information
```

                                          Primary Account: ████1800        1

| Date | Description | |
|------|-------------|--|
| | OBI:  IGHT INC ET AL - CASE NO 19-12809-JKS - NEMF et al INT | |
| | OBI:  ERIM DISTRIBUTIONS | |
| Dec 29 | OUTGOING WIRE | 202,703.88 |
| | REF#  20201229B6B7261F002902 | |
| | TO:   Mercedes-Benz Financial Services U  ABA:   021000089 | |
| | BANK: CITIBANK, N.A.              ACCT# ████6939 | |
| | OBI:  RE: NEW ENGLAND MOTOR FREIGHT INC ET AL - CASE NO 19-1 | |
| | OBI:  2809-JKS - NEMF et al INTERIM DISTRIBUTIONS-Daimler | |
| | OBI: | |
| Dec 29 | OUTGOING WIRE | 209,205.92 |
| | REF#  20201229B6B7261F002182 | |
| | TO:   Fifth Third Bank            ABA:   042000314 | |
| | BANK: FIFTH THIRD BANK, NATIONAL ASS   ACCT# ████6487 | |
| | OBI:  RE: NEW ENGLAND MOTOR FREIGHT INC ET AL - CASE NO 19-1 | |
| | OBI:  2809-JKS - NEMF et al INTERIM DISTRIBUTIONS | |
| | OBI: | |
| Dec 29 | OUTGOING WIRE | 380,742.71 |
| | REF#  20201229B6B7261F002174 | |
| | TO:   JP Morgan Chase Bank, N.A.     ABA:   021000021 | |
| | BANK: JPMORGAN CHASE BANK, NA        ACCT# ████4543 | |
| | OBI:  RE: NEW ENGLAND MOTOR FREIGHT INC ET AL - CASE NO 19-1 | |
| | OBI:  2809-JKS - NEMF et al INTERIM DISTRIBUTIONS | |
| | OBI: | |
| Dec 29 | OUTGOING WIRE | 598,230.86 |
| | REF#  20201229B6B7261F002179 | |
| | TO:   Santander Bank, N.A.        ABA:   231372691 | |
| | BANK: SANTANDER BANK, N.A.        ACCT# ████1500 | |
| | OBI:  ATTN: Richard Wolbach/Shellene Maharaj RE: NEW ENGLAND | |
| | OBI:   MOTOR FREIGHT INC ET AL - CASE NO 192809-JKS - NEMF e | |
| | OBI:  t al INTERIM DISTRIBUTIONS | |
| Dec 29 | OUTGOING WIRE | 888,659.22 |
| | REF#  20201229B6B7261F002172 | |
| | TO:   TD Bank, NA                 ABA:   031101266 | |
| | BANK: TD BANK, NA                 ACCT# ████3403 | |
| | OBI:  RE: New England Motor Freight Inc et al - Case No 19-1 | |
| | OBI:  2809-JKS - NEMF et al Interim Distributions | |
| | OBI: | |
| Dec 29 | OUTGOING WIRE | 935,741.62 |
| | REF#  20201229B6B7261F002178 | |

SIGNATURE BANK

```
                                              Statement Period
                                          From December  01, 2020
                                          To    December  31, 2020
                                          Page     5 of     5

                                          PRIVATE CLIENT GROUP 161
                                          565 FIFTH AVENUE
                                          NEW YORK, NY 10017


        NEW ENGLAND MOTOR FREIGHT INC. ET AL     9-161
        LIQUIDATING TRUST KEVIN CLANCY TRUSTEE
        NEMF DISTRIBUTION RESERVE
        C/O COHNREZNICK LLP - 4 BECKER FARM ROAD
        ROSELAND NJ  07068                       See Back for Important Information


                                          Primary Account: ████1800        1
```

```
  Date            Description
        TO:   East West Bank           ABA:  322070381
        BANK: EAST WEST BANK           ACCT# ████3187
        OBI:  RE: New England Motor Freight - Loan 34200004 1 Court
        OBI:  Case No 19-12809-JKS - NEMF et al - Interim Distributi
        OBI:  ons

Checks by Serial Number
  Dec 04      1034              1,093.96

Daily Balances
  Nov 30      10,117,749.94           Dec 23      10,049,480.75
  Dec 02      10,113,999.94           Dec 29       6,539,620.43
  Dec 04      10,109,992.15

Rates for this statement period - Overdraft
Dec 01, 2020   13.000000 %
```

# SIGNATURE BANK

565 Fifth Avenue, 12th Floor
New York, NY 10017

```
                                        Statement Period
                                        From October  01, 2020
                                        To   October  31, 2020
                                        Page     1 of    2

                                        PRIVATE CLIENT GROUP 161
                                        565 FIFTH AVENUE
                                        NEW YORK, NY 10017


        NEW ENGLAND MOTOR FREIGHT INC. ET AL    8-161
        LIQUIDATING TRUST KEVIN CLANCY TRUSTEE
        NEMF DISPUTED CLAIMS RESERVE
        C/O COHNREZNICK LLP - 4 BECKER FARM ROAD
        ROSELAND NJ  07068                       See Back for Important Information


