UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

RIKER DANZIG SCHERER HYLAND & PERRETTI LLP
Joseph L. Schwartz, Esq. (JS-5525)
Rachel G. Atkin (RA-4910)
Headquarters Plaza, One Speedwell Avenue
Morristown, New Jersey  07962-1981
Telephone: (973) 538-0800
Facsimile: (973) 538-1984
jschwartz@riker.com
ratkin@riker.com

*Counsel to United States Fire Insurance Company*

| | |
|---|---|
| In Re:<br>NEW ENGLAND MOTOR FREIGHT, INC., *et al.*,<br><br>Debtors. | Case No.:      19-12809 (JKS)<br>Chapter:        11<br>Hearing Date: 2/2/21 at 10:00 a.m.<br>Judge:           Sherwood |

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled          ☒ Withdrawn

Matter: United States Fire Insurance Company's Motion for an Order (i) Determining that State Farm Indemnity Company is in Violation of Plan Auto Liability Claims Injunction, (ii) Holding State Farm

Indemnity Company in Contempt and (iii) Imposing Sanctions, Including Disallowance of Late-Filed Claim [Docket No. 1333].

Date: January 22, 2021                               <u>Joseph L. Schwartz, Esq.</u>
                                                                     Signature

*rev.8/1/15*

2