Andrew C. Spears
Attorney ID# 87737
HANDLER HENNING & ROSENBERG LLC
4400 Deer Path Road, Suite 205
Harrisburg, PA 17110
Telephone:   717.222.2222
Fax :        717.233.3029
E-mail:      Spears@hhrlaw.com

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT INC., *et al.*,[1] | Case No. 19-12809 (JKS) |
| | Jointly Administered |

### CREDITORS' FRANCIS & KIMBERLY BECK'S REQUEST FOR MEDIATION

Francis and Kimberly Beck, creditors/holders of an Auto Liability Claim, by and through their undersigned counsel, pursuant to the Auto Liability Claims Protocol Settlement Agreement, hereby request their Auto Liability claim be referred to non-binding mediation.

Date: December 29, 2020

HANDLER, HENNING & ROSENBERG

/s/ Andrew C. Spears

Andrew C. Spears, Esq
4400 Deer Path Road, Suite 205
Harrisburg, PA 17110
*Counsel to Francis and Kimberly Beck*

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7693); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC (4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMF Logistics, LLC (4666).

