UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW JERSEY

David Meth, Esq. (DM-7218)
Attorney for Creditor Jose L. Ferrer
200 Daniels Way, Suite 240
Freehold, NJ 07728
(732) 905-2722
Email: david@methnjlaw.com

In Re

NEW ENGLAND MOTOR FREIGHT, INC., et al

Debtor

Case No.: 19-12809 (JKS)

Chapter 11

## CREDITOR JOSE FERRER'S REQUEST FOR MEDIATION

JOSE FERRER, creditor/holder of an Auto Liability Claim, by and through his undersigned counsel, pursuant to the Auto Liability Claims Protocol Settlement Agreement, hereby requests his Auto Liability claim be referred to non-binding mediation.

Date: January 28, 2021

/S/ David M. Meth
David M. Meth, Esq.
Counsel to Jose Ferrer

1