UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:

**NEW ENGLAND MOTOR FREIGHT, INC.**, et al. [1]

Debtor.

**WITHDRAWAL OF NOTICE OF APPEARANCE**

Case No.: 19-12809-JKS
Chapter 11

**PLEASE TAKE NOTICE** that the undersigned is withdrawing his appearance on behalf of the CREDITORS listed below:

    DANIEL RINALDI

    JANICE GOODALL

    ANGELA EVANS

    DANIEL MURTHA

    ANTHONY MCNEIL and

    BENEDICTO SORTO.

**MAYNARD, O'CONNOR, SMITH & CATALINOTTO, LLP**

Date:  February 11, 2021

By: /s/  Justin W. Gray, Esq._____
    Justin W. Gray, Esq.
6 Tower Place
Albany, New York 12203
(518) 465-3553 -  phone
(518) 465-5845 – fax
gray@moscllp.com – e-mail

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC (4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMF Logistics, LLC (4666).

{M0988722.1}