UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1**

**LOWENSTEIN SANDLER LLP**
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400
Email:  jdipasquale@lowenstein.com
mpapandrea@lowenstein.com
jschneider@lowenstein.com

*Counsel to the Liquidating Trustee*

Order Filed on February 18, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

NEW ENGLAND MOTOR FREIGHT, INC, *et al.*,

Debtors.

Chapter 11

Case No. 19-12809 (JKS)

(Jointly Administered)

**ORDER FOR ADMISSION *PRO HAC VICE* OF**
**SHELLEY A. KINSELLA, ESQ.**

The relief set forth on the following pages, numbered two (2) through three (3), is hereby

**ORDERED**.

**DATED: February 18, 2021**

Honorable John K. Sherwood
United States Bankruptcy Court

Page: 2
Debtor: New England Motor Freight, Inc. *et al.*
Case No. 19-12809 (JKS)
Title of Order: Order For Admission *Pro Hac Vice of* Shelley A. Kinsella, Esq.

___

This matter having been brought before the Court on the *Application For Entry Of An Order Under D.N.J. LBR 2090-1(b) For Admission Of Shelley A. Kinsella Pro Hac Vice*; and the Court having reviewed the moving papers of the applicant, out-of-state attorney, and considered this matter pursuant to Fed. R. Civ. Proc. 78, D.N.J. L.Civ.R.101.1 and D.N.J. LBR 9010-1, and good cause having been shown; it is

**ORDERED** that Shelley A. Kinsella is permitted to appear *pro hac vice*; provided that pursuant to D.N.J. L. Civ. R. 101.1(c)(4), an appearance as counsel of record shall be filed promptly by a member of the bar of this Court upon whom all notices, orders and pleadings may be served, and who shall promptly notify the out-of-state attorney of their receipt. Only an attorney at law of this Court may file papers, enter appearances for parties, sign stipulations, or sign and receive payments on judgments, decrees or orders, and it is further

**ORDERED** that Shelley A. Kinsella shall arrange with the New Jersey Lawyers' Fund for Client Protection for payment of the annual fee, for this year and for any year in which the out-of-state attorney continues to represent a client in a matter pending in this Court in accordance with New Jersey Court Rule 1:28-2 and D.N.J. L. Civ. R. 101.1, said fee to be deposited within twenty (20) days of the date of the entry of this Order, and it is further

**ORDERED** that the $150.00 fee required by D.N.J. L. Civ. R. 101(c)(3) for *pro hac vice* admission to the District Court for the District of New Jersey shall also be payable within twenty (20) days of entry of this Order. Payment in the form of a check must be payable to "Clerk, USDC" and forwarded to the Clerk of the United States District Court for the District of New Jersey at the following address:

Page: 3
Debtor: New England Motor Freight, Inc. *et al.*
Case No. 19-12809 (JKS)
Title of Order: Order For Admission *Pro Hac Vice of* Shelley A. Kinsella, Esq.

---

United States District Court
District of New Jersey
Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, N.J. 07102
*Attention: Pro Hac Vice Admissions*

and it is further

**ORDERED** that Shelley A. Kinsella shall be bound by the Local Rules of the United States District Court for the District of New Jersey and the Local Rules of Bankruptcy Procedure for the District of New Jersey; and it is further

**ORDERED** that the Clerk shall forward a copy of this Order to the Treasurer of New Jersey Lawyers' Fund for Client Protection within 5 days of its date of entry.

United States Bankruptcy Court

District of New Jersey

In re:  
New England Motor Freight, Inc.  
    Debtor

Case No. 19-12809-JKS  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 8  
Date Rcvd: Feb 18, 2021      Form ID: pdf903      Total Noticed: 8

