UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

RIKER, DANZIG, SCHERER, HYLAND &
PERRETTI LLP
Joseph L. Schwartz (JS-5525)
Headquarters Plaza
One Speedwell Avenue
Morristown, NJ 07962-1981
Telephone: (973) 583-0800
Facsimile: (973) 538-1984
jschwartz@riker.com

*Counsel to United States Fire Insurance Company*

In re:

NEW ENGLAND MOTOR FREIGHT, INC., *et al.*,

Debtors.

Case No.: 19-12809 (JKS)

Chapter: 11

Hearing Date: March 2, 2021

Hon. John K. Sherwood, U.S.B.J.

## ADJOURNMENT REQUEST

1. I, Joseph L. Schwartz, Esq.,

   ☒  am the attorney for: United States Fire Insurance Company

   ☐  am self represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter:   Motion of Stephen Ross to Participate in Auto Liability Claims Protocol [Docket No. 1347] (the "Motion").

   Current Hearing Date:   March 2, 2021 at 10:00 a.m.

   New Date Requested:   March 16, 2021

Reason for adjournment request:

United States Fire Insurance Company and Stephen Ross have agreed to adjourn the hearing on the Motion.

2. Consent to adjournment:

☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date:  February 26, 2021                                       /s/ Joseph L. Schwartz

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted    New hearing date:    3/16/21 @ 10:00    ☐ Peremptory

☐ Granted over objection(s) New hearing date: _____    ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

5256083v1

2