UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

STEVENS & LEE, P.C.
A PA Professional Corporation
John C. Kilgannon, Esquire
Princeton Pike Corporate Center
100 Lenox Drive
Suite 200
Lawrenceville, NJ  08648
Telephone:  (609) 243-9111
Fax:  (609) 243-9333
Email:  jck@stevenslee.com

*Attorneys for York Hospital*

| | |
|---|---|
| In re: NEW ENGLAND MOTOR FREIGHT, INC. | Case No:   19-12809 |
| | Chapter: 11 |
| | Judge:    Sherwood |
| KEVIN P. CLANCY, solely in his capacity as Liquidating Trustee,<br><br>            Plaintiff,<br><br>v.<br><br>YORK HOSPITAL,<br><br>            Defendant. | ADV. PRO. NO. 21-01140 (JKS) |

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b), the undersigned enters an appearance in this case on behalf of York Hospital.  Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

03/05/2021 SL1 1680454v1 000000.00000

ADDRESS:

STEVENS & LEE, P.C.
A PA Professional Corporation
John C. Kilgannon, Esquire
Princeton Pike Corporate Center
100 Lenox Drive
Suite 200
Lawrenceville, NJ 08648
Telephone: (609) 243-9111
Fax: (609) 243-9333
Email: jck@stevenslee.com

DOCUMENTS:

x All notices entered pursuant to Fed. R. Bankr. P. 2002.

x All documents and pleadings of any nature.

Date: 3/8/21

*/s/ John C. Kilgannon*
Signature