**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**
Caption in compliance with D.N.J. LBR 9004-1(b)

**McCARTER & ENGLISH, LLP**
Kate Roggio Buck
Deirdre Burke
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
Telephone: (973) 622-4444
Facsimile: (973) 624-7070
Email: kbuck@mccarter.com
        dburke@mccarter.com

*Attorneys for St. Joseph's University Medical Center Inc.*

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC., *et al.*,<br><br><div align=center>Debtors.</div> | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered) |
| KEVIN P. CLANCY, solely in his capacity as the LIQUIDATING TRUSTEE,<br><br><div align=center>Plaintiff,</div><br>v.<br><br>ST. JOSEPH'S UNIVERSITY MEDICAL CENTER INC.,<br><br><div align=center>Defendant.</div> | Adv. Pro. No.: 21-01116 (JKS) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Deirdre Burke of McCarter & English, LLP, hereby enters her appearance in the above-captioned case in accordance with Fed. R. Bankr. P. 9010(b) for St. Joseph's University Medical Center Inc. ("St. Joseph's").  Request is made that the documents filed

ME1 35900799v.1

in this case and identified below be given and served upon the following person at the address,

telephone, facsimile number and e-mail address indicated below:

<div align="center">

**McCARTER & ENGLISH, LLP**
Deirdre Burke, Esq.
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
Telephone: (973) 639-8497
Facsimile:  (973) 297-3885
Email: dburke@mccarter.com

</div>

DOCUMENTS:

    ☒  All notices entered pursuant to Fed. R. Bankr. P. 2002.

    ☒  All documents and pleadings of any nature.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any

subsequent appearance, pleading, claim or suit is intended to waive St. Joseph's (i) right to have final

orders in non-core matters entered only after *de novo* review by a United States District Court Judge;

(ii) right to a jury trial in any proceeding so triable herein, or in any case, controversy or proceeding

related hereto; (iii) right to have the reference withdrawn by a United States District Court Judge in

any matter subject to mandatory or discretionary withdrawal, including proceedings over which the

Bankruptcy Court lacks constitutional authority to enter final judgments; or (iv) other rights, claims,

defenses, setoffs or recoupments to which St. Joseph's is or may be entitled under agreements, in law

or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly

reserved.

<div align="center">

2

</div>

ME1 35900799v.1

Date: March 10, 2021
Newark, NJ

**McCARTER & ENGLISH, LLP**

By:  */s/ Deirdre Burke*
         Deirdre Burke


Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
Telephone: (973) 639-8497
Facsimile:  (973) 297-3885
dburke@mccarter.com

*Attorneys for St. Joseph's University
Medical Center Inc.*

3