UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**Stradley, Ronon, Stevens & Young LLP**
457 Haddonfield Road, Suite 100
Cherry Hill, New Jersey 08002
(856) 321-2400
Deborah A. Reperowitz
Daniel M. Pereira
dreperowitz@stradley.com
dpereira@stradley.com
*Attorneys for Eastern Regional Medical Center, LLC*

In re:

NEW ENGLAND MOTOR FREIGHT, INC., *et al.*,[1]

          Debtors.

Chapter 11

Case No.: 19-12809 (JKS)

(Jointly Administered)

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Deborah A. Reperowitz, Esquire and Daniel M. Pereira,

Esquire, of Stradley Ronon Stevens & Young, LLP, attorneys for Eastern Regional Medical

Center, LLC ("ERMC"), hereby enter their appearances in the above-captioned cases on behalf

of ERMC, pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy

Procedure and 11 U.S.C. §§ 102(1), 342, and 1109(b), and hereby demand that all notices given

or required to be given and all papers served or required to be served in these chapter 11 cases be

delivered and served upon ERMC at the address set forth below:

---

[1] The Debtors in these Chapter 11 Cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC (4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMF Logistics, LLC (4666).

Deborah A. Reperowitz, Esquire
Daniel M. Pereira, Esquire
Stradley, Ronon, Stevens & Young, LLP
457 Haddonfield Road, Suite 100
Cherry Hill, New Jersey 08002
Telephone:  (856) 321-2400
Facsimile:  (856) 321-2415
E-mails:    dreperowitz@stradley.com
            dpereira@stradley.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes all notices,

papers and pleadings referred to in the above-mentioned Federal Rules of Bankruptcy Procedure

together with all orders and notices of applications, motions, petitions, pleadings, complaints or

other documents which, in any way, affect the above-captioned debtor or its property.

**PLEASE TAKE FURTHER NOTICE** that ERMC does not intend for this notice of

appearance or any later appearance, pleading, claim, or suit to constitute a waiver of (1) the right

of ERMC to have final orders in non-core matters entered only after de novo review by the

District Court, (2) the right of ERMC to a trial by jury in any proceeding so triable in this case or

in any case, controversy or proceeding related to this case, (3) the right of ERMC to have the

District Court withdraw the reference in any matter subject to mandatory or discretionary

withdrawal, or (4) any other right, claim, action, defense, set off or recoupment to which ERMC

is or may be entitled.

STRADLEY, RONON, STEVENS & YOUNG, LLP

Dated:  March 15, 2021          By: /s/ Daniel M. Pereira
                                    Deborah A. Reperowitz, Esq. (#041441985)
                                    Daniel M. Pereira, Esq. (#119862014 )
                                    Stradley, Ronon, Stevens & Young, LLP
                                    457 Haddonfield Road, Suite 100
                                    Cherry Hill, New Jersey 08002
                                    Telephone:  (856) 321-2400
                                    Facsimile:  (856) 321-2415

                                    *Attorneys for Eastern Regional Medical Center,
                                    LLC*