| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY**<br>Caption in compliance with D.N.J. LBR 9004-1(b)<br><br>**McCARTER & ENGLISH, LLP**<br>Kate Roggio Buck<br>Deirdre Burke<br>Four Gateway Center<br>100 Mulberry Street<br>Newark, NJ 07102<br>Telephone: (973) 622-4444<br>Facsimile: (973) 624-7070<br>Email: kbuck@mccarter.com<br>          dburke@mccarter.com<br><br>*Attorneys for AHS Hospital Corp.* | |
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC., *et al.*,<br><br>                              Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered) |
| KEVIN P. CLANCY, solely in his capacity as the LIQUIDATING TRUSTEE,<br><br>                              Plaintiff,<br><br>v.<br><br>AHS HOSPITAL CORP.,<br><br>                              Defendant. | Adv. Pro. No.: 21-01087 (JKS) |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that Deirdre Burke of McCarter & English, LLP, hereby enters her appearance in the above-captioned case in accordance with Fed. R. Bankr. P. 9010(b) for AHS Hospital Corp. ("AHS"). Request is made that the documents filed in this case and identified

ME1 36253520v.1

below be given and served upon the following person at the address, telephone, facsimile number and e-mail address indicated below:

> **McCARTER & ENGLISH, LLP**
> Deirdre Burke, Esq.
> Four Gateway Center
> 100 Mulberry Street
> Newark, New Jersey 07102
> Telephone: (973) 639-8497
> Facsimile:  (973) 297-3885
> Email: dburke@mccarter.com

DOCUMENTS:

☒  All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒  All documents and pleadings of any nature.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any subsequent appearance, pleading, claim or suit is intended to waive AHS's (i) right to have final orders in non-core matters entered only after *de novo* review by a United States District Court Judge; (ii) right to a jury trial in any proceeding so triable herein, or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by a United States District Court Judge in any matter subject to mandatory or discretionary withdrawal, including proceedings over which the Bankruptcy Court lacks constitutional authority to enter final judgments; or (iv) other rights, claims, defenses, setoffs or recoupments to which AHS is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

<table>
<tr><td>

Date: April 9, 2021
      Newark, NJ

</td><td>

**McCARTER & ENGLISH, LLP**

By:  */s/ Deirdre Burke*
       Deirdre Burke

Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
Telephone: (973) 639-8497
Facsimile:  (973) 297-3885
dburke@mccarter.com

*Attorneys for AHS Hospital Corp.*

</td></tr>
</table>

ME1 36253520v.1