| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| **Caption in compliance with D.N.J. LBR 9004-1(b)** | |
| Eric M. Ferrante<br>Robert N. H. Christmas (*pro hac vice pending*)<br>Christopher M. Desiderio (*pro hac vice pending*)<br>John E. Murray (*pro hac vice pending*)<br>NIXON PEABODY LLP<br>1300 Clinton Square<br>Rochester, New York 14604<br>Tel: 585-263-1362<br>*Attorneys for Albany Medical Center, Ellis Hospital, the University of Rochester, the University of Vermont Medical Center, Inc.,*<br>eferrante@nixonpeabody.com<br>rchristmas@nixonpeabody.com<br>cdesiderio@nixonpeabody.com<br>jmurray@nixonpeabody.com | Case No.: 19-12809 (JKS)<br><br>Chapter 11<br><br>Judge: Honorable John K. Sherwood |
| In Re:<br><br>**NEW ENGLAND MOTOR FREIGHT, INC.,** et al.[1]<br><br>                    Debtors. | |

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Albany Medical Center, Ellis Hospital, the University of Rochester, and the University of Vermont Medical Center, Inc.  Request is made

---

[1] The Debtors in these Chapter 11 Cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC (4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMF Logistics, LLC (4666).

that the documents filed in this case and identified below be served on the undersigned at these addresses:

ADDRESS:

    Eric M. Ferrante
    NIXON PEABODY LLP
    1300 Clinton Square
    Rochester, New York 14604
    Tel: 585-263-1362
    eferrante@nixonpeabody.com

    Robert N. H. Christmas
    Christopher M. Desiderio
    NIXON PEABODY LLP
    55 W. 46th Street
    New York, New York 10036
    Tel: 212-940-3085
    rchristmas@nixonpeabody.com
    cdesiderio@nixonpeabody.com

    John E Murray
    NIXON PEABODY LLP
    Exchange Place
    53 State Street
    Boston, Massachusetts 02109
    Tel: 617-345-1272
    jmurray@nixonpeabody.com

DOCUMENTS:

    X All notices entered pursuant to Fed. R. Bankr. P. 2002.

    X All documents and pleadings of any nature.

Date: April 13, 2021                        */s/ Eric M. Ferrante*
                                                Signature