UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1**

**LOWENSTEIN SANDLER LLP**
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

| In re: | Chapter 11 |
|---|---|
| New England Motor Freight, Inc., *et al.*,[1] | Case No. 19-12809 (JKS) |
| Debtors. | Jointly Administered |

## ADJOURNMENT REQUEST

1.   I, <u>Michael Papandrea</u>, an attorney with Lowenstein Sandler LLP, counsel for the Liquidating Trustee appointed in the above-captioned chapter 11 cases, hereby request an adjournment of the hearing on the following matter for the reason set forth below:

   Matter: *Motion To Participate In Auto Liability Claims Protocol And Other Relief* [Docket No. 1347].

   Current hearing date and time:   <u>April 20, 2021 at 10:00 a.m. (ET).</u>

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC (4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMF Logistics, LLC (4666).

36527/3
04/15/2021 206087835.1

      New date requested:      <u>May 11, 2021 at 10:00 a.m. (ET).</u>

      Reason for adjournment request: <u>United States Fire Insurance Company, Stephen Ross and the Liquidating Trustee have agreed to adjourn the hearing on the Motion.</u>

2.     Consent to adjournment:

      ☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: April 15, 2021                          /s/ *Michael Papandrea*
                                                     Michael Papandrea, Esq.

**FOR COURT USE ONLY:**

The request for adjournment is:

☒ Granted                 New hearing date: <u>05/11/2021 at 10:00 AM</u>  ☐ Peremptory

☐ Granted over objection(s)   New hearing date: _____  ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**