# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN RE: New England Motor Freight, Inc., et al. | } | **CHAPTER 11** |
| | } | |
| | } | **CASE NO. 19-12809 (JKS)** |
| | } | |
| | } | |
| **DEBTORS.** | } | |

### LIQUIDATING TRUSTEE'S POST-EFFECTIVE DATE QUARTERLY REPORT

**FOR THE PERIOD**

**FROM**   January 1, 2021          **TO**   March 31, 2021

Comes now Kevin P. Clancy (the "Liquidating Trustee"), solely in his capacity as Liquidating Trustee pursuant to the *Debtors' and Official Committee of Unsecured Creditors' Third Amended Joint Combined Plan of Liquidating and Disclosure Statement* (the "Plan") [Docket No. 1023],* who hereby files this Post-Effective Date Quarterly Report on behalf of the Debtors and in accordance with the Guidelines established by the United States Trustee and Bankruptcy Rule 2015.

**In accordance with 28 U.S.C. Section 1746, I declare under penalty of perjury that I have examined the information contained in this report and it is true and correct to the best of my knowledge.**

Signed:  _Kevin Clancy_                              Date:          April 14, 2021

Kevin P. Clancy, Liquidating Trustee
                Print Name

Liquidating Trustee's Address:
Kevin P. Clancy
CohnReznick LLP
14 Sylvan Way
Parsippany, New Jersey  07054
kevin.clancy@cohnreznick.com

* Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Plan.

QUARTERLY OPERATING REPORT -
POST CONFIRMATION

ATTACHMENT NO. 1

| QUESTIONNAIRE | YES* | NO |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business, or outside the Plan of Reorganization during this reporting period? | | X |
| 2. Are any post-confirmation sales or payroll taxes past due? | | X |
| 3. Are any amounts owed to post-confirmation creditors/vendors over 90 days delinquent? | | X |
| 4. Is the Debtor current on all post-confirmation plan payments? | X | |
| | | |

*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.

| INSURANCE INFORMATION | YES | NO* |
|---|---|---|
| 1. Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | N/A | |
| 2. Are all premium payments current? | | |

*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.

| CONFIRMATION OF INSURANCE | | | |
|---|---|---|---|
| TYPE of POLICY    and    CARRIER | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
| | | | |
| N/A | | | |
| | | | |
| | | | |
| | | | |

**DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD:**

The Liquidating Trustee commenced initial distributions to holders of allowed general unsecured claims against the estates of the Consolidated Eastern Debtors and the Consolidated NEMF Debtors in March 2020 and December 2020, respectively. The initial distributions (and any potential further distributions) are being made on a rolling basis as the Liquidating Trustee reconciles claims and gathers the necessary documentation to make such distributions.

Estimated Date of Filing the Application for Final Decree: Not determined

QUARTERLY OPERATING REPORT -
POST CONFIRMATION

ATTACHMENT NO. 2

### CHAPTER 11 QUARTERLY POST-EFFECTIVE DATE
### SCHEDULE OF RECEIPTS AND DISBURSEMENTS
### (Consolidated for all Debtors)

| | |
|---|---|
| Case Name: | New England Motor Freight, Inc., et al. |
| Case Number: | 19-12809 (JKS) |
| Effective Date: | February 3, 2020 |
| Reporting Period: | January 1, 2021 - March 31, 2021 |

| | | Q1 2021 Quarterly (1/1/2021-3/31/2021) | | | Post Confirmation Cumulative | | |
|---|---|---|---|---|---|---|---|
| Consolidated Debtor: | | NEMF et al | Eastern/Carrier | Total | NEMF et al | Eastern/Carrier | Total |
| 1. **CASH (Beginning of Period)** | | $ 6,613,273 | $ 159,546 | $ 6,772,819 | $ 791,707 | $ 10,182,399 | $ 10,974,106 |
| 2. **INCOME or RECEIPTS during the Period** | | 8,690 | 122 | 8,812 | 7,061,120 | 51,846 | 7,112,966 |
| 3. **DISBURSEMENTS** [b] | | | | | | | |
| a. **Operating Expenses (Fees/Taxes):** | | | | | | | |
| (i) | U.S. Trustee Quarterly Fees | (38,424) | - | (38,424) | (162,920) | - | (162,920) |
| (ii) | Federal Taxes | - | - | - | - | - | - |
| (iii) | State Taxes [c] | (6,104) | (443) | (6,547) | (137,266) | (4,819) | (142,085) |
| (iv) | Other Taxes | - | - | - | - | - | - |
| (v) | Liquidating Trustee's Fees/Expenses | (97,033) | - | (97,033) | (379,988) | - | (379,988) |
| (vi) | Debtors' Professional Fees/Expenses [d] | (73,867) | - | (73,867) | (549,617) | - | (549,617) |
| | | | | | | | |
| b. **All Other Operating Expenses:** | | (11,814) | - | (11,814) | (345,146) | (122) | (345,268) |
| | | | | | | | |
| c. **Plan Payments:** | | | | | | | |
| (i) | Administrative Expenses [e] | (74,129) | - | (74,129) | (1,464,424) | (6,500) | (1,470,924) |
| (ii) | Priority Tax Claims | - | - | - | - | - | - |
| (iii) | Class 1 - Priority Non-Tax Claims | (759,471) | - | (759,471) | (759,471) | - | (759,471) |
| (iv) | Class 2 - Lender Secured Claims (Prepetition Lenders) | - | - | - | (116,385) | (52,271) | (168,656) |
| (v) | Class 3 - Insurer Secured Claims | - | - | - | - | - | - |
| (vi) | Class 4 - Other Secured Claims | - | - | - | - | - | - |
| (vii) | Class 5A - General Unsecured Claims (Other Than Lender Deficiency Claims) | (187,497) | (37,386) | (224,883) | (187,497) | (37,386) | (224,883) |
| (viii) | Class 5B - Auto Liability Claims | - | - | - | - | - | - |
| (ix) | Class 5C - Auto Insurer Unsecured Indemnity Claims | - | - | - | - | - | - |
| (x) | Class 5D - General Unsecured Claims (Lender Deficiency Claims) | - | - | - | (3,509,860) | (4,877,938) | (8,387,798) |
| (xi) | Class 6 - Intercompany Claims | - | - | - | - | - | - |
| (xii) | Class 7 - Equity Interests | - | - | - | - | - | - |
| **Total Disbursements (Operating & Plan)** [f] | | **(1,248,340)** | **(37,829)** | **(1,286,169)** | **(7,612,575)** | **(4,979,036)** | **(12,591,611)** |
| | | | | | | | |
| **Intercompany Transfer-in** | | 23,381 | - | 23,381 | 24,773,191 | 6,906,489 | 31,679,680 |
| **Intercompany Transfer-out** | | (23,381) | - | (23,381) | (19,639,821) | (12,039,859) | (31,679,680) |
| | | | | | | | |
| 4. **CASH (End of Period)** | | $ 5,373,623 | $ 121,839 | $ 5,495,462 | $ 5,373,623 | $ 121,839 | $ 5,495,462 |

[a] Not used.

[b] This includes any and all disbursements made under the plan of reorganization or in the ordinary course of the Debtors' post-confirmation business, whether the disbursements are made by a third party or by the Debtors.

[c] Representing tax obligations for 2018 & 2019.

[d] Includes fees and expenses incurred by retained professionals for services rendered after the Plan Effective Date.

[e] Administrative Expenses include: (1) fees and expenses incurred by retained professionals for services rendered prior to the Plan Effective Date, to the extent not already paid; and (2) payments for approved Administrative / 503(b)(9) claims.

[f] To be used to calculate the U.S. Trustee Fees.

**QUARTERLY OPERATING REPORT -
POST CONFIRMATION**

## CHAPTER 11 QUARTERLY POST-EFFECTIVE DATE
## BANK ACCOUNT RECONCILIATIONS

| |
|---|
| **Case Name: New England Motor Freight, Inc., et al.** |
| **Case Number: 19-12809 (JKS)** |
| **Effective Date: February 3, 2020** |
| **Reporting Period: January 1, 2021 - March 31, 2021** |
| **Consolidated Debtor: NEMF, et al** |

| Bank Account Information | Liquidation Trustee Accounts | | | |
|---|---|---|---|---|
| | **NEMF, et al** | **NEMF, et al** | **NEMF, et al** | **TOTAL BANK ACCOUNTS** |
| **Name of Bank:** | **Signature Bank** | **Signature Bank** | **Signature Bank** | |
| **Account Number:** | **1800** | **1819** | **1797** | |
| **Purpose of Account** | **NEMF Distribution Reserve** | **NEMF Disputed Claims Reserve** | **Liquidating Trust Expense Reserve** | |
| **Type of Account (e.g. checking)** | **Checking** | **Checking** | **Checking** | |
| | | | | |
| 1.  **Balance per Bank Statement** | $ 5,402,678 | $ - | $ - | $ 5,402,678 |
| 2.  **ADD**:  Deposits not credited | - | - | - | - |
| 3.  **SUBTRACT**:  Outstanding Checks | (29,055) | - | - | (29,055) |
| 4.  Other Reconciling Items | - | - | - | - |
| 5.  **Month End Balance** (Must Agree with Books) | $ **5,373,623** | $ - | $ - | $ **5,373,623** |

**Note:  Attach copy of each bank statement and bank reconciliation.**

**QUARTERLY OPERATING REPORT -**
**POST CONFIRMATION**

## CHAPTER 11 POST-CONFIRMATION
## CASH/DEBIT/CHECK DISBURSEMENTS DETAILS

| | |
|---|---|
| **Case Name:** | **New England Motor Freight, Inc., et al.** |
| **Case Number:** | **19-12809 (JKS)** |
| **Effective Date:** | **February 3, 2020** |
| **Reporting Period:** | **January 1, 2021 - March 31, 2021** |
| **Consolidated Debtor:** | **NEMF et al** |

