| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| **Caption in compliance with D.N.J. LBR 9004-1(b)** | |
| Eric Ferrante <br> Robert N. H. Christmas (*pro hac vice*) <br> Christopher M. Desiderio (*pro hac vice*) <br> John E. Murray (*pro hac vice*) <br> NIXON PEABODY LLP <br> 1300 Clinton Square <br> Rochester, New York 14604 <br> Tel: 585-263-1362 <br> *Attorneys for Albany Medical Center, Ellis Hospital, the University of Rochester, the University of Vermont Medical Center, Inc.,* <br> eferrante@nixonpeabody.com <br> rchristmas@nixonpeabody.com <br> cdesiderio@nixonpeabody.com <br> jmurray@nixonpeabody.com | Case No.: 19-12809 (JKS) <br><br> Chapter 11 <br><br> Judge: Honorable John K. Sherwood |
| In Re: <br><br> **NEW ENGLAND MOTOR FREIGHT, INC.,** et al.[1] <br><br>                Debtors. | |

# REQUEST BY LOCAL COUNSEL FOR PRO HAC VICE ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notification in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and
2. If admission was granted after March 22, 2005, the Admission Fee, in the amount of $150, pursuant to L.Civ.R. 101.1(c)(3), <u>has been paid</u> to the Clerk of the Court.

---

[1] The Debtors in these Chapter 11 Cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC (4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMF Logistics, LLC (4666).

/s/ Eric M. Ferrante

_____
Eric M. Ferrante
Local Counsel

PRO HAC VICE ATTORNEY INFORMATION:

| | |
|---|---|
| Name: | Christopher M. Desiderio |
| Address: | Nixon Peabody LLP |
| | 50 Jericho Quandrangle |
| | Suite 300 |
| | Jericho, NY 11753-2728 |
| e-Mail: | cdesiderio@nixonpeabody.com |