**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in compliance with D.N.J. LBR 9004-1(b)**

Eric Ferrante
Robert N. H. Christmas (*pro hac vice*)
Christopher M. Desiderio (*pro hac vice*)
John E. Murray (*pro hac vice*)
NIXON PEABODY LLP
1300 Clinton Square
Rochester, New York 14604
Tel: 585-263-1362
*Attorneys for Albany Medical Center, Ellis Hospital, the University of Rochester, the University of Vermont Medical Center, Inc.,*
eferrante@nixonpeabody.com
rchristmas@nixonpeabody.com
cdesiderio@nixonpeabody.com
jmurray@nixonpeabody.com

In Re:

**NEW ENGLAND MOTOR FREIGHT, INC.,** et al.[1]

Debtors.

Case No.: 19-12809 (JKS)

Chapter 11

Judge: Honorable John K. Sherwood

# REQUEST BY LOCAL COUNSEL FOR PRO HAC VICE ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notification in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and
2. If admission was granted after March 22, 2005, the Admission Fee, in the amount of $150, pursuant to L.Civ.R. 101.1(c)(3), <u>has been paid</u> to the Clerk of the Court.

---

[1] The Debtors in these Chapter 11 Cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC (4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMF Logistics, LLC (4666).

                                                      Eric M. Ferrante
                                                      Local Counsel

PRO HAC VICE ATTORNEY INFORMATION:

| | |
|---|---|
| Name: | John E. Murray |
| Address: | Nixon Peabody LLP |
| | Exchange Place |
| | 53 State Street |
| | Boston, MA 02109-2835 |
| e-Mail: | jmurray@nixonpeabody.com |