|  |  |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| **Caption in compliance with D.N.J. LBR 9004-1(b)** | |
| Eric Ferrante<br>Robert N. H. Christmas (*pro hac vice*)<br>Christopher M. Desiderio (*pro hac vice*)<br>John E. Murray (*pro hac vice*)<br>NIXON PEABODY LLP<br>1300 Clinton Square<br>Rochester, New York 14604<br>Tel: 585-263-1362<br>*Attorneys for Albany Medical Center, Ellis Hospital, the University of Rochester, the University of Vermont Medical Center, Inc.,*<br>eferrante@nixonpeabody.com<br>rchristmas@nixonpeabody.com<br>cdesiderio@nixonpeabody.com<br>jmurray@nixonpeabody.com | Case No.: 19-12809 (JKS)<br><br>Chapter 11<br><br>Judge: Honorable John K. Sherwood |
| In Re:<br><br>**NEW ENGLAND MOTOR FREIGHT, INC.,** et al.[1]<br><br>                Debtors. | |

# REQUEST BY LOCAL COUNSEL FOR PRO HAC VICE ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notification in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and
2. If admission was granted after March 22, 2005, the Admission Fee, in the amount of $150, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of the Court.

---

[1] The Debtors in these Chapter 11 Cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC (4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMF Logistics, LLC (4666).

_____
Eric M. Ferrante
Local Counsel

PRO HAC VICE ATTORNEY INFORMATION:

Name:      Robert N.H. Christmas
Address:   Nixon Peabody LLP
           55 West 46th Street
           New York, NY 10036-4120
e-Mail:    rchristmas@nixonpeabody.com