UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

THE KELLY FIRM, P.C.
Andrew J. Kelly, Esq.
Travis R. Graga, Esq.
1011 Highway 71, Suite 200
Spring Lake, New Jersey 07762
(732) 449-0525
Attorneys for Steven Ross

In Re:

NEW ENGLAND MOTOR FREIGHT, INC.,

Debtor.

Case No.: 19-12809
Chapter: 11
Hearing Date: May 11, 2021
Judge: John K. Sherwood

## ADJOURNMENT REQUEST

1. I, Travis R. Graga,

   ☒ am the attorney for: Steven Ross,

   ☐ am self represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter: Motion to Participate in Auto Liability Claims Protocol

   Current hearing date and time: May 11, 2021 at 10:00 a.m.

   New date requested: May 18, 2021 at 10:00 a.m.

   Reason for adjournment request: Mr. Ross and United States Fire Insurance Company seek to adjourn the hearing in order to allow for further settlement discussion.

2. Consent to adjournment:

   ☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: May 7, 2021                    /s/ Travis R. Graga
                                     Signature

*new.8/1/15*

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted        New hearing date: 5/18/2021 @ 10:00 am        ☐ Peremptory

☐ Granted over objection(s)    New hearing date: _____    ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

2