Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−12809−JKS
Chapter: 11
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   New England Motor Freight, Inc.
   1−71 North Ave E
   Elizabeth, NJ 07201

Social Security No.:

Employer's Tax I.D. No.:
   22−1977697

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

Please be advised that on May 26, 2021, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 1535 − 1526
Order Granting Application To Allow Attorney John J. McGowan, Jr. as Counsel to The Mercy Hospital Inc., St. Josephs Hospital Health Center and Mount Carmel Health System to Appear Pro Hac Vice (Related Doc # 1526). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. This order has been mailed to the Treasurer of the New Jersey Lawyer's Fund for Client Protection via US mail. Signed on 5/25/2021. (rah)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: May 26, 2021
JAN: rah

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 19-12809-JKS

New England Motor Freight, Inc.  Chapter 11

Mount Carmel Health System

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2  User: admin  Page 1 of 11
Date Rcvd: May 26, 2021  Form ID: orderntc  Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 28, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| aty | John J. McGowan, Jr., Baker and Hostetler, LLP, Key Tower, 127 Public Square, Suite 2000, Cleveland, OH 44114 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 28, 2021  Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 26, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alan J. Brody | on behalf of Creditor JP Morgan Chase brodya@gtlaw.com NJLitDock@gtlaw.com |
| Alissa Piccione | on behalf of Defendant Renal Treatment Centers Northeast Inc. alissa.piccione@troutman.com |
| Alyssa A. Cimino | on behalf of Creditor Byron E Najera Osorio acimino@aciminolaw.com ciminoar98640@notify.bestcase.com |
| Alyssa A. Cimino | on behalf of Creditor Abel Trochez acimino@aciminolaw.com ciminoar98640@notify.bestcase.com |
| Alyssa A. Cimino | on behalf of Creditor Xiomara Mendoz-Lopez acimino@aciminolaw.com ciminoar98640@notify.bestcase.com |
| Andreas Milliaressis | on behalf of Defendant V.A.G. Inc. dba Performance Lubricants adm@stevenslee.com |
| Andrew Spears | on behalf of Creditor Francis and Kimberly Beck amiller@hhrlaw.com |
| Andrew J. Kelly | |

| | |
|---|---|
| Andrew J. Kelly | on behalf of Creditor Steven Ross akelly@kbtlaw.com wsheridan@kbtlaw.com;saudino@kbtlaw.com;tgraga@kbtlaw.com;pschenke@kbtlaw.com |
| Andrew J. Kelly | on behalf of Defendant Mansfield Oil Co. of Gainesville Inc. aka Mansfield Oil Company akelly@kbtlaw.com wsheridan@kbtlaw.com;saudino@kbtlaw.com;tgraga@kbtlaw.com;pschenke@kbtlaw.com |
| Andrew R. Turner | on behalf of Defendant Protective Insurance Company courts@turnerlaw.net |
| Andrew R. Turner | on behalf of Interested Party Protective Insurance Company courts@turnerlaw.net |
| Ann Dee Lieberman | on behalf of Attorney State Farm Indemnity Company anndee@mayersubrolaw.com |
| Anthony Sodono, III | on behalf of Creditor Jalil Walters asodono@msbnj.com |
| Anthony Sodono, III | on behalf of Creditor Mercedes Benz Financial Services USA LLC asodono@msbnj.com |
| Anthony Sodono, III | on behalf of Creditor Rasheeda Carter asodono@msbnj.com |
| Anthony Sodono, III | on behalf of Defendant Shauna Jones asodono@msbnj.com |
| Anthony Sodono, III | on behalf of Defendant Talley Petroleum Enterprises Inc. asodono@msbnj.com |
| Anthony Sodono, III | on behalf of Creditor Shauna Jones asodono@msbnj.com |
| Anthony Sodono, III | on behalf of Defendant Jalil Waters and Rashida Carter asodono@msbnj.com |
| Ashley E Shapiro | on behalf of Plaintiff Kevin P. Clancy solely in his capacity as the Liquidating Trustee ashapiro@atllp.com, mmillis@atllp.com;skinsella@atllp.com |
| Beth J. Rotenberg | on behalf of Creditor Berkley Insurance Company brotenberg@csglaw.com ecf@csglaw.com |
| Blake D. Roth | on behalf of Creditor Bridgestone Americas Tire Operations LLC blake.roth@wallerlaw.com, chris.cronk@wallerlaw.com;deborah.liles@wallerlaw.com;katie.stenberg@wallerlaw.com |
| Brett Steven Theisen | on behalf of Plaintiff New England Motor Freight Inc. btheisen@gibbonslaw.com |
| Brett Steven Theisen | on behalf of Debtor New England Motor Freight Inc. btheisen@gibbonslaw.com |
| Brian Glass | on behalf of Interested Party PA Department of Environmental Protection briaglass@pa.gov verkanova@pa.gov |
| Brian E Caine | on behalf of Defendant Virtua West Jersey Health System Inc. bcaine@parkermccay.com BKcourtnotices@parkermccay.com |
| Brian W. Hofmeister | on behalf of Creditor Larry L. Banks bwh@hofmeisterfirm.com j119@ecfcbis.com |
| Catherine L. Corey | on behalf of Creditor East River Energy Inc, clcorey@nmmlaw.com |
| Chad J. Toms | on behalf of Spec. Counsel Special Litigation Counsel to the Liquidating Trustee ctoms@wtplaw.com clano@wtplaw.com |
| Chad J. Toms | on behalf of Plaintiff Kevin P. Clancy ctoms@wtplaw.com clano@wtplaw.com |
| Chad J. Toms | on behalf of Plaintiff Kevin P. Clancy solely in his capacity as the Liquidating Trustee ctoms@wtplaw.com, clano@wtplaw.com |
| Chad J. Toms | on behalf of Plaintiff Clancy ctoms@wtplaw.com clano@wtplaw.com |
| Chad J. Toms | on behalf of Debtor New England Motor Freight Inc. ctoms@wtplaw.com, clano@wtplaw.com |
| Christopher Lynch | on behalf of Creditor Fifth Third Bank clynch@reedsmith.com |

