UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**Baker & Hostetler LLP**
Key Tower
127 Public Square, Suite 2000
Cleveland, OH 44114
Telephone: (216) 621-0200
Facsimile:  (216) 696-0740
John J. McGowan, Jr.

*Attorneys for The Mercy Hospital, Inc., St. Joseph's Hospital Health Center and Mount Carmel Health System*

Order Filed on May 25, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

NEW ENGLAND MOTOR FREIGHT, INC., *et al.*,

Debtors.

Chapter 11

Case No.: 19-12809 (JKS)

(Jointly Administered)

## ORDER FOR ADMISSION TO PRACTICE *PRO HAC VICE*

The relief set forth on the following page is **ORDERED.**

**DATED: May 25, 2021**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

This matter having been brought before the Court on application for an Order For Admission Pro Hac Vice; and the Court having reviewed the moving papers of the applicant, out-of-state attorney, and considered this matter pursuant to Fed.R.Civ.Proc.78, D.N.J. L.Civ.R.101.1 and D.N.J. LBR 9010-1, and good cause having been shown; it is

ORDERED that John J. McGowan, Jr. be permitted to appear pro hac vice; provided that pursuant to D.N.J. L.Civ. R. 101.1(c)(4), an appearance as counsel of record shall be filed promptly by a member of the bar of this Court upon whom all notices, orders and pleadings may be served, and who shall promptly notify the out-of-state attorney of their receipt. Only an attorney at law of this Court may file papers, enter appearances for parties, sign stipulations, or sign and receive payments on judgments, decrees or orders, and it is further

ORDERED that the applicant shall arrange with the New Jersey Lawyers' Fund for Client Protection for payment of the annual fee, for this year and for any year in which the out-of-state attorney continues to represent a client in a matter pending in this Court in accordance with New Jersey Court Rule 1:28-2 and D.N.J. L. Civ. R. 101.1, said fee to be deposited within twenty (20) days of the date of the entry of this Order, and it is further

ORDERED that the $150.00 fee required by D.N.J. L. Civ. R. 101(c)(3) for pro hac vice admission to the District Court for the District of New Jersey shall also be payable within twenty (20) days of entry of this Order. Payment in the form of a check must be payable to "Clerk, USDC" and forwarded to the Clerk of the United States District Court for the District of New Jersey at the following address:

United States District Court
District of New Jersey
Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, N.J. 07102
*Attention: Pro Hac Vice Admissions*

and it is further ORDERED that the applicant shall be bound by the Local Rules of the United States District Court for the District of New Jersey and the Local Rules of Bankruptcy Procedure for the District of New Jersey; and it is further

ORDERED that the Clerk shall forward a copy of this Order to the Treasurer of New Jersey Lawyers' Fund for Client Protection within 5 days of its date of entry.

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 19-12809-JKS
New England Motor Freight, Inc.  Chapter 11
Mount Carmel Health System
    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 11 |
|---|---|---|
| Date Rcvd: May 26, 2021 | Form ID: pdf903 | Total Noticed: 8 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 28, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | New England Motor Freight, Inc., 1-71 North Ave E, Elizabeth, NJ 07201-2958 |
| aty | + | Deloitte Consulting LLP, 111 S Wacker Dr, Chicago, IL 60606-4396 |
| aty | | Gibbons, P.C., One Gateway Center, Newark, NJ 07102-5310 |
| aty | | Howard A. Cohen, Gibbons P.C, 300 Delaware Avenue, Suite 1015, Wilmington, DE 19801-1671 |
| aty | | Jeffrey L. Nagel, Gibbons P.C., One Pennsylvania Plaza, 37th Floor, New York, NY 10119-3701 |
| aty | + | Todd M. Brooks, Whiteford, Taylor & Preston L.L.P., 7 St. Paul Street, Suite 1500, Baltimore, MD 21202-1636 |
| aty | + | WASSERMAN, JURISTA & STOLZ, P.C., 110 Allen Road, Suite 304, Basking Ridge,, NJ 07920-4500 |
| aty | + | Whiteford Taylor & Preston, Seven Saint paul St. Ste 1800, Baltimore, MD 21202-1639 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | ##+ | Brent C. Strickland, Whiteford, Taylor & Preston L.L.P, 7501 Wisconsin Avenue, Suite 700W, Bethesda, MD 20814-6521 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 28, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 26, 2021 at the address(es) listed below:

**Name**      **Email Address**

Case 19-12809-JKS    Doc 1538    Filed 05/28/21    Entered 05/29/21 00:22:43    Desc
Imaged Certificate of Notice    Page 4 of 13

| District/off: 0312-2 | User: admin | Page 2 of 11 |
|---|---|---|
| Date Rcvd: May 26, 2021 | Form ID: pdf903 | Total Noticed: 8 |

