UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

THE KELLY FIRM, P.C.
Andrew J. Kelly, Esq.
Travis R. Graga, Esq.
1011 Highway 71, Suite 200
Spring Lake, New Jersey 07762
(732) 449-0525
Attorneys for Steven Ross

| | |
|---|---|
| In Re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC.,<br><br>       Debtor. | Case No.:   19-12809<br><br>Chapter:   11<br><br>Hearing Date: June 1, 2021<br><br>Judge:  John K. Sherwood |

### ADJOURNMENT REQUEST

1.  I, Travis R. Graga ,

   ☒  am the attorney for: Steven Ross ,

   ☐  am self represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter: Motion to Participate in Auto Liability Claims Protocol

   Current hearing date and time: June 1, 2021 at 10:00 a.m.

   New date requested: June 15, 2021 at 10:00 a.m.

   Reason for adjournment request: Mr. Ross seeks to adjourn the hearing in order to allow

   for further settlement discussion.

2.  Consent to adjournment:

   ☒  I have the consent of all parties.  ☐  I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: May 27, 2021          /s/ Travis R. Graga
                  Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted                     New hearing date: ___June 15, 2021 @10:00 am___          ☐ Peremptory

☐ Granted over objection(s)   New hearing date: _____          ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

2

*new.8/1/15*