## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC., *et al.*, | Case No. 19-12809 (JKS) |
| Debtors.[1] | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                         )  ss:
COUNTY OF KINGS      )

I, Winnie Yeung, declare:

1.    I am over the age of 18 years and not a party to these chapter 11 cases.

2.    I am employed by Donlin, Recano & Company, Inc., ("DRC"), 6201 15th Avenue, Brooklyn, NY 11219.

3.    On the 1st day of June, 2021, DRC, at my direction and under my supervision, caused to serve the "Notice of Liquidating Trustee's Sixth Omnibus Objection to Certain Employee Warn Act Claims" (Docket No. 1540), along with each of the Personalized Notice of Objection to indicate the name and address respective of the claimant's claim(s) subject to objection as set forth on Exhibit 1, via First Class U.S. Mail upon the parties as set forth on Exhibit 2, attached hereto.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC (4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMF Logistics, LLC (4666).

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 2nd day of June, 2021, Brooklyn, New York.

By _____
Winnie Yeung

Sworn before me this
2nd day of June, 2021

_____
Notary Public

SUNG JAE KIM
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01KI6211176
MY COMM. EXP. SEPTEMBER 14, 2021

NEMF00242

.

# EXHIBIT 1

**LOWENSTEIN SANDLER LLP**
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

<div align="center">

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

</div>

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: July 6, 2021 at 10:00 a.m. (ET)**<br>**Objection Deadline: June 29, 2021 at 4:00 p.m. (ET)** |

<div align="center">

**NOTICE OF OBJECTION TO YOUR CLAIM**

</div>

TO:

> AARON DIPASQUA
> 202 TOURNAMENT CIR
> NORTH EAST, MD 21901

On June 1, 2021, the Debtors filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
06/01/2021 205967891.1

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **June 29, 2021 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **July 6, 2021 at 10:00 a.m. (ET)**[3]**.**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3]    For information regarding telephonic appearances, please visit the Court's website at: http://www.njb.uscourts.gov/judges-info/honorable-john-k-sherwood.

**LOWENSTEIN SANDLER LLP**
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

<div align="center">

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

</div>

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: July 6, 2021 at 10:00 a.m. (ET)**<br>**Objection Deadline: June 29, 2021 at 4:00 p.m. (ET)** |

<div align="center">

**NOTICE OF OBJECTION TO YOUR CLAIM**

</div>

TO:

BYRON GIDDINS
933 N ROSEDALE ST
BALTIMORE, MD 21216

On June 1, 2021, the Debtors filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
06/01/2021 205967891.1

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **June 29, 2021 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **July 6, 2021 at 10:00 a.m. (ET)**[3].

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3]   For information regarding telephonic appearances, please visit the Court's website at: http://www.njb.uscourts.gov/judges-info/honorable-john-k-sherwood.

**LOWENSTEIN SANDLER LLP**
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

<div align="center">

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

</div>

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: July 6, 2021 at 10:00 a.m. (ET)** **Objection Deadline: June 29, 2021 at 4:00 p.m. (ET)** |

<div align="center">

**NOTICE OF OBJECTION TO YOUR CLAIM**

</div>

TO:

    CAMERON DIPERNA
    121 STATION ST
    HERMINIE, PA 15637

On June 1, 2021, the Debtors filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **June 29, 2021 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **July 6, 2021 at 10:00 a.m. (ET)**[3]**.**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3]   For information regarding telephonic appearances, please visit the Court's website at: http://www.njb.uscourts.gov/judges-info/honorable-john-k-sherwood.

**LOWENSTEIN SANDLER LLP**
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

<div align="center">

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

</div>

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: July 6, 2021 at 10:00 a.m. (ET)**<br>**Objection Deadline: June 29, 2021 at 4:00 p.m. (ET)** |

<div align="center">

**NOTICE OF OBJECTION TO YOUR CLAIM**

</div>

TO:

    DANIEL DESANTIS
    69 WEATHERLY PL
    MONTGOMERY, NY 12549

On June 1, 2021, the Debtors filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
06/01/2021 205967891.1

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **June 29, 2021 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **July 6, 2021 at 10:00 a.m. (ET)**[3]**.**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3]    For information regarding telephonic appearances, please visit the Court's website at: http://www.njb.uscourts.gov/judges-info/honorable-john-k-sherwood.

