## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC., *et al.*, | Case No. 19-12809 (JKS) |
| Debtors.[1] | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                    )  ss:
COUNTY OF KINGS      )

I, Winnie Yeung, declare:

1.    I am over the age of 18 years and not a party to these chapter 11 cases.

2.    I am employed by Donlin, Recano & Company, Inc., ("DRC"), 6201 15th Avenue, Brooklyn, NY 11219.

3.    On the 1st day of June, 2021, DRC, at my direction and under my supervision, caused to serve the "Notice of Liquidating Trustee's Seventh Omnibus Objection to Certain Claims to be Reduced, or Disallowed and Expunged in Their Entirety, Based on the Debtors' Books and Records" (Docket No. 1541), along with each of the Personalized Notice of Objection to indicate the name and address respective of the claimant's claim(s) subject to objection as set forth on Exhibit 1, via First Class U.S. Mail upon the parties as set forth on Exhibit 2, attached hereto.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC (4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMF Logistics, LLC (4666).

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 2nd day of June, 2021, Brooklyn, New York.

By _____

Winnie Yeung

Sworn before me this
2nd day of June, 2021

_____
Notary Public

SUNG JAE KIM
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01KI6211176
MY COMM. EXP. SEPTEMBER 14, 2021

NEMF00243

.

# EXHIBIT 1

**LOWENSTEIN SANDLER LLP**
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

<div align="center">

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

</div>

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC,<br>et al.[1]<br><br>            Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: July 6, 2021 at 10:00 a.m. (ET)**<br>**Objection Deadline: June 29, 2021 at 4:00 p.m. (ET)** |

<div align="center">

**NOTICE OF OBJECTION TO YOUR CLAIM**

</div>

TO:

AAA COOPER TRANSPORTATION
MICHELLE LEWIS
1751 KINSEY RD
DOTHAN, AL 36303

On June 1, 2021, the Debtors filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
06/01/2021 205967891.1

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **June 29, 2021 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **July 6, 2021 at 10:00 a.m. (ET)**[3]**.**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3]  For information regarding telephonic appearances, please visit the Court's website at: http://www.njb.uscourts.gov/judges-info/honorable-john-k-sherwood.

**LOWENSTEIN SANDLER LLP**
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

<div align="center">

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

</div>

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: July 6, 2021 at 10:00 a.m. (ET)**<br>**Objection Deadline: June 29, 2021 at 4:00 p.m. (ET)** |

<div align="center">

**NOTICE OF OBJECTION TO YOUR CLAIM**

</div>

TO:

    AC AND T CO INC
    AKA 16503 HUNTER GREEN LLC
    ELIZABETH BROWN
    11535 HOPEWELL RD
    HAGERSTOWN, MD 21741

On June 1, 2021, the Debtors filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **June 29, 2021 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **July 6, 2021 at 10:00 a.m. (ET)**[3]**.**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3]    For information regarding telephonic appearances, please visit the Court's website at: http://www.njb.uscourts.gov/judges-info/honorable-john-k-sherwood.

**LOWENSTEIN SANDLER LLP**
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

<div align="center">

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

</div>

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: July 6, 2021 at 10:00 a.m. (ET)** **Objection Deadline: June 29, 2021 at 4:00 p.m. (ET)** |

<div align="center">

**NOTICE OF OBJECTION TO YOUR CLAIM**

</div>

TO:

    ALKALOL C/O REDWOOD MULTIMODAL
    WAYNE CREEL
    1765 N ELSTON AVE SUITE 301
    CHICAGO, IL 60642

On June 1, 2021, the Debtors filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **June 29, 2021 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **July 6, 2021 at 10:00 a.m. (ET)**[3]**.**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3]   For information regarding telephonic appearances, please visit the Court's website at: http://www.njb.uscourts.gov/judges-info/honorable-john-k-sherwood.

**LOWENSTEIN SANDLER LLP**
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

<div align="center">

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

</div>

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC., et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: July 6, 2021 at 10:00 a.m. (ET)**<br>**Objection Deadline: June 29, 2021 at 4:00 p.m. (ET)** |

<div align="center">

**NOTICE OF OBJECTION TO YOUR CLAIM**

</div>

TO:

ASAD ABIDI
919 BROMTON DR
WESTBURY, NY 11590

On June 1, 2021, the Debtors filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
06/01/2021 205967891.1

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **June 29, 2021 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **July 6, 2021 at 10:00 a.m. (ET)**[3]**.**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3] For information regarding telephonic appearances, please visit the Court's website at: http://www.njb.uscourts.gov/judges-info/honorable-john-k-sherwood.

**LOWENSTEIN SANDLER LLP**
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

<div align="center">

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

</div>

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC,<br>et al.[1]<br><br><div align="center">Debtors.</div> | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: July 6, 2021 at 10:00 a.m. (ET)**<br>**Objection Deadline: June 29, 2021 at 4:00 p.m. (ET)** |

<div align="center">

**NOTICE OF OBJECTION TO YOUR CLAIM**

</div>

TO:

BSP TRANS INC
MICHELLE D LAROCHE
PO BOX 1387
LONDONDERRY, NH 03053-1387

On June 1, 2021, the Debtors filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
06/01/2021 205967891.1

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **June 29, 2021 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **July 6, 2021 at 10:00 a.m. (ET)**[3]**.**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3]    For information regarding telephonic appearances, please visit the Court's website at: http://www.njb.uscourts.gov/judges-info/honorable-john-k-sherwood.

