UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**LETITIA JAMES**
*Attorney General of the State of New York*

By: */s/ Jessica Agarwal*
Jessica Agarwal
Assistant Attorney General
Office of the New York State Attorney General
28 Liberty Street
New York, NY 10005
Phone: (212) 416-8701
Jessica.Agarwal@ag.ny.gov

---

In re:

NEW ENGLAND MOTOR FREIGHT, INC.

Case No: 19-12809

Chapter: 11

Judge: Sherwood

---

NOTICE OF APPEARANCE AND REQUEST
FOR SERVICE OF NOTICE AND PLEADINGS

**PLEASE TAKE NOTICE** that pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure[1], New York State Attorney Letitia James, hereby files this Notice of Appearance and Request For Service of Notice and Pleadings on behalf of SUNY Health Science Center at Syracuse (more recently known as SUNY Upstate Medical University, a party in interest in the above captioned bankruptcy case ("Case"), and does hereby request that all notices required to be given under Rule 2002, including notices under Rule 2002(i) that, but for this request, would be provided only to committees appointed pursuant to Title 11, U.S.C. § 101 et. seq. or their authorized agents, and all papers served or required to be served in this Case and any

related adversary proceeding, be given to and served upon:

>Jessica Agarwal, Esq.
>Assistant Attorney General
>Office of the New York State Attorney General
>28 Liberty Street
>New York, NY 10005

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only notices and papers referred to in Rule 2002 but also includes, without limitation, notices of any applications, motions, orders, complaints, demands, hearings, requests or petitions, answering or reply papers, memoranda and briefs in support of any of the foregoing, disclosure statements, plans of reorganization, or any other document brought before this Court with respect to this Case, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, facsimile, electronic transmission or otherwise. The Clerk of the Court is requested to place the names and addresses of counsel as set forth in this Notice on any Master Service List in this Case.

Dated:  June 28, 2021
	New York, New York

>Respectfully submitted,
>Letitia James
>Attorney General of the State of New York
>
>By: /s/Jessica Agarwal
>Jessica Agarwal, Esq.
>Assistant Attorney General
>28 Liberty Street
>New York, NY 10005
>Telephone: (212) 416-8701
>Email: Jessica.Agarwal@ag.ny.gov

---

[1] Unless otherwise stated, all references to "Rule" shall mean the Federal Rules of Bankruptcy Procedure.