

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1**<br><br>**LOWENSTEIN SANDLER LLP**<br>Joseph J. DiPasquale, Esq.<br>Michael Papandrea, Esq.<br>John P. Schneider, Esq.<br>One Lowenstein Drive<br>Roseland, New Jersey 07068<br>(973) 597-2500 (Telephone)<br>(973) 597-2400 (Facsimile)<br><br>*Counsel to the Liquidating Trustee* | Order Filed on July 7, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC., *et al.*,[1]<br><br>        Debtors. | Chapter 11<br><br>Case No. 19-12809 (JKS)<br><br>(Jointly Administered) |

## ORDER GRANTING THE LIQUIDATING TRUSTEE'S SIXTH OMNIBUS OBJECTION TO CERTAIN EMPLOYEE WARN ACT CLAIMS

The relief set forth on the following pages, numbered two (2) through and including four (4), is hereby **ORDERED**.

DATED: July 7, 2021

                          Honorable John K. Sherwood
                          United States Bankruptcy Court

---

[1] The Debtors in these Chapter 11 Cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC (4357); Mylon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMF Logistics, LLC (4666).

Page:      2
Debtor:    New England Motor Freight, Inc., *et al.*
Case No.:  19-12809 (JKS)
Caption:   Order Granting the Liquidating Trustee's Sixth Omnibus Objection to Certain Employee WARN Act Claims

Upon the sixth omnibus objection (the "Omnibus Objection")[2] of the Liquidating Trustee appointed in the above-captioned Chapter 11 Cases, seeking entry of an order, pursuant to sections 105(a) and 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rules 3007-1 and 3007-2, disallowing and expunging the claims (the "Disputed Claims") set forth on Exhibit A and Exhibit B to this Order because each such Disputed Claim has been released pursuant to the WARN Act Settlement Agreements approved by the Court's WARN Settlement Orders [Docket Nos. 155 and 1076]; and the Court having jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334; and venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; and consideration of the Omnibus Objection being a core proceeding pursuant to 28 U.S.C. § 157(b); and it appearing that proper and adequate notice of the Omnibus Objection has been given and that no other or further notice is necessary; and upon the record herein; and the Court having determined that the relief sought by the Omnibus Objection is in the best interests of the Debtors, their estates, and creditors; and after due deliberation and good and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT**:

1. The Omnibus Objection is GRANTED as set forth herein.

2. The Disputed Claims listed on Exhibit A and Exhibit B attached to this Order are hereby disallowed and expunged in their entirety.

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

Page:  3
Debtor:  New England Motor Freight, Inc., *et al.*
Case No.:  19-12809 (JKS)
Caption:  Order Granting the Liquidating Trustee's Sixth Omnibus Objection to Certain Employee WARN Act Claims

3. For the avoidance of doubt, nothing in the Omnibus Objection or this Order shall be deemed or construed to (a) constitute an admission as to the validity or priority of any claim against the Debtors, (b) an implication or admission that any particular claim is of a type specified or defined in this Order or the Omnibus Objection, and/or (c) constitute a waiver of the Liquidating Trustee's rights to dispute any claim on any grounds.

4. The Liquidating Trustee, the Debtors, their claims and noticing agent (Donlin, Recano & Company, Inc.), and the Clerk of this Court are authorized to take any and all actions that are necessary or appropriate to give effect to this Order.

5. The objection to each of the Disputed Claims, as addressed in the Omnibus Objection and as set forth in Exhibit A and Exhibit B attached hereto, constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014. This Order shall be deemed a separate order with respect to each of the Disputed Claims that is the subject of the Omnibus Objection and this Order. Any stay of this Order pending appeal by any claimants whose Disputed Claims are subject to this Order shall only apply to the contested matter that involves such claimant and shall not stay the applicability and/or finality of this Order with respect to any other contested matters addressed in the Omnibus Objection and this Order.

6. The requirement set forth in Local Rule 9013-1(a)(3) that any motion or other request for relief be accompanied by a memorandum of law is hereby deemed satisfied by the contents of the Omnibus Objection or otherwise waived.

7. Notwithstanding any applicability of any of the Bankruptcy Rules, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

Page:     4
Debtor:   New England Motor Freight, Inc., *et al.*
Case No.: 19-12809 (JKS)
Caption:  Order Granting the Liquidating Trustee's Sixth Omnibus Objection to Certain Employee WARN Act Claims

---

8. The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation of this Order.

NEW ENGLAND MOTOR FREIGHT, INC., ET AL  
CASE NO.: 19-12809 (JKS)

