| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)** | |
| RIKER, DANZIG, SCHERER, HYLAND & PERRETTI LLP<br>Joseph L. Schwartz (JS-5525)<br>Headquarters Plaza<br>One Speedwell Avenue<br>Morristown, NJ 07962-1981<br>Telephone: (973) 583-0800<br>Facsimile: (973) 538-1984<br>jschwartz@riker.com<br><br>*Counsel to United States Fire Insurance Company* | |
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC., *et al.*,<br><br>Debtors. | Case No.: 19-12809 (JKS)<br><br>Chapter: 11<br><br>Hearing Date: July 20, 2021<br><br>Hon. John K. Sherwood, U.S.B.J. |

## ADJOURNMENT REQUEST

1. I, Joseph L. Schwartz, Esq.,

    ☒ am the attorney for: United States Fire Insurance Company

    ☐ am self represented,

    and request an adjournment of the following hearing for the reason set forth below.

    Matter: Motion of Stephen Ross to Participate in Auto Liability Claims Protocol [Docket No. 1347] (the "Motion").

    Current Hearing Date: July 20, 2021 at 10:00 a.m.

    New Date Requested: August 10, 2021

2

Reason for adjournment request:

The parties have agreed to adjourn the hearing on the Motion in order to allow for further settlement discussions.

2. Consent to adjournment:

☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date:  July 15, 2021                                                            /s/ Joseph L. Schwartz

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted                New hearing date:  8/10/2021 @ 10:00 am ☐ Peremptory

☐ Granted over objection(s) New hearing date: _____   ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

5292016v1

2