**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400
mseymour@lowenstein.com
mpapandrea@lowenstein.com
jschneider@lowenstein.com

*Counsel to the Liquidating Trustee*

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>(Jointly Administered) |

**NOTICE OF AGENDA FOR MATTERS SCHEDULED FOR HEARING ON**
**JULY 27, 2021 AT 10:00 A.M. (PREVAILING EASTERN TIME)**

**PLEASE TAKE NOTICE THAT THE HEARING HAS BEEN CANCELLED AS ALL MATTERS ARE GOING FORWARD UNOPPOSED – NO APPEARANCES ARE NECESSARY**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC (4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMF Logistics, LLC (4666).

**UNCONTESTED MATTERS GOING FORWARD**

1. *Liquidating Trustee's Seventh Omnibus Objection to Certain Claims to be Reduced, or Disallowed and Expunged in their Entirety, Based on the Debtors' Books and Records* (the "Seventh Omnibus Objection") [ECF No. 1541]

   Related Documents:

   a) Affidavit of Service filed by Donlin, Recano & Company, Inc. [ECF No. 1547; Filed June 2, 2021]

   Objection Deadline:         June 29, 2021 at 4:00 p.m. (ET)

   Responses Received:

   i. *Certification of John Guerette on behalf of BSP Trans Inc. in Response to the Liquidating Trustee's Seventh Omnibus Objection to Certain Claims* ("BSP") [ECF No. 1551; Filed June 16, 2021].

   ii. *Certification of Lawrence J. Townsend on behalf of Truck Tire Services Corporation in Response to the Liquidating Trustee's Seventh Omnibus Objection to Certain Claims* ("TTS") [ECF No. 1552; Filed June 23, 2021].

   iii. *Unsecured Creditor Ryan Smith & Carbine, Ltd.'s Response to the Notice of the Liquidating Trustee's Seventh Omnibus Objection to Certain Claims to be Reduced, or Disallowed and Expunged in their Entirety, Based on the Debtors' Books and Records* ("RSC") [ECF No. 1555; Filed June 29, 2021].

   iv. *Masergy Communications, Inc.'s Response to Liquidating Trustee's Seventh Omnibus Objection to Certain Claims* ("Masergy") [ECF No. 1556; Filed June 29, 2021].

   v. Informal comments received from Clermont Holdings, LLC ("Clermont").

   vi. Informal comments received from Corporate Lodging Consultants ("CLC").

   vii. Informal comments received from New Jersey Turnpike Authority ("NJTA").

   viii. Informal comments received from New York State Thruway Authority ("NYTA").

    ix.       Informal comments received from RTS Packaging ("RTS").

Status: This matter is going forward. The Liquidating Trustee intends to submit a revised proposed order that (a) withdraws the Seventh Omnibus Objection solely as it relates to the proofs of claim filed by CLC (Claim No. 272), Clermont (Claim No. 1023), TTS (Claim No. 32), BSP (Claim No. 14), and RSC (Claim No. 227), and (b) adjourns the hearing on the Seventh Omnibus Objection solely as it relates to the proofs of claim filed by Masergy (Claim No. 1353) and the NJTA (Claim No. 716) – for approximately thirty (30) days, as the parties work toward a potential resolution.

The NYTA (Claim No. 167) and RTS (Claim No. 1220) do not oppose or otherwise object to the Court's entry of the revised order sustaining the Seventh Omnibus Objection.

[*Remainder of this page intentionally left blank*]

| | |
|---|---|
| Dated: July 26, 2021 | Respectfully submitted,<br><br>**LOWENSTEIN SANDLER LLP**<br><br>/s/ *John Schneider*<br>Mary E. Seymour, Esq.<br>Michael Papandrea, Esq.<br>John P. Schneider, Esq.<br>One Lowenstein Drive<br>Roseland, New Jersey 07068<br>Telephone: (973) 597-2500<br>Facsimile: (973) 597-2400<br>mseymour@lowenstein.com<br>mpapandrea@lowenstein.com<br>jschneider@lowenstein.com<br><br>*Counsel to the Liquidating Debtors* |