| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| RIKER, DANZIG, SCHERER, HYLAND & PERRETTI LLP<br>Joseph L. Schwartz, Esq. (JS-5525)<br>Headquarters Plaza<br>One Speedwell Avenue<br>Morristown, NJ 07962-1981<br>(973) 538-0800<br>jschwartz@riker.com<br><br>*Counsel to United States Fire Insurance Company* | |
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 19-12809 (JKS)<br><br>(Jointly Administered) |

# CERTIFICATE OF CONSENT REGARDING CONSENT ORDER RESOLVING MOTION OF STEPHEN ROSS TO PARTICIPATE IN AUTO LIABILITY CLAIMS PROTOCOL

I HEREBY CERTIFY that with respect to the copy of the captioned Consent Order submitted to the Court, the following conditions have been met:

(a) The terms of the copy of the consent order submitted to the Court are identical to those set forth in the original consent order;

(b) The signatures on the copy of the consent order submitted to the Court reference the signatures of consenting parties obtained on the original consent order;

(c) I will retain the original consent order for a period of seven years from the date of closing of the case;

(d) I will make the original consent order available for inspection upon request of the Court or any party in interest; and

Final paragraph options:

---

[1] The Post-Confirmation Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); and Eastern Freight Ways, Inc. (3461).

☐     (e) If submitting the consent order and this certification to the Court conventionally, I acknowledge the signing of same for all purposes, including those under Fed. R. Bankr. P. 9011 (sign certification in pen and ink and the Court will scan);

☒     (e) If submitting the consent order and this certification to the Court electronically via the presiding judge's e mail box, as a registered Participant of the Court's Case Management/ Electronic Files (CM/ECF) System, I will simultaneously electronically file this certification with the Court, by use of my login and password, thereby signing same for all purposes including those under Fed. R. Bankr. P 9011 (sign certification with a /s/_____).

Dated: August 4, 2021

                                                                                          By:   /s/ Joseph L. Schwartz
                                                                                                     Joseph L. Schwartz, Esq.

5296525v1