

| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1** |
| **LOWENSTEIN SANDLER LLP**<br>Mary E. Seymour, Esq.<br>Michael Papandrea, Esq.<br>John P. Schneider, Esq.<br>One Lowenstein Drive<br>Roseland, New Jersey 07068<br>(973) 597-2500 (Telephone)<br>(973) 597-2400 (Facsimile)<br><br>*Counsel to the Liquidating Trustee* |

Order Filed on August 25, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC., *et al.*,[1]<br><br>　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 19-12809 (JKS)<br><br>(Jointly Administered) |

### REVISED ORDER GRANTING THE LIQUIDATING TRUSTEE'S SEVENTH OMNIBUS OBJECTION TO CERTAIN CLAIMS TO BE REDUCED, OR DISALLOWED AND EXPUNGED IN THEIR ENTIRETY, <u>BASED ON THE DEBTORS' BOOKS AND RECORDS</u>

The relief set forth on the following pages, numbered two (2) through and including four (4), is hereby **ORDERED**.

**DATED: August 25, 2021**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

---

[1] The Debtors in these Chapter 11 Cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC (4357); Mylon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMF Logistics, LLC (4666).

Page:     2
Debtor:   New England Motor Freight, Inc., *et al.*
Case No.: 19-12809 (JKS)
Caption:  Revised Order Granting the Liquidating Trustee's Seventh Omnibus Objection to Certain Claims to be Reduced, or Disallowed and Expunged in their entirety, based on the Debtors' Books and Records

---

Upon the seventh omnibus objection (the "Omnibus Objection")[2] of the Liquidating Trustee appointed in the above-captioned Chapter 11 Cases, seeking entry of an order, pursuant to sections 105(a) and 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rules 3007-1 and 3007-2, (i) reducing the claims (each, a "Reduced Claim") set forth on Exhibit A to this Order because each such Reduced Claim is asserted in amounts greater than the corresponding amounts reflected in the Debtors' Books and Records, and (ii) disallowing and expunging in their entirety the claims (each, an "Expunged Claim") set forth on Exhibit B to this Order because each such Expunged Claim is not reflected in the Debtors' Books and Records; and the Court having jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334; and venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; and consideration of the Omnibus Objection being a core proceeding pursuant to 28 U.S.C. § 157(b); and it appearing that proper and adequate notice of the Omnibus Objection has been given and that no other or further notice is necessary; and upon the record herein; and the Court having determined that the relief sought by the Omnibus Objection is in the best interests of the Debtors, their estates, and creditors; and after due deliberation and good and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT**:

1.     The Omnibus Objection is SUSTAINED as set forth herein.

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

Page:     3
Debtor:   New England Motor Freight, Inc., *et al.*
Case No.: 19-12809 (JKS)
Caption:  Revised Order Granting the Liquidating Trustee's Seventh Omnibus Objection to Certain Claims to be Reduced, or Disallowed and Expunged in their entirety, based on the Debtors' Books and Records

---

2.  The Reduced Claims listed on <u>Exhibit A</u> attached to this Order are hereby adjusted and reduced to the corresponding amount reflected in the Debtors' Books and Records as set forth on <u>Exhibit A</u>.

3.  The Expunged Claims listed on <u>Exhibit B</u> to this Order are hereby disallowed and expunged in their entirety.

4.  The hearing on the Omnibus Objection, solely as it relates to the proofs of claim Massergy Communications, Inc. (Claim No. 1353) and the New Jersey Turnpike Authority (Claim No. 716), shall be adjourned to October 5, 2021 at 10:00 a.m. (ET), or such other date as may be determined by the parties or the Court.

5.  For the avoidance of doubt, nothing in the Omnibus Objection or this Order shall be deemed or construed to (a) constitute an admission as to the validity or priority of any claim against the Debtors, (b) an implication or admission that any particular claim is of a type specified or defined in this Order or the Omnibus Objection, and/or (c) constitute a waiver of the Liquidating Trustee's rights to dispute any claim on any grounds.

6.  The Liquidating Trustee, the Debtors, their claims and noticing agent (Donlin, Recano & Company, Inc.), and the Clerk of this Court are authorized to take any and all actions that are necessary or appropriate to give effect to this Order.

