Form tsntc

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−12809−JKS
Chapter: 11
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    New England Motor Freight, Inc.
    1−71 North Ave E
    Elizabeth, NJ 07201

Social Security No.:

Employer's Tax I.D. No.:
    22−1977697

## Notice That a Transcript Has Been Filed

You are Noticed that a Transcript has been filed on 9/6/21. Pursuant to the Judicial Conference Policy on Privacy, access to this transcript is restricted for a period of ninety days from the date of filing. The transcript may be viewed at the Bankruptcy Court Clerk's Office. [For information about how to contact the transcriber, please call the Clerk's Office] All parties have seven business days to file a Request for Redaction of any social security numbers, financial account data, names of minor−age children, dates of birth, and home addresses. If redaction is requested, the filing party has twenty−one calendar days from the date the transcript was filed to file a list of items to be redacted indicating the location of the identifiers within the transcript with the court and to provide the list to the transcriber. The transcriber has thirty−one days from the date the list of items to be redacted was filed to file the redacted version of the transcript with the court . If no request is filed, the transcript will be made electronically available to the general public after the ninety days.

Dated: September 7, 2021
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
New England Motor Freight, Inc.  
    Debtor

Case No. 19-12809-JKS  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 14  
Date Rcvd: Sep 07, 2021      Form ID: tsntc      Total Noticed: 101

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 09, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | New England Motor Freight, Inc., 1-71 North Ave E, Elizabeth, NJ 07201-2958 |
| aty | + | ANTHONY G ROSS, 126 South Main Street, Pittston, PA 18640-1739 |
| aty | + | Charles Ercole, Klehr Harrison et al, 10000 Lincoln Drive East, Suite 201, Marlton, NJ 08053-3105 |
| aty | + | Charles R Mathis, IV, Levinson Axelrod. P.A., Levinson Plaza, 2 Lincoln Highway, PO Box 2905 Edison, NJ 08818-2905 |
| aty | | Corey S Booker, Whitford, Taylor & Preston, L.L.P., 1021 East Cory Street, Suite 1700, Richmond, VA 23219 |
| aty | + | David L. Eisbrouch, Harmon, Linder & Rogowsky, Esqs., 3 Park Avenue, Suite 2300, New York, NY 10016-5908 |
| aty | + | Deloitte Consulting LLP, 111 S Wacker Dr, Chicago, IL 60606-4396 |
| aty | + | Edward C. Bassett, Jr., MIRICK O'CONNELL, 1800 West Park Drive, Suite 400, Westborough, MA 01581-3960 |
| aty | + | Elliot M. Smith, SQUIRE PATTON BOGGS (US) LLP, 4900 Key Tower, 127 Public Square, Cleveland, OH 44114-1284 |
| aty | | Gibbons, P.C., One Gateway Center, Newark, NJ 07102-5310 |
| aty | | Howard A. Cohen, Gibbons P.C, 300 Delaware Avenue, Suite 1015, Wilmington, DE 19801-1671 |
| aty | | Jeffrey L. Nagel, Gibbons P.C., One Pennsylvania Plaza, 37th Floor, New York, NY 10119-3701 |
| aty | + | Jonathan I. Edelstein, Edelstein & Grossman, 501 Fifth Avenue, Suite 514, New York, NY 10017-7840 |
| aty | + | Jonathan M. Stemerman, 1105 N. Market Street, Suite 1700, Wilmington, DE 19801-1228 |
| aty | + | Joshua D. Stiff, Whitford, Taylor & Preston, L.L.P., 1021 East Cary Street, Suite 1700, Richmond, VA 23219-4000 |
| aty | + | Joshua Eppich, Bonds Ellis Eppich Schafer Jones LLP, 420 Throckmorton Street, Suite 1000, Fort Worth, TX 76102-3727 |
| aty | + | Keith M. Lusby, Gebhardt & Smith LLP, One South Street, Suite 2200, Baltimore, MD 21202-3281 |
| aty | + | Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, NJ 07068-1791 |
| aty | | MCNEES WALLACE AND NURICK LLC, JAMES J FRANKLIN, MCNEES WALLACE AND NURICK LLC, 100 PINE ST, PO BOX 1166 HARRISBURG, PA 17108-1166 |
| aty | + | Mark F. Liscio, Freshfields Bruckhaus Deringer US LLP, 601 Lexington Avenue, Neew York, NY 10022-4611 |
| aty | | Maura P. McIntyre, Squire Patton Boggs (US) LLP, 49 Key Tower, 127 Public Square, Cleveland, OH 44114 |
| aty | | Norman P Fivel, NYS Dept. of Law, The Capitol, Albany, NY 12224 |
| aty | + | Paul M Nussbaum, Whitford, Taylor & Preston, L.L.P., 1021 East Cary Street, Suite 1700, Richmond, VA 23219-4000 |
| aty | + | Robert G. Goodman, Palmisano & Goodman, PA, 171 Main Street, PO Box 518, Woodbridge, NJ 07095-0518 |
| aty | + | Robert J. Rossmeissl, Dorsey and Semrau, 714 Main Street, PO Box 228, Boonton, NJ 07005-0228 |
| aty | + | Sarah Denis, ELLIOT GREENLEAF, 1105 Market Street, Suite 1700, Wilmington, DE 19801-1228 |
| aty | + | Scott D. Talmadge, Freshfields Bruckhaus Deringer US LLP, 601 Lexington Avenue, New York, NY 10022-4611 |
| aty | + | Shelley A. Kinsella,, 300 Delaware Avenue, Suite 210, Wilmington, DE 19801-6601 |
| aty | + | State Farm Indemnity Company, P.O. Box 106170, Atlanta, GA 30348-6170 |
| aty | + | Tiffany Strelow Cobb, Vorys, Sater, Seymour and Pease LLP, 52 East Gay Street, Columbus, OH 43215-3161 |
| aty | + | Todd M. Brooks, Whiteford, Taylor & Preston L.L.P., 7 St. Paul Street, Suite 1500, Baltimore, MD 21202-1636 |
| aty | + | Vera N. Kanova, General Law Division, 400 Market Street, Harrosbirg, PA 17101-2301 |
| aty | + | Vernon E Inge, Jr., Whitford, Taylor & Preston, L.L.P., 1021 East Cary Street, Suite 1700, Richmond, VA 23219-4000 |
| aty | + | WASSERMAN, JURISTA & STOLZ, P.C., 110 Allen Road, Suite 304, Basking Ridge,, NJ 07920-4500 |
| aty | + | Whiteford Taylor & Preston, Seven Saint paul St. Ste 1800, Baltimore, MD 21202-1639 |
| cr | + | AHS Hospital Corp., McCarter & English, LLP, Attn: Katie Buck, Esq., 100 Mulberry St., 4 Gateway Center Newark, NJ 07102-4062 |
| cr | + | Abel Trochez, Resin & Rosenstein, LLP, 6200Baltimore Ave, #400, Riverdale, MD 20737-1054 |
| sp | + | Akerman LLP, 666 Fifth Avenue, 20th Fl, New York, NY 10103-0020 |
| cr | + | Albert F Nasuti, Esq., THOMPSON, OBRIEN, KEMP & NASUTI, P.C., 40 Technology Parkway South, Suite 300, Peachtree Corners, GA 30092-2924 |
| cr | + | Alioune Diao, 437 Livingston Ave, 2A, Albany, NY 12206-2811 |
| cr | + | Angela Evans, Clayville, NY 13322 |
| cr | | Anthony McNeil, Jersey City, NJ |
| cr | + | Berkley Insurance Company, c/o CHIESA SHAHINIAN & GIANTOMASI PC, One Boland Drive, West Orange, NJ 07052-3686 |

