**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC., *et al.*, | Case No. 19-12809 (JKS) |
| Debtors.[1] | (Jointly Administered) |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK )
) ss:
COUNTY OF KINGS )

I, Sung Jae Kim, declare:

1. I am over the age of 18 years and not a party to these chapter 11 cases.

2. I am employed by Donlin, Recano & Company, Inc., ("DRC"), 6201 15th Avenue, Brooklyn, NY 11219.

3. On the 28th day of September, 2021, DRC, at my direction and under my supervision, caused to serve the "Notice of Liquidating Trustee's Motion for Entry of an Order Further Extending the Claims Objection Deadline" (Docket No. 1575), via electronic mail upon the parties as set forth on Exhibit 1, and via First Class U.S. Mail upon the parties as set forth in Exhibit 2, attached hereto

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 29th day of September, 2021, Brooklyn, New York.

By _/s/ Sung Jae Kim_
Sung Jae Kim

Sworn before me this
29th day of September, 2021

_/s/ John Burlacu_
Notary Public

JOHN BURLACU
Notary Public - State of New York
No. 01BU6376078
Qualified in Nassau County
My Comm. Expires June 4, 2022

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC (4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMF Logistics, LLC (4666).

# EXHIBIT 1

Case 19-12809-JKS    Doc 1576    Filed 09/29/21    Entered 09/29/21 17:30:08    Desc Main
Document    Page 3 of 6

