| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-1 |
| **LOWENSTEIN SANDLER LLP**<br>Mary E. Seymour, Esq.<br>Michael Papandrea, Esq.<br>John P. Schneider, Esq.<br>One Lowenstein Drive<br>Roseland, NJ 07068<br>Telephone: (973) 597-2500<br>Facsimile: (973) 597-2400<br><br>*Counsel to the Liquidating Trustee* |

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al[1].<br>Debtor. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>Hearing Date: 10/5/21 at 10:00 a.m. |

## ADJOURNMENT REQUEST

1. I, John P. Schneider, an attorney with Lowenstein Sandler LLP, counsel for the Liquidating Trustee appointed in the above referenced chapter 11 cases (the "Liquidating Trustee"), hereby request an adjournment of the following hearing for the reason set forth below.

> Matter: *The Liquidating Trustee's Seventh Omnibus Objection To Certain Claims To Be Reduced, Or Disallowed And Expunged In Their Entirety, Based On The Debtors Books And Records* (the "Motion"), with respect the following claims only [Docket No. 1541]:
>
> - Claim No. 1353, filed by Masergy Communications Inc.
> - Claim No. 716, filed by New Jersey Turnpike Authority.
>
> Current Hearing Date:    October 5, 2021 at 10:00 a.m. (ET).
>
> New Hearing Date Requested:    November 9, 2021 at 10:00 a.m
>
> Reason for adjournment request:    The parties are engaging in negotiations to resolve this matter without the expense of litigation.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

-2-

2. Consent to adjournment:

☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below).

I certify under penalty of perjury that the foregoing is true.

Date: 10/1/21                                                                 /s/ *John P. Schneider*
                                                                              Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted          New hearing date:  11/9/2021 @ 10:00 AM   ☐Peremptory

☐ Granted over objection(s)    New hearing date: _____    ☐Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**