UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)

*Counsel to the Liquidating Trustee*

| In re: | Chapter 11 |
|---|---|
| NEW ENGLAND MOTOR FREIGHT, INC., *et al.*,[1] | Case No. 19-12809 (JKS) |
| Debtors. | (Jointly Administered) |

**CERTIFICATE OF CONSENT REGARDING STIPULATION AND CONSENT ORDER WITH RESPECT TO PROOF OF CLAIM NO. 438 FILED BY CLERMONT HOLDINGS, LLC**

I, John P. Schneider, hereby certify that with respect to the *Stipulation and Consent Order with respect to Proof of Claim No. 438 filed by Clermont Holdings, LLC* (the "Stipulation and Consent Order") that will be submitted to the Court on the date hereof, the following conditions have been met:

(a) The terms of the copy of the captioned Stipulation and Consent Order are identical to those set forth in the original Stipulation and Consent Order;

---

[1] The Debtors in these Chapter 11 Cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC (4357); Mylon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMF Logistics, LLC (4666).

(b) The signatures represented by the /s/ on the copy of the Stipulation and Consent Order submitted to the Court reference the signatures of consenting parties obtained on the original Stipulation and Consent Order;

(c) I will retain the original Stipulation and Consent Order for a period of seven (7) years from the date of closing of the case.

(d) I will make the original Stipulation and Consent Order available for inspection upon request of the Court or any party in interest; and

(e) I will simultaneously electronically file this certification with the Court, by use of my login or password, thereby signing same for all purposes including those under Fed. R. Bankr. P. 9011.

Dated: October 13, 2021

**LOWENSTEIN SANDLER LLP**

By: */s/ John P. Schneider*
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
John P. Schneider, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400
mseymour@lowenstein.com
mpapandrea@lowenstein.com
jschneider@lowenstein.com

*Counsel to the Liquidating Trustee*