**COLE SCHOTZ P.C.**
Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, New Jersey 07602-0800
Telephone: (201) 489-3000
Facsimile: (201) 489-1536
Jacob S. Frumkin, Esq.
jfrumkin@coleschotz.com
*Attorneys for Great Dane LLC*

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | : |
| | : |
| | : Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, | : |
| INC., *et al.* | : Case No. 19-12809 (JKS) |
| | : (Jointly Administered) |
| Debtors.[1] | : |
| | : |

## NOTICE OF WITHDRAWAL OF APPEARANCE
## AND REQUEST FOR REMOVAL FROM SERVICE LISTS

**PLEASE TAKE NOTICE** that the undersigned attorney, as counsel for Great Dane LLC, hereby withdraws his appearance as counsel for Great Dane LLC in the above-referenced cases. Please remove Cole Schotz P.C. from all service lists in this case, including the matrix and all electronic service lists and the ECF notification system.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC (4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMF Logistics, LLC (4666).

59192/0001-41869700v1

DATED: November 1, 2021

COLE SCHOTZ P.C.

By: /s/ *Jacob S Frumkin*
    Jacob S. Frumkin

Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, New Jersey 07602-0800
Telephone: (201) 489-3000
Facsimile: (20) 489-1536

*Attorneys for Great Dane LLC*

2