**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**WHITEFORD, TAYLOR & PRESTON, L.L.P.**
Richard J. Riley, Esq.
Chad J. Toms, Esq.
The Renaissance Centre, Suite 500
405 North King Street
Wilmington, DE 19801-3700
Telephone: (302) 357-3253
rriley@wtplaw.com
ctoms@wtplaw.com

Paul M. Nussbaum, Esq.
Vernon E. Inge, Jr., Esq. (admitted *pro hac vice*)
Joshua D. Stiff, Esq. (admitted *pro hac vice*)
1021 East Cary Street, Suite 1700
Richmond, Virginia 23219
Telephone: (804) 977-3301
pnussbaum@wtplaw.com
vinge@wtplaw.com
jstiff@wtplaw.com

*Special Litigation Counsel to the Liquidating Trustee*

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC., *et al.*,[1] | Case No.: 19-12809 (JKS) (Jointly Administered) |
| Debtors. | |

## NOTICE OF WITHDRAWAL OF COUNSEL

---

[1] The "**Debtors**" in these Chapter 11 Cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC (4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMF Logistics, LLC (4666).

***To the Clerk of this Court and All Parties of Record:***

Please withdraw the appearance of Corey S. Booker in this case as Special Litigation

Counsel to Plaintiff, Kevin P. Clancy, Liquidating Trustee ("**Mr. Clancy**").  Paul M. Nussbaum,

Vernon E. Inge, Jr., Richard W. Riley, Chad J. Toms, and Joshua D. Stiff of Whiteford, Taylor &

Preston, L.L.P. have each noted their appearance as counsel for Mr. Clancy and will continue to

represent Mr. Clancy in this matter.

Dated: November 2, 2021

**WHITEFORD, TAYLOR & PRESTON, L.L.P.**

*/s/ Richard W. Riley*
Richard W. Riley, Esq.
Chad J. Toms, Esq.
The Renaissance Centre, Suite 500
405 North King Street
Wilmington, DE 19801-3700
Telephone: (302) 357-3253
rriley@wtplaw.com
ctoms@wtplaw.com

Paul M. Nussbaum, Esq.
Vernon E. Inge, Jr., Esq. (*admitted pro hac vice*)
Joshua D. Stiff, Esq. (*admitted pro hac vice*)
1021 East Cary Street, Suite 1700
Richmond, Virginia 23219
pnussbaum@wtplaw.com
vinge@wtplaw.com
jstiff@wtplaw.com

*Special Litigation Counsel to the Liquidating Trustee*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

**WHITEFORD, TAYLOR & PRESTON, L.L.P.**
Richard J. Riley, Esq.
Chad J. Toms, Esq.
The Renaissance Centre, Suite 500
405 North King Street
Wilmington, DE 19801-3700
Telephone: (302) 357-3253
rriley@wtplaw.com
ctoms@wtplaw.com

Paul M. Nussbaum, Esq.
Vernon E. Inge, Jr., Esq. (admitted *pro hac vice*)
Joshua D. Stiff, Esq. (admitted *pro hac vice*)
1021 East Cary Street, Suite 1700
Richmond, Virginia 23219
Telephone: (804) 977-3301
pnussbaum@wtplaw.com
vinge@wtplaw.com
jstiff@wtplaw.com

*Special Litigation Counsel to the Liquidating Trustee*

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

      1.      I, Elizabeth J. Slate, am a paralegal employed by the law firm of Whiteford, Taylor & Preston, L.L.P., special litigation counsel to Plaintiff, Kevin P. Clancy, Liquidating Trustee.

      2.      On November 2, 2021, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

---

[1] The "**Debtors**" in these Chapter 11 Cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC (4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMF Logistics, LLC (4666).

- *Notice of Withdrawal of Counsel*

3.      I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: November 2, 2021

**WHITEFORD, TAYLOR & PRESTON, L.L.P.**

*/s/ Elizabeth J. Slate*
Elizabeth J. Slate

Richard J. Riley, Esq.
Chad J. Toms, Esq.
The Renaissance Centre, Suite 500
405 North King Street
Wilmington, DE 19801-3700
Telephone: (302) 357-3253
rriley@wtplaw.com
ctoms@wtplaw.com

Paul M. Nussbaum, Esq.
Vernon E. Inge, Jr., Esq. (admitted *pro hac vice*)
Joshua D. Stiff, Esq. (admitted *pro hac vice*)
1021 East Cary Street, Suite 1700
Richmond, Virginia 23219
Telephone: (804) 977-3301
pnussbaum@wtplaw.com
vinge@wtplaw.com
jstiff@wtplaw.com

*Special Litigation Counsel to the Liquidating Trustee*

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service | |
|---|---|---|---|
| I hereby certify that on this November 2, 2021, a copy of the foregoing *Notice of Withdrawal of Counsel* was filed and served *via* the Court's Electronic Case Filing System on all parties receiving such notification. | *See* docket for parties in this case. | | Hand-delivered |
| | | | Regular mail |
| | | | Certified mail/RR |
| | | **X** | Other: **Court's ECF System** |
| | | | (As authorized by the Court or by rule. Cite the rule if applicable.) |