UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1**

**LOWENSTEIN SANDLER LLP**
Mary E. Seymour, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

*Counsel to the Liquidating Trustee*

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC, et al.[1] | Case No.: 19-12809 (JKS) |
| Debtors. | Hearing Date: 1/25/22 at 10:00 a.m. (ET) |

## ADJOURNMENT REQUEST

1. I, <u>Michael Papandrea</u>, an attorney with Lowenstein Sandler LLP, counsel for the Liquidating Trustee appointed in the above referenced chapter 11 cases (the "<u>Liquidating Trustee</u>"), hereby request an adjournment of the following hearing for the reason set forth below.

> Matter: *The Liquidating Trustee's Seventh Omnibus Objection To Certain Claims To Be Reduced, Or Disallowed And Expunged In Their Entirety, Based On The Debtors Books And Records* [Docket No. 1541], solely with respect the following claims only:
>
> - Claim No. 1353, filed by Masergy Communications Inc.
> - Claim No. 716, filed by New Jersey Turnpike Authority.
>
> Current Hearing Date:      January 25, 2022 at 10:00 a.m. (ET).
>
> New Hearing Date Requested:      February 8, 2022 at 10:00 a.m. (ET).
>
> New Objection Deadline Requested:      February 1, 2022
>
> New Reply Deadline Requested:      February 4, 2022

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

36527/3
01/13/2022 210708173.1

-2-

Reason for adjournment request:    The parties are in continued discussions to attempt to resolve the respective claims consensually.

2. Consent to adjournment:

☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below).

I certify under penalty of perjury that the foregoing is true.

Date: 1/13/22                                      /s/ *Michael Papandrea*
                                                         Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted            New hearing date:   2/8/2022 @ 10:00         ☐Peremptory

☐ Granted over objection(s)   New hearing date: _____   ☐Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**