**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC., *et al.*, | Case No. 19-12809 (JKS) |
| | (Jointly Administered) |
| Debtors.[1] | |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     )  ss:
COUNTY OF KINGS      )

I, Roderick Wong, declare:

1. I am over the age of 18 years and not a party to these chapter 11 cases.

2. I am employed by Donlin, Recano & Company, Inc., ("DRC"), 6201 15th Avenue, Brooklyn, NY 11219.

3. On the 28th day of January, 2022, DRC, at my direction and under my supervision, caused a true and accurate copy of the *Notice of Liquidating Trustee's Motion for Entry of An Order Further Extending the Claims Objection Deadline* (Docket No. 1596), to be served via electronic mail upon the parties as set forth in Exhibit 1, and via First Class U.S. Mail upon the parties as set forth in Exhibit 2, attached hereto

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC (4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMF Logistics, LLC (4666).

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 28th day of January, 2022, Brooklyn, New York.

By _____
Roderick Wong

Sworn before me this
28th day of January, 2022

_____
Notary Public

SUNG JAE KIM
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01KI6211176
MY COMM. EXP. SEPTEMBER 14, 2021

NEMF00247

# EXHIBIT 1

```
New England Motor Freight, Inc., et al.                                      01/28/2022 11:22:08 AM
Electronic Mail
Exhibit Page

Page # : 1 of 2

000163P001-1413S-247            000159P001-1413S-247            000164P002-1413S-247
DAVID METH,ESQ                  FIRE SAFETY EQUIPMENT SUPPLY    MCCARTER & ENGLISH LLP
200 DANIELS WAY STE 240         DEBBIE A DONIVAN                KATE ROGGIO BUCK,ESQ
FREEHOLD NJ 07728               606 WEST RACE ST                FOUR GATEWAY CENTER
DAVID@METHNJLAW.COM             PO BOX 638                      100 MULBERRY ST
                                MARTINSBURG WV 25402            NEWARK NJ 07102
                                MIDATLANTICFIRE@YAHOO.COM       KBUCK@MCCARTER.COM

000165P001-1413S-247            000162P001-1413S-247            000093P003-1413S-247
MCCARTER & ENGLISH LLP          LAW OFFICE OF SCOTT J GOLDSTEIN LLC   MCMANIMON, SCOTLAND  BAUMANN
DEIRDRE BURKE,ESQ               SCOTT J GOLDSTEIN               ANTHONY SODONO, III; SARI PLACONA
FOUR GATEWAY CENTER             280 WEST MAIN ST                75 LIVINGSTON AVE STE 201
100 MULBERRY ST                 DENVILLE NJ 07834               ROSELAND NJ 07068
NEWARK NJ 07102                 SJG@SGOLDSTEINLAW.COM           ASODONO@MSBNJ.COM
DBURKE@MCCARTER.COM

000093P003-1413S-247            000069P002-1413S-247            000169P001-1413S-247
MCMANIMON, SCOTLAND  BAUMANN    MCELROY DEUTSCH MULVANEY        NIXON PEABODY LLP
ANTHONY SODONO, III; SARI PLACONA   VIRGINIA T SHEA, ESQ        ROBERT N H CHRISTMAS;CHRISTOPHER M DESIDERIO
75 LIVINGSTON AVE STE 201       1300 MOUNT KEMBLE AVE           55 W 46TH STREET
ROSELAND NJ 07068               MORRISTOWN NJ 07962             NEW YORK NY 10036
SPLACONA@MSBNJ.COM              VSHEA@MDMC-LAW.COM              CDESIDERIO@NIXONPEABODY.COM

000170P001-1413S-247            000070P002-1413S-247            000096P002-1413S-247
NIXON PEABODY LLP               MCELROY DEUTSCH ET AL           RIKER DANZIG SCHERER HYLAND & PERRETTI LLP
JOHN E MURRAY                   GARY D BRESSLER, ESQ            J SCHWARTZ; M TRENTIN; A GARRASTEGUI
EXCHANGE PLACE                  300 DELAWARE AVE STE 770        HEADQUARTERS PLAZA
53 STATE STREET                 WILMINGTON DE 19801             ONE SPEEDWELL AVE
BOSTON MA 02109                 GBRESSLER@MDMC-LAW.COM          MORRISTOWN NJ 07962-1981
JMURRAY@NIXONPEABODY.COM                                        MTRENTIN@RIKER.COM

000096P002-1413S-247            000168P001-1413S-247            000167P001-1413S-247
RIKER DANZIG SCHERER HYLAND & PERRETTI LLP   NIXON PEABODY LLP  STRADLEY RONON STEVENS & YOUNG LLP
J SCHWARTZ; M TRENTIN; A GARRASTEGUI   ERIC M FERRANTE          DEBORAH A REPEROWITZ;DANIEL M PEREIRA
HEADQUARTERS PLAZA              1300 CLINTON SQUARE             457 HADDONFIELD RD STE 100
ONE SPEEDWELL AVE               ROCHESTER NY 14604              CHERRY HILL NJ 08802
MORRISTOWN NJ 07962-1981        EFERRANTE@NIXONPEABODY.COM      DREPEROWITZ@STRADLEY.COM
AGARRASTEGUI@RIKER.COM

000167P001-1413S-247            000174P001-1413S-247            000096P002-1413S-247
STRADLEY RONON STEVENS & YOUNG LLP   OFFICE OF THE NEW YORK STATE ATTORNEY GENERAL   RIKER DANZIG SCHERER HYLAND & PERRETTI LLP
DEBORAH A REPEROWITZ;DANIEL M PEREIRA   JESSICA AGARWAL, ASSISTANT ATTORNEY GENERAL   J SCHWARTZ; M TRENTIN; A GARRASTEGUI
457 HADDONFIELD RD STE 100      28 LIBERTY STREET               HEADQUARTERS PLAZA
CHERRY HILL NJ 08802            NEW YORK NY 10005               ONE SPEEDWELL AVE
DPEREIRA@STRADLEY.COM           JESSICA.AGARWAL@AG.NY.GOV       MORRISTOWN NJ 07962-1981
                                                                JSCHWARTZ@RIKER.COM

                                000160P001-1413S-247            000166P001-1413S-247
                                SANTANDER BANK, N.A.            STEVENS & LEE PC
                                RICHARD WOLBACH                 JOHN C KILGANNON,ESQ
                                200 PARK AVE.,STE 100           PRINCETON PIKE CORPORATE CENTER
                                FLORHAM PARK NJ 07932           100 LENOX DRIVE STE 200
                                RICHARD.WOLBACH@SANTANDER.US    LAWRENCEVILLE NJ 08648
                                                                JCK@STEVENSLEE.COM

                                000064P002-1413S-247            000065P003-1413S-247
                                TROUTMAN SANDERS LLP            TROUTMAN SANDERS LLP
                                LOUIS A CURCIO, ESQ             DAVID A PISCIOTTA;ALISSA K PICCIONE
                                875 THIRD AVE                   875 THIRD AVE
                                NEW YORK NY 10022               NEW YORK NY 10022
                                LOUIS.CURCIO@TROUTMAN.COM       DAVID.PISCIOTTA@TROUTMAN.COM

                                                                000065P003-1413S-247
                                                                TROUTMAN SANDERS LLP
                                                                DAVID A PISCIOTTA;ALISSA K PICCIONE
                                                                875 THIRD AVE
                                                                NEW YORK NY 10022
                                                                ALISSA.PICCIONE@TROUTMAN.COM
```

