**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| NEW ENGLAND MOTOR FREIGHT, INC., *et al.*, | Case No. 19-12809 (JKS) |
| | (Jointly Administered) |
| Debtors.[1] | |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                          )  ss:
COUNTY OF KINGS      )

I, Roderick Wong, declare:

1. I am over the age of 18 years and not a party to these chapter 11 cases.

2. I am employed by Donlin, Recano & Company, Inc., ("DRC"), 6201 15th Avenue, Brooklyn, NY 11219.

3. On the 28th day of January, 2022, DRC, at my direction and under my supervision, caused a true and accurate copy of the *Notice of Liquidating Trustee's Motion for Entry of An Order Further Extending the Claims Objection Deadline* (Docket No. 1596), to be served via electronic mail upon the parties as set forth in Exhibit 1, and via First Class U.S. Mail upon the parties as set forth in Exhibit 2, attached hereto

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC (4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMF Logistics, LLC (4666).

NEMF00247

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 28th day of January, 2022, Brooklyn, New York.

By _____
Roderick Wong

Sworn before me this
28th day of January, 2022

_____
Notary Public

SUNG JAE KIM
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01KI6211176
Qualified in Queens County
My Commission Expires: September 14, 2025

NEMF00247

# EXHIBIT 1

```
New England Motor Freight, Inc., et al.                                                  01/28/2022 11:22:08 AM
Electronic Mail
Exhibit Page

Page # : 1 of 2

000163P001-1413S-247                000159P001-1413S-247                000164P002-1413S-247
DAVID METH,ESQ                      FIRE SAFETY EQUIPMENT SUPPLY        MCCARTER & ENGLISH LLP
200 DANIELS WAY STE 240             DEBBIE A DONIVAN                    KATE ROGGIO BUCK,ESQ
FREEHOLD NJ 07728                   606 WEST RACE ST                    FOUR GATEWAY CENTER
DAVID@METHNJLAW.COM                 PO BOX 638                          100 MULBERRY ST
                                    MARTINSBURG WV 25402                NEWARK NJ 07102
                                    MIDATLANTICFIRE@YAHOO.COM           KBUCK@MCCARTER.COM

000165P001-1413S-247                000162P001-1413S-247                000093P003-1413S-247
MCCARTER & ENGLISH LLP              LAW OFFICE OF SCOTT J GOLDSTEIN LLC MCMANIMON, SCOTLAND  BAUMANN
DEIRDRE BURKE,ESQ                   SCOTT J GOLDSTEIN                   ANTHONY SODONO, III; SARI PLACONA
FOUR GATEWAY CENTER                 280 WEST MAIN ST                    75 LIVINGSTON AVE STE 201
100 MULBERRY ST                     DENVILLE NJ 07834                   ROSELAND NJ 07068
NEWARK NJ 07102                     SJG@SGOLDSTEINLAW.COM               ASODONO@MSBNJ.COM
DBURKE@MCCARTER.COM

000093P003-1413S-247                000070P002-1413S-247                000169P001-1413S-247
MCMANIMON, SCOTLAND  BAUMANN        MCELROY DEUTSCH ET AL               NIXON PEABODY LLP
ANTHONY SODONO, III; SARI PLACONA   GARY D BRESSLER, ESQ                ROBERT N H CHRISTMAS;CHRISTOPHER M DESIDERIO
75 LIVINGSTON AVE STE 201           300 DELAWARE AVE STE 770            55 W 46TH STREET
ROSELAND NJ 07068                   WILMINGTON DE 19801                 NEW YORK NY 10036
SPLACONA@MSBNJ.COM                  GBRESSLER@MDMC-LAW.COM              CDESIDERIO@NIXONPEABODY.COM

000170P001-1413S-247                000069P002-1413S-247                000096P002-1413S-247
NIXON PEABODY LLP                   MCELROY DEUTSCH MULVANEY            RIKER DANZIG SCHERER HYLAND & PERRETTI LLP
JOHN E MURRAY                       VIRGINIA T SHEA, ESQ                J SCHWARTZ; M TRENTIN; A GARRASTEGUI
EXCHANGE PLACE                      1300 MOUNT KEMBLE AVE               HEADQUARTERS PLAZA
53 STATE STREET                     MORRISTOWN NJ 07962                 ONE SPEEDWELL AVE
BOSTON MA 02109                     VSHEA@MDMC-LAW.COM                  MORRISTOWN NJ 07962-1981
JMURRAY@NIXONPEABODY.COM                                                MTRENTIN@RIKER.COM

000096P002-1413S-247                000168P001-1413S-247                000167P001-1413S-247
RIKER DANZIG SCHERER HYLAND & PERRETTI LLP  NIXON PEABODY LLP           STRADLEY RONON STEVENS & YOUNG LLP
J SCHWARTZ; M TRENTIN; A GARRASTEGUI ERIC M FERRANTE                    DEBORAH A REPEROWITZ;DANIEL M PEREIRA
HEADQUARTERS PLAZA                  1300 CLINTON SQUARE                 457 HADDONFIELD RD STE 100
ONE SPEEDWELL AVE                   ROCHESTER NY 14604                  CHERRY HILL NJ 08002
MORRISTOWN NJ 07962-1981            EFERRANTE@NIXONPEABODY.COM          DREPEROWITZ@STRADLEY.COM
AGARRASTEGUI@NIXONPEABODY.COM

000167P001-1413S-247                000174P001-1413S-247                000065P003-1413S-247
