| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1**<br><br>**LOWENSTEIN SANDLER LLP**<br>Mary E. Seymour, Esq.<br>Michael Papandrea, Esq.<br>One Lowenstein Drive<br>Roseland, NJ 07068<br>Telephone: (973) 597-2500<br>Facsimile: (973) 597-2400<br><br>*Counsel to the Liquidating Trustee* |

| | |
|---|---|
| In re:<br><br>NEW ENGLAND MOTOR FREIGHT, INC, et al.¹<br><br>                  Debtors. | Chapter 11<br><br>Case No.: 19-12809 (JKS)<br><br>Hearing Date: 2/8/22 at 10:00 a.m. (ET) |

## ADJOURNMENT REQUEST

1.    I, <u>Michael Papandrea</u>, an attorney with Lowenstein Sandler LLP, counsel for the Liquidating Trustee appointed in the above referenced chapter 11 cases (the "<u>Liquidating Trustee</u>"), hereby request an adjournment of the following hearing for the reason set forth below.

    Matter: *The Liquidating Trustee's Seventh Omnibus Objection To Certain Claims To Be Reduced, Or Disallowed And Expunged In Their Entirety, Based On The Debtors Books And Records* [Docket No. 1541], solely with respect the following claims only:

- Claim No. 1353, filed by Masergy Communications Inc.
- Claim No. 716, filed by New Jersey Turnpike Authority.

| | |
|---|---|
| Current Hearing Date: | February 8, 2022 at 10:00 a.m. (ET). |
| New Hearing Date Requested: | March 1, 2022 at 10:00 a.m. (ET). |
| New Objection Deadline Requested: | February 22, 2022 |
| New Reply Deadline Requested: | February 25, 2022 |

---

¹ The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: New England Motor Freight, Inc. (7697); Eastern Freight Ways, Inc. (3461); NEMF World Transport, Inc. (2777); Apex Logistics, Inc. (5347); Jans Leasing Corp. (9009); Carrier Industries, Inc. (9223); Myar, LLC(4357); MyJon, LLC (7305); Hollywood Avenue Solar, LLC (2206); United Express Solar, LLC (1126); and NEMFLogistics, LLC (4666).

36527/3
02/04/2022 210853384.1

-2-

Reason for adjournment request: <u>The parties are in continued discussions to attempt to resolve the respective claims consensually.</u>

2. Consent to adjournment:

☒ I have the consent of all parties.  ☐ I do not have the consent of all parties (explain below).

I certify under penalty of perjury that the foregoing is true.

Date: <u>2/4/22</u>                                                              <u>/s/ *Michael Papandrea*</u>
                                                                                            Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted          New hearing date: <u>March 1, 2022 @10:00am</u> ☐ Peremptory

☐ Granted over objection(s)    New hearing date: _____ ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**