                                        Primary Account: ████1819         0
```

AVOID BUSINESS E-MAIL FINANCIAL FRAUD! PLEASE VISIT THE "PRIVACY & SECURITY"
SECTION LOCATED UNDER THE "ABOUT US" HEADING AT WWW.SIGNATURENY.COM. SELECT
"BUSINESS E-MAIL COMPROMISE" TO READ THE RECENT NEWS FROM THE FEDERAL
BUREAU OF INVESTIGATION REGARDING FRAUD TARGETING BUSINESSES, INCLUDING
GUIDANCE ON WHAT YOU CAN DO TO REDUCE YOUR RISK OF BECOMING A VICTIM.
SIGNATURE BANK BELIEVES THAT THIS IS IMPORTANT NEWS TO SHARE WITH OUR
CLIENTS. WE ARE MAKING IT AVAILABLE TO YOU FOR YOUR INFORMATION AND ANY
ACTION THAT YOU MAY CONSIDER APPROPRIATE.

| Signature Relationship Summary | Opening Bal. | Closing Bal. |
|---|---|---|
| BANK DEPOSIT ACCOUNTS | | |
| ████1819      MONOGRAM CHECKING | .00 | .00 |
| RELATIONSHIP TOTAL | | .00 |

*Signature* SIGNATURE BANK

```
                                                    Statement Period
                                              From October   01, 2020
                                              To   October   31, 2020
                                              Page      2 of      2

                                              PRIVATE CLIENT GROUP 161
                                              565 FIFTH AVENUE
                                              NEW YORK, NY 10017
```

```
          NEW ENGLAND MOTOR FREIGHT INC. ET AL     8-161
          LIQUIDATING TRUST KEVIN CLANCY TRUSTEE
          NEMF DISPUTED CLAIMS RESERVE
          C/O COHNREZNICK LLP - 4 BECKER FARM ROAD
          ROSELAND NJ   07068                      See Back for Important Information
```

                                    Primary Account: ████1819          0

MONOGRAM CHECKING              ████1819


Summary

  Previous Balance as of October   01, 2020                                    .00

  There was no deposit activity during this statement period

  Ending Balance as of   October   31, 2020                                    .00


Rates for this statement period - Overdraft
Oct 01, 2020   13.000000 %

**SIGNATURE BANK**

565 Fifth Avenue, 12th Floor
New York, NY 10017

Statement Period
From November 01, 2020
To    November 30, 2020
Page    1 of    2

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

NEW ENGLAND MOTOR FREIGHT INC. ET AL    8-161
LIQUIDATING TRUST KEVIN CLANCY TRUSTEE
NEMF DISPUTED CLAIMS RESERVE
C/O COHNREZNICK LLP - 4 BECKER FARM ROAD
ROSELAND NJ  07068                          See Back for Important Information

Primary Account: ███████1819        0

IMPORTANT MESSAGE ABOUT IDENTITY THEFT! SIGNATURE BANK WILL NEVER
ASK YOU TO PROVIDE PERSONAL OR BUSINESS ACCOUNT INFORMATION THROUGH
E-MAIL. IF YOU RECEIVE ANY E-MAIL OR OTHER INQUIRY THAT APPEARS TO COME
FROM SIGNATURE, DO NOT RESPOND TO IT OR CLICK ON ANY LINKS INCLUDED IN
THE E-MAIL. INSTEAD, CALL US TOLL-FREE AT 1-866-SIGLINE OR CONTACT
YOUR ACCOUNT OFFICER. FOR MORE INFORMATION ON IDENTITY THEFT, VISIT
OUR WEBSITE AT WWW.SIGNATURENY.COM. CLICK ON "ABOUT US", "PRIVACY
& SECURITY", "IDENTITY THEFT" FOR MORE INFORMATION ON SAFEGUARDING YOUR
IDENTITY AND PERSONAL INFORMATION.

| Signature Relationship Summary | Opening Bal. | Closing Bal. |
| --- | --- | --- |
| BANK DEPOSIT ACCOUNTS | | |
| ███████1819      MONOGRAM CHECKING | .00 | .00 |
| RELATIONSHIP TOTAL | | .00 |

SIGNATURE BANK

                                                    Statement Period
                                                    From November  01, 2020
                                                    To    November  30, 2020
                                                    Page     2 of     2

                                                    PRIVATE CLIENT GROUP 161
                                                    565 FIFTH AVENUE
                                                    NEW YORK, NY 10017


         NEW ENGLAND MOTOR FREIGHT INC. ET AL     8-161
         LIQUIDATING TRUST KEVIN CLANCY TRUSTEE
         NEMF DISPUTED CLAIMS RESERVE
         C/O COHNREZNICK LLP - 4 BECKER FARM ROAD
         ROSELAND NJ  07068                         See Back for Important Information


                                          Primary Account: ████1819        0


 MONOGRAM CHECKING              ████1819


    Summary

      Previous Balance as of November  01, 2020                              .00

      There was no deposit activity during this statement period

      Ending Balance as of    November  30, 2020                             .00


    Rates for this statement period - Overdraft
    Nov 01, 2020   13.000000 %

# SIGNATURE BANK

565 Fifth Avenue, 12th Floor
New York, NY 10017

Statement Period
From December 01, 2020
To   December 31, 2020
Page    1 of    2

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

NEW ENGLAND MOTOR FREIGHT INC. ET AL    8-161
LIQUIDATING TRUST KEVIN CLANCY TRUSTEE
NEMF DISPUTED CLAIMS RESERVE
C/O COHNREZNICK LLP - 4 BECKER FARM ROAD
ROSELAND NJ   07068                              See Back for Important Information

Primary Account: ███████1819        0

IMPORTANT MESSAGE ABOUT IDENTITY THEFT! SIGNATURE BANK WILL NEVER
ASK YOU TO PROVIDE PERSONAL OR BUSINESS ACCOUNT INFORMATION THROUGH
E-MAIL. IF YOU RECEIVE ANY E-MAIL OR OTHER INQUIRY THAT APPEARS TO COME
FROM SIGNATURE, DO NOT RESPOND TO IT OR CLICK ON ANY LINKS INCLUDED IN
THE E-MAIL. INSTEAD, CALL US TOLL-FREE AT 1-866-SIGLINE OR CONTACT
YOUR ACCOUNT OFFICER. FOR MORE INFORMATION ON IDENTITY THEFT, VISIT
OUR WEBSITE AT WWW.SIGNATURENY.COM. CLICK ON "ABOUT US", "PRIVACY
& SECURITY", "IDENTITY THEFT" FOR MORE INFORMATION ON SAFEGUARDING YOUR
IDENTITY AND PERSONAL INFORMATION.

## Signature Relationship Summary

| | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| BANK DEPOSIT ACCOUNTS | | | |
| ████1819 | MONOGRAM CHECKING | .00 | .00 |
| | RELATIONSHIP TOTAL | | .00 |

SIGNATURE BANK