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 20, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | New England Motor Freight, Inc., 1-71 North Ave E, Elizabeth, NJ 07201-2958 |
| aty | + | Deloitte Consulting LLP, 111 S Wacker Dr, Chicago, IL 60606-4396 |
| aty | | Gibbons, P.C., One Gateway Center, Newark, NJ 07102-5310 |
| aty | | Howard A. Cohen, Gibbons P.C, 300 Delaware Avenue, Suite 1015, Wilmington, DE 19801-1671 |
| aty | | Jeffrey L. Nagel, Gibbons P.C., One Pennsylvania Plaza, 37th Floor, New York, NY 10119-3701 |
| aty | + | Todd M. Brooks, Whiteford, Taylor & Preston L.L.P., 7 St. Paul Street, Suite 1500, Baltimore, MD 21202-1636 |
| aty | + | WASSERMAN, JURISTA & STOLZ, P.C., 110 Allen Road, Suite 304, Basking Ridge,, NJ 07920-4500 |
| aty | + | Whiteford Taylor & Preston, Seven Saint paul St. Ste 1800, Baltimore, MD 21202-1639 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).  
NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | ##+ | Brent C. Strickland, Whiteford, Taylor & Preston L.L.P, 7501 Wisconsin Avenue,Suite 700W, Bethesda, MD 20814-6521 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 20, 2021      Signature:      /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 18, 2021 at the address(es) listed below:

**Name**      **Email Address**

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 8 |
| Date Rcvd: Feb 18, 2021 | Form ID: pdf903 | Total Noticed: 8 |

Alan J. Brody
    on behalf of Creditor JP Morgan Chase brodya@gtlaw.com NJLitDock@gtlaw.com

Alyssa A. Cimino
    on behalf of Creditor Xiomara Mendoz-Lopez acimino@aciminolaw.com ciminoar98640@notify.bestcase.com

Alyssa A. Cimino
    on behalf of Creditor Byron E Najera Osorio acimino@aciminolaw.com ciminoar98640@notify.bestcase.com

Alyssa A. Cimino
    on behalf of Creditor Abel Trochez acimino@aciminolaw.com ciminoar98640@notify.bestcase.com

Andrew Spears
    on behalf of Creditor Francis and Kimberly Beck amiller@hhrlaw.com

Andrew J. Kelly
    on behalf of Creditor Steven Ross akelly@kbtlaw.com
    wsheridan@kbtlaw.com;saudino@kbtlaw.com;kgaldieri@kbtlaw.com;tgraga@kbtlaw.com

Andrew R. Turner
    on behalf of Interested Party Protective Insurance Company courts@turnerlaw.net

Andrew R. Turner
    on behalf of Defendant Protective Insurance Company courts@turnerlaw.net

Ann Dee Lieberman
    on behalf of Attorney State Farm Indemnity Company anndee@mayersubrolaw.com

Anthony Sodono, III
    on behalf of Defendant Shauna Jones asodono@msbnj.com

Anthony Sodono, III
    on behalf of Creditor Rasheeda Carter asodono@msbnj.com

Anthony Sodono, III
    on behalf of Creditor Shauna Jones asodono@msbnj.com

Anthony Sodono, III
    on behalf of Defendant Jalil Waters and Rashida Carter asodono@msbnj.com

Anthony Sodono, III
    on behalf of Creditor Jalil Walters asodono@msbnj.com

Anthony Sodono, III
    on behalf of Creditor Mercedes Benz Financial Services USA LLC asodono@msbnj.com

Ashley E Shapiro
    on behalf of Plaintiff Kevin P. Clancy solely in his capacity as the Liquidating Trustee ashapiro@atllp.com,
    mmillis@atllp.com;skinsella@atllp.com

Beth J. Rotenberg
    on behalf of Creditor Berkley Insurance Company brotenberg@csglaw.com ecf@csglaw.com

Blake D. Roth
    on behalf of Creditor Bridgestone Americas Tire Operations LLC blake.roth@wallerlaw.com,
    chris.cronk@wallerlaw.com;deborah.liles@wallerlaw.com;katie.stenberg@wallerlaw.com

Brett Steven Theisen
    on behalf of Plaintiff New England Motor Freight Inc. btheisen@gibbonslaw.com

Brett Steven Theisen
    on behalf of Debtor New England Motor Freight Inc. btheisen@gibbonslaw.com

Brian Glass
    on behalf of Interested Party PA Department of Environmental Protection briaglass@pa.gov verkanova@pa.gov

Brian W. Hofmeister
    on behalf of Creditor Larry L. Banks bwh@hofmeisterfirm.com j119@ecfcbis.com

Catherine L. Corey
    on behalf of Creditor East River Energy Inc, clcorey@nmmlaw.com