**U.S. TRUSTEE QUARTERLY FEES**

| Bank Account Number | Check Number | Date of Transaction | Payee | Descriptions | Amount |
|---|---|---|---|---|---|
| Signature A/C 1800 | ACH | 02/02/2021 | US Trustee Payment Center | Multiple Debtors - 4th Quarter 2020 | $ 38,424 |
| | | | | | |
| | | | | **TOTAL U.S. TRUSTEE QUARTERLY FEES** | **$ 38,424** |

**STATE TAXES**

| Bank Account Number | Check Number | Date of Transaction | Payee | Descriptions | Amount |
|---|---|---|---|---|---|
| Signature A/C 1800 | 1052 | 03/04/2021 | Illinois Department of Revenue | Outstanding Liability on 2019 Tax Return (Form IL-1120-ST) | $ 2,721 |
| Signature A/C 1800 | ACH | 03/17/2021 | New Jersey Treasury / Division of Taxation | Minimum Tax Due for 2020 Tax Year | 579 |
| Signature A/C 1800 | ACH | 03/17/2021 | New Jersey Treasury / Division of Taxation | Minimum Tax Due for 2020 Tax Year | 579 |
| Signature A/C 1800 | ACH | 03/17/2021 | New Jersey Treasury / Division of Taxation | Minimum Tax Due for 2020 Tax Year | 579 |
| Signature A/C 1800 | ACH | 03/17/2021 | New Jersey Treasury / Division of Taxation | Minimum Tax Due for 2020 Tax Year | 579 |
| Signature A/C 1800 | ACH | 03/17/2021 | New Jersey Treasury / Division of Taxation | Minimum Tax Due for 2020 Tax Year | 579 |
| Signature A/C 1800 | 1053 | 03/25/2021 | Treasurer, State of Maine | Outstanding Liability on 2019 Tax Return | 488 |
| | | | | | |
| | | | | **TOTAL STATE TAXES** | **$ 6,104** |

**LIQUIDATING TRUSTEE'S FEES/EXPENSES**

| Bank Account Number | Check Number | Date of Transaction | Payee | Descriptions | Amount |
|---|---|---|---|---|---|
| Signature A/C 1797 | WIRE | 01/05/2021 | Elliott Greenleaf, P.C. | Post-Effective Professional Fees - Legal Counsel | $ 6,469 |
| Signature A/C 1797 | WIRE | 01/05/2021 | Lowenstein Sandler LLP | Post-Effective Professional Fees - Legal Counsel | 24,000 |
| Signature A/C 1797 | WIRE | 01/20/2021 | CohnReznick LLP | Partner/Liquidating Trustee & Other Professionals | 66,565 |
| | | | | | |
| | | | | **TOTAL LIQUIDATING TRUSTEE'S FEES/EXPENSES** | **$ 97,033** |

**DEBTORS' PROFESSIONAL FEES/EXPENSES**

| Bank Account Number | Check Number | Date of Transaction | Payee | Descriptions | Amount |
|---|---|---|---|---|---|
| Signature A/C 1800 | WIRE | 01/05/2021 | WithumSmith+Brown | Post-Effective Date Professional Fees - Tax Service | $ 553 |
| Signature A/C 1800 | WIRE | 01/26/2021 | Donlin Recano and Co | Post-Effective Date Professional Fees - Claim Agent | 31,928 |
| Signature A/C 1800 | WIRE | 02/24/2021 | Donlin Recano and Co | Post-Effective Date Professional Fees - Claim Agent | 20,787 |
| Signature A/C 1800 | WIRE | 03/25/2021 | Donlin Recano and Co | Post-Effective Date Professional Fees - Claim Agent | 20,599 |
| | | | | | |
| | | | | **TOTAL DEBTORS' PROFESSIONAL FEES/EXPENSES** | **$ 73,867** |

**ALL OTHER OPERATING EXPENSES**

| Bank Account Number | Check Number | Date of Transaction | Payee | Descriptions | Amount |
|---|---|---|---|---|---|
| Signature A/C 1800 | WIRE | 01/05/2021 | AMZ Management, LLC | Contractor - Finance Support | $ 700 |
| Signature A/C 1800 | WIRE | 01/05/2021 | KJD IT Consulting Services LLC | Contractor - IT Support | 3,750 |
| Signature A/C 1800 | WIRE | 01/26/2021 | KJD IT Consulting Services LLC | Contractor - IT Support | 3,750 |
| Signature A/C 1800 | WIRE | 03/17/2021 | Hill Archive | Document Retention / Storage | 3,614 |
| | | | | | |
| | | | | **TOTAL ALL OTHER OPERATING EXPENSES** | **$ 11,814** |

QUARTERLY OPERATING REPORT -
POST CONFIRMATION

## CHAPTER 11 POST-CONFIRMATION
## CASH/DEBIT/CHECK DISBURSEMENTS DETAILS

| Case Name: | New England Motor Freight, Inc., et al. |
|---|---|
| Case Number: | 19-12809 (JKS) |
| Effective Date: | February 3, 2020 |
| Reporting Period: | January 1, 2021 - March 31, 2021 |
| Consolidated Debtor: | NEMF et al |

**ADMINISTRATIVE EXPENSES**

| Bank Account Number | Check Number | Date of Transaction | Payee | Descriptions | Amount |
|---|---|---|---|---|---|
| Signature A/C 1800 | 1037 | 01/19/2021 | APEX MATERIAL HANDLING CORP | Administrative Claim #1006.01 | $    1,806 |
| Signature A/C 1800 | 1038 | 01/19/2021 | GULF OIL LIMITED PARTNERSHIP | Administrative Claim #145 | 19,501 |
| Signature A/C 1800 | 1039 | 01/19/2021 | HAZLETON EQUIPMENT CO | Administrative Claim #460 | 1,547 |
| Signature A/C 1800 | 1040 | 01/19/2021 | NICKS TOWING SVC INC | Administrative Claim #777.01 | 1,505 |
| Signature A/C 1800 | 1041 | 01/19/2021 | NYS- DEPT OF LABOR | Administrative Claim #1218.01 | 28,567 |
| Signature A/C 1800 | 1042 | 01/19/2021 | PDQ DOOR SALES | Administrative Claim #761 | 247 |
| Signature A/C 1800 | 1043 | 01/19/2021 | ROBERT FISCHER SVC INC | Administrative Claim #522.01 | 169 |
| Signature A/C 1800 | 1044 | 01/19/2021 | THE MAINTENANCE CONNECTION INC | Administrative Claim #426.01 | 428 |
| Signature A/C 1800 | 1054 | 03/15/2021 | RLF I-A SPE, LLC | Administrative Claim #1017.01 | 20,360 |
| | | | | | |
| | | | | **TOTAL ADMINISTRATIVE EXPENSES** | $    74,129 |

**CLASS 1 - PRIORITY NON-TAX CLAIMS**

| Bank Account Number | Check Number | Date of Transaction | Payee | Descriptions | Amount |
|---|---|---|---|---|---|
| Signature A/C 1800 | 1035 | 01/19/2021 | MA- DEPT OF REVENUE | Priority Non-tax Claim #138.01 | $    745,821 |
| Signature A/C 1800 | 1036 | 01/19/2021 | NATIONAL LABOR RELATIONS BOARD | Priority Non-tax Claim #1273.01 | 13,650 |
| | | | | | |
| | | | | **TOTAL CLASS 1 - PRIORITY NON-TAX CLAIMS** | $    759,471 |

**CLASS 5A - GENERAL UNSECURED CLAIMS (OTHER THAN LENDER DEFICIENCY CLAIMS)**

| Bank Account Number | Check Number | Date of Transaction | Payee | Descriptions | Amount |
|---|---|---|---|---|---|
| Signature A/C 1800 | 1045 | 01/19/2021 | BERKLEY INSURANCE CO | Distribution: GUC Claim #1043 | $    109,940 |
| Signature A/C 1800 | 1046 | 01/19/2021 | EAST RIVER ENERGY INC | Distribution: GUC Claim #48.02 | 2,842 |
| Signature A/C 1800 | 1047 | 01/19/2021 | GREAT DANE LIMITED PARTNERSHIP | Distribution: GUC Claim #661 | 72,825 |
| Signature A/C 1800 | 1048 | 01/19/2021 | NATIONAL LABOR RELATIONS BOARD | Distribution: GUC Claim #1273.02 | 70 |
| Signature A/C 1800 | 1049 | 01/19/2021 | RIGGINS, INC. | Distribution: GUC Claim #50841 | 919 |
| Signature A/C 1800 | 1050 | 01/19/2021 | WARD GREENBERG HELLER & REIDY LLP | Distribution: GUC Claim #42 | 616 |
| Signature A/C 1800 | 1051 | 01/19/2021 | WARD GREENBERG HELLER & REIDY LLP | Distribution: GUC Claim #550 | 285 |
| | | | | | |
| | | | | **TOTAL CLASS 5A - GENERAL UNSECURED CLAIMS (OTHER THAN LENDER DEFICIENCY CLAIMS)** | $    187,497 |