Case 19-12809-JKS    Doc 1537    Filed 05/28/21    Entered 05/29/21 00:22:43    Desc
Imaged Certificate of Notice    Page 4 of 12

| District/off: 0312-2 | User: admin | Page 3 of 11 |
|---|---|---|
| Date Rcvd: May 26, 2021 | Form ID: orderntc | Total Noticed: 1 |

| | |
|---|---|
| Christopher John Leavell | on behalf of Plaintiff Dan Webster cleavell@klehr.com  lclark@klehr.com |
| Christopher John Leavell | on behalf of Plaintiff Mary Carlin cleavell@klehr.com  lclark@klehr.com |
| Christopher John Leavell | on behalf of Interested Party Class Plaintiffs at al cleavell@klehr.com  lclark@klehr.com |
| Craig Alan Domalewski | on behalf of Defendant Trinitas Regional Medical Center cdomalewski@dughihewit.com |
| Daniel Stolz | on behalf of Debtor New England Motor Freight  Inc. dstolz@genovaburns.com, dstolz@ecf.inforuptcy.com;msousa@genovaburns.com |
| Daniel L Reinganum | on behalf of Creditor Keller Weber Trucking  Inc. DanielR@McDowellLegal.com, tcuccuini@mcdowelllegal.com;Lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;reinganumdr62202@notify.bestcase.com |
| Daniel L Reinganum | on behalf of Defendant Keller Weber Trucking  Inc. DanielR@McDowellLegal.com, tcuccuini@mcdowelllegal.com;Lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;reinganumdr62202@notify.bestcase.com |
| Daniel M Pereira | on behalf of Interested Party Eastern Regional Medical Center  LLC dpereira@stradley.com |
| Daniel M Pereira | on behalf of Defendant Eastern Regional Medical Center  LLC dpereira@stradley.com |
| David Edelberg | on behalf of Defendant Petroleum Traders Corporation dedelberg@sh-law.com  edelbergdr82964@notify.bestcase.com |
| David Edelberg | on behalf of Creditor McIntosh Energy Company dedelberg@sh-law.com  edelbergdr82964@notify.bestcase.com |
| David Edelberg | on behalf of Defendant Van Brunt & Son  Inc. dedelberg@sh-law.com, edelbergdr82964@notify.bestcase.com |
| David A. Pisciotta | on behalf of Defendant Renal Treatment Centers Northeast Inc. david.pisciotta@troutmansanders.com john.murphy@troutman.com;alissa.piccione@troutman.com |
| David A. Pisciotta | on behalf of Creditor Santander Bank  N.A. david.pisciotta@troutmansanders.com, john.murphy@troutman.com;alissa.piccione@troutman.com |
| David M. Meth | on behalf of Creditor Jose Ferrer david@methnjlaw.com |
| David V. Fontana | on behalf of Creditor TD Bank  N.A. dfont@gebsmith.com, ltancredi@gebsmith.com;klusby@gebsmith.com |
| Davis Lee Wright | on behalf of Defendant Dennis K. Burke  Inc. dwright@rc.com |
| Deirdre E. Burke | on behalf of Creditor Capital One  N.A. dburke@mccarter.com |
| Deirdre E. Burke | on behalf of Defendant St. Josephs University Medical Center Inc. dburke@mccarter.com |
| Deirdre E. Burke | on behalf of Creditor AHS Hospital Corp. dburke@mccarter.com |
| Deirdre E. Burke | on behalf of Defendant AHS Hospital Corp. dburke@mccarter.com |
| Deirdre E. Burke | on behalf of Defendant Christiana Care Health Services  Inc. dburke@mccarter.com |
| Deirdre E. Burke | on behalf of Creditor St. Joseph's University Medical Center Inc. dburke@mccarter.com |
| Deirdre E. Burke | on behalf of Creditor Christiana Care Health Services  Inc. dburke@mccarter.com |
| Denise A Kuhn | on behalf of Creditor Dept. of Revenue Commonwealth of Pennsylvania  department of revenue dkuhn@attorneygeneral.gov |
| Donald W Clarke | |