| | |
|---|---|
| Alan J. Brody | on behalf of Creditor JP Morgan Chase brodya@gtlaw.com NJLitDock@gtlaw.com |
| Alissa Piccione | on behalf of Defendant Renal Treatment Centers Northeast Inc. alissa.piccione@troutman.com |
| Alyssa A. Cimino | on behalf of Creditor Byron E Najera Osorio acimino@aciminolaw.com ciminoar98640@notify.bestcase.com |
| Alyssa A. Cimino | on behalf of Creditor Abel Trochez acimino@aciminolaw.com ciminoar98640@notify.bestcase.com |
| Alyssa A. Cimino | on behalf of Creditor Xiomara Mendoz-Lopez acimino@aciminolaw.com ciminoar98640@notify.bestcase.com |
| Andreas Milliaressis | on behalf of Defendant V.A.G. Inc. dba Performance Lubricants adm@stevenslee.com |
| Andrew Spears | on behalf of Creditor Francis and Kimberly Beck amiller@hhrlaw.com |
| Andrew J. Kelly | on behalf of Creditor Steven Ross akelly@kbtlaw.com wsheridan@kbtlaw.com;saudino@kbtlaw.com;tgraga@kbtlaw.com;pschenke@kbtlaw.com |
| Andrew J. Kelly | on behalf of Defendant Mansfield Oil Co. of Gainesville Inc. aka Mansfield Oil Company akelly@kbtlaw.com wsheridan@kbtlaw.com;saudino@kbtlaw.com;tgraga@kbtlaw.com;pschenke@kbtlaw.com |
| Andrew R. Turner | on behalf of Defendant Protective Insurance Company courts@turnerlaw.net |
| Andrew R. Turner | on behalf of Interested Party Protective Insurance Company courts@turnerlaw.net |
| Ann Dee Lieberman | on behalf of Attorney State Farm Indemnity Company anndee@mayersubrolaw.com |
| Anthony Sodono, III | on behalf of Creditor Jalil Walters asodono@msbnj.com |
| Anthony Sodono, III | on behalf of Creditor Mercedes Benz Financial Services USA LLC asodono@msbnj.com |
| Anthony Sodono, III | on behalf of Defendant Shauna Jones asodono@msbnj.com |
| Anthony Sodono, III | on behalf of Creditor Rasheeda Carter asodono@msbnj.com |
| Anthony Sodono, III | on behalf of Defendant Talley Petroleum Enterprises Inc. asodono@msbnj.com |
| Anthony Sodono, III | on behalf of Creditor Shauna Jones asodono@msbnj.com |
| Anthony Sodono, III | on behalf of Defendant Jalil Waters and Rashida Carter asodono@msbnj.com |
| Ashley E Shapiro | on behalf of Plaintiff Kevin P. Clancy solely in his capacity as the Liquidating Trustee ashapiro@atllp.com, mmillis@atllp.com;skinsella@atllp.com |
| Beth J. Rotenberg | on behalf of Creditor Berkley Insurance Company brotenberg@csglaw.com ecf@csglaw.com |
| Blake D. Roth | on behalf of Creditor Bridgestone Americas Tire Operations LLC blake.roth@wallerlaw.com, chris.cronk@wallerlaw.com;deborah.liles@wallerlaw.com;katie.stenberg@wallerlaw.com |
| Brett Steven Theisen | on behalf of Plaintiff New England Motor Freight Inc. btheisen@gibbonslaw.com |
| Brett Steven Theisen | on behalf of Debtor New England Motor Freight Inc. btheisen@gibbonslaw.com |
| Brian Glass | on behalf of Interested Party PA Department of Environmental Protection briaglass@pa.gov verkanova@pa.gov |
| Brian E Caine | on behalf of Defendant Virtua West Jersey Health System Inc. bcaine@parkermccay.com BKcourtnotices@parkermccay.com |
| Brian W. Hofmeister | |

Case 19-12809-JKS    Doc 1538    Filed 05/28/21    Entered 05/29/21 00:22:43    Desc
Imaged Certificate of Notice    Page 5 of 13

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 3 of 11 |
| Date Rcvd: May 26, 2021 | Form ID: pdf903 | Total Noticed: 8 |

| | |
|---|---|
| | on behalf of Creditor Larry L. Banks bwh@hofmeisterfirm.com j119@ecfcbis.com |
| Catherine L. Corey | |
| | on behalf of Creditor East River Energy Inc, clcorey@nmmlaw.com |
| Chad J. Toms | |
| | on behalf of Debtor New England Motor Freight Inc. ctoms@wtplaw.com, clano@wtplaw.com |
| Chad J. Toms | |
| | on behalf of Spec. Counsel Special Litigation Counsel to the Liquidating Trustee ctoms@wtplaw.com clano@wtplaw.com |
| Chad J. Toms | |
| | on behalf of Plaintiff Kevin P. Clancy ctoms@wtplaw.com clano@wtplaw.com |
| Chad J. Toms | |
| | on behalf of Plaintiff Kevin P. Clancy solely in his capacity as the Liquidating Trustee ctoms@wtplaw.com, clano@wtplaw.com |
| Chad J. Toms | |
| | on behalf of Plaintiff Clancy ctoms@wtplaw.com clano@wtplaw.com |
| Christopher Lynch | |
| | on behalf of Creditor Fifth Third Bank clynch@reedsmith.com |
| Christopher John Leavell | |
| | on behalf of Interested Party Class Plaintiffs at al cleavell@klehr.com lclark@klehr.com |
| Christopher John Leavell | |
| | on behalf of Plaintiff Dan Webster cleavell@klehr.com lclark@klehr.com |
| Christopher John Leavell | |
| | on behalf of Plaintiff Mary Carlin cleavell@klehr.com lclark@klehr.com |
| Craig Alan Domalewski | |
| | on behalf of Defendant Trinitas Regional Medical Center cdomalewski@dughihewit.com |
| Daniel Stolz | |
| | on behalf of Debtor New England Motor Freight Inc. dstolz@genovaburns.com, dstolz@ecf.inforuptcy.com;msousa@genovaburns.com |
| Daniel L Reinganum | |
| | on behalf of Defendant Keller Weber Trucking Inc. DanielR@McDowellLegal.com, tcuccuini@mcdowelllegal.com;Lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;reinganumdr62202@notify.bestcase.com |
| Daniel L Reinganum | |
| | on behalf of Creditor Keller Weber Trucking Inc. DanielR@McDowellLegal.com, tcuccuini@mcdowelllegal.com;Lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;reinganumdr62202@notify.bestcase.com |
| Daniel M Pereira | |
| | on behalf of Interested Party Eastern Regional Medical Center LLC dpereira@stradley.com |
| Daniel M Pereira | |
| | on behalf of Defendant Eastern Regional Medical Center LLC dpereira@stradley.com |
| David Edelberg | |
| | on behalf of Defendant Petroleum Traders Corporation dedelberg@sh-law.com edelbergdr82964@notify.bestcase.com |
| David Edelberg | |
| | on behalf of Creditor McIntosh Energy Company dedelberg@sh-law.com edelbergdr82964@notify.bestcase.com |
| David Edelberg | |
| | on behalf of Defendant Van Brunt & Son Inc. dedelberg@sh-law.com, edelbergdr82964@notify.bestcase.com |
| David A. Pisciotta | |
| | on behalf of Defendant Renal Treatment Centers Northeast Inc. david.pisciotta@troutmansanders.com john.murphy@troutman.com;alissa.piccione@troutman.com |
| David A. Pisciotta | |
| | on behalf of Creditor Santander Bank N.A. david.pisciotta@troutmansanders.com, john.murphy@troutman.com;alissa.piccione@troutman.com |
| David M. Meth | |
| | on behalf of Creditor Jose Ferrer david@methnjlaw.com |
| David V. Fontana | |
| | on behalf of Creditor TD Bank N.A. dfont@gebsmith.com, ltancredi@gebsmith.com;klusby@gebsmith.com |
| Davis Lee Wright | |
| | on behalf of Defendant Dennis K. Burke Inc. dwright@rc.com |
| Deirdre E. Burke | |
| | on behalf of Creditor Capital One N.A. dburke@mccarter.com |