**LOWENSTEIN SANDLER LLP**
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: July 6, 2021 at 10:00 a.m. (ET)** |
| | **Objection Deadline: June 29, 2021 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:

DAVID HILLMAN
8113 PHEASANT RUN
FOGELSVILLE, PA 18051

On June 1, 2021, the Debtors filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
06/01/2021 205967891.1

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **June 29, 2021 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **July 6, 2021 at 10:00 a.m. (ET)**[3]**.**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3]    For information regarding telephonic appearances, please visit the Court's website at: http://www.njb.uscourts.gov/judges-info/honorable-john-k-sherwood.

**LOWENSTEIN SANDLER LLP**
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

<div align="center">

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

</div>

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: July 6, 2021 at 10:00 a.m. (ET)**<br>**Objection Deadline: June 29, 2021 at 4:00 p.m. (ET)** |

<div align="center">

**NOTICE OF OBJECTION TO YOUR CLAIM**

</div>

TO:

EDWARD PAVLICH JR
19 ERIE ST
PORT JERVIS, NY 12771

On June 1, 2021, the Debtors filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
06/01/2021 205967891.1

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **June 29, 2021 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **July 6, 2021 at 10:00 a.m. (ET)**[3]**.**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3]    For information regarding telephonic appearances, please visit the Court's website at: http://www.njb.uscourts.gov/judges-info/honorable-john-k-sherwood.

**LOWENSTEIN SANDLER LLP**
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: July 6, 2021 at 10:00 a.m. (ET)** **Objection Deadline: June 29, 2021 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:

EMANUEL JESUS
58 BROOKSIDE AVE
NORTH PROVIDENCE, RI 02911

On June 1, 2021, the Debtors filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC (4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **June 29, 2021 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **July 6, 2021 at 10:00 a.m. (ET)**[3]**.**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3]    For information regarding telephonic appearances, please visit the Court's website at: http://www.njb.uscourts.gov/judges-info/honorable-john-k-sherwood.

**LOWENSTEIN SANDLER LLP**
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

<div align="center">

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

</div>

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: July 6, 2021 at 10:00 a.m. (ET)**<br>**Objection Deadline: June 29, 2021 at 4:00 p.m. (ET)** |

<div align="center">

**NOTICE OF OBJECTION TO YOUR CLAIM**

</div>

TO:

> FREDY ROLDAN
> 155 CRANSTON ST
> APT G28
> PROVIDENCE, RI 02907

On June 1, 2021, the Debtors filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
06/01/2021 205967891.1

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **June 29, 2021 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. ([jdipasquale@lowenstein.com](mailto:jdipasquale@lowenstein.com)), Michael Papandrea, Esq. ([mpapandrea@lowenstein.com](mailto:mpapandrea@lowenstein.com)), and John P. Schneider, Esq. ([jschneider@lowenstein.com](mailto:jschneider@lowenstein.com)).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **July 6, 2021 at 10:00 a.m. (ET)**[3]**.**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3]   For information regarding telephonic appearances, please visit the Court's website at: [http://www.njb.uscourts.gov/judges-info/honorable-john-k-sherwood](http://www.njb.uscourts.gov/judges-info/honorable-john-k-sherwood).

**LOWENSTEIN SANDLER LLP**
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

<div align="center">

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

</div>

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: July 6, 2021 at 10:00 a.m. (ET)** **Objection Deadline: June 29, 2021 at 4:00 p.m. (ET)** |

<div align="center">

**NOTICE OF OBJECTION TO YOUR CLAIM**

</div>

TO:

HECTOR DEJESUS
2285 MARSH HAWK LN
FLEMING ISLAND, FL 32003

On June 1, 2021, the Debtors filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
06/01/2021 205967891.1

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **June 29, 2021 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **July 6, 2021 at 10:00 a.m. (ET)**[3].