**LOWENSTEIN SANDLER LLP**
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

<div align="center">

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

</div>

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: July 6, 2021 at 10:00 a.m. (ET)**<br>**Objection Deadline: June 29, 2021 at 4:00 p.m. (ET)** |

<div align="center">

**NOTICE OF OBJECTION TO YOUR CLAIM**

</div>

TO:

    BSP TRANS INC
    MICHELLE D LAROCHE
    2500 LIBERTY DR
    PO BOX 1387
    LONDONBERRY, NH 03053

On June 1, 2021, the Debtors filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
06/01/2021 205967891.1

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **June 29, 2021 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **July 6, 2021 at 10:00 a.m. (ET)**[3]**.**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3]    For information regarding telephonic appearances, please visit the Court's website at: http://www.njb.uscourts.gov/judges-info/honorable-john-k-sherwood.

**LOWENSTEIN SANDLER LLP**
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC,<br>et al.[1]<br><br>                    Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: July 6, 2021 at 10:00 a.m. (ET)**<br>**Objection Deadline: June 29, 2021 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:

       CARRIER CREDIT SVC INC
       CLAUDIA CALLES
       5350 W HILLSBORO BLVDD
       STE 107
       COCONUT CREEK, FL 33073-4396

On June 1, 2021, the Debtors filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1]  The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2]  Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
06/01/2021 205967891.1

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **June 29, 2021 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **July 6, 2021 at 10:00 a.m. (ET)**[3]**.**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3] For information regarding telephonic appearances, please visit the Court's website at: http://www.njb.uscourts.gov/judges-info/honorable-john-k-sherwood.

**LOWENSTEIN SANDLER LLP**
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

<div align="center">

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

</div>

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: July 6, 2021 at 10:00 a.m. (ET)**<br>**Objection Deadline: June 29, 2021 at 4:00 p.m. (ET)** |

<div align="center">

**NOTICE OF OBJECTION TO YOUR CLAIM**

</div>

TO:

CENTRAL GARDEN AND PET
A/K/A TFH PUCLICATIONS IMS TRADING ET AL
% ASSOCIATED TRAFFIC SVCS
1064 CALLE CARRILLO
SAN DIMAS, CA 91773

On June 1, 2021, the Debtors filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
06/01/2021 205967891.1

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **June 29, 2021 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **July 6, 2021 at 10:00 a.m. (ET)**[3].

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3] For information regarding telephonic appearances, please visit the Court's website at: http://www.njb.uscourts.gov/judges-info/honorable-john-k-sherwood.

Case 19-12809-JKS    Doc 1546    Filed 06/02/21    Entered 06/02/21 12:41:38    Desc Main
Document    Page 20 of 94

**LOWENSTEIN SANDLER LLP**
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

<div align="center">

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

</div>

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | Case No.: 19-12809 (JKS) |
| | (Jointly Administered) |
| Debtors. | **Hearing Date: July 6, 2021 at 10:00 a.m. (ET)**<br>**Objection Deadline: June 29, 2021 at 4:00 p.m. (ET)** |

<div align="center">

**NOTICE OF OBJECTION TO YOUR CLAIM**

</div>

TO:

CH ROBINSON WORLDWIDE
WILLIAM A GLAD
14701 CHARLSON RD
EDEN PRAIRIE, MN 55347

On June 1, 2021, the Debtors filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
06/01/2021 205967891.1

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **June 29, 2021 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **July 6, 2021 at 10:00 a.m. (ET)**[3]**.**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3]    For information regarding telephonic appearances, please visit the Court's website at: http://www.njb.uscourts.gov/judges-info/honorable-john-k-sherwood.

**LOWENSTEIN SANDLER LLP**
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

<div align="center">

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

</div>

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>               Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: July 6, 2021 at 10:00 a.m. (ET)**<br>**Objection Deadline: June 29, 2021 at 4:00 p.m. (ET)** |

<div align="center">

**NOTICE OF OBJECTION TO YOUR CLAIM**

</div>

TO:

    CLERMONT HOLDINGS LLC
    CO LAW OFFICES OF KENNETH L BAUM LLC
    167 MAIN ST
    HACKENSACK, NJ 07601

On June 1, 2021, the Debtors filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1]  The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2]  Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
06/01/2021 205967891.1

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **June 29, 2021 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **July 6, 2021 at 10:00 a.m. (ET)**[3]**.**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3]   For information regarding telephonic appearances, please visit the Court's website at: http://www.njb.uscourts.gov/judges-info/honorable-john-k-sherwood.

**LOWENSTEIN SANDLER LLP**
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: July 6, 2021 at 10:00 a.m. (ET)**<br>**Objection Deadline: June 29, 2021 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:

CLERMONT HOLDINGS LLC
JEROME ZIEGELMEYER JR
901 ADAMS CROSSING
CINCINNATI, OH 45202

On June 1, 2021, the Debtors filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **June 29, 2021 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **July 6, 2021 at 10:00 a.m. (ET)**[3]**.**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3]   For information regarding telephonic appearances, please visit the Court's website at: http://www.njb.uscourts.gov/judges-info/honorable-john-k-sherwood.

**LOWENSTEIN SANDLER LLP**
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

<div align="center">

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

</div>

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: July 6, 2021 at 10:00 a.m. (ET)**<br>**Objection Deadline: June 29, 2021 at 4:00 p.m. (ET)** |

<div align="center">

**NOTICE OF OBJECTION TO YOUR CLAIM**

</div>

TO:

CORPORATE LODGING CONSULTANTS
KEVIN C SIEBERT
8111 E 32ND ST NORTH STE 300
WICHITA, KS 67226

On June 1, 2021, the Debtors filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
06/01/2021 205967891.1

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **June 29, 2021 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **July 6, 2021 at 10:00 a.m. (ET)**[3]**.**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3]    For information regarding telephonic appearances, please visit the Court's website at: http://www.njb.uscourts.gov/judges-info/honorable-john-k-sherwood.