**EXHIBIT A**

## GENERAL UNSECURED - UNLIQUIDATED EMPLOYEE WARN ACT CLAIMS

| Claims to be Expunged | | | | | | Basis for Objections |
|---|---|---|---|---|---|---|
| **Debtor Name** | **Creditor Name & Address** | **Date Filed** | **Claim No.** | **Claim Amount** | **Claim Class** | |
| NEW ENGLAND MOTOR FREIGHT, INC. | ADKINS*SHERMAN<br>721 N 9TH ST<br>CAMDEN, NJ 08102 | 6/3/2019 | 704 | $ 1,000.00 | General Unsecured | - Employee claim, resolved per Global Employee Settlements Order (Court Dkt No.155)<br>- Unliquidated claim |
| NEW ENGLAND MOTOR FREIGHT, INC. | AMADO*JEAN<br>56 WILLIAMS AVE<br>EAST PROVIDENCE, RI 02914 | 6/17/2019 | 962 | | General Unsecured | - Employee claim, resolved per Global Employee Settlements Order (Court Dkt No.155)<br>- Unliquidated or zero dollar claim |
| NEW ENGLAND MOTOR FREIGHT, INC. | BERARDI*RHONDA<br>257 GREENWICH AVE<br>PAULSBORO, NJ 08066 | 6/4/2019 | 728 | | General Unsecured | - Employee claim, resolved per Global Employee Settlements Order (Court Dkt No.155)<br>- Unliquidated or zero dollar claim |
| NEW ENGLAND MOTOR FREIGHT, INC. | BRAZEAU*SCOTT<br>314 WEST SHORE RD<br>WARWICK, RI 02889 | 6/17/2019 | 978 | | General Unsecured | - Employee claim, resolved per Global Employee Settlements Order (Court Dkt No.155)<br>- Unliquidated or zero dollar claim |
| NEW ENGLAND MOTOR FREIGHT, INC. | BUCHANAN*STACY<br>2739 YARNALL RD<br>HALETHORPE, MD 21227 | 5/18/2019 | 479 | | General Unsecured | - Employee claim, resolved per Global Employee Settlements Order (Court Dkt No.155)<br>- Unliquidated or zero dollar claim |
| NEW ENGLAND MOTOR FREIGHT, INC. | CHOJNACKI*STANISLAW ANNA CHOJNACKI<br>249 PIERRE AVE<br>GARFIELD, NJ 07026 | 6/14/2019 | 936 | | General Unsecured | - Employee claim, resolved per Global Employee Settlements Order (Court Dkt No.155)<br>- Unliquidated or zero dollar claim |
| NEW ENGLAND MOTOR FREIGHT, INC. | CHYNOWETH*ROBERT<br>7 IRONOAK CT<br>NORTH EAST, MD 21901 | 6/3/2019 | 643 | $ 500.00 | General Unsecured | - Employee claim, resolved per Global Employee Settlements Order (Court Dkt No.155)<br>- Unliquidated claim |
| NEW ENGLAND MOTOR FREIGHT, INC. | DEJESUS*HECTOR<br>2285 MARSH HAWK LN<br>FLEMING ISLAND, FL 32003 | 5/30/2019 | 632 | | General Unsecured | - Employee claim, resolved per Global Employee Settlements Order (Court Dkt No.155)<br>- Unliquidated or zero dollar claim |
| NEW ENGLAND MOTOR FREIGHT, INC. | DELLIGATTI*NICOLE<br>1269 MIDDLETOWN RD<br>GREENSBURG, PA 15601 | 5/28/2019 | 568 | | General Unsecured | - Employee claim, resolved per Global Employee Settlements Order (Court Dkt No.155)<br>- Unliquidated or zero dollar claim |
| NEW ENGLAND MOTOR FREIGHT, INC. | DESANTIS*DANIEL<br>69 WEATHERLY PL<br>MONTGOMERY, NY 12549 | 5/20/2019 | 406 | | General Unsecured | - Employee claim, resolved per Global Employee Settlements Order (Court Dkt No.155)<br>- Unliquidated or zero dollar claim |

NEW ENGLAND MOTOR FREIGHT, INC., ET AL
CASE NO.: 19-12809 (JKS)