7.  The objection to each of the Reduced Claims and Expunged Claims, as addressed in the Omnibus Objection and as set forth in <u>Exhibit A</u> and <u>Exhibit B</u> attached hereto, constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014.  This Order shall be deemed a separate order with respect to each of the Reduced Claims and/or Expunged Claims that is the

Page:    4
Debtor:  New England Motor Freight, Inc., *et al.*
Case No.: 19-12809 (JKS)
Caption: Revised Order Granting the Liquidating Trustee's Seventh Omnibus Objection to Certain Claims to be Reduced, or Disallowed and Expunged in their entirety, based on the Debtors' Books and Records

---

subject of the Omnibus Objection and this Order. Any stay of this Order pending appeal by any claimants whose Reduced Claims or Expunged Claims are subject to this Order shall only apply to the contested matter that involves such claimant and shall not stay the applicability and/or finality of this Order with respect to any other contested matters addressed in the Omnibus Objection and this Order.

8. The requirement set forth in Local Rule 9013-1(a)(3) that any motion or other request for relief be accompanied by a memorandum of law is hereby deemed satisfied by the contents of the Omnibus Objection or otherwise waived.

9. Notwithstanding any applicability of any of the Bankruptcy Rules, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

10. The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation of this Order.

NEW ENGLAND MOTOR FREIGHT, INC., ET AL
CASE NO. 19-12989 (JKS)

EXHIBIT A

**GENERAL UNSECURED – UNRECONCILED CLAIMS TO BE REDUCED**

| Debtor Name | Claims as Asserted | | | | | Proposed Treatment | | Basis for Objections |
|---|---|---|---|---|---|---|---|---|
| | Creditor Name & Address | Date Filed | Claim No. | Claim Amount | Claim Class | Reduction | Allowable Amount | |
| NEW ENGLAND MOTOR FREIGHT, INC. | AAA COOPER TRANSPORTATION MICHELLE K LEWIS 1751 KINSEY RD DOTHAN, AL 36303 | 6/17/2019 | 948 | $395,094.50 | General Unsecured | $(49,429.88) | $345,664.62 | - Unreconciled with books and records of associated schedule(s) #100070, #100075-#100093, #100541<br>- Asserted claim is to be allowed for the aggregate amount of associated schedule(s), if non-contingent, liquidated and un-disputed |
| NEW ENGLAND MOTOR FREIGHT, INC. | AC AND T CO INC AKA 16503 HUNTER GREEN LLC ELIZABETH BROWN 11535 HOPEWELL RD HAGERSTOWN, MD 21741 | 4/10/2019 | 122 | $ 99,435.93 | General Unsecured | $ (45,678.03) | $ 53,757.90 | - Unreconciled with books and records of associated schedule(s) #50013, #50014<br>- Asserted claim is to be allowed for the aggregate amount of associated schedule(s), if non-contingent, liquidated and un-disputed |
| NEW ENGLAND MOTOR FREIGHT, INC. | ALKALOL C/O REDWOOD MULTIMODAL WAYNE CREEL 1765 N ELSTON AVE SUITE 301 CHICAGO, IL 60642 | 6/18/2019 | 1097 | $ 21,515.80 | General Unsecured | $ (19,000.00) | $ 2,515.80 | - Unreconciled with books and records of associated schedule(s) #100130<br>- Asserted claim is to be allowed for the aggregate amount of associated |

NEW ENGLAND MOTOR FREIGHT, INC., ET AL
CASE NO. 19-12989 (JKS)