| | | |
|---|---|---|
| cr | + | Byron E Najera Osorio, Rensin & Rosenstein, LLP, 6200 Baltimore Ave, Riverdale, MD 20737-1054 |
| cr | + | CAB East LLC, serviced by Ford Motor Credit Compan, P.O. Box 62180, Colorado Springs, CO 80962-2180 |
| cr | + | Capital One, N.A., c/o McCarter & English, LLP, Attn: Peter M. Knob, Esq., Four Gateway Center, 100 Mulberry Street Newark, NJ 07102-4056 |
| cr | + | Christiana Care Health Services, Inc., McCarter & English, LLP, Attn: Kate Buck, Esq., 100 Mulberry St., 4 Gateway Center Newark, NJ 07102-4062 |
| op | + | CohnReznick Capital Market Securities, LLC, 4 Becker Farm Road, Roseland, NJ 07068-1739 |
| cr | + | Colonial Gas Company, KeySpan Energy Delivery Long, c/o McCarter & English, LLP, Attn: James A. Kellar, Esq., Four Gateway Center, 100 Mulberry Street Newark, NJ 07102-4056 |
| cr | + | Commonwealth of Pennsylvania Department of Labor a, Deb Secrest, 651 Boas Street, Room 702, Harrisburg, PA 17121-0751 |
| cr | + | Connecticut Light & Power Company, NStar Western M, c/o McCarter & English, LLP, Attn: Kate R. Buck, Esq., Renaissance Centre, 405 N. King Street, 8th Floor Wilmington, DE 19801-3773 |
| r | + | Cushman & Wakefield of Florida, LLC, 200 South Biscayne Blvd.., Miami, FL 33131-2310 |
| cr | + | Daimler Trust, c/o BK Servicing, LLC, P.O. Box 131265, Roseville, MN 55113-0011 |
| cr | | Dept. of Revenue Commonwealth of Pennsylvania, dep, Bureau of Compliance, Dept. 280946, Harrisburg, PA 17128-0946 |
| op | + | Donlin, Recano & Company, Inc., 6201 15th Ave., Brooklyn, NY 11219-5411 |
| intp | + | Dorothy Karp, 2931 Pittston Ave, Scranton, PA 18505-3139 |
| cr | + | East River Energy, Inc,, 401 Soundview Road, Guilford, CT 06437-2981 |
| intp | + | Eastern Regional Medical Center, LLC, c/o Stradley Ronon Stevens & Young LLP, Attn: Daniel M. Pereira, 457 Haddonfield Road, Suite 100, Cherry Hill, NJ 08002-2223 |
| cr | + | Esmeralda Ramirez, Hecht, Kleeger & Damashek, P.C., 19 West 44th Street, Suite 1500, New York, NY 10036-6101 |
| cr | + | Geico, 2 Greentree Center, Marlton, NJ 08053-3102 |
| intp | | Great Dane LLC, Michael D. Sirota, Esq., Cole Schotz P.C., 25 Main Street, Court Plaza North, Hackensack, NJ 07601 |
| sp | | John J. McGowan, Jr., Baker and Hostetler, LLP, Key Tower, 127 Public Square, Suite 2000, Cleveland, OH 44114 |
| cr | + | Jose Ferrer, c/o David Meth, Esq., 200 Daniels Way, Suite 240, 200 Daniels Way, Suite 240 Freehold, NJ 07728-2622 |
| dft | + | Kaleida Health, 100 High Street, Buffalo, NY 14203-1126 |
| cr | + | Keller Weber Trucking, Inc., 20 Village Square Drive, Marietta, PA 17547-9734 |
| cr | + | Krysztof Kowalczyk Profix Professional Trailer Rep, 51 Evergreen St, Bayonne, NJ 07002-4352 |
| cr | + | Larry L. Banks, 124 Lexington Avenue, Paterson, NJ 07502-1809 |
| cr | + | Lucky's Energy Service, Inc., c/o Riker Danzig, One Speedwell Avenue, Morristown, NJ 07960-6838 |
| cr | + | MICHAEL SINGLEY, 432 West Pine Ave, Wildwood, NJ 08260-2336 |
| cr | | Marie-Jose Dube, IBM CORPORATION, 275 Viger East, Montreal, QC H2X 3R7, CANADA |
| cr | + | Masergy Communications, Inc., Skolnick Legal Group, P.C., 103 Eisenhower Parkway, Suite 305, Roseland, NJ 07068-1029 |
| cr | + | McIntosh Energy Company, 1923 Bremer Road, Fort Wayne, IN 46803-3002 |
| cr | | Melinda Londos, c/o :Law Offices of Wayne C. Felle, 6204 Main Street, Williamsville, NY 14221 |
| cr | + | Nelson Vasquez, Boyer Coffy, LLC., 970 Clifton Ave, Suite 201, Clifton, NJ 07013-2730 |
| cr | + | New Jersey Manufacturers, c/o Connell Foley (RKS), 56 Livingston Avenue, Roseland, NJ 07068, UNITED STATES 07068-1733 |
| cr | + | New York State Department of Labor, Office of the Attorney General, 28 Liberty Street, New York, NY 10005-1400 |
| cr | + | Office of Unemployment Compensation Tax Services (, Deb Secrest, Commonwealth of Pennsylvania, 651 Boas Street, Room 702, Harrisburg,, PA 17121-0751 |
| intp | + | Orange and Rockland Utilities, Inc., c/o Daniel N. Kraushaar, Esq., 300 Airport Executive Park, Suite 307, Nanuet, NY 10954-5285 |
| intp | + | PA Department of Environmental Protection, Office of Chief Counsel, 400 Market St, Harrisburg, PA 17101-2301 |
| cr | + | Pilot Travel Centers LLC, 5508 Lonas Drive, Knoxville, TN 37909-3221 |
| cr | + | Potomac Edison Company, Toledo Edison Company and, c/o McCarter & English, LLP, Attn: Kate R. Buck, Esq., Renaissance Centre, 405 N. King Street, 8th Floor Wilmington, DE 19801-3773 |
| intp | + | Protective Insurance Company, 3100 North Meridian Street, Indianapolis, IN 46208-4718 |
| cr | + | RLI Insurance Company, 9025 N. Lindbergh Drive, Peoria, il 61615-1499 |
| intp | + | Remonea S Harris, 136 Central Avenue, Clark, NJ 07066-1142 |
| cr | + | Rochester Gas & Electric Corporation, c/o McCarter & English, LLP, Attn: James A. Kellar, Esq., Four Gateway Center, 100 Mulberry Street Newark, NJ 07102-4056 |
| cr | + | St. Joseph's University Medical Center Inc., c/o McCarter & English, 100 Mulberry St., 4 Gateway Center, Newark, NJ 07102-4062 |
| cr | + | Steven Ross, 5186 Blazer Pkwy, Dublin, OH 43017-1339 |
| cr | + | Truck Tire Service Corporation, P.O. Box 1265, Saugus, MA 01906-0565 |
| intp | + | United States Fire Insurance Company, c/o Riker Danzig, One Speedwell Avenue, Morristown, NJ 07960-6838 |
| cr | + | VW Credit, Inc., P.O. Box 340514, Tampa, FL 33694-0514 |
| cr | + | Valvoline LLC, 100 Valvoline Way, Lexington, TX 40509-2714 |
| cr | + | West Penn Power Company, c/o McCarter & English, LLP, Attn: James A. Kellar, Esq., Four Gateway Center, 100 Mulberry Street Newark, NJ 07102-4056 |
| acc | + | Withumsmith+Brown, 200 Jefferson Park, Suite 400, Whippany, NJ 07981-1070 |
| cr | + | Xiomara Mendoz-Lopez, Resin & Rosenstein, LLP, 6200 Baltimore Ave, #400, Riverdale, MD 20737-1054 |
| cr | + | to Rita Alvarado The Rosato Firm, P.C., counsel, 55 Broadway, 23rd Floor, New York, NY 10006-3734 |