New England Motor Freight, Inc., et al
Electronic Mail
Exhibit Page

Page # : 1 of 2

| | | | |
|---|---|---|---|
| 000163P001-1413S-245<br>DAVID METH,ESQ<br>200 DANIELS WAY STE 240<br>FREEHOLD NJ 07728<br>DAVID@METHNJLAW.COM | 000159P001-1413S-245<br>FIRE SAFETY EQUIPMENT SUPPLY<br>DEBBIE A DONIVAN<br>606 WEST RACE ST<br>PO BOX 638<br>MARTINSBURG WV 25402<br>MIDATLANTICFIRE@YAHOO.COM | 000162P001-1413S-245<br>LAW OFFICE OF SCOTT J GOLDSTEIN LLC<br>SCOTT J GOLDSTEIN<br>280 WEST MAIN ST<br>DENVILLE NJ 07834<br>SJG@SGOLDSTEINLAW.COM | 000164P002-1413S-245<br>MCCARTER & ENGLISH LLP<br>KATE ROGGIO BUCK,ESQ<br>FOUR GATEWAY CENTER<br>100 MULBERRY ST<br>NEWARK NJ 07102<br>KBUCK@MCCARTER.COM |
| 000165P001-1413S-245<br>MCCARTER & ENGLISH LLP<br>DEIRDRE BURKE,ESQ<br>FOUR GATEWAY CENTER<br>100 MULBERRY ST<br>NEWARK NJ 07102<br>DBURKE@MCCARTER.COM | 000070P002-1413S-245<br>MCELROY DEUTSCH ET AL<br>GARY D BRESSLER, ESQ<br>300 DELAWARE AVE STE 770<br>WILMINGTON DE 19801<br>GBRESSLER@MDMC-LAW.COM | 000069P002-1413S-245<br>MCELROY DEUTSCH MULVANEY<br>VIRGINIA T SHEA, ESQ<br>1300 MOUNT KEMBLE AVE<br>MORRISTOWN NJ 07962<br>VSHEA@MDMC-LAW.COM | 000093P003-1413S-245<br>MCMANIMON, SCOTLAND BAUMANN<br>ANTHONY SODONO, III; SARI PLACONA<br>75 LIVINGSTON AVE STE 201<br>ROSELAND NJ 07068<br>ASODONO@MSBNJ.COM |
| 000093P003-1413S-245<br>MCMANIMON, SCOTLAND BAUMANN<br>ANTHONY SODONO, III; SARI PLACONA<br>75 LIVINGSTON AVE STE 201<br>ROSELAND NJ 07068<br>SPLACONA@MSBNJ.COM | 000168P001-1413S-245<br>NIXON PEABODY LLP<br>ERIC M FERRANTE<br>1300 CLINTON SQUARE<br>ROCHESTER NY 14604<br>EFERRANTE@NIXONPEABODY.COM | 000169P001-1413S-245<br>NIXON PEABODY LLP<br>ROBERT N H CHRISTMAS;CHRISTOPHER M DESIDERIO<br>55 W 46TH STREET<br>NEW YORK NY 10036<br>RCHRISTMAS@NIXONPEABODY.COM | 000169P001-1413S-245<br>NIXON PEABODY LLP<br>ROBERT N H CHRISTMAS;CHRISTOPHER M DESIDERIO<br>55 W 46TH STREET<br>NEW YORK NY 10036<br>CDESIDERIO@NIXONPEABODY.COM |
| 000170P001-1413S-245<br>NIXON PEABODY LLP<br>JOHN E MURRAY<br>EXCHANGE PLACE<br>53 STATE STREET<br>BOSTON MA 02109<br>JMURRAY@NIXONPEABODY.COM | 000174P001-1413S-245<br>OFFICE OF THE NEW YORK STATE ATTORNEY GENERAL<br>JESSICA AGARWAL, ASSISTANT ATTORNEY GENERAL<br>28 LIBERTY STREET<br>NEW YORK NY 10005<br>JESSICA.AGARWAL@AG.NY.GOV | 000096P002-1413S-245<br>RIKER DANZIG SCHERER HYLAND & PERRETTI LLP<br>J SCHWARTZ; M TRENTIN; A GARRASTEGUI<br>HEADQUARTERS PLAZA<br>ONE SPEEDWELL AVE<br>MORRISTOWN NJ 07962-1981<br>JSCHWARTZ@RIKER.COM | 000096P002-1413S-245<br>RIKER DANZIG SCHERER HYLAND & PERRETTI LLP<br>J SCHWARTZ; M TRENTIN; A GARRASTEGUI<br>HEADQUARTERS PLAZA<br>ONE SPEEDWELL AVE<br>MORRISTOWN NJ 07962-1981<br>MTRENTIN@RIKER.COM |
| 000096P002-1413S-245<br>RIKER DANZIG SCHERER HYLAND & PERRETTI LLP<br>J SCHWARTZ; M TRENTIN; A GARRASTEGUI<br>HEADQUARTERS PLAZA<br>ONE SPEEDWELL AVE<br>MORRISTOWN NJ 07962-1981<br>AGARRASTEGUI@RIKER.COM | 000160P001-1413S-245<br>SANTANDER BANK, N.A.<br>RICHARD WOLBACH<br>200 PARK AVE.,STE 100<br>FLORHAM PARK NJ 07932<br>RICHARD.WOLBACH@SANTANDER.US | 000166P001-1413S-245<br>STEVENS & LEE PC<br>JOHN C KILGANNON,ESQ<br>PRINCETON PIKE CORPORATE CENTER<br>100 LENOX DRIVE STE 200<br>LAWRENCEVILLE NJ 08648<br>JCK@STEVENSLEE.COM | 000167P001-1413S-245<br>STRADLEY RONON STEVENS & YOUNG LLP<br>DEBORAH A REPEROWITZ;DANIEL M PEREIRA<br>457 HADDONFIELD RD STE 100<br>CHERRY HILL NJ 08002<br>DREPEROWITZ@STRADLEY.COM |
| 000167P001-1413S-245<br>STRADLEY RONON STEVENS & YOUNG LLP<br>DEBORAH A REPEROWITZ;DANIEL M PEREIRA<br>457 HADDONFIELD RD STE 100<br>CHERRY HILL NJ 08002<br>DPEREIRA@STRADLEY.COM | 000064P002-1413S-245<br>TROUTMAN SANDERS LLP<br>LOUIS A CURCIO, ESQ<br>875 THIRD AVE<br>NEW YORK NY 10022<br>LOUIS.CURCIO@TROUTMAN.COM | 000065P003-1413S-245<br>TROUTMAN SANDERS LLP<br>DAVID A PISCIOTTA;ALISSA K PICCIONE<br>875 THIRD AVE<br>NEW YORK NY 10022<br>DAVID.PISCIOTTA@TROUTMAN.COM | 000065P003-1413S-245<br>TROUTMAN SANDERS LLP<br>DAVID A PISCIOTTA;ALISSA K PICCIONE<br>875 THIRD AVE<br>NEW YORK NY 10022<br>ALISSA.PICCIONE@TROUTMAN.COM |