New England Motor Freight, Inc., et al.
Electronic Mail
Exhibit Page

Page # : 2 of 2

01/28/2022 11:22:08 AM

000097P002-1413S-247
UNITED STATES DEPARTMENT OF JUSTICE
PETER J. D'AURIA,ESQ; MITCHELL HAUSMAN
OFFICE OF THE UNITED STATES TRUSTEE
ONE NEWARK CENTER STE 2100
NEWARK NJ 07102
PETER.J.D'AURIA@USDOJ.GOV

000097P002-1413S-247
UNITED STATES DEPARTMENT OF JUSTICE
PETER J. D'AURIA,ESQ; MITCHELL HAUSMAN
OFFICE OF THE UNITED STATES TRUSTEE
ONE NEWARK CENTER STE 2100
NEWARK NJ 07102
MITCHELL.B.HAUSMAN@USDOJ.GOV

000001P001-1413S-247
UNITED STATES TRUSTEE
ONE NEWARK CENTER, SUITE 2100
1085 RAYMOND BOULEVARD
NEWARK NJ 07102
jeffrey.m.sponder@usdoj.gov

000001P001-1413S-247
UNITED STATES TRUSTEE
ONE NEWARK CENTER, SUITE 2100
1085 RAYMOND BOULEVARD
NEWARK NJ 07102
Mitchell.B.Hausman@usdoj.gov

000001P001-1413S-247
UNITED STATES TRUSTEE
ONE NEWARK CENTER, SUITE 2100
1085 RAYMOND BOULEVARD
NEWARK NJ 07102
Peter.J.D'Auria@usdoj.gov

000161P001-1413S-247
WEISS & ROSENBLOOM PC
ANDREA R KRUGMAN
27 UNION SQUARE WEST STE 307
NEW YORK NY 10003
AMY@WEISSANDROSENBLOOM.COM

000171P001-1413S-247
WHITEFORD TAYLOR & PRESTON LLP
CHAD J TOMS,ESQ
THE RENAISSANCE CENTRE, STE 500
405 NORTH KING ST
WILMINGTON DE 19801-3700
CTOMS@WTPLAW.COM

000172P001-1413S-247
WHITEFORD TAYLOR & PRESTON LLP
PAUL M NUSSBAUM;VERNON E INGE JR
1021 EAST CARY ST.,STE 1700
RICHMOND VA 23219
VINGE@WTPLAW.COM

000172P001-1413S-247
WHITEFORD TAYLOR & PRESTON LLP
PAUL M NUSSBAUM;VERNON E INGE JR
1021 EAST CARY ST.,STE 1700
RICHMOND VA 23219
PNUSSBAUM@WTPLAW.COM

000173P002-1413S-247
WHITEFORD TAYLOR PRESTON LLP
JOSHUA D STIFF
1021 EAST CARY ST.,STE 1700
RICHMOND VA 23219
JSTIFF@WTPLAW.COM

Records Printed : 34

# EXHIBIT 2

**New England Motor Freight, Inc., et al.
Exhibit Page**

Page # : 1 of 1

1/26/2022

000158P001-1413S-247
WILLIAM & TERRY ECKER
5322 WHEELER RD
JORDAN NY 13080

Records Printed : 1