STRADLEY RONON STEVENS & YOUNG LLP  OFFICE OF THE NEW YORK STATE ATTORNEY GENERAL TROUTMAN SANDERS LLP
DEBORAH A REPEROWITZ;DANIEL M PEREIRA JESSICA AGARWAL, ASSISTANT ATTORNEY GENERAL DAVID A PISCIOTTA;ALISSA K PICCIONE
457 HADDONFIELD RD STE 100          28 LIBERTY STREET                   875 THIRD AVE
CHERRY HILL NJ 08002                NEW YORK NY 10005                   NEW YORK NY 10022
DPEREIRA@STRADLEY.COM               JESSICA.AGARWAL@AG.NY.GOV           ALISSA.PICCIONE@TROUTMAN.COM

                                    000160P001-1413S-247                000166P001-1413S-247
                                    SANTANDER BANK, N.A.                STEVENS & LEE PC
                                    RICHARD WOLBACH                     JOHN C KILGANNON,ESQ
                                    200 PARK AVE.,STE 100               PRINCETON PIKE CORPORATE CENTER
                                    FLORHAM PARK NJ 07932               100 LENOX DRIVE STE 200
                                    RICHARD.WOLBACH@SANTANDER.US        LAWRENCEVILLE NJ 08648
                                                                        JCK@STEVENSLEE.COM

                                    000064P002-1413S-247                000065P003-1413S-247
                                    TROUTMAN SANDERS LLP                TROUTMAN SANDERS LLP
                                    LOUIS A CURCIO, ESQ                 DAVID A PISCIOTTA;ALISSA K PICCIONE
                                    875 THIRD AVE                       875 THIRD AVE
                                    NEW YORK NY 10022                   NEW YORK NY 10022
                                    LOUIS.CURCIO@TROUTMAN.COM           DAVID.PISCIOTTA@TROUTMAN.COM
```

```
01/28/2022 11:22:08 AM

New England Motor Freight, Inc., et al.
Electronic Mail
Exhibit Page

Page # : 2 of 2

000097P002-1413S-247                          000097P002-1413S-247                          000001P001-1413S-247                          000001P001-1413S-247
UNITED STATES DEPARTMENT OF JUSTICE           UNITED STATES DEPARTMENT OF JUSTICE           UNITED STATES TRUSTEE                        UNITED STATES TRUSTEE
PETER J. D'AURIA,ESQ: MITCHELL HAUSMAN        PETER J. D'AURIA,ESQ; MITCHELL HAUSMAN        ONE NEWARK CENTER, SUITE 2100                ONE NEWARK CENTER, SUITE 2100
OFFICE OF THE UNITED STATES TRUSTEE           OFFICE OF THE UNITED STATES TRUSTEE           1085 RAYMOND BOULEVARD                       1085 RAYMOND BOULEVARD
ONE NEWARK CENTER STE 2100                    ONE NEWARK CENTER STE 2100                    NEWARK NJ 07102                              NEWARK NJ 07102
NEWARK NJ 07102                               NEWARK NJ 07102                               jeffrey.m.sponder@usdoj.gov                  Mitchell.B.Hausman@usdoj.gov
PETER.J.D'AURIA@USDOJ.GOV                     MITCHELL.B.HAUSMAN@USDOJ.GOV

000001P001-1413S-247                          000161P001-1413S-247                          000171P001-1413S-247                          000172P001-1413S-247
UNITED STATES TRUSTEE                         WEISS & ROSENBLOOM PC                         WHITEFORD TAYLOR & PRESTON LLP               WHITEFORD TAYLOR & PRESTON LLP
ONE NEWARK CENTER, SUITE 2100                 ANDREA R KRUGMAN                              CHAD J TOMS,ESQ                              PAUL M NUSSBAUM;VERNON E INGE JR
1085 RAYMOND BOULEVARD                        27 UNION SQUARE WEST STE 307                  THE RENAISSANCE CENTRE, STE 500              1021 EAST CARY ST.,STE 1700
NEWARK NJ 07102                               NEW YORK NY 10003                             405 NORTH KING ST                            RICHMOND VA 23219
Peter.J.D'Auria@usdoj.gov                     AMY@WEISSANDROSENBLOOM.COM                    WILMINGTON DE 19801-3700                     PNUSSBAUM@WTPLAW.COM
                                                                                            CTOMS@WTPLAW.COM

000172P001-1413S-247                          000173P002-1413S-247
WHITEFORD TAYLOR & PRESTON LLP                WHITEFORD TAYLOR PRESTON LLP
PAUL M NUSSBAUM;VERNON E INGE JR              JOSHUA D STIFF
1021 EAST CARY ST.,STE 1700                   1021 EAST CARY ST.,STE 1700
RICHMOND VA 23219                             RICHMOND VA 23219
VINGE@WTPLAW.COM                              JSTIFF@WTPLAW.COM

                                                                                                                       Records Printed :    34
```

# EXHIBIT 2

Page # : 1 of 1

1/26/2022

**New England Motor Freight, Inc., et al.**
**Exhibit Page**

000158P001-1413S-247
WILLIAM & TERRY ECKER
5322 WHEELER RD
JORDAN NY 13080

Records Printed : 1