```
                                              Statement Period
                                          From December  01, 2020
                                          To   December  31, 2020
                                          Page     2 of     2

                                          PRIVATE CLIENT GROUP 161
                                          565 FIFTH AVENUE
                                          NEW YORK, NY 10017
```

```
          NEW ENGLAND MOTOR FREIGHT INC. ET AL    8-161
          LIQUIDATING TRUST KEVIN CLANCY TRUSTEE
          NEMF DISPUTED CLAIMS RESERVE
          C/O COHNREZNICK LLP - 4 BECKER FARM ROAD
          ROSELAND NJ  07068                            See Back for Important Information
```

Primary Account: ████1819          0

MONOGRAM CHECKING          ████1819

Summary

  Previous Balance as of December  01, 2020                                      .00

  There was no deposit activity during this statement period

  Ending Balance as of    December  31, 2020                                     .00

Rates for this statement period - Overdraft
Dec 01, 2020   13.000000 %

**SIGNATURE BANK**

565 Fifth Avenue, 12th Floor
New York, NY 10017

```
                                          Statement Period
                                          From October  01, 2020
                                          To   October  31, 2020
                                          Page    1 of     2

                                          PRIVATE CLIENT GROUP 161
                                          565 FIFTH AVENUE
                                          NEW YORK, NY 10017
```

```
        NEW ENGLAND MOTOR FREIGHT INC. ET AL    8-161
        LIQUIDATING TRUST KEVIN CLANCY TRUSTEE
        LIQUIDATING TRUST EXPENSE RESERVE
        C/O COHNREZNICK LLP - 4 BECKER FARM ROAD
        ROSELAND NJ  07068                       See Back for Important Information
```

```
                                     Primary Account: ██████1797         0
```

AVOID BUSINESS E-MAIL FINANCIAL FRAUD! PLEASE VISIT THE "PRIVACY & SECURITY"
SECTION LOCATED UNDER THE "ABOUT US" HEADING AT WWW.SIGNATURENY.COM. SELECT
"BUSINESS E-MAIL COMPROMISE" TO READ THE RECENT NEWS FROM THE FEDERAL
BUREAU OF INVESTIGATION REGARDING FRAUD TARGETING BUSINESSES, INCLUDING
GUIDANCE ON WHAT YOU CAN DO TO REDUCE YOUR RISK OF BECOMING A VICTIM.
SIGNATURE BANK BELIEVES THAT THIS IS IMPORTANT NEWS TO SHARE WITH OUR
CLIENTS. WE ARE MAKING IT AVAILABLE TO YOU FOR YOUR INFORMATION AND ANY
ACTION THAT YOU MAY CONSIDER APPROPRIATE.

| Signature Relationship Summary | Opening Bal. | Closing Bal. |
|---|---|---|
| BANK DEPOSIT ACCOUNTS | | |
| ██████1797    MONOGRAM CHECKING | 93,073.84 | 93,073.84 |
| RELATIONSHIP TOTAL | | 93,073.84 |

*Signature* | SIGNATURE BANK

```
                                          Statement Period
                                     From October   01, 2020
                                     To   October   31, 2020
                                     Page     2 of     2

                                     PRIVATE CLIENT GROUP 161
                                     565 FIFTH AVENUE
                                     NEW YORK, NY 10017