Chad J. Toms
    on behalf of Plaintiff Kevin P. Clancy ctoms@wtplaw.com

Chad J. Toms
    on behalf of Debtor New England Motor Freight Inc. ctoms@wtplaw.com

Chad J. Toms
    on behalf of Plaintiff Kevin P. Clancy solely in his capacity as the Liquidating Trustee ctoms@wtplaw.com

Chad J. Toms
    on behalf of Plaintiff Clancy ctoms@wtplaw.com

Case 19-12809-JKS    Doc 1486    Filed 02/20/21    Entered 02/21/21 00:22:03    Desc
Imaged Certificate of Notice    Page 6 of 11

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 3 of 8 |
| Date Rcvd: Feb 18, 2021 | Form ID: pdf903 | Total Noticed: 8 |

Christopher Lynch
    on behalf of Creditor Fifth Third Bank clynch@reedsmith.com

Christopher John Leavell
    on behalf of Plaintiff Dan Webster cleavell@klehr.com  lclark@klehr.com

Christopher John Leavell
    on behalf of Plaintiff Mary Carlin cleavell@klehr.com  lclark@klehr.com

Christopher John Leavell
    on behalf of Interested Party Class Plaintiffs at al cleavell@klehr.com  lclark@klehr.com

Daniel Stolz
    on behalf of Debtor New England Motor Freight  Inc. dstolz@genovaburns.com,
    dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

David Edelberg
    on behalf of Creditor McIntosh Energy Company dedelberg@cullenllp.com  edelbergdr82964@notify.bestcase.com

David A. Pisciotta
    on behalf of Creditor Santander Bank  N.A. david.pisciotta@troutmansanders.com,
    john.murphy@troutman.com;alissa.piccione@troutman.com

David M. Meth
    on behalf of Creditor Jose Ferrer david@methnjlaw.com

David V. Fontana
    on behalf of Creditor TD Bank  N.A. dfont@gebsmith.com, ltancredi@gebsmith.com;klusby@gebsmith.com

Deirdre E. Burke
    on behalf of Creditor Capital One  N.A. dburke@mccarter.com

Denise A Kuhn
    on behalf of Creditor Dept. of Revenue Commonwealth of Pennsylvania  department of revenue dkuhn@attorneygeneral.gov

Donald W Clarke
    on behalf of Debtor New England Motor Freight  Inc. dclarke@genovaburns.com, dclarke@ecf.inforuptcy.com

Douglas J. McGill
    on behalf of Creditor Pilot Thomas Logistics LLC dmcgill@webbermcgill.com  mlynch@webbermcgill.com

Douglas T Tabachnik
    on behalf of Defendant Rita Alvarado dtabachnik@dttlaw.com  rdalba@dttlaw.com

Douglas T Tabachnik
    on behalf of Creditor to Rita Alvarado The Rosato Firm  P.C., counsel dtabachnik@dttlaw.com, rdalba@dttlaw.com

Eric Goldstein
    on behalf of Creditor United HealthCare Services  Inc. egoldstein@goodwin.com,
    bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com

Evan S. Goldstein
    on behalf of Creditor Webster Capital Finance  Inc. egoldstein@uks.com

Frank Peretore
    on behalf of Creditor Wells Fargo Equipment Finance  Inc. fperetore@csglaw.com

Gail C. Lin
    on behalf of Creditor Alice Waters gcl@raisnerroupinian.com
    rsr@raisnerroupinian.com;jar@raisnerroupinian.com;warnlawyers@raisnerroupinian.com;rrllp@ecf.courtdrive.com

Gail C. Lin
    on behalf of Plaintiff Alice Waters gcl@raisnerroupinian.com
    rsr@raisnerroupinian.com;jar@raisnerroupinian.com;warnlawyers@raisnerroupinian.com;rrllp@ecf.courtdrive.com

Gail C. Lin
    on behalf of Plaintiff Rich Richardson gcl@raisnerroupinian.com
    rsr@raisnerroupinian.com;jar@raisnerroupinian.com;warnlawyers@raisnerroupinian.com;rrllp@ecf.courtdrive.com