**INTERCOMPANY TRANSFER-OUT**

| Bank Account Number | Check Number | Date of Transaction | Payee | Descriptions | Amount |
|---|---|---|---|---|---|
| Signature A/C 1800 | TRANSFER | 01/20/2021 | Liquidating Trust Expense Reserve: Signature 1797 | Re-allocation of Post-effective Professional Fees | $    23,381 |
| | | | | | |
| | | | | **TOTAL INTERCOMPANY TRANSFER-OUT** | $    23,381 |

**QUARTERLY OPERATING REPORT -
POST CONFIRMATION**

## CHAPTER 11 QUARTERLY POST-EFFECTIVE DATE
## BANK ACCOUNT RECONCILIATIONS

| |
|---|
| **Case Name: New England Motor Freight, Inc., et al.** |
| **Case Number: 19-12809 (JKS)** |
| **Effective Date: February 3, 2020** |
| **Reporting Period: January 1, 2021 - March 31, 2021** |
| **Consolidated Debtor: Eastern/Carrier** |

| Bank Account Information | Liquidation Trustee Accounts | | TOTAL BANK ACCOUNTS |
|---|---|---|---|
| | **Eastern/Carrier** | **Eastern/Carrier** | |
| **Name of Bank:** | **Signature Bank** | **Signature Bank** | |
| **Account Number:** | **1827** | **1835** | |
| **Purpose of Account** | **Eastern Distribution Reserve** | **Eastern Disputed Claims Reserve** | |
| **Type of Account (e.g. checking)** | **Checking** | **Checking** | |
| | | | |
| 1. **Balance per Bank Statement** | $ 121,863 | $ - | $ 121,863 |
| 2. **ADD**: Deposits not credited | - | - | - |
| 3. **SUBTRACT**: Outstanding Checks | (25) | - | (25) |
| 4. Other Reconciling Items | - | - | - |
| 5. **Month End Balance** (Must Agree with Books) | $ 121,839 | $ - | $ 121,839 |
| | | | |

Note:  Attach copy of each bank statement and bank reconciliation.

**QUARTERLY OPERATING REPORT -
POST CONFIRMATION**

## CHAPTER 11 POST-CONFIRMATION
## CASH/DEBIT/CHECK DISBURSEMENTS DETAILS

| Case Name: | New England Motor Freight, Inc., et al. |
|---|---|
| Case Number: | 19-12809 (JKS) |
| Effective Date: | February 3, 2020 |
| Reporting Period: | January 1, 2021 - March 31, 2021 |
| Consolidated Debtor: | Eastern/Carrier |

**STATE TAXES**

| Bank Account Number | Check Number | Date of Transaction | Payee | Descriptions | Amount |
|---|---|---|---|---|---|
| Signature A/C 1827 | 1007 | 03/04/2021 | Illinois Department of Revenue | Outstanding Liability on 2019 Tax Return (Form IL-1120-ST) | $ 11 |
| Signature A/C 1827 | 1008 | 03/04/2021 | Treasurer, State of Maine | Outstanding Liability on 2019 Tax Return | 407 |
| Signature A/C 1827 | 1009 | 03/25/2021 | Delaware Division of Revenue | Outstanding Liability on 2018 Tax Return | 25 |
| | | | | | |
| | | | | **TOTAL STATE TAXES** | $ 443 |

**CLASS 5A - GENERAL UNSECURED CLAIMS (OTHER THAN LENDER DEFICIENCY CLAIMS)**

| Bank Account Number | Check Number | Date of Transaction | Payee | Descriptions | Amount |
|---|---|---|---|---|---|
| Signature A/C 1827 | 1006 | 01/19/2021 | BERKLEY INSURANCE CO | Distribution: GUC Claim #1273 | $ 37,386 |
| | | | | | |
| | | | | **TOTAL CLASS 5A - GENERAL UNSECURED CLAIMS (OTHER THAN LENDER DEFICIENCY CLAIMS)** | $ 37,386 |

# SIGNATURE BANK

565 Fifth Avenue, 12th Floor
New York, NY 10017

Statement Period
From January   01, 2021
To   January  31, 2021
Page    1 of    4

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

NEW ENGLAND MOTOR FREIGHT INC. ET AL    9-161
LIQUIDATING TRUST KEVIN CLANCY TRUSTEE
NEMF DISTRIBUTION RESERVE
C/O COHNREZNICK LLP - 4 BECKER FARM ROAD
ROSELAND NJ  07068                                See Back for Important Information

Primary Account: ███1800        12

IMPORTANT MESSAGE ABOUT IDENTITY THEFT! SIGNATURE BANK WILL NEVER
ASK YOU TO PROVIDE PERSONAL OR BUSINESS ACCOUNT INFORMATION THROUGH
E-MAIL. IF YOU RECEIVE ANY E-MAIL OR OTHER INQUIRY THAT APPEARS TO COME
FROM SIGNATURE, DO NOT RESPOND TO IT OR CLICK ON ANY LINKS INCLUDED IN
THE E-MAIL. INSTEAD, CALL US TOLL-FREE AT 1-866-SIGLINE OR CONTACT
YOUR ACCOUNT OFFICER. FOR MORE INFORMATION ON IDENTITY THEFT, VISIT
OUR WEBSITE AT WWW.SIGNATURENY.COM. CLICK ON "ABOUT US", "PRIVACY
& SECURITY", "IDENTITY THEFT" FOR MORE INFORMATION ON SAFEGUARDING YOUR
IDENTITY AND PERSONAL INFORMATION.

| Signature Relationship Summary | Opening Bal. | Closing Bal. |
| --- | --- | --- |
| BANK DEPOSIT ACCOUNTS | | |
| ███1800      MONOGRAM CHECKING | 6,539,620.43 | 6,265,332.05 |
| RELATIONSHIP TOTAL | | 6,265,332.05 |

*Signature*

SIGNATURE BANK

```
                                              Statement Period
                                              From January   01, 2021
                                              To   January   31, 2021
                                              Page    2  of    4

                                              PRIVATE CLIENT GROUP 161
                                              565 FIFTH AVENUE
                                              NEW YORK, NY 10017


          NEW ENGLAND MOTOR FREIGHT INC. ET AL     9-161
          LIQUIDATING TRUST KEVIN CLANCY TRUSTEE
          NEMF DISTRIBUTION RESERVE
          C/O COHNREZNICK LLP - 4 BECKER FARM ROAD
          ROSELAND NJ  07068                        See Back for Important Information
```

Primary Account: ████1800      12

MONOGRAM CHECKING          ████1800

Summary

| | |
|---|---:|
| Previous Balance as of January   01, 2021 | 6,539,620.43 |
| 1 Credits | 596.09 |
| 18 Debits | 274,884.47 |
| Ending Balance as of   January   31, 2021 | 6,265,332.05 |

Deposits and Other Credits
Jan 13   DEPOSIT                                                      596.09

Withdrawals and Other Debits
Jan 05   OUTGOING WIRE                                                553.00
         REF#  20210105B6B7261F001710
         TO:   WithumSmith+Brown             ABA:   121000248
         BANK: WELLS FARGO BANK, NA          ACCT# ██████5200
         OBI:  RE: New England Motor Freight, Inc. et al - Jans Leasi
         OBI:  ng Corp - Invoice No. 782651 - Client No. 6030990
         OBI:
Jan 05   OUTGOING WIRE                                                700.00
         REF#  20210105B6B7261F001708
         TO:   AMZ Management, LLC           ABA:   031207607
         BANK: PNC BANK, NATIONAL ASSOCIATION  ACCT# ██████4258
         OBI:  RE: New England Motor Freight Inc et al - Invoice No.
         OBI:  97 Dated 12/17/2020
         OBI:
Jan 05   OUTGOING WIRE                                              3,750.00
         REF#  20210105B6B7261F001720
         TO:   Kenneth J Ditmars             ABA:   043000096
         BANK: PNC BANK, NATIONAL ASSOCIATION  ACCT# ██████5728
         OBI:  RE: Invoice No. 1029 (December 2020 Retainer)
         OBI:
         OBI:
Jan 20   ONLINE TRANSFER DEBIT                                     23,380.68
```

SIGNATURE BANK

Statement Period
From January  01, 2021
To   January  31, 2021
Page     3 of    4

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

NEW ENGLAND MOTOR FREIGHT INC. ET AL    9-161
LIQUIDATING TRUST KEVIN CLANCY TRUSTEE
NEMF DISTRIBUTION RESERVE
C/O COHNREZNICK LLP - 4 BECKER FARM ROAD
ROSELAND NJ  07068                         See Back for Important Information

Primary Account: ████1800      12

| Date | Description | |
|---|---|---|
| | ONLINE XFR TO: ████1797 | |
| Jan 26 | OUTGOING WIRE | 3,750.00 |
| | REF#  20210126B6B7261F002137 | |
| | TO:  Kenneth J Ditmars          ABA:  043000096 | |
| | BANK: PNC BANK, NATIONAL ASSOCIATION    ACCT# ████5728 | |
| | OBI:  RE: Invoice No. 1030 (January 2021 Retainer) | |
| | OBI: | |
| | OBI: | |
| Jan 26 | OUTGOING WIRE | 31,928.08 |
| | REF#  20210126B6B7261F002119 | |
| | TO:  Donlin Recano and Company Inc     ABA:  021001088 | |
| | BANK: HSBC BANK USA, NA              ACCT# ████2834 | |
| | OBI:  RE: NEMF Invoice No 1413-22 dated 12/22/2020 | |
| | OBI: | |
| | OBI: | |

Checks by Serial Number

| Date | Serial | Amount | Date | Serial | Amount |
|---|---|---|---|---|---|
| Jan 29 | 1038 | 19,500.85 | Jan 26 | 1045 | 109,939.63 |
| Jan 25 | 1039 | 1,547.49 | Jan 22 | 1046 | 2,842.47 |
| Jan 25 | 1040 | 1,504.52 | Jan 29 | 1047 | 72,824.63 |
| Jan 28 | 1042 * | 246.59 | Jan 26 | 1049 * | 919.27 |
| Jan 26 | 1043 | 168.90 | Jan 26 | 1050 | 615.78 |
| Jan 29 | 1044 | 427.58 | Jan 26 | 1051 | 285.00 |

* Indicates break in check sequence

Daily Balances

| Date | Balance | Date | Balance |
|---|---|---|---|
| Dec 31 | 6,539,620.43 | Jan 25 | 6,505,938.36 |
| Jan 05 | 6,534,617.43 | Jan 26 | 6,358,331.70 |
| Jan 13 | 6,535,213.52 | Jan 28 | 6,358,085.11 |
| Jan 20 | 6,511,832.84 | Jan 29 | 6,265,332.05 |
| Jan 22 | 6,508,990.37 | | |

SIGNATURE BANK