| | |
|---|---|
| | on behalf of Debtor New England Motor Freight Inc. dclarke@genovaburns.com, dclarke@ecf.inforuptcy.com |
| Douglas J. McGill | on behalf of Creditor Pilot Thomas Logistics LLC dmcgill@webbermcgill.com mlynch@webbermcgill.com |
| Douglas T Tabachnik | on behalf of Defendant Rita Alvarado dtabachnik@dttlaw.com rdalba@dttlaw.com |
| Douglas T Tabachnik | on behalf of Creditor to Rita Alvarado The Rosato Firm P.C., counsel dtabachnik@dttlaw.com, rdalba@dttlaw.com |
| Eric Goldstein | on behalf of Creditor United HealthCare Services Inc. egoldstein@goodwin.com, bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com |
| Eric M. Ferrante | on behalf of Interested Party University of Vermont Medical Center Inc. eferrante@nixonpeabody.com |
| Eric M. Ferrante | on behalf of Interested Party Ellis Hospital eferrante@nixonpeabody.com |
| Eric M. Ferrante | on behalf of Interested Party Albany Medical Center Hospital eferrante@nixonpeabody.com |
| Eric M. Ferrante | on behalf of Interested Party University of Rochester eferrante@nixonpeabody.com |
| Eric M. Ferrante | on behalf of Defendant University of Rochester eferrante@nixonpeabody.com |
| Eric M. Ferrante | on behalf of Defendant Ellis Hospital eferrante@nixonpeabody.com |
| Eric M. Ferrante | on behalf of Defendant University of Vermont Medical Center Inc. eferrante@nixonpeabody.com |
| Eric M. Ferrante | on behalf of Defendant Albany Medical Center Hospital eferrante@nixonpeabody.com |
| Erin Teske | on behalf of Defendant Kaledia Health eteske@hodgsonruss.com |
| Erin Teske | on behalf of Defendant Kaleida Health eteske@hodgsonruss.com |
| Evan S. Goldstein | on behalf of Creditor Webster Capital Finance Inc. egoldstein@uks.com |
| Frank Perch, III | on behalf of Defendant Penn State Health Holy Spirit Medical Center perchf@whiteandwilliams.com |
| Frank Perch, III | on behalf of Defendant The Milton S Hershey Medical Center perchf@whiteandwilliams.com |
| Frank Peretore | on behalf of Creditor Wells Fargo Equipment Finance Inc. fperetore@csglaw.com |
| Frank F. Velocci | on behalf of Defendant UPMC Pinnacle Hospitals frank.velocci@faegredrinker.com brian.morgan@dbr.com |
| Gail Lin | on behalf of Plaintiff Alice Waters gcl@raisnerroupinian.com rsr@raisnerroupinian.com;jar@raisnerroupinian.com;warnlawyers@raisnerroupinian.com;rrllp@ecf.courtdrive.com |
| Gail Lin | on behalf of Creditor Alice Waters gcl@raisnerroupinian.com rsr@raisnerroupinian.com;jar@raisnerroupinian.com;warnlawyers@raisnerroupinian.com;rrllp@ecf.courtdrive.com |
| Gail Lin | on behalf of Creditor WARN Act Class Plaintiffs and Putative Class gcl@raisnerroupinian.com rsr@raisnerroupinian.com;jar@raisnerroupinian.com;warnlawyers@raisnerroupinian.com;rrllp@ecf.courtdrive.com |
| Gail Lin | on behalf of Plaintiff Rich Richardson gcl@raisnerroupinian.com rsr@raisnerroupinian.com;jar@raisnerroupinian.com;warnlawyers@raisnerroupinian.com;rrllp@ecf.courtdrive.com |
| Gail Lin | on behalf of Creditor Rich Richardson gcl@raisnerroupinian.com rsr@raisnerroupinian.com;jar@raisnerroupinian.com;warnlawyers@raisnerroupinian.com;rrllp@ecf.courtdrive.com |
| Gary D. Bressler | on behalf of Creditor VFS US LLC gbressler@mdmc-law.com scarney@mdmc-law.com;dprimack@mdmc-law.com;bkleban@mdmc-law.com |

Case 19-12809-JKS    Doc 1537    Filed 05/28/21    Entered 05/29/21 00:22:43    Desc
Imaged Certificate of Notice    Page 6 of 12

| District/off: 0312-2 | User: admin | Page 5 of 11 |
|---|---|---|
| Date Rcvd: May 26, 2021 | Form ID: orderntc | Total Noticed: 1 |

Gary D. Bressler
    on behalf of Creditor Mack Trucks Inc. gbressler@mdmc-law.com,
scarney@mdmc-law.com;dprimack@mdmc-law.com;bkleban@mdmc-law.com

Gary D. Bressler
    on behalf of Creditor Volvo Financial gbressler@mdmc-law.com
scarney@mdmc-law.com;dprimack@mdmc-law.com;bkleban@mdmc-law.com