Case 19-12809-JKS    Doc 1538    Filed 05/28/21    Entered 05/29/21 00:22:43    Desc
Imaged Certificate of Notice    Page 6 of 13

| District/off: 0312-2 | User: admin | Page 4 of 11 |
|---|---|---|
| Date Rcvd: May 26, 2021 | Form ID: pdf903 | Total Noticed: 8 |

| | |
|---|---|
| Deirdre E. Burke | on behalf of Creditor AHS Hospital Corp. dburke@mccarter.com |
| Deirdre E. Burke | on behalf of Defendant St. Josephs University Medical Center Inc. dburke@mccarter.com |
| Deirdre E. Burke | on behalf of Defendant AHS Hospital Corp. dburke@mccarter.com |
| Deirdre E. Burke | on behalf of Defendant Christiana Care Health Services Inc. dburke@mccarter.com |
| Deirdre E. Burke | on behalf of Creditor St. Joseph's University Medical Center Inc. dburke@mccarter.com |
| Deirdre E. Burke | on behalf of Creditor Christiana Care Health Services Inc. dburke@mccarter.com |
| Denise A Kuhn | on behalf of Creditor Dept. of Revenue Commonwealth of Pennsylvania department of revenue dkuhn@attorneygeneral.gov |
| Donald W Clarke | on behalf of Debtor New England Motor Freight Inc. dclarke@genovaburns.com, dclarke@ecf.inforuptcy.com |
| Douglas J. McGill | on behalf of Creditor Pilot Thomas Logistics LLC dmcgill@webbermcgill.com mlynch@webbermcgill.com |
| Douglas T Tabachnik | on behalf of Defendant Rita Alvarado dtabachnik@dttlaw.com rdalba@dttlaw.com |
| Douglas T Tabachnik | on behalf of Creditor to Rita Alvarado The Rosato Firm P.C., counsel dtabachnik@dttlaw.com, rdalba@dttlaw.com |
| Eric Goldstein | on behalf of Creditor United HealthCare Services Inc. egoldstein@goodwin.com, bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com |
| Eric M. Ferrante | on behalf of Defendant Albany Medical Center Hospital eferrante@nixonpeabody.com |
| Eric M. Ferrante | on behalf of Interested Party University of Vermont Medical Center Inc. eferrante@nixonpeabody.com |
| Eric M. Ferrante | on behalf of Interested Party Ellis Hospital eferrante@nixonpeabody.com |
| Eric M. Ferrante | on behalf of Interested Party Albany Medical Center Hospital eferrante@nixonpeabody.com |
| Eric M. Ferrante | on behalf of Interested Party University of Rochester eferrante@nixonpeabody.com |
| Eric M. Ferrante | on behalf of Defendant University of Rochester eferrante@nixonpeabody.com |
| Eric M. Ferrante | on behalf of Defendant Ellis Hospital eferrante@nixonpeabody.com |
| Eric M. Ferrante | on behalf of Defendant University of Vermont Medical Center Inc. eferrante@nixonpeabody.com |
| Erin Teske | on behalf of Defendant Kaleida Health eteske@hodgsonruss.com |
| Erin Teske | on behalf of Defendant Kaledia Health eteske@hodgsonruss.com |
| Evan S. Goldstein | on behalf of Creditor Webster Capital Finance Inc. egoldstein@uks.com |
| Frank Perch, III | on behalf of Defendant Penn State Health Holy Spirit Medical Center perchf@whiteandwilliams.com |
| Frank Perch, III | on behalf of Defendant The Milton S Hershey Medical Center perchf@whiteandwilliams.com |
| Frank Peretore | on behalf of Creditor Wells Fargo Equipment Finance Inc. fperetore@csglaw.com |
| Frank F. Velocci | on behalf of Defendant UPMC Pinnacle Hospitals frank.velocci@faegredrinker.com brian.morgan@dbr.com |
| Gail Lin | |