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3]   For information regarding telephonic appearances, please visit the Court's website at: http://www.njb.uscourts.gov/judges-info/honorable-john-k-sherwood.

**LOWENSTEIN SANDLER LLP**
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

<div align="center">

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

</div>

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: July 6, 2021 at 10:00 a.m. (ET)**<br>**Objection Deadline: June 29, 2021 at 4:00 p.m. (ET)** |

<div align="center">

**NOTICE OF OBJECTION TO YOUR CLAIM**

</div>

TO:

  JACK JEFFREY
  146 HOLLY LYNN DR
  HAZEL TWP, PA 18202

On June 1, 2021, the Debtors filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **June 29, 2021 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **July 6, 2021 at 10:00 a.m. (ET)**[3]**.**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3]   For information regarding telephonic appearances, please visit the Court's website at: http://www.njb.uscourts.gov/judges-info/honorable-john-k-sherwood.

**LOWENSTEIN SANDLER LLP**
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

<div align="center">

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

</div>

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: July 6, 2021 at 10:00 a.m. (ET)**<br>**Objection Deadline: June 29, 2021 at 4:00 p.m. (ET)** |

<div align="center">

**NOTICE OF OBJECTION TO YOUR CLAIM**

</div>

TO:

JEAN AMADO
56 WILLIAMS AVE
EAST PROVIDENCE, RI 02914

On June 1, 2021, the Debtors filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
06/01/2021 205967891.1

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **June 29, 2021 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. ([jdipasquale@lowenstein.com](mailto:jdipasquale@lowenstein.com)), Michael Papandrea, Esq. ([mpapandrea@lowenstein.com](mailto:mpapandrea@lowenstein.com)), and John P. Schneider, Esq. ([jschneider@lowenstein.com](mailto:jschneider@lowenstein.com)).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **July 6, 2021 at 10:00 a.m. (ET)**[3]**.**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3]    For information regarding telephonic appearances, please visit the Court's website at: [http://www.njb.uscourts.gov/judges-info/honorable-john-k-sherwood](http://www.njb.uscourts.gov/judges-info/honorable-john-k-sherwood).

**LOWENSTEIN SANDLER LLP**
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: July 6, 2021 at 10:00 a.m. (ET)** **Objection Deadline: June 29, 2021 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:

JIVIN L MOORE
JIVIN L MOORE
JIVIN MOORE
906 UNION ST APT 1
MCKEESPORT, PA 15132

On June 1, 2021, the Debtors filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
06/01/2021 205967891.1

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **June 29, 2021 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **July 6, 2021 at 10:00 a.m. (ET)**[3]**.**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3] For information regarding telephonic appearances, please visit the Court's website at: http://www.njb.uscourts.gov/judges-info/honorable-john-k-sherwood.

**LOWENSTEIN SANDLER LLP**
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

<div align="center">

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

</div>

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: July 6, 2021 at 10:00 a.m. (ET)**<br>**Objection Deadline: June 29, 2021 at 4:00 p.m. (ET)** |

<div align="center">

**NOTICE OF OBJECTION TO YOUR CLAIM**

</div>

TO:

JOHN SELF
52 DAY AVE
WESTFIELD, MA 01085

On June 1, 2021, the Debtors filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **June 29, 2021 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **July 6, 2021 at 10:00 a.m. (ET)**[3]**.**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3]   For information regarding telephonic appearances, please visit the Court's website at: http://www.njb.uscourts.gov/judges-info/honorable-john-k-sherwood.

**LOWENSTEIN SANDLER LLP**
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

<div align="center">

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

</div>

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: July 6, 2021 at 10:00 a.m. (ET)**<br>**Objection Deadline: June 29, 2021 at 4:00 p.m. (ET)** |

<div align="center">

**NOTICE OF OBJECTION TO YOUR CLAIM**

</div>

TO:

JOSEPH GAJDA
88 MT PLEASANT AVE
DOVER, NJ 07801

On June 1, 2021, the Debtors filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **June 29, 2021 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **July 6, 2021 at 10:00 a.m. (ET)**[3]**.**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3]  For information regarding telephonic appearances, please visit the Court's website at: http://www.njb.uscourts.gov/judges-info/honorable-john-k-sherwood.