**LOWENSTEIN SANDLER LLP**
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

<div align="center">

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

</div>

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: July 6, 2021 at 10:00 a.m. (ET)**<br>**Objection Deadline: June 29, 2021 at 4:00 p.m. (ET)** |

<div align="center">

**NOTICE OF OBJECTION TO YOUR CLAIM**

</div>

TO:

CVS HEALTH
MICHAEL GRENON INBOUND TRANSPORTATION
1 CVS DR
MC 5035
WOONSOCKET, RI 02921

On June 1, 2021, the Debtors filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
06/01/2021 205967891.1

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **June 29, 2021 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **July 6, 2021 at 10:00 a.m. (ET)**[3]**.**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3]  For information regarding telephonic appearances, please visit the Court's website at: http://www.njb.uscourts.gov/judges-info/honorable-john-k-sherwood.

**LOWENSTEIN SANDLER LLP**
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

<div align="center">

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

</div>

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: July 6, 2021 at 10:00 a.m. (ET)**<br>**Objection Deadline: June 29, 2021 at 4:00 p.m. (ET)** |

<div align="center">

**NOTICE OF OBJECTION TO YOUR CLAIM**

</div>

TO:

    D M EXPRESS
    JAVIER A GONZALEZ
    PMB 449
    1353 ROAD 19
    GUAYNABO, PR 00966

On June 1, 2021, the Debtors filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **June 29, 2021 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **July 6, 2021 at 10:00 a.m. (ET)**[3]**.**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3] For information regarding telephonic appearances, please visit the Court's website at: http://www.njb.uscourts.gov/judges-info/honorable-john-k-sherwood.

**LOWENSTEIN SANDLER LLP**
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

<div align="center">

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

</div>

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: July 6, 2021 at 10:00 a.m. (ET)**<br>**Objection Deadline: June 29, 2021 at 4:00 p.m. (ET)** |

<div align="center">

## NOTICE OF OBJECTION TO YOUR CLAIM

</div>

TO:

> DESANTIS DESPATCH CORP
> ANTHONY DESANTIS
> 590 BELLEVILLE TPKE
> BUILDING 30
> KEARNY, NJ 07032

On June 1, 2021, the Debtors filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
06/01/2021 205967891.1

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **June 29, 2021 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **July 6, 2021 at 10:00 a.m. (ET)**[3]**.**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3]    For information regarding telephonic appearances, please visit the Court's website at: http://www.njb.uscourts.gov/judges-info/honorable-john-k-sherwood.

**LOWENSTEIN SANDLER LLP**
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

<div align="center">

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

</div>

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: July 6, 2021 at 10:00 a.m. (ET)** **Objection Deadline: June 29, 2021 at 4:00 p.m. (ET)** |

<div align="center">

**NOTICE OF OBJECTION TO YOUR CLAIM**

</div>

TO:

    DORMAN PRODUCTS
    KEN JOHNSON
    3400 E WALNUT ST
    COLMAR, PA 18915-9768

On June 1, 2021, the Debtors filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
06/01/2021 205967891.1

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **June 29, 2021 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **July 6, 2021 at 10:00 a.m. (ET)**[3]**.**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3]   For information regarding telephonic appearances, please visit the Court's website at: http://www.njb.uscourts.gov/judges-info/honorable-john-k-sherwood.

**LOWENSTEIN SANDLER LLP**
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

<div align="center">

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

</div>

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: July 6, 2021 at 10:00 a.m. (ET)**<br>**Objection Deadline: June 29, 2021 at 4:00 p.m. (ET)** |

<div align="center">

**NOTICE OF OBJECTION TO YOUR CLAIM**

</div>

TO:

GERMAN GALLAGHER AND MURTAGH PC
GARY GRENMINGER
200 S BROAD ST STE 500
PHILADELPHIA, PA 19102

On June 1, 2021, the Debtors filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
06/01/2021 205967891.1

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **June 29, 2021 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **July 6, 2021 at 10:00 a.m. (ET)**[3]**.**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3]    For information regarding telephonic appearances, please visit the Court's website at: http://www.njb.uscourts.gov/judges-info/honorable-john-k-sherwood.

**LOWENSTEIN SANDLER LLP**
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: July 6, 2021 at 10:00 a.m. (ET)** **Objection Deadline: June 29, 2021 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:

GLOBAL TRANSPORT LOGISTICS INC
TOM VINCENT
208 HARRISTOWN RD
GLEN ROCK, NJ 07452-3308

On June 1, 2021, the Debtors filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1]   The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2]   Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **June 29, 2021 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **July 6, 2021 at 10:00 a.m. (ET)**[3]**.**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3]  For information regarding telephonic appearances, please visit the Court's website at: http://www.njb.uscourts.gov/judges-info/honorable-john-k-sherwood.

**LOWENSTEIN SANDLER LLP**
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

<div align="center">

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

</div>

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: July 6, 2021 at 10:00 a.m. (ET)** **Objection Deadline: June 29, 2021 at 4:00 p.m. (ET)** |

<div align="center">

**NOTICE OF OBJECTION TO YOUR CLAIM**

</div>

TO:

GLOBAL TRANSPORT LOGISTICS INC
PEZOLD SMITH HIRSCHMANN & SELVAGGIO LLC
GERARD F SMITH
1 BROADWAY
DANVILLE, NJ 07834

On June 1, 2021, the Debtors filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **June 29, 2021 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **July 6, 2021 at 10:00 a.m. (ET)**[3]**.**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3]    For information regarding telephonic appearances, please visit the Court's website at: http://www.njb.uscourts.gov/judges-info/honorable-john-k-sherwood.

**LOWENSTEIN SANDLER LLP**
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

<div align="center">

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

</div>

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC., et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: July 6, 2021 at 10:00 a.m. (ET)**<br>**Objection Deadline: June 29, 2021 at 4:00 p.m. (ET)** |

<div align="center">

**NOTICE OF OBJECTION TO YOUR CLAIM**

</div>

TO:

    HUB GROUP
    WILLIAM D KUCAN
    2000 CLEARWATER DR
    OAK BROOK, IL 60523-8809

On June 1, 2021, the Debtors filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1]  The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2]  Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
06/01/2021 205967891.1

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **June 29, 2021 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **July 6, 2021 at 10:00 a.m. (ET)**[3].