**EXHIBIT A**

## GENERAL UNSECURED - UNLIQUIDATED EMPLOYEE WARN ACT CLAIMS

| Claims to be Expunged | | | | | | Basis for Objections |
|---|---|---|---|---|---|---|
| **Debtor Name** | **Creditor Name & Address** | **Date Filed** | **Claim No.** | **Claim Amount** | **Claim Class** | |
| NEW ENGLAND MOTOR FREIGHT, INC. | DIPASQUA*AARON<br>202 TOURNAMENT CIR<br>NORTH EAST, MD 21901 | 6/3/2019 | 642 | $ 500.00 | General Unsecured | - Employee claim, resolved per Global Employee Settlements Order (Court Dkt No.155)<br>- Unliquidated claim |
| NEW ENGLAND MOTOR FREIGHT, INC. | DIPERNA*CAMERON<br>121 STATION ST<br>HERMINIE, PA 15637 | 5/28/2019 | 567 | | General Unsecured | - Employee claim, resolved per Global Employee Settlements Order (Court Dkt No.155)<br>- Unliquidated or zero dollar claim |
| NEW ENGLAND MOTOR FREIGHT, INC. | GIDDINS*BYRON<br>933 N ROSEDALE ST<br>BALTIMORE, MD 21216 | 6/10/2019 | 666 | | General Unsecured | - Employee claim, resolved per Global Employee Settlements Order (Court Dkt No.155)<br>- Unliquidated or zero dollar claim |
| NEW ENGLAND MOTOR FREIGHT, INC. | HILLMAN*DAVID<br>8113 PHEASANT RUN<br>FOGELSVILLE, PA 18051 | 5/20/2019 | 405 | | General Unsecured | - Employee claim, resolved per Global Employee Settlements Order (Court Dkt No.155)<br>- Unliquidated or zero dollar claim |
| NEW ENGLAND MOTOR FREIGHT, INC. | IMBODEN*STANLEY<br>2246 NORTH POINT DR<br>YORK, PA 17402 | 6/18/2019 | 1066 | | General Unsecured | - Employee claim, resolved per Global Employee Settlements Order (Court Dkt No.155)<br>- Unliquidated or zero dollar claim |
| NEW ENGLAND MOTOR FREIGHT, INC. | JEFFREY*JACK<br>146 HOLLY LYNN DR<br>HAZEL TWP, PA 18202 | 6/14/2019 | 896 | | General Unsecured | - Employee claim, resolved per Global Employee Settlements Order (Court Dkt No.155)<br>- Unliquidated or zero dollar claim |
| NEW ENGLAND MOTOR FREIGHT, INC. | JESUS*EMANUEL<br>58 BROOKSIDE AVE<br>NORTH PROVIDENCE, RI 02911 | 5/27/2019 | 621 | | General Unsecured | - Employee claim, resolved per Global Employee Settlements Order (Court Dkt No.155)<br>- Unliquidated or zero dollar claim |
| NEW ENGLAND MOTOR FREIGHT, INC. | JOSEPH GAJDA<br>88 MT PLEASANT AVE<br>DOVER, NJ 07801 | 6/1/2019 | 638 | | General Unsecured | - Employee claim, resolved per Global Employee Settlements Order (Court Dkt No.155)<br>- Unliquidated or zero dollar claim |
| NEW ENGLAND MOTOR FREIGHT, INC. | KOCHER*LARRY<br>254 N 2ND ST<br>LEHIGHTON, PA 18235 | 6/17/2019 | 960 | | General Unsecured | - Employee claim, resolved per Global Employee Settlements Order (Court Dkt No.155)<br>- Unliquidated or zero dollar claim |
| NEW ENGLAND MOTOR FREIGHT, INC. | MEDAL*MARYANN<br>2 BOUNDARY AVE<br>NORTH MASSAPEQUA, NY 11758 | 5/21/2019 | 462 | | General Unsecured | - Employee claim, resolved per Global Employee Settlements Order (Court Dkt No.155)<br>- Unliquidated or zero dollar claim |

NEW ENGLAND MOTOR FREIGHT, INC., ET AL
CASE NO.: 19-12809 (JKS)