**GENERAL UNSECURED – UNRECONCILED CLAIMS TO BE REDUCED**

| Debtor Name | Claims as Asserted ||||| Proposed Treatment ||| Basis for Objections |
|---|---|---|---|---|---|---|---|---|
| | Creditor Name & Address | Date Filed | Claim No. | Claim Amount | Claim Class | Reduction | Allowable Amount | |
| | | | | | | | | schedule(s), if non-contingent, liquidated and un-disputed |
| NEW ENGLAND MOTOR FREIGHT, INC. | ASAD ABIDI 919 BROMTON DR WESTBURY, NY 11590 | 6/16/2019 | 984 | $ 14,800.00 | General Unsecured | $ (14,469.30) | $ 330.70 | - Unreconciled with books and records of associated schedule(s) #50079 - Asserted claim is to be allowed for the aggregate amount of associated schedule(s), if non-contingent, liquidated and un-disputed |
| NEMF WORLD TRANSPORT, INC. | CARRIER CREDIT SVC INC CLAUDIA CALLES 5350 W HILLSBORO BLVDD STE 107 COCONUT CREEK, FL 33073-4396 | 6/13/2019 | 816 | $127,123.20 | General Unsecured | $(114,043.20) | $13,080.00 | - Unreconciled with books and records of associated schedule(s) #50163 - Asserted claim is to be allowed for the aggregate amount of associated schedule(s), if non-contingent, liquidated and un-disputed |

Page **2** of **11**

NEW ENGLAND MOTOR FREIGHT, INC., ET AL
CASE NO. 19-12989 (JKS)

**GENERAL UNSECURED – UNRECONCILED CLAIMS TO BE REDUCED**

| | Claims as Asserted | | | | | Proposed Treatment | | |
|---|---|---|---|---|---|---|---|---|
| **Debtor Name** | **Creditor Name & Address** | **Date Filed** | **Claim No.** | **Claim Amount** | **Claim Class** | **Reduction** | **Allowable Amount** | **Basis for Objections** |
| NEW ENGLAND MOTOR FREIGHT, INC. | CENTRAL GARDEN AND PET A/K/A TFH PUCLICATIONS IMS TRADING ET AL % ASSOCIATED TRAFFIC SVCS 1064 CALLE CARRILLO SAN DIMAS, CA 91773 | 6/18/2019 | 1124 | $22,000.00 | General Unsecured | $(20,647.25) | $1,352.75 | - Unreconciled with books and records of associated schedule(s) #50173, #50174<br>- Asserted claim is to be allowed for the aggregate amount of associated schedule(s), if non-contingent, liquidated and un-disputed |
| NEW ENGLAND MOTOR FREIGHT, INC. | CH ROBINSON WORLDWIDE WILLIAM A GLAD 14701 CHARLSON RD EDEN PRAIRIE, MN 55347 | 6/17/2019 | 981 | $275,440.67 | General Unsecured | $(274,383.89) | $1,056.78 | - Unreconciled with books and records of associated schedule(s) #100368<br>- Asserted claim is to be allowed for the aggregate amount of associated schedule(s), if non-contingent, liquidated and un-disputed |
| NEW ENGLAND MOTOR FREIGHT, INC. | CVS HEALTH MICHAEL GRENON INBOUND TRANSPORTATION 1 CVS DR MC 5035 WOONSOCKET, RI 02921 | 4/12/2019 | 134 | $39,259.41 | General Unsecured | $(21,786.95) | $17,472.46 | - Unreconciled with books and records of associated schedule(s) #50262<br>- Asserted claim is to be allowed for the aggregate amount of associated schedule(s), if non- |

NEW ENGLAND MOTOR FREIGHT, INC., ET AL
CASE NO. 19-12989 (JKS)

**GENERAL UNSECURED – UNRECONCILED CLAIMS TO BE REDUCED**

| Debtor Name | Claims as Asserted | | | | | Proposed Treatment | | Basis for Objections |
|---|---|---|---|---|---|---|---|---|
| | Creditor Name & Address | Date Filed | Claim No. | Claim Amount | Claim Class | Reduction | Allowable Amount | |
| | | | | | | | | contingent, liquidated and un-disputed |
| NEW ENGLAND MOTOR FREIGHT, INC. | D M EXPRESS JAVIER A GONZALEZ PMB 449 1353 ROAD 19 GUAYNABO, PR 00966 | 6/18/2019 | 1126 | $121,616.47 | General Unsecured | $(22,511.97) | $99,104.50 | - Unreconciled with books and records of associated schedule(s) #50267 - Asserted claim is to be allowed for the aggregate amount of associated schedule(s), if non-contingent, liquidated and un-disputed |
| NEW ENGLAND MOTOR FREIGHT, INC. | DESANTIS DESPATCH CORP ANTHONY DESANTIS 590 BELLEVILLE TPKE BUILDING 30 KEARNY, NJ 07032 | 3/26/2019 | 73 | $85,619.09 | General Unsecured | $(60,788.76) | $24,830.33 | - Unreconciled with books and records of associated schedule(s) #50289 - Asserted claim is to be allowed for the aggregate amount of associated schedule(s), if non-contingent, liquidated and un-disputed |