TOTAL: 95

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern

| District/off: 0312-2 | User: admin | Page 3 of 14 |
|---|---|---|
| Date Rcvd: Sep 07, 2021 | Form ID: tsntc | Total Noticed: 101 |

Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | + Email/Text: sak@elliottgreenleaf.com | Sep 07 2021 21:48:00 | ELLIOTT GREENLEAF, P.C, 1105 Market Street, Suite 1700, Wilmington, DE 19801-1228 |
| smg | Email/Text: usanj.njbankr@usdoj.gov | Sep 07 2021 21:47:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 07 2021 21:47:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| app | + Email/Text: atkinsappraisal@aol.com | Sep 07 2021 21:47:00 | A. Atkins Appraisal Corp,, 122 Clinton Road, Fairfiled, NJ 07004-2900 |
| cr | + Email/Text: ar@bsptransinc.com | Sep 07 2021 21:47:00 | BSP Trans Inc., 2500 Liberty Dr., Londonderry, NH 03053-2299 |
| intp | Email/Text: jmarshall@jmpartnersllc.com | Sep 07 2021 21:47:00 | John Marshall, c/o JM Partners LLC, 6800 Paragon Place Suite 202, Richmond,, VA 23230-1656 |

TOTAL: 6

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | | Christopher M. Desiderio |
| aty | | Elliott Greenleaf, P.C. |
| aty | | John E. Murray |
| cr | | Benedicto Sorto |
| cr | | Daniel Murtha |
| cr | | Daniel Rinaldi |
| intp | | International Business Machines Corp (IBM) |
| cr | | JP Morgan Chase, 1111 Polaris Parkway, 4P0461, Columbus |
| cr | | Janice A. Goodall |
| cr | | NH Department of Revenue Administration |
| op | | Vincent J. Colistra |
| aty | * | John J. McGowan, Jr., Baker and Hostetler, LLP, Key Tower, 127 Public Square, Suite 2000, Cleveland, OH 44114 |
| aty | *+ | Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, NJ 07068-1791 |
| aty | ##+ | Brent C. Strickland, Whiteford, Taylor & Preston L.L.P, 7501 Wisconsin Avenue,Suite 700W, Bethesda, MD 20814-6521 |
| aty | ##+ | Grace Winkler Cranley, Dinsmore & Shohl LLP, 227 W. Monroe Street, Suite 3850, Chicago, IL 60606-5085 |
| cr | ##+ | Omnitracs, LLC, c/o Mark A. Platt, Esq., Frost Brown Todd LLC, 100 Crescent Court, Suite 350, Dallas, TX 75201-2348 |
| cr | ##+ | Pantos USA, Inc., 910 Sylvan Ave., Englewood Cliffs, NJ 07632-3306 |

TOTAL: 11 Undeliverable, 2 Duplicate, 4 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 09, 2021          Signature:     /s/Joseph Speetjens

Case 19-12809-JKS    Doc 1572    Filed 09/09/21    Entered 09/10/21 00:12:45    Desc
Imaged Certificate of Notice    Page 5 of 15

| District/off: 0312-2 | User: admin | Page 4 of 14 |
|---|---|---|
| Date Rcvd: Sep 07, 2021 | Form ID: tsntc | Total Noticed: 101 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 6, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alan J. Brody | on behalf of Creditor JP Morgan Chase brodya@gtlaw.com  NJLitDock@gtlaw.com |
| Alissa Piccione | on behalf of Defendant Renal Treatment Centers Northeast Inc. alissa.piccione@troutman.com |
| Alyssa A. Cimino | on behalf of Creditor Byron E Najera Osorio acimino@aciminolaw.com  ciminoar98640@notify.bestcase.com |
| Alyssa A. Cimino | on behalf of Creditor Abel Trochez acimino@aciminolaw.com  ciminoar98640@notify.bestcase.com |
| Alyssa A. Cimino | on behalf of Creditor Xiomara Mendoz-Lopez acimino@aciminolaw.com  ciminoar98640@notify.bestcase.com |
| Andreas Milliaressis | on behalf of Defendant V.A.G. Inc. dba Performance Lubricants adm@stevenslee.com |
| Andrew Spears | on behalf of Creditor Francis and Kimberly Beck amiller@hhrlaw.com |
| Andrew J. Kelly | on behalf of Creditor Steven Ross akelly@kbtlaw.com wsheridan@kbtlaw.com;saudino@kbtlaw.com;tgraga@kbtlaw.com;pschenke@kbtlaw.com |
| Andrew J. Kelly | on behalf of Defendant Mansfield Oil Co. of Gainesville Inc. aka Mansfield Oil Company akelly@kbtlaw.com wsheridan@kbtlaw.com;saudino@kbtlaw.com;tgraga@kbtlaw.com;pschenke@kbtlaw.com |
| Andrew R. Turner | on behalf of Interested Party Protective Insurance Company courts@turnerlaw.net |
| Andrew R. Turner | on behalf of Defendant Protective Insurance Company courts@turnerlaw.net |
| Ann Dee Lieberman | on behalf of Attorney State Farm Indemnity Company anndee@mayersubrolaw.com |
| Anthony Sodono, III | on behalf of Creditor Rasheeda Carter asodono@msbnj.com |
| Anthony Sodono, III | on behalf of Defendant Talley Petroleum Enterprises  Inc. asodono@msbnj.com |
| Anthony Sodono, III | on behalf of Defendant Jalil Waters and Rashida Carter asodono@msbnj.com |
| Anthony Sodono, III | on behalf of Defendant Shauna Jones asodono@msbnj.com |
| Anthony Sodono, III | on behalf of Creditor Shauna Jones asodono@msbnj.com |
| Anthony Sodono, III | on behalf of Creditor Jalil Walters asodono@msbnj.com |
| Anthony Sodono, III | on behalf of Creditor Mercedes Benz Financial Services USA LLC asodono@msbnj.com |
| Ashley E Shapiro | on behalf of Plaintiff Kevin P. Clancy  solely in his capacity as the Liquidating Trustee ashapiro@atllp.com, mmillis@atllp.com;skinsella@atllp.com |
| Beth J. Rotenberg | on behalf of Creditor Berkley Insurance Company brotenberg@csglaw.com  ecf@csglaw.com |
| Blake D. Roth | on behalf of Creditor Bridgestone Americas Tire Operations  LLC blake.roth@wallerlaw.com, chris.cronk@wallerlaw.com;deborah.liles@wallerlaw.com;katie.stenberg@wallerlaw.com |
| Brett Steven Theisen | on behalf of Debtor New England Motor Freight  Inc. btheisen@gibbonslaw.com |
| Brett Steven Theisen | |