Page # : 2 of 2

---

000097P002-1413S-245
UNITED STATES DEPARTMENT OF JUSTICE
PETER J. D'AURIA,ESQ; MITCHELL HAUSMAN
OFFICE OF THE UNITED STATES TRUSTEE
ONE NEWARK CENTER STE 2100
NEWARK NJ 07102
PETER.J.DAURIA@USDOJ.GOV

000097P002-1413S-245
UNITED STATES DEPARTMENT OF JUSTICE
PETER J. D'AURIA,ESQ; MITCHELL HAUSMAN
OFFICE OF THE UNITED STATES TRUSTEE
ONE NEWARK CENTER STE 2100
NEWARK NJ 07102
MITCHELL.B.HAUSMAN@USDOJ.GOV

000001P001-1413S-245
UNITED STATES TRUSTEE
ONE NEWARK CENTER, SUITE 2100
1085 RAYMOND BOULEVARD
NEWARK NJ 07102
jeffrey.m.sponder@usdoj.gov

000001P001-1413S-245
UNITED STATES TRUSTEE
ONE NEWARK CENTER, SUITE 2100
1085 RAYMOND BOULEVARD
NEWARK NJ 07102
Mitchell.B.Hausman@usdoj.gov

000001P001-1413S-245
UNITED STATES TRUSTEE
ONE NEWARK CENTER, SUITE 2100
1085 RAYMOND BOULEVARD
NEWARK NJ 07102
Peter.J.DAuria@usdoj.gov

000161P001-1413S-245
WEISS & ROSENBLOOM PC
ANDREA R KRUGMAN
27 UNION SQUARE WEST STE 307
NEW YORK NY 10003
AMY@WEISSANDROSENBLOOM.COM

000171P001-1413S-245
WHITEFORD TAYLOR & PRESTON LLP
CHAD J TOMS,ESQ
THE RENAISSANCE CENTRE, STE 500
405 NORTH KING ST
WILMINGTON DE 19801-3700
CTOMS@WTPLAW.COM

000172P001-1413S-245
WHITEFORD TAYLOR & PRESTON LLP
PAUL M NUSSBAUM;VERNON E INGE JR
1021 EAST CARY ST.,STE 1700
RICHMOND VA 23219
PNUSSBAUM@WTPLAW.COM

000172P001-1413S-245
WHITEFORD TAYLOR & PRESTON LLP
PAUL M NUSSBAUM;VERNON E INGE JR
1021 EAST CARY ST.,STE 1700
RICHMOND VA 23219
VINGE@WTPLAW.COM

000173P001-1413S-245
WHITEFORD TAYLOR PRESTON LLP
COREY S BOOKER;JOSHUA D STIFF
1021 EAST CARY ST.,STE 1700
RICHMOND VA 23219
CBOOKER@WTPLAW.COM

000173P001-1413S-245
WHITEFORD TAYLOR PRESTON LLP
COREY S BOOKER;JOSHUA D STIFF
1021 EAST CARY ST.,STE 1700
RICHMOND VA 23219
JSTIFF@WTPLAW.COM

Records Printed : **35**

**EXHIBIT 2**

Page # : 1 of 1

000158P001-1413S-245
WILLIAM & TERRY ECKER
5322 WHEELER RD
JORDAN NY 13080

Records Printed : 1