        NEW ENGLAND MOTOR FREIGHT INC. ET AL     8-161
        LIQUIDATING TRUST KEVIN CLANCY TRUSTEE
        LIQUIDATING TRUST EXPENSE RESERVE
        C/O COHNREZNICK LLP - 4 BECKER FARM ROAD
        ROSELAND NJ   07068                        See Back for Important Information


                                     Primary Account: ████1797          0


MONOGRAM CHECKING              ████1797
```

Summary

  Previous Balance as of October   01, 2020                                    93,073.84

  There was no deposit activity during this statement period

  Ending Balance as of   October   31, 2020                                    93,073.84


Rates for this statement period - Overdraft
Oct 01, 2020   13.000000 %

# SIGNATURE BANK

565 Fifth Avenue, 12th Floor
New York, NY 10017

Statement Period
From November 01, 2020
To   November 30, 2020
Page   1 of   2

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

NEW ENGLAND MOTOR FREIGHT INC. ET AL    8-161
LIQUIDATING TRUST KEVIN CLANCY TRUSTEE
LIQUIDATING TRUST EXPENSE RESERVE
C/O COHNREZNICK LLP - 4 BECKER FARM ROAD
ROSELAND NJ  07068                                  See Back for Important Information

Primary Account: ████1797        0

IMPORTANT MESSAGE ABOUT IDENTITY THEFT! SIGNATURE BANK WILL NEVER
ASK YOU TO PROVIDE PERSONAL OR BUSINESS ACCOUNT INFORMATION THROUGH
E-MAIL. IF YOU RECEIVE ANY E-MAIL OR OTHER INQUIRY THAT APPEARS TO COME
FROM SIGNATURE, DO NOT RESPOND TO IT OR CLICK ON ANY LINKS INCLUDED IN
THE E-MAIL. INSTEAD, CALL US TOLL-FREE AT 1-866-SIGLINE OR CONTACT
YOUR ACCOUNT OFFICER. FOR MORE INFORMATION ON IDENTITY THEFT, VISIT
OUR WEBSITE AT WWW.SIGNATURENY.COM. CLICK ON "ABOUT US", "PRIVACY
& SECURITY", "IDENTITY THEFT" FOR MORE INFORMATION ON SAFEGUARDING YOUR
IDENTITY AND PERSONAL INFORMATION.

| Signature Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| BANK DEPOSIT ACCOUNTS | | | |
| ████1797 | MONOGRAM CHECKING | 93,073.84 | 73,652.68 |
| | RELATIONSHIP TOTAL | | 73,652.68 |

*Signature* SIGNATURE BANK

Statement Period
From November  01, 2020
To    November  30, 2020
Page     2 of     2

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

NEW ENGLAND MOTOR FREIGHT INC. ET AL    8-161
LIQUIDATING TRUST KEVIN CLANCY TRUSTEE
LIQUIDATING TRUST EXPENSE RESERVE
C/O COHNREZNICK LLP - 4 BECKER FARM ROAD
ROSELAND NJ  07068

See Back for Important Information

Primary Account: ████1797        0

MONOGRAM CHECKING        ████1797

Summary

  Previous Balance as of November  01, 2020                                    93,073.84
       1 Debits                                                                19,421.16
  Ending Balance as of   November  30, 2020                                    73,652.68

Withdrawals and Other Debits
  Nov 06  OUTGOING WIRE                                                         19,421.16
          REF#  20201106B6B7261F001509
          TO:  Elliott Greenleaf, P.C.          ABA:  031918828
          BANK: MERIDIAN BANK          ACCT# ███8963
          OBI:  Re: New England Motor Freight (Liquidating Trust) File
          OBI:   No. 60730-002 Invoice No. 155862
          OBI:

Daily Balances
  Oct 31        93,073.84            Nov 06        73,652.68

Rates for this statement period - Overdraft
Nov 01, 2020   13.000000 %

# SIGNATURE BANK

565 Fifth Avenue, 12th Floor
New York, NY 10017

Statement Period
From December 01, 2020
To    December 31, 2020
Page    1 of    2

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

NEW ENGLAND MOTOR FREIGHT INC. ET AL    8-161
LIQUIDATING TRUST KEVIN CLANCY TRUSTEE
LIQUIDATING TRUST EXPENSE RESERVE
C/O COHNREZNICK LLP - 4 BECKER FARM ROAD
ROSELAND NJ  07068                           See Back for Important Information

Primary Account: ████1797         0

IMPORTANT MESSAGE ABOUT IDENTITY THEFT! SIGNATURE BANK WILL NEVER
ASK YOU TO PROVIDE PERSONAL OR BUSINESS ACCOUNT INFORMATION THROUGH
E-MAIL. IF YOU RECEIVE ANY E-MAIL OR OTHER INQUIRY THAT APPEARS TO COME
FROM SIGNATURE, DO NOT RESPOND TO IT OR CLICK ON ANY LINKS INCLUDED IN
THE E-MAIL. INSTEAD, CALL US TOLL-FREE AT 1-866-SIGLINE OR CONTACT
YOUR ACCOUNT OFFICER. FOR MORE INFORMATION ON IDENTITY THEFT, VISIT
OUR WEBSITE AT WWW.SIGNATURENY.COM. CLICK ON "ABOUT US", "PRIVACY
& SECURITY", "IDENTITY THEFT" FOR MORE INFORMATION ON SAFEGUARDING YOUR
IDENTITY AND PERSONAL INFORMATION.

## Signature Relationship Summary

|  |  | Opening Bal. | Closing Bal. |
|---|---|---|---|
| BANK DEPOSIT ACCOUNTS | | | |
| ████1797 | MONOGRAM CHECKING | 73,652.68 | 73,652.68 |
| | RELATIONSHIP TOTAL | | 73,652.68 |

SIGNATURE BANK

Statement Period
From December  01, 2020
To    December  31, 2020
Page      2 of      2

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

NEW ENGLAND MOTOR FREIGHT INC. ET AL    8-161
LIQUIDATING TRUST KEVIN CLANCY TRUSTEE
LIQUIDATING TRUST EXPENSE RESERVE
C/O COHNREZNICK LLP - 4 BECKER FARM ROAD
ROSELAND NJ   07068                              See Back for Important Information

Primary Account: ████1797          0

MONOGRAM CHECKING          ████1797


Summary

  Previous Balance as of December  01, 2020                          73,652.68

  There was no deposit activity during this statement period

  Ending Balance as of    December  31, 2020                         73,652.68


Rates for this statement period - Overdraft
Dec 01, 2020   13.000000 %

# SIGNATURE BANK

565 Fifth Avenue, 12th Floor
New York, NY 10017