Gail C. Lin
    on behalf of Creditor WARN Act Class Plaintiffs and Putative Class gcl@raisnerroupinian.com
    rsr@raisnerroupinian.com;jar@raisnerroupinian.com;warnlawyers@raisnerroupinian.com;rrllp@ecf.courtdrive.com

Gail C. Lin
    on behalf of Creditor Rich Richardson gcl@raisnerroupinian.com
    rsr@raisnerroupinian.com;jar@raisnerroupinian.com;warnlawyers@raisnerroupinian.com;rrllp@ecf.courtdrive.com

Gary D. Bressler
    on behalf of Creditor VFS US LLC gbressler@mdmc-law.com
    scarney@mdmc-law.com;dprimack@mdmc-law.com;bkleban@mdmc-law.com

Gary D. Bressler
    on behalf of Creditor Mack Trucks  Inc. gbressler@mdmc-law.com,

Case 19-12809-JKS    Doc 1486    Filed 02/20/21    Entered 02/21/21 00:22:03    Desc
Imaged Certificate of Notice    Page 7 of 11

| District/off: 0312-2 | User: admin | Page 4 of 8 |
|---|---|---|
| Date Rcvd: Feb 18, 2021 | Form ID: pdf903 | Total Noticed: 8 |

| | |
|---|---|
| | scarney@mdmc-law.com;dprimack@mdmc-law.com;bkleban@mdmc-law.com |
| Gary D. Bressler | on behalf of Creditor Volvo Financial gbressler@mdmc-law.com scarney@mdmc-law.com;dprimack@mdmc-law.com;bkleban@mdmc-law.com |
| Gavin Stewart | on behalf of Creditor VW Credit Inc. bk@stewartlegalgroup.com |
| Jacob Frumkin | on behalf of Interested Party Great Dane LLC jfrumkin@coleschotz.com |
| James A. Kellar | on behalf of Creditor Rochester Gas & Electric Corporation jkellar@mccarter.com |
| James A. Kellar | on behalf of Creditor West Penn Power Company jkellar@mccarter.com |
| James A. Kellar | on behalf of Creditor Colonial Gas Company KeySpan Energy Delivery Long Island, Narragansett Electric Company and Niagara Mohawk Power Corporation jkellar@mccarter.com |
| JoAnne M. Bonacci | on behalf of Creditor RLI Insurance Company jbonacci@dbplawfirm.com |
| John Cagney | on behalf of Defendant Susan Volpe jcagney@kdlm.com |
| John Cagney | on behalf of Defendant Susan and Raymond Volpe jcagney@kdlm.com |
| John Cagney | on behalf of Creditor Susan and Raymond Volpe jcagney@kdlm.com |
| John F. Bracaglia, Jr. | on behalf of Interested Party Orange and Rockland Utilities Inc. brokaw@centraljerseylaw.com |
| John Phillip Schneider | on behalf of Other Prof. Liquidating Trustee JPSchneider@mdmc-law.com |
| John Phillip Schneider | on behalf of Creditor Committee Official Committee Of Unsecured Creditors JPSchneider@mdmc-law.com |
| John R. Morton, Jr. | on behalf of Creditor CAB East LLC serviced by Ford Motor Credit Company LLC ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |
| Joseph Lubertazzi, Jr. | on behalf of Creditor Capital One N.A. jlubertazzi@mccarter.com |
| Joseph J. DiPasquale | on behalf of Creditor Committee Official Committee Of Unsecured Creditors jdipasquale@lowenstein.com |
| Joseph J. DiPasquale | on behalf of Other Prof. Liquidating Trustee jdipasquale@lowenstein.com |
| Joseph J. DiPasquale | on behalf of Other Prof. CohnReznick Capital Market Securities LLC jdipasquale@lowenstein.com |
| Joseph J. DiPasquale | on behalf of Attorney Lowenstein Sandler LLP jdipasquale@lowenstein.com |
| Joseph J. McMahon, Jr. | on behalf of Creditor Pilot Travel Centers LLC jmcmahon@ciardilaw.com jclarke@ciardilaw.com |
| Joseph L. Schwartz | on behalf of Interested Party United States Fire Insurance Company jschwartz@riker.com |
| Joseph L. Schwartz | on behalf of Creditor Lucky's Energy Service Inc. jschwartz@riker.com |
| Justin W. Gray | on behalf of Creditor Daniel Rinaldi gray@maynardoconnorlaw.com Sweeney@moscllp.com |
| Karen A. Giannelli | on behalf of Debtor New England Motor Freight Inc. kgiannelli@gibbonslaw.com |
| Karen A. Giannelli | on behalf of Debtor Apex Logistics Inc. kgiannelli@gibbonslaw.com |
| Karen A. Giannelli | on behalf of Plaintiff Myar LLC kgiannelli@gibbonslaw.com |