```
                                        Statement Period
                              From January   01, 2021
                              To    January   31, 2021
                              Page     4 of       4

                              PRIVATE CLIENT GROUP 161
                              565 FIFTH AVENUE
                              NEW YORK, NY 10017
```

```
        NEW ENGLAND MOTOR FREIGHT INC. ET AL     9-161
        LIQUIDATING TRUST KEVIN CLANCY TRUSTEE
        NEMF DISTRIBUTION RESERVE
        C/O COHNREZNICK LLP - 4 BECKER FARM ROAD
        ROSELAND NJ   07068                          See Back for Important Information
```

```
                                      Primary Account: █████1800          12
```

```
Rates for this statement period - Overdraft
Jan 01, 2021   13.000000 %
```

## SIGNATURE BANK

565 Fifth Avenue, 12th Floor
New York, NY 10017

Statement Period
From February 01, 2021
To    February 28, 2021
Page    1 of    3

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

NEW ENGLAND MOTOR FREIGHT INC. ET AL     9-161
LIQUIDATING TRUST KEVIN CLANCY TRUSTEE
NEMF DISTRIBUTION RESERVE
C/O COHNREZNICK LLP - 4 BECKER FARM ROAD
ROSELAND NJ   07068                                    See Back for Important Information

Primary Account: ██████1800          2

IMPORTANT MESSAGE ABOUT IDENTITY THEFT! SIGNATURE BANK WILL NEVER
ASK YOU TO PROVIDE PERSONAL OR BUSINESS ACCOUNT INFORMATION THROUGH
E-MAIL. IF YOU RECEIVE ANY E-MAIL OR OTHER INQUIRY THAT APPEARS TO COME
FROM SIGNATURE, DO NOT RESPOND TO IT OR CLICK ON ANY LINKS INCLUDED IN
THE E-MAIL. INSTEAD, CALL US TOLL-FREE AT 1-866-SIGLINE OR CONTACT
YOUR ACCOUNT OFFICER. FOR MORE INFORMATION ON IDENTITY THEFT, VISIT
OUR WEBSITE AT WWW.SIGNATURENY.COM. CLICK ON "ABOUT US", "PRIVACY
& SECURITY", "IDENTITY THEFT" FOR MORE INFORMATION ON SAFEGUARDING YOUR
IDENTITY AND PERSONAL INFORMATION.

| Signature Relationship Summary | Opening Bal. | Closing Bal. |
|---|---|---|
| BANK DEPOSIT ACCOUNTS | | |
| ██████1800    MONOGRAM CHECKING | 6,265,332.05 | 5,460,537.59 |
| RELATIONSHIP TOTAL | | 5,460,537.59 |

SIGNATURE BANK

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

NEW ENGLAND MOTOR FREIGHT INC. ET AL    9-161
LIQUIDATING TRUST KEVIN CLANCY TRUSTEE
NEMF DISTRIBUTION RESERVE
C/O COHNREZNICK LLP - 4 BECKER FARM ROAD
ROSELAND NJ  07068                                          See Back for Important Information

Primary Account: ███████1800        2

MONOGRAM CHECKING          ███████1800

## Summary

| | | |
|---|---|---:|
| Previous Balance as of February  01, 2021 | | 6,265,332.05 |
| 1 Credits | | 2,043.75 |
| 4 Debits | | 806,838.21 |
| Ending Balance as of    February  28, 2021 | | 5,460,537.59 |

### Deposits and Other Credits
| | | |
|---|---|---:|
| Feb 09  DEPOSIT | | 2,043.75 |

### Withdrawals and Other Debits
| | | |
|---|---|---:|
| Feb 02  AUTOMATED PAYMENT      ck/ref no.    1005313 | | 38,424.00 |
| QUARTERLY FEE      PAYMENT      0000 | | |
| Feb 24  OUTGOING WIRE | | 20,787.00 |
| REF#  20210224B6B7261F002423 | | |
| TO:   Donlin Recano and Company Inc    ABA:   021001088 | | |
| BANK: HSBC BANK USA, NA    ACCT# ███████2834 | | |
| OBI:   RE: NEMF Invoice No 1413-23 dated 1/20/2021 | | |
| OBI: | | |
| OBI: | | |

### Checks by Serial Number
| | | | | | |
|---|---|---:|---|---|---:|
| Feb 08 | 1035 | 745,821.00 | Feb 05 | 1037 * | 1,806.21 |

* Indicates break in check sequence

### Daily Balances
| | | | | |
|---|---:|---|---|---:|
| Jan 31 | 6,265,332.05 | | Feb 08 | 5,479,280.84 |
| Feb 02 | 6,226,908.05 | | Feb 09 | 5,481,324.59 |
| Feb 05 | 6,225,101.84 | | Feb 24 | 5,460,537.59 |

SIGNATURE BANK

```
                                           Statement Period
                                    From  February  01, 2021
                                    To    February  28, 2021
                                    Page      3 of      3

                                    PRIVATE CLIENT GROUP 161
                                    565 FIFTH AVENUE
                                    NEW YORK, NY 10017
```

```
     NEW ENGLAND MOTOR FREIGHT INC. ET AL     9-161
     LIQUIDATING TRUST KEVIN CLANCY TRUSTEE
     NEMF DISTRIBUTION RESERVE
     C/O COHNREZNICK LLP - 4 BECKER FARM ROAD
     ROSELAND NJ  07068                        See Back for Important Information
```