Gavin Stewart
    on behalf of Creditor VW Credit Inc. bk@stewartlegalgroup.com

Glenn R Reiser
    on behalf of Defendant Profix Professional Trailer Repair Inc. greiser@shapiro-croland.com, r.gr75895@notify.bestcase.com

Gregory W. Hauswirth
    on behalf of Defendant American Universal LLC ghauswirth@leechtishman.com
pcarothers@leechtishman.com;bankruptcy@leechtishman.com;dtomko@leechtishman.com;challer@leechtishman.com

Gregory W. Hauswirth
    on behalf of Defendant Fabian Oil Inc. ghauswirth@leechtishman.com,
pcarothers@leechtishman.com;bankruptcy@leechtishman.com;dtomko@leechtishman.com;challer@leechtishman.com

Gregory W. Hauswirth
    on behalf of Defendant A C & T Co. Inc. ghauswirth@leechtishman.com,
pcarothers@leechtishman.com;bankruptcy@leechtishman.com;dtomko@leechtishman.com;challer@leechtishman.com

Gregory W. Hauswirth
    on behalf of Defendant Ara-Johnston Dialysis LLC ghauswirth@leechtishman.com
pcarothers@leechtishman.com;bankruptcy@leechtishman.com;dtomko@leechtishman.com;challer@leechtishman.com

Jack M. Seitz
    on behalf of Defendant St. Luke's Hospital Monroe Campus jseitz@lesavoybutz.com sblake@lesavoybutz.com

Jack M. Seitz
    on behalf of Defendant St. Luke's Hospital jseitz@lesavoybutz.com sblake@lesavoybutz.com

Jacob Frumkin
    on behalf of Interested Party Great Dane LLC jfrumkin@coleschotz.com

James A. Kellar
    on behalf of Creditor Rochester Gas & Electric Corporation jkellar@mccarter.com

James A. Kellar
    on behalf of Creditor West Penn Power Company jkellar@mccarter.com

James A. Kellar
    on behalf of Creditor Colonial Gas Company KeySpan Energy Delivery Long Island, Narragansett Electric Company and Niagara Mohawk Power Corporation jkellar@mccarter.com

Jeffrey A. Cooper
    on behalf of Defendant Roswell Park Cancer Institute jcooper@rltlawfirm.com cooperatty@aol.com;rgaydos@rltlawfirm.com

Jeffrey I. Wasserman
    on behalf of Defendant Gabrielli Kenworth of NJ LLC jwasserman@wasslegal.com

Jenny R. Kasen
    on behalf of Defendant Jackson Oil & Solvents Inc. jkasen@kasenlaw.com, dkasen@kasenlaw.com

JoAnne M. Bonacci
    on behalf of Creditor RLI Insurance Company jbonacci@dbplawfirm.com

Jody Bedenbaugh
    on behalf of Defendant Michelin North America Inc. , Ronnie.McMahan@nelsonmullins.com

John Cagney
    on behalf of Defendant Susan Volpe jcagney@kdlm.com

John Cagney
    on behalf of Defendant Susan and Raymond Volpe jcagney@kdlm.com

John Cagney
    on behalf of Creditor Susan and Raymond Volpe jcagney@kdlm.com

John Sullivan
    on behalf of Defendant Manitoulin Transport Ltd. jsullivan@hillrivkins.com

John C. Kilgannon
    on behalf of Defendant The Cooper Health System jck@stevenslee.com

John C. Kilgannon
    on behalf of Defendant Concord Hospital Inc. jck@stevenslee.com

John C. Kilgannon

Case 19-12809-JKS    Doc 1537    Filed 05/28/21    Entered 05/29/21 00:22:43    Desc
Imaged Certificate of Notice    Page 7 of 12