Case 19-12809-JKS    Doc 1538    Filed 05/28/21    Entered 05/29/21 00:22:43    Desc
Imaged Certificate of Notice    Page 7 of 13

| District/off: 0312-2 | User: admin | Page 5 of 11 |
|---|---|---|
| Date Rcvd: May 26, 2021 | Form ID: pdf903 | Total Noticed: 8 |

| | |
|---|---|
| | on behalf of Plaintiff Alice Waters gcl@raisnerroupinian.com rsr@raisnerroupinian.com;jar@raisnerroupinian.com;warnlawyers@raisnerroupinian.com;rrllp@ecf.courtdrive.com |
| Gail Lin | on behalf of Creditor Alice Waters gcl@raisnerroupinian.com rsr@raisnerroupinian.com;jar@raisnerroupinian.com;warnlawyers@raisnerroupinian.com;rrllp@ecf.courtdrive.com |
| Gail Lin | on behalf of Creditor WARN Act Class Plaintiffs and Putative Class gcl@raisnerroupinian.com rsr@raisnerroupinian.com;jar@raisnerroupinian.com;warnlawyers@raisnerroupinian.com;rrllp@ecf.courtdrive.com |
| Gail Lin | on behalf of Plaintiff Rich Richardson gcl@raisnerroupinian.com rsr@raisnerroupinian.com;jar@raisnerroupinian.com;warnlawyers@raisnerroupinian.com;rrllp@ecf.courtdrive.com |
| Gail Lin | on behalf of Creditor Rich Richardson gcl@raisnerroupinian.com rsr@raisnerroupinian.com;jar@raisnerroupinian.com;warnlawyers@raisnerroupinian.com;rrllp@ecf.courtdrive.com |
| Gary D. Bressler | on behalf of Creditor VFS US LLC gbressler@mdmc-law.com scarney@mdmc-law.com;dprimack@mdmc-law.com;bkleban@mdmc-law.com |
| Gary D. Bressler | on behalf of Creditor Mack Trucks Inc. gbressler@mdmc-law.com, scarney@mdmc-law.com;dprimack@mdmc-law.com;bkleban@mdmc-law.com |
| Gary D. Bressler | on behalf of Creditor Volvo Financial gbressler@mdmc-law.com scarney@mdmc-law.com;dprimack@mdmc-law.com;bkleban@mdmc-law.com |
| Gavin Stewart | on behalf of Creditor VW Credit Inc. bk@stewartlegalgroup.com |
| Glenn R Reiser | on behalf of Defendant Profix Professional Trailer Repair Inc. greiser@shapiro-croland.com, r.gr75895@notify.bestcase.com |
| Gregory W. Hauswirth | on behalf of Defendant American Universal LLC ghauswirth@leechtishman.com pcarothers@leechtishman.com;bankruptcy@leechtishman.com;dtomko@leechtishman.com;challer@leechtishman.com |
| Gregory W. Hauswirth | on behalf of Defendant Fabian Oil Inc. ghauswirth@leechtishman.com, pcarothers@leechtishman.com;bankruptcy@leechtishman.com;dtomko@leechtishman.com;challer@leechtishman.com |
| Gregory W. Hauswirth | on behalf of Defendant A C & T Co. Inc. ghauswirth@leechtishman.com, pcarothers@leechtishman.com;bankruptcy@leechtishman.com;dtomko@leechtishman.com;challer@leechtishman.com |
| Gregory W. Hauswirth | on behalf of Defendant Ara-Johnston Dialysis LLC ghauswirth@leechtishman.com pcarothers@leechtishman.com;bankruptcy@leechtishman.com;dtomko@leechtishman.com;challer@leechtishman.com |
| Jack M. Seitz | on behalf of Defendant St. Luke's Hospital Monroe Campus jseitz@lesavoybutz.com sblake@lesavoybutz.com |
| Jack M. Seitz | on behalf of Defendant St. Luke's Hospital jseitz@lesavoybutz.com sblake@lesavoybutz.com |
| Jacob Frumkin | on behalf of Interested Party Great Dane LLC jfrumkin@coleschotz.com |
| James A. Kellar | on behalf of Creditor Colonial Gas Company KeySpan Energy Delivery Long Island, Narragansett Electric Company and Niagara Mohawk Power Corporation jkellar@mccarter.com |
| James A. Kellar | on behalf of Creditor Rochester Gas & Electric Corporation jkellar@mccarter.com |
| James A. Kellar | on behalf of Creditor West Penn Power Company jkellar@mccarter.com |
| Jeffrey A. Cooper | on behalf of Defendant Roswell Park Cancer Institute jcooper@rltlawfirm.com cooperatty@aol.com;rgaydos@rltlawfirm.com |
| Jeffrey I. Wasserman | on behalf of Defendant Gabrielli Kenworth of NJ LLC jwasserman@wasslegal.com |
| Jenny R. Kasen | on behalf of Defendant Jackson Oil & Solvents Inc. jkasen@kasenlaw.com, dkasen@kasenlaw.com |
| JoAnne M. Bonacci | on behalf of Creditor RLI Insurance Company jbonacci@dbplawfirm.com |

Jody Bedenbaugh
    on behalf of Defendant Michelin North America Inc. , Ronnie.McMahan@nelsonmullins.com

John Cagney
    on behalf of Defendant Susan Volpe jcagney@kdlm.com

John Cagney
    on behalf of Defendant Susan and Raymond Volpe jcagney@kdlm.com

John Cagney
    on behalf of Creditor Susan and Raymond Volpe jcagney@kdlm.com

John Sullivan
    on behalf of Defendant Manitoulin Transport Ltd. jsullivan@hillrivkins.com