**LOWENSTEIN SANDLER LLP**
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: July 6, 2021 at 10:00 a.m. (ET)**<br>**Objection Deadline: June 29, 2021 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:

KYRSTIN TREASTER
838 LIMEKILN RD
NEW CUMBERLAND, PA 17070

On June 1, 2021, the Debtors filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **June 29, 2021 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **July 6, 2021 at 10:00 a.m. (ET)**[3]**.**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3]    For information regarding telephonic appearances, please visit the Court's website at: http://www.njb.uscourts.gov/judges-info/honorable-john-k-sherwood.

**LOWENSTEIN SANDLER LLP**
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

<div align="center">

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

</div>

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC., et al.[1]<br><br><div align="center">Debtors.</div> | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: July 6, 2021 at 10:00 a.m. (ET)**<br>**Objection Deadline: June 29, 2021 at 4:00 p.m. (ET)** |

<div align="center">

**NOTICE OF OBJECTION TO YOUR CLAIM**

</div>

TO:

LARRY KOCHER
254 N 2ND ST
LEHIGHTON, PA 18235

On June 1, 2021, the Debtors filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
06/01/2021 205967891.1

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **June 29, 2021 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **July 6, 2021 at 10:00 a.m. (ET)**[3]**.**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3]   For information regarding telephonic appearances, please visit the Court's website at: http://www.njb.uscourts.gov/judges-info/honorable-john-k-sherwood.

**LOWENSTEIN SANDLER LLP**
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

<div align="center">

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

</div>

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: July 6, 2021 at 10:00 a.m. (ET)**<br>**Objection Deadline: June 29, 2021 at 4:00 p.m. (ET)** |

<div align="center">

**NOTICE OF OBJECTION TO YOUR CLAIM**

</div>

TO:

    MARK VISOCKIS
    3525 N DWIGHT RD
    MORRIS, IL 60450

On June 1, 2021, the Debtors filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
06/01/2021 205967891.1

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **June 29, 2021 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **July 6, 2021 at 10:00 a.m. (ET)**[3]**.**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3]  For information regarding telephonic appearances, please visit the Court's website at: http://www.njb.uscourts.gov/judges-info/honorable-john-k-sherwood.

**LOWENSTEIN SANDLER LLP**
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC,<br>et al.[1]<br><br><div align=center>Debtors.</div> | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: July 6, 2021 at 10:00 a.m. (ET)**<br>**Objection Deadline: June 29, 2021 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:

MARYANN MEDAL
2 BOUNDARY AVE
NORTH MASSAPEQUA, NY 11758

On June 1, 2021, the Debtors filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC (4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **June 29, 2021 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **July 6, 2021 at 10:00 a.m. (ET)**[3]**.**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3]    For information regarding telephonic appearances, please visit the Court's website at: http://www.njb.uscourts.gov/judges-info/honorable-john-k-sherwood.

**LOWENSTEIN SANDLER LLP**
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

<div align="center">

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

</div>

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: July 6, 2021 at 10:00 a.m. (ET)**<br>**Objection Deadline: June 29, 2021 at 4:00 p.m. (ET)** |

<div align="center">

**NOTICE OF OBJECTION TO YOUR CLAIM**

</div>

TO:

MICHAEL PALMIOTTI
6 BURLINGHAM RD
PINE BUSH, NY 12566

On June 1, 2021, the Debtors filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
06/01/2021 205967891.1

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **June 29, 2021 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **July 6, 2021 at 10:00 a.m. (ET)**[3].

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3]   For information regarding telephonic appearances, please visit the Court's website at: http://www.njb.uscourts.gov/judges-info/honorable-john-k-sherwood.