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3] For information regarding telephonic appearances, please visit the Court's website at: http://www.njb.uscourts.gov/judges-info/honorable-john-k-sherwood.

**LOWENSTEIN SANDLER LLP**
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

<div align="center">

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

</div>

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: July 6, 2021 at 10:00 a.m. (ET)**<br>**Objection Deadline: June 29, 2021 at 4:00 p.m. (ET)** |

<div align="center">

**NOTICE OF OBJECTION TO YOUR CLAIM**

</div>

TO:

IAM NATIONAL PENSION FUND
RAYMOND E GOAD JR
1300 CONNECTICUT AVE NW SUITE 300
WASHINGTON, DC 20036

On June 1, 2021, the Debtors filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
06/01/2021 205967891.1

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **June 29, 2021 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. ([jdipasquale@lowenstein.com](mailto:jdipasquale@lowenstein.com)), Michael Papandrea, Esq. ([mpapandrea@lowenstein.com](mailto:mpapandrea@lowenstein.com)), and John P. Schneider, Esq. ([jschneider@lowenstein.com](mailto:jschneider@lowenstein.com)).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **July 6, 2021 at 10:00 a.m. (ET)**[3]**.**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3]    For information regarding telephonic appearances, please visit the Court's website at: [http://www.njb.uscourts.gov/judges-info/honorable-john-k-sherwood](http://www.njb.uscourts.gov/judges-info/honorable-john-k-sherwood).

**LOWENSTEIN SANDLER LLP**
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

<div align="center">

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

</div>

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: July 6, 2021 at 10:00 a.m. (ET)**<br>**Objection Deadline: June 29, 2021 at 4:00 p.m. (ET)** |

<div align="center">

**NOTICE OF OBJECTION TO YOUR CLAIM**

</div>

TO:

INTERLINE BRANDS INC DBA BARNETT
BANKRUPTCY
LYNN ADKINS
801 W BAY ST
JACKSONVILLE, FL 32204

On June 1, 2021, the Debtors filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
06/01/2021 205967891.1

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **June 29, 2021 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **July 6, 2021 at 10:00 a.m. (ET)**[3]**.**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3]   For information regarding telephonic appearances, please visit the Court's website at: http://www.njb.uscourts.gov/judges-info/honorable-john-k-sherwood.

**LOWENSTEIN SANDLER LLP**
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

<div align="center">

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

</div>

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: July 6, 2021 at 10:00 a.m. (ET)** **Objection Deadline: June 29, 2021 at 4:00 p.m. (ET)** |

<div align="center">

**NOTICE OF OBJECTION TO YOUR CLAIM**

</div>

TO:

    JOSE L FERRER
    DAVID METH
    200 DANIELS WAY STE 240A
    FREEHOLD, NJ 07728

On June 1, 2021, the Debtors filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
06/01/2021 205967891.1

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **June 29, 2021 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **July 6, 2021 at 10:00 a.m. (ET)**[3]**.**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3]  For information regarding telephonic appearances, please visit the Court's website at: http://www.njb.uscourts.gov/judges-info/honorable-john-k-sherwood.

**LOWENSTEIN SANDLER LLP**
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

<div align="center">

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

</div>

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: July 6, 2021 at 10:00 a.m. (ET)**<br>**Objection Deadline: June 29, 2021 at 4:00 p.m. (ET)** |

<div align="center">

**NOTICE OF OBJECTION TO YOUR CLAIM**

</div>

TO:

LANDSTAR GLOBAL LOGISTICS INC
DAWN BOWERS
13410 SUTTON PARK DR S
JACKSONVILLE, FL 32224

On June 1, 2021, the Debtors filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **June 29, 2021 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **July 6, 2021 at 10:00 a.m. (ET)**[3]**.**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3]  For information regarding telephonic appearances, please visit the Court's website at: http://www.njb.uscourts.gov/judges-info/honorable-john-k-sherwood.

**LOWENSTEIN SANDLER LLP**
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

<div align="center">

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

</div>

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: July 6, 2021 at 10:00 a.m. (ET)**<br>**Objection Deadline: June 29, 2021 at 4:00 p.m. (ET)** |

<div align="center">

**NOTICE OF OBJECTION TO YOUR CLAIM**

</div>

TO:

MASERGY COMMUNICATIONS INC
STEVEN T HOLMES
CAVAZOS HENDRICKS POIROT PC
900 JACKSON STREET STE 570
DALLAS, TX 75202

On June 1, 2021, the Debtors filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
06/01/2021 205967891.1

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **June 29, 2021 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **July 6, 2021 at 10:00 a.m. (ET)[3].**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3]    For information regarding telephonic appearances, please visit the Court's website at: http://www.njb.uscourts.gov/judges-info/honorable-john-k-sherwood.

**LOWENSTEIN SANDLER LLP**
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

<div align="center">

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

</div>

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.[1]<br><br>           Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: July 6, 2021 at 10:00 a.m. (ET)**<br>**Objection Deadline: June 29, 2021 at 4:00 p.m. (ET)** |

<div align="center">

**NOTICE OF OBJECTION TO YOUR CLAIM**

</div>

TO:

    MDS AUTO BODY
    DBA KODEL INC
    ANTHONY BARBOSA
    369 THOMAS ST
    NEWARK, NJ 07114

On June 1, 2021, the Debtors filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
06/01/2021 205967891.1

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **June 29, 2021 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **July 6, 2021 at 10:00 a.m. (ET)**[3]**.**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3]    For information regarding telephonic appearances, please visit the Court's website at: http://www.njb.uscourts.gov/judges-info/honorable-john-k-sherwood.