**EXHIBIT A**

## GENERAL UNSECURED - UNLIQUIDATED EMPLOYEE WARN ACT CLAIMS

| Claims to be Expunged | | | | | | Basis for Objections |
|---|---|---|---|---|---|---|
| **Debtor Name** | **Creditor Name & Address** | **Date Filed** | **Claim No.** | **Claim Amount** | **Claim Class** | |
| NEW ENGLAND MOTOR FREIGHT, INC. | MOORE*JIVIN L JIVIN L MOORE JIVIN MOORE 906 UNION ST APT 1 MCKEESPORT, PA 15132 | 5/24/2019 | 613 | | General Unsecured | - Employee claim, resolved per Global Employee Settlements Order (Court Dkt No.155)<br>- Unliquidated or zero dollar claim |
| NEW ENGLAND MOTOR FREIGHT, INC. | MOSLEY*PERCY L 717 WASHINGTON AVE LINDEN, NJ 07036 | 6/17/2019 | 977 | | General Unsecured | - Employee claim, resolved per Global Employee Settlements Order (Court Dkt No.155)<br>- Unliquidated or zero dollar claim |
| NEW ENGLAND MOTOR FREIGHT, INC. | MOULTON*NATHAN 262 SWEET ACRES DR ROCHESTER, NY 14612 | 5/16/2019 | 379 | | General Unsecured | - Employee claim, resolved per Global Employee Settlements Order (Court Dkt No.155)<br>- Unliquidated or zero dollar claim |
| NEW ENGLAND MOTOR FREIGHT, INC. | PALMIOTTI*MICHAEL 6 BURLINGHAM RD PINE BUSH, NY 12566 | 5/21/2019 | 459 | | General Unsecured | - Employee claim, resolved per Global Employee Settlements Order (Court Dkt No.155)<br>- Unliquidated or zero dollar claim |
| NEW ENGLAND MOTOR FREIGHT, INC. | PAVLICH JR*EDWARD 19 ERIE ST PORT JERVIS, NY 12771 | 5/14/2019 | 295 | | General Unsecured | - Employee claim, resolved per Global Employee Settlements Order (Court Dkt No.155)<br>- Unliquidated or zero dollar claim |
| NEW ENGLAND MOTOR FREIGHT, INC. | PEYTON*REGINA 3134 RAWLE ST PHILADELPHIA, PA 19149 | 5/23/2019 | 535 | | General Unsecured | - Employee claim, resolved per Global Employee Settlements Order (Court Dkt No.155)<br>- Unliquidated or zero dollar claim |
| NEW ENGLAND MOTOR FREIGHT, INC. | ROLDAN*FREDY 155 CRANSTON ST APT G28 PROVIDENCE, RI 02907 | 6/10/2019 | 772 | | General Unsecured | - Employee claim, resolved per Global Employee Settlements Order (Court Dkt No.155)<br>- Unliquidated or zero dollar claim |
| NEW ENGLAND MOTOR FREIGHT, INC. | SANDIN*TODD 509 8TH AVE SUTERSVILLE, PA 15083 | 6/18/2019 | 1155 | | General Unsecured | - Employee claim, resolved per Global Employee Settlements Order (Court Dkt No.155)<br>- Unliquidated or zero dollar claim |
| NEW ENGLAND MOTOR FREIGHT, INC. | SELF*JOHN 52 DAY AVE WESTFIELD, MA 01085 | 6/10/2019 | 759 | | General Unsecured | - Employee claim, resolved per Global Employee Settlements Order (Court Dkt No.155)<br>- Unliquidated or zero dollar claim |
| NEW ENGLAND MOTOR FREIGHT, INC. | SIRAGUSA*PAUL 30 ROOSEVELT PL STONY POINT, NY 10980 | 5/28/2019 | 579 | | General Unsecured | - Employee claim, resolved per Global Employee Settlements Order (Court Dkt No.155)<br>- Unliquidated or zero dollar claim |

**NEW ENGLAND MOTOR FREIGHT, INC., ET AL**
**CASE NO.: 19-12809 (JKS)**

**EXHIBIT A**

## GENERAL UNSECURED - UNLIQUIDATED EMPLOYEE WARN ACT CLAIMS

| Claims to be Expunged | | | | | | Basis for Objections |
|---|---|---|---|---|---|---|
| **Debtor Name** | **Creditor Name & Address** | **Date Filed** | **Claim No.** | **Claim Amount** | **Claim Class** | |
| NEW ENGLAND MOTOR FREIGHT, INC. | STUCKEY*REGINALD<br>40 HARRIET ST<br>PROVIDENCE, RI 02905 | 5/23/2019 | 537 | | General Unsecured | - Employee claim, resolved per Global Employee Settlements Order (Court Dkt No.155)<br>- Unliquidated or zero dollar claim |
| NEW ENGLAND MOTOR FREIGHT, INC. | STUEHLER*MICHAEL<br>156 W 4TH AVE<br>ROSELLE, NJ 07203 | 6/17/2019 | 982 | | General Unsecured | - Employee claim, resolved per Global Employee Settlements Order (Court Dkt No.155)<br>- Unliquidated or zero dollar claim |
| NEW ENGLAND MOTOR FREIGHT, INC. | TREASTER*KYRSTIN<br>838 LIMEKILN RD<br>NEW CUMBERLAND, PA 17070 | 5/18/2019 | 480 | | General Unsecured | - Employee claim, resolved per Global Employee Settlements Order (Court Dkt No.155)<br>- Unliquidated or zero dollar claim |
| NEW ENGLAND MOTOR FREIGHT, INC. | VISOCKIS*MARK<br>3525 N DWIGHT RD<br>MORRIS, IL 60450 | 5/28/2019 | 578 | | General Unsecured | - Employee claim, resolved per Global Employee Settlements Order (Court Dkt No.155)<br>- Unliquidated or zero dollar claim |
| NEW ENGLAND MOTOR FREIGHT, INC. | WELLINGTON*RYAN<br>112 BOUQUET ST<br>HOMESTEAD, PA 15120 | 6/17/2019 | 988 | | General Unsecured | - Employee claim, resolved per Global Employee Settlements Order (Court Dkt No.155)<br>- Unliquidated or zero dollar claim |

| **TOTAL EXPUNGED CLAIMS:** | | | | 35 Claims $ 2,000.00 | | |