NEW ENGLAND MOTOR FREIGHT, INC., ET AL
CASE NO. 19-12989 (JKS)

**GENERAL UNSECURED – UNRECONCILED CLAIMS TO BE REDUCED**

| Debtor Name | Claims as Asserted | | | | | Proposed Treatment | | Basis for Objections |
|---|---|---|---|---|---|---|---|---|
| | Creditor Name & Address | Date Filed | Claim No. | Claim Amount | Claim Class | Reduction | Allowable Amount | |
| NEW ENGLAND MOTOR FREIGHT, INC. | DORMAN PRODUCTS KEN JOHNSON 3400 E WALNUT ST COLMAR, PA 18915-9768 | 6/7/2019 | 781 | $21,927.35 | General Unsecured | $ (19,137.35) | $2,790.00 | - Unreconciled with books and records of associated schedule(s) #100523 <br> - Asserted claim is to be allowed for the aggregate amount of associated schedule(s), if non-contingent, liquidated and un-disputed |
| NEW ENGLAND MOTOR FREIGHT, INC. | GLOBAL TRANSPORT LOGISTICS INC TOM VINCENT 208 HARRISTOWN RD GLEN ROCK, NJ 07452-3308 | 6/13/2019 | 857 | $36,047.10 | General Unsecured | $ (17,861.26) | $18,185.84 | - Unreconciled with books and records of associated schedule(s) #100726, #50409, #100725 <br> - Asserted claim is to be allowed for the aggregate amount of associated schedule(s), if non-contingent, liquidated and un-disputed |
| NEW ENGLAND MOTOR FREIGHT, INC. | HUB GROUP WILLIAM D KUCAN 2000 CLEARWATER DR OAK BROOK, IL 60523-8809 | 4/29/2019 | 259 | $607,751.42 | General Unsecured | $(606,112.33) | $1,639.09 | - Unreconciled with books and records of associated schedule(s) #100827 <br> - Asserted claim is to be allowed for the aggregate amount of associated schedule(s), if non- |

Page **5** of **11**

NEW ENGLAND MOTOR FREIGHT, INC., ET AL
CASE NO. 19-12989 (JKS)

**GENERAL UNSECURED – UNRECONCILED CLAIMS TO BE REDUCED**

| Debtor Name | Claims as Asserted | | | | | Proposed Treatment | | Basis for Objections |
|---|---|---|---|---|---|---|---|---|
| | Creditor Name & Address | Date Filed | Claim No. | Claim Amount | Claim Class | Reduction | Allowable Amount | |
| | | | | | | | | contingent, liquidated and un-disputed |
| NEW ENGLAND MOTOR FREIGHT, INC. | IAM NATIONAL PENSION FUND RAYMOND E GOAD JR 1300 CONNECTICUT AVE NW SUITE 300 WASHINGTON, DC 20036 | 6/18/2019 | 1098 | $3,161,762.04 | General Unsecured | $(1,484,948.04) | $1,676,814.00 | - Unreconciled with books and records of associated schedule(s) #100835<br>- Asserted claim is to be allowed for the aggregate amount of associated schedule(s), if non-contingent, liquidated and un-disputed |
| NEW ENGLAND MOTOR FREIGHT, INC. | INTERLINE BRANDS INC DBA BARNETT BANKRUPTCY LYNN ADKINS 801 W BAY ST JACKSONVILLE, FL 32204 | 4/15/2019 | 251 | $13,329.41 | General Unsecured | $ (11,234.29) | $2,095.12 | - Unreconciled with books and records of associated schedule(s) #50487, #50488<br>- Asserted claim is to be allowed for the aggregate amount of associated schedule(s), if non-contingent, liquidated and un-disputed |