Case 19-12809-JKS    Doc 1572    Filed 09/09/21    Entered 09/10/21 00:12:45    Desc
Imaged Certificate of Notice    Page 6 of 15

| District/off: 0312-2 | User: admin | Page 5 of 14 |
|---|---|---|
| Date Rcvd: Sep 07, 2021 | Form ID: tsntc | Total Noticed: 101 |

| | |
|---|---|
| | on behalf of Plaintiff New England Motor Freight Inc. btheisen@gibbonslaw.com |
| Brian Glass | |
| | on behalf of Interested Party PA Department of Environmental Protection briaglass@pa.gov verkanova@pa.gov |
| Brian E Caine | |
| | on behalf of Defendant Virtua West Jersey Health System Inc. bcaine@parkermccay.com BKcourtnotices@parkermccay.com |
| Brian W. Hofmeister | |
| | on behalf of Creditor Larry L. Banks bwh@hofmeisterfirm.com j119@ecfcbis.com |
| Catherine L. Corey | |
| | on behalf of Creditor East River Energy Inc, clcorey@nmmlaw.com |
| Chad J. Toms | |
| | on behalf of Plaintiff Kevin P. Clancy solely in his capacity as the Liquidating Trustee ctoms@wtplaw.com, clano@wtplaw.com |
| Chad J. Toms | |
| | on behalf of Plaintiff Clancy ctoms@wtplaw.com clano@wtplaw.com |
| Chad J. Toms | |
| | on behalf of Spec. Counsel Special Litigation Counsel to the Liquidating Trustee ctoms@wtplaw.com clano@wtplaw.com |
| Chad J. Toms | |
| | on behalf of Debtor New England Motor Freight Inc. ctoms@wtplaw.com, clano@wtplaw.com |
| Chad J. Toms | |
| | on behalf of Plaintiff Kevin P. Clancy ctoms@wtplaw.com clano@wtplaw.com |
| Christopher Lynch | |
| | on behalf of Creditor Fifth Third Bank clynch@reedsmith.com |
| Christopher John Leavell | |
| | on behalf of Plaintiff Mary Carlin cleavell@klehr.com lclark@klehr.com |
| Christopher John Leavell | |
| | on behalf of Interested Party Class Plaintiffs at al cleavell@klehr.com lclark@klehr.com |
| Christopher John Leavell | |
| | on behalf of Plaintiff Dan Webster cleavell@klehr.com lclark@klehr.com |
| Craig Alan Domalewski | |
| | on behalf of Defendant Trinitas Regional Medical Center cdomalewski@dughihewit.com |
| Daniel Stolz | |
| | on behalf of Debtor New England Motor Freight Inc. dstolz@genovaburns.com, dstolz@ecf.inforuptcy.com;msousa@genovaburns.com |
| Daniel L Reinganum | |
| | on behalf of Defendant Keller Weber Trucking Inc. DanielR@McDowellLegal.com, tcuccuini@mcdowelllegal.com;Lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;reinganumdr62202@notify.bestcase.com |
| Daniel L Reinganum | |
| | on behalf of Creditor Keller Weber Trucking Inc. DanielR@McDowellLegal.com, tcuccuini@mcdowelllegal.com;Lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;reinganumdr62202@notify.bestcase.com |
| Daniel M Pereira | |
| | on behalf of Interested Party Eastern Regional Medical Center LLC dpereira@stradley.com |
| Daniel M Pereira | |
| | on behalf of Defendant Eastern Regional Medical Center LLC dpereira@stradley.com |
| David Dino | |
| | on behalf of Defendant Rochester General Hospital bkemail@harrisbeach.com |
| David Edelberg | |
| | on behalf of Defendant Van Brunt & Son Inc. dedelberg@sh-law.com, edelbergdr82964@notify.bestcase.com |
| David Edelberg | |
| | on behalf of Defendant Petroleum Traders Corporation dedelberg@sh-law.com edelbergdr82964@notify.bestcase.com |
| David Edelberg | |
| | on behalf of Creditor McIntosh Energy Company dedelberg@sh-law.com edelbergdr82964@notify.bestcase.com |
| David A. Pisciotta | |
| | on behalf of Creditor Santander Bank N.A. david.pisciotta@troutmansanders.com, john.murphy@troutman.com;alissa.piccione@troutman.com |
| David A. Pisciotta | |
| | on behalf of Defendant Renal Treatment Centers Northeast Inc. david.pisciotta@troutmansanders.com john.murphy@troutman.com;alissa.piccione@troutman.com |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 6 of 14 |
| Date Rcvd: Sep 07, 2021 | Form ID: tsntc | Total Noticed: 101 |

| | |
|---|---|
| David M. Meth | on behalf of Creditor Jose Ferrer david@methnjlaw.com |
| David V. Fontana | on behalf of Creditor TD Bank  N.A. dfont@gebsmith.com, ltancredi@gebsmith.com;klusby@gebsmith.com |
| Davis Lee Wright | on behalf of Defendant Dennis K. Burke  Inc. dwright@rc.com |
| Deirdre E. Burke | on behalf of Defendant St. Josephs University Medical Center Inc. dburke@mccarter.com |
| Deirdre E. Burke | on behalf of Creditor St. Joseph's University Medical Center Inc. dburke@mccarter.com |
| Deirdre E. Burke | on behalf of Creditor Capital One  N.A. dburke@mccarter.com |
| Deirdre E. Burke | on behalf of Defendant AHS Hospital Corp. dburke@mccarter.com |
| Deirdre E. Burke | on behalf of Creditor Christiana Care Health Services  Inc. dburke@mccarter.com |
| Deirdre E. Burke | on behalf of Creditor AHS Hospital Corp. dburke@mccarter.com |
| Deirdre E. Burke | on behalf of Defendant Christiana Care Health Services  Inc. dburke@mccarter.com |
| Denise A Kuhn | on behalf of Creditor Dept. of Revenue Commonwealth of Pennsylvania  department of revenue dkuhn@attorneygeneral.gov |
| Donald W Clarke | on behalf of Debtor New England Motor Freight  Inc. dclarke@genovaburns.com, dclarke@ecf.inforuptcy.com |
| Douglas J. McGill | on behalf of Creditor Pilot Thomas Logistics LLC dmcgill@webbermcgill.com  mlynch@webbermcgill.com |
| Douglas T Tabachnik | on behalf of Defendant Rita Alvarado dtabachnik@dttlaw.com  rdalba@dttlaw.com |
| Douglas T Tabachnik | on behalf of Creditor to Rita Alvarado The Rosato Firm  P.C., counsel dtabachnik@dttlaw.com, rdalba@dttlaw.com |
| Eric Goldstein | on behalf of Creditor United HealthCare Services  Inc. egoldstein@goodwin.com, bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com |
| Eric M. Ferrante | on behalf of Interested Party University of Vermont Medical Center Inc. eferrante@nixonpeabody.com |
| Eric M. Ferrante | on behalf of Interested Party Ellis Hospital eferrante@nixonpeabody.com |
| Eric M. Ferrante | on behalf of Interested Party Albany Medical Center Hospital eferrante@nixonpeabody.com |
| Eric M. Ferrante | on behalf of Interested Party University of Rochester eferrante@nixonpeabody.com |
| Eric M. Ferrante | on behalf of Defendant University of Rochester eferrante@nixonpeabody.com |
| Eric M. Ferrante | on behalf of Defendant Ellis Hospital eferrante@nixonpeabody.com |
| Eric M. Ferrante | on behalf of Defendant Albany Medical Center Hospital eferrante@nixonpeabody.com |
| Eric M. Ferrante | on behalf of Defendant University of Vermont Medical Center Inc. eferrante@nixonpeabody.com |
| Erin Teske | on behalf of Defendant Kaledia Health eteske@hodgsonruss.com |
| Erin Teske | on behalf of Defendant Kaleida Health eteske@hodgsonruss.com |
| Evan S. Goldstein | on behalf of Creditor Webster Capital Finance  Inc. egoldstein@uks.com |
| Frank Perch, III | |