```
                                        Statement Period
                                        From October   01, 2020
                                        To   October   31, 2020
                                        Page     1 of      3

                                        PRIVATE CLIENT GROUP 161
                                        565 FIFTH AVENUE
                                        NEW YORK, NY 10017


      NEW ENGLAND MOTOR FREIGHT INC. ET AL     9-161
      LIQUIDATING TRUST KEVIN CLANCY TRUSTEE
      EASTERN DISTRIBUTION RESERVE
      C/O COHNREZNICK LLP - 4 BECKER FARM ROAD
      ROSELAND NJ  07068                        See Back for Important Information


                                         Primary Account: ████1827         2
```

AVOID BUSINESS E-MAIL FINANCIAL FRAUD! PLEASE VISIT THE "PRIVACY & SECURITY"
SECTION LOCATED UNDER THE "ABOUT US" HEADING AT WWW.SIGNATURENY.COM. SELECT
"BUSINESS E-MAIL COMPROMISE" TO READ THE RECENT NEWS FROM THE FEDERAL
BUREAU OF INVESTIGATION REGARDING FRAUD TARGETING BUSINESSES, INCLUDING
GUIDANCE ON WHAT YOU CAN DO TO REDUCE YOUR RISK OF BECOMING A VICTIM.
SIGNATURE BANK BELIEVES THAT THIS IS IMPORTANT NEWS TO SHARE WITH OUR
CLIENTS. WE ARE MAKING IT AVAILABLE TO YOU FOR YOUR INFORMATION AND ANY
ACTION THAT YOU MAY CONSIDER APPROPRIATE.

| Signature Relationship Summary | Opening Bal. | Closing Bal. |
|---|---|---|
| BANK DEPOSIT ACCOUNTS | | |
| ████1827    MONOGRAM CHECKING | 168,201.21 | 159,486.00 |
| | | |
| RELATIONSHIP TOTAL | | 159,486.00 |

*Signature* | SIGNATURE BANK

Statement Period
From October   01, 2020
To    October   31, 2020
Page      2 of    3

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

NEW ENGLAND MOTOR FREIGHT INC. ET AL      9-161
LIQUIDATING TRUST KEVIN CLANCY TRUSTEE
EASTERN DISTRIBUTION RESERVE
C/O COHNREZNICK LLP - 4 BECKER FARM ROAD
ROSELAND NJ   07068                            See Back for Important Information

Primary Account:     █████1827         2

MONOGRAM CHECKING          █████1827


Summary

    Previous Balance as of October   01, 2020                           168,201.21
          2 Credits                                                        1,442.79
          3 Debits                                                        10,158.00
    Ending Balance as of    October   31, 2020                           159,486.00


Deposits and Other Credits
    Oct 09   DEPOSIT                                                        1,407.79
    Oct 28   DEPOSIT                                                           35.00

Withdrawals and Other Debits
    Oct 20   OUTGOING WIRE                                                  6,500.00
          REF#  20201020B6B7261F001745
          TO:   HAROLD F FISHER AND SONS           ABA:  231372691
          BANK: SANTANDER BANK, N.A.          ACCT# █████5292
          OBI:  RE: New England Motor Freight Inc. et al/Case No 19-12
          OBI:  809(JKS)/Claim No 815/Settlement Payment per Stipulati
          OBI:  on dated 9/22/2020

Checks by Serial Number
    Oct 01      1002            3,536.00     Oct 27     1005 *          122.00

              * Indicates break in check sequence

Daily Balances
    Sep 30      168,201.21               Oct 20      159,573.00
    Oct 01      164,665.21               Oct 27      159,451.00
    Oct 09      166,073.00               Oct 28      159,486.00

SIGNATURE BANK

```
                                        Statement Period
                                   From October   01, 2020
                                   To    October  31, 2020
                                   Page     3 of      3