| | |
|---|---|
| Karen A. Giannelli | on behalf of Plaintiff MyJon LLC kgiannelli@gibbonslaw.com |
| Karen A. Giannelli | on behalf of Debtor Eastern Freight Ways Inc. kgiannelli@gibbonslaw.com |
| Karen A. Giannelli | on behalf of Plaintiff NEMF World Transport Inc. kgiannelli@gibbonslaw.com |
| Karen A. Giannelli | on behalf of Plaintiff Carrier Industries Inc. kgiannelli@gibbonslaw.com |
| Karen A. Giannelli | on behalf of Debtor NEMF World Transport Inc. kgiannelli@gibbonslaw.com |
| Karen A. Giannelli | on behalf of Plaintiff Apex Logistics Inc. kgiannelli@gibbonslaw.com |
| Karen A. Giannelli | on behalf of Plaintiff NEMF Logistics LLC kgiannelli@gibbonslaw.com |
| Karen A. Giannelli | on behalf of Plaintiff United Express Solar LLC kgiannelli@gibbonslaw.com |
| Karen A. Giannelli | on behalf of Debtor Jans Leasing Corp. kgiannelli@gibbonslaw.com |
| Karen A. Giannelli | on behalf of Other Prof. Donlin Recano & Company, Inc. kgiannelli@gibbonslaw.com |
| Karen A. Giannelli | on behalf of Plaintiff Eastern Freight Ways Inc. kgiannelli@gibbonslaw.com |
| Karen A. Giannelli | on behalf of Plaintiff Hollywood Avenue Solar LLC kgiannelli@gibbonslaw.com |
| Karen A. Giannelli | on behalf of Debtor Hollywood Avenue Solar LLC kgiannelli@gibbonslaw.com |
| Karen A. Giannelli | on behalf of Debtor MyJon LLC kgiannelli@gibbonslaw.com |
| Karen A. Giannelli | on behalf of Accountant Withumsmith+Brown kgiannelli@gibbonslaw.com |
| Karen A. Giannelli | on behalf of Plaintiff Jans Leasing Corp. kgiannelli@gibbonslaw.com |
| Karen A. Giannelli | on behalf of Debtor United Express Solar LLC kgiannelli@gibbonslaw.com |
| Karen A. Giannelli | on behalf of Plaintiff New England Motor Freight Inc. kgiannelli@gibbonslaw.com |
| Karen A. Giannelli | on behalf of Debtor NEMF Logistics LLC kgiannelli@gibbonslaw.com |
| Karen A. Giannelli | on behalf of Debtor Carrier Industries Inc. kgiannelli@gibbonslaw.com |
| Karen A. Giannelli | on behalf of Debtor Myar LLC kgiannelli@gibbonslaw.com |
| Kate R. Buck | on behalf of Creditor Potomac Edison Company Toledo Edison Company and West Penn Power Company kbuck@mccarter.com |
| Kate R. Buck | on behalf of Creditor Connecticut Light & Power Company NStar Western Massachusetts, Yankee Gas Services Company, Colonial Gas Company, KeySpan Energy Delivery Long Island, Narragansett Electric Company and Niagara Mohawk kbuck@mccarter.com |
| Kenneth L. Baum | on behalf of Creditor Clermont Holdings LLC kbaum@kenbaumdebtsolutions.com, ddipiazza@kenbaumdebtsolutions.com |
| Keri P. Ebeck | on behalf of Creditor Guttman Energy Inc. KEBECK@BERNSTEINLAW.COM, jbluemle@bernsteinlaw.com |
| Kevin Gordon McDonald | on behalf of Creditor VW Credit Leasing Ltd. kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Kevin Joseph Bloom | on behalf of Interested Party Mirabito Holdings Inc kbloom@hhk.com |