```
                                    Primary Account: ████1800          2
```

```
Rates for this statement period - Overdraft
Feb 01, 2021   13.000000 %
```

# SIGNATURE BANK

565 Fifth Avenue, 12th Floor
New York, NY 10017

Statement Period
From March    01, 2021
To    March    31, 2021
Page    1 of    3

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

NEW ENGLAND MOTOR FREIGHT INC. ET AL      9-161
LIQUIDATING TRUST KEVIN CLANCY TRUSTEE
NEMF DISTRIBUTION RESERVE
C/O COHNREZNICK LLP - 4 BECKER FARM ROAD
ROSELAND NJ   07068                            See Back for Important Information

Primary Account: ████1800          4

IMPORTANT MESSAGE ABOUT IDENTITY THEFT! SIGNATURE BANK WILL NEVER
ASK YOU TO PROVIDE PERSONAL OR BUSINESS ACCOUNT INFORMATION THROUGH
E-MAIL. IF YOU RECEIVE ANY E-MAIL OR OTHER INQUIRY THAT APPEARS TO COME
FROM SIGNATURE, DO NOT RESPOND TO IT OR CLICK ON ANY LINKS INCLUDED IN
THE E-MAIL. INSTEAD, CALL US TOLL-FREE AT 1-866-SIGLINE OR CONTACT
YOUR ACCOUNT OFFICER. FOR MORE INFORMATION ON IDENTITY THEFT, VISIT
OUR WEBSITE AT WWW.SIGNATURENY.COM. CLICK ON "ABOUT US", "PRIVACY
& SECURITY", "IDENTITY THEFT" FOR MORE INFORMATION ON SAFEGUARDING YOUR
IDENTITY AND PERSONAL INFORMATION.

| Signature Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| BANK DEPOSIT ACCOUNTS | | | |
| ████1800 | MONOGRAM CHECKING | 5,460,537.59 | 5,402,678.35 |
| | RELATIONSHIP TOTAL | | 5,402,678.35 |

SIGNATURE BANK

Statement Period
From March    01, 2021
To   March    31, 2021
Page    2 of    3

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

NEW ENGLAND MOTOR FREIGHT INC. ET AL    9-161
LIQUIDATING TRUST KEVIN CLANCY TRUSTEE
NEMF DISTRIBUTION RESERVE
C/O COHNREZNICK LLP - 4 BECKER FARM ROAD
ROSELAND NJ  07068                              See Back for Important Information

Primary Account: ▉▉▉1800        4

MONOGRAM CHECKING          ▉▉▉1800

Summary

Previous Balance as of March    01, 2021                                5,460,537.59
        2 Credits                                                           6,050.04
       11 Debits                                                           63,909.28
Ending Balance as of   March    31, 2021                                5,402,678.35

Deposits and Other Credits
Mar 02  DEPOSIT                                                               521.70
Mar 16  DEPOSIT                                                             5,528.34

Withdrawals and Other Debits
Mar 17  OUTGOING WIRE                                                       3,613.94
        REF#  20210317B6B7261F001611
        TO:  Hill Archive              ABA:  036002247
        BANK: REPUBLIC FIRST BK DBA REPUBLIC    ACCT# ▉▉4983
        OBI:  RE: INVOICE NO. 047855 DATED 12/15/2020 AND INVOICE NO
        OBI:  . 048253 DATED 1/15/2021
        OBI:
Mar 17  AUTOMATED PAYMENT       ck/ref no.  9174675                           579.00
        NJ WEB PMT 02301    NJWEB02301    091000015113953
        TXP*B221977697000*02301*210130*T*57900*****\
Mar 17  AUTOMATED PAYMENT       ck/ref no.  9174676                           579.00
        NJ WEB PMT 02301    NJWEB02301    091000015113987
        TXP*B222875347000*02301*210130*T*57900*****\
Mar 17  AUTOMATED PAYMENT       ck/ref no.  9174677                           579.00
        NJ WEB PMT 02301    NJWEB02301    091000015114002
        TXP*B222952777000*02301*210130*T*57900*****\
Mar 17  AUTOMATED PAYMENT       ck/ref no.  9174679                           579.00
        NJ WEB PMT 02301    NJWEB02301    091000015114092
        TXP*B222353461000*02301*210130*T*57900*****\

*Signature*  | SIGNATURE BANK

Statement Period
From March     01, 2021
To   March    31, 2021
Page     3 of     3

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

NEW ENGLAND MOTOR FREIGHT INC. ET AL    9-161
LIQUIDATING TRUST KEVIN CLANCY TRUSTEE
NEMF DISTRIBUTION RESERVE
C/O COHNREZNICK LLP - 4 BECKER FARM ROAD
ROSELAND NJ   07068                           See Back for Important Information

Primary Account: ▓▓▓1800        4

| Mar 17 | AUTOMATED PAYMENT       ck/ref no.    9174680 | | 579.00 |
| | NJ WEB PMT 02301    NJWEB02301      091000015114108 | | |
| | TXP*B222559009000*02301*210130*T*57900*****\ | | |
| Mar 25 | OUTGOING WIRE | | 20,598.78 |
| | REF#  20210325B6B7261F001968 | | |
| | TO:   Donlin Recano and Company Inc      ABA:   021001088 | | |
| | BANK: HSBC BANK USA, NA            ACCT# ▓▓▓2834 | | |
| | OBI:   RE: NEMF Invoice No 1413-24 dated 2/12/2021 | | |
| | OBI: | | |
| | OBI: | | |

Checks by Serial Number
| Mar 23 | 1036 | 13,650.00 | Mar 11 | 1052 * | 2,721.19 |
| Mar 23 | 1048 * | 70.40 | Mar 29 | 1054 * | 20,359.97 |

              * Indicates break in check sequence

Daily Balances
| Feb 28 | 5,460,537.59 | | Mar 17 | 5,457,357.50 |
| Mar 02 | 5,461,059.29 | | Mar 23 | 5,443,637.10 |
| Mar 11 | 5,458,338.10 | | Mar 25 | 5,423,038.32 |
| Mar 16 | 5,463,866.44 | | Mar 29 | 5,402,678.35 |

Rates for this statement period - Overdraft
Mar 01, 2021  13.000000 %

# SIGNATURE BANK

565 Fifth Avenue, 12th Floor
New York, NY 10017

Statement Period
From January   01, 2021
To   January   31, 2021
Page     1 of     2

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

NEW ENGLAND MOTOR FREIGHT INC. ET AL     8-161
LIQUIDATING TRUST KEVIN CLANCY TRUSTEE
NEMF DISPUTED CLAIMS RESERVE
C/O COHNREZNICK LLP - 4 BECKER FARM ROAD
ROSELAND NJ   07068                              See Back for Important Information

Primary Account: ██████1819          0

IMPORTANT MESSAGE ABOUT IDENTITY THEFT! SIGNATURE BANK WILL NEVER
ASK YOU TO PROVIDE PERSONAL OR BUSINESS ACCOUNT INFORMATION THROUGH
E-MAIL. IF YOU RECEIVE ANY E-MAIL OR OTHER INQUIRY THAT APPEARS TO COME
FROM SIGNATURE, DO NOT RESPOND TO IT OR CLICK ON ANY LINKS INCLUDED IN
THE E-MAIL. INSTEAD, CALL US TOLL-FREE AT 1-866-SIGLINE OR CONTACT
YOUR ACCOUNT OFFICER. FOR MORE INFORMATION ON IDENTITY THEFT, VISIT
OUR WEBSITE AT WWW.SIGNATURENY.COM. CLICK ON "ABOUT US", "PRIVACY
& SECURITY", "IDENTITY THEFT" FOR MORE INFORMATION ON SAFEGUARDING YOUR
IDENTITY AND PERSONAL INFORMATION.

| Signature Relationship Summary | Opening Bal. | Closing Bal. |
| --- | --- | --- |
| BANK DEPOSIT ACCOUNTS | | |
| ██████1819     MONOGRAM CHECKING | .00 | .00 |
| RELATIONSHIP TOTAL | | .00 |

*Signature* | SIGNATURE BANK

```
                                              Statement Period
                                        From January   01, 2021
                                        To    January   31, 2021
                                        Page     2 of      2

                                        PRIVATE CLIENT GROUP 161
                                        565 FIFTH AVENUE
                                        NEW YORK, NY 10017
```

```
        NEW ENGLAND MOTOR FREIGHT INC. ET AL     8-161
        LIQUIDATING TRUST KEVIN CLANCY TRUSTEE
        NEMF DISPUTED CLAIMS RESERVE
        C/O COHNREZNICK LLP - 4 BECKER FARM ROAD
        ROSELAND NJ   07068                              See Back for Important Information
```