| District/off: 0312-2 | User: admin | Page 6 of 11 |
|---|---|---|
| Date Rcvd: May 26, 2021 | Form ID: orderntc | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Defendant York Hospital jck@stevenslee.com |
| John C. Kilgannon | on behalf of Creditor York Hospital jck@stevenslee.com |
| John F. Bracaglia, Jr. | on behalf of Interested Party Orange and Rockland Utilities Inc. brokaw@centraljerseylaw.com |
| John Phillip Schneider | on behalf of Creditor Committee Official Committee Of Unsecured Creditors JPSchneider@mdmc-law.com |
| John Phillip Schneider | on behalf of Other Prof. Liquidating Trustee JPSchneider@mdmc-law.com |
| John R. Morton, Jr. | on behalf of Creditor CAB East LLC  serviced by Ford Motor Credit Company LLC ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |
| Joseph Lubertazzi, Jr. | on behalf of Creditor Capital One  N.A. jlubertazzi@mccarter.com |
| Joseph J. DiPasquale | on behalf of Creditor Committee Official Committee Of Unsecured Creditors jdipasquale@lowenstein.com |
| Joseph J. DiPasquale | on behalf of Other Prof. Liquidating Trustee jdipasquale@lowenstein.com |
| Joseph J. DiPasquale | on behalf of Other Prof. CohnReznick Capital Market Securities  LLC jdipasquale@lowenstein.com |
| Joseph J. DiPasquale | on behalf of Attorney Lowenstein Sandler LLP jdipasquale@lowenstein.com |
| Joseph J. McMahon, Jr. | on behalf of Creditor Pilot Travel Centers LLC jmcmahon@ciardilaw.com jclarke@ciardilaw.com |
| Joseph L. Schwartz | on behalf of Creditor Lucky's Energy Service  Inc. jschwartz@riker.com |
| Joseph L. Schwartz | on behalf of Interested Party United States Fire Insurance Company jschwartz@riker.com |
| Justin W. Gray | on behalf of Creditor Daniel Rinaldi gray@maynardoconnorlaw.com Sweeney@moscllp.com |
| Karen A. Giannelli | on behalf of Debtor Myar  LLC kgiannelli@gibbonslaw.com |
| Karen A. Giannelli | on behalf of Debtor Carrier Industries  Inc. kgiannelli@gibbonslaw.com |
| Karen A. Giannelli | on behalf of Plaintiff United Express Solar  LLC kgiannelli@gibbonslaw.com |
| Karen A. Giannelli | on behalf of Debtor Jans Leasing Corp. kgiannelli@gibbonslaw.com |
| Karen A. Giannelli | on behalf of Debtor New England Motor Freight  Inc. kgiannelli@gibbonslaw.com |
| Karen A. Giannelli | on behalf of Debtor Apex Logistics  Inc. kgiannelli@gibbonslaw.com |
| Karen A. Giannelli | on behalf of Plaintiff MyJon  LLC kgiannelli@gibbonslaw.com |
| Karen A. Giannelli | on behalf of Other Prof. Donlin  Recano & Company, Inc. kgiannelli@gibbonslaw.com |
| Karen A. Giannelli | on behalf of Debtor Eastern Freight Ways  Inc. kgiannelli@gibbonslaw.com |
| Karen A. Giannelli | on behalf of Plaintiff NEMF World Transport  Inc. kgiannelli@gibbonslaw.com |
| Karen A. Giannelli | on behalf of Plaintiff Carrier Industries  Inc. kgiannelli@gibbonslaw.com |
| Karen A. Giannelli | on behalf of Plaintiff Eastern Freight Ways  Inc. kgiannelli@gibbonslaw.com |
| Karen A. Giannelli | on behalf of Plaintiff Apex Logistics  Inc. kgiannelli@gibbonslaw.com |

Case 19-12809-JKS    Doc 1537    Filed 05/28/21    Entered 05/29/21 00:22:43    Desc
Imaged Certificate of Notice    Page 8 of 12

| District/off: 0312-2 | User: admin | Page 7 of 11 |
|---|---|---|
| Date Rcvd: May 26, 2021 | Form ID: orderntc | Total Noticed: 1 |

| | |
|---|---|
| Karen A. Giannelli | on behalf of Plaintiff NEMF Logistics LLC kgiannelli@gibbonslaw.com |
| Karen A. Giannelli | on behalf of Plaintiff Hollywood Avenue Solar LLC kgiannelli@gibbonslaw.com |
| Karen A. Giannelli | on behalf of Debtor Hollywood Avenue Solar LLC kgiannelli@gibbonslaw.com |
| Karen A. Giannelli | on behalf of Plaintiff Myar LLC kgiannelli@gibbonslaw.com |
| Karen A. Giannelli | on behalf of Debtor MyJon LLC kgiannelli@gibbonslaw.com |
| Karen A. Giannelli | on behalf of Accountant Withumsmith+Brown kgiannelli@gibbonslaw.com |
| Karen A. Giannelli | on behalf of Plaintiff Jans Leasing Corp. kgiannelli@gibbonslaw.com |
| Karen A. Giannelli | on behalf of Debtor United Express Solar LLC kgiannelli@gibbonslaw.com |
| Karen A. Giannelli | on behalf of Debtor NEMF World Transport Inc. kgiannelli@gibbonslaw.com |
| Karen A. Giannelli | on behalf of Plaintiff New England Motor Freight Inc. kgiannelli@gibbonslaw.com |
| Karen A. Giannelli | on behalf of Debtor NEMF Logistics LLC kgiannelli@gibbonslaw.com |
| Kate R. Buck | on behalf of Defendant AHS Hospital Corp. kbuck@mccarter.com |
| Kate R. Buck | on behalf of Creditor Potomac Edison Company Toledo Edison Company and West Penn Power Company kbuck@mccarter.com |
| Kate R. Buck | on behalf of Creditor Connecticut Light & Power Company NStar Western Massachusetts, Yankee Gas Services Company, Colonial Gas Company, KeySpan Energy Delivery Long Island, Narragansett Electric Company and Niagara Mohawk kbuck@mccarter.com |
| Kate R. Buck | on behalf of Creditor St. Joseph's University Medical Center Inc. kbuck@mccarter.com |
| Kate R. Buck | on behalf of Defendant St. Josephs University Medical Center Inc. kbuck@mccarter.com |
| Kate R. Buck | on behalf of Creditor Christiana Care Health Services Inc. kbuck@mccarter.com |
| Kate R. Buck | on behalf of Creditor AHS Hospital Corp. kbuck@mccarter.com |
| Kate R. Buck | on behalf of Defendant Christiana Care Health Services Inc. kbuck@mccarter.com |
| Keith Murphy | on behalf of Defendant Mount Carmel Health System kmurphy@bakerlaw.com |
| Keith Murphy | on behalf of Creditor St. Joseph's University Medical Center Inc. kmurphy@bakerlaw.com |
| Keith Murphy | on behalf of Defendant The Mercy Hospital INc. kmurphy@bakerlaw.com |
| Keith Murphy | on behalf of Defendant St. Josephs Hospital Health Center kmurphy@bakerlaw.com |
| Kenneth L. Baum | on behalf of Creditor Clermont Holdings LLC kbaum@kenbaumdebtsolutions.com, ddipiazza@kenbaumdebtsolutions.com |
| Keri P. Ebeck | on behalf of Creditor Guttman Energy Inc. KEBECK@BERNSTEINLAW.COM, jbluemle@bernsteinlaw.com |
| Keri P. Ebeck | on behalf of Defendant American Asphalt Paving Co. KEBECK@BERNSTEINLAW.COM jbluemle@bernsteinlaw.com |
| Kevin Gordon McDonald | on behalf of Creditor VW Credit Leasing Ltd. kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |

| | |
|---|---|
| Kevin Joseph Bloom | on behalf of Interested Party Mirabito Holdings Inc kbloom@hhk.com |
| Kevin M. Capuzzi | on behalf of Interested Party Amazon.com Services Inc., formerly Amazon Fulfillment Services, Inc. kcapuzzi@beneschlaw.com, debankruptcy@beneschlaw.com |
| Leah Eisenberg | on behalf of Defendant Regional Cancer Care Associates LLC leisenberg@foley.com, ekhatchatourian@foley.com;msmall@foley.com;leah-eisenberg-0344@ecf.pacerpro.com |
| Leonard R Boyer | on behalf of Creditor Nelson Vasquez lrbnjesq@gmail.com mcordova48890@aol.com |
| Louis A. Curcio | on behalf of Creditor Santander Bank N.A. louis.curcio@troutmansanders.com, John.Murphy@troutmansanders.com;jonathan.forstot@troutmansanders.com;david.pisciotta@troutmansanders.com |
| Louis A. Modugno | on behalf of Defendant Hudson Hospital OPCO LLC lmodugno@tm-firm.com kpatterson@mdmc-law.com;gbressler@mdmc-law.com |
| Louis A. Modugno | on behalf of Defendant IJKG OPCO LLC lmodugno@tm-firm.com kpatterson@mdmc-law.com;gbressler@mdmc-law.com |
| Louis A. Modugno | on behalf of Defendant HMH Hospitals Corporation lmodugno@tm-firm.com kpatterson@mdmc-law.com;gbressler@mdmc-law.com |
| Louis A. Modugno | on behalf of Defendant The Valley Hospital Inc. lmodugno@tm-firm.com, kpatterson@mdmc-law.com;gbressler@mdmc-law.com |
| Mark A. Platt | on behalf of Creditor Omnitracs LLC mplatt@fbtlaw.com |
| Mark B Conlan | on behalf of Debtor New England Motor Freight Inc. mconlan@gibbonslaw.com |
| Mark B Conlan | on behalf of Plaintiff New England Motor Freight Inc. mconlan@gibbonslaw.com |
| Mark B Conlan | on behalf of Defendant New England Motor Freight Inc., et al. mconlan@gibbonslaw.com |
| Mark D. Pfeiffer | on behalf of Defendant The Toledo Hospital mark.pfeiffer@bipc.com donna.curcio@bipc.com;sean.kenny@bipc.com |
| Mark D. Pfeiffer | on behalf of Defendant Westmoreland Hospital Association mark.pfeiffer@bipc.com donna.curcio@bipc.com;sean.kenny@bipc.com |
| Martha Baskett Chovanes | on behalf of Defendant Regional Cancer Care Associates LLC mchovanes@foxrothschild.com, rsolomon@foxrothschild.com;brian-oneill-fox-5537@ecf.pacerpro.com |
| Martha Baskett Chovanes | on behalf of Defendant Deborah Heart and Lung Center mchovanes@foxrothschild.com rsolomon@foxrothschild.com;brian-oneill-fox-5537@ecf.pacerpro.com |
| Mary E. Seymour | on behalf of Creditor Committee Official Committee Of Unsecured Creditors mseymour@lowenstein.com jkimble@lowenstein.com |
| Mary E. Seymour | on behalf of Attorney Lowenstein Sandler LLP mseymour@lowenstein.com jkimble@lowenstein.com |
| Melissa A. Pena | on behalf of Creditor Webster Capital Finance Inc. mapena@norris-law.com, pfreda@nmmlaw.com |
| Michael Kwiatkowski | on behalf of Defendant Ports Petroleum Company Inc. mkwiatkowski@cullenanddykman.com, mkwiatkowski@msek.com |
| Michael Papandrea | on behalf of Other Prof. Liquidating Trustee mpapandrea@lowenstein.com dclaussen@lowenstein.com |
| Michael D. Sirota | on behalf of Interested Party Great Dane LLC msirota@coleschotz.com fpisano@coleschotz.com |
| Michael R. Caruso | on behalf of Creditor Wells Fargo Equipment Finance Inc. mcaruso@csglaw.com, ecf@csglaw.com |
| Morris S. Bauer | |