John C. Kilgannon
    on behalf of Defendant The Cooper Health System jck@stevenslee.com

John C. Kilgannon
    on behalf of Defendant Concord Hospital Inc. jck@stevenslee.com

John C. Kilgannon
    on behalf of Defendant York Hospital jck@stevenslee.com

John C. Kilgannon
    on behalf of Creditor York Hospital jck@stevenslee.com

John F. Bracaglia, Jr.
    on behalf of Interested Party Orange and Rockland Utilities Inc. brokaw@centraljerseylaw.com

John Phillip Schneider
    on behalf of Creditor Committee Official Committee Of Unsecured Creditors JPSchneider@mdmc-law.com

John Phillip Schneider
    on behalf of Other Prof. Liquidating Trustee JPSchneider@mdmc-law.com

John R. Morton, Jr.
    on behalf of Creditor CAB East LLC serviced by Ford Motor Credit Company LLC ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

Joseph Lubertazzi, Jr.
    on behalf of Creditor Capital One N.A. jlubertazzi@mccarter.com

Joseph J. DiPasquale
    on behalf of Creditor Committee Official Committee Of Unsecured Creditors jdipasquale@lowenstein.com

Joseph J. DiPasquale
    on behalf of Other Prof. Liquidating Trustee jdipasquale@lowenstein.com

Joseph J. DiPasquale
    on behalf of Other Prof. CohnReznick Capital Market Securities LLC jdipasquale@lowenstein.com

Joseph J. DiPasquale
    on behalf of Attorney Lowenstein Sandler LLP jdipasquale@lowenstein.com

Joseph J. McMahon, Jr.
    on behalf of Creditor Pilot Travel Centers LLC jmcmahon@ciardilaw.com jclarke@ciardilaw.com

Joseph L. Schwartz
    on behalf of Creditor Lucky's Energy Service Inc. jschwartz@riker.com

Joseph L. Schwartz
    on behalf of Interested Party United States Fire Insurance Company jschwartz@riker.com

Justin W. Gray
    on behalf of Creditor Daniel Rinaldi gray@maynardoconnorlaw.com Sweeney@moscllp.com

Karen A. Giannelli
    on behalf of Debtor NEMF Logistics LLC kgiannelli@gibbonslaw.com

Karen A. Giannelli
    on behalf of Plaintiff Myar LLC kgiannelli@gibbonslaw.com

Karen A. Giannelli
    on behalf of Debtor Myar LLC kgiannelli@gibbonslaw.com

Karen A. Giannelli
    on behalf of Debtor Carrier Industries Inc. kgiannelli@gibbonslaw.com

Karen A. Giannelli
    on behalf of Debtor New England Motor Freight Inc. kgiannelli@gibbonslaw.com

Karen A. Giannelli

| | |
|---|---|
| | on behalf of Debtor Apex Logistics Inc. kgiannelli@gibbonslaw.com |
| Karen A. Giannelli | |
| | on behalf of Debtor NEMF World Transport Inc. kgiannelli@gibbonslaw.com |
| Karen A. Giannelli | |
| | on behalf of Plaintiff MyJon LLC kgiannelli@gibbonslaw.com |
| Karen A. Giannelli | |
| | on behalf of Plaintiff United Express Solar LLC kgiannelli@gibbonslaw.com |
| Karen A. Giannelli | |
| | on behalf of Debtor Eastern Freight Ways Inc. kgiannelli@gibbonslaw.com |
| Karen A. Giannelli | |
| | on behalf of Debtor Jans Leasing Corp. kgiannelli@gibbonslaw.com |
| Karen A. Giannelli | |
| | on behalf of Plaintiff NEMF World Transport Inc. kgiannelli@gibbonslaw.com |
| Karen A. Giannelli | |
| | on behalf of Plaintiff Carrier Industries Inc. kgiannelli@gibbonslaw.com |
| Karen A. Giannelli | |
| | on behalf of Plaintiff Apex Logistics Inc. kgiannelli@gibbonslaw.com |
| Karen A. Giannelli | |
| | on behalf of Plaintiff NEMF Logistics LLC kgiannelli@gibbonslaw.com |
| Karen A. Giannelli | |
| | on behalf of Other Prof. Donlin Recano & Company, Inc. kgiannelli@gibbonslaw.com |
| Karen A. Giannelli | |
| | on behalf of Plaintiff Eastern Freight Ways Inc. kgiannelli@gibbonslaw.com |
| Karen A. Giannelli | |
| | on behalf of Plaintiff Hollywood Avenue Solar LLC kgiannelli@gibbonslaw.com |
| Karen A. Giannelli | |
| | on behalf of Debtor Hollywood Avenue Solar LLC kgiannelli@gibbonslaw.com |
| Karen A. Giannelli | |
| | on behalf of Debtor MyJon LLC kgiannelli@gibbonslaw.com |
| Karen A. Giannelli | |
| | on behalf of Accountant Withumsmith+Brown kgiannelli@gibbonslaw.com |
| Karen A. Giannelli | |
| | on behalf of Plaintiff Jans Leasing Corp. kgiannelli@gibbonslaw.com |
| Karen A. Giannelli | |
| | on behalf of Debtor United Express Solar LLC kgiannelli@gibbonslaw.com |
| Karen A. Giannelli | |
| | on behalf of Plaintiff New England Motor Freight Inc. kgiannelli@gibbonslaw.com |
| Kate R. Buck | |
| | on behalf of Defendant AHS Hospital Corp. kbuck@mccarter.com |
| Kate R. Buck | |
| | on behalf of Creditor Potomac Edison Company Toledo Edison Company and West Penn Power Company kbuck@mccarter.com |
| Kate R. Buck | |
| | on behalf of Creditor Connecticut Light & Power Company NStar Western Massachusetts, Yankee Gas Services Company, Colonial Gas Company, KeySpan Energy Delivery Long Island, Narragansett Electric Company and Niagara Mohawk kbuck@mccarter.com |
| Kate R. Buck | |
| | on behalf of Creditor St. Joseph's University Medical Center Inc. kbuck@mccarter.com |
| Kate R. Buck | |
| | on behalf of Defendant St. Josephs University Medical Center Inc. kbuck@mccarter.com |
| Kate R. Buck | |
| | on behalf of Creditor Christiana Care Health Services Inc. kbuck@mccarter.com |
| Kate R. Buck | |
| | on behalf of Creditor AHS Hospital Corp. kbuck@mccarter.com |
| Kate R. Buck | |
| | on behalf of Defendant Christiana Care Health Services Inc. kbuck@mccarter.com |
| Keith Murphy | |