**LOWENSTEIN SANDLER LLP**
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: July 6, 2021 at 10:00 a.m. (ET)** **Objection Deadline: June 29, 2021 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:

MICHAEL STUEHLER
156 W 4TH AVE
ROSELLE, NJ 07203

On June 1, 2021, the Debtors filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
06/01/2021 205967891.1

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **June 29, 2021 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **July 6, 2021 at 10:00 a.m. (ET)**[3]**.**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3]   For information regarding telephonic appearances, please visit the Court's website at: http://www.njb.uscourts.gov/judges-info/honorable-john-k-sherwood.

**LOWENSTEIN SANDLER LLP**
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

<div align="center">

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

</div>

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: July 6, 2021 at 10:00 a.m. (ET)** **Objection Deadline: June 29, 2021 at 4:00 p.m. (ET)** |

<div align="center">

**NOTICE OF OBJECTION TO YOUR CLAIM**

</div>

TO:

NATHAN MOULTON
262 SWEET ACRES DR
ROCHESTER, NY 14612

On June 1, 2021, the Debtors filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
06/01/2021 205967891.1

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **June 29, 2021 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **July 6, 2021 at 10:00 a.m. (ET)**[3]**.**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3]  For information regarding telephonic appearances, please visit the Court's website at: http://www.njb.uscourts.gov/judges-info/honorable-john-k-sherwood.

**LOWENSTEIN SANDLER LLP**
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: July 6, 2021 at 10:00 a.m. (ET)**<br>**Objection Deadline: June 29, 2021 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:

NICOLE DELLIGATTI
1269 MIDDLETOWN RD
GREENSBURG, PA 15601

On June 1, 2021, the Debtors filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
06/01/2021 205967891.1

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **June 29, 2021 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **July 6, 2021 at 10:00 a.m. (ET)**[3]**.**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3]   For information regarding telephonic appearances, please visit the Court's website at: http://www.njb.uscourts.gov/judges-info/honorable-john-k-sherwood.

**LOWENSTEIN SANDLER LLP**
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: July 6, 2021 at 10:00 a.m. (ET)** **Objection Deadline: June 29, 2021 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:

PAUL SIRAGUSA
30 ROOSEVELT PL
STONY POINT, NY 10980

On June 1, 2021, the Debtors filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **June 29, 2021 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **July 6, 2021 at 10:00 a.m. (ET)**[3]**.**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3]   For information regarding telephonic appearances, please visit the Court's website at: http://www.njb.uscourts.gov/judges-info/honorable-john-k-sherwood.

**LOWENSTEIN SANDLER LLP**
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

<div align="center">

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

</div>

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: July 6, 2021 at 10:00 a.m. (ET)**<br>**Objection Deadline: June 29, 2021 at 4:00 p.m. (ET)** |

<div align="center">

**NOTICE OF OBJECTION TO YOUR CLAIM**

</div>

TO:

    PERCY L MOSLEY
    717 WASHINGTON AVE
    LINDEN, NJ 07036

On June 1, 2021, the Debtors filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **June 29, 2021 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **July 6, 2021 at 10:00 a.m. (ET)**[3]**.**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3]    For information regarding telephonic appearances, please visit the Court's website at: http://www.njb.uscourts.gov/judges-info/honorable-john-k-sherwood.

**LOWENSTEIN SANDLER LLP**
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: July 6, 2021 at 10:00 a.m. (ET)** **Objection Deadline: June 29, 2021 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:

REGINA PEYTON
3134 RAWLE ST
PHILADELPHIA, PA 19149

On June 1, 2021, the Debtors filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
06/01/2021 205967891.1

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **June 29, 2021 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. ([jdipasquale@lowenstein.com](mailto:jdipasquale@lowenstein.com)), Michael Papandrea, Esq. ([mpapandrea@lowenstein.com](mailto:mpapandrea@lowenstein.com)), and John P. Schneider, Esq. ([jschneider@lowenstein.com](mailto:jschneider@lowenstein.com)).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **July 6, 2021 at 10:00 a.m. (ET)[3].**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3]  For information regarding telephonic appearances, please visit the Court's website at: [http://www.njb.uscourts.gov/judges-info/honorable-john-k-sherwood](http://www.njb.uscourts.gov/judges-info/honorable-john-k-sherwood).