**LOWENSTEIN SANDLER LLP**
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

<div align="center">

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

</div>

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: July 6, 2021 at 10:00 a.m. (ET)** **Objection Deadline: June 29, 2021 at 4:00 p.m. (ET)** |

<div align="center">

**NOTICE OF OBJECTION TO YOUR CLAIM**

</div>

TO:

NEW JERSEY TURNPIKE AUTHORITY
MARK SCHNEIDER ESQ
1 TURNPIKE PLZ
PO BOX 5042
WOODBRIDGE, NJ 07095

On June 1, 2021, the Debtors filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
06/01/2021 205967891.1

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **June 29, 2021 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **July 6, 2021 at 10:00 a.m. (ET)**[3].

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3]   For information regarding telephonic appearances, please visit the Court's website at: http://www.njb.uscourts.gov/judges-info/honorable-john-k-sherwood.

**LOWENSTEIN SANDLER LLP**
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

<div align="center">

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

</div>

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: July 6, 2021 at 10:00 a.m. (ET)**<br>**Objection Deadline: June 29, 2021 at 4:00 p.m. (ET)** |

<div align="center">

**NOTICE OF OBJECTION TO YOUR CLAIM**

</div>

TO:

NEW YORK STATE THRUWAY AUTHORITY
KATHLEEN CLARK
PO BOX 189
200 SOUTHERN BLVD
ALBANY, NY 12201-0189

On June 1, 2021, the Debtors filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
06/01/2021 205967891.1

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **June 29, 2021 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **July 6, 2021 at 10:00 a.m. (ET)**[3]**.**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3]   For information regarding telephonic appearances, please visit the Court's website at: http://www.njb.uscourts.gov/judges-info/honorable-john-k-sherwood.

**LOWENSTEIN SANDLER LLP**
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

<div align="center">

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

</div>

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: July 6, 2021 at 10:00 a.m. (ET)** **Objection Deadline: June 29, 2021 at 4:00 p.m. (ET)** |

<div align="center">

**NOTICE OF OBJECTION TO YOUR CLAIM**

</div>

TO:

> OMNITRACS LLC
> MARK A PLATT
> FROST BROWN TODD LLC
> 100 CRESCENT CT STE 350
> DALLAS, TX 75201

On June 1, 2021, the Debtors filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **June 29, 2021 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **July 6, 2021 at 10:00 a.m. (ET)**[3]**.**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3]    For information regarding telephonic appearances, please visit the Court's website at: http://www.njb.uscourts.gov/judges-info/honorable-john-k-sherwood.

**LOWENSTEIN SANDLER LLP**
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

<div align="center">

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

</div>

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: July 6, 2021 at 10:00 a.m. (ET)**<br>**Objection Deadline: June 29, 2021 at 4:00 p.m. (ET)** |

<div align="center">

**NOTICE OF OBJECTION TO YOUR CLAIM**

</div>

TO:

PMXF SYSTEMS INC
DWAYNE SPENCER
183 27TH ST
BROOKLYN, NY 11232

On June 1, 2021, the Debtors filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
06/01/2021 205967891.1

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **June 29, 2021 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **July 6, 2021 at 10:00 a.m. (ET)**[3]**.**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3]   For information regarding telephonic appearances, please visit the Court's website at: http://www.njb.uscourts.gov/judges-info/honorable-john-k-sherwood.

**LOWENSTEIN SANDLER LLP**
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: July 6, 2021 at 10:00 a.m. (ET)**<br>**Objection Deadline: June 29, 2021 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:

RICHARD BRYAN HILL ET AL V
CHESTER PIKE AUTOSALES INC ET AL
SWARTZ CAMPBELL LLC
TWO LIBERTY PL 50 S 16TH ST FL 28
PHILADELPHIA, PA 19102

On June 1, 2021, the Debtors filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **June 29, 2021 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **July 6, 2021 at 10:00 a.m. (ET)**[3]**.**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3]    For information regarding telephonic appearances, please visit the Court's website at: http://www.njb.uscourts.gov/judges-info/honorable-john-k-sherwood.

**LOWENSTEIN SANDLER LLP**
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: July 6, 2021 at 10:00 a.m. (ET)** |
| | **Objection Deadline: June 29, 2021 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:

    RICHARD BRYAN HILL ET AL V
    CHESTER PIKE AUTOSALES INC ET AL
    SWARTZ CAMPBELL LLC
    ONE LIBERTY FL 38
    1650 MARKET ST
    PHILADELPHIA, PA 19103

On June 1, 2021, the Debtors filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1]  The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2]  Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **June 29, 2021 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **July 6, 2021 at 10:00 a.m. (ET)**[3]**.**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3]  For information regarding telephonic appearances, please visit the Court's website at: http://www.njb.uscourts.gov/judges-info/honorable-john-k-sherwood.

**LOWENSTEIN SANDLER LLP**
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

<div align="center">

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

</div>

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: July 6, 2021 at 10:00 a.m. (ET)** |
| | **Objection Deadline: June 29, 2021 at 4:00 p.m. (ET)** |

<div align="center">

**NOTICE OF OBJECTION TO YOUR CLAIM**

</div>

TO:

    RTS PACKAGING
    RICHARD ARNOTT
    16 WASHINGTON AVE
    SCARBOROUGH, ME 04074-8311

On June 1, 2021, the Debtors filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **June 29, 2021 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **July 6, 2021 at 10:00 a.m. (ET)**[3]**.**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3]   For information regarding telephonic appearances, please visit the Court's website at: http://www.njb.uscourts.gov/judges-info/honorable-john-k-sherwood.