Page **6** of **11**

NEW ENGLAND MOTOR FREIGHT, INC., ET AL
CASE NO. 19-12989 (JKS)

**GENERAL UNSECURED – UNRECONCILED CLAIMS TO BE REDUCED**

| | Claims as Asserted | | | | | Proposed Treatment | | |
|---|---|---|---|---|---|---|---|---|
| Debtor Name | Creditor Name & Address | Date Filed | Claim No. | Claim Amount | Claim Class | Reduction | Allowable Amount | Basis for Objections |
| NEW ENGLAND MOTOR FREIGHT, INC. | LANDSTAR GLOBAL LOGISTICS INC DAWN BOWERS 13410 SUTTON PARK DR S JACKSONVILLE, FL 32224 | 2/22/2019 | 209 | $273,141.99 | General Unsecured | $(12,788.83) | $260,353.16 | - Unreconciled with books and records of associated schedule(s) #50559<br>- Asserted claim is to be allowed for the aggregate amount of associated schedule(s), if non-contingent, liquidated and un-disputed |
| NEW ENGLAND MOTOR FREIGHT, INC. | MASERGY COMMUNICATIONS INC STEVEN T HOLMES CAVAZOS HENDRICKS POIROT PC 900 JACKSON STREET STE 570 DALLAS, TX 75202 | 3/9/2020 | 1353 | $1,206,943.62 | General Unsecured | $(1,188,258.63) | $18,684.99 | - Unreconciled with books and records of associated schedule(s) #50615<br>- Asserted claim is to be allowed for the aggregate amount of associated schedule(s), if non-contingent, liquidated and un-disputed |
| NEW ENGLAND MOTOR FREIGHT, INC. | MDS AUTO BODY DBA KODEL INC ANTHONY BARBOSA 369 THOMAS ST NEWARK, NJ 07114 | 6/17/2019 | 972 | $22,184.06 | General Unsecured | $(11,444.16) | $10,739.90 | - Unreconciled with books and records of associated schedule(s) #50628<br>- Asserted claim is to be allowed for the aggregate amount of associated schedule(s), if non-contingent, liquidated and un-disputed |

NEW ENGLAND MOTOR FREIGHT, INC., ET AL
CASE NO. 19-12989 (JKS)

**GENERAL UNSECURED – UNRECONCILED CLAIMS TO BE REDUCED**

| Debtor Name | Claims as Asserted | | | | | Proposed Treatment | | Basis for Objections |
|---|---|---|---|---|---|---|---|---|
| | Creditor Name & Address | Date Filed | Claim No. | Claim Amount | Claim Class | Reduction | Allowable Amount | |
| NEW ENGLAND MOTOR FREIGHT, INC. | NEW YORK STATE THRUWAY AUTHORITY KATHLEEN CLARK PO BOX 189 200 SOUTHERN BLVD ALBANY, NY 12201-0189 | 4/17/2019 | 167 | $41,380.19 | General Unsecured | $(41,203.94) | $176.25 | - Unreconciled with books and records of associated schedule(s) #50688 - Asserted claim is to be allowed for the aggregate amount of associated schedule(s), if non-contingent, liquidated and un-disputed |
| NEW ENGLAND MOTOR FREIGHT, INC. | OMNITRACS LLC MARK A PLATT FROST BROWN TODD LLC 100 CRESCENT CT STE 350 DALLAS, TX 75201 | 6/18/2019 | 1030 | $117,790.43 | General Unsecured | $(117,562.11) | $228.32 | - Unreconciled with books and records of associated schedule(s) #50726 - Asserted claim is to be allowed for the aggregate amount of associated schedule(s), if non-contingent, liquidated and un-disputed |
| NEW ENGLAND MOTOR FREIGHT, INC. | PMXF SYSTEMS INC DWAYNE SPENCER 183 27TH ST BROOKLYN, NY 11232 | 5/23/2019 | 549 | $58,781.01 | General Unsecured | $ (52,166.82) | $6,614.19 | - Unreconciled with books and records of associated schedule(s) #50786 - Asserted claim is to be allowed for the aggregate amount of associated schedule(s), if non-contingent, liquidated and un-disputed |