Case 19-12809-JKS    Doc 1572    Filed 09/09/21    Entered 09/10/21 00:12:45    Desc
Imaged Certificate of Notice    Page 8 of 15

| District/off: 0312-2 | User: admin | Page 7 of 14 |
|---|---|---|
| Date Rcvd: Sep 07, 2021 | Form ID: tsntc | Total Noticed: 101 |

| | |
|---|---|
| Frank Perch, III | on behalf of Defendant Penn State Health Holy Spirit Medical Center perchf@whiteandwilliams.com |
| | on behalf of Defendant The Milton S Hershey Medical Center perchf@whiteandwilliams.com |
| Frank Peretore | on behalf of Creditor Wells Fargo Equipment Finance Inc. fperetore@csglaw.com |
| Frank F. Velocci | on behalf of Defendant UPMC Pinnacle Hospitals frank.velocci@faegredrinker.com brian.morgan@dbr.com |
| Gail Lin | on behalf of Creditor Alice Waters gcl@raisnerroupinian.com rsr@raisnerroupinian.com;jar@raisnerroupinian.com;warnlawyers@raisnerroupinian.com;rrllp@ecf.courtdrive.com |
| Gail Lin | on behalf of Creditor WARN Act Class Plaintiffs and Putative Class gcl@raisnerroupinian.com rsr@raisnerroupinian.com;jar@raisnerroupinian.com;warnlawyers@raisnerroupinian.com;rrllp@ecf.courtdrive.com |
| Gail Lin | on behalf of Creditor Rich Richardson gcl@raisnerroupinian.com rsr@raisnerroupinian.com;jar@raisnerroupinian.com;warnlawyers@raisnerroupinian.com;rrllp@ecf.courtdrive.com |
| Gail Lin | on behalf of Plaintiff Alice Waters gcl@raisnerroupinian.com rsr@raisnerroupinian.com;jar@raisnerroupinian.com;warnlawyers@raisnerroupinian.com;rrllp@ecf.courtdrive.com |
| Gail Lin | on behalf of Plaintiff Rich Richardson gcl@raisnerroupinian.com rsr@raisnerroupinian.com;jar@raisnerroupinian.com;warnlawyers@raisnerroupinian.com;rrllp@ecf.courtdrive.com |
| Garry M Graber | on behalf of Defendant Kaledia Health ggraber@hodgsonruss.com mheftka@hodgsonruss.com;cnapiers@hodgsonruss.com |
| Gary D. Bressler | on behalf of Creditor Volvo Financial gbressler@mdmc-law.com scarney@mdmc-law.com;dprimack@mdmc-law.com;bkleban@mdmc-law.com |
| Gary D. Bressler | on behalf of Creditor VFS US LLC gbressler@mdmc-law.com scarney@mdmc-law.com;dprimack@mdmc-law.com;bkleban@mdmc-law.com |
| Gary D. Bressler | on behalf of Creditor Mack Trucks Inc. gbressler@mdmc-law.com, scarney@mdmc-law.com;dprimack@mdmc-law.com;bkleban@mdmc-law.com |
| Gavin Stewart | on behalf of Creditor VW Credit Inc. bk@stewartlegalgroup.com |
| Glenn R Reiser | on behalf of Defendant Profix Professional Trailer Repair Inc. greiser@shapiro-croland.com, r.gr75895@notify.bestcase.com |
| Gregory W. Hauswirth | on behalf of Defendant Fabian Oil Inc. ghauswirth@leechtishman.com, pcarothers@leechtishman.com;bankruptcy@leechtishman.com;dtomko@leechtishman.com;challer@leechtishman.com |
| Gregory W. Hauswirth | on behalf of Defendant A C & T Co. Inc. ghauswirth@leechtishman.com, pcarothers@leechtishman.com;bankruptcy@leechtishman.com;dtomko@leechtishman.com;challer@leechtishman.com |
| Gregory W. Hauswirth | on behalf of Defendant American Universal LLC ghauswirth@leechtishman.com pcarothers@leechtishman.com;bankruptcy@leechtishman.com;dtomko@leechtishman.com;challer@leechtishman.com |
| Gregory W. Hauswirth | on behalf of Defendant Ara-Johnston Dialysis LLC ghauswirth@leechtishman.com pcarothers@leechtishman.com;bankruptcy@leechtishman.com;dtomko@leechtishman.com;challer@leechtishman.com |
| Jack M. Seitz | on behalf of Defendant St. Luke's Hospital jseitz@lesavoybutz.com sblake@lesavoybutz.com |
| Jack M. Seitz | on behalf of Defendant St. Luke's Hospital Monroe Campus jseitz@lesavoybutz.com sblake@lesavoybutz.com |
| Jacob Frumkin | on behalf of Interested Party Great Dane LLC jfrumkin@coleschotz.com fpisano@coleschotz.com |
| James A. Kellar | on behalf of Creditor Colonial Gas Company KeySpan Energy Delivery Long Island, Narragansett Electric Company and Niagara Mohawk Power Corporation jkellar@mccarter.com |
| James A. Kellar | on behalf of Creditor Rochester Gas & Electric Corporation jkellar@mccarter.com |

Case 19-12809-JKS    Doc 1572    Filed 09/09/21    Entered 09/10/21 00:12:45    Desc
Imaged Certificate of Notice    Page 9 of 15

| District/off: 0312-2 | User: admin | Page 8 of 14 |
|---|---|---|
| Date Rcvd: Sep 07, 2021 | Form ID: tsntc | Total Noticed: 101 |

| | |
|---|---|
| James A. Kellar | on behalf of Creditor West Penn Power Company jkellar@mccarter.com |
| Jeffrey A. Cooper | on behalf of Defendant Roswell Park Cancer Institute jcooper@rltlawfirm.com cooperatty@aol.com;rgaydos@rltlawfirm.com |
| Jeffrey I. Wasserman | on behalf of Defendant Gabrielli Kenworth of NJ LLC jwasserman@wasslegal.com |
| Jenny R. Kasen | on behalf of Defendant Jackson Oil & Solvents Inc. jkasen@kasenlaw.com, dkasen@kasenlaw.com |
| Jessica Agarwal | on behalf of Interested Party SUNY Health Science Center at Syracuse jessica.agarwal@ag.ny.gov |
| Jessica Agarwal | on behalf of Defendant SUNY Health Science Center at Syracuse jessica.agarwal@ag.ny.gov |
| JoAnne M. Bonacci | on behalf of Creditor RLI Insurance Company jbonacci@dbplawfirm.com |
| Jody Bedenbaugh | on behalf of Defendant Michelin North America Inc. , Ronnie.McMahan@nelsonmullins.com |
| John Cagney | on behalf of Creditor Susan and Raymond Volpe jcagney@kdlm.com |
| John Cagney | on behalf of Defendant Susan Volpe jcagney@kdlm.com |
| John Cagney | on behalf of Defendant Susan and Raymond Volpe jcagney@kdlm.com |
| John Sullivan | on behalf of Defendant Manitoulin Transport Ltd. jsullivan@hillrivkins.com |
| John C. Kilgannon | on behalf of Defendant York Hospital john.kilgannon@stevenslee.com |
| John C. Kilgannon | on behalf of Creditor York Hospital john.kilgannon@stevenslee.com |
| John C. Kilgannon | on behalf of Defendant Concord Hospital Inc. john.kilgannon@stevenslee.com |
| John C. Kilgannon | on behalf of Defendant The Cooper Health System john.kilgannon@stevenslee.com |
| John F. Bracaglia, Jr. | on behalf of Interested Party Orange and Rockland Utilities Inc. brokaw@centraljerseylaw.com |
| John Phillip Schneider | on behalf of Creditor Committee Official Committee Of Unsecured Creditors JPSchneider@mdmc-law.com |
| John Phillip Schneider | on behalf of Other Prof. Liquidating Trustee JPSchneider@mdmc-law.com |
| John R. Morton, Jr. | on behalf of Creditor CAB East LLC serviced by Ford Motor Credit Company LLC ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |
| Joseph Lubertazzi, Jr. | on behalf of Creditor Capital One N.A. jlubertazzi@mccarter.com |
| Joseph J. DiPasquale | on behalf of Attorney Lowenstein Sandler LLP Jdipasquale@foxrothschild.com cbrown@foxrothschild.com |
| Joseph J. DiPasquale | on behalf of Creditor Committee Official Committee Of Unsecured Creditors Jdipasquale@foxrothschild.com cbrown@foxrothschild.com |
| Joseph J. DiPasquale | on behalf of Other Prof. Liquidating Trustee Jdipasquale@foxrothschild.com cbrown@foxrothschild.com |
| Joseph J. DiPasquale | on behalf of Other Prof. CohnReznick Capital Market Securities LLC Jdipasquale@foxrothschild.com, cbrown@foxrothschild.com |
| Joseph J. McMahon, Jr. | on behalf of Creditor Pilot Travel Centers LLC jmcmahon@ciardilaw.com jclarke@ciardilaw.com |
| Joseph L. Schwartz | on behalf of Creditor Lucky's Energy Service Inc. jschwartz@riker.com |