                                   PRIVATE CLIENT GROUP 161
                                   565 FIFTH AVENUE
                                   NEW YORK, NY 10017


        NEW ENGLAND MOTOR FREIGHT INC. ET AL     9-161
        LIQUIDATING TRUST KEVIN CLANCY TRUSTEE
        EASTERN DISTRIBUTION RESERVE
        C/O COHNREZNICK LLP - 4 BECKER FARM ROAD
        ROSELAND NJ   07068                          See Back for Important Information


                                   Primary Account:  ████1827          2


  Rates for this statement period - Overdraft
  Oct 01, 2020   13.000000 %
```

**SIGNATURE BANK**

565 Fifth Avenue, 12ᵗʰ Floor
New York, NY 10017

```
                                          Statement Period
                                          From November 01, 2020
                                          To   November 30, 2020
                                          Page    1 of    2

                                          PRIVATE CLIENT GROUP 161
                                          565 FIFTH AVENUE
                                          NEW YORK, NY 10017
```

```
NEW ENGLAND MOTOR FREIGHT INC. ET AL    8-161
LIQUIDATING TRUST KEVIN CLANCY TRUSTEE
EASTERN DISTRIBUTION RESERVE
C/O COHNREZNICK LLP - 4 BECKER FARM ROAD
ROSELAND NJ  07068                      See Back for Important Information
```

Primary Account: ████1827          0

IMPORTANT MESSAGE ABOUT IDENTITY THEFT! SIGNATURE BANK WILL NEVER ASK YOU TO PROVIDE PERSONAL OR BUSINESS ACCOUNT INFORMATION THROUGH E-MAIL. IF YOU RECEIVE ANY E-MAIL OR OTHER INQUIRY THAT APPEARS TO COME FROM SIGNATURE, DO NOT RESPOND TO IT OR CLICK ON ANY LINKS INCLUDED IN THE E-MAIL. INSTEAD, CALL US TOLL-FREE AT 1-866-SIGLINE OR CONTACT YOUR ACCOUNT OFFICER. FOR MORE INFORMATION ON IDENTITY THEFT, VISIT OUR WEBSITE AT WWW.SIGNATURENY.COM. CLICK ON "ABOUT US", "PRIVACY & SECURITY", "IDENTITY THEFT" FOR MORE INFORMATION ON SAFEGUARDING YOUR IDENTITY AND PERSONAL INFORMATION.

| Signature Relationship Summary | Opening Bal. | Closing Bal. |
|---|---|---|
| BANK DEPOSIT ACCOUNTS | | |
| ████1827    MONOGRAM CHECKING | 159,486.00 | 159,545.65 |
| RELATIONSHIP TOTAL | | 159,545.65 |

SIGNATURE BANK

```
                                        Statement Period
                                    From November  01, 2020
                                    To    November  30, 2020
                                    Page      2 of       2

                                    PRIVATE CLIENT GROUP 161
                                    565 FIFTH AVENUE
                                    NEW YORK, NY 10017
```

```
        NEW ENGLAND MOTOR FREIGHT INC. ET AL    8-161
        LIQUIDATING TRUST KEVIN CLANCY TRUSTEE
        EASTERN DISTRIBUTION RESERVE
        C/O COHNREZNICK LLP - 4 BECKER FARM ROAD
        ROSELAND NJ  07068                          See Back for Important Information
```

                                    Primary Account: ██████1827        0

MONOGRAM CHECKING          ██████1827

Summary

```
  Previous Balance as of November  01, 2020                          159,486.00
        1 Credits                                                         59.65
  Ending Balance as of    November  30, 2020                         159,545.65
```

Deposits and Other Credits
```
  Nov 06  DEPOSIT                                                         59.65
```

Daily Balances
```
  Oct 31          159,486.00          Nov 06          159,545.65
```

Rates for this statement period - Overdraft
Nov 01, 2020   13.000000 %

# SIGNATURE BANK

565 Fifth Avenue, 12th Floor
New York, NY 10017

```
                                            Statement Period
                                        From December  01, 2020
                                        To   December  31, 2020
                                        Page    1 of     2

                                        PRIVATE CLIENT GROUP 161
                                        565 FIFTH AVENUE
                                        NEW YORK, NY 10017
```

```
        NEW ENGLAND MOTOR FREIGHT INC. ET AL     8-161
        LIQUIDATING TRUST KEVIN CLANCY TRUSTEE
        EASTERN DISTRIBUTION RESERVE
        C/O COHNREZNICK LLP - 4 BECKER FARM ROAD
        ROSELAND NJ  07068                             See Back for Important Information
```

Primary Account: ████1827          0