| | |
|---|---|
| Kevin M. Capuzzi | on behalf of Interested Party Amazon.com Services  Inc., formerly Amazon Fulfillment Services, Inc. kcapuzzi@beneschlaw.com, debankruptcy@beneschlaw.com |
| Leonard R Boyer | on behalf of Creditor Nelson Vasquez lrbnjesq@gmail.com  mcordova48890@aol.com |
| Louis A. Curcio | on behalf of Creditor Santander Bank  N.A. louis.curcio@troutmansanders.com, John.Murphy@troutmansanders.com;jonathan.forstot@troutmansanders.com;david.pisciotta@troutmansanders.com |
| Mark A. Platt | on behalf of Creditor Omnitracs  LLC mplatt@fbtlaw.com |
| Mark B Conlan | on behalf of Debtor New England Motor Freight  Inc. mconlan@gibbonslaw.com |
| Mark B Conlan | on behalf of Plaintiff New England Motor Freight  Inc. mconlan@gibbonslaw.com |
| Mark B Conlan | on behalf of Defendant New England Motor Freight  Inc., et al. mconlan@gibbonslaw.com |
| Mary E. Seymour | on behalf of Creditor Committee Official Committee Of Unsecured Creditors mseymour@lowenstein.com jkimble@lowenstein.com |
| Mary E. Seymour | on behalf of Attorney Lowenstein Sandler LLP mseymour@lowenstein.com  jkimble@lowenstein.com |
| Melissa A. Pena | on behalf of Creditor Webster Capital Finance  Inc. mapena@norris-law.com, pfreda@nmmlaw.com |
| Michael Papandrea | on behalf of Other Prof. Liquidating Trustee mpapandrea@lowenstein.com  dclaussen@lowenstein.com |
| Michael D. Sirota | on behalf of Interested Party Great Dane LLC msirota@coleschotz.com  fpisano@coleschotz.com |
| Michael R. Caruso | on behalf of Creditor Wells Fargo Equipment Finance  Inc. mcaruso@csglaw.com, ecf@csglaw.com |
| Morris S. Bauer | on behalf of Creditor East River Energy  Inc, msbauer@nmmlaw.com, rjacome@norris-law.com,relikens@nmmlaw.com,ddewey@norris-law.com |
| Noah Reiss | on behalf of Creditor Esmeralda Ramirez Reiss@lawyer1.com |
| Norman N Kinel | on behalf of Interested Party East West Bank norman.kinel@squirepb.com sarah.conley@squirepb.com,norman-kinel-4300@ecf.pacerpro.com |
| Peter M. Knob | on behalf of Creditor Capital One  N.A. pknob@mccarter.com, lrestivo@mccarter.com |
| Rafael X Zahralddin-Aravena | on behalf of Creditor Committee Official Committee Of Unsecured Creditors rzahralddin@atllp.com |
| Rebecca Ann Solarz | on behalf of Creditor VW Credit Leasing  Ltd rsolarz@kmllawgroup.com |
| Rene S. Roupinian | on behalf of Plaintiff Rich Richardson rsr@outtengolden.com |
| Rene S. Roupinian | on behalf of Plaintiff Alice Waters rsr@outtengolden.com |
| Richard Albuquerque | on behalf of Creditor MICHAEL SINGLEY richarda@djdlawyers.com |
| Richard S. Kanowitz | on behalf of Unknown Role Type Ad Hoc Group of Tort Claimants richard.kanowitz@haynesboone.com mklein@cooley.com;jindyke@cooley.com;efiling-notice@ecf.pacerpro.com |
| Rick Aaron Steinberg | on behalf of Creditor TOTE Maritime rsteinberg@pricemeese.com |
| Robert A. Burke | on behalf of Defendant Jenny Munson Andress  individually and as the Administratrix of the Estate of Herbert Andress rburke@macelree.com |
| Robert E. Nies | |