```
                                        Primary Account:     ████1819          0
```

MONOGRAM CHECKING            ████1819

Summary

  Previous Balance as of January   01, 2021                                   .00

  There was no deposit activity during this statement period

  Ending Balance as of    January   31, 2021                                  .00

Rates for this statement period - Overdraft
Jan 01, 2021   13.000000 %

# SIGNATURE BANK

565 Fifth Avenue, 12ᵗʰ Floor
New York, NY 10017

Statement Period
From February  01, 2021
To    February  28, 2021
Page      1 of    2

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

NEW ENGLAND MOTOR FREIGHT INC. ET AL     8-161
LIQUIDATING TRUST KEVIN CLANCY TRUSTEE
NEMF DISPUTED CLAIMS RESERVE
C/O COHNREZNICK LLP - 4 BECKER FARM ROAD
ROSELAND NJ   07068                         See Back for Important Information

Primary Account: █████1819        0

IMPORTANT MESSAGE ABOUT IDENTITY THEFT! SIGNATURE BANK WILL NEVER
ASK YOU TO PROVIDE PERSONAL OR BUSINESS ACCOUNT INFORMATION THROUGH
E-MAIL. IF YOU RECEIVE ANY E-MAIL OR OTHER INQUIRY THAT APPEARS TO COME
FROM SIGNATURE, DO NOT RESPOND TO IT OR CLICK ON ANY LINKS INCLUDED IN
THE E-MAIL. INSTEAD, CALL US TOLL-FREE AT 1-866-SIGLINE OR CONTACT
YOUR ACCOUNT OFFICER. FOR MORE INFORMATION ON IDENTITY THEFT, VISIT
OUR WEBSITE AT WWW.SIGNATURENY.COM. CLICK ON "ABOUT US", "PRIVACY
& SECURITY", "IDENTITY THEFT" FOR MORE INFORMATION ON SAFEGUARDING YOUR
IDENTITY AND PERSONAL INFORMATION.

| Signature Relationship Summary | Opening Bal. | Closing Bal. |
|---|---|---|
| BANK DEPOSIT ACCOUNTS | | |
| █████1819      MONOGRAM CHECKING | .00 | .00 |
| RELATIONSHIP TOTAL | | .00 |

*Signature*  |  SIGNATURE BANK

Statement Period
From February  01, 2021
To    February  28, 2021
Page      2 of      2

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

NEW ENGLAND MOTOR FREIGHT INC. ET AL      8-161
LIQUIDATING TRUST KEVIN CLANCY TRUSTEE
NEMF DISPUTED CLAIMS RESERVE
C/O COHNREZNICK LLP - 4 BECKER FARM ROAD
ROSELAND NJ   07068                                          See Back for Important Information

Primary Account: ████1819          0

MONOGRAM CHECKING          ████1819

Summary

  Previous Balance as of February  01, 2021                                              .00

  There was no deposit activity during this statement period

  Ending Balance as of    February  28, 2021                                             .00

Rates for this statement period - Overdraft
Feb 01, 2021   13.000000 %

# SIGNATURE BANK

565 Fifth Avenue, 12th Floor
New York, NY 10017

Statement Period
From March    01, 2021
To    March    31, 2021
Page    1 of    2

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

NEW ENGLAND MOTOR FREIGHT INC. ET AL    8-161
LIQUIDATING TRUST KEVIN CLANCY TRUSTEE
NEMF DISPUTED CLAIMS RESERVE
C/O COHNREZNICK LLP - 4 BECKER FARM ROAD
ROSELAND NJ   07068

See Back for Important Information

Primary Account: ███1819          0

IMPORTANT MESSAGE ABOUT IDENTITY THEFT! SIGNATURE BANK WILL NEVER
ASK YOU TO PROVIDE PERSONAL OR BUSINESS ACCOUNT INFORMATION THROUGH
E-MAIL. IF YOU RECEIVE ANY E-MAIL OR OTHER INQUIRY THAT APPEARS TO COME
FROM SIGNATURE, DO NOT RESPOND TO IT OR CLICK ON ANY LINKS INCLUDED IN
THE E-MAIL. INSTEAD, CALL US TOLL-FREE AT 1-866-SIGLINE OR CONTACT
YOUR ACCOUNT OFFICER. FOR MORE INFORMATION ON IDENTITY THEFT, VISIT
OUR WEBSITE AT WWW.SIGNATURENY.COM. CLICK ON "ABOUT US", "PRIVACY
& SECURITY", "IDENTITY THEFT" FOR MORE INFORMATION ON SAFEGUARDING YOUR
IDENTITY AND PERSONAL INFORMATION.

| Signature Relationship Summary | Opening Bal. | Closing Bal. |
|---|---|---|
| BANK DEPOSIT ACCOUNTS | | |
| ███1819    MONOGRAM CHECKING | .00 | .00 |
| RELATIONSHIP TOTAL | | .00 |

SIGNATURE BANK

                                                    Statement Period
                                                 From March    01, 2021
                                                 To    March    31, 2021
                                                 Page    2 of    2

                                                 PRIVATE CLIENT GROUP 161
                                                 565 FIFTH AVENUE
                                                 NEW YORK, NY 10017

         NEW ENGLAND MOTOR FREIGHT INC. ET AL      8-161
         LIQUIDATING TRUST KEVIN CLANCY TRUSTEE
         NEMF DISPUTED CLAIMS RESERVE
         C/O COHNREZNICK LLP - 4 BECKER FARM ROAD
         ROSELAND NJ   07068                        See Back for Important Information

                                                 Primary Account: ████1819          0

MONOGRAM CHECKING              ████1819

Summary

  Previous Balance as of March    01, 2021                                      .00

  There was no deposit activity during this statement period

  Ending Balance as of   March    31, 2021                                      .00

Rates for this statement period - Overdraft
Mar 01, 2021   13.000000 %

# SIGNATURE BANK

565 Fifth Avenue, 12th Floor
New York, NY 10017

Statement Period
From January   01, 2021
To   January   31, 2021
Page     1 of     3

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

NEW ENGLAND MOTOR FREIGHT INC. ET AL     8-161
LIQUIDATING TRUST KEVIN CLANCY TRUSTEE
LIQUIDATING TRUST EXPENSE RESERVE
C/O COHNREZNICK LLP - 4 BECKER FARM ROAD
ROSELAND NJ   07068                                      See Back for Important Information

Primary Account: ████1797          0

IMPORTANT MESSAGE ABOUT IDENTITY THEFT! SIGNATURE BANK WILL NEVER
ASK YOU TO PROVIDE PERSONAL OR BUSINESS ACCOUNT INFORMATION THROUGH
E-MAIL. IF YOU RECEIVE ANY E-MAIL OR OTHER INQUIRY THAT APPEARS TO COME
FROM SIGNATURE, DO NOT RESPOND TO IT OR CLICK ON ANY LINKS INCLUDED IN
THE E-MAIL. INSTEAD, CALL US TOLL-FREE AT 1-866-SIGLINE OR CONTACT
YOUR ACCOUNT OFFICER. FOR MORE INFORMATION ON IDENTITY THEFT, VISIT
OUR WEBSITE AT WWW.SIGNATURENY.COM. CLICK ON "ABOUT US", "PRIVACY
& SECURITY", "IDENTITY THEFT" FOR MORE INFORMATION ON SAFEGUARDING YOUR
IDENTITY AND PERSONAL INFORMATION.

| Signature Relationship Summary | Opening Bal. | Closing Bal. |
|---|---|---|
| BANK DEPOSIT ACCOUNTS | | |
| ████1797      MONOGRAM CHECKING | 73,652.68 | .00 |
| RELATIONSHIP TOTAL | | .00 |

*Signature* | SIGNATURE BANK

Statement Period
From January   01, 2021
To   January  31, 2021
Page    2 of    3

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

NEW ENGLAND MOTOR FREIGHT INC. ET AL    8-161
LIQUIDATING TRUST KEVIN CLANCY TRUSTEE
LIQUIDATING TRUST EXPENSE RESERVE
C/O COHNREZNICK LLP - 4 BECKER FARM ROAD
ROSELAND NJ  07068                              See Back for Important Information

Primary Account: ██████1797          0

MONOGRAM CHECKING          ██████1797

Summary

Previous Balance as of January   01, 2021                            73,652.68
          1 Credits                                                  23,380.68
          3 Debits                                                   97,033.36
Ending Balance as of   January  31, 2021                                   .00

Deposits and Other Credits
Jan 20  ONLINE TRANSFER CREDIT                                       23,380.68
          ONLINE XFR FROM: ██████1800

Withdrawals and Other Debits
Jan 05  OUTGOING WIRE                                                 6,468.80
          REF#  20210105B6B7261F001706
          TO:   Elliott Greenleaf, P.C.          ABA:   031918828
          BANK: MERIDIAN BANK              ACCT# ████8963
          OBI:  Re: New England Motor Freight (Liquidating Trust) File
          OBI:    No. 60730-002 Invoice No. 157425
          OBI:
Jan 05  OUTGOING WIRE                                                24,000.00
          REF#  20210105B6B7261F002101
          TO:   Lowenstein Sandler LLP          ABA:   021000089
          BANK: CITIBANK, N.A.             ACCT# ████1094
          OBI:  RE: File No #36527-3
          OBI:
          OBI:
Jan 20  OUTGOING WIRE                                                66,564.56
          REF#  20210120B6B7261F002670
          TO:   CohnReznick LLP                  ABA:   022000046
          BANK: MANUFACTURERS & TRADERS TRUST    ACCT# ████9102
          OBI:  RE: Client No #0311814-3061-20 KC/VT Allocation of Ava
          OBI:  ilable Funds for Multiple Invoices
          OBI:

SIGNATURE BANK

```
                                              Statement Period
                                           From January  01, 2021
                                           To   January  31, 2021
                                           Page     3 of     3

                                           PRIVATE CLIENT GROUP 161
                                           565 FIFTH AVENUE
                                           NEW YORK, NY 10017


        NEW ENGLAND MOTOR FREIGHT INC. ET AL    8-161
        LIQUIDATING TRUST KEVIN CLANCY TRUSTEE
        LIQUIDATING TRUST EXPENSE RESERVE
        C/O COHNREZNICK LLP - 4 BECKER FARM ROAD
        ROSELAND NJ  07068                         See Back for Important Information


                                           Primary Account: ████1797         0


   Daily Balances
    Dec 31        73,652.68          Jan 20              .00
    Jan 05        43,183.88