Case 19-12809-JKS    Doc 1537    Filed 05/28/21    Entered 05/29/21 00:22:43    Desc
Imaged Certificate of Notice    Page 10 of 12

| District/off: 0312-2 | User: admin | Page 9 of 11 |
|---|---|---|
| Date Rcvd: May 26, 2021 | Form ID: orderntc | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Creditor East River Energy Inc msbauer@nmmlaw.com, rjacome@norris-law.com,relikens@nmmlaw.com,ddewey@norris-law.com |
| Noah Reiss | on behalf of Creditor Esmeralda Ramirez Reiss@lawyer1.com |
| Norman N Kinel | on behalf of Interested Party East West Bank norman.kinel@squirepb.com sarah.conley@squirepb.com,norman-kinel-4300@ecf.pacerpro.com |
| Peter M. Knob | on behalf of Creditor Capital One N.A. pknob@mccarter.com, lrestivo@mccarter.com |
| Rachel A. Parisi | on behalf of Defendant Michelin North America Inc. raparisi@pbnlaw.com, mpdermatis@pbnlaw.com;nvfuentes@pbnlaw.com;pnbalala@pbnlaw.com;cpmazza@pbnlaw.com;sakelly@pbnlaw.com;pnbalala@pbnlaw.com;KOAkuffo@pbnlaw.com |
| Rafael X Zahralddin-Aravena | on behalf of Creditor Committee Official Committee Of Unsecured Creditors rzahralddin@atllp.com rafael-zahralddin-4117@ecf.pacerpro.com |
| Raymond T. Lyons | on behalf of Defendant Regional Cancer Care Associates LLC rlyons@foxrothschild.com, sdaroci@foxrothschild.com |
| Raymond T. Lyons | on behalf of Defendant Deborah Heart and Lung Center rlyons@foxrothschild.com sdaroci@foxrothschild.com |
| Rebecca Ann Solarz | on behalf of Creditor VW Credit Leasing Ltd rsolarz@kmllawgroup.com |
| Rene S. Roupinian | on behalf of Plaintiff Rich Richardson rsr@outtengolden.com |
| Rene S. Roupinian | on behalf of Plaintiff Alice Waters rsr@outtengolden.com |
| Richard Albuquerque | on behalf of Creditor MICHAEL SINGLEY richarda@djdlawyers.com |
| Richard G. Placey | on behalf of Defendant Morris Hospital rplacey@mmwr.com plorenz@mmwr.com;pat-lorenz-montgomery-mccracken-walker-rhoads-llp-7123@ecf.pacerpro.com |
| Richard S. Kanowitz | on behalf of Unknown Role Type Ad Hoc Group of Tort Claimants richard.kanowitz@haynesboone.com mklein@cooley.com;jindyke@cooley.com;efiling-notice@ecf.pacerpro.com |
| Richard W. Riley | on behalf of Plaintiff Kevin P. Clancy solely in his capacity as the Liquidating Trustee rwriley@duanemorris.com |
| Rick Aaron Steinberg | on behalf of Defendant SAIA INC. rsteinberg@pricemeese.com |
| Rick Aaron Steinberg | on behalf of Defendant SAIA Motor Freight Line LLC rsteinberg@pricemeese.com |
| Rick Aaron Steinberg | on behalf of Creditor TOTE Maritime rsteinberg@pricemeese.com |
| Robert A. Burke | on behalf of Defendant Jenny Munson Andress individually and as the Administratrix of the Estate of Herbert Andress rburke@macelree.com |
| Robert E. Nies | on behalf of Creditor Berkley Insurance Company rnies@csglaw.com |
| Robert K. Scheinbaum | on behalf of Defendant New Jersey Manufacturers Insurance Company a/s/o Phyllis A. Troy rscheinbaum@connellfoley.com |
| Robert K. Scheinbaum | on behalf of Creditor New Jersey Manufacturers rscheinbaum@connellfoley.com |
| Robert N. H. Christmas | on behalf of Interested Party Albany Medical Center Hospital rchristmas@nixonpeabody.com nyc.managing.clerk@nixonpeabody.com |
| Rona J. Rosen | on behalf of Creditor WARN Act Class Plaintiffs and Putative Class cbbutler@klehr.com cbbutler@klehr.com |
| Ryan Notarangelo | on behalf of Defendant Trinitas Regional Medical Center rnotarangelo@dughihewit.com |