| | |
|---|---|
| | on behalf of Defendant Mount Carmel Health System kmurphy@bakerlaw.com |
| Keith Murphy | |
| | on behalf of Creditor St. Joseph's University Medical Center Inc. kmurphy@bakerlaw.com |
| Keith Murphy | |
| | on behalf of Defendant The Mercy Hospital INc. kmurphy@bakerlaw.com |
| Keith Murphy | |
| | on behalf of Defendant St. Josephs Hospital Health Center kmurphy@bakerlaw.com |
| Kenneth L. Baum | |
| | on behalf of Creditor Clermont Holdings LLC kbaum@kenbaumdebtsolutions.com, ddipiazza@kenbaumdebtsolutions.com |
| Keri P. Ebeck | |
| | on behalf of Creditor Guttman Energy Inc. KEBECK@BERNSTEINLAW.COM, jbluemle@bernsteinlaw.com |
| Keri P. Ebeck | |
| | on behalf of Defendant American Asphalt Paving Co. KEBECK@BERNSTEINLAW.COM jbluemle@bernsteinlaw.com |
| Kevin Gordon McDonald | |
| | on behalf of Creditor VW Credit Leasing Ltd. kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Kevin Joseph Bloom | |
| | on behalf of Interested Party Mirabito Holdings Inc kbloom@hhk.com |
| Kevin M. Capuzzi | |
| | on behalf of Interested Party Amazon.com Services Inc., formerly Amazon Fulfillment Services, Inc. kcapuzzi@beneschlaw.com, debankruptcy@beneschlaw.com |
| Leah Eisenberg | |
| | on behalf of Defendant Regional Cancer Care Associates LLC leisenberg@foley.com, ekhatchatourian@foley.com;msmall@foley.com;leah-eisenberg-0344@ecf.pacerpro.com |
| Leonard R Boyer | |
| | on behalf of Creditor Nelson Vasquez lrbnjesq@gmail.com mcordova48890@aol.com |
| Louis A. Curcio | |
| | on behalf of Creditor Santander Bank N.A. louis.curcio@troutmansanders.com, John.Murphy@troutmansanders.com;jonathan.forstot@troutmansanders.com;david.pisciotta@troutmansanders.com |
| Louis A. Modugno | |
| | on behalf of Defendant Hudson Hospital OPCO LLC lmodugno@tm-firm.com kpatterson@mdmc-law.com;gbressler@mdmc-law.com |
| Louis A. Modugno | |
| | on behalf of Defendant IJKG OPCO LLC lmodugno@tm-firm.com kpatterson@mdmc-law.com;gbressler@mdmc-law.com |
| Louis A. Modugno | |
| | on behalf of Defendant HMH Hospitals Corporation lmodugno@tm-firm.com kpatterson@mdmc-law.com;gbressler@mdmc-law.com |
| Louis A. Modugno | |
| | on behalf of Defendant The Valley Hospital Inc. lmodugno@tm-firm.com, kpatterson@mdmc-law.com;gbressler@mdmc-law.com |
| Mark A. Platt | |
| | on behalf of Creditor Omnitracs LLC mplatt@fbtlaw.com |
| Mark B Conlan | |
| | on behalf of Defendant New England Motor Freight Inc., et al. mconlan@gibbonslaw.com |
| Mark B Conlan | |
| | on behalf of Debtor New England Motor Freight Inc. mconlan@gibbonslaw.com |
| Mark B Conlan | |
| | on behalf of Plaintiff New England Motor Freight Inc. mconlan@gibbonslaw.com |
| Mark D. Pfeiffer | |
| | on behalf of Defendant The Toledo Hospital mark.pfeiffer@bipc.com donna.curcio@bipc.com;sean.kenny@bipc.com |
| Mark D. Pfeiffer | |
| | on behalf of Defendant Westmoreland Hospital Association mark.pfeiffer@bipc.com donna.curcio@bipc.com;sean.kenny@bipc.com |
| Martha Baskett Chovanes | |
| | on behalf of Defendant Regional Cancer Care Associates LLC mchovanes@foxrothschild.com, rsolomon@foxrothschild.com;brian-oneill-fox-5537@ecf.pacerpro.com |
| Martha Baskett Chovanes | |
| | on behalf of Defendant Deborah Heart and Lung Center mchovanes@foxrothschild.com rsolomon@foxrothschild.com;brian-oneill-fox-5537@ecf.pacerpro.com |

Case 19-12809-JKS    Doc 1538    Filed 05/28/21    Entered 05/29/21 00:22:43    Desc
Imaged Certificate of Notice    Page 11 of 13