**LOWENSTEIN SANDLER LLP**
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

<div align="center">

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

</div>

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: July 6, 2021 at 10:00 a.m. (ET)** **Objection Deadline: June 29, 2021 at 4:00 p.m. (ET)** |

<div align="center">

**NOTICE OF OBJECTION TO YOUR CLAIM**

</div>

TO:

REGINALD STUCKEY
40 HARRIET ST
PROVIDENCE, RI 02905

On June 1, 2021, the Debtors filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
06/01/2021 205967891.1

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **June 29, 2021 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **July 6, 2021 at 10:00 a.m. (ET)**[3]**.**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3]    For information regarding telephonic appearances, please visit the Court's website at: http://www.njb.uscourts.gov/judges-info/honorable-john-k-sherwood.

**LOWENSTEIN SANDLER LLP**
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

<div align="center">

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

</div>

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: July 6, 2021 at 10:00 a.m. (ET)**<br>**Objection Deadline: June 29, 2021 at 4:00 p.m. (ET)** |

<div align="center">

**NOTICE OF OBJECTION TO YOUR CLAIM**

</div>

TO:

RHONDA BERARDI
257 GREENWICH AVE
PAULSBORO, NJ 08066

On June 1, 2021, the Debtors filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
06/01/2021 205967891.1

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **June 29, 2021 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **July 6, 2021 at 10:00 a.m. (ET)[3].**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3]  For information regarding telephonic appearances, please visit the Court's website at: http://www.njb.uscourts.gov/judges-info/honorable-john-k-sherwood.

**LOWENSTEIN SANDLER LLP**
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

<div align="center">

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

</div>

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: July 6, 2021 at 10:00 a.m. (ET)**<br>**Objection Deadline: June 29, 2021 at 4:00 p.m. (ET)** |

<div align="center">

**NOTICE OF OBJECTION TO YOUR CLAIM**

</div>

TO:

ROBERT CHYNOWETH
7 IRONOAK CT
NORTH EAST, MD 21901

On June 1, 2021, the Debtors filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **June 29, 2021 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **July 6, 2021 at 10:00 a.m. (ET)**[3]**.**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3]  For information regarding telephonic appearances, please visit the Court's website at: http://www.njb.uscourts.gov/judges-info/honorable-john-k-sherwood.

**LOWENSTEIN SANDLER LLP**
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: July 6, 2021 at 10:00 a.m. (ET)** **Objection Deadline: June 29, 2021 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:

RYAN WELLINGTON
112 BOUQUET ST
HOMESTEAD, PA 15120

On June 1, 2021, the Debtors filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
06/01/2021 205967891.1

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **June 29, 2021 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **July 6, 2021 at 10:00 a.m. (ET)**[3]**.**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3]  For information regarding telephonic appearances, please visit the Court's website at: http://www.njb.uscourts.gov/judges-info/honorable-john-k-sherwood.

**LOWENSTEIN SANDLER LLP**
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

<div align="center">

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

</div>

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: July 6, 2021 at 10:00 a.m. (ET)** **Objection Deadline: June 29, 2021 at 4:00 p.m. (ET)** |

<div align="center">

**NOTICE OF OBJECTION TO YOUR CLAIM**

</div>

TO:

SCOTT BRAZEAU
314 WEST SHORE RD
WARWICK, RI 02889

On June 1, 2021, the Debtors filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
06/01/2021 205967891.1

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **June 29, 2021 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **July 6, 2021 at 10:00 a.m. (ET)**[3]**.**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3]    For information regarding telephonic appearances, please visit the Court's website at: http://www.njb.uscourts.gov/judges-info/honorable-john-k-sherwood.