**LOWENSTEIN SANDLER LLP**
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

<div align="center">

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

</div>

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: July 6, 2021 at 10:00 a.m. (ET)**<br>**Objection Deadline: June 29, 2021 at 4:00 p.m. (ET)** |

<div align="center">

**NOTICE OF OBJECTION TO YOUR CLAIM**

</div>

TO:

RTS PACKAGING
C MATTHEW HARNES
501 S 5TH ST
RICHMOND, VA 23219

On June 1, 2021, the Debtors filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **June 29, 2021 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **July 6, 2021 at 10:00 a.m. (ET)**[3]**.**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3]    For information regarding telephonic appearances, please visit the Court's website at: http://www.njb.uscourts.gov/judges-info/honorable-john-k-sherwood.

**LOWENSTEIN SANDLER LLP**
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

<div align="center">

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

</div>

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: July 6, 2021 at 10:00 a.m. (ET)** **Objection Deadline: June 29, 2021 at 4:00 p.m. (ET)** |

<div align="center">

**NOTICE OF OBJECTION TO YOUR CLAIM**

</div>

TO:

> RYAN SMITH AND CARBINE LTD
> CHARLES ROMEO
> 98 MERCHANTS ROW
> PO BOX 310
> RUTLAND, VT 05702-0310

On June 1, 2021, the Debtors filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **June 29, 2021 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **July 6, 2021 at 10:00 a.m. (ET)**[3]**.**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3]    For information regarding telephonic appearances, please visit the Court's website at: http://www.njb.uscourts.gov/judges-info/honorable-john-k-sherwood.

**LOWENSTEIN SANDLER LLP**
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

<div align="center">

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

</div>

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: July 6, 2021 at 10:00 a.m. (ET)**<br>**Objection Deadline: June 29, 2021 at 4:00 p.m. (ET)** |

<div align="center">

**NOTICE OF OBJECTION TO YOUR CLAIM**

</div>

TO:

SECURITAS SECURITY SVCS USA INC
JAIME BERGARA BUSINESS SVC MANAGER 00220
4330 PARK TER DR
WESTLAKE VILLAGE, CA 91361

On June 1, 2021, the Debtors filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **June 29, 2021 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **July 6, 2021 at 10:00 a.m. (ET)[3].**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3]   For information regarding telephonic appearances, please visit the Court's website at: http://www.njb.uscourts.gov/judges-info/honorable-john-k-sherwood.

**LOWENSTEIN SANDLER LLP**
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

<div align="center">

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

</div>

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: July 6, 2021 at 10:00 a.m. (ET)** <br> **Objection Deadline: June 29, 2021 at 4:00 p.m. (ET)** |

<div align="center">

**NOTICE OF OBJECTION TO YOUR CLAIM**

</div>

TO:

    SILVER PALATE KITCHENS
    211 KNICKERBOCKER RD
    CRESSKILL, NJ 07626-1830

On June 1, 2021, the Debtors filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
06/01/2021 205967891.1

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **June 29, 2021 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **July 6, 2021 at 10:00 a.m. (ET)**[3]**.**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3]    For information regarding telephonic appearances, please visit the Court's website at: http://www.njb.uscourts.gov/judges-info/honorable-john-k-sherwood.

**LOWENSTEIN SANDLER LLP**
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

<div align="center">

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

</div>

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: July 6, 2021 at 10:00 a.m. (ET)** **Objection Deadline: June 29, 2021 at 4:00 p.m. (ET)** |

<div align="center">

**NOTICE OF OBJECTION TO YOUR CLAIM**

</div>

TO:

> SOLEYS GARAGE AND TOWING
> 1844 W PENN PIKE
> NEW RINGGOLD, PA 17960

On June 1, 2021, the Debtors filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
06/01/2021 205967891.1

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **June 29, 2021 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **July 6, 2021 at 10:00 a.m. (ET)**[3]**.**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3] For information regarding telephonic appearances, please visit the Court's website at: http://www.njb.uscourts.gov/judges-info/honorable-john-k-sherwood.

**LOWENSTEIN SANDLER LLP**
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

<div align="center">

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

</div>

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: July 6, 2021 at 10:00 a.m. (ET)** <br> **Objection Deadline: June 29, 2021 at 4:00 p.m. (ET)** |

<div align="center">

**NOTICE OF OBJECTION TO YOUR CLAIM**

</div>

TO:

    SOLEYS GARAGE AND TOWING
    LAW OFFICE OF MICHAEL S GREEK
    42 EAST PATTERSON STREET
    LANSFORD, PA 18232

On June 1, 2021, the Debtors filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
06/01/2021 205967891.1

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **June 29, 2021 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **July 6, 2021 at 10:00 a.m. (ET)**[3]**.**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3]   For information regarding telephonic appearances, please visit the Court's website at: http://www.njb.uscourts.gov/judges-info/honorable-john-k-sherwood.

**LOWENSTEIN SANDLER LLP**
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

<div align="center">

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

</div>

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: July 6, 2021 at 10:00 a.m. (ET)** |
| | **Objection Deadline: June 29, 2021 at 4:00 p.m. (ET)** |

<div align="center">

**NOTICE OF OBJECTION TO YOUR CLAIM**

</div>

TO:

>SPRINT CORP
>BANKRUPTCY DEPT
>PO BOX 7949
>OVERLAND PARK, KS 66207-0949

On June 1, 2021, the Debtors filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
06/01/2021 205967891.1

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **June 29, 2021 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **July 6, 2021 at 10:00 a.m. (ET)**[3]**.**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3]    For information regarding telephonic appearances, please visit the Court's website at: http://www.njb.uscourts.gov/judges-info/honorable-john-k-sherwood.

**LOWENSTEIN SANDLER LLP**
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | Case No.: 19-12809 (JKS) |
| | (Jointly Administered) |
| Debtors. | **Hearing Date: July 6, 2021 at 10:00 a.m. (ET)**<br>**Objection Deadline: June 29, 2021 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:

    SPRINT CORP
    BANKRUPTCY DEPT
    AARON J BOOTON
    333 INVERNESS DR S
    ENGLEWOOD, CO 80112

On June 1, 2021, the Debtors filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
06/01/2021 205967891.1

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **June 29, 2021 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **July 6, 2021 at 10:00 a.m. (ET)**[3]**.**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3]   For information regarding telephonic appearances, please visit the Court's website at: http://www.njb.uscourts.gov/judges-info/honorable-john-k-sherwood.