NEW ENGLAND MOTOR FREIGHT, INC., ET AL
CASE NO. 19-12989 (JKS)

**GENERAL UNSECURED – UNRECONCILED CLAIMS TO BE REDUCED**

| Debtor Name | Claims as Asserted ||||| Proposed Treatment || Basis for Objections |
|---|---|---|---|---|---|---|---|---|
| | Creditor Name & Address | Date Filed | Claim No. | Claim Amount | Claim Class | Reduction | Allowable Amount | |
| NEW ENGLAND MOTOR FREIGHT, INC. | RTS PACKAGING RICHARD ARNOTT 16 WASHINGTON AVE SCARBOROUGH, ME 04074-8311 | 7/16/2019 | 1220 | $14,765.00 | General Unsecured | $(13,422.68) | $1,342.32 | - Unreconciled with books and records of associated schedule(s) #101437<br>- Asserted claim is to be allowed for the aggregate amount of associated schedule(s), if non-contingent, liquidated and un-disputed |
| NEW ENGLAND MOTOR FREIGHT, INC. | SECURITAS SECURITY SVCS USA INC JAIME BERGARA BUSINESS SVC MANAGER 00220 4330 PARK TER DR WESTLAKE VILLAGE, CA 91361 | 6/14/2019 | 905 | $54,807.40 | General Unsecured | $(25,147.60) | $29,659.80 | - Unreconciled with books and records of associated schedule(s) #50892<br>- Asserted claim is to be allowed for the aggregate amount of associated schedule(s), if non-contingent, liquidated and un-disputed |
| NEW ENGLAND MOTOR FREIGHT, INC. | SILVER PALATE KITCHENS 211 KNICKERBOCKER RD CRESSKILL, NJ 07626-1830 | 5/15/2019 | 360 | $34,232.55 | General Unsecured | $(26,191.01) | $8,041.54 | - Unreconciled with books and records of associated schedule(s) #50910, #101508, #101509<br>- Asserted claim is to be allowed for the aggregate amount of associated schedule(s), if non- |

NEW ENGLAND MOTOR FREIGHT, INC., ET AL
CASE NO. 19-12989 (JKS)

**GENERAL UNSECURED – UNRECONCILED CLAIMS TO BE REDUCED**

| Debtor Name | Claims as Asserted | | | | | Proposed Treatment | | Basis for Objections |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Creditor Name & Address | Date Filed | Claim No. | Claim Amount | Claim Class | Reduction | Allowable Amount | |
| NEW ENGLAND MOTOR FREIGHT, INC. | SOLEYS GARAGE AND TOWING 1844 W PENN PIKE NEW RINGGOLD, PA 17960 | 4/3/2019 | 107 | $555,250.00 | General Unsecured | $(548,107.50) | $7,142.50 | contingent, liquidated and un-disputed<br><br>- Unreconciled with books and records of associated schedule(s) #50922<br>- Asserted claim is to be allowed for the aggregate amount of associated schedule(s), if non-contingent, liquidated and un-disputed |
| NEW ENGLAND MOTOR FREIGHT, INC. | SPRINT CORP BANKRUPTCY DEPT PO BOX 7949 OVERLAND PARK, KS 66207-0949 | 5/28/2019 | 573 | $38,889.10 | General Unsecured | $(30,683.63) | $8,205.47 | - Unreconciled with books and records of associated schedule(s) #50940<br>- Asserted claim is to be allowed for the aggregate amount of associated schedule(s), if non-contingent, liquidated and un-disputed |

NEW ENGLAND MOTOR FREIGHT, INC., ET AL
CASE NO. 19-12989 (JKS)

**GENERAL UNSECURED – UNRECONCILED CLAIMS TO BE REDUCED**

| | Claims as Asserted | | | | | Proposed Treatment | | |
|---|---|---|---|---|---|---|---|---|
| Debtor Name | Creditor Name & Address | Date Filed | Claim No. | Claim Amount | Claim Class | Reduction | Allowable Amount | Basis for Objections |
| NEW ENGLAND MOTOR FREIGHT, INC. | WINDSTREAM 1450 N CTR PT RD HIAWATHA, IA 52233 | 3/26/2019 | 77 | $15,279.45 | General Unsecured | $ (15,102.44) | $177.01 | - Unreconciled with books and records of associated schedule(s) #51135<br>- Asserted claim is to be allowed for the aggregate amount of associated schedule(s), if non-contingent, liquidated and un-disputed |