Case 19-12809-JKS    Doc 1572    Filed 09/09/21    Entered 09/10/21 00:12:45    Desc
Imaged Certificate of Notice    Page 10 of 15

| District/off: 0312-2 | User: admin | Page 9 of 14 |
|---|---|---|
| Date Rcvd: Sep 07, 2021 | Form ID: tsntc | Total Noticed: 101 |

Joseph L. Schwartz
    on behalf of Interested Party United States Fire Insurance Company jschwartz@riker.com

Joshua S Lim
    on behalf of Creditor Pantos USA Inc. joshualim@kcllawfirm.com, denisemoreno@kcllawfirm.com,seankwak@kcllawfirm.com,brandonyoon@kcllawfirm,johnchen@kcllawfirm.com

Justin W. Gray
    on behalf of Creditor Daniel Rinaldi gray@maynardoconnorlaw.com Sweeney@moscllp.com

Karen A. Giannelli
    on behalf of Debtor Jans Leasing Corp. kgiannelli@gibbonslaw.com

Karen A. Giannelli
    on behalf of Plaintiff Eastern Freight Ways Inc. kgiannelli@gibbonslaw.com

Karen A. Giannelli
    on behalf of Plaintiff Hollywood Avenue Solar LLC kgiannelli@gibbonslaw.com

Karen A. Giannelli
    on behalf of Accountant Withumsmith+Brown kgiannelli@gibbonslaw.com

Karen A. Giannelli
    on behalf of Plaintiff Jans Leasing Corp. kgiannelli@gibbonslaw.com

Karen A. Giannelli
    on behalf of Plaintiff New England Motor Freight Inc. kgiannelli@gibbonslaw.com

Karen A. Giannelli
    on behalf of Debtor Myar LLC kgiannelli@gibbonslaw.com

Karen A. Giannelli
    on behalf of Debtor Apex Logistics Inc. kgiannelli@gibbonslaw.com

Karen A. Giannelli
    on behalf of Plaintiff MyJon LLC kgiannelli@gibbonslaw.com

Karen A. Giannelli
    on behalf of Debtor Eastern Freight Ways Inc. kgiannelli@gibbonslaw.com

Karen A. Giannelli
    on behalf of Plaintiff Apex Logistics Inc. kgiannelli@gibbonslaw.com

Karen A. Giannelli
    on behalf of Plaintiff NEMF Logistics LLC kgiannelli@gibbonslaw.com

Karen A. Giannelli
    on behalf of Plaintiff Myar LLC kgiannelli@gibbonslaw.com

Karen A. Giannelli
    on behalf of Debtor NEMF World Transport Inc. kgiannelli@gibbonslaw.com

Karen A. Giannelli
    on behalf of Plaintiff United Express Solar LLC kgiannelli@gibbonslaw.com

Karen A. Giannelli
    on behalf of Other Prof. Donlin Recano & Company, Inc. kgiannelli@gibbonslaw.com

Karen A. Giannelli
    on behalf of Debtor Hollywood Avenue Solar LLC kgiannelli@gibbonslaw.com

Karen A. Giannelli
    on behalf of Debtor MyJon LLC kgiannelli@gibbonslaw.com

Karen A. Giannelli
    on behalf of Debtor United Express Solar LLC kgiannelli@gibbonslaw.com

Karen A. Giannelli
    on behalf of Debtor NEMF Logistics LLC kgiannelli@gibbonslaw.com

Karen A. Giannelli
    on behalf of Debtor Carrier Industries Inc. kgiannelli@gibbonslaw.com

Karen A. Giannelli
    on behalf of Debtor New England Motor Freight Inc. kgiannelli@gibbonslaw.com

Karen A. Giannelli
    on behalf of Plaintiff NEMF World Transport Inc. kgiannelli@gibbonslaw.com

Karen A. Giannelli
    on behalf of Plaintiff Carrier Industries Inc. kgiannelli@gibbonslaw.com

Kate R. Buck

Case 19-12809-JKS   Doc 1572   Filed 09/09/21   Entered 09/10/21 00:12:45   Desc
Imaged Certificate of Notice   Page 11 of 15

| District/off: 0312-2 | User: admin | Page 10 of 14 |
|---|---|---|
| Date Rcvd: Sep 07, 2021 | Form ID: tsntc | Total Noticed: 101 |

| | |
|---|---|
| | on behalf of Defendant AHS Hospital Corp. kbuck@mccarter.com |
| Kate R. Buck | on behalf of Creditor St. Joseph's University Medical Center Inc. kbuck@mccarter.com |
| Kate R. Buck | on behalf of Defendant St. Josephs University Medical Center Inc. kbuck@mccarter.com |
| Kate R. Buck | on behalf of Creditor AHS Hospital Corp. kbuck@mccarter.com |
| Kate R. Buck | on behalf of Defendant Christiana Care Health Services Inc. kbuck@mccarter.com |
| Kate R. Buck | on behalf of Creditor Potomac Edison Company Toledo Edison Company and West Penn Power Company kbuck@mccarter.com |
| Kate R. Buck | on behalf of Creditor Connecticut Light & Power Company NStar Western Massachusetts, Yankee Gas Services Company, Colonial Gas Company, KeySpan Energy Delivery Long Island, Narragansett Electric Company and Niagara Mohawk kbuck@mccarter.com |
| Kate R. Buck | on behalf of Creditor Christiana Care Health Services Inc. kbuck@mccarter.com |
| Keith Murphy | on behalf of Defendant St. Josephs Hospital Health Center kmurphy@bakerlaw.com |
| Keith Murphy | on behalf of Defendant The Mercy Hospital INc. kmurphy@bakerlaw.com |
| Keith Murphy | on behalf of Defendant Mount Carmel Health System kmurphy@bakerlaw.com |
| Keith Murphy | on behalf of Creditor St. Joseph's University Medical Center Inc. kmurphy@bakerlaw.com |
| Kenneth L. Baum | on behalf of Creditor Clermont Holdings LLC kbaum@kenbaumdebtsolutions.com, ddipiazza@kenbaumdebtsolutions.com |
| Keri P. Ebeck | on behalf of Defendant American Asphalt Paving Co. KEBECK@BERNSTEINLAW.COM jbluemle@bernsteinlaw.com |
| Keri P. Ebeck | on behalf of Creditor Guttman Energy Inc. KEBECK@BERNSTEINLAW.COM, jbluemle@bernsteinlaw.com |
| Kevin Gordon McDonald | on behalf of Creditor VW Credit Leasing Ltd. kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Kevin Joseph Bloom | on behalf of Interested Party Mirabito Holdings Inc kbloom@hhk.com |
| Kevin M. Capuzzi | on behalf of Interested Party Amazon.com Services Inc., formerly Amazon Fulfillment Services, Inc. kcapuzzi@beneschlaw.com, debankruptcy@beneschlaw.com |
| Leah Eisenberg | on behalf of Defendant Regional Cancer Care Associates LLC leisenberg@mayerbrown.com, ekhatchatourian@foley.com;msmall@foley.com;leah-eisenberg-0344@ecf.pacerpro.com |
| Leonard R Boyer | on behalf of Creditor Nelson Vasquez lrbnjesq@gmail.com mcordova48890@aol.com |
| Louis A. Curcio | on behalf of Creditor Santander Bank N.A. louis.curcio@troutmansanders.com, John.Murphy@troutmansanders.com;jonathan.forstot@troutmansanders.com;david.pisciotta@troutmansanders.com |
| Louis A. Modugno | on behalf of Defendant HMH Hospitals Corporation lmodugno@tm-firm.com kpatterson@mdmc-law.com;gbressler@mdmc-law.com |
| Louis A. Modugno | on behalf of Defendant Hudson Hospital OPCO LLC lmodugno@tm-firm.com kpatterson@mdmc-law.com;gbressler@mdmc-law.com |
| Louis A. Modugno | on behalf of Defendant IJKG OPCO LLC lmodugno@tm-firm.com kpatterson@mdmc-law.com;gbressler@mdmc-law.com |
| Louis A. Modugno | on behalf of Defendant The Valley Hospital Inc. lmodugno@tm-firm.com, kpatterson@mdmc-law.com;gbressler@mdmc-law.com |
| Mark A. Platt | |