```
        IMPORTANT MESSAGE ABOUT IDENTITY THEFT! SIGNATURE BANK WILL NEVER
        ASK YOU TO PROVIDE PERSONAL OR BUSINESS ACCOUNT INFORMATION THROUGH
        E-MAIL. IF YOU RECEIVE ANY E-MAIL OR OTHER INQUIRY THAT APPEARS TO COME
        FROM SIGNATURE, DO NOT RESPOND TO IT OR CLICK ON ANY LINKS INCLUDED IN
        THE E-MAIL. INSTEAD, CALL US TOLL-FREE AT 1-866-SIGLINE OR CONTACT
        YOUR ACCOUNT OFFICER. FOR MORE INFORMATION ON IDENTITY THEFT, VISIT
        OUR WEBSITE AT WWW.SIGNATURENY.COM. CLICK ON "ABOUT US", "PRIVACY
        & SECURITY", "IDENTITY THEFT" FOR MORE INFORMATION ON SAFEGUARDING YOUR
        IDENTITY AND PERSONAL INFORMATION.
```

| Signature Relationship Summary | Opening Bal. | Closing Bal. |
|---|---|---|
| BANK DEPOSIT ACCOUNTS | | |
| ████1827    MONOGRAM CHECKING | 159,545.65 | 159,545.65 |
| | | |
| RELATIONSHIP TOTAL | | 159,545.65 |

**SIGNATURE BANK**

Statement Period
From December  01, 2020
To    December  31, 2020
Page      2 of     2

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

NEW ENGLAND MOTOR FREIGHT INC. ET AL    8-161
LIQUIDATING TRUST KEVIN CLANCY TRUSTEE
EASTERN DISTRIBUTION RESERVE
C/O COHNREZNICK LLP - 4 BECKER FARM ROAD
ROSELAND NJ   07068                          See Back for Important Information


                                 Primary Account: ███████1827        0


MONOGRAM CHECKING            ██████1827



Summary

  Previous Balance as of December  01, 2020                          159,545.65

  There was no deposit activity during this statement period

  Ending Balance as of    December  31, 2020                          159,545.65


Rates for this statement period - Overdraft
Dec 01, 2020   13.000000 %

# SIGNATURE BANK

565 Fifth Avenue, 12th Floor
New York, NY 10017

Statement Period
From October  01, 2020
To   October  31, 2020
Page    1 of    2

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

NEW ENGLAND MOTOR FREIGHT INC. ET AL    8-161
LIQUIDATING TRUST KEVIN CLANCY TRUSTEE
EASTERN DISPUTED CLAIMS RESERVE
C/O COHNREZNICK LLP - 4 BECKER FARM ROAD
ROSELAND NJ  07068                        See Back for Important Information

Primary Account: ██████1835           0

AVOID BUSINESS E-MAIL FINANCIAL FRAUD! PLEASE VISIT THE "PRIVACY & SECURITY"
SECTION LOCATED UNDER THE "ABOUT US" HEADING AT WWW.SIGNATURENY.COM. SELECT
"BUSINESS E-MAIL COMPROMISE" TO READ THE RECENT NEWS FROM THE FEDERAL
BUREAU OF INVESTIGATION REGARDING FRAUD TARGETING BUSINESSES, INCLUDING
GUIDANCE ON WHAT YOU CAN DO TO REDUCE YOUR RISK OF BECOMING A VICTIM.
SIGNATURE BANK BELIEVES THAT THIS IS IMPORTANT NEWS TO SHARE WITH OUR
CLIENTS. WE ARE MAKING IT AVAILABLE TO YOU FOR YOUR INFORMATION AND ANY
ACTION THAT YOU MAY CONSIDER APPROPRIATE.

| Signature Relationship Summary | Opening Bal. | Closing Bal. |
|---|---|---|
| BANK DEPOSIT ACCOUNTS | | |
| ██████1835    MONOGRAM CHECKING | .00 | .00 |
| RELATIONSHIP TOTAL | | .00 |

SIGNATURE BANK

```
                                              Statement Period
                                        From October   01, 2020
                                        To   October   31, 2020
                                        Page    2 of     2

                                        PRIVATE CLIENT GROUP 161
                                        565 FIFTH AVENUE
                                        NEW YORK, NY 10017


        NEW ENGLAND MOTOR FREIGHT INC. ET AL    8-161
        LIQUIDATING TRUST KEVIN CLANCY TRUSTEE
        EASTERN DISPUTED CLAIMS RESERVE
        C/O COHNREZNICK LLP - 4 BECKER FARM ROAD
        ROSELAND NJ  07068                        See Back for Important Information