Case 19-12809-JKS    Doc 1486    Filed 02/20/21    Entered 02/21/21 00:22:03    Desc
Imaged Certificate of Notice    Page 10 of 11

| District/off: 0312-2 | User: admin | Page 7 of 8 |
|---|---|---|
| Date Rcvd: Feb 18, 2021 | Form ID: pdf903 | Total Noticed: 8 |

| | |
|---|---|
| | on behalf of Creditor Berkley Insurance Company rnies@csglaw.com |
| Robert K. Scheinbaum | on behalf of Defendant New Jersey Manufacturers Insurance Company a/s/o Phyllis A. Troy rscheinbaum@connellfoley.com |
| Robert K. Scheinbaum | on behalf of Creditor New Jersey Manufacturers rscheinbaum@connellfoley.com |
| Rona J. Rosen | on behalf of Creditor WARN Act Class Plaintiffs and Putative Class cbbutler@klehr.com  cbbutler@klehr.com |
| Sari Blair Placona | on behalf of Creditor Shauna Jones splacona@msbnj.com |
| Sari Blair Placona | on behalf of Creditor Daryl & Kim Martin splacona@msbnj.com |
| Sari Blair Placona | on behalf of Defendant Jalil Waters and Rashida Carter splacona@msbnj.com |
| Sari Blair Placona | on behalf of Creditor Rasheeda Carter splacona@msbnj.com |
| Sari Blair Placona | on behalf of Creditor Interstate Towing Recovery Incorporated splacona@msbnj.com |
| Sari Blair Placona | on behalf of Creditor Mercedes Benz Financial Services USA LLC splacona@msbnj.com |
| Sari Blair Placona | on behalf of Defendant DARYL MARTIN AND KIM MARTIN splacona@msbnj.com |
| Sari Blair Placona | on behalf of Creditor Jalil Walters splacona@msbnj.com |
| Sari Blair Placona | on behalf of Defendant Shauna Jones splacona@msbnj.com |
| Scott J. Freedman | on behalf of Creditor Corcentric  LLC sfreedman@dilworthlaw.com |
| Scott J. Freedman | on behalf of Creditor New Jersey Manufacturers sfreedman@dilworthlaw.com |
| Scott J. Goldstein | on behalf of Creditor Melinda Londos sjg@sgoldsteinlaw.com cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;G31979@notify.cincompass.com |
| Scott W Lichtenstein | on behalf of Creditor Berkley Insurance Company slichtenstein@csglaw.com |
| Seoung Y. Lim | on behalf of Creditor Pantos USA  Inc. joshualim@kcllawfirm.com, denisemoreno@kcllawfirm.com,seankwak@kcllawfirm.com,jpark@kcllawfirm.com |
| Stephen B. Ravin | on behalf of Creditor Riggins  Inc. sravin@saul.com, jgillman@saul.com |
| Steven J. Mitnick | on behalf of Plaintiff Kevin P. Clancy smitnick@sm-lawpc.com  lindsay@sm-lawpc.com |
| Steven J. Mitnick | on behalf of Plaintiff Kevin P. Clancy  solely in his capacity as the Liquidating Trustee smitnick@sm-lawpc.com, lindsay@sm-lawpc.com |
| Travis Graga | on behalf of Creditor Steven Ross tgraga@kbtlaw.com akelly@kbtlaw.com;wsheridan@kbtlaw.com;kgaldieri@kbtlaw.com;saudino@kbtlaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Virginia T. Shea | on behalf of Creditor Volvo Financial vshea@mdmc-law.com mtaranto@mdmc-law.com;kpatterson@mdmc-law.com;gbressler@mdmc-law.com;lmodugno@mdmc-law.com |
| Virginia T. Shea | on behalf of Creditor VFS US LLC vshea@mdmc-law.com mtaranto@mdmc-law.com;kpatterson@mdmc-law.com;gbressler@mdmc-law.com;lmodugno@mdmc-law.com |
| Warren Scott Gottlieb | on behalf of Defendant Consolidated Edison Company of New York  Inc. wgottlieb@golawllp.com |

District/off: 0312-2    User: admin    Page 8 of 8
Date Rcvd: Feb 18, 2021    Form ID: pdf903    Total Noticed: 8

William Hahn
    on behalf of Defendant GEICO V DAVID WOOD ET AL TANGO DICKINSON LORENZO MCDERMOTT ET AL whahn@tdlmm.com

William Hahn
    on behalf of Creditor Geico whahn@tdlmm.com

TOTAL: 158