   Rates for this statement period - Overdraft
   Jan 01, 2021   13.000000 %
```

# *Signature*

## SIGNATURE BANK

565 Fifth Avenue, 12th Floor
New York, NY 10017

Statement Period
From February  01, 2021
To    February  28, 2021
Page     1 of     2

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

NEW ENGLAND MOTOR FREIGHT INC. ET AL     8-161
LIQUIDATING TRUST KEVIN CLANCY TRUSTEE
LIQUIDATING TRUST EXPENSE RESERVE
C/O COHNREZNICK LLP - 4 BECKER FARM ROAD
ROSELAND NJ   07068                        See Back for Important Information

Primary Account: ▮▮▮▮1797        0

IMPORTANT MESSAGE ABOUT IDENTITY THEFT! SIGNATURE BANK WILL NEVER
ASK YOU TO PROVIDE PERSONAL OR BUSINESS ACCOUNT INFORMATION THROUGH
E-MAIL. IF YOU RECEIVE ANY E-MAIL OR OTHER INQUIRY THAT APPEARS TO COME
FROM SIGNATURE, DO NOT RESPOND TO IT OR CLICK ON ANY LINKS INCLUDED IN
THE E-MAIL. INSTEAD, CALL US TOLL-FREE AT 1-866-SIGLINE OR CONTACT
YOUR ACCOUNT OFFICER. FOR MORE INFORMATION ON IDENTITY THEFT, VISIT
OUR WEBSITE AT WWW.SIGNATURENY.COM. CLICK ON "ABOUT US", "PRIVACY
& SECURITY", "IDENTITY THEFT" FOR MORE INFORMATION ON SAFEGUARDING YOUR
IDENTITY AND PERSONAL INFORMATION.

| Signature Relationship Summary | Opening Bal. | Closing Bal. |
| --- | --- | --- |
| BANK DEPOSIT ACCOUNTS | | |
| ▮▮▮▮1797    MONOGRAM CHECKING | .00 | .00 |
| RELATIONSHIP TOTAL | | .00 |

_Signature_ | SIGNATURE BANK

Statement Period
From February  01, 2021
To    February  28, 2021
Page      2 of      2

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

NEW ENGLAND MOTOR FREIGHT INC. ET AL    8-161
LIQUIDATING TRUST KEVIN CLANCY TRUSTEE
LIQUIDATING TRUST EXPENSE RESERVE
C/O COHNREZNICK LLP - 4 BECKER FARM ROAD
ROSELAND NJ  07068                              See Back for Important Information

                                   Primary Account: ████1797        0

MONOGRAM CHECKING            ████1797

Summary

  Previous Balance as of February  01, 2021                                    .00

  There was no deposit activity during this statement period

  Ending Balance as of    February  28, 2021                                   .00

Rates for this statement period - Overdraft
Feb 01, 2021   13.000000 %

# SIGNATURE BANK

565 Fifth Avenue, 12th Floor
New York, NY 10017

Statement Period
From March   01, 2021
To   March   31, 2021
Page      1 of      2

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

NEW ENGLAND MOTOR FREIGHT INC. ET AL     8-161
LIQUIDATING TRUST KEVIN CLANCY TRUSTEE
LIQUIDATING TRUST EXPENSE RESERVE
C/O COHNREZNICK LLP - 4 BECKER FARM ROAD
ROSELAND NJ  07068                                   See Back for Important Information

Primary Account: ████1797          0

IMPORTANT MESSAGE ABOUT IDENTITY THEFT! SIGNATURE BANK WILL NEVER
ASK YOU TO PROVIDE PERSONAL OR BUSINESS ACCOUNT INFORMATION THROUGH
E-MAIL. IF YOU RECEIVE ANY E-MAIL OR OTHER INQUIRY THAT APPEARS TO COME
FROM SIGNATURE, DO NOT RESPOND TO IT OR CLICK ON ANY LINKS INCLUDED IN
THE E-MAIL. INSTEAD, CALL US TOLL-FREE AT 1-866-SIGLINE OR CONTACT
YOUR ACCOUNT OFFICER. FOR MORE INFORMATION ON IDENTITY THEFT, VISIT
OUR WEBSITE AT WWW.SIGNATURENY.COM. CLICK ON "ABOUT US", "PRIVACY
& SECURITY", "IDENTITY THEFT" FOR MORE INFORMATION ON SAFEGUARDING YOUR
IDENTITY AND PERSONAL INFORMATION.

| Signature Relationship Summary | Opening Bal. | Closing Bal. |
|---|---|---|
| BANK DEPOSIT ACCOUNTS | | |
| ████1797       MONOGRAM CHECKING | .00 | .00 |
| RELATIONSHIP TOTAL | | .00 |

SIGNATURE BANK

Statement Period
From March    01, 2021
To    March    31, 2021
Page     2 of     2

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

NEW ENGLAND MOTOR FREIGHT INC. ET AL    8-161
LIQUIDATING TRUST KEVIN CLANCY TRUSTEE
LIQUIDATING TRUST EXPENSE RESERVE
C/O COHNREZNICK LLP - 4 BECKER FARM ROAD
ROSELAND NJ  07068                                    See Back for Important Information

Primary Account:  ████1797        0

MONOGRAM CHECKING        ████1797

Summary

  Previous Balance as of March    01, 2021                                    .00

  There was no deposit activity during this statement period

  Ending Balance as of    March    31, 2021                                   .00

Rates for this statement period - Overdraft
Mar 01, 2021   13.000000 %

**SIGNATURE BANK**

565 Fifth Avenue, 12th Floor
New York, NY 10017

Statement Period
From January   01, 2021
To   January   31, 2021
Page    1 of     2

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

NEW ENGLAND MOTOR FREIGHT INC. ET AL     9-161
LIQUIDATING TRUST KEVIN CLANCY TRUSTEE
EASTERN DISTRIBUTION RESERVE
C/O COHNREZNICK LLP - 4 BECKER FARM ROAD
ROSELAND NJ  07068                              See Back for Important Information

Primary Account: ████1827        1

IMPORTANT MESSAGE ABOUT IDENTITY THEFT! SIGNATURE BANK WILL NEVER
ASK YOU TO PROVIDE PERSONAL OR BUSINESS ACCOUNT INFORMATION THROUGH
E-MAIL. IF YOU RECEIVE ANY E-MAIL OR OTHER INQUIRY THAT APPEARS TO COME
FROM SIGNATURE, DO NOT RESPOND TO IT OR CLICK ON ANY LINKS INCLUDED IN
THE E-MAIL. INSTEAD, CALL US TOLL-FREE AT 1-866-SIGLINE OR CONTACT
YOUR ACCOUNT OFFICER. FOR MORE INFORMATION ON IDENTITY THEFT, VISIT
OUR WEBSITE AT WWW.SIGNATURENY.COM. CLICK ON "ABOUT US", "PRIVACY
& SECURITY", "IDENTITY THEFT" FOR MORE INFORMATION ON SAFEGUARDING YOUR
IDENTITY AND PERSONAL INFORMATION.

| Signature Relationship Summary | Opening Bal. | Closing Bal. |
|---|---|---|
| BANK DEPOSIT ACCOUNTS | | |
| ████1827    MONOGRAM CHECKING | 159,545.65 | 122,159.77 |
| RELATIONSHIP TOTAL | | 122,159.77 |

SIGNATURE BANK

Statement Period
From January   01, 2021
To    January   31, 2021
Page      2 of      2

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

NEW ENGLAND MOTOR FREIGHT INC. ET AL     9-161
LIQUIDATING TRUST KEVIN CLANCY TRUSTEE
EASTERN DISTRIBUTION RESERVE
C/O COHNREZNICK LLP - 4 BECKER FARM ROAD
ROSELAND NJ   07068                            See Back for Important Information

Primary Account: ████1827          1

MONOGRAM CHECKING          ████1827

Summary

  Previous Balance as of January   01, 2021                            159,545.65
         1 Debits                                                       37,385.88
  Ending Balance as of   January   31, 2021                            122,159.77

Checks by Serial Number
  Jan 26      1006              37,385.88

Daily Balances
  Dec 31          159,545.65              Jan 26          122,159.77

Rates for this statement period - Overdraft
Jan 01, 2021   13.000000 %

# SIGNATURE BANK

565 Fifth Avenue, 12th Floor
New York, NY 10017

Statement Period
From February 01, 2021
To    February 28, 2021
Page    1 of    2

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

NEW ENGLAND MOTOR FREIGHT INC. ET AL    8-161
LIQUIDATING TRUST KEVIN CLANCY TRUSTEE
EASTERN DISTRIBUTION RESERVE
C/O COHNREZNICK LLP - 4 BECKER FARM ROAD
ROSELAND NJ   07068                          See Back for Important Information

Primary Account: ████1827            0

IMPORTANT MESSAGE ABOUT IDENTITY THEFT! SIGNATURE BANK WILL NEVER
ASK YOU TO PROVIDE PERSONAL OR BUSINESS ACCOUNT INFORMATION THROUGH
E-MAIL. IF YOU RECEIVE ANY E-MAIL OR OTHER INQUIRY THAT APPEARS TO COME
FROM SIGNATURE, DO NOT RESPOND TO IT OR CLICK ON ANY LINKS INCLUDED IN
THE E-MAIL. INSTEAD, CALL US TOLL-FREE AT 1-866-SIGLINE OR CONTACT
YOUR ACCOUNT OFFICER. FOR MORE INFORMATION ON IDENTITY THEFT, VISIT
OUR WEBSITE AT WWW.SIGNATURENY.COM. CLICK ON "ABOUT US", "PRIVACY
& SECURITY", "IDENTITY THEFT" FOR MORE INFORMATION ON SAFEGUARDING YOUR
IDENTITY AND PERSONAL INFORMATION.

| Signature Relationship Summary | Opening Bal. | Closing Bal. |
|---|---|---|
| BANK DEPOSIT ACCOUNTS | | |
| ████1827    MONOGRAM CHECKING | 122,159.77 | 122,159.77 |
| RELATIONSHIP TOTAL | | 122,159.77 |

*Signature* | SIGNATURE BANK

Statement Period
From February  01, 2021
To   February  28, 2021
Page      2 of     2

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

NEW ENGLAND MOTOR FREIGHT INC. ET AL     8-161
LIQUIDATING TRUST KEVIN CLANCY TRUSTEE
EASTERN DISTRIBUTION RESERVE
C/O COHNREZNICK LLP - 4 BECKER FARM ROAD
ROSELAND NJ   07068                                    See Back for Important Information

Primary Account: ██████1827          0

MONOGRAM CHECKING          ██████1827

Summary

  Previous Balance as of February  01, 2021                                  122,159.77

  There was no deposit activity during this statement period

  Ending Balance as of    February  28, 2021                                 122,159.77

Rates for this statement period - Overdraft
Feb 01, 2021   13.000000 %

# SIGNATURE BANK

565 Fifth Avenue, 12<sup>th</sup> Floor
New York, NY 10017

Statement Period
From March    01, 2021
To    March    31, 2021
Page      1 of    2

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

NEW ENGLAND MOTOR FREIGHT INC. ET AL    9-161
LIQUIDATING TRUST KEVIN CLANCY TRUSTEE
EASTERN DISTRIBUTION RESERVE
C/O COHNREZNICK LLP - 4 BECKER FARM ROAD
ROSELAND NJ   07068                                  See Back for Important Information

Primary Account: ████1827         2

IMPORTANT MESSAGE ABOUT IDENTITY THEFT! SIGNATURE BANK WILL NEVER
ASK YOU TO PROVIDE PERSONAL OR BUSINESS ACCOUNT INFORMATION THROUGH
E-MAIL. IF YOU RECEIVE ANY E-MAIL OR OTHER INQUIRY THAT APPEARS TO COME
FROM SIGNATURE, DO NOT RESPOND TO IT OR CLICK ON ANY LINKS INCLUDED IN
THE E-MAIL. INSTEAD, CALL US TOLL-FREE AT 1-866-SIGLINE OR CONTACT
YOUR ACCOUNT OFFICER. FOR MORE INFORMATION ON IDENTITY THEFT, VISIT
OUR WEBSITE AT WWW.SIGNATURENY.COM. CLICK ON "ABOUT US", "PRIVACY
& SECURITY", "IDENTITY THEFT" FOR MORE INFORMATION ON SAFEGUARDING YOUR
IDENTITY AND PERSONAL INFORMATION.

| Signature Relationship Summary | Opening Bal. | Closing Bal. |
|---|---|---|
| BANK DEPOSIT ACCOUNTS | | |
| ████1827    MONOGRAM CHECKING | 122,159.77 | 121,863.43 |
| RELATIONSHIP TOTAL | | 121,863.43 |

*Signature* SIGNATURE BANK