| | |
|---|---|
| Sari Blair Placona | on behalf of Defendant Shauna Jones splacona@msbnj.com |
| Sari Blair Placona | on behalf of Creditor Shauna Jones splacona@msbnj.com |
| Sari Blair Placona | on behalf of Creditor Daryl & Kim Martin splacona@msbnj.com |
| Sari Blair Placona | on behalf of Defendant Jalil Waters and Rashida Carter splacona@msbnj.com |
| Sari Blair Placona | on behalf of Creditor Rasheeda Carter splacona@msbnj.com |
| Sari Blair Placona | on behalf of Creditor Interstate Towing Recovery Incorporated splacona@msbnj.com |
| Sari Blair Placona | on behalf of Creditor Mercedes Benz Financial Services USA LLC splacona@msbnj.com |
| Sari Blair Placona | on behalf of Defendant DARYL MARTIN AND KIM MARTIN splacona@msbnj.com |
| Sari Blair Placona | on behalf of Defendant Talley Petroleum Enterprises  Inc. splacona@msbnj.com |
| Sari Blair Placona | on behalf of Creditor Jalil Walters splacona@msbnj.com |
| Scott J. Freedman | on behalf of Creditor New Jersey Manufacturers sfreedman@dilworthlaw.com |
| Scott J. Freedman | on behalf of Creditor Corcentric  LLC sfreedman@dilworthlaw.com |
| Scott J. Goldstein | on behalf of Creditor Melinda Londos sjg@sgoldsteinlaw.com cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;G31979@notify.cincompass.com |
| Scott M Palatucci | on behalf of Defendant HMH Hospitals Corporation spalatucci@tm-firm.com |
| Scott M Palatucci | on behalf of Defendant The Valley Hospital  Inc. spalatucci@tm-firm.com |
| Scott M Palatucci | on behalf of Defendant IJKG OPCO LLC spalatucci@tm-firm.com |
| Scott M Palatucci | on behalf of Defendant Hudson Hospital OPCO LLC spalatucci@tm-firm.com |
| Scott W Lichtenstein | on behalf of Creditor Berkley Insurance Company slichtenstein@csglaw.com |
| Seoung Y. Lim | on behalf of Creditor Pantos USA  Inc. joshualim@kcllawfirm.com, denisemoreno@kcllawfirm.com,seankwak@kcllawfirm.com,jpark@kcllawfirm.com |
| Sheila Calello | on behalf of Defendant Electric Insurance Company scalello@mccarter.com |
| Stephanie L. Jonaitis | on behalf of Defendant St. Barnabas Medical Center stephanie.jonaitis@troutman.com  balaa@pepperlaw.com |
| Stephanie L. Jonaitis | on behalf of Defendant Newark Beth Israel Medical Center stephanie.jonaitis@troutman.com  balaa@pepperlaw.com |
| Stephanie L. Jonaitis | on behalf of Defendant Robert Wood Johnson University Hospital at Rahway stephanie.jonaitis@troutman.com balaa@pepperlaw.com |
| Stephanie L. Jonaitis | on behalf of Defendant Robert Wood Johnson University Hospital stephanie.jonaitis@troutman.com  balaa@pepperlaw.com |
| Stephen B. Ravin | on behalf of Creditor Riggins  Inc. sravin@saul.com, jgillman@saul.com |
| Stephen B. Ravin | on behalf of Defendant Riggins  Inc. sravin@saul.com, jgillman@saul.com |
| Steven J. Mitnick | on behalf of Plaintiff Kevin P. Clancy smitnick@sm-lawpc.com  lindsay@sm-lawpc.com |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 11 of 11 |
| Date Rcvd: May 26, 2021 | Form ID: orderntc | Total Noticed: 1 |

Steven J. Mitnick
    on behalf of Plaintiff Kevin P. Clancy  solely in his capacity as the Liquidating Trustee smitnick@sm-lawpc.com, lindsay@sm-lawpc.com

Travis Graga
    on behalf of Creditor Steven Ross tgraga@kbtlaw.com akelly@kbtlaw.com;wsheridan@kbtlaw.com;saudino@kbtlaw.com;pschenke@kbtlaw.com

Travis Graga
    on behalf of Defendant BSP Trans  Inc. tgraga@kbtlaw.com, akelly@kbtlaw.com;wsheridan@kbtlaw.com;saudino@kbtlaw.com;pschenke@kbtlaw.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

Virginia T. Shea
    on behalf of Creditor VFS US LLC vshea@mdmc-law.com mtaranto@mdmc-law.com;kpatterson@mdmc-law.com;gbressler@mdmc-law.com;lmodugno@mdmc-law.com

Virginia T. Shea
    on behalf of Creditor Volvo Financial vshea@mdmc-law.com mtaranto@mdmc-law.com;kpatterson@mdmc-law.com;gbressler@mdmc-law.com;lmodugno@mdmc-law.com

Warren Scott Gottlieb
    on behalf of Defendant Consolidated Edison Company of New York  Inc. wgottlieb@golawllp.com

William Hahn
    on behalf of Defendant GEICO V DAVID WOOD ET AL TANGO DICKINSON LORENZO MCDERMOTT ET AL whahn@tdlmm.com

William Hahn
    on behalf of Creditor Geico whahn@tdlmm.com

TOTAL: 250