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 9 of 11 |
| Date Rcvd: May 26, 2021 | Form ID: pdf903 | Total Noticed: 8 |

| | |
|---|---|
| Mary E. Seymour | on behalf of Creditor Committee Official Committee Of Unsecured Creditors mseymour@lowenstein.com jkimble@lowenstein.com |
| Mary E. Seymour | on behalf of Attorney Lowenstein Sandler LLP mseymour@lowenstein.com jkimble@lowenstein.com |
| Melissa A. Pena | on behalf of Creditor Webster Capital Finance  Inc. mapena@norris-law.com, pfreda@nmmlaw.com |
| Michael Kwiatkowski | on behalf of Defendant Ports Petroleum Company  Inc. mkwiatkowski@cullenanddykman.com, mkwiatkowski@msek.com |
| Michael Papandrea | on behalf of Other Prof. Liquidating Trustee mpapandrea@lowenstein.com  dclaussen@lowenstein.com |
| Michael D. Sirota | on behalf of Interested Party Great Dane LLC msirota@coleschotz.com  fpisano@coleschotz.com |
| Michael R. Caruso | on behalf of Creditor Wells Fargo Equipment Finance  Inc. mcaruso@csglaw.com, ecf@csglaw.com |
| Morris S. Bauer | on behalf of Creditor East River Energy  Inc, msbauer@nmmlaw.com, rjacome@norris-law.com,relikens@nmmlaw.com,ddewey@norris-law.com |
| Noah Reiss | on behalf of Creditor Esmeralda Ramirez Reiss@lawyer1.com |
| Norman N Kinel | on behalf of Interested Party East West Bank norman.kinel@squirepb.com sarah.conley@squirepb.com,norman-kinel-4300@ecf.pacerpro.com |
| Peter M. Knob | on behalf of Creditor Capital One  N.A. pknob@mccarter.com, lrestivo@mccarter.com |
| Rachel A. Parisi | on behalf of Defendant Michelin North America  Inc. raparisi@pbnlaw.com, mpdermatis@pbnlaw.com;nvfuentes@pbnlaw.com;pnbalala@pbnlaw.com;cpmazza@pbnlaw.com;sakelly@pbnlaw.com;pnbalala@pbnlaw.com;KOAkuffo@pbnlaw.com |
| Rafael X Zahralddin-Aravena | on behalf of Creditor Committee Official Committee Of Unsecured Creditors rzahralddin@atllp.com rafael-zahralddin-4117@ecf.pacerpro.com |
| Raymond T. Lyons | on behalf of Defendant Regional Cancer Care Associates  LLC rlyons@foxrothschild.com, sdaroci@foxrothschild.com |
| Raymond T. Lyons | on behalf of Defendant Deborah Heart and Lung Center rlyons@foxrothschild.com  sdaroci@foxrothschild.com |
| Rebecca Ann Solarz | on behalf of Creditor VW Credit Leasing  Ltd rsolarz@kmllawgroup.com |
| Rene S. Roupinian | on behalf of Plaintiff Rich Richardson rsr@outtengolden.com |
| Rene S. Roupinian | on behalf of Plaintiff Alice Waters rsr@outtengolden.com |
| Richard Albuquerque | on behalf of Creditor MICHAEL SINGLEY richarda@djdlawyers.com |
| Richard G. Placey | on behalf of Defendant Morris Hospital rplacey@mmwr.com plorenz@mmwr.com;pat-lorenz-montgomery-mccracken-walker-rhoads-llp-7123@ecf.pacerpro.com |
| Richard S. Kanowitz | on behalf of Unknown Role Type Ad Hoc Group of Tort Claimants richard.kanowitz@haynesboone.com mklein@cooley.com;jindyke@cooley.com;efiling-notice@ecf.pacerpro.com |
| Richard W. Riley | on behalf of Plaintiff Kevin P. Clancy  solely in his capacity as the Liquidating Trustee rwriley@duanemorris.com |
| Rick Aaron Steinberg | on behalf of Defendant SAIA  INC. rsteinberg@pricemeese.com |
| Rick Aaron Steinberg | on behalf of Defendant SAIA Motor Freight Line LLC rsteinberg@pricemeese.com |
| Rick Aaron Steinberg | on behalf of Creditor TOTE Maritime rsteinberg@pricemeese.com |

Case 19-12809-JKS    Doc 1538    Filed 05/28/21    Entered 05/29/21 00:22:43    Desc
Imaged Certificate of Notice    Page 12 of 13

| District/off: 0312-2 | User: admin | Page 10 of 11 |
|---|---|---|
| Date Rcvd: May 26, 2021 | Form ID: pdf903 | Total Noticed: 8 |