**LOWENSTEIN SANDLER LLP**
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: July 6, 2021 at 10:00 a.m. (ET)** **Objection Deadline: June 29, 2021 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:

SHERMAN ADKINS
721 N 9TH ST
CAMDEN, NJ 08102

On June 1, 2021, the Debtors filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
06/01/2021 205967891.1

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **June 29, 2021 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **July 6, 2021 at 10:00 a.m. (ET)**[3]**.**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3]  For information regarding telephonic appearances, please visit the Court's website at: http://www.njb.uscourts.gov/judges-info/honorable-john-k-sherwood.

**LOWENSTEIN SANDLER LLP**
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

<div align="center">

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

</div>

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: July 6, 2021 at 10:00 a.m. (ET)**<br>**Objection Deadline: June 29, 2021 at 4:00 p.m. (ET)** |

<div align="center">

**NOTICE OF OBJECTION TO YOUR CLAIM**

</div>

TO:

STACY BUCHANAN
2739 YARNALL RD
HALETHORPE, MD 21227

On June 1, 2021, the Debtors filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **June 29, 2021 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **July 6, 2021 at 10:00 a.m. (ET)**[3]**.**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3]   For information regarding telephonic appearances, please visit the Court's website at: http://www.njb.uscourts.gov/judges-info/honorable-john-k-sherwood.

**LOWENSTEIN SANDLER LLP**
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

<div align="center">

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

</div>

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: July 6, 2021 at 10:00 a.m. (ET)** **Objection Deadline: June 29, 2021 at 4:00 p.m. (ET)** |

<div align="center">

**NOTICE OF OBJECTION TO YOUR CLAIM**

</div>

TO:

    STANISLAW CHOJNACKI
    ANNA CHOJNACKI
    249 PIERRE AVE
    GARFIELD, NJ 07026

On June 1, 2021, the Debtors filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
06/01/2021 205967891.1

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **June 29, 2021 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **July 6, 2021 at 10:00 a.m. (ET)**[3]**.**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3]   For information regarding telephonic appearances, please visit the Court's website at: http://www.njb.uscourts.gov/judges-info/honorable-john-k-sherwood.

**LOWENSTEIN SANDLER LLP**
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: July 6, 2021 at 10:00 a.m. (ET)**<br>**Objection Deadline: June 29, 2021 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:

STANLEY IMBODEN
2246 NORTH POINT DR
YORK, PA 17402

On June 1, 2021, the Debtors filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
06/01/2021 205967891.1

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **June 29, 2021 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. ([jdipasquale@lowenstein.com](mailto:jdipasquale@lowenstein.com)), Michael Papandrea, Esq. ([mpapandrea@lowenstein.com](mailto:mpapandrea@lowenstein.com)), and John P. Schneider, Esq. ([jschneider@lowenstein.com](mailto:jschneider@lowenstein.com)).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **July 6, 2021 at 10:00 a.m. (ET)**[3].

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3] For information regarding telephonic appearances, please visit the Court's website at: [http://www.njb.uscourts.gov/judges-info/honorable-john-k-sherwood](http://www.njb.uscourts.gov/judges-info/honorable-john-k-sherwood).

**LOWENSTEIN SANDLER LLP**
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

<div align="center">

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

</div>

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: July 6, 2021 at 10:00 a.m. (ET)**<br>**Objection Deadline: June 29, 2021 at 4:00 p.m. (ET)** |

<div align="center">

**NOTICE OF OBJECTION TO YOUR CLAIM**

</div>

TO:

TODD SANDIN
509 8TH AVE
SUTERSVILLE, PA 15083

On June 1, 2021, the Debtors filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
06/01/2021 205967891.1

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **June 29, 2021 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **July 6, 2021 at 10:00 a.m. (ET)**[3]**.**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3]   For information regarding telephonic appearances, please visit the Court's website at: http://www.njb.uscourts.gov/judges-info/honorable-john-k-sherwood.