**LOWENSTEIN SANDLER LLP**
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

<div align="center">

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

</div>

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: July 6, 2021 at 10:00 a.m. (ET)**<br>**Objection Deadline: June 29, 2021 at 4:00 p.m. (ET)** |

<div align="center">

**NOTICE OF OBJECTION TO YOUR CLAIM**

</div>

TO:

TIPSY ELVES LLC
J BARRETT MARUM
SHEPPARD MULLIN RICHTER AND HAMPTON LLP
379 LYTTON AVE
PALO ALTO, CA 94301

On June 1, 2021, the Debtors filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **June 29, 2021 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **July 6, 2021 at 10:00 a.m. (ET)**[3]**.**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3]    For information regarding telephonic appearances, please visit the Court's website at: http://www.njb.uscourts.gov/judges-info/honorable-john-k-sherwood.

**LOWENSTEIN SANDLER LLP**
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: July 6, 2021 at 10:00 a.m. (ET)**<br>**Objection Deadline: June 29, 2021 at 4:00 p.m. (ET)** |

## NOTICE OF OBJECTION TO YOUR CLAIM

TO:

TRUCK TIRE SVC CORP
LAWRENCE J TOWNSEND
PO BOX 1265
SAUGUS, MA 01906-1265

On June 1, 2021, the Debtors filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

36527/3
06/01/2021 205967891.1

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **June 29, 2021 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **July 6, 2021 at 10:00 a.m. (ET)**[3]**.**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3]    For information regarding telephonic appearances, please visit the Court's website at: http://www.njb.uscourts.gov/judges-info/honorable-john-k-sherwood.

**LOWENSTEIN SANDLER LLP**
Joseph J. DiPasquale, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

<div align="center">

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

</div>

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 19-12809 (JKS) |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | (Jointly Administered) |
| Debtors. | **Hearing Date: July 6, 2021 at 10:00 a.m. (ET)** **Objection Deadline: June 29, 2021 at 4:00 p.m. (ET)** |

<div align="center">

**NOTICE OF OBJECTION TO YOUR CLAIM**

</div>

TO:

WINDSTREAM
1450 N CTR PT RD
HIAWATHA, IA 52233

On June 1, 2021, the Debtors filed the enclosed Omnibus Objection[2] which may alter your rights by disallowing and expunging your claim.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

If you disagree with the Omnibus Objection, you must file a written Response to the Omnibus Objection with the Clerk of the Bankruptcy Court at the address below on or before **June 29, 2021 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the Response upon counsel to the Liquidating Trustee, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Joseph J. DiPasquale, Esq. (jdipasquale@lowenstein.com), Michael Papandrea, Esq. (mpapandrea@lowenstein.com), and John P. Schneider, Esq. (jschneider@lowenstein.com).

If you file a Response, you or your attorney must appear at a hearing on the Omnibus Objection that will be held before the Honorable John K. Sherwood, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Courtroom 3D, Newark, New Jersey 07102 on **July 6, 2021 at 10:00 a.m. (ET)**[3]**.**

**IF YOU DO NOT RESPOND TO THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[3]    For information regarding telephonic appearances, please visit the Court's website at: http://www.njb.uscourts.gov/judges-info/honorable-john-k-sherwood.

**EXHIBIT 2**

New England Motor Freight, Inc., et al.
Exhibit Pages

020119P002-1413A-243
AAA COOPER TRANSPORTATION
MICHELLE LEWIS
1751 KINSEY RD
DOTHAN AL 36303

009079P002-1413A-243
AC AND T CO INC
AKA 16503 HUNTER GREEN LLC
ELIZABETH BROWN
11535 HOPEWELL RD
HAGERSTOWN MD 21741

044513P002-1413A-243
ALKALOL C/O REDWOOD MULTIMODAL
WAYNE CREEL
1765 N ELSTON AVE SUITE 301
CHICAGO IL 60642

009644P002-1413A-243
ASAD ABIDI
919 BROMTON DR
WESTBURY NY 11590

010133P002-1413A-243
BSP TRANS INC
MICHELLE D LAROCHE
PO BOX 1387
LONDONDERRY NH 03053-1387

010133S001-1413A-243
BSP TRANS INC
MICHELLE D LAROCHE
2500 LIBERTY DR
PO BOX 1387
LONDONBERRY NH 03053

010337P002-1413A-243
CARRIER CREDIT SVC INC
CLAUDIA CALLES
5350 W HILLSBORO BLVDD
STE 107
COCONUT CREEK FL 33073-4396

044517P002-1413A-243
CENTRAL GARDEN AND PET
A/K/A TFH PUCLICATIONS IMS TRADING ET AL
% ASSOCIATED TRAFFIC SVCS
1064 CALLE CARRILLO
SAN DIMAS CA 91773

010488P002-1413A-243
CH ROBINSON WORLDWIDE
WILLIAM A GLAD
14701 CHARLSON RD
EDEN PRAIRIE MN 55347

044480P001-1413A-243
CLERMONT HOLDINGS LLC
CO LAW OFFICES OF KENNETH L BAUM LLC
167 MAIN ST
HACKENSACK NJ 07601

044480S001-1413A-243
CLERMONT HOLDINGS LLC
JEROME ZIEGELMEYER JR
901 ADAMS CROSSING
CINCINNATI OH 45202

010947P002-1413A-243
CORPORATE LODGING CONSULTANTS
KEVIN C SIEBERT
8111 E 32ND ST NORTH STE 300
WICHITA KS 67226

021155P001-1413A-243
CVS HEALTH
MICHAEL GRENON INBOUND TRANSPORTATION
1 CVS DR
MC 5035
WOONSOCKET RI 02921

043521P002-1413A-243
D M EXPRESS
JAVIER A GONZALEZ
PMB 449
1353 ROAD 19
GUAYNABO PR 00966

011273P002-1413A-243
DESANTIS DESPATCH CORP
ANTHONY DESANTIS
590 BELLEVILLE TPKE
BUILDING 30
KEARNY NJ 07032

019059P001-1413A-243
DORMAN PRODUCTS
KEN JOHNSON
3400 E WALNUT ST
COLMAR PA 18915-9768

012298P002-1413A-243
GERMAN GALLAGHER AND MURTAGH PC
GARY GRENMINGER
200 S BROAD ST STE 500
PHILADELPHIA PA 19102

027404P002-1413A-243
GLOBAL TRANSPORT LOGISTICS INC
TOM VINCENT
208 HARRISTOWN RD
GLEN ROCK NJ 07452-3308

027404S001-1413A-243
GLOBAL TRANSPORT LOGISTICS INC
PEZOLD SMITH HIRSCHMANN & SELVAGGIO LLC
GERARD F SMITH
1 BROADWAY
DANVILLE NJ 07834

012770P002-1413A-243
HUB GROUP
WILLIAM D KUCAN
2000 CLEARWATER DR
OAK BROOK IL 60523-8809

044525P001-1413A-243
IAM NATIONAL PENSION FUND
RAYMOND E GOAD JR
1300 CONNECTICUT AVE NW SUITE 300
WASHINGTON DC 20036

044278P001-1413A-243
INTERLINE BRANDS INC DBA BARNETT
BANKRUPTCY
LYNN ADKINS
801 W BAY ST
JACKSONVILLE FL 32204

018117P002-1413A-243
JOSE L FERRER
DAVID METH
200 DANIELS WAY STE 240A
FREEHOLD NJ 07728

013560P002-1413A-243
LANDSTAR GLOBAL LOGISTICS INC
DAWN BOWERS
13410 SUTTON PARK DR S
JACKSONVILLE FL 32224

044544P001-1413A-243
MASERGY COMMUNICATIONS INC
STEVEN T HOLMES
CAVAZOS HENDRICKS POIROT PC
900 JACKSON STREET STE 570
DALLAS TX 75202

013863P002-1413A-243
MDS AUTO BODY
DBA KODEL INC
ANTHONY BARBOSA
369 THOMAS ST
NEWARK NJ 07114

044150P002-1413A-243
NEW JERSEY TURNPIKE AUTHORITY
MARK SCHNEIDER ESQ
1 TURNPIKE PLZ
PO BOX 5042
WOODBRIDGE NJ 07095

021267P003-1413A-243
NEW YORK STATE THRUWAY AUTHORITY
KATHLEEN CLARK
PO BOX 189
200 SOUTHERN BLVD
ALBANY NY 12201-0189

New England Motor Freight, Inc., et al.
Exhibit Pages

044494P001-1413A-243
OMNITRACS LLC
MARK A PLATT
FROST BROWN TODD LLC
100 CRESCENT CT STE 350
DALLAS TX 75201

015383P002-1413A-243
PMXF SYSTEMS INC
DWAYNE SPENCER
183 27TH ST
BROOKLYN NY 11232

019664P002-1413A-243
RICHARD BRYAN HILL ET AL V
CHESTER PIKE AUTOSALES INC ET AL
SWARTZ CAMPBELL LLC
TWO LIBERTY PL 50 S 16TH ST FL 28
PHILADELPHIA PA 19102

019664S001-1413A-243
RICHARD BRYAN HILL ET AL V
CHESTER PIKE AUTOSALES INC ET AL
SWARTZ CAMPBELL LLC
ONE LIBERTY FL 38
1650 MARKET ST
PHILADELPHIA PA 19103

019693P001-1413A-243
RTS PACKAGING
RICHARD ARNOTT
16 WASHINGTON AVE
SCARBOROUGH ME 04074-8311

019693S001-1413A-243
RTS PACKAGING
C MATTHEW HARNES
501 S 5TH ST
RICHMOND VA 23219

016036P002-1413A-243
RYAN SMITH AND CARBINE LTD
CHARLES ROMEO
98 MERCHANTS ROW
PO BOX 310
RUTLAND VT 05702-0310

044463P002-1413A-243
SECURITAS SECURITY SVCS USA INC
JAIME BERGARA BUSINESS SVC MANAGER 00220
4330 PARK TER DR
WESTLAKE VILLAGE CA 91361

027552P001-1413A-243
SILVER PALATE KITCHENS
211 KNICKERBOCKER RD
CRESSKILL NJ 07626-1830

016441P002-1413A-243
SOLEYS GARAGE AND TOWING
1844 W PENN PIKE
NEW RINGGOLD PA 17960

016441S001-1413A-243
SOLEYS GARAGE AND TOWING
LAW OFFICE OF MICHAEL S GREEK
42 EAST PATTERSON STREET
LANSFORD PA 18232

044375P001-1413A-243
SPRINT CORP
BANKRUPTCY DEPT
PO BOX 7949
OVERLAND PARK KS 66207-0949

044375S001-1413A-243
SPRINT CORP
BANKRUPTCY DEPT
AARON J BOOTON
333 INVERNESS DR S
ENGLEWOOD CO 80112

044537P001-1413A-243
TIPSY ELVES LLC
J BARRETT MARUM
SHEPPARD MULLIN RICHTER AND HAMPTON LLP
379 LYTTON AVE
PALO ALTO CA 94301

017336P002-1413A-243
TRUCK TIRE SVC CORP
LAWRENCE J TOWNSEND
PO BOX 1265
SAUGUS MA 01906-1265

018603P001-1413A-243
WINDSTREAM
1450 N CTR PT RD
HIAWATHA IA 52233

Records Printed :  44