Page **11** of **11**

NEW ENGLAND MOTOR FREIGHT, INC., ET AL
CASE NO. 19-12809 (JKS)

EXHIBIT B

**GENERAL UNSECURED – UNRECONCILED CLAIMS TO BE EXPUNGED**

| | Claims to be Expunged | | | | | |
|---|---|---|---|---|---|---|
| **Debtor Name** | **Creditor Name & Address** | **Date Filed** | **Claim No.** | **Claim Amount** | **Claim Class** | **Basis for Objections** |
| NEW ENGLAND MOTOR FREIGHT, INC. | JOSE L FERRER DAVID METH, ESQ. 200 DANIELS WAY SUITE 240a FREEHOLD, NJ 07728 | 2/20/2021 | 1367 | $3,000,000.00 | General Unsecured | - Unreconciled with books and records of associated schedule(s) #100912<br>- Asserted claim to to be allowed for the aggregate amount of associated schedule(s), if non-contingent, liquidated and un-disputed<br>- Amends claim #1357, which was expunged in 3rd Omni Objection per Auto Liability Protocol |
| NEW ENGLAND MOTOR FREIGHT, INC. | GERMAN GALLAGHER AND MURTAGH PC GARY GRENMINGER 200 S BROAD ST STE 500 PHILADELPHIA, PA 19102 | 6/12/2019 | 910 | $13,269.00 | General Unsecured | - Unreconciled with books and records of associated schedule(s) #101929<br>- Asserted claim is to be allowed for the aggregate amount of associated schedule(s), if non-contingent, liquidated and un-disputed |
| NEW ENGLAND MOTOR FREIGHT, INC. | NEW JERSEY TURNPIKE AUTHORITY MARK SCHNEIDER ESQ 1 TURNPIKE PLZ PO BOX 5042 WOODBRIDGE, NJ 07095 | 5/30/2019 | 716 | $57,800.90 | General Unsecured | - Unreconciled with books and records of associated schedule(s) #102031, #102032<br>- Asserted claim is to be allowed for the aggregate amount of associated schedule(s), if non-contingent, liquidated and un-disputed |

NEW ENGLAND MOTOR FREIGHT, INC., ET AL
CASE NO. 19-12809 (JKS)

**GENERAL UNSECURED – UNRECONCILED CLAIMS TO BE EXPUNGED**

| | Claims to be Expunged | | | | | |
|---|---|---|---|---|---|---|
| **Debtor Name** | **Creditor Name & Address** | **Date Filed** | **Claim No.** | **Claim Amount** | **Claim Class** | **Basis for Objections** |
| NEW ENGLAND MOTOR FREIGHT, INC. | RICHARD BRYAN HILL ET AL V CHESTER PIKE AUTOSALES INC ET AL<br>SWARTZ CAMPBELL LLC<br>TWO LIBERTY PL 50 S 16TH ST FL 28<br>PHILADELPHIA, PA 19102 | 6/17/2019 | 951 | $14,043.95 | General Unsecured | - Unreconciled with books and records of associated schedule(s) #101402, #101403<br>- Asserted claim is to be allowed for the aggregate amount of associated schedule(s), if non-contingent, liquidated and un-disputed |
| NEW ENGLAND MOTOR FREIGHT, INC. | TIPSY ELVES LLC J BARRETT MARUM<br>SHEPPARD MULLIN RICHTER AND HAMPTON LLP<br>379 LYTTON AVE<br>PALO ALTO, CA 94301 | 6/18/2019 | 1086 | $174,666.67 | General Unsecured | - Unreconciled with books and records of associated schedule(s) #101651<br>- Asserted claim is to be allowed for the aggregate amount of associated schedule(s), if non-contingent, liquidated and un-disputed |