| | |
|---|---|
| | on behalf of Creditor Omnitracs  LLC mplatt@fbtlaw.com |
| Mark B Conlan | |
| | on behalf of Defendant New England Motor Freight  Inc., et al. mconlan@gibbonslaw.com |
| Mark B Conlan | |
| | on behalf of Debtor New England Motor Freight  Inc. mconlan@gibbonslaw.com |
| Mark B Conlan | |
| | on behalf of Plaintiff New England Motor Freight  Inc. mconlan@gibbonslaw.com |
| Mark D. Pfeiffer | |
| | on behalf of Defendant Westmoreland Hospital Association mark.pfeiffer@bipc.com donna.curcio@bipc.com;sean.kenny@bipc.com |
| Mark D. Pfeiffer | |
| | on behalf of Defendant The Toledo Hospital mark.pfeiffer@bipc.com  donna.curcio@bipc.com;sean.kenny@bipc.com |
| Martha Baskett Chovanes | |
| | on behalf of Defendant Deborah Heart and Lung Center mchovanes@foxrothschild.com rsolomon@foxrothschild.com;brian-oneill-fox-5537@ecf.pacerpro.com |
| Martha Baskett Chovanes | |
| | on behalf of Defendant Regional Cancer Care Associates  LLC mchovanes@foxrothschild.com, rsolomon@foxrothschild.com;brian-oneill-fox-5537@ecf.pacerpro.com |
| Mary E. Seymour | |
| | on behalf of Attorney Lowenstein Sandler LLP mseymour@lowenstein.com  jkimble@lowenstein.com |
| Mary E. Seymour | |
| | on behalf of Creditor Committee Official Committee Of Unsecured Creditors mseymour@lowenstein.com jkimble@lowenstein.com |
| Melissa A. Pena | |
| | on behalf of Creditor Webster Capital Finance  Inc. mapena@norris-law.com, pfreda@nmmlaw.com |
| Michael Kwiatkowski | |
| | on behalf of Defendant Ports Petroleum Company  Inc. mkwiatkowski@cullenanddykman.com, mkwiatkowski@msek.com |
| Michael Papandrea | |
| | on behalf of Other Prof. Liquidating Trustee mpapandrea@lowenstein.com  dclaussen@lowenstein.com |
| Michael D. Sirota | |
| | on behalf of Interested Party Great Dane LLC msirota@coleschotz.com  fpisano@coleschotz.com |
| Michael R. Caruso | |
| | on behalf of Creditor Wells Fargo Equipment Finance  Inc. mcaruso@csglaw.com, ecf@csglaw.com |
| Morris S. Bauer | |
| | on behalf of Creditor East River Energy  Inc, MSBauer@duanemorris.com, tjsantorelli@duanemorris.com |
| Noah Reiss | |
| | on behalf of Creditor Esmeralda Ramirez Reiss@lawyer1.com |
| Norman N Kinel | |
| | on behalf of Interested Party East West Bank norman.kinel@squirepb.com sarah.conley@squirepb.com,norman-kinel-4300@ecf.pacerpro.com |
| Peter M. Knob | |
| | on behalf of Creditor Capital One  N.A. pknob@mccarter.com, lrestivo@mccarter.com |
| Rachel A. Parisi | |
| | on behalf of Defendant Michelin North America  Inc. raparisi@pbnlaw.com, mpdermatis@pbnlaw.com;nvfuentes@pbnlaw.com;pnbalala@pbnlaw.com;cpmazza@pbnlaw.com;sakelly@pbnlaw.com;pnbalala@pbnlaw.com;jmoconnor@pbnlaw.com |
| Rafael X Zahralddin-Aravena | |
| | on behalf of Creditor Committee Official Committee Of Unsecured Creditors rzahralddin@atllp.com rafael-zahralddin-4117@ecf.pacerpro.com |
| Raymond T. Lyons | |
| | on behalf of Defendant Deborah Heart and Lung Center rlyons@foxrothschild.com  sdaroci@foxrothschild.com |
| Raymond T. Lyons | |
| | on behalf of Defendant Regional Cancer Care Associates  LLC rlyons@foxrothschild.com, sdaroci@foxrothschild.com |
| Rebecca Ann Solarz | |
| | on behalf of Creditor VW Credit Leasing  Ltd rsolarz@kmllawgroup.com |
| Rene S. Roupinian | |
| | on behalf of Plaintiff Alice Waters rsr@outtengolden.com |
| Rene S. Roupinian | |

Case 19-12809-JKS    Doc 1572    Filed 09/09/21    Entered 09/10/21 00:12:45    Desc
Imaged Certificate of Notice    Page 13 of 15

| District/off: 0312-2 | User: admin | Page 12 of 14 |
|---|---|---|
| Date Rcvd: Sep 07, 2021 | Form ID: tsntc | Total Noticed: 101 |

|  |  |
|---|---|
|  | on behalf of Plaintiff Rich Richardson rsr@outtengolden.com |
| Richard Albuquerque | on behalf of Creditor MICHAEL SINGLEY richarda@djdlawyers.com |
| Richard G. Placey | on behalf of Defendant Morris Hospital rplacey@mmwr.com plorenz@mmwr.com;pat-lorenz-montgomery-mccracken-walker-rhoads-llp-7123@ecf.pacerpro.com |
| Richard S. Kanowitz | on behalf of Unknown Role Type Ad Hoc Group of Tort Claimants richard.kanowitz@haynesboone.com mklein@cooley.com;jindyke@cooley.com;efiling-notice@ecf.pacerpro.com |
| Richard W. Riley | on behalf of Plaintiff Kevin P. Clancy  solely in his capacity as the Liquidating Trustee rriley@wtplaw.com, twhitt@wtplaw.com;eslate@wtplaw.com |
| Rick Aaron Steinberg | on behalf of Defendant SAIA Motor Freight Line LLC rsteinberg@pricemeese.com |
| Rick Aaron Steinberg | on behalf of Defendant SAIA  INC. rsteinberg@pricemeese.com |
| Rick Aaron Steinberg | on behalf of Creditor TOTE Maritime rsteinberg@pricemeese.com |
| Robert A. Burke | on behalf of Defendant Jenny Munson Andress  individually and as the Administratrix of the Estate of Herbert Andress rburke@macelree.com |
| Robert E. Nies | on behalf of Creditor Berkley Insurance Company rnies@csglaw.com |
| Robert K. Scheinbaum | on behalf of Defendant New Jersey Manufacturers Insurance Company a/s/o Phyllis A. Troy rscheinbaum@connellfoley.com |
| Robert K. Scheinbaum | on behalf of Creditor New Jersey Manufacturers rscheinbaum@connellfoley.com |
| Robert N. H. Christmas | on behalf of Interested Party Albany Medical Center Hospital rchristmas@nixonpeabody.com nyc.managing.clerk@nixonpeabody.com |
| Rona J. Rosen | on behalf of Creditor WARN Act Class Plaintiffs and Putative Class rosenrona007@gmail.com  cbbutler@klehr.com |
| Ryan Notarangelo | on behalf of Defendant Trinitas Regional Medical Center rnotarangelo@dughihewit.com |
| Sari Blair Placona | on behalf of Creditor Rasheeda Carter splacona@msbnj.com |
| Sari Blair Placona | on behalf of Creditor Interstate Towing Recovery Incorporated splacona@msbnj.com |
| Sari Blair Placona | on behalf of Defendant Talley Petroleum Enterprises  Inc. splacona@msbnj.com |
| Sari Blair Placona | on behalf of Creditor Jalil Walters splacona@msbnj.com |
| Sari Blair Placona | on behalf of Defendant Shauna Jones splacona@msbnj.com |
| Sari Blair Placona | on behalf of Creditor Shauna Jones splacona@msbnj.com |
| Sari Blair Placona | on behalf of Creditor Mercedes Benz Financial Services USA LLC splacona@msbnj.com |
| Sari Blair Placona | on behalf of Defendant DARYL MARTIN AND KIM MARTIN splacona@msbnj.com |
| Sari Blair Placona | on behalf of Creditor Daryl & Kim Martin splacona@msbnj.com |
| Sari Blair Placona | on behalf of Defendant Jalil Waters and Rashida Carter splacona@msbnj.com |
| Scott H. Bernstein | on behalf of Creditor Masergy Communications  Inc. scott@skolnicklegalgroup.com, scott.bernstein@gmail.com |
| Scott J. Freedman |  |

Case 19-12809-JKS    Doc 1572    Filed 09/09/21    Entered 09/10/21 00:12:45    Desc
Imaged Certificate of Notice    Page 14 of 15

| District/off: 0312-2 | User: admin | Page 13 of 14 |
|---|---|---|
| Date Rcvd: Sep 07, 2021 | Form ID: tsntc | Total Noticed: 101 |

| | |
|---|---|
| | on behalf of Creditor New Jersey Manufacturers sfreedman@dilworthlaw.com |
| Scott J. Freedman | |
| | on behalf of Creditor Corcentric LLC sfreedman@dilworthlaw.com |
| Scott J. Goldstein | |
| | on behalf of Creditor Melinda Londos sjg@sgoldsteinlaw.com cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;G31979@notify.cincompass.com |
| Scott M Palatucci | |
| | on behalf of Defendant HMH Hospitals Corporation spalatucci@tm-firm.com |
| Scott M Palatucci | |
| | on behalf of Defendant The Valley Hospital Inc. spalatucci@tm-firm.com |
| Scott M Palatucci | |
| | on behalf of Defendant IJKG OPCO LLC spalatucci@tm-firm.com |
| Scott M Palatucci | |
| | on behalf of Defendant Hudson Hospital OPCO LLC spalatucci@tm-firm.com |
| Scott W Lichtenstein | |
| | on behalf of Creditor Berkley Insurance Company slichtenstein@csglaw.com |
| Sheila Calello | |
| | on behalf of Defendant Electric Insurance Company scalello@mccarter.com |
| Stephanie L. Jonaitis | |
| | on behalf of Defendant Robert Wood Johnson University Hospital at Rahway stephanie.jonaitis@troutman.com balaa@pepperlaw.com |
| Stephanie L. Jonaitis | |
| | on behalf of Defendant Robert Wood Johnson University Hospital stephanie.jonaitis@troutman.com balaa@pepperlaw.com |
| Stephanie L. Jonaitis | |
| | on behalf of Defendant St. Barnabas Medical Center stephanie.jonaitis@troutman.com balaa@pepperlaw.com |
| Stephanie L. Jonaitis | |
| | on behalf of Defendant Newark Beth Israel Medical Center stephanie.jonaitis@troutman.com balaa@pepperlaw.com |
| Stephen B. Ravin | |
| | on behalf of Creditor Riggins Inc. sravin@saul.com, jgillman@saul.com |
| Stephen B. Ravin | |
| | on behalf of Defendant Riggins Inc. sravin@saul.com, jgillman@saul.com |
| Steven J. Mitnick | |
| | on behalf of Plaintiff Kevin P. Clancy smitnick@sm-lawpc.com lindsay@sm-lawpc.com |
| Steven J. Mitnick | |
| | on behalf of Plaintiff Kevin P. Clancy solely in his capacity as the Liquidating Trustee smitnick@sm-lawpc.com, lindsay@sm-lawpc.com |
| Travis Graga | |
| | on behalf of Creditor Steven Ross tgraga@kbtlaw.com akelly@kbtlaw.com;wsheridan@kbtlaw.com;saudino@kbtlaw.com;pschenke@kbtlaw.com |
| Travis Graga | |
| | on behalf of Creditor BSP Trans Inc. tgraga@kbtlaw.com akelly@kbtlaw.com;wsheridan@kbtlaw.com;saudino@kbtlaw.com;pschenke@kbtlaw.com |
| Travis Graga | |
| | on behalf of Defendant BSP Trans Inc. tgraga@kbtlaw.com, akelly@kbtlaw.com;wsheridan@kbtlaw.com;saudino@kbtlaw.com;pschenke@kbtlaw.com |
| Travis Graga | |
| | on behalf of Creditor Truck Tire Service Corporation tgraga@kbtlaw.com akelly@kbtlaw.com;wsheridan@kbtlaw.com;saudino@kbtlaw.com;pschenke@kbtlaw.com |
| U.S. Trustee | |
| | USTPRegion03.NE.ECF@usdoj.gov |
| Virginia T. Shea | |
| | on behalf of Creditor VFS US LLC vshea@mdmc-law.com mtaranto@mdmc-law.com;kpatterson@mdmc-law.com;gbressler@mdmc-law.com;lmodugno@mdmc-law.com |
| Virginia T. Shea | |
| | on behalf of Creditor Volvo Financial vshea@mdmc-law.com mtaranto@mdmc-law.com;kpatterson@mdmc-law.com;gbressler@mdmc-law.com;lmodugno@mdmc-law.com |
| Warren Scott Gottlieb | |
| | on behalf of Defendant Consolidated Edison Company of New York Inc. wgottlieb@golawllp.com |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 14 of 14 |
| Date Rcvd: Sep 07, 2021 | Form ID: tsntc | Total Noticed: 101 |

William Hahn
    on behalf of Creditor Geico whahn@tdlmm.com

William Hahn
    on behalf of Defendant GEICO V DAVID WOOD ET AL TANGO DICKINSON LORENZO MCDERMOTT ET AL whahn@tdlmm.com

TOTAL: 257