                                        Primary Account: ████1835        0


MONOGRAM CHECKING            ████1835


  Summary

   Previous Balance as of October   01, 2020                              .00

   There was no deposit activity during this statement period

   Ending Balance as of   October   31, 2020                              .00


  Rates for this statement period - Overdraft
  Oct 01, 2020   13.000000 %
```

**SIGNATURE BANK**

565 Fifth Avenue, 12th Floor
New York, NY 10017

Statement Period
From November 01, 2020
To    November 30, 2020
Page    1 of    2

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

NEW ENGLAND MOTOR FREIGHT INC. ET AL    8-161
LIQUIDATING TRUST KEVIN CLANCY TRUSTEE
EASTERN DISPUTED CLAIMS RESERVE
C/O COHNREZNICK LLP - 4 BECKER FARM ROAD
ROSELAND NJ  07068                          See Back for Important Information

Primary Account: ████1835          0

IMPORTANT MESSAGE ABOUT IDENTITY THEFT! SIGNATURE BANK WILL NEVER
ASK YOU TO PROVIDE PERSONAL OR BUSINESS ACCOUNT INFORMATION THROUGH
E-MAIL. IF YOU RECEIVE ANY E-MAIL OR OTHER INQUIRY THAT APPEARS TO COME
FROM SIGNATURE, DO NOT RESPOND TO IT OR CLICK ON ANY LINKS INCLUDED IN
THE E-MAIL. INSTEAD, CALL US TOLL-FREE AT 1-866-SIGLINE OR CONTACT
YOUR ACCOUNT OFFICER. FOR MORE INFORMATION ON IDENTITY THEFT, VISIT
OUR WEBSITE AT WWW.SIGNATURENY.COM. CLICK ON "ABOUT US", "PRIVACY
& SECURITY", "IDENTITY THEFT" FOR MORE INFORMATION ON SAFEGUARDING YOUR
IDENTITY AND PERSONAL INFORMATION.

| Signature Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| BANK DEPOSIT ACCOUNTS | | | |
| ████1835 | MONOGRAM CHECKING | .00 | .00 |
| | RELATIONSHIP TOTAL | | .00 |

SIGNATURE BANK

```
                                              Statement Period
                                        From November  01, 2020
                                        To    November  30, 2020
                                        Page      2 of      2

                                        PRIVATE CLIENT GROUP 161
                                        565 FIFTH AVENUE
                                        NEW YORK, NY 10017


          NEW ENGLAND MOTOR FREIGHT INC. ET AL     8-161
          LIQUIDATING TRUST KEVIN CLANCY TRUSTEE
          EASTERN DISPUTED CLAIMS RESERVE
          C/O COHNREZNICK LLP - 4 BECKER FARM ROAD
          ROSELAND NJ   07068                       See Back for Important Information


                                        Primary Account: ███████1835        0


   MONOGRAM CHECKING              ██████1835


   Summary

     Previous Balance as of November  01, 2020                                .00

     There was no deposit activity during this statement period

     Ending Balance as of    November  30, 2020                               .00


   Rates for this statement period - Overdraft
   Nov 01, 2020   13.000000 %
```

# SIGNATURE BANK

565 Fifth Avenue, 12th Floor
New York, NY 10017

```
                                            Statement Period
                                       From December  01, 2020
                                       To    December  31, 2020
                                       Page     1 of     2

                                       PRIVATE CLIENT GROUP 161
                                       565 FIFTH AVENUE
                                       NEW YORK, NY 10017
```

```
        NEW ENGLAND MOTOR FREIGHT INC. ET AL      8-161
        LIQUIDATING TRUST KEVIN CLANCY TRUSTEE
        EASTERN DISPUTED CLAIMS RESERVE
        C/O COHNREZNICK LLP - 4 BECKER FARM ROAD
        ROSELAND NJ   07068                        See Back for Important Information
```

```
                                       Primary Account: ████1835          0
```

IMPORTANT MESSAGE ABOUT IDENTITY THEFT! SIGNATURE BANK WILL NEVER
ASK YOU TO PROVIDE PERSONAL OR BUSINESS ACCOUNT INFORMATION THROUGH
E-MAIL. IF YOU RECEIVE ANY E-MAIL OR OTHER INQUIRY THAT APPEARS TO COME
FROM SIGNATURE, DO NOT RESPOND TO IT OR CLICK ON ANY LINKS INCLUDED IN
THE E-MAIL. INSTEAD, CALL US TOLL-FREE AT 1-866-SIGLINE OR CONTACT
YOUR ACCOUNT OFFICER. FOR MORE INFORMATION ON IDENTITY THEFT, VISIT
OUR WEBSITE AT WWW.SIGNATURENY.COM. CLICK ON "ABOUT US", "PRIVACY
& SECURITY", "IDENTITY THEFT" FOR MORE INFORMATION ON SAFEGUARDING YOUR
IDENTITY AND PERSONAL INFORMATION.

| Signature Relationship Summary | Opening Bal. | Closing Bal. |
|---|---|---|
| BANK DEPOSIT ACCOUNTS | | |
| ████1835    MONOGRAM CHECKING | .00 | .00 |
| RELATIONSHIP TOTAL | | .00 |

*Signature* SIGNATURE BANK

```
                                              Statement Period
                                       From December  01, 2020
                                       To    December  31, 2020
                                       Page      2 of      2

                                       PRIVATE CLIENT GROUP 161
                                       565 FIFTH AVENUE
                                       NEW YORK, NY 10017
```

```
          NEW ENGLAND MOTOR FREIGHT INC. ET AL    8-161
          LIQUIDATING TRUST KEVIN CLANCY TRUSTEE
          EASTERN DISPUTED CLAIMS RESERVE
          C/O COHNREZNICK LLP - 4 BECKER FARM ROAD
          ROSELAND NJ   07068                          See Back for Important Information
```

```
                                       Primary Account: ██████1835          0
```

MONOGRAM CHECKING          ██████1835


Summary

  Previous Balance as of December  01, 2020                               .00

  There was no deposit activity during this statement period

  Ending Balance as of    December  31, 2020                              .00


Rates for this statement period - Overdraft
Dec 01, 2020   13.000000 %