```
                                        Statement Period
                                   From  March    01, 2021
                                   To    March    31, 2021
                                   Page      2 of     2

                                   PRIVATE CLIENT GROUP 161
                                   565 FIFTH AVENUE
                                   NEW YORK, NY 10017


        NEW ENGLAND MOTOR FREIGHT INC. ET AL     9-161
        LIQUIDATING TRUST KEVIN CLANCY TRUSTEE
        EASTERN DISTRIBUTION RESERVE
        C/O COHNREZNICK LLP - 4 BECKER FARM ROAD
        ROSELAND NJ   07068                           See Back for Important Information


                                   Primary Account: ███ 1827        2

   MONOGRAM CHECKING           ███1827
```

Summary

```
  Previous Balance as of March     01, 2021                          122,159.77
          1 Credits                                                      121.72
          2 Debits                                                       418.06
  Ending Balance as of    March    31, 2021                          121,863.43
```

Deposits and Other Credits
```
  Mar 16   DEPOSIT                                                       121.72
```

Checks by Serial Number
```
  Mar 12    1007             11.29   Mar 10     1008          406.77
```

Daily Balances
```
  Feb 28         122,159.77              Mar 12        121,741.71
  Mar 10         121,753.00              Mar 16        121,863.43
```

Rates for this statement period - Overdraft
Mar 01, 2021   13.000000 %

# SIGNATURE BANK

565 Fifth Avenue, 12th Floor
New York, NY 10017

Statement Period
From January   01, 2021
To   January   31, 2021
Page    1 of    2

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

NEW ENGLAND MOTOR FREIGHT INC. ET AL    8-161
LIQUIDATING TRUST KEVIN CLANCY TRUSTEE
EASTERN DISPUTED CLAIMS RESERVE
C/O COHNREZNICK LLP - 4 BECKER FARM ROAD
ROSELAND NJ   07068                      See Back for Important Information

Primary Account: ████1835         0

IMPORTANT MESSAGE ABOUT IDENTITY THEFT! SIGNATURE BANK WILL NEVER
ASK YOU TO PROVIDE PERSONAL OR BUSINESS ACCOUNT INFORMATION THROUGH
E-MAIL. IF YOU RECEIVE ANY E-MAIL OR OTHER INQUIRY THAT APPEARS TO COME
FROM SIGNATURE, DO NOT RESPOND TO IT OR CLICK ON ANY LINKS INCLUDED IN
THE E-MAIL. INSTEAD, CALL US TOLL-FREE AT 1-866-SIGLINE OR CONTACT
YOUR ACCOUNT OFFICER. FOR MORE INFORMATION ON IDENTITY THEFT, VISIT
OUR WEBSITE AT WWW.SIGNATURENY.COM. CLICK ON "ABOUT US", "PRIVACY
& SECURITY", "IDENTITY THEFT" FOR MORE INFORMATION ON SAFEGUARDING YOUR
IDENTITY AND PERSONAL INFORMATION.

| Signature Relationship Summary | Opening Bal. | Closing Bal. |
|---|---|---|
| BANK DEPOSIT ACCOUNTS | | |
| ████1835    MONOGRAM CHECKING | .00 | .00 |
| RELATIONSHIP TOTAL | | .00 |

SIGNATURE BANK

```
                                              Statement Period
                                         From January   01, 2021
                                         To   January   31, 2021
                                         Page     2 of     2

                                         PRIVATE CLIENT GROUP 161
                                         565 FIFTH AVENUE
                                         NEW YORK, NY 10017
```

```
        NEW ENGLAND MOTOR FREIGHT INC. ET AL    8-161
        LIQUIDATING TRUST KEVIN CLANCY TRUSTEE
        EASTERN DISPUTED CLAIMS RESERVE
        C/O COHNREZNICK LLP - 4 BECKER FARM ROAD
        ROSELAND NJ   07068                          See Back for Important Information
```

Primary Account: ████1835        0

MONOGRAM CHECKING        ████1835

Summary

  Previous Balance as of January   01, 2021                                    .00

  There was no deposit activity during this statement period

  Ending Balance as of    January   31, 2021                                   .00

Rates for this statement period - Overdraft
Jan 01, 2021   13.000000 %

# SIGNATURE BANK

565 Fifth Avenue, 12th Floor
New York, NY 10017

Statement Period
From February  01, 2021
To    February  28, 2021
Page     1 of     2

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

NEW ENGLAND MOTOR FREIGHT INC. ET AL     8-161
LIQUIDATING TRUST KEVIN CLANCY TRUSTEE
EASTERN DISPUTED CLAIMS RESERVE
C/O COHNREZNICK LLP - 4 BECKER FARM ROAD
ROSELAND NJ   07068                            See Back for Important Information

Primary Account: ████1835        0

IMPORTANT MESSAGE ABOUT IDENTITY THEFT! SIGNATURE BANK WILL NEVER
ASK YOU TO PROVIDE PERSONAL OR BUSINESS ACCOUNT INFORMATION THROUGH
E-MAIL. IF YOU RECEIVE ANY E-MAIL OR OTHER INQUIRY THAT APPEARS TO COME
FROM SIGNATURE, DO NOT RESPOND TO IT OR CLICK ON ANY LINKS INCLUDED IN
THE E-MAIL. INSTEAD, CALL US TOLL-FREE AT 1-866-SIGLINE OR CONTACT
YOUR ACCOUNT OFFICER. FOR MORE INFORMATION ON IDENTITY THEFT, VISIT
OUR WEBSITE AT WWW.SIGNATURENY.COM. CLICK ON "ABOUT US", "PRIVACY
& SECURITY", "IDENTITY THEFT" FOR MORE INFORMATION ON SAFEGUARDING YOUR
IDENTITY AND PERSONAL INFORMATION.

| Signature Relationship Summary | Opening Bal. | Closing Bal. |
|---|---|---|
| BANK DEPOSIT ACCOUNTS | | |
| ████1835    MONOGRAM CHECKING | .00 | .00 |
| RELATIONSHIP TOTAL | | .00 |

Signature | SIGNATURE BANK

Statement Period
From February  01, 2021
To    February  28, 2021
Page      2 of      2

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

NEW ENGLAND MOTOR FREIGHT INC. ET AL    8-161
LIQUIDATING TRUST KEVIN CLANCY TRUSTEE
EASTERN DISPUTED CLAIMS RESERVE
C/O COHNREZNICK LLP - 4 BECKER FARM ROAD
ROSELAND NJ  07068                         See Back for Important Information

                                    Primary Account: ████1835          0

MONOGRAM CHECKING            ████1835


Summary

  Previous Balance as of February  01, 2021                              .00

  There was no deposit activity during this statement period

  Ending Balance as of    February  28, 2021                             .00


Rates for this statement period - Overdraft
Feb 01, 2021   13.000000 %

# SIGNATURE BANK

565 Fifth Avenue, 12<sup>th</sup> Floor
New York, NY 10017

Statement Period
From March    01, 2021
To   March    31, 2021
Page     1 of     2

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

NEW ENGLAND MOTOR FREIGHT INC. ET AL     8-161
LIQUIDATING TRUST KEVIN CLANCY TRUSTEE
EASTERN DISPUTED CLAIMS RESERVE
C/O COHNREZNICK LLP - 4 BECKER FARM ROAD
ROSELAND NJ   07068                      See Back for Important Information

Primary Account: ████1835          0

IMPORTANT MESSAGE ABOUT IDENTITY THEFT! SIGNATURE BANK WILL NEVER
ASK YOU TO PROVIDE PERSONAL OR BUSINESS ACCOUNT INFORMATION THROUGH
E-MAIL. IF YOU RECEIVE ANY E-MAIL OR OTHER INQUIRY THAT APPEARS TO COME
FROM SIGNATURE, DO NOT RESPOND TO IT OR CLICK ON ANY LINKS INCLUDED IN
THE E-MAIL. INSTEAD, CALL US TOLL-FREE AT 1-866-SIGLINE OR CONTACT
YOUR ACCOUNT OFFICER. FOR MORE INFORMATION ON IDENTITY THEFT, VISIT
OUR WEBSITE AT WWW.SIGNATURENY.COM. CLICK ON "ABOUT US", "PRIVACY
& SECURITY", "IDENTITY THEFT" FOR MORE INFORMATION ON SAFEGUARDING YOUR
IDENTITY AND PERSONAL INFORMATION.

| Signature Relationship Summary | Opening Bal. | Closing Bal. |
|---|---|---|
| BANK DEPOSIT ACCOUNTS | | |
| ████1835    MONOGRAM CHECKING | .00 | .00 |
| RELATIONSHIP TOTAL | | .00 |

**SIGNATURE BANK**

```
                                              Statement Period
                                         From March      01, 2021
                                         To   March      31, 2021
                                         Page     2 of     2

                                         PRIVATE CLIENT GROUP 161
                                         565 FIFTH AVENUE
                                         NEW YORK, NY 10017
```

```
        NEW ENGLAND MOTOR FREIGHT INC. ET AL    8-161
        LIQUIDATING TRUST KEVIN CLANCY TRUSTEE
        EASTERN DISPUTED CLAIMS RESERVE
        C/O COHNREZNICK LLP - 4 BECKER FARM ROAD
        ROSELAND NJ  07068                        See Back for Important Information
```

                                         Primary Account: ████1835        0

    MONOGRAM CHECKING         ████1835

    Summary

      Previous Balance as of March    01, 2021                          .00

      There was no deposit activity during this statement period

      Ending Balance as of   March    31, 2021                          .00

    Rates for this statement period - Overdraft
    Mar 01, 2021   13.000000 %