| | |
|---|---|
| Robert A. Burke | on behalf of Defendant Jenny Munson Andress individually and as the Administratrix of the Estate of Herbert Andress rburke@macelree.com |
| Robert E. Nies | on behalf of Creditor Berkley Insurance Company rnies@csglaw.com |
| Robert K. Scheinbaum | on behalf of Defendant New Jersey Manufacturers Insurance Company a/s/o Phyllis A. Troy rscheinbaum@connellfoley.com |
| Robert K. Scheinbaum | on behalf of Creditor New Jersey Manufacturers rscheinbaum@connellfoley.com |
| Robert N. H. Christmas | on behalf of Interested Party Albany Medical Center Hospital rchristmas@nixonpeabody.com nyc.managing.clerk@nixonpeabody.com |
| Rona J. Rosen | on behalf of Creditor WARN Act Class Plaintiffs and Putative Class cbbutler@klehr.com cbbutler@klehr.com |
| Ryan Notarangelo | on behalf of Defendant Trinitas Regional Medical Center rnotarangelo@dughihewit.com |
| Sari Blair Placona | on behalf of Defendant Shauna Jones splacona@msbnj.com |
| Sari Blair Placona | on behalf of Creditor Shauna Jones splacona@msbnj.com |
| Sari Blair Placona | on behalf of Creditor Daryl & Kim Martin splacona@msbnj.com |
| Sari Blair Placona | on behalf of Defendant Jalil Waters and Rashida Carter splacona@msbnj.com |
| Sari Blair Placona | on behalf of Creditor Rasheeda Carter splacona@msbnj.com |
| Sari Blair Placona | on behalf of Creditor Interstate Towing Recovery Incorporated splacona@msbnj.com |
| Sari Blair Placona | on behalf of Creditor Mercedes Benz Financial Services USA LLC splacona@msbnj.com |
| Sari Blair Placona | on behalf of Defendant DARYL MARTIN AND KIM MARTIN splacona@msbnj.com |
| Sari Blair Placona | on behalf of Defendant Talley Petroleum Enterprises Inc. splacona@msbnj.com |
| Sari Blair Placona | on behalf of Creditor Jalil Walters splacona@msbnj.com |
| Scott J. Freedman | on behalf of Creditor New Jersey Manufacturers sfreedman@dilworthlaw.com |
| Scott J. Freedman | on behalf of Creditor Corcentric LLC sfreedman@dilworthlaw.com |
| Scott J. Goldstein | on behalf of Creditor Melinda Londos sjg@sgoldsteinlaw.com cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;G31979@notify.cincompass.com |
| Scott M Palatucci | on behalf of Defendant HMH Hospitals Corporation spalatucci@tm-firm.com |
| Scott M Palatucci | on behalf of Defendant The Valley Hospital Inc. spalatucci@tm-firm.com |
| Scott M Palatucci | on behalf of Defendant IJKG OPCO LLC spalatucci@tm-firm.com |
| Scott M Palatucci | on behalf of Defendant Hudson Hospital OPCO LLC spalatucci@tm-firm.com |
| Scott W Lichtenstein | on behalf of Creditor Berkley Insurance Company slichtenstein@csglaw.com |
| Seoung Y. Lim | on behalf of Creditor Pantos USA Inc. joshualim@kcllawfirm.com, denisemoreno@kcllawfirm.com,seankwak@kcllawfirm.com,jpark@kcllawfirm.com |
| Sheila Calello | |

Case 19-12809-JKS    Doc 1538    Filed 05/28/21    Entered 05/29/21 00:22:43    Desc
Imaged Certificate of Notice    Page 13 of 13

| District/off: 0312-2 | User: admin | Page 11 of 11 |
|---|---|---|
| Date Rcvd: May 26, 2021 | Form ID: pdf903 | Total Noticed: 8 |

|  |  |
|---|---|
|  | on behalf of Defendant Electric Insurance Company scalello@mccarter.com |
| Stephanie L. Jonaitis | on behalf of Defendant St. Barnabas Medical Center stephanie.jonaitis@troutman.com  balaa@pepperlaw.com |
| Stephanie L. Jonaitis | on behalf of Defendant Newark Beth Israel Medical Center stephanie.jonaitis@troutman.com  balaa@pepperlaw.com |
| Stephanie L. Jonaitis | on behalf of Defendant Robert Wood Johnson University Hospital at Rahway stephanie.jonaitis@troutman.com balaa@pepperlaw.com |
| Stephanie L. Jonaitis | on behalf of Defendant Robert Wood Johnson University Hospital stephanie.jonaitis@troutman.com  balaa@pepperlaw.com |
| Stephen B. Ravin | on behalf of Creditor Riggins  Inc. sravin@saul.com, jgillman@saul.com |
| Stephen B. Ravin | on behalf of Defendant Riggins  Inc. sravin@saul.com, jgillman@saul.com |
| Steven J. Mitnick | on behalf of Plaintiff Kevin P. Clancy smitnick@sm-lawpc.com  lindsay@sm-lawpc.com |
| Steven J. Mitnick | on behalf of Plaintiff Kevin P. Clancy  solely in his capacity as the Liquidating Trustee smitnick@sm-lawpc.com, lindsay@sm-lawpc.com |
| Travis Graga | on behalf of Creditor Steven Ross tgraga@kbtlaw.com akelly@kbtlaw.com;wsheridan@kbtlaw.com;saudino@kbtlaw.com;pschenke@kbtlaw.com |
| Travis Graga | on behalf of Defendant BSP Trans  Inc. tgraga@kbtlaw.com, akelly@kbtlaw.com;wsheridan@kbtlaw.com;saudino@kbtlaw.com;pschenke@kbtlaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Virginia T. Shea | on behalf of Creditor VFS US LLC vshea@mdmc-law.com mtaranto@mdmc-law.com;kpatterson@mdmc-law.com;gbressler@mdmc-law.com;lmodugno@mdmc-law.com |
| Virginia T. Shea | on behalf of Creditor Volvo Financial vshea@mdmc-law.com mtaranto@mdmc-law.com;kpatterson@mdmc-law.com;gbressler@mdmc-law.com;lmodugno@mdmc-law.com |
| Warren Scott Gottlieb | on behalf of Defendant Consolidated Edison Company of New York  Inc. wgottlieb@golawllp.com |
| William Hahn | on behalf of Defendant GEICO V DAVID WOOD ET AL TANGO DICKINSON LORENZO MCDERMOTT ET AL whahn@tdlmm.com |
| William Hahn | on behalf of Creditor Geico whahn@tdlmm.com |

TOTAL: 250