# EXHIBIT 2

New England Motor Freight, Inc., et al.
**Exhibit Pages**

003533P001-1413A-242
SHERMAN ADKINS
ADDRESS INTENTIONALLY OMITTED

001973P001-1413A-242
JEAN AMADO
ADDRESS INTENTIONALLY OMITTED

003486P001-1413A-242
RHONDA BERARDI
ADDRESS INTENTIONALLY OMITTED

000877P001-1413A-242
SCOTT BRAZEAU
ADDRESS INTENTIONALLY OMITTED

044359P003-1413A-242
STACY BUCHANAN
2739 YARNALL RD
HALETHORPE MD 21227

001216P002-1413A-242
STANISLAW CHOJNACKI
ANNA CHOJNACKI
ADDRESS INTENTIONALLY OMITTED

044417P002-1413A-242
ROBERT CHYNOWETH
7 IRONOAK CT
NORTH EAST MD 21901

044397P004-1413A-242
HECTOR DEJESUS
2285 MARSH HAWK LN
FLEMING ISLAND FL 32003

008750P001-1413A-242
NICOLE DELLIGATTI
ADDRESS INTENTIONALLY OMITTED

001560P001-1413A-242
DANIEL DESANTIS
ADDRESS INTENTIONALLY OMITTED

044379P002-1413A-242
AARON DIPASQUA
202 TOURNAMENT CIR
NORTH EAST MD 21901

002587P001-1413A-242
CAMERON DIPERNA
ADDRESS INTENTIONALLY OMITTED

044404P002-1413A-242
JOSEPH GAJDA
88 MT PLEASANT AVE
DOVER NJ 07801

044384P003-1413A-242
BYRON GIDDINS
933 N ROSEDALE ST
BALTIMORE MD 21216

000759P001-1413A-242
DAVID HILLMAN
ADDRESS INTENTIONALLY OMITTED

001061P002-1413A-242
STANLEY IMBODEN
ADDRESS INTENTIONALLY OMITTED

044447P002-1413A-242
JACK JEFFREY
146 HOLLY LYNN DR
HAZEL TWP PA 18202

044390P003-1413A-242
EMANUEL JESUS
58 BROOKSIDE AVE
NORTH PROVIDENCE RI 02911

044296P003-1413A-242
EDWARD PAVLICH JR
19 ERIE ST
PORT JERVIS NY 12771

001890P002-1413A-242
LARRY KOCHER
ADDRESS INTENTIONALLY OMITTED

000951P001-1413A-242
MARYANN MEDAL
ADDRESS INTENTIONALLY OMITTED

044402P002-1413A-242
JIVIN L MOORE
JIVIN L MOORE
JIVIN MOORE
906 UNION ST APT 1
MCKEESPORT PA 15132

021235P002-1413A-242
PERCY L MOSLEY
ADDRESS INTENTIONALLY OMITTED

044331P002-1413A-242
NATHAN MOULTON
262 SWEET ACRES DR
ROCHESTER NY 14612

001194P001-1413A-242
MICHAEL PALMIOTTI
ADDRESS INTENTIONALLY OMITTED

001650P001-1413A-242
REGINA PEYTON
ADDRESS INTENTIONALLY OMITTED

000791P001-1413A-242
FREDY ROLDAN
ADDRESS INTENTIONALLY OMITTED

001824P001-1413A-242
TODD SANDIN
ADDRESS INTENTIONALLY OMITTED

New England Motor Freight, Inc., et al.
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 006459P001-1413A-242 | 000961P001-1413A-242 | 002072P001-1413A-242 | 000405P001-1413A-242 |
| JOHN SELF | PAUL SIRAGUSA | REGINALD STUCKEY | MICHAEL STUEHLER |
| ADDRESS INTENTIONALLY OMITTED | ADDRESS INTENTIONALLY OMITTED | ADDRESS INTENTIONALLY OMITTED | ADDRESS INTENTIONALLY OMITTED |
| | | | |
| 044353P003-1413A-242 | 003226P001-1413A-242 | 044497P002-1413A-242 | |
| KYRSTIN TREASTER | MARK VISOCKIS | RYAN WELLINGTON | |
| 838 LIMEKILN RD | ADDRESS INTENTIONALLY OMITTED | 112 BOUQUET ST | |
| NEW CUMBERLAND PA 17070 | | HOMESTEAD PA 15120 